## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## COVER SHEET TO THIRTY-EIGHTH  MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $82,686.15 |

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of expense reimbursement sought       $637.99
as actual, reasonable and necessary:

Total amount for this invoice:                    $83,324.14

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-eighth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.

/s/Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00772910; 1

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 50.70 | $ 15,463.50 |
| José R. Cacho | Member | Corporate | $ 340.00 | 11.10 | $ 3,774.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 22.90 | $ 7,557.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 23.10 | $ 5,775.00 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 18.10 | $ 6,425.50 |
| Nicole Berio Dorta | Jr. Member | Corporate | $ 220.00 | 0.70 | $ 154.00 |
| Daniela L. Alvarez | Associate | Litigation | $ 175.00 | 8.50 | $ 1,487.50 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 0.50 | $ 90.00 |
| Amilkar O. Cruz Pastrana | Associate | Corporate | $ 175.00 | 54.10 | $ 9,467.50 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 34.80 | $ 6,786.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 20.90 | $ 3,866.50 |
| Karla Morales | Associate | Corporate | $ 180.00 | 35.50 | $ 6,390.00 |
| Alberto Nieves Cubero | Associate | Corporate | $ 180.00 | 9.30 | $ 1,674.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 15.40 | $ 2,926.00 |
| Francisco Rodríguez | Associate | Corporate | $ 180.00 | 3.10 | $ 558.00 |
| Ivette Rodríguez | Associate | Corporate | $ 170.00 | 22.70 | $ 3,859.00 |
| Astrid E. Velez | Associate | Corporate | $ 175.00 | 52.60 | $ 9,205.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 150.00 | 36.70 | $ 5,505.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 6.50 | $ 910.00 |
| | | | | | |
| | **Totals** | | | **427.20** | **$ 91,873.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (9,187.35)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 82,686.15** |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2020**

| Description - Expenses | Amounts | |
|---|---|---|
| Duplicating | $ 49.20 | |
| Fining Fees - Clerk's Office - US Distric Courts, Filing Fee Re: Complaint - DJP/CGB | $ 400.00 | |
| Miscellaneous- Court Solutions Fee for Participation in the June 3, 2020 Omnibus Hearing - HDB | $ 70.00 | |
| Overnight Delivery - United Parcel Service, Inv. 725102110, Michael Firestain, Proskauer Rose LLP - UMF | $118.79 | |
| | | |
| **Totals** | | |
| | | |
| **SUMMARY OF DISBURSEMENTS** | **$ 637.99** | |

00772910; 1

| | COMMONWEALTH OF PR TITLE III | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period June 1 through June 30, 2020** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 6.70 | 1,277.00 |
| 203 | Hearings and Non-Field Comm. With Court | 7.90 | 2,409.50 |
| 206 | Documents Filed on Behalf of the Board | 21.70 | 4,366.00 |
| 207 | Non-Board Court Filings | 2.40 | 732.00 |
| 208 | Stay Matters | 74.50 | 18,651.00 |
| 209 | Adversary Proceeding | 100.10 | 22,981.50 |
| 210 | Analysis and Strategy | 20.60 | 4,188.00 |
| 211 | Budgeting | 23.10 | 5,775.00 |
| 212 | General Administration | 1.00 | 305.00 |
| 213 | Labor, Pension Matters | 0.60 | 213.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 50.60 | 9,881.00 |
| 219 | Docketing | 34.50 | 6,158.00 |
| 220 | Translations | 36.70 | 5,505.00 |
| 221 | Discovery/2004 Examinations | 0.40 | 122.00 |
| 222 | Claims and Claims Objections | 46.40 | 9,309.50 |
| | | | |
| | | | $  91,873.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $  (9,187.35) |
| | | | |
| | **TOTALS** | 427.20 | $  82,686.15 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $74,417.54, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $637.99 in the total amount of $75,055.53.

**<u>Professional Certification</u>**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772910; 1

# **Exhibit A**

00772910; 1

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 376413

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1701 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 44,550.00 |
| Less Discount | $ -4,455.00 |
| Net Professional Services | $ 40,095.00 |
| Total Reimbursable Expenses | $ 237.99 |
| **TOTAL THIS INVOICE** | **$ 40,332.99** |

Electronic Invoice

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1701 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/01/20 | CGB | 209 | Analyze SCOTUS decision on the Aurelius Certiorari at No. 18 1334 to consider potential impact on various on-going adversary proceedings. | .60 | 330.00 | 198.00 |
| 6/01/20 | HDB | 208 | Revise and sign-off to file draft Informative Motion Concerning Arguments on the Revenue Bond Stay Relief Motions on the June 4, 2020 hearing. | .20 | 305.00 | 61.00 |
| 6/01/20 | HDB | 208 | Review Order on the Santana Baez Stay Relief Motion. | .10 | 305.00 | 30.50 |
| 6/01/20 | HDB | 210 | Analyze the Supreme Court's Opinion regarding appointment's clause issues. | 2.30 | 305.00 | 701.50 |
| 6/01/20 | HDB | 208 | Review status report on the 330 Center's stay relief motions. | .20 | 305.00 | 61.00 |
| 6/01/20 | HDB | 208 | Review order on 330 Centers Stipulation. | .10 | 305.00 | 30.50 |
| 6/01/20 | HDB | 206 | Revise and sign-off on Agenda for June 3-4, Omnibus Hearing. | .30 | 305.00 | 91.50 |
| 6/01/20 | NBD | 208 | Perform legal research regarding possibility of pledging future streams of income. | .30 | 220.00 | 66.00 |
| 6/01/20 | GMR | 206 | Analyze the Joint Informative Motion Regarding Argument at June 4, 2020 Hearing on the Lift Stay Motions, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 6/01/20 | GMR | 206 | File the Joint Informative Motion Regarding Argument at June 4, 2020 Hearing on the Lift Stay Motions, in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/01/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing copy of the Joint Informative Motion Regarding Argument at June 4, 2020 Hearing on the Lift Stay Motions. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/01/20 | GMR | 206 | Analyze the Notice of Agenda of Matters Scheduled for the Hearing on June 3-4 at 9:30 A.M. AST, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 6/01/20 | GMR | 206 | File the Notice of Agenda of Matters Scheduled for the Hearing on June 3-4 at 9:30 A.M. AST. | .20 | 185.00 | 37.00 |
| 6/01/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing copy of the Notice of Agenda of Matters Scheduled for the Hearing on June 3-4 at 9:30 A.M. AST. | .20 | 185.00 | 37.00 |
| 6/01/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Chambers of the Hon. Laura T. Swain enclosing copy to the Notice of Agenda of Matters Scheduled for the Hearing on June 3-4 at 9:30 A.M. AST. | .20 | 185.00 | 37.00 |
| 6/01/20 | AON | 208 | Research the figure of pledge without transfer of possession under the 1954 Spanish Chattel Mortgage law, as well as opinions from academic commentators LaCruz Berdejo, Vallet and Viola Sauret. | 1.30 | 180.00 | 234.00 |
| 6/01/20 | AON | 208 | Research the figure of pledge without transfer of possession under Catalan  law, its civil code, and academic commentator Puig Brutau's doctrine. | 2.20 | 180.00 | 396.00 |
| 6/01/20 | AON | 208 | Draft memo on the possibility of pledging future credits (pledges without transfer of possession) under the PR Civil Code. | 1.30 | 180.00 | 234.00 |
| 6/01/20 | JEG | 208 | Commence review of the Highway and Transportation Authority 2002 Bonds Official Statement regarding the security agreement. | 4.60 | 195.00 | 897.00 |
| 6/01/20 | MMB | 222 | Organize correspondence in relation with claims objections, as requested by H. Bauer. | 2.50 | 140.00 | 350.00 |
| 6/02/20 | JP | 213 | Review prior advice regarding whether pensions can be modified in Title III proceeding without the need for legislation. | .60 | 355.00 | 213.00 |
| 6/02/20 | HDB | 208 | Review Informative Motion of HTA Movants Regarding Submission of Supplemental Exhibits for the June 4, 2020 Preliminary Hearing on Lift Stay Motions. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 208 | Review Memorandum granting in part and denying in part O. Johnson's Motion for Relief from Stay. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                      July 2, 2020

| 6/02/20 | HDB | 206 | Revise and sign-off to file Informative Motion regarding exhibits and demonstratives for June 4 hearing. (0.2)  Review issues regarding transmission and receipt of exhibits. (0.2) | .40 | 305.00 | 122.00 |
|---------|-----|-----|---|-----|--------|--------|
| 6/02/20 | HDB | 212 | Draft multiple e-mails to Prime Clerk regarding correspondence by multiple persons in connection with disclosure statement hearing. | .40 | 305.00 | 122.00 |
| 6/02/20 | HDB | 208 | Revise and sign-off to file Debtors' Sixteenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 206 | Revise and sign-off to file draft status report in anticipation of June 3, 2020. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 222 | Draft e-mails to L. Stafford and J. Herriman regarding responses to claims objections. | .20 | 305.00 | 61.00 |
| 6/02/20 | HDB | 222 | Review Informative Motion Regarding Exhibits and Demonstratives at the June 4, 2020 Hearing on Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Bank of New York Mellon's Motion Concerning Application of the Automatic Stay to the Revenues Securing the CCDA Bonds. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 208 | Review Informative Motion Regarding Exhibits and Demonstratives at the June 4, 2020 Hearing on Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and U.S. Bank Trust National Associations Motion Concerning Application of the Automatic Stay to the Revenues Securing the PRIFA Rum Tax Bonds. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 207 | Review Informative Motion by the UCC Regarding Proposed Amendment to Eleventh Amended Notice, Case Management and Administrative Procedures. | .20 | 305.00 | 61.00 |
| 6/02/20 | HDB | 207 | Review Status Report of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Government of Puerto Rico's Recent Activities in Response to the Ongoing COVID-19 Pandemic. | .30 | 305.00 | 91.50 |
| 6/02/20 | HDB | 203 | Review Order on Motion to Seal Documents. | .10 | 305.00 | 30.50 |
| 6/02/20 | HDB | 206 | Review and sign-off to file revised Master Service List. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                           July 2, 2020

| 6/02/20 | DJP | 206 | Analyze the Debtors' Sixteenth Omnibus Motion for Approval of Modifications to the Automatic Stay, and exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
|---------|-----|-----|---|---|---|---|
| 6/02/20 | DJP | 206 | File the Debtors' Sixteenth Omnibus Motion for Approval of Modifications to the Automatic Stay, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/02/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Debtors' Sixteenth Omnibus Motion for Approval of Modifications to the Automatic Stay, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 6/02/20 | DJP | 206 | File the Master Service List as of June 2, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/02/20 | IRH | 222 | Review of case documentation for case number 3:10-bk-11235 for audit form regarding the same. | 1.20 | 170.00 | 204.00 |
| 6/02/20 | IRH | 222 | Review of docket documentation for Rafael Rentas POC in relation to claim against HTA. | 1.10 | 170.00 | 187.00 |
| 6/02/20 | IRH | 222 | Draft Audit form for Rafael Rentas claim against HTA. | .40 | 170.00 | 68.00 |
| 6/02/20 | IRH | 222 | Continued review of docket information for PROSOL claim for audit report. | 1.60 | 170.00 | 272.00 |
| 6/02/20 | GMR | 206 | Analyze the Motion to inform the Government Parties' Exhibits and Demonstratives in Connection with the Hearing on the Lift Stay Motions in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/02/20 | GMR | 206 | File the Motion to inform the Government Parties' Exhibits and Demonstratives in Connection with the Hearing on the Lift Stay Motions. | .20 | 185.00 | 37.00 |
| 6/02/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Motion to inform the Government Parties' Exhibits and Demonstratives in Connection with the Hearing on the Lift Stay Motions. | .10 | 185.00 | 18.50 |
| 6/02/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Motion to inform the Government Parties' Exhibits and Demonstratives in Connection with the Hearing on the Lift Stay Motions. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                      July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/02/20 | AON | 208 | Research the history of the pledge figure under the Civil law as well as the interpretation of Spanish academic commentators on the pledge of credits. | 2.30 | 180.00 | 414.00 |
| 6/02/20 | AON | 208 | Revise memo draft regarding the possibility of pledges of credits under the Puerto Rico Civil Code. | 2.20 | 180.00 | 396.00 |
| 6/02/20 | MMB | 222 | Classify the correspondence in relation with claims objections, as requested by H. Bauer. | 2.70 | 140.00 | 378.00 |
| 6/03/20 | JRC | 208 | Review memorandum from A. Nieves regarding issue of pledge of revenues or rights (0.6). Draft email to H. Bauer and J. Pietrantoni regarding issues related to same. (0.3). | .90 | 340.00 | 306.00 |
| 6/03/20 | HDB | 207 | Review LCDC's motion concerning arguments in the June 4, 2020 Preliminary Hearing on Revenue Bond Lift Stay Motions. | .20 | 305.00 | 61.00 |
| 6/03/20 | HDB | 222 | Review N. Hafez Claims Objections tracker. | .20 | 305.00 | 61.00 |
| 6/03/20 | HDB | 210 | Review M. Bienenstock's query regarding pension restructuring issues. (0.1)  Review prior memoranda on pension restructuring issues to respond to M. Bienenstock's query.  (0.2) | .30 | 305.00 | 91.50 |
| 6/03/20 | HDB | 203 | Participate in June 3, 2020 Omnibus Hearing. | 2.80 | 305.00 | 854.00 |
| 6/03/20 | NBD | 208 | Review legal  memorandum analyzing possibility of pledging future streams of income under Puerto Rico Civil Code. | .40 | 220.00 | 88.00 |
| 6/03/20 | IRH | 222 | Review of claim for case number 2017-CV-01422 in preparation for case audit form. | .80 | 170.00 | 136.00 |
| 6/03/20 | IRH | 222 | Audit form for additional claim against the Commonwealth under (index 665). | .60 | 170.00 | 102.00 |
| 6/03/20 | JEG | 208 | Continue review of the Highway and Transportation Authority 2002 Bonds Official Statement regarding the security agreement. | .60 | 195.00 | 117.00 |
| 6/04/20 | JRC | 208 | Review various questions received from E. Stevens of Proskauer (0.3). Draft preliminary answers and related questions for J. Pietrantoni  and H. Bauer (0.3). | .60 | 340.00 | 204.00 |
| 6/04/20 | JP | 208 | Email exchange with E. Stevens regarding questions raised at court hearing, including whether there are other statutes that contain language evidencing intent to transfer revenues. | .70 | 355.00 | 248.50 |

O'Neill & Borges LLC

Bill #:  376413                                                   July 2, 2020

| Date | Init | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/20 | HDB | 203 | Participate (via Court Solutions) in oral arguments regarding Revenue Bonds Stay Relief Motions. | 4.50 | 305.00 | 1,372.50 |
| 6/04/20 | GMR | 222 | Analyze issues regarding potential conflicts in connection with July Omnibus Objections. | 3.70 | 185.00 | 684.50 |
| 6/04/20 | JEG | 208 | Finalize review of the Highway and Transportation Authority 2002 Bonds Official Statement regarding the security agreement. | 1.30 | 195.00 | 253.50 |
| 6/05/20 | JRC | 208 | Review emails from Proskauer regarding issues raised at hearing (.30); Search and distribute to J. Pietrantoni and J. Gonzalez list of PR statutes that provide for allocation of resources (.50); Exchange emails with J. Pietrantoni regarding argument that as long as revenues remain "available resources of the CW ownership of such funds has not been transferred (.40). | 1.20 | 340.00 | 408.00 |
| 6/05/20 | JP | 208 | Analyze issues raised in court hearing relating to 2002 HTA security agreement and whether there are other statutes that contain language evidencing intent to transfer ownership of revenues. | .90 | 355.00 | 319.50 |
| 6/05/20 | HDB | 208 | Review issues regarding early legislation which transferred ownership of revenues to instrumentalities in connection with revenue bonds oral arguments. (.80) Review e-mail by J. Pietrantoni to E. Stevens regarding scope of additional research in connection with revenue bonds supplemental submissions. (.10) | .90 | 305.00 | 274.50 |
| 6/05/20 | HDB | 210 | Review Allied Waste of Puerto Rico Inc.'s demand for payment.  (.20) Draft e-mail regarding same to E. Barak. (.10) | .30 | 305.00 | 91.50 |
| 6/05/20 | MMB | 219 | Docket court notice received by email dated June 4, 2020, regarding order dkt. 13370 setting deadlines to file objections and reply related with post-petition tort claims - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/06/20 | JRC | 208 | Exchange emails with J. Pietrantoni regarding issue of authorization for 2002 Security Agreement. (.20) Review emails from Proskauer, H. Bauer and J. Gonzalez regarding related issues to be reviewed (.20). | .40 | 340.00 | 136.00 |
| 6/06/20 | JP | 208 | Review Ambac informative motion and 2002 purchase agreement to determine if security agreement is referenced therein. | .70 | 355.00 | 248.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 6/06/20 | HDB | 208 | Review Informative Motion of HTA Movants Submitting 2002 HTA Bonds' Closing Transcript and Related Documentation. (.20)  Exchange e-mails with J. Pietrantoni and J. Cacho regarding potential sources of supplemental authority for HTA to execute security agreement. (.20) | .20 | 305.00 | 61.00 |
| 6/07/20 | JRC | 208 | Review Monolines informative motion (.20). Review emails from J. Pietrantoni regarding issues raised by same (.20). | .40 | 340.00 | 136.00 |
| 6/07/20 | JP | 208 | Research regarding approval of 2002 security agreement. | .70 | 355.00 | 248.50 |
| 6/07/20 | JP | 208 | Email exchanges with E. Stevens and others regarding Ambac informative motion and FOMB reply regarding 2002 security agreement. | .80 | 355.00 | 284.00 |
| 6/07/20 | JEG | 208 | Conduct research regarding the legislative history of Act 91-2006, as amended, known as the Puerto Rico Sales Tax Financing Corporation Act, and Act No. 9 of August 12, 1982. (1.2). Commence research regarding the legislative history of provisions of the Puerto Rico Internal Revenue Code of 2011 conditionally allocating revenues of tax collected on gas oil, diesel oil and petroleum products to the Highway and Transportation Authority. (2.6) | 3.80 | 195.00 | 741.00 |
| 6/08/20 | JP | 208 | Review 2003 version of HTA statute (.30) Draft email forwarding same to Proskauer. (.10) | .40 | 355.00 | 142.00 |
| 6/08/20 | JP | 208 | Research regarding apparent authority of Executive Director of HTA in connection with 2002 Security Agreement. | 1.40 | 355.00 | 497.00 |
| 6/08/20 | HDB | 208 | Revise draft response to Informative Motion regarding 2002 Resolution. (.20) Review J. Pietrantoni's comments thereto. (.10) | .30 | 305.00 | 91.50 |
| 6/08/20 | HDB | 222 | Revise draft One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Amounts For Which the Commonwealth and Puerto Rico Highways and Transportation Authority to Claims Asserted by Certain HTA Bondholders. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/08/20 | HDB | 222 | Revise draft One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds. | .30 | 305.00 | 91.50 |
| 6/08/20 | HDB | 222 | Revise draft Two Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico Is Not Liable GDB Bind Claims), and supporting documents. | .30 | 305.00 | 91.50 |
| 6/08/20 | HDB | 208 | Review memorandum order denying E. Santana Baez Stay Relief Motion. | .20 | 305.00 | 61.00 |
| 6/08/20 | HDB | 222 | Revise draft Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 6/08/20 | GMR | 222 | Review drafts of omnibus claim objections received from Proskauer. | .30 | 185.00 | 55.50 |
| 6/08/20 | JEG | 208 | Finalize research regarding legislative history of provisions of the 2011 Puerto Rico Internal Revenue Code conditionally allocating revenues of tax collected on gas oil, diesel oil and petroleum products to the Highway and Transportation Authority. (.70). Conduct research regarding legislative history of provisions of the Puerto Rico Internal Revenue Code of 2011 conditionally allocating revenues of the cigarette tax to the Highway and Transportation Authority and the Metropolitan Bus Authority. (2.10) | 2.80 | 195.00 | 546.00 |
| 6/08/20 | JEG | 208 | Conduct research regarding the English version of the Highway and Transportation Authority statute as it stood in 2002. (.90). Conduct research regarding legislative history of provisions of Act 272-2003, as amended, known as the Room Occupancy Rate Tax Act, conditionally allocating revenues of the room tax to the Convention Center District Authority. (1.60). Conduct research regarding history of provisions of Act 44 of June 21, 1988, as amended, conditionally allocating revenues of the rum tax to the Puerto Rico Infrastructure Financing Authority. (.40) | 2.90 | 195.00 | 565.50 |
| 6/09/20 | JP | 208 | Review cases regarding apparent authority of government officials in order to respond to AMBAC arguments regarding 2002 Security Agreement. | 1.20 | 355.00 | 426.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/09/20 | HDB | 207 | Review Appellant Brief in Appeal No. 19-1181 to identify any relevant PR Law issues. | .60 | 305.00 | 183.00 |
| 6/09/20 | JEG | 208 | Commence draft of memorandum regarding the legislative intent behind the Sales Tax Financing Corporation Act and other statutes conditionally allocating revenues. | 2.30 | 195.00 | 448.50 |
| 6/10/20 | JRC | 208 | Review emails from Proskauer and J. Pietrantoni regarding issues of sur-reply (.30). Review motion filed by Monolines regarding same (.40). | .70 | 340.00 | 238.00 |
| 6/10/20 | JP | 208 | Review new Ambac motion regarding 2002 Security Agreement. | .40 | 355.00 | 142.00 |
| 6/10/20 | JP | 208 | Email exchange with E. Stevens regarding Ambac motion regarding 2002 Security Agreement. | .30 | 355.00 | 106.50 |
| 6/10/20 | HDB | 206 | Revise draft Response to L. Bonilla's Motion for Administrative Claims. | .30 | 305.00 | 91.50 |
| 6/10/20 | HDB | 208 | Review Reply to Oversight Board's Response to Informative Motion of HTA Movants Submitting 2002 HTA Bonds Closing Transcript and Related Documentation. | .20 | 305.00 | 61.00 |
| 6/10/20 | HDB | 222 | Revise draft Two Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | .20 | 305.00 | 61.00 |
| 6/10/20 | HDB | 222 | Revise draft Two Hundred Seventh Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 6/10/20 | HDB | 222 | Revise draft Two Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims. | .20 | 305.00 | 61.00 |
| 6/10/20 | GMR | 206 | File the Urgent motion (A) to Extend Deadline for Filing Proofs of Claim and (B) to Approve Form and Manner of Notice Thereof in Case No. 17-3283. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/10/20 | GMR | 206 | File the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 222 | Exchange emails with A. Bargoot in connection with the Spanish translations of the June omnibus objections. | .20 | 185.00 | 37.00 |
| 6/10/20 | DLA | 222 | Revise Spanish Omni Objection 198 for filing. .70) Revise Spanish Omni Objection 199 for filing. (.70) Revise Spanish Omni Objection 200 for filing. (.60) Revise Spanish Omni Objection 209 for filing. (.70) | 3.70 | 175.00 | 647.50 |
| 6/10/20 | AEV | 202 | Legal Research on Actions Against the Commonwealth Act regarding the matters in which the government has authorized suit and Act 111-2011 regarding the remedies provided by the law pertaining to the seizure of property. | 1.80 | 175.00 | 315.00 |
| 6/10/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of H.B. 2434. - specifically review pages 1 through 66 for changes made to the final document presented and discussed in the Legislature to conform the previous translated pages to the final document. 66 pages; 21,450 words. | 3.10 | 150.00 | 465.00 |
| 6/10/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of  final version of H.B. 2434..8 pages; 2,091 words. | 2.90 | 150.00 | 435.00 |
| 6/11/20 | JRC | 208 | Review email and memo from J. Gonzalez regarding CW statutes reallocating CW income. | .40 | 340.00 | 136.00 |
| 6/11/20 | JP | 208 | Draft responses to points made in new Ambac motion regarding 2002 Security Agreement (1.20); review memo regarding comparison of language transferring revenues in various statutes (.40). | 1.60 | 355.00 | 568.00 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Review issues regarding translations to claims objections notices and edits thereto. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Not Liable. | .30 | 305.00 | 91.50 |
| 6/11/20 | HDB | 222 | Revise Two Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Review Two Hundred Eleventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth Is Not Liable. | .30 | 305.00 | 91.50 |
| 6/11/20 | HDB | 222 | Revise draft the Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | .20 | 305.00 | 61.00 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicative Claims Asserted by Certain PBA, PRPFC, and PRASA Bondholders, including supporting documents. | .30 | 305.00 | 91.50 |
| 6/11/20 | HDB | 222 | Revise draft Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/11/20 | HDB | 222 | Review Two Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims. | .20 | 305.00 | 61.00 |
| 6/11/20 | DJP | 206 | Analyze the One Hundred Ninety-Eighth Omnibus Objection (Non-substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/11/20 | DJP | 206 | File the One Hundred Ninety-Eighth Omnibus Objection (Non-substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/11/20 | DJP | 206 | Analyze the One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/11/20 | DJP | 206 | File the One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/11/20 | DJP | 206 | Draft changes to the Spanish language version of the Two Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims. | .40 | 190.00 | 76.00 |
| 6/11/20 | DJP | 206 | Draft changes to the Spanish language version of the Eighteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by PRASA Bondholders. | .60 | 190.00 | 114.00 |
| 6/11/20 | DJP | 206 | Draft changes to the Spanish language version of the Two Hundred Twentieth Omnibus Objection (Non-substantive) Of the Puerto Rico Electric Power Authority to Satisfied Claims. | .40 | 190.00 | 76.00 |

O'Neill & Borges LLC

Bill #:  376413  July 2, 2020

| 6/11/20 | DJP | 206 | Draft changes to the Spanish version of the Two Hundred Twenty-first Omnibus Objection (Substantive) Of the Puerto Rico Electric Power Authority to MEDICOOP Claims That Assert Claims of Zero Dollars Against PREPA. | .40 | 190.00 | 76.00 |
|---|---|---|---|---|---|---|
| 6/11/20 | DJP | 206 | Draft changes to the Spanish language version of the Two Hundred Twenty-second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants. | .40 | 190.00 | 76.00 |
| 6/11/20 | DJP | 206 | Draft changes to the Spanish language version of the Two Hundred Nineteenth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Deficient Claims. | .60 | 190.00 | 114.00 |
| 6/11/20 | GMR | 206 | Analyze the Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor and exhibits thereto in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/11/20 | GMR | 206 | File the Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor and exhibits thereto. | .20 | 185.00 | 37.00 |
| 6/11/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Two Hundredth and Two Hundred Second Omnibus Objections. | .20 | 185.00 | 37.00 |
| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims. | .50 | 185.00 | 92.50 |
| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Eleventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable. | .40 | 185.00 | 74.00 |
| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .40 | 185.00 | 74.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient Claims with Respect to Which Deficient Mailing Responses Were Received | .50 | 185.00 | 92.50 |
|---|---|---|---|---|---|---|
| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicative Claims Asserted by Certain PBA Bondholders. | .50 | 185.00 | 92.50 |
| 6/11/20 | GMR | 222 | Draft edits to the Spanish version of the Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds | .60 | 185.00 | 111.00 |
| 6/11/20 | DLA | 222 | Revise Spanish Omni Objection 202 for filing. (.70) Revise Spanish Omni Objection 205 for filing. (.70) Revise Spanish Omni Objection 206 for filing. (.70) Revise Spanish Omni Objection 207 for filing. (.70) Revise Spanish Omni Objection 210 for filing. (.70) Revise Spanish Omni Objection 213 for filing. (.60) Revise Spanish Omni Objection 220 for filing. (.70) | 4.80 | 175.00 | 840.00 |
| 6/11/20 | AEV | 202 | Legal research on Puerto Rico jurisprudence regarding forfeitures and remedies available (1.40); draft brief summary regarding same (.40); and draft comments to the Proskauer team's draft complaint (.20). | 2.00 | 175.00 | 350.00 |
| 6/11/20 | JEG | 208 | Finalize draft of memorandum regarding the legislative intent behind the Sales Tax Financing Corporation Act and other statutes conditionally allocating revenues. | 5.20 | 195.00 | 1,014.00 |
| 6/11/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of H.B. 2434.  43 pages; 9,889 words. | 6.40 | 150.00 | 960.00 |
| 6/11/20 | MMB | 219 | Docket court notice received by email dated June 11, 2020, regarding order dkt. 13402 setting deadline for Employee Claimants to submit information form with requested information - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                                      July 2, 2020

| 6/12/20 | CGB | 222 | Review PR-DOJ letter forwarded by J. El Koury regarding proposal to pay certain post-petition forfeiture judgments (.20); Draft email to J. El Koury regarding same (.10); Draft email to L. Stafford forwarding same (.10). | .40 | 330.00 | 132.00 |
|---------|-----|-----|---|-----|--------|--------|
| 6/12/20 | HDB | 208 | Review Joint Informative Motion Regarding the Treatment of Exhibits Submitted in Connection with the Lift Stay Motions. | .30 | 305.00 | 91.50 |
| 6/12/20 | HDB | 208 | Review emails regarding budgeting for the payment of the Gracia Gracia settlement. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 222 | Revise draft Two Hundred Eighteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico Is Not Liable. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 222 | Revise draft Two Hundred Nineteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico Is Not Liable. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 221 | Review ERS Bondholder's Motion to Join Ambac's Rule 2004 Motion regarding cash restriction analysis. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 210 | Review letter regarding payment of forfeitures. (.20) Draft e-mail to B. Rosen regarding same. (.10) | .30 | 305.00 | 91.50 |
| 6/12/20 | HDB | 210 | Revise draft memorandum regarding legislative intent of certain appropriation statutes. | .30 | 305.00 | 91.50 |
| 6/12/20 | HDB | 203 | Review Order for Procedures for Default Judgments. | .10 | 305.00 | 30.50 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient Claims with Respect to Which Deficient Mailing Responses Were Received, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                                                           July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/20 | DJP | 206 | File the Two Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient Claims with Respect to Which Deficient Mailing Responses Were Received, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicative Claims Asserted by Certain PBA Bondholders, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicative Claims Asserted by Certain PBA Bondholders, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Seventeenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Eighteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by PRASA Bondholders, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Eighteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by PRASA Bondholders, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Twentieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Twentieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Twenty-First Omnibus Objection (Substantive) Of the Puerto Rico Electric Power Authority to MEDICOOP Claims That Assert Claims of Zero Dollars Against PREPA, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 6/12/20 | DJP | 206 | File the Two Hundred Twenty-First Omnibus Objection (Substantive) Of the Puerto Rico Electric Power Authority to MEDICOOP Claims That Assert Claims of Zero Dollars Against PREPA, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | DJP | 206 | Analyze the Two Hundred Twenty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants, in anticipation of its filing. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/20 | DJP | 206 | File the Two Hundred Twenty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/12/20 | KMM | 202 | Draft email to M. Rosenthal and P. Possinger regarding statutory interest applicable to undisputed amounts in connection with an insurance claim. | .40 | 180.00 | 72.00 |
| 6/12/20 | KMM | 202 | Conduct legal research regarding statutory interest applicable to undisputed amounts in connection with an insurance claim. | 1.90 | 180.00 | 342.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the Two Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the two Hundred Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                                           July 2, 2020

| 6/12/20 | GMR | 222 | File the Two Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims Providing No Basis and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 6/12/20 | GMR | 222 | File the Two Hundred Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims Providing No Basis. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the Two Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Eleventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the Two Hundred Eleventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                          July 2, 2020

| 6/12/20 | GMR | 222 | Analyze the Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
|---------|-----|-----|---|-----|--------|-------|
| 6/12/20 | GMR | 222 | File the Two Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .20 | 185.00 | 37.00 |
| 6/12/20 | GMR | 222 | Analyze the Two Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities and exhibits thereto in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 6/12/20 | GMR | 222 | File the Two Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities. | .20 | 185.00 | 37.00 |
| 6/12/20 | JEG | 208 | Revise memo regarding the legislative history of the Sales Tax Financing Corporation. | 3.50 | 195.00 | 682.50 |
| 6/12/20 | MMB | 219 | Docket court notice received by email dated June 11, 2020, regarding order dkt. 13401 setting deadline to file response to the One Hundred Ninetieth Omnibus Objection with respect to claim Mr. Cortés - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/15/20 | JRC | 208 | Review memorandum from J. Gonzalez regarding statutory language in COFINA and other public corporations regarding the allocation of certain tax income to the payment of bonds. | 1.20 | 340.00 | 408.00 |
| 6/15/20 | JRC | 208 | Draft emails to H. Bauer and J. Pietrantoni regarding additional information on PBA and PRIFA Bond deals being requested by Proskauer. | .30 | 340.00 | 102.00 |
| 6/15/20 | HDB | 222 | Review claims reconciliation work stream report by J. Herriman. | .30 | 305.00 | 91.50 |
| 6/15/20 | HDB | 208 | Revise draft memorandum regarding certain appropriation statutes. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| 6/15/20 | HDB | 208 | Review stay relief notice by L. Duprey Rivera. (.20) Draft e-mail to the Proskauer team regarding the same. (.10) | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 6/15/20 | HDB | 208 | Review stay relief notice by M. Rivera Oliveras. (.10) Draft e-mail to L. Marini regarding the same. (.10) | .20 | 305.00 | 61.00 |
| 6/15/20 | HDB | 208 | Revise and edit draft Gracia-Gracia Budget resolution. | .20 | 305.00 | 61.00 |
| 6/15/20 | JEG | 208 | Commence research regarding implicit ratification doctrine. | .60 | 195.00 | 117.00 |
| 6/15/20 | MMB | 219 | Docket court notice received by email dated June 15, 2020, regarding order dkt. 13444 setting deadline to file objections to proposed omnibus hearing dates - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/16/20 | JRC | 208 | Review approving resolutions for 2012 PBA bond deals. (.30)  Review approving resolutions for PBA bond deal (.30). Review approving resolutions for PRIFA (.60). Analyze issues regarding the approving resolutions and the statutory language for the CW guaranties (.40). Review responses from J. Gonzalez on guaranty issue (.30). | 1.90 | 340.00 | 646.00 |
| 6/16/20 | JP | 215 | Analyze guaranty provisions of PRIFA, PBA and APLA transactions at the request of Proskauer in connection with best interest test analysis. | 1.70 | 355.00 | 603.50 |
| 6/16/20 | HDB | 208 | Revise draft memorandum concerning pledges under PR Law. | .30 | 305.00 | 91.50 |
| 6/16/20 | HDB | 203 | Analyze Memorandum Order requiring Ambac to withdraw complaint. | .40 | 305.00 | 122.00 |
| 6/16/20 | HDB | 210 | Review analysis of various CW Guarantees (APPLA, PRIFA, PBA). | .60 | 305.00 | 183.00 |
| 6/16/20 | HDB | 208 | Review Motion Submitting Stipulation and Proposed Amended Protective Order regarding production of documents in connection with the Lift Stay Motions. | .30 | 305.00 | 91.50 |
| 6/16/20 | HDB | 212 | Revise translation of EO-2020-044. (.20) Draft e-mails to L. Stafford and J. Berman (Prime Clerk) regarding same. (.10) | .30 | 305.00 | 91.50 |
| 6/16/20 | HDB | 206 | Revise and sign-off to file revised Master Service List. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413 — July 2, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 6/16/20 | DJP | 206 | File the Master Service List as of June 16, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/16/20 | JEG | 208 | Conduct research regarding law guarantying bonds issued by the Port of the Americas Authority. | 1.80 | 195.00 | 351.00 |
| 6/16/20 | MMB | 219 | Docket court notice received by email dated June 16, 2020, regarding order dkt. 143447 setting deadline for Ambac to withdraw complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/17/20 | JRC | 208 | Analyze question from M. Zerjal as to whether guaranties on PBA, PRIFA and others are guaranties of payment or collection.(.30). Review pertinent statutory language (.40). Review proposed response from J. Gonzalez (.30). | 1.00 | 340.00 | 340.00 |
| 6/17/20 | JP | 215 | Analyze guaranty provisions of PRIFA, PBA and APLA transactions at the request of Proskauer in connection with best interest test analysis. | 1.80 | 355.00 | 639.00 |
| 6/17/20 | HDB | 212 | Review e-mail from M. Figueroa regarding Allied Waste of Puerto Rico Inc. Request for Payment of administrative expenses for post-petition utility services and adequate assurance cash deposit. (.10)  Review response by C. Velaz and draft e-mails to S. Ma. (.100) | .20 | 305.00 | 61.00 |
| 6/17/20 | IRH | 222 | Draft judicial audit form for claim in case 3:16-cv-02849. | .10 | 170.00 | 17.00 |
| 6/17/20 | IRH | 222 | Review of docket documentation for case number 3:16-bk-02849 in preparation for audit form. | 2.10 | 170.00 | 357.00 |
| 6/17/20 | JEG | 208 | Analyze similarities of the Commonwealth guaranty for bonds issued by the Public Buildings Authority, the Port of the Americas Authority and the Puerto Rico Infrastructure Financing Authority, established in Act No. 17 of April 11, 1968, Act 409-2004 and Paragraph (h) of Article 34 of Act No. 44 of June 21, 1988. (.90). Draft answer to query from M. Zerjal, regarding the Commonwealth guaranty of public corporations' bonds. (2.40) | 3.30 | 195.00 | 643.50 |
| 6/17/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of H.B. 2434.  40 pages; 9,444 words. | 7.10 | 150.00 | 1,065.00 |

O'Neill & Borges LLC

Bill #:  376413                                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/18/20 | JRC | 208 | Exchange emails with M. Zerjal and J. Gonzalez regarding guaranty inquiry (.20). Review proposed response from J. Pietrantoni regarding same (.40). Draft emails to J. Pietrantoni and J. Gonzalez regarding same. (.20). | .80 | 340.00 | 272.00 |
| 6/18/20 | CGB | 222 | Draft mail to I. Rodriguez responding to query on how to complete Orealis Mendoza litigation audit form (.10); Draft Follow-up email to F. Rodriguez to ascertain status of audit reports (.10). | .20 | 330.00 | 66.00 |
| 6/18/20 | JP | 215 | Draft memo to Proskauer relating to whether PBA, PRIFA and APLA guaranties are payment guaranties to collection guaranties. | 1.60 | 355.00 | 568.00 |
| 6/18/20 | HDB | 208 | Review Motion by Gracia-Gracia Plaintiffs to extend deadlines to file claims. (20)  Draft e-mail to E. Barak and others regarding same. (.10) | .30 | 305.00 | 91.50 |
| 6/18/20 | HDB | 206 | Revise draft and sign-off to file Motion Requesting Allowance of Post-Petition Tort Claim as Priority Claim. | .30 | 305.00 | 91.50 |
| 6/18/20 | HDB | 210 | Review J. Pietrantoni's response regarding Commonwealth Guarantee. | .20 | 305.00 | 61.00 |
| 6/18/20 | GMR | 206 | Analyze the Objection to Motion Requesting Allowance of Post-Petition Tort Claim as Priority Claim in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/18/20 | GMR | 206 | File the Objection to Motion Requesting Allowance of Post Petition Tort Claim as Priority Claim in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/18/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of H.B. 2434.  38 pages; 8,481 words. | 6.70 | 150.00 | 1,005.00 |
| 6/19/20 | CGB | 222 | Verify table to ascertain outstanding reports on the CW litigation audit (.30); Draft email to J. Herriman and L. Stafford forwarding third set of audit reports (.20); Review email from L. Stafford regarding analysis of proposed payment of certain forfeiture judgments (.10); email exchange with J. El Koury and L. Stafford to coordinate next steps in view of same (.20). | .80 | 330.00 | 264.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                           July 2, 2020

| 6/19/20 | HDB | 206 | Review Response of Ambac Assurance Corporation to Joinder of ERS Bondholders in Ambac Assurance Corporations Motion for Rule 2004 Discovery Concerning Commonwealth Assets and Commonwealth Cash Restriction Analysis. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 6/19/20 | HDB | 222 | Review Claim Objection Response update by N. Hafez of PrimeClerk. | .20 | 305.00 | 61.00 |
| 6/19/20 | FGR | 222 | Research regarding case no. 14-CV-01372-MEL in connection with CW Judicial Audit of Federal Cases. | 1.80 | 180.00 | 324.00 |
| 6/19/20 | FGR | 222 | Further work on summary of cases summarized (excel row 48-55) in connection with CW Judicial Audit of Federal Cases. | 1.30 | 180.00 | 234.00 |
| 6/19/20 | OMA | 220 | As requested by attorney R. M. Lazaro. continue translation into English of H.B. 2434.  18 pages; 4,027 words. | 4.40 | 150.00 | 660.00 |
| 6/23/20 | JRC | 208 | Review emails from Proskauer regarding COFINA legislative history and related memorandum. | .40 | 340.00 | 136.00 |
| 6/23/20 | JP | 215 | Review statute relating to waiver of sovereign immunity at the request of J. Esses. | .60 | 355.00 | 213.00 |
| 6/23/20 | JP | 208 | Revise memo requested by Proskauer regarding whether certain laws transfer revenues to public corporations. | 1.20 | 355.00 | 426.00 |
| 6/23/20 | JP | 208 | Review insert for motion relating to whether 2002 security agreement had to be approved by an HTA resolution. | .60 | 355.00 | 213.00 |
| 6/23/20 | HDB | 210 | Review query by J. Esses regarding conversion claims under PR Law. | .30 | 305.00 | 91.50 |
| 6/23/20 | HDB | 207 | Review Ambac Assurance Corporation's Notice of Withdrawal of Complaint pursuant to the Court's Order Directing Ambac to Withdraw Complaint. | .20 | 305.00 | 61.00 |
| 6/23/20 | HDB | 212 | Review correspondence by counsel for Movant and AAFAF regarding status of Allied Waste of Puerto Rico Inc. Request for Payment of administrative expenses for post-petition utility services and adequate assurance cash deposit. | .10 | 305.00 | 30.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/23/20 | HDB | 207 | Review Monolines' Partial Objection to Notice of Proposed Amendment to Twelfth Amended Notice, Case Management and Administrative Procedures to Include Omnibus Hearing Dates Through December 2021. | .20 | 305.00 | 61.00 |
| 6/23/20 | HDB | 207 | Review AAFAF Status Report Advising that Individual Account Provisions of Act 106 Have Been Implemented. | .20 | 305.00 | 61.00 |
| 6/23/20 | JEG | 208 | Conduct research to obtain statute that authorizes claims and suits against Commonwealth and its most recent amendments. | .60 | 195.00 | 117.00 |
| 6/24/20 | JRC | 208 | Draft comments to COFINA memo by J. Gonzalez (.60). Review updated draft of memo addressing same (.30). | .90 | 340.00 | 306.00 |
| 6/24/20 | CGB | 222 | Review CW judicial audit forms for index numbers 2999, 6650 and 6692 (.20); Draft email to L. Stafford and J. Herriman forwarding same (010). | .30 | 330.00 | 99.00 |
| 6/24/20 | JP | 208 | Review COFINA law, (.20) other related legislation (.20) and memo prepared at the request of Proskauer regarding whether Legislature intended to transfer ownership of revenues to various public corporations (.20); Draft email to Proskauer regarding same (.30). | .90 | 355.00 | 319.50 |
| 6/24/20 | HDB | 210 | Review memorandum on transfer of ownership of tax revenues. | .20 | 305.00 | 61.00 |
| 6/24/20 | JEG | 208 | Revise memorandum regarding the legislative intent behind the Sales Tax Financing Corporation Act and other statutes conditionally allocating revenues, as requested by J. Pietrantoni and J. Cacho. | 1.50 | 195.00 | 292.50 |
| 6/25/20 | CGB | 222 | Review draft letter to the Justice Department requesting additional information relating to the proposed payment of certain forfeiture judgments (.20); email exchange with L. Stafford regarding suggested edit to same .20); Draft email to J. El Koury and G. Maldonado forwarding draft letter for review (.10). | .50 | 330.00 | 165.00 |
| 6/25/20 | HDB | 222 | Review C. Garcia's e-mail to J. Heriman and L. Stafford regarding litigation claim review process. | .20 | 305.00 | 61.00 |
| 6/25/20 | HDB | 210 | Review draft letter to DOJ regarding payment of forfeiture judgments. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413                                                              July 2, 2020

| 6/25/20 | MMB | 219 | Docket court notice received by email dated June 24, 2020, regarding order dkt. 13496 setting deadline to file objection to proposed omnibus hearing dates - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/26/20 | HDB | 207 | Review (i) Verified Statement of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (.10) and (ii) Second Verified Statement of the Service Employees International Union Pursuant to Federal Rule of Bankruptcy Procedure 2019. (.20) | .20 | 305.00 | 61.00 |
| 6/26/20 | HDB | 221 | Review Stipulation regarding extension of confidentiality obligations in connection with Ambac's Rule 2004 motion. | .20 | 305.00 | 61.00 |
| 6/28/20 | HDB | 222 | Review J. Herriman's update to the claims reconciliation process. | .20 | 305.00 | 61.00 |
| 6/30/20 | CGB | 222 | Review email from A. Bargoot seeking copies of complaints or judgments in various ordinary course wages claims (.10); Draft email setting forth alternative options in view of the unavailability of electronic records for such cases (.20). | .30 | 330.00 | 99.00 |
| 6/30/20 | HDB | 208 | Review stay relief notice on behalf of Mr. Luis Osvaldo Torres Leon. (.20) Draft e-mail to L. Marini and C. Velaz regarding same. (.10) | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  376413                                                                                   July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/30/20 | HDB | 222 | Review Supplemental Response to Debtor's Objection to Claim(s) (Number(s) :(claim 9658) regarding: Colon Arroyo, Ana, included in Debtor's Omnibus Objection to Claims Ninety-Seventh; (The "Ninety-Seventh Omnibus Objection); (Claim. 11329) regarding: Diaz Ramos, Jose; (Claim 7551) regarding: Figueroa Ayala, Jose; and (claim 8867) regarding: Figueroa Perez, Agustin, were included in Exhibit B, omnibus objection no. Ninety- Nine; (the "Ninety-Nine Omnibus Objection"); and (Claim 93330), regarding: Vega Miranda Catalina, was included in Exhibit B, of the one hundred eight omnibus objection (the "One Hundred Eight Omnibus Objection"), (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., filed by Ivonne Gonzalez Morales. | .30 | 305.00 | 91.50 |
| 6/30/20 | HDB | 208 | Review stay relief motion by O. Johnson. | .20 | 305.00 | 61.00 |
| 6/30/20 | HDB | 207 | Review Notice of Appeal by AMBAC regarding order to withdraw complaint. | .10 | 305.00 | 30.50 |
| 6/30/20 | HDB | 207 | Review Monolines' Urgent Motion to Clarify Requirements of the Sealed Procedures Order and the Amended Protective Order. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES               $ 44,550.00

Less Discount                                          $ -4,455.00

NET PROFESSIONAL SERVICES:                 $ 40,095.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 11.10 | 340.00 | 3,774.00 |
| CARLA GARCIA BENITEZ | 3.10 | 330.00 | 1,023.00 |
| JULIO PIETRANTONI | 18.10 | 355.00 | 6,425.50 |
| HERMANN BAUER | 32.30 | 305.00 | 9,851.50 |
| NICOLE BERIO DORTA | .70 | 220.00 | 154.00 |
| DANIEL J. PEREZ REFOJOS | 10.60 | 190.00 | 2,014.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376413 July 2, 2020

| | | | |
|---|--:|--:|--:|
| KARLA M. MORALES | 2.30 | 180.00 | 414.00 |
| FRANCISCO G. RODRIGUEZ | 3.10 | 180.00 | 558.00 |
| IVETTE RODRIGUEZ | 7.90 | 170.00 | 1,343.00 |
| GABRIEL MIRANDA RIVERA | 16.10 | 185.00 | 2,978.50 |
| DANIELA L. ALVAREZ | 8.50 | 175.00 | 1,487.50 |
| ASTRID E. VELEZ | 3.80 | 175.00 | 665.00 |
| ALBERTO NIEVES CUBERO | 9.30 | 180.00 | 1,674.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 34.80 | 195.00 | 6,786.00 |
| OLGA M. ALICEA | 30.60 | 150.00 | 4,590.00 |
| MILAGROS MARCANO BAEZ | 5.80 | 140.00 | 812.00 |
| **Total** | **198.10** | | **$ 44,550.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|--:|
| 6/03/20 | COURT SOLUTIONS FEE FOR PARTICIPATION IN THE JUNE 3,2020 OMNIBUS HEARING-HDB | 70.00 |
| 6/04/20 | UNITED PARCEL SERVICE, INV. 725102110, MICHAEL FIRESTEIN, PROSKAUER ROSE LLP-UMF | 118.79 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (58 Copies @ $.10) | 5.80 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (59 Copies @ $.10) | 5.90 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (8 Copies @ $.10) | .80 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (1 Copies @ $.10) | .10 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (2 Copies @ $.10) | .20 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (8 Copies @ $.10) | .80 |
| 6/15/20 | DUPLICATING -  AS OF 6/15/20 (2 Copies @ $.10) | .20 |

TOTAL REIMBURSABLE EXPENSES $ 237.99

**TOTAL THIS INVOICE** **$ 40,332.99**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

RE: FISCAL PLAN

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

208 Ponce de León, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COMMONWEALTH OF PR TITLE III

July 2, 2020
Bill #:   376414
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 5,775.00 |
| Less Discount | $ -577.50 |
| Net Professional Services | $ 5,197.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,197.50** |

IN ACCOUNT WITH

EDIFICIO OCHOA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/20 | CEG | 211 | Analyze issues with regards to a Disaster Aid Resolver. | .70 | 250.00 | 175.00 |
| 6/04/20 | CEG | 211 | Exchange emails with G. Maldonado and A. Chepeniek regarding Disaster Aid Resolver. | .90 | 250.00 | 225.00 |
| 6/04/20 | CEG | 211 | Review executive order enacting COR3 and related PPP legislation to evaluate establishment of legal mechanism for Disaster Aid Revolver. | 1.40 | 250.00 | 350.00 |
| 6/05/20 | CEG | 211 | Exchange emails with A. Chepeniek, G. Maldonado, M. Perez and A. Garcia regarding Disaster Aid Resolver and proposed legal mechanism to implement it. | .80 | 250.00 | 200.00 |
| 6/05/20 | CEG | 211 | Analyze issues with regards to a Disaster Aid Resolver and legal mechanism to implement it. | 1.20 | 250.00 | 300.00 |
| 6/05/20 | CEG | 211 | Participate in conference call with G. Maldonado, O Marrero, and OATRH representatives ( R. Pagán, S Torres)  regarding proposed Uniform Remuneration Plan applicable to some CW employees. | 1.50 | 250.00 | 375.00 |
| 6/08/20 | CEG | 211 | Exchange emails with G. Ojeda regarding memo on full-time and part-time employees on budget controls. | .20 | 250.00 | 50.00 |
| 6/08/20 | CEG | 211 | Draft memo on full-time and part-time employees on budget controls. | .80 | 250.00 | 200.00 |
| 6/11/20 | CEG | 211 | Tel. conf. with N. Irizarry, G. Maldonado and other FOMB staff regarding salary increases awarded in FY19 and FY20 (PRDE). | .20 | 250.00 | 50.00 |
| 6/11/20 | CEG | 211 | Tel. conf. with G. Maldonado, FOMB Staff and DE Staff and other regarding salary increases awarded in FY19 and FY20 (PRDE). | .70 | 250.00 | 175.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376414                                                                July 2, 2020

| 6/11/20 | CEG | 211 | Consider issues on  joint resolution on disaster aid revolver and related FOMB controls. | .30 | 250.00 | 75.00 |
|---|---|---|---|---|---|---|
| 6/12/20 | CEG | 211 | Revise draft of joint resolution on disaster aid revolver. | .40 | 250.00 | 100.00 |
| 6/12/20 | CEG | 211 | Consider several issues on joint resolution related to emergency reserve. | .20 | 250.00 | 50.00 |
| 6/12/20 | CEG | 211 | Consider several issues on joint resolution related to Gracia-Gracia settlement. | .20 | 250.00 | 50.00 |
| 6/12/20 | CEG | 211 | Draft memo on workweek shifts applicable to the central government. | .80 | 250.00 | 200.00 |
| 6/24/20 | CEG | 211 | Various tel. conf. with G. Maldonado and J. Notario regarding the budget joint resolution and several issues related to legislative procedure. | .60 | 250.00 | 150.00 |
| 6/25/20 | CEG | 211 | Revise final draft of CW budget joint resolution Spanish version. | 3.20 | 250.00 | 800.00 |
| 6/25/20 | CEG | 211 | Exchange emails  with G. Maldonado regarding joint resolution Spanish version and special language in case of delay of Federal Funds. | .40 | 250.00 | 100.00 |
| 6/25/20 | CEG | 211 | Consider issues on federal funds potential delay for the Department of Education and impact on agency budget. | .80 | 250.00 | 200.00 |
| 6/25/20 | CEG | 211 | Tel. conf. with S. Panagiotakis regarding revised GF resolution language. | .30 | 250.00 | 75.00 |
| 6/25/20 | CEG | 211 | Exchange emails with S. Panagiotakis regarding revised Joint Resolution. | .10 | 250.00 | 25.00 |
| 6/25/20 | CEG | 211 | Tel. conf. with G. Maldonado regarding  joint resolution, its Spanish version and special language in case of delay of Federal Funds. | .30 | 250.00 | 75.00 |
| 6/25/20 | CEG | 211 | Consider issues related to federal consent decree line budgets and distribution. | .60 | 250.00 | 150.00 |
| 6/26/20 | CEG | 211 | Revise GF Joint Resolution (.50) and corresponding Spanish version (.70). Review approved resolution by the legislature (.40). | 1.60 | 250.00 | 400.00 |
| 6/26/20 | CEG | 211 | Exchange emails with S. Panagiotakis regarding edits made to GF Joint Resolution. | .30 | 250.00 | 75.00 |
| 6/29/20 | CEG | 211 | Draft Spanish version of SRF and FF resolution. | 1.20 | 250.00 | 300.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376414                                                                      July 2, 2020

| Date | | | Description | | | |
|------|---|---|-------------|---|---|---|
| 6/29/20 | CEG | 211 | Study OATRH  guideline of compensatory time due to COVID-19 emergency (.20).  Exchange emails with E. Sepulveda and V. Maldonado regarding DCR - compensatory time (.10). Tel. conf. with V. Maldonado regarding same. (.10) | .40 | 250.00 | 100.00 |
| 6/29/20 | CEG | 211 | Review edits to the budget control resolution. | .20 | 250.00 | 50.00 |
| 6/29/20 | CEG | 211 | Review PRIDCO and CRIM resolution translations. | .40 | 250.00 | 100.00 |
| 6/29/20 | CEG | 211 | Edit the Spanish version of RC state special funds and federal funds for FY2021. | .80 | 250.00 | 200.00 |
| 6/29/20 | CEG | 211 | Tel. conf. with G. Maldonado and M. Marichal regarding several issues on disclosure of information cash grants participants and related incentive in SF budget. | .20 | 250.00 | 50.00 |
| 6/30/20 | CEG | 211 | Revise court order related to reprogramming of portion of the Juvenile program budget (.10); exchange emails with G. Maldonado regarding same. (.10) | .20 | 250.00 | 50.00 |
| 6/30/20 | CEG | 211 | Tel. conf. with G. Maldonado and J. Notario, regarding several issues related to  legislative process in approval of 2021 budget and related consequence under PROMESA. | .30 | 250.00 | 75.00 |
| 6/30/20 | CEG | 211 | Review PRIDCO budget and related translation | .30 | 250.00 | 75.00 |
| 6/30/20 | CEG | 211 | Tel. conf. with M. Perez, regarding several issues on Law 1-2015 segregated account (.20); review related provisions under PR law and PROMESA (.40). | .60 | 250.00 | 150.00 |

TOTAL PROFESSIONAL SERVICES                           $ 5,775.00

Less Discount                                                          $ -577.50

NET PROFESSIONAL SERVICES:                           $ 5,197.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | 23.10 | 250.00 | 5,775.00 |
| **Total** | **23.10** | | **$ 5,775.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376414                                                                July 2, 2020

**TOTAL THIS INVOICE**                                              **$ 5,197.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  BANK ACCOUNTS ANALYSIS**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   376415
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 3**

**RE:  BANK ACCOUNTS ANALYSIS**

| | |
|---|---:|
| Total Professional Services | $ 2,516.00 |
| Less Discount | $ -251.60 |
| | |
| Net Professional Services | $ 2,264.40 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,264.40** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 3**
**RE:  BANK ACCOUNTS ANALYSIS**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/03/20 | IRH | 210 | Review of documentation for Office of Court Administration account ending 0052 for determination of restriction. | 1.10 | 170.00 | 187.00 |
| 6/05/20 | IRH | 210 | Review of bank account belonging to the Caguas Court of First Instance to establish restriction. | .80 | 170.00 | 136.00 |
| 6/05/20 | IRH | 210 | Review of supporting documentation for account ending 9814 for restriction determination. | 1.70 | 170.00 | 289.00 |
| 6/05/20 | IRH | 210 | Review of supporting documentation provided for bank account holding funds for the Mayaguez Court of First Instance to establish restriction. | .60 | 170.00 | 102.00 |
| 6/08/20 | IRH | 210 | Review of supporting documentation for account ending x1797 for determination of restriction. | .50 | 170.00 | 85.00 |
| 6/08/20 | IRH | 210 | Review of supporting documentation for account belonging to the Public Housing Administration used for Hurricane María emergencies. | .90 | 170.00 | 153.00 |
| 6/08/20 | IRH | 210 | Review of the Puerto Rico Public Energy Policy Act in connection with bank account holding a special fund designated by the same. | 1.10 | 170.00 | 187.00 |
| 6/09/20 | IRH | 210 | Teleconference with J. García and G. Alejandre to discuss UPR cash analysis. | .70 | 170.00 | 119.00 |
| 6/17/20 | IRH | 210 | Compilation of new accounts in threshold reviewed for cash analysis. | 1.40 | 170.00 | 238.00 |
| 6/18/20 | IRH | 210 | Teleconference with J. García and M. López regarding consult on UPR cash analysis. | .40 | 170.00 | 68.00 |
| 6/18/20 | IRH | 210 | Teleconference with J. L. Notario to discuss UPR cash analysis inquiry. | .20 | 170.00 | 34.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376415                                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/18/20 | IRH | 210 | Follow-up teleconference with J. L. Notario and R. Hernandez to discuss UPR cash analysis. | .30 | 170.00 | 51.00 |
| 6/23/20 | IRH | 210 | Analysis of Puerto Rico Employee Retirement Systems bank accounts created by Act 106-2017 held by the Puerto Rico Treasury Department for determination of restrictions. | 5.10 | 170.00 | 867.00 |

TOTAL PROFESSIONAL SERVICES                  $ 2,516.00

Less Discount                                             $ -251.60

NET PROFESSIONAL SERVICES:                  $ 2,264.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| IVETTE RODRIGUEZ | 14.80 | 170.00 | 2,516.00 |
| **Total** | **14.80** | | **$ 2,516.00** |

**TOTAL THIS INVOICE**                                      **$ 2,264.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   376416
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 812**

**RE:  17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

| | |
|---|---|
| Total Professional Services | $ 345.00 |
| Less Discount | $ -34.50 |
| Net Professional Services | $ 310.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 310.50** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 812**
**RE:  17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/20 | DJP | 206 | Email correspondence with J. Alonzo pertaining to timing of the filing of court-ordered Joint Status Report. | .20 | 190.00 | 38.00 |
| 6/01/20 | DJP | 206 | Analyze the final version of the court-ordered Joint Status Report, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 6/01/20 | DJP | 206 | File the final version of the court-ordered Joint Status Report, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/05/20 | MMB | 219 | Docket court notice received by email dated June 5, 2020, regarding order dkt. 80 setting deadline for defendant to file motion to dismiss, plaintiff's response, movant's reply - H. Bauer. | .10 | 140.00 | 14.00 |
| 6/20/20 | CGB | 202 | Review query from J. Alonzo regarding legal basis for post-judgment interest (.20); brief legal research to identify pertinent procedural provision requiring same (.30); Draft email to J. Alonzo forwarding copy of English version of PR Civ. P. R. 44.3 (.10). | .60 | 330.00 | 198.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 345.00 |
| Less Discount | | $ -34.50 |
| NET PROFESSIONAL SERVICES: | | $ 310.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .60 | 330.00 | 198.00 |
| DANIEL J. PEREZ REFOJOS | .70 | 190.00 | 133.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376416                                                                July 2, 2020

| **Total** | **1.40** | **$ 345.00** |

**TOTAL THIS INVOICE**                                        **$ 310.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376417
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 816**

**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

| | |
|---|---|
| Total Professional Services | $ 261.50 |
| Less Discount | $ -26.15 |
| | |
| Net Professional Services | $ 235.35 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 235.35** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 816**
**RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/29/20 | CGB | 209 | Review email from G. Ramos seeking extension of time to file opposition to dismissal (.10); monitor email response from the Joint Defense Group (.20); email exchange with J. Richman regarding same (.10); monitor email exchange between J. Richman and G. Ramos regarding agreement on extension of time (.20); Review Draft motion for extension of time for Plaintiffs to oppose to dismissal and Defendants to reply to such opposition (.10). | .70 | 330.00 | 231.00 |
| 6/29/20 | HDB | 209 | Review request by Plaintiffs to modify briefing schedule. | .10 | 305.00 | 30.50 |

|  | TOTAL PROFESSIONAL SERVICES |  | $ 261.50 |
|--|--|--|--|
|  | Less Discount |  | $ -26.15 |
|  | NET PROFESSIONAL SERVICES: |  | $ 235.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| HERMANN BAUER | .10 | 305.00 | 30.50 |
| **Total** | **.80** | | **$ 261.50** |

**TOTAL THIS INVOICE**                    **$ 235.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH                                              250 Muñoz Rivera, Suite 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:   376418

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 817**

**RE:  18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

| | |
|---|---:|
| Total Professional Services | $ 156.00 |
| Less Discount | $ -15.60 |
| Net Professional Services | $ 140.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 140.40** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 817**
**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/03/20 | HDB | 209 | Revise and sign-off motion regarding the motion for leave to amend. | .20 | 305.00 | 61.00 |
| 6/03/20 | DJP | 206 | Analyze the Response of the Financial Oversight and Management Board for Puerto Rico to Plaintiffs' Motion Regarding the Pending Motion Requesting Leave to Amend the Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 6/03/20 | DJP | 206 | File the Response of the Financial Oversight and Management Board for Puerto Rico to Plaintiffs' Motion Regarding the Pending Motion Requesting Leave to Amend the Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 156.00 |
| Less Discount | $ -15.60 |
| NET PROFESSIONAL SERVICES: | $ 140.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| **Total** | **.70** | | **$ 156.00** |

### TOTAL THIS INVOICE                                     $ 140.40

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

268 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

## RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

---

July 2, 2020
Bill #:   376419
Billing Attorney:  HDB

FOMB IN RE COMMONWEALTH OF PR TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 828**

**RE:  19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

| | |
|---|---:|
| Total Professional Services | $ 1,054.00 |
| Less Discount | $ -105.40 |
| Net Professional Services | $ 948.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 948.60** |

IN ACCOUNT WITH

**O'Neill & Borges** LLC

288 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 828**
**RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/10/20 | HDB | 209 | Review Magistrate Judge's report and recommendation to dismiss as per FOMB's Motion to Dismiss. | .60 | 305.00 | 183.00 |
| 6/10/20 | JAC | 210 | Analyze report and recommendation by Magistrate Judge Judith G. Dein. | .50 | 180.00 | 90.00 |
| 6/24/20 | HDB | 209 | Analyze Objection to Report and Recommendation by Judge Dein to dismiss case. | .60 | 305.00 | 183.00 |
| 6/25/20 | MMB | 219 | Docket court notice received by email dated June 25, 2020, regarding order dkt. 29 setting deadline to respond to objections to report and recommendations, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/26/20 | CGB | 209 | Review the scheduling order at Docket No. 29 (.10); Review the Magistrates report and recommendation at Docket No. 27 (.30); Review the Plaintiff objections to the R&R at Docket No. 28 (.10); Review email exchange between M. Zerjal and G. Ramos regarding extension of time to respond tot he latter (.20). | .70 | 330.00 | 231.00 |
| 6/26/20 | HDB | 209 | Review e-mails by M. Zerjal and G. Ramos regarding amendment to complaint and modifications to briefing schedule. | .20 | 305.00 | 61.00 |
| 6/29/20 | CGB | 209 | Review the draft motion for Defendants to react to the Plaintiff's opposition to the R&R and related matters. | .20 | 330.00 | 66.00 |
| 6/29/20 | HDB | 209 | Revise draft motion to amend schedule in adv. 19-0034. | .20 | 305.00 | 61.00 |
| 6/30/20 | CGB | 209 | Monitor email exchange between M. Palmer and G. Ramos regarding the draft motion proposing new briefing schedule (.30); Review the draft Joint Urgent Motion for modification of briefing schedule (.20). | .50 | 330.00 | 165.00 |

TOTAL PROFESSIONAL SERVICES      $ 1,054.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376419                                                                     July 2, 2020

Less Discount                                                     $ -105.40

NET PROFESSIONAL SERVICES:                                    $ 948.60

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 1.40 | 330.00 | 462.00 |
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| JORGE A. CANDELARIA | .50 | 180.00 | 90.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **3.60** | | **$ 1,054.00** |

**TOTAL THIS INVOICE**                                          **$ 948.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:   376420

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 834**

**RE:  19-00389-LTS COOP. V COSSEC-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 61.00 |
| Less Discount | $ -6.10 |
| Net Professional Services | $ 54.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 54.90** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 834**
**RE:  19-00389-LTS COOP. V COSSEC-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/30/20 | HDB | 209 | Revise draft motion to modify briefing schedule. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 61.00 |
| Less Discount | | $ -6.10 |
| NET PROFESSIONAL SERVICES: | | $ 54.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.20** | | **$ 61.00** |

**TOTAL THIS INVOICE** $ 54.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  19-00393-LTS FOMB V GOV. VAZQUEZ (LAW 29) -HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH                                                          250 Muñoz Rivera Ave, Suite 800
                                                                         San Juan, PR 00918-1813
                                                                         Tel. (787) 764-8181
                                                                         Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:   376421

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1701 - 836**

**RE:  19-00393-LTS FOMB V GOV. VAZQUEZ (LAW 29) -HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 122.00 |
| Less Discount | $ -12.20 |
| Net Professional Services | $ 109.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 109.80** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 836**
**RE:  19-00393-LTS FOMB V GOV. VAZQUEZ (LAW 29) -HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/03/20 | HDB | 209 | Analyze San Juan's motion regarding Law 29 issues. | .30 | 305.00 | 91.50 |
| 6/05/20 | HDB | 209 | Review T. Mungovan's e-mail concerning San Juan's Informative Motion and Judge Swain's reaction thereto. | .10 | 305.00 | 30.50 |

TOTAL PROFESSIONAL SERVICES     $ 122.00

Less Discount     $ -12.20

NET PROFESSIONAL SERVICES:     $ 109.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.40** | | **$ 122.00** |

**TOTAL THIS INVOICE**     **$ 109.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376422
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 838**

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 204.00 |
| Less Discount | $ -20.40 |
| Net Professional Services | $ 183.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 183.60** |

Electronic Invoice

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 838**
**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/18/20 | DJP | 206 | Analyze email from P. Fishkind and L. Stafford inquiring on procedural vehicle through which to submit certain documents requested by the court. | .20 | 190.00 | 38.00 |
| 6/18/20 | DJP | 206 | Analyze court order in connection with email from P. Fishkind and L. Stafford inquiring on procedural vehicle through which to submit certain documents. | .20 | 190.00 | 38.00 |
| 6/18/20 | DJP | 206 | Respond to email from P. Fishkind and L. Stafford inquiring on procedural vehicle through which to submit certain documents requested by the court. | .20 | 190.00 | 38.00 |
| 6/19/20 | DJP | 206 | Analyze the Informative Motion Regarding Submission of Exhibits, and exhibits, in anticipation of its filing in case 20-004-LTS. | .20 | 190.00 | 38.00 |
| 6/19/20 | DJP | 206 | File the Informative Motion Regarding Submission of Exhibits, and exhibits, through the court's electronic filing system in case 20-004-LTS. | .20 | 190.00 | 38.00 |
| 6/25/20 | MMB | 219 | Docket court notice received by email dated June 24, 2020, regarding order dkt. 66 setting deadline to file responses - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 204.00 |
| Less Discount | | $ -20.40 |
| NET PROFESSIONAL SERVICES: | | $ 183.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376422                                                                July 2, 2020

| | | | |
|---|---|---|---|
| DANIEL J. PEREZ REFOJOS | 1.00 | 190.00 | 190.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.10** | | **$ 204.00** |

**TOTAL THIS INVOICE**                                    **$ 183.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH                    250 MUÑOZ RIVERA AVENUE, SUITE 800
                                   SAN JUAN, PR 00918-1813
                                   TEL. (787) 764-8181
                                   FAX (787) 753-8944

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:   376423

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1701 - 839**

**RE:  20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

| | |
|---|---|
| Total Professional Services | $ 120.50 |
| Less Discount | $ -12.05 |
| Net Professional Services | $ 108.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 108.45** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 839**
**RE:  20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/19/20 | DJP | 206 | Analyze the Informative Motion Regarding Submission of Exhibits, and exhibits, in anticipation of its filing in case 20-003-LTS. | .20 | 190.00 | 38.00 |
| 6/19/20 | DJP | 206 | File the Informative Motion Regarding Submission of Exhibits, and exhibits, through the court's electronic filing system in case 20-003-LTS. | .20 | 190.00 | 38.00 |
| 6/24/20 | HDB | 209 | Review order on briefing Motions for Summary Judgment. | .10 | 305.00 | 30.50 |
| 6/24/20 | MMB | 219 | Docket court notice received by email dated June 24, 2020, regarding order dkt. 68 setting deadline to file responses - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 120.50 |
| Less Discount | | $ -12.05 |
| NET PROFESSIONAL SERVICES: | | $ 108.45 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .10 | 305.00 | 30.50 |
| DANIEL J. PEREZ REFOJOS | .40 | 190.00 | 76.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.60** | | **$ 120.50** |

### TOTAL THIS INVOICE                     $ 108.45

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376424
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 840**

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 90.00 |
| Less Discount | $ -9.00 |
| Net Professional Services | $ 81.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 81.00** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 840**
**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/19/20 | DJP | 206 | Analyze the Informative Motion Regarding Submission of Exhibits, and exhibits, in anticipation of its filing in case 20-005-LTS. | .20 | 190.00 | 38.00 |
| 6/19/20 | DJP | 206 | File the Informative Motion Regarding Submission of Exhibits, and exhibits, through the court's electronic filing system in case 20-005-LTS. | .20 | 190.00 | 38.00 |
| 6/25/20 | MMB | 219 | Docket court notice received by email dated June 24, 2020, regarding order dkt. 79 setting deadline to file responses - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES $ 90.00

Less Discount $ -9.00

NET PROFESSIONAL SERVICES: $ 81.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .40 | 190.00 | 76.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.50** | | **$ 90.00** |

**TOTAL THIS INVOICE** $ 81.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376425
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1701 - 841**

**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

| | |
|---|---|
| Total Professional Services | $ 23,237.00 |
| Less Discount | $ -2,323.70 |
| Net Professional Services | $ 20,913.30 |
| Total Reimbursable Expenses | $ 400.00 |
| **TOTAL THIS INVOICE** | **$ 21,313.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 841**
**RE:  20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/20 | CGB | 209 | Email exchange with O. M. Alicea to coordinate pending translation of exhibit (.20); Review Draft complaint to be filed to seek injunctive relief compelling the production of the COVID-19 contract documents (.90); Draft email to T. Mungovan forwarding comments to same (.20); Draft email to C. Guensberg and C. Rogoff forwarding translation of exhibit (.10); Email exchange with C. Rogoff regarding Draft cover sheet and summons (.30); Draft email forwarding updated draft complaint for review by A. Velez (.10). | 1.70 | 330.00 | 561.00 |
| 6/01/20 | HDB | 209 | Review emails from C. Rogoff regarding filing of complaint. (.10)  Revise draft ancillary documents. (.20) Draft e-mail regarding exhibit sizes. (.10) Commence review of draft complaint. (.70) | 1.10 | 305.00 | 335.50 |
| 6/01/20 | DJP | 206 | Analyze summons to be submitted together with adversary complaint. | .30 | 190.00 | 57.00 |
| 6/01/20 | DJP | 206 | Analyze PROMESA Cover Sheet to be submitted together with adversary complaint. | .20 | 190.00 | 38.00 |
| 6/01/20 | DJP | 206 | Respond to email from L. Wolfe in connection with the current draft of the PROMESA Cover Sheet to be submitted together with the adversary complaint. | .20 | 190.00 | 38.00 |
| 6/01/20 | AEV | 209 | Review to fact check the draft of complaint pertaining to the COVID-19 contracts request of information. | 1.90 | 175.00 | 332.50 |
| 6/01/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of document titled Justification. 6 pages; 1,853 words | 1.60 | 150.00 | 240.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                            July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/02/20 | CGB | 209 | Review OMB letter to FOMB of June 1, 2020 (.10); coordinate with O. M. Alicea translation of same and of key legal citations (.10); monitor email exchanges between T. Mungovan and FOMB representatives regarding timing of court filing (.30); Review Draft press release regarding same (.10); Draft email to T. Mungovan forwarding requested translations (.10). | .70 | 330.00 | 231.00 |
| 6/02/20 | HDB | 209 | Further review of draft complaint. (.40) Review and comment draft press release. (.30)  Review letter from OMB requesting additional time to respond to document request. (.20) Review e-mail by A. Velez regarding draft complaint. (.20) Review e-mails by N. Jaresko, S. Negron and T. Mungovan regarding filing strategy. (.40)  Review edits to draft press release. (.10) Review issues regarding filing logistics. (.20) | 1.80 | 305.00 | 549.00 |
| 6/02/20 | KMM | 219 | Analyze email sent by C. Montilla in connection with the purchase order of $5,200,000 executed between PREMA and Maitland. | .20 | 180.00 | 36.00 |
| 6/02/20 | KMM | 219 | Revise draft complaint to be filed by the Oversight Board in connection with the COVID-19 emergency contracts and purchase orders. | 2.20 | 180.00 | 396.00 |
| 6/02/20 | KMM | 219 | Draft chart related to documents submitted by the government in connection with the purchase orders executed between PREMA and Maitland. | 2.30 | 180.00 | 414.00 |
| 6/02/20 | OMA | 220 | As requested by attorney C. Garcia, prepare Certified translation into English of 25 L.P.R.A. Sections 3641 and 3642,; and letter to FOMB from the OMB, dated 6/1/2020  6 pages; 1,316 words | 1.40 | 150.00 | 210.00 |
| 6/03/20 | CGB | 209 | Regarding email exchanges between J. El Koury and Proskauer team regarding most recent edits (0.4); Review proposed edits to factual averments suggested by K. Morales based upon her review of produced documents (0.3); Draft email to T. Mungovan and C. Rogoff summarizing proposed edits (0.3); Coordinate filing issues with G. A. Miranda (0.2). | 1.20 | 330.00 | 396.00 |
| 6/03/20 | HDB | 209 | Review Proskauer edits to draft complaint. (.40) Review e-mails J. El Koury regarding Puerto Rico Sales. (.10) Review K. Morales' edits to draft complaint. (.20) Review e-mails from C. Montilla regarding request from counsel for OMB regarding incomplete production. (.20) | .90 | 305.00 | 274.50 |

O'Neill & Borges LLC

Bill #:  376425                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/03/20 | DJP | 206 | Participate in call with courtroom deputy clerk to discuss payment and other logistics pertaining to the filing of adversary complaint. | .30 | 190.00 | 57.00 |
| 6/03/20 | KMM | 219 | Revise Maitland chart and attached pertinent documents. | .90 | 180.00 | 162.00 |
| 6/03/20 | KMM | 219 | Draft list of documents related to 313 LLC, Apex, Maitland and Puerto Rico Sale that are pending submittal by the Office of Management and Budget. | 1.90 | 180.00 | 342.00 |
| 6/03/20 | KMM | 219 | Revise list prepared by A. Velez in connection with the documents that are pending submittal by the Office of Management and Budget. | .80 | 180.00 | 144.00 |
| 6/03/20 | AEV | 215 | Review all emails and documents submitted by the Office of Management and Budget or other agencies pertaining to the emergency procurement review of the Apex, 313 and Maitland contracts to draft a list of said emails and documents. | 2.40 | 175.00 | 420.00 |
| 6/04/20 | AEV | 215 | Review information for phone call with the Office of Management and Budget. | .40 | 175.00 | 70.00 |
| 6/04/20 | AEV | 215 | Conference call with C. Montilla from FOMB, K. Morales from O&B, M. Bonilla and L. Irizarry from the Office of Management and Budget regarding the Maitland transaction and required information. | .50 | 175.00 | 87.50 |
| 6/05/20 | CGB | 209 | Monitor Proskauer emails regarding current timing for filing of the complaint (.30); Draft email to C. Rogoff requesting that exhibits ZIP be sent to G. Miranda (.20); review emails from C. Rogoff requesting clarification regarding availability of APEX and 313 purchase orders (.30); coordinate with A. Velez and K. Morales to verify prior documents summaries to respond to same (.30); Review email from K. Morales responding to C. Rogoff queries (.20); review proposed press release draft (.20); Draft mail to T. Mungovan regarding me (.10); Review Follow-up email from C. Guensberg regarding the Maitland and Puerto Rico Sales documents (.20); Review response to same from K. Morales (.10). | 1.90 | 330.00 | 627.00 |
| 6/05/20 | CGB | 209 | Final Review of the draft complaint in anticipation of its filing on June 6, 2020. | 1.10 | 330.00 | 363.00 |
| 6/05/20 | HDB | 209 | Review revised draft of Complaint. (.8) Review revisions to press release. (.2)  Review e-mails regarding edits to press release. (.1) | 1.10 | 305.00 | 335.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                    July 2, 2020

| Date | Initials | No. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/05/20 | KMM | 219 | Update chart related to 313 LLC documents. | 2.10 | 180.00 | 378.00 |
| 6/05/20 | KMM | 219 | Draft email to C. Rogoff in connection with certain inquiries on Apex and 313 LLC purchase orders. | .40 | 180.00 | 72.00 |
| 6/05/20 | KMM | 219 | The. conf. with A. Velez in connection with certain inquiries on Apex and 313 LLC purchase orders; (.40) Draft email to C. Montilla regarding same; (.30) Follow-up call with C. Montilla and A. Velez regarding same. (.40) | 1.10 | 180.00 | 198.00 |
| 6/05/20 | GMR | 209 | Review the draft of the complaint. | .60 | 185.00 | 111.00 |
| 6/05/20 | GMR | 209 | Review the exhibits to the complaint in anticipation to its filing. | .80 | 185.00 | 148.00 |
| 6/05/20 | GMR | 209 | Exchange various emails with C. Rogoff in connection with the filing of the complaint. | .30 | 185.00 | 55.50 |
| 6/05/20 | AEV | 215 | Drafted list of requested and missing information regarding the Apex transaction. | .60 | 175.00 | 105.00 |
| 6/05/20 | AEV | 215 | Phone call with K. Morales to discuss the status of the Apex, 313, Maitland, PR Sales Medical and other government contracts executed during the COVID-19 emergency period. | .40 | 175.00 | 70.00 |
| 6/05/20 | AEV | 215 | Reviewed all emails submitted by the Department of Health to confirm what agencies submitted information related to the 313 transaction. | .50 | 175.00 | 87.50 |
| 6/05/20 | AEV | 215 | Organized Apex Workshare folder to include information provided by the Office of Management and Budget. | .70 | 175.00 | 122.50 |
| 6/05/20 | AEV | 215 | Phone call with C. Montilla regarding query about PR Sales Medical and Maitland purchase orders. | .10 | 175.00 | 17.50 |
| 6/05/20 | AEV | 215 | Conference call with K. Morales and C. Montilla to discuss the PR Sales Medical and Maitland purchase orders. | .40 | 175.00 | 70.00 |
| 6/05/20 | AEV | 215 | Thorough review of email titled "Purchase Order -313 LLC"  and its attachments from the Office of Management and Budget to identify if documents pertaining to the Puerto Rico Sales Medical purchase order were submitted. | .30 | 175.00 | 52.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 376425                                                                July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/05/20 | AEV | 215 | Review K. Morales drafted document containing charts of all purchase orders submitted, and identified, regarding the Apex, 313, Maitland and PR Sales Medical purchase orders. | .40 | 175.00 | 70.00 |
| 6/06/20 | CGB | 209 | Overview of 12 emails from J. El Koury forwarding documents produced by OMB and corresponding enclosures to consider implications for the draft complaint (.30); coordinate with A. Velez and K. Morales the review of the same (.20). | .50 | 330.00 | 165.00 |
| 6/06/20 | CGB | 209 | Draft email to C. Rogoff to confirm review progress and coordinate assistance regarding identification of new contracts or purchase orders provided by OMB. | .20 | 330.00 | 66.00 |
| 6/06/20 | CGB | 209 | Email exchange with C. Rogoff and C. Montilla to develop strategy in view extension of time requested by OMB. | .20 | 330.00 | 66.00 |
| 6/06/20 | CGB | 209 | Draft mail to C. Rogoff to coordinate review of the weekly OMB excel report to verify impact upon Complaint Draft allegations. | .20 | 330.00 | 66.00 |
| 6/06/20 | CGB | 209 | Review update from K. Morales regarding status of the review of the new OMB documents (.10); Draft email to T, Mungovan and the Proskauer team to confirms same (.10). | .20 | 330.00 | 66.00 |
| 6/06/20 | CGB | 209 | Draft email to T. Mungovan and C. Montilla summarizing document review results and to coordinate filing strategy (.30); Review responses thereto from C. Montilla and T. Mungovan (.10). | .40 | 330.00 | 132.00 |
| 6/06/20 | CGB | 209 | Review mail from A. Velez with enclosures summarizing conclusions after the review of the OMB documents (.30); Draft email to T. Mungovan and C. Montilla forwarding same (.10). | .40 | 330.00 | 132.00 |
| 6/06/20 | CGB | 209 | Email follow with A. Velez and K. Morales regarding results of the document review process. | .30 | 330.00 | 99.00 |
| 6/06/20 | HDB | 209 | Review extension of time letter by the DOH to produce additional information regarding APEX and 313 Contracts. (.20) Review issues regarding review of supplemental production of information. (.20) Review issues regarding timing of filing of Complaint. (.20) | .60 | 305.00 | 183.00 |

O'Neill & Borges LLC

Bill #:  376425                                            July 2, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 6/06/20 | KMM | 219 | Analyze documents submitted by the Office of Management and Budget regarding Funds Allocation Request (Planteamientos): PP2020-20931, PP2020-20939, PP2020-0951 and the suppliers Maitland and Puerto Rico Sales & Medical Services. | 5.50 | 180.00 | 990.00 |
| 6/06/20 | KMM | 219 | Revise chart regarding the information submitted on June 6, 2020 by the Office of Management and Budget to crosscheck with the information previously provided by the government entities. | 3.30 | 180.00 | 594.00 |
| 6/06/20 | GMR | 209 | Exchange various emails with C. Rogoff in connection with the filing of the complaint. | .50 | 185.00 | 92.50 |
| 6/06/20 | AEV | 215 | Analyze documents submitted by the Office of Management and Budget pertaining to the request of information from the PR Sales & Medical transaction (specifically files from 1 to 41 in shared link) to prepare chart with information. | 4.00 | 175.00 | 700.00 |
| 6/06/20 | AEV | 215 | Prepare a breakdown of the contracts, invoices, quotes and purchase orders submitted by the Office of Management and Budget from files 1 to 41 in the shared link. | .70 | 175.00 | 122.50 |
| 6/06/20 | AEV | 215 | Confirm that all the documentation mentioned in the Office of Management and Budget letter, dated June 5, 2020, were submitted for review (specifically review files 1 to 41). | .50 | 175.00 | 87.50 |
| 6/06/20 | AEV | 215 | Compared chart sent by Proskauer on June 6, 2020 regarding purchase orders from PR Sales & Medical with the information sent by the Office of Management and Budget to see if all purchase orders matched or were submitted (compare with files from 1 to 41 in the shared link). | .40 | 175.00 | 70.00 |
| 6/06/20 | AEV | 215 | Cross check files 1 to 41 submitted by the Office of Management and Budget with the Apex chart and the Other Government Contracts to identify any new information regarding the transactions that was submitted for review. | 1.50 | 175.00 | 262.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                July 2, 2020

| 6/06/20 | AEV | 215 | Cross check the Office of Management and Budget Chart (files from 1 to 65 submitted for review) with all previous documentation submitted from all other government agencies  to set forth detailed comments as to the interrelation of the new information submitted with the previous information submitted. | 2.40 | 175.00 | 420.00 |
|---|---|---|---|---|---|---|
| 6/07/20 | KMM | 219 | Revise documents submitted by OMB to address Proskauer's inquiries. | 1.20 | 180.00 | 216.00 |
| 6/07/20 | AEV | 215 | Review Proskauer query regarding the Office of Management and Budget Chart and discuss with K. Morales. | .40 | 175.00 | 70.00 |
| 6/08/20 | CGB | 209 | Review updated version of the draft complaint (.80); Draft email to T. Mungovan and the Proskauer team forwarding comments to same (.10); Review query from S. Negron regarding available 313 Purchase orders (.10);  Draft response to same with input from the O&B review team (.10) | 1.10 | 330.00 | 363.00 |
| 6/08/20 | HDB | 209 | Review multiple e-mails regarding supplemental document review of weekly OMB submissions. (.30) Revise draft complaint in anticipation of filing. (.80) Review emails regarding missing information in the 313 contract documents and e-mails.  (.20) Edit draft press release and draft e-mail with edits. (.10)  Review Proskauer edits to draft press release. (.10)  Review emails regarding filing of Complaint and press release. (.10) Review AAFAF Statement in response to Complaint. (.20) | 1.80 | 305.00 | 549.00 |
| 6/08/20 | KMM | 219 | Revise list of missing information pertaining to the Apex, 313 LLC, Puerto Rico Sales, and Maitland transaction. | 2.70 | 180.00 | 486.00 |
| 6/08/20 | KMM | 219 | Analyze complaint filed by 313 LLC against the Department of Health to identify information related to the 313 LLC purchase orders that have not been submitted by the DOH and PREMA. | .50 | 180.00 | 90.00 |
| 6/08/20 | GMR | 209 | Further coordinate filing logistics in connection with the complaint. | .30 | 185.00 | 55.50 |
| 6/08/20 | GMR | 209 | Review the revised civil cover sheet in anticipation to its filing. | .10 | 185.00 | 18.50 |
| 6/08/20 | GMR | 209 | Review the revised draft of the complaint in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                  July 2, 2020

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/08/20 | GMR | 209 | File the complaint and exhibits thereto in adv. 20-00078 through the Court's electronic filing system. | .60 | 185.00 | 111.00 |
| 6/08/20 | AEV | 215 | Edited the list regarding the missing information from the Apex transaction to include the missing information pertaining to the Maitland, 313 and PR Sales & Medical transactions. | 1.40 | 175.00 | 245.00 |
| 6/08/20 | AEV | 215 | Review Maitland information pertaining to one purchase order to identify whether it is one purchase order or the sum of multiple purchase order per FOMB's query. | .50 | 175.00 | 87.50 |
| 6/08/20 | AEV | 215 | Edit List of Missing Information prepared by K. Morales to include the Department of Health's emails that we identified as incomplete regarding the Apex transaction. | .40 | 175.00 | 70.00 |
| 6/09/20 | AEV | 215 | Conference call with C. Montilla (FOMB) and E. Zayas (Communications Director of the FOMB) regarding key information of the COVID-19 contract that the government has still not provided. | .20 | 175.00 | 35.00 |
| 6/09/20 | AEV | 215 | Conference call with C. Montilla (FOMB) and K. Morales regarding the List of Missing Information drafted (particularly the Maitland purchase orders). | .20 | 175.00 | 35.00 |
| 6/09/20 | AEV | 215 | Edit the list of missing information and deficiencies regarding Other Government Contracts and the List of Missing Information regarding Apex, Maitland, 313 and PR Sales & Medical to combine into one document and sent email to the client with changes. | .70 | 175.00 | 122.50 |
| 6/10/20 | CGB | 209 | Review email from T. Mungovan regarding status of review of new documentation forwarded by OMB (.10); Tel. Conf. with C. Montilla regarding same (.10); Draft email to T. Mungovan providing status of review progress (.10); Review court docket .10); Draft email to T. Mungovan to coordinate service of process issues (.10) | .50 | 330.00 | 165.00 |
| 6/10/20 | AEV | 215 | Analyze new information submitted by the Office of Management and Budget to identify if any information pertaining to the procurement and negotiation process of the Apex, Maitland, 313 or PR Sales and Medical contracts or purchase orders was provided. | 1.00 | 175.00 | 175.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                    July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/11/20 | CGB | 209 | Overview of email exchange regarding updated information received from OMB (.30); coordinate with K. Morales and A. Velez to review same (.30); attend Tel. Conf. with T. Mungovan, C. Montilla J. El Koury and others to discuss O'Melveny's proposal of direct access to pertinent computer systems (.30); Review and comment proposed email from T. Mungovan to the O'Melveny team (.10). | 1.00 | 330.00 | 330.00 |
| 6/11/20 | CGB | 209 | Review letter from Maitland counsel forwarded by J. El Koury to consider its implications on pending proceeding. | .20 | 330.00 | 66.00 |
| 6/11/20 | HDB | 209 | Review letter from counsel to Maitland. | .10 | 305.00 | 30.50 |
| 6/11/20 | KMM | 219 | Conference call with J. El Koury, T. Mungovan, C. Garcia, G. Brenner, L. Wolf, A. Velez, C. Rogoff, S. Negron, and C. Montilla to discuss COVID-19 Contracts Litigation. | .30 | 180.00 | 54.00 |
| 6/11/20 | AEV | 215 | Review all charts prepared pertaining to the emergency government contracts to send them to the Proskauer team. | .30 | 175.00 | 52.50 |
| 6/11/20 | AEV | 215 | Compile into one document all the information sent by the Office of Management and Budget regarding authorized purchase orders during the COVID-19 pandemic. | .60 | 175.00 | 105.00 |
| 6/11/20 | AEV | 215 | Edit Proskauer chart regarding all contracts and purchase orders from Apex, Maitland, 313 and PR Sales & Medical to include the contracts or purchase orders date and other relevant information. | 1.60 | 175.00 | 280.00 |
| 6/11/20 | AEV | 215 | Conference call with C. Montilla, J, Koury, C. Garcia, K. Morales and the Proskauer team. | .30 | 175.00 | 52.50 |
| 6/11/20 | AEV | 215 | Review all government agency emails forwarded by the FOMB with the agencies answers to the FOMB's request of information regarding the execution of emergency contract and all charts prepared to identify all the dates of information submission to the FOMB regarding the Apex, 313, Maitland and PR Sales & Medical transactions. | 3.20 | 175.00 | 560.00 |
| 6/12/20 | AEV | 215 | Edit the spreadsheet regarding the Office of Management and Budget's Approved Purchase Orders to review and identify repeated entries and organize by agencies. | 1.30 | 175.00 | 227.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                                          July 2, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/16/20 | KMM | 219 | Analyze emails #1 to #14 submitted by Maitland in connection with the purchase orders executed with the Puerto Rico Department of Health. | 3.30 | 180.00 | 594.00 |
| 6/16/20 | KMM | 219 | Analyze purchase orders and quotes submitted by Maitland. | 1.20 | 180.00 | 216.00 |
| 6/16/20 | KMM | 219 | Revise chart related to Maitland purchase orders to include reference of the documents remitted by Maitland. | 2.90 | 180.00 | 522.00 |
| 6/16/20 | KMM | 219 | Draft email to C. Montilla, C. Garcia, J. El Koury, H. Waxman, S. Negron, T. Mungovan, G, Brenner, C. Rogoff, L. Wolf, and A. Velez in connection with the updated list of purchase orders related to Maitland. | .40 | 180.00 | 72.00 |
| 6/16/20 | AEV | 215 | Analyze the text messages submitted by Maitland 175 regarding the purchase orders executed during the COVID-19 emergency. | 2.70 | 175.00 | 472.50 |
| 6/17/20 | HDB | 209 | Review Order of Reference of adv. 20-0078 to Judge Dein. | .20 | 305.00 | 61.00 |
| 6/17/20 | AEV | 215 | Continue review of text messages submitted by Maitland 175, Inc. regarding the purchase orders executed by the government during the COVID-19 emergency and update the Maitland Chart accordingly. | 3.70 | 175.00 | 647.50 |
| 6/17/20 | AEV | 215 | Draft list of identified parties and government agencies that were involved in the text messages submitted by Maitland 175, Inc. and edit the Maitland Chart accordingly. | .70 | 175.00 | 122.50 |
| 6/18/20 | AEV | 215 | Review of documents submitted by Maitland 175, Inc. in folder entitled "References" to edit the Maitland Chart accordingly. | 2.60 | 175.00 | 455.00 |
| 6/18/20 | AEV | 215 | Review documents produced by the government related to the Office of Management and Budget to prepare new chart with the information. | 1.80 | 175.00 | 315.00 |
| 6/18/20 | AEV | 215 | Review all documents submitted by the government pertaining to the Department of Treasury to update the chart accordingly. | 2.40 | 175.00 | 420.00 |
| 6/18/20 | AEV | 215 | Review documents included in the folder entitled "Part 2" of the documents submitted by the government related to the Puerto Rico Emergency Management Authority to update the chart accordingly. | 2.70 | 175.00 | 472.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425                                                                    July 2, 2020

| 6/19/20 | CGB | 209 | Review summary by K. Morales and A. Velez of documents received directly from Maitland to ascertain potential impact upon on-going litigation. | .40 | 330.00 | 132.00 |
|---|---|---|---|---|---|---|
| 6/19/20 | HDB | 209 | Revise and sign-off to file motion to set a briefing schedule. | .20 | 305.00 | 61.00 |
| 6/19/20 | DJP | 206 | Analyze the Joint Urgent Motion Setting Expedited Briefing Schedule, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 6/19/20 | DJP | 206 | File the Joint Urgent Motion Setting Expedited Briefing Schedule, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/23/20 | CGB | 209 | Review the informative motion filed by AAFAF at Docket No. 9 (.20); Review the motion to dismiss filed by the Defendants at Docket No. 11 (.60); Draft email to C. Rogoff to coordinate call regarding same (.10). | .90 | 330.00 | 297.00 |
| 6/23/20 | HDB | 209 | Review Motion to Dismiss Complaint. (.80)  Review Informative Motion regarding documents produced to the FOMB. (.30) | 1.10 | 305.00 | 335.50 |
| 6/25/20 | HDB | 209 | Review issues regarding work streams to complete document review in anticipation of preparation of opposition to motion to dismiss. (.30)  Tel. Conf. with H. D. Bauer to discuss options for CW electronic searches of missing documents. (.30) | .60 | 305.00 | 183.00 |
| 6/25/20 | AEV | 209 | Analyz the  Informative Motion filed by the Government to draft preliminary commentaries. | .70 | 175.00 | 122.50 |
| 6/27/20 | AEV | 209 | Draft of final commentaries regarding Informative Motion filed by the Government of Puerto Rico. | 1.30 | 175.00 | 227.50 |
| 6/29/20 | HDB | 209 | Review query by E. Barak concerning assignment of cases to Judge Swain. (.10)  Review issues regarding order of transfer of judge entered in the San Juan case and revise response to E. Barak query. (.10) | .20 | 305.00 | 61.00 |
| 6/29/20 | DJP | 210 | Draft email to E. Barak and D. Desatnik responding to inquiry in connection with transfer of litigation to judge presiding over the main Title III cases. | .30 | 190.00 | 57.00 |

TOTAL PROFESSIONAL SERVICES                        $ 23,237.00

Less Discount                                              $ -2,323.70

NET PROFESSIONAL SERVICES:                          $ 20,913.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376425

July 2, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 13.10 | 330.00 | 4,323.00 |
| HERMANN BAUER | 9.70 | 305.00 | 2,958.50 |
| DANIEL J. PEREZ REFOJOS | 1.80 | 190.00 | 342.00 |
| KARLA M. MORALES | 33.20 | 180.00 | 5,976.00 |
| GABRIEL MIRANDA RIVERA | 3.50 | 185.00 | 647.50 |
| ASTRID E. VELEZ | 48.80 | 175.00 | 8,540.00 |
| OLGA M. ALICEA | 3.00 | 150.00 | 450.00 |
| **Total** | **113.10** | | **$ 23,237.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 6/04/20 | CLERK'S OFFICE - US DISTRICT COURTS, FILING FEE RE: COMPLAINT-DJP/CGB | 400.00 |

TOTAL REIMBURSABLE EXPENSES            $ 400.00

**TOTAL THIS INVOICE**            **$ 21,313.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:  376426
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 842**

**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

| | |
|---|---:|
| Total Professional Services | $ 10,326.50 |
| Less Discount | $ -1,032.65 |
| Net Professional Services | $ 9,293.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,293.85** |

Electronic Invoice

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 842**
**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/20 | ACP | 209 | Draft memorandum regarding insular cases to determine if the same analysis under constitutional uniformity tax clause could apply to constitutional challenges on the bankruptcy uniformity clause. | 5.20 | 175.00 | 910.00 |
| 6/02/20 | ACP | 209 | Draft memorandum regarding insular cases to determine if the same analysis under constitutional revenue clause could apply to constitutional challenges on the bankruptcy uniformity clause. | 4.30 | 175.00 | 752.50 |
| 6/03/20 | ACP | 209 | Analyze Dorr v. United States and Balzac v. Porto Rico, to determine the scope of Puerto Rico rights under Constitution's Territorial Clause. (4.10); Draft memorandum regarding Insular Cases to determine if the same analysis under the Constitution's Revenue Clause could apply to constitutional challenges to PROMESA under the Constitution's Bankruptcy Clause. (5.70). | 9.80 | 175.00 | 1,715.00 |
| 6/04/20 | ACP | 209 | Research law review regarding history of Insular Cases on how courts and academics interpreted them through the time. (3.60); Draft memorandum regarding Insular Cases to determine if the same analysis under the Constitution's Revenue Clause could apply to constitutional challenges to PROMESA under the Constitution's Bankruptcy Clause (5.70). | 9.30 | 175.00 | 1,627.50 |
| 6/05/20 | ACP | 209 | Draft memorandum regarding Insular Cases to determine if same analysis under the Constitution's Revenue Clause could apply to constitutional challenges to PROMESA under the Constitution's Bankruptcy Clause. | 7.80 | 175.00 | 1,365.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376426                                                                    July 2, 2020

| Date | Atty | | Description | Hours | Rate | Amount |
|------|------|---|-------------|-------|------|--------|
| 6/08/20 | HDB | 209 | Revise draft memorandum regarding Insular cases and tax uniformity clause cases. (.40)  Draft e-mails to Proskauer team regarding same. (.20) | .60 | 305.00 | 183.00 |
| 6/08/20 | ACP | 209 | Review Financial Oversight and Management BD. for Puerto Rico v. Aurelius Investment, LLC, decision, specially THOMAS, J., concurring in judgment applying the territorial clause analysis. (2.00); Research case law on Constitution's Revenue Clause and Constitution's Territorial Clause to determine if same analysis could apply to bankruptcy uniformity clause. (4.30) | 6.30 | 175.00 | 1,102.50 |
| 6/09/20 | HDB | 209 | Review issues regarding issuance of summons. (.10) Receive summons by mail. (.20)  Draft e-mail to Proskauer team regarding same. (.10) | .40 | 305.00 | 122.00 |
| 6/09/20 | ACP | 209 | Research case law on Constitution's Revenue Clause and Constitution's Territorial Clause to determine if same analysis under each clause could apply to bankruptcy uniformity clause. | 8.00 | 175.00 | 1,400.00 |
| 6/10/20 | ACP | 209 | Draft summary of cases related to the application of the revenue clause and territorial clause of the United States Constitution to Puerto Rico, by Supreme Court of the United States. | 3.40 | 175.00 | 595.00 |
| 6/22/20 | HDB | 209 | Review issues regarding potential extension of time. | .20 | 305.00 | 61.00 |
| 6/25/20 | HDB | 209 | Revise and sign-off on Motion for extension to time to respond to complaint in Adv. 20-00064. | .20 | 305.00 | 61.00 |
| 6/25/20 | GMR | 209 | Analyze the Unopposed Urgent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint in anticipation to its filing in Adv. 20-00068. | .20 | 185.00 | 37.00 |
| 6/25/20 | GMR | 209 | File the Unopposed Urgent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint in Adv. 20-00068. | .20 | 185.00 | 37.00 |
| 6/25/20 | GMR | 209 | Draft email to Chambers of the Hon. Laura T. Swain enclosing  filed the Unopposed Urgent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint filed in Adv. 20-00068 as well as the proposed order in WORD format. | .20 | 185.00 | 37.00 |
| 6/25/20 | GMR | 209 | Review order granting the Unopposed Urgent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint in Adv. 20-00068. | .10 | 185.00 | 18.50 |

O'Neill & Borges LLC

Bill #:  376426                                                                    July 2, 2020

| 6/25/20 | MMB | 219 | Docket court notice received by email dated June 25, 2020, regarding order dkt. 11 setting deadline to answer complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/26/20 | HDB | 209 | Review Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 (.30) and tendered Motion to Dismiss the Complaint in Adv. 20-00068. (.60) | .90 | 305.00 | 274.50 |
| 6/26/20 | MMB | 219 | Docket court notice received by email dated June 26, 2020, regarding order dkt. 13 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES               $ 10,326.50

Less Discount                                          $ -1,032.65

NET PROFESSIONAL SERVICES:                $ 9,293.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.30 | 305.00 | 701.50 |
| GABRIEL MIRANDA RIVERA | .70 | 185.00 | 129.50 |
| AMILKAR O. CRUZ PASTRANA | 54.10 | 175.00 | 9,467.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **57.30** | | **$ 10,326.50** |

**TOTAL THIS INVOICE**               **$ 9,293.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 6, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00081-LTS GOV. v FOMB (Law 90)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

261 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 6, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376985
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 843**

**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

| | |
|---|---|
| Total Professional Services | $ 310.00 |
| Less Discount | $ -31.00 |
| Net Professional Services | $ 279.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 279.00** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 843**
**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00081-LTS. | .20 | 330.00 | 66.00 |
| 6/15/20 | HDB | 209 | Revise complaint in 20-AP-0081. | .40 | 305.00 | 122.00 |
| 6/15/20 | HDB | 209 | Analyze complaint in 20-AP-0083. | .40 | 305.00 | 122.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 310.00 |
| Less Discount | $ -31.00 |
| NET PROFESSIONAL SERVICES: | $ 279.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| **Total** | **1.00** | | **$ 310.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 279.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 22, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 22, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376427
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 844**

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

| | |
|---|---|
| Total Professional Services | $ 543.50 |
| Less Discount | $ -54.35 |
| Net Professional Services | $ 489.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 489.15** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 844**
**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/12/20 | HDB | 209 | Commence review of complaints filed by the CW against the FOMB challenging Section 204 determination regarding legislations (20-ap-0080). | .70 | 305.00 | 213.50 |
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00080-LTS. | .30 | 330.00 | 99.00 |
| 6/30/20 | CGB | 209 | Review draft answer and counterclaim to be filed in adv. 20-0080. | .70 | 330.00 | 231.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 543.50 |
| Less Discount | | $ -54.35 |
| NET PROFESSIONAL SERVICES: | | $ 489.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.00 | 330.00 | 330.00 |
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| **Total** | **1.70** | | **$ 543.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 489.15** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00082-LTS GOV. v FOMB (Law 138)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 376428
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 845**

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

| | |
|---|---|
| Total Professional Services | $ 177.00 |
| Less Discount | $ -17.70 |
| Net Professional Services | $ 159.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 159.30** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 845**
**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00082-LTS. | .20 | 330.00 | 66.00 |
| 6/19/20 | GMR | 206 | Review the summons returned executed upon AAFAF (0.1) and the Governor (0.1) in anticipation to their filing. | .20 | 185.00 | 37.00 |
| 6/19/20 | GMR | 206 | File the summons returned executed upon AAFAF (0.2) and the Governor (0.2) through the Court's electronic filing system. | .40 | 185.00 | 74.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 177.00 |
| Less Discount | | $ -17.70 |
| NET PROFESSIONAL SERVICES: | | $ 159.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| **Total** | **.80** | | **$ 177.00** |

**TOTAL THIS INVOICE**      **$ 159.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 376429
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1701 - 846**

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

| | |
|---|---|
| Total Professional Services | $ 695.00 |
| Less Discount | $ -69.50 |
| | |
| Net Professional Services | $ 625.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 625.50** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 846**
**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00083-LTS. | .20 | 330.00 | 66.00 |
| 6/15/20 | HDB | 208 | Revise complaint in 20-AP-0083. | .30 | 305.00 | 91.50 |
| 6/23/20 | CGB | 209 | Draft email to L. Wolf forwarding translation of Law 176. | .10 | 330.00 | 33.00 |
| 6/23/20 | OMA | 220 | As requested by attorney C. Garcia, prepare translation into English of Law 176-2019. 6 pages; 995 words. | 1.50 | 150.00 | 225.00 |
| 6/28/20 | CGB | 209 | Review email from L. Wolf seeking confirmation on the accuracy of Exhibit 3 to the Complaint (.10); Coordinate with J. Gonzalez to confirm Exhibit 3 is an accurate copy of Law 176 (.10). | .20 | 330.00 | 66.00 |
| 6/28/20 | HDB | 209 | Review queries by L. Wolf concerning Act 176 and response thereto by J. Gonzalez. | .10 | 305.00 | 30.50 |
| 6/29/20 | HDB | 209 | Revise draft answer to complaint and counterclaims in Adv. 20-00083. | .60 | 305.00 | 183.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 695.00 |
| Less Discount | | $ -69.50 |
| NET PROFESSIONAL SERVICES: | | $ 625.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| OLGA M. ALICEA | 1.50 | 150.00 | 225.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376429                                                        July 2, 2020

| Total | 3.00 | $ 695.00 |
|---|---|---|

**TOTAL THIS INVOICE**                                    **$ 625.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00085-LTS GOV. V FOMB (Law 47)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III                   Bill #:   376430
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 847**

**RE:  20-00085-LTS GOV. V FOMB (Law 47)**

|  |  |
|---|---|
| Total Professional Services | $ 1,098.50 |
| Less Discount | $ -109.85 |
| Net Professional Services | $ 988.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 988.65** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 847**
**RE: 20-00085-LTS GOV. V FOMB (Law 47)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00085-LTS. | .20 | 330.00 | 66.00 |
| 6/22/20 | OMA | 220 | As requested by attorney C. Garcia, prepare translation into English of Law 47-2020. 5 pages; 1,112 words.. | 1.60 | 150.00 | 240.00 |
| 6/23/20 | CGB | 209 | Draft email to L. Wolf forwarding translation of Law 47. | .10 | 330.00 | 33.00 |
| 6/25/20 | CGB | 209 | Review first draft of answer to complaint (.50); Draft email to H. D. Bauer regarding initial reaction to same (.20); Review email from T Mungovan regarding expected edits to the next draft answer (.10). | .80 | 330.00 | 264.00 |
| 6/25/20 | HDB | 209 | Revise draft answer to complaint and counterclaim. (1.10) Review T. Mungovan e-mail outlining response strategy. (.10) Respond to query by C. García. (.10) | 1.30 | 305.00 | 396.50 |
| 6/29/20 | CGB | 209 | Review proposed edits in the updated version of the draft answer and counterclaim in adv. 20-0085. | .30 | 330.00 | 99.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,098.50 |
| Less Discount | $ -109.85 |
| NET PROFESSIONAL SERVICES: | $ 988.65 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.40 | 330.00 | 462.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| OLGA M. ALICEA | 1.60 | 150.00 | 240.00 |
| **Total** | **4.30** | | **$ 1,098.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376430                                                                                    July 2, 2020

**TOTAL THIS INVOICE**                                                              **$ 988.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   376431
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1701 - 848**

**RE:  20-00084-LTS GOV. V FOMB (Law 181)**

| | |
|---|---|
| Total Professional Services | $ 231.00 |
| Less Discount | $ -23.10 |
| Net Professional Services | $ 207.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 207.90** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 848**
**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/13/20 | CGB | 209 | Overview of new adversary complaint 20-00084-LTS. | .20 | 330.00 | 66.00 |
| 6/30/20 | CGB | 209 | Review draft answer and counterclaim to be filed in adv. 20-0084. | .50 | 330.00 | 165.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 231.00 |
| Less Discount | $ -23.10 |
| NET PROFESSIONAL SERVICES: | $ 207.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| **Total** | **.70** | | **$ 231.00** |

**TOTAL THIS INVOICE** $ 207.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

equitrac

Generated   Wednesday, August 5, 2020
at        3:33:30PM

# Consolidated Account Detail

## Client='P1701' and   Matter='00000'   and (From: '2020-6-1'   To: '2020-6-30')

| Starting Date: | **6/15/2020** | Ending Date: | **6/15/2020** | Number of Days: | **1** |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1701:FOMB IN RE COMMONWEALTH OF PR TITLE III** | | | | | |
| **Matter: 00000:GENERAL** | | | | | |
| 6/15/2020 | 10:46:15AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 10:52:22AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 10:57:15AM | LUNA, LEE ANN | Duplicating | 58 | $5.80 |
| 6/15/2020 | 10:59:05AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 11:01:00AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 11:02:54AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 11:05:32AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 11:09:57AM | LUNA, LEE ANN | Duplicating | 59 | $5.90 |
| 6/15/2020 | 11:17:57AM | LUNA, LEE ANN | Duplicating | 8 | $0.80 |
| 6/15/2020 | 11:18:23AM | LUNA, LEE ANN | Duplicating | 1 | $0.10 |
| 6/15/2020 | 11:19:11AM | LUNA, LEE ANN | Duplicating | 2 | $0.20 |
| 6/15/2020 | 11:20:27AM | LUNA, LEE ANN | Duplicating | 8 | $0.80 |
| 6/15/2020 | 11:21:44AM | LUNA, LEE ANN | Duplicating | 2 | $0.20 |
| | | **Totals for   Matter: 00000** | | | **$49.20** |
| | **Totals for   Client: p1701** | | | | **$49.20** |
| **Totals for   Location: oab** | | | | | **$49.20** |

**equitrac**

Generated   Wednesday, August 5, 2020
at   3:33:30PM

## Consolidated Account Detail

**Client='P1701' and   Matter='00000'   and (From: '2020-6-1'   To: '2020-6-30')**

| Starting Date: | **6/15/2020** | Ending Date: | **6/15/2020** | Number of Days: | **1** |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| | | | **Report Totals:** | | **$123.00** |

Copyright© 2020, Equitrac Corporation



## CourtSolutions Receipt

Case Name: In re The Financial Oversight and Management Board for Puerto Rico.
Case Number: 17-3283
Judge: Laura Swain
Date and Time of Hearing: 6/3/2020 9:30 AM EST

**Billing Information**
Hermann Bauer
O'Neill & Borges LLC
Apt 2-A, 1115 Piccioni St., San Juan, PR 00907, United States
hermann.bauer@oneillborges.com

**Total: $70.00**
**CC Number: XXXX4004**

## Thank you for using CourtSolutions!

If you want to know the credit card number related to this charge, please log into your
account, select "My Account" and "History" and download the receipt from there.

Please note that you can join and rejoin this call with this judge multiple times today and will
not incur any additional charges as long as you reuse this same reservation. The reservation
works the entire calendar day. If the hearing is continued to another day, you need to make
a new reservation and will be subject to a new fee.

Date/Time: 6/3/2020 9:26:21 AM

## Delivery Service Invoice

| | |
|---|---|
| Invoice Date | **March 14, 2020** |
| Invoice Number | 0000725102110 |
| Shipper Number | 725102 |

Page 3 of 4

## Outbound
**UPS CampusShip**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 03/05 | 1Z7251020235995063 | 2nd Day Air Commercial | 90067 | 3 | 20 | 111.80 | | 111.80 |
| | | Fuel Surcharge | | | | 6.99 | | 6.99 |
| | | Total | | | | 118.79 | | 118.79 |

1st ref: P1701
**Sender** : taina.pereira@
    ONEILL & BORGES, LLC.
    250 AVE MUNOZ RIVERA
    SAN JUAN PR 00918

UserID: taina.pereira@
**Receiver:** Michael Firestein
    Proskauer Rose LLP
    2029 Century Park East
    LOS ANGELES CA 90067

# O'NEILL & BORGES
# UPS SHIPPING INSTRUCTIONS

| | | | |
|---|---|---|---|
| TO: | RECEPTIONIST | TIME: | 2:33 PM |
| DATE: | March 5, 2020 | ATTORNEY*: | HDB |
| Client Matter # | P1701 0000 | | |

| | |
|---|---|
| Receiver's Name: | Proskauer Rose LLP ATTN: MICHAEL A. FIRESTEIN |
| Receiver's Tel. No.: | (310) 284 5661 |
| Receiver's E-mail Address: | mfirestein@proskauer.com |
| Company Name & Address: | Proskauer 2029 Century Park East, Suite 2400 Los Angeles, California 90067-3010 |

**\*Required information.**

## SERVICE LEVEL (select one):

| Next Day Air (until 6:00 pm) | Next Day / Early AM Before 10:30 am. | 2nd Day Air | Ground (no envelopes) | Worldwide Express (Int'l shipping) | Worldwide Expedited (Int'l Shipping) |
|---|---|---|---|---|---|
| | | X | | | |

\* Please be aware that UPS do not ship to P.O. Boxes.

## PACKAGE(S) INFORMATION & ADDITIONAL SERVICES:

| Description of goods | Weight* | Declared Value | **Signature required Secretary Initials** | Special Instructions |
|---|---|---|---|---|
| Legal documents | 20 lbs. | | | |

*Only for packages.

_Camille Forbes (col)_     _3/5/20_
**Receptionist's Signature**              **Date Processed**

_# 1Z 725 0202 35 995063_
**Tracking Number(s)**

Next Day Air:  offers guaranteed next-business-day delivery to every address in all 50 states and PR.
**Next Day Air Early AM:**  offers early-morning, next-business-day delivery.  It is more expensive.
**2nd Day Air:**  economical alternative for shipments throughout the US (excluding intra-Alaska shipments) and Puerto Rico that do not require overnight or morning service.
**Ground:** Cheaper. The delivery time commitment depends on the destination.
**Worldwide Express:** offers guaranteed door-to-door, customs-cleared delivery in one to two days (depending on the destination) to more than 200 countries and territories. If shipping objects other than documents, an invoice or other legal document may be required.
**Worldwide Expedited:**  alternative for deliveries not needing overnight service; faster than traditional air freight; delivery to more than 45 destinations: Mexico & Canada takes 3 business days, and Europe and Asia 4 or 5 business days, approximately. It may vary.

## UPS Receipt

1Z7251020235995063

Transaction Date: 05 Mar 2020 — Keep Record

### ADDRESS INFORMATION

| SHIP TO | SHIPPER | ORIGIN |
|---|---|---|
| MICHAEL FIRLSTEIN | TAINA PEREIRA@ | SAN JUAN 00913 |
| PROSKAUER ROSE LLP | ONEILL & BORGES LLC | PUERTO RICO |
| 310 — 284 — 5661 | 7277643181 0 | |
| SUITE 2400 | SUITE 800 | |
| 2029 CENTURY PARK EAST | 250 AVE MUNOZ RIVERA | |
| LOS ANGELES CA 90067 | SAN JUAN 00913 | |
| UNITED STATES | PUERTO RICO | |

### SHIPMENT DETAILS
Shipping Charges in USD

| | |
|---|---|
| Service: | UPS 2ND DAY AIR |
| Description of Goods: | Legal documents |
| Shipment ID: | 725102DWTRM |
| Quantum View Notify: | 0.00 |
| Total Weight: | 20 LBS |
| Billable Weight: | 20 LBS |

Shipping:        118.79

### PACKAGE DETAILS

| Pkg | Tracking Number | Length | Height | Width | Weight |
|---|---|---|---|---|---|
| 1 | 1Z7251020235995063 | 16 IN | 12 IN | 10 IN | 20 LBS |

### PAYMENT METHOD
Bill Shipping Charges to:      Shipper 725102

Total Charges:      118.79

Negotiated Charges in USD     Negotiated Total:      118.79

This Document is not an invoice.

1             C8 22.0 11.15 WNI NV50

 SEE NOTICE ON REVERSE regarding UPS Terms and Notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The exporter of record for the US, shipper certified that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. RPD 4 5115



Court Name: District Court
Division: 1
Receipt Number: PRX100071061
Cashier ID: risaac
Transaction Date: 06/09/2020
Payer Name: BAUER, HERMANN D
-----------------------------------
CIVIL FILING FEE
 For: BAUER, HERMANN D
 Amount:        $400.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES LLC
 Check/Money Order Num: 69131
 Amt Tendered:  $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:        $0.00

17-BK-3283/ 20-078  NEW CASE FOR
ATTY BAUER, HERMANN D

FINANCIAL OVERSIGHT, ET. AL., V.
HON. WANDA VAZQUEZ GARCED, ET. AL.,

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-NINTH  MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2020 through July 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $71,472.15 |

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of expense reimbursement sought       $170.20
as actual, reasonable and necessary:

Total amount for this invoice:               $71,642.35

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's thirty-ninth monthly fee application in these cases.

00778108; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.

/s/Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 9, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 64.70 | $ 19,733.50 |
| José R. Cacho | Member | Corporate | $340.00 | 6.00 | $ 2,040.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 22.70 | $ 7,491.00 |
| Carlos E. George | Member | Labor | $250.00 | 2.30 | $ 575.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 6.10 | $ 2,165.50 |
| Samuel Rosado Domenech | Member | Corporate | $295.00 | 1.90 | $ 560.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $220.00 | 7.10 | $ 1,562.00 |
| Rafael Hernandez | Jr. Member | Corporate | $225.00 | 9.40 | $ 2,115.00 |
| Jose Noario Toll | Jr. Member | Corporate | $225.00 | 15.50 | $ 3,487.50 |
| Denisse Ortiz Torres | Jr. Member | Corporate | $210.00 | 2.30 | $ 483.00 |
| Jorge A. Candelaria | Associate | Litigation | $180.00 | 0.70 | $ 126.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $195.00 | 55.10 | $ 10,744.50 |
| David Magraner | Associate | Corporate | $170.00 | 4.70 | $ 799.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 34.20 | $ 6,327.00 |
| Karla Morales | Associate | Corporate | $180.00 | 5.20 | $ 936.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 50.00 | $ 9,500.00 |
| Francisco Rodríguez | Associate | Corporate | $180.00 | 5.40 | $ 972.00 |
| Ivette Rodríguez | Associate | Corporate | $170.00 | 22.70 | $ 3,859.00 |
| Astrid E. Velez | Associate | Corporate | $175.00 | 17.80 | $ 3,115.00 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 13.40 | $ 2,010.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 5.80 | $ 812.00 |
| | | | | | |
| | **Totals** | | | **353.00** | **$ 79,413.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (7,941.35)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 71,472.15** |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2020**

| Description - Expenses | Amounts | |
|---|---|---|
| Fining Fees - Appearance at Omnibus Hearing on July 29, 2020 - CGB | $ 70.00 | |
| Process Server- Braham Santiago - Guayama First Instance Court - HDB | $100.20 | |
| | | |
| **Totals** | | |
| | | |
| **SUMMARY OF DISBURSEMENTS** | **$170.20** | |

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.50 | 112.50 |
| 202 | Legal Research | 13.40 | 2,580.00 |
| 203 | Hearings and Non-Field Comm. With Court | 6.00 | 1,404.50 |
| 206 | Documents Filed on Behalf of the Board | 49.60 | 9,964.00 |
| 207 | Non-Board Court Filings | 4.20 | 1,281.00 |
| 208 | Stay Matters | 55.20 | 13,508.00 |
| 209 | Adversary Proceeding | 47.90 | 13,138.00 |
| 210 | Analysis and Strategy | 51.30 | 12,338.50 |
| 212 | General Administration | 2.00 | 610.00 |
| 214 | Legal/ Regulatory Matter | 7.80 | 1,521.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 46.40 | 9,206.50 |
| 218 | Employment Fee Application | 3.20 | 573.00 |
| 219 | Docketing | 3.70 | 518.00 |
| 220 | Translations | 13.40 | 2,010.00 |
| 221 | Discovery/2004 Examinations | 0.20 | 61.00 |
| 222 | Claims and Claims Objections | 38.20 | 8,472.00 |
| 223 | Assumption and Rejection of Leases | 0.30 | 91.50 |
| 224 | Fee Applications O&B | 9.70 | 2,024.00 |
| | | | $  79,413.50 |
| | **Less: 10% Courtesy discount** | | $   (7,941.35) |
| | **TOTALS** | 353.00 | $  71,472.15 |

00778108; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $64,324.94, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $170.20 in the total amount of $65,495.14.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00778108; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    377894
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 58,441.50 |
| Less Discount | $ -5,844.15 |
| Net Professional Services | $ 52,597.35 |
| Total Reimbursable Expenses | $ 170.20 |
| **TOTAL THIS INVOICE** | **$ 52,767.55** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | CGB | 222 | Overview of new complaint filed by Y. Rosario against the FOMB in Civil action 20-cv-01307 (0.3); Review corporate records of the named non-profit Plaintiff to ascertain current status (0.3); Draft mail to L. Stafford forwarding certificate of revocation of corporate entity (0.1). | .70 | 330.00 | 231.00 |
| 7/01/20 | HDB | 208 | Analyze Yashei Rosario's Motion for Relief from Stay Based on Modern Genocide. (0.4) Draft e-mail regarding same to E. Barak and P. Possinger. (0.1) | .50 | 305.00 | 152.50 |
| 7/01/20 | HDB | 207 | Review 2019 Statement by the Cruz-Martinez Plaintiffs' Group. | .20 | 305.00 | 61.00 |
| 7/01/20 | HDB | 206 | Revise and sign-off to file Master Service List as of July 1, 2020. | .20 | 305.00 | 61.00 |
| 7/01/20 | DJP | 206 | File the Master Service List as of July 1, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 7/02/20 | JRC | 208 | Review decision from District Court in Monoline case and focus on PR law issues. | 1.30 | 340.00 | 442.00 |
| 7/02/20 | CGB | 222 | Analyze the Order in connection with Preliminary Hearing regarding Assured Guaranty and others' request for relief of stay at Docket No. 13541. | .60 | 330.00 | 198.00 |
| 7/02/20 | JP | 208 | Review order relating to Monolines security agreement; (0.6) analyze possibility appeal. (0.2) | .80 | 355.00 | 284.00 |
| 7/02/20 | HDB | 208 | Analyze Opinion and Order denying HTA Revenue Bonds Motion for Stay Relief regarding. (0.8) Analyze Opinion and Order denying PRIFA Revenue Bonds Motion for Stay Relief regarding. (0.7) Review Opinion and Order concerning CCDA Revenue Bonds. (0.4) | 1.90 | 305.00 | 579.50 |

O'Neill & Borges LLC

Bill #:  377894 | August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/02/20 | HDB | 208 | Review e-mails from M. Firestein and L. Rappaport regarding Rosario Stay Relief Motion. (0.2) Review docket to determine  assignment and process issues. (0.1) | .30 | 305.00 | 91.50 |
| 7/02/20 | HDB | 215 | Tel. conf. with B. Rosen regarding arguments on appeal. (0.2) Commence review of Appellant's brief in 19-1181. (0.4) | .60 | 305.00 | 183.00 |
| 7/02/20 | DJP | 206 | Analyze the Opinion and Order in Connection with Preliminary Hearing Regarding Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from Automatic Stay, or, in the Alternative, Adequate Protection (Docket Entry No. 10102). | .60 | 190.00 | 114.00 |
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 13541 setting deadline to file joint report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 13542 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 13540 setting deadline to file joint report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 13539 setting briefing schedule on urgent motion to clarify requirements of sealed procedures order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/03/20 | HDB | 207 | Verified Statement of the Ad Hoc Group of Fuel Line Lenders Pursuant to Federal Rule of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 207 | Review Sixth Supplemental Verified Statement of Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2019. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 207 | Review Third Supplemental Verified Statement of the Commonwealth GO Bondholder Group Pursuant to Federal Rule of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                          August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/03/20 | HDB | 207 | Review 2019 statement of the AD-Hoc FGIC Noteholders. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 207 | Review the Lawful Constitutional Debt Coalition's Seventh Supplemental Bankruptcy Procedure Rule 2019 Statement. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 210 | Commence review of appellate briefs in 19-1181 in connection with Oral Arguments. (0.9)  Revise Motion for Leave and Designation to present Argument. (0.2) | 1.10 | 305.00 | 335.50 |
| 7/03/20 | UMF | 224 | Draft thirty-fifth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of the Commonwealth of Puerto Rico. | .40 | 220.00 | 88.00 |
| 7/03/20 | UMF | 224 | Draft thirty-sixth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of the Commonwealth of Puerto Rico. | .40 | 220.00 | 88.00 |
| 7/06/20 | JRC | 208 | Review questions from Proskauer regarding authorizations under PR law for public corporations to execute contracts (0.2). Review HTA 1968 master resolution and 2002 bond resolution (1.20). | 1.40 | 340.00 | 476.00 |
| 7/06/20 | CGB | 222 | Review letter from Zandra M. Cruz Maldonado to FOMB regarding her claim against the CW forwarded by J. El Koury (0.2); coordinate with H. D. Bauer strategy to respond to same (0.1). | .30 | 330.00 | 99.00 |
| 7/06/20 | JP | 208 | Email exchange E. Barak regarding possible appeal by Monolines relating to 2002 security agreement order. | .30 | 355.00 | 106.50 |
| 7/06/20 | JP | 208 | Research issues raised by E. Barak regarding possible appeal by Monolines relating to 2002 security agreement order. | .60 | 355.00 | 213.00 |
| 7/06/20 | HDB | 208 | Review query by E. Barak regarding HTA 2002 Security Agreement. | .20 | 305.00 | 61.00 |
| 7/06/20 | HDB | 210 | Analysis of Appellant Brief in 19-1181 in preparation for oral arguments. | 2.60 | 305.00 | 793.00 |
| 7/06/20 | RHM | 215 | Review email correspondence from L. Olazabal (0.1) Analyze need for updating analysis of independent treasury report. (0.2) | .30 | 225.00 | 67.50 |
| 7/06/20 | UMF | 224 | Review exhibits to monthly fee applications and final version of monthly fee applications of O&B for the months of March 2020. | .20 | 220.00 | 44.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/06/20 | UMF | 224 | Review exhibits to monthly fee applications and final version of monthly fee applications of O&B for the months of April 2020. | .20 | 220.00 | 44.00 |
| 7/06/20 | UMF | 224 | Draft letter to Notice Parties regarding monthly fee applications of O&B for the month of March 2020. | .20 | 220.00 | 44.00 |
| 7/06/20 | UMF | 224 | Draft letter to Notice Parties regarding monthly fee applications of O&B for the month of April 2020. | .20 | 220.00 | 44.00 |
| 7/06/20 | UMF | 224 | Draft email to Notice Parties regarding O&B's monthly fee applications for March 2020. | .20 | 220.00 | 44.00 |
| 7/06/20 | UMF | 224 | Draft email to Notice Parties regarding monthly fee application for April 2020. | .10 | 220.00 | 22.00 |
| 7/06/20 | DJP | 206 | Respond to email from J. Chubak in connection with the filing of the Ninth Interim Application of Andrew Wolfe, Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020. | .20 | 190.00 | 38.00 |
| 7/06/20 | DJP | 206 | Analyze the Ninth Interim Application of Andrew Wolfe, Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/06/20 | DJP | 206 | File the Ninth Interim Application of Andrew Wolfe, Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/06/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Ninth Interim Application of Andrew Wolfe, Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020, and supporting exhibits. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/06/20 | JEG | 214 | Review Final Appeal Brief for Appellants Pinto Lugo et al v. FOMB, Commonwealth and COFINA, Case No. 19-1181. (2.4) Review pertinent part of Appellee's Joint Brief in Case No. 19-1181. (0.7) Review House Resolution 1, which establishes the Rules of legislative procedure and internal government of the Puerto Rico House of Representatives. (0.9) | 4.00 | 195.00 | 780.00 |
| 7/06/20 | JEG | 214 | Review Puerto Rico case law regarding political question doctrine and legislative procedure. | 3.80 | 195.00 | 741.00 |
| 7/06/20 | MMB | 218 | Finish preparation of attachments to applications for compensation for March 2020, as requested by U. Fernández. | .70 | 140.00 | 98.00 |
| 7/07/20 | CGB | 222 | Draft email to G. Miranda to request draft response to the Zandra M. Cruz Maldonado letter to the FOMB regarding her claim against the CW. | .10 | 330.00 | 33.00 |
| 7/07/20 | HDB | 207 | Review Reply in Further Support of Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Cop., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Leave to Exceed Page Limit with Respect to Oppositions to Motions for Partial Summary Judgment Disallowing Claims. | .30 | 305.00 | 91.50 |
| 7/07/20 | HDB | 207 | Review AAFAF's Response to Monolines' Urgent Motion to Clarify Requirements of the Sealed Procedures' Order and the Amended Protective Order. | .30 | 305.00 | 91.50 |
| 7/07/20 | HDB | 212 | Tel conf with R. Gonzalez Toro, counsel for AMBAC, concerning July 29 Omnibus hearing. | .20 | 305.00 | 61.00 |
| 7/07/20 | HDB | 210 | Review the Noriega v. Jarabo case regarding political questions issues. | .80 | 305.00 | 244.00 |
| 7/07/20 | HDB | 222 | Revise and sign-off to file Notice of Withdrawal of Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Not Liable. | .20 | 305.00 | 61.00 |
| 7/07/20 | HDB | 223 | Revise and sign-off to file Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/07/20 | HDB | 208 | Analyze Ambac Assurance Corporation's Motion to Strike Certain Provisions of the Amended Plan Support Agreement by and Among the Financial Oversight and Management Board for Puerto Rico, Certain GO Holders, and Certain PBA Holders. | .60 | 305.00 | 183.00 |
|---|---|---|---|---|---|---|
| 7/07/20 | DJP | 206 | Analyze the Notice of (A) Withdrawal of Objection to Proof of Claim No. 30354 and (B) Submission of Amended Schedule of the Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable, and supporting exhibit, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/07/20 | DJP | 206 | File the Notice of (A) Withdrawal of Objection to Proof of Claim No. 30354 and (B) Submission of Amended Schedule of the Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable, and supporting exhibit, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/07/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of (A) Withdrawal of Objection to Proof of Claim No. 30354 and (B) Submission of Amended Schedule of the Two Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable, and supporting exhibit. | .20 | 190.00 | 38.00 |
| 7/07/20 | DJP | 206 | Analyze the Notice of Hearing to be filed in connection with the Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Public Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                      August 5, 2020

| 7/07/20 | DJP | 206 | Analyze the Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Public Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/07/20 | DJP | 206 | Analyze the proposed order to be filed together with the Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Public Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 7/07/20 | DJP | 206 | File the Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Public Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), and supporting documents, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/07/20 | GMR | 206 | Finalize PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/07/20 | GMR | 206 | File PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 7/07/20 | JEG | 208 | Review opinion and order in connection with preliminary hearing regarding motion of assured guaranty corp., Assured Guaranty municipal Corp., for relief from automatic stay, or, in the alternative, adequate protection. (1.8). Conduct research regarding government contracting requirements under Puerto Rico law. (1.1).Review Puerto Rico Supreme Court cases regarding government contracts requirements. (2.2) | 5.10 | 195.00 | 994.50 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/07/20 | JEG | 208 | Review Opinion and Order in connection with preliminary hearing regarding motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from Automatic Stay. (1.8) Conduct research regarding government contracting requirements under Puerto Rico law. (1.1) Review Puerto Rico Supreme Court cases regarding government contracts requirements. (2.2) | 5.10 | 195.00 | 994.50 |
| 7/08/20 | HDB | 222 | Revise motion adjourning hearing on IRS' proof of claims. | .20 | 305.00 | 61.00 |
| 7/08/20 | HDB | 208 | Draft e-mail to counsel for Gracia-Gracia regarding extension of deadline to submit stipulation. (0.1) Review Motion by Treasury regarding deadline to submit claims. (0.2) | .30 | 305.00 | 91.50 |
| 7/08/20 | GMR | 222 | Exchange emails with A. Bargoot in connection with conflicts checks for August's omnibus objections. | .20 | 185.00 | 37.00 |
| 7/08/20 | JEG | 208 | Draft memorandum regarding government contracts requirements and apparent authority doctrine under Puerto Rico law. | 7.20 | 195.00 | 1,404.00 |
| 7/09/20 | HDB | 203 | Review Notice of Correspondence posted by the Court. | .40 | 305.00 | 122.00 |
| 7/09/20 | DJP | 206 | Compare the motion for lift of stay filed by Yashei Rosario, as recently transferred to case 17-3283, with the motion filed as an independent action before the USDC. | .40 | 190.00 | 76.00 |
| 7/09/20 | DJP | 206 | Draft email to counsel at Proskauer Rose LLP alerting of recently transferred motion for lift of stay filed by Yashei Rosario. | .20 | 190.00 | 38.00 |
| 7/09/20 | DJP | 206 | Discuss with L. Stafford, S. Ma strategy to follow in response to recently transferred motion for lift of stay filed by Yashei Rosario. | .30 | 190.00 | 57.00 |
| 7/09/20 | DJP | 206 | Analyze order setting briefing schedule with respect to motion for lift of stay filed by Yashei Rosario. | .30 | 190.00 | 57.00 |
| 7/09/20 | DJP | 206 | Draft email to counsel at Proskauer Rose LLP alerting of order setting briefing schedule with respect to motion for lift of stay filed by Yashei Rosario. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                   August 5, 2020

| 7/09/20 | AEV | 202 | Legal research regarding the General Court of Justice, Automobile Accidents Compensation Administration, Puerto Rico Tourism Company, House of Representatives of Puerto Rico, Commissioner of Financial Institutions,Telecommunications Regulatory Board and Agricultural Insurance Corporation for analysis pertaining to the 1/12 requirement of budget distribution. | 1.30 | 175.00 | 227.50 |
|---|---|---|---|---|---|---|
| 7/09/20 | JEG | 208 | Edit the draft memorandum regarding government contracts requirements and apparent authority doctrine under Puerto Rico law. (2.5). Conduct research regarding application of the apparent authority doctrine to government entities in state jurisdictions. (2.9). Summarize case law from state jurisdictions related to the application of the apparent authority doctrine to government entities. (2.8) | 8.20 | 195.00 | 1,599.00 |
| 7/10/20 | HDB | 208 | Revise Joint Status Report with Respect to Further Proceedings Regarding the Revenue Bond Stay Relief Motions. | .40 | 305.00 | 122.00 |
| 7/10/20 | HDB | 208 | Review Order denying O. Johnson's stay relief motion. | .20 | 305.00 | 61.00 |
| 7/10/20 | HDB | 222 | Revise and sign-off to file First ADR Transfer Notice of Claims, including notice forms and exhibits. | .40 | 305.00 | 122.00 |
| 7/10/20 | HDB | 208 | Draft follow-up e-mail to A. Amadeo Murga regarding extension of deadline to file Stipulation. | .10 | 305.00 | 30.50 |
| 7/10/20 | HDB | 208 | Review order regarding further proceedings in connection with Revenue Bonds Stay Relief Motion. | .20 | 305.00 | 61.00 |
| 7/10/20 | HDB | 207 | Review Urgent motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines For Certain Conflict Motions. | .40 | 305.00 | 122.00 |
| 7/10/20 | IRH | 215 | Review of the Public Housing Administration enabling act for Independent Treasury Report. | .90 | 170.00 | 153.00 |
| 7/10/20 | IRH | 215 | Review of the Cardiovascular Center Corporation enabling act for Independent Treasury report. | .50 | 170.00 | 85.00 |
| 7/10/20 | IRH | 215 | Review of the Office of Legislative Services enabling act for Independent Treasury report. | .60 | 170.00 | 102.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                        August 5, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|------|------|------|
| 7/10/20 | IRH | 215 | Review of the Public Buildings Authority enabling act for Independent Treasury Report. | .50 | 170.00 | 85.00 |
| 7/10/20 | GMR | 206 | Analyze the First Notice of Transfer of Claims to Administrative Claims Reconciliation in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/10/20 | GMR | 206 | Telephone conference with deputy clerk to discuss new events in CM/ECF  for ACR/ADR procedures in anticipation to filing the first notices of transfer of claims. | .30 | 185.00 | 55.50 |
| 7/10/20 | GMR | 206 | File the First Notice of Transfer of Claims to Administrative Claims Reconciliation. | .20 | 185.00 | 37.00 |
| 7/10/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the First Notice of Transfer of Claims to Administrative Claims Reconciliation. | .20 | 185.00 | 37.00 |
| 7/10/20 | GMR | 206 | Analyze the First Notice of Transfer of Claims to Alternative Dispute Resolution in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/10/20 | GMR | 206 | File the First Notice of Transfer of Claims to Alternative Dispute Resolution. | .20 | 185.00 | 37.00 |
| 7/10/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the First Notice of Transfer of Claims to Alternative Dispute Resolution. | .20 | 185.00 | 37.00 |
| 7/10/20 | AEV | 215 | Continue legal research on Independent Treasury and 1/2 requirements for the following: House of Representatives (0.3) and "Estudios de Don. Legislativos". (0.2) | .50 | 175.00 | 87.50 |
| 7/10/20 | JEG | 208 | Finalize memorandum regarding government contracts requirements and apparent authority doctrine under Puerto Rico law. | 3.20 | 195.00 | 624.00 |
| 7/10/20 | MMB | 219 | Docket court notice received by email dated July 9, 2020, regarding order dkt. 13595 setting deadline to file opposition papers to motion to strike, reply papers - H. Bauer, U. Fernández, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/10/20 | MMB | 219 | Docket court notice received by email dated July 9, 2020, regarding order dkt. 13594 setting motion hearing, deadline to file to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/10/20 | MMB | 219 | Docket court notice received by email dated July 9, 2020, regarding order dkt. 13598 setting briefing schedule on motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/12/20 | JRC | 208 | Review memo on apparent authority from J. Gonzalez (0.6). Draft email to J. Pietrantoni and H. Bauer regarding same (0.2). | .80 | 340.00 | 272.00 |
| 7/12/20 | UMF | 222 | Continue draft of seventh interim fee application of O&B for the period of June 2019 through September 2019. | 1.60 | 220.00 | 352.00 |
| 7/13/20 | JRC | 208 | Coordinate with J. Gonzalez regarding additional research regarding issue of apparent authority under PR law. | .30 | 340.00 | 102.00 |
| 7/13/20 | HDB | 222 | Review A&M's Claims Recognition Work Stream Update, with waterfalls. | .30 | 305.00 | 91.50 |
| 7/13/20 | HDB | 208 | Review memorandum on Government Contracts in connection with Revenue Bonds litigation. | .40 | 305.00 | 122.00 |
| 7/13/20 | DJP | 206 | Analyze the Ninth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period February 3, 2020 Through May 31, 2020, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/13/20 | DJP | 206 | File the Ninth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period February 3, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/13/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Ninth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period February 3, 2020 Through May 31, 2020. | .20 | 190.00 | 38.00 |
| 7/13/20 | IRH | 215 | Review of the Office of Legislative Services enabling act in preparation for Independent Treasury Report. | .40 | 170.00 | 68.00 |
| 7/13/20 | IRH | 215 | Review of Act 57-2014 for information on the Puerto Rico Energy Bureau in preparation for Independent Treasury Report. | .70 | 170.00 | 119.00 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/13/20 | GMR | 206 | File the Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for Luma Energy Administrative Expense Motion in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 7/13/20 | AEV | 215 | Legal research on legislation, resolutions and laws regarding the fiscal autonomy of the Legislature for purposes of independent treasury analysis and 1/12 cash transfer requirements. | 3.20 | 175.00 | 560.00 |
| 7/13/20 | JEG | 208 | Conduct research regarding Puerto Rico Supreme Court and Court of Appeals cases dealing with actions of an Executive Director of a public corporation. | 2.30 | 195.00 | 448.50 |
| 7/13/20 | MMB | 222 | Draft email request for copies of Title III documents on record G JV2012-0011 in the court of Guayama, as requested by H. Bauer, C. García. | .20 | 140.00 | 28.00 |
| 7/14/20 | HDB | 208 | Coordinate extension of time to file Stipulation with A. Amadeo Murga. (.2)  Draft e-mail to Proskauer team regarding efforts to address same. (.1) | .30 | 305.00 | 91.50 |
| 7/14/20 | HDB | 222 | Review Response to Debtor's Objection to Claims No.: 30417, 30355, 30459, 30509, relating to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds, filed by Coop A/C Oriental. | .20 | 305.00 | 61.00 |
| 7/14/20 | HDB | 206 | Review Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for an Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA. | .20 | 305.00 | 61.00 |
| 7/14/20 | HDB | 222 | Review COOP A/C Yauco's Response to Response to Debtor's Objection to Claims No. 127882, 140268, 155210, 155252, 155331, 161704, Regarding Claims Asserted by Holders of Certain PRASA Senior Lien Bonds. | .20 | 305.00 | 61.00 |
| 7/14/20 | HDB | 208 | Revise draft Gracia-Gracia Settlement. (0.2) Draft e-mail regarding same to A. Amadeo Murga. (0.1) | .30 | 305.00 | 91.50 |
| 7/14/20 | HDB | 203 | Review Protective Order regarding redaction of ink signatures. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894 
August 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/14/20 | HDB | 222 | Tel. conf. with counsel for COOP A/C Naguabeña regarding extension of time to respond to omnibus objection and basis for objection. (0.2)  Draft e-mail regarding same to L. Stafford. (0.1) | .30 | 305.00 | 91.50 |
| 7/14/20 | UMF | 224 | Review of exhibits and charts attached to seventh interim fee application in support of attorney's fees and expenses of O&B during from June 2019 through September 2019. | .60 | 220.00 | 132.00 |
| 7/15/20 | JRC | 208 | Exchange of emails with J. Pietrantoni regarding issue of apparent authority. | .30 | 340.00 | 102.00 |
| 7/15/20 | JP | 215 | Email to J. Esses and M. Zerjal regarding assumptions relating to Commonwealth guaranty of PBA, PRIFA and CCDA bonds for purposes of best interest test. | .60 | 355.00 | 213.00 |
| 7/15/20 | JP | 208 | Revise memo regarding PR cases addressing compliance with government contract formal requirements in connection with possible appeal by Monolines from order relating to 2002 security agreement; (0.7)  Email exchange with J. R. Cacho regarding same.(0.2) | .90 | 355.00 | 319.50 |
| 7/15/20 | HDB | 206 | Revise and sign-off to file Status Report in anticipation of Omnibus Hearing. | .30 | 305.00 | 91.50 |
| 7/15/20 | HDB | 210 | Commence preparation of outline of issues for argument on appeal no 190-1181. | 2.00 | 305.00 | 610.00 |
| 7/15/20 | HDB | 206 | Revise and sign-off to file the Brattle Group's application. | .20 | 305.00 | 61.00 |
| 7/15/20 | DJP | 210 | Analyze email from S. Schaefer requesting certified English translations of various Puerto Rico acts. | .20 | 190.00 | 38.00 |
| 7/15/20 | DJP | 210 | Obtain certified English translations of various Puerto Rico acts as requested via email by S. Schaefer. | .80 | 190.00 | 152.00 |
| 7/15/20 | DJP | 206 | Analyze the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/15/20 | DJP | 206 | File the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                     August 5, 2020

| 7/15/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 7/15/20 | DJP | 206 | Analyze the  Fourth Interim Application of the Brattle Group, Inc. For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, for the Ninth Interim Fee Period from Feb. 1, 2020 Through May 31, 2020, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/15/20 | DJP | 206 | File the  Fourth Interim Application of the Brattle Group, Inc. For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, for the Ninth Interim Fee Period from Feb. 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/15/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the  Fourth Interim Application of the Brattle Group, Inc. For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, for the Ninth Interim Fee Period from Feb. 1, 2020 Through May 31, 2020. | .20 | 190.00 | 38.00 |
| 7/15/20 | GMR | 206 | Analyze the Motion to Inform Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | File the Motion to Inform Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | File the Motion to Inform Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                          August 5, 2020

| Date | Init. | Code | Description | Hours | Rate | Amount |
|------|-------|------|-------------|------:|-----:|-------:|
| 7/15/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain in connection with the Motion to Inform Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Motion to Inform Regarding Motion Requesting Relief of Stay Under 362(D)(1) of the Bankruptcy Code. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | File the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Ninth Interim Fee Period from Jan. 30, 2020 through May 31, 2020, in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 7/15/20 | JEG | 208 | Commence revision of memorandum regarding government contracts and apparent authority doctrine, as requested by J. Pietrantoni. | .80 | 195.00 | 156.00 |
| 7/16/20 | JRC | 208 | Draft emails to with J. Gonzalez regarding issue of apparent authority (.20). Commence review of updated memo regarding same. (.30) | .50 | 340.00 | 170.00 |
| 7/16/20 | HDB | 222 | Exchange e-mails regarding claims objection adjournments with L. Stafford. | .20 | 305.00 | 61.00 |
| 7/16/20 | HDB | 206 | Revise and sign-off to file A&M Interim Fee App. | .30 | 305.00 | 91.50 |
| 7/16/20 | HDB | 210 | Prepare for oral arguments in Appeal No. 19-1811. | 2.80 | 305.00 | 854.00 |
| 7/16/20 | HDB | 206 | Revise draft FOMB response to Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions. (0.3) Analyze Response of the Government Parties to the Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions. (0.2) | .50 | 305.00 | 152.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/20 | HDB | 208 | Review stay relief notice on behalf of Gloribel González Maldonado. | .20 | 305.00 | 61.00 |
| 7/16/20 | JLN | 222 | Legal research into local requirements for a municipality to secede.  (1.3) Analyze constitutional provisions related to same issue. (0.8) | 2.10 | 225.00 | 472.50 |
| 7/16/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Motion for Entry of a Ninth  Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/16/20 | DJP | 206 | Analyze the proposed order to be filed together with the Certificate of No Objection Regarding Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 7/16/20 | DJP | 206 | File the Certificate of No Objection Regarding Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4), through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/16/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Certificate of No Objection Regarding Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 190.00 | 38.00 |
| 7/16/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Certificate Of No Objection Regarding Motion for Entry of a Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property under Which the Puerto Rico Buildings Authority Is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 377894 August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/20 | DJP | 206 | Analyze the Response of the Government Parties to the Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/16/20 | DJP | 206 | File the Response of the Government Parties to the Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/16/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Response of the Government Parties to the Urgent Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions. | .20 | 190.00 | 38.00 |
| 7/16/20 | IRH | 215 | Review of Act 45-1945 in preparation for Independent Treasury Report. | .90 | 170.00 | 153.00 |
| 7/16/20 | IRH | 215 | Review of the Teacher's Retirement System Act in preparation for the Independent Treasury Report. | .80 | 170.00 | 136.00 |
| 7/16/20 | GMR | 206 | Analyze the Third Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2020 through May 31, 2020, in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/16/20 | GMR | 206 | File the Third Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2020 through May 31, 2020 in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | File the Third Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2020 through May 31, 2020 in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Third Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of the Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2020 through May 31, 2020. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | Analyze the Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020 in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/16/20 | GMR | 206 | File the Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                                     August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/20 | GMR | 206 | Review the Notice of Filing of Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020 in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | File the Notice of Filing of Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | Review the  - Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from February 1, 2020 through May 31, 2020 in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/16/20 | GMR | 206 | File the Notice of Filing of the Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from February 1, 2020 through May 31, 2020 in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 7/16/20 | JEG | 202 | Review House Resolution 1, which establishes the Rules of Legislative Procedure of the Puerto Rico House of Representatives. (1.1). Begin summary of most relevant rules of the Puerto Rico House of Representatives (0.8) | 1.90 | 195.00 | 370.50 |
| 7/16/20 | JEG | 208 | Finalize revision of memorandum regarding government contracts and apparent authority doctrine to address comments from J. Pietrantoni. | 2.40 | 195.00 | 468.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/17/20 | JRC | 208 | Review memo from J. Gonzalez regarding formal requirements under PR law to authorize actions by government officials. (0.6) Review comments from J. Pietrantoni (0.2) to provide additional comments (0.2). Review issue of GDB documents and provide additional comments to same. (0.4) | 1.40 | 340.00 | 476.00 |
|---------|-----|-----|----|------|--------|--------|
| 7/17/20 | JP | 208 | Further revise memo regarding PR cases addressing compliance with government contract formal requirements in connection with possible appeal by Monolines from order relating to 2002 security agreement. | 1.20 | 355.00 | 426.00 |
| 7/17/20 | JP | 208 | Review correspondence between GDB and Comptroller relating to filing of Commonwealth financing documents to confirm compliance with government contract requirements applicable to 2002 security agreement. | .60 | 355.00 | 213.00 |
| 7/17/20 | HDB | 222 | Revise and sign-off to file Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing. (.2)  Draft e-mail to alert callers inquiring about hearing. (.1) | .30 | 305.00 | 91.50 |
| 7/17/20 | HDB | 210 | Review case law cited in brief. (1.2) Review New COFINA Bond Legislation (0.7) Continue outline for legal arguments.  (1.3) | 3.20 | 305.00 | 976.00 |
| 7/17/20 | HDB | 206 | Revise and sign-off to Second Amended Stipulation and Consent Order Between Title III Debtors and the Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on Behalf of certain Governmental Entities Regarding the Tolling of Statute of Limitations. | .30 | 305.00 | 91.50 |
| 7/17/20 | DJP | 206 | Analyze the Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/17/20 | DJP | 206 | File the Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/17/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the July 29, 2020 Omnibus Hearing to the September 16, 2020 Omnibus Hearing. | .20 | 190.00 | 38.00 |
| 7/17/20 | DJP | 206 | Analyze the Ninth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2020 Through May 31, 2020, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/17/20 | DJP | 206 | File the Ninth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/17/20 | DJP | 206 | Analyze the Notice of filing of the Ninth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2020 Through May 31, 2020, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/17/20 | DJP | 206 | File the Notice of filing of the Ninth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/17/20 | IRH | 215 | Compilation of entity summaries for Independent Treasury Report. | 1.10 | 170.00 | 187.00 |
| 7/17/20 | JEG | 202 | Review the Jefferson Manual of Parliamentary practice regarding rules of debates and recognition by the Speaker. (0.8). Review Rules of the US House of Representatives regarding debates and the Speaker's Power of Recognition. (0.4). Continue draft summary of most relevant rules of the Puerto Rico House of Representatives. (2.4) | 3.60 | 195.00 | 702.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/17/20 | MMB | 219 | Docket court notice received by email dated July 15, 2020, regarding docket 13679 to notify hearing on motion for interim compensation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
|---|---|---|---|---|---|---|
| 7/18/20 | CGB | 222 | Review (0.1) and respond to (0.1) email from L. Stafford regarding status of research regarding Vieques referendum requested by claimant Y. Rosario. | .20 | 330.00 | 66.00 |
| 7/18/20 | HDB | 221 | Review Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Rule 2004 Motion. | .20 | 305.00 | 61.00 |
| 7/19/20 | JLN | 222 | Analyze inquiries from L. Stafford regarding municipal authority issues. (0.2) Legal research to respond to same. (0.2) Draft responses email to L. Stanffords. (0.3) | .70 | 225.00 | 157.50 |
| 7/20/20 | CGB | 222 | Revise the draft email from J. L. Notario to L. Stafford regarding municipal authority issues pertinent to the Rosario POC (0.2); Draft email to J. L. Notario forwarding proposed edits to same (0.1). | .30 | 330.00 | 99.00 |
| 7/20/20 | HDB | 206 | Revise draft Opposition to Motion of Stay Relief Based on Modern Legal Genocide. (0.4)  Draft e-mail to C. Garcia with comments thereto. (0.2) | .60 | 305.00 | 183.00 |
| 7/20/20 | HDB | 208 | Revise Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority. | .40 | 305.00 | 122.00 |
| 7/20/20 | HDB | 208 | Review memorandum on Vieques referendum in connection with stay relief opposition in the Y. Rosario claim. | .20 | 305.00 | 61.00 |
| 7/20/20 | RHM | 215 | Review (0.5) and draft comments (0.4) to memorandum on independent treasury report. | .90 | 225.00 | 202.50 |
| 7/20/20 | JLN | 215 | Review initial draft of independent treasury report. | 1.10 | 225.00 | 247.50 |
| 7/20/20 | JLN | 222 | Legal research for potential case law regarding municipal authority issues. (1.2) Discuss related issues with J. Gonzalez. (0.4) Review Elections Code and Municipal Law.  (0.9) Revise draft response summarizing findings of legal analysis. (0.8) Regarding Vieques/Y. Rosario list of stay. | 3.30 | 225.00 | 742.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                     August 5, 2020

| 7/20/20 | DJP | 206 | Analyze current draft of the Objection of Financial Oversight and Management Board for Puerto Rico to Motion for Relief from Stay Filed by Yashei Rosario and Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, Inc. | .60 | 190.00 | 114.00 |
|---------|-----|-----|---|-----|--------|--------|
| 7/20/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Status Report, as filed in compliance with court order. | .20 | 190.00 | 38.00 |
| 7/20/20 | DJP | 206 | Analyze the Ninth Interim Application of PFM Group Consulting LLC, Consultant to Proskauer Rose LLP, as Counsel to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/20/20 | DJP | 206 | File the Ninth Interim Application of PFM Group Consulting LLC, Consultant to Proskauer Rose LLP, as Counsel to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/20/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Ninth Interim Application of PFM Group Consulting LLC, Consultant to Proskauer Rose LLP, as Counsel to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020. | .20 | 190.00 | 38.00 |
| 7/20/20 | FGR | 215 | Research regarding Economic Development Bank's enabling act to prepare independent treasury analysis. | 1.00 | 180.00 | 180.00 |
| 7/20/20 | FGR | 215 | Research regarding PR Port Authority's enabling act to prepare independent treasury analysis. | 1.00 | 180.00 | 180.00 |
| 7/20/20 | FGR | 215 | Research regarding State Insurance Fund Corporation's enabling act to prepare independent treasury analysis. | 1.00 | 180.00 | 180.00 |
| 7/20/20 | IRH | 215 | Review of Act 23-1991 in preparation for Independent Treasury Report. | .90 | 170.00 | 153.00 |
| 7/20/20 | IRH | 215 | Review of Puerto Rico Insurance Code in preparation for Independent Treasury Report. | .90 | 170.00 | 153.00 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| 7/20/20 | JEG | 222 | Conduct research regarding procedure for a municipality to secede from the Commonwealth of Puerto Rico. (1.6). Draft answer to query from L. Stafford, regarding Vieques secession from Puerto Rico. (0.7) | 2.30 | 195.00 | 448.50 |
|---------|-----|-----|---|------|--------|--------|
| 7/20/20 | JEG | 202 | Finalize draft regarding analysis of most relevant sections of House Resolution 1, which establishes the Rules of the House of Representatives. | 2.40 | 195.00 | 468.00 |
| 7/20/20 | OMA | 220 | As requested by attorneys J. Pietrantoni and C. Garcia, begin translation into English of the Judgment in the case of Transystems Corporation, et al. v. PR Ports Authority, et al, KLAN 09012326. 3 pages; 1,323 words. | 1.50 | 150.00 | 225.00 |
| 7/20/20 | MMB | 219 | Docket court notice received by email dated July 15, 2020, regarding order dkt. 13672 setting hearing on lift of stay motion 2434 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket notice received by email dated July 15, 2020, regarding order dkt. 13666 setting hearing on motion for interim compensation dkt. 13659 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket notice received by email dated July 15, 2020, regarding order dkt. 13665 setting hearing on motion for interim compensation dkt. 13652 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket notice received by email dated July 15, 2020, regarding order dkt. 13664 setting hearing on motion for interim compensation dkt. 13655 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket notice received by email dated July 15, 2020, regarding order dkt. 13663 setting hearing on motion for interim compensation dkt. 13661 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket court notice received by email dated July 14, 2020, regarding order dkt. 13628 to extend deadlines applicable to PREPA's motion  dkt.13583 for entry of order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 224 | Prepare exhibits to motion in connection with compensation applications for the period of June-September 2019, as requested by U. Fernández. | .60 | 140.00 | 84.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                      August 5, 2020

| 7/21/20 | JP | 208 | Email exchanges with O. Alicea and E. Barak regarding translation of PR case in connection with Monoline motion regarding 2002 security agreement. | .30 | 355.00 | 106.50 |
|---------|-----|-----|---|------|--------|--------|
| 7/21/20 | HDB | 208 | Review Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions. | .80 | 305.00 | 244.00 |
| 7/21/20 | HDB | 206 | Revise Ninth Interim Application of PFM Group Consulting LLC, Consultant to Proskauer Rose LLP, as Counsel to the Financial Oversight and Management Board for Puerto Rico, for Allowance of Compensation and Reimbursement of Expenses, for the Period February 1, 2020-May 31, 2020. | .20 | 305.00 | 61.00 |
| 7/21/20 | HDB | 207 | Review Reply in Support of Urgent Motion Of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and Financial Guaranty Insurance Company to Adjourn Deadlines for Certain Conflict Motions. | .30 | 305.00 | 91.50 |
| 7/21/20 | HDB | 208 | Review Med Centro's Motion for Stay Relief (related to 330 Centers). | .30 | 305.00 | 91.50 |
| 7/21/20 | HDB | 215 | Exchange e-mails with J. Roberts regarding time allocations. (0.3) Review case law cited in support of brief (Mansaray Ruffin and Diruzzo). (0.7)  Continue developing outline for oral argument. (0.3) | 1.30 | 305.00 | 396.50 |
| 7/21/20 | HDB | 206 | Revise and sign-off to file Master Service List as of July 21, 2020. | .20 | 305.00 | 61.00 |
| 7/21/20 | HDB | 206 | Sign-off to file McKinsey's Fee Applications. | .30 | 305.00 | 91.50 |
| 7/21/20 | UMF | 224 | Continue review of exhibits to Seventh Interim Fee Application of O&B for the period of June through September 2019. | .40 | 220.00 | 88.00 |
| 7/21/20 | JLN | 215 | Tel. conf. with R. Hernandez, I. Rodriguez and F. Rodriguez to discuss Independent Treasury Report. (0.4) Review and respond to follow up inquiry form A. Velez regarding analysis. (0.3) Respond to inquiry form I. Rodriguez regarding same. (0.2) | .90 | 225.00 | 202.50 |
| 7/21/20 | DJP | 203 | Analyze Order Regarding Procedures for July 29-30, 2020, Omnibus Hearing. | .30 | 190.00 | 57.00 |
| 7/21/20 | DJP | 203 | Coordinate via email with H. Bauer appearance at the July 29-30, 2020, Omnibus Hearing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/20 | DJP | 206 | Respond to email from J. Alonzo in connection with the filing of the Opposition to the Urgent Motion for Bridge Order, and Motion for Appointment as Trustees Under 11 U.S.C. § 926, of Ambac Assurance Corporation, Assured Guarantee Corp., Assured Guarantee Municipal Corp., Financial Guarantee Insurance Company, and National Public Finance Guarantee Corporation. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 206 | Analyze Order Scheduling Briefing in Connection with the Urgent Motion for Bridge Order, and Motion for Appointment as Trustees Under 11 U.S.C. § 926, of Ambac Assurance Corporation, Assured Guarantee Corp., Assured Guarantee Municipal Corp., Financial Guarantee Insurance Company, and National Public Finance Guarantee Corporation. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 203 | Create profile in Court-Solutions as required by the Order Regarding Procedures for July 29-30, 2020, Omnibus Hearing, to register for such hearing. | .60 | 190.00 | 114.00 |
| 7/21/20 | DJP | 218 | Respond to email from D. Udom in connection with the filing of the McKinsey Fee applications. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 206 | Respond to email from N. Vass, of Prime Clerk LLC regarding the filing of the Master Service List as of July 21, 2020. | .10 | 190.00 | 19.00 |
| 7/21/20 | DJP | 206 | File the Master Service List as of July 21, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 218 | Analyze the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/21/20 | DJP | 218 | File the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/20 | DJP | 218 | Draft email to Prime Clerk LLC requesting service of the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 218 | Analyze the  Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ( HTA ) for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/21/20 | DJP | 218 | File the  Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ( HTA ) for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 218 | Draft email to Prime Clerk LLC requesting service of the  Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority (HTA)  for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 218 | Analyze the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                          August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/20 | DJP | 218 | File the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority (PREPA ) for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/21/20 | DJP | 218 | Draft email to Prime Clerk LLC requesting service of the Seventh Interim Fee Application of McKinsey & Company, Inc. Washington D.C. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from June 1, 2019 Through June 30, 2019, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 7/21/20 | FGR | 215 | Conference call with J. Notario, I. Rodriguez, and R. Hernandez to discuss independent treasury analysis. | .30 | 180.00 | 54.00 |
| 7/21/20 | FGR | 215 | Further work on independent treasury analysis to standardize legal analysis. | 2.10 | 180.00 | 378.00 |
| 7/21/20 | IRH | 215 | Teleconference with J. L. Notario and R. Hernandez, to discuss Independent Treasury Report. | .30 | 170.00 | 51.00 |
| 7/21/20 | IRH | 215 | Review of assigned agencies in preparation for second draft of Independent Treasury Report. | 1.10 | 170.00 | 187.00 |
| 7/21/20 | IRH | 215 | Continued review of the Public Buildings Authority enabling act in preparation for second draft of Independent Treasury Report. | .60 | 170.00 | 102.00 |
| 7/21/20 | GMR | 206 | Review the First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period from July 1, 2019 through May 31, 2020, in anticipation to its filing. | .40 | 185.00 | 74.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                  August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/20 | GMR | 206 | File the First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period from July 1, 2019 through May 31, 2020 (ECF No. 13759). | .20 | 185.00 | 37.00 |
| 7/21/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the First Interim Fee Applications of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to several of the Debtors, as filed in the CW, HTA and PREPA dockets. | .20 | 185.00 | 37.00 |
| 7/21/20 | GMR | 206 | File the First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ( HTA ) for the Period from July 1, 2019 through May 31, 2020, in Case No. 17-3283 (ECF No. 13761). | .20 | 185.00 | 37.00 |
| 7/21/20 | DMM | 215 | Edit FOMB Independent Treasury Report following comments by J. Notario and R. Hernandez, to the following agencies: Culebra Conservation Authority (0.3), PRIDCO (.5), PR Land Authority (00.3), 911 Emergency Bureau (0.3), Superintendence of the Capitol (0.3) and OIPC (0.5). | 2.20 | 170.00 | 374.00 |
| 7/21/20 | DMM | 215 | Conference call regarding FOMB Independent Treasury Report with J. Notario, R. Hernandez, I. Rodriguez, A. Velez and F. Rodriguez. | .20 | 170.00 | 34.00 |
| 7/21/20 | DMM | 215 | Conference call with I. Rodriguez, A. Velez and F. Rodriguez regarding the Revised Independent Treasury Report. | .60 | 170.00 | 102.00 |
| 7/21/20 | DMM | 215 | Edit Independent Treasury Report: | .30 | 170.00 | 51.00 |
| 7/21/20 | DMM | 215 | Revise Public Service Reorganization Act regarding the Independent Office of Consumer Protection regulations and accounting system. | .50 | 170.00 | 85.00 |
| 7/21/20 | DMM | 215 | Research PRIDCO's enabling act regarding additional regulations concerning its accounting system and possible 1/12 cash transfers under the General Fund Budget Joint Resolution for FY2020. | .40 | 170.00 | 68.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                August 5, 2020

| 7/21/20 | DMM | 215 | Edit final draft of the Revised FOMB Independent Treasury Report. | .50 | 170.00 | 85.00 |
|---------|-----|-----|-------------------------------------------------------------------|-----|--------|-------|
| 7/21/20 | AEV | 215 | Legal research on assigned entities in regard to the Independent Treasury Report to edit "Entity" and "Comments" column per J. Notario and R. Hernández's instructions. | 3.80 | 175.00 | 665.00 |
| 7/21/20 | AEV | 215 | Review of complete Independent Treasury Report to uniform all commentaries and verify citations. | 1.80 | 175.00 | 315.00 |
| 7/21/20 | AEV | 215 | Tel. Conf. with J. Notario, R. Hernández, I. Rodríguez, D. Magraner and F. Rodríguez regarding to the Independent Treasury Report. | .20 | 175.00 | 35.00 |
| 7/21/20 | AEV | 215 | Tel. Conf. with I. Rodríguez, D. Magraner and F. Rodríguez to discuss and coordinate next steps regarding to the Independent Treasury Report. | .60 | 175.00 | 105.00 |
| 7/21/20 | JEG | 202 | Revise summer associate's legal memorandum regarding Due Process issues. | .60 | 195.00 | 117.00 |
| 7/21/20 | OMA | 220 | As requested by attorneys J. Pietrantoni and C. Garcia, finalize translation into English of the Judgment in the case of Transystems Corporation, et al. v. PR Ports Authority, et al, KLAN 09012326.  3 pages; 1,443 words. | 1.90 | 150.00 | 285.00 |
| 7/21/20 | MMB | 219 | Docket court notice received by email dated July 17, 2020, regarding order dkt. 13724 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/21/20 | MMB | 219 | Docket court notice received by email dated July 17, 2020, regarding order dkt. 13713 setting briefing schedule on motion dkt. 13697 to extend deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/21/20 | MMB | 219 | Docket court notice received by email dated July 17, 2020, regarding order dkt. 13728 setting briefing schedule on urgent motion dkt. 13719 for entry of order approving second amended stipulation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/21/20 | MMB | 219 | Docket court notice received by email dated July 17, 2020, regarding order dkt. 13733 setting briefing schedule, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                          August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/22/20 | HDB | 206 | Review Opposition of Financial Oversight and Management Board for Puerto Rico to Urgent Motion for Bridge Order. | .30 | 305.00 | 91.50 |
| 7/22/20 | HDB | 212 | Attend meeting with Clerk of the First Circuit in preparation for oral arguments. | 1.30 | 305.00 | 396.50 |
| 7/22/20 | HDB | 203 | Review order adjourning conflict motions deadlines. | .10 | 305.00 | 30.50 |
| 7/22/20 | HDB | 208 | Review edits to Opposition to Vieques Referendum Stay Relief Motion. | .20 | 305.00 | 61.00 |
| 7/22/20 | RHM | 215 | Review draft of memorandum regarding treasuries under several government entities. | .70 | 225.00 | 157.50 |
| 7/22/20 | RHM | 215 | Analyze assignment of funds to the UPR in relation to EO 2017-021 to consider authorized uses. | .40 | 225.00 | 90.00 |
| 7/22/20 | DOT | 210 | Conf. with D. Perez regarding tax withholding issues. (0.3) Analyze income tax withholding with respect to sales of real property located in Puerto Rico by non-PR residents and claim made in connection with this withholding. (1.4) | 1.70 | 210.00 | 357.00 |
| 7/22/20 | DJP | 210 | Analyze Proof of Claim 38344 and supporting exhibits prior to responding to inquiry from L. Stafford and A. Bargoot pertaining to the legal provisions cited therein. | .80 | 190.00 | 152.00 |
| 7/22/20 | DJP | 210 | Analyze the legal provisions cited in Proof of Claim 38344, and subsequent amendments thereto, prior to responding to inquiry from L. Stafford and A. Bargoot in connection with whether a creditor may seek a relief on the basis of that provision. | 1.20 | 190.00 | 228.00 |
| 7/22/20 | DJP | 210 | Begin to draft assessment for Stafford and A. Bargoot responding to inquiry in connection with whether a creditor may seek a relief on the basis of the legal provisions cited in Proof of Claim 38344. | .40 | 190.00 | 76.00 |
| 7/22/20 | DJP | 202 | Conduct legal research in connection with the legal provisions cited in Proof of Claim 38344, and subsequent amendments thereto, prior to responding to inquiry from L. Stafford and A. Bargoot with respect to whether a creditor may seek a relief on the basis of that provision. | 1.40 | 190.00 | 266.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| 7/22/20 | DJP | 210 | Discuss with D. Ortiz legal strategy in response to email inquiry from L. Stafford and A. Bargoot in connection with whether a creditor may seek a relief based upon the legal provisions cited in Proof of Claim 38344 | .30 | 190.00 | 57.00 |
|---------|-----|-----|----|-----|--------|-------|
| 7/22/20 | DJP | 210 | Revise draft assessment for Stafford and A. Bargoot responding to inquiry in connection with whether a creditor may seek a relief on the basis of the legal provisions cited in Proof of Claim 38344 in view of tax withholding legal standards identified by D. Ortiz. | .40 | 190.00 | 76.00 |
| 7/22/20 | DJP | 206 | Respond to email from E. Wertheim in connection with the filing of the Objection of Financial Oversight and Management Board for Puerto Rico to Motion for Relief from Stay Filed by Yashei Rosario and Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, Inc. | .10 | 190.00 | 19.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 17, 2020, regarding order dkt. 13703 approving stipulation and setting deadline for the Government Parties, DRA, to file their respective objection, response, reply in connection with DRA Stay Motion - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 20, 2020, regarding order dkt. 13729 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 21, 2020, regarding order dkt. 13755 setting briefing schedule, hearing, on MLS dkt. 13748 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 21, 2020, regarding order dkt. 13746 on procedures for the July 29-30, 2020 omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .50 | 140.00 | 70.00 |
| 7/22/20 | MMB | 219 | Docket notice received by email dated July 21, 2020, regarding hearing on Med Centro, Inc.'s MLS dkt. 13748, deadline to file opposition thereto - H. Bauer, U. Fernandez, D. Pérez. | .30 | 140.00 | 42.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                    August 5, 2020

| 7/23/20 | HDB | 207 | Analyze Reply in Further Support of Urgent Motion for Bridge Order of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, And National Public Finance Guarantee Corporation. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 7/23/20 | HDB | 207 | Review  DRA Parties Reservation of Rights with Respect to Opposition of Financial Oversight and Management Board for Puerto Rico to Urgent Motion for Bridge Order. | .20 | 305.00 | 61.00 |
| 7/23/20 | HDB | 207 | Review Fee Examiner's Report on Fee Applications in anticipation of hearing. | .20 | 305.00 | 61.00 |
| 7/23/20 | HDB | 207 | Revise Reply in Support of Motion Requesting Allowance of Post-Petition Tort Claim as Priority Claim Pursuant to the Fundamental Fairness Doctrine in Reading Co. v. Brown, 391 US 741 (1968). | .20 | 305.00 | 61.00 |
| 7/23/20 | DOT | 210 | Analyze income tax withholding with respect to sales of real property located in Puerto Rico by non-PR residents and claim made in connection with this withholding. | .60 | 210.00 | 126.00 |
| 7/23/20 | DJP | 210 | Finalize draft assessment for Stafford and A. Bargoot responding to inquiry in connection with whether a creditor may seek a relief on the basis of the legal provisions cited in Proof of Claim 38344. | .50 | 190.00 | 95.00 |
| 7/23/20 | DJP | 210 | Analyze Proof of Claim 23332 and supporting exhibits prior to responding to inquiry from L. Stafford and A. Bargoot pertaining to the legal provisions cited therein. | .50 | 190.00 | 95.00 |
| 7/23/20 | DJP | 206 | Analyze final draft of the Objection of Financial Oversight and Management Board for Puerto Rico to Motion for Relief from Stay Filed by Yashei Rosario and Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, Inc., in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/23/20 | DJP | 206 | File the Objection of Financial Oversight and Management Board for Puerto Rico to Motion for Relief from Stay Filed by Yashei Rosario and Development Socioeconomic Sustainable Fideicomiso of Vieques, CODESU, Inc., through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/23/20 | DJP | 210 | Analyze legal provisions cited in Proof of Claim 23332 and supporting exhibits prior to responding to inquiry from L. Stafford and A. Bargoot in connection with those provisions. | 1.20 | 190.00 | 228.00 |
| 7/23/20 | GMR | 222 | Analyze conflicts issues in connection with omnibus objections to be filed on September 2020. | 4.30 | 185.00 | 795.50 |
| 7/23/20 | MMB | 222 | Telephone conference with clerk from the court of Guayama regarding request of certified copy of documents in case G JV2012-0011, Internal Revenue stamps to be cancelled. | .60 | 140.00 | 84.00 |
| 7/24/20 | CGB | 222 | Revise the draft response to Proskauer regarding the fund asserted as the basis for POC 23332 (0.1); review Act 290-2000 (0.2); Draft response to D. Perez-Refojos regarding legal issues raised by the same (0.1). | .40 | 330.00 | 132.00 |
| 7/24/20 | HDB | 208 | Review stay relief motion filed by Efron Dorado, S.E. | .30 | 305.00 | 91.50 |
| 7/24/20 | HDB | 212 | Review Order rescheduling oral arguments in Pinto Lugo Appeal. (0.1) Draft e-mail to Proskauer (J. Roberts and others) regarding order. (0.1) | .20 | 305.00 | 61.00 |
| 7/24/20 | HDB | 222 | Review analysis of underlying merits of claim no. 23332 | .30 | 305.00 | 91.50 |
| 7/24/20 | HDB | 222 | Review legal analysis and assessment as to the merits of Proof of Claim 38344. | .20 | 305.00 | 61.00 |
| 7/24/20 | RHM | 210 | Conduct legal research regarding Act No. 290-2000, as amended, to ascertain nature of potentially restricted CW funds. | 1.10 | 225.00 | 247.50 |
| 7/24/20 | DJP | 210 | Conduct legal research in connection with the legal provisions cited in Proof of Claim 23332 and supporting exhibits prior to responding to inquiry from L. Stafford and A. Bargoot in connection with those provisions. | 1.20 | 190.00 | 228.00 |
| 7/24/20 | DJP | 206 | Begin to draft assessment in response to inquiry from L. Stafford and A. Bargoot in connection with the legal provisions cited in Proof of Claim 23332 and supporting exhibits prior. | 1.00 | 190.00 | 190.00 |
| 7/24/20 | DJP | 210 | Conclude draft assessment in response to inquiry from L. Stafford and A. Bargoot in connection with the legal provisions cited in Proof of Claim 23332 and supporting exhibits prior. | .80 | 190.00 | 152.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                      August 5, 2020

| 7/24/20 | JAC | 222 | Analyze inquiry regarding special funds under Puerto Rico law (0.6) and draft email to C. Garcia regarding existing research on special deposits (0.1). | .70 | 180.00 | 126.00 |
|---------|-----|-----|---|-----|--------|--------|
| 7/26/20 | JP | 215 | Respond to question from Proskauer on whether funds assigned to maintain ex-governors' personal possessions are Commonwealth property. | .80 | 355.00 | 284.00 |
| 7/26/20 | HDB | 206 | Revise informative motion concerning July 29, 2020 Omnibus hearing. | .20 | 305.00 | 61.00 |
| 7/26/20 | HDB | 222 | Review J. Herriman's report on claims reconciliation process. | .30 | 305.00 | 91.50 |
| 7/26/20 | DJP | 206 | Analyze the Informative Motion of Financial Oversight and Management Board Regarding July 29-30, 2020 Omnibus Hearing, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 7/26/20 | DJP | 206 | File the Informative Motion of Financial Oversight and Management Board Regarding July 29-30, 2020 Omnibus Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/26/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Informative Motion of Financial Oversight and Management Board Regarding July 29-30, 2020 Omnibus Hearing. | .20 | 190.00 | 38.00 |
| 7/27/20 | HDB | 222 | Review issues regarding potential objections to claims based on the "Incentivos Sila Calderon" and "Romerazo" as asserted by claimants. | .20 | 305.00 | 61.00 |
| 7/27/20 | HDB | 206 | Revise Notice (0.1) and Third Amended Stipulation between the CW and HTA to Toll the Statute of Limitations. (0.2) | .30 | 305.00 | 91.50 |
| 7/27/20 | HDB | 222 | Revise draft Two Hundred Twenty-Third (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor. | .30 | 305.00 | 91.50 |
| 7/27/20 | HDB | 210 | Appeal No. 19-1811 - Review e-mail of order for Oral Arguments. (0.2) Edit the draft outline for oral argument  and continue to review case law. (1.2) | 1.40 | 305.00 | 427.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                          August 5, 2020

| 7/27/20 | HDB | 207 | Review Limited Objection by Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, And National Public Finance Guarantee Corporation to Urgent Motion for Approval of Tolling Stipulation. | .30 | 305.00 | 91.50 |
| 7/27/20 | HDB | 206 | Revise and sign-off to file agenda for July 29 Omnibus hearing. | .30 | 305.00 | 91.50 |
| 7/27/20 | HDB | 224 | Revise and sign-off to file Seventh Interim Fee Application. | .40 | 305.00 | 122.00 |
| 7/27/20 | RHM | 215 | Conduct legal research regarding whether certain CW agencies/corporations have an independent treasury established by law. | .90 | 225.00 | 202.50 |
| 7/27/20 | UMF | 224 | Draft notice of filing of seventh interim fee application of O&B for the period of June through September 2019. | .50 | 220.00 | 110.00 |
| 7/27/20 | UMF | 224 | Review draft of eighth interim fee application of O&B for the period of October 2019 through January 2020. | 1.40 | 220.00 | 308.00 |
| 7/27/20 | JLN | 215 | Review Organic laws of various agencies included in list to confirm accuracy of entries in report.(2.6) Make revisions to Independent Treasury Report. (1.5) | 4.10 | 225.00 | 922.50 |
| 7/27/20 | DJP | 203 | Analyze the Notice of Agenda of Matters Scheduled for the Hearing on July 29-30 at 9:30 A.M. AST, in preparation for the omnibus hearing. | .40 | 190.00 | 76.00 |
| 7/27/20 | DJP | 210 | Consider strategy in connection with inquiry from L. Stafford and A. Bargoot in connection with the legal provisions cited in Proof of Claim 23332. | .30 | 190.00 | 57.00 |
| 7/27/20 | DJP | 224 | Analyze the Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019, and supporting exhibits, in anticipation of its filing. | .70 | 190.00 | 133.00 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/27/20 | DJP | 224 | File the Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019, and supporting exhibits, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 7/27/20 | DJP | 224 | Draft email to Prime Clerk LLC requesting service of the Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 7/27/20 | DJP | 224 | Analyze the Notice of Filing of Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/27/20 | DJP | 224 | File the Notice of Filing of Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/27/20 | DJP | 224 | Draft email to Prime Clerk LLC requesting service of the Notice of Filing of Seventh Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, As Representative of Debtors, for the Period of June 1, 2019 Through September 30, 2019. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                    August 5, 2020

| 7/27/20 | GMR | 222 | Coordinate and design strategy for meet and confer efforts in connection with July 29 omnibus hearing adjournment. | .40 | 185.00 | 74.00 |
|---------|-----|-----|------------------------------------------------------|------|--------|--------|
| 7/27/20 | GMR | 222 | Analyze salary raise laws serving as basis for several proofs of claims ("Aumento Sila," "Romerazo"). | 2.40 | 185.00 | 444.00 |
| 7/27/20 | GMR | 206 | Finalize the Notice of Agenda of Matters Scheduled for the Hearing on July 29-30 at 9:30 A.M. in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/27/20 | GMR | 206 | File the Notice of Agenda of Matters Scheduled for the Hearing on July 29-30 at 9:30 A.M. | .20 | 185.00 | 37.00 |
| 7/27/20 | GMR | 206 | Draft email to PrimeClerk in connection with service of the Notice of Agenda of Matters Scheduled for the Hearing on July 29-30 at 9:30 A.M. | .20 | 185.00 | 37.00 |
| 7/28/20 | HDB | 210 | Oral argument prep call with M. Bienenstock, J. Roberts and others, regarding Appeal No. 19-1811. (2.1). Review case law regarding standing issues and remedies. (0.3) Tel. conf. with J. Gonzalez regarding research. (0.2) | 2.60 | 305.00 | 793.00 |
| 7/28/20 | HDB | 212 | Review correspondence by I. Fullana regarding Finca Matilde's claim and proposed plan treatment. (0.2) Draft e-mail regarding same to B. Rosen. (0.1) | .30 | 305.00 | 91.50 |
| 7/28/20 | HDB | 208 | Review Reply to Motion for Stay Relief by Yashei Rosario concerning Vieques. | .30 | 305.00 | 91.50 |
| 7/28/20 | HDB | 206 | Revise and sign-off to file  Status Report of Financial Oversight and Management Board in Connection with July 29, 2020 Omnibus Hearing. | .30 | 305.00 | 91.50 |
| 7/28/20 | RHM | 215 | Review draft of memorandum regarding independent treasury report. | .60 | 225.00 | 135.00 |
| 7/28/20 | UMF | 224 | Draft notice of filing O&B's eighth interim fee application for the period of October 2018 through January 2020. | .70 | 220.00 | 154.00 |
| 7/28/20 | JLN | 215 | Research into legislative entities and fiscal autonomy. (0.9) Review language included in acts creating public corporations. (0.7) Edit the draft report regarding. (1.2) | 2.80 | 225.00 | 630.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/28/20 | DJP | 224 | Analyze the Eighth Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors,  for the Period of October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits, in anticipation of its filing. | .80 | 190.00 | 152.00 |
| 7/28/20 | DJP | 224 | File the Eighth Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, for the Period of October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 7/28/20 | DJP | 224 | Draft email to Prime Clerk LLC requesting service of the Eighth Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, for the Period of October 1, 2019 Through January 31, 2020 and Notice of Deferral of Request for Payment of Rate Increase, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 7/28/20 | GMR | 206 | Analyze the Status Report of Financial Oversight and Management Board in Connection with July 29, 2020 Omnibus Hearing in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/28/20 | GMR | 206 | File the Status Report of Financial Oversight and Management Board in Connection with July 29, 2020 Omnibus Hearing. | .20 | 185.00 | 37.00 |
| 7/28/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Status Report of Financial Oversight and Management Board in Connection with July 29, 2020 Omnibus Hearing. | .20 | 185.00 | 37.00 |
| 7/28/20 | GMR | 206 | Draft email to the Chambers of Hon. Laura T. Swain in connection with the Status Report of the Financial Oversight and Management Board in Connection with July 29, 2020 Omnibus Hearing. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/28/20 | GMR | 222 | Analyze underlying historical statutory development in connection with claims filed alleging right to payment by the "Romerazo" and "Ley Sila Calderon". | 1.90 | 185.00 | 351.50 |
|---------|-----|-----|---|------|--------|--------|
| 7/28/20 | JEG | 202 | Conduct research on Puerto Rico case law related to the legislative process. | 2.20 | 195.00 | 429.00 |
| 7/29/20 | CGB | 222 | Review email from M. Palmer proposing notice by publication for claimants with no known address (0.1); Review reaction thereto from H. D. Bauer (0.1); Draft email to M. Palmer seeking additional information regarding prior PrimeClerk efforts to contact same (0.1); overview of related excel spreadsheet circulated by P. Fishkind (0.1); Draft email to H. D. Bauer regarding same (0.1). | .50 | 330.00 | 165.00 |
| 7/29/20 | HDB | 207 | Review Urgent Motion for Entry of an Order Approving Third Amended Stipulation between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority regarding the Tolling of Statute of Limitations. | .20 | 305.00 | 61.00 |
| 7/29/20 | HDB | 207 | Review Status Report of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Government of Puerto Rico's Recent Activities in Response to the Ongoing COVID-19 Pandemic. | .30 | 305.00 | 91.50 |
| 7/29/20 | HDB | 222 | Review and respond to M. Palmer's query regarding notices by publication in the context of claims objections. | .30 | 305.00 | 91.50 |
| 7/29/20 | HDB | 210 | Appeal No. 19-1811:  Continue to prepare for oral argument. | 2.10 | 305.00 | 640.50 |
| 7/29/20 | DJP | 203 | Appear as local counsel for the Oversight Board at the omnibus hearing. | 2.20 | 190.00 | 418.00 |
| 7/29/20 | GMR | 222 | Edit to the Spanish version drafts of the 241st - 243rd omnibus objections. | .90 | 185.00 | 166.50 |
| 7/29/20 | GMR | 222 | Exchange emails with A. Bargoot in connection with edits to the Spanish version drafts of the September omnibus objections. | .20 | 185.00 | 37.00 |
| 7/30/20 | HDB | 210 | Continue editing outline for argument in Appeal No. 19-1811. | 2.20 | 305.00 | 671.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/20 | HDB | 208 | Revise draft Reply to Supplemental Brief by the Monolines in Support of the Revenue Bonds Stay Relief Motion. | 1.10 | 305.00 | 335.50 |
| 7/30/20 | HDB | 208 | Revise Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection. | .20 | 305.00 | 61.00 |
| 7/30/20 | HDB | 222 | Revise draft Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims. | .20 | 305.00 | 61.00 |
| 7/30/20 | DJP | 206 | Respond to email from D. Desatnik in connection with the filing of the Debtors' Consolidated Response to Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions. | .20 | 190.00 | 38.00 |
| 7/30/20 | DJP | 206 | Analyze current preliminary draft of the Debtors' Consolidated Response to Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions. | .60 | 190.00 | 114.00 |
| 7/30/20 | DJP | 206 | Finalize the FOMB and AAFAF Consolidated Response to Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/30/20 | DJP | 206 | File the FOMB and AAFAF Consolidated Response to Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/30/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the FOMB and AAFAF Consolidated Response to Movants' Consolidated Supplemental Brief Regarding Revenue Bond Lift Stay Motions. | .20 | 190.00 | 38.00 |
| 7/30/20 | GMR | 222 | Review edits to the 224th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 222 | Review edits to the 225th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 222 | Review edits to the 227th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |

O'Neill & Borges LLC

Bill #:  377894

August 5, 2020

| 7/30/20 | GMR | 222 | Review edits to the 230th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 222 | Review edits to the 233rd Omnibus Objection and incorporate into the Spanish version. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 222 | Review edits to the 235th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 222 | Review edits to the 236th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 222 | Review edits to the 239th Omnibus Objection and incorporate to the Spanish version. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 222 | Review edits to the 228th Omnibus Objection and incorporate to the Spanish version. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 222 | Review edits to the 229th Omnibus Objection and incorporate to the Spanish version. | .30 | 185.00 | 55.50 |
| 7/31/20 | HDB | 206 | Revise the FOMB's draft Opposition to Urgent Motion for Bridge Order, and Motion for Appointment as Trustees under 11 U.S.C. § 926. | .70 | 305.00 | 213.50 |
| 7/31/20 | HDB | 203 | Attend oral arguments in Appeal No. 19-1811. | 1.60 | 305.00 | 488.00 |
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to GDB Bondholder Claims for Which the Commonwealth is Not Liable. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 222 | Revise draft the Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds. | .30 | 305.00 | 91.50 |
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Thirtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                                August 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 222 | Revise and sign-off to file Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 208 | Revise and sign-off to file Debtors' Seventeenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .30 | 305.00 | 91.50 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Satisfied Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Satisfied Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  377894                                                          August 5, 2020

| 7/31/20 | DJP | 206 | Analyze the Two Hundred Fortieth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority To Claims Based on Dismissed Litigation, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 7/31/20 | DJP | 206 | File the Two Hundred Fortieth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority To Claims Based on Dismissed Litigation, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Forty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Partially Satisfied Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Forty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Partially Satisfied Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | DJP | 206 | Analyze the Two Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Two Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | GMR | 222 | Review edits to the 234th Omnibus Objection and incorporate into the Spanish version. | .30 | 185.00 | 55.50 |

O'Neill & Borges LLC

Bill #:  377894                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor and exhibits thereto. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 377894

August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Twenty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA is not Liable and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Twenty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA is not Liable and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Thirtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Thirtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 222 | File the Two Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims and exhibits thereto. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 222 | Review the Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                    August 5, 2020

| 7/31/20 | GMR | 222 | File the Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims and exhibits thereto. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 206 | Review the Debtors' Seventeenth Omnibus Motion for Approval of Modifications to the Automatic Stay in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/31/20 | GMR | 206 | File the Debtors' Seventeenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .20 | 185.00 | 37.00 |
| 7/31/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Debtors' Seventeenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .20 | 185.00 | 37.00 |
| 7/31/20 | MMB | 219 | Docket court notice received by email dated July 22, 2020, regarding order dkt. 13804 setting hearing on motion dkt. 13582, deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES               $ 58,441.50

Less Discount                             $ -5,844.15

NET PROFESSIONAL SERVICES:                $ 52,597.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 6.00 | 340.00 | 2,040.00 |
| CARLA GARCIA BENITEZ | 3.10 | 330.00 | 1,023.00 |
| JULIO PIETRANTONI | 6.10 | 355.00 | 2,165.50 |
| HERMANN BAUER | 53.10 | 305.00 | 16,195.50 |
| RAFAEL HERNANDEZ | 4.90 | 225.00 | 1,102.50 |
| JOSE L. NOTARIO TOLL | 15.00 | 225.00 | 3,375.00 |
| DENISSE ORTIZ TORRES | 2.30 | 210.00 | 483.00 |
| UBALDO M. FERNANDEZ BARRERA | 7.10 | 220.00 | 1,562.00 |
| DANIEL J. PEREZ REFOJOS | 41.90 | 190.00 | 7,961.00 |
| JORGE A. CANDELARIA | .70 | 180.00 | 126.00 |
| FRANCISCO G. RODRIGUEZ | 5.40 | 180.00 | 972.00 |
| IVETTE RODRIGUEZ | 10.20 | 170.00 | 1,734.00 |
| GABRIEL MIRANDA RIVERA | 26.70 | 185.00 | 4,939.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377894                                                      August 5, 2020

| | | | |
|---|---|---|---|
| DAVID M. MAGRANER | 4.70 | 170.00 | 799.00 |
| ASTRID E. VELEZ | 11.40 | 175.00 | 1,995.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 55.10 | 195.00 | 10,744.50 |
| OLGA M. ALICEA | 3.40 | 150.00 | 510.00 |
| MILAGROS MARCANO BAEZ | 5.10 | 140.00 | 714.00 |
| **Total** | **262.20** | | **$ 58,441.50** |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 7/29/20 | FILING FEES - APPEARANCE AT OMNIBUS HEARING ON JULY 29,2020-CGB | 70.00 |
| 7/31/20 | MESSEBGER SERVICE-PROCESS SERVER- 7/24/2020 - BRAHAM SANTIAGO - GUAYAMA FIRST INSTANCE COURT - HDB | 100.20 |

TOTAL REIMBURSABLE EXPENSES          $ 170.20

**TOTAL THIS INVOICE**                    **$ 52,767.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: BANK ACCOUNTS ANALYSIS**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377897
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 3**

**RE: BANK ACCOUNTS ANALYSIS**

| | |
|---|---|
| Total Professional Services | $ 2,484.50 |
| | $ -248.45 |
| Net Professional Services | $ 2,236.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,236.05** |

IN ACCOUNT WITH
250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 3**
**RE: BANK ACCOUNTS ANALYSIS**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | IRH | 210 | Review of supporting documentation for account x1014 in preparation for response to Proskauer inquiry. | 1.60 | 170.00 | 272.00 |
| 7/01/20 | IRH | 210 | Review of documentation provided for Judicial Branch bank accounts in preparation for response to consult on the same. | 2.70 | 170.00 | 459.00 |
| 7/02/20 | IRH | 210 | Review of documentation for account x5372 belonging to the Child Support Administration in preparation for response to Proskauer inquiry. | 1.40 | 170.00 | 238.00 |
| 7/06/20 | RHM | 210 | Conference with J. Garcia, M. Lopez, J. Bojorquez, and I. Rodriguez and others regarding cash analysis of UPR. (0.8) Review documentation and email correspondence in preparation for conference call. (0.4) | 1.20 | 225.00 | 270.00 |
| 7/06/20 | RHM | 210 | Exchange email correspondence with R. Kim and I. Rodriguez regarding review of additional CW accounts. | .20 | 225.00 | 45.00 |
| 7/06/20 | IRH | 210 | Teleconference with J. Garcia, M. Lopez, J. Bojorquez, and R. Hernández regarding UPR cash analysis consult. (0.8) Review of documentation and email correspondence in preparation for teleconference. (0.4) | 1.20 | 170.00 | 204.00 |
| 7/07/20 | IRH | 210 | Review of documentation related to Department of Labor and Human Resources account ending x2645 in preparation for response to question on the same. | 1.90 | 170.00 | 323.00 |
| 7/09/20 | IRH | 210 | Draft of definitions for fund restrictions for letter to UPR as per FOMB request. | 2.40 | 170.00 | 408.00 |
| 7/10/20 | IRH | 210 | Review of Puerto Rico Office of Court Administration bank account ending x4164. | .30 | 170.00 | 51.00 |
| 7/10/20 | IRH | 210 | Review of account ending x0464 belonging to the Puerto Rico Court Administration Office. | .50 | 170.00 | 85.00 |

O'Neill & Borges LLC

Bill #:  377897                                                                          August 5, 2020

| 7/14/20 | RHM | 210 | Draft definitions for unrestricted and restricted cash. | .30 | 225.00 | 67.50 |
| 7/14/20 | IRH | 210 | Discuss email regarding University of Puerto Rico account definitions with J. L. Notario and R. Hernandez | .10 | 170.00 | 17.00 |
| 7/15/20 | RHM | 210 | Exchange email correspondence with J. Garcia regarding comments to cash restrictions definitions. | .20 | 225.00 | 45.00 |

TOTAL PROFESSIONAL SERVICES                         $ 2,484.50

$ -248.45

NET PROFESSIONAL SERVICES:                          $ 2,236.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| RAFAEL HERNANDEZ | 1.90 | 225.00 | 427.50 |
| IVETTE RODRIGUEZ | 12.10 | 170.00 | 2,057.00 |
| **Total** | **14.00** | | **$ 2,484.50** |

**TOTAL THIS INVOICE**                              **$ 2,236.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

### RE: 17-00152-LTS PEAJE INVESTMENT, LLC V. PR HTA, ET AL.-HDB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 377898

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 801**

**RE: 17-00152-LTS PEAJE INVESTMENT, LLC V. PR HTA, ET AL.-HDB**

| | |
|---|---|
| Total Professional Services | $ 166.00 |
| | $ -16.60 |
| Net Professional Services | $ 149.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 149.40** |

IN ACCOUNT WITH

San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 801**
**RE:  17-00152-LTS PEAJE INVESTMENT, LLC V. PR HTA, ET AL.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/20/20 | DJP | 206 | Analyze the Joint Status Report, in compliance with court order, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 7/20/20 | DJP | 206 | File the Joint Status Report, in compliance with court order, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 21, 2020, regarding order dkt. 292 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 166.00 |
|  | $ -16.60 |
| NET PROFESSIONAL SERVICES: | $ 149.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.90** | | **$ 166.00** |

**TOTAL THIS INVOICE**                    **$ 149.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:  377899

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2020:

**Client.Matter: P1701 - 812**

**RE:  17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

| | |
|---|---|
| Total Professional Services | $ 614.00 |
| | $ -61.40 |
| | |
| Net Professional Services | $ 552.60 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 552.60** |



# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 812**
**RE:  17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | CGB | 209 | Review the order setting briefing schedule for the motion to dismiss at Docket No. 80 (0.1); Review the FOMB's motion to dismiss to be filed in Adv. 17-00278 (0.4). | .50 | 330.00 | 165.00 |
| 7/01/20 | HDB | 209 | Revise draft Motion to Dismiss adv. 17-00278. (0.5) Respond to J. Alonzo's queries regarding same. (0.1) | .60 | 305.00 | 183.00 |
| 7/01/20 | DJP | 206 | Analyze proposed order to be filed together with the Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6), as drafted by J. Alonzo. | .30 | 190.00 | 57.00 |
| 7/01/20 | DJP | 206 | Analyze the Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6), in anticipation of its filing. | .90 | 190.00 | 171.00 |
| 7/01/20 | DJP | 206 | File the Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6), through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES $ 614.00

$ -61.40

NET PROFESSIONAL SERVICES: $ 552.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377899                                                      August 5, 2020

| | | | |
|---|---|---|---|
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |
| **Total** | **2.50** | | **$ 614.00** |

**TOTAL THIS INVOICE**                              **$ 552.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:    377900
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 816**

**RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

| | |
|---|---|
| Total Professional Services | $ 198.00 |
| | $ -19.80 |
| Net Professional Services | $ 178.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 178.20** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 816**
**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/31/20 | CGB | 209 | Tel. Conf. with J. P. Gauthier regarding Plaintiff's request for 7-day extension in view of storm and related issues (0.2); Draft email to J. Richman regarding same (0.1); Review the draft motion for extension of time circulated by Plaintiffs' counsel (0.1); Draft email suggesting edits to same (0.1); email exchange with other co- Defendants regarding same (0.1). | .60 | 330.00 | 198.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 198.00 |
|  | $ -19.80 |
| NET PROFESSIONAL SERVICES: | $ 178.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .60 | 330.00 | 198.00 |
| **Total** | **.60** | | **$ 198.00** |

**TOTAL THIS INVOICE** $ 178.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377901
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 817**

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

| | |
|---|---:|
| Total Professional Services | $ 335.50 |
| | $ -33.55 |
| | |
| Net Professional Services | $ 301.95 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 301.95** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 817**
**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/13/20 | HDB | 209 | Analyze report and recommendation denying leave to amend complaint. | .50 | 305.00 | 152.50 |
| 7/28/20 | HDB | 209 | Analyze plaintiff's objection to Report and Recommendation to dismiss adversary proceeding. | .60 | 305.00 | 183.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 335.50 |
| | | $ -33.55 |
| NET PROFESSIONAL SERVICES: | | $ 301.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| **Total** | **1.10** | | **$ 335.50** |

### TOTAL THIS INVOICE $ 301.95

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00066-LTS UECFSE V COMM., ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377902
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 819**

**RE: 18-00066-LTS UECFSE V COMM., ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 300.00 |
| | $ -30.00 |
| Net Professional Services | $ 270.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 270.00** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 819**
**RE: 18-00066-LTS UECFSE V COMM., ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/27/20 | CEG | 209 | Exchange emails with J. Richman on Law 8-2017 and several issues on single employer. | .50 | 250.00 | 125.00 |
| 7/28/20 | CEG | 209 | Revise oral argument related to question on single employer. (.4) Exchange emails with M. Morris, J. Richman, M. Harris and J. Roberts regarding letter to court related to appeal.(.3) | .70 | 250.00 | 175.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 300.00 |
| | | $ -30.00 |
| NET PROFESSIONAL SERVICES: | | $ 270.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | 1.20 | 250.00 | 300.00 |
| **Total** | **1.20** | | **$ 300.00** |

**TOTAL THIS INVOICE** **$ 270.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00091-LTS HEFSE V. COMMONWEALTH**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COMMONWEALTH OF PR TITLE III

August 5, 2020
Bill #: 377903
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 824**

**RE: 18-00091-LTS HEFSE V. COMMONWEALTH**

| | |
|---|---:|
| Total Professional Services | $ 275.00 |
| | $ -27.50 |
| | |
| Net Professional Services | $ 247.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 247.50** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 824**
**RE:  18-00091-LTS HEFSE V. COMMONWEALTH**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/16/20 | CEG | 209 | Exchange emails with J. Richman regarding SIF funding and governance  related to appeal.(.5) Review several provisions under Law 45-1935 (.6) | 1.10 | 250.00 | 275.00 |

|  | | |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 275.00 |
| | $ -27.50 |
| NET PROFESSIONAL SERVICES: | $ 247.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | 1.10 | 250.00 | 275.00 |
| **Total** | **1.10** | | **$ 275.00** |

**TOTAL THIS INVOICE**              **$ 247.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III                                Bill #:    377904
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 827**

**RE:  18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 61.00 |
| | $ -6.10 |
| Net Professional Services | $ 54.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 54.90** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 827**
**RE:  18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/14/20 | HDB | 209 | Revise draft status report in adv. 18-0134. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 61.00 |
| | | $ -6.10 |
| NET PROFESSIONAL SERVICES: | | $ 54.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.20** | | **$ 61.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 54.90** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    377905
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 828**

**RE:  19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

| | |
|---|---|
| Total Professional Services | $ 388.50 |
| | $ -38.85 |
| Net Professional Services | $ 349.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 349.65** |

Electronic Invoice

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 828**
**RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**


### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | HDB | 209 | Revise additional edits to draft Motion for Modification of Briefing Schedule in adv. 19-0034. | .10 | 305.00 | 30.50 |
| 7/01/20 | DJP | 206 | Analyze the Joint Urgent Motion for Modification of Briefing Schedule in adv. 19-0034, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/01/20 | DJP | 206 | File the Joint Urgent Motion for Modification of Briefing Schedule in adv. 19-0034, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/13/20 | HDB | 209 | Review Motion for Leave to File Amended Complaint in adv. 19-0034. (0.3) Analyze draft tendered Amended Complaint (0.5) | .80 | 305.00 | 244.00 |

TOTAL PROFESSIONAL SERVICES $ 388.50

$ -38.85

NET PROFESSIONAL SERVICES: $ 349.65


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **1.50** | | **$ 388.50** |


**TOTAL THIS INVOICE** $ 349.65


CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377906
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 834**

**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 773.00 |
| | $ -77.30 |
| Net Professional Services | $ 695.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 695.70** |

IN ACCOUNT WITH
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 834**
**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | CGB | 209 | Review court order at Docket No. 50 approving new schedule for the filing and response of an amended complaint. | .10 | 330.00 | 33.00 |
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 50 setting deadlines to submit amended complaint, answer thereto - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/17/20 | CGB | 209 | Review email from G. Ramos to J. Richman and J. Richman's proposed strategy in reaction to same (0.1); Overview of the COSSEC fiscal plan to review key sections cited by G. Ramos in his email (0.3); Draft email to J. Richman proposing follow-up strategy in response to G. Ramos request (0.1). | .50 | 330.00 | 165.00 |
| 7/21/20 | CGB | 209 | Tel. Conf. with G. Ramos, J. Richman and other members of the Proskauer team regarding future scheduling and related topics (0.4); Draft proposed email to the FOMB regarding same (0.2); finalize email to FOMB in view of comments from J. Richman (0.1); analyze the response from J. El Koury and C. Mendez regarding status of communications with AAFAF/CW regarding the first milestone of the COSSEC fiscal plan (0.1); Coordinate with J. Richman response to G. Ramos in view of same (0.1); Draft email to G. Ramos regarding same (0.2). | 1.10 | 330.00 | 363.00 |
| 7/24/20 | CGB | 209 | Review letter from various Cooperativas to AAFAF seeking conference to discuss COSSEC fiscal plan requirements to consider implications for adv. 19-0038 (0.2); email exchange with J. Richman regarding same (0.2). | .40 | 330.00 | 132.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377906                                                                                     August 5, 2020

| 7/31/20 | CGB | 209 | Review Plaintiff's proposed motion for new briefing schedule in adv. 19-00389. | .20 | 330.00 | 66.00 |

TOTAL PROFESSIONAL SERVICES                           $ 773.00

$ -77.30

NET PROFESSIONAL SERVICES:                            $ 695.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.30 | 330.00 | 759.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.40** | | **$ 773.00** |

**TOTAL THIS INVOICE**                                **$ 695.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377907
Billing Attorney: HDB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 838**

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 711.50 |
| | $ -71.15 |
| Net Professional Services | $ 640.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 640.35** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 838**
**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 68 setting briefing schedule on urgent motion to clarify requirements of sealed procedures order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/21/20 | RHM | 210 | Conference with J. L. Notario regarding potential discovery attorney of work product. (0.3) Draft and review of proposed response to L. Stafford. (0.3) | .60 | 225.00 | 135.00 |
| 7/21/20 | JLN | 201 | Tel. conf. with R. Hernandez to discuss inquiry related to discovery and attorney work product. (0.3) Revise draft response to L. Stanford regarding same. (0.2) | .50 | 225.00 | 112.50 |
| 7/22/20 | RHM | 210 | Conduct legal research regarding follow-up inquiry by Proskauer regarding Cash Analysis report. | .90 | 225.00 | 202.50 |
| 7/28/20 | RHM | 210 | Review files regarding Cash Account analysis and D&P Report. (0.8) Draft email response to L. Stafford regarding same. (0.3) | 1.10 | 225.00 | 247.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 711.50 |
|  | $ -71.15 |
| NET PROFESSIONAL SERVICES: | $ 640.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| RAFAEL HERNANDEZ | 2.60 | 225.00 | 585.00 |
| JOSE L. NOTARIO TOLL | .50 | 225.00 | 112.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377907                                                                    August 5, 2020

| Total | 3.20 | $ 711.50 |

**TOTAL THIS INVOICE**                                                    **$ 640.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

MORA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 377908

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 839**

**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 839**
**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 70 setting briefing schedule on urgent motion to clarify requirements of sealed procedures order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 14.00 |
|  | $ -1.40 |
| NET PROFESSIONAL SERVICES: | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** |  | **$ 14.00** |

| **TOTAL THIS INVOICE** | **$ 12.60** |
|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:  377909
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 840**

**RE:  20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 746.00 |
| | $ -74.60 |
| Net Professional Services | $ 671.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 671.40** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 840**
**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | MMB | 219 | Docket court notice received by email dated July 2, 2020, regarding order dkt. 81 setting briefing schedule on urgent motion to clarify requirements of sealed procedures order - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/06/20 | HDB | 209 | Review L. Rappaport's e-mails regarding opposition to motion for leave to file excess pages. (0.1) Revise draft opposition to motion for leave to file oppositions to Motions for Summary Judgment in excess pages. (0.2) Review Order setting briefing schedule in adv. 20-00005. (0.1) | .40 | 305.00 | 122.00 |
| 7/16/20 | HDB | 209 | Commence review of Opposition to Motion for Summary Judgment in adv. 20-0005. (1.7) Review DRA Parties Response to the FOMB's Memorandum of Law in Support of Motion for Partial Summary Judgment. (0.4) | 2.00 | 305.00 | 610.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 746.00 |
|--|------------------------------|----------|
|  |                              | $ -74.60 |
|  | NET PROFESSIONAL SERVICES:   | $ 671.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.40 | 305.00 | 732.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.50** | | **$ 746.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377909                                                                                    August 5, 2020

**TOTAL THIS INVOICE**                                                         **$ 671.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH                                      250 MUÑOZ RIVERA AVENUE, SUITE 800
                                                     SAN JUAN, PR 00918-1813
                                                     TEL. (787) 764-8181
                                                     FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 377911

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 842**

**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

| | |
|---|---:|
| Total Professional Services | $ 410.50 |
| Less Discount | $ -41.05 |
| Net Professional Services | $ 369.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 369.45** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 842**
**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/09/20 | HDB | 209 | Review USDOJ's request for an extension of time in adv. 20-00068. | .20 | 305.00 | 61.00 |
| 7/09/20 | HDB | 209 | Review AAFAF's Motion to Intervene in adv. 20-00068. | .40 | 305.00 | 122.00 |
| 7/11/20 | HDB | 209 | Review  Informative Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024. | .20 | 305.00 | 61.00 |
| 7/13/20 | HDB | 209 | Review order requiring status report in adv. 20-00068. | .10 | 305.00 | 30.50 |
| 7/14/20 | HDB | 209 | Revise draft status report by the US DOJ. | .20 | 305.00 | 61.00 |
| 7/18/20 | HDB | 209 | Review Ambac Assurance Corporation's Limited Objection to the Motion of the Official Committee of Retired Employees for Leave to Intervene Under Bankruptcy Rule 7024. | .20 | 305.00 | 61.00 |
| 7/21/20 | MMB | 219 | Docket court notice received by email dated July 15, 2020, regarding order dkt. 26 setting deadline for the United States to notify the Court and the parties whether it intends to intervene in the matter - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 410.50 |
| Less Discount | $ -41.05 |
| NET PROFESSIONAL SERVICES: | $ 369.45 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377911

August 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.40** | | **$ 410.50** |

**TOTAL THIS INVOICE**                                    **$ 369.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

LABODA & MONTERO, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

LUIS C. MARINI-BIAGGI, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377912
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 843**

**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

| | |
|---|---|
| Total Professional Services | $ 741.00 |
| | $ -74.10 |
| | |
| Net Professional Services | $ 666.90 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 666.90** |

IN ACCOUNT WITH

ESTUDIO 245 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 843**
**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | CGB | 209 | Review email from C. Rogoff seeking translation of background documents for Act 90 (0.1); Coordinate same with O. M. Alicea (0.1). | .20 | 330.00 | 66.00 |
| 7/02/20 | CGB | 209 | Review and respond to email from C. Rogoff regarding deadline to answer complaint. | .10 | 330.00 | 33.00 |
| 7/03/20 | CGB | 209 | Draft email to C. Rogoff forwarding translation of background documents for Act 90 | .10 | 330.00 | 33.00 |
| 7/17/20 | DJP | 206 | Analyze the Financial Oversight and Management Board for Puerto Rico's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 90, in anticipation of its filing. | 1.10 | 190.00 | 209.00 |
| 7/17/20 | DJP | 206 | File the Financial Oversight and Management Board for Puerto Rico's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 90, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/21/20 | CGB | 209 | Draft to C. Montilla and the Proskauer team providing update on the analysis of the produced documents (0.1); email Tel. Conf. with O'Melveny Team and Proskauer meet-and-confer on briefing schedule for Adv. 20-00081 and other similarly situated adversary proceedings (0.4). | .50 | 330.00 | 165.00 |
| 7/22/20 | CGB | 209 | Attend Follow-up meet-and-confer Tel. Conf. with O'Melveny's P. Friedman and others, as well as Proskauer's H. Waxman and others, to discuss briefing schedule issues. | .30 | 330.00 | 99.00 |
| 7/29/20 | HDB | 209 | Review issues regarding consolidation of cases and draft e-mail to G. Miranda regarding same. | .20 | 305.00 | 61.00 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00081. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377912

August 5, 2020

TOTAL PROFESSIONAL SERVICES                       $ 741.00

$ -74.10

NET PROFESSIONAL SERVICES:                        $ 666.90

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.20 | 330.00 | 396.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | 1.30 | 190.00 | 247.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| **Total** | **2.90** | | **$ 741.00** |

**TOTAL THIS INVOICE**                        **$ 666.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

P.O. BOX 195131, HATO REY STATION, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377913
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 844**

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

| | |
|---|---:|
| Total Professional Services | $ 2,310.00 |
| | $ -231.00 |
| Net Professional Services | $ 2,079.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,079.00** |

Electronic Invoice

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 844**
**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | CGB | 209 | Review K. Rifkind's comments to the draft answer and counterclaim in adv. 20-0080. | .10 | 330.00 | 33.00 |
| 7/01/20 | HDB | 209 | Revise edits to draft answer to complaint and counterclaim regarding Law 82 Complaint. (0.3) Review C. Garcia e-mail with comments thereto. (0.1) | .40 | 305.00 | 122.00 |
| 7/02/20 | CGB | 209 | Review email from C. Rogoff seeking translation of background documents for Act 82 (0.1); Coordinate same with O. M. Alicea (0.1). | .20 | 330.00 | 66.00 |
| 7/02/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of AAFAF Response 05-08-2020. 2 pages; 498 words | .80 | 150.00 | 120.00 |
| 7/03/20 | CGB | 209 | Draft email to C. Rogoff forwarding translation of background documents for Act 82. | .10 | 330.00 | 33.00 |
| 7/03/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of OCI Circular Letter No. CC-2019-1954-D 3 pages; 1,062 words | 1.00 | 150.00 | 150.00 |
| 7/03/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of Dept. of Health Explanatory Memorandum regarding S.B. 218. 3 pages; 1,366 words | 1.10 | 150.00 | 165.00 |
| 7/03/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of ASES Position Paper on S.B. 218. 6 pages; 2,548 words | 2.20 | 150.00 | 330.00 |
| 7/03/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of S.B. 218 White Paper (FOMB Board). 10 pages; 4,048 words | 3.70 | 150.00 | 555.00 |
| 7/17/20 | HDB | 209 | Final review of draft answer and counterclaims for Act No. 82 (Case No. 20-ap-00080-LTS). | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377913

August 5, 2020

| 7/17/20 | HDB | 209 | Review CoopPharma's Motion for Leave to File an Amicus Brief. (0.2)  Review Amicus Brief filed by CoopPharma. (0.3) | .50 | 305.00 | 152.50 |
| 7/17/20 | GMR | 206 | Review the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 82. | .60 | 185.00 | 111.00 |
| 7/17/20 | GMR | 206 | File the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 82. | .20 | 185.00 | 37.00 |
| 7/21/20 | HDB | 209 | Review Order denying Motion to Appear as Amicus and Grant Motion to File Tendered Amicus Curie Brief filed by Cooperativa de Farmacias Puertorriquenas. (COOPHARMA). | .20 | 305.00 | 61.00 |
| 7/30/20 | HDB | 209 | Revise and sign-off to file draft Financial Oversight and Management Board for Puerto Rico's Unopposed Motion to Consolidate. | .20 | 305.00 | 61.00 |
| 7/30/20 | GMR | 206 | Finalize the Urgent Joint Motion Setting Expedited Schedule in anticipation to its filing in 20-00080. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00080. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | Review and finalize the Financial Oversight and Management Board for Puerto Rico's Unopposed Motion to Consolidate. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | File the Financial Oversight and Management Board for Puerto Rico's Unopposed Motion to Consolidate in Case No. 20-00080. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the motion setting briefing schedule and motion to consolidate. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the motion setting briefing schedule and motion to consolidate. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES $ 2,310.00

$ -231.00

NET PROFESSIONAL SERVICES: $ 2,079.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377913

August 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | .40 | 330.00 | 132.00 |
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| GABRIEL MIRANDA RIVERA | 2.00 | 185.00 | 370.00 |
| OLGA M. ALICEA | 8.80 | 150.00 | 1,320.00 |
| **Total** | **12.80** | | **$ 2,310.00** |

**TOTAL THIS INVOICE**                                     **$ 2,079.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377914
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 845**

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

| | |
|---|---|
| Total Professional Services | $ 555.50 |
| | $ -55.55 |
| Net Professional Services | $ 499.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 499.95** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 845**
**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | CGB | 209 | Review email from C. Rogoff seeking translation of background documents for Act 138 (0.1); Coordinate same with O. M. Alicea (0.1). | .20 | 330.00 | 66.00 |
| 7/02/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English Bullets on Law 90 and Law 138. 4 pages; 1,113 words | 1.20 | 150.00 | 180.00 |
| 7/03/20 | CGB | 209 | Draft email to C. Rogoff forwarding translation of background documents for Act 138. | .10 | 330.00 | 33.00 |
| 7/17/20 | HDB | 209 | Revise and sign-off to file answer and counterclaims for Act No. 138 (Case No. 20-ap-00082-LTS). | .30 | 305.00 | 91.50 |
| 7/17/20 | GMR | 206 | Analyze the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 138 in anticipation to its filing. | .60 | 185.00 | 111.00 |
| 7/17/20 | GMR | 206 | File the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 138. | .20 | 185.00 | 37.00 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00082. | .20 | 185.00 | 37.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 555.50 |
| | | $ -55.55 |
| NET PROFESSIONAL SERVICES: | | $ 499.95 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377914

August 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .30 | 330.00 | 99.00 |
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| GABRIEL MIRANDA RIVERA | 1.00 | 185.00 | 185.00 |
| OLGA M. ALICEA | 1.20 | 150.00 | 180.00 |
| **Total** | **2.80** | | **$ 555.50** |

**TOTAL THIS INVOICE**                                    **$ 499.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

PO BOX 195075, SAN JUAN, PR 00909-5075
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III                          Bill #:   377915
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 846**

**RE:  20-00083-LTS GOV. v FOMB (Law 176)**

| | |
|---|---:|
| Total Professional Services | $ 648.50 |
| | $ -64.85 |
| Net Professional Services | $ 583.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 583.65** |

IN ACCOUNT WITH 250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 846**
**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | CGB | 209 | Review the draft answer to be filed in Adv. 20-0083 (0.3); Review K. Rifkind's comments to the draft answer and counterclaim in adv. 20-0083. | .40 | 330.00 | 132.00 |
| 7/01/20 | HDB | 209 | Revise draft answer to complaint and counterclaims. | .40 | 305.00 | 122.00 |
| 7/17/20 | HDB | 209 | Final review and sign-off to file answer and counterclaims for Act No. 176 (Case No. 20-ap-00083-LTS). | .30 | 305.00 | 91.50 |
| 7/17/20 | DJP | 206 | Analyze the Financial Oversight and Management Board for Puerto Rico's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 176, in anticipation of its filing. | 1.20 | 190.00 | 228.00 |
| 7/17/20 | DJP | 206 | File the Financial Oversight and Management Board for Puerto Rico's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 176, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00083. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES $ 648.50

$ -64.85

NET PROFESSIONAL SERVICES: $ 583.65

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .40 | 330.00 | 132.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377915                                                              August 5, 2020

| | | | |
|---|---|---|---|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| **Total** | **2.70** | | **$ 648.50** |

**TOTAL THIS INVOICE**                                      **$ 583.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00085-LTS GOV. V FOMB (Law 47)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 377916
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 847**

**RE: 20-00085-LTS GOV. V FOMB (Law 47)**

| | |
|---|---|
| Total Professional Services | $ 489.50 |
| | $ -48.95 |
| | |
| Net Professional Services | $ 440.55 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 440.55** |

IN ACCOUNT WITH

268 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 847**
**RE: 20-00085-LTS GOV. V FOMB (Law 47)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | HDB | 209 | Review revisions to draft answer to complaint and counterclaims in adv. 20-00085. | .30 | 305.00 | 91.50 |
| 7/06/20 | CGB | 209 | Review date of issuance of summons in adv. 20-00085 (0.1); Draft email to C. Rogoff regarding deadline to answer complaint in view of same (0.1). | .20 | 330.00 | 66.00 |
| 7/17/20 | HDB | 209 | Review and sign-off on answer and counterclaims for Act No. 47 (Case No. 20-ap-00085-LTS). | .30 | 305.00 | 91.50 |
| 7/17/20 | GMR | 206 | Analyze the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 47 in anticipation to its filing. | .60 | 185.00 | 111.00 |
| 7/17/20 | GMR | 206 | File the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 47. | .20 | 185.00 | 37.00 |
| 7/18/20 | GMR | 206 | Exchange communications with J. El Koury in connection to answer to complaints and counterclaims. | .30 | 185.00 | 55.50 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00085. | .20 | 185.00 | 37.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 489.50 |
| | | $ -48.95 |
| NET PROFESSIONAL SERVICES: | | $ 440.55 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  377916                                                    August 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| GABRIEL MIRANDA RIVERA | 1.30 | 185.00 | 240.50 |
| **Total** | **2.10** | | **$ 489.50** |

**TOTAL THIS INVOICE**                              **$ 440.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00084-LTS GOV. V FOMB (Law 181)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   377917
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1701 - 848**

**RE:  20-00084-LTS GOV. V FOMB (Law 181)**

| | |
|---|---|
| Total Professional Services | $ 397.50 |
| Less Discount | $ -39.75 |
| Net Professional Services | $ 357.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 357.75** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 848**
**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/20 | CGB | 209 | Review K. Rifkind's comments to the draft answer and counterclaim in adv. 20-0084. | .10 | 330.00 | 33.00 |
| 7/01/20 | HDB | 209 | Revise draft answer to complaint and counter claims in adv. 20-00084. | .40 | 305.00 | 122.00 |
| 7/17/20 | HDB | 209 | Final review of the answer and counterclaims for Act No. 181 (Case No. 20-ap-00084-LTS). | .30 | 305.00 | 91.50 |
| 7/17/20 | DJP | 209 | Review (0.4) and file (0.2) the Financial Oversight and Management Board's Answer and Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 181 in Adv. 20-0084. | .60 | 190.00 | 114.00 |
| 7/30/20 | GMR | 206 | File the Urgent Joint Motion Setting Expedited Schedule in Case No. 20-00084. | .20 | 185.00 | 37.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 397.50 |
| Less Discount | $ -39.75 |
| NET PROFESSIONAL SERVICES: | $ 357.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .10 | 330.00 | 33.00 |
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| **Total** | **1.60** | | **$ 397.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377917                                                                August 5, 2020

**TOTAL THIS INVOICE**                                        **$ 357.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-01307-LTS ROSARIO V FOMB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 377918

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2020:

**Client.Matter: P1701 - 849**

**RE: 20-01307-LTS ROSARIO V FOMB-CGB**

|  |  |
|---|---|
| Total Professional Services | $ 441.00 |
| Less Discount | $ -44.10 |
| Net Professional Services | $ 396.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 396.90** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 849**
**RE: 20-01307-LTS ROSARIO V FOMB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/20 | DJP | 209 | Analyze pro se complaint filed by Yashei Rosario against the Oversight Board seeking lift of stay relief. | .90 | 190.00 | 171.00 |
| 7/02/20 | DJP | 209 | Contact courtroom deputy clerk in order to discuss matters relating to pro se complaint filed by Yashei Rosario against the Oversight Board seeking lift of stay relief. | .30 | 190.00 | 57.00 |
| 7/06/20 | DJP | 209 | Participate in call with courtroom deputy clerk to discuss matters relating to pro se complaint filed by Yashei Rosario against the Oversight Board seeking lift of stay relief. | .60 | 190.00 | 114.00 |
| 7/07/20 | DJP | 209 | Analyze order transferring pro se complaint filed by Yashei Rosario against the Oversight Board seeking lift of stay relief to Judge L. T. Swain. | .20 | 190.00 | 38.00 |
| 7/09/20 | HDB | 208 | Review order transferring case to Judge Swain. (.1) Review scheduling Order and draft e-mail regarding moving to strike. (.1) | .20 | 305.00 | 61.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 441.00 |
| Less Discount | $ -44.10 |
| NET PROFESSIONAL SERVICES: | $ 396.90 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| DANIEL J. PEREZ REFOJOS | 2.00 | 190.00 | 380.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377918                                                                        August 5, 2020

| **Total** | **2.20** | **$ 441.00** |

**TOTAL THIS INVOICE**                                              **$ 396.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:  378874
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2020:

**Client.Matter: P1701 - 841**

**RE:  20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 7,911.50 |
| Less Discount | $ -791.15 |
| Net Professional Services | $ 7,120.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,120.35** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1701 . 841**
**RE:  20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|------:|-----:|-------:|
| 7/01/20 | HDB | 209 | Review e-mail regarding status of review of CW documents produced in reaction to 20-00078. | .20 | 305.00 | 61.00 |
| 7/06/20 | CGB | 209 | Review the Joint Urgent motion to Amend Briefing Schedule prior to its filing in 20-00078 (0.2); Draft email to G. Brenner regarding same (0.1); coordinate with G. A. Miranda to file same (0.1); Draft Follow-up email to G. Brenner regarding status of document review process so as to coordinate meet-and-confer date with O'Melveny team (0.2). | .60 | 330.00 | 198.00 |
| 7/06/20 | GMR | 206 | Finalize the Joint Urgent Motion to amend briefing schedule in anticipation to its filing in 20-00078. | .20 | 185.00 | 37.00 |
| 7/06/20 | GMR | 206 | File the Joint Urgent Motion to amend briefing schedule in Adv. Proceeding No. 20-00078-LTS. | .20 | 185.00 | 37.00 |
| 7/06/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Joint Urgent Motion to amend briefing schedule, as filed in Adv. Proceeding No. 20-00078-LTS. | .20 | 185.00 | 37.00 |
| 7/07/20 | CGB | 209 | Review J. El Koury email seeking a copy of the joint motion for a new briefing schedule (0.1); Draft email to J. El Koury forwarding same (0.1). | .20 | 330.00 | 66.00 |
| 7/09/20 | CGB | 209 | Overview of memoranda Draft by O&B review team summarizing contents of the review of the document submissions dated June 18, 2020 and June 26, 2020 (0.4); Draft email to T. Mungovan forwarding same and setting forth current status of remaining tasks (0.3). | .70 | 330.00 | 231.00 |

O'Neill & Borges LLC

Bill #:  378874                                                                                          August 5, 2020

| 7/10/20 | CGB | 209 | Email exchange with C. Rogoff to coordinate conf. call in anticipation of meet-and-confer with O'Melveny (0.1); :Tel. Conf. with  C. Rogoff, H. Waxman, L. Wolf, A. Velez and I. Rodriguez regarding status of document review process and missing documentation (0.4); Draft email to C. Montilla and J. El Koury regarding recent developments and current strategy (0.2); Analyze draft email from A. Velez to the Proskauer team regarding documents missing from the CW's productions (0.1) | .80 | 330.00 | 264.00 |
| 7/10/20 | IRH | 209 | Teleconference with C. Garcia, A. Vélez, C. Rogoff, H. Waxman, and L. Wolf for status update on document review process and missing documentation of COVID-19 document production. | .40 | 170.00 | 68.00 |
| 7/10/20 | AEV | 209 | Telephone Conference with C. Rogoff, H. Waxman, L. Wolf, C. Garcia and I Rodriguez regarding status of document review and missing information. | .40 | 175.00 | 70.00 |
| 7/12/20 | CGB | 209 | Review and respond to email from H. Waxman to coordinate conf. call in anticipation of the meet-and-confer | .10 | 330.00 | 33.00 |
| 7/13/20 | CGB | 209 | Tel. Conf. with L. Wolf, T, Mungovan, G. Brenner, H. Waxman K. Morales,  A. Velez  and others to discuss current findings of the document review process and areas of missing information in anticipation of the O'Melveny meet-and-confer. | .60 | 330.00 | 198.00 |
| 7/13/20 | CGB | 209 | Tel. Conf. with K. Morales and A. Velez to Follow-up on missing information in anticipation of the O'Melveny meet-and-confer. | .30 | 330.00 | 99.00 |
| 7/13/20 | CGB | 209 | Participate in meet-and-confer with P. Friedman, G. Oliveras, B. Suchon from O'Melveny and the Proskauer team (H. Waxman, G. Brenner, T. Mungovan) to request missing information pertaining to the contract procurement process followed by the CW (0.2); Draft Follow-up email to H. Waxman to coordinate next steps (0.1); Draft proposed email to P. Friedman for review of the Proskauer team regarding missing text messages from Government Officials (0.3). | .60 | 330.00 | 198.00 |
| 7/13/20 | KMM | 209 | Conference call with H. Waxman, C. Montilla, C. Garcia, A. Velez, and C. Rogoff. | .60 | 180.00 | 108.00 |
| 7/13/20 | KMM | 209 | Conference call with I. Rodriguez, C. Garcia, and A. Velez regarding status of document review. | .30 | 180.00 | 54.00 |

O'Neill & Borges LLC

Bill #:  378874                                                                    August 5, 2020

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/13/20 | KMM | 209 | Analyze email chain sent by C. Garcia and H. Waxman regarding text messages, WhatsApp messages, and telegram messages produced by the government in connection with the COVID-19 emergency purchase orders. | .30 | 180.00 | 54.00 |
| 7/13/20 | AEV | 209 | Tel. Conf. with C. García, K. Morales, H. Waxman, T. Mungovan, G. Brenner, C. Montilla, C. Rogoff, L. Wolf in preparation for call with O'Melveny regarding missing documentation. | .60 | 175.00 | 105.00 |
| 7/13/20 | AEV | 209 | Tel. Conf. with C. García and K. Morales regarding the review of documents and missing information in anticipation for the O'Melveny call. | .30 | 175.00 | 52.50 |
| 7/14/20 | CGB | 209 | Finalize the draft email to P. Friedman seeking missing text messages from Government officials in view of comments (0.2); Draft mail to C. Montilla summarizing meet-and-confer discussions (0.2).. | .40 | 330.00 | 132.00 |
| 7/15/20 | CGB | 209 | Review email from G. Oliveras regarding text messages request (0.1) Review email from G. Brenner setting forth inquiry regarding same (0.2); Conf. with K. Morales, A. Velez and I. Rodriguez to ascertain role of non-employee CW representatives (0.2); Internet search regarding known role of A. Rosas (0.2); Draft email to G. Brenner regarding same (0.3); Review and respond to Follow-up query from G. Brenner regarding same (0.3); Edit the draft letter to AAFAF seeking missing text messages (0.2); Draft email to C. Guensberg forwarding revised letter (0.1). | 1.50 | 330.00 | 495.00 |
| 7/15/20 | CGB | 209 | Tel. Conf. with S. Rosado to discuss background regarding A. Rosas former role at the DOH and potential obligation to provide copies of official communications in her personal phone (0.3); Review S. Rosado email to Proskauer team regarding same (0.1). | .40 | 330.00 | 132.00 |
| 7/15/20 | SRD | 210 | Tel. conf. with C. Garcia to discuss background regarding A. Rosa's former role at the DOH and potential obligation to provide copies of official communications in her personal devices (0.3); Review legislation regulating conduct of former government employees, ethical conduct and ant-corruption to determine faculty of DOH to require such copies (1.2); Draft note to Proskauer team regarding same (0.4). | 1.90 | 295.00 | 560.50 |

O'Neill & Borges LLC

Bill #:  378874                                                                                    August 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/16/20 | CGB | 209 | Review email exchanges between Proskauer and FOMB representatives regarding draft letter to AAFAF seeking text messages (0.2); Tel. Conf. with O'Melveny's G. Oliveras regarding reaction to AAFAF's request to such letter (0.3); Draft mail to G. Brenner, C. Montilla and J. El Koury regarding communications with G. Oliveras (0.1). | .60 | 330.00 | 198.00 |
| 7/16/20 | CGB | 209 | Review summary of conclusions of the review of the House of representatives production drafted by the O&B review team (0.3); Draft mail forwarding report to G. Brenner, T. Mungovan and other for review (0.1). | .40 | 330.00 | 132.00 |
| 7/17/20 | KMM | 209 | Conference call with C. Garcia, A. Velez, C. Guensberg and J. Jones regarding the number of files contained in each production of documents submitted by AAFAF pre-litigation. | .30 | 180.00 | 54.00 |
| 7/17/20 | KMM | 209 | Conference call with I. Rodriguez and A. Velez to distribute review of number of files contained in each production. | .20 | 180.00 | 36.00 |
| 7/17/20 | KMM | 209 | Analyze email sent by C. Guensberg in anticipation to our call regarding the quantification of the document productions. | .20 | 180.00 | 36.00 |
| 7/17/20 | AEV | 209 | Review of Complaint and questions sent by C. Guensberg in anticipation of telephone conference. | 1.50 | 175.00 | 262.50 |
| 7/17/20 | AEV | 209 | Tel. Conf. with K. Morales, C. Guensberg and J. Jones regarding the review of documents produced. | .30 | 175.00 | 52.50 |
| 7/18/20 | CGB | 209 | Review and respond to email from C. Guensberg regarding amount of documents/pages produced by AAFAF (0.1); Review and respond to email from G. Brenner regarding prior productions of text messages (0.1); coordinate with the O&B review team to ascertain responses to both queries (0.1). | .30 | 330.00 | 99.00 |
| 7/18/20 | CGB | 209 | Review updates from A. Velez regarding the nature of previously received text messages (0.1); Draft email to G. Brenner regarding same (0.1); Draft Follow-up email to G. Brenner in view of clarification from A. Velez regarding entity that produced the messages (0.1). | .30 | 330.00 | 99.00 |
| 7/18/20 | CGB | 209 | Review of FOMB letter to AAFAF to verify contents (0.1); Draft Follow-up email to J. El Koury regarding previous nature of missing text messages (0.2); Draft Follow-up email to G. Brenner regarding same (0.1). | .40 | 330.00 | 132.00 |

O'Neill & Borges LLC

Bill #:  378874

August 5, 2020

| 7/18/20 | AEV | 209 | Review information regarding C. Guensberg query on email dated July 17, 2020 to draft an answer to it. | .80 | 175.00 | 140.00 |
|---|---|---|---|---|---|---|
| 7/19/20 | AEV | 209 | Quantify total of pages produced in the Other Government Contracts production (files 1 to 10) per Proskauer request to have an approximate of the total of pages produced. | 2.50 | 175.00 | 437.50 |
| 7/20/20 | CGB | 209 | Coordinate Tel. Conf. with T. Mungovan, G. Brenner and others in the Proskauer team at the behest of C. Montilla (0.1); Tel. Conf. with C. Montilla, J. El Koury, T. Mungovan, G. Brenner and others in the Proskauer regarding available conclusions from produced documents and alternate legal strategies in view of same (0.5). | .60 | 330.00 | 198.00 |
| 7/20/20 | CGB | 209 | Review email from C. Guensberg regarding the volume of the document production (0.1); follow-up with the O&B document review team regarding same (0.1); Review (0.2) and respond (0.1) to email from C. Guensberg regarding the possibility of third-party witness subpoenas. | .50 | 330.00 | 165.00 |
| 7/20/20 | CGB | 209 | Review the Joint Urgent Motion to Amend Briefing Schedule in 20-00078 (0.3); coordinate with G. A. Miranda the filing of same (0.1). | .30 | 330.00 | 99.00 |
| 7/20/20 | KMM | 209 | Revise and confirm number of documents related to the COVID-19 emergency purchases produced by AAFAF prior to the filing of the complaint on June 8, 2020 | 2.90 | 180.00 | 522.00 |
| 7/20/20 | KMM | 209 | Draft email to C. Montilla regarding the PREMA COVID-19 Emergency Purchase Procedure (Guideline). | .10 | 180.00 | 18.00 |
| 7/20/20 | GMR | 206 | Finalize the joint urgent motion to amend briefing schedule in anticipation to its filing in 20-00078. | .20 | 185.00 | 37.00 |
| 7/20/20 | GMR | 206 | File the joint urgent motion to amend briefing schedule in adv. 20-00078. | .20 | 185.00 | 37.00 |
| 7/20/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the joint urgent motion to amend briefing schedule in adv. 20-00078. | .20 | 185.00 | 37.00 |
| 7/20/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the joint urgent motion to amend briefing schedule in adv. 20-00078. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  378874                                                                August 5, 2020

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/21/20 | CGB | 209 | Monitor the filing of the Joint Motion seeking Amended Briefing Schedule by G.A. Miranda. | .20 | 330.00 | 66.00 |
| 7/21/20 | HDB | 209 | Revise Urgent Joint Motion to Amend Briefing Schedule. | .20 | 305.00 | 61.00 |
| 7/22/20 | CGB | 209 | Email exchange with G. Brenner and T. Mungovan regarding status of contractor timelines and FOMB's analysis of same in anticipation of potential impact upon on-going adv. 20-00078. | .30 | 330.00 | 99.00 |
| 7/22/20 | MMB | 219 | Docket court notice received by email dated July 21, 2020, regarding order dkt. 16 setting deadline for plaintiff to respond to defendants' motion to dismiss the complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/23/20 | CGB | 209 | Review the draft response to the Defendants' informative motion in 20-00078. | .70 | 330.00 | 231.00 |
| 7/23/20 | CGB | 209 | Review the tables setting forth Vacutex documents forwarded by the CW (0.2); Draft email to G. Brenner and T. Mungovan to discuss same (0.1); Tel. Conf. with G. Brenner and C. Rogoff regarding the various productions and alternate legal strategies being considered by the FOMB in view of same (0.6). | .90 | 330.00 | 297.00 |
| 7/24/20 | CGB | 209 | Review updated version of the response to Defendants informative motion circulated by G. Brenner (0.2); coordinate with the O&B review team to revise the actual averments set forth in the same (0.1); Tel. Conf. with A. Velez, K. Morales and I. Rodriguez regarding same (0.2); Draft email to G. Brenner setting forth comments to the draft (0.2); Tel. Conf. with C. Montilla and G. Brenner regarding decision making documentation impacting draft response language (0.4). | 1.10 | 330.00 | 363.00 |
| 7/24/20 | CGB | 209 | Confirm with the document review team nature of limited decision making information received from the CW (0.1); Review the Puerto Rico Sales timeline to ascertain same (0.1); Draft email to G. Brenner regarding Puerto Rico sales documents (0.2); Email exchange with G. Brenner and C. Montilla regarding proposed edits to the Draft motion to address same (0.2). | .60 | 330.00 | 198.00 |
| 7/24/20 | CGB | 209 | Review email from G. Olivera forwarding link to additional documents (0.1);  coordinate review of same by the O&B review team (0.1). | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  378874                                                                                   August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/24/20 | HDB | 209 | Review Motion to Inform Regarding the Government of Puerto Rico's Responses to the Oversight Board's Requests for Documents Concerning Contracts to Purchase COVID-19 Testing Equipment and Other Medical Supplies. (.3)  Review Notice of Voluntary Dismissal. (.1) | .40 | 305.00 | 122.00 |
| 7/24/20 | KMM | 209 | Conference call with E. Nieves, A. Velez, I. Rodríguez, and C. García regarding motion to be filled by FOMB in connection with the COVID-19 emergency purchase orders. | .30 | 180.00 | 54.00 |
| 7/24/20 | GMR | 206 | Review and finalize Response to Motion to Inform Regarding the Government of Puerto Rico's Responses to the Oversight Board's Requests for Documents Concerning Contracts to Purchase COVID-19 Testing Equipment and Other Medical Supplies in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/24/20 | GMR | 206 | File the Response to Motion to Inform Regarding the Government of Puerto Rico's Responses to the Oversight Board's Requests for Documents Concerning Contracts to Purchase COVID-19 Testing Equipment and Other Medical Supplies. | .20 | 185.00 | 37.00 |
| 7/24/20 | GMR | 206 | Finalize the notice of voluntary dismissal in anticipation not its filing. | .10 | 185.00 | 18.50 |
| 7/24/20 | GMR | 206 | File the notice of voluntary dismissal in anticipation not its filing. | .20 | 185.00 | 37.00 |
| 7/24/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain in connection with the filing of the Response to Motion to Inform and the Notice of Voluntary Dismissal. | .20 | 185.00 | 37.00 |
| 7/24/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Response to Motion to Inform and the Notice of Voluntary Dismissal. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                     $ 7,911.50

Less Discount                                                     $ -791.15

NET PROFESSIONAL SERVICES:                      $ 7,120.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  378874

August 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 13.60 | 330.00 | 4,488.00 |
| SAMUEL ROSADO DOMENECH | 1.90 | 295.00 | 560.50 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| KARLA M. MORALES | 5.20 | 180.00 | 936.00 |
| IVETTE RODRIGUEZ | .40 | 170.00 | 68.00 |
| GABRIEL MIRANDA RIVERA | 2.60 | 185.00 | 481.00 |
| ASTRID E. VELEZ | 6.40 | 175.00 | 1,120.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **31.00** | | **$ 7,911.50** |

**TOTAL THIS INVOICE**                    **$ 7,120.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

*Braham Santiago*
Servicios Profesionales Paralegales
Tel. **787-539-2808**

Cliente No. P 1701-0

Fecha: 24 Julio 2020

CLIENTE: O&B Herman Bauer

RECOGER: Milagros Marcano

ENTREGAR: Recoger Copias Certificados
TPI Guayama
(Sello R.I $20.20)

HORA: _____

PERSONA: _____

SERVICIO: ☐ SENCILLO ☐ DOBLE ☐ OTRO

FIRMA                    HORA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

### COVER SHEET TO FORTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2020 through August 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,401.15 |

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of expense reimbursement sought      $13.20
as actual, reasonable and necessary:

Total amount for this invoice:                        $16,414.35

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fortieth monthly fee application in these cases.

00781187; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.


<u>/s/Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 16, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

00781187; 1

### COMMONWEALTH OF PR TITLE III
#### Summary of Legal Fees for the Period August 1 through August 31, 2020

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 23.70 | $ 7,228.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 10.20 | $ 3,366.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 4.10 | $ 1,455.50 |
| Rafael Hernandez | Jr. Member | Corporate | $225.00 | 0.90 | $ 202.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $180.00 | 2.00 | $ 360.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 10.40 | $ 1,924.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 8.50 | $ 1,615.00 |
| Francisco Rodríguez | Associate | Corporate | $180.00 | 0.60 | $ 108.00 |
| Ivette Rodríguez | Associate | Corporate | $170.00 | 3.40 | $ 578.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 9.90 | $ 1,386.00 |
| | | | | | |
| | Totals | | | 73.70 | $ 18,223.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (1,822.35) |
| | | | | | |
| SUMMARY OF LEGAL FEES | | | | | $ 16,401.15 |

### COMMONWEALTH OF PR TITLE III
#### Summary of Disbursements for the August 1 through August 31, 2020

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 13.20 |
| | |
| Totals | |
| SUMMARY OF DISBURSEMENTS | $ 13.20 |

00781187; 1

| | **COMMONWEALTH OF PR TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period August 1 through August 31, 2020** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Non-Field Comm. With Court | 0.20 | 61.00 |
| 206 | Documents Filed on Behalf of the Board | 20.50 | 4,087.00 |
| 207 | Non-Board Court Filings | 1.40 | 427.00 |
| 208 | Stay Matters | 2.30 | 701.50 |
| 209 | Adversary Proceeding | 26.00 | 8,307.50 |
| 210 | Analysis and Strategy | 4.40 | 819.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 0.40 | 114.00 |
| 219 | Docketing | 1.90 | 266.00 |
| 220 | Translations | 8.00 | 1,120.00 |
| 222 | Claims and Claims Objections | 8.60 | 2,320.50 |
| | | | $  18,223.50 |
| | **Less: 10% Courtesy discount** | | $   (1,822.35) |
| | **TOTALS** | **73.70** | **$  16,401.15** |

00781187; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $14,761.04, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $13.20 in the total amount of $14,774.24.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00781187; 1

# **Exhibit A**

**equitrac**

## Consolidated Account Detail

### Client='P1701' and   Matter='00000'   and (From: '2020-8-1'   To: '2020-8-31')

| Starting Date: | 8/17/2020 | Ending Date: | 8/19/2020 | Number of Days: | 3 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1701:FOMB IN RE COMMONWEALTH OF PR TITLE III** | | | | | |
| **Matter: 00000:GENERAL** | | | | | |
| 8/17/2020 | 2:06:31PM | ANA MARIE APONTE | Duplicating | 1 | $0.10 |
| 8/17/2020 | 2:06:58PM | ANA MARIE APONTE | Duplicating | 1 | $0.10 |
| 8/17/2020 | 2:08:36PM | ANA MARIE APONTE | Duplicating | 1 | $0.10 |
| 8/17/2020 | 2:09:19PM | ANA MARIE APONTE | Duplicating | 8 | $0.80 |
| 8/17/2020 | 2:09:35PM | ANA MARIE APONTE | Duplicating | 16 | $1.60 |
| 8/17/2020 | 2:09:46PM | ANA MARIE APONTE | Duplicating | 4 | $0.40 |
| 8/17/2020 | 2:09:55PM | ANA MARIE APONTE | Duplicating | 12 | $1.20 |
| 8/17/2020 | 2:10:08PM | ANA MARIE APONTE | Duplicating | 6 | $0.60 |
| 8/17/2020 | 2:10:16PM | ANA MARIE APONTE | Duplicating | 2 | $0.20 |
| 8/19/2020 | 11:25:52AM | MORALES, IVETTE | Duplicating | 2 | $0.20 |
| 8/19/2020 | 11:30:04AM | MORALES, IVETTE | Duplicating | 16 | $1.60 |
| 8/19/2020 | 11:30:56AM | MORALES, IVETTE | Duplicating | 4 | $0.40 |
| 8/19/2020 | 11:32:36AM | MORALES, IVETTE | Duplicating | 3 | $0.30 |
| 8/19/2020 | 11:35:40AM | MORALES, IVETTE | Duplicating | 4 | $0.40 |
| 8/19/2020 | 11:38:17AM | MORALES, IVETTE | Duplicating | 3 | $0.30 |
| 8/19/2020 | 11:42:25AM | MORALES, IVETTE | Duplicating | 20 | $2.00 |
| 8/19/2020 | 11:43:43AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 8/19/2020 | 11:45:02AM | MORALES, IVETTE | Duplicating | 6 | $0.60 |
| 8/19/2020 | 11:45:46AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 8/19/2020 | 11:46:02AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 8/19/2020 | 11:50:38AM | MORALES, IVETTE | Duplicating | 14 | $1.40 |
| 8/19/2020 | 11:59:34AM | MORALES, IVETTE | Duplicating | 2 | $0.20 |
| 8/19/2020 | 12:01:24PM | MORALES, IVETTE | Duplicating | 4 | $0.40 |
| | | **Totals for   Matter: 00000** | | | **$33.00** |
| | **Totals for   Client: p1701** | | | | **$13.20** |
| **Totals for   Location: oab** | | | | | **$13.20** |

equitrac

Generated   **Tuesday, October 6, 2020**
at   **2:08:02PM**

**Consolidated Account Detail**

**Client='P1701' and   Matter='00000'   and (From: '2020-8-1'   To: '2020-8-31')**

| Starting Date: | **8/17/2020** | Ending Date: | **8/19/2020** | Number of Days: | **3** |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| | | | Report Totals: | | **$33.00** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 379445

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 6,982.00 |
| Less Discount | $ -698.20 |
| Net Professional Services | $ 6,283.80 |
| Total Reimbursable Expenses | $ 13.20 |
| **TOTAL THIS INVOICE** | **$ 6,297.00** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 206 | Revise and sign-off to file reply to the Limited Objection of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation to Urgent Motion for Approval of Tolling Stipulation. (.3) Review the Reply of Official Committee of Unsecured Creditors in Support of Urgent Motion for Entry of Order Approving Second Amended Stipulation and Consent Order Between Title III Debtors (Other than COFINA) and Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on Behalf of certain Governmental Entities. (.1) | .40 | 305.00 | 122.00 |
| 8/03/20 | HDB | 208 | Revise Community Health Foundation of Puerto Rico Stay Relief Notice. (0.2) Draft e-mail to S. Ma regarding same. (0.1) | .30 | 305.00 | 91.50 |
| 8/03/20 | GMR | 222 | Finalize meet and confer efforts report spreadsheet in connection with July 29, 2020 omnibus hearing adjournment. | 1.20 | 185.00 | 222.00 |
| 8/03/20 | GMR | 222 | Draft e-mail to E. Carino in connection with meet-and-confer efforts in connection with July 29, 2020 omnibus hearing adjournment. | .20 | 185.00 | 37.00 |
| 8/04/20 | HDB | 206 | Revise and sign-off to file Master Service List as of August 4, 2020. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| 8/04/20 | HDB | 207 | Review  Objection to Limited Objection of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, And National Public Finance Guarantee Corporation to Urgent Motion for Approval of Tolling Stipulation. | .30 | 305.00 | 91.50 |
| 8/04/20 | HDB | 208 | Review Opposition to Stay Relief Motion filed by Med Centro, Inc. | .20 | 305.00 | 61.00 |
| 8/04/20 | DJP | 206 | File the Master Service List as of August 4, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/04/20 | GMR | 222 | Exchange emails with A. Bargoot in connection with claims based on public  salary raise statutes. | .20 | 185.00 | 37.00 |
| 8/04/20 | MMB | 219 | Docket court notice received by email dated August 4, 2020, regarding order dkt. 13945 granting urgent motion to extend deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/04/20 | MMB | 219 | Docket court notice received by email dated August 4, 2020, regarding order dkt. 13944 setting briefing schedule on Suiza Dairy's urgent motion - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/05/20 | HDB | 222 | Review claims objections update by Prime Clerk as of August 5, 2020. | .20 | 305.00 | 61.00 |
| 8/05/20 | HDB | 208 | Review Memorandum Order denying stay relief motion by Yashei Rosario. | .30 | 305.00 | 91.50 |
| 8/05/20 | HDB | 206 | Revise and sign-off on Urgent Consented Motion for Extension of Deadlines. | .20 | 305.00 | 61.00 |
| 8/05/20 | GMR | 206 | Analyze the Urgent Consented Motion for Extension of Deadlines in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 8/05/20 | GMR | 206 | File the Urgent Consented Motion for Extension of Deadlines. | .20 | 185.00 | 37.00 |
| 8/05/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Urgent Consented Motion for Extension of Deadlines. | .20 | 185.00 | 37.00 |
| 8/05/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Urgent Consented Motion for Extension of Deadlines. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| 8/05/20 | MMB | 219 | Docket court notice received by email dated August 5, 2020, regarding order dkt. 13988 setting deadline for the government parties to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/06/20 | HDB | 208 | Review Movants' Consolidated Supplemental Reply in Support of Movants' Revenue Bond Lift Stay Motions. | .80 | 305.00 | 244.00 |
| 8/06/20 | MMB | 219 | Docket court notice received by email dated August 6, 2020, regarding order dkt. 13996 setting deadline to file objections to Salud Integral's MLS, movant's reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/07/20 | HDB | 206 | Revise and sign-off to file Reply to Monolines' Limited Objection to Urgent Motion for Entry of an Order Approving Third Amended Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations. | .30 | 305.00 | 91.50 |
| 8/07/20 | MMB | 219 | Docket court notice received by email dated August 7, 2020, regarding order dkt. 14000 setting deadline to oppose to Efron Dorado's MLS, deadline to file reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/10/20 | DJP | 206 | Analyze the Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, Nunc Pro Tunc to August 1, 2020, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 8/10/20 | DJP | 206 | File the Notice of Proposed Hourly Rate Adjustment of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, Nunc Pro Tunc to August 1, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/12/20 | GMR | 206 | Review the Urgent Joint Motion for the Extension of Deadlines in connection with Salud Group, in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/12/20 | GMR | 206 | File the Urgent Joint Motion for the Extension of Deadlines in connection with Salud Group in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 8/12/20 | GMR | 206 | Exchange emails with PrimeClerk regarding the Urgent Joint Motion for the Extension of Deadlines in connection with Salud Group, as filed in Case No. 17-3283. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  379445                                                                    September 2, 2020

| 8/12/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain regarding the Urgent Joint Motion for the Extension of Deadlines in connection with Salud Group, as filed in Case No. 17-3283 at 14029. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 8/13/20 | CGB | 222 | Revise draft letter to Z.M. Cruz Maldonado regarding her inquiry as to the effects of the automatics stay on prepetition judgment. | .20 | 330.00 | 66.00 |
| 8/13/20 | HDB | 206 | Review Omnibus Motion to Extend Deadline for Motion for Default Judgment in Standing Order Regarding Procedures for Default Judgment Motion Practice and Clerk's Entries of Default. | .20 | 305.00 | 61.00 |
| 8/13/20 | MMB | 219 | Docket court notice received by email dated August 13, 2020, regarding order dkt. 14032 granting extension of deadlines in relation with Salud Integral's MLS - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/13/20 | MMB | 219 | Docket court notice received by email dated August 13, 2020, regarding order dkt. 14024 setting deadline to file brief justifying continued sealing or to redact information - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/14/20 | CGB | 222 | Draft email to J. El Koury forwarding draft letter to Z.M. Cruz Maldonado regarding her inquiry as to the effects of the automatics stay on prepetition judgment (0.1); Review response thereto (0.1).. | .20 | 330.00 | 66.00 |
| 8/14/20 | HDB | 207 | Review Eighth Joint Status Report of UAW, SEIU and AAFAF Concerning the Processing of Union Grievances and Arbitrations. | .20 | 305.00 | 61.00 |
| 8/14/20 | HDB | 222 | Review draft response to letter by Zandra M. Cruz confirming automatic stay of her claim. | .20 | 305.00 | 61.00 |
| 8/14/20 | DJP | 206 | Analyze the Fourth Interim Fee Application of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-Of-Pocket Expenses Incurred for the Period of February 1, 2020 Through May 31, 2020, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379445                                                                September 2, 2020

| 8/14/20 | DJP | 206 | File the Fourth Interim Fee Application of PJT Partners LP as Investment Banker and Financial Advisor to the Financial Oversight and Management Board of Puerto Rico for Compensation and Reimbursement of Out-Of-Pocket Expenses Incurred for the Period of February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---------|-----|-----|-----|-----|-----|-----|
| 8/14/20 | MMB | 219 | Docket court notice received by email dated August 14, 2020, regarding order dkt. 14039 setting deadline to file response - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/17/20 | HDB | 207 | Review Objection to Comfort Order. | .20 | 305.00 | 61.00 |
| 8/18/20 | MMB | 219 | Docket court notice received by email dated August 17, 2020, regarding order dkt. 14051 setting deadlines to file opposition papers, reply papers - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/18/20 | MMB | 219 | Docket court notice received by email dated August 18, 2020, regarding order dkt. 14058 setting briefing schedule on dkt. 14049 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/18/20 | MMB | 219 | Docket court notice received by email dated August 18, 2020, regarding order dkt. 14059 setting deadline to file and serve motions for judgment by default - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/19/20 | CGB | 222 | Review email from J. El Koury forwarding claim letter from Retired Department of Education Employee Wanda Quintero Lozada (0.1); Draft response to same (0.3); Draft email to J. El Koury forwarding Draft for review (0.1); finalize Draft letter in view of comments from same (0.1). | .60 | 330.00 | 198.00 |
| 8/19/20 | CGB | 222 | Review (0.1) and respond to (0.1) email from A. Bargoot forwarding Follow-up queries regarding various POC based upon USDC judgments against the CW. | .20 | 330.00 | 66.00 |
| 8/19/20 | HDB | 215 | Revise draft letter from attorney and Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Amended Objection to the Title III Joint Amended Plan of Adjustment of the Commonwealth of Puerto Rico and Memorandum of Law in Support Thereof. | .30 | 305.00 | 91.50 |
| 8/19/20 | HDB | 206 | Revise and sign-off to file Master Service List as of August 19, 2020. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| 8/19/20 | HDB | 222 | Review draft response to letter on behalf of claim by Retired Department of Education Employee Wanda Quintero Lozada. | .20 | 305.00 | 61.00 |
|---|---|---|---|---|---|---|
| 8/19/20 | DJP | 206 | File the Master Service List as of August 19, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/19/20 | GMR | 206 | Review the Urgent Consented Motion for Extension of Deadlines in connection with Salud Group and proposed order in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/19/20 | GMR | 206 | File the Urgent Consented Motion for Extension of Deadlines in connection with Salud Group and proposed order. | .20 | 185.00 | 37.00 |
| 8/19/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Urgent Consented Motion for Extension of Deadlines in connection with Salud Group and proposed order. | .20 | 185.00 | 37.00 |
| 8/21/20 | HDB | 222 | Review Claims Objection report by Prime Clerk. | .20 | 305.00 | 61.00 |
| 8/21/20 | HDB | 208 | Review Stay Relief Notice by Jason Rivera Hernandez. (0.2)  Draft e-mail to L. Marini regarding same. (0.1) | .30 | 305.00 | 91.50 |
| 8/21/20 | HDB | 203 | Review Memorandum Order denying Mr. Bonilla's Administrative Claim. | .20 | 305.00 | 61.00 |
| 8/21/20 | DJP | 206 | Analyze the Urgent Consented Motion for Extension of Deadlines to Respond to INDULAC's Motion to Be Heard, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/21/20 | DJP | 206 | File the Urgent Consented Motion for Extension of Deadlines to Respond to INDULAC's Motion to Be Heard, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/21/20 | GMR | 206 | Review the Consented Motion for Entry of Joint Stipulation and Order Regarding Salud Integral en la Montana, et al's Motion for Relief from the Automatic Stay in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/21/20 | GMR | 206 | File the Consented Motion for Entry of Joint Stipulation and Order Regarding Salud Integral en la Montana, et al's Motion for Relief from the Automatic Stay in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 8/24/20 | CGB | 222 | Review docket in 15-1431  to respond to Follow-up query from A. Bargoot regarding judgment that serves as the basis of POC. | .30 | 330.00 | 99.00 |

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| 8/24/20 | CGB | 222 | Review docket in 14-1145(PAD) to respond to Follow-up query from A. Bargoot regarding judgment that serves as the basis of POC. | .60 | 330.00 | 198.00 |
|---------|-----|-----|---|---|---|---|
| 8/24/20 | CGB | 222 | Review docket in 14-00239(MCF) to respond to Follow-up query from A. Bargoot regarding judgment that serves as the basis of POC. | .30 | 330.00 | 99.00 |
| 8/24/20 | CGB | 222 | Review docket in 11-04774 (EAG) to respond to Follow-up query from A. Bargoot regarding judgment that serves as the basis of POC. | .60 | 330.00 | 198.00 |
| 8/24/20 | CGB | 222 | Review docket in 14-05614 (MCF) to respond to Follow-up query from A. Bargoot regarding judgment that serves as the basis of POC. | .30 | 330.00 | 99.00 |
| 8/24/20 | HDB | 222 | Draft e-mail to L. Stafford regarding responses to omnibus claims objections. | .30 | 305.00 | 91.50 |
| 8/24/20 | HDB | 222 | Revise and sign-off to file Second Notice of Transfer of Claims to Alternative Dispute Resolution. | .30 | 305.00 | 91.50 |
| 8/24/20 | FGR | 222 | Draft summary of final proceedings regarding case no. 14-05614 (MCF) in connection with CW Judicial Audit of Federal Cases. | .60 | 180.00 | 108.00 |
| 8/24/20 | GMR | 206 | Review the Second Notice of Transfer of Claims to Alternative Dispute Resolution and exhibit thereto in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/24/20 | GMR | 206 | File the Second Notice of Transfer of Claims to Alternative Dispute Resolution and exhibit thereto in Case No. 17-3283 at Docket No. 14090. | .20 | 185.00 | 37.00 |
| 8/24/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the Second Notice of Transfer of Claims to Alternative Dispute Resolution. | .20 | 185.00 | 37.00 |
| 8/25/20 | HDB | 207 | Review Joinder and Statement in Support of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Ambac Assurance Corporations Motion to Strike Certain Provisions of the Amended Plan Support Agreement by and Among the Financial Oversight and Management Board for Puerto Rico, Certain GO Holders, and Certain PBA Holders. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379445                                                            September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/25/20 | HDB | 206 | Review Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for a Second Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA. | .20 | 305.00 | 61.00 |
| 8/25/20 | HDB | 207 | Review Notice of Appeal on Memorandum Opinion and Order Denying Motion for Appointment as Trustees Under 11 U.S.C. § 926 of Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation. | .20 | 305.00 | 61.00 |
| 8/25/20 | DJP | 206 | Analyze the Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for a Second Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA, and proposed order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/25/20 | DJP | 206 | File the Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for a Second Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA, and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/25/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Urgent Motion of Ambac Assurance Corporation and the Financial Oversight and Management Board for a Second Adjournment of Ambac's Motion to Strike Certain Provisions of the Amended PSA, and proposed order. | .20 | 190.00 | 38.00 |
| 8/27/20 | CGB | 209 | Review email from M. Rochman regarding expected filings in adversaries 20-00003 to 20-00005 (0.1); Coordinate same with D. Perez and G. Miranda (0.1); Draft email to M. Rochman to set forth planned strategy to ensure timely filing (0.1). | .30 | 330.00 | 99.00 |
| 8/27/20 | HDB | 222 | Review objection to motion for allowance of administrative expense by Consul-Tech. | .20 | 305.00 | 61.00 |
| 8/27/20 | HDB | 208 | Draft e-mail to L. Marini regarding follow-up by counsel for Community Health Foundation of Puerto Rico concerning stay modification request. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  379445                                                                    September 2, 2020

| 8/27/20 | HDB | 206 | Revise and sign-off to file Opposition of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Industria Lechera de Puerto Rico, Inc's Motion to Intervene. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 8/27/20 | HDB | 222 | Review e-mails regarding withdrawal of Johnson Controls, Inc of POC 19-05523. | .20 | 305.00 | 61.00 |
| 8/27/20 | HDB | 207 | Review the Commonwealth's response to Urgent Motion Requesting A Ruling or Entry of Comfort Order as to The Non-Applicability of The Automatic Stay to A Limited Controversy With The Commonwealth of Puerto Rico Arising Post-Petition and Having Post-Petition Effects but Partially Based on A Pre-Petition Judgment Incorporating Milk Regulations Established by The United States District Court or The District of Puerto Rico and Not Involving Property of The Debtor or Its Estate. | .30 | 305.00 | 91.50 |
| 8/27/20 | DJP | 222 | Review email from counsel for Johnson Controls, Inc. in connection with satisfaction of payment sought in POC 19-05523. | .20 | 190.00 | 38.00 |
| 8/27/20 | DJP | 222 | Discuss with L. Stafford via email the response to email counsel for Johnson Controls, Inc. in connection with satisfaction of payment sought in POC 19-05523. | .10 | 190.00 | 19.00 |
| 8/27/20 | DJP | 222 | Respond to email counsel for Johnson Controls, Inc. in connection with satisfaction of payment sought in POC 19-05523. | .10 | 190.00 | 19.00 |
| 8/27/20 | GMR | 206 | Finalize the Informative Motion regarding the Selection of Alternative Dispute Resolution Service Providers in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/27/20 | GMR | 206 | File the Informative Motion regarding the Selection of Alternative Dispute Resolution Service Providers in Case No. 17-3283 at Docket No. 14121. | .20 | 185.00 | 37.00 |
| 8/27/20 | MMB | 219 | Docket court notice received by email dated August 24, 2020, regarding order dkt. 14085 setting deadline to file objections, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/28/20 | HDB | 206 | Review Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding the Selection of Alternative Dispute Resolution Service Providers. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/28/20 | HDB | 208 | Review stay relief motion on behalf of Gloribel Gonzalez Maldonado. | .20 | 305.00 | 61.00 |
| 8/28/20 | GMR | 206 | Finalize the Urgent Unopposed Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus Reply in Further Support of PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/28/20 | GMR | 206 | File the Urgent Unopposed Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus Reply in Further Support of PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 8/28/20 | GMR | 222 | Participate in telephone conference with PROMESA deputy clerk regarding issues in connection with purported proof of claims being filed by individuals as oppositions to omnibus objections. | .40 | 185.00 | 74.00 |
| 8/28/20 | GMR | 222 | Exchange emails with E. Carino regarding meet and confer efforts in connection with September's omnibus hearing adjournment. | .20 | 185.00 | 37.00 |
| 8/28/20 | MMB | 220 | Prepare English translation of complaint, order to show cause, motion to inform service of process in the case of Matos v. Laboy, SJ2020CV04482, as requested by H. Bauer. | 8.00 | 140.00 | 1,120.00 |
| 8/31/20 | HDB | 222 | Review J. Herriman's update concerning claim reconciliation work progress. | .30 | 305.00 | 91.50 |
| 8/31/20 | HDB | 210 | Review e-mail from J. Pietrantoni to E. Barak regarding statutory definition of "Budget" under Puerto Rico law. | .20 | 305.00 | 61.00 |
| 8/31/20 | MMB | 219 | Docket court notice received by email dated August 25, 2020, regarding order dkt. 14095 modifying briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  379445

September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/31/20 | MMB | 219 | Docket court notice received by email dated August 26, 2020, regarding order dkt. 14109 setting deadline to file opposition papers, reply papers, in connection with motion to strike - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 6,982.00 |
| Less Discount | | $ -698.20 |
| NET PROFESSIONAL SERVICES: | | $ 6,283.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 3.60 | 330.00 | 1,188.00 |
| HERMANN BAUER | 8.70 | 305.00 | 2,653.50 |
| DANIEL J. PEREZ REFOJOS | 2.90 | 190.00 | 551.00 |
| FRANCISCO G. RODRIGUEZ | .60 | 180.00 | 108.00 |
| GABRIEL MIRANDA RIVERA | 6.30 | 185.00 | 1,165.50 |
| MILAGROS MARCANO BAEZ | 9.40 | 140.00 | 1,316.00 |
| **Total** | **31.50** | | **$ 6,982.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (1 Copies @ $.10) | .10 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (1 Copies @ $.10) | .10 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (1 Copies @ $.10) | .10 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (8 Copies @ $.10) | .80 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (16 Copies @ $.10) | 1.60 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (4 Copies @ $.10) | .40 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (12 Copies @ $.10) | 1.20 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (6 Copies @ $.10) | .60 |
| 8/17/20 | DUPLICATING -  AS OF 8/17/20 (2 Copies @ $.10) | .20 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (1 Copies @ $.10) | .10 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (1 Copies @ $.10) | .10 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (1 Copies @ $.10) | .10 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (2 Copies @ $.10) | .20 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (16 Copies @ $.10) | 1.60 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (4 Copies @ $.10) | .40 |

O'Neill & Borges LLC

Bill #:  379445                                                        September 2, 2020

| | | |
|---|---|---:|
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (3 Copies @ $.10) | .30 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (4 Copies @ $.10) | .40 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (3 Copies @ $.10) | .30 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (20 Copies @ $.10) | 2.00 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (6 Copies @ $.10) | .60 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (14 Copies @ $.10) | 1.40 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (2 Copies @ $.10) | .20 |
| 8/19/20 | DUPLICATING -  AS OF 8/19/20 (4 Copies @ $.10) | .40 |

TOTAL REIMBURSABLE EXPENSES                    $ 13.20

**TOTAL THIS INVOICE**                         **$ 6,297.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: BANK ACCOUNTS ANALYSIS**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379447
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 3**

**RE: BANK ACCOUNTS ANALYSIS**

| | |
|---|---|
| Total Professional Services | $ 758.00 |
| | $ -75.80 |
| Net Professional Services | $ 682.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 682.20** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

---

**Client.Matter: P1701 . 3**
**RE: BANK ACCOUNTS ANALYSIS**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | RHM | 210 | Review email correspondence from R. Kim regarding status of CW account review. | .20 | 225.00 | 45.00 |
| 8/04/20 | RHM | 210 | Review email correspondence from R. Kim regarding review of additional CW accounts. (0.2) Edit draft of report on said accounts. (0.2) | .40 | 225.00 | 90.00 |
| 8/04/20 | IRH | 210 | Review of supporting documentation for new bank accounts opened to distribute COVID-19 stimulus payments. | 1.20 | 170.00 | 204.00 |
| 8/04/20 | IRH | 210 | Compile new bank accounts reviewed for preliminary determination of restriction. | .90 | 170.00 | 153.00 |
| 8/21/20 | RHM | 210 | Review email correspondence from R. Kim regarding request to review new CW accounts and reassess our previous analysis. | .20 | 225.00 | 45.00 |
| 8/24/20 | IRH | 210 | Review of supporting documentation for Public Housing Administration investment accounts for confirmation of restrictions. | .60 | 170.00 | 102.00 |
| 8/24/20 | IRH | 210 | Review of bank account x5966 belonging to the Puerto Rico Department of Labor for confirmation of restriction. | .40 | 170.00 | 68.00 |
| 8/24/20 | IRH | 210 | Further review of supporting documentation for bank account ending 0974 for confirmation of restriction. | .30 | 170.00 | 51.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 758.00 |
|  | $ -75.80 |
| NET PROFESSIONAL SERVICES: | $ 682.20 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379447

September 2, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| RAFAEL HERNANDEZ | .80 | 225.00 | 180.00 |
| IVETTE RODRIGUEZ | 3.40 | 170.00 | 578.00 |
| **Total** | **4.20** | | **$ 758.00** |

**TOTAL THIS INVOICE**                                    **$ 682.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    379448
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1701 - 816**

**RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

| | |
|---|---|
| Total Professional Services | $ 819.00 |
| | $ -81.90 |
| Net Professional Services | $ 737.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 737.10** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1701 . 816**
**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | CGB | 209 | Review the Court Order at Docket No. 159 Modifying the briefing schedule for the motion to dismiss. | .10 | 330.00 | 33.00 |
| 8/04/20 | MMB | 219 | Docket court notice received by email dated August 3, 2020, regarding order dkt. 159 to modify briefing schedule on motions to dismiss - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/11/20 | HDB | 209 | Review Oppositions to Motions to Dismiss filed by Plaintiffs. | .80 | 305.00 | 244.00 |
| 8/25/20 | CGB | 209 | Review the Plaintiff's opposition to the FOMB's motion to dismiss. | 1.60 | 330.00 | 528.00 |

TOTAL PROFESSIONAL SERVICES $ 819.00

$ -81.90

NET PROFESSIONAL SERVICES: $ 737.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.70 | 330.00 | 561.00 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.60** | | **$ 819.00** |

**TOTAL THIS INVOICE** $ 737.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   379449
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 817**

**RE:  18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

| | |
|---|---|
| Total Professional Services | $ 628.00 |
| | $ -62.80 |
| Net Professional Services | $ 565.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 565.20** |

IN ACCOUNT WITH

208 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 817**
**RE:  18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|------:|-----:|-------:|
| 8/04/20 | HDB | 209 | Revise draft motion to modify briefing schedule in Adv. 18-00041. | .20 | 305.00 | 61.00 |
| 8/04/20 | GMR | 206 | Finalize the urgent unopposed motion of the government parties to objection to report and recommendation in anticipation to its filing in Adv. 18-00041. | .20 | 185.00 | 37.00 |
| 8/04/20 | GMR | 206 | File the urgent unopposed motion of the government parties to objection to report and recommendation in Adv. 18-00041. | .20 | 185.00 | 37.00 |
| 8/05/20 | MMB | 219 | Docket court notice received by email dated August 5, 2020, regarding order dkt. 116 granting motion dkt. 115 for and eight-day time extension to file opposition - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/18/20 | HDB | 209 | Review Opposition to Objection to Report and Recommendation. in Adv. 18-00041. | .60 | 305.00 | 183.00 |
| 8/19/20 | HDB | 209 | Revise and sign-off to file final version of the Opposition to Objection to Magistrate Judge's Report and Recommendation. (0.3) Review AAFAF's response to Objection to Magistrate Judge's Report and Recommendation in Adv. 18-00041. (0.2) | .50 | 305.00 | 152.50 |
| 8/19/20 | GMR | 206 | Analyze the Opposition of the Financial Oversight and Management Board for Puerto Rico to Plaintiffs' Objection to Report and Recommendation in anticipation to its filing in ADV. 18-00041. | .30 | 185.00 | 55.50 |
| 8/19/20 | GMR | 206 | File the Opposition of the Financial Oversight and Management Board for Puerto Rico to Plaintiffs' Objection to Report and Recommendation in Adv. 18-00041. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379449

September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/19/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Opposition of the Financial Oversight and Management Board for Puerto Rico to Plaintiffs' Objection to Report and Recommendation filed in Adv. 18-00041. | .20 | 185.00 | 37.00 |
| 8/31/20 | MMB | 219 | Docket court notice received by email dated August 31, 2020, regarding order setting deadline for Movants to file reply in support of dkt. 113 Memorandum of Law Objecting Report and Recommendation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                 $ 628.00

                                            $ -62.80

NET PROFESSIONAL SERVICES:                  $ 565.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **2.60** | | **$ 628.00** |

**TOTAL THIS INVOICE**                      **$ 565.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00066-LTS UECFSE V COMM., ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379450
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 819**

**RE: 18-00066-LTS UECFSE V COMM., ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 61.00 |
| | $ -6.10 |
| Net Professional Services | $ 54.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 54.90** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 819**
**RE:  18-00066-LTS UECFSE V COMM., ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 209 | Review letter by Appellants responding to Appellees request to clarify and correct a point that arose during oral argument before the Court on July 27, 2020. | .20 | 305.00 | 61.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 61.00 |
| | | $ -6.10 |
| NET PROFESSIONAL SERVICES: | | $ 54.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.20** | | **$ 61.00** |

**TOTAL THIS INVOICE**                                **$ 54.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379451
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 825**

**RE: 18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

| | |
|---|---|
| Total Professional Services | $ 105.50 |
| | $ -10.55 |
| Net Professional Services | $ 94.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 94.95** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 825**
**RE: 18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/19/20 | HDB | 209 | Review Motion to Terminate stay filed by PPD elected members. | .30 | 305.00 | 91.50 |
| 8/27/20 | MMB | 219 | Docket court notice received by email dated August 20, 2020, regarding order dkt. 34 setting deadlines to file objections, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 105.50 |
|--|------------------------------|----------|
|  |  | $ -10.55 |
|  | NET PROFESSIONAL SERVICES: | $ 94.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.40** | | **$ 105.50** |

**TOTAL THIS INVOICE** **$ 94.95**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379452
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 827**

**RE: 18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 94.00 |
| | $ -9.40 |
| Net Professional Services | $ 84.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 84.60** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 827**
**RE: 18-00134-LTS AMERICAN FED. OF TEACHERS V. COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/25/20 | CGB | 209 | Review Plaintiff notice of voluntary dismissal of August 20, 2020 in Adv. 18-00134. | .10 | 330.00 | 33.00 |
| 8/25/20 | HDB | 209 | Review Notice of Voluntary Dismissal filed in Adv. 18-00134. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 94.00 |
| | | $ -9.40 |
| NET PROFESSIONAL SERVICES: | | $ 84.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .10 | 330.00 | 33.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.30** | | **$ 94.00** |

**TOTAL THIS INVOICE**      **$ 84.60**

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379453
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 828**

**RE:  19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

| | |
|---|---|
| Total Professional Services | $ 602.00 |
| | $ -60.20 |
| Net Professional Services | $ 541.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 541.80** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 828**
**RE: 19-00034-LTS ASOC. PROFESORES UNIVERITARIOS V. UPR-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/07/20 | CGB | 209 | Review the draft opposition to Plaintiff's objection to the Magistrate Judge's report and recommendation in Adv. 19-00034 (0.5); Draft email to M. Palmer forwarding minor comment to same (0.1). | .60 | 330.00 | 198.00 |
| 8/07/20 | HDB | 209 | Revise draft Objection to Report and Recommendation on Defendants' Motions to Dismiss Amended Complaint for Declaratory and Injunctive Relief filed in Adv. 19-00034. | .40 | 305.00 | 122.00 |
| 8/07/20 | GMR | 206 | Analyze the Response of the Oversight Board to Plaintiffs' (i) Objection to Magistrate Judge Report and Recommendation and (ii) Motion for Leave to File Second Amended Complaint in anticipation to its filing in Adv. 19-00034. | .30 | 185.00 | 55.50 |
| 8/07/20 | GMR | 206 | File the Response of the Oversight Board to Plaintiffs' (i) Objection to Magistrate Judge Report and Recommendation and (ii) Motion for Leave to File Second Amended Complaint at ECF No. 33. | .20 | 185.00 | 37.00 |
| 8/07/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the Response of the Oversight Board to Plaintiffs' (i) Objection to Magistrate Judge Report and Recommendation and (ii) Motion for Leave to File Second Amended Complaint. | .20 | 185.00 | 37.00 |
| 8/10/20 | HDB | 209 | Revise and sign-off to file revised draft of Response of the Oversight Board to Plaintiffs' (I) Objection to Magistrate Judge Report and Recommendation and (II) Motion for Leave to File Second Amended Complaint. | .20 | 305.00 | 61.00 |
| 8/31/20 | HDB | 209 | Review Plaintiff's Reply to Responses to Objections to Magistrate Judge's Report and Recommendation. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:   379453                                                    September 2, 2020

TOTAL PROFESSIONAL SERVICES                                    $ 602.00

                                                               $ -60.20

NET PROFESSIONAL SERVICES:                                     $ 541.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------|------|------|
| CARLA GARCIA BENITEZ | .60 | 330.00 | 198.00 |
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| GABRIEL MIRANDA RIVERA | .70 | 185.00 | 129.50 |
| **Total** | **2.20** | | **$ 602.00** |

**TOTAL THIS INVOICE**                                          **$ 541.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  19-00389-LTS COOP. V COSSEC-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COMMONWEALTH OF PR TITLE III

September 2, 2020
Bill #:    379454
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1701 - 834**

**RE:  19-00389-LTS COOP. V COSSEC-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 245.00 |
| | $ -24.50 |
| Net Professional Services | $ 220.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 220.50** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 834**
**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | MMB | 219 | Docket court notice received by email dated August 3, 2020, regarding order dkt. 52 setting deadlines for plaintiff to file amended complaint, for defendants to respond - C. García, H. Bauer, U. Fernandez, D. Pérez, J. Candelaria. | .10 | 140.00 | 14.00 |
| 8/04/20 | CGB | 209 | Review the Court Order at Docket No. 52 grating the Urgent motion to Modify Briefing Schedule. | .10 | 330.00 | 33.00 |
| 8/31/20 | CGB | 209 | Review email from G. Ramos seeking information regarding status of report required by the COSSEC fiscal plan (0.1); email exchange with J. Richman regarding same (0.1); Draft email to L. Marini regarding same (0.2); Draft email to J. El Koury and C. Mendez regarding same (0.2). | .60 | 330.00 | 198.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 245.00 |
| | | $ -24.50 |
| NET PROFESSIONAL SERVICES: | | $ 220.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.80** | | **$ 245.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379454                                                                September 2, 2020

**TOTAL THIS INVOICE**                                          **$ 220.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379455
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 838**

**RE: 20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 684.00 |
| | $ -68.40 |
| Net Professional Services | $ 615.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 615.60** |

IN ACCOUNT WITH

261 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 838**
**RE:  20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/24/20 | DJP | 206 | Analyze the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment, to be filed in case 20-004, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/24/20 | DJP | 206 | File the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment, through the court's electronic filing system, in case 20-004. | .20 | 190.00 | 38.00 |
| 8/31/20 | HDB | 209 | Revise draft Reply Brief in Support of Motion for Summary Judgment. (.7)  Coordinate filing logistics with D. Perez. (.2) | .90 | 305.00 | 274.50 |
| 8/31/20 | GMR | 206 | Analyze the Reply of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, in anticipation to its filing. | .50 | 185.00 | 92.50 |
| 8/31/20 | GMR | 206 | File the Reply of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in Adversary Proceeding No. 20-0004-LTS at Docket No. 84. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379455                                                         September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/31/20 | GMR | 206 | Analyze the FOMB's Objection to Defendants' Request to Stay or Deny Summary Judgment Motion Pursuant to Fed.R.Civ.P. 56(d), in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 8/31/20 | GMR | 206 | File the FOMB's Objection to Defendants' Request to Stay or Deny Summary Judgment Motion Pursuant to Fed.R.Civ.P. 56(d), in Adversary Proceeding No. 20-0004-LTS at Docket No. 85. | .20 | 185.00 | 37.00 |
| 8/31/20 | GMR | 206 | Analyze the Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 8/31/20 | GMR | 206 | File the Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in Adversary Proceeding No. 20-0004-LTS at Docket No. 86. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                              $ 684.00

$ -68.40

NET PROFESSIONAL SERVICES:                              $ 615.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .90 | 305.00 | 274.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| GABRIEL MIRANDA RIVERA | 1.70 | 185.00 | 314.50 |
| **Total** | **3.10** | | **$ 684.00** |

**TOTAL THIS INVOICE**                              **$ 615.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    379456
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1701 - 839**

**RE:  20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,206.50 |
| | $ -120.65 |
| Net Professional Services | $ 1,085.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,085.85** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 839**
**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 209 | Review opposition to motion for summary judgment in Adv. 20-00003. | .80 | 305.00 | 244.00 |
| 8/24/20 | DJP | 206 | Analyze the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment, to be filed in case 20-003, in anticipation of its filing in Adv. 20-00003. | .30 | 190.00 | 57.00 |
| 8/24/20 | DJP | 206 | File the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment, through the court's electronic filing system, in case 20-003. | .20 | 190.00 | 38.00 |
| 8/25/20 | DJP | 206 | Analyze order granting Urgent motion Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment. | .10 | 190.00 | 19.00 |
| 8/25/20 | DJP | 206 | Draft email to M. Firestein informing of order granting Urgent motion Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 105 Pages in Support of Motion for Partial Summary Judgment. | .10 | 190.00 | 19.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379456                                                                    September 2, 2020

| 8/29/20 | HDB | 209 | Revise draft Reply brief in support of the Motion of the Partial Summary Judgment and the Memorandum in Support of Motion for Partial Summary Judgment Disallowing PRIFA Bond Claims. | 1.10 | 305.00 | 335.50 |
|---------|-----|-----|---|------|--------|--------|
| 8/30/20 | DJP | 206 | Discuss with M. Firestein and L. Rappaport via email filing logistics in connection with the reply in support of the motion for summary judgment to be filed in 20-003. | .30 | 190.00 | 57.00 |
| 8/31/20 | DJP | 206 | Participate in call with M. Rochman to discuss logistics in connection with the filing of the reply in support of the motion for summary judgment to be filed in 20-003. | .20 | 190.00 | 38.00 |
| 8/31/20 | DJP | 206 | Analyze the Reply of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, in anticipation of its filing in case 20-003. | .50 | 190.00 | 95.00 |
| 8/31/20 | DJP | 206 | File the Reply of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, through the court's electronic filing system, in case 20-003. | .20 | 190.00 | 38.00 |
| 8/31/20 | DJP | 206 | Analyze the Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, in anticipation of its filing in case 20-003. | .30 | 190.00 | 57.00 |
| 8/31/20 | DJP | 206 | File the Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, through the court's electronic filing system, in case 20-003. | .20 | 190.00 | 38.00 |
| 8/31/20 | DJP | 206 | Analyze the Objection of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), in anticipation of its filing, in case 20-003. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379456

September 2, 2020

| 8/31/20 | DJP | 206 | File the Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), through the court's electronic filing system, in case 20-003. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 8/31/20 | DJP | 206 | Analyze the Declaration of Michael A. Firestein in Respect of Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), in anticipation of its filing in case 20-003. | .20 | 190.00 | 38.00 |
| 8/31/20 | DJP | 206 | File the Declaration of Michael A. Firestein in Respect of Objection of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), through the court's electronic filing system, in case 20-003. | .20 | 190.00 | 38.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,206.50 |
|  | $ -120.65 |
| NET PROFESSIONAL SERVICES: | $ 1,085.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.90 | 305.00 | 579.50 |
| DANIEL J. PEREZ REFOJOS | 3.30 | 190.00 | 627.00 |
| **Total** | **5.20** | | **$ 1,206.50** |

| TOTAL THIS INVOICE | $ 1,085.85 |
|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379457
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 840**

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 3,008.50 |
| | $ -300.85 |
| Net Professional Services | $ 2,707.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,707.65** |

Electronic Invoice

IN ACCOUNT WITH

EDIFICIO OCHOA SÓTANO 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 840**
**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/20/20 | HDB | 209 | Review query by E. Barak regarding Section 407 and transfers of property to HTA. (.2) Draft e-mail to J. Pietrantoni with background and comments to query. (.4) Revise Opposition to Motion for Summary Judgment in light of query by E. Barak. (1) | 1.60 | 305.00 | 488.00 |
| 8/24/20 | DJP | 206 | Analyze the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 110 Pages in Support of Motion for Partial Summary Judgment, to be filed in case 20-005, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/24/20 | DJP | 206 | File the Unopposed Urgent Motion of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, for Leave to File a Reply Brief of No More than 110 Pages in Support of Motion for Partial Summary Judgment, through the court's electronic filing system, in case 20-005. | .20 | 190.00 | 38.00 |
| 8/27/20 | JP | 209 | Email exchange with E. Barak regarding statutory definition of "budget" under PR law. | .30 | 355.00 | 106.50 |
| 8/28/20 | JP | 209 | Review reply in support of motion for partial summary judgment at the request of H. Bauer. | 3.00 | 355.00 | 1,065.00 |
| 8/28/20 | HDB | 209 | Commence review of draft Reply brief in support of the Motion of the Partial Summary Judgment and the Memorandum in Support of Motion for Partial Summary Judgment Disallowing Claims in case 20-005. | 1.80 | 305.00 | 549.00 |
| 8/30/20 | HDB | 209 | Review e-mails by M. Firestein concerning logistics for filing Reply Briefs in case 20-005. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379457                                                                    September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/31/20 | JP | 209 | Draft memo to E. Barak relating to whether any PR law or secretary of justice opinion provides a definition of what is the commonwealth budget. | .80 | 355.00 | 284.00 |
| 8/31/20 | PAG | 206 | Review Reply Memorandum of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, In Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in anticipations of its filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |
| 8/31/20 | PAG | 206 | File Reply Memorandum of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, In Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in Adv. Proc. No. 20-00005-LTS. | .20 | 180.00 | 36.00 |
| 8/31/20 | PAG | 206 | Review Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts In Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in anticipation of its filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |
| 8/31/20 | PAG | 206 | File Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts In Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims in Adv. Proc. No. 20-00005-LTS. | .20 | 180.00 | 36.00 |
| 8/31/20 | PAG | 206 | Review Objection of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board,  to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d) in anticipation of its filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |
| 8/31/20 | PAG | 206 | File Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board,  to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d) in Adv. Proc. No. 20-00005-LTS. | .20 | 180.00 | 36.00 |

O'Neill & Borges LLC

Bill #:  379457                                                           September 2, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/31/20 | PAG | 206 | Review Declaration of Michael A. Firestein in Respect of Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board,  to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d) in anticipation of its filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |
| 8/31/20 | PAG | 206 | File Declaration of Michael A. Firestein in Respect of Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d) in Adv. Proc. No. 20-00005-LTS. | .20 | 180.00 | 36.00 |

TOTAL PROFESSIONAL SERVICES               $ 3,008.50

                                          $ -300.85

NET PROFESSIONAL SERVICES:                $ 2,707.65

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 4.10 | 355.00 | 1,455.50 |
| HERMANN BAUER | 3.60 | 305.00 | 1,098.00 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| PAULA A. GONZALEZ MONTALVO | 2.00 | 180.00 | 360.00 |
| **Total** | **10.20** | | **$ 3,008.50** |

**TOTAL THIS INVOICE**                    **$ 2,707.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379458
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 841**

**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

| | |
|---|---|
| Total Professional Services | $ 264.00 |
| Less Discount | $ -26.40 |
| Net Professional Services | $ 237.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 237.60** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 841**
**RE: 20-00078-LTS FOMB V GOV.VAZQUEZ (APEX-K)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/05/20 | CGB | 209 | Review email from G. Brenner inquiring about potential for additional productions arising from the document review process analysis (0.1); Draft preliminary response thereto (0.1); coordinate with K. Morales and A. Velez to ascertain response thereto (0.1). | .30 | 330.00 | 99.00 |
| 8/07/20 | CGB | 209 | Review updates from the document review team regarding conclusions reached as a result of production review process (0.3); Draft email to G. Brenner summarizing same (0.2). | .50 | 330.00 | 165.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 264.00 |
| Less Discount | | $ -26.40 |
| NET PROFESSIONAL SERVICES: | | $ 237.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .80 | 330.00 | 264.00 |
| **Total** | **.80** | | **$ 264.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 237.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   379459
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 842**

**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

| | |
|---|---|
| Total Professional Services | $ 2,225.00 |
| Less Discount | $ -222.50 |
| Net Professional Services | $ 2,002.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,002.50** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

261 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 842**
**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/13/20 | GMR | 206 | Review the Unopposed Urgent Motion for Leave to Exceed Page Limit in Defendants' Memorandum of Law in Support of a Motion to Dismiss to be filed in Adv. 20-00068. | .20 | 185.00 | 37.00 |
| 8/13/20 | GMR | 206 | File the Unopposed Urgent Motion for Leave to Exceed Page Limit in Defendants' Memorandum of Law in Support of a Motion to Dismiss in Adv. 20-00068. | .20 | 185.00 | 37.00 |
| 8/13/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Unopposed Urgent Motion for Leave to Exceed Page Limit in Defendants' Memorandum of Law in Support of a Motion to Dismiss filed in Adv. 20-00068. | .20 | 185.00 | 37.00 |
| 8/14/20 | HDB | 209 | Review Notice of Participation by the USA filed in Adv. 20-00068. | .20 | 305.00 | 61.00 |
| 8/17/20 | CGB | 209 | Review the draft of the Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) in adv. 20-00068 (2.6) Draft mail to H.D. Bauer forwarding comments to the draft motion (0.1). | 2.70 | 330.00 | 891.00 |
| 8/17/20 | HDB | 209 | Revise draft Motion to Dismiss to be filed in Adv. 20-00068. | 2.10 | 305.00 | 640.50 |
| 8/17/20 | DJP | 206 | Analyze the Defendants' Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), in anticipation of its filing in Adv. 20-00068. | .30 | 190.00 | 57.00 |
| 8/17/20 | DJP | 206 | File the Defendants' Notice of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)- in Adv. 20-00068, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379459                                                          September 2, 2020

| 8/17/20 | DJP | 206 | Analyze the  Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), in anticipation of its filing in adv. 20-00068. | .60 | 190.00 | 114.00 |
|---------|-----|-----|------|-----|--------|--------|
| 8/17/20 | DJP | 206 | File the  Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) in Adv. 20-00068, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/18/20 | HDB | 209 | Review Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Joinder to the Defendants' Motion to Dismiss in Adv. 20-00068. | .30 | 305.00 | 91.50 |
| 8/19/20 | HDB | 209 | Revise Puerto Rico Fiscal Agency and Financial Advisory Authority's Brief in Support of Defendants' Motion to Dismiss Adversary Complaint 20-00068. | .40 | 305.00 | 122.00 |
| 8/24/20 | HDB | 209 | Review Motion to Inform Regarding Statement by Non-Moving Party filed in Adv. 20-00068. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES $ 2,225.00

Less Discount $ -222.50

NET PROFESSIONAL SERVICES: $ 2,002.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.70 | 330.00 | 891.00 |
| HERMANN BAUER | 3.20 | 305.00 | 976.00 |
| DANIEL J. PEREZ REFOJOS | 1.30 | 190.00 | 247.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| **Total** | **7.80** | | **$ 2,225.00** |

**TOTAL THIS INVOICE** $ 2,002.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00080-LTS GOV. v FOMB (Law 82)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:   379460
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 844**

**RE:  20-00080-LTS GOV. v FOMB (Law 82)**

| | |
|---|---|
| Total Professional Services | $ 122.00 |
| | $ -12.20 |
| | |
| Net Professional Services | $ 109.80 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 109.80** |

Electronic Invoice

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

**Client.Matter: P1701 . 844**
**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 209 | Review answer to counterclaim in Adv. 20-00080. | .40 | 305.00 | 122.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 122.00 |
| | | $ -12.20 |
| NET PROFESSIONAL SERVICES: | | $ 109.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.40** | | **$ 122.00** |

**TOTAL THIS INVOICE**      **$ 109.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:  379461
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 845**

**RE:  20-00082-LTS GOV. v FOMB (Law 138)**

|  |  |
|---|---|
| Total Professional Services | $ 122.00 |
|  | $ -12.20 |
| Net Professional Services | $ 109.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 109.80** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 845**
**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 209 | Analyze Plaintiffs' Answer to the Financial Oversight and Management Board for the Puerto Rico's Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 138. | .40 | 305.00 | 122.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 122.00 |
| | | $ -12.20 |
| NET PROFESSIONAL SERVICES: | | $ 109.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.40** | | **$ 122.00** |

## TOTAL THIS INVOICE                    $ 109.80

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 379462
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1701 - 846**

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

| | |
|---|---:|
| Total Professional Services | $ 91.50 |
| | $ -9.15 |
| Net Professional Services | $ 82.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 82.35** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 846**
**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | HDB | 209 | Review and analyze Plaintiffs' Answer to the Financial Oversight and Management Board for the Puerto Rico's Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 176. | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 91.50 |
| | | $ -9.15 |
| NET PROFESSIONAL SERVICES: | | $ 82.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| **Total** | **.30** | | **$ 91.50** |

### TOTAL THIS INVOICE $ 82.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00085-LTS GOV. V FOMB (Law 47)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:  379463
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 847**

**RE:  20-00085-LTS GOV. V FOMB (Law 47)**

| | |
|---|---|
| Total Professional Services | $ 91.50 |
| | $ -9.15 |
| Net Professional Services | $ 82.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 82.35** |

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 847**
**RE: 20-00085-LTS GOV. V FOMB (Law 47)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | HDB | 209 | Review and analyze Plaintiffs' Answer to the Financial Oversight and Management Board for the Puerto Rico's Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 47. | .30 | 305.00 | 91.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 91.50 |
| | | $ -9.15 |
| NET PROFESSIONAL SERVICES: | | $ 82.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| **Total** | **.30** | | **$ 91.50** |

### TOTAL THIS INVOICE $ 82.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #: 379464

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 848**

**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

| | |
|---|---|
| Total Professional Services | $ 91.50 |
| | $ -9.15 |
| Net Professional Services | $ 82.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 82.35** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 848**
**RE: 20-00084-LTS GOV. V FOMB (Law 181)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | HDB | 209 | Review and analyze Plaintiffs' Answer to the Financial Oversight and Management Board for the Puerto Rico's Counterclaims to Adversary Complaint for Declaratory Relief Related to Act 181. | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 91.50 |
| | | $ -9.15 |
| NET PROFESSIONAL SERVICES: | | $ 82.35 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| **Total** | **.30** | | **$ 91.50** |

**TOTAL THIS INVOICE**      **$ 82.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 3, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 3, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III                    Bill #:    380191
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1701 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 22.50 |
| Less Discount | $ -2.25 |
| Net Professional Services | $ 20.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 20.25** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 2**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | RHM | 215 | Review email correspondence from L. Olazabal regarding independent treasury report. | .10 | 225.00 | 22.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 22.50 |
| Less Discount | | $ -2.25 |
| NET PROFESSIONAL SERVICES: | | $ 20.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| RAFAEL HERNANDEZ | .10 | 225.00 | 22.50 |
| **Total** | **.10** | | **$ 22.50** |

**TOTAL THIS INVOICE**          **$ 20.25**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

**COVER SHEET TO FORTY-FIRST MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS
TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF
SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2020 through September 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $32,503.50 |

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of expense reimbursement sought       $2,053.03
as actual, reasonable and necessary:

Total amount for this invoice:                      $34,556.53

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's forty-first monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.




<u>/s/Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 21st, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury, Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00818084; 1

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 40.30 | $ 12,291.50 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 19.30 | $ 6,369.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 0.30 | $ 103.50 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 0.60 | $ 213.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 5.70 | $ 1,254.00 |
| Rafael Hernandez | Jr. Member | Corporate | $ 225.00 | 1.10 | $ 247.50 |
| José L. Notario Toll | Jr. Member | Corporate | $ 225.00 | 0.90 | $ 202.50 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 7.10 | $ 1,278.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 180.00 | 1.10 | $ 198.00 |
| Camille I. Marrero | Associate | Litigation | $ 175.00 | 4.30 | $ 752.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 19.80 | $ 3,663.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 13.50 | $ 2,565.00 |
| Ivette Rodríguez | Associate | Corporate | $ 170.00 | 3.80 | $ 646.00 |
| Astrid E. Velez | Associate | Corporate | $ 175.00 | 33.70 | $ 5,897.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 3.10 | $ 434.00 |
| | **Totals** | | | 154.60 | $ 36,115.00 |
| | **Less: 10% Courtesy discount** | | | | $ (3,611.50) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 32,503.50 |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the September 1 through September 30, 2020**

| Description - Expenses | Amounts |
|---|---|
| Certificate of Translation- Rita Inv. 4735,Certified Transaltion for AMP Appeal-HDB/CGB. Rita Inv. 4754 Certified Translation of First and Second Librada Sanz Response- HDB/CGB | $ 1,578.03 |
| Duplicating | $ 3.00 |
| Messenger Delivery-9/9/2020 and 9/11/2020 | $ 32.00 |
| Miscellaneous- Clerk's Office US District Courts, PRO HAC Vice Application for Ellito R. Stevens- DJP/CGB. Court Solutions Fee to Appear in the September 16, 2020 Omnibus Hearing-HDB. Appearance Fee for the Hearing on the motions for Summary Judgment on September 23, 2020-HDB | $ 440.00 |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | $ 2,053.03 |

## COMMONWEALTH OF PR TITLE III

### Summary of Legal Fees for the Period September 1 through September 30, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 201 | Board, Members, Staff, Advisor, Consult | 0.90 | 202.50 |
| 202 | Legal Research | 39.60 | 6,961.00 |
| 203 | Hearings and Non-Field Comm. With Court | 3.80 | 1,159.00 |
| 204 | Coomunications with Claimholders | 1.30 | 385.50 |
| 206 | Documents Filed on Behalf of the Board | 27.60 | 5,633.00 |
| 207 | Non-Board Court Filings | 1.40 | 427.00 |
| 208 | Stay Matters | 3.70 | 1,009.50 |
| 209 | Adversary Proceeding | 41.10 | 12,453.50 |
| 210 | Analysis and Strategy | 6.90 | 1,441.50 |
| 213 | Labor, Pension Matters | 0.90 | 162.00 |
| 219 | Docketing | 3.10 | 434.00 |
| 221 | Fee Applications (Self) | 1.70 | 518.50 |
| 222 | Claims and Claims Objections | 17.90 | 4,306.00 |
| 224 | Fee Applications O&B | 4.30 | 946.00 |
| 225 | Fee Application Proskauer | 0.40 | 76.00 |
| | | | $  36,115.00 |
| | **Less: 10% Courtesy discount** | | $  (3,611.50) |
| | **TOTALS** | **154.60** | **$  32,503.50** |

00818084; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $29,253.15, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $2,053.03 in the total amount of $31,306.18.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00818084; 1

# **Exhibit A**

00818084; 1

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:    380586

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2020:

**Client.Matter: P1701 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 13,667.00 |
| Less Discount | $ -1,366.70 |
| Net Professional Services | $ 12,300.30 |
| Total Reimbursable Expenses | $ 626.90 |
| **TOTAL THIS INVOICE** | **$ 12,927.20** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | HDB | 206 | Revise and sign-off to file Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing. | .20 | 305.00 | 61.00 |
| 9/01/20 | HDB | 208 | Revise and sign-off to file Opposition to the Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority. | .60 | 305.00 | 183.00 |
| 9/01/20 | HDB | 206 | Review and sign-off to file revised Master Service List. | .20 | 305.00 | 61.00 |
| 9/01/20 | HDB | 207 | Review Partial Joinder of Ambac Assurance Corporation to the Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority. | .20 | 305.00 | 61.00 |
| 9/01/20 | DJP | 206 | Analyze the Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/01/20 | DJP | 206 | File the Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/01/20 | DJP | 206 | File the Master Service List as of September 1, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/01/20 | GMR | 222 | Corporate meet and confer efforts regarding omnibus hearing adjournment from September 16 to October 28. | .60 | 185.00 | 111.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                          October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/01/20 | GMR | 206 | Review the FOMB's Objection to Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/01/20 | GMR | 206 | File the FOMB's Objection to Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority in Case No. 17-3283 at Docket No. 14141. | .20 | 185.00 | 37.00 |
| 9/01/20 | GMR | 206 | Exchange e-mails with PrimeClerk in connection with the FOMB's Objection to Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority, as filed in Case No. 17-3283 at Docket No. 14141. | .20 | 185.00 | 37.00 |
| 9/01/20 | GMR | 206 | Draft e-mail to the Chambers of the Hon. Laura T. Swain in connection with the FOMB's Objection to Urgent Motion of Official Committee of Unsecured Creditors to Lift Stay to Allow Committee to Pursue Objection to GO Priority, as filed in Case No. 17-3283 at Docket No. 14141. | .20 | 185.00 | 37.00 |
| 9/02/20 | HDB | 221 | Review Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Rule 2004 Motions. | .20 | 305.00 | 61.00 |
| 9/02/20 | HDB | 208 | Review stay relief notice on behalf of Carlos Perez-Molina and Ana Figueroa. (.2)  Draft e-mail to E. Barak regarding same. (.1) | .30 | 305.00 | 91.50 |
| 9/02/20 | HDB | 221 | Review Objection to Official Committee of Unsecured Creditors Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 9/02/20 | HDB | 222 | Review Reply in Support of Consul Tech Caribe's Motion for Allowance and Payment of Administrative Claim. | .30 | 305.00 | 91.50 |
| 9/02/20 | GMR | 222 | Participate in telephone conference with L. Stafford (Proskauer), J. Berman (Prime Clerk) and C. Tacoronte (Deputy Clerk) to discuss issues with responses to omnibus objections and proof of claims. | .60 | 185.00 | 111.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 380586                                                                    October 5, 2020

| 9/02/20 | GMR | 206 | Finalize the Urgent Consented Motion for Extension of Deadlines regarding Atlantic Medical Center, Inc., Et Al.'s Motion for Relief from the Automatic Stay (ECF No. 12918), in anticipation to its filing. | .20 | 185.00 | 37.00 |
|---------|-----|-----|---|-----|--------|-------|
| 9/02/20 | GMR | 206 | File the Urgent Consented Motion for Extension of Deadlines regarding Atlantic Medical Center, Inc., Et Al.'s Motion for Relief from the Automatic Stay (ECF No. 12918). | .20 | 185.00 | 37.00 |
| 9/02/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Urgent Consented Motion for Extension of Deadlines regarding Atlantic Medical Center, Inc., Et Al.'s Motion for Relief from the Automatic Stay (ECF No. 12918). | .20 | 185.00 | 37.00 |
| 9/02/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the Urgent Consented Motion for Extension of Deadlines regarding Atlantic Medical Center, Inc., Et Al.'s Motion for Relief from the Automatic Stay (ECF No. 12918). | .20 | 185.00 | 37.00 |
| 9/03/20 | HDB | 206 | Revise and sign-off to file Elliot Stevens' PHV Application. | .20 | 305.00 | 61.00 |
| 9/03/20 | HDB | 221 | Review Order on Joint Status Report regarding Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets filed by Ambac. | .10 | 305.00 | 30.50 |
| 9/03/20 | GMR | 222 | Participate in telephone conference with Proskauer, Prime Clerk and the Clerk of the Court in connection with claim objection process. | .30 | 185.00 | 55.50 |
| 9/03/20 | GMR | 222 | Monitor progress of meet and confer issues in connection with adjournment of omnibus hearing to entertain claim objections. | .30 | 185.00 | 55.50 |
| 9/05/20 | MMB | 219 | Docket court notice received by email dated September 3, 2020, regarding order dkt. 14174 setting deadline for PREPA to file certified English translations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/08/20 | HDB | 222 | Review Claims Reconciliation update by J. Herriman. | .30 | 305.00 | 91.50 |
| 9/08/20 | HDB | 206 | Revise and sign-off to file the Second Notice of Transfer of Claims to ACR. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   380586

October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/08/20 | HDB | 206 | Revise translation of Notice of Settlement offer to ADR claimants. | .20 | 305.00 | 61.00 |
| 9/08/20 | GMR | 206 | Review the second notice of transfer of claims to administrative claims reconciliation and exhibits thereto in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/08/20 | GMR | 206 | File the second notice of transfer of claims to administrative claims reconciliation and exhibits thereto in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing the second notice of transfer of claims to administrative claims reconciliation and exhibits thereto, as filed in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 206 | Draft email to PrimeClerk in connection with the second notice of transfer of claims to administrative claims reconciliation and exhibits thereto. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 222 | Draft edits to the alternative dispute resolution notice (.7) and draft the Spanish equivalents thereof. (.5) | 1.20 | 185.00 | 222.00 |
| 9/08/20 | GMR | 206 | Finalize the Notice of Filing of First Alternative Dispute Resolution Notice and exhibit thereto in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 206 | File the First Alternative Dispute Resolution Status Notice in Case No. 17-3283 at ECF No. 14185. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the First Alternative Dispute Resolution Status Notice, as filed in Case No. 17-3283 at ECF No. 14185. | .20 | 185.00 | 37.00 |
| 9/08/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the First Alternative Dispute Resolution Status Notice, as filed in Case No. 17-3283 at ECF No. 14185. | .20 | 185.00 | 37.00 |
| 9/08/20 | MMB | 219 | Docket court notice received by email dated August 31, 2020, regarding order dkt. 14132 setting deadline for DRA Parties to file amended lift of stay motion, objections, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/09/20 | HDB | 206 | Revise First ADR Status Notice. | .30 | 305.00 | 91.50 |
| 9/09/20 | HDB | 203 | Review Memorandum Order denying HTA and PRIFA Bonds stay relief motions. | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/09/20 | HDB | 203 | Review Memorandum Order continuing sine die the CCDA bond's Stay Relief Motion's final hearing. | .30 | 305.00 | 91.50 |
| 9/09/20 | HDB | 222 | Review and respond to query regarding ADR Notice settlement offers by G. Ramos Luiña. | .20 | 305.00 | 61.00 |
| 9/09/20 | HDB | 206 | Revise (.3) and sign-off (.1) to file draft Status Report in anticipation of Omnibus Hearing. | .40 | 305.00 | 122.00 |
| 9/09/20 | DJP | 206 | Respond to email from L. Stafford in connection with the timing of the filing of the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule. | .10 | 190.00 | 19.00 |
| 9/09/20 | DJP | 206 | Analyze the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/09/20 | DJP | 206 | File the Status Report of Financial Oversight and Management Board for Puerto Rico Regarding COVID-19 Pandemic and Proposed Disclosure Statement Schedule, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/10/20 | HDB | 203 | Review Order on Omnibus Hearing procedures at Docket No. 14202. | .20 | 305.00 | 61.00 |
| 9/10/20 | HDB | 222 | Review Omnibus Claims Objection's update by Prime Clerk. | .20 | 305.00 | 61.00 |
| 9/10/20 | HDB | 222 | Revise draft Two Hundred Fifty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Bondholder Claims, including ancillary documents. | .30 | 305.00 | 91.50 |
| 9/10/20 | HDB | 222 | Revise draft Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims. | .30 | 305.00 | 91.50 |
| 9/10/20 | HDB | 222 | Revise draft Two Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Fifty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Duplicate Liabilities, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth Is Not Liable, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/10/20 | DJP | 206 | Draft edits to the Spanish translation of the Two Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth Is Not Liable, to conform it to edits made to the English version thereof. | .20 | 190.00 | 38.00 |
| 9/10/20 | GMR | 222 | Analyze conflict issues in connection with the October omnibus objections. | 1.90 | 185.00 | 351.50 |
| 9/10/20 | GMR | 222 | Draft edits the Spanish version of the 256th Omnibus Objection. | .20 | 185.00 | 37.00 |
| 9/10/20 | GMR | 222 | Draft edits to the Spanish version of the 257th Omnibus Objection. | .30 | 185.00 | 55.50 |
| 9/10/20 | GMR | 222 | Draft edits to the Spanish version of the 258th Omnibus Objection. | .30 | 185.00 | 55.50 |
| 9/10/20 | GMR | 222 | Draft edits to the Spanish version of the 259th Omnibus Objection. | .20 | 185.00 | 37.00 |
| 9/10/20 | GMR | 222 | Exchange e-mails with A. Bargoot in connection with required edits to the omnibus objections. | .20 | 185.00 | 37.00 |
| 9/11/20 | HDB | 222 | Revise draft Two Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth is Not Liable, and ancillary documents. | .30 | 305.00 | 91.50 |
| 9/11/20 | HDB | 222 | Revise draft Two Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors. | .30 | 305.00 | 91.50 |
| 9/11/20 | HDB | 222 | Revise draft Two Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor. | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Revise draft Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                            October 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/11/20 | HDB | 222 | Revise draft Two Hundred Fifty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Claims Asserting Duplicate Liabilities. | | .30 | 305.00 | 91.50 |
| 9/11/20 | HDB | 222 | Revise draft informative motion adjourning hearing on IRS objection to October 28 omnibus hearing. | | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Revise and sign-off to file Two Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims. | | .30 | 305.00 | 91.50 |
| 9/11/20 | HDB | 222 | Revise and sign-off to file Two Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Revise and sign-off to file Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Revise and sign-off to file Two Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable. | | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Review and sign-off to file Two Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, to Claims for which the Commonwealth of Puerto Rico Is Not Liable. | | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 222 | Review and sign-off to file Two Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain HTA Bridge Bonds. | | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                          October 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/11/20 | HDB | 222 | Revise and sign-off to file Two Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Duplicate Bondholder Claims. | .30 | 305.00 | 91.50 |
| 9/11/20 | HDB | 222 | Review Two Hundred Sixtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and No Liability Bondholder Claims. | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 207 | Review Reply of Official Committee of Unsecured Creditors in Support of Urgent Motion to Lift Stay to Allow Committee to Pursue Objection to GO Priority. | .30 | 305.00 | 91.50 |
| 9/11/20 | DJP | 206 | Analyze the Application for Admission pro Hac vice of Elliot R. Stevens, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | File the Application for Admission pro Hac vice of Elliot R. Stevens, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth of Puerto Rico Is Not Liable, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth of Puerto Rico Is Not Liable, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of HTA Bridge Bonds, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of HTA Bridge Bonds, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth Is Not Liable, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                          October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth Is Not Liable, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Duplicate Bondholder Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Duplicate Bondholder Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | Analyze the Two Hundred Fifty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Bondholder Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File the Two Hundred Fifty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and Incorrect Debtor Bondholder Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| 9/11/20 | DJP | 206 | Analyze the Two Hundred Sixtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and No Liability Bondholder Claims, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 9/11/20 | DJP | 206 | File the Two Hundred Sixtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate and No Liability Bondholder Claims, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses were Received, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| 9/11/20 | GMR | 206 | File the Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses were Received, and exhibits thereto. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 206 | Analyze the Two Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is not Liable, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 222 | File the Two Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is not Liable. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/20 | GMR | 206 | File the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Two Hundred Fifty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Duplicate Liabilities, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Fifty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Claims Asserting Duplicate Liabilities. | .20 | 185.00 | 37.00 |
| 9/11/20 | GMR | 222 | Analyze the Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is not Liable, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is not Liable. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | Analyze the Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims, and exhibits thereto, in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 9/11/20 | GMR | 206 | File the Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims. | .20 | 185.00 | 37.00 |
| 9/13/20 | DJP | 206 | Analyze the Informative Motion of Financial Oversight and Management Board Regarding September 16-17 Omnibus Hearing, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/13/20 | DJP | 206 | File the Informative Motion of Financial Oversight and Management Board Regarding September 16-17 Omnibus Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| 9/14/20 | HDB | 206 | Revise and sign-off to file informative motions for September 16, Omnibus Hearing. | .20 | 305.00 | 61.00 |
| 9/14/20 | HDB | 206 | Revise and sign-off to file Agenda for Omnibus Hearing. | .40 | 305.00 | 122.00 |
| 9/14/20 | HDB | 206 | Sign-off to file revised Master Service List. | .20 | 305.00 | 61.00 |
| 9/14/20 | UMF | 224 | Draft thirty-seventh monthly fee application for May 2020 of O'Neill & Borges in the Title III case of the Commonwealth of Puerto Rico. | .40 | 220.00 | 88.00 |
| 9/14/20 | UMF | 224 | Draft thirty-eighth monthly fee application for June 2020 of O'Neill & Borges in the Title III case of the Commonwealth of Puerto Rico. | .40 | 220.00 | 88.00 |
| 9/14/20 | DJP | 206 | Analyze the  Joint Informative Motion Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | File the Joint Informative Motion Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | Analyze the Joint Informative Motion Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | File the Joint Informative Motion Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | Analyze Notice of Agenda of Matters Scheduled for the Hearing on September 16-17 at 9:30 A.M. AST, in anticipation of its filing. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/14/20 | DJP | 206 | File Notice of Agenda of Matters Scheduled for the Hearing on September 16-17 at 9:30 A.M. AST, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | File the Master Service List as of September 14, 2020, on behalf of Prime Clerk LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/14/20 | MMB | 219 | Docket court notice received by email dated September 12, 2020, regarding order dkt. 14251 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/14/20 | MMB | 219 | Docket court notice received by email dated September 12, 2020, regarding order dkt. 14252 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/15/20 | HDB | 207 | Review Joint Status Report in Compliance with Order Regarding Med Centro Inc's Motion for Relief from the Automatic Stay. | .20 | 305.00 | 61.00 |
| 9/15/20 | HDB | 207 | Review Status Report of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Government of Puerto Rico's Recent Activities in Response to the Ongoing COVID-19 Pandemic. | .40 | 305.00 | 122.00 |
| 9/15/20 | HDB | 206 | Tel. conf with L. Stafford regarding status report regarding for Omnibus hearing. (.2) Revise and file Status Report. (.2) | .40 | 305.00 | 122.00 |
| 9/15/20 | UMF | 224 | Draft letter to Notice Parties regarding O&B's monthly fee applications for May 2020. | .30 | 220.00 | 66.00 |
| 9/15/20 | UMF | 224 | Draft letter to Notice Parties regarding O&B's monthly fee applications for June 2020. | .20 | 220.00 | 44.00 |
| 9/15/20 | UMF | 224 | Review the exhibits to monthly fee applications of O&B for the month of May 2020. | .80 | 220.00 | 176.00 |
| 9/15/20 | UMF | 224 | Review the exhibits to monthly fee applications of O&B for the month of June 2020. | .90 | 220.00 | 198.00 |
| 9/16/20 | HDB | 203 | Attend Omnibus Hearing of September 16, 2020. | 2.50 | 305.00 | 762.50 |
| 9/16/20 | GMR | 206 | Review notice of withdrawal of appearance of M. Zerjal in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/16/20 | GMR | 206 | File notice of withdrawal of appearance of M. Zerjal. | .20 | 185.00 | 37.00 |
| 9/16/20 | GMR | 206 | Exchange emails with Prime Clerk in connection with the notice of withdrawal of appearance of M. Zerjal. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 3, 2020, regarding order dkt. 14172 setting deadline to file objections, reply thereto, adjourn hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 3, 2020, regarding order dkt. 14175 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 14215 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 14226 setting deadline for UCC to file response to the September Report, for the Government parties to file supplemental response - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 14232 setting deadline for PBA to file notices of removal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 15, 2020, regarding order dkt. 14298 setting briefing schedule on María Colón's MLS - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 15, 2020, regarding order dkt. 14296 setting deadline to file joint status report, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/17/20 | CGB | 204 | Review and respond to email from J. El Koury forwarding letter from representatives of the N. Agosto v. Dept. of the family judgment  proof of claims. | .10 | 330.00 | 33.00 |
| 9/17/20 | GMR | 206 | File the Response to Informative Motion of Fuel Line Lenders regarding Statement at September 16, 2020 Omnibus Hearing concerning PREPA's Administrative Expense Motion in Case No. 17-3283 at ECF No. 14338. | .20 | 185.00 | 37.00 |
| 9/17/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 14320 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                                October 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/17/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 14321 setting hearing, instructions to appear, deadline to file documents - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/18/20 | CGB | 222 | Review and analyze W. Fontanez letter to the FOMB seeking collection of the judgment in Agosto v. CW Department of the Family (0.2); Review prior analysis of the status of such claim sent to A. Bargoot (0.2); Draft email to A. Bargoot seeking additional information regarding status of the claim within the Title III process (0.2); commence Draft response letter to W. Fontanez (0.3). | .90 | 330.00 | 297.00 |
| 9/18/20 | HDB | 206 | Revise and sign-off to File Proskauer's Ninth Interim Fee Applications. | .60 | 305.00 | 183.00 |
| 9/18/20 | DJP | 225 | Analyze the Notice of Filing of Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020. | .20 | 190.00 | 38.00 |
| 9/18/20 | DJP | 225 | File the Notice of Filing of Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/18/20 | GMR | 206 | Review Proskauer's 9th Interim fee application for services rendered as representative of the Commonwealth of Puerto Rico, in anticipation to its filing in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 9/18/20 | GMR | 206 | File Proskauer's 9th Interim fee application for services rendered as representative of the Commonwealth of Puerto Rico, in Case No. 17-3283. | .20 | 185.00 | 37.00 |
| 9/18/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 106 setting hearing on motions for summary judgment, related deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                          October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/21/20 | CGB | 204 | Draft email to H. D. Bauer and G. A. Miranda regarding proper method of communication regarding the Nilda Agosto lawsuit proof of claim (0.1); Draft letter to I. Gonzalez-Morales, Esq. regarding letter received from the Nilda Agosto Plaintiffs spokesperson (0.3); Draft emails to J. El Koury and L. Stafford forwarding Draft letter to I. Gonzalez-Morales, Esq., for review (0.1); Draft email to I. Gonzalez-Morales, Esq., forwarding letter regarding W. Fontanez request for the status of the Nilda Agosto Plaintiffs POC (0.1). | .60 | 330.00 | 198.00 |
| 9/21/20 | HDB | 203 | Review Notice of Correspondence submitted by Judge Swain. | .20 | 305.00 | 61.00 |
| 9/21/20 | GMR | 206 | Exchange several emails with D. Munkittrick in connection with filings for today. | .30 | 185.00 | 55.50 |
| 9/21/20 | GMR | 204 | Review and provide comments to letter in response to W. Fontanez' letter dated June 25, 2020. | .30 | 185.00 | 55.50 |
| 9/22/20 | HDB | 222 | Revise Response to Debtor's One Hundred and Thirteenth Omnibus Objection by Ruth Dalia Luisa Martinez Velez. | .20 | 305.00 | 61.00 |
| 9/22/20 | GMR | 206 | Review informative motion regarding Pending Omnibus Objections to Claims in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/22/20 | GMR | 206 | File informative motion regarding Pending Omnibus Objections to Claims in Case No. 17-3283 at Docket No. 14399. | .20 | 185.00 | 37.00 |
| 9/22/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the informative motion regarding Pending Omnibus Objections to Claims, as filed in Case No. 17-3283 at Docket No. 14399. | .20 | 185.00 | 37.00 |
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 17, 2020, regarding order dkt. 14339 setting deadlines in connection with omnibus hearing transcript - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 18, 2020, regarding order dkt. 14345 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 21, 2020, regarding order dkt. 14363 setting deadline to file rejection damages claims - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  380586                                                            October 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/23/20 | HDB | 208 | Review Notice of Appeal filed by Ambac on the Memorandum Opinion and Order Denying HTA and PRIFA Revenue Bond Stay Relief Motions, dated September 9, 2020. | .20 | 305.00 | 61.00 |
| 9/23/20 | HDB | 222 | Review e-mail from A. Bargoot regarding December Omnibus Claim Objections. | .30 | 305.00 | 91.50 |
| 9/23/20 | HDB | 208 | Review Lift of Stay regarding Barbara Negron Morris vs. Hospital Dr. Arnau. (.2)  Draft e-mail to L. Marini regarding same. (.1) | .30 | 305.00 | 91.50 |
| 9/23/20 | UMF | 208 | Review emails from C. Velaz regarding tel. conf. regarding notice of relief from stay by Turnkey and respond thereto. | .20 | 220.00 | 44.00 |
| 9/24/20 | HDB | 222 | Revise (.3) and sign-off (.1) on informative motion concerning Omnibus Objection to Claims. | .40 | 305.00 | 122.00 |
| 9/24/20 | HDB | 221 | Tel. conf. with M. Dale, L. Stafford, J. Alonzo, R. Hernandez, I. Morales concerning bank account review process. | .50 | 305.00 | 152.50 |
| 9/24/20 | HDB | 222 | Review query by counsel for Grupo Efezeta concerning ADR process. (.1)  Draft e-mail to G. Miranda and L. Stafford regarding views concerning query by Grupo Efezeta. (.1) | .20 | 305.00 | 61.00 |
| 9/24/20 | UMF | 208 | Attend tel. conf. with M. Trujillo regarding relief from stay order in relation to eminent domain case filed by Turnkey. | .80 | 220.00 | 176.00 |
| 9/24/20 | UMF | 208 | Draft email to S. Ma and C. Theodoridis regarding results of call and Turnkey allegations regarding relief from stay. | .40 | 220.00 | 88.00 |
| 9/24/20 | GMR | 222 | Telephone conference with I. Fullana in connection with Finca Matilde matters. | .30 | 185.00 | 55.50 |
| 9/25/20 | CGB | 204 | Review and respond to email from I. Gonzalez-Morales forwarding letter seeking update on status of the N. Agosto Plaintiffs' POCs (0.1); Draft email forwarding same to A. Bargoot and L. Stafford (0.1) Draft email to A. Bargoot and L. Stafford forwarding additional background documents regarding same (0.1). | .30 | 330.00 | 99.00 |
| 9/25/20 | HDB | 207 | Review Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/25/20 | HDB | 206 | Review the Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection. | .30 | 305.00 | 91.50 |
| 9/25/20 | GMR | 222 | Participate in conference call with L. Stafford and counsel for Grupo Efezeta in connection with ADR procedures and eminent domain claims. | .20 | 185.00 | 37.00 |
| 9/25/20 | MMB | 219 | Docket court notice received by email dated September 24, 2020, regarding order dkt. 14401 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/28/20 | HDB | 208 | Review Lift Stay Notice on behalf of Krishnna Figueroa-Colon. (.2) Draft e-mail to E. Barak and S. Ma regarding same. (.1) | .30 | 305.00 | 91.50 |
| 9/28/20 | HDB | 208 | Review Lift Stay Notice on behalf of Jaydy Sanchez-Ortiz. (.2)  Draft e-mail to S. Ma regarding same. (.1) | .30 | 305.00 | 91.50 |
| 9/28/20 | UMF | 224 | Commence draft of the ninth interim fee application of O&B for the period of February through May 2020. | 1.30 | 220.00 | 286.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 14416 setting deadline to file notice of intent to request redaction of transcript of September 23, 2020 hearing, other related deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 14412 setting deadline to file responses, reply in connection with dkt. 14277 Motion for Relief from Stay Under 362 [e] - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 14413 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 28, 2020, regarding order dkt. 14417 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/29/20 | HDB | 222 | Review claim supplement by Marta Rivera Acevedo. (.2)  Draft e-mail to L. Stafford and J. Herriman regarding same. (.1) | .30 | 305.00 | 91.50 |
| 9/29/20 | HDB | 222 | Review Order on Omnibus Claims Objections. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/29/20 | HDB | 208 | Revise and sign-off to file Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .30 | 305.00 | 91.50 |
| 9/29/20 | GMR | 206 | Review the Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/29/20 | GMR | 206 | File the Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay in Case No. 17- | .20 | 185.00 | 37.00 |
| 9/29/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with the Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .20 | 185.00 | 37.00 |
| 9/29/20 | GMR | 206 | Exchange emails with Prime Clerk in connection with the Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay. | .20 | 185.00 | 37.00 |
| 9/30/20 | HDB | 222 | Review updated objection tracker by Prime Clerk as of September 30, 2020. | .20 | 305.00 | 61.00 |
| 9/30/20 | HDB | 222 | Review response to claim objection by Sheila Garrastegui. (.2)  Draft e-mail regarding same to L. Stafford and J. Herriman. (.1) | .20 | 305.00 | 61.00 |
| 9/30/20 | HDB | 221 | Review Joint Status Report of Movant Ambac Assurance Corporation and Respondents the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to the Rule 2004 Motions. | .30 | 305.00 | 91.50 |
| 9/30/20 | DJP | 206 | Email exchange with courtroom deputy clerk to coordinate conference call to discuss filings of the non-docketed responses in light of the Order Regarding Pending Omnibus Objections to Claims. | .20 | 190.00 | 38.00 |
| 9/30/20 | DJP | 206 | Analyze Order Regarding Pending Omnibus Objections to Claims in preparation for conference call with courtroom deputy clerk to discuss future filings of the non-docketed responses in response to such order. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586

October 5, 2020

| 9/30/20 | DJP | 206 | Participate in conference call with courtroom deputy clerk and additional attorneys to discuss filings of the non-docketed responses in light of the Order Regarding Pending Omnibus Objections to Claims. | .40 | 190.00 | 76.00 |
| 9/30/20 | GMR | 222 | Prepare for telephone conference with Proskauer and courtroom deputy clerk in connection with ADR and ACR procedures. | .30 | 185.00 | 55.50 |
| 9/30/20 | GMR | 222 | Participate in telephone conference with Proskauer and courtroom deputy clerk in connection with ADR and ACR procedures. | .30 | 185.00 | 55.50 |

TOTAL PROFESSIONAL SERVICES          $ 13,667.00

Less Discount                                    $ -1,366.70

NET PROFESSIONAL SERVICES:            $ 12,300.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.90 | 330.00 | 627.00 |
| HERMANN BAUER | 20.00 | 305.00 | 6,100.00 |
| UBALDO M. FERNANDEZ BARRERA | 5.70 | 220.00 | 1,254.00 |
| DANIEL J. PEREZ REFOJOS | 10.00 | 190.00 | 1,900.00 |
| GABRIEL MIRANDA RIVERA | 18.80 | 185.00 | 3,478.00 |
| MILAGROS MARCANO BAEZ | 2.20 | 140.00 | 308.00 |
| **Total** | **58.60** | | **$ 13,667.00** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 9/04/20 | RITA INV. 4754, CERTIFIED TRANSLATION OF FIRST AND SECOND LIBRADA SANZ RESPONSE-HDB/CGB | 221.90 |
| 9/08/20 | CLERK'S OFFICE - US DISTRICT COURTS, PRO HAC VICE APPLICATION  FOR ELLIOT R. STEVENS-DJP/CGB | 300.00 |
| 9/09/20 | DUPLICATING -  AS OF 9/09/20 (1 Copies @ $.10) | .10 |
| 9/09/20 | DUPLICATING -  AS OF 9/09/20 (1 Copies @ $.10) | .10 |
| 9/09/20 | MESSENGER DELIVERY - 9/09/20 | 14.00 |
| 9/11/20 | DUPLICATING -  AS OF 9/11/20 (1 Copies @ $.10) | .10 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380586                                                          October 5, 2020

| | | |
|---|---|---:|
| 9/11/20 | DUPLICATING - AS OF 9/11/20 (2 Copies @ $.10) | .20 |
| 9/11/20 | MESSENGER DELIVERY - 9/11/20 | 18.00 |
| 9/17/20 | DUPLICATING - AS OF 9/17/20 (2 Copies @ $.10) | .20 |
| 9/17/20 | COURT SOLUTIONS FEE TO APPEAR IN THE SEPTEMBER 16,2020 OMNIBUS HEARING-HDB | 70.00 |
| 9/29/20 | DUPLICATING - AS OF 9/29/20 (1 Copies @ $.10) | .10 |
| 9/29/20 | DUPLICATING - AS OF 9/29/20 (1 Copies @ $.10) | .10 |
| 9/29/20 | DUPLICATING - AS OF 9/29/20 (16 Copies @ $.10) | 1.60 |
| 9/29/20 | DUPLICATING - AS OF 9/29/20 (4 Copies @ $.10) | .40 |
| 9/29/20 | DUPLICATING - AS OF 9/29/20 (1 Copies @ $.10) | .10 |

TOTAL REIMBURSABLE EXPENSES                         $ 626.90

**TOTAL THIS INVOICE**                               **$ 12,927.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

![equitrac]

# Consolidated Account Detail

**Client='P1701' and   Matter='00000'   and (From: '2020-9-1'   To: '2020-9-30')**

| Starting Date: | **9/9/2020** | Ending Date: | **9/29/2020** | Number of Days: | **21** |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1701:FOMB IN RE COMMONWEALTH OF PR TITLE III** | | | | | |
| **Matter: 00000:GENERAL** | | | | | |
| 9/9/2020 | 12:27:58PM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 9/9/2020 | 12:28:40PM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 9/11/2020 | 11:04:08AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 9/11/2020 | 11:06:35AM | MORALES, IVETTE | Duplicating | 2 | $0.20 |
| 9/17/2020 | 9:46:08AM | MORALES, IVETTE | Duplicating | 2 | $0.20 |
| 9/29/2020 | 9:48:49AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 9/29/2020 | 9:49:12AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| 9/29/2020 | 9:50:30AM | MORALES, IVETTE | Duplicating | 16 | $1.60 |
| 9/29/2020 | 10:23:35AM | MORALES, IVETTE | Duplicating | 4 | $0.40 |
| 9/29/2020 | 10:24:19AM | MORALES, IVETTE | Duplicating | 1 | $0.10 |
| | **Totals for   Matter: 00000** | | | | **$3.00** |
| | **Totals for   Client: p1701** | | | | **$3.00** |
| **Totals for   Location: oab** | | | | | **$3.00** |

**equitrac**

## Consolidated Account Detail

**Client='P1701' and   Matter='00000'   and (From: '2020-9-1'   To: '2020-9-30')**

| Starting Date: | 9/9/2020 | Ending Date: | 9/29/2020 | Number of Days: | 21 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| | | | **Report Totals:** | | **$3.00** |

## O'NEILL & BORGES

### SOLICITUD DE SERVICIO DE MENSAJERIA

| # 15589 T-53417 | Solicitado por: PEREZ REFOJOS, DANIEL J. | | Fecha: 09/09/2020 |
|---|---|---|---|

Número de Teléfono: (787) 282-5734     Núm. de Cliente: p1701-0

| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE COMMONWEALTH OF PR TITLE III |
|---|---|---|---|---|---|---|---|---|---|
| Por :Ivette Morales | | | | | | | | | |

| Dirigido a:Clerk's Office, U.S. District Court | Número de Teléfono: (787) 772-3000 |
|---|---|

U.S. District Court for the District of Puerto Rico
Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardón Ave., Hato Rey, PR

| Recibido por: | Fecha: | Hora: |
|---|---|---|

| ✓ | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | | Otros |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INSTRUCCIONES ESPECIALES:** Realizar pago y radicar Pro Hac Vice de Elliot R. Stevens y traer recibo y copia ponchada. Gracias!
Se incluye cheque de $300.00.

### PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA

| EXPRESS DELIVERY SERVICE | Núm. Teléfono: 787-630-4397 | Cargo: $0.00  * $ 7.00 |
|---|---|---|

## O'NEILL & BORGES

### SOLICITUD DE SERVICIO DE MENSAJERIA

| # 15589 T-53417 | Solicitado por: PEREZ REFOJOS, DANIEL J. | | Fecha: 09/09/2020 |
|---|---|---|---|

Número de Teléfono: (787) 282-5734     Núm. de Cliente: p1701-0

| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE COMMONWEALTH OF PR TITLE III |
|---|---|---|---|---|---|---|---|---|---|
| Por :Ivette Morales | | | | | | | | | |

| Dirigido a:Clerk's Office, U.S. District Court | Número de Teléfono: (787) 772-3000 |
|---|---|

U.S. District Court for the District of Puerto Rico
Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardón Ave., Hato Rey, PR

| Recibido por: | Fecha: | Hora: |
|---|---|---|

| ✓ | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | | Otros |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INSTRUCCIONES ESPECIALES:** Realizar pago y radicar Pro Hac Vice de Elliot R. Stevens y traer recibo y copia ponchada. Gracias!
Se incluye cheque de $300.00.

### PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA

| EXPRESS DELIVERY SERVICE | Núm. Teléfono: 787-630-4397 | Cargo: $0.00  * $ 7.00 |
|---|---|---|

## O'NEILL & BORGES

### SOLICITUD DE SERVICIO DE MENSAJERIA

| # | 15595 T-53430 | Solicitado por: PEREZ REFOJOS, DANIEL J. | | Fecha: 09/11/2020 |

| Número de Teléfono: (787) 282-5734 | Núm. de Cliente: p1701-0 |

| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE COMMONWEALTH OF PR TITLE III |
| Por :Ivette Morales | | | | | | | | | |

| Dirigido a:Clerk's Office, U.S. District Court | Número de Teléfono: (787) 772-3000 |

U.S. District Court for the District of Puerto Rico
Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardón Ave., Hato Rey, PR

| Recibido por: | Fecha: | Hora: |

| ✓ | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | Otros |

**INSTRUCCIONES ESPECIALES:** Realizar pago y radicar Pro Hac Vice de Elliot R. Stevens y traer recibo y copia ponchada.  Gracias!
Se incluye cheque #69667 de $300.00.

*Tiempo de Espera 25 minutos*

### PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA

| EXPRESS DELIVERY SERVICE | Núm. Teléfono: 787-630-4397 | Cargo: $0.00  *$9.00 |

## O'NEILL & BORGES

### SOLICITUD DE SERVICIO DE MENSAJERIA

| # | 15595 T-53430 | Solicitado por: PEREZ REFOJOS, DANIEL J. | | Fecha: 09/11/2020 |

| Número de Teléfono: (787) 282-5734 | Núm. de Cliente: p1701-0 |

| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE COMMONWEALTH OF PR TITLE III |
| Por :Ivette Morales | | | | | | | | | |

| Dirigido a:Clerk's Office, U.S. District Court | Número de Teléfono: (787) 772-3000 |

U.S. District Court for the District of Puerto Rico
Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardón Ave., Hato Rey, PR

| Recibido por: | Fecha: | Hora: |

| ✓ | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | Otros |

**INSTRUCCIONES ESPECIALES:** Realizar pago y radicar Pro Hac Vice de Elliot R. Stevens y traer recibo y copia ponchada.  Gracias!
Se incluye cheque #69667 de $300.00.

### PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA

| EXPRESS DELIVERY SERVICE | Núm. Teléfono: 787-630-4397 | Cargo: $0.00  *$9.00 |



**CourtSolutions Receipt**

Case Name: In re The Financial Oversight and Management Board for Puerto Rico.
Case Number: 17-3283
Judge: Laura Swain
Date and Time of Hearing: 9/16/2020 9:30 AM EST

**Billing Information**
Hermann Bauer
O'Neill & Borges LLC
Apt 2-A, 1115 Piccioni St., San Juan, PR 00907, United States
hermann.bauer@oneillborges.com

**Total: $70.00**
**CC Number: XXXX4004**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will
not incur any additional charges as long as you reuse this same reservation. The reservation
works the entire calendar day. If the hearing is continued to another day, you need to make
a new reservation and will be subject to a new fee.

Date/Time: 9/16/2020 9:26:17 AM



## CourtSolutions Receipt

Case Name: In re The Financial Oversight and Management Board for Puerto Rico.
Case Number: 17-3283
Judge: Laura Swain
Date and Time of Hearing: 9/16/2020 9:30 AM EST


**Billing Information**
Hermann Bauer
O'Neill & Borges LLC
Apt 2-A, 1115 Piccioni St., San Juan, PR 00907, United States
hermann.bauer@oneillborges.com

**Total: $70.00**
**CC Number: XXXX4004**

## Thank you for using CourtSolutions!

Please note that you can join and rejoin this call with this judge multiple times today and will
not incur any additional charges as long as you reuse this same reservation. The reservation
works the entire calendar day. If the hearing is continued to another day, you need to make
a new reservation and will be subject to a new fee.

Date/Time: 9/16/2020 9:26:17 AM



# INVOICE

EIN: 66-081-8961

**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan,  00926-6013
Puerto Rico

BILL TO
**O'NEILL & BORGES LLC**
Rebeca Rodriguez
250 Ave. Muñoz Rivera, Ste. 800
San Juan,  00918-1813
Puerto Rico

787-764-8181 ext. 1249
rebeca.rodriguez@oneillborges.com

| | |
|---|---|
| **Invoice Number:** | 4754 |
| **Invoice Date:** | September 9, 2019 |
| **Payment Due:** | October 9, 2019 |
| **Amount Due (USD):** | **$221.90** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Traducción**<br>Caso: JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO (Librada Sanz 2)<br><br>Documentos:<br>First Librada Sanz Response<br>Second Librada Sanz Response<br><br>**Traducción expedita | 1123 | $0.19 | $213.37 |

| | |
|---|---|
| **Subtotal:** | $213.37 |
| Sales Tax  4%: | $8.53 |
| **Total:** | $221.90 |
| **Amount Due (USD):** | **$221.90** |

```
Court Name: District Court
Division: 1
Receipt Number: PRX100072286
Cashier ID: arodriou
Transaction Date: 09/11/2020
Payer Name: BAUER, HERMANN D
-----------------------------------
PRO HAC VICE
 For: BAUER, HERMANN D
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL & BORGES
 Check/Money Order Num: 69667
 Amt Tendered:  $300.00
-----------------------------------
Total Due:        $300.00
Total Tendered: $300.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF ELLIOT
R. STEVENS
THRU: BAUER, HERMANN D.
```

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 09/08/2020 | PRO HAC VICE FOR | ELLIOT R. STEVENS | 300.00 |

| CHECK DATE | CHECK NUMBER | | TOTAL |
|------------|--------------|---|-------|
| 09/08/2020 | 000069667 | | 300.00 |

DOCUMENT CONTAINS INVISIBLE FLUORESCENT FIBERS AND CHEMICAL REACTIVE PROPERTIES.   SECURE   PAPER CONTAINS TONER ADHESION PROTECTION, AND A METALLIC HOLOGRAM.

**O'NEILL & BORGES** LLC
250 MUNOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PUERTO RICO 00918-1813

Banco
Santander
Puerto Rico

69667

101-234-215

| | CHECK NO. | CHECK DATE | VENDOR NO. |

PAY   *Three Hundred and 00/100 Dollars*

CHECK AMOUNT

000069667   09/08/2020   ********300.00

TO THE ORDER OF:   **CLERK'S OFFICE - US DISTRICT COURTS**

AUTHORIZED SIGNATURE

⑈069667⑈ ⑆021502341⑆ 009⑈259860⑈

2020 SEP 11 AM 9:26
RECEIVED & FILED
U.S. DISTRICT COURT

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: BANK ACCOUNTS ANALYSIS**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 380588
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 3**

**RE: BANK ACCOUNTS ANALYSIS**

| | |
|---|---:|
| Total Professional Services | $ 1,510.00 |
| Less Discount | $ -151.00 |
| Net Professional Services | $ 1,359.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,359.00** |

Electronic Invoice

IN ACCOUNT WITH

254 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 3**
**RE:  BANK ACCOUNTS ANALYSIS**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | HDB | 221 | Review query by L. Stafford regarding discovery on cash balance analysis. | .30 | 305.00 | 91.50 |
| 9/10/20 | HDB | 210 | Review e-mail by J. Burr regarding restricted accounts at PRIDCO. (.2) Draft e-mail regarding same to M. Marichal. (.1) | .30 | 305.00 | 91.50 |
| 9/10/20 | HDB | 210 | Review Cash Report updateas of September 10, 2020. | .30 | 305.00 | 91.50 |
| 9/10/20 | IRH | 210 | Review of supporting documentation for bank account x7018 in preparation for response to E&Y inquiry regarding the same. | 1.80 | 170.00 | 306.00 |
| 9/10/20 | IRH | 210 | Draft of response to E&Y regarding bank account x7018 classification. | 1.10 | 170.00 | 187.00 |
| 9/14/20 | HDB | 210 | Review June 30, 2020 Cash Report. | .30 | 305.00 | 91.50 |
| 9/17/20 | HDB | 210 | Review updated cash balance slide deck. | .30 | 305.00 | 91.50 |
| 9/22/20 | HDB | 210 | Revise slide deck by E&Y (J. Santambrogio) regarding cash balances as of 6/30/20. | .30 | 305.00 | 91.50 |
| 9/23/20 | RHM | 210 | Exchange email correspondence with L. Stafford regarding Ambac 2004 request for information on communications relating to cash analysis. | .20 | 225.00 | 45.00 |
| 9/23/20 | RHM | 210 | Conference with J. L. Notario and I. Rodriguez in preparation for conference with L. Stafford, J. Alonzo and M. Dale. | .30 | 225.00 | 67.50 |
| 9/23/20 | JLN | 201 | Participate in call with H. D. Bauer, R. Hernandez and I. Rodriguez to discuss issues related to start of cash analysis. | .30 | 225.00 | 67.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380588                                                        October 5, 2020

| 9/23/20 | IRH | 210 | Teleconference with R. Hernandez, and J. L. Notario to discuss cash analysis request in preparation for Proskauer teleconference. | .30 | 170.00 | 51.00 |
| 9/24/20 | RHM | 210 | Conference with L. Stafford, J. Alonzo, M. Dale, I. Rodriguez, J. L. Notario and H. D. Bauer to discuss cash analysis process and communications with the government relating thereto. | .60 | 225.00 | 135.00 |
| 9/24/20 | IRH | 210 | Teleconference with H. D. Bauer, R. Hernandez, L. Stafford, J. Alonzo, and M. Dale to discuss cash analysis request. | .60 | 170.00 | 102.00 |

TOTAL PROFESSIONAL SERVICES                   $ 1,510.00

Less Discount                                               $ -151.00

NET PROFESSIONAL SERVICES:                   $ 1,359.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |
| RAFAEL HERNANDEZ | 1.10 | 225.00 | 247.50 |
| JOSE L. NOTARIO TOLL | .30 | 225.00 | 67.50 |
| IVETTE RODRIGUEZ | 3.80 | 170.00 | 646.00 |
| **Total** | **7.00** | | **$ 1,510.00** |

**TOTAL THIS INVOICE**                        **$ 1,359.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    380589
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 812**

**RE:  17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

| | |
|---|---|
| Total Professional Services | $ 594.00 |
| | $ -59.40 |
| Net Professional Services | $ 534.60 |
| Total Reimbursable Expenses | $ 1,356.13 |
| **TOTAL THIS INVOICE** | **$ 1,890.73** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 812**
**RE: 17-00278-LTS ATLANTIC MEDICAL CENTER V. COMM. OF P.R.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | CGB | 209 | Review the draft Reply in Support of Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to be filed in Adv. 17-278 and 17-292. | .90 | 330.00 | 297.00 |
| 9/01/20 | HDB | 209 | Revise and sign-off to file draft Reply in Support of Motion to Dismiss Adv. 17-278. | .60 | 305.00 | 183.00 |
| 9/01/20 | DJP | 206 | Analyze the Reply in Support of Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 9/01/20 | DJP | 206 | File the Reply in Support of Commonwealth of Puerto Rico's Motion to Dismiss Consolidated Complaints Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), through the court's electronic filing system. | .20 | 190.00 | 38.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 594.00 |
| | | $ -59.40 |
| NET PROFESSIONAL SERVICES: | | $ 534.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .90 | 330.00 | 297.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **2.10** | | **$ 594.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   380589

October 5, 2020

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 9/04/20 | RITA INV. 4735, CERTIFIED TRANSLATION FOR AMP APPEAL-HDB/CGB | 1,356.13 |

TOTAL REIMBURSABLE EXPENSES          $ 1,356.13

**TOTAL THIS INVOICE**          **$ 1,890.73**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    380590
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2020:

**Client.Matter: P1701 - 816**

**RE:  18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

| | |
|---|---|
| Total Professional Services | $ 10,484.00 |
| | $ -1,048.40 |
| Net Professional Services | $ 9,435.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,435.60** |

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 816**
**RE: 18-00028-LTS COOPERATIVA DE AHORRO V. COMM. OF PR-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | CGB | 209 | Review email from E. Wertheim setting forth query regarding PRUSA (0.1); brief overview of pertinent statutory provision and its interpretative case law (0.4); Draft email in response to E. Wertheim (0.3); coordinate Follow-up research in PRUSA interpretation with A. Velez (0.1). | .90 | 330.00 | 297.00 |
| 9/02/20 | JP | 209 | Research regarding prescriptive period or repose period under PR Uniform Securities Law (.4) and email to C. Garcia, A. Velez and J. Cacho regarding same. (.2) | .60 | 355.00 | 213.00 |
| 9/02/20 | AEV | 202 | Review copy of exhibits to identify cases cited regarding to the Puerto Rico Uniform Security Act (.3) and research related cases from the Supreme Court of Puerto Rico. (2.3) | 2.90 | 175.00 | 507.50 |
| 9/03/20 | CGB | 209 | Review initial analysis by A. Velez regarding scope of PRUSA section 890(e) (.1); Review recent case 202 D.P.R. 630 cited in same (.3). | .50 | 330.00 | 165.00 |
| 9/03/20 | AEV | 202 | Legal research related to Section 890(e) of the Puerto Rico Uniform Security Act, specifically Puerto Rico Supreme Court jurisprudence (.90); Puerto Rico Appellative Court cases (2.40); U.S. District for the District of Puerto Rico (1.0) ; and First Circuit (.60). | 4.90 | 175.00 | 857.50 |
| 9/04/20 | CGB | 209 | Edit draft response prepared by A. Velez regarding scope of PRUSA section 890(e) (0.4); Draft mail to E. Wertheim and J. Richman forwarding same (0.1); Review and respond to email reaction thereto from J. Richman (0.1); coordinate cert. translation of Guadalupe v. Saldana with O. M. Alicea (0.1). | .70 | 330.00 | 231.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380590                                                                                    October 5, 2020

| 9/08/20 | AEV | 202 | Legal research on Puerto Rico Supreme Court jurisprudence regarding prescription and equitable tolling. | 2.90 | 175.00 | 507.50 |
|---------|-----|-----|---|------|--------|--------|
| 9/08/20 | AEV | 202 | Legal research on Puerto Rico District Court case law regarding prescription and equitable tolling. | 2.60 | 175.00 | 455.00 |
| 9/08/20 | AEV | 202 | Legal research on Puerto Rico Appellative Court case law regarding prescription and equitable tolling. | 1.70 | 175.00 | 297.50 |
| 9/09/20 | CGB | 209 | Analyze A. Velez preliminary response to query on estoppel doctrines applicable to the Government (0.2); Draft email to A. Velez setting forth comments to same (0.1). | .30 | 330.00 | 99.00 |
| 9/09/20 | AEV | 202 | Legal research on jurisprudence and case law from Puerto Rico regarding the applicability of the equitable doctrine to the Commonwealth of Puerto Rico (3.80); draft of summary with findings regarding same. (.90) | 4.70 | 175.00 | 822.50 |
| 9/14/20 | CGB | 209 | Review emails from J. Richman and J. Alonzo forwarding queries to address various Puerto Rico law arguments raised in the Plaintiffs opposition to dismissal (0.1); Revise A. Velez's analysis of the equitable tolling issue (0.3); Review the PRSCT opinion in Berrios v. UPR (0.2); Analyze the PRSCT opinion in Figueroa Cancel v. ELA (0.2); Draft email to J. Richman and J. Alonzo setting forth revised legal strategy to address equitable tolling argument in view of same (0.2); Draft email to J.A. Candelaria, C. Marrero and A. Velez to coordinate necessary legal research to address additional Puerto Rico law topics requested by the Proskauer team (0.3). | 1.30 | 330.00 | 429.00 |
| 9/15/20 | CGB | 209 | Review and respond to email from J. Alonzo regarding analysis of the equitable tolling issue. | .20 | 330.00 | 66.00 |
| 9/18/20 | JAC | 202 | Analyze plaintiffs' opposition to FOMB's motion to dismiss to address contract and tort claim issues. | 1.30 | 180.00 | 234.00 |
| 9/18/20 | AEV | 202 | Analyze Opposition to Dismiss  from the plaintiffs to identify the sections and arguments to conduct the research regarding GDB€s role as fiscal agent. | 1.30 | 175.00 | 227.50 |
| 9/19/20 | JAC | 202 | Commence legal research on breach of contract and tort claims under Puerto Rico law, to answer inquiry by Proskauer Rose LLP. | .50 | 180.00 | 90.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380590

October 5, 2020

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/21/20 | CGB | 209 | Tel. Conf. with A. Velez to discuss legal strategies to address queries from Proskauer regarding GDB's role as fiscal agent and duty of loyalty of COSSEC's board members. | .30 | 330.00 | 99.00 |
| 9/21/20 | AEV | 202 | Legal research on the Government Development Bank's enabling law and case law regarding question 1 from Proskauer related to Motion to Dismiss. | 1.90 | 175.00 | 332.50 |
| 9/21/20 | AEV | 202 | Draft answer to question 1 from Proskauer related to Motion to Dismiss regarding the Government Development Bank. | .60 | 175.00 | 105.00 |
| 9/21/20 | AEV | 202 | Analysis of the Public Corporation for the Supervision and Insurance of Cooperatives enabling law in relation to question number 3 from Proskauer regarding Motion to Dismiss and loyalty duties in Puerto Rico. | 2.50 | 175.00 | 437.50 |
| 9/21/20 | AEV | 210 | Tel. Conf. with C. Garcia to discuss guidelines on research related to questions from Proskauer regarding the Government Development Bank and loyalty duty. | .30 | 175.00 | 52.50 |
| 9/22/20 | CGB | 209 | Preliminary review of A. Velez analysis on a director's duty of loyalty (0.3); Coordinate with A. Velez additional research regarding elements of a breach of loyalty claim (0.1). | .40 | 330.00 | 132.00 |
| 9/22/20 | AEV | 202 | Legal research on General Corporate Act of Puerto Rico, jurisprudence and other sources regarding the duty of loyalty in public corporations of the Commonwealth of Puerto Rico (2.80); draft answer to question number 3 from Proskauer related to Motion to Dismiss (.70). | 3.50 | 175.00 | 612.50 |
| 9/24/20 | CGB | 209 | Analyze Rivera v First Bank PRSCT opinion (0.3); Analyze duty of loyalty allegations in Plaintiff's opposition to dismissal (0.1); Revise the response to the Proskauer team regarding the corporate duty of loyalty in view of the holding in same (0.4). | .80 | 330.00 | 264.00 |
| 9/24/20 | JAC | 202 | Conduct legal research on causes of action based on coercion (1.3) and commence to draft email to C. Garcia regarding research findings (0.2). | 1.50 | 180.00 | 270.00 |
| 9/24/20 | AEV | 202 | Legal research on corporate treaties and jurisprudence regarding elements required on a loyalty duty claim (3.0); edit response to question number 3 of Proskauer to include new information analyzed (.90) | 3.90 | 175.00 | 682.50 |

O'Neill & Borges LLC

Bill #:  380590                                                                    October 5, 2020

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/25/20 | CGB | 209 | Review draft motion for extension of time forwarded by G. Ramos (0.1); Email exchange with J. Richman regarding same (0.1); Tel. Conf. with J.P. Gauthier regarding same (0.2). | .40 | 330.00 | 132.00 |
| 9/25/20 | JAC | 213 | Edit draft email discussing research findings on causes of action based on coercion. | .90 | 180.00 | 162.00 |
| 9/28/20 | CGB | 209 | Review J.A. Candelaria analysis of the role of coercion in the Plaintiffs claims and its implications under Puerto Rico law. | .30 | 330.00 | 99.00 |
| 9/29/20 | CGB | 209 | Revise answers to Proskauer queries on PR-RICO drafted by C. Marrero (0.3); Draft email to J. Richman and other Proskauer team members forwarding same (0.1). | .40 | 330.00 | 132.00 |
| 9/29/20 | CGB | 209 | Email exchange with J. Richman and J. Alonzo regarding options to replace former FOMB members from the case caption (0.3); Review email from M. Palmer regarding the composition of the COSSEC Board (0.1); Draft email to M. Palmer responding to query regarding same (0.2). | .60 | 330.00 | 198.00 |
| 9/29/20 | JAC | 202 | Conduct legal research on unjust enrichment arguments (1.9) and draft email to C. Garcia to address inquiry by Proskauer Rose LLP related to the matter (0.5). | 2.40 | 180.00 | 432.00 |
| 9/29/20 | CIM | 209 | Draft response to query from J. Richman regarding definition of extortion under Puerto Rico Penal Code. | .70 | 175.00 | 122.50 |
| 9/29/20 | CIM | 209 | Draft response to query from J. Richman regarding case law interpreting the Act Against Organized Crime and Money Laundering of the Commonwealth of Puerto Rico, that involves transactions in marketable securities. | .60 | 175.00 | 105.00 |
| 9/29/20 | CIM | 209 | Draft response to query from J. Richman regarding corollary provision in the Act Against Organized Crime and Money Laundering of the Commonwealth of Puerto Rico, that allows recovery of triple compensation for damages suffered. | .80 | 175.00 | 140.00 |
| 9/29/20 | CIM | 209 | Draft response to query from J. Richman interpreting the Act Against Organized Crime and Money Laundering of the Commonwealth of Puerto Rico, to determine if plaintiffs' allegation of fraud in connection with the offering of the bonds to the Cooperatives satisfies criminal elements of illegal appropriation under PR law. | 2.20 | 175.00 | 385.00 |

O'Neill & Borges LLC

Bill #:  380590                                                          October 5, 2020

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 9/30/20 | JAC | 202 | Finalize research on unjust enrichment arguments (0.3) and revise email to C. Garcia to address inquiry by Proskauer Rose LLP related to the matter (0.2). | .50 | 180.00 | 90.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 10,484.00 |
|  | $ -1,048.40 |
| NET PROFESSIONAL SERVICES: | $ 9,435.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 7.10 | 330.00 | 2,343.00 |
| JULIO PIETRANTONI | .60 | 355.00 | 213.00 |
| JORGE A. CANDELARIA | 7.10 | 180.00 | 1,278.00 |
| MARRERO, CAMILLE I. | 4.30 | 175.00 | 752.50 |
| ASTRID E. VELEZ | 33.70 | 175.00 | 5,897.50 |
| **Total** | **52.80** | | **$ 10,484.00** |

**TOTAL THIS INVOICE**                                         **$ 9,435.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
AMERICAN INTERNATIONAL PLAZA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 380591
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 817**

**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

| | |
|---|---|
| Total Professional Services | $ 183.00 |
| | $ -18.30 |
| | |
| Net Professional Services | $ 164.70 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 164.70** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 817**
**RE: 18-00041-LTS PINTO-LUGO V. USA/FOMB-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/09/20 | HDB | 209 | Review Reply to Objections to R&R by Plaintiffs in ADv. 18-0041. | .60 | 305.00 | 183.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 183.00 |
| | | $ -18.30 |
| NET PROFESSIONAL SERVICES: | | $ 164.70 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| **Total** | **.60** | | **$ 183.00** |

**TOTAL THIS INVOICE** **$ 164.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COMMONWEALTH OF PR TITLE III

October 5, 2020
Bill #: 380592
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 825**

**RE: 18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

| | |
|---|---|
| Total Professional Services | $ 729.00 |
| | $ -72.90 |
| Net Professional Services | $ 656.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 656.10** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 825**
**RE:  18-00090-LTS PPD OFFICIALS V. FOMB, ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/20 | HDB | 209 | Review Statement by the United States not objecting to termination of stay of proceedings in Adv. 18-0090. | .20 | 305.00 | 61.00 |
| 9/11/20 | DJP | 206 | Analyze the Financial Oversight and Management Board for Puerto Rico's Notice of No Opposition to Plaintiffs' Motion to Request Lift of Stay, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 9/11/20 | DJP | 206 | File the Financial Oversight and Management Board for Puerto Rico's Notice of No Opposition to Plaintiffs' Motion to Request Lift of Stay, through the court's electronic filing system. | .10 | 190.00 | 19.00 |
| 9/14/20 | HDB | 209 | Review Order terminating stay of litigation. | .20 | 305.00 | 61.00 |
| 9/15/20 | MMB | 219 | Docket court notice received by email dated September 14, 2020, regarding order dkt. 37, regarding order setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | HDB | 209 | Review Amended Order terminating stay in Adv. 18-0090. | .20 | 305.00 | 61.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 38 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/24/20 | HDB | 209 | Review scheduling proposal by Plaintiffs. (.2) Review and comment the FOMB's proposed scheduling proposal. (.2)  Tel. conf with E. Rodriguez regarding scheduling issues and Joint Motion. (.2) Draft e-mail proposal to E. Rodriguez. (.1) | .70 | 305.00 | 213.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380592                                                                                     October 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/25/20 | HDB | 209 | Revise and sign-off on draft informative motion on scheduling issues. (.2) Exchange e-mails with counsel for plaintiffs concerning draft informative motion and scheduling issues. (.2) E-mail L. Stafford regarding comments to proposed scheduling by counsel for Plaintiffs.(.1) | .50 | 305.00 | 152.50 |
| 9/25/20 | DJP | 206 | Analyze the Joint Status Report to be filed in compliance with court order in Adv. 18-0090. | .30 | 190.00 | 57.00 |
| 9/25/20 | DJP | 206 | File the Joint Status Report in compliance with court order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 729.00 |
| | $ -72.90 |
| NET PROFESSIONAL SERVICES: | $ 656.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **2.80** | | **$ 729.00** |

**TOTAL THIS INVOICE**                                      **$ 656.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
Bill #: 380593
Billing Attorney: CGB

FOMB IN RE COMMONWEALTH OF PR TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2020:

**Client.Matter: P1701 - 834**

**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,414.00 |
| | $ -141.40 |
| Net Professional Services | $ 1,272.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,272.60** |

San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 834**
**RE: 19-00389-LTS COOP. V COSSEC-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/04/20 | CGB | 209 | Email exchange with J. Richman to develop strategy in reaction to Plaintiffs request for AAFAF report. | .20 | 330.00 | 66.00 |
| 9/10/20 | CGB | 209 | Email exchange with G. Ramos regarding video-conference requested by the Plaintiffs and other cooperatives with the FOMB (0.1); Draft email to J. Richman e the same (0.1);Draft mail to FOMB representatives C. Mendez and M. Lopez regarding same (0.1).. | .30 | 330.00 | 99.00 |
| 9/10/20 | CGB | 209 | Email exchange with J. Richman regarding matters discussed with AAFAF and COSSEC representatives regarding initial report required by the Fiscal Plan (0.3); Draft email to L. Marini and J.P. Gauthier to coordinate Tel. Conf. to discuss the same (0.1). | .40 | 330.00 | 132.00 |
| 9/14/20 | CGB | 209 | Tel. Conf. with L. Marini, J.P. Gauthier and J .Richman regarding strategy in response to Plaintiffs request for COSSEC report to the FOMB (0.9); Draft Follow-up mail to L. Marini and J.P. Gauthier forwarding related documents (0.1). | 1.00 | 330.00 | 330.00 |
| 9/17/20 | CGB | 209 | Tel. Conf. with G. Ramos regarding Plaintiffs request to review the Government's report on adequate financing to the FOMB (0.3); Draft proposed email in response to same (0.2); Draft email to L. Marini and J.P. Gauthier forwarding proposed response to G. Ramos for comments (0.1); email exchange with L. Marini, J. Richman and J.P. Gauthier regarding same (0.3); finalize email response to G.. Ramos in view of same (0.1). | 1.00 | 330.00 | 330.00 |

Electronic Invoice

O'Neill & Borges LLC

Bill #:  380593                                                                    October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/21/20 | CGB | 209 | Review G. Ramos email setting forth proposal for a confidentiality agreement prior to access to the adequate funding report (0.1); Email exchange with J. Richman regarding same (0.1); Draft email to J.P. Gauthier and L. Marini regarding Plaintiffs' proposal (0.2). | .40 | 330.00 | 132.00 |
| 9/24/20 | CGB | 209 | Review the Plaintiffs' draft motion for extension of time to amend complaint (0.2); Draft email to G. Ramos regarding same (0.1); Tel. Conf. with J.P. Gauthier regarding same (0.2). | .40 | 330.00 | 132.00 |
| 9/28/20 | CGB | 209 | Review and respond to email from J.P. Gauthier regarding COSSEC's potion on any future extensions. | .10 | 330.00 | 33.00 |
| 9/28/20 | CGB | 209 | Draft Follow-up email to J.P. Gauthier and L. Marini regarding Plaintiffs extension of time and proposal for a confidentiality agreement (0.1); Review and respond to email from L. Marini regarding same (0.1); Draft email to G. Ramos setting forth Defendants view on both topics (0.1). | .30 | 330.00 | 99.00 |
| 9/29/20 | HDB | 209 | Review Motion to Modify Briefing Schedule filed by Plaintiffs. | .20 | 305.00 | 61.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,414.00 |
| | $ -141.40 |
| NET PROFESSIONAL SERVICES: | $ 1,272.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 4.10 | 330.00 | 1,353.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **4.30** | | **$ 1,414.00** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 1,272.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:    380594
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 838**

**RE:  20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 411.00 |
| | $ -41.10 |
| Net Professional Services | $ 369.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 369.90** |

IN ACCOUNT WITH

AVENIDA MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 838**
**RE:  20-00004-LTS FOMB/CW V AMBAC (CCDA BONDS)-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/14/20 | HDB | 209 | Review Sur-reply of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, and The Bank of New York Mellon to Reply Memorandum of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing CCDA Bond Claims. | .60 | 305.00 | 183.00 |
| 9/18/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 99 setting hearing on motions for summary judgment, related deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/20/20 | CGB | 209 | Review the Court Order Regarding Procedures for September 23, 2020, Hearing. | .10 | 330.00 | 33.00 |
| 9/21/20 | GMR | 206 | Review Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS, and exhibits thereto, in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/21/20 | GMR | 206 | File Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS, and exhibits thereto, in Adversary Proceeding No. 20-00004. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380594                                                                                    October 5, 2020

| 9/21/20 | GMR | 206 | Draft email to PrimeClerk in connection with Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS, and exhibits thereto. | .20 | 185.00 | 37.00 |
| 9/21/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain in connection with Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS. | .20 | 185.00 | 37.00 |
| 9/22/20 | DJP | 206 | File the Joint Informative Motion Regarding Argument at September 23, 2020 Hearing on Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS, through the court's electronic filing system in case 20-00004-LTS. | .10 | 190.00 | 19.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 104 setting deadline to file notice of intent to request redaction of transcript of September 23, 2020 hearing, other related deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                              $ 411.00

$ -41.10

NET PROFESSIONAL SERVICES:                               $ 369.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .10 | 330.00 | 33.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| DANIEL J. PEREZ REFOJOS | .10 | 190.00 | 19.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **1.80** | | **$ 411.00** |

O'Neill & Borges LLC

Bill #:  380594

October 5, 2020

**TOTAL THIS INVOICE**                                              **$ 369.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #:  380595
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 839**

**RE:  20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

| | |
|---|---|
| Total Professional Services | $ 731.00 |
| | $ -73.10 |
| Net Professional Services | $ 657.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 657.90** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 839**
**RE: 20-00003-LTS FOMB/CW V AMBAC (POC OBJECTION)-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/14/20 | HDB | 209 | Review the Monoline' Motion to Adjourn Oral Arguments on the Motions for Summary Judgment. (.2) Review Sur-Reply of Ambac Assurance Corporation, Assured Guaranty Corp., and Financial Guaranty Insurance Company in Further Opposition to the Oversight Boards Motion for Partial Summary Judgment Seeking to Disallow Claims Relating to PRIFA Bonds. (.5) Revise and sign-off to file draft opposition to Motion to Adjourn Oral Arguments on the Motions for Summary Judgment. (.3) | 1.00 | 305.00 | 305.00 |
| 9/14/20 | DJP | 210 | Analyze Order Scheduling Briefing of the Monolines' Informative Motion Regarding Summary Judgment Oral Argument. | .20 | 190.00 | 38.00 |
| 9/14/20 | DJP | 206 | Analyze the current draft of the Response and Opposition of the Commonwealth of Puerto Rico, by and Through the Oversight Board, to Defendants' Informative Motion Requesting Submission Without Oral Argument of the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS and Cancellation of the September 23, 2020 Hearing. | .30 | 190.00 | 57.00 |
| 9/15/20 | GMR | 206 | Finalize the Response and Opposition of the Commonwealth of Puerto Rico, by and through the Oversight Board, to Defendants' Informative Motion Requesting Submission without Oral Argument of the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS and Cancellation of the September 23, 2020 Hearing, in anticipation to its filing. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:   380595                                                                    October 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/18/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 106 setting hearing on motions for summary judgment, related deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/21/20 | DJP | 206 | Discuss with D. Munkittrick logistics in connection with the filing of Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS. | .20 | 190.00 | 38.00 |
| 9/21/20 | DJP | 206 | Analyze the Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS, to be filed in 20-00003-LTS, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/21/20 | DJP | 206 | File the Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS, through the court's electronic filing system in case 20-00003-LTS. | .20 | 190.00 | 38.00 |
| 9/21/20 | DJP | 206 | Email correspondence with L. Stafford pertaining to the filing of Joint Informative Motion Regarding Argument at September 23, 2020 Hearing on Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS. | .20 | 190.00 | 38.00 |
| 9/22/20 | DJP | 206 | Analyze the Joint Informative Motion Regarding Argument at September 23, 2020 Hearing on Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/22/20 | DJP | 206 | File the Joint Informative Motion Regarding Argument at September 23, 2020 Hearing on Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS, through the court's electronic filing system in case 20-00003-LTS. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  380595                                                                    October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 111 setting deadline to file notice of intent to request redaction of transcript of September 23, 2020 hearing, other related deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                                $ 731.00

$ -73.10

NET PROFESSIONAL SERVICES:                                $ 657.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.00 | 305.00 | 305.00 |
| DANIEL J. PEREZ REFOJOS | 1.90 | 190.00 | 361.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **3.30** | | **$ 731.00** |

**TOTAL THIS INVOICE**                                **$ 657.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 380596
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 840**

**RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB**

| | |
|---|---|
| Total Professional Services | $ 2,685.00 |
| | $ -268.50 |
| Net Professional Services | $ 2,416.50 |
| Total Reimbursable Expenses | $ 70.00 |
| **TOTAL THIS INVOICE** | **$ 2,486.50** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

Client.Matter: P1701 . 840
RE: 20-00005-LTS FOMB/CW V AMBAC (HTA BONDS)-HDB

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | HDB | 209 | Review Limited Joinder of Official Committee of Unsecured Creditors in Support of Reply Memorandum of the Commonwealth of Puerto Rico, by and Through the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims. | .20 | 305.00 | 61.00 |
| 9/03/20 | PAG | 206 | Draft e-mail to Chambers of Hon. Judge Swain enclosing filed copies of Reply Memorandum of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, In Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, as filed in Adv. Proc. No. 20-0005-LTS at ECF No. 102; Reply to Defendants' Response to the Commonwealth of Puerto Rico's Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing Claims, as filed in Adv. Proc. No. 20-0005-LTS at ECF No. 103; Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), as filed in Adv. Proc. No. 20-0005-LTS at ECF No. 104; and Declaration of Michael A. Firestein in Respect of Objection of The Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board, to Defendants' Request to Stay or Deny Summary Judgment Pursuant to Fed. R. Civ. P. 56(d), as filed in Adv. Proc. No. 20-0005-LTS at ECF No. 105. | .30 | 180.00 | 54.00 |
| 9/08/20 | HDB | 209 | Review DRA Parties' Consensual Application to File a Sur-Reply to the FOMB's Reply. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380596                                                                                    October 5, 2020

| 9/14/20 | HDB | 209 | Revise Defendants' Response to Objection of the Commonwealth of Puerto Rico, by and Though the Financial Oversight and Management Board, to Defendants Request to Stay or Deny Summary Judgment Motion Pursuant to Fed. R. Civ. P. 56(d). (.6) Review the DRA Parties Sur-Reply to The FOMB's Reply In Support of Motion for Partial Summary Judgment. (.3)  Review Sur-reply of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, and the Bank of New York Mellon to Reply Memorandum of the Commonwealth of Puerto Rico, by and Though the Financial Oversight and Management Board, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Partial Summary Judgment Disallowing HTA Bond Claims. (.5) | 1.40 | 305.00 | 427.00 |
| 9/15/20 | HDB | 209 | Review Reply to Response and Opposition of the Commonwealth of Puerto Rico, by and Through the Oversight Board, to the Informative Motion of Ambac Assurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation Regarding Summary Judgment Oral Argument. (.2) Review Order on Hearing on Motion for Summary Judgment Motions. 9.2) | .40 | 305.00 | 122.00 |
| 9/18/20 | MMB | 219 | Docket court notice received by email dated September 16, 2020, regarding order dkt. 120 setting hearing on motions for summary judgment, related deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/19/20 | HDB | 209 | Review e-mail from D. Munkittrick regarding filing of exhibits. (.2) Coordinate logistics. (.2) | .40 | 305.00 | 122.00 |
| 9/21/20 | HDB | 209 | Revise draft informative motion submitting exhibits. (.2)  Review e-mail from D. Munkittrick regarding Chamber's preferences as to filing. (.2) Draft e-mails to G. Miranda and D. Perez regarding filing issues. (.2) | .60 | 305.00 | 183.00 |
| 9/21/20 | PAG | 206 | Review Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS in anticipation of its filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |

O'Neill & Borges LLC

Bill #:  380596

October 5, 2020

| 9/21/20 | PAG | 206 | Review Volumes I, II, and III in support of Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS in anticipation of their filing in Adv. Proc. No. 20-00005-LTS. | .30 | 180.00 | 54.00 |
| 9/21/20 | PAG | 206 | File Informative Motion Regarding Exhibits and Demonstratives in Connection with the Hearing on the Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-00005-LTS and Volumes I, II, and III in support of the same in Adv. Proc. No. 20-00005-LTS. | .20 | 180.00 | 36.00 |
| 9/22/20 | HDB | 209 | Revise and sign-off to file informative motion in connection with September 23 oral arguments. | .20 | 305.00 | 61.00 |
| 9/22/20 | DJP | 206 | File the Joint Informative Motion Regarding Argument at September 23, 2020 Hearing on Commonwealth's Motions for Partial Summary Judgment in Adv. Proc. Nos. 20-00003-LTS, 20-00004-LTS and 20-0005-LTS, through the court's electronic filing system in case 20-00005-LTS. | .10 | 190.00 | 19.00 |
| 9/23/20 | HDB | 209 | Attend Oral Arguments on Motion for Summary Judgment. | 4.60 | 305.00 | 1,403.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 125 setting deadline to file notice of intent to request redaction of transcript of September 23, 2020 hearing, other related deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES         $ 2,685.00

                                    $ -268.50

NET PROFESSIONAL SERVICES:          $ 2,416.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 8.00 | 305.00 | 2,440.00 |
| DANIEL J. PEREZ REFOJOS | .10 | 190.00 | 19.00 |
| PAULA A. GONZALEZ MONTALVO | 1.10 | 180.00 | 198.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380596                                                                October 5, 2020

| | | | |
|---|---|---|---|
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **9.40** | | **$ 2,685.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/23/20 | APPEARANCE FEE FOR THE HEARING ON THE MOTIONS FOR SUMMARY JUDGMENT ON SEPTEMBER 23,2020-HDB | 70.00 |

TOTAL REIMBURSABLE EXPENSES        $ 70.00

**TOTAL THIS INVOICE**        **$ 2,486.50**

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III                    Bill #:   380597
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 842**

**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

| | |
|---|---|
| Total Professional Services | $ 301.50 |
| Less Discount | $ -30.15 |
| Net Professional Services | $ 271.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 271.35** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 842**
**RE:  20-00068-LTS AMBAC V. FOMB-HDB=CGB-DPR-GAM**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/20 | HDB | 209 | Review and respond to E. Barak concerning briefing schedule. (.1) Revise draft Motion for a briefing schedule on the Motion to Dismiss. (.2) | .30 | 305.00 | 91.50 |
| 9/14/20 | HDB | 209 | Review Joint Motion of Ambac Assurance Corporation, the Financial Oversight And Management Board, The United States of America, the Official Committee of Retired Employees of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for an Adjournment of Schedule for the Pending Motion to Dismiss. | .20 | 305.00 | 61.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 15, 2020, regarding order dkt. 43 setting deadline for US to file memorandum of law, other deadlines, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/23/20 | JLN | 201 | Tel. conf. with H. D. Bauer, R. Hernandez, I. Rodriguez, and L. Stafford to discuss origins of cash analysis efforts. | .60 | 225.00 | 135.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 301.50 |
| Less Discount | | $ -30.15 |
| NET PROFESSIONAL SERVICES: | | $ 271.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| JOSE L. NOTARIO TOLL | .60 | 225.00 | 135.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  380597                                                                October 5, 2020

| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
|---|---|---|---|
| **Total** | **1.20** | | **$ 301.50** |

**TOTAL THIS INVOICE**                                   **$ 271.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

American International Plaza, Suite 800
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE:  20-00081-LTS GOV. v FOMB (Law 90)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

Bill #:  380598
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending September 30, 2020:

**Client.Matter: P1701 - 843**

**RE:  20-00081-LTS GOV. v FOMB (Law 90)**

| | |
|---|---|
| Total Professional Services | $ 813.00 |
| | $ -81.30 |
| | |
| Net Professional Services | $ 731.70 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 731.70** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 843**
**RE: 20-00081-LTS GOV. v FOMB (Law 90)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/04/20 | HDB | 209 | Commence review of Motion for Summary Judgment. | 1.60 | 305.00 | 488.00 |
| 9/08/20 | HDB | 209 | Review e-mail from H.Waxman regarding Todd Winter Declaration in support of motion for summary judgment to be filed in Adv. 20-00081. | .20 | 305.00 | 61.00 |
| 9/09/20 | CGB | 209 | Review the Memorandum of Law in Support of Financial Oversight and Management Board for Puerto Rico's Motion for Summary Judgment on All Claims And Counterclaims to be filed in Adv. 20-00081. | .80 | 330.00 | 264.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 813.00 |
|  | $ -81.30 |
| NET PROFESSIONAL SERVICES: | $ 731.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .80 | 330.00 | 264.00 |
| HERMANN BAUER | 1.80 | 305.00 | 549.00 |
| **Total** | **2.60** | | **$ 813.00** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 731.70** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

268 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 380599
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 844**

**RE: 20-00080-LTS GOV. v FOMB (Law 82)**

| | |
|---|---|
| Total Professional Services | $ 1,008.00 |
| | $ -100.80 |
| Net Professional Services | $ 907.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 907.20** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 844**
**RE:  20-00080-LTS GOV. v FOMB (Law 82)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/09/20 | CGB | 209 | Review the Memorandum of Law in Support of Financial Oversight and Management Board for Puerto Rico's Motion for Summary Judgment on All Claims and Counterclaims. | 2.50 | 330.00 | 825.00 |
| 9/09/20 | HDB | 209 | Revise draft Todd Winter Declaration. | .60 | 305.00 | 183.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 1,008.00 |
|--|------------------------------|------------|
|  |  | $ -100.80 |
|  | NET PROFESSIONAL SERVICES: | $ 907.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.50 | 330.00 | 825.00 |
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| **Total** | **3.10** |  | **$ 1,008.00** |

**TOTAL THIS INVOICE**                                  **$ 907.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
Bill #: 380600
Billing Attorney: CGB

FOMB IN RE COMMONWEALTH OF PR TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 845**

**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

| | |
|---|---:|
| Total Professional Services | $ 931.50 |
| Less Discount | $ -93.15 |
| Net Professional Services | $ 838.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 838.35** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 845**
**RE: 20-00082-LTS GOV. v FOMB (Law 138)**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/10/20 | RML | 209 | Review and respond to emails from C. Garcia on MCO's fees and payment to providers. | .30 | 345.00 | 103.50 |
| 9/10/20 | CGB | 209 | Overview of Act 138-2020 (.2); Overview of the FOMB's correspondence with AAFAF regarding Act 138-2020 (0.3); Draft email to R. M. Lázaro to ascertain MCOs operational framework in Puerto Rico (.1); Review response thereto from R. M. Lázaro to ascertain potential impact upon arguments in the Draft motion for summary judgment regarding same (.2). | .80 | 330.00 | 264.00 |
| 9/10/20 | CGB | 209 | Draft follow-up email to R. M. Lazaro regarding potential impact of Act 138-2020 on MCO's current legal structure (.1); Analyze response from R. M. Lázaro to ascertain its impact on legal arguments of the memorandum of law in support of motion for summary judgment (.2); review draft memorandum of law in support of motion for summary judgment in view of same (.2); Draft email forwarding proposed edits to the draft memorandum of law to the Proskauer's E. Jones and other legal team members (.1). | .60 | 330.00 | 198.00 |
| 9/10/20 | HDB | 209 | Revise C. García's edits to draft motion for summary judgment. (.2) Further review of draft Motion for Summary Judgment. (.5) | .70 | 305.00 | 213.50 |
| 9/30/20 | HDB | 209 | Revise Motion for Summary Judgment in connection with Act 138. | .50 | 305.00 | 152.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 931.50 |
| Less Discount | $ -93.15 |
| NET PROFESSIONAL SERVICES: | $ 838.35 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   380600                                                                October 5, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | .30 | 345.00 | 103.50 |
| CARLA GARCIA BENITEZ | 1.40 | 330.00 | 462.00 |
| HERMANN BAUER | 1.20 | 305.00 | 366.00 |
| **Total** | **2.90** | | **$ 931.50** |

**TOTAL THIS INVOICE**                                            **$ 838.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE COMMONWEALTH OF PR TITLE III

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020
FOMB IN RE COMMONWEALTH OF PR TITLE III
Bill #: 380601
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1701 - 846**

**RE: 20-00083-LTS GOV. v FOMB (Law 176)**

| | |
|---|---|
| Total Professional Services | $ 653.00 |
| | $ -65.30 |
| Net Professional Services | $ 587.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 587.70** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1701 . 846**
**RE:  20-00083-LTS GOV. v FOMB (Law 176)**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/08/20 | HDB | 209 | Review e-mails from C. Rogoff and V. Maldonado regarding benefits under Law 176, in connection with summary judgment motion. | .20 | 305.00 | 61.00 |
| 9/29/20 | CGB | 209 | Analyze the Plaintiff's motion for summary judgment on the Act 176 issue (0.3); Draft email to H. D. Bauer regarding Puerto Rico administrative law issue raised in same (0.2). | .50 | 330.00 | 165.00 |
| 9/29/20 | HDB | 209 | Analyze Motion for Summary Judgment filed by AAFAF. (.9)  Review statement of uncontested facts. (.3)  Draft e-mail to C. Garcia regarding research issues under PR Law for opposition. (.2) | 1.40 | 305.00 | 427.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 653.00 |
| | | $ -65.30 |
| NET PROFESSIONAL SERVICES: | | $ 587.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 330.00 | 165.00 |
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| **Total** | **2.10** | | **$ 653.00** |

**TOTAL THIS INVOICE**                          **$ 587.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE