# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-----------------------------------------------------------------------x

## COVER SHEET TO THIRTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,508.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $6,508.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-eighth monthly fee application in these cases.

00772907; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.

_/s/ Jaime A. El Koury_
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.40 | $ 122.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 0.40 | $ 132.00 |
| Rosa M. Lazaro | Member | Corporate | $345.00 | 6.80 | $ 2,346.00 |
| Michelle Marichal | Member | Corporate | $255.00 | 3.30 | $ 841.50 |
| Jorge A. Candelaria | Associate | Litigation | $180.00 | 19.20 | $ 3,456.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | $195.00 | 0.60 | $ 117.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.10 | $ 203.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | | | | | |
| | **Totals** | | | **31.90** | **$ 7,232.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (723.20)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 6,508.80** |

**ERS TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**ERS TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 0.60 | 117.00 |
| 206 | Documents Filed on Behalf of the Board | 1.30 | 264.50 |
| 208 | Satay Matters | 0.20 | 61.00 |
| 219 | Docketing | 0.10 | 14.00 |
| 222 | Claims and Claims Objections | 29.70 | 6,775.50 |
| | | | |
| | | | $ 7,232.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (723.20) |
| | | | |
| | **TOTALS** | **31.90** | $ **6,508.80** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,857.92, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $5,857.92.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772907; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE ERS TITLE III

Bill #:   377360

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 7,232.00 |
| Less Discount | $ -723.20 |
| Net Professional Services | $ 6,508.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,508.80** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/02/20 | HDB | 208 | Review follow-up by C. Lopez Rios regarding stay relief stipulation regarding Zulma Ramos et. al. v. AIREKO Enterprises. (.10) Review response regarding status of Stipulation by C. Velaz and draft e-mail to S. Ma. (.10) | .20 | 305.00 | 61.00 |
| 6/10/20 | HDB | 206 | Revise and sign-off to file draft Urgent Motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof. | .20 | 305.00 | 61.00 |
| 6/10/20 | GMR | 206 | Analyze the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 6/10/20 | GMR | 206 | File the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof in anticipation to its filing. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377360                                                                              July 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/10/20 | GMR | 206 | File the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof in Case No. 17-3566. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing the Urgent motion of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Entry of an Order (A) Extending the Return Date for Filing of Information Forms and (B) Approving Form and Manner of Notice Thereof, as filed in both the CW and ERS dockets, and the proposed order thereto. | .20 | 185.00 | 37.00 |
| 6/12/20 | MMB | 219 | Docket court notice received by email dated June 11, 2020, regarding order dkt. 918 setting deadline for Employee Claimants to submit Information Form with Requested Information - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/17/20 | CGB | 222 | Review email query from J. Sosa regarding Cooperatives claims against ERS and CW arising from ERS employee pledges of ERS contributions (.20); coordinate with R.M. Lázaro pertinent legal research regarding same (.20). | .40 | 330.00 | 132.00 |
| 6/18/20 | RML | 222 | Review issue lien on plan distributions. | .40 | 345.00 | 138.00 |
| 6/19/20 | RML | 222 | Review J. Sosa inquiry on loans from Cooperatives to plan participants. (.50)  Review Omnibus document on Cooperative loans. (.80) Review Loan and assignment documents. (.60) Review ERS and related law provisions on Cooperativas  lien and right , if any, on plan benefits. (.70) Tel. conf. with M. Marichal and J. Candelaria regarding ERS provisions and rights under assignment documents. (.50) | 2.90 | 345.00 | 1,000.50 |

O'Neill & Borges LLC

Bill #:  377360                                                                July 2, 2020

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/19/20 | MMS | 222 | Review email and documents regarding proof of claim on pension plan benefits filed by cooperative. (.60) Discuss issues on assignment with R. M. Lazaro and J. Candelaria. (.40) | 1.00 | 255.00 | 255.00 |
| 6/19/20 | JAC | 222 | Conduct research on loan programs for ERS participants and retirees in order to analyze claim. | 3.70 | 180.00 | 666.00 |
| 6/22/20 | JAC | 222 | Finalize research regarding loan programs for ERS participants and retirees to analyze claim. | 4.30 | 180.00 | 774.00 |
| 6/22/20 | JAC | 222 | Commence to prepare email to answer inquiry by Proskauer Rose LLP regarding ERS loan programs for participants and retirees. | 1.60 | 180.00 | 288.00 |
| 6/23/20 | RML | 222 | Tel. conf. with J. Candelaria regarding research on assignment of certain loans. (.20). Exchange emails with group on research on assignment of Cooperativas loans. (.20) | .40 | 345.00 | 138.00 |
| 6/23/20 | MMS | 222 | Review memo on assignment. (.40) Review issues and legislation regarding nature of claims. (.60) | 1.00 | 255.00 | 255.00 |
| 6/23/20 | JAC | 222 | Analyze pleadings and motion related to Adv. Proc. 19-00028-LTS to continue research on ERS loan programs and provisions. | 2.40 | 180.00 | 432.00 |
| 6/23/20 | JAC | 222 | Commence to review ERS Act legislative history on loan guarantees to analyze claim; (1.40) Conf. with R. M. Lazaro regarding same. (.40) | 1.80 | 180.00 | 324.00 |
| 6/23/20 | JEG | 202 | Obtain Act No. 68 of June 13, 1977. | .30 | 195.00 | 58.50 |
| 6/24/20 | MMS | 222 | Tel. conf. with J. Candelaria to discuss legislation and analysis of nature of claims. | .60 | 255.00 | 153.00 |
| 6/24/20 | JAC | 222 | Tel. conf. with M. Marichal regarding strategy for analysis of claims related to the ERS loan program. | .60 | 180.00 | 108.00 |
| 6/24/20 | JEG | 202 | Conduct research regarding the legislative history Act No. 68 of June 13, 1977. | .30 | 195.00 | 58.50 |
| 6/25/20 | JAC | 222 | Review prior research on ERS Act loan provisions. | .40 | 180.00 | 72.00 |
| 6/25/20 | JAC | 222 | Finalize analysis of ERS' participants and retirees loan provisions in ERS Act. | .60 | 180.00 | 108.00 |
| 6/26/20 | RML | 222 | Review issue regarding loans by Cooperativas to plan participants and Cooperativas rights. | .40 | 345.00 | 138.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377360

July 2, 2020

| Date | Atty | Task | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/26/20 | MMS | 222 | Review draft of email regarding the rights of the cooperative lending institutions under the ERS Act in connection with claims filed against ERS and the Commonwealth. | .70 | 255.00 | 178.50 |
| 6/26/20 | JAC | 222 | Finalize answer to inquiry by Proskauer Rose LLP regarding ERS Act loan provisions for participants and retirees. | .60 | 180.00 | 108.00 |
| 6/26/20 | JAC | 222 | Conduct research on assignment of rights under Puerto Rico law. | 3.10 | 180.00 | 558.00 |
| 6/29/20 | RML | 222 | Review analysis  and response to Proskauer inquiry on right of Cooperativas due to loans to plan participants. | 1.50 | 345.00 | 517.50 |
| 6/30/20 | RML | 222 | Analyze response to inquiry on Cooperativa rights to retirement benefits. (.80) Draft email to J. Sosa regarding Cooperativa rights to retirement benefits due to loans to participants. (.30) | 1.20 | 345.00 | 414.00 |
| 6/30/20 | JAC | 222 | Draft email to R. M. Lazaro regarding inquiry by Proskauer Rose LLP on ERS Act loan provisions. | .10 | 180.00 | 18.00 |

TOTAL PROFESSIONAL SERVICES                $ 7,232.00

Less Discount                                              $ -723.20

NET PROFESSIONAL SERVICES:               $ 6,508.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 6.80 | 345.00 | 2,346.00 |
| CARLA GARCIA BENITEZ | .40 | 330.00 | 132.00 |
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| MICHELLE MARICHAL SODERBERG | 3.30 | 255.00 | 841.50 |
| JORGE A. CANDELARIA | 19.20 | 180.00 | 3,456.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| GONZALEZ ALDARONDO, JOSUE E. | .60 | 195.00 | 117.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **31.90** | | **$ 7,232.00** |

**TOTAL THIS INVOICE**                          **$ 6,508.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

## COVER SHEET TO THIRTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2020 through July 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,916.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,916.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-ninth monthly fee application in these cases.

00778115; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.




/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 9th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.20 | $ 61.00 |
| Rosa M. Lazaro | Member | Corporate | $345.00 | 3.10 | $ 1,069.50 |
| Michelle Marichal | Member | Corporate | $255.00 | 2.70 | $ 688.50 |
| Ublado Fernandez | Jr. Member | Litigation | $220.00 | 0.50 | $ 110.00 |
| Jorge A. Candelaria | Associate | Litigation | $180.00 | 6.00 | $ 1,080.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.10 | $ 203.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ 28.00 |
| | | | | | |
| | **Totals** | | | **13.80** | **$ 3,240.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (324.05)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,916.45** |

**ERS TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**ERS TITLE III**

**Summary of Legal Fees for the Period  July 1 through July 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.10 | 203.50 |
| 207 | Non-Board Court Filings | 0.20 | 61.00 |
| 219 | Docketing | 0.20 | 28.00 |
| 222 | Claims and Claims Objections | 11.80 | 2,838.00 |
| 224 | Fee Applications O&B | 0.50 | 110.00 |
| | | | $    3,240.50 |
| | **Less: 10% Courtesy Discount** | | $      (324.05) |
| | **TOTALS** | 13.80 | $    2,916.45 |

00778115; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,624.81, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,624.81.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00778115; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE ERS TITLE III

Bill #:   377455
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**



| | |
|---|---:|
| Total Professional Services | $ 3,240.50 |
| Less Discount | $ -324.05 |
| | |
| Net Professional Services | $ 2,916.45 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,916.45** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/20 | UMF | 224 | Draft thirty-fifth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of the ERS. | .30 | 220.00 | 66.00 |
| 7/03/20 | UMF | 224 | Draft thirty-sixth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of the ERS. | .20 | 220.00 | 44.00 |
| 7/10/20 | MMB | 219 | Telephone conference with clerk from the court of Guayama regarding recent activity in case G JV2012-0011, procedure to request copy of judicial record, as requested by A. Hernández. | .20 | 140.00 | 28.00 |
| 7/13/20 | RML | 222 | Review and analyzed additional inquiries from J. Sosa on debtor obligations under Cooperativas loans. (0.4) Tel. conf. with J. Candelaria and M. Marichal regarding responses to various inquiries on Cooperativa loans and debtors' obligations. (0.5) | .90 | 345.00 | 310.50 |
| 7/13/20 | MMS | 222 | Review email regarding ERS claims related research (0.3). Discuss participant's rights under ERS plan and issues regarding assignment of rights under the law with R. M. Lazaro and J. Candelaria (0.5). Review Act 106-2017 regarding loan provisions (0.2). | 1.00 | 255.00 | 255.00 |
| 7/13/20 | JAC | 222 | Analyze inquiry by Proskauer Rose LLP regarding credit union loan documents. | .80 | 180.00 | 144.00 |
| 7/13/20 | JAC | 222 | Conduct research on retirement systems loan program legislation (0.5); Tel. conf. with M. Marichal and R. Lazaro regarding participant's rights under ERS plan (0.5). | 1.00 | 180.00 | 180.00 |

O'Neill & Borges LLC

Bill #:  377455                                                                                          August 5, 2020

| 7/14/20 | JAC | 222 | Finalize research on ERS loan program provisions (1.1), and draft email regarding Proskauer Rose LLP inquiry on credit union loan documents (1.2). | 2.30 | 180.00 | 414.00 |
|---------|-----|-----|---|------|--------|--------|
| 7/15/20 | GMR | 206 | Review the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Ninth Interim Fee Period from Jan. 30, 2020 through May 31, 2020, in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | File the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Ninth Interim Fee Period from Jan. 30, 2020 through May 31, 2020, in Case No. 17-3566. | .20 | 185.00 | 37.00 |
| 7/15/20 | GMR | 206 | Draft email to the Chambers of Hon Laura T. Swain in connection with the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Ninth Interim Fee Period from Jan. 30, 2020 through May 31, 2020, as filed in Cases Nos. 17-3566 and 17-3283. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  377455                                                              August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/15/20 | GMR | 206 | Draft email to PrimeClerk in connection with service of the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Ninth Interim Fee Period from Jan. 30, 2020 through May 31, 2020, as filed in Cases Nos. 17-3566 and 17-3283. | .20 | 185.00 | 37.00 |
| 7/16/20 | JAC | 222 | Finalize answer to inquiry by Proskauer Rose LLP regarding ERS loan program provisions. | .40 | 180.00 | 72.00 |
| 7/16/20 | GMR | 206 | Review the Sixth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico from February 1, 2020 through May 31, 2020 in anticipation to its filing. | .30 | 185.00 | 55.50 |
| 7/21/20 | RML | 222 | Review issue documents (0.6) and response (0.2) to J. Sosa inquiry on rights in connection with payment of loans from pension benefits. | .80 | 345.00 | 276.00 |
| 7/21/20 | MMS | 222 | Review case law (0.4). Revise email to J. Sosa from Proskauer regarding research in connection with claim and rights of credit union to retiree's benefit payment under ERS Act and assignment agreement (0.4). | .80 | 255.00 | 204.00 |
| 7/21/20 | JAC | 222 | Draft email to R. M. Lazaro regarding inquiry by Proskauer Rose LLP on ERS Act loan provisions. | .10 | 180.00 | 18.00 |
| 7/23/20 | HDB | 207 | Review AAFAF's Reply to Claimants' Brief in Opposition to Motions to Dismiss Claimants' Proofs of Claim and Motions for Allowance of Administrative Expense Claims. | .20 | 305.00 | 61.00 |
| 7/28/20 | RML | 222 | Review documents in preparation for call with J. Sosa and L. Stafford on claims of retirement income by Cooperativas. (0.3) Tel. conf. with J. Sosa, L. Stafford, M. Marichal and J. Candelaria regarding rights of Cooperativas over retirement income of ERS plan participants. (0.9). Review follow up information to be provided to Proskauer. (0.2) | 1.40 | 345.00 | 483.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377455                                                          August 5, 2020

| 7/28/20 | MMS | 222 | Tel. call with J Sosa, R. M. Lazaro and J. Candelaria regarding Cooperativa Loan Claims Discussion. | .90 | 255.00 | 229.50 |
| 7/28/20 | JAC | 222 | Prepare for call regarding ERS/credit union claims objections (0.4); call with Proskauer Rose LLP (J. Sosa and L. Stafford), R. M. Lazaro, and M. Marichal, regarding the matter (0.9), and draft follow email to Proskauer Rose LLP with relevant legislation (0.1). | 1.40 | 180.00 | 252.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 3,240.50 |
| Less Discount | $ -324.05 |
| NET PROFESSIONAL SERVICES: | $ 2,916.45 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 3.10 | 345.00 | 1,069.50 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| MICHELLE MARICHAL SODERBERG | 2.70 | 255.00 | 688.50 |
| UBALDO M. FERNANDEZ BARRERA | .50 | 220.00 | 110.00 |
| JORGE A. CANDELARIA | 6.00 | 180.00 | 1,080.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 185.00 | 203.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **13.80** |  | **$ 3,240.50** |

**TOTAL THIS INVOICE**                                    **$ 2,916.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III


Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III


Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FORTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00781211; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2020 through August 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $356.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $356.85 |

This is a:  X  monthly ___ interim ___ final application

This is O&B's fortieth monthly fee application in these cases.

00781211; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 16th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period  August 1 through August 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Rosa M. Lazaro | Member | Corporate | $345.00 | 0.90 | $ 310.50 |
| Jorge A. Candelaria | Associate | Litigation | $180.00 | 0.40 | $ 72.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **1.40** | **$ 396.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (39.65)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 356.85** |

**ERS TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

## ERS TITLE III

### Summary of Legal Fees for the Period  August 1 through August 31, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 219 | Docketing | 0.10 | 14.00 |
| 222 | Claims and Claims Objections | 1.30 | 382.50 |
|  |  |  | $      396.50 |
|  | **Less: 10% Courtesy Discount** |  | $       (39.65) |
|  | **TOTALS** | **1.40** | **$      356.85** |

00781211; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $321.17, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $321.17.

## **Professional Certification**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00781211; 1

# **Exhibit A**

00781211; 1

IN ACCOUNT WITH

...UCCA RIERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
...MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE ERS TITLE III

Bill #:   379014

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 396.50 |
| Less Discount | $ -39.65 |
| Net Professional Services | $ 356.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 356.85** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/11/20 | RML | 222 | Review memorandum from J. Sosa on Cooperativa Loans to plan participants. | .30 | 345.00 | 103.50 |
| 8/11/20 | JAC | 222 | Analyze email by Proskauer Rose LLP regarding credit union loan claims (0.3) and draft email to R. M. Lazaro regarding the same (0.1). | .40 | 180.00 | 72.00 |
| 8/12/20 | RML | 222 | Review and comment on memorandum circulated by J. Sosa of Proskauer regarding rights alleged against ERS or CW by Cooperativas. | .60 | 345.00 | 207.00 |
| 8/31/20 | MMB | 219 | Docket court notice received by email dated August 25, 2020, regarding order dkt. 963 modifying briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 396.50 |
| Less Discount | $ -39.65 |
| NET PROFESSIONAL SERVICES: | $ 356.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | .90 | 345.00 | 310.50 |
| JORGE A. CANDELARIA | .40 | 180.00 | 72.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.40** | | **$ 396.50** |

**TOTAL THIS INVOICE**                     **$ 356.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

           Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

### COVER SHEET TO FORTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2020 through September 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $346.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $346.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-first monthly fee application in these cases.

00818130; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 21st, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 11036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period  September 1 through September 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Ubaldo. M. Fernandez Barrera | Jr. Member | Litigation | $220.00 | 0.80 | $ | 176.00 |
| Daniel J. Perez Refojos | Associate | | $190.00 | 1.10 | $ | 209.00 |
| | **Totals** | | | **1.90** | **$** | **385.00** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(38.50)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **346.50** |

**ERS TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2020**

| Description - Expenses | Amounts | |
|---|---|---|
| | | |
| | | |
| | | |
| **Totals** | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | **$** | **-** |

00818130; 1

**ERS TITLE III**

**Summary of Legal Fees for the Period  September 1 through September 30, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 208 | Stay Matters | 0.30 | 66.00 |
| 224 | Fee Applications O&B | 0.50 | 110.00 |
| 225 | Fee Application Proskauer | 1.10 | 209.00 |
| | | | $   385.00 |
| | **Less: 10% Courtesy Discount** | | $   (38.50) |
| | **TOTALS** | **1.90** | $   346.50 |

00818130; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $311.85, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $311.85.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00818130; 1

# **Exhibit A**

00818130; 1

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

October 5, 2020
Bill #:  380603
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 385.00 |
| Less Discount | $ -38.50 |
| | |
| Net Professional Services | $ 346.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 346.50** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/10/20 | UMF | 208 | Tel. conf. with C. Velaz regarding notice of relief from sty from Interamericas Turnkey Development Co. | .30 | 220.00 | 66.00 |
| 9/14/20 | UMF | 224 | Draft thirty-seventh monthly fee application for May 2020 of O'Neill & Borges in the Title III case of ERS. | .30 | 220.00 | 66.00 |
| 9/14/20 | UMF | 224 | Draft thirty-eighth monthly fee application for June 2020 of O'Neill & Borges in the Title III case of ERS. | .20 | 220.00 | 44.00 |
| 9/18/20 | DJP | 225 | Analyze the Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/18/20 | DJP | 225 | File the Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020, and supporting exhibits, through the court's electronic filing system. | .30 | 190.00 | 57.00 |

O'Neill & Borges LLC

Bill #:  380603                                                                          October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/18/20 | DJP | 225 | Analyze the Notice of Filing of the Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/18/20 | DJP | 225 | File the Notice of Filing of the Ninth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                         $ 385.00

Less Discount                                       $ -38.50

NET PROFESSIONAL SERVICES:                          $ 346.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .80 | 220.00 | 176.00 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 190.00 | 209.00 |
| **Total** | **1.90** | | **$ 385.00** |

**TOTAL THIS INVOICE**                              **$ 346.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE