# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO THIRTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $15,700.05 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $15,700.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-sixth monthly fee application in these cases.

00772905; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 10.00 | $ 3,050.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 0.70 | $ 231.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 3.60 | $ 900.00 |
| Jose L. Notario | Jr. Member | Corporate | $ 225.00 | 8.90 | $ 2,002.50 |
| Amilkar O. Cruz Pastrana | Associate | Corporate | $ 175.00 | 38.60 | $ 6,755.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 7.60 | $ 1,482.00 |
| Alberto Nieves Cubero | Associate | Litigation | $ 180.00 | 14.60 | $ 2,628.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 0.20 | $ 38.00 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 2.20 | $ 330.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.20 | $ 28.00 |
| | | | | | |
| | **Totals** | | | **86.60** | **$ 17,444.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (1,744.45)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 15,700.05** |

**PREPA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2020**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 8.90 | 2,002.50 |
| 202 | Legal Research | 36.20 | 6,550.00 |
| 203 | Hearings and Non-Filed Comm With Court | 0.80 | 244.00 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | 38.00 |
| 209 | Adversary Proceeding | 12.10 | 3,510.00 |
| 210 | Analysis and Strategy | 25.30 | 4,528.50 |
| 219 | Docketing | 0.20 | 28.00 |
| 220 | Translations | 2.20 | 330.00 |
| 222 | Claims and Claims Objections | 0.70 | 213.50 |
| | | | $ 17,444.50 |
| | **Less: 10% Courtesy discount** | | $ (1,744.45) |
| | **TOTALS** | **86.60** | $ 15,700.05 |

00772905; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $14,130.05 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $14,130.05.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772905; 1

# **Exhibit A**

**O'NEILL & BORGES** LLC

July 2, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PREPA TITLE III

Bill #: 376432

Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 723.00 |
| Less Discount | $ -72.30 |
| | |
| Net Professional Services | $ 650.70 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 650.70** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/05/20 | MMB | 219 | Docket court notice received by email dated June 5, 2020, regarding order dkt. 2032 setting deadline to file notice of intent to request redaction of June 3, 2020 hearing transcript, other related deadlines - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/08/20 | HDB | 203 | Review Order granting Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Electric Power Authority for Release of Insurance Proceeds for Earthquake Losses. | .20 | 305.00 | 61.00 |
| 6/08/20 | DJP | 206 | Discuss with A. Bargoot via email logistics in connection with the filing of next round of Omnibus Objections (Substantive) to certain proof of claims. | .20 | 190.00 | 38.00 |
| 6/12/20 | HDB | 222 | Revise draft Two Hundred Twentieth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 222 | Revise draft Two Hundred Twenty-First Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Medicoop Claims that Assert Claims of Zero Dollars against PREPA. | .20 | 305.00 | 61.00 |
| 6/12/20 | HDB | 222 | Revise draft Two Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liability for Bonds Sold by Claimants. | .20 | 305.00 | 61.00 |
| 6/19/20 | HDB | 210 | Review request by the P3 Authority's counsel to have FOMB advisors execute sworn statement. (.10) Revise draft sworn statement. (.10)  Draft e-mail to J. El Koury and others outlining views on request to execute sworn statement. (.10) | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376432                                                                July 2, 2020

| 6/22/20 | HDB | 210 | Review Resolution and Order by PREB approving T&D Contract. | .40 | 305.00 | 122.00 |
| 6/22/20 | HDB | 203 | Review Order authorizing assumption of Eco-Electrica contract. | .60 | 305.00 | 183.00 |
| 6/26/20 | HDB | 222 | Review notice of withdrawal of objection to PREPA Proof of Claim No. 502. | .10 | 305.00 | 30.50 |

TOTAL PROFESSIONAL SERVICES                    $ 723.00

Less Discount                                  $ -72.30

NET PROFESSIONAL SERVICES:                     $ 650.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.20 | 305.00 | 671.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.50** | | **$ 723.00** |

**TOTAL THIS INVOICE**                         **$ 650.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:   376433
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,937.00 |
| Less Discount | $ -193.70 |
| | |
| Net Professional Services | $ 1,743.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,743.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/15/20 | HDB | 209 | Commence review of J. Alameda's expert report in support of the Plaintiffs.  (.80)  Commence review of T. Sanzillo's expert report. (.40) | 1.20 | 305.00 | 366.00 |
| 6/16/20 | HDB | 209 | Further review of José Alameda report. | .40 | 305.00 | 122.00 |
| 6/16/20 | CEG | 209 | Review UTIER first expert report. | 1.20 | 250.00 | 300.00 |
| 6/19/20 | HDB | 209 | Review letter to R.Emmanuelli regarding expert report data and supporting materials. (.20) Review letter from R. Emmanuelli regarding FOMB's experts. (.10) | .30 | 305.00 | 91.50 |
| 6/22/20 | HDB | 209 | Further review of final A. Wolf Expert Report. | .60 | 305.00 | 183.00 |
| 6/23/20 | CEG | 209 | Review UTIER's second expert reports (1.40). Review translation of Law 80-2017 (.20). | 1.60 | 250.00 | 400.00 |
| 6/24/20 | HDB | 209 | Review letter from M. Morris to UTIER regarding discovery of expert data. | .20 | 305.00 | 61.00 |
| 6/24/20 | CEG | 209 | Exchange emails with M. Morris regarding expert report and Law 80-2017. | .30 | 250.00 | 75.00 |
| 6/24/20 | CEG | 209 | Participate in UTIER CBA: OMM/Proskauer/Diaz/O&B call on expert reports. | .50 | 250.00 | 125.00 |
| 6/26/20 | HDB | 209 | Review information required for rebuttal of UTIER's experts. | .20 | 305.00 | 61.00 |
| 6/29/20 | HDB | 209 | Coordinate potential extension of deadlines with R. Emmanuelli; (.20) Draft e-mail to J. Richman regarding same. (.10) | .30 | 305.00 | 91.50 |
| 6/30/20 | HDB | 209 | Draft e-mail to R. Emmanuelli with proposal to modify schedule. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES $ 1,937.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376433                                                                July 2, 2020

Less Discount                                                     $ -193.70

NET PROFESSIONAL SERVICES:                          $ 1,743.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 3.40 | 305.00 | 1,037.00 |
| CARLOS E. GEORGE | 3.60 | 250.00 | 900.00 |
| **Total** | **7.00** | | **$ 1,937.00** |

**TOTAL THIS INVOICE**                                    **$ 1,743.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAS CITYSUITE 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE PREPA TITLE III
Bill #: 376434
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 561.00 |
| Less Discount | $ -56.10 |
| Net Professional Services | $ 504.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 504.90** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/08/20 | CGB | 209 | Review UTIER motion for extension of time to file appellate brief by June 18, 2020 (.20);  Review appellate Court order in Appeal 20-1332 granting extension of time to submit appellate brief (.10). | .30 | 330.00 | 99.00 |
| 6/19/20 | CGB | 209 | Review UTIER's follow-up motion for extension of time to file  appeal brief in Appeal 20-1332. | .20 | 330.00 | 66.00 |
| 6/25/20 | OMA | 220 | As requested by attorney C. E. George, translate into English Law 80-2017.  9 pages; 3,611 words. | 2.20 | 150.00 | 330.00 |
| 6/30/20 | CGB | 209 | Review Appellate order in Appeal 20-1332 setting forth final deadline for appellate brief. | .20 | 330.00 | 66.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 561.00 |
| Less Discount | | $ -56.10 |
| NET PROFESSIONAL SERVICES: | | $ 504.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .70 | 330.00 | 231.00 |
| OLGA M. ALICEA | 2.20 | 150.00 | 330.00 |
| **Total** | **2.90** | | **$ 561.00** |

**TOTAL THIS INVOICE**                    **$ 504.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020
FOMB IN RE PREPA TITLE III

Bill #: 376435
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 136.00 |
| Less Discount | $ -13.60 |
| Net Professional Services | $ 122.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 122.40** |

IN ACCOUNT WITH                                                250 Muñoz Rivera Ave. Suite 800
                                                               San Juan, PR 00918-1813
                                                               Tel. (787) 764-8181
# O'NEILL & BORGES LLC                                         Fax (787) 753-8944

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/02/20 | MMB | 219 | Docket court notice received by email dated June 2, 2020, regarding order dkt. 73 setting deadline to file joint status report, scheduling conference - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 6/09/20 | HDB | 209 | Review query regarding interest rates in Puerto Rico. | .10 | 305.00 | 30.50 |
| 6/11/20 | HDB | 209 | Revise draft memorandum on accrual of interest to respond to queries by P. Possinger and M. Rosenthal. | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 136.00 |
| Less Discount | | $ -13.60 |
| NET PROFESSIONAL SERVICES: | | $ 122.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.50** | | **$ 136.00** |

**TOTAL THIS INVOICE**                                                **$ 122.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

July 2, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

July 2, 2020
Bill #: 376436
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 14,087.50 |
| Less Discount | $ -1,408.75 |
| Net Professional Services | $ 12,678.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,678.75** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/10/20 | HDB | 209 | Review discovery materials delivered by E. Corretjer. (.30) Review e-mails by C. Febus. (.10) and L. Stafford (.20) regarding discovery issues and open procedural issues. | .60 | 305.00 | 183.00 |
| 6/10/20 | HDB | 209 | Coordinate transfer of pre-Title 3 discovery materials from PREPA. | .30 | 305.00 | 91.50 |
| 6/11/20 | HDB | 209 | Review additional discovery materials provided by E. Corretjer. (.30) Draft e-mail regarding same to L. Stafford and C. Febus. (.10). Review analysis of Vitol's earlier motion for summary judgment and issues therein. (.40) | .80 | 305.00 | 244.00 |
| 6/11/20 | JLN | 201 | Review email and documents from H. D. Bauer regarding summary judgment motion. | .50 | 225.00 | 112.50 |
| 6/11/20 | ACP | 202 | Review outline of PREPA's Motion for Summary Judgment regarding Law 458 and the outline of PREPA and Vitol Claims and Defenses. | 2.00 | 175.00 | 350.00 |
| 6/12/20 | ACP | 210 | Review outline of PREPA's Motion for Summary Judgment Regarding Law 458 and the outline of PREPA and Vitol Claims and Defenses. (2.00); Draft table regarding research topics identified in the outline of PREPA's Motion for Summary Judgment to coordinate legal research process. (2.60) | 4.60 | 175.00 | 805.00 |
| 6/17/20 | HDB | 209 | Review e-mail from E. Corretjer. (.10)  Review report by Torres CPA of fuel deliveries and payments. (.30)  Draft e-mail to L. Stafford and C. Febus regarding Torres CPA analysis of fuel deliveries payments and retention. (.20) Follow-up with O&B team on legal research to support motion for summary judgment. (.20) Initial review of document production delivered by E. Corretjer. (.40) | 1.20 | 305.00 | 366.00 |

O'Neill & Borges LLC

Bill #:  376436

July 2, 2020

| 6/17/20 | JLN | 201 | Analyze outlines with pending inquiries regarding summary judgment motion. | 1.10 | 225.00 | 247.50 |
|---|---|---|---|---|---|---|
| 6/17/20 | AON | 202 | Coordinate with J. Notario to discuss request from client to perform research on Law 458, internal affairs doctrine, alter ego, misappropriation and use of public funds. | .50 | 180.00 | 90.00 |
| 6/18/20 | HDB | 209 | Review additional discovery delivered materials by E. Corretjer on June 18. | .30 | 305.00 | 91.50 |
| 6/18/20 | ACP | 210 | Review Law 458 to the determine the outline to case strategy. (2.20); Research regarding what constitutes aggravated misappropriation and the meaning of fraud, embezzlement or misappropriation of public funds, in the context of Law 458 and Puerto Rico Penal Code. (4.80) | 7.00 | 175.00 | 1,225.00 |
| 6/19/20 | JLN | 201 | Tel. conf. with J. Gonzalez, A. Nieves and A. Cruz to discuss status of current research and pending additional topics. (.50) Analyze various pending issues regarding remaining questions regarding Summary Judgment Motion. (.60) | 1.10 | 225.00 | 247.50 |
| 6/19/20 | AON | 202 | Tel. conf. with J. Notario, A. Cruz, and J. Gonzalez to discuss progress on the Vitol case research request on internal affairs doctrine, law 458, alter ego. | .50 | 180.00 | 90.00 |
| 6/19/20 | AON | 202 | Research case law on the figure of internal affairs doctrine, shareholder's liability, and its use by Puerto Rico courts. | 2.80 | 180.00 | 504.00 |
| 6/19/20 | AON | 202 | Research PR Law 458 and case law on the topic of piercing corporate veils to impose liability. | 2.60 | 180.00 | 468.00 |
| 6/19/20 | ACP | 202 | Call with J. Notario, J. González and A. O. Nieves Cubero to discuss research on PREPA and Vitol claims and defenses (.50); Research case law regarding the alter ego of a juridical person and cases on null and void contracts under Law 458. (8.00) | 8.50 | 175.00 | 1,487.50 |
| 6/19/20 | JEG | 202 | Conduct research regarding English version of Act 458-2000 statement of motives. (.60)  Review Statement of Motives of Act 2-2018 (Anti-corruption Code) regarding its relationship with the statement of motives of Act 458-2000. (.40) | 1.00 | 195.00 | 195.00 |

O'Neill & Borges LLC

Bill #:  376436                                                                                                July 2, 2020

| 6/19/20 | JEG | 202 | Conduct research regarding Puerto Rico Supreme Court cases related to government contracts, Act 458-2000, and unjust enrichment. | 1.90 | 195.00 | 370.50 |
|---|---|---|---|---|---|---|
| 6/19/20 | JEG | 210 | Discuss scope of research regarding Vitol case, with J. Notario, A. Nieves and A. Cruz. | .50 | 195.00 | 97.50 |
| 6/19/20 | JEG | 202 | Analyze Marina Costa Azul v. Comisión de Seguridad, 170 D.P.R. 847. (.60). Analyze Municipio de Quebradillas v. Corporación de Salud de Lares, 180 D.P.R. 1003. (.70). Analyze Jaap Corporation v. Departamento de Estado, 187 D.P.R. 730. (.50) | 1.80 | 195.00 | 351.00 |
| 6/19/20 | JEG | 202 | Analyze Rodriguez Ramírez v. Estado Libre Asociado, 190 D.P.R. 448. | .50 | 195.00 | 97.50 |
| 6/21/20 | ACP | 202 | Legal Research null ab initio contracts under Civil Code of Puerto Rico and alter ego of a juridical person in the context of Law 458 cases in the Federal District Court for Puerto Rico. | 4.00 | 175.00 | 700.00 |
| 6/22/20 | AON | 202 | Draft memo section on research performed to validate that Puerto Rico courts do follow the internal affairs doctrine when piercing the corporate veil. | 3.70 | 180.00 | 666.00 |
| 6/22/20 | AON | 202 | Draft memo section on the alter ego figure when piercing a corporate veil, as well as its application by Puerto Rico courts with special focus on Law 258-2000 and misappropriation of public funds. | 2.40 | 180.00 | 432.00 |
| 6/22/20 | AON | 202 | Draft memo section the interpretation of Article 1227 of the Civil Code regarding contracts with unlawful cause and its application to the Vitol case. | 1.50 | 180.00 | 270.00 |
| 6/22/20 | ACP | 210 | € Draft memorandum regarding what constitutes aggravated misappropriation and the meaning of fraud, embezzlement or misappropriation of public funds, in the context of Law 458 and Puerto Rico Penal Code on PREPA and Vitol case. (5.00) Draft memorandum regarding case law about the alter ego of a juridical personin the context of Law 458 on PREPA and Vitol case. (6.40) _____ _____ | 11.40 | 175.00 | 1,995.00 |
| 6/22/20 | JEG | 202 | Draft answers to inquiries regarding unjust enrichment doctrine, to be included in memorandum about Law 458-2000. | 1.90 | 195.00 | 370.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376436                                                                                July 2, 2020

| Date | Init | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/23/20 | HDB | 209 | Revise draft memorandum on Law 458-2000 and relevant case law. | .80 | 305.00 | 244.00 |
| 6/23/20 | JLN | 201 | Work on revisions to memorandum. (1.40) Additional research regarding Outstanding issues regarding Summary Judgment motion. (.80) | 2.20 | 225.00 | 495.00 |
| 6/24/20 | JLN | 201 | Analyze inquiries regarding summary judgment motion. (2.20)  Prepare additional revisions to memorandum. (.90) Draft appendixes to memorandum. (.30) | 3.40 | 225.00 | 765.00 |
| 6/25/20 | JLN | 201 | Final edits to memorandum addressing summary judgment arguments pursuant to comments received from A. Cruz and A. Nieves. | .60 | 225.00 | 135.00 |
| 6/25/20 | AON | 202 | Revise draft memo on Law 458 and piercing of corporate veil to address comments by H. Bauer and J. Notario. | .60 | 180.00 | 108.00 |
| 6/29/20 | ACP | 210 | Analyze Secretary of Justice Opinion 2009-06 regarding Law 458 and its requirement forbidding contracts to legal entities whose officers have been convicted or found guilty of certain crimes. | 1.10 | 175.00 | 192.50 |

TOTAL PROFESSIONAL SERVICES                          $ 14,087.50

Less Discount                                                     $ -1,408.75

NET PROFESSIONAL SERVICES:                          $ 12,678.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.00 | 305.00 | 1,220.00 |
| JOSE L. NOTARIO TOLL | 8.90 | 225.00 | 2,002.50 |
| ALBERTO NIEVES CUBERO | 14.60 | 180.00 | 2,628.00 |
| AMILKAR O. CRUZ PASTRANA | 38.60 | 175.00 | 6,755.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 7.60 | 195.00 | 1,482.00 |
| **Total** | **73.70** | | **$ 14,087.50** |

**TOTAL THIS INVOICE**                                      **$ 12,678.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

------------------------------------------------------------------x

## COVER SHEET TO THIRTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00778118; 1

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2020 through July 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,580.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $5,580.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-seventh monthly fee application in these cases.

00778118; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 9th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  July 1 through July 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 9.00 | $ | 2,745.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 0.30 | $ | 99.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | $ 220.00 | 0.60 | $ | 132.00 |
| Jose L. Notario | Jr. Member | Corporate | $ 225.00 | 1.40 | $ | 315.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 1.40 | $ | 273.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 2.10 | $ | 388.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 4.50 | $ | 855.00 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 9.10 | $ | 1,365.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.20 | $ | 28.00 |
| | **Totals** | | | **28.60** | **$** | **6,200.50** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(620.05)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **5,580.45** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  July 1 through July 31, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | | | |
| | **Totals** | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 0.30 | 67.50 |
| 202 | Legal Research | 1.40 | 273.00 |
| 203 | Hearings and Non-Filed Comm With Court | 0.20 | 61.00 |
| 206 | Documents Filed on Behalf of the Board | 8.50 | 1,823.00 |
| 207 | Non-Board Court Filings | 2.10 | 640.50 |
| 209 | Adversary Proceeding | 1.50 | 465.00 |
| 210 | Analysis and Strategy | 1.20 | 366.00 |
| 212 | General Administration | 0.20 | 61.00 |
| 219 | Docketing | 0.20 | 28.00 |
| 220 | Translations | 9.10 | 1,365.00 |
| 221 | Discovery/2004 Examinations | 0.80 | 244.00 |
| 222 | Claims and Claims Objections | 2.10 | 552.50 |
| 223 | Assumption and Rejection of Leases | 0.40 | 122.00 |
| 224 | Fee Applications O&B | 0.60 | 132.00 |
| | | | |
| | | | $  6,200.50 |
| | | | |
| | Less: 10% Courtesy discount | | $  (620.05) |
| | | | |
| | **TOTALS** | **28.60** | $  5,580.45 |

00778118; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,022.41 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $5,022.41.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00778118; 1

# **Exhibit A**

IN ACCOUNT WITH

...MERCANTIL PLAZA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

American International Plaza, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE PREPA TITLE III

August 5, 2020
Bill #:   377919
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 3,611.50 |
| Less Discount | $ -361.15 |
| Net Professional Services | $ 3,250.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,250.35** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/20 | HDB | 207 | Review Disclosure Statement Verified Statement of the Ad Hoc Group of Fuel Line Lenders Pursuant to Federal Rule of Bankruptcy Procedure 2019. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 207 | Review Notice of Appeal by UTIER regarding Order granting motion to assume Eco-Electrica Contract. | .20 | 305.00 | 61.00 |
| 7/03/20 | HDB | 207 | Review 2019 Statement by Ad-Hoc Group of PREPA Bondholders. | .20 | 305.00 | 61.00 |
| 7/03/20 | UMF | 224 | Draft thirty-third monthly fee application for March 2020 of O'Neill & Borges in the Title III case of PREPA. | .30 | 220.00 | 66.00 |
| 7/03/20 | UMF | 224 | Draft thirty-fourth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of PREPA. | .30 | 220.00 | 66.00 |
| 7/06/20 | DJP | 206 | Analyze current draft of the PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-end Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with Luma Energy. | .40 | 190.00 | 76.00 |
| 7/07/20 | HDB | 206 | Revise draft Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. (0.8) Revise draft statement in support by O. Marrero. (0.3) Review comments to draft by LUMA's counsel. (0.2) | 1.30 | 305.00 | 396.50 |
| 7/07/20 | HDB | 223 | Revise draft Motion to Reject certain power purchase agreements to be determined by PREPA. | .40 | 305.00 | 122.00 |

O'Neill & Borges LLC

Bill #:  377919                                                                                        August 5, 2020

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/07/20 | GMR | 206 | File PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 7/07/20 | GMR | 206 | Draft email to Chambers of the Hon. Laura T. Swain enclosing proposed order in WORD format in connection with PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, as filed in Case Nos. 17-4780 and 17-3283. | .20 | 185.00 | 37.00 |
| 7/07/20 | GMR | 206 | Exchange emails with PrimeClerk regarding service in connection with PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, as filed in Case Nos. 17-4780 and 17-3283. | .20 | 185.00 | 37.00 |
| 7/08/20 | HDB | 210 | Review issues regarding UTIER intervention regarding LUMA Contract approval process. | .30 | 305.00 | 91.50 |
| 7/08/20 | HDB | 212 | Exchange messages with counsel for PREB regarding meeting concerning contract rejection motion. (0.1) Exchange e-mails with P. Possinger regarding proposed meeting. (0.1) | .20 | 305.00 | 61.00 |
| 7/13/20 | HDB | 206 | Revise draft (0.5) and sign-off (0.1) to file Government Parties' Opposition to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion. | .60 | 305.00 | 183.00 |
| 7/13/20 | HDB | 207 | Analyze Reply in Support of Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for LUMA Energy Administrative Expense Motion. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  377919                                                              August 5, 2020

| 7/13/20 | GMR | 206 | Analyze the Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for Luma Energy Administrative Expense Motion in anticipation to its filing. | .30 | 185.00 | 55.50 |
|---|---|---|---|---|---|---|
| 7/13/20 | GMR | 206 | File the Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for Luma Energy Administrative Expense Motion in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 7/13/20 | GMR | 206 | Draft email to PrimeClerk requesting service of the Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and UTIER to Adjourn Objection Deadline and Hearing Date for Luma Energy Administrative Expense Motion, as filed in the CW and PREPA dockets. | .20 | 185.00 | 37.00 |
| 7/14/20 | HDB | 207 | Review Tradewinds Energy's Objection to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief. | .30 | 305.00 | 91.50 |
| 7/14/20 | HDB | 203 | Review Order setting Luma Administrative Claim Motion briefing schedule. | .20 | 305.00 | 61.00 |
| 7/16/20 | HDB | 207 | Review Motion by EIF Resource Recovery concerning rejection of PPOA. | .30 | 305.00 | 91.50 |
| 7/16/20 | HDB | 210 | Tel. conf. with E. Rodriguez Cardé, P. Possinger and A. Figueroa concerning the rejection of PPOAs. | .90 | 305.00 | 274.50 |
| 7/17/20 | MMB | 219 | Docket court notice received by email dated July 14, 2020, regarding order dkt. 2068 setting deadline to file objections, reply, hearing dates - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 7/20/20 | MMB | 219 | Docket court notice received by email dated July 14, 2020, regarding order dkt. 2017 to adjourn opposition deadline and hearing in connection with urgent motion dkt. 2069 to adjourn objection deadline - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377919                                                                August 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/21/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 and proposed order, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/21/20 | DJP | 206 | File the Certificate of No Objection Regarding Seventh Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 and proposed order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/21/20 | GMR | 206 | Review the First Interim Fee Application of Mckinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from July 1, 2019 through May 31, 2020, in anticipation to its filing. | .40 | 185.00 | 74.00 |
| 7/21/20 | GMR | 206 | File the First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from July 1, 2019 through May 31, 2020, in Case No. 17-3283 (ECF No. 13760). | .20 | 185.00 | 37.00 |
| 7/21/20 | GMR | 206 | File the First Interim Fee Application of Mckinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ( PREPA ) for the Period from July 1, 2019 through May 31, 2020, in Case No. 17-4780 (ECF No. 2085). | .20 | 185.00 | 37.00 |
| 7/24/20 | HDB | 221 | Review discovery requests regarding the Puerto Rico Electric Power Authority's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  377919                                                          August 5, 2020

| 7/28/20 | DJP | 206 | Analyze the Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to Luma Energy Administrative Expense Motion, in anticipation of its filing. | .40 | 190.00 | 76.00 |
|---------|-----|-----|------|-----|--------|-------|
| 7/28/20 | DJP | 206 | File the  Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to Luma Energy Administrative Expense Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/28/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to Luma Energy Administrative Expense Motion. | .10 | 190.00 | 19.00 |
| 7/28/20 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to Luma Energy Administrative Expense Motion. | .10 | 190.00 | 19.00 |
| 7/29/20 | HDB | 207 | Review GS Fajardo Solar's Objection to Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (b) Granting Related Relief. | .30 | 305.00 | 91.50 |
| 7/29/20 | HDB | 221 | Revise joint status report regarding Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .30 | 305.00 | 91.50 |
| 7/29/20 | HDB | 222 | Revise the draft Two Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims and supporting documents. | .30 | 305.00 | 91.50 |
| 7/29/20 | HDB | 222 | Revise the draft Two Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims. | .20 | 305.00 | 61.00 |
| 7/29/20 | HDB | 222 | Revise the Two Hundred Forty-Second Omnibus Objection of the Puerto Rico Electric Power Authority to Partially Satisfied Claims and translation. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  377919                                                                                    August 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/29/20 | DJP | 206 | Analyze order granting the Urgent Unopposed Joint Motion to Adjourn Deadline for Joint Status Report Concerning Discovery Disputes Related to LUMA Energy Administrative Expense Motion. | .20 | 190.00 | 38.00 |
| 7/29/20 | DJP | 206 | Analyze the Joint Status Report to be filed in compliance with court order and in connection with the LUMA Energy administrative expense motion, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 7/29/20 | DJP | 206 | File the Joint Status Report to be filed in compliance with court order and in connection with the LUMA Energy administrative expense motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/31/20 | HDB | 222 | Revise draft Two Hundred Twenty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA Is Not Liable. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 221 | Review Stipulation and Proposed Order in Connection with Discovery Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-end Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .20 | 305.00 | 61.00 |
| 7/31/20 | HDB | 207 | Revise Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .30 | 305.00 | 91.50 |
| 7/31/20 | DJP | 206 | Analyze the Stipulation and (Proposed) Order in Connection with Discovery Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-end Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Stipulation and [Proposed] Order in Connection with Discovery Regarding PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-end Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377919                                                                    August 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/20 | DJP | 206 | Analyze the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 7/31/20 | DJP | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                     $ 3,611.50

Less Discount                                              $ -361.15

NET PROFESSIONAL SERVICES:                      $ 3,250.35

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 7.80 | 305.00 | 2,379.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| DANIEL J. PEREZ REFOJOS | 3.60 | 190.00 | 684.00 |
| GABRIEL MIRANDA RIVERA | 2.10 | 185.00 | 388.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **14.30** | | **$ 3,611.50** |

**TOTAL THIS INVOICE**                          **$ 3,250.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 377920
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 293.00 |
| | $ -29.30 |
| | |
| Net Professional Services | $ 263.70 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 263.70** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/07/20 | HDB | 209 | Follow-up with R. Emmanuelli regarding briefing schedule. (0.1) Review response and draft e-mail to J. Richman. (0.1) Revise draft motion to amend briefing schedule. (0.2) | .40 | 305.00 | 122.00 |
| 7/08/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in 17-00229, in anticipation of filing same through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 7/08/20 | DJP | 206 | Analyze proposed order to be filed together with the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in 17-00229, in anticipation of filing same through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/08/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in 17-00229, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 7/08/20 | DJP | 206 | Analyze order granting the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order in 17-00229. | .20 | 190.00 | 38.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 293.00 |
|--|------------------------------|----------|
|  |  | $ -29.30 |
|  | NET PROFESSIONAL SERVICES: | $ 263.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  377920                                                              August 5, 2020

| | | | |
|---|---|---|---|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| **Total** | **1.30** | | **$ 293.00** |

**TOTAL THIS INVOICE**                                   **$ 263.70**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

August 5, 2020
FOMB IN RE PREPA TITLE III

Bill #:  377921
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

|  |  |
|---|---|
| Total Professional Services | $ 122.00 |
|  | $ -12.20 |
| Net Professional Services | $ 109.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 109.80** |

O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/30/20 | HDB | 209 | Review Memorandum Order Dismissing Second Amended Complaint. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES $ 122.00

$ -12.20

NET PROFESSIONAL SERVICES: $ 109.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.40** | | **$ 122.00** |

**TOTAL THIS INVOICE** $ 109.80

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE PREPA TITLE III
Bill #:  377922
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2020:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 99.00 |
| | $ -9.90 |
| Net Professional Services | $ 89.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 89.10** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/14/20 | CGB | 209 | Review Plaintiffs-Appellants motion for extension of time to file appellate brief in appeal 20-1332. | .10 | 330.00 | 33.00 |
| 7/22/20 | CGB | 209 | Review 1st Circuit Order in Appeal 20-1332 requiring appellant's brief by August 5 or the matter will be dismissed. | .20 | 330.00 | 66.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 99.00 |
|  | $ -9.90 |
| NET PROFESSIONAL SERVICES: | $ 89.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .30 | 330.00 | 99.00 |
| **Total** | **.30** | | **$ 99.00** |

**TOTAL THIS INVOICE**                    **$ 89.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 377923
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1705 - 814**

**RE: 19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 122.00 |
| | $ -12.20 |
| Net Professional Services | $ 109.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 109.80** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/21/20 | HDB | 209 | Revise July 21, 2020 Status Report in 19-00369. | .20 | 305.00 | 61.00 |
| 7/23/20 | HDB | 209 | Review Order on briefing schedule and status report issued in 19-00369. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 122.00 |
| | | $ -12.20 |
| NET PROFESSIONAL SERVICES: | | $ 109.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.40** | | **$ 122.00** |

**TOTAL THIS INVOICE**      **$ 109.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

Electronic Invoice

IN ACCOUNT WITH

### O'NEILL & BORGES LLC

288 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

August 5, 2020
FOMB IN RE PREPA TITLE III                                              Bill #:   377924
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,953.00 |
| | $ -195.30 |
| Net Professional Services | $ 1,757.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,757.70** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/21/20 | JLN | 222 | Analyze PR Senate Committee report regarding investigation of oil purchases. | 1.10 | 225.00 | 247.50 |
| 7/21/20 | JEG | 202 | Obtain Senate report regarding fuel purchases by the Puerto Rico Electric Power Authority. | .20 | 195.00 | 39.00 |
| 7/23/20 | JEG | 202 | Review Senate report regarding fuel purchases by the Puerto Rico Electric Power Authority. | .70 | 195.00 | 136.50 |
| 7/24/20 | JEG | 202 | Tel. Conf. with L. Stafford regarding Senate report about fuel purchases by the Puerto Rico Electric Power Authority. | .50 | 195.00 | 97.50 |
| 7/24/20 | OMA | 220 | As requested by attorneys J. L. Notario and J. Gonzalez Aldarondo, translate into English 33 L.P.R.A. Sec. 5251. 3 pages 985 words. | .70 | 150.00 | 105.00 |
| 7/24/20 | OMA | 220 | As requested by attorneys J. L. Notario and J. Gonzalez Aldarondo, begin translation into English of the Judgment in the case of Casco Sales Company, Inc. v. Department of Agriculture, et al., KLRA0500355 (12/14/2005). 3 pages 2,090 words. | 1.50 | 150.00 | 225.00 |
| 7/27/20 | JLN | 201 | Review and respond to emails from L. Stafford regarding pending calls. | .30 | 225.00 | 67.50 |
| 7/27/20 | OMA | 220 | As requested by attorneys J. L. Notario and J. Gonzalez Aldarondo,continue translation into English of the Judgment in the case of Casco Sales Company, Inc. v. Department of Agriculture, et al., KLRA0500355 (12/14/2005). 9 pages 6,166 words. | 5.50 | 150.00 | 825.00 |

O'Neill & Borges LLC

Bill #:  377924

August 5, 2020

| 7/28/20 | OMA | 220 | As requested by attorneys J. L. Notario and J. Gonzalez Aldarondo,finalize translation into English of the Judgment in the case of Casco Sales Company, Inc. v. Department of Agriculture, et al., KLRA0500355 (12/14/2005). 4  pages 2,402 words. | 1.40 | 150.00 | 210.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,953.00 |
| | $ -195.30 |
| NET PROFESSIONAL SERVICES: | $ 1,757.70 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE L. NOTARIO TOLL | 1.40 | 225.00 | 315.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.40 | 195.00 | 273.00 |
| OLGA M. ALICEA | 9.10 | 150.00 | 1,365.00 |
| **Total** | **11.90** | | **$ 1,953.00** |

**TOTAL THIS INVOICE**                     **$ 1,757.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
|        Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
|        Debtor. | |

-----------------------------------------------------------------x

## <u>COVER SHEET TO THIRTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020</u>

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2020 through August 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $17,233.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $17,233.65 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirty-eighth monthly fee application in these cases.

00781212; 1

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 16th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 13.30 | $ 4,056.50 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 3.10 | $ 1,023.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 3.00 | $ 750.00 |
| Michelle Marichal | Member | Corporate | $ 255.00 | 2.00 | $ 510.00 |
| Jose L. Notario | Jr. Member | Corporate | $ 225.00 | 10.90 | $ 2,452.50 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 5.60 | $ 1,008.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 20.90 | $ 4,075.50 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 0.60 | $ 111.00 |
| Alberto Nieves Cubero | Associate | Corporate | $ 180.00 | 16.80 | $ 3,024.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 2.30 | $ 437.00 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 10.50 | $ 1,575.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.90 | $ 126.00 |
| | | | | | |
| | Totals | | | 89.90 | $ 19,148.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (1,914.85) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 17,233.65 |

**PREPA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| | | | |
| | Totals | | $ - |
| **SUMMARY OF DISBURSEMENTS** | | | $ - |

| | **PREPA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period August 1 through August 31, 2020** | | |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 5.60 | 1,344.00 |
| 202 | Legal Research | 50.00 | 9,693.00 |
| 206 | Documents Filed on Behalf of the Board | 3.40 | 700.50 |
| 207 | Non-Board Court Filings | 1.40 | 427.00 |
| 208 | Stay Matters | 0.80 | 244.00 |
| 209 | Adversary Proceeding | 13.40 | 3,999.50 |
| 210 | Analysis and Strategy | 2.80 | 704.00 |
| 219 | Docketing | 0.90 | 126.00 |
| 220 | Translations | 10.50 | 1,575.00 |
| 221 | Discovery/2004 Examinations | 0.90 | 274.50 |
| 223 | Assumption and Rejection of Leases | 0.20 | 61.00 |
| | | | |
| | | | $ 19,148.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (1,914.85) |
| | | | |
| | **TOTALS** | **89.90** | $ 17,233.65 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $15,510.29 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $15,510.29.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00781212; 1

# **Exhibit A**

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #: 379465
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 1,932.50 |
| Less Discount | $ -193.25 |
| Net Professional Services | $ 1,739.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,739.25** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/20 | HDB | 206 | Revise Urgent motion Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief. | .20 | 305.00 | 61.00 |
| 8/03/20 | DJP | 206 | Analyze the Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 8/03/20 | DJP | 206 | File the Urgent Motion to Extend Certain Briefing Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (a) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/04/20 | HDB | 208 | Draft e-mail to K. Bolaños regarding Efron Dorado stay relief motion. | .20 | 305.00 | 61.00 |
| 8/04/20 | HDB | 221 | Revise Joint Status Report regarding discovery on PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .40 | 305.00 | 122.00 |
| 8/04/20 | HDB | 223 | Review GG Alternative Energy Corp.'s limited objection to Motion to Reject PPOA. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  379465                                                                    September 2, 2020

| 8/04/20 | DJP | 206 | Respond to email from L. Stafford inquiring on availability to file the Second Joint Status Report in connection with Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front- End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement With LUMA Energy. | .10 | 190.00 | 19.00 |
|---------|-----|-----|------|-----|--------|-------|
| 8/04/20 | DJP | 206 | Analyze the Second Joint Status Report in connection with Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front- End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, and supporting exhibits, in anticipation of its filing. | .50 | 190.00 | 95.00 |
| 8/04/20 | DJP | 206 | File the Second Joint Status Report in connection with Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front- End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, and supporting exhibits, through the court's electronic filing system. | .30 | 190.00 | 57.00 |
| 8/04/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Second Joint Status Report in connection with Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front- End Transition Services Under the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement With LUMA Energy. | .20 | 190.00 | 38.00 |
| 8/04/20 | MMB | 219 | Docket court notice received by email dated August 4, 2020, regarding order dkt. 2115 granting urgent motion to extend deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/05/20 | MMB | 219 | Docket court notice received by email dated August 5, 2020, regarding order dkt. 2120 setting deadline to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/07/20 | MMB | 219 | Docket court notice received by email dated August 7, 2020, regarding order dkt. 2123 setting deadline to oppose to Efron Dorado's MLS, deadline to file reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379465                                                        September 2, 2020

| 8/12/20 | HDB | 207 | Review UTIER and SREAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with Luma Energy. | .60 | 305.00 | 183.00 |
|---------|-----|-----|-----|-----|-----|-----|
| 8/12/20 | HDB | 207 | Review Limited Preliminary Objection of Official Committee of Unsecured Creditors to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA. | .20 | 305.00 | 61.00 |
| 8/13/20 | HDB | 221 | Review Order on discovery of the Luma Administrative Claims Motion. | .20 | 305.00 | 61.00 |
| 8/13/20 | MMB | 219 | Docket court notice received by email dated August 13, 2020, regarding order dkt. 2136 setting deadline to file certified translations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/13/20 | MMB | 219 | Docket court notice received by email dated August 13, 2020, regarding order dkt. 2137 setting deadline to file brief justifying continued sealing or to redact information - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/13/20 | MMB | 219 | Docket court notice received by e-mail dated August 13, 2020, regarding order dkt. 2139 setting deadline briefing schedule on dkt. 2130 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 8/18/20 | HDB | 208 | Analyze Objection of the Puerto Rico Electric Power Authority to Motion of Efron Dorado, S.E. for Relief from Stay and Memorandum of Law in Support Thereof. | .30 | 305.00 | 91.50 |
| 8/18/20 | HDB | 207 | Analyze Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion. | .60 | 305.00 | 183.00 |
| 8/18/20 | HDB | 210 | Analyze Reply in Support of Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief. | .40 | 305.00 | 122.00 |
| 8/24/20 | HDB | 208 | Review Reply in Support of Efron Dorado's Stay Relief Motion. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #: 379465                                                                                    September 2, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/25/20 | HDB | 210 | Commence review of 2020 IRP issued by PREB. | .50 | 305.00 | 152.50 |
| 8/28/20 | HDB | 206 | Revise and sign-off to file Opposition to Environmental Advocacy Group's Joinder to UTIER and SREAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services Under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .30 | 305.00 | 91.50 |
| 8/28/20 | HDB | 221 | Review Official Committee of Unsecured Creditors' Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 8/28/20 | GMR | 206 | Review PREPA's Objection to Environmental Advocacy Group's Joinder to UTIER and SRAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with Luma Energy in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 8/28/20 | GMR | 206 | File PREPA's Objection to Environmental Advocacy Group's Joinder to UTIER and SRAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with Luma Energy. | .20 | 185.00 | 37.00 |
| 8/28/20 | GMR | 206 | File the Urgent Unopposed Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus Reply in Further Support of PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy in Case No. 17-4780. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                     $ 1,932.50

Less Discount                                                      $ -193.25

NET PROFESSIONAL SERVICES:                       $ 1,739.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379465

September 2, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.70 | 305.00 | 1,433.50 |
| DANIEL J. PEREZ REFOJOS | 1.60 | 190.00 | 304.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| MILAGROS MARCANO BAEZ | .60 | 140.00 | 84.00 |
| **Total** | **7.50** | | **$ 1,932.50** |

**TOTAL THIS INVOICE**                    **$ 1,739.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:   379466
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 5,777.00 |
| Less Discount | $ -577.70 |
| Net Professional Services | $ 5,199.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,199.30** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/05/20 | CEG | 209 | Exchange emails with J. Richman regarding UTIER CBA case and issues to be consider on union's allegations on subsidies. | .50 | 250.00 | 125.00 |
| 8/05/20 | JEG | 202 | Conduct research regarding Spanish and English versions of Act 101 of July 9, 1985, which authorizes PREPA to grant credits to hotels on their electricity bills. | 2.20 | 195.00 | 429.00 |
| 8/06/20 | HDB | 210 | Review analysis if PREPA subsidies to hotels. | .30 | 305.00 | 91.50 |
| 8/06/20 | JEG | 202 | Conduct research regarding amendments to Act 101 of July 9, 1985, which authorizes PREPA to grant credits to hotels in their electricity bills. | 1.20 | 195.00 | 234.00 |
| 8/07/20 | OMA | 220 | As requested by attorneys C. E. George and M. Marichal, prepare certified translation of H.B. 498, 2 pages; 705 words. | .70 | 150.00 | 105.00 |
| 8/07/20 | OMA | 220 | As requested by attorneys C. E. George and M. Marichal, prepare certified translation of Law No.. 266 of 11/16/2002, 3 pages; 1,039 words. | .90 | 150.00 | 135.00 |
| 8/07/20 | OMA | 220 | As requested by attorneys C. E. George and M. Marichal, prepare certified translation of Law 22 of 4/7/2016, 3 pages; 1,442 words. | 1.90 | 150.00 | 285.00 |
| 8/10/20 | OMA | 220 | As requested by attorneys C. E. George and M. Marichal, finalize certified translation of Law 22 of 4/7/2016, 18 pages; 9.789 words. | 6.10 | 150.00 | 915.00 |
| 8/11/20 | CEG | 209 | Review rebuttal expert report in Adv. 17-00229 (.5). Consider comments to Law 176-2019 and hotel subsidies (.7). | 1.20 | 250.00 | 300.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  379466                                                                September 2, 2020

| 8/11/20 | CEG | 209 | Exchange emails with J. Richman regarding consideration of Law 176-2019 as mentioned in the rebuttal report. | .30 | 250.00 | 75.00 |
|---|---|---|---|---|---|---|
| 8/11/20 | CEG | 209 | Consider various issues on rebuttal report. | .30 | 250.00 | 75.00 |
| 8/11/20 | JEG | 202 | Conduct research regarding laws authorizing PREPA to provide industry subsidies. (3.2)   Conduct research on energy-related incentives under the Puerto Rico Incentive Code. (0.8) | 4.00 | 195.00 | 780.00 |
| 8/12/20 | HDB | 209 | Review analysis of PREPA industrial subsidy as per Act 111 of July 10 of 1986. | .20 | 305.00 | 61.00 |
| 8/12/20 | JEG | 202 | Conduct research on industrial subsidies that remained in effect after Law 22-2016 was enacted. (5.4) | 5.40 | 195.00 | 1,053.00 |
| 8/17/20 | OMA | 220 | As requested by attorneys C. E. George and M. Marichal, prepare certified translation into English of Law No. 111 of 7/10/1986.  2 pages; 933 words. | .90 | 150.00 | 135.00 |
| 8/18/20 | HDB | 209 | Review draft of A. Wolfe Rebuttal Report. | .60 | 305.00 | 183.00 |
| 8/19/20 | MMS | 201 | Review translation of at 11-1986. (.3). Draft email to J. Richman regarding same. (.1) Review Expert Report prepared by Tom Sanzillo in connection with Alternatives not to Impair Labor Contracts. (.8) Review Incentives provided by PREPA and economic impact of same as per Report. (.5) Draft email to J. Richman regarding same. (.3). | 2.00 | 255.00 | 510.00 |
| 8/24/20 | HDB | 209 | Tel. conf with R. Emmanuelli regarding amendment to briefing schedule.  (.2)  Exchange e-mails with J. Richman regarding rebuttal reports and briefing schedule. (.2) Draft  message to R. Emmanuelli regarding extension of schedule. (.1) | .50 | 305.00 | 152.50 |
| 8/25/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, and proposed order, in anticipation of its filing in 17-00229. | .30 | 190.00 | 57.00 |
| 8/25/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order with proposed order in 17-00229, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  379466                                                    September 2, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/25/20 | DJP | 206 | Draft email to Judith G. Dein attaching stamped version of the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order,with proposed order, as filed in 7-00229. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 5,777.00

Less Discount                                          $ -577.70

NET PROFESSIONAL SERVICES:                    $ 5,199.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.60 | 305.00 | 488.00 |
| CARLOS E. GEORGE | 2.30 | 250.00 | 575.00 |
| MICHELLE MARICHAL SODERBERG | 2.00 | 255.00 | 510.00 |
| DANIEL J. PEREZ REFOJOS | .70 | 190.00 | 133.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 12.80 | 195.00 | 2,496.00 |
| OLGA M. ALICEA | 10.50 | 150.00 | 1,575.00 |
| **Total** | **29.90** | | **$ 5,777.00** |

TOTAL THIS INVOICE                              $ 5,199.30

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:   379467
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 335.50 |
| | $ -33.55 |
| Net Professional Services | $ 301.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 301.95** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/28/20 | HDB | 209 | Reach out to counsel for PREB regarding extension of deadlines. (.1) Respond to L. Stafford's query regarding PREB. (.2) | .30 | 305.00 | 91.50 |
| 8/31/20 | HDB | 209 | Exchange e-mails with L. Stafford's regarding extension of deadline to submit status report. (.2) Exchange messages with counsel for PREB to coordinate extension of deadlines. (.2) Tel. conf with Y. Gonzalez (PREB's counsel) regarding scheduling and potential settlement framework. (.4) | .80 | 305.00 | 244.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 335.50 |
| | | $ -33.55 |
| NET PROFESSIONAL SERVICES: | | $ 301.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| **Total** | **1.10** | | **$ 335.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 301.95** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:   379468
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending August 31, 2020:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 127.00 |
| | $ -12.70 |
| | |
| Net Professional Services | $ 114.30 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 114.30** |

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/11/20 | HDB | 209 | Review Notice of Appeal 20-1797. | .20 | 305.00 | 61.00 |
| 8/28/20 | CGB | 209 | Review notice of docketing of Appeal 20-1797. | .20 | 330.00 | 66.00 |

|  | TOTAL PROFESSIONAL SERVICES | $ 127.00 |
|--|------------------------------|----------|
|  |                              | $ -12.70 |
|  | NET PROFESSIONAL SERVICES:   | $ 114.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.40** | | **$ 127.00** |

|  | TOTAL THIS INVOICE | $ 114.30 |
|--|--------------------|----------|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 2, 2020
Bill #: 379469
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 2,536.50 |
| | $ -253.65 |
| Net Professional Services | $ 2,282.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,282.85** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/20 | HDB | 209 | Review UTIER's Appellant's brief. | .60 | 305.00 | 183.00 |
| 8/05/20 | CGB | 209 | Analyze the Appellate brief filed by UTIER (0.4); Review memorandum on mandamus under Puerto Rico law (0.2); Draft mail to J. Richman to preliminarily respond to query regarding (0.1); Draft mail to C. George inquiring about alternate legal remedies available to UTIER (0.1). | .80 | 330.00 | 264.00 |
| 8/05/20 | JAC | 210 | Analyze UTIER's brief filed before the U.S. Court of Appeals for the First Circuit. | 1.20 | 180.00 | 216.00 |
| 8/05/20 | JAC | 202 | Conduct research on the writ of mandamus and alternative remedy requirements, in order to answer inquiry by Proskauer Rose LLP. | 1.40 | 180.00 | 252.00 |
| 8/07/20 | CGB | 209 | Review email from C. George regarding alternate relief options under labor laws (0.2); Draft email to J. Richman regarding same (0.2). | .40 | 330.00 | 132.00 |
| 8/07/20 | CEG | 209 | Exchange emails with C. Garcia with regards to possibilities that UTIER may challenge the decision made by the Court on the appeal. | .30 | 250.00 | 75.00 |
| 8/10/20 | CGB | 209 | Review J.A. Candelaria analysis regarding mandamus issue (0.1); Review Mating v. Castro PRSCT opinion (0.2); Review Colon v. Comision (0.2); Analyze Guadalupe v. Saldana (0.3); Draft email to J. Richman setting forth potential arguments to defeat UTIER's appeal brief argument on the alternate remedy issue (0.2). | .80 | 330.00 | 264.00 |
| 8/10/20 | JAC | 202 | Finalize research on Proskauer Rose LLP's inquiry regarding the writ of mandamus (1.9) and draft email to C. Garcia summarizing research findings (1.1). | 3.00 | 180.00 | 540.00 |

O'Neill & Borges LLC

Bill #:  379469                                                          September 2, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/13/20 | CGB | 209 | Review court order requiring Appellant to re-file brief in compliance with 1st Circuit rules in Appeal 20-1332. | .20 | 330.00 | 66.00 |
| 8/18/20 | CGB | 209 | Overview of Appellant's updated and corrected brief in Appeal 20-1332. | .20 | 330.00 | 66.00 |
| 8/18/20 | HDB | 209 | Analyze Appellant Brief in Appeal No. 20-1332. | .70 | 305.00 | 213.50 |
| 8/19/20 | CGB | 209 | Review the FOMB's extension of time request to file opposition brief in appeal 20-1332. | .20 | 330.00 | 66.00 |
| 8/20/20 | CGB | 209 | Review court order granting extension of time to file appellee's brief in app. 20-1332. | .10 | 330.00 | 33.00 |
| 8/31/20 | CGB | 209 | Review (0.1) and respond to email (0.1) from J. E. Roberts setting forth query on UTIER's potential right of action to sue for damages for a violation of the FPCA. | .20 | 330.00 | 66.00 |
| 8/31/20 | CEG | 209 | Consider several issues related  to potential private cause of action pursuant to Law 26-2017 | .40 | 250.00 | 100.00 |

TOTAL PROFESSIONAL SERVICES                     $ 2,536.50

                                                $ -253.65

NET PROFESSIONAL SERVICES:                      $ 2,282.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.90 | 330.00 | 957.00 |
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| CARLOS E. GEORGE | .70 | 250.00 | 175.00 |
| JORGE A. CANDELARIA | 5.60 | 180.00 | 1,008.00 |
| **Total** | **10.50** | | **$ 2,536.50** |

**TOTAL THIS INVOICE**                          **$ 2,282.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

American International Plaza
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00369-LTS SCEMUS V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:    379470
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 814**

**RE:  19-00369-LTS SCEMUS V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 814**
**RE: 19-00369-LTS SCEMUS V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/27/20 | MMB | 219 | Docket court notice received by email dated August 21, 2020, regarding order dkt. 86 setting deadline to respond to PREPA, Commonwealth's counterclaim and third-party claim, another deadline, scheduling conference - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 14.00 |
|  | $ -1.40 |
| NET PROFESSIONAL SERVICES: | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** |  | **$ 14.00** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 12.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE:  19-00396-LTS CORTLAND V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:   379471
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 815**

**RE:  19-00396-LTS CORTLAND V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| | $ -1.40 |
| | |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 815**
**RE: 19-00396-LTS CORTLAND V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/05/20 | MMB | 219 | Docket court notice received by email dated August 5, 2020, regarding order dkt. 93 setting deadline for the government parties to file further status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE**      **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

Bill #:   379472

Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 816**

**RE:  19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 816**
**RE: 19-00405-LTS SISTEMA AEE V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/06/20 | MMB | 219 | Docket court notice received by email dated August 5, 2020, regarding order dkt. 65 setting deadline to file further status report - H. Bauer, G. Miranda. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE**      **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH ... AN JUAN, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020
FOMB IN RE PREPA TITLE III
Bill #:  379473
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---:|
| Total Professional Services | $ 8,398.00 |
| | $ -839.80 |
| Net Professional Services | $ 7,558.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,558.20** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/13/20 | HDB | 201 | Tel. conf. with J. L. Notario next steps and prepare for call. | .30 | 305.00 | 91.50 |
| 8/13/20 | JLN | 201 | Tel. conf. with H. D. Bauer to discuss next steps and prepare for call. (0.3) Begin review and analysis of Vitol's summary judgment motion in Adv. 19-0453. (0.9) | 1.20 | 225.00 | 270.00 |
| 8/14/20 | HDB | 209 | Commence review of Vitol's Motion for Summary Judgment. (1.2) Tel. conf with L. Stafford and J. Notario regarding legal and strategy issues. (.6) | 1.80 | 305.00 | 549.00 |
| 8/14/20 | JLN | 201 | Finalize review of Vitol's summary judgment motion. (1.0) Prepare for (0.5) and participate (0.6) in call with H. D. Bauer and L. Stafford to discuss summary motion and next steps. | 2.10 | 225.00 | 472.50 |
| 8/20/20 | HDB | 209 | Review transition provisions of the new Civil Code regarding Vitol Motion for Summary Judgment. | .40 | 305.00 | 122.00 |
| 8/20/20 | JLN | 202 | Review list of inquiries forwarded by L. Stafford. (0.3) Discuss scope of research with J. Gonzalez and A. Nieves. (0.2) | .50 | 225.00 | 112.50 |
| 8/20/20 | JEG | 202 | Conduct research on Puerto Rico Illegal Appropriation statute and New York Larceny statute. (1.5).Conduct research on fraudulent inducement and Puerto Rico law provisions regarding deceit as a cause to annul a contract. (1.2).Conduct research of Puerto Rico case regarding concept of illicit consideration contained in Articles 1255, 1257 and 1258. (1.0) | 3.70 | 195.00 | 721.50 |
| 8/20/20 | JEG | 202 | Commence draft of responses to questions from L. Stafford regarding Vitol's Motions for Summary Judgment. (1.3) | 1.30 | 195.00 | 253.50 |

O'Neill & Borges LLC

Bill #:  379473

September 2, 2020

| 8/21/20 | JLN | 202 | Initial review of responses to inquiries 3, 4 and 5 from L. Stafford.  (0.8) coordinate with J. Gonzalez to request additional research on fraudulent inducement issue. (0.3) | 1.10 | 225.00 | 247.50 |
|---|---|---|---|---|---|---|
| 8/21/20 | AON | 202 | Research case law on the retroactive effect of laws in contract law. | 2.20 | 180.00 | 396.00 |
| 8/21/20 | AON | 202 | Draft answers on questions regarding the impact of the new Civil code on the law that governs a contract at a certain time, and remedies under the new code vs the previous one. | .90 | 180.00 | 162.00 |
| 8/21/20 | AON | 202 | Research the meaning of the undefined term Government under law 458-2000. | 3.30 | 180.00 | 594.00 |
| 8/21/20 | AON | 202 | Draft answer on question about possible case law that could refute Vitol's argument regarding the right to seek reimbursement under law 458-2000. | 1.40 | 180.00 | 252.00 |
| 8/21/20 | JEG | 202 | Finalize responses to questions from L. Stafford regarding Vitol's Motions for Summary Judgment. | 3.10 | 195.00 | 604.50 |
| 8/23/20 | JLN | 202 | Research. (0.6) Work on revisions to responses to questions 1a and 1b from L. Stafford. (0.8) | 1.40 | 225.00 | 315.00 |
| 8/23/20 | AON | 202 | Draft discussion on the transitory provisions of the new Civil Code 2020 as it relates to the laws that governs a contract at a certain time. | 1.90 | 180.00 | 342.00 |
| 8/24/20 | HDB | 209 | Review responses by J. Notario to legal queries posed by L. Stafford regarding Puerto Rico law contract issues. (0.3) Review case law regarding novation (0.2) and retroactive application of the new Civil Code. (0.2) | .70 | 305.00 | 213.50 |
| 8/24/20 | JLN | 202 | Review draft responses to inquiries from L. Stafford. (0.8)  Additional research (0.5) Discuss related issues with A. Nieves. (0.3) | 1.60 | 225.00 | 360.00 |
| 8/24/20 | AON | 202 | Draft discussion on Marina v. Brown Boeri Corp. case as it relates to the retroactive effect of laws on contracts. | 1.60 | 180.00 | 288.00 |
| 8/25/20 | HDB | 210 | Revise draft memorandum on PR Legal issues raised in Motion for Summary Judgment in Adv. 19-00453. | .40 | 305.00 | 122.00 |
| 8/25/20 | HDB | 202 | Discuss research of new civil code issues with J. L. Notario. | .30 | 305.00 | 91.50 |
| 8/25/20 | JLN | 202 | Additional research regarding impact of new civil code provisions.  (0.5) Discuss related issues with H. D. Bauer. (0.3) | .80 | 225.00 | 180.00 |

O'Neill & Borges LLC

Bill #:  379473                                                            September 2, 2020

| 8/27/20 | AON | 202 | Research and answer questions submitted by L. Stafford from Proskauer regarding the application of new Civil Code provisions such as article 1807 on civil penalties. | 3.10 | 180.00 | 558.00 |
|---|---|---|---|---|---|---|
| 8/28/20 | JLN | 202 | Revise draft responses to follow up questions. (1.23) Additional research.  (0.7) Discuss related issues with A. Nieves. (0.3) | 2.20 | 225.00 | 495.00 |
| 8/28/20 | AON | 202 | Research question submitted by L. Stafford from Proskauer regarding case law on the right to restitution. | 2.40 | 180.00 | 432.00 |
| 8/31/20 | HDB | 209 | Review e-mail by L. Stafford regarding conference with E. Corretjer. (.1)  Draft e-mail to E. Corretjer regarding conference with Proskauer. (.1) Review issues of supplemental memorandum to L. Stafford regarding Puerto Rico law issues in connection with Motion for Summary Judgment. (.3) | .50 | 305.00 | 152.50 |

TOTAL PROFESSIONAL SERVICES                          $ 8,398.00

                                                                        $ -839.80

NET PROFESSIONAL SERVICES:                          $ 7,558.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.40 | 305.00 | 1,342.00 |
| JOSE L. NOTARIO TOLL | 10.90 | 225.00 | 2,452.50 |
| ALBERTO NIEVES CUBERO | 16.80 | 180.00 | 3,024.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 8.10 | 195.00 | 1,579.50 |
| **Total** | **40.20** | | **$ 8,398.00** |

**TOTAL THIS INVOICE**                               **$ 7,558.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

---------------------------------------------------------------x

## COVER SHEET TO THIRTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2020 through September 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,141.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,094.51 |
| Total amount for this invoice: | $23,236.31 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's thirty-ninth monthly fee application in these cases.

00818131; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 21st, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 16.10 | $ 4,910.50 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 2.70 | $ 891.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 11.10 | $ 2,775.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 29.50 | $ 10,177.50 |
| Julio Pietroantoni | Member | Corporate | $ 355.00 | 0.60 | $ 213.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 0.80 | $ 176.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 180.00 | 11.30 | $ 2,034.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 3.70 | $ 721.50 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 0.60 | $ 111.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 7.00 | $ 1,330.00 |
| Carlos Vazquez Alberty | Associate | Labor | $ 175.00 | 2.30 | $ 402.50 |
| Olga Alicea | Paralegal | Litigation | $ 150.00 | 4.80 | $ 720.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 1.00 | $ 140.00 |
| | | | | | |
| | **Totals** | | | 91.50 | $ 24,602.00 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (2,460.20) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 22,141.80 |

**PREPA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2020**

| Description - Expenses | Amounts |
|---|---|
| Certificate of Translation- Rita Inv. 4700, Mandamus Petition 1&2, Order and Summons - HDB/CGB | $ 1,094.51 |
| | |
| **Totals** | |
| | |
| **SUMMARY OF DISBURSEMENTS** | $ 1,094.51 |

### PREPA TITLE III

### Summary of Legal Fees for the Period September 1 through September 30, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 3.80 | 672.50 |
| 203 | Hearings and Non-Field Comm. With Court | 0.20 | 61.00 |
| 206 | Documents Filed on Behalf of the Board | 8.90 | 2,044.50 |
| 207 | Non-Board Court Filings | 1.00 | 305.00 |
| 208 | Stay Matters | 0.70 | 213.50 |
| 209 | Adversary Proceeding | 11.80 | 3,479.50 |
| 210 | Analysis and Strategy | 4.30 | 1,219.50 |
| 212 | General Administration and Governance | 0.60 | 183.00 |
| 213 | Labor, Pension Matters | 50.70 | 14,594.00 |
| 214 | Legal/Regulatory Matters | 0.60 | 207.00 |
| 219 | Docketing | 1.00 | 140.00 |
| 220 | Translations | 4.80 | 720.00 |
| 221 | Discovery/2004 Examinations | 1.00 | 305.00 |
| 223 | Assumption and Rejection of Leases | 0.30 | 91.50 |
| 224 | Fee Applications O&B | 0.80 | 176.00 |
| 225 | Fee Application Proskauer | 1.00 | 190.00 |
|  |  |  | $   24,602.00 |
|  | **Less: 10% Courtesy discount** |  | $   (2,460.20) |
|  | **TOTALS** | **91.50** | **$   22,141.80** |

00818131; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $19,927.62 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,094.51) in the total amount of $21,022.13.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00818131; 1

# **Exhibit A**

00818131; 1

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 5, 2020
Bill #:   381041
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 5,302.00 |
| Less Discount | $ -530.20 |
| Net Professional Services | $ 4,771.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,771.80** |

Electronic Invoice

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | HDB | 206 | Revise draft objection to UCC's Motion to Terminate Rule 9019 Motion (.6) Review Fuel Line Lenders Statement with Respect to Motion to Terminate Rule 9019 Motion. (.2) | .80 | 305.00 | 244.00 |
| 9/01/20 | DJP | 206 | Analyze the Joint Objection of PREPA and AAFAF to Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 9/01/20 | DJP | 206 | File the Joint Objection of PREPA and AAFAF to Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/01/20 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Objection of PREPA and AAFAF to Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion. | .10 | 190.00 | 19.00 |
| 9/01/20 | DJP | 206 | File corrected version of the Joint Objection of PREPA and AAFAF to Motion of Official Committee of Unsecured Creditors to Terminate Bankruptcy Rule 9019 Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/02/20 | HDB | 206 | Revise and sign-off to file Omnibus Reply in Support of PREPA Motion for Entry of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. (.8) Review multiple e-mails for P. Possinger and A. Pavel with comments to draft motion. (.2) | 1.00 | 305.00 | 305.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381041                                                                October 5, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/02/20 | DJP | 206 | Analyze the Omnibus Reply in Support of PREPA Motion for Entry of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, in anticipation of its filing. | .80 | 190.00 | 152.00 |
| 9/02/20 | DJP | 206 | File the Omnibus Reply in Support of PREPA Motion for Entry of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/02/20 | DJP | 206 | Analyze the Motion of the Puerto Rico Electric Power Authority for Leave to Submit Spanish Language Exhibit and for Extension of Time to File Certified Translation to be filed in connection with the Omnibus Reply in Support of PREPA Motion for Entry Of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/02/20 | DJP | 206 | File the Motion of the Puerto Rico Electric Power Authority for Leave to Submit Spanish Language Exhibit and for Extension of Time to File Certified Translation in connection with the Omnibus Reply in Support of PREPA Motion for Entry Of Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/03/20 | HDB | 221 | Review Official Committee of Unsecured Creditors' Reply in Support of Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 9/05/20 | HDB | 221 | Review Order denying Official Committee of Unsecured Creditors Urgent Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  381041

October 5, 2020

| 9/09/20 | RML | 213 | Conference call with C. George to discuss questions regarding PREPA's labor analysis. (.9). Work on PREPA's pension and labor analysis. (1.1) | 2.00 | 345.00 | 690.00 |
|---------|-----|-----|-------------------------------------------------------------------------------------------------------------------------------------------|------|--------|--------|
| 9/09/20 | RML | 213 | Review emails  from Proskauer on PREPA talking points Luma and exchange of emails regarding same. (.4) Review Act 120 and respond to inquiries from H. Bauer on response to talking points. (.4) | .80 | 345.00 | 276.00 |
| 9/09/20 | HDB | 207 | Analyze Official Committee of Unsecured Creditors' Reply in Support of Motion to Terminate Rule 9019 Motion. | .30 | 305.00 | 91.50 |
| 9/09/20 | DJP | 210 | Respond to email from Y. Hickey requesting the separate notices of appeal filed in connection with the assumption of the Ecoelectrica contract. | .20 | 190.00 | 38.00 |
| 9/09/20 | OMA | 220 | As requested by attorney C. Garcia, prepare certified translation into English of 133 DPR 42.  12 pages; 5,868 words. | 4.80 | 150.00 | 720.00 |
| 9/10/20 | HDB | 207 | Analyze Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .40 | 305.00 | 122.00 |
| 9/10/20 | CEG | 213 | Conference call with R. M. Lazaro and J. Candelaria to discuss questions regarding PREPA's labor analysis. (0.9) | .90 | 250.00 | 225.00 |
| 9/10/20 | DJP | 210 | Analyze follow up email from Y. Hickey in connection with the assumption of the Ecoelectrica contract. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 210 | Analyze Order Authorizing PREPA to Assume Certain Contracts with Ecoelectrica, L.P. and Gas Natural Aprovisionamientos SDG, S.A., prior to responding to email from Y. Hickey in connection with the assumption of the Ecoelectrica contract. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 210 | Respond to email from Y. Hickey in connection with the assumption of the Ecoelectrica contract. | .20 | 190.00 | 38.00 |
| 9/11/20 | HDB | 210 | Review PR Court of Appeals Resolution denying Motion in Aid of Jurisdiction in connection with LUMA Contract. | .20 | 305.00 | 61.00 |
| 9/11/20 | HDB | 208 | Review e-mail from K. Bolaños regarding status of Efron Dorado's stay relief motion. | .20 | 305.00 | 61.00 |

O'Neill & Borges LLC

Bill #:  381041                                                                    October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/20 | HDB | 203 | Review Order denying Joinder by certain Environmental Groups to UTIER and SREAEE's Objection to PREPA's Motion for Entry of an Order Allowing Administrative Expense Claim for Compensation for Front-End Transition Services under Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement with LUMA Energy. | .20 | 305.00 | 61.00 |
| 9/11/20 | DJP | 206 | Analyze the Informative Motion Regarding Submission of Certified Translation in connection with the Motion of the Puerto Rico Electric Power Authority for Leave to Submit Spanish Language Exhibit and for Extension of Time to File Certified Translation, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/11/20 | DJP | 206 | File Informative Motion Regarding Submission of Certified Translation in connection with the Motion of the Puerto Rico Electric Power Authority for Leave to Submit Spanish Language Exhibit and for Extension of Time to File Certified Translation, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/14/20 | UMF | 224 | Draft thirty-fifth monthly fee application for May 2020 of O'Neill & Borges in the Title III case of PREPA | .40 | 220.00 | 88.00 |
| 9/14/20 | UMF | 224 | Draft thirty-sixth monthly fee application for June 2020 of O'Neill & Borges in the Title III case of PREPA. | .40 | 220.00 | 88.00 |
| 9/14/20 | MMB | 219 | Docket court notice received by email dated September 12, 2020, regarding order dkt. 2191 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/15/20 | HDB | 208 | Review Motion for Relief from Stay on behalf of María Colón Crispin, in the case of María Colón Crispin v. Municipio de Carolina, su aseguradora MAPFRE Praico Insurance Company, José Carlos Aponte Dalmau, Autoridad de Energia Electrica de Puerto Rico, y Companias XYZ, Civil No. CA2018CV00323. | .30 | 305.00 | 91.50 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 2188 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381041                                                                October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 2189 setting deadline for UCC to file response to September Report, deadline for Government parties to file supplemental response - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 15, 2020, regarding order dkt. 2196 setting deadline to file joint status report, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/17/20 | HDB | 206 | Revise Response to Informative Motion of Fuel Line Lenders regarding Statement at September 16, 2020 Omnibus Hearing concerning PREPA's Administrative Expense Motion. | .30 | 305.00 | 91.50 |
| 9/17/20 | HDB | 210 | Analyze Order Granting Motion to Reject Certain PPOA Contracts. | .20 | 305.00 | 61.00 |
| 9/17/20 | GMR | 206 | Review the Response to Informative Motion of Fuel Line Lenders regarding Statement at September 16, 2020 Omnibus Hearing concerning PREPA's Administrative Expense Motion in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 9/17/20 | GMR | 206 | File the Response to Informative Motion of Fuel Line Lenders regarding Statement at September 16, 2020 Omnibus Hearing concerning PREPA's Administrative Expense Motion in Case No. 17-4780 at ECF No. 2201. | .20 | 185.00 | 37.00 |
| 9/17/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with the Response to Informative Motion of Fuel Line Lenders regarding Statement at September 16, 2020 Omnibus Hearing concerning PREPA's Administrative Expense Motion as filed in both the CW and PREPA dockets. | .20 | 185.00 | 37.00 |
| 9/18/20 | HDB | 207 | Review Motion for Reconsideration of Order granting rejection of PPOA Contacts. | .30 | 305.00 | 91.50 |
| 9/18/20 | HDB | 206 | Review Respondents' Opposition to UCC's Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381041

October 5, 2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/18/20 | DJP | 225 | Analyze the Ninth Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Electric Power Authority, For The Period February 1, 2020 Through May 31, 2020, and supporting exhibits, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 9/18/20 | DJP | 225 | File the Ninth Interim Fee Application of Proskauer Rose LLP For Compensation for Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Electric Power Authority, For The Period February 1, 2020 Through May 31, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/18/20 | DJP | 225 | Analyze the Notice of Filing of the Ninth Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Electric Power Authority, For The Period February 1, 2020 Through May 31, 2020, and supporting exhibits, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 9/18/20 | DJP | 225 | File the Notice of Filing of the Ninth Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Electric Power Authority, For The Period February 1, 2020 Through May 31, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/22/20 | HDB | 206 | Review Notice of Deadline for Filing Proofs of Claim for Rejection Damages. | .20 | 305.00 | 61.00 |
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 17, 2020, regarding order dkt. 2202 setting deadlines in connection with omnibus hearing transcript - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  381041                                                                    October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 18, 2020, regarding order dkt. 2206 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/22/20 | MMB | 219 | Docket court notice received by email dated September 21, 2020, regarding order dkt. 2211 setting deadline to file rejection damages claims - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/25/20 | HDB | 206 | Review and sign-off on PREPA's Unopposed Urgent Motion to Extend Briefing Schedule. | .20 | 305.00 | 61.00 |
| 9/25/20 | HDB | 221 | Review Official Committee of Unsecured Creditors' Reply in Support of Urgent Objection to Magistrate Judge's September 5, 2020 Order on Motion to Compel Discovery in Connection with Motion to Terminate Bankruptcy Rule 9019 Motion. | .40 | 305.00 | 122.00 |
| 9/25/20 | DJP | 206 | Respond to email from D. Desatnik in connection with the timing of filing of the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .10 | 190.00 | 19.00 |
| 9/25/20 | DJP | 206 | Analyze the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 9/25/20 | DJP | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/25/20 | MMB | 219 | Docket court notice received by email dated September 24, 2020, regarding order dkt. 2216 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/28/20 | MMB | 219 | Docket court notice received by email dated September 25, 2020, regarding order dkt. 2221 setting deadline to file responses, reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 9/30/20 | HDB | 208 | Review Joint Status Report in Compliance with Order Regarding Motion of Efron Dorado, S.E. for Relief from the Automatic Stay. | .20 | 305.00 | 61.00 |

TOTAL PROFESSIONAL SERVICES                          $ 5,302.00

Less Discount                                                    $ -530.20

NET PROFESSIONAL SERVICES:                          $ 4,771.80

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381041                                                                    October 5, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | 2.80 | 345.00 | 966.00 |
| HERMANN BAUER | 6.40 | 305.00 | 1,952.00 |
| CARLOS E. GEORGE | .90 | 250.00 | 225.00 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 220.00 | 176.00 |
| DANIEL J. PEREZ REFOJOS | 5.40 | 190.00 | 1,026.00 |
| GABRIEL MIRANDA RIVERA | .60 | 185.00 | 111.00 |
| OLGA M. ALICEA | 4.80 | 150.00 | 720.00 |
| MILAGROS MARCANO BAEZ | .90 | 140.00 | 126.00 |
| **Total** | **22.60** | | **$ 5,302.00** |

### TOTAL THIS INVOICE                              $ 4,771.80

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 381839
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 14,294.00 |
| Less Discount | $ -1,429.40 |
| Net Professional Services | $ 12,864.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,864.60** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/20 | RML | 213 | Analyze  PREPA labor /pension issues as a result of the Luma transaction. | .60 | 345.00 | 207.00 |
| 9/01/20 | HDB | 210 | Commence to review labor issues relative to transfer of employees to LUMA. (.4)  Draft e-mail to R. Lazaro and C. George regarding same. (.1) | .50 | 305.00 | 152.50 |
| 9/02/20 | RML | 213 | Review laws, Luma contract and related documents associated with PREPA labor/pension analysis. FOMB/PREPA | 2.20 | 345.00 | 759.00 |
| 9/02/20 | CEG | 213 | Consider various issues on framework of PREPA vested rights benefits. (.20) Review PREPA/UTIER CBA. (.30) | .50 | 250.00 | 125.00 |
| 9/03/20 | RML | 213 | Review issues associated with vested rights and inquiries on employees rights to benefits and pension after transfer to Luma. (.4) Tel. conf. with H. Bauer and C. George regarding analysis of PREPA labor and pension matters. (.6) Tel. conf. with Proskauer, A. Figueroa, H. Bauer and C. George regarding PREPA labor and pension analysis. (1.2) Tel. conf. with C. George regarding  PREPA labor and pension analysis inquiries. (.5) Analyze PREPA labor and pension issues. (.6) | 2.50 | 345.00 | 862.50 |
| 9/03/20 | HDB | 210 | Tel conf with R. Lazaro and C. George regarding LUMA contract labor and pension issues. | .60 | 305.00 | 183.00 |
| 9/03/20 | HDB | 210 | Tel conf with P. Possinger, E. Barak, R. Lazaro and Carlos George regarding Luma Contract implementation issues. | 1.20 | 305.00 | 366.00 |
| 9/08/20 | RML | 214 | Review inquiries (.2) and analyze regarding Luma contract clauses. (.4) | .60 | 345.00 | 207.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381839

October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/20 | RML | 213 | Conference call with J. Candelaria and C. George to discuss questions regarding PREPA's labor analysis. (.9). Analyze and draft questions on PREPA labor analysis. (.7) | 1.60 | 345.00 | 552.00 |
| 9/10/20 | HDB | 212 | Follow-up on labor and pension queries regarding LUMA Contract. | .20 | 305.00 | 61.00 |
| 9/10/20 | HDB | 223 | Review query regarding Eco-Electrica contract by Yamir Hickey. (.1)  Review response by D. Perez. (.2) | .30 | 305.00 | 91.50 |
| 9/10/20 | JAC | 213 | Conference call with R. M. Lazaro and C. George to discuss pending inquiries regarding PREPA's labor and pension analysis. | .90 | 180.00 | 162.00 |
| 9/11/20 | RML | 213 | Analyze (1.3) and draft response (.6) to inquiries form Proskauer on pension and labor PREPA related matters. | 1.90 | 345.00 | 655.50 |
| 9/11/20 | JAC | 213 | Conduct research on the doctrine of vested rights under Puerto Rico law, to answer inquiries regarding PREPA's labor and pension analysis (2.8); and commence to draft preliminary answers (0.6). | 3.40 | 180.00 | 612.00 |
| 9/14/20 | RML | 213 | Draft responses to analysis on PREPA's pension plan. (2.3) Tel. conf. with C. George and J. Candelaria regarding analysis of various inquiries raised by Proskauer on labor and pension issues. (.8) | 3.20 | 345.00 | 1,104.00 |
| 9/14/20 | CEG | 213 | Draft answers to various questions with regards to pension and employee retirement and LUMA Contract. (1.6)  Tel. conf. with R. Lazaro and C. Candelaria (.4) | 2.00 | 250.00 | 500.00 |
| 9/14/20 | CEG | 213 | Exchange emails with M. Lopez regarding CBA Article 25. | .10 | 250.00 | 25.00 |
| 9/14/20 | CEG | 213 | Tel. conf. with R. Tague regarding AFT counteroffer. | .50 | 250.00 | 125.00 |
| 9/14/20 | JAC | 213 | Conference call with R. M. Lazaro and C. George regarding PREPA labor analysis. | .80 | 180.00 | 144.00 |
| 9/14/20 | JAC | 213 | Finalize draft answers to inquiries regarding PREPA's labor and pension analysis, particularly related to the doctrine of vested rights. | .40 | 180.00 | 72.00 |
| 9/15/20 | RML | 213 | Draft memorandum on response to inquiries associated to pension and labor analysis on PREPA and Luma Obligations. (1.5) Finalized memorandum regarding PREPA pension and  labor analysis. (1.1) Draft email to C. George on information to be sent to Proskauer on PREPA pension/labor analysis. (.3) | 2.90 | 345.00 | 1,000.50 |

O'Neill & Borges LLC

Bill #:  381839                                                                    October 5, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/15/20 | HDB | 210 | Review memorandum concerning labor and pension issues regarding Luma Contract. | .80 | 305.00 | 244.00 |
| 9/15/20 | CEG | 213 | Edit responses to questions on LUMA contract related to CBA and pension plan. | 2.60 | 250.00 | 650.00 |
| 9/23/20 | RML | 213 | Analyze and respond to inquiries from Proskauer on trust to trust transfer. (.9) Exchange various emails with Proskauer Team on Pension inquiries and trust to trust transfer. (.6) Tel. conf. with M. Lopez regarding provisions under Act 29 and pension inquiries. [0.3] Analyze inquiries raised by M. Lopez on trust to trust transfer and pension options available. (.6) | 2.50 | 345.00 | 862.50 |
| 9/23/20 | RML | 213 | Review issue on treatment of pensions on other P3 transactions. | .50 | 345.00 | 172.50 |
| 9/23/20 | JP | 213 | Investigate how employees have transferred their ERS balances to private employers as part of privatization transaction. | .60 | 355.00 | 213.00 |
| 9/24/20 | RML | 213 | Review information provided by M. Lopez on communication on PREPA plan. (.3) Review application of pension provisions of  Act 29 in P3 transactions. (.5) Tel. conf. with M. Lopez regarding retirement plan options for PREPA employees. (.3) Review law provisions in preparation of call with E&Y and Proskauer on PREPA Retirement Plan. (.7) | 1.80 | 345.00 | 621.00 |
| 9/24/20 | RML | 213 | Tel. conf. with Proskauer Team, E&Y team and FOMB team on options available for PREPA's employees on retirement plan. (1.1) Review PREPA plan regulations for determination of retirement options available to employees. (.8) | 1.90 | 345.00 | 655.50 |
| 9/24/20 | CEG | 213 | Consider several issues related to CBAs and pension issues  related to PPP contract and impact on PREPA pension plan. | .50 | 250.00 | 125.00 |
| 9/24/20 | JAC | 213 | Analyze PREPA's pension plan regulations to answer inquiry by Proskauer Rose LLP.  (1.30) Tel. conf. with R. Lazaro regarding cash out provisions under PREPA plan. (.30) | 1.60 | 180.00 | 288.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381839                                                               October 5, 2020

| 9/25/20 | RML | 213 | Analyze and research issues regarding transfer of funds from PREPA plan to private employer plan. (.7) Review emails from M. Lopez with information inquiries on transfer of funds to new plan. (.3) Tel. conf. with J. Candelaria regarding cash out provisions under PREPA plan. (.3) Exchange various email with J. Gonzalez regarding legislative history of Act 29 on changes section 10(g) and review information on topic. (.4) | 1.70 | 345.00 | 586.50 |
|---------|-----|-----|-----|------|--------|--------|
| 9/25/20 | JEG | 213 | At the request of R. Lazaro, conduct research on the legislative history of provisions related to Retirement Systems in Article 10(g) of Act 29-2009 (Public Private Partnerships Act). (2.5). Obtain English version of Act 29-2009, Act 120-2018, and Act 17-2019, as requested by R. Lazaro. (.4) | 2.90 | 195.00 | 565.50 |
| 9/26/20 | RML | 213 | Review legislation requested by EY on employer contribution to new employer plan. | .40 | 345.00 | 138.00 |
| 9/27/20 | RML | 213 | Draft email to S. Levy on ACT 120, 17 and 29. | .60 | 345.00 | 207.00 |
| 9/28/20 | JEG | 213 | Review transcription of the debate in the House of Representatives of SB 469 (Act 29-2009, regarding floor amendments to Article 10(g) related to Retirement Systems. | .80 | 195.00 | 156.00 |
| 9/29/20 | RML | 213 | Review PREPA retirement plan regulations regarding lump sum distribution and other benefit options. | .90 | 345.00 | 310.50 |
| 9/30/20 | RML | 213 | Review written statement from Government Human Recourses office on Act 120-2018. (.6) Tel. conf. with C. George in preparation for call with LUMA and Proskauer. (.3) | .90 | 345.00 | 310.50 |
| 9/30/20 | CEG | 213 | Consider several issues related to PREPA employees' vested rights and pension rights, and integration with successor employer doctrine pursuant to the NLRA. (.3) Tel. Conf. with R. M. Lazaro regarding same (.3). | .60 | 250.00 | 150.00 |
| 9/30/20 | JAC | 213 | Draft email to R. M. Lazaro regarding PREPA's pension plan regulations, in order to answer Proskauer Rose LLP's inquiry. | .40 | 180.00 | 72.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 14,294.00 |
| Less Discount | $ -1,429.40 |
| NET PROFESSIONAL SERVICES: | $ 12,864.60 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381839                                                                October 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | 26.70 | 345.00 | 9,211.50 |
| JULIO PIETRANTONI | .60 | 355.00 | 213.00 |
| HERMANN BAUER | 3.60 | 305.00 | 1,098.00 |
| CARLOS E. GEORGE | 6.80 | 250.00 | 1,700.00 |
| JORGE A. CANDELARIA | 7.50 | 180.00 | 1,350.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 3.70 | 195.00 | 721.50 |
| **Total** | **48.90** | | **$ 14,294.00** |

**TOTAL THIS INVOICE**                          **$ 12,864.60**

IN ACCOUNT WITH

1200 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

268 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 381042
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,589.50 |
| | $ -158.95 |
| Net Professional Services | $ 1,430.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,430.55** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/11/20 | HDB | 209 | Review draft Rebuttal Expert Report of Professor James R. Hines Jr. | 1.20 | 305.00 | 366.00 |
| 9/14/20 | HDB | 209 | Revise draft Expert Rebuttal Report by Michael Nadol. | 1.00 | 305.00 | 305.00 |
| 9/15/20 | HDB | 212 | Tel. conf with R. Emmanuelli regarding modification of schedule. (.2)  Draft e-mail to J. Richman regarding schedule modification request. (.1) | .40 | 305.00 | 122.00 |
| 9/15/20 | HDB | 209 | Review AAFAF comments to Nadol Rebuttal Report. | .30 | 305.00 | 91.50 |
| 9/16/20 | HDB | 209 | Revise draft Stipulation to modify deadlines. (.2) Draft e-mail regarding same to R. Emmanuelli. (.1) Review e-mail by J. Richman signing off to draft motion to amend briefing schedule. (.1) | .40 | 305.00 | 122.00 |
| 9/16/20 | DJP | 206 | Analyze the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/16/20 | DJP | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Extend Dates in Scheduling Order, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/23/20 | HDB | 209 | Review draft Henry Farber rebuttal to Alameda Report on damages. | 1.20 | 305.00 | 366.00 |
| 9/30/20 | HDB | 209 | Review OMM's comments to the draft Farber Declaration. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES  $ 1,589.50

$ -158.95

NET PROFESSIONAL SERVICES:  $ 1,430.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381042                                                          October 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.90 | 305.00 | 1,494.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| **Total** | **5.40** | | **$ 1,589.50** |

**TOTAL THIS INVOICE**                          **$ 1,430.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

October 5, 2020
Bill #: 381043
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 261.50 |
| | $ -26.15 |
| Net Professional Services | $ 235.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 235.35** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

Client.Matter: P1705 . 805
RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/02/20 | HDB | 209 | Revise draft motion for extension of time to be filed in adv. 17-00256. (.2) Draft e-mail to Y. Gonzalez regarding same. (.1) Coordinate extension with counsel for ICSE. (.2) | .50 | 305.00 | 152.50 |
| 9/02/20 | DJP | 206 | Analyze the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau Extension of Time to File Further Status Report, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/02/20 | DJP | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau Extension of Time to File Further Status Report, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 3, 2020, regarding order dkt. 77 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES $ 261.50

$ -26.15

NET PROFESSIONAL SERVICES: $ 235.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.10** | | **$ 261.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

O'Neill & Borges LLC

Bill #:  381043

October 5, 2020

**TOTAL THIS INVOICE**                                    **$ 235.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020
Bill #:    381044
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 480.00 |
| Less Discount | $ -48.00 |
| Net Professional Services | $ 432.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 432.00** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/14/20 | CGB | 209 | Review Appellate Court order in appeal 20-1797 requiring notice of appearance of appellants by 28-September-2020. | .10 | 330.00 | 33.00 |
| 9/15/20 | CGB | 209 | Review the Appellate Court's corrected order in appeal 20-1797 requiring notice of appearance for certain appellants by 28-September-2020. | .10 | 330.00 | 33.00 |
| 9/25/20 | JAC | 213 | Continue analysis of PREPA's pension plan regulations, to analyze Proskauer Rose LLP's inquiry. | 2.30 | 180.00 | 414.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 480.00 |
| Less Discount | $ -48.00 |
| NET PROFESSIONAL SERVICES: | $ 432.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| JORGE A. CANDELARIA | 2.30 | 180.00 | 414.00 |
| **Total** | **2.50** | | **$ 480.00** |

**TOTAL THIS INVOICE**      **$ 432.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

# O'NEILL & BORGES LLC

October 5, 2020
FOMB IN RE PREPA TITLE III
Bill #: 381045
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 2,347.50 |
| | $ -234.75 |
| Net Professional Services | $ 2,112.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,112.75** |

IN ACCOUNT WITH

238 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/03/20 | CEG | 209 | Consider various issues raised by J. Roberts questions regarding UTIER's implied right of action to sue for damages for a violation of the Fiscal Plan Compliance Act. | .30 | 250.00 | 75.00 |
| 9/04/20 | CGB | 209 | Analyze C. George's proposed response to Proskauer query on causes of action available to UTIER(0.1); analyze the key provision of Act 26-2017 (0.2); Analyze key provision of Act 3-2017 (0.2); Draft response to J. Roberts and J. Richman regarding potential administrative options available to UTIER(0.4). | .90 | 330.00 | 297.00 |
| 9/04/20 | CEG | 209 | Revise draft of response to J. Roberts consultation regarding UTIER's implied right of action to sue for damages for a violation of the Fiscal Plan Compliance Act. | .20 | 250.00 | 50.00 |
| 9/04/20 | CEG | 209 | Exchange emails with J. Richman with additional questions on UTIER's implied right of action to sue for damages for a violation of the Fiscal Plan Compliance Act. | .40 | 250.00 | 100.00 |
| 9/09/20 | CGB | 209 | Follow-up with O. M. Alicea to ascertain status of Guadalupe v. Saldana translation (.1); Draft email to J. Richman and J. Roberts forwarding certified English translation of same (.1) | .20 | 330.00 | 66.00 |
| 9/11/20 | CGB | 209 | Email exchange with J. Richman regarding implied rights of action under Puerto Rico law. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  381045

October 5, 2020

| 9/14/20 | CGB | 209 | Tel. Conf. with J. A. Candelaria regarding Proskauer query on the implied cause of action doctrine to develop strategy to respond to same (.4); Analyze Bonilla v Chardon to ascertain implications for tort claims grounded on the breach of a statute (.2); Draft email to J. A. Candelaria setting forth preliminary reaction to same (.1). | .70 | 330.00 | 231.00 |
|---|---|---|---|---|---|---|
| 9/14/20 | JAC | 202 | Conference call with C. Garcia regarding writ of mandamus under Puerto Rico law. | .40 | 180.00 | 72.00 |
| 9/14/20 | JAC | 202 | Conduct research on implied causes of action under Puerto Rico law, as requested by C. Garcia (1.1), and draft email to C. Garcia regarding research findings (.1). | 1.10 | 180.00 | 198.00 |
| 9/18/20 | CVA | 202 | Analyze Puerto Rico case law regarding the imposition of double damages to the Commonwealth of Puerto Rico under Law No. 17-1988 to determine if double damages can be levied against the Government pursuant to the recently enacted Law No. 90-2020. | 2.10 | 175.00 | 367.50 |
| 9/18/20 | CVA | 202 | Draft email to C. George regarding research findings as to the imposition of double damages to the Commonwealth of Puerto Rico under Law No. 17-1988. | .20 | 175.00 | 35.00 |
| 9/29/20 | CGB | 209 | Analyze Arroyo v. ELA appellate decision on mandamus issues (.2); Analyze Asoc. de Maestros v DE appellate opinion (.2); Draft email to C. George regarding potential implications of same for the alternate relief analysis (.1). | .50 | 330.00 | 165.00 |
| 9/29/20 | CEG | 209 | Consider provisions under Law 26-2017, Law 66-2014, and Law 3-2017  for administrative remedy in lieu of mandamus (.6); review related case law from the court of appeal challenging government actions pursuant to Law 26-2017 (.8); review related  decisions from the PR Labor Relations Board (.7); review administrative order on appeal process before the  PR Labor Relations Board pursuant to Law 66-2014 (.4). | 2.50 | 250.00 | 625.00 |

TOTAL PROFESSIONAL SERVICES      $ 2,347.50

$ -234.75

NET PROFESSIONAL SERVICES:      $ 2,112.75

O'Neill & Borges LLC

Bill #:  381045

October 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.50 | 330.00 | 825.00 |
| CARLOS E. GEORGE | 3.40 | 250.00 | 850.00 |
| JORGE A. CANDELARIA | 1.50 | 180.00 | 270.00 |
| CARLOS VAZQUEZ ALBERTY | 2.30 | 175.00 | 402.50 |
| **Total** | **9.70** | | **$ 2,347.50** |

**TOTAL THIS INVOICE**                    **$ 2,112.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020
Bill #:   381046
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 817**

**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 61.00 |
| | $ -6.10 |
| Net Professional Services | $ 54.90 |
| Total Reimbursable Expenses | $ 1,094.51 |
| **TOTAL THIS INVOICE** | **$ 1,149.41** |

Electronic Invoice

IN ACCOUNT WITH                                                    250 Muñoz Rivera Ave, Suite 800
                                                                  San Juan, PR 00918-1813
                                                                  Tel. (787) 764-8181
## O'NEILL & BORGES LLC                                           Fax (787) 753-8944

**Client.Matter: P1705 . 817**
**RE:  19-00412-LTS ALBARRAN V. PREPA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/29/20 | HDB | 209 | Review Motion for Voluntary Dismissal. | .20 | 305.00 | 61.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 61.00 |
| | | $ -6.10 |
| NET PROFESSIONAL SERVICES: | | $ 54.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| **Total** | **.20** | | **$ 61.00** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 9/04/20 | RITA, INV. 4700, MANDAMUS PETITION 1 & 2, ORDER AND SUMMONS-HDB/CGB | 1,094.51 |

|  |  |
|--|--|
| TOTAL REIMBURSABLE EXPENSES | $ 1,094.51 |
| **TOTAL THIS INVOICE** | **$ 1,149.41** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800

SAN JUAN, PR 00918-1813

TEL. (787) 764-8181

FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

October 5, 2020
Bill #: 381047
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 266.50 |
| | $ -26.65 |
| Net Professional Services | $ 239.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 239.85** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/02/20 | HDB | 209 | Tel. conf with E. Corretjer, L. Stafford and C. Febus regarding opposition to summary judgment in Adv. 19-00453. | .50 | 305.00 | 152.50 |
| 9/25/20 | DJP | 206 | Analyze PREPA's Unopposed Urgent Motion to Extend Briefing Schedule, in anticipation of its filing in Adv. 19-00453. | .20 | 190.00 | 38.00 |
| 9/25/20 | DJP | 206 | File PREPA's Unopposed Urgent Motion to Extend Briefing Schedule in Adv. 19-00453, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/28/20 | DJP | 206 | Draft email to presiding judge and designated magistrate judge attaching PREPA's Unopposed Urgent Motion to Extend Briefing Schedule and the corresponding proposed order. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES $ 266.50

$ -26.65

NET PROFESSIONAL SERVICES: $ 239.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| DANIEL J. PEREZ REFOJOS | .60 | 190.00 | 114.00 |
| **Total** | **1.10** | | **$ 266.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381047

October 5, 2020

**TOTAL THIS INVOICE**                                    **$ 239.85**

# INVOICE

EIN: 66-081-8961

**RITA**
Ave. Winston Churchill 138
PMB 628
San Juan,  00926-6013
Puerto Rico

BILL TO
**O'NEILL & BORGES LLC**
Ivette Morales

787-764-8181 X 1265
ivette.morales@oneillborges.com

| | |
|---|---|
| **Invoice Number:** | 4700 |
| **Invoice Date:** | August 26, 2019 |
| **Payment Due:** | September 25, 2019 |
| **Amount Due (USD):** | **$1,094.51** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Traducción**<br>Caso: Fundador Albarrán y otros v. José F. Ortiz Vázquez y otros<br><br>Documentos:<br>Petición de Mandamus 1<br>Petición de Mandamus 2<br>Orden<br>Emplazamiento<br><br>**Traducción expedita | 5539 | $0.19 | $1,052.41 |

| | |
|---|---|
| **Subtotal:** | $1,052.41 |
| Sales Tax  4%: | $42.10 |
| **Total:** | $1,094.51 |
| **Amount Due (USD):** | **$1,094.51** |