# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------------x

## COVER SHEET TO TENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020

---

[1]  The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $255.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $255.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's tenth monthly fee application in these cases.

00772899; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 15th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period June 1 through June 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 0.40 | $ 122.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 0.80 | $ 148.00 |
| Milagros Marcano | Paralegal | Litigation | $ 140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **1.30** | **$ 284.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (28.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 255.60** |

**PBA TITLE III**

**Summary of Disbursements for the Period June 1 through June 30, 2020**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | **Totals** | | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | | | **$** | **-** |

### PBA TITLE III

### Summary of Legal Fees for the Period June 1 through June 30, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.00 | 209.00 |
| 212 | General Administration | 0.20 | 61.00 |
| 219 | Docketing | 0.10 | 14.00 |
| | | | $ 284.00 |
| | **Less: 10% Courtesy discount** | | $ (28.40) |
| | **TOTALS** | **1.30** | **$ 255.60** |

00772899; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $230.04, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $230.04.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00772899; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

~~250 MUÑOZ RIVERA, SUITE 800~~
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 2, 2020

FOMB IN RE PBA TITLE III

Bill #: 376437
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 284.00 |
| Less Discount | $ -28.40 |
| Net Professional Services | $ 255.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 255.60** |

Electronic Invoice

IN ACCOUNT WITH

208 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/20 | HDB | 212 | Exchange e-mails with L. Stafford concerning status of lockdown and effects of PBA claims collection sites. | .20 | 305.00 | 61.00 |
| 6/10/20 | HDB | 206 | Revise and sign-off to file Motion to Extend PBA Bar Date. | .20 | 305.00 | 61.00 |
| 6/10/20 | GMR | 206 | Analyze the Urgent motion (A) to Extend Deadline for Filing Proofs of Claim and (B) to Approve Form and Manner of Notice Thereof in anticipation to its filing. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 206 | File the Urgent motion (A) to Extend Deadline for Filing Proofs of Claim and (B) to Approve Form and Manner of Notice Thereof in Case No. 19-05523. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 206 | Exchange emails with PrimeClerk in connection with service of the Urgent motion (A) to Extend Deadline for Filing Proofs of Claim and (B) to Approve Form and Manner of Notice Thereof, as filed in Cases No. 17-3283 and 19-5523. | .20 | 185.00 | 37.00 |
| 6/10/20 | GMR | 206 | Draft email to the Chambers of the Hon. Laura T. Swain enclosing courtesy copy of the Urgent motion (A) to Extend Deadline for Filing Proofs of Claim and (B) to Approve Form and Manner of Notice Thereof and the proposed order thereto. | .20 | 185.00 | 37.00 |
| 6/11/20 | MMB | 219 | Docket court notice received by email dated June 11, 2020, regarding order dkt. 88 setting deadline to file proofs of claim - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |  |  |
|--|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 284.00 |
| Less Discount | | $ -28.40 |
| NET PROFESSIONAL SERVICES: | | $ 255.60 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  376437

July 2, 2020

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.30** | | **$ 284.00** |

**TOTAL THIS INVOICE**                                  **$ 255.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-----------------------------------------------------------------x

## COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2020 through July 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $201.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $201.15 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's eleventh monthly fee application in these cases.

00778119; 1

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00778119; 1

On October 9th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 0.30 | $ | 91.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $ 220.00 | 0.60 | $ | 132.00 |
| | | | | | | |
| | **Totals** | | | **0.90** | **$** | **223.50** |
| | | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$** | **(22.35)** |
| | | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **201.15** |

**PBA TITLE III**

**Summary of Disbursements for the Period July 1 through July 31, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | **$** | **-** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

**PBA TITLE III**

**Summary of Legal Fees for the Period  July 1 through July 31, 2020**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 215 | Plan of Adjustment and Disclosure Statem | 0.30 | 91.50 |
| 224 | Fee Applications O&B | 0.60 | 132.00 |
| | | | $    223.50 |
| | **Less: 10% Courtesy discount** | | $    (22.35) |
| | **TOTALS** | **0.90** | $    201.15 |

00778119; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $181.04, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $181.04.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00778119; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 5, 2020

FOMB IN RE PBA  TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 5, 2020
FOMB IN RE PBA TITLE III                                                 Bill #:   377925
                                                                Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2020:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

|                               |            |
|-------------------------------|-----------:|
| Total Professional Services   | $ 223.50   |
| Less Discount                 | $ -22.35   |
| Net Professional Services     | $ 201.15   |
| Total Reimbursable Expenses   | $ .00      |
| **TOTAL THIS INVOICE**        | **$ 201.15** |

IN ACCOUNT WITH

EDIFICIO OCHOA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/20 | UMF | 224 | Draft seventh monthly fee application for March 2020 of O'Neill & Borges in the Title III case of PBA. | .30 | 220.00 | 66.00 |
| 7/03/20 | UMF | 224 | Draft eighth monthly fee application for March 2020 of O'Neill & Borges in the Title III case of PBA. | .30 | 220.00 | 66.00 |
| 7/15/20 | HDB | 215 | Review PBA BIT assumptions. | .30 | 305.00 | 91.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 223.50 |
| Less Discount | | $ -22.35 |
| NET PROFESSIONAL SERVICES: | | $ 201.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| **Total** | **.90** | | **$ 223.50** |

**TOTAL THIS INVOICE**      **$ 201.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
|         Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
|         Debtor. | |

---------------------------------------------------------------x

### COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

00781214; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2020 through August 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $528.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $528.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twelfth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 16th, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00781214; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 0.30 | $        91.50 |
| José L. Notario Toll | Jr. Member | Corporate | $ 225.00 | 0.60 | $       135.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 1.90 | $       361.00 |
| | | | | | |
| | **Totals** | | | **2.80** | **$       587.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $        (58.75) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$       528.75** |

**PBA TITLE III**

**Summary of Disbursements for the Period August 1 through August 31, 2020**

| Description - Expenses | | | | Amounts | |
|---|---|---|---|---|---|
| | | | | | |
| | **Totals** | | | $          - | |
| | | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | $          - | |

00781214; 1

| | | | | |
|---|---|---|---|---|
| | **PBA TITLE III** | | | |
| | **Summary of Legal Fees for the Period  August 1 through August 31, 2020** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 206 | Documents Filed on Behalf of the Board | 2.20 | 473.50 | |
| 210 | Analysis and Strategy | 0.60 | 114.00 | |
| | | | | |
| | | | $ | 587.50 |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | (58.75) |
| | | | | |
| | **TOTALS** | **2.80** | $ | 528.75 |

00781214; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $475.88, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $475.88.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00781214; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 2, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

HERMANN BAUER

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 2, 2020
FOMB IN RE PBA TITLE III
Bill #: 379474
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 587.50 |
| Less Discount | $ -58.75 |
| Net Professional Services | $ 528.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 528.75** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/20/20 | HDB | 206 | Revise and sign-off to file draft Motion of the Puerto Rico Public Buildings Authority for Entry of Second Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .30 | 305.00 | 91.50 |
| 8/21/20 | JLN | 206 | Review inquiries from D. Perez regarding Executive Order and government employees. (0.2) Review Executive Order issued by Governor (0.3) and respond to same. (0.1) | .60 | 225.00 | 135.00 |
| 8/21/20 | DJP | 210 | Analyze latest executive orders issued by the PR Government in connection with the COVID-19 pandemic, to respond to inquiry from J. Esses relating to Notice of Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .40 | 190.00 | 76.00 |
| 8/21/20 | DJP | 210 | Draft email to J. Esses responding to inquiry relating to latest executive orders issued by the PR Government in connection with the COVID-19 pandemic, in connection with the filing of the Notice of Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 8/21/20 | DJP | 206 | Analyze the final version of the Notice of Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .50 | 190.00 | 95.00 |

O'Neill & Borges LLC

Bill #:  379474                                                                    September 2, 2020

| 8/21/20 | DJP | 206 | Analyze the Motion of the Puerto Rico Public Buildings Authority for Entry of Second Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .40 | 190.00 | 76.00 |
|---|---|---|---|---|---|---|
| 8/21/20 | DJP | 206 | File the Motion of the Puerto Rico Public Buildings Authority for Entry of Second Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 8/21/20 | DJP | 206 | File the Notice of Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                          $ 587.50

Less Discount                                               $ -58.75

NET PROFESSIONAL SERVICES:                           $ 528.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| JOSE L. NOTARIO TOLL | .60 | 225.00 | 135.00 |
| DANIEL J. PEREZ REFOJOS | 1.90 | 190.00 | 361.00 |
| **Total** | **2.80** | | **$ 587.50** |

**TOTAL THIS INVOICE**                               **$ 528.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2020 through September 30, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $402.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $402.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's thirteenth monthly fee application in these cases.

00818145; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.




/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 21st, 2020 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

00818145; 1

**PBA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2020**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 220.00 | 0.50 | $ 110.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 1.70 | $ 323.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **2.30** | **$ 447.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (44.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 402.30** |

**PBA TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2020**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | **$ -** | |
| **SUMMARY OF DISBURSEMENTS** | | **$ -** | |

### PBA TITLE III

### Summary of Legal Fees for the Period  September 1 through September 30, 2020

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.70 | 133.00 |
| 219 | Docketing | 0.10 | 14.00 |
| 224 | Fee Applications O&B | 0.50 | 110.00 |
| 225 | Fee Application Proskauer | 1.00 | 190.00 |
| | | | |
| | | | $      447.00 |
| | | | |
| | Less: 10% Courtesy discount | | $     (44.70) |
| | | | |
| | TOTALS | 2.30 | $      402.30 |

00818145; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $362.07, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $362.07.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00818145; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

October 5, 2020

FOMB IN RE PBA TITLE III

Bill #: 381048

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2020:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 447.00 |
| Less Discount | $ -44.70 |
| Net Professional Services | $ 402.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 402.30** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/10/20 | DJP | 206 | Analyze the Certificate of No Objection Regarding Motion of the Puerto Rico Buildings Authority for Entry of a Second Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/10/20 | DJP | 206 | File the Certificate of No Objection Regarding Motion of the Puerto Rico Buildings Authority for Entry of a Second Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/10/20 | DJP | 206 | Draft email to presiding judge attaching Certificate of No Objection Regarding Motion of the Puerto Rico Buildings Authority for Entry of a Second Order Pursuant to Rule 9006(B) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 9/14/20 | UMF | 224 | Draft ninth monthly fee application for May 2020 of O'Neill & Borges in the Title III case of PBA. | .30 | 220.00 | 66.00 |
| 9/14/20 | UMF | 224 | Draft tenth monthly fee application for June 2020 of O'Neill & Borges in the Title III case of PBA. | .20 | 220.00 | 44.00 |
| 9/16/20 | MMB | 219 | Docket court notice received by email dated September 11, 2020, regarding order dkt. 94 setting deadline for PBA to file notices of removal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381048

October 5, 2020

| 9/19/20 | DJP | 225 | Analyze the Second Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of The Debtor, The Puerto Rico Public Buildings Authority, for the Period February 1, 2020 Through May 31, 2020, and supporting exhibits, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/19/20 | DJP | 225 | File the Second Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Public Buildings Authority, For The Period February 1, 2020 Through May 31, 2020, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 9/19/20 | DJP | 225 | Analyze the Notice of Filing of the Second Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Public Buildings Authority, For The Period February 1, 2020 Through May 31, 2020, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 9/19/20 | DJP | 225 | File the Notice of Filing of the Second Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for The Financial Oversight and Management Board For Puerto Rico, As Representative of The Debtor, The Puerto Rico Public Buildings Authority, for The Period February 1, 2020 Through May 31, 2020, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                 $ 447.00

Less Discount                                              $ -44.70

NET PROFESSIONAL SERVICES:                 $ 402.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  381048

October 5, 2020

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .50 | 220.00 | 110.00 |
| DANIEL J. PEREZ REFOJOS | 1.70 | 190.00 | 323.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.30** | | **$ 447.00** |


**TOTAL THIS INVOICE**                      **$ 402.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE