IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOAD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO
RICO et al.,

    Debtors.[1]

------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT TITLE**

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523- LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AMERICAS 108410974

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

| | |
|---|---|
| Participant's Name: | Doral Financial Corporation |
| Participant's Address: | Doral Financial Corporation<br>C/O Drivetrain, LLC<br>Attn: David Mack and Ivona Smith<br>410 Park Avenue, Suite 900<br>New York, NY 10022 |
| Participant's Email Address: | dmack@drivetrainllc.com; ismith@drivetrainllc.com |
| Name of Counsel: | Brian Pfeiffer (White & Case LLP)<br><br>and<br><br>Juan C. Salichs-Pou (Salichs Pou & Associates) |
| Address of Counsel: | White & Case LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>Attn: Brian Pfeiffer<br><br>and<br><br>Salichs Pou & Associates<br>P.O. Box 195553<br>San Juan, PR 00910-5553<br>Attn: Juan C. Salichs-Pou |
| Email Address of Counsel: | brian.pfeiffer@whitecase.com<br><br>and<br><br>jsalichs@splawpr.com |

2. Participant's Claim number and the nature of Participant's Claim:

| | |
|---|---|
| Claim Number: | 380 |
| Nature of Claim: | Unsecured, tax refund payments and contract rights |

[*Signature Page on Next Page*]

AMERICAS 108410974

By: *David Mack*
Signature

David Mack
Print Name

Authorized Representative
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AMERICAS 108410974