**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and PBA.** |

### ORDER GRANTING THREE HUNDRED THIRTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO DUPLICATE CLAIMS

Upon the *Three Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Duplicate Claims* [ECF No. 17086] (the "Three Hundred Thirty-Ninth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Public Buildings

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Thirty-Ninth Omnibus Objection.

1

Authority ("PBA," and together with the Commonwealth, the "Debtors"), dated August 3, 2021, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Three Hundred Thirty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Thirty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Thirty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Three Hundred Thirty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Three Hundred Thirty-Ninth Omnibus Objection is in the best interests of the Commonwealth, PBA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Thirty-Ninth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Thirty-Ninth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Three Hundred Thirty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17086 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                    Honorable Judge Laura Taylor Swain
                                                    United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Ninth Omnibus Objection**

Three Hundred and Thirty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ADIRONDACK HOLDINGS I LLC ROPES & GRAY LLC LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174352 | Undetermined* | ADIRONDACK HOLDINGS I LLC ROPES & GRAY LLC LEIGH R. FRASER PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON, MA 02199-3600 | 07/27/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 174349 | $ 14,414,823.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | JLG CONSULTING ENGINEERING, P.S.C. EUGENE F. HESTRES VELEZ, ESQ. BIRD BIRD & HESTRES, P.S.C. PO BOX 9024040 SAN JUAN, PR 00902-4040 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101963 | $ 311,455.15 | JLG CONSULTING ENGINEERING, INC. P.O. BOX 9023472 SAN JUAN, PR 00902-3472 | 05/15/20 | 19-BK-05523-LTS / Puerto Rico Public Buildings Authority (PBA) | 173979 | $ 103,818.38* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | LEON CANDELARIO, MIRZA I 2131 COLINA ST. ST. VALLE ALTO PONCE, PR 00730-4127 | 08/07/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174768 | $ 2,300.00 | LEON, MIRZA I. 2131 COLINA ST. VALLE ALTO PONCE, PR 00730 | 05/03/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179202 | $ 1,600.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1