**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

ORDER GRANTING THREE HUNDRED FORTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Three Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 17088] (the "Three Hundred Forty-Second Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated August 3, 2021, for entry of an order reclassifying

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Forty-Second Omnibus Objection.

1

certain claims filed against PREPA, as more fully set forth in the Three Hundred Forty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Forty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Forty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection having improperly identified PREPA as obligor, when such claims are properly asserted, if at all, against the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection; and the Court having determined that the relief sought in the Three Hundred Forty-Second Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Forty-Second Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Forty-Second Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Three Hundred Forty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection from PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred Forty-Second Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 17088 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

> Honorable Judge Laura Taylor Swain
> United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Forty-Second Omnibus Objection**

THREE HUNDRED FORTY-SECOND OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16448 | PUERTO RICO ELECTRIC POWER AUTHORITY | $140,000.00 | COMMONWEALTH OF PUERTO RICO | $70,000.00 |
| | | | | | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $225,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico for $70,000 and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for $225,000

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | IBANEZ HERNANDEZ, HECTOR M.<br>P.O. BOX 1467<br>MOCA, PR 00670 | 36989 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ROMAN MARTINEZ, NAYDE I.<br>205-11 SANTANE<br>ARECIBO, PR 00612 | 123222 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | SOSTIE LEYZ, WILLIAM M.<br>611 CALLE ROBLES<br>URB CANAS HOUSING<br>PONCE, PR 00728 | 64250 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.