**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

ORDER GRANTING THREE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS
FOR WHICH IT IS NOT LIABLE

Upon the *Three Hundred Forty-Fourth Omnibus Objection (Substantive) of Puerto Rico Electric Power Authority to Claims for Which It Is Not Liable* [ECF No. 17089] (the "Three Hundred Forty-Fourth Omnibus Objection"),² filed by the Puerto Rico Electric Power Authority ("PREPA"), dated August 3, 2021, for entry of an order disallowing certain claims filed against

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Forty-Fourth Omnibus Objection.

1

PREPA, as more fully set forth in the Three Hundred Forty-Fourth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Forty-Fourth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Forty-Fourth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Three Hundred Forty-Fourth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims as to which PREPA is not liable; and the Court having determined that the relief sought in the Three Hundred Forty-Fourth Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Forty-Fourth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Forty-Fourth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Forty-Fourth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17089 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Forty-Fourth Omnibus Objection**

# THREE HUNDRED FORTY-FOURTH OMNIBUS OBJECTION

## Exhibit A – No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLGRAM, ELISHA A<br>PO BOX 107<br>CEIBA, PR 00735 | 3/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4026 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 2 | MERCADO PACHECO, HECTOR L<br>URB STARLIGHT<br>3323 CALLE GALAXIA<br>PONCE, PR 00717 | 4/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6561 | $86,176.45 |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 3 | ORTIZ GUZMAN, EDDIE<br>RR 03 BOX 9586<br>TOA ALTA, PR 00953 | 4/4/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6544 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 4 | RODRIGUEZ DIAZ, RAFAEL<br>MONTECASINO HEIGTHS<br>3 CALLE RIO<br>TOA ALTA, PR 00953 | 3/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4371 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 5 | SANTIAGO TORRES, IRMA I<br>CALLE 28 SS 26<br>VILLAS DE LOIZA<br>CAOLINA, PR 00729 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4996 | Undetermined* |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |
| 6 | SOTO LOPEZ, MAYRA<br>100 PARK EAST<br>APT 104<br>BAYAMON, PR 00961 | 4/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6836 | $20,000.00 |
| | Reason: Claim filed by current or former PREPA customers who assert claims purportedly arising from their electricity service accounts, but neither the proof of claim nor the supporting documentation demonstrate that claimants are entitled to any payments from PREPA in respect of their electricity accounts. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.