**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

ORDER GRANTING THREE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTING DUPLICATE LIABILITIES

Upon the *Three Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicate Liabilities* [ECF No. 17099] (the "Three Hundred Fifty-Ninth Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated August 3, 2021, for entry of an order disallowing in their entirety

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Fifty-Ninth Omnibus Objection.

certain claims filed against PREPA, as more fully set forth in the Three Hundred Fifty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Fifty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Fifty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Three Hundred Fifty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Three Hundred Fifty-Ninth Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Fifty-Ninth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Fifty-Ninth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Three Hundred Fifty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

      ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17099 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifty-Ninth Omnibus Objection**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 20267 | $30,921.84 | BANCO POPULAR DE PUERTO RICO<br>LEGAL DIVISION (745)<br>PO BOX 362708<br>SAN JUAN, PR 00936 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166330 | $30,921.84 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 2 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34133 | $48,433.39 | DEYA ELEVATOR SERVICE<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13775 | $70,583.92 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 3 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7690 | $475,000.00 | FREIRIA GARRATON, MARIA M<br>PO BOX 36-4165<br>SAN JUAN, PR 00936-4165 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7964 | $475,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 4 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5903 | $55,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>GARY R ANDERSON, TRUSTEE<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5593 | $105,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 5 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5971 | $50,000.00 | GARY R ANDERSON TRUST U/A 10/25/10<br>PO BOX 444<br>NEW LONDON, NH 03257 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5593 | $105,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 6 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 75872 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 81938 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE CENTER 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 8 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 76191 | $10,169.73 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS GARRETT A. NAIL TWO ALLIANCE 3560 LENOX ROAD, SUITE 1600 ATLANTA, GA 30326 | 6/28/2028 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 70143 | $10,169.73 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 9 | LLAUGER, JORGE VALDES (ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED) HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 48936 | Undetermined* | ANNE CATESBY JONES, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED HAGENS BERMAN SOBOL SHAPIRO LLP 455 N CITYFRONT PLAZA DRIVE, SUITE 2410 CHICAGO, IL 60611 | 6/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 48925 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 10 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6039 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6252 | $210,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 11 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6041 | $210,000.00 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6252 | $210,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

THREE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION
Exhibit A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 5/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 46196 | Undetermined* | RIESTRA FERNANDEZ, MIGUEL<br>675 CALLE SERGIO CUEVAS BUSTAMANTE<br>APT 2001 TORRE DEL CARDENAL<br>SAN JUAN, PR 00918 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 10490 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |
| 13 | RIOS MORALES, AWILDA<br>HC-57 BOX 11030<br>AGUADA, PR 00602 | 10/8/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 176645 | $2,933.07 | RIOS MORALES, AWILDA<br>HC-57 BOX 11030<br>AGUADA, PR 00602 | 5/31/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17141 | $2,933.07 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.