**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING THREE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

Upon the *Three Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 17103] (the "Three Hundred Thirty-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated June 18, 2021, for entry of an order disallowing in their entirety

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Thirty-Eighth Omnibus Objection.

1

certain claims filed against the Commonwealth, as more fully set forth in the Three Hundred Thirty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Thirty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Thirty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Three Hundred Thirty-Eighth Omnibus Objection (collectively, the "Satisfied Claims") having been found to be fully satisfied; and the Court having determined that the relief sought in the Three Hundred Thirty-Eighth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Thirty-Eighth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Three Hundred Thirty-Eighth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Thirty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Deficient Bond Claims as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17103 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Thirty-Eighth Omnibus Objection**

## Three Hundred and Thirty-Eighth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS COMPANY<br>P O BOX 53860<br>AZ 24 02 19<br>PHOENIX, AZ 85072 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 986 | $ 16,290.00 |
| | Reason: Proof of Claim asserts liability on the basis of unclaimed property. The records of the Department of Treasury show such claim is fully satisfied, pursuant to Check No. 00245728 dated 11/20/2018. | | | | | |
| 2 | ROSA FONTANEZ, PABLO<br>HC 6 BOX 14109<br>COROZAL, PR 00783 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120450 | $ 293,208.90 |
| | Reason: The records of the Department of Correction and Rehabilitation show the judgment owed to Pablo Rosa Fontanez has been paid in full in the total amount of $220,161.71. This amount differs from the original amount agreed to by the parties in their original payment plan because Mr. Fontanez used days in excess of his accrued number of days, and thus, the settlement amount was reduced correspondingly. | | | | | |
| 3 | TAMRIO, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13069 | $ 129,673.72 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. T20171009004R, 2017.18.09005R, 2017301006R, 2017301007R, 2017301008R, 2017100201R, 2017100202R, and 2017100205R. The records of the Department of Transportation and Public Works show such invoices have been fully satisfied, pursuant to Check Nos. 00224267, 00223871, 00224266, 00224268, 00224269, 00237967, 00238499, and 00238498 dated 07/13/2018, 07/12/2018, 07/13/2018, 07/13/2018, 07/13/2018, 09/26/2018, 09/28/2018, and 09/28/2018, respectively. | | | | | |
| | | | | | TOTAL | $ 439,172.62 |