**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON AUGUST 4-5, 2021 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, August 4, 2021**, from 9:30 a.m. to 11:50 a.m., from 1:10 p.m. to 5:00 p.m. and, if necessary, **Thursday, August 5, 2021**, from 9:30 a.m. to 1:00 p.m., and from 2:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for August 4-5, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 17522], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at **Case No. 17-3283, ECF No. 17644** is attached hereto as **Exhibit B.**

CourtSolutions at www.court-solutions.com.  The FOMB and AAFAF may each register up to five speaking lines per day, and all other parties shall be limited to two speaking lines per day.  There will be no limitation on listen-only lines.

Members of the Public and Press:  Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (8343) when prompted.

**Copies of Documents:**      Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.    STATUS REPORTS:

1.  **Report from the Oversight Board**.

    Description:    Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of work toward substantially consensual plans of adjustment, and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

    Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.  **Report from AAFAF.**

    Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

    Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report is Luis C. Marini-Biaggi.

~~**II. FEE APPLICATIONS:**~~

~~1. **Fee Examiner's Revised Report on Uncontested Professional Fee Matters for Consideration in Connection with the August 4, 2021 Omnibus Hearing.** [Case No. 17-3283, ECF No. 17622]~~

~~Description: The Fee Examiner, Brady C. Williamson, will respond to any questions regarding his recommendations for approval of twenty-eight previously deferred and now uncontested interim fee applications, and for further deferral of the interim fee applications, which remain the subject of discussions, to the October 6, 2021 omnibus hearing or to a later date.~~

## **II.** ~~III.~~ **CONTESTED MATTERS**

1. **DRA Parties' Amended Motion for Adequate Protection or Relief from the Automatic Stay.** The DRA Parties' Amended Motion and Memorandum of Law in Support of Their Request for Adequate Protection or Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 16276; Case No. 17-3567, ECF No. 998]**

   Description: Motion of the DRA Parties for entry of an order mandating the Debtors to provide adequate protection of the DRA Parties' interest in the DRA collateral, or, in the alternative, allowing the DRA Parties relief from the automatic stay so that they could seek other legal remedies. Pursuant to the *Order Scheduling Hearing on the DRA Parties' Amended Motion and Memorandum of Law in Support of Their Request for Adequate Protection or Relief from the Automatic Stay* [Case No. 17-3283, ECF No. 17463; Case No. 17-3567, ECF No. 1047], the Court will hear oral argument solely concerning the Standing Issue.

   Government Parties' Objection Deadline: April 21, 2021 (on an individual or joint basis).

   Responses:
   A. The Government Parties Objection to the DRA Parties' Standing to Seek Relief from the Automatic Stay or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16518; Case No. 17-3567, ECF No. 1009]**

   DRA Response Deadline: May 19, 2021.

   Responses:
   A. The DRA Parties' Response to the Government Parties Objection to the DRA Parties' Standing to Seek Relief from the Automatic Stay or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16780; Case No. 17-3567, ECF No. 1021]**

   Government Parties Reply Deadline: July 21, 2021 (on an individual or joint basis).

   Replies:

3

A. The Government Parties' Reply Solely Regarding the DRA Parties' Standing to Seek Relief from the Automatic Stay or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 17449; Case No. 17-3567, ECF No. 1046]**

Related Documents:

A. Order Approving Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 14417; Case No. 17-3567, ECF No. 931]**

B. Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation, in Their Capacity as HTA Bondholders, with Respect to the DRA Parties' Amended Motion and Memorandum of Law in Support of Their Request for Adequate Protection or Relief from the Automatic Stay (ECF No. 16276) **[Case No. 17-3283, ECF No. 16505; Case No. 17-3567, ECF No. 1007]**

C. Reservation of Rights of Ambac Assurance Corporation and Financial Guaranty Insurance Corporation to the DRA Parties' Amended Motion and Memorandum of Law in Support of Their Request for Adequate Protection or Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 16509; Case No. 17-3567, ECF No. 1008]**

D. Joinder of Official Committee of Unsecured Creditors in Support of Government Parties' Objection to DRA Parties' Standing to Seek Relief from Automatic Stay or in Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16519; Case No. 17-3567, ECF No. 1010]**

E. Urgent Joint Motion of the Government Parties and the DRA Parties for Modification of Certain Deadlines in the Order Approving Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16683; Case No. 17-3567, ECF No. 1013]**

F. Order Approving Urgent Motion Modifying Order on Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16698; Case No. 17-3567, ECF No. 1014]**

G. Second Urgent Joint Motion of the Government Parties and the DRA Parties for Modification of Certain Deadlines in the Order Approving Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion and Memorandum of Law in Support of Their Motion for Relief from the Automatic

Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16864; Case No. 17-3567, ECF No. 1027]**

H. Order Approving Second Urgent Motion Modifying Order on Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties' Motion ad Memorandum of Law in Support of Their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection **[Case No. 17-3283, ECF No. 16866; Case No. 17-3567, ECF No. 1029]**

I. Order Scheduling Hearing on the DRA Parties' Amended Motion and Memorandum of Law in Support of Their Request for Adequate Protection or Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 17463; Case No. 17-3567, ECF No. 1047]**

Status: This matter is going forward.

Estimated Time Required: 40 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:
        1. **DRA Parties**: Douglas S. Mintz and/or Arturo J. García-Solá, 17 minutes
   B. Objecting Parties:
        1. **AAFAF**: Matthew P. Kremer, 14 minutes
        2. **FOMB**: Joshua A. Esses, 5 minutes
        3. **UCC**: Luc Despins, 1 minute
   C. Movants:
        1. **DRA Parties**: Douglas S. Mintz and/or Arturo J. García-Solá, 3 minutes (which may be increased based on allotted time not used for opening argument)

2. **Cobra Acquisitions LLC's Lift Stay Motion.** Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16328; Case No. 17-4780, ECF No. 2428]**

Description: Motion of Cobra Acquisitions LLC for entry of an order lifting stay applicable to Cobra's Motion for Allowance and Payment of Administrative Expense Claims.

Objection Deadline: June 4, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
   A. Opposition of the Oversight Board, AAFAF, and PREPA to Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16889; Case No. 17-4780, ECF No. 2507]**

<u>Reply, Joinder & Statement Deadlines</u>: June 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 9, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
   A.   Cobra Acquisitions LLC's Reply in Support of Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16902]**

<u>Related Documents</u>:
   A.   Cobra Acquisitions LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8789]**

   B.   Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 8886; Case No. 17-4780, ECF No. 1670]**

   C.   Joint Informative Motion Pursuant to Order of October 17, 2019 Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 10307]**

   D.   Joint Status Report Pursuant to February 3, 2020 Order Scheduling Further Status Conference in Connection with Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 13253; Case No. 17-4780, ECF No. 2011]**

   E.   Status Report Pursuant to June 5, 2020 Order Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 15308; Case No. 17-4780, ECF No. 2314]**

   F.   Joint Motion of Government Parties and Cobra Acquisitions LLC to Adjourn Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16405; Case No. 17-4780, ECF No.  2443]**

   G.   Order Granting Joint Motion of Government Parties and Cobra Acquisitions LLC to Adjourn Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No. 17-3283, ECF No. 16410; Case No. 17-4780, ECF No.  2445]**

   H.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 16842; Case No. 17-4780, ECF No.  2500]**

   I.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 16853; Case No. 17-4780, ECF No.  2501]**

   J.   Status Report Pursuant to December 9, 2020 Order Setting Deadline for Further Status Report Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 16893; Case No. 17-4780, ECF No. 2509]**

    K. Order Adjourning Cobra Acquisitions LLC's Motion to Lift Stay Order **[Case No. 17-3283, ECF No. 16970; Case No. 17-4780, ECF No. 2520]**

    L. Joint Status Report Pursuant to June 14, 2021 Order Adjourning Cobra Acquisitions LLC's Motion to Lift Stay Order **[Case No. 17-4780, ECF No. 2563]**

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A. Movants:
    1. **Cobra**: Abid Qureshi and/or Scott Heimberg, 5 minutes
  B. Objecting Parties:
    1. **FOMB**: Scott P. Cooper, 7 minutes
  C. Movants:
    1. **Cobra**: Abid Qureshi and/or Scott Heimberg, 2 minutes

3. **Individual Bondholder's Motion for Appointment of a Committee to Represent Retail Investors in Connection with Confirmation of the Plan.**  Notice of Hearing and Motion of Individual Bondholder for an Order Directing the Appointment of a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation, filed by Peter C. Hein **[Case No. 17-3283, ECF No. 17221]**

Description:  Individual bondholder, Peter C. Hein's motion for an order directing appointment of a committee to represent retail investors in the eight retail investor classes in connection with the proposed Plan and in proceedings related to confirmation of the Plan.

Objection Deadline: July 19, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
  A. Objection of Financial Oversight and Management Board for Puerto Rico to Motion for an Order Appointing a Committee for Modest-Sized Bondholders **[Case No. 17-3283, ECF No. 17420]**

  B. Limited Joinder of Official Committee of Unsecured Creditors in Support of Objection of Financial Oversight and Management Board for Puerto Rico to Motion for an Order Appointing a Committee for Modest-Sized Bondholders **[Case No. 17-3283, ECF No. 17464]**

Reply, Joinder & Statement Deadlines: July 27, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. Reply in Further Support of Motion of Individual Bondholder for an Order Directing the Appointment of a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation **[Case No. 17-3283, ECF No. 17524]**

Related Documents:
  A. Urgent Motion Regarding Proposed Schedule for Filing, Briefing and Argument of Motion to Establish a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation **[Case No. 17-3283, ECF No. 17196]**

  B. Order Granting Urgent Motion Regarding Proposed Schedule for Filing, Briefing and Argument of Motion to Establish a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation **[Case No. 17-3283, ECF No. 17199]**

  C. Order Rescheduling Hearing on Motion of Individual Bondholder for an Order Directing the Appointment of a Committee to Represent Retail Investors in the Eight Retail Investor Classes in Connection with the Proposed Plan and in Proceedings Related to Confirmation **[Case No. 17-3283, ECF No. 17578]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A. Movants:
    1. **Peter C. Hein (pro se)**: 7 minutes
  B. Objecting Parties:
    1. **FOMB**: Martin J. Bienenstock, Brian Rosen, and/or Joshua A. Esses, 8 minutes
    2. **UCC**: Luc Despins, 2 minutes
  C. Movants:
    1. **Peter C. Hein (pro se)**: 3 minutes

4. **Three Hundred Fourteenth Omnibus Objection to Claims for Which the Debtors Are Not Liable.** Three Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System to the Government of the Commonwealth of

Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 16638]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Motion Requesting Leave to Withdraw Legal Representation and Objection to Filing No. 16638, filed on behalf of Jeanetta Pirtle and Humberto Medina-Torres **[Case No. 17-3283, ECF No. 16873]**

Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimants Jeanetta Pirtle and Humberto Medina-Torres [ECF No. 16873] to Three Hundred Fourteenth Omnibus Objection (Substantive) to No Liability Claims **[Case No. 17-3283, ECF No. 17564]**

Related Documents:
  A. Order Regarding Motion to Withdraw Counsel **[Case No. 17-3283, ECF No. 16876]**

  B. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 16, 2021 Omnibus Hearing to the August 4, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 16935]**

  C. Stipulation and Agreed Order Regarding Withdrawal of  Proof of Claim of Jeanetta Pirtle and Humberto Medina-Torres (Claim No. 27635) **[Case No. 17-3283, ECF No. 17636]**

Status:  This matter is going forward.

Estimated Time Required:  2 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
  A. Movants:
    1. **FOMB**: Laura Stafford and/or Brian Rosen, 2 minutes

5. **Three Hundred Twenty-First Omnibus Objection to Claims for Which the Commonwealth Is Not Liable.**  Three Hundred Twenty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth Is Not Liable **[Case No. 17-3283, ECF No. 16647]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
  A. Puerto Rico Land Administration's Response to Debtor's Three Hundred Twenty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims (Docket No. 16647) **[Case No. 17-3283, ECF No. 17207]**

<u>Reply, Joinder & Statement Deadlines</u>: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
  A. Reply of the Commonwealth of Puerto Rico to Response Filed by Claimant Puerto Rico Land Administration [ECF No. 17207] to Three Hundred Twenty-First Omnibus Objection (Substantive) to No Liability Claims **[Case No. 17-3283, ECF No. 17558]**

<u>Related Documents</u>:
  A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 16, 2021 Omnibus Hearing to the August 4, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 16935]**

  B. Motion to Inform Regarding Claim to be Heard at the August 4, 2021 Hearing Re: Docket Nos. 16647 and 17207 **[Case No. 17-3283, ECF No. 17502]**

  C. Motion Requesting Ruling on the Papers Without the Need to Appear at the August 4, 2021 Hearing **[Case No. 17-3283, ECF No. 17638]**

  D. Order Regarding Motion Requesting Ruling on the Papers Without the Need to Appear at the August 4, 2021 Hearing **[Case No. 17-3283, ECF No. 17648]**

  E. Informative Motion Resubmitting Exhibits Already Included with Docket Nos. 17207 and 17502 **[Case No. 17-3283, ECF No. 17653]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  ~~2~~12 minutes.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
  A. Movants:
    1. **FOMB**: Brian Rosen and/or Laura Stafford ~~and/or~~, 4 minutes
  B. Objecting Parties:
    1. **Puerto Rico Land Administration:** Carlos E. Cardona Fernández, 6 minutes
  C. Movants:
    1. **FOMB**: Brian Rosen and/or Laura Stafford, 2 minutes

6. **Three Hundred Thirty-Fifth Omnibus Objection of the Debtors to Duplicate Claims.**  Three Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the

Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Duplicate Claims **[Case No. 17-3283, ECF No. 17104]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Genesis Security Services, Inc. Response to Three Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Buildings Authority to Duplicate Claims **[Case No. 17-3283, ECF No. 17408]**[23]

Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Response Filed by Claimant Genesis Security Services, Inc. [ECF No. 17408] to Three Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 17559]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  4 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A. Movants:
        1. **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes

7. **Three Hundred Fortieth Omnibus Objection of the Debtors to Duplicate Claims.**
Three Hundred Fortieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims **[Case No. 17-3283, ECF No. 17087]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Opposition to Disallowance of Claim No. 173732 of April 9, 2020 against Debtor Puerto Rico Public Buildings Authority, filed by Sky High Elevators Corp. **[Case No. 17-3283, ECF No. 17295]**

---

[23] Genesis Security Services, Inc. does not intend to appear at the omnibus hearing, therefore no time has been allocated to Genesis Security Services, Inc.

B. Claimant's Supplement *Nunc Pro Tunc* to Opposition to Debtor's Three Hundred Fortieth Omnibus Objection to Claims (DE 17,087), filed by Sky High Elevators Corp. **[Case No. 17-3283, ECF No. 17459]**

C. Genesis Security Services, Inc. Response to Three Hundred Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Buildings Authority to Duplicate Claims **[Case No. 17-3283, ECF No. 17408][34]**

Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses Filed by Claimants Sky High Elevators Corp. [ECF No. 17295] and Genesis Security Services, Inc. [ECF No. 17408] to Three Hundred Fortieth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 17560]**

Related Documents:
A. None.

Status:  This matter is going forward.

Estimated Time Required:  12 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
A. Movants:
    1. **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes
B. Objecting Parties:

    1. **Sky High Elevators Corp.**: David W. Román, 6 minutes
C. Movants:
    1. **FOMB**: Laura Stafford and/or Brian Rosen, 2 minutes

8. **Three Hundred Forty-Fifth Omnibus Objection of the Debtors to Misclassified Claims.**  Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

---

[34] Genesis Security Services, Inc. does not intend to appear at the omnibus hearing, therefore no time has been allocated to Genesis Security Services, Inc.

Responses:

    A. Opposition to Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims, filed by Gisela Vázquez Rodríguez **[Case No. 17-3283, ECF No. 17281]**[5]

    B. Untitled response filed by Rosa I. Orengo Rohena **[Case No. 17-3283, ECF No. 17290]**[46]

    C. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., filed by certain group wage claimants **[Case No. 17-3283, ECF No. 17423]**

Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rosa I. Orengo Rohena [ECF No. 17290], Gisela Vazquez Rodriguez [ECF No. 17281], and Certain Group Wage Claimants [ECF No. 17423] to Three Hundred Forty-Fifth Omnibus Objection (Non-Substantive) To Misclassified Claims **[Case No. 17-3283, ECF No. 17561]**

Related Documents:

    A. ~~None.~~ Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim of Rosa I. Orengo Rohena (Claim Nos. 167999 & 179445) **[Case No. 17-3283, ECF No. 17675]**

Status:  This matter is going forward.

Estimated Time Required:  ~~16~~12 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Movants:

        1. **FOMB**: Laura Stafford and/or Brian Rosen, ~~5~~4 minutes

    B. Objecting Parties:

---

[5] Gisela Vázquez Rodríguez does not intend to appear at the omnibus hearing, therefore no time has been allocated to Gisela Vázquez Rodríguez.

[46] Rosa I. Orengo Rohena does not intend to appear at the omnibus hearing, therefore no time has been allocated to Rosa I. Orengo Rohena.

1. ~~**Vázquez Rodríguez**: Carlos I. León Camacho, 4 minutes[5]~~
   1. ~~2.~~ **Group Wage Claimants**: Ivonne González-Morales, ~~4~~6 minutes
C. Movants:
   1. **FOMB**: Laura Stafford and/or Brian Rosen, ~~3~~2 minutes

9. **Three Hundred Forty-Seventh Omnibus Objection of the Debtors to Misclassified and Overstated Claims.**   Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF No. 17109]**

   **Three Hundred Forty-Ninth Omnibus Objection of the Debtors to Duplicate Litigation Claims.**   Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

   **Three Hundred Fifty-First Omnibus Objection of the Debtors to Partial Duplicate Litigation Claims.**   Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

   Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Opposition to the "Three Hundred Forty-Seven [*sic*] Omnibus Objection"; the "Three Hundred Forty-Ninth Omnibus Objection" and "Three Hundred Fifty-First Omnibus Objection" (Dockets 17092, 17109, and 17112), (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., filed by certain group wage claimants **[Case No. 17-3283, ECF No. 17425]**

   Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Certain

---

[5] ~~The Oversight Board reached out to Vázquez Rodríguez in advance of filing this Agenda, and did not receive a response from them. The Oversight Board will continue to reach out to Vázquez Rodríguez in advance of the omnibus hearing.~~

Wage Claimants [ECF No. 17425] to Three Hundred Forty-Seventh Omnibus Objection (Substantive) to Misclassified and Overstated Claims, Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) to Duplicate Litigation Claims, and Three Hundred Fifty-First Omnibus Objection (Non-Substantive) to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17562]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 12 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A. Movants:
        1. **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes
    B. Objecting Parties:

        1. **Group Wage Claimants**: Ivonne González-Morales, 6 minutes

    C. Movants:
        1. **FOMB**: Laura Stafford and/or Brian Rosen, 2 minutes

10. **Three Hundred Fifty-Second Omnibus Objection of the Debtors to Duplicate and No Liability Bond Claims.** Three Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No. 17093]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response to Three Hundred Fifty-Second Omnibus Objection to the Claims of Peter C. Hein and Anne Farley – Corrected **[Case No. 17-3283, ECF No. 17332]**

Reply, Joinder & Statement Deadlines: July 28, 2021 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Amended Response Filed by Claimants Peter C. Hein and Anne Farley [ECF No. 17332] to Three Hundred Fifty-Second Omnibus Objection (Non-Substantive) to Duplicative Claims **[Case No. 17-3283, ECF No. 17563]**

15

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  16 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A. Movants:
        1. **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes
    B. Objecting Parties:

        1. **Peter C. Hein and Anne Farley**: Peter C. Hein, 8 minutes
    C. Movants:
        1. **FOMB**: Laura Stafford and/or Brian Rosen, 4 minutes

## III.   ~~IV.~~ ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

   Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

   Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993, Case No. 17-3284, ECF No. 686]**

   Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
       A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649, Case No. 17-3284, ECF No. 693]**

   Related Documents:
       A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648

and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

B.  Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466, Case No. 17-3284, ECF No. 666]**

C.  Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688, Case No. 17-3284, ECF No. 678]**

D.  Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839, Case No. 17-3284, ECF No. 684]**

E.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223, Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768, Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320, Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682, Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927, Case No. 17-3284, ECF No. 735]**

O.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574, Case No. 17-3284, ECF No. 743]**

P.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895, Case No. 17-3284, ECF No. 748]**

Q.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498, Case No. 17-3284, ECF No. 751]**

Status:  This matter has been adjourned to the October 6, 2021 omnibus hearing.

Estimated Time Required:  N/A.

2.  **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Certain medical centers' motion seeking (a) to compel the Commonwealth to pay certain amounts to the movants, (b) relief from the automatic stay to allow related prepetition litigation to go forward, and (c) prospective enforcement of certain statutory payments by the Commonwealth.

Objection Deadline:  February 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:

A.  Opposition of the Financial Oversight and Management Board of Puerto Rico to Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15883]**

Reply, Joinder & Statement Deadlines: March 3, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A.  Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

B.  Reply of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. in Further Support of Motion to (I) Enforce the Court's Prior Order and (II) Obtain Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15910]**

Related Documents:

A.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

B.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

C.  Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

D.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

E.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

F.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

G.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

H.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15270]**

I.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15599]**

J.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15608]**

K.  Order Adjourning Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 16002]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the October 6, 2021 omnibus hearing.

Estimated Time Required:  N/A.

3. **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim.**  Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description:  Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline: October 19, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: October 26, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and October 27, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None.

Related Documents:

A.   None.

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the November 3, 2021 omnibus hearing.

Estimated Time Required:  N/A.

4. **Debtors' Omnibus Objections to Claims.**

Related Documents:

A.   Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

B.   Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

C.   Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the April 28, 2021 Omnibus Hearing to the June 16, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 16567]**

D.   Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 16, 2021 Omnibus Hearing to the August 4, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 16935]**

E.   Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the August 4, 2021 Omnibus Hearing to the October 6, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 17625]**

The following omnibus objections to claims were scheduled for hearing at the August 4, 2021 omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Three Hundred Thirty-Eighth [ECF No. 17103]; Three Hundred Thirty-Ninth [ECF No. 17086]; Three Hundred Forty-Second [ECF No. 17088]; Three Hundred Forty-Third [ECF No. 17107]; Three Hundred Forty-Fourth [ECF No. 17089]; Three Hundred Forty-Sixth [ECF No. 17090]; Three Hundred Forty-Eighth [ECF No. 17091]; Three Hundred Fifty-Third [ECF No. 17100]; Three Hundred Fifty-Fourth [ECF No. 17095]; and Three Hundred Fifty-Sixth [ECF No. 17097]; Three Hundred Fifty-Eighth [ECF No. 17098]; and Three Hundred Fifty-Ninth [ECF No. 17009].

The following omnibus objections to claims have been adjourned to the October 6, 2021 omnibus hearing.

Two Hundred Eighty-Eighth [ECF No. 15703]; Two Hundred Ninety-Fifth [ECF No. 15718]; Three Hundred First [ECF No. 16021]; Three Hundred Third [ECF No. 16030]; Three Hundred Fifth [ECF No. 16023]; Three Hundred Ninth [ECF No. 16027]; Three Hundred Twelfth [ECF No. 16641]; Three Hundred Fourteenth [ECF

No. 16638] (as to pro se claimants); Three Hundred Sixteenth [ECF No. 16643]; Three Hundred Twenty-Third [ECF No. 16649]; Three Hundred Thirty-Fourth [ECF No. 17085]; Three Hundred Thirty-Sixth [ECF No. 17101]; Three Hundred Thirty-Seventh [ECF No. 17081]; Three Hundred Fortieth [ECF No. 17087] (as to pro se claimants); Three Hundred Forty-First [ECF No. 17105]; Three Hundred Forty-Fifth [ECF No. 17108] (as to pro se claimants); Three Hundred Forty-Seventh [ECF No. 17109] (as to pro se claimants); Three Hundred Forty-Ninth [ECF No. 17092] (as to pro se claimants); Three Hundred Fiftieth [ECF No. 17111]; Three Hundred Fifty-First [ECF No. 17112] (as to pro se claimants); Three Hundred Fifty-Fifth [ECF No. 17096]; and Three Hundred Fifty-Seventh [ECF No. 17102].

The following omnibus objections to claims are pending final written orders of the Court pursuant to notices of presentment filed June 15, 2021.

Three Hundred Thirteenth [ECF No. 16642]; Three Hundred Fifteenth [ECF No. 16656]; Three Hundred Seventeenth [ECF No. 16640]; Three Hundred Eighteenth [ECF No. 16644]; Three Hundred Nineteenth [ECF No. 16645]; Three Hundred Twentieth [ECF No. 16646]; Three Hundred Twenty Second [ECF No. 16648]; Three Hundred Twenty Fourth [ECF No. 16650]; Three Hundred Twenty Fifth [ECF No. 16651]; Three Hundred Twenty Sixth [ECF No. 16652]; Three Hundred Twenty Seventh [ECF No. 16653]; Three Hundred Twenty Eighth [ECF No. 16654]; Three Hundred Twenty Ninth [ECF No. 16655]; Three Hundred Thirtieth [ECF No. 16658]; Three Hundred Thirty First [ECF No. 16659]; Three Hundred Thirty Second [ECF No. 16657]; and Three Hundred Thirty Third [ECF No. 16660].

The following omnibus objection to claims has been adjourned, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

Two Hundred Thirty-Fourth [ECF No. 13918].

Status: This matter has been adjourned.

Estimated Time Required:  N/A.

Dated:  August 2,3, 2021
        San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

23

**<u>Exhibit A</u>**

**Order Regarding Procedures for August 4-5, 2021 Omnibus Hearing**

**<u>Exhibit B</u>**

**<u>Agenda Redline</u>**

Document comparison by Workshare 9.5 on Tuesday, August 3, 2021 5:34:12 PM

| Input: | |
|---|---|
| Document 1 ID | file://\\na.proskauer.com\firm\Home\CH1\10109\Desktop\FOMB - Notice of Agenda 08.04.2021 (to be sent to court 07.29.21 and filed 08.02.21).DOCX |
| Description | FOMB - Notice of Agenda 08.04.2021 (to be sent to court 07.29.21 and filed 08.02.21) |
| Document 2 ID | C:\NRPortbl\CURRENT\10109\124998517_1.docx |
| Description | C:\NRPortbl\CURRENT\10109\124998517_1.docx |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 38 |
| Deletions | 22 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 60 |