Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Robles Machado, Aida M.

Participant's Address: 1484, Roosevelt Ave. Edif. Apt. 1106 San Juan, PR. 0920-2723

Participant's Email Address: _____

Name of Counsel: Not aplicable

Address of Counsel: not aplicable

Email Address of Counsel: no aplicable

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 123602

Nature of Claim: I was a Guvernmental employee from 1968 untill 2001 in the state of Puerto Rico. Aproximately around the decade of the 70's there was a salary increse, which was never awarded to my salary. For this reason in my pension as a retired employee it is still not cmtplt.

By: Aida M. Robles Machado
Signature

Print Name: Aida M. Robles Machado

Title (if Participant is not an individual): N/A

Date: 31 de julio de 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT
[illegible]

20 AUG -3 AM 10: 13

Aida M. Bottez Machado
1484, Roosevelt Ave. - Apt. 1106
San Juan, Puerto Rico 00920-2723

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767