UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

1. Zoilo Pabon Vazquez
2. Felix A. Mendez Gonzalez
3. Felix A. Mendez Bravo
4. Jose O. Toro Diaz
5. Gisela Perez Rodriguez
6. Angel Luis Valentin Serrano
7. Ana R. Torres Granela
8. Francisco A. Rodriguez Alicea
9. Migdalia Gonzalez Vega
10. Maribel Rios Ortiz
11. Hilda Nieves Hernandez
12. Nancy I. Ortiz Matos
13. Jose A. Rivera Alvarez
14. Marta E. Ruiz Rodriguez
15. Hector Ortiz Perez
16. Christopher Colon Pagan
17. Eileen M. Gonzalez Rodriguez
18. Diane L. Gonzalez Rodriguez
19. Nancy Rivera Cortes
20. Eduvino Matos Rios
21. Marilyn Lopez Collazo
22. Luz H. Ocasio

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

23. Nitza B. Perez Ortiz

24. Nilda L. Colon Negron

25. Dalma Roman Acosta E.

26. Yolanda Ortiz Santiago

27. Maida Morales Ramirez

28. William Oben Graziani

29. Ivette M. Sierra Ramirez

30. Digna L. Lago Oyola

31. Luis Nater Martinez

32. Roy Williams

33. Maria D. Vazquez Massa

34. Francisco A. Santiago Cintron

35. Ivelisse del C. Vega Gonzalez

36. Maria del C. Rodriguez Rodriguez

37. Luis M. Lopez Soto

38. Sonia Soto Gonzalez

39. Adelaide Speranza

40. Peter Bergman

41. Mirna Esther Roca Troche

42. Anibal Torres Gonzalez

43. Julio C. Cruz

44. Ramona Rivera Santiago

45. Krishna Gujavarty

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

    46. Jose Raul Colon Ortiz

    47. Ada E. Moura Gracia

    48. Maria del Carmen Morales Colon

    49. Juan R. Garcia Martinez

    50. Harry Lopez Collazo


Dated: August 5, 2021