IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Zoilo Pabón Vázquez*

Participant's Address:   *RR-8 Box 9254 Bayamón 00956*

Participant's Email Address:   *Zoilopv.42@gmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *85896 y 85898*

Nature of Claim:   *1) Public Employee and Pension/Retiro Claims
2) Salary owed since 1984 y Daños y Perjuicios and
Demanda contra el AELA.*

By:   *[signature]*
_____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*4/Agosto/2021*
_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Félix A. Méndez González_

Participant's Address: _PO Box 362243 San Juan, PR 00936-2243_

Participant's Email Address: _famendezgonzalez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Félix A. Méndez González_
Signature

_Félix A. Méndez González_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FELIX A. MENDEZ GONZALEZ
EMIBEL BRAVO DE MENDEZ
P.O. BOX 362243
SAN JUAN, PR 00936-2243

RECEIVED & FILED

US District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[3]

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Félix A. Méndez Bravo_

Participant's Address: _PO Box 362243 San Juan, PR 00936-2243_

Participant's Email Address: _felix.antonio.mendez-bravo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Félix A. Méndez Bravo_
Signature

_Félix A. Méndez Bravo_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FELIX A. MENDEZ GONZALEZ
EMIBEL BRAVO DE MENDEZ
P.O. BOX 362243
SAN JUAN, PR 00936-2243

RECEIVED & FILED

U S District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose D. Toro Diaz_

Participant's Address: _Bo. Balboa Calle D1. Rivera Olan #56 Mayaguez PR 00680_

Participant's Email Address: _iiguelez@gmail.com_

Name of Counsel: _17 BK 3283-LTS_

Address of Counsel: _Mayaguez, PR 00680_

Email Address of Counsel: _nose_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _no se_

Nature of Claim: _no se_

By: _Jose D. Toro Diaz_
Signature

_Jose O Toro Diaz_
Print Name

_Pensionado_
Title (if Participant is not an individual)

_8/2/2021_
Date

RECEIVED & FILED
2021 AUG -4 PM 3:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose O. Toro Diaz
5c Calle A. Rivera Olan
Bo. Balboa
Mayaguez PR00680

RECEIVED & FILED
2021 AUG -4 PM 3:59

United States District Court
Clerk Office 150 ave.
Calos Chardon ste 150
San Juan PR 00918-1767

AUG 03 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------------

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR**
**CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

------------------------------------------------------------------------

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Gisela Piez Rodriger_

Participant's Address:   _P.O. Box - 245   Lares P.R. 00669_

Participant's Email Address:   _gpr-1118 @hotmail.com   gpr-1118@hotmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _158201_

Nature of Claim:   _____

By:   _____
Signature

_Gisela PEREZ Rodriz_
Print Name

_____
Title (if Participant is not an individual)

_2/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



United States District Court
Clerks Office 150
Ave Carlos Chardon Ste 150
San Juan P.R 00918-1767

Gisele Rios Rodriguez
P.O Box 245
Lares P.R 00669

RECEIVED & FILED
2021 AUG -9 PM 3:59

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Luis Valentin Serrano_

Participant's Address: _P.O. Box 3219, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169800_

Nature of Claim: _Debt's Claimed Department of Agriculture_

By: _[signature]_
Signature

_Angel L. Valentin_
Print Name

_Individual_
Title (if Participant is not an individual)

_7/31/2021_
Date

RECEIVED & FILED
2021 AUG -4 PM 3:59
CLERK'S OFFICE
US DISTRICT COURT

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

2 AUG 2021 PM 2 L

USA

ANGEL VALENTIN SERRANO
PO BOX 3219
SAN SEBASTIAN, PR 00685

DISCOVERY NOITICE COURT'S OFFICE

AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

IN THE UNITED·STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

          Debtors.[3]

-----------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana R. Torres Granela*

Participant's Address: *Urb. Costa Sur Calle Mar Caribe - Bloque D #6.*
*Yauco, P.R. 00698*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *110676*

Nature of Claim: *Public Employee Claims-Department of Education*

By: *Ana R. Torres Granela*
Signature

*Ana R. Torres Granela*
Print Name

_____
Title (if Participant is not an individual)

*01 - august - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ana R. Torres Granela
Urb. Costa Sur Calle Mar Caribe
Bloque D #6
Yauco, P.R. 00698

SAN JUAN PR  009
2 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -PM 2: 58

United States District Court
Clerk's Office,
District of P.R.
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767

00918-170625

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

--------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

     **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco A. Rodríguez Alicea_

Participant's Address: _Urb. Costa Sur Calle Mar Caribe Bloque D #6 Yauco, P.R._ _00698_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _( I forget it )_

Nature of Claim: _Department of Education - Public employee claims_

By: _Francisco A. Rodríguez Alicea_
Signature

_FRANCISCO A. Rodríguez Alicea_
Print Name

_____
Title (if Participant is not an individual)

_01 - august - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco A. Rodriguez Alicea
Urb. Costa Sur Calle Mar Caribe
Bloque D #
Yauco, P.R. 00691-

RECEIVED & FILED
2021 AUG -4 PM 3:59
CLERK'S OFFICE
U.S. DISTRICT COURT
OLD SAN JUAN, P.R.

0091B-170625

SAN JUAN PR 009
2 AUG 2021 PM 2 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
SanJuan, PR. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia González Vega_

Participant's Address: _C/ Emajagua # 304 Hacienda Boringuen Caguas P.R 00725_

Participant's Email Address: _gmigdalia11 @ gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106655_

Nature of Claim: _Sick days and daily line cost $25,000.00_

By: _Migdalia González Vega_
Signature

_Migdalia González Vega_
Print Name

_____
Title (if Participant is not an individual)

_July 30th 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magdalena Gonzalez Vega
C/Pinagagua # 389
Hacienda Borinquen
Caguas P.R. 00725

00918-170625

Notice to the Court's Clerk's
Office at United States
District Court, Clerk's Office
150 Ave Carlos Chardon
Ste 150, San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rios Ortiz_

Participant's Address: _Bo. Tortugo 19 carr 873 apt 147 San Juan, PR 00926-8610_

Participant's Email Address: _Belmari7@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _____

By: _____
Signature

_Maribel Rios Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rios Ortiz
19 corr 873 apartado 147
San Juan, PR 00926

RECEIVED & FILED
2021 AUG -4 PM 3: 58

00918-170625

Discovery Notice to the Court's Cleric's office of:
United States District Court Cleric's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR

00918-1767

SAN JUAN PR 009
2 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda Nieves Hernández_

Participant's Address: _c/Santa Ana E-25 Urb. Santa Elvira_
_caguas, P.R. 00725_

Participant's Email Address: _hildanieves0907@gmail.com_

Name of Counsel: _____

Address of Counsel: _N/A_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#112768_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Hilda Nis Hernaz_
Signature

_Hilda Nieves Hernández_
Print Name

_____
Title (if Participant is not an individual)

_2 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda Nieves Hernández
c/Santa Ana E-25
Urb. Santa Elvira, Caguas
P.R. 00725

RECEIVED & FILED
2021 AUG -4 PM 3:58

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy I. Ortiz Novas_

Participant's Address: _P.O. Box 252 Comerio, P.R. 00782_

Participant's Email Address: _1053 n ortiz @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 111270_

Nature of Claim: _Promesa Tittle III # 17 BK 3283 LTS_

By: _Nancy I. Ortiz Novas_
Signature

_Nancy I. Ortiz Novas_
Print Name

_____
Title (if Participant is not an individual)

_August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy I. Ortiz Nados
P.O. Box 252
Comerio, P.R. 00782

United States District Court
Clerks office
150 Ave Carlos Chardón ste 150
San Juan, P.R. 00918 1767

00918-170625

RECEIVED & FILED
2021 AUG -4  PM 3: 58
CLERK'S OFFICE
U. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
2 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Rivera Alvarez_

Participant's Address: _21 SW Street #781, Las Lomas, San Juan, P.R. 00921_

Participant's Email Address: _chickyjose.54@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 175264_

Nature of Claim: _Puerto Rico Telephone Company_

By: _[signature]_
   Signature

_José Antonio Rivera Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021._
Date

RECEIVED & FILED
2021 AUG -4 PM 3:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sr. Jose Rivera
Urb Las Lomas
781 Calle 21 So.
San Juan, PR 00921-1407

SAN JUAN PR 009

2 AUG 2021   PM 2   L

RECEIVED & FILED

2021 AUG -4  PM 3: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.    0018 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta E. Ruiz Rodriguez_

Participant's Address: _Apt 233 San Fernando Village Carolina P.R. 00987_

Participant's Email Address: _martaruizrod018@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Mart E. Rij Rodri_
Signature

_Marta E. Ruiz Rodriguez_
Print Name

Title (if Participant is not an individual)

_7-30-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Marta E. Ruiz
San Fernando Village
Apt. 233
Carolina, PR 00987

RECEIVED & FILED

2021 AUG -4 PM 3: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
2 AUG 2021   PM 2   L

FOREVER / USA

United States District Court Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *HECTOR ORTA PEREZ*

Participant's Address: *P.O Box 800422, Coto Laurel, P.R 00780-0422*

Participant's Email Address: *hector.orta.56@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A.*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *177342*

Nature of Claim: *Creditor / Unpaid moneys*

By: *[signature]*
Signature

*Hector Orta Perez*
Print Name

_____
Title (if Participant is not an individual)

*8/3/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helier Dhirhoyer
P.o Box 800422
Ponce, PR. 00780-0422

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.
2021 NOV 4 PM 3 58

SAN JUAN PR  009
2 AUG 2021  PM 2  L

00918-170625

United States District Court,
Clerks office, 150 Ave Chardon,
STE 150
San Juan PR. 00918-1787

HEALING
PTSD
+ FIRST-CLASS USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Christopher Colón Pagán

Participant's Address: PO Box 421 Adjuntas PR 00601

Participant's Email Address: chriscopa20@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173640

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _____
Signature

Christopher Colón Pagán
Print Name

_____
Title (if Participant is not an individual)

August 1, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Diane Gonzalez
PO Box 421
Adjuntas PR 00601

SAN JUAN PR 009
2 AUG 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON
STE. 150
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eileen M. González Rodríguez_

Participant's Address: _PO Box 59 Adjuntas PR 00601_

Participant's Email Address: _emgo18 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52366_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Eileen M. González_
Signature

_Eileen M. González_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Diane Gonzalez
PO Box 421
Adjuntas PR 00601

SAN JUAN PR    OO9
2 AUG 2021  PM 2  L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON
STE. 150
SAN JUAN, PR 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _González Rodríguez, Diane L._

Participant's Address: _PO Box 59 Adjuntas PR 00601_

Participant's Email Address: _pirulee18@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53000_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Diane L. González_
Signature

_Diane L. González_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Diane Gonzalez
PO Box 421
Adjuntas PR 00601

SAN JUAN PR 009
2 AUG 2021 PM 2 L

0018-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                      Debtors.[3]

------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to
documents in the Plan Depository, where information and documents concerning the Plan
are kept, and you will also be able to serve your own discovery requests. If you file this Notice
after August 15, 2021, but on or before October 19, 2021, you may be granted access to
documents in the Plan Depository, but you will not be able to serve your own discovery
requests. Please note that access to the information in the Plan Depository may also require
complying with the Debtors' access requirements. If this Notice is filed after October 19,
2021, you will not be permitted to participate in discovery. If you do not file this Notice, you
will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it
intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth
of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808);
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Nancy Rivera Cortés

Participant's Address:   HC-03 Box 31456 Aguadilla, PR 00603

Participant's Email Address:   nancyriv30 (a) yahoo.com

Name of Counsel:   —

Address of Counsel:   —

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   126296

Nature of Claim:   El Romerazo, nunca me lo pagaron 4 quinquenios no adjudicados x cada 5 años de servicio en el gobierno.

By:   Nancy Rivera Cortés
Signature

Nancy Rivera Cortés
Print Name

_____
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Rivera Cortés
HC-03 Box 31456
Aguadilla, P.R. 00603

RECEIVED & FILED
2021 AUG -4  PM 4: 04
CLERK'S OFFICE
DISTRICT COURT

SAN JUAN PR   009
2 AUG 2021   PM 2  L

00918-170399

To: United States District Court Clerk's
Office, 150 Ave. Chardón Ste. 150
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduvino Matos Ríos*

Participant's Address: *HC01 Box 10349 Peñuelas PR00624*

Participant's Email Address: *Kelvincivic59@gmail.com*

Name of Counsel: *no*

Address of Counsel: *no*

Email Address of Counsel: *no*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Congrecional Employer*

Nature of Claim: *Ley 85 de 1994 Romengo 0*

By: *[signature]*
Signature

*Eduvino Matos Ríos*
Print Name

_____
Title (if Participant is not an individual)

*3 de agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduviñio Motes Rios
HC 01 Box 03 49
Peñuelas PR 0 062 4

SAN JUAN PR   009

3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4 PM 4:01

U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Counts Clerk's Office
United States District Court
Clerk's
Office, 150 Avenida Chardon
STe 150 San Juan PR 00918-
00918 7



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                      Debtors.[3]

---------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilyn Lopez Collazo

Participant's Address: P.O.Box 1547 Yabucoa, P.R. 00767

Participant's Email Address: None

Name of Counsel:

Address of Counsel: P.O.Box 1547 Yabucoa, P.R. 00767

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172376

Nature of Claim: Promesa Title III

By: Marilyn Lopez Collazo
Signature

Marilyn Lopez Collazo
Print Name

_____
Title (if Participant is not an individual)

08-02-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Lopez Collazo
P.O Box 1547
Yabucoa, P.R. 00767

United States District Court
Cerk Office 150 ave. Carlos Chardon St
150 San Juan P.R. 00918-1767

SAN JUAN PR 009

2 AUG 2021   PM 2   L

2021 AUG -4   PM 4 01
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz H. Ocasio_

Participant's Address: _Box 426 Sabana Grande PR. 00637_

Participant's Email Address: _luoyocasio@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Luz H. Ocasio Ramirez_

By: _S. H. Ocasio_
Signature

_Luz H. Ocasio_
Print Name

_Title III  17BK3283-LTS_
Title (if Participant is not an individual)

_2 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Luz H. Ocasio
Box 446
Sabana Grande, PR.
00637

RECEIVED & FILED
2021 AUG -4, PM 4:01
U.S. DISTRICT OFFICE
SAN JUAN, P.R.

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-170399

Court's Clerk's Office at:
United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nitza B. Pérez Ortiz_

Participant's Address: _P.O. Box 576, Toa Alta, PR 00954_

Participant's Email Address: _nitbetty26@yahoo.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72887_

Nature of Claim: _During the years as governor of Puerto Rico Commonwealth, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 known as Law 89, He never honored the salary increase._

By: _Nitza B. Pérez Ortiz_
Signature

_Nitza B. Pérez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nitza B. Piris Ortiz
P.O. Box 576
Jur. Calles, PR 00754

RECEIVED & FILED
2021 AUG 4- PM 4:10
CLERKS OFFICE
US DISTRICT COURT
SAN JUAN PR

00918-170399

United States District Court
Clerk Office's
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR   009
3 AUG 2021  PM 1  L


FOREVER USA
love

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Nilda L. Colón Negron_

Participant's Address: _Urb. QTas. De Monserrate(6-6) ST. Gaudi
                        Ponce, Puerto Rico 00730-1728_

Participant's Email Address: _Casildo colon(yahoo.com)_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166526_

Nature of Claim: _Employment-related litigation Claims_

By: _____
       Signature

_Nilda L. Colón Negron_
Print Name

_____
Title (if Participant is not an individual)

_8-2-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nildo L. Colón Negrón
Urb. Qtas Monserate G-E St. Couds,
Ponce, Puerto Rico 00730-1725

RECEIVED & FILED
2021 AUG -4 PM 4:04

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P...

00918-176399

Discovery Notice to the Court's clerk's office at:
United States District Court, clerk's office
150 Ave. Carlos Chardon st.150
San Juan, P.R 00918-1767

SAN JUAN PR 009
3 AUG 2021 PM 1 L

FOREVER USA
love

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Dalma Roman Acosta E.*

Participant's Address: *12714 Hampton Hill Dr, Riverview Fl. 33578*

Participant's Email Address: *dalmaroman63@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim: *1980 - 1989*

Claim Number: *68702-9 [?] acinos - 50181 Compensaciones*

Nature of Claim: *IN the Title III Promesa - Dinero pendiente Que me deben.*

By: *Dalma Roman Acosta E.*
Signature

*Dalma Roman Acosta E.*
Print Name

*Maestra Retirada*
Title (if Participant is not an individual)

*1 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From;
Dalma Roman Huerta
12714 Hampton Hill Dr.
Riverview, Fl. 33578

To; Court's Clerks office
United States District court
Clerks office 150 Ave Carlos
Chardon Ste 150 San Juan P.R. 00918-1767

SAN JUAN PR   009
2 AUG 2021   PM 2 L

RECEIVED & FILED
2021 AUG -4  PM 4: 10

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Ortiz Santiago_

Participant's Address: _P.O. Box 736, Adjuntas P.R. 00601_

Participant's Email Address: _ortizyolanda901@gmail.com_

Name of Counsel: _Prime Clerk_

Address of Counsel: _830 Third Ave. 9th Floor New York N.Y. 10022_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim:

By: _Yolanda Ortiz Santiago_
Signature

_Yolanda Ortiz Santiago_
Print Name

_____
Title (if Participant is not an individual)

_01/08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ydalne Ortiz Santiago
P.O. Box 736
Adjuntas P.R 00601

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT

SAN JUAN PR 009
3 AUG 2021 PM 1 L

Courtney Clerk's office
4t United States District Court
Clerks office
150 Ave Carlos Chardon
Ste. 150
00918 San Juan

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maida Morales Ramirez*

Participant's Address: *8061 Plaza Gaviota s Camino del Mer Toa Baja PR 0094*

Participant's Email Address: *maidaram88@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *174763*

Nature of Claim: *Promesa Title III*

By: _____
    Signature

*Maida Morales Ramirez*
Print Name

_____
Title (if Participant is not an individual)

*7/30/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haida Morales
8061 Plaza Gaviotas
Camino del Mar
Toa Baja, P.R. 00949

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
31 JUL 2021 PM 1 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: William Obén Graziani

Participant's Address: 8061 Plaza Gaviotas Urb. Camino del Mar Toa Baja, P.R. 00949

Participant's Email Address: williamobe@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: PROMESA TITLE III

By: _____
    Signature

William Obén Graziani
Print Name

_____
Title (if Participant is not an individual)

7/30/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Ober
80al Plaza Guaraguas
Urb Camino del Mar
Toa Baja, P.R. 00949

RECEIVED & FILED

2021 AUG -4 PM 4:01

United States District Court
Clerk Office
150 Ave. Carlos Chardón STE. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

31 JUL 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivette M Sierra-Ramirez_

Participant's Address: _Cond. Monte Real 1000 Carr. 877, Box 117 SJ, PR 00926_

Participant's Email Address: _ivettesierra02@gmail.com_

Name of Counsel: _Ivonne González Morales, Esq._

Address of Counsel: _PO Box 9021828, San Juan, P.R. 00902-1828_

Email Address of Counsel: _ivonnegm@prw.net_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PackID: 233638 MMLID: 532088-P_
_SVC: MML-PC_

Nature of Claim: _Claim of Payment (Minimum Wage)_

By: _(signature)_
Signature

_Ivette M. Sierra Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_29 July 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivette Sierra
Cmd. Monte Real
1000 Carr. 877, Box 117
San Juan, P.R. 00924

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
31 JUL 2021 PM 1 L

00918-170625

United State District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Digna L. Lago Oyola

Participant's Address: P.O. Box 1272, Arecibo, P.R. 00613

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: #122437

Nature of Claim: Reclamacion Ley Promesa Tittle III

By: Digna L. Lugo Oyola
Signature

Digna L. Lugo Oyola
Print Name

Title (if Participant is not an individual)

2 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 3760 2000 1962 0025

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Syra L. Lugo Cruz
PO. Box 1272
Arecibo, P.R. 00613

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RETURN RECEIPT
REQUESTED

RECEIVED & FILED

U.S. POSTAGE PAID
FCM LETTER
HATILLO, PR
00659
AUG 02, 21
AMOUNT

$7.00

R2305K134656-08

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Náter Martínez_

Participant's Address: _Parcelas Amadeo  29  Carr. 670 Vega Baja_

Participant's Email Address: _luisnater4@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Luis Náter Martínez_
Signature

_Luis Náter Martínez_
Print Name

_____
Title (if Participant is not an individual)

_agust 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Nativ Martinez
Parcelas Amadeo 29 Car. 670
Vega Baja, PR 00693

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4  PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150 Ave. Carlos Chadon
Ste 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roy Williams

Participant's Address: CALLE-18-R-2 Villas de hoiza CANO VANa PR-00729

Participant's Email Address: rw932544@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-3283

Nature of Claim: Discovery Notice

By: Roy William
Signature

Roy Williams
Print Name

_____
Title (if Participant is not an individual)

7/29/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

COPY

Roy Williams
Calle 13, R.9 Villas San Juan PR 009
de hoi9e Salouany PR 00736

00818-170625

RECEIVED & F...
2021 AUG -4 PM
...S OFFIC...
...CT COU...
...AN, P...

3 AUG 2021 PM 1 L

D'SCoVery Notice
To The Courts Clerk's office
at: United States District Court,
Clerk's office
150 Ave. Carlos Chardon Ste.
150 San Juan, P.R.
00 ...

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria D. Vázquez Massa

Participant's Address: Urb. Jardines del Caribe 3 - #104 Ponce P.R. 00728

Participant's Email Address: MVM321pr@gmail.com

Name of Counsel: THE COMMONWEATH of PUERTO RICO, THE EMPLOYESS RETIREMENT SYSTEM of THE GOVERNment of THE COMMONWEATH of PUERTO RICO

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 126357

Nature of Claim: THE RETIREMENT SYSTEM of THE Government of the Commonwealth of Puerto Rico

By: Mar D. V. Massa

Signature

MARIA D. Vázquez Massa.
Print Name

_____
Title (if Participant is not an individual)

31 July 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: MARIA D. Vazquez Massa
Urb. Jardines Del Caribe 3 #104
Ponce, P.R. 00728

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4 PM 4:01

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Francisco A. Santiago Cintrón_

Participant's Address: _P.O. Box 1477  Arroyo, P.R. 00114_

Participant's Email Address: _frankilancha53@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _____

By: _____
    Signature

_Francisco A. Santiago Cintrón_
Print Name

_____
Title (if Participant is not an individual)

_3- Agosto- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco M. Santiago Cruzado
P.O. Box, 1477
Arroyo, P.R. 00714

RECEIVED & FILED
2021 AUG -4 PM 4:10
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1

United States District Court
Clerk's office 150 Ave,
Carlos Chardow Ste. 150
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse del C Vega González_

Participant's Address: _Ave. Esmeralda 83 Urb Freire Cidra, PR 00739_

Participant's Email Address: _ivelisse v529@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Intent To participate in Discovery to Commonwealth of Puerto Rico_

By: _Ivelisse del C Vega Gzál_
Signature

_Ivelisse del C Vega González_
Print Name

_____
Title (if Participant is not an individual)

_8 - 3 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivelisse del C. Vega
Urb. Freire 83
Calle Esmeralda
Cidra, P.R. 00739.

RECEIVED & FILED
2021 AUG -4 PM 4: 10

SAN JUAN PR 009
3 AUG 2021 PM 1 L

0091 8-1 70625

Court's Clerk's Office
United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1747

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

　　　as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

　　　　　　　　　　Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

　　　　**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests.  If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests.  Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements.  If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery.  If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

　　　　　　The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]　　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del C. Rodriguez Rodriguez_

Participant's Address: _P. O. Box 1108 Lares, P.R. 00669_

Participant's Email Address: _mr358873 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1881_

Nature of Claim: _Reclamacion minimo federal 1984 hasta mi retiro_

By: _Maria del C. Rodriguez Rodz._
Signature

_Maria del C. Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria del C Rodriguez
P.O. Box 1108
Laces, P.R. 00669

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

To: United States District Court
Clerk's Office 150 Ave. Chardón
Ste. 150, San Juan, P.R. 00918-1767

FOREVER

Drug Free USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____Luis M. López Soto_____

Participant's Address: _____13 Urb. Altamira-Lares, P.R. 00669_____

Participant's Email Address: _____

Name of Counsel: _____none_____

Address of Counsel: _____none_____

Email Address of Counsel: _____none_____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____68184_____

Nature of Claim: _____To have a better cuatity of life._____

By: _____Luis M. López Soto_____
    Signature

_____Luis M. López Soto_____
    Print Name

_____
    Title (if Participant is not an individual)

_____August 3, 2021_____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis M. López Soto
13 Urb- Altamira
Lares, P.R. 00669.

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4 PM 4:00
MARY TUX NEW
3001 LETE
CLERK US
SAN

00918-170625

Discovery Notice to the Courts Clerk office at
United States District Court Clerks Office
150 Ave. Carlos Charden Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Soto González_

Participant's Address: _13 Urb. Altamira, Lares, P.R. 00669._

Participant's Email Address: _sonia.soto.glz@gmail.com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59936_

Nature of Claim: _The nature of my claim is because that I deserve a fair pension. If from beginning that I retired my pension would have been reasonable, I would have a better quality of life._

By: _Sonia Soto González_
Signature

_Sonia Soto González_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia Soto Gonzalez
13 Urb. Alta mira
Lares, P. R. 00669

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2021 AUG -4 PM 4: 00

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

USA

Discovery notice to the courts clerk office at
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918 - 1767.

SRF 55335

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

     **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelaide Speranza_

Participant's Address: _7 Quannacut Rd. Pine Bush, New York 12566_

Participant's Email Address: _add1029@frontiernet.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _unknown_

Nature of Claim: _Recovery on defaulted bonds_

By: _Adelaide Speranza_
Signature

_Adelaide Speranza_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Adelaide Speranza
2 Quannacut Rd.
Pine Bush, NY 12566-5431

ALBANY NY 120
29 JUL 2021 PM 3 L

RECEIVED & FILED
2021 JUL -4 PM 4:00

00918-1-70825

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Peter Bergman

Participant's Address:   24 Beacon Ln Aberdeen, N.J. 07747

Participant's Email Address:   P99ete@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   814

Nature of Claim:   P. R. Bonds purchased

By:   _____
Signature

Peter Bergman
Print Name

_____
Title (if Participant is not an individual)

7/29/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Peter Bergman
24 Beacon Ln
Aberdeen, N.J. 07747

RECEIVED & FILED
2021 AUG -4 PM 4:00

TRENTON NJ 085
30 JUL 2021 PM 4 L

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirna Esther Roca Troche_

Participant's Address: _E42 - Calle 10 Urb. Isabela Catolica_ _Aguada PR00602_

Participant's Email Address: _mrocatro@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178328_

Nature of Claim: _Case No. 17 BK 3283 - LST_

By: _Mirka E Roca Troche_
Signature

_Mirna E. Roca Troche_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mivna E Roca Troche
E42 Calle 10
Urb. Isabel LaCatolica
Aguada, PR 00602

RECEIVED & FILED
2021 AUG -4 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Court's Clerk's Office
US District Court.
Clerk's office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR   009
2 AUG 2021   PM 2   L

00918-176825



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aníbal Torres González_

Participant's Address: _HC2 Box 25957, San Sebt. PR 00685_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169641_

Nature of Claim: _Debt claimed Department of Agriculture_

By: _____
Signature

_Aníbal Torres_
Print Name

_Reclamante_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANIBAL TORRES GONZALEZ
HC 2 BOX 25937
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

2 AUG 2021 PM 2 L



DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Julio C. Cruz

Participant's Address: 456 USS New Mexico Ct. # 7
STAten Island, NY 10305

Participant's Email Address: Julio_Cruz@NPS.gov

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 965

Nature of Claim: Worked @ Commonwealth of PR

By: _____
Signature

Julio C. Cruz
Print Name

N/A
Title (if Participant is not an individual)

7/29/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JULIO C. CRUZ
456 USS New Mexico Court
Apt 7
Staten Island, NY 10305

RECEIVED & FILED
2021 AUG -4 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NEW YORK NY 100
30 JUL 2021 PM 9 L

To: U.S. District Court
Clerku Office
150 Ave. Carlos Chardon
Suite 150
San Juan,
PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramona Rivera Santiago_

Participant's Address: _680 St Nicholas Ave APT 6G N.Y. N.Y. 10080_

Participant's Email Address: _Montolio 69 aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS (CASE NO. 173389)_

Nature of Claim: _Employees Retirement_

By: _Ramona Rivera_
Signature

_Ramona Rivera Santiago_
Print Name

_____
Title (if Participant is not an individual)

_7-29-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramona Riviera Santiago
680 St. Nicholas Ave #6G
New York NY 10030

U.S. DISTRICT COURT
SAN JUAN, P.R.
PM 4:00
FILED & RECEIVED
00918-170625

Court's Clerk Office
United States District Court
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00917- 1767



NEW YORK NY 100
30 JUL 2021 PM 7 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _KRISHNA GUTAVARTY_

Participant's Address:  _49 DOLPHIN LANE EAST, COPIAGUE, NY 11726_

Participant's Email Address:  _KRISH1@OPTONLINE.NET_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _CLAIM # 4501 & 4460._

Nature of Claim:  _OWNERSHIP OF BONDS_

By:  _[signature]_
Signature

_KRISHNA GUTAVARTY._
Print Name

_____
Title (if Participant is not an individual)

_07/24/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mr. Krishnareddy Gujavarty
49 Dolphin Ln E
Copiague, NY 11726

MID-ISLAND NY 117

29 JUL 2021   PM 5   L

RECEIVED & FILED
2021 AUG -4   PM 3:59

00918-170625

To: UNITED STATES DISTRICT COURT
Atten: CLERKS office
150 Ave, CARLOS CHARDON, STE. 150
SAN JUAN
P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSE RAUL COLON ORTIZ

Participant's Address: CALLE ALCAZAR D-69 URB. VILLA ESPANA BAYAMON, P.R. 00961

Participant's Email Address: jrco1602@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177199

Nature of Claim: SALARY INCREASE FOR GOVERMENT EMPLOYEES LAW No. 89-1995

By: _____
Signature

JOSE RAUL COLON ORTIZ
Print Name

_____
Title (if Participant is not an individual)

Aug 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose Raul Colon Ortiz
Calle Alcazar D-69
Urb. Villa España, Bayamon PR 00961

United States Court, Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 3:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176825

SAN JUAN PR
3 AUG 2021 PM 1

FOREVER / USA
FOREVER / USA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                   Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ada E. Moura
Quintas de Dorado
Calle Maga J-32
Dorado, P.R. 00646

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG -4  PM 3: 59
RECEIVED & FILED

SAN JUAN PR  009
3 AUG 2021  PM 1

00918-176625

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                                       Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Meendes Colon_

Participant's Address: _Urb. Valles de Guayama Calle 23 xx-6 Hm. P.R. 00784_

Participant's Email Address: _Cal.morales65@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17-BK-3566-LTS CJF9686_

Nature of Claim: _Deuda Sistema de Retiro de Empleados del Gobierno ELA_

By: _Maria del C. Nordes Colo_
Signature

_Maria del Carmen Meerbs Colon_
Print Name

_____
Title (if Participant is not an individual)

_31 de Julio de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nisma del Carmen Morales Colon
Urb. Valles de Guayama
Calle 23 XX-6
Guayama, P.R. 00784

RECEIVED & FILED
2021 AUG -4 PM 3: 59
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.

Tribunal de Distrito de los E.U.-
Oficina del Secretario
150 Ave
Carlos Chardon, Ste.
150 San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
JUL 31, 21
AMOUNT
$0.55
R2304M114202-3

1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan R. Garcia Martinez_

Participant's Address: _U.b. Villa Universitaria, G-145 C/mercedita_
_Gueyama, P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Juan R. Garcia Martinez_
Signature

_Juan R. Garcia Martinez_
Print Name

_____
Title (if Participant is not an individual)

_2 august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan R. Garcia Martinez
P. O. Box 2461
Guayama PR. 00785

SAN JUAN PR  009

2 AUG 2021  PM 2  L

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

00918-170399

United States District Court Clerks
Office 150 Ave. Carlos Chardon St.
150, San Juan, PR 00918-1767



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Harry Lopez Collazo_

Participant's Address: _P.O.Box 1547 Yabucoa PR. 00767_

Participant's Email Address: _NONO_

Name of Counsel: _____

Address of Counsel: _P.O.Box 1547 Yabucoa PR 00767_

Email Address of Counsel: _NONO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172409_

Nature of Claim: _Promega Title_

By: _Harry Lopez Collazo_
    Signature

_Harry Lopez Collazo_
Print Name

_____
Title (if Participant is not an individual)

_08-02-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Henry Lopez Collazo
P.O. Box 1547
Yabucoa, P.R. 00767

United States District Court
Clerk's office 150 ave. Carlos Charbon St
150 Don Juan P.R. 00918-1767

SAN JUAN PR 009

2 AUG 2021  PM 2  L

RECEIVED & FILED
2021 AUG -4  PM 4: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091887703 0018