UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

1. Brunilda Roman Acosta
2. Sonia Soto Gonzalez
3. Migdalia Ruiz Astacio
4. Lonca Tirado Gonzalez
5. Miguel A. Nieves Hernandez
6. Carmen M. Ruiz Pereira
7. Virgen M. Zapata Zapata
8. Rafael Valentin Velazquez
9. Ramon A. Serrano Jimenez
10. Wilfredo Cortes Latorre
11. Vanessa Cortes Aldahondo
12. Dianne Jaccodine Monico
13. Carmelo Vega Mercado
14. Laura I. Rodriguez Montañez
15. William E. Rivera Berrios
16. William Rivera Perez
17. Juan Jose Quiles
18. Miguel A. Luna de Jesus
19. Egdia M. Rullan Cruz
20. Maria del Carmen Maldonado Rivera
21. Julia Perez Martinez
22. Jimmy Rodriguez Torres

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

23. Sonia Ortiz Matos

24. Vicente Vazquez Rosario

25. Herman Hernandez

26. Teresa Hernandez Jimenez

27. Evyflor Espinosa Rosado

28. Nydia J. Leon Castrello

29. Julius A. Alvarez Chardon

30. Ines V. Rivera Perez

31. Juan Huertas Morales

32. Victor L. Rivera Collazo

33. Cirilo Hernandez

34. Carlos Ruiz Rosa

35. Rogelio Rodriguez Nieves

36. Juan A. Remigio Lopez

37. Olga Nieves Rivera

38. Mildred A. Ramos Diaz

39. Jesus M. Rodriguez Ledee

40. Carlos J. Pagan Mendez

41. Sandra I. Saliva Gonzalez

42. Cecilia James Soto

43. Alicia Torres Naveira

44. Maria E. Ortiz

45. Jorge J. Manfredi Leon

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

    46. Dolores del C. Lugo Gutierrez

    47. Wilson Rivera

    48. Jesus Perez Torrado

    49. Milagros Pares Figueroa

    50. Eric C. Vega Guzman


Dated: August 5, 2021