Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Roman Acosta_

Participant's Address: _LR-15-Vigia villa Fontana Carolina 00983_

Participant's Email Address: _Brunilda1024@gmil.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:   _Compensacion 1980 -1989_

Claim Number: _101 203  #68702 aportacion acumulados_

Nature of Claim: _In the Title III Proceedings under Promesa (Dinero que me deben.)_

By: _Brunilda Roman Acosta_
Signature

_Brunilda Roman Acosta_
Print Name

_Maestra Retirada._
Title (if Participant is not an individual)

_1 de agosto 2021_
Date
_Celular: 787- 632- 2091_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Brun, Ivis Roman Acosta
LR-15 #4 Urb. La Fontana
Carolina P.R. 00983

To:
Court's clerk's office g.t.
United States District Court
Clerk's office 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

SAN JUAN PR   009
2 AUG 2021   PM 2   L

RECEIVED & FILED
21 AUG -4 PM 3: 58



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sonia Soto Gonzalez*

Participant's Address: *13 Urb. Altamira, Lares, P.R. 00669*

Participant's Email Address: *sonia.soto.glz@gmail.com*

Name of Counsel: *none*

Address of Counsel: *none*

Email Address of Counsel: *none*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *62199*

Nature of Claim: *The nature of my claim is because, that I deserve a fair pension. If from beginning that I retired, my pension would have been reasonable, I would have a better cuality of life.*

By: *Sonia Soto Gonzalez*
Signature

*Sonia Soto Gonzalez*
Print Name

—
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia Soto Goenzalez
13 Urb. Altamira
Lares, P.R. 00669

RECEIVED & FILED
2021 AUG -4 PM 3: 57
NY/IN NYS
POST 1 DISTRICT
CLERKS OFFICE
SAN JUAN

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

USA FOREVER

Discovery notice to the Court's Clerk. Office at
United States District Court clerks office.
150 Ave. Carlos Chardon States 150
San Juan, P.R. 00918 - 1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                          Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests.  If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests.  Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements.  If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery.  If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Ruiz Astacio_

Participant's Address: _CALLE SOL #100 Ponce P.R. 00730-3669_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169033_    _No. 17 BK 3283-LTS_

Nature of Claim: _I am the widow of Balbino Aponte_

By: _Migdalia Ruiz Astacio_
Signature

_Migdalia Ruiz Astacio_
Print Name

_____
Title (if Participant is not an individual)

_Agosto - 2 - 2021_
Date

_Bernaza AR, My husband worked at the Central Mercedita in Ponce P.R. His position was as a color Analyst. he decided wheter the sugar would go out on the market or not. At the time of his death, June 6-1998, he was still working at the Central Mercedita._

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG -4 PM 4: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
2 AUG 2021  PM 2  L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lonca Tirado González_

Participant's Address: _calle Obrero # 14 Ciales P.R._

Participant's Email Address: _loncayahairatirado.gomzalez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
   Signature

_____
   Print Name

_____
   Title (if Participant is not an individual)

_August 3, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lorca Tirado González
calle Oboro # 14
Ciales PR. 00638

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
OFICINA DE QUIEBRAS

Oficina del Secretario
150 Ave. Carlos Chardón Ste.
150, San Juan, PR. 00918-1707

SAN JUAN PR 009
3 AUG 2021 PM1 L

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Nieves Hernandez_

Participant's Address: _Pedro Hernandez Street #95_
_Quebradillas, P.R. 00678_

Participant's Email Address: _mignieves 59@ gmail.com_

Name of Counsel: _____

Address of Counsel: _No Have_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153878_

Nature of Claim: _Public Employee claim_

By: _Miguel A. Nieves Hernandez_
Signature

_Miguel A. Nieves Hernandez_
Print Name

_Office Typewriter II_
Title (if Participant is not an individual)

_08/01/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Nieves Hernandez
Calle Pedro Hernandez # 95
Quebradillas, Puerto Rico 00678

SAN JUAN PR 009

2 AUG 2021 PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 02

CLERK'S OFFICE

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825





Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Nieves Hernández_

Participant's Address: _Pedro Hernández Street #95_
_Quebradillas, P.R. 00678_

Participant's Email Address: _mignieves59@gmail.com_

Name of Counsel:

Address of Counsel: _No Have_

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _142307_

Nature of Claim: _Public Employee claim_

By: _[signature]_
Signature

_Miguel A. Nieves Hernández_
Print Name

_Public Employee claim_
Title (if Participant is not an individual)

_08/01/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Nieves Hernandez
Calle Pedro Hernandez # 95
Quebradillas, Puerto Rico 00678

EIVED & FILED

AUG -4 PM 4: 02

RK'S OFFICE
DISTRICT COU
SAN JUAN, P.

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR  009

2 AUG 2021  PM 2



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Ruiz Pereira*

Participant's Address: *Calle San Pedro 5-2 Altras de San Pedro Fajardo PR 00738*

Participant's Email Address: *Cruizpe1961@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Carmen M. Ruiz Pereira*
Signature

*Carmen M. Ruiz Pereira*
Print Name

_____
Title (if Participant is not an individual)

*29 de julio 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Ruiz Leira
Calle San Pedro S-2
Altura de San Pedro
Fajardo, P.R. 00738

RECEIVED & FILED
2021 AUG -4 PM 4: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virgen M. Zapate Zapate_

Participant's Address: _PO Box 116, Cabo Rojo, PR  00623-0116_

Participant's Email Address: _virgenzapate@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141606_

Nature of Claim: _Public Employee Claims_

By: _Virgen M. Zapate Zapate_
Signature

_Virgen M. Zapate Zapate_
Print Name

_____
Title (if Participant is not an individual)

_July 2, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Virgen M. Zapata Zapata
P.O. Box 116
Cabo Rojo, P.R.
00623-0116

SAN JUAN PR 009

2 AUG 2021 PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 02

To: United States District Court
Clerk's Office
150. Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAFAEL Valentin Velazquez_

Participant's Address: _HC7 Box 76624, San Sebf PR 00685_

Participant's Email Address: _Contabilidadelasea @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169891_

Nature of Claim: _Debt Claimed Deportment of Agriculture_

By: _____
Signature

_Rafael Valentin_
Print Name

_Participant_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RAFAEL VALENTIN VELAZQUEZ
HC 7 BOX 76624
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -4 PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009

2 AUG 2021 PM 2 L

FOREVER/USA

00916-170625

DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAMON A. SERRANO JIMENEZ_

Participant's Address: _HC.7 Box 76786, San Sebt, PR 00685_

Participant's Email Address: _Contabilidadclasea @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169642_

Nature of Claim: _Debt Claim Department of Agriculture_

By: _[signature]_
Signature

_Ramon A Serrano_
Print Name

_Participant_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RAMON A SERRANO JIMENEZ
HC 7 BOX 76786
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

2 AUG 2021 PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 02

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Wilfredo Cortes LaTorre_

Participant's Address: _P.O. Box 5216, San Seb't PR 00685_

Participant's Email Address: _anubis.cortes@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178514-1_

Nature of Claim: _Debts Claimed Depart Newt of Agriculture_

By: _a. Illa acardo_
Signature

_Wilfredo Cortes - Ilbario I Cortes aldabondo_
Print Name

_Poctriviestt_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

WILFREDO CORTES LA TORRE
PO BOX 5216
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -4 PM 4:02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009

2 AUG 2021 PM 2 L



FOREVER / USA

DISCOVERY NOITICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: VANESSA Cortes Aldahondo

Participant's Address: P.O. Box 5216

Participant's Email Address: Anubie.Cortes@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170062

Nature of Claim: Debts Claim Department of Agriculture

By: Vanesse Cortes
Signature

VANESSA Cortes
Print Name

Participant
Title (if Participant is not an individual)

7/31/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

VANESSA CORTES
PO BOX 5216
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -4 PM 4: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.

SAN JUAN PR   009

2 AUG 2021   PM 2   L

DISCOVERY NOITICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEKS
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-176825



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DIANNE SACCODINE - MONICO_

Participant's Address: _158 EYLAND AVE SUCCASUNNA NJ 07876_

Participant's Email Address: _dimonico @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Dianne Jaccodine - Monico_
    Signature

_DIANNE JACCODINE - MONICO_
Print Name

_____
Title (if Participant is not an individual)

_7/28/2021_
Date

RECEIVED & FILED
2021 AUG -4 PM 4: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

DJ Monico
158 Eyland Ave
Succasunna, NJ
07876

RECEIVED & FILED
2021 AUG -4 PM 4:02
DISTRICT COURT
SAN JUAN

DV DANIELS NJ  070
30 JUL 2021  PM 8 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918 - 1767

00918-1706525

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARMELO VEGA MERCADO_

Participant's Address: _One Maryland Cr. Apt. T-20 Whitehall PA. 18052_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number _Commonwealth of P.R. (Bankruptcy Case No. 17-BK-3283-LTS)_

Nature of Claim: _in Resolve Deman: Puerto Rico Police Dept._

By: _[signature]_
Signature

_Carmelo Vega Mercado:_
Print Name

_____
Title (if Participant is not an individual)

_1 August, 2021_
Date

RECEIVED & FILED
2021 AUG -4 PM 4: 02
CLERK'S OFFICE US
DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -4  PM 4: 02

ERK'S O...
STRICT
JUAN.

From: Carmelo Vega Mercado
One Maryland Cr. Apt. T-20
Whitehall PA...18052

To: United State District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
SanJuan, Puerto Rico... 00918-1767

00918-170625

LEHIGH VALLEY PA 180

31 JUL 2021  PM 4  L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                      Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

      **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

      The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura I. Rodriguez Montañez_

Participant's Address: _Urb Proyecto 141, 79 c/14 Cataño P.R. 00962_

Participant's Email Address: _lirodriguez 49 @ yahoo. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 83696_

Nature of Claim: _Reclamación por aumento de salario no aplicado por las Leyes: Ley 84, Ley 96, 109_

By: _[signature]_
Signature

_Laura I. Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_2 ( agosto ) 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG -4 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Laura F. Rodríguez
Urb. Proyecto 141
79 Calle 14
Catano, P.R. 00965

RECEIVED & FILED
2021 AUG -4  PM 4:02

CERTIFIED MAIL

7016 2070 0000 7744 7635

SAN JUAN PR 009
2 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Step.150
San Juan, P.R. 009(R-)767

RECEIVED & FILED

00916-170625

MAILED FROM ZIP CODE 00961
0001924212  AUG 02 2021
$ 006.450
PITNEY BOWES
02 1P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to
documents in the Plan Depository, where information and documents concerning the Plan
are kept, and you will also be able to serve your own discovery requests. If you file this Notice
after August 15, 2021, but on or before October 19, 2021, you may be granted access to
documents in the Plan Depository, but you will not be able to serve your own discovery
requests. Please note that access to the information in the Plan Depository may also require
complying with the Debtors' access requirements. If this Notice is filed after October 19,
2021, you will not be permitted to participate in discovery. If you do not file this Notice, you
will still be able to vote on the Plan, if you are otherwise qualified to vote.**

       The party identified below (the "Participant") hereby advises the Debtors that it
intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth
of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808);
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William E. Rivera Berrios_

Participant's Address: _P.O. Box 280 Comerio, P.R. 00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _About the money was offered and never was sent._

By: _____
     Signature

_William E. Rivera Berrios_
Print Name

_____
Title (if Participant is not an individual)

_July 29, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. William E. Rivera Bartos
P.O. Box 280
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG -4 PM 4: 01
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court P.R.S
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Perez William_

Participant's Address: _HC4 Box 42510 San Sebastian PR 00685_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 2283 LTS_

Nature of Claim: _____

By: _William Rivera Perez_
Signature

_William Rivera Perez_
Print Name

_____
Title (if Participant is not an individual)

_8-3-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009
3 AUG 2021  PM 1 °L

William Rivera Perez
HC 4 Buzon 42510
San Sebastiam P.R.
00685

Discovery Notice to the Court's Clerk's
Office at:
United States District Court's clerk's
4O-th PM 4- 3N oFfice 150 Ave Corlos chardon Ste
150 San Juan P.R. 00918-1767
FILED 3 RECEIVED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JUAN José Quiles_

Participant's Address: _P.O. Box 11724, SAN JUAN, P.R. 00922_

Participant's Email Address: _Applestruder@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of P.R. The Employees Retirement System of the Government of the Commonwealth of P.R., And the P.R. public Buildings Authority._

By: _[signature]_

Signature

Print Name: _JUAN José Quiles_

_____
Title (if Participant is not an individual)

Date: _July 30, 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUAN JOSÉ QUILES
P.O. BOX 11734
SAN JUAN, P.R. 00922-

RECEIVED & FILED

2021 AUG -4 PM

CLERK'S OFFICE U.S.
DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009

3 AUG 2021   PM 1   L

FOREVER/USA

#Discovery Notice to the Court's Clerk's office
United States District Court,
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Luna De Jesús_

Participant's Address: _Villa del Monte Monte Alto T-1 Toa Alta PR 00953_

Participant's Email Address: _migluna.luna@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2194_

Nature of Claim: _$29,350.00 Employees Retirement System Commonwealth of Puerto Rico_

By: _____
    Signature

_Miguel Luna De Jesús_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Luna De Jesus, Miguel A | 2194 | 3/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $29,350.00 |
| Reason: | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Luna De Jesus, Miguel A | 2194 | 3/7/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $29,350.00 |
| Base para: | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | |

Miguel A. Awa de Jesus
Villa del Monte T-1
Calle Monte Alto Toa Alta
P.R. 00953

Case No. 17 BK 3283 LTS

Court's Clerk Office
United States District Court
150 Ave Carlos Chardón Ste 150,
San Juan P.R 00 918-1767

CERTIFIED MAIL

7021 0350 0001 3443 8742

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
AUG 03, 21
AMOUNT
$3.60
R2305H129563-17
00918

10918-170625

RECEIVED & FILED
2021 AUG -4 PM 4:03
U.S. DISTRICT COURT
CLERKS OFFICE
SAN JUAN, PR

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Egdia M. Rullán Cruz_

Participant's Address:  _PO Box 146 Angeles, PR. 00611_

Participant's Email Address:  _egdiam@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _Promesa Titile III_

By:  _Egdia M. Rullán Cruz_
Signature

_Egdia M. Rullán Cruz_
Print Name

_____
Title (if Participant is not an individual)

_7-29-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARiA DEl CARmen MAldonado Rivera_

Participant's Address: _Urb Mhgnolia trndr; 019-Calle18  Bay. Puerto Rico 0 00954_

Participant's Email Address: _mariagodiva 1001 @ Gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130675_

Nature of Claim: _Law 89_

By: _(signature)_
Signature

_MARia DElCarmen MAldonado Rivera_
Print Name

_____
Title (if Participant is not an individual)

_august 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria DEl Carmen Maldonado Ri Jiva_

Participant's Address: _Urb Magnolia Garden O19-calle 18 Bay P.R 00956_

Participant's Email Address: _mariagodiva 1001 @ Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133878_

Nature of Claim: _Law 96_

By: _(signature)_

Signature

_Maria del Carmen Maldonado Rivera_

Print Name

_____

Title (if Participant is not an individual)

_august 2, 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



María Melgin-co
Urb Magnolia Gardens
Orr-Calle 18
Bay. PR 00956

7021 0350 0000 6759 1798

SAN JUAN PR
AUG 2021
PM 2

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
AUG 02, 21
AMOUNT
$3.60
R2305K142218-08

RECEIVED & FILED
2021 AUG 4 PM 4:03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Perez Martinez_

Participant's Address: _Urb.El Madrigal Calle 11 L 8 Ponce, P.R. 00730_

Participant's Email Address: _julia perez 795 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59526_

Nature of Claim: _Reclamo del aumento por parte del exgobernador Carlos Romero Barcelo (El Romerazo)_

By: _[signature]_   _Promesa Title III_
Signature   _No. 17 BK 3283-LTS_

_Julia Perez Martinez_
Print Name

_____
Title (if Participant is not an individual)

_Julio 29 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sula Perez Martinez
Luis El Madrigal
Calle 11 L8
Ponce, P.R. 00730 - 1403

RECEIVED & FILED
2021 AUG -4  PM 4: 03
CLERK'S OFFICE
US DISTRICT COU
SAN JUAN PR

SAN JUAN PR  009
2 AUG 2021  PM 2  L

00918-170625

To: United States District Court's Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jimmy Rodriguez Torres_

Participant's Address: _HC1 Box 6238 Santa Isabel, PR 00757_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _Jimmy Rodriguez Torres_
Signature

_Jimmy Rodriguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jimmy Rodriguez
HCI Box 6238
Santa Isabel, PR 00757

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

21 AUG -4 PM 4:03

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170825

United States District Court Clerk
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia Ortiz Matos

Participant's Address: P.O. Box 252 Comerio, P.R. 00082

Participant's Email Address: Sonia Ortiz 0657@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 97166

Nature of Claim: Promesa T. III

By: Sonia Ortiz Matos
Signature

Sonia Ortiz Matos
Print Name

_____
Title (if Participant is not an individual)

2-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia Ortiz Vaides
P.O. Box 252
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG -4 PM 4: 03
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR 009
2 AUG 2021 PM 2 L



United States District Court
Clerk's Oficina, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vicente Vázquez Rosario_

Participant's Address: _Urb. Vista Alegre #1637-Calle Colonia, Ponce 00717_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(Don't know it)_

Nature of Claim: _Bonds – aprox $50,000.00_

By: _[signature]_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_August 2 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vicente Vazquez
Urb. Vista Alegre #1637
Calle Colonia
Ponce, P.R. 00717

RECEIVED & FILED
2021 AUG -4 PM 4:03
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918,1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Herman Hernandez_

Participant's Address: _1009 Clle Humacao, San Juan, PR 00925_

Participant's Email Address: _dez4549@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12956_

Nature of Claim: _Pension_

By: _____
 Signature

_Herman Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 2, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Herman Hernandez
1009 Calle Huracao
San Juan, PR 00925

RECEIVED & FILED
2021 AUG -4  PM 4: 03
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

00918-170625

SAN JUAN PR   009
2 AUG 2021   PM 2  L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

       The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa Hernández Jiménez_

Participant's Address: _41793 Carretera 483_
_Quebradillas, P.R. 00678_

Participant's Email Address: _zaidaya-april2@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140678_

Nature of Claim: _Commonwealth of P.R._

By: _[signature]_
Signature

_Teresa Hernández Jiménez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Teresa Afernaindez Jimenez
#1793 Corr. #83
Quebrad. Hoz PR
00678

RECEIVED & FILED
2021 AUG -4 PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

U.S. POSTAGE PAID
FCM LETTER
HATILLO, PR
00659
AMOUNT
$0.55
R2305K134656-08

1000
00918

Court's Clerk Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste 150
San Juan P.R. 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Evyflor Espinosa Rosado*

Participant's Address:  *P.O. Box 3404   Lajas  P.R.  00667*

Participant's Email Address:  *ladye3404 @ yahoo.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17- BK - 3283 - LTS*

Nature of Claim:  *Jointly  Administered -*

By:  *Evyflor Espinosa Rosado*
Signature

*Evyflor Espinosa Rosado*
Print Name

_____
Title (if Participant is not an individual)

*8/1/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

English Lewis Roads
P.O. Box 3504.
Fajardo, P.R. 00065>

RECEIVED & FILED

2021 AUG -4 PM 4: 03

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

SAN JUAN PR   009
2 AUG 2021  PM 2  L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00 918 - 1767



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

       The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nydia J Leon Castrello

Participant's Address: PO Box 334370 Ponce PR 00733-4370

Participant's Email Address: nleon1151@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Promesa Title III

By: _Nydia L. Leon_
Signature

Nydia J Leon
Print Name

_____
Title (if Participant is not an individual)

8/3/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia J. León
PO Box 334370
Ponce PR 00733-4370

RECEIVED & FILED
2021 AUG -4 PM 4: 04
CLERK'S OFFICE
U.S. DISTRICT COURT

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00916-170449

United States District Courts
Clerks Office 150 Ave Carlos Chardon Ste.
San Juan PR 00918 - 17607

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                        Debtors.[3]

------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable; are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julius A. Alvarez-Chardon_

Participant's Address: _1780 Compostela, College Park, San Juan, P.R. 00921_

Participant's Email Address: _juliusalvarez953@g.mail.com_

Name of Counsel: _Martin J. Bienenstock (Proskauer Rose, LLP)_

Address of Counsel: _Eleven Times Square, New York, NY. 10036_

Email Address of Counsel: _N/A._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 B3283-LTS_

Nature of Claim: _Demand to Financial Oversight and Management Board for P.R. vs. Commonwealth of P.R._

By: _Julius A. Alvarez Chardon_
Signature

_Julius A. Alvarez-Chardon_
Print Name

_B.A Sciology_
Title (if Participant is not an individual)

_8/3/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julius A. Alvira Chardon
1780 Compostela
Collage Park, San Juan
P.R. 00921

SAN JUAN PR 009
3 AUG 2021 PM 1 L

To. Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon St.
150, San Juan, P.R. 00918-1767

RECEIVED & FILED

2021 AUG -4 PM 4:04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARKEAST Apt. 126 Bayamón, PR 00961-8364_

Participant's Email Address: _vrivera1608@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _148957_

Nature of Claim: _Law 89 - Romerazo (Hon. Carlos Romero Barceló)_

By: _Inés V. Rivera Pérez_
    Signature

_Inés V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enés v. Rivera Pérez
100 PARK EAST Apt. 126
Bayamón, PR 00961 - 8368

RECEIVED & FILED
2021 AUG -4 AM 4:04
CLERK'S OFFICE
US DISTRICT COURT
DISTRICT OF P.R.

00918-1706Z5

SAN JUAN PR 009
3 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150, San Juan,
00918 - 1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                     Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Huertas Morales_

Participant's Address: _Urb. La Riviera calle 4 C-8 Amyo P.R. 00714_

Participant's Email Address: _jmsh_24@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178740_

Nature of Claim: _collection of money from an increase approved by governor Romeo Barceló that was never paid to me._

By: _[signature]_
   Signature

_Juan Huertas Morales_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Juan Fuentes Morales
Urb. La Riviera calle 4 c-8
Arroyo P.R. 00714

RECEIVED & FILED
2021 AUG -4 PM 4: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TO: United States District Court,
Clerks Office, 150 Ave. Carlos
Chardon Ste 150, San Juan PR
00918-17107

00918-170750



U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 02, 21
AMOUNT

$0.55
R2304M114202-3

1000

00918

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                            Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Victor L. Rivera Collazo

Participant's Address:  Calle 8, F-12, Urb. Estancias de San Fernando Carolina, P.R. 00985

Participant's Email Address:  vlrengineer @ gmail.com

Name of Counsel:  Paul Hasting LLP

Address of Counsel:  200 Park Avenue, New York, N.Y. 10166

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  177209

Nature of Claim:  Unpaid Wages

By:  _____
     Signature

Victor L. Rivera Collazo
Print Name

N/A
Title (if Participant is not an individual)

7-25-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -4 PM 4: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Victor L. Rivera Collazo
Calle 8 F-12,
Urb. Estancias de San Fernando
Carolina, P.R. 00985

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Suite 150
San Juan, P.R. 00918-1767

7021 0950 0002 0230 1644

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
AUG 03, 21
AMOUNT
$7.00
R2304E105975-15

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cirilo Hernández,_

Participant's Address: _HC 02 Box 13217, Moca PR 00676_

Participant's Email Address: _contabilidadelasca@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169958_

Nature of Claim: _Debt Deparet ment or Agriculture_

By: _Cirilo Hernandy_
Signature

_Cirilo Hernandes_
Print Name

_Poetriciant_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CIRILO HERNANDEZ
HC 02 BOX 12217
MOCA, PR 00676

SAN JUAN PR 009
2 AUG 2021 PM 2 L



RECEIVED & FILED
2021 AUG -4 PM 4:10
CLERK'S OFFICE
U.S. BANKRUPTCY
SAN JUAN

DISCOVERY NOITICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Ruiz Rosa_

Participant's Address: _Urb. Pepino C-10- Celle-3 San Sebastián P.R. 00685_

Participant's Email Address: _Carruiz18@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title 111_

By: _[signature]_
Signature

_Carlos Ruiz Rosa_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG -4 PM 4: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CARLOS RUIZ
Urb. Pepino Calle C #10
San Sebastian P.R. 00685

00916-170625

SAN JUAN PR   009

2 AUG 2021   PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rogelio Rodríguez Nieves

Participant's Address: HC-04 Box 4083 Humacao PR 00791-8906

Participant's Email Address: anag553@gmail.com

Name of Counsel: Nine

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: None

By: _Rogelio Rodríguez Nieves_
Signature

_Rogelio Rodríguez Nieves_
Print Name

_Labor Worker_
Title (if Participant is not an individual)

_July 30 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rogelio Rodriguez Nieves
HC-04 Box 4083
Humacao PR 00791-8906

RECEIVED & FILED
2021 AUG -4 PM 4:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-1706825

Discovery Nghte to the Court's Clerk's office at
United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767


SAN JUAN PR   009
2 AUG 2021   PM 2   L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Juan  A.  Remigio  Lopez_

Participant's Address: _Calle  8,   M-19,   Urb.  Santa  Ana, Vega Alta, P.R. 00692_

Participant's Email Address: _Jurelo1949@.comp_

Name of Counsel: _NO  COUNSEL_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _41393_

Nature of Claim: _No paid income of $100.00 monthly from years 1984-2000, from day 89_

By: _Juan A. Remigio Lopez_
    Signature

_Juan  A.  Remigio  Lopez_
Print Name

_N/A_
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Renucio
Calle 8, H-14, Santa Ana,
Vega Alta, P.R., 00692

SAN JUAN PR 009
2 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 4- PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon, Ste, 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Olga Nieves Rivera*

Participant's Address: *Calle 8, M-19 - Urb. Santa Ana, Vega Alta, P.R. 00692*

Participant's Email Address: *Olniri@icloud.com*

Name of Gounsel: *NO counsel*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *52361*

Nature of Claim: *No paid income of $100.00 monthly from years 1984-2001, from Ley 89*

By: *Olga Nieves Rivera*
Signature

*Olga Nieves Rivera*
Print Name

*N/A*
Title (if Participant is not an individual)

*2 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga Nieves Rivera
Calle 8, H-19, Santa Ana,
Vega Alta, P.R. 00692

RECEIVED & FILED
2021 NOV -4 PM 4:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

2 AUG 2021 PM 2 L

00918-170625


Yogi Berra
FOREVER

*Promesa Title IV* 3283-LTS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred A. Ramos Díaz_

Participant's Address: _Paseo Los Corales, 680 Calle Mar Indico, Dorado, PR 0064_

Participant's Email Address: _Ramosmildred@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43 745 (2013-04-1542, 2013-11-0224)_

Nature of Claim: _Litigation Claim - Salary & Benefits, employment Related_

By: _Mildred A. Ramos Díaz_
Signature

_Mildred A. Ramos Díaz_
Print Name

_____
Title (if Participant is not an individual)

_08 / 02 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred A. Ramos Díaz
Paseo Los Corales I
680 Calle Mar Indico
Dorado, P.R. 00646-4518

RECEIVED & FILED
2021 AUG -4 PM 4:01
U.S. CLERK'S OFFICE
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
2 AUG 2021 PM 2 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767



*Promesa Title III - No. 17 BK 3283-LTS*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mildred A. Ramos Diaz*

Participant's Address: *Paseo los Corales I, 680 Calle Mar Indico, PR 00646, Dorado*

Participant's Email Address: *RAmosmildred @ outlook.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *59072*

Nature of Claim: *Litigation Claim Salaries & Benefits, Employment Related*

By: *Mildred A. Ramos Diaz*
Signature

*Mildred A. Ramos Diaz*
Print Name

_____
Title (if Participant is not an individual)

*08 / 02 / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred A. Ramos Díaz
Paseo Los Corales I
680 Calle Mar Indico
Dorado, P.R 08646-4518

RECEIVED & FILED
2021 AUG 4 PM 4:10
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR   009
2 AUG 2021   PM 2 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R 08918-1767

00918-1706255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

     **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jesús M. Rodríguez Ledee'*

Participant's Address: *Urb. San Antonio, Calle. I- F- 107 Arroyo P.R. 00714*

Participant's Email Address: *Chuito 6838 @ g mail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *167095*

Nature of Claim: *Promesa Title III* (*Public Employee and pension-Retiree*)

By: *Jesús M. Rodríguez Ledee*
Signature

*Jesús M. Rodríguez Ledee*
Print Name

_____
Title (if Participant is not an individual)

*2 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jesús M. Rodríguez Ledeé
Urb- San Antonio
Calle I- F-107
Arroyo, P.R. 00714

CERTIFIED MAIL

7021 0350 0001 0814 0404

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 4:11

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 03, 21
AMOUNT
$6.45
R2305K131158-20

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos J Pagán Méndez_

Participant's Address: _HC 03 Box 11682 Juana Díaz PR00795_

Participant's Email Address: _Kaypagans12@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172868_

Nature of Claim: _Administración Sistemas de Retiro_

By: _[signature]_    _Pension / Retiree Procedures_
Signature

_Carlos J Pagán Mendez_
Print Name

_N/A_
Title (if Participant is not an individual)

_30 jul 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carlos J. Fagan Miranda
HC 03 Box 11682
Juana Díaz PR 00795-9505

RECEIVED & FILED
2021 AUG -4 PM 4:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009
2 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I. Saliva González_

Participant's Address: _Villas de Rio Canas D. Marchand 918._

Participant's Email Address: _ssaliva@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Sandra I. Saliva González_
Signature

_Sandra I. Saliva González_
Print Name

_____
Title (if Participant is not an individual)

_August, first, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

V. Robanne 918
D. Marchand
Ponce P.R.

RECEIVED & FILED
2021 AUG 4 - AM 11:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, P.R., 00918-1767

SAN JUAN PR 009
2 AUG 2021 PM 2 L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cecilia James Soto_

Participant's Address: _Bayamon Gardens Calle 7 t2 Baymn 00957_

Participant's Email Address: _supervisoredfi @gmail.cm_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122484_

Nature of Claim: _Empleados Publicos y Pension Jubilacion_

By: _Cecilia Jms Sto_
Signature

_Cecilia James Soto_
Print Name

_—_
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Cecilia Jones Seb
Bayamon Gardens
Calle 7 A2
Bayamon P.R. 00957

00918-170625

SAN JUAN PR 009

RECEIVED & FILED
3 AUG 2021 PM 1 L
2021 AUG -4 PM 4:11
CLERK'S OFFICE
US DISTRICT COURT

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicia Torres Naveira_

Participant's Address: _PO Box 394 Aguirre PR 00704_

Participant's Email Address: _lectora628@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170367_

Nature of Claim: _Unpaid Salaries_

By: _Alicia Torres Naveira_
Signature

_Alicia Torres Naveira_
Print Name

_____
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alicia Torres Varina
PO Box 394
Aguirre PR 00704

RECEIVED & FILED
2021 AUG -4 PM 4:08

00918-1706.25

SAN JUAN PR 009
2 AUG 2021 PM 2 L

United States District Court
Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. Ortiz_

Participant's Address: _Calle 13 Num. 162 D Bo. Mameyal Dorado P.R 00646_

Participant's Email Address: _I do not have Email_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172861_

Nature of Claim: _Public Employee Claims_

By: _Maria E. Ortiz_
Signature

_Maria E. Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maria E. Ortiz
Calle 13 Num. 162 D
Bo. Mameyal
Dorado, P.R.
00646

To: United States District Court
Clerks Office 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

USA FOREVER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

       The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge J. Manfredi León_

Participant's Address: _HC 02 Box 3638, Santa Isabel PR 00757_

Participant's Email Address: _piguemanfredileon2@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Jorge J. Manfredi León_
    Signature

_Jorge J. Manfredi León_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jorge A. Monzrule Leon
HC 02 Box 3638
Santa Isabel PR
00757

RECEIVED & FILED
2021 NOV 4 PM 3:09

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170625

United State District Court.
Clerks Office
150 Ave Carlos Charlow Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Dolores delC. Lugo Gutierrez*

Participant's Address: *Dr. Bartolomei-street #6 Adjuntas, PR 00601*

Participant's Email Address: *Myrnita gm @hot mail*

Name of Counsel: *NONE*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *73978*

Nature of Claim: *By: this time I was working department of ED.*

By: *Dolores del C. Lugo Gutierrez*
Signature

*Dolores delc. Lugo Gutiérrez*
Print Name

_____
Title (if Participant is not an individual)

*July 30, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dolores dclc. Lugo Gutierrez
urb. San Joaquin
Calle Bartolomei # 6
Adjuntas, P.R. 00601

RECEIVED & FILED
2021 AUG -4 PM 4:08
U.S. DISTRICT COURT
OFICINA CLERK DE LA
SALA DE SAN JUAN

00918-170825

SAN JUAN PR   009
2 AUG 2021   PM 2 L

Commonwealth of Puerto Rico
Case No. 73978 LTS
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Wilson Rivera

Participant's Address:    Calle Alda 1471 Urb. Mercedita
Ponce, P.R. 00717

Participant's Email Address:    N/a

Name of Counsel:    N/A

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Compra de $75.000 en bonos del sistema de P.R.

By: _Wilson Rivera_
    Signature

_Wilson Rivera_
    Print Name

_____
    Title (if Participant is not an individual)

_____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Wilson Rivera
1471 Calle Alba
U.b. Mercedita
Ponce, PR 00717

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 4 PM 4:08
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

00918-170625

United States District court
Clerk's Office,
150 Ave. Carlos Chardon Ste 150
SAn JuAn, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus Perez Torrado_

Participant's Address: _Dr. Bartolomei street #6   Adjuntas, P.R._
_00601_

Participant's Email Address: _Myrnita gm @ hot Mail . com_

Name of Counsel: _None_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _.74533_

Nature of Claim: _By this Time I was working at deparment of Edu._

By: _Jesús Perez Torrado_
Signature

_Jesús Pérez Torrado_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesús Pérez Torrado
urb. San Juaquín
Calle Bartolome #6
Adjuntas, PR 00601

RECEIVED & FILED
2021 AUG -4 PM 4:08
US DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
2 AUG 2021 PM 2 L

Commowealth of Puerto Rico
Case No. 17 BK 3283 LTS
150 AVE. Carlos Chardon
Ste #150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Parés Figueroa_

Participant's Address: _18 Camino Los Figueroa, San Juan_

Participant's Email Address: _mpares2011@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Milagros Parés Figueroa_
    Signature

_Milagros Parés Figueroa_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Pares Figueroa
18 Camino Los Figueroa
San Juan, PR. 00926-9544

RECEIVED & FILED

2021 AUG -4  PM 4: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
2 AUG 2021  PM 2  L

USA FOREVER

United States District Court, Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eric C Vega Guzmán_

Participant's Address: _Urb Brooklyn Luis Lozada 297 Caguas PR 00725_

Participant's Email Address: _Vega-eric @outlook-com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30250_

Nature of Claim: _17 BK 3283 LTS_

By: _[signature]_
   Signature

_Eric C Vega Guzmán_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eric C. Vega Guzmán, MSOSH, CSHM
Urb Brooklyn
Luis Lozada 297
Caguas, PR 00725

RECEIVED & FILED

2021 AUG -4 PM 4:09

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

0091B-170625

Courts Clerk's Office
United States District Court
150 AVE Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009

2 AUG 2021   PM 2  L



FOREVER / U