UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)
(3 OF 4)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

1. Mildred Rivera Jusino
2. Jesus Serrano Jimenez
3. Marta Perez Ruiz
4. Walter R. Pagan Aguayo
5. Alba Nydia Ilarraza Davila
6. Madeline Tirado Berrios
7. Signa Magaly Cabrera Torres
8. Josue D. Rodriguez
9. Jose A. Gonzalez Rivera
10. Teofilo Ocasio Rivero
11. Angel F. Roman Diaz
12. Sylvia Quiñones Calderon
13. Sarai Cintron Nogueras
14. Jimmy Pizarro Cruyz
15. Zaida M. Robles Lopez
16. Celestino Amaro Figueroa
17. Myrna M. Marcucci Gutierrez
18. Norla E. Caballero Cabrera
19. Griselle Garcia de Jesus
20. Julia Perez Martinez
21. Milagros Cabrera Aviles
22. Luz C. Ortiz Ortiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

23. Glenda Y. Perez Perez

24. Lillian Rodriguez Pratts

25. Carmen Irizarry Valentin

26. Nilma Salamo Jimenez

27. Mayra Rivera Medina

28. Jeanette Gonzalez Santana

29. Gertrudis Cristina Hernandez Michels

30. Sandra Rivera Berly

31. Nellie del R. Lago Roig

32. Maria del Carmen Maldonado Rivera

33. Awilda Rivera Rivera

34. Zulma V. Garcia Alonso

35. Miguel A. Quiñones Maldonado

36. Milagros Cabrera Aviles

37. Maria de los A. Torres Gonzalez

38. Mirta S. Pagan Mendez

39. Jonathan Perez Aponte

40. Wanda Aguila Santana

41. Luz Haydee Rios Sierra

42. Carmen M. Cabrera Roche

43. Olga Alvarado Figueroa

44. Vivian Napoleon Rosado

45. Ana G. Robles Morales

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

    46. Joseline Cartagena Figueroa

    47. Elena Perez Maestre

    48. Mary A. Malave Lopez

    49. Jose Manuel Rivera Nuñez

    50. Virginia Perez Maestre

Dated: August 5, 2021