Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MILDRED RIVERA JUSINO_

Participant's Address: _URB. LAS VEGAS, D-31 AVE. FLOR DEL VALLE_
_CATAÑO, PR 00962-6505_

Participant's Email Address: _ARCOIRIS 24 @ YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155678_

Nature of Claim: _EMPLOYEES RETIREMENT SYSTEM_

By: _[signature]_
Signature

_MILDRED RIVERA JUSINO_
Print Name

_____
Title (if Participant is not an individual)

_1-AUGUST-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009

2 AUG 2021 PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 09

U.S. DISTRICT COURT
SAN JUAN PR

MILDRED RIVERA
URB. LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR 00962-6505

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:       Jesús Serrano Jimenez

Participant's Address:    HC1 Buzón 10141, San Sebb. PR 00685

Participant's Email Address:   Contabilidadesea@yahoo.com

Name of Counsel:          _____

Address of Counsel:       _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     169897

Nature of Claim:  Debts Claimed Depactment of Agriculture

By:  _____
     Signature

     Jesús Serrano Jimenez
     Print Name

     Participant
     Title (if Participant is not an individual)

     7/31/2024
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JESUS SERRANO JIMENEZ
HC 1 BUZON 10141
SAN SEBASTIAN, PR 00685

SAN JUAN PR   009

3 AUG 2021   PM 14 L

RECEIVED & FILED

2021 AUG -4  PM 4 07

CLERK'S OFFICE
US DISTRICT COU
SAN JUAN PR





FOREVER USA

DISCOVERY NOITICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Peiz Ruiz_

Participant's Address: _E-11 Calle naval Urb. Bella Vista Ponce PR 00716_

Participant's Email Address: _mipr773@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104697_

Nature of Claim: _Public Employee Claim_

By: _Marta I. Peiz Ruiz_
Signature

_Marta I. Perer Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_11 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marta Perez Rivera
Urb. Bella Vista
B-11 Calle Naval
Ponce P.R. 00716

United States District Court
Court's Clerk Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
2 AUG 2021   PM 2   L

FOREVER / USA

RECEIVED & FILED
2021 AUG 4 PM 4:07
P.R. WA ENTS
BANKRUPTCY
U.S. COURT

0091B-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Walter R. Pagán Aguayo*

Participant's Address: *Urb. Rexville Calle 7 E22, Bayamón, P.R. 00957*

Participant's Email Address: *Wpagan2006@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: *[signature]*
Signature

*Walter R Pagan*
Print Name

_____
Title (if Participant is not an individual)

*July 30 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From:
Calle) 4to. Rexville Bayamon
E-22 P.R. 00957
Walter R. Pagán Aguayo

UNITED STATES POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM
00957
BAYAMON, PR
AUG 02 21
AMOUNT
$7.20
R2305K141244-02

7021 0350 0000 7253 4902

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

To: United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 4:13
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alba Nydia Ilarraza Dávila*

Participant's Address: *PO Box 84, Dorado PR 00646-0084*

Participant's Email Address: *albanydia; 265 @ gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *115193*

Nature of Claim: *During the years as governor of the Puerto Rico commonwealth of Puerto Rico, Mr. Carlos Romero Barceló gave a salary increase of $100.00 known as Law 89. He never honored the salary increase. (Labor Law 89 of salary scale 164) The amount owed is $24,072.00.*

By: *Alba Nydia Ilarraza Dávila*
Signature

*Alba Nydia Ilarraza Dávila*
Print Name

—
Title (if Participant is not an individual)

*august 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba Nydia Ilarraza Dávila
PO Box 84
Dorado, PR 00646-0084

RECEIVED & FILED
2021 AUG -4  PM 4: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

United States District Court, Clerk's Office,
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767



CERTIFIED MAIL®

7020 3160 0001 3860 0139





1000
00918

U.S. POS
FCM LE
DORADO
AUG 03
AMOUNT

$7

R2307M1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madeline Tirado Berrios_

Participant's Address: _P.O. Box 1325 Guaynabo P.R. 00970_

Participant's Email Address: _tiradomadeline42gmail.com_

Name of Counsel: _Commonwealth of Puerto Rioo_

Address of Counsel: _Clerk's Office, 150 Ave. Carlos Chardón Ste. 150 San Juan Puerto Rico_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Madeline Tirado Berrios_
Signature

_Madeline Tirado Berrios_
Print Name

_Maestra Retirada_
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Madeline Tirado Berrios
P.O. Box 1335 Guaynabo
P.R. 00970

RECEIVED & FILED
2021 AUG 4 PM 4: 1_
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave Carlos
Chardon Ste. 150, San Juan PR.
00918-1767

CERTIFIED MAIL®

7020 2450 0001 8099 6535

00918-170625



U.S. POSTAGE PAID
FCM LETTER
GUAYNABO, PR
00969
AUG 03, 21
AMOUNT
**$6.45**
R2305K138387-06

00918



1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Signa Magaly Cabrera Torres

Participant's Address:   Calle Pellín Rodríguez 372 Villa Palmeras San Juan, PR 00915

Participant's Email Address:  N/A

Name of Counsel:       on their own

Address of Counsel:          N/A

Email Address of Counsel:      N/A

2.  Participant's claim number and the nature of Participant's Claim

Claim Number:       17 BK 3283-LTS

Nature of Claim:    payment is owed to me. I already included my salary readjustment documents

By: _____

Signature

Signa Magaly Cabrera Torres

Print Name

Title (if Participant is not an individual)

Date  2/agosto /21



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Josué D. Rodriguez*

Participant's Address: *C-32 San Juan Bautista, Reparto Flamingo* *Bayamón P.R. 00959*

Participant's Email Address: *JDR0812 @ YAHOO.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Discovery for Commonwealth Plan*

By: *(signature)*
Signature

*Josue D. Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*August, 2, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josué D. Rodríguez
C-32 SanJuan Bautista St.
Reparto Flamingo
Bayamón, P.R. 00959-4932





CERTIFIED MAIL®

7016 2070 0000 7766 7628



United States District Court
Clerk's Office
150 Carlos Chardon Avenue
Suite 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Jose A. Gonzalez-Rivera_

Participant's Address:   _Urb. San Joaquin - Teodoro Figueroa st. #26_
_Adjuntas, P.R._

Participant's Email Address:   _myrnita_gm@hotmail.com._

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _M 2872_

Nature of Claim:   _By that time I was working in the_
_Department of Edu. in P.R._

By:   _Jose Anibal Gonzalez Rivera_
Signature

_Jose Anibal Gonzalez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Aníbal Gonzalez-Rivera
Urb. San Joaquín
Teodoro Figueroa st. #26
Adjuntas, Puerto Rico
00601

SAN JUAN PR 009
2 AUG 2021 PM 2 L

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
DISTRICT OF PR SAN JUAN
2021 AUG 4 PM 4: 28

0091B-1706.25

United States District Court, Clerck's
Office, 150 Ave. Carlos Chardón ste. 150,
San Juan, Puerto Rico

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Teofilo Ocasio Rivero

Participant's Address:     43 Ladera, Hacienda Vistas del Plata, Cayey PR 00736-9337

Participant's Email Address:   luis.luna@gmail.com

Name of Counsel:     N/A

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     163867

Nature of Claim:    Monies owed as per Law 189, pay raise by then Gov. Romero Barcelo. Also raises by
Law 96 July 1, 202, Law 164 January 1, 2004 and a 3% raise for Retirement

By: _____
    Signature

    Teofilo Ocasio Rivero
    Print Name

_____
Title (if Participant is not an individual)

July 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Teofilo Ocasio
Hacienda Vistadel
Plata #H324949
calle la dera/2037

Court Clerk's office Attunited
States District Court Clerk's
Office 150 Ave. Carlos Chardon
Ste 150 SanJuan PR. 00 918-176

CERTIFIED MAIL

7018 1130 0002 0476 9838

$6.45

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Angel F. Román Díaz*

Participant's Address:    *HC 9 Box 98865, San Sebastion PR 00685*

Participant's Email Address:    *Contabilidadclasea@yohoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *169907*

Nature of Claim:    *Debts Claimed Department of Agriculture*

By:    *[signature]*
Signature

*Angel F. Roman Diaz*
Print Name

*Self*
Title (if Participant is not an individual)

*7/31/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ANGEL F. ROMAN DIAZ
HC 9 BOX 95865
SAN SEBASTIAN, PR 00685

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2021 NOV -4 PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

CERTIFIED MAIL

7020 1810 0001 7134 5510

SAN JUAN, PR 009
3 AUG 2021 PM 1 L

DISCOVERY NOITICE COURT'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE, CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

$7.00

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Quiñones Calderón_

Participant's Address: _Urb. San Antonio EH-4 Añasco, P.R. 00610_

Participant's Email Address: _(none)_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133219   (123219)_

Nature of Claim: _Título III_

By: _Sylvia Quiñones Calderón_
    Signature

_Sylvia Quiñones Calderón_
Print Name

_____
Title (if Participant is not an individual)

_2/08/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_I don't understand if is Title II or Title III_

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Sylvia Rivera Rodríguez
Urb. San Antonio E414
Arecibo, P.R. 00610

RECEIVED & FILED

2021 AUG -4 PM 4: 27

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

SAN JUAN PR   009

3 AUG 2021 PM 1 L

00918-170625

Clerk's Office, U.S. District Court
156 Ave. Carlos Chardón Ste. 156
San Juan, P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sarai Cintrón Nogueras*

Participant's Address: *282 Sect. Vista Alegre, Cidra, P.R. 00739*

Participant's Email Address: *sarai.cintronn@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Claim of increases and steps not received*

By: *Sarai Cintrón Nogueras*
Signature

*Sarai Cintrón Nogueras*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sarai Cintrm Nogueras
282 Sector Vista Alegre
Cidra, P.R 00739







PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7021 0950 0001 5357 7679

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 02, 21
AMOUNT

$7.65
R2304M114290-15

UNITED STATES
POSTAL SERVICE®

1000      00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardm Ste 150
San Juan, P.R 00918-1767

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG -6 PM 4: 27

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:      *Jimmy Pizarro Cruz*

Participant's Address:   *Ciudad Jardin 1, Amapola 63, Toa Alta PR 00953*

Participant's Email Address:   *jp281158@yahoo.com*

Name of Counsel:         *N/A*

Address of Counsel:      _____

Email Address of Counsel:   _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:            *17BK3283-LTS- Promesa Title III*

Nature of Claim:         *49742- Ley 89 Romerazo*

By:                      *[signature]*

Signature

*Jimmy Pizarro Cruz*

Print Name

_____

Title (if Participant is not an individual)

*July 30, 2021*

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jimmy Pizarro Cruz
Ciudad Jardin 1, Amapola 63
Toa Alta P.R. 00953




U.S. POSTAGE PAID
PCM US ENV
BAYAMON, PR
00959
AUG 02 21
AMOUNT
**$1.00**
R2304E107370-1

1000        00918

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 4: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Zaida M. Robles López*

Participant's Address: *Ciudad Jardin 1, Amapola 63, Toa Alta PR. 00953*

Participant's Email Address: *wilesa1@yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS - Promesa Title III*

Nature of Claim: *49762 - Ley 89 Romerazo*

By: *Zaida M. Robles López*
Signature

*Zaida M. Robles López*
Print Name

_____
Title (if Participant is not an individual)

*July 30, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida M. Robles López
Ciudad Jardin 1, Amapola 63
Toa Alta P.R. 00953





UNITED STATES
POSTAL SERVICE ®

1000        00918

U.S. POSTAGE PAID
PCM LG ENV
BAYAMON, PR
00959
AUG 02 21
AMOUNT
$1.00
R2304E107370-1

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -4 PH 4:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celestino Amaro Figuena_

Participant's Address: _Dda. Blondet calle D #210 Guayama P.R._

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _X Celestina Amaro Figuena_
Signature

_Celestino Amaro Figuena_
Print Name

_____
Title (if Participant is not an individual)

_02/03/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk</u>'s Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celestino Amaro Figueroa
Bda. Blondet C.D. #210
Guayama P.R. 00784

SAN JUAN PR 009

3 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna M. Marcucci-Gutiérrez_

Participant's Address: _urb. San Joaquin - Teodoro Figueroa St. #26_
_Adjuntas, Puerto Rico_

Participant's Email Address: _mymita_gm@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74339_

Nature of Claim: _By this time I was working in the Dept. y Education_
_of Puerto Rico_

By: _[signature]_
Signature

_Myrna M. Marcucci-Gutiérrez_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Myrna M. Marcucci Jutierrez
Urb. San Joaquin
Teodoro Figueroa st. #25
Adjuntas, Puerto Rico
00601

RECEIVED & FILED
2021 AUG -4 PM 4: 28
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
2 AUG 2021   PM 2  L

0091B-170625

United States District Court, Clerk's
office, 150 Ave. Carlos Chardon ste. 150
San Juan, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norla E. Caballero Cabrera

Participant's Address: Urb. Vista Azul calle 23 S-35 Arecibo PR 00612

Participant's Email Address: nec_02 pr@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 140165

Nature of Claim: Claim of public employees

By: Norla E. Caballero Cabrera
Signature

Norla E. Caballero Cabrera
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Noria Caballero
Vista Azul
S35 Calle 23
Arecibo, PR 00612-5510

SAN JUAN PR   009
3 AUG 2021 · PM 1 · L

RECEIVED & FILED
2021 AUG -4  PM 4: 28
CLERK U.S. [...] SAN JUAN

00918-170625

Discovery Notice to the Court's clerk,
United Att to District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
    00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Grisselle Garcia de Jesús_

Participant's Address:    _Calle Topacio B-3 Evt. Santa Ana, Vega Alta_
_P.R 00692_

Participant's Email Address:    _garciagrisselle15@gmail.com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _95266_

Nature of Claim:    _Employee public pension and Justification_

By:    _____

Signature

_____

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GRISSELLE GARCIA DE JESUS
CALLE TOPACIO B 3
EXT. SANTA ANA
VEGA ALTA, P.R. 00692

RECEIVED & FILED
2021 AUG -4 PM 4:29

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR  00918-1767

SAN JUAN PR   009
3 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Julia Perez Martinez

Participant's Address: Urb. El Madrigal Calle 11 L8 Ponce, P.R. 00730

Participant's Email Address: Juliaperez795@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 59526

Nature of Claim: Reclamo del aumento por parte del exgober
nador Carlos Romero Barcelo (El Romerazo)
Promesa Title III
Nov 17 BK 3283-LTS

By: _____
Signature

Julia PerezMartinez
Print Name

_____
Title (if Participant is not an individual)

Agosto 2-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Julia Perez Martinez
Urb. El Madrigal
Calle 11 L8
Ponce, P. Rico 00730-1433

SAN JUAN PR 009
2 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -4 PM 4: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cabrera Avilés_

Participant's Address: _Urb. Lago Horizonte 2526 Calle Rubí Coto Laurel P.R. 00780_

Participant's Email Address: _milaCabrera 46 @ gmail . com_

Name of Counsel: _–_

Address of Counsel: _–_

Email Address of Counsel: _–_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71837_

Nature of Claim: _I'm claming the salary that I was supposed to recived during my time working and be able to get the corresponding amound for my pension_

By: _Milagros Cabrera Avilés_
Signature

_Milagros Cabrera Avilés_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Milagros Cabrera Avilés
2524 Calle Rubí. Urb. Lago Horizonte
Cotto Laurel, P.R. 00780

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00 918 - 1767

RECEIVED & FILED

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Luz C. Ortiz Ortiz*

Participant's Address: *Villa Humacao, A5 Calle 14 Humacao, PR 00792*

Participant's Email Address: *lucy54410@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *PROMESA Title III*

By: *[signature]*
    Signature

*Luz C. Ortiz Ortiz*
Print Name

*N/A*
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz C. Ortiz Ortiz
Villa Humacao
A5 Calle 14
Humacao, PR 00792

RECEIVED & FILED

2021 AUG 4- PM 4: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
3 AUG 2021   PM 1   L

Discovery Notice to the Court's Clerks Office
United States District Court Clerks Office
150  Ave. Carlos Chardon  Ste. 150
San Juan, PR  00918-1767

USA/FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Glenda Y. Pérez Pérez*

Participant's Address: *Urb. Brisas de Naguabo, 104 Calle Brisas de la Loma, Naguabo, PR 00718*

Participant's Email Address: *glendayam01@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *PROMESA Title III*

By: *Glenda Y. Pérez Pérez*
Signature

*Glenda Y. Pérez Pérez*
Print Name

*N/A*
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Glenda Y. Pérez
Urb Brisas de Naguabo
104 Calle Brisas de la Loma
Naguabo, PR 00718

RECEIVED & FILED
2021 AUG -4 PM 4 30
US DISTRICT COURT
CLERKS OFFICE
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

Discovery Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rodriguez Pratts Lillian_

Participant's Address: _Ext. LA Milagrosa, Calle 2 Blog. D-1 Bay. P.R. 00959_

Participant's Email Address: _lalily_00959@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 98214_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Lillian Rodriguez Pratts_
   Signature

_LILLIAN RODRIGUEZ PRATTS_
Print Name

_____
Title (if Participant is not an individual)

_July 30 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lilian Rodriguez
Ext. LA MILAGROSA
Calle 2 Blog. D-1
Bayamón, P.R. 00959

SAN JUAN PR   009
3 AUG 2021   PM 1   L

RECEIVED & FILED
2021 AUG -4 PM 1: 30
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
SAN JUAN, P.R.

00918-170525

To: Court's Office
United States District Court Clerk's office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Irizarry Valentín_

Participant's Address: _Jardines de Dorado, B-1 Calle Jazmines, Dorado, PR 00646_

Participant's Email Address: _carivival @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162412_

Nature of Claim: _Department of Education - Public Employee_

By: _Carmen Irizarry Valentín_
Signature

_Carmen Irizarry Valentín_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms Carmen Irizarry
Jard De Dorado
B1 Calle Jazmines
Dorado, PR 00646-5103

RECEIVED & FILED

2021 AUG -4 PM 4:30

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

3 AUG 2021   PM 1   L

United States District Court
Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rodriguez Pratts Lillian_

Participant's Address: _Ext. La Milagrosa, Calle 2 Blog. D-1 BAY. P.R. 00959_

Participant's Email Address: _lalily_00959@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 98214_

Nature of Claim: _Public Employee y Pension Retiree Claims_

By: _Lillian Rodriguez Pratts_
    Signature

_Lillian Rodriguez Pratts_
Print Name

_____
Title (if Participant is not an individual)

_29 JULY 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR   009

3 AUG 2021   PM 1 L

To: Court's Clerk's Office

United States District Court,

Clerk's Office

150 Ave. Carlos Chardon STE.

San Juan, P.R. 00918-1767

00918-170625

LILLIAN RODRIGUEZ
Ext. LA MILAGROSA
CALLE 2 Blog. D-1
Bayamon, P.R. 00959

RECEIVED & FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2021 AUG -4 PM 4:31

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilma Sálamo Jiménez_

Participant's Address: _Urb. La Hacienda #13 Santa Isabel, PR 00757_

Participant's Email Address: _nilmasalamo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Nilma Sálamo Jiménez_
Signature

_Nilma Sálamo Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_30 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nino Selina
13 Urb. Roberto Haciendo
Santa Barbara, P.R. 00757

RECEIVED & FILED
U.S. DISTRICT COURT'S
CLERKS OFFICE
SAN JUAN P.R.
2021 AUG 4 - PM 4:13

00918-170625

SAN JUAN PR  00[
3 AUG 2021  PM 1

U.S District Court, Clerks
Office
150 Ave. Carlos Chardón Ste.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____Mayra  Rivera  Medina_____

Participant's Address: _____Urb. Ville Fontane  2RL 178 Via 7  Carolina PR00983_____

Participant's Email Address: _mayrarivera 72. mrm @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____30251_____

Nature of Claim: _____Pension / retiree  claim_____

By: _____Mayra Rivera Medina_____
Signature

_____Mayra Rivera Medina_____
Print Name

_____
Title (if Participant is not an individual)

_____August 3, 2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayra Rivera Medina
Urb. Villa Fontana
2RL 178 via 7
Carolina PR 00983

RECEIVED & FILED
2021 NOV -4 PM 4:31
U.S. DISTRICT COURT
CLERK'S OFFICE

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlo Chardon Ste. 150
San Juan, PR 00918-1767

FIRST-CLASS USA
HEALING PTSD

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jeanette Gonzalez Santana_

Participant's Address: _Hc 03 BOX 15066 Lajas, P.R. 00667_

Participant's Email Address: _madenadomingo@yahoo.com_

Name of Counsel: _Commonwealth of Puerto Rico_

Address of Counsel: _Departamento Educación_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129293_

Nature of Claim: _____

By: _Jeanette Gonzalez Santana_
Signature

_Jeanette Gonzalez Santana_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeanette González Santana
HC 03 Box 15066
Lajas, P.R 00667

00918-170625

RECEIVED & FILED
2021 AUG -4 PM 4: 31
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United States District Court
Clerks Office 150 Ave Carlos Chardon, Ste 150
San Juan, P.R 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *GERTRUDIS CRISTINA HERNÁNDEZ MICHELS*

Participant's Address:   *P.O. BOX 716, MAYAGÜEZ, P.R. 00681-0716*

Participant's Email Address: _____

Name of Counsel:   *DEPARMENT OF PUBLIC HEALTH OF Puerto Rico*

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *110712*

Nature of Claim:   *Employee CLAIM*

By:   *Gertrudis C. Hernández Michels*
Signature

*GERTRUDIS CRISTINA HERNÁNDEZ MICHELS*
Print Name

_____
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rem.: Gertrudis C. Hernández Michels
P.O. Box 716
Mayagüez, P.R. 00681-0716

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 4:31

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Suite #150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra G Rivera Berly_

Participant's Address: _PO Box 1848, Coamo, PR 00769_

Participant's Email Address: _Sandra rivera-berly@gmail.com_

Name of Counsel: _No counsel_

Address of Counsel: _No counsel_

Email Address of Counsel: _No counsel_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _60077_

Nature of Claim: _Public employee claim_

By: _Sandra R. Berly_
Signature

_Sandra Rivera Berly_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sandra Rivera Berly
PO Box 1848
Coamo, PR 00769

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4 PM 4:31
U.S. DISTRICT COURT
CLERK'S OFFICE
San Juan

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918—1767

00918-176825

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        *Nellie del R. Lago Roig*

Participant's Address:     *P.O. Box 274, Salinas, P.R. 00751*

Participant's Email Address:  *nlagoroig@yahoo.com*

Name of Counsel:          *Estado Libre Asociado de Puerto Rico*

Address of Counsel:       *Puerto Rico*

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:             *169676*

Nature of Claim:          *Empleado Públicos y Pensión / Jubilación*

By:    *Nellie del R. Lago Roig*
       Signature

       *Nellie del R. Lago Roig*
       Print Name

       _____
       Title (if Participant is not an individual)

       *August 3, 2021*
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. N. Lago
P.O. Box 274
Salinas, P.R.
00751

RECEIVED & FILED
2021 AUG -4 PM 4:31
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
3 AUG 2021. PM 1 L

00918-170625

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nellie Lago Roig*

Participant's Address: *P.O. Box 274*

Participant's Email Address: *nlagoroig@yahoo.com*

Name of Counsel: *Estado Libre Asociado de Puerto Rico*

Address of Counsel: *Puerto Rico*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Empleado Público y Pensión / Jubilación*

By: *Nellie Lago Roig*
Signature

*Nellie Lago Roig*
Print Name

_____
Title (if Participant is not an individual)

*August 3, 2021*
Date

RECEIVED & FILED
2021 AUG -4 PM 4:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. N. Lago
P. O. Box 274
Salinas, P.R.
00751

00918-170625

RECEIVED & FILED
2021 AUG -4 PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
3 AUG 2021 PM 1 L



United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Maldonado Rivera_

Participant's Address: _Urb. Magnolia Gardens O19 calle 18 Bay. P.R 00954_

Participant's Email Address: _mariagodiva 1001 @ Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Retirement System of Commonwealth of Puerto Rico_
_138860_

Nature of Claim: _____

By: _[signature]_
Signature

_Maria del Carmen Maldonado Rivera_
Print Name

_____
Title (if Participant is not an individual)

_august 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria DE Carmen Maldona de
Cruz, Magnolia Garden's
Dia- Call # 18
Bayamon, Puerto Rico 00954

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00 918 - 1767

$3.60

AUG 2 2021
USA FOREVER

RECEIVED & FILED
2021 AUG -4 PM 4: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Awilda Rivera Rivera_ 00795

Participant's Address: _HC-03-Box 15237 Juana Diaz P.Rtt_

Participant's Email Address: _awildarivera44@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Retire - Department of education_

By: _Awilda Rivera Rivera_
Signature

_Awilda Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Awilda Rivera Rivera
#e 03-Box 15237
Juana Diaz P.R.00795-9559

RECEIVED & FILED
2021 AUG -4  PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
3 AUG 2021  PM 1 L
USA ★ FOREVER ★

To. United States District court
Clerk's
office 150 Ave. Carlos
Chardon
ste. 150, San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zulma V. García Alonso_

Participant's Address: _P.O. Box. 5058 Vega Alta P.R. 00692_

Participant's Email Address: _zulmagarcia 123@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70848_

Nature of Claim: _Empleado Públicos Pension jubilación_

By: _Zulma V. García Alonso_
Signature

_Zulma V. García Alonso_
Print Name

_____
Title (if Participant is not an individual)

_31 Agt 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ZULMA GARCIA ALONSO
P.O. BOX 5058
VEGA ALTA PR 00692

RECEIVED &
2021 AUG -4  PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

SAN JUAN PR  009
3 AUG 2021  PM 1  L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR  00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Miguel A. Quijones Maldonado

Participant's Address:  Bo. Maricao Apt. 5137 Ramal 667 Vega Alta P.R. 00692

Participant's Email Address:  Karlanbaezo454@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  62500

Nature of Claim:  Empleado Público, Pensión de Jubilados

By: _____
   Signature

Miguel A. Quijones Maldonado
Print Name

_____
Title (if Participant is not an individual)

Agosto 03/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGUEL QUIÑONES MALDONADO
BO. MARICAO APT. 5137
VEGA ALTA, PR 04692

RECEIVED & FILED

2021 AUG -4 PM 4: 34

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009

3 AUG 2021   PM 1 L

00918-176625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R.   00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cabrera Avilés_

Participant's Address: _Urb. Lago Horizonte 2526 Calle Rubi_
_Coto Laurel P.R. 00780_

Participant's Email Address: _mila.cabrera.46 @ gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103341_

Nature of Claim: _I'm claming the salary that I was supposed to receive during my time working . and be able to get the corresponding amound for my pension._

By: _Milagros Cabrera Avilés_
Signature

_Milagros Cabrera Avilés_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Cabrera Avilés
2526 Calle Rubí
Urb Lago Horizonte
Coto Laurel, P.R. 00780

RECEIVED & FILED
2021 AUG -4 PM 6: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR   009
3 AUG 2021   PM 1   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria de los A. Torres González

Participant's Address: P.O. Box 127 Jayuya Puerto Rico 00664

Participant's Email Address: angietorresdirect@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 144451

Nature of Claim: Payment of liquidation of 90 days due to illness.

By: Maria de los A. Torres González
Signature

Maria de los A. Torres González
Print Name

_____
Title (if Participant is not an individual)

8|2|2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los A. Torres González
P.O. Box 127
Jayuya, Puerto Rico

RECEIVED & OLQ QL04
2021 AUG -4 PM 4: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
3 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico
00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirta S. Pagán Méndez_

Participant's Address: _P.O. Box 1634 Juana Díaz, P.R. 00795_

Participant's Email Address: _cheschia_17@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96269_

Nature of Claim: _Pension Retire_

By: _Mirta S. Pagán Méndez_
Signature

_Mirta S. Pagán Méndez_
Print Name

_____
Title (if Participant is not an individual)

_3- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mirta S. Pagán Méndez
P.O. Box 1634
Juana Díaz, P.R. 00795

RECEIVED & FILED
2021 AUG -4 PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009
3 AUG 2021  PM 1 L

United States District
Court Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Jonathan Perez Aponte

Participant's Address:   Urb. Jardines del Caribe 219 Calle 12

Participant's Email Address:   John perez aponte 62

Name of Counsel:   THE Commonwealth of Puerto Rico THE Employees Reterement System
Address of Counsel:   of THE Government of Commonwealth of Puerto Rico

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   123549

Nature of Claim:   THE Retirement System of the Government of the Commonwealth of P.R.

By:   _Jonathan Perez aponte_
     Signature

     Jonathan Perez Aponte
     Print Name

     _____
     Title (if Participant is not an individual)

     _____
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jonathan Pérez Aponte
219 calle 12 Jardines del Caribe
Ponce, P.R. 00728

00918-170625

SAN JUAN PR   009

3 AUG 2021   PM 1 L

To: United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

RECEIVED & FILED
2021 AUG -4  PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Aguila Santana_

Participant's Address: _Urb La Esperanza calle 7 J-7 Vega Alta P.R. 00692_

Participant's Email Address: _wandaaguila@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103709_

Nature of Claim: _Empleados Públicos y Pensión / Jubilación_

By: _Wanda Aguila Santana_
Signature

_Wanda Aguila Santana_
Print Name

_____
Title (if Participant is not an individual)

_3 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

WANDA AGUILA SANTANA
URB. LA ESPERANZA
CALLE 7 J-7
VEGA ALTA, P.R. 00692

RECEIVED & FILED
2021 AUG -4 PM 4: 35
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR

3 AUG 2021   PM

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:           *Luz Haydee' Rios Sierra*

Participant's Address:        *P. O. Box 3152, Vega Alta P.R. 00692*

Participant's Email Address:  *lucyrios514@gmail.com*

Name of Counsel:              *N/A*

Address of Counsel:           *N/A*

Email Address of Counsel:     *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:                 *79947*

Nature of Claim:              *Department of Education - Public Employee*

By: *Luz Haydee' Rios Siena*
    Signature

    *Luz Haydee' Rios Sierra*
    Print Name

    _____
    Title (if Participant is not an individual)

    *Aug 3 /2021*
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Haydeé Ríos Sierra
P.O. Box 3152
Vega Alta, P.R. 00692

RECEIVED & FILED
2021 AUG -4 PM 4: 35
CLERK'S OFFICE

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Cabrera Roche_

Participant's Address: _Urb. Hnos. Stgos C-3 #35 J.Diaz, P.R_
_00795_

Participant's Email Address: _carmenmercedes9870@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92094_

Nature of Claim: _Junta de Supervición y Administración Financiera para P.R-_

By: _Carmen Cabrera Roche_
Signature

_Carmen M. Cabrera Roche_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Cabrera Roche
Urb. Altos Stos C-3 #35
Idano Diaz, P.R 00795

00918-1706.25

RECEIVED & FILED

2021 AUG -4 PM 6: 35

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009

3 AUG 2021 PM 1 L

United States District Court — Clerks
Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Olga Alvarado Figueroa*

Participant's Address: *P.O. Box 725, Peñuelas, P.R. 00624*

Participant's Email Address: *alvaradoolga65@yahoo.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Title III Promesa*

By: *Olga Alvarado Figueroa*
Signature

*Olga Alvarado Figueroa*
Print Name

_____
Title (if Participant is not an individual)

*August 2 - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Olga Alvarado Figueroa
P.O. Box 735
Añuelis, P.R. 00694

RECEIVED & FILED
2021 AUG -4 PM 4: 34

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-176525

Attorney Notice to the Court's Clerk's Office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 13773 _____

Nature of Claim: _____ Sobre sistema de retiro _____

By: _____ Vivian Napoleón Post _____
Signature

_____ Vivian Napoleón Rosado _____
Print Name

_____
Title (if Participant is not an individual)

_____ 3 de agosto de 2021 _____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)



Eliezer Napoleón Rosado
1546 Ave. Luis Vigoreaux
Apt. 903
Guaynabo PR 00966

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
00936
SAN JUAN, PR
AUG 03, 21
AMOUNT
$6.45
R2304M110206-03

RETURN RECEIPT
REQUESTED

00918-170449

United States District Court
Clerk Office
150 Ave. Carlos Chardón St. 150
San Juan PR 00918-1767

CERTIFIED MAIL

1570 0002 2220 7436

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana G. Robles Morales_

Participant's Address: _Estancias de Juncas 127 Camino de la Colina Juncas. PR 00777_

Participant's Email Address: _a01941@hotmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151333_

Nature of Claim: _151333_

By: _Ana G. Robles Morales_
Signature

_Ana G. Robles Morales_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana G. Robles Morales
Estancias de Juncos
127 Camino de la Colina
Juncos, PR. 00777

RECEIVED & FILED
2021 AUG -4  PM 4:34
CLERK'S OFFICE
U.S. DISTRICT COURT

SAN JUAN PR  009
3 AUG 2021  PM 1  L

00918-170625

Discovery Notice to the Court's Clerk office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joseline Cartagena Figuena_

Participant's Address: _P. O. Box 1296 Santa Isabel P.R. 00757_

Participant's Email Address: _celijos1422 @ yahoo.com_

Name of Counsel: _No tengo N/A._

Address of Counsel: _N/A_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159792 – Reclamación de salario re tractivo segun la ley # 28 del 20 julio del 2005._

Nature of Claim: _159792_

By: _Joseline Cartagena Figuena_
Signature

_Joseline Cartagena Figuena_
Print Name

_____
Title (if Participant is not an individual)

_31-julio-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jaceline Cartagno Djun
apartado 12 86
Santa Isabel P.R. 00757

00918-170625

RECEIVED & FILED
2021 AUG -4 PM 4: 34

SAN JUAN PR   009

3 AUG 2021   PM 1   L

To. United States District Court
Clerks Office,
150 Ave. Carlos Chardon Ste,
150 San Juan, P.R. 00918—
1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elena Perez Maestre_

Participant's Address: _HC S Box 17632, San Sebastian, PR 00685_

Participant's Email Address: _contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170 059_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Elena Perez Maestre_
Signature

_Elena Perez Maestre_
Print Name

_Participant_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ELENE PEREZ MAESTRE
HC 5 BOX 17632
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

7020 1290 0000 0879 2168

00918-1706#25

DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

SAN JUAN PR  009

2 AUG 2021  PM 2  L



RECEIVED & FILED
2021 AUG -4  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mary A. Malavé Lopez_

Participant's Address: _PO Box 338, Camuy, PR. 00627_

Participant's Email Address: _pisciana24m@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105087_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Mary A. Malavé Lopez_
Signature

_Mary A. Malavé Lopez_
Print Name

_____
Title (if Participant is not an individual)

_07/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mary N Valarie Lopez
P.O. Box 338
Camuy, PR. 00627

7019 0700 0002 1469 0486

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-1706625

To United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
AUG 02, 21
AMOUNT
$3.80
R2304H109298-04
00918
1000

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mary A. Malavé López*

Participant's Address: *PO. Box 338, Camuy, PR. 00627*

Participant's Email Address: *pisciana24m@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *141508*

Nature of Claim: *Public Employee Claims*

By: *Mary A. Malavé López*
Signature

*Mary A. Malavé López*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mary A. Malave Lopez
PO. Box 338
Camuy, P.R. 00627

CERTIFIED MAIL

7019 0700 0002 1469 0486

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD IN DOTTED LINE

U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
AUG 02, 21
AMOUNT
$3.80
R2304H109298-04

00918

1000

To United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mary A. Malavé Lopez*

Participant's Address: *PO. Box 338, Camuy PR. 00627*

Participant's Email Address: *pisciana 34m @ gmail . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *117088*

Nature of Claim: *Public Employee Claims*

By: *Mary A. Malavé Lopez*
Signature

*Mary A. Malavé Lopez*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

7019 0700 0002 1469 0486

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Mary A Malave Lopez
PO Box 338
Camuy, PR. 00627

00918-1706625

RECEIVED & FILED
US DISTRICT COURT
2021 AUG -4 PM 2:41

U.S. POSTAGE PAID
CAMUY, PR
00627
AUG 02, 21
AMOUNT
$3.80
R2304H109298-04

1000

00918

To United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name:   JOSÉ MANUEL RIVERA NÚÑEZ

Participant's Address:   P.O. BOX 167 CIDRA P.R. 00739

Participant's Email Address:   jo.manuelrivera@gmail.com

Name of Counsel:   NOT REPRESENTED BY COUNSEL

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   77221

Nature of Claim:   PENSION / RETIREE

By: _____
    Signature

JOSÉ MANUEL RIVERA NÚÑEZ
Print Name

_____
Title (if Participant is not an individual)

July 30, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Manuel Rivera
P.O.Box 167 Cidra PR.
00739

RECEIVED & FILED
2021 AUG -4 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706825

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR
30 JUL 2021   PM

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Pérez Maestre_

Participant's Address: _HC6 BOX 17635, San Sebt PR 00685_

Participant's Email Address: _contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170008_

Nature of Claim: _Depts Claimed Dept or Agriculture_

By: _Virginia Pérez Maestre_
Signature

_Virginia Pérez Maestre_
Print Name

_Participant_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



VIRGINIA PEREZ MAESTRE
HC 5 BOX 17632
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

7020 1290 0000 0879 2151

00918-170625

DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

SAN JUAN PR  009
2 AUG 2021  PM 2  L

FOREVER

RECEIVED & FILED
2021 AUG -4  PM 4: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.