UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

*(4 of 4)*

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 4, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

1. Enelia Russe Cordero
2. Mildred Rivera Jusino
3. Rigoberto Torres Velez
4. Sol A. Irizarry Maldonado
5. Carlos Riuz Rosa
6. Hector Santiago Rios
7. Yolanda Ocasio Cuevas
8. Myrna Roldan Almeda
9. Wilson Rivera
10. Nilma Salamo Jimenez
11. Felix Davila Perez
12. Juan Jose Rivera Gonzalez
13. Maria D. Vazquez Massa
14. Edith R. Soto Serrano (2 notices)
15. Vanessa Cortes Aldahondo
16. Josefina Morales Torres
17. Gloria I. Cortes Aldahondo
18. Wanda O'Neill Gonzalez
19. Eneida Lopez Cruz
20. Olga Hernandez Cruz
21. Pablo Ruiz Soto
22. Aida Luz Cintron Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 5, 2021

23. Arnaldo Torres Escobar

24. Sandra Lugo Gonzalez

25. Dolores M. Gutierrez Soler (2 notices)

26. Carmen Rita Perez Guzman

27. Fernando Santos Martinez

28. Jose Juan Rodriguez Hernandez

29. Alma I. Gonzalez Rodriguez

30. Nelson Rivera Padilla

31. Lydia Rivera Rivera (3 notices)

32. Cesar Pantoja Benitez

33. Jesus Rivera Rivera

34. Rosa I. Santos Bula

35. Elsa Sanabria Melendez

36. Maria del S. Aponte Martinez (2 notices)

37. Jose A. Colon Rivera

38. Olga Santiago

39. Maria M. Cabrera Avlies

40. Milagros Cabrera Avlies

41. Joaquin Sanchez Salgado

42. Carlos Velazquez Rodriguez

43. Ricardo Rivera Rosa

Dated: August 5, 2021