Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Enelia Russe Corden*

Participant's Address: *HC02 Box 6617 Morovis, P.R. 00687*

Participant's Email Address: *nelinrusse @ gmail. com*

Name of Counsel: *no*

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK 3283 — LTS*

Nature of Claim: *UBS bonds*

By: *(signature)*
Signature

*Enelia Russe*
Print Name

Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:

Evelia Russe Cordero
HC02 Box 6617
Morovis, P.R. 00687

To: United States District Court
Clerk's Office
150 Ave. Chardón 6 Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
2 AUG 2021 PM 2 L

00918-170625

AUGUST WILSON FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MILDRED  RIVERA  JUSINO_

Participant's Address: _URB. LAS VEGAS, D-31 AVE. FLOR DEL VALLE_
_CATAÑO, PR 00962-6505_

Participant's Email Address: _ARCOIRIS 24 @ YAHOO - COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155678_

Nature of Claim: _EMPLOYEES  RETIREMENT  SYSTEM_

By: _(signature)_
Signature

_MILDRED RIVERA JUSINO_
Print Name

_____
Title (if Participant is not an individual)

_1-AUGUST- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MILDRED RIVERA
URB. LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR 00962-6505

RECEIVED & FILED

2021 AUG -4 PM 4: 09

CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, P.R.

SAN JUAN PR   009

2 AUG 2021   PM 2   L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE - CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rigoberto Torres Velez*

Participant's Address: *P.O. Box 1173 - Adjuntas P.R. 00601*

Participant's Email Address: *1adjuntas@aol.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *PROMESA  Title III*

By: *[signature]*
    Signature

*RIGOBERTO TORRES VELEZ*
Print Name

_____
Title (if Participant is not an individual)

*01 - AGOSTO - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

2 AUG 2021 PM 2 L

FOREVER / USA

Rigoberto Torres Vélez
P.O. Box 1173
Adjuntas, P.R. 00601

Court's clerk's office
United States District court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

RECEIVED & FILED
2021 AUG -4 PM 4:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sol A. Inzarry Maldonado

Participant's Address: Calle Verbena # 421 Urb. Ciudad Jardin III Toa Alta P.R 00953

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 93354

Nature of Claim: Public Employee Pension Retiree Claims

By: _Sol A. Inzarry Maldonado_
   Signature

   Sol A. Inzarry Maldonado
   Print Name

   _____
   Title (if Participant is not an individual)

   2 de agosto 2021
   Date

RECEIVED & FILED
2021 AUG -4 PM 4:09

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sol A. Irizarry Matos
Calle Verbena #421
Urb. Ciudad Jardin III
Toa Alta P.R. 00953

SAN JUAN PR 009

2 AUG 2021 PM 2 L

FOREVER / USA

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG -4 PM 4: 09

RECEIVED & FILED

To: United States District Court,
Clerk's office
150 Ave. Carlos Chardon ste 150
San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Ruiz Rosa_

Participant's Address: _Urb. Pepino-C-10- calle-3. San Sib. P.R._
_00685_

Participant's Email Address: _Cavruiz18 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 9283 - LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
 Signature

_Carlos Ruiz Rosa_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA

SAN JUAN PR   009

2 AUG 2021   PM 2   L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED
2021 AUG -4  PM 4:09
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

CARLOS RUIZ
Urb. Pepino Calle C#10
San Sebastian P.R. 00685

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector Santiago Rios_

Participant's Address: _HC 06 Box 12804, San Sebt PR 00685_

Participant's Email Address: _hectoRsattiago364@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171048_

Nature of Claim: _Debt Claim Depeobment of Agriculture_

By: _____
 Signature

 _Hector Santiago_
 Print Name

 _Participant_
 Title (if Participant is not an individual)

 _7/31/21_
 Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HECTOR SANTIAGO RIOS
HC 06 BOX 120804
SAN SEBASTIAN, PR 00685

SAN JUAN PR  009

2 AUG 2021  PM 2  L

RECEIVED & FILED

2021 AUG -4 PM 4: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-1706E5

DISCOVERY NOTICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jolanda Ocasio Cuevas_

Participant's Address: _Urb. Villas San Cristobal II 337 Calle Neen P.R. 00771 Las Piedras_

Participant's Email Address: _ocasiocuevas yolanda@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11407_

Nature of Claim: _Empleado público_

By: _Yolanda Ocasio Cuevas_
   Signature

_Yolanda Ocasio Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lando Osorio Cuerya
W. Villa Son Cristobal II
367 calle Neem
Piedras, P.R. 00771

RECEIVED & FILED
2021 AUG -4  PM 4:10

United States District Court
Clerk's office, 150 ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2 AUG 20

SAN JUAN PR

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MYRNA Roldan ALMeda

Participant's Address: ANguerses Street # 175G Urb.Venos GARdeNS SAN JUAN P.R·0 0926

Participant's Email Address: mymaroldar@icloud.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No· 17 BK 3283-LTS

Nature of Claim: PROMESA Ley 89-1995 El Romerazo

By: Myrna Roldar almeda
Signature

MYRNARoldan ALMeda
Print Name

_____
Title (if Participant is not an individual)

1 | 8 | 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myheva Roldaw Alprede
Calle Anguelses # 1756
Urb. Vewis Gedeus
San Juan PR 00926

RECEIVED & FILED

2021 AUG -4 PM 4:08

CLERK'S OFFICE
DISTRICT COURT

00918-170825

UNITED STATES
DISTRICT COURT
CLERK'S OFFICE
150 Ave. CARLOS CHARDON
STE. 150
SAN JUAN P.R. 00918-1767

SAN JUAN PR 009
2 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilson Rivera_

Participant's Address: _Calle Aloa, 1471, Urb. Mercedita, Ponce, P.R. 00717_

⋏ Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim _compra de $150.000 en bonos del Sistema de P.R_

By: _Wilson Rivera (Wilson Rivera)_
Signature

_Wilson Rivera_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dr Wilson Rivera
471 calle Alba
Urb. Heredita
Ponce, PR 00717

RECEIVED & FILED

2021 AUG -4 PM 4:08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

SAN JUAN PR 009

3 AUG 2021  PM 1  L

United States District court
Clerk's office
150 Ave. Carlos chardon Ste. 150
San Juan, PR.   00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilma Salamá Jiménez_

Participant's Address: _13 Urb. Reparto La Hacienda Santa Isabel P.R_

Participant's Email Address: _nilmasalamo @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71553_

Nature of Claim: _Promesa titulo III_

By: _Nilma Salamo Jiménez_
Signature

_Nilma Salamo Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilmar Salsar Jones
Urb. La Hacienda
Santa Isabel, P.R. 00757

RECEIVED
2021 AUG -4 PM 4:07

00918-170625

United States District Court Clerk Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR
3 AUG 2021

FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Félix Dávila Pérez*

Participant's Address: *Jardines de Vega Baja Calle Paraiso 206 Vega Baja P.R. 00693*

Participant's Email Address: *vinales1951@gemail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *118506-152198*

Nature of Claim: *17 BK 3283 - LTS*

By: *Félix Dávila Pérez*
Signature

*Félix Dávila Pérez*
Print Name

_____
Title (if Participant is not an individual)

*lunes 2 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

3 AUG 2021 PM 1

FOREVER USA

love

Félix Dávila Pérez
Jardines de Vega Baja
Calle Paraiso 206
Vega Baja P.R. 00693

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan José Rivera González_

Participant's Address: _P.O. Box 84 Peñuelas Valley #21 Calle 2_
_Peñuelas P.R. 00624-0084_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90802 and 93585_

Nature of Claim: _Empleado Público y Pensión / Jubilación_

By: _Juan José Rivera González_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Estoy reclamando como empleado público
y Jubilado.

Promesa:     Claim Number: 93585

1980 — 2019

$100.00 × 12 = $1,200.00

120 × 39 años = $46,800.00

Pasos:     Claim Number: 90802

$25.00 × 12 = $300.00

$300 × 39 años = $11,700

Juan José Rivas González
P.O. Box 84
Peñuelas, P.R. 00624-0084

SAN JUAN PR 009

2 AUG 2021 PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 08

United States District Court
Clerk's Office
Ave. Carlos Chardón ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María D. Vázquez Massa

Participant's Address: Urb. Jardines del Caribe 3 #104 Ponce, P.R. 00728

Participant's Email Address: mvm321pr@gmail.com

Name of Counsel: THE Commonwealth of Puerto Rico, THE Employess Retirement System of THE Government of the Commonweath of Puerto Rico

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 51635

Nature of Claim: THE Employess Retirement System of THE Government of the Commonweath of Puerto Rico

By: _María D. Vázquez Massa_
Signature

Print Name: MARIA D. Vázquez Massa

_____
Title (if Participant is not an individual)

Date: 31 July 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: MARIA VASQUEZ MASSA
URB. Jardines del Caribe 3 #104
PONCE, P.R. 00728

To: United States District Court Clerk's Office
150 AVE. Carlos CHARDON STE. 150
San Juan, P.R. 00918 - 1767

RECEIVED & FILED

2021 AUG -4 PM 4:07

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

3 AUG 2021 · PM 1 · L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EDith R SotoSerRAND_

Participant's Address: _URb. Colinas VeRdes R-12 colle 1
Son Sebostion PR 00685_

Participant's Email Address: _editha soto @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117923_

Nature of Claim: _Debt's Claimed Deport ment of Education_

By: _Edith R. Soto Serrano_
Signature

_EDith R Soto_
Print Name

_Se/F_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edith R. Soto Serrano

Participant's Address: URB Colinas Verdes R-12 Calle I San Sebastian PR. 00685

Participant's Email Address: edithrsoto@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 110785

Nature of Claim: Debts Claimed Department of Education

By: _Edith R. Soto-Serrano_
    Signature

_Edith R Soto_
Print Name

_Sife_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDITH R SOTO SERRANO
URB. COLINAS VERDES
R-12-CALLE 1
SAN SEBSASTIAN PR 00685

RECEIVED & FILED
2021 AUG -4 PM 4:07
CLERK'S OFFICE
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _VANESSA Cortes Aldahovdo_

Participant's Address: _P.O. Box 5216_

Participant's Email Address: _anubis.Cortes@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19023_

Nature of Claim: _Debts Claimed Department of CRIM_

By: _Varsa Co acurda_
Signature

_VANESSO Cortes_
Print Name

_Self_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

DISCOVERY NOTICE TO THE COURT'S CLERK'S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 4: 07

3 AUG 2021 PM 1 L

SAN JUAN PR 009

FOREVER/USA

VANESSA CORTES ALDAHONDO
PO BOX 5216
SAN SEBASTIAN

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Josefina Morales Torres

Participant's Address: Parcelas El Cotto, 15 Calle 10, Dorado, PR 00646

Participant's Email Address: josefina.morales.torres53@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 131635 — 155141

Nature of Claim: Ley 89 de 1984 (Romerazo)    Ley 96 de 2000 (Sila Calderón)

By: _Josefina Morales Torres_
    Signature

Josefina Morales Torres
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Model. C-1515 (IRM
14-mayo-/1
Manual de Contabilidad

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### JUNTA DE RETIRO PARA MAESTROS
### INFORME RENTA ANUAL VITALICIA 9%=$220.45

| JOSEFINA MORALES TORRES | Núm. Reclamación 43111 | Sexo F |
|---|---|---|

**Tipo de Renta:**

a- Años de Servicio y edad
    Opcional (X)
    Obligatorio ( )
b. Edad ( )

c- Incapacidad
    Ocupacional ( )
    No Ocupacional ( )
d- Diferida ( )

**Fecha de Nacimiento**

| 1953 | 4 | 15 |
|---|---|---|
| Año | Mes | Día |

**Edad al Retirarse**

| 54 | 3 | 13 |
|---|---|---|
| Años | Meses | Días |

**Servicios Acreditados**

| 32 | 4 | - | 1½ |
|---|---|---|---|
| Años | Meses | Sem. | Días |

**Costo Anualidad** $52,098.22

**Fecha de Retiro**

| 2007 | 7 | 27 |
|---|---|---|
| Año | Mes | Día |

**Fecha de Efectividad**

| 2007 | 7 | 28 |
|---|---|---|
| Año | Mes | Día |

Retiro Ley Núm. 91 DEL 2004

**Cómputo de la Renta Anual:**

a- Sueldo promedio mensual más alto durante TRES años consecutivos a $2,449.44     $1,837.08

.75 x 30 años
(Por ciento)      (Tiempo Acreditado)

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

Años de Servicio    Edad    Incapacidad Física
$ _____   $ _____   $ _____   $ _____
Diferencia Mínimo o Renta Sistema de Retiro

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS
1 4 AGO 2007
DIRADELINE MARRERO FIGUEROA

| Renta Mensual Vitalicia | $1,837.08 |
|---|---|
| Renta Anual Vitalicia | $22,044.96 |

| Computado | | Cotejado | |
|---|---|---|---|
| Annie Rivera | Fecha 3/8/07 | Ivonne L Ortiz Valladares | Fecha 8/8/07 |

| Recomendado: | | Aprobado: | |
|---|---|---|---|
| José A. Massas Rosario | Fecha 10/VIII/07 | 15 ago 07 Fecha | Wanda G. Santiago López |
| Director Area Servicios de Retiro o su Representante | | | Director Ejecutivo o su Representante |

Fecha: 8/7/2007

jbm

SAN JUAN PR 009

3 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 1:07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Josefina Morales Torres
Parcelas El Coto
15 Calle 10
Dorado P.R. 00646

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: GloRiA I Coxtés Aldahondo

Participant's Address: Po. Box 5216

Participant's Email Address: anubis.coRtes@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 25875

Nature of Claim: DebTs Claimed Department of Education

By: _____
Signature

GloRia A. Coxtés
Print Name

Se1F
Title (if Participant is not an individual)

7/31/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



GLORIA CORTES ALDAHONDO
PO BOX 5216
SAN SEBSASTIAN

RECEIVED & FILED
2021 AUG -4 PM 4:07

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-170625

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLERS'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda O'Neill González_

Participant's Address: _HC-04 Box 5367, Guaynabo P.R 00971_

Participant's Email Address: _wanda_oneill1960@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128836_

Nature of Claim: _Creditor_

By: _[signature]_
Signature

_Wanda O'Neill González_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

30 JUL 2021  PM 2  L

RECEIVED & FILED

2021 AUG -4 PM 4: 37

Discovery Notices to the Courts Clerk
office at United States District Court, Clerk
Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-176825

Wanda O'Neill
14-04 Box 5367
Guaynabo, P.R.
00971

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneida Lopez Cruz_

Participant's Address: _HC11 Box 12161, Humacao, PR, 00791_

Participant's Email Address: _eneidalopez699@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173361_

Nature of Claim: _Employment Retirement System of the Gov. of Common wealth of P.R._

By: _Eneida Lopez_
Signature

_Eneida López Cruz_
Print Name

_____
Title (if Participant is not an individual)

_7/30/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nerida Lopez Cruz
HC11
Box 12161
imacao, P.R. 00791

RECEIVED & FILED
2021 AUG -4  PM 4: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706=25

SAN JUAN PR 009
30 JUL 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Olga Hernandez Cruz_

Participant's Address: _Vista Azul #M34 calle 17A Arecibo PR 00612_

Participant's Email Address: _olgadhernandez@gmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _please provide_

Nature of Claim: _pension_

By: _Olga Hernandez Cruz_
   Signature

_Olga Hernandez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_7/30/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

31 JUL 2021 PM 1 L

Olga Hernandez Cruz
Vista Azul
#M34 calle 17A
Arecibo PR 00612

RECEIVED & FILED

2021 AUG -4 PM 1: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

US District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Ruiz Soto_

Participant's Address: _P.O Box 14 Añasco, P.R. 00610_

Participant's Email Address: _litto084@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _76180_

Nature of Claim: _Deductions for the employee Retirement Systems of the Government of the Commonwealth of Puerto Rico_

By: _Pablo Ruiz Soto_
Signature

_Pablo Ruiz Soto_
Print Name

_____
Title (if Participant is not an individual)

_30 de Julio de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Ruiz Soto
Box 16
Añasco PR. 00610

00918-170625

SAN JUAN PR   009

30 JUL 2021   PM 2   L

RECEIVED & FILED

2021 AUG -4  PM 4: 38

Discovery Notice To The Court Clerks'
Office AT: United States District Court Clerk
office: 150 Ave. Carlos Chardon STe. 150
San Juan P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arnaldo Torres Escobar_

Participant's Address: _Urb Fairview 1919 Fco Zuñiga SJ.P.R. 00926_

Participant's Email Address: _Arnievaquero @ guail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283- LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Arnaldo Torres Escobar_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos J. Colones Escobar
B Fairview 1919 Fe 2W7 pp
San Juan PR 00926

United States District Court Clerks
office
150 Ave Carlos Chardon Ste. 150
San Juan PR. 00918-1767

SAN JUAN PR   009

30 JUL 2021   PM 2   L

RECEIVED & FILED
2021 AUG -4 PM 4:38

USA ★ FOREVER

00918-170825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra Lugo González_

Participant's Address: _Urb. Fairview 1919 c/ FCO. Zuñiga S.S.PR 00926_

Participant's Email Address: _Sandyslugo @gmail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Sandra Lugo González_
Signature

_Sandra Lugo González_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arted Luys Gonzales
B Fairview 1915 Fed Zurija
San Juan PR. 00926

United States District Court Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR. 00918-1767

RECEIVED & FILED
2021 AUG -4 PM 4:36

SAN JUAN PR   009
30 JUL 2021   PM 2   L

00918-170825

USA ★ FOREVER ★

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                     Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dolores M Gutierrez Soler_

Participant's Address: _Calle Rio 62 Urb Portal del Sol San Lorenzo PR 00754_

Participant's Email Address: _margie08030@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Dolores M Gutierrez Soler_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA
Arnold Palmer

SAN JUAN PR 009

30 JUL 2021 PM 2 L

Discovery Notice : Court Clerk
United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-176525

Dolores M. Gutierrez Sobek
Calle Rio 62
Urb. Portal del Sol
San Lorenzo, PR 00754

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Dolores M Gutierrez Soler

Participant's Address: Calle Rio 62 Portal del Sol San Lorenzo P. R00754

Participant's Email Address: margie0803@gmail.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: PROMESA Title III

By: _Dolores M Gutierrez Soler_
Signature

_Dolores M Gutierrez_
Print Name

Title (if Participant is not an individual)

July 30, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

30 JUL 2021   PM 2 L

RECEIVED & FILED

2021 AUG -4 PM 4: 38

Discovery Notice: Court Clerk
United States District Court
150 Ave. Chabs Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

Dolores M. Gutierrez Soler
Calle Rio 62
Urb. Portal del Sol
San Lorenzo, PR 00754

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Rita Perez Guzman_

Participant's Address: _Cond. Jardines San Ignacio Apt 1714B San Juan PR 00927_

Participant's Email Address: _crperezguzman@gmail.com_

Name of Counsel: _Class Demands all redy_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Car Insuance & Others_

By: _Perez #17 BK 3283-LTS_
Signature

_Carmen Rita Perez Guzman_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA

SAN JUAN PR   009

30 JUL 2021   PM 2   L

Carmen Rafa Feliú Gregorio
Apt. 1714-B Cond. Jard. Ale San
San Juan PR. 00927

United State District Court Clerk Off
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

00918-170625

RECEIVED & FILED
2021 NOV -4  PM 12:33

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Fernando Santos Martinez

Participant's Address: Calle Kennedy 424 Coco nuevo Salinas PR

Participant's Email Address: 00751

Name of Counsel: NONE

Address of Counsel: NONE

Email Address of Counsel: NONE

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation

By: X Fernando Santos Martinez
Signature

Fernando Santos Martinez
Print Name

_____
Title (if Participant is not an individual)

7/29/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fernando ~~Soto~~

Calle Kennedy #424

Coco Nuevo, Salinas P.R.

00751

RECEIVED & FILED

2021 AUG -4 PM 4: 38

SAN JUAN PR 009

30 JUL 2021 PM 2 L

To United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

# ATTACHMENT 1

if any.

Participant's Name: Jose Juan Rodriguez Hernande-

Participant's Address: 20 Gamboa San German 00683

Participant's Email Address: JR07952 182gmail.com.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 14744

Nature of Claim: Complaozo

By: _____
Signature

Jose Juan Redriguer Hernander
Print Name

_____
Title (if Participant is not an individual)

31 Julio 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Juan Rodriguez Hernandez
20 Gamboa
San German, PR. 00683

Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

00918-1767

00918-170625

SAN JUAN PR 009
31 JUL 2021 PM 1 L

USA FOREVER

RECEIVED & FILED
2021 AUG -4 PM 4: 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _González Rodríguez, Alma I._

Participant's Address: _A-10 Convento Villa del Río, Guayanilla, P.R. 00656-1101_

Participant's Email Address: _gonzalez alma 216 @ gmail. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129 337_

Nature of Claim: _Public Employee and Pension Retiree_

By: _Alma I. González_
Signature

_Alma I. González_
Print Name

_____
Title (if Participant is not an individual)

_07- 28- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

30 JUL 2021 PM 2 L

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

2021 AUG -4 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED

Alma I. González
Villa del Río
A-10 Calle Convento
Guayanilla, P.R. 00656 - 110

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelson Rivera Padilla_

Participant's Address: _17 Pachin Marin St. Maricao, PR 00606_

Participant's Email Address: _nelsonriverapadilla@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Nelson Rivera Padilla_
Signature

_Nelson Rivera Padilla_
Print Name

_Title III_
Title (if Participant is not an individual)

_7/30/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021

9

SAN JUAN PR

★ FOREVER ★ USA ★

ADDITIONAL OUNCE USA

RECEIVED & FILED 31 JUL 2021 · PM

2021 AUG -4 PM 4: 36

From: Nelson Rivera Padilla
Calle Pachin Marin #17
Maricao Puerto Rico 00606

United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-1706625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia Rivera Rivera_

Participant's Address: _HC-1 Buzón 6021, Sábana Hoyos, P.R. 00688-8643_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Goverment debt for unpaid compensation_

By: _Lydia Rivera Rivera_
Signature

_Lydia Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

USA ★ FOREVER

SAN JUAN PR 009

31 JUL 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 4: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Lydia Rivera Rivera
HC-1 Buzón 6021
Sábana Hoyos, P.R. 00688-8643

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Suite 1
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lydia Rivera Rivera

Participant's Address: HC-1 Buzón 6021, Sábana Hoyos, P.R. 00688-8643

Participant's Email Address: mrs_tweety473@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Goverment debt for unpaid compensation

By: _____
Signature

Lydia Rivera Rivera
Print Name

_____
Title (if Participant is not an individual)

July 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia Rivera Rivera
HC-1 Buzón 6021
Sábana Hoyos, P.R. 00688-8643

SAN JUAN PR 009

31 JUL 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 4:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Suite 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Lydia Rivera Rivera

Participant's Address:  HC-1 Buzón 6021, Sábana Hoyos, P.R. 00688-8643

Participant's Email Address:  mrs_tweety473@yahoo.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283-LTS

Nature of Claim:  Goverment debt for unpaid compensation

By:  _Lydia Rivera Rivera_
    Signature

_Lydia Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_31 - July - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia Rivera Rivera
HC-1 Buzón 6021
Sábana Hoyos, P.R. 00688-8643

SAN JUAN PR   009
31 JUL 2021   PM 1 L

RECEIVED & FILED
2021 AUG -4   PM 4: 36
DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Suite 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pantoja Benitez Cesar_

Participant's Address: _Barrio Brenas, sector Villa Alegria Numero 19 Vega Alta P.P. 00692_

Participant's Email Address: _hayleehernandez777@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promosa Title III_

By: _[signature]_
Signature

_Cesar V. Pantoja Benitez_
Print Name

_____
Title (if Participant is not an individual)

_07/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR

31 JUL 2021 PM 1

FOREVER / USA

RECEIVED & FILED

2021 AUG -4 PM 4: 36

U.S. DISTRICT COURT
SAN JUAN P.R.

Cesar Pantoja Benitez
Barrio Banas, Sector Villa Alegria
19 Vega Alta, P.R. 00692

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 1 [?]
San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Rivera, Jesus_

Participant's Address: _Jard. De Monte Olivo 36 Calle Hera_
_Guayama, P.R. 00784-6622._

Participant's Email Address: _muchocartoon55@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50355_

Nature of Claim: _Pension/Retiree Claims_

By: _Jesus Rivera Rivera_
Signature

_Rivera Rivera, Jesus_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rivera Rivera, Jesús
Jand, De Monte Olivo
36 Calle Hera
Guayama, P.R. 00784-6632

SAN JUAN PR 009
31 JUL 2021 PM 1 L

RECEIVED & FILED
2021 AUG -4 PM 4: 36

00918-1 70635

To: Unite States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150.
San Juan, P.R. 00918-1767

Alabama
1819
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santos Bula, Rosa I.

Participant's Address: V-8 Calle 11 Van Scoy, Bayamón P.R. 00957

Participant's Email Address: rosaisantos 523 @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 174198

Nature of Claim: Empleados Públicos y Pensión/Jubilación

By: *Rosa I. Santos Bula*
Signature

Rosa I. Santos Bula
Print Name

_____
Title (if Participant is not an individual)

30 de julio de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa I. Santos Bad
V-8 Calle 11 Van Scoy
Bayamón, P.R. 00957



31 JUL 2021   PM 1  L

RECEIVED & FILED

2021 AUG -4  PM 4: 36

CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, PR

Court's Clerk's Office
United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Sanabria Meléndez_

Participant's Address: _P.O. Box 1628, Las Piedras P.R. 00771_

Participant's Email Address: _wandyvazquez21@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Elsa Sonabria Melendz_
   Signature

_Elsa Sanabria Melendez_
Print Name

_____
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

31 JUL 2021  PM 1  L

RECEIVED & FILED

2021 AUG -4  PM 4: 36

[CLERKS OFFICE]
SAN JUAN

Discovery Notice to the Court's Clerk's office at.
United State District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706E25

Elsa Sanabria Melender
P.O. Box 1698
Las Piedras, P.R. 00771

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María del S. Aponte Martínez_

Participant's Address: _8 URb Hostos Santa Isabel P.R. 00757_

Participant's Email Address: _Lutoza a gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88 600_

Nature of Claim: _Public Employee and Pension/Retiro Claim_

By: _____
Signature

_María del S. Aponte Martínez_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria del S. Aponte Martinez*

Participant's Address: *8 URb. Hostos Santa Isabel P.R. 00757*

Participant's Email Address: *Lutoza av gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *87195*

Nature of Claim: *Public Employee and Pension / Retire Claim*

By: *Maria del S Aponte Martinez*
Signature

*Maria del S. Aponte Martinez*
Print Name

_____
Title (if Participant is not an individual)

*3 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aponte Martinez, Maria del S.
Urb. Hostos
Santa Isabel P.R. 00757

00918-170625

SAN JUAN PR 009

3 AUG 2021 PM 1 L

RECEIVED

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge A. Colon Rivera_

Participant's Address: _Urb. Alto Apolo Calle Acropolis 0-10 Guaynabo P.R. 00969_

Participant's Email Address: _colon.30@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _* 149685_

Nature of Claim: _Empleador Publicor y Pension Jubilador_

By: _Jorge Colon_
Signature

_Jorge A. Colon Rivera_
Print Name

_____
Title (if Participant is not an individual)

_3 - Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge A. Colón Rivera
Urb. Alto Apolo
Calle Acropolis D-16
Guaynabo P.R. 00969

United State District Court Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

USPS/HATO REY CERTIFIED THAT THIS
ITEM HAS CLEARED SCREENING AT:
POST:

00918-170825

SAN JUAN PR 009
3 AUG 2021.     PM 1    L

RECEIVED & FILED
2021 AUG -4 PM 4: 35

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Santiago_

Participant's Address: _Ed B apt B 12 San Alfonso Av. #1 San Juan PR 00921_

Participant's Email Address: _Olga.santiag@yahoo.com_

Name of Counsel: _PROMESA III Commonwealth of P.R_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA title III_

By: _Olga Santiago_
Signature

_Olga Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA
GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII

Olga Santiago San Juan PR 009
Ed B apt B 12
SAN Alfonso Ave. #1
SAN Juan, P.R.
00921

RECEIVED & FILED
2021 AUG -6 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

US District Court, Clerks
Olb. 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María M. Cabrera Aviles_

Participant's Address: _Calle Hostos # 10 - Juana Diaz. P.R 00665_

Participant's Email Address: _chedacabrera @ gmail . com._

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90 485_

Nature of Claim: _Im claming the money that I was to recived, during the time I was working for Departmen of education P.R._

By: _María M. Cabrera Aviles_
Signature

_María M. Cabrera Aviles_
Print Name

_____
Title (if Participant is not an individual)

_Agust 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

3 AUG 2021 PM 1 L

United State Distric Court
Clerk's office, 150 Ave
Carlos Chardon, 5te. 150
San Juan, P.R. 00918-1767

00918-170625

Maria M. Cabrera
Calle Hostos #10
Juana Diaz, P.R.
00795

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG -4 PM 4: 35

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Cabrera Aviles_

Participant's Address: _urb. Lago Horizonte 2526 Calle Rubi, Coto Laurel P.R. 00780_

Participant's Email Address: _milecabrera 46 @ gmail . Com._

Name of Counsel: _-_

Address of Counsel: _~_

Email Address of Counsel: _-_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _124396_

Nature of Claim: _I'm claming The salary that I was supposed to recived during my time working._

By: _Milagros Cabrera Aviles_
Signature

_Milagros Cabrera Aviles_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Cabrera Agüe

2526 Calle Rubi

Urb. Lago Horizonte

Coto Laurel P. R. 00780

RECEIVED & FILED

2021 AUG -4 PM 4: 35

SAN JUAN P.R.

United States District Court

Clerk's Office

150 Ave. Carlos Chardon Ste.

San Juan, P.R. 00 918-1767

00918-170825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joaquin Sanchez Salgado_

Participant's Address: _BO Los Puertos Calle 9 #152 Dorado P.R. 00648_

Participant's Email Address: _

Name of Counsel: _

Address of Counsel: _

Email Address of Counsel: _

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
Signature

_Joaquin Sanchez Salgado_
Print Name

_____
Title (if Participant is not an individual)

_8 | 3 | 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOAQUIN SAUCHEZ SALGADO
BO. PUERTOS DORADO P.R.
SECTOR PAR, VUEVAS #152
00646. HC-33 -Box 5329

SAN JUAN PR 009

3 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -4 PM 4:35

DISCOVERY. POTICE TO THE COURTIS CLERKS OFFICE AT
UNITED STATES DISTRICT COURT CLERK's office
150 AVE. CARLOS CHARDON STE. 150
SANJUAN P. R. 00918-1767

00916-1706625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carlos Velazquez Rodriguez

Participant's Address: HC03- BOX 12598 Penuelas PR 00624

Participant's Email Address: —— No

Name of Counsel: N o

Address of Counsel: N o

Email Address of Counsel: N o

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 104 713

Nature of Claim: Promesa Titulo III no. 17 BK 3283-TS

By: _Carlos Wlsg Rodrig_
Signature

Carlos Velazquez Rodriguez
Print Name

_____
Title (if Participant is not an individual)

3 / agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 000

3 AUG 2021 PM 1 L

Carlos Velazquez Rod2
Hcob. Box 12598
Peñuelas PR 00624

RECEIVED & FILED

2021 AUG -4 PM 4: 35

United States District Court
Clerk's Office 150 Ave
Carlos Chardon Ste. 150,
San Juan PR 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Rivera Rosa_

Participant's Address: _HC 77 Buzon 8714 Vega Alta, P.R. 00692_

Participant's Email Address: _rrivera @vegaalta.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _62534_

Nature of Claim: _Empleados Publicos Pension Jubilacion_

By: _____
   Signature

_Ricardo Rivera Rosa_
Print Name

_____
Title (if Participant is not an individual)

_3 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR

3 AUG 2021 PM

RECEIVED & FILED

2021 AUG -4  PM 4: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

00918-176625

RICARDO RIVERA ROSA
HC 77 BUZON 8714
VEGA ALTA, P.R. 00692.