10 de febrero de 2020

Re: **PROMESA** Proof of Claim Title III - Proof of Claim 118506 - 152198

In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS

Considero que debo recibir los beneficios correspondientes a la **Ley 89 ( Romerazo),**

**Ley 447 enmendada Ley 15 de mayo de 1951 Aumento por Costo de Vida (COLA) Ley 10 1992**,
ya que tengo dercho a la compensacion. El hecho de no haber recibido estos aumentos me perjudico en mi salario y por

ende, la cantidad de mi sueldo de retiro fue menor. Entiendo que debido al alto costo de vida existente, este dinero que

se me retribuye sera de gran beneficio para mi.

Agradecere la atencion prestada.

1. Anos reclamados== **LEY 89 – Romerazo = Anos = 15 anos – Cantidad Reclamada = 4,500.00**

2. Anos reclamados = Ley 447 Enmendada Ley 15 de mayo 1951 Aumento por Costo de Vida (COLA) Ley 10 1992

    Anos Reclamados – 19 anos - Cantidad Reclamada = 8,358,88

Cordialmente,

_Felix Davila Perez_
**Felix Davila Perez**



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT: LEY PROMESA**

28 de enero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | FELIX DAVILA PEREZ |
| Seguro Social | : | 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 |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años, (4) meses, (3) semanas y (1) día. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Modelo SC-4.15 (RM)
14-mayo-71
Manual de Contabilidad

484

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

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

| Nombre | Núm. Reclamación | Sexo M |
|---|---|---|
| Félix Dávila Pérez | 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 | |

Tipo de Renta:
a— Años de Servicio y Edad
   Opcional ( )
   Obligatorio ( )
b— Edad ( )
c— Incapacidad
   Ocupacional ( )
   No Ocupacional ( )
d— Diferida ( )*

Fecha de Nacimiento: 1950 feb. 25
Fecha de Retiro: 2001 julio 27
Fecha de Efectividad: 2001 julio 28

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad |
|---|---|---|
| 51 Años 5 Meses 3 Días | 27 Años 3 Meses 3 Sem. 1 Días | $ 32,741.90 |

Retiro Ley Núm. 44 de 2000

Oficina de Finanzas
Documentos Preintervenidos
Fecha _____
Iniciales _____

Cómputo de la Renta Anual:
a— Sueldo promedio mensual más alto durante tres (cinco) años consecutivos a $ 1,887.77
X .18 % X 27 años, 3 meses, 3 semanas y 1 día
 (Por ciento)  (Tiempo Acreditado)

927.94
menos ajus
5 %
46.39
881.82

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
|---|---|---|---|
| $ | $ | $ | $ |

Diferencia Mínimo o Renta Sistema Retiro — 534.27
Renta Mensual Vitalicia — 1,415.82
Renta Anual Vitalicia — 16,989.84

Computado: Carlos J. Serrano 12/9/01
Cotejado: Hugo E. Aponte 12/sept/01
Recomendado: Gloria E. Navas Pérez 13/9/01
Directora Area Servicios de Retiro
Aprobado: Irma A. Giménez López Sept-14-01
Secretaria Ejecutiva

HA/agb
lp

United States Bankruptcy Court District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178K 3283-LTS

_____ OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 118506 - 152198

Name and Address: Felix Davila Pérez
Calle Paraiso 206
Vega Baja P.R. 00693

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico Departamento de Educación de Puerto Rico.

Ley 89 de 1984 – Romerazo

Años Reclamados  15 años 84 - 2001

Cantidad Reclamada  5,500

Ley  Ley 447 enmendada ley 15 de mayo 51 aumento por costo de vida (COLA)
10 - 1992

Años Reclamados  19 años

Cantidad Reclamada  8,355.88

Agradezco obtener su replica a la informacion solicitada:

1. Certificación años de Servicios
2. Informe Renta Anual Vitalicia
3. Certificación del Sistema de Retiro para Maestro.

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: _Félix Davila Pérez_

Firma: _[signature]_   Fecha: _____

Félix Dávila Pérez
Jardines de Vega Baja
Calle Paraiso 206
Vega Baja P.R. 00693

SAN JUAN PR 009
3 AUG 2021 PM 1

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625