# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | Re: ECF No. 17210 |
| Debtors.[1] | |

**MOTION TO APOLOGIZE TO THE HONORABLE COURT FOR A FAMILY EMERGENCY AS MY MOTHER-IN-LAW PASSED AWAY AND YASHEI ROSARIO IS FACING THIS MOMENTO. AUGUST 15TH, 2021 WILL FILE THE DISCOVERY STATEMENT. WE CANNOT AFFORD TO PAY FOR AN ATTORNEY**

Respectfully submitted, on the 5 day of August of 2021

_____
Yashei Rosario, President & Chairman
Development Socioeconomic and Conservation
Fideicomiso of Vieques, DESCO Inc. & Creator of
**Hacienda La Perla History Theme Park**
HC 2 Box 12914 Vieques, PR 00765
vieques.codesu@gmail.com
(787) 903-3233