(1)

United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

July 23 2021

Notice of Appeals to the First Circuit Court of Appeals from a Judgment or Order of the District Court of a Bankruptcy Court of Puerto Rico,

United States District Court for the District of Puerto Rico,

| | |
|---|---|
| In re The Commonwealth of Puerto Rico et al Debtor | Case number 17-03283 LTS |
| | File No 17184 |
| | or |
| Obe E. Johnson Plaintiff | document number 17184 |

Fabiola Acaron Por ate Doria Estado Libre Asociado de Puerto Rico; Administracion de Correccion del Estado Libre Asociado de P.R.

Defendant

Notice of Appeal to the United States Court of Appeals For the First Circuit

Obe E. Johnson plaintiff appeal to the United States Court of Appeals for the First Circuit from the Final Judgment an Order of the district court for the district of Puerto Rico to the Bankruptcy appellate Penal of the First Circuit Entered in this case on June 29 2021 case 17-03283-LTS 9

I describe the Judgment or Order Granting In part and denying In part Obe E. Johnson (16942) motion for relief from the



automatic stay related document (13316)(13599)

I plaintiff Obe E Johnson appealed from their representive attorney Carlos Lugo-Fiol and Frances y Rivera-Aviles

Address of
Attorney Carlos Lugo-Liol, Esq
   PO Box 260150
   San Juan PR 00926

Address of
Frances y Rivera Aviles
   USDC-PR 230405
   Department of Justice
   Federal Litigation Division
   P.O. Box 9020192
   San Juan, PR 00902-0192

dated July, 23, 2021

address
   Obe E Johnson
   #B-705-25456
   Guayama Correctional Complex
   AB-033
   P.O. Box 1000-5
   Guayama PR 00785-0000

(1)

United States Court of Appeals
For the First Circuit
John Joseph Moakley US Court House
1 Courthouse Way - Suite 2500
Boston, Massachusetts 02210

July, 23, 2021

2021 AUG -2 AM 11:42
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Obe E, Johnson            Case No 17-03283-LTS 9
Plaintiff
                vs
Fabiola Acaron Pollata-Doria; Estado Libre Asociado
de Puerto Rico; Administracion of Correction del Estado
Libre Asociado de Puerto Rico
            Defendant


I am an inmate confined in an institution of
Guayama 500 prison in Guayama city of Puerto Rico
Today the 23 of July of 2021 depositing this document
of a bankruptcy appeal a notice of appeals in
this case in the institution internal mail system
by a First-class postage is being paid by me
Obe E, Johnson,


I declare under penalty of perjury that the fore
going is true and correct (see 28 USC 1746 18 USC
1621)


Sign name Obe E, Johnson

Signed date July-23-2021