OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMLTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 5, 2021

Maria Antongiorgi-Jordan, Clerk.
United States District Court
Federico Degetau Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR 00918-1767

Re:  In re: The Financial Oversight And Management Board For Puerto Rico,
No. 17-03283-LTS (Bankr. D.P.R.)
**Misdirected Notice of Appeal**

Dear Clerk Antongiorgi-Jordan:

Enclosed is a notice of appeal in the above referenced case that was mistakenly filed by Obe E. Johnson in this court on August 2, 2021. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. Proc. 4(d). Please treat this notice as a duplicate if this pleading has already been filed in your court.

Sincerely,

Maria R. Hamilton, Clerk

cc:  Obe E. Johnson
Guayama Correctional Complex
AB-033
P.O. Box 1000-5
Guayama, PR  00785

PT; gk