Obe E. Johnson
Tuayama Correctional Complex
7B-033
P.O. Box 1000-S
Guayama P.R. 00785

RESPONDEN
LEGAL
28/7/2021

Office of the Clerk
United States Court of Appeals
John Joseph Moakley US Courthouse
1 Courthouse Way — Suite 2500
Boston, Massachusetts 02210

SAN JUAN PR
29 JUL 2021