**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*/1,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

TO THE HONORABLE COURT:

COMES NOW wage group creditors, through the undersigned counsel and respectfully submits Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment, in the above-captioned case, pursuant to the Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same (Docket Entry No. 17431).

---

1 The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I. Participant contact information:

Participant's Names and Claims numbers:

(1) The group creditors in the litigation captioned: Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 (the "Pérez Colón Master Claim no. 30851");

(2) The group creditors in the litigation captioned: Jeanette Abrams Diaz et al. v. a Department of Transportation & Public Works, Case No. KAC-2005-5021 (the "Abrams Diaz Master Claim No.50221");

(3) The group creditors in the litigation captioned Madeline Acevedo-Camacho v Family Department, ARV and NAJ, Case no 2016-05-1340 (Master Claim no. 32044),

(4) The group creditors in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809/ CASP no. 2021-05-0345 (the "Beltrán Cintrón, amended Master Claim no. 179140");

(5) The group creditors in the litigation captioned Abraham Giménez et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC-2013-1019 / CASP no. 2021- 05-0346 (the "Abraham Giménez, amended Master Claims no.179141");

(6) The group creditors in the litigation captioned Alejo Cruz Santos et al. v. Puerto Rico Department of Transportation & Public Works, Case No. RET-2002-06-1493 (the "Cruz Santos Master Claim no. 29642");

(7) The group creditors in the litigation captioned Delfina Lopez Rosario et al. v. Puerto Rico Police Department, Case No. 2001-10-372 (the "Lopez Rosario Master Claims no. 15708");

(8) The group creditors in the litigation captioned Prudencio Acevedo Arocho et al. v. Puerto Rico Department of Treasury, Case No. KAC-2005-5022 (the "Acevedo Arocho Master Claims no. 51013");

(9) The group creditors in the litigation of Norberto Tomassini and Ivan Ayala, April 22, 2016 judgment Master Claim no. 12265

(10) The group creditors in the litigation captioned Nilda Agosto Maldonado et als Individual claims No. are identified in FRBP 2019 (Docket No. 13534

(11) The group creditors in the litigation captioned Carmen Socorro Cruz Hernandez Individual claims No. are identified in FRBP 2019 (Docket No. 13535).

Dated: August 5, 2021       Respectfully submitted, in San Juan, Puerto Rico

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By /s/ *Ivonne González Morales*
Ivonne González - Morales
RUA 3725 USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-410-0119
Email- ivonnegm@prw.net

**Attorney for the Group Wage Creditors**