# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority and CANTOR-KATZ COLLATERAL MONITOR LLC,<br>    Plaintiffs,<br>-v-<br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,<br>    Defendants. | Adv. Proc. No. 21-00068-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of THE COMMONWEALTH OF PUERTO RICO,<br>                        Movants,<br><br>v.<br><br>AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority and CANTOR-KATZ COLLATERAL MONITOR LLC,<br>                        Respondents. |

**JOINDER OF THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY TO THE REPLY IN SUPPORT OF URGENT MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR LEAVE TO INTERVENE AS DEFENDANT, ON BEHALF OF COMMONWEALTH AND HTA, IN DRA ADVERSARY PROCEEDING WITH RESPECT TO COUNTS I, II, AND IV OF COMPLAINT, WITH FULL PARTY RIGHTS**

**To the Honorable United States District Judge Laura Taylor Swain:**

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Debtor entities pursuant to the authority granted to it under the Puerto Rico Fiscal Agency and Financial Advisory Authority Act, Act 2-2017 (the "AAFAF Enabling Act"), respectfully joins in the *Reply In Support of Urgent Motion of Financial Oversight and Management Board for Leave to Intervene as Defendant, on Behalf of Commonwealth and HTA, in DRA Adversary Proceeding With Respect to Counts I, II, and IV of Complaint, with Full Party Rights* [ECF No. 31] (the "Reply").[2]  AAFAF agrees with the Oversight Board that the DRA Parties' claims involve disputes over property of the Commonwealth and/or HTA and thus the

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Reply,

action would have a material impact on the HTA and Commonwealth restructuring, rendering AAFAF and the Oversight Board an indispensable party with respect to Counts I, II, and IV. As such, AAFAF should be joined as a full defendant with unlimited intervention rights.

Accordingly, AAFAF hereby joins the Oversight Board's Reply and adopts the factual and legal arguments set forth therein.

Dated: August 5, 2021
       San Juan, Puerto Rico

Respectfully submitted,

**O'MELVENY & MYERS LLP**

| | |
|---|---|
| */s/ Peter Friedman*<br>John J. Rapisardi<br>Matthew P. Kremer<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: jrapisardi@omm.com<br>nmitchell@omm.com<br><br>-and-<br><br>Peter Friedman<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>Email: pfriedman@omm.com<br><br>*Attorneys for the Puerto Rico Fiscal Agency*<br>*and Financial Advisory Authority* | */s/ Luis C. Marini-Biaggi*<br>Luis C. Marini-Biaggi<br>USDC No. 222301<br>Carolina Velaz-Rivero<br>USDC No. 300913<br>**MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, PR 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494<br><br>*Attorneys for the Puerto Rico Fiscal Agency*<br>*and Financial Advisory Authority* |