# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ACR Public Letter Notice Parties Service List attached hereto as **Exhibit B**.

On July 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on the ACR Tax Notice Parties Service List attached hereto as **Exhibit D**.

On July 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the ACR Pension Notice Parties Service List attached hereto as **Exhibit F**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 3, 2021

_/s/ Natasha Otton_
Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 3, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

_/s/ PAUL PULLO_
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 55465

## Exhibit A

**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**29 de julio de 2021**

**Re:    Reclamación Núm.            - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525      contact@aafaf.pr.gov      aafaf.pr.gov



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**July 29, 2021**

**Re:     Claim No.           - <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico
("Government") in the Title III proceedings under PROMESA[1]. You are receiving this
communication because you filed the referenced Proof of Claim ("Claim") in the Title III
Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight
and Management Board ("FOMB") transferred your Claim to the Administrative Claims
Resolution Process ("ACR") in order to resolve the Claim using the existing administrative
procedures in the Government. The purpose of this letter is to notify that the
information provided by you to date is not sufficient for the government entity you work
for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the
attached form along with any supporting documentation in which you describe in detail
the nature of your Claim. In your response, you should include, without limitation: (1)
telephone number where you can be contacted; (2) employee number; (3) social
security number; (4) if your claim is/has been subject of an administrative or judicial
process, provide the case file number; and (5) any document that supports your Claim.
If you have a pending administrative or judicial case, please so indicate. If, to the
contrary, the case is closed, please provide a copy of the final resolution or final
judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com,** or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525      contact@aafaf.pr.gov      aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                    *Creditor Name:*

| | |
|---|---|
| (1)  Nombre Completo | |
| (2)  Número de teléfono | |
| (3)  Número de empleado | |
| (4)  Agencia para la cual trabaja(ó) y fecha.      Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5)  Correo electrónico | |
| (6)  Número de seguro social (últimos cuatro dígitos) | |
| (7)  Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8)  Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

**\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\***

Employee Response Letter

*Claim No.*         *Creditor Name:*

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

**Exhibit B**

Exhibit B

ACR Public Letter Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1885157 | Anaya Ortiz, Mayda | C-8 C | | | Arroyo | PR | 00714 |
| 2131289 | Arroyo Perez, Antonia | HC-1 Box 7841 | | | Villalba | PR | 00766 |
| 1801650 | de Jesus Colon, Elides | HC 1-BOX 7530 | | | Villalba | PR | 00766 |
| 1801650 | de Jesus Colon, Elides | Bo Vocas Sector: Vista Alegre | | | Villalba | PR | 00766 |
| 1830290 | DE JESUS COLON, ELIDES | HC 1 BOX 7530 | | | VILLALBA | PR | 00766 |
| 2101760 | Diaz Felix, Maria J. | 1884 MAIN St. | | | Bridgeport | CT | 06610 |
| 1544958 | Feliciano Varela, Alberto | Bo. Callejones | BZN 3829 | | Lares | PR | 00669 |
| 2091747 | Figueroa Carrasquillo, Juan | Urb. San Rivero B14 | | | Arroyo | PR | 00714 |
| 2061667 | Figueroa Correa, Lydia H. | Urb. San Martin Calle 206 | | | Juana Diaz | PR | 00795 |
| 2045100 | Fontanez Melendez, Wilfredo | Urb. Lomas Verdes 3V | Calle Mirto | | Bayamon | PR | 00956-3320 |
| 1909853 | GUZMAN VEGA, HEXOR M | Calle 8 | Urb. Los Alondras | | Villalba | PR | 00766 |
| 2021753 | Hernandez Camacho, Wilfredo | Bo. Llanos Carr. 162 KM. 3.6 | | | Aibonito | PR | 00705 |
| 2082479 | Lebron Rodriguez, Sara | A-11 12 Urb. Villas de Loiza La Misma | | | Canovanas | PR | 00729 |
| 1863097 | Lopez Ayala, Carmen Ana | Le Calle Mimbre | | | Arecibo | PR | 00612 |
| 1863097 | Lopez Ayala, Carmen Ana | PO Box 14 3904 | | | Arecibo | PR | 00614-3904 |
| 1753435 | Lopez Miranda, Carmen Iris | H485 Calle 32 Nosve Celada | | | Gurabo | PR | 00725 |
| 2042583 | LOZADA ALVAREZ, SAMUEL | CARR. 184 KM 1.3 BO. CACAO BAJO | | | PATILLAS | PR | 00723 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

ACR Public Letter Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2042583 | LOZADA ALVAREZ, SAMUEL | AGENTE | POLICIA DE PUERTO RICO | HC 63 BOX 3220 | PATILLAS | PR | 00723 |
| 2098219 | Melendez Rosa, Myriam Ruth | C/4 I 11 Jardenes de Convernas | | | Canovanas | PR | 00729 |
| 2061153 | Nazario Santiago, Carmen Delia | Villa del Carmen Kil 19.5 Carre 150 | | | Coamo | PR | 00769 |
| 2082510 | Olmo Barreiro, Carmen I | Urb. Luquillo Mar | Calle C/CC 78 | | Luquillo | PR | 00773 |
| 1859928 | Olmo Barreiro, Carmen Iris | Urb. Laquillo Mar | Calle C/cc 78 | | Laquillo | PR | 00773 |
| 1883606 | ORTIZ AGOSTO, LOURDES | CALLE 2 #271 VILLAS DORADAS | | | CANOVANAS | PR | 00729 |
| 2177666 | Pastrana Sandoval, Roman | RR6 Box 11143 | Bo Capey Alto | | San Juan | PR | 00926 |
| 1936004 | Perez Ruiz, Marta | LOS AMERICA HOUSING | LEDF 3 APTO 150 | | Ponce | PR | 00717 |
| 1936004 | Perez Ruiz, Marta | Urb. Bella Vista Calle Naval E-11 Ponce | | | Ponce | PR | 00730 |
| 1615406 | Perez Torres, Fernando E. | Calle 14 Urb. Lomas | | | Juana Diaz | PR | 00796 |
| 2001305 | Perez Vera, Sylvia | 1207 Yose Repto. Metrop. | | | San Juan | PR | 00921 |
| 1757458 | Rivera Peña, Luis A. | 28 Joyce Street | | | Webster | MA | 01570 |
| 1759343 | Rivera Peña, Luis A. | 28 Joyce Street | | | Webster | MA | 01750 |
| 1900492 | RODRIGUEZ ROMAN, JOSE A | CARR 464 KM 3.2 BO ACEITANAS | | | MOCA | PR | 00676 |
| 1900492 | RODRIGUEZ ROMAN, JOSE A | HC 03 BOX 9463 | | | MOCA | PR | 00676 |
| 1499151 | Rosario Maldonado, Olga | Casa 2267 Paseo Amapola Levittown | | | Toa Baja | PR | 00949 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)          Page 2 of 3

Exhibit B

ACR Public Letter Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1781763 | ROSAS SANCHEZ, JEANNETTE | BO. RIO HONDO | SECTOR VALLE SECO | BZN. 2310 | MAYAGUEZ | PR | 00680 |
| 2114798 | Saez Saez, Ruth R | Carr 328 Bo Rayo Guaras | K.M 4.5 | | Sabana Grande | PR | 00637 |
| 2114798 | Saez Saez, Ruth R | PO Box 723 | | | Sabana Grande | PR | 00637 |
| 1753907 | Sanchez, Zoedymarie | PO Box 2130 | | | Juncos | PR | 00777 |
| 1848524 | Santiago Martinez, Domingo | Calle 6, Casa #113 Barrio Fuig | | | Guanica | PR | 00653 |
| 1848524 | Santiago Martinez, Domingo | PO Box 1259 | | | Guanica | PR | 00653 |
| 1983427 | Santiago Perez, Marvin | HC-01 BOX 7524 | | | Villalba | PR | 00766 |
| 1804736 | Torres Colon, Norma I. | HC-01 Box 4028 | | | Villalba | PR | 00766 |
| 1856395 | Torres Colon, Norma I. | HC-01 Box 4028 | | | Villalba | PR | 00766 |
| 2149200 | Torres Torres, David O. | Urb Pepino #34 Calle 3 | | | San Sebastian | PR | 00685 |
| 2128459 | Vargas Santos, Sandra | P.O. Box 560968 | | | Guayanilla | PR | 00656 |
| 2034710 | Vazquez Gonzalez, Ramon L. | Rio Canas Ext. Provincia Calle 3 #320 | | | Juana Diaz | PR | 00795 |
| 2034710 | Vazquez Gonzalez, Ramon L. | HC-01 Box 4858 | | | Juana Diaz | PR | 00795 |
| 2102232 | Vega Zayas, Fernando L. | H- 193 C/ Orguideas | Com. Cristina | | Juana Diaz | PR | 00795 |
| 2102232 | Vega Zayas, Fernando L. | HC5 Box 5607 | | | Juana Diaz | PR | 00795 |
| 1055741 | Verdejo Marquez, Maribel | C/ Diez de Andino #110 | Cond. Ocean Park Towers | | San Juan | PR | 00911 |

**Exhibit C**

**Responda a esta carta el 18 de agosto de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before August 18, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

July 29, 2021

**Re:**   **Claim NO.**              - <u>**REQUIRES RESPONSE**</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] 1 *Puerto Rico Oversight, Management, and Economic Stability Act.*

# GOBIERNO DE PUERTO RICO
## Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

El 29 de julio de 2021

**Re:     Reclamación Núm.                        - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)      Nombre completo | |
| (2)      Número de teléfono | |
| (3)      Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)      Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)      Número de seguro social de individuo/ número de seguro social patronal | |
| (6)      En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)      Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)      Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |

**<u>Exhibit D</u>**

Exhibit D

ACR Tax Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1894483 | Berrios Santos, Ada C. | P.O. Box 1249 | | Ciales | PR | 00638 |
| 1877790 | Lopez Rodriguez, Santos | 654 Ave Munos Rivera | Edif. Plaza 654 Ste. 911 | San Juan | PR | 00918 |
| 834244 | Maldonado Jimnez, Vivian G. | Cond. Bosque Real Apt. 516 | | San Juan | PR | 00926 |
| 834971 | Mercado Mercado, Hector M | Urb Rio Cristal | 5162 Calle Roberto Cole | Mayaguez | PR | 00680-1945 |
| 143506 | ORAMAS NIVAL, DOMINGO G. | 506 OLIMPO PLAZA | | SAN JUAN | PR | 00927 |
| 740748 | PADRO RIOS, RAFAEL | 1 PLAZA DE MERCADO | CALLE DR LOPEZ | FAJARDO | PR | 00738 |
| 740748 | PADRO RIOS, RAFAEL | URB LOS ARBOLES | 481 CAPARIETO | RIO GRANDE | PR | 00747 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | PO BOX 10431 | | SAN JUAN | PR | 00922-0431 |
| 154724 | PIOVANETTI PIETRI MD, ENRIQUE J | ALBIELI CARRASQUILLO | SAN ROBERTO #1000,REPARTO LOYALA | SAN JUAN | PR | 00926 |
| 416569 | QUILES SOTO, JOSE | PO BOX 1404 | | SABANA HOYOS | PR | 00688 |
| 1585812 | RAVELO CRUZ, MELVIN | 1 VILLAS CENTRO AMERICANA | APT 145 | MAYAGUEZ | PR | 00680 |
| 1654537 | ROSARIO RODRIGUEZ , ADALIZ | COND OLIMPO PLAZA 1002 AVE MUNOZ RIVERA APT 401 | | SAN JUAN | PR | 00927 |
| 552361 | TORRES GONZALEZ, VICTOR | 17 COOP JARDINES DE TRUJILLO ALTO | EDIF F APT 208 | TRUJILLO ALTO | PR | 00976 |

**Exhibit E**



29 de julio de 2021

**Re:    Reclamación Núm.          - REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.          (la "Reclamación").

El 3 de marzo de 2021 los Deudores transfirieron su Reclamación al Procedimiento
de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con
cualquier documentación suplementaria que usted haya proporcionado. Basado en la información
provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin
más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los
pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su
jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente
estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más
reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 28 de agosto de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

July 29, 2021

Re: Claim No. _____ - RESPONSE REQUIRED
        COMPLETE ATTACHED INFORMATION REQUEST

Dear

We write with respect to your proof(s) of claim, which was filed on _____ against
**Employees Retirement System** and logged by Prime Clerk as Proof of Claim No. _____ (the
"Claim").

On March 3, 2021, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("ACR") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved
by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before August 28, 2021 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">
Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____    Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.            NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____    Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.            o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## <u>INFORMATION REQUEST FORM</u>

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black; padding:10px;">

### <u>CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO</u>     

**_____**   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.          and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### <u>OR</u>

**_____**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.          or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

</div>

**<u>Exhibit F</u>**

Exhibit F

ACR Pension Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1958322 | CARRILLO CANCEL, LYDIA ESTHER | P.O. BOX 1899 | | GUAYNABO | PR | 00970 |
| 844466 | MARQUEZ NERIS, HECTOR E. | HC 63 BOX 3111 | | PATILLAS | PR | 00723-9604 |
| 1980297 | Perez Berrios, Madelinne | Urbanizacion Lago Alto, | Calle Patillas I-159 | Trujillo Alto | PR | 00976 |
| 1980297 | Perez Berrios, Madelinne | Urbanizacion Lago Alto, | Calle Patillas I-159 | Patillas | PR | 00723 |
| 1771252 | RAMOS VAZQUEZ, NILDA E | URB PRADERA | CALLE 15 AP-7 | TOA BAJA | PR | 00949 |
| 2108753 | Rodriguez Espino, Alexis R. | Bo. Apeadero Sector Amill | Lm. D.3 Cari 757 | Patillas | PR | 00723 |
| 2108753 | Rodriguez Espino, Alexis R. | 601 Ave Franklin D. Roosevelt | | San Juan | PR | 00936 |