UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

1. Sandra I. Quiñones Pinto
2. Ivonne E. Rosario Lopez
3. Gladys Toro Gonzalez
4. Norma Enid Alvarado Lopez
5. Nellie M. Serrano Cruz
6. Victor A. Andujar Arroyo
7. Ramon Perez Maestre
8. Judith Ortiz Diaz
9. Alba Nydia Ilarraza Dávila
10. Jose Ernesto Marrero Rivera
11. David Rodriguez Santana
12. Myrian Lisbell Aviles Estrada
13. Rafael A. Carrasquillo Nieves
14. Irma I. Ortiz Colon
15. Linda N. Dumont Guzman
16. Sigfredo Jimenez Jimenez
17. Juan B. Rodriguez Diaz & Carmen B. Rodriguez
18. Brinela Torres Benvenutti
19. Maria M. Robles Machado
20. Anebis Nevarez Marrero
21. Arlyn Lopez Cedeño
22. Ninette Serrano Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

23. Ana C. Fuentes Tejada

24. Ana D. Nieves Velez

25. Benjamin Arocho Arocho

26. Rosa D. Diaz Caraballo

27. Maria M. Cabrera Aviles

28. Carmen D. Lozada Cruz

29. Ana Lourdes Muñoz Rivera

30. Juan de Jesus Justiniano

31. Evelyn Salgado Negron

32. Pedro Pares Figueroa

33. Nilda Bobe Feliciano

34. Margarita M. Torres Rodriguez

35. Bienvenido Valentin Ramos

36. Flor Zayas de Navarro

37. Mayra Rivera Medina

38. Iris M. Rios Padro

39. Judith B. Cortes Perez

40. Nancy L. Calderon Parrilla

41. Nelly C. Torres Huertas

42. Albert Pagan Diaz

43. Teresa A. de la Haba

44. Maria M. Cabrera Aviles

45. Sylvia Alvarez Rodriguez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

46. Norma Ortiz Rodriguez

47. Josefina Morales Torres

48. Maria Dolores Rodriguez Becerra

49. Virgen Miranda Cartagena

50. Jose Luis Mendez Quiñones

Dated: August 6, 2021