Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _48531_

Nature of Claim: _Sobre Sistema de Retiro_

By: _Sandra I. Quinones Pinto_
    Signature

_Sandra I. Quinones Pinto_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation. in *In re
Commonwealth of Puerto Rico*, Case No. 17-BK-3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RETURN RECEIPT REQUESTED

Sandra L. Quiñones Pinto
urb. Coco Beach
Huevra 508 Rio Grande PR 00745

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 03, 21
AMOUNT
$6.45
R2304M110206-03

CERTIFIED MAIL

7009 3410 0001 1737 7129

United State District Court
clerk office
150 ave. Carlos Chardón
Ste. 150
San Juan PR 00918-1767

SAN JUAN PR 009

AUG 03 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ # 14218 _____

Nature of Claim: _____ John sistema De Filero _____

By: _Ivonne Rosario Lop_
Signature

_Ivonne E. Rosario López_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)

Ivonne E. Rosario López
Urb. El Conquistador
Ave. Hernán Cortes A-5
Trujillo Alto, Puerto Rico
00976

**CERTIFIED MAIL**

7011 1570 0002 2220 7542

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 03, 21
AMOUNT
**$6.45**
R2304M11020G-03

SAN JUAN PR 600   PM 1 1   3 AUG 2021

United State District Court Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AT THE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG -5 PM 5:25

AUG 03 2021
SAN JUAN, PR 00936

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _TORO GONZALEZ, GLADYS_

Participant's Address: _St 2 #316 Jardines Caribe Ponce PR._
                                                            _00728_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA (Ley 89)_

By: _Gladys Toro Gonzalez_
Signature

_GLADYS TORO Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

August 3 2021

To whom may concerned:

I, Gladys Toro Gonzalez; start working in 1974 and Retired in 2004. Work in Dept. of Health at Ponce Psychiatric Hospital, in Ponce P.R.

In 1989, The Governor Carlos Romero Barcelo Increased our wage monthly $30.00 more. Never give us The Agency. Was call LAW 89.

That was paid to The Dept of Justice and Dept of Policies. But not to us.

That is The Demand. Our Reason, is a Debt to us.

Thank's For your attention.

ASSMCA Agency
SEg Soc 0780
Employee #225788

Lebt 15 years of
$30.00 monthly

Gladys Toro Gonzalez
Gladys Toro Gonzalez
Case #17 BK 3283-LTS
Jardines del Caribe
St 2 #316
Ponce, P.R. 00728



GLADYS TORO
ST2 # 316
URB. JARDINES DE CARIBE
Ponce, P.R. 00728

CERTIFIED MAIL

7020 1290 0000 8370 1009

SAN JUAN PR 009
3 AUG 2021 PM 1

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
AUG 03, 21
AMOUNT
$7.00
R2305K134027-14
1000
00918

Discovery Notice To The Court's AT:
United States District Court
CLERKS OFFICE
150 Ave. Carlos Chardon Ste 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma Enid Alvarado López

Participant's Address: HC 01 Box: 6101

Participant's Email Address: Aibonito, P.R. 00705

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 147952

Nature of Claim: Public Employee Claim - Retiro

By: Norma E. Alvarado López
   Signature

Norma E. Alvarado López
   Print Name

_____
   Title (if Participant is not an individual)

August 3, 2021
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Enid Alvarado López
H.C. 01 Box 6101
Aibonito, P.R., 00705

RECE...
CL... OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AUG -5 PM 3:26

00918

U.S. POSTAGE PAID
FCM. LETTER
AIBONITO, PR
00705
AUG 03, '21
AMOUNT
$7.00
R2304N11803I-03

SAN JUAN PR 009    3 AUG 2021 PM 4 L

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7018 0360 0000 2313 3584

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nellie M. Serrano Cruz*

Participant's Address: *HC 02 Box 5240 Comerio PR 00782*

Participant's Email Address: *n.elliem123@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *110474*

Nature of Claim: *Public Employee and Pension /Retiree Claims*

By: *Nellie M Serrano*
Signature

*Nellie M. Serrano Cruz*
Print Name

_____
Title (if Participant is not an individual)

*August 5th 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nellie M Serrano Cruz
HC 2 Box 5240
Comerio, PR 00782

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 3 26

00918-170625

To: United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767.

7019 0160 0000 1550 3006

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00782
AUG 04, 21
AMOUNT
$7.00
R2304H109164-06

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andújar Arroyo, Víctor A._

Participant's Address: _Sector Mogote. Calle B 16 Cayey PR. 00736_

Participant's Email Address: _alexis 77 andujar @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10877_

Nature of Claim: _Aportation to pension plan and retiree_

By: _Víctor A. Andújar Arroyo_
    Signature

_Andújar Arroyo, Víctor A._
Print Name

_____
Title (if Participant is not an individual)

_August 4 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Victor A. Andújar Arroyo
Sector Mogote
Calle B #16
Cayey, PR 00736

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 26

CERTIFIED MAIL

7021 0950 0001 5357 6146

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-176625

U.S. POSTAGE PAID
FCM LETTER
CIDRA, PR
00739
AUG 04, '21
AMOUNT
$4.15
R2304M113360-09

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Andújar Arroyo, Víctor A.*

Participant's Address: *Sector Mogote Calle B 16 Cayey P.R. 00736*

Participant's Email Address: *alexis77andujar@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *10727*

Nature of Claim: *Aportation to pension plan and retiree*

By: *[signature]*
Signature

*Andújar Arroyo, Víctor A.*
Print Name

_____
Title (if Participant is not an individual)

*August 4 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2021 AUG -5 PM 5: 26

SAN JU
U.S. DISTRI...
CLERK'S
RECEIVED /



Victor A. Andújar Arroyo
Sector Mogote
Calle B #16
Cayey, PR 00736

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:26

00918-1706525

7021 0950 0001 5357 6153

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CORALES, PR
00739
AUG 04, 21
AMOUNT
$4.15
R2304M113360-09

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAMón Pérez Maestrc_

Participant's Address: _U26. Villa Rita Calle 3 - G - 8_
_San Sebastián PR 00685_

Participant's Email Address: _Contabilidadclasra@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169866_

Nature of Claim: _Debts Claimed Depaet ment of Agriculture_

By: _Ramón Pérez Maestrc_
Signature

_Rómsós Pérez Maestrm_
Print Name

_____
Title (if Participant is not an individual)

_7/30/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RAMON PEREZ MAESTRE
UFB VILLA RITA
CALLE 3 - G - 8
SAN SEBASTIAN, PR 00685

7020 1810 0001 4314 4578

CERTIFIED MAIL

DISCOVERY NOITICE COURT'S CLERK'S OFFICE
AT:
UNITED STATE DISTRICT COURT, CLEK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
AUG 03, 21
AMOUNT
$4.15
R2304E105809-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Judith Ortiz Diaz_

Participant's Address: _RR 01 Box 2138 Cidra, P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17590-1_

Nature of Claim: _Empleado Público + Jubilacion_

By: _Judith Ortiz Diaz_
   Signature

_Judith Ortiz Diaz_
Print Name

_____
Title (if Participant is not an individual)

_4 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United</u> States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith Ortiz Díaz
RR 01 Box 2138
Cidra, P.R.
00739

7021 0950 0001 5357 7285

CERTIFIED MAIL

AND FILED
OFFICE
CT COURT

United States District Court
Clerks office 150 Ave.
Carlos Chardon Ste. 150
San Juan P.R. 00918 —
1767

00918-170625

U.S. POSTAGE PAID
FCM LETTER
CIDRA, PR
00739
AUG 04, 21
AMOUNT
$6.45
R2304M114290-15

SAN JUAN PR   009

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alba Nydia Ilarraza Dávila*

Participant's Address: *PO Box 84, Dorado PR 00646-0084*

Participant's Email Address: *albanydia1265@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *153466*

Nature of Claim: *During the years as governor of the Puerto Rico Commonwealth of Puerto Rico, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 Know as Law 89. He never honored the salary increase. (Labor Law 89 of salary scale 144) The amount owed is $24,073.00*

By: *Alba Nydia Ilarraza Dávila*
Signature

*Alba Nydia Ilarraza Dávila*
Print Name

_____
Title (if Participant is not an individual)

*august 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba Nydia Ilarraza Dávila
PO Box 84
Dorado, P.R. 00646-0084

CLERK'S
U.S. DISTRIC
SAN JU...

5- AUG 1...

21

00918-170625

7020 3160 0001 3860 0146

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR. 00918-1767





1000

00918

R2307M152654-23

U.S. POSTAGE PAI...
FCM LETTER
DORADO, PR
AUG 03, 21
AMOUNT

$7.00

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Ernesto Marrero Rivera_

Participant's Address: _Urb. Martorell B-9 c/e Luis M. Rivera Dorado, P.R 00446_

Participant's Email Address: _alfonsoiveyo1@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III Commonwealth of P.R._

By: _José E. Marrero Rivera_
   Signature

_José E Marrero Rivera_
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Marrero Rivera
Martorell B-9
C/e Luis M. Rivera
Dorado, P.R. 00646

CLERK'S OFFICE
DISTRICT C[OURT]
SAN JUAN, [PR]

AUG 5-PM

00918-1706.25

7020 3160 0001 3859 6593

CERTIFIED MAIL

United States District Court
Clerk's office
150 Ave. Carlos Chardo ste 150
San Juan, P.R. 00 918-1747





U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 03, 21
AMOUNT
$7.00
R2306K141669-04

1000

00918

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              *14453*

Nature of Claim:        *SOBRE SISTEMA DE RETIRO*

By:    *David Rodríguez Santana*
       Signature

       *DAVID RODRÍGUEZ SANTANA*
       Print Name

       _____
       Title (if Participant is not an individual)

       *3 DE AGOSTO DE 2021*
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)



DAVID RODRIGUEZ SANTANA
COND EL PONCE DE LEON
274 CALLE CANALS APT 204
SAN JUAN, PR 00907

RETURN RECEIPT
REQUESTED

USPS

CERTIFIED MAIL

7011 1570 0002 2220 7429

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 03, 21
AMOUNT
$6.45
R2304M110206-03

UNITED STATE DISTRIC COURT, CLERK OFFICE
150 AVE CARLOS CHARDON
STE. 150
SAN JUAN, PR 00918-1767

AUG 03 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrian Lisbell Avilés Estrada_

Participant's Address: _Box 996_

Participant's Email Address: _myriamaviles03@gmail.com_

Name of Counsel: _Estado Libre Asociado de P.R. ~ Departamento de Educación_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 87967_

Nature of Claim: _Public Employee Claim_

By: _Myrian L. Avl Estel_
Signature

_Myrian L Avilés Estrada_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Myriam L. Avilés Estrada   #87967
Box 996
San Germán, P.R.
00683

SAN JUAN PR 009
3 AUG 2021 PM 1 L

7021 0350 0000 0600 0555

CERTIFIED MAIL®

United States District Court
Clerk's Office, 150 Ave. Carlos Charden Ste. 150
San Juan, P.R.
00918-1767

U.S. POSTAGE PAID
FCM LG ENV
00680
MAYAGUEZ, PR
AUG 03 21
AMOUNT
$6.45

1000

2021 AUG 5 PM 5:27

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael A. Camarguillo Niures_

Participant's Address: _Urb. Los Sueños 5, Calle Ammiya Gurabo P.R. 00778-7800_

Participant's Email Address: _rcamarguillonieves@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _15774_

Nature of Claim: _Pension/Retiree_

By: _Rafael A. Camarguillo_
Signature

_Rafael A. Camarguillo_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael A. Carrasquillo
Ulb. Los Suenos 5, Calle Armonia
Gurabo, P.R. 00778-7800

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

FILED
OFFICE
COURT
PR
CLERK
U.S. DIST.
SAN J
2021 AUG -5   1:5 27

7020 1810 0000 3025 1402

CERTIFIED MAIL®







U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778
AUG 03, 21
AMOUNT



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael A. Carrasquillo Nieves_

Participant's Address: _Urb. Los Sueños 5. Calle Armonía Guvabo P.R._ _00778-7800_

Participant's Email Address: _rcarrasquillonieves@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16280_

Nature of Claim: _Pension/Retiree_

By: _Rafael A. Carrasquillo_
Signature

_Rafael A. Carrasquillo_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael A. Camaguio
Urb. Los Sueños 5, Calle Armonía
Gurabo, P.R. 00778-7800

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:27

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

7020 1810 0000 3025 1419

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Urma U. Ortiz Colón_

Participant's Address: _Villa Universitaria Sector Pueblito Calle 2 K18 Humacao, PR 00791_

Participant's Email Address: _lisylozada@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173379_

Nature of Claim: _Unpaid wages ccd. "the Romero"_

By: _Irma I. Ortiz Colón_
Signature

_Urma U. Ortiz Colón_
Print Name

_____
Title (if Participant is not an individual)

_30 Julio 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alma L. Ortíz Colón
Urb. Villa Universitaria
Calle 2 K18 Sect. Pueblito
Humacao, PR 00791

**CERTIFIED MAIL**

7020 3160 0001 2187 2734

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste: 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
AUG 03, 21
AMOUNT
**$7.00**
R2305K136531-03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____42225_____

Nature of Claim: _____Sobre Sistema de Retiro_____

By: _____Linda Dumont Guzman_____
Signature

_____Linda N. Dumont Guzman_____
Print Name

_____
Title (if Participant is not an individual)

_____03/agosto/2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Linda Dumont Guzman
Lissa Bayamon C-45 Bldg #2 #11
Bayamon P.R. 00961

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 03, 21
AMOUNT
$6.45
R2304M11020G-03

00918

CERTIFIED MAIL™

7011 1570 0002 2220 7443

United States District Court Clerk Office
150. Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sigfredo Jiménez Jiménez_

Participant's Address: _Hc 07 Box 76646_

Participant's Email Address: _ContabilidadClasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169802_

Nature of Claim: _Debts Claim Department of Agriculture_

By: _(signature)_
Signature

_Sigfredo Jiménez_
Print Name

_Self Claiman_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SIGFREDO JIMENEZ JIMENEZ
HC 7 BOX 76646
SAN SEBSASTIAN PR 00685

7020 1290 0000 0879 2212

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:28

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan B Rodríguez Díaz_

Participant's Address: _Villas de Buenaventura #253 Yabucoa PR00767_

Participant's Email Address: _____

Name of Counsel: _Carmen B Rodríguez Cuadrado_

Address of Counsel: _Villas de Buenaventura # 253 Yabucoa PR 00767_

Email Address of Counsel: _carmen.rodriguez17@upr.edu_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172978_

Nature of Claim: _Pension / unpaid wages_

By: _[signature]_
Signature

_Carmen B Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_2/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen B. Rodriguez Cuadrado
Villa del Buenaventura 4253
Yabucoa, P.R. 00767

RECEIVED
CLERK
U.S. DISTRICT
SAN JUAN

2021 AUG -5 PH 2:28

00918-1706.25

7020 3160 0001 2187 3762

AMOUNT
$6.45
R2306H130419-04

United States District Court,
Clerks Office 150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brinela Torres Benvenutti_

Participant's Address: _P.O. BOX 938, Salinas P.R 00751-0938_

Participant's Email Address: _brinie_07@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59160_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _BLJBtti_
   Signature

_Brinele Torres Benvenutti_
Print Name

_____
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7018 3090 0001 7299 6684

Pamela Torres Benemotti
P.O. Box 938
Sabino P.R 00751-0938

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5:20

Discovery Notice to the Courts Clerk office
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

00918-170625

U.S. POSTAGE PAID
AGM RATE, PR
00704
AUG 04, 21
AMOUNT

$4.15
R2305E1 23298-03

1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Robles Machado_

Participant's Address: _Bo. Palo Alto, 53 suite 2, Manati, P.R._ _00674_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _· 161640_

Nature of Claim: _A was a public employee from 1965-1997, in the state of Puerto Rico. In the decade 70 from 80, there was in salary incrice with was note a war fee to my salary. For cause in my tension a retired elementary teacher employee it is not contemplated._

By: _Maria M. Robles Machado._
Signature

_Maria M. Robles Machado_
Print Name

_NA._
Title (if Participant is not an individual)

_30 julio, 2021 (July 30, 2021)_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Robles Machado
Bo. Palo Alto 53 Suite 2
Manati, Puerto Rico 00674.

CERTIFIED MAIL

7021 1970 0000 7933 6078

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MANATI, PR
AUG 43, 21
AMOUNT
$4.15
R2305K134648-11



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anebis    Nevárez    Marrero_

Participant's Address: _Boulevard Nogal P-1 Quintas Dorado, Dorado PR 00646_

Participant's Email Address: _anebisnevarez1962 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57279_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _____
    Signature

_Anebis  Nevárez  Marrero_
Print Name

_____
Title (if Participant is not an individual)

_august  2nd  2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Anebis Nevarez Marrero
Boulevard Noga l P-1
Quintas de Dorado
Dorado, PR
00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arlyn López Cedeño_

Participant's Address: _Urb. Villa Marina A-91 Calle 1, Guabo PR 00778_

Participant's Email Address: _arlynlopezcedeno @ outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS ( 108615 )_

Nature of Claim: _Promesa Title III The Commonwealth of Puerto Rico_

By: _Arlyn López Cedeño_
Signature

_Arlyn López Cedeño_
Print Name

_____
Title (if Participant is not an individual)

_7/30/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 108114 | MOJICA REYES, SILAYKA I. | Pension/Retiree Claims | $120,166.10 |
| 108121 | RAMIREZ ROSARIO, MARIA E. | Pension/Retiree Claims | $50,997.00 |
| 108205 | PACHECO LOPEZ, MEIDA M. | Pension/Retiree Claims | $61,000.00 |
| 108222 | MERCED, VICTOR M. | Pension/Retiree Claims | $111,970.40 |
| 108274 | ARMENTEROS, CIPRIANO | Pension/Retiree Claims | $75,000.00 |
| 108298 | MONTES GOMEZ, LEONARDO | Pension/Retiree Claims | $56,849.05 |
| 108310 | VELEZ ALVAREZ, MAYRA | Pension/Retiree Claims | $60,440.57 |
| 108334 | VAZQUEZ HERNANDEZ, LUZ N. | Pension/Retiree Claims | $61,336.70 |
| 108355 | TAPIA MALDONADO, CARMEN | Pension/Retiree Claims | $94,823.84 |
| 108370 | ENCARNACION HERNANDEZ, MARISOL | Pension/Retiree Claims | $75,000.00 |
| 108395 | PEREZ MARQUEZ, JANNETTE | Pension/Retiree Claims | $72,039.52 |
| 108413 | RIVERA BERRIOS, MARIA I. | Pension/Retiree Claims | $79,111.48 |
| 108415 | RESTO JR, NATANAEL | Pension/Retiree Claims | $65,000.00 |
| 108421 | GOLDEROS VEGA, ALFONSO | Pension/Retiree Claims | $132,262.87 |
| 108438 | TORRES COLON, ELBA LEVY | Pension/Retiree Claims | $15,000.00 |
| 108520 | RIVERA, EVELYN | Pension/Retiree Claims | $66,000.00 |
| 108532 | MARCON PARRILLA, DAMARIS | Pension/Retiree Claims | $39,597.35 |
| 108544 | CINTRON SANTIAGO, JUAN JOSE | Pension/Retiree Claims | $75,000.00 |
| 108560 | AGOSTO ORTIZ, MIRNALY | Pension/Retiree Claims | $61,965.81 |
| 108573 | DAVILA RIVERA, CARMEN M. | Pension/Retiree Claims | $0.00 |
| 108574 | AYALA SANTIAGO, ANA M. | Pension/Retiree Claims | $59,791.11 |
| 108575 | PRADO HERNANDEZ, CARY MAR | Pension/Retiree Claims | $9,110.28 |
| 108579 | COLON VAZQUEZ, RAUL M. | Pension/Retiree Claims | $92,627.75 |
| 108615 | LOPEZ CEDENO, ARLYN | Pension/Retiree Claims | $60,108.48 |
| 108638 | CRUZ MELENDEZ, MARIA V. | Pension/Retiree Claims | $0.00 |
| 108655 | MEDERO APONTE, CARLOS ALBERTO | Pension/Retiree Claims | $104,756.28 |
| 108661 | RODRIGUEZ BENITEZ, ANA I | Pension/Retiree Claims | $35,857.54 |
| 108776 | RAMIREZ LOPEZ, ASLIN MARIA | Pension/Retiree Claims | $75,000.00 |
| 108826 | BAEZ PEREZ, WANDA I. | Pension/Retiree Claims | $99,145.52 |
| 108858 | FUENTES VALCARCEL, ANDRALIS | Pension/Retiree Claims | $0.00 |
| 108918 | GONZALEZ PEREZ, JORGE | Pension/Retiree Claims | $84,019.21 |
| 109004 | CORTIJO JORGE, ANA D. | Pension/Retiree Claims | $62,177.99 |
| 109037 | JIMENEZ SUAREZ, ANA H | Pension/Retiree Claims | $54,910.76 |
| 109039 | VELAZQUEZ SAEZ, BRINDIS M. | Pension/Retiree Claims | $36,509.92 |
| 109152 | ORTIZ GONZALEZ, CARLOS R. | Pension/Retiree Claims | $52,903.36 |
| 109163 | GONZALEZ-NIEVES, ALFREDO | Pension/Retiree Claims | $77,353.17 |
| 109166 | MARTINEZ PEREZ, ALFREDO | Pension/Retiree Claims | $104,925.72 |
| 109171 | SANTIAGO MALARET, LUIS A. | Pension/Retiree Claims | $123,660.86 |
| 109172 | PANELL MORALES, MYRIAM | Pension/Retiree Claims | $0.00 |
| 109183 | SANTIAGO NEGRON, MIGDALIA | Pension/Retiree Claims | $0.00 |
| 109194 | GONZALEZ BERGODERE, AIDA I. | Pension/Retiree Claims | $71,940.48 |
| 109207 | HERNANDEZ COLON, MILDRED | Pension/Retiree Claims | $22,757.52 |
| 109221 | RIVERA NIEVES, VICTOR | Pension/Retiree Claims | $55,087.00 |
| 109245 | RIVERA CAMACHO, MYRNA L | Pension/Retiree Claims | $90,425.41 |
| 109252 | JIMENEZ ALAMEDA, VILMA W. | Pension/Retiree Claims | $100,410.56 |
| 109276 | RODRIGUEZ OJEDA, LILLIAM | Pension/Retiree Claims | $57,424.98 |
| 109328 | RAMOS RODRIGUEZ, ROSA N. | Pension/Retiree Claims | $77,228.82 |
| 109337 | DA MARRERO, DAVID | Pension/Retiree Claims | $100,162.08 |
| 109350 | GONZALEZ, LUIS C | Pension/Retiree Claims | $92,000.00 |

Aelyn Lopez Cordero
Urb. Villa Marina A-91 Calle 1
Gurabo, PR 00778

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG -5 PM 5: 29

00918-1706.25

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ninette Serrano Rivera_

Participant's Address: _Estancias Chalets 193 C/Tortosa Apt. 75 San Juan P.R 00926_

Participant's Email Address: _ninette_serrano @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Ninette Serrano Rivera_
    Signature

_Ninette Serrano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 1, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ninette Serrano
Estancias chalets 193
calle Tortosa, Apt. 75
S.J. P.R. 00924.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 29

00918-170625

SAN JUAN PR 009
4 AUG 2021 PM 2  L

Discovery Notice to the court's Clerk's office at:
United States District court's Clerk's office
150 Ave. Carlos chardon Ste. 150
San Juan, P.R 00918 - 17607

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  *Ana C. Fuentes-Tejada*

Participant's Address:  *16737 NW 14th Court Pembroke Pines, FL 33028*

Participant's Email Address:  *ateacher17@aol.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *174753*

Nature of Claim:  *in reference to the Commonwealth of Puerto Rico
Ley Promesa (Ley 89 El Romerazo 1980 - 2008)
Ley 96 sila
Case #17-03283*

By:  *Ana C. Fuentes-Tejada*
Signature

*Ana C. Fuentes-Tejada*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ana Tejada
16737 NW 14th Ct
Pembroke Pnes FL 33028-1368

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918 - 1767

00918-170625

MIAMI FL 330
2 AUG 2021 · PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana D. Nieves Velez

Participant's Address: Urb Los Maestros 474 Calle Jaime Drew San Juan PR 00923

Participant's Email Address: adnv36@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 48692

Nature of Claim: Pension / Retiree Claims

By: Ana DNV
Signature

Ana D. Nieves Velez
Print Name

Analista de Recursos Humanos III
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana D. Nieves Vélez
Urb. Las Maestras 474
Calle Jaime Drew
San Juan PR 00923

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

21 AUG 5 PM 5:29

00918-1706825

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan PR 00918-1741

4 AUG 2021   PM 2   L

SAN JUAN PR   009



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Benjamin Arocho Arocho_

Participant's Address: _HC 6 Box 17165 San Sebastian PR 00685_

Participant's Email Address: _Contabilidad Clasea @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169 868_

Nature of Claim: _Debts Claim Department of Agriculture_

By: _Benjamin Arocho Arocho_
    Signature

_Benjamin Arocho_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_7/30/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BENJAMIN AROCHO AROCHO
HC 6 BOX 17165
SAN SEBASTIAN PR 00685

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG -5 PM 2: 29

DISCOVERY NOTICE TO THE COURT'S CLERK'S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

SAN JUAN PR 009
4 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa, D. Diaz-Caraballo_

Participant's Address: _Calle 2 C-4 Villas de Loiza_
_Canovanas, P.R 00729_

Participant's Email Address: _N/A_

Name of Counsel: _U/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _Promesa Title III_

By: _Rosa Veloz Caraballo_
Signature

_Rosa, D. Diaz-Caraballo_
Print Name

_____
Title (if Participant is not an individual)

_7/30/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 29

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767

4 AUG 2021   PM 2   L

SAN JUAN PR   009



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Cabrera Avil's_

Participant's Address: _Calle Hostos # 10 Juana Diaz P.R. 00795_

Participant's Email Address: _ChelaCabrera@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82719_

Nature of Claim: _Im Cleming the money, that I was to recived, during the tyme, I was working of departmen of aducation Of Puerto Rico._

By: _Maria M. Cabrera Avil's_
Signature

_Maria M. Cabrera Avil's_
Print Name

_____
Title (if Participant is not an individual)

_Agoto 3, 2031_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Cabrera Aviles
Calle Abastos #10
Juana Diaz, P.R.
00795

claim 83719

SAN JUAN PR  009
3 AUG 2021  PM 1  L

RECEIVED & FILED

2021 AUG 25 PM 1:13
CLERK'S OFFICE
U.S. DIST. COURT
SAN

United States District Court,
Clerk's Office, 150 Ave
Chardon Ste 150 San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen D. Lozada Cruz_

Participant's Address: _PMB. 382 P.O Box 1283 San Lorenzo, PR 00754_

Participant's Email Address: _Carmenlcpr52@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Carmen D. Lozada Cruz_
Signature

_Camden D. Lozada Cruz_
Print Name

_____
Title (if Participant is not an individual)

_4/ 8/ 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen D. Logada Cruz

P.M.B. 382
P.O. Box 1283
San Lorenzo P.R. 00754

00918-170399

RECEIVED & FILED
14 AUG 2021
2021 AUG -5 PM 5:19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

United States District Court, Clerk's
150 Ave. Carlos Chardon Ste Office
150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Lourdes Muñoz Rivera_

Participant's Address: _Urb. La Guadalupe calle Amapola #880_
_Ponce P.R. 00730 - 4338_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _— 89829_

Nature of Claim: _Ley 12 El Romeroso_

By: _Ana Lourdes Muñoz Rivera_
Signature

_Ana Lourdes Muñoz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_agosto 04 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Ana Lourdes Muñoz Rivera
Urb. La Guadalupe
Calle Amapola #580
Ponce P.R. 00730-4338

To. Court's Clerk's office at
United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste 150
SAn JuAn P.R. 00918 - 1767

(Case #17-BK-3283-LTS)

00918-170625

SAN JU
4 AUG 20

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan de Jesús Justiniano_

Participant's Address: _HC 06 Box 2459. Ponce, P.R 00731_

Participant's Email Address: _Priscila Cintrón 6781@gm com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1 2 4 2 4 9_

Nature of Claim: _____

By: _(signature)_
Signature

_Juan de Jesús Justiniano_
Print Name

_____
Title (if Participant is not an individual)

_2 / agosto  2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan de Jesús Justiniano
HCOC Box 8459
Ponce, P.R. 00731-9687

SAN JUAN PR 009
4 AUG 2021 PM 2 L

2021 AUG -5 PM 2 17
RECEIVED & FILED

United STATES District Court
Clerk's OFFice, 150 Ave. Carlos Chardon, Ste
San Juan, P.R. 00918-1767

00918-170399

00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Salgado Negron_

Participant's Address: _P.D. Box 3473 Vega Alta_

Participant's Email Address: _evesalgado0510 @ gmial.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _# 65863_

By: _Evelyn Salgado_
   Signature

_Evelyn Salgado_
Print Name

_____
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Salgado Negron
P. O BOX 3473
Vega Alta P.R.
00692

SAN JUAN PR  009
4 AUG 2021  PM 2  L

USA FOREVER

RECEIVED & FILED
2021 AUG -5 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150 Ave
Carlos Chardon St 150
San Juan P R

00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _PEDRO PARÉS FIGUEROA_

Participant's Address: _18 CAMINO LOS FIGUERDA, SAN JUAN, P.R. 00926_

Participant's Email Address: _pedropares 1959 @ GMAIL. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_PEDRO PARÉS FIGUEROA_
Print Name

_[signature]_
Title (if Participant is not an individual)

_AUGUST 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Parés Figueroa
18 Camino Los Figueroa
San Juan, P.R. 00926-9544

SAN JUAN PR 009

4 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -5 PM 5:17
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170399

United States District Court,
Clerk's office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:   Nilda Bobé Feliciano

Participant's Address:   HC2 Box 8372 Hormigueros, Puerto Rico 00660

Participant's Email Address:   nilda.bobe@gmail.com

Name of Counsel:   ____

Address of Counsel:   ____

Email Address of Counsel:   ____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   172021

Nature of Claim:   ____

By:   _Nilda Bobé Feliciano_
     Signature

     Nilda Bobé Feliciano
     Print Name

     ____
     Title (if Participant is not an individual)

     2 de agosto de 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilda Bobé Feliciano
HC 2 Box 8372
Hormigueros, Puerto Rico 00660

RECEIVED & FILED
2021 AUG -5 PM 5: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR  009
4 AUG 2021  PM 2  L



United States District Court
Clerk's office 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:    Margarita M. Torres Rodríguez

Participant's Address:    Estancias del Golf, Luis A. Morales 646
Ponce. P.R. 00730,

Participant's Email Address:    gary14378@ yahoo.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    157272

Nature of Claim:    Accumulated retirement contributions from
the department of Education

By:    _Margarita M. Torres Rodríguez_
        Signature

Margarita M. Torres Rodríguez
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Margarita Rosa
Estancias del Golf # 646
Ponce P.R. 00730

To: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918- 1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L

00918470399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Bienvenido Valentín Ramos_

Participant's Address: _HC 04 Box 43296 Lares PR 00669_

Participant's Email Address: _bienvenido.valentin1480@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11530_

Nature of Claim: _Overtime Charging_

By: _[signature]_
Signature

_Bienvenido Valentin Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HC 04 Box 43296

Lares P.R. 00669

RECEIVED & FILED
2021 AUG -5  PM 5: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1703G99

SAN JUAN PR 009
4 AUG 2021 · PM 2 · L

USA ★ FOREVER

United States District Court Clerk's
Office  150 Ave. Carlos Chardon Ste.
150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Flor Zayas de Navarro*

Participant's Address: *C-29 Eclipse St   Urb. Anaida*

Participant's Email Address: *florzayas @ hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NOT AVAILABLE*

Nature of Claim: *Invested $10,000 in P.R. GO*

By: *Flor G. Navarro*
   Signature

*Flor Z. Navarro*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Flor G. Pacheco
c-34 Calle Eclipse - Quadre
Ponce, PR 00716

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG -5 PM 5: 17

00918-170399

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra Rivera Medina_

Participant's Address: _Urb. Villa Fontana 2RL17B via 7 Carolina PR 00983_

Participant's Email Address: _mayrarivera72.mrm @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _27173_

Nature of Claim: _Pension / retiree claims_

By: _Mayra Rivera Medina_
Signature

_Mayra Rivera Medina_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayra Rivera Medina
Urb. Villa Fontane
2RL 178 via 7
Carolina PR 00983

RECEIVED & FILED

2021 NOV -5 PM 3:16
U.S. DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Carlo Chardon Ste. 150
San Juan, PR 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Inis M Rios Padro_

Participant's Address: _Calle B 45 Snta Mona Sal 6de 00637-2044_

Participant's Email Address: _iponce 1237 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Inis Rios Padro_
Signature

_Inis Rios Padro_
Print Name

_____
Title (if Participant is not an individual)

_3 agto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Rios Padro
Calle B 45
Anita Marie
Salm Colmde P.R.
00637-2044

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -5 PM 3:16

Court's Clerk's Office
United State District Court
Clerk's Office 150 Ave. Carlo
Chardon Ste. 150 M Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Judith B. Cortés Pérez_

Participant's Address: _HC 06 Box 4848 Ponce 00780_

Participant's Email Address: _judithbinda cortes @ gmail.com_

Name of Counsel: _Im dont have counsel representation_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175164_

Nature of Claim: _Tittle III proceedingns under Promesa_

By: _Judith B. Cortés_
Signature

_Judith B. Cortes_
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Judith B. Cortés
HC 06 Box 4848
Ponce P.R 00780

RECEIVED & FILED

2021 AUG -5 PM 5:16

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR OO

3 AUG 2021   PM 1

United States District Court,
Clerk's Office, 150 Ave.,
Carlos Chardon Ste.
150 San Juan P R
00 918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Calderon Parrilla, Nancy L.   (Retiree)_

Participant's Address: _Villa Fontana  2JL #441 via 13 Carolina PR 00983_

Participant's Email Address: _calderonnancy@yahoomail.com_

Name of Counsel: _N/A_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 41714_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _(signature)_
Signature

_Calderon Parrilla, Nancy L._
Print Name

_—_
Title (if Participant is not an individual)

_August 1st 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Calderin
Villa Fontana
2TL 441 Via 13
Caroline PR 00983

RECEIVED & FILED
2021 AUG -5 PM 5: 91

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-170625

US District Court Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelly C. Torres Huertas_

Participant's Address: _Urb. Jardines Cerro Gordo c/6 B-47 San Lorenzo P.R._
                        _00754_

Participant's Email Address: _ana.memtorres@gmail.com_

Name of Counsel: _Na_

Address of Counsel: _Na_

Email Address of Counsel: _Na_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44547_

Nature of Claim: _Incorrect payment of minimum wage_

By: _Nelly C Tans Huertas_
Signature

_Nelly C Torres Huertas_
Print Name

_—_
Title (if Participant is not an individual)

_07/29/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelly C Senas Huerta
Urb. Jardines de Cerro Gordo
calle 6 B - 47
San Lorenzo PR 00754

RECEIVED & FILED

2021 AUG -5 PM 5:16

U.S. DISTRICT COURT
SAN JUAN P.

00918-1706625

Court' Clerk Office
United States District Court
Clerk's Office
150 Ave Carlos Chardón
Ste 150, San Juan PR
00918-1767

SAN JUAN PR   009

3 AUG 2021   PM 1   L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Albert Pagan Diaz_

Participant's Address: _PO Box 926, Dorado, PR 00646-0926_

Participant's Email Address: _albert_prtc@yahoo.com_

Name of Counsel: _N/a_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177924_

Nature of Claim: _I am claiming money owed to me as employee under law 89 #49762 law 96-law 164 #96621_

By: _Albert Pagan Diaz_
Signature

_Albert Pagan Diaz_
Print Name

_____
Title (if Participant is not an individual)

_August 02, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Albert Pagán Díaz
PO Box 926
Dorado, PR. 00646-0926

RECEIVED & FILED

2021 NOV -5 PM 4:15

SAN JUAN PR   009
3 AUG 2021   PM 1 · L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Suite 150
San Juan, PR. 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa A. de la Haba_

Participant's Address: _Cond. Plaza Grande-1 Calle Taft apt 16 E_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Teresa A. de la Haba_
Signature

_Teresa A. de la Haba_
Print Name

_Investor_
Title (if Participant is not an individual)

_8 - 2 - 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Teresa De La Isleta
16E Calle Taft # 1
San Juan, PR 00911-

RECEIVED & FILED

2021 AUG -5 PM 5:16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00916-170625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

U.S. District Court - Clerk's Office
150 Carlos Chardón - Ste, 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Cabrera Avilés_

Participant's Address: _Calle Hostos #10 Juana Diaz P.R. 00795_

Participant's Email Address: _Chedacabrero@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108955_

Nature of Claim: _Im claming the money, that I was to recived during the time, I was working for Department of Education of PuertoRico_

By: _Maria M. Cabrera Avilés_
Signature

_Maria M. Cabrera Avilés_
Print Name

_____
Title (if Participant is not an individual)

_Agust 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria Rg Cabrera
Calle Abstos #120
Juana Diaz, P.R.
00795

Claim # 10 8955

99998:88300

United State Distric Court
Clerk's Office 150 Ave
Carlos Chardon Ste,
San Juan P.R. 00918

RECEIVED & FILED

21 AUG -5 PM 5:16

SAN JUAN PR 009
3 AUG 2021 PM 1

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Alvarez Rodriguez_

Participant's Address: _St. 53 #2 Inocencio Cruz, Carolina P.R 00985_

Participant's Email Address: _ocean10pr@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103746_

Nature of Claim: _Public Employee Claims_

By: _Sylvia Alvarez Rodriguez_
Signature

_Sylvia Alvarez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_08/04/2021 - August 04, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Alvarez Rodriguez
St 53 #2 Inocencio Cruz
Villa Carolina Carolina
P.R. 00985

To: Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R.
00918-1767

CLERK'S...
S. DIST...
SAN J...

2021 AUG -5 AM 9:15

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Ortiz Rodriguez_

Participant's Address: _RR-01 B2N. 2291, Cidra, P.R 00739_

Participant's Email Address: _normaor450@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129859_

Nature of Claim: _Law #96 money allocate was not accredited_

By: _[signature]_
Signature

_Norma Ortiz Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_2/8/2021_
Date

[Stamp: CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. — 2021 AUG -5 PM 5:15 — RECEIVED & FILED]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Ortiz Rodriguez
RR01 - B2N 2291
Cidra PR 00739

RECEIVED & FILED
2021 AUG -5 PM 5:15
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-1706625

SAN JUAN PR  009
3 AUG 2021  PM 1 L

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josefina Morales Torres_

Participant's Address: _Parcelas El Cotto, 15 Calle 10, Dorado, AR. 00646_

Participant's Email Address: _josefina.morales.torres 53 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131635 – 155141_

Nature of Claim: _Ley 89 de 1984_          _Ley 96 de 2000_
_(Romero20)_                  _(Sila Calderón)_

By: _Josefina Morales Torres_
   Signature

_Josefina Morales Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO

Josefina Morales Torres
Parcelas El Cotto
15 Calle 10
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG -5 PM 5 15

00918-1706625

SAN JUAN PR   009
3 AUG 2021 · PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Suite 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  *Josefina Morales Torres*

Participant's Address:  *Parcelas El Cotto, 15 Calle 10, Dorado, P.R. 00646*

Participant's Email Address:  *josefina.morales.torres 53 @gmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *131635 — 155141*

Nature of Claim:  *Ley 89 del 1984*      *Ley 96 de 2000*
                  *(Romerazo)*            *(Sila Calderón)*

By:  *Josefina Morales Torres*
     Signature

*Josefina Morales Torres*
Print Name

_____
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josefina Morales Torres
Parcelas El Cotto
15 Calle 10
Dorado, P.R. 00646

00318-1706025

RECEIVED & FILED
2021 AUG -5 PM 5: 15

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _María Dolores Rodriguez Becerra_

Participant's Address:   _155 Ave. Hostos apt. 9-207, San Juan, P.R. 00918 00918-4233_

Participant's Email Address:   _marilola_2000 @yahoo.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _Invested 545,000.00 in Employees Retirement System $30,000.00 7/1/23_
_$15,000.00 7/1/38_

By:   _María Dolores Rodriguez_
Signature

_María Dolores Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_august 4 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO

Maria Dolores Rodriguez
155 Ave. Hostos apt. 9-207
San Juan, Puerto Rico 00918-1233

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
2021 NOV -5 PM 3:80

United States District Court
clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-1706.25



SAN JUAN PR   009
4 AUG 2021   PM 2   L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Virgen Miranda Cartagena

Participant's Address: HC 4 Box 45425 Caguas, PR 00725

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: WK-4825754   ID 1720585617

Nature of Claim: P.R. ELECTRIC Power Authority CASE 17BK04780

By: Virgen M. Miranda Cartagena
Signature

Virgen Miranda Cartagena
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021        Claim Date   Oct 24, 2016
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Virgin M. Miranda - PR1845 SRF SS176
HC 4 BOX 45425
Caguas, PR 00725

PACK ID 229191
MMLID 3364St-P SUC MML-PC

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER USA

RECEIVED & FILED
2021 AUG -5 PM 3:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Luis Méndez Quiñones_

Participant's Address: _HC 02 Box 22024, San Sebastián PR 00685_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169 845_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _José S. Méndez Quiñones_
Signature

_José L. Méndez_
Print Name

_Self Claimont_
Title (if Participant is not an individual)

_7/31/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LJOSE LUIS MENDEZ QUINONES
HC 02 BOX 22024
SAN SEBASTIAN PR 00685

SAN JUAN PR   009

4 AUG 2021   PM 2

RECEIVED & FILED

2021 AUG -5 PM 5:08

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

DISCOVERY NOTICE TO THE COURT'S CLERKS
OFFICE AT :
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-176625

