UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

1. Ivonne Reyes Oliveras
2. Dulce M. Martinez Quiles
3. Jaime Diaz Arroyo
4. Iris M. Ponce de los Rios
5. Rudbeckia Falche Rodriguez
6. Gregoria Velazquez Figueroa
7. Maria M. Cabrera Aviles
8. Damian Heredia Gonzalez
9. Norma Ortiz Rodriguez
10. William Torres Santiago
11. Norma I. Pedraza Olique
12. Noel David Nieves Garcia
13. Felix Guzman
14. Etanislao Echevarria
15. Larry W. Rheinschmidt, Jr.
16. Mercedes E. Sapia Oquendo
17. George Buck
18. Nelida Negron Figueroa
19. Angeles S. Bonilla Ortiz
20. Nancy L. Calderon Parrilla
21. Linda A. Santiago Quiñones
22. Jacqueline Taronji Torres

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

23. Evelyn Morales Diaz

24. Wanda J. Rivera Figueroa

25. Milagros Ilarrasa Aviles

26. Justo Prieto Garcia

27. Edwin Maldonado Santiago

28. Luis Angel Roman Rivera

29. Pastor Vega Barreto

30. Evelyn Borrero Torres

31. Agripina Portalatin Irizarry

32. Ramon A. Roman Vazquez

33. Aurora Santiago Rivera

34. Arnold D. Ruiz Guadarrama

35. Nereida Gelabert Cardoza

36. Johnny Ortiz Padilla

37. Ana Judith Vazquez Velez

38. Migdalia Rivera Quiñones

39. Nelly Ramirez Torres

40. Julia V. Santos Santos

41. Elizabeth Gutierrez Ortiz

42. Jose Alberto Gonzalez Aquino

43. Luis Ramon Vargas Perez

44. Isidoro Ramirez Perez

45. Aida Esther Rodriguez Vazquez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021

    46. Maria A. Clemente Rosa

    47. Luz E. Nuñez Mercado

    48. Norma I. Llera Rodriguez

    49. Nayda R. Rodriguez Melendez

    50. Carlos I. Martinez Crespo

Dated: August 6, 2021

4