Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivonne Reyes Oliveras_

Participant's Address: _114 Hermanos Segarra Rio Cristal, Mayaguez, P.R._

Participant's Email Address: _ivonnereyes55@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _(signature)_
Signature

_Ivonne Reyes Oliveras_
Print Name

_____
Title (if Participant is not an individual)

_07/28/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivonne Reyes
Rio Cristal 114
Mayaguez P.R. 00680

RECEIVED & FILED
2021 AUG -5 PM 5: 14

00918-170625

United States District, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



SAN JUAN PR  009
3 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Dulce M. Martínez Quiles

Participant's Address:   Calle Roses Artan #205 Cond. Vina del Mar #5C

Participant's Email Address:   Arcato P.R 00 612

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283   LTS

Nature of Claim: _____

By: ✓ _____
 Signature

Dulce M. Martínez Quiles
Print Name

*Dulce Martínez Quiles*
Title (if Participant is not an individual)

2/8/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Dulce Martinez Aviles
Cond Viña del Mar 205 apt 5c
Calle Perez Matar apt 5 c
Cresita P. R. 00615
cambio de direccion

gracia por su atencion
sigo interesada en la
reclamacion

ojo

Sra. Dulce Martinez Avilés
Carl Viñilla Silva
Calle Rosa Jística 2158 GT SC
Marillo P.R. 00612

United State District Court
Clerks Office
150 Ave Carlos Chardon St. 150
San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG -5 PM 5:14
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
3 AUG 2021   PM 1   L

FOREVER USA

0091881706 0018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jaime Diaz Arroyo_

Participant's Address: _Ext Santa Teresita Ave: Emilio Fagot 3311 Ponce P.R._

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Diaz Arroyo_
Signature

_Jaime Diaz Arroyo_
Print Name

_____
Title (if Participant is not an individual)

_3 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: 'United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jaime Star Ansay
Cct Santa Teresita
Ave: Emilio Fagot-3311
Ponce PR. 00730

RECEIVED & FILED
2021 AUG -5 PM 5:14

SAN JUAN PR ~ 009~
3 AUG 2021 · PM 1 L

United States District Court,
Clerk's Office, 150 Ave Carlos
Chardon Ste 150, San Juan P.R.
00918-1767

0091881706 0018



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. Ponce de Leon Rus_

Participant's Address: _Calle B 45 Sta Maria Sul Cale_

Participant's Email Address: _iponce.1237@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Iris M. Ponce de Leon Rus_
      Signature

_Iris M. Ponce de Leon Rus_
Print Name

_____
Title (if Participant is not an individual)

_5 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rudbeckia Falche Rodriguez_

Participant's Address: _Reparto Villa Auxerre 122 San German P.R._

Participant's Email Address: _med2Heart @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _To Participate in Discovery For Confirmation of Commonwealth Plan of Adjustment._

By: _Rudbeckia Falche Rodriguez_
Signature

_Rudbeckia Falche Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_July 31/1921_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rudbeckia Falbe
Depto. Villa Navarra 122
San German, P.R. 00683

SAN JUAN PR 009
3 AUG 2021 · PM 1 · L

RECEIVED & FILED

2021 AUG -5 PM 4:14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

8100 3906.1810050

Courts Clerk's Office
United States District Court Clerks
Office 150 Ave. Carlos Chardon
Suite 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GREGORIA VELAZQUEZ FIGUEROA_

Participant's Address: _CALLE 3 E 24 f. URB. Villas de Candelero_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 131150_

Nature of Claim: _Dinero Adeudado por el Gobierno de Puerto Rico_

By: _Gregoria Velazquez Figueroa_
Signature

_GREGORIA Velazquez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_31 - julio - 2021_
Date

RECEIVED & FILED
2021 AUG -5 PM 5: 14
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gresonia Vislarqua Figueroa
Calle Golondrina # 7 8
Urb. Villas de Condelisado
Humacao, P.R. 00791-9630

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED & FILED
2021 NOV -5 PM 5 41
CLERK'S OFFICE
U.S. DISTRICT
SAN

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardón Ste 150, San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:     *Maria M. Cabrera Avilés*

Participant's Address:     *Calle Hostos #10 Juana Diez, P.R 00795*

Participant's Email Address:     *chedaCabrera@gmail.com*

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *97746 -*

Nature of Claim:     *97746 - Im Claming the money that I was to recived, during the time, I was working for*

By:     *Maria M. Cabrera Avilés*     *Departmen Of educacion - P.R.*
Signature

*Maria M. Cabrera Avilés*
Print Name

_____
Title (if Participant is not an individual)

*Agosto 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Claim # 97746

Maria M. Cabrera
Calle Hostos #10
Juana Diaz, P.R.
00795

RECEIVED & FILED
2021 AUG -5 PM 5:14
U.S. BANKRUPTCY COURT
CLERK'S OFFICE
DISTRICT OF P.R.

0051881706 0018

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United State District Court
Clerk's Office 150 Ave
Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damian Heredia Gonzalez_

Participant's Address: _PO Box 16 Rio Grande P.R. 00745_

Participant's Email Address: _damianheredia@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Damian Heredia Gonzalez_
   Signature

_Damian Heredia Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_08/02/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court,</u> Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Domira Noracia
P.O. Box 16
Río Grande
P.R. 00745

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-176625

To United States District court
clark'e.
Office 150 AVe Carlos Chardon ste
150 San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Ortiz Rodriguez_

Participant's Address: _RR-01 B2N. 2291 Cidra, PR 00739_

Participant's Email Address: _normaortiz50@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _129859_

Nature of Claim: _Law #164 Money allocated was not credited_

By: _[signature]_
Signature

_Norma Ortiz Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_2/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Ortiz Rodriguez
RR01- Bzn 2291
Cidra, PR 00739

RECEIVED & FILED
2021 AUG -5 PM 1:10

00918-1706625

SAN JUAN PR 009
3 AUG 2021 PM 1 L

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Torres Santiago_

Participant's Address: _HC 03 Box 32307_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No, 17 BK 3283 -LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_William Torres Santiago_
Print Name

_____
Title (if Participant is not an individual)

_August 3rd, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Tones Santiago
HC-03 Box 32307
Hatillo, P.R. 00659

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED & FILED
2021 JUN -5 PM 1:14
CLERK'S OFFICE
00918-170625

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Pedraza Olique_

Participant's Address: _347 Sector Cotto, Cidra, P.R._

Participant's Email Address: _pedrazanorma7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179036_

Nature of Claim: _Promesa Title III_

By: _Norma I. Pedraza_
Signature

_Norma I. Pedraza Olique_
Print Name

_Teacher_
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Pedraza
347 Sector Cotto
Cidra, Puerto Rico
    00739-2103

RECEIVED & FILED
2021 AUG -5 PM 5:23
CLERK'S OFFICE
SAN JUAN




U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 03, 21
AMOUNT
$1.20
1000      00918      R2304M114290-09

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Noel David Nieves Garcia_

Participant's Address: _Calle Fernando Calder 457-
Urb. Roosevelt - (Rio Rey, Puerto Rico
00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico,
the Employees Retirement System of the
Government of the Commonwealth of
Puerto Rico, and the Puerto Rico
Public Buildings Authority_

By: _____
Signature

_Noel D. Nieves_
Print Name

_Noel David Nieves Garcia_
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noel David Nieves Garcia
Calle Fernand Calder 457
Urb. Roosevelt - San Juan
Puerto Rico 00918

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED-FILED
2021 AUG -5 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918817706 C018

United States District Court
Clerk's Office 150 Ave.
Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Felix Guzman

Participant's Address: 310 Stafford St Apt 508

Participant's Email Address: alindentowersrsc@oconnells.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 171619

Nature of Claim: _____

By: Felix Guzman
Signature

Felix Guzman
Print Name

_____
Title (if Participant is not an individual)

8-2-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

F. Gozman
310 Stafford St Apt 508
SPfiD, MA 01104

RECEIVED & FILED

2021 AUG -5  PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Discovery Notice To the courts
Clerks office
United State District court
Clerks office
150 Ave. carlos chardon Ste 150
San Juan, PR 00918 - 1767

HARTFORD CT 060
2 AUG 2021  PM 2

FOREVER / USA

EarthDay
April 22nd 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Etanislao Echevarria_

Participant's Address: _158 Bowles St. Spgld, MA 01109_

Participant's Email Address: _Tano11131113@ gmail. com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Etanislao Echevarria_
Signature

_Etanislao Echevarria_
Print Name

_____
Title (if Participant is not an individual)

_8/5/21_
Date

RECEIVED & FILED
2021 AUG -5 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

E. Echevarria
158 Bowles St.
Spfld, MA 01109

HARTFORD CT 060
2 AUG 2021   PM 1   L



FOREVER / USA

00918-170625

RECEIVED & FILED
2021 AUG 5 PM 5:13

United District Court.
Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Rheinschmidt Tile and Marble, Inc.

Participant's Address:     Larry Rheinschmidt Jr., 1100 Agency St, Burlington, IA 52601

Participant's Email Address:     larry@rtmiowa.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     14121

Nature of Claim:     Tax Refunds

By:     *Larry W. Rheinschmidt J.*
    Signature

Larry W. Rheinschmidt, Jr.
Print Name

President
Title (if Participant is not an individual)

July 29, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rheinschmidt
Tile & Marble

PO BOX 668   1100 AGENCY STREET   BURLINGTON, IOWA 52601

QUAD CITIES IL P&DF
IL 612 2 T
02 AUG 2021 PM

RECEIVED & FILED
2021 AUG -5 PM 5: 13

00518817TS

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mercedes E. Sapia Oquendo_

Participant's Address: _Urb. Constancia calle Eurea 2451 Ponce P.R 00717-2219_

Participant's Email Address: _mercedes eloing 321@ gmail.com_

Name of Counsel: _no counsel_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Premess Titula III_

By: _Mem Sapia Oquendo_
      Signature

_Mercedes E. Sapia Oquendo_
Print Name

_III_
Title (if Participant is not an individual)

_3 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mercedes E.Sapia Oguendo
urb. Konstancia
Calle Eureka- 2451
Ponce P.R. 00717-2219

RECEIVED & FILED
2021 AUG -5 PM 3:12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

court's Clerks OFFice
United States District court
Clerk's OFFice
150 ave. Carlos chardón
Ste. 150 SanJuan P.R 00918-1767

SAN JUAN, PR 00936
AUG 04 2021
USPS

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _GEORGE BUCK_

Participant's Address: _PO BOX 7081 ST. PETERSBURG, FL 33734_

Participant's Email Address: _UofHAWAII @ UHAlumni.ORG_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim:

By: _____
Signature

_GEORGE BUCK_
Print Name

_____
Title (if Participant is not an individual)

_8/1/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*
*Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

George Buck
PO Box 7081
St Petersburg, FL 33734

TAMPA FL 335
SAINT PETERSBURG FL
31 JUL 2021 PM 6 L

FOREVER / USA

RECEIVED & FILED
2021 AUG -5 PM 5: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-1706625

United States District Court
Clerk's Office
150 Ave. Charlos Chardon, Ste. 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Negrón Figueroa Nélida*

Participant's Address: *I 32 calle 11 Flamboyán Gardens*

Participant's Email Address: *Bayamón, P.R. 00959*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *93592*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *Nélida Negrón Figueroa*
Signature

*Nélida Negrón Figueroa*
Print Name

*Title III no: 17BK 3283-LTS*
Title (if Participant is not an individual)

*3 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Negrón Figueroa
I 32 calle 11 Flamboyan Gardens
Bayamón, PR. 00959

RECEIVED & FILED

2021 AUG -5 PM 5: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR.

SAN JUAN PR   009
4 AUG 2021   PM 2   L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste. 150
San Juan, PR. 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angeles S. Bonilla Ortiz_

Participant's Address: _HC-4 Box 4052 Villalba, P.R. 00766-9826_

Participant's Email Address: _angelesbonillaortiz@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#105641 et.al._

Nature of Claim: _Unpaid wages by the goverment of P.R._

By: _Angeles S. Bonilla Ortiz_
Signature

_Angeles S. Bonilla Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angeles S. Bonilla Ortiz
HC-4 Box 4053
Villalba, PR. 00766-9836

RECEIVED & FILED
2021 NOV -5 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
3 AUG 2021   PM 1   L

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Calderón Parrilla, Nancy L

Participant's Address: Villa Fontana 2JL #441 Via 13 Carolina PR 00983

Participant's Email Address: Calderonnancy@yahoomail.com

Name of Counsel: ——

Address of Counsel: ——

Email Address of Counsel: ——

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 43680

Nature of Claim: Commonwealth of PR Dpt of Education (DE)
Special Education Program,
on behalf of minor Gerardo Cruz

By: ___Ncal___
Signature

Nancy Calderón Parrilla
Print Name

_____
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Calderón
Villa Fontana
25L # 441 Via 13
Carolina PR 00983

RECEIVED & FILED

2021 AUG -5 PM 5:12

00918-170625

US District Court Clerk's Office
150 Ave Carlos Chardon STE 150
San Juan PR 00918-1767

SAN JUAN PR 009
3 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Calderón Parrilla, Nancy L.

Participant's Address: Villa Fontana 2JL. #441 Via 13 Carolina PR 00983

Participant's Email Address: calderonnancy@yahoomail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 36064

Nature of Claim: Commonwealth of PR, Dept. of Education (DE)
Special Education Program
in behalf of minor Angélica Cruz

By: _Nacalf_
Signature

Nancy Calderón Parrille
Print Name

—
Title (if Participant is not an individual)

August 2, 2021
Date

RECEIVED & FILED
2021 AUG -5 PM 5:12
CLERK'S OFFICE OF THE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Calderin
Villa Fontane
2 JL 441 Via 13
Carolina PR 00983

RECEIVED & FILED

2021 AUG -5 PM 5:12

CLERK'S OFFICE

00918-1706625

US District Court Clerk's Office
150 Ave Carlos Chardon STE 150
San Juan PR 00 918-1767

SAN JUAN PR 009

3 AUG 2021 PM 1 L

FOREVER USA



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Linda A. Santiago Quiñones_

Participant's Address: _139 Calle Grasella, Urb. Los Arboles, Rio Grande, P.R. 00745_

Participant's Email Address: _princess_dress0959@hotmail.com_

Name of Counsel: _0_

Address of Counsel: _0_

Email Address of Counsel: _0_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151238_

Nature of Claim: _Public Employee and Pension/Retiree Claim._

By: _Linda A. Santiago Quiñones_
Signature

_Linda A. Santiago Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Linda Santiago Quiñones
Urb. Los Arboles
139 Calle Grosella
Río Grande, Puerto Rico. 00745

RECEIVED & FILED 2021 AUG -5 PM 5:12

00918-170625

United States District Court
Clerk's Office
150 Ave, Carlos Chardón
Ste. 150
San Juan, Puerto Rico
00918-1767

SAN JUAN PR 009
3 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jacqueline Taronji Torres_

Participant's Address: _Urb Vista Alegre   404 Calle Amapola_ Villalba

Participant's Email Address: _Taronji64@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _100698   et. al_

Nature of Claim: _Unpaid wages by the goverment of P.R_

By: _[signature]_
    Signature

_Jacqueline Taronji Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

RECEIVED & FILED
2021 AUG -5 PM 5:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jacqueline Taroni
404 Calle Annapola
Urb Vista Alegre Villalba
P.R. 00766

RECEIVED & FILED
2021 AUG -5 PM 5:12

SAN JUAN PR 009
3 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Evelyn Morales Diaz

Participant's Address:  R1-4 Cordova Villa España, Bayamon P.R. 00961

Participant's Email Address: abc.evelyn@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 LTS

Nature of Claim:  _____

By:  _____
    Signature

    Evelyn Morales Diaz
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Recive August 2, 2021.

Evelyn Morales Diaz
Urb Cordova
Ville Esperi
Bayamon, Puerto Rico
00961

RECEIVED & FILED
2021 AUG -5 PM 5:12

00918-1706825

SAN JUAN PR 009
4 AUG 2021 PM 2 L

United States District Court
Clerk Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda J. Rivera Figueroa_

Participant's Address: _HC 01 Box 11350 Carolina PR 00987_

Participant's Email Address: _jrifi09 @hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6921_

Nature of Claim: _American Opportunity Credit_

By: _Wanda_
Signature

_Wanda J. Rivera Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_8-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda J. Rivera-Jimenez
HC 01 Box 11350
Carolina, PR 00987

SAN JUAN PR   009
4 AUG 2021   PM 2   L

00918-176825

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ilarrasa Avilés, Milagros*

Participant's Address: *P.O. Box 984 Rincón, P.R. 00677*

Participant's Email Address: *milarrasa@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *125343*

Nature of Claim: *Promesa Title III   17 BK 3283 LTS*

By: *[signature]*
Signature

*Milagros Ilarrasa Avilés*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Ilarrasa Aviles
P.O. Box 984
Rincon, P.R. 00677

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE
SAN JUAN PR
DISTRICT OFFICE
5 PM 3:11

00918-1706.25

SAN JUAN PR   009
4 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Justo Prieto Garcia*

Participant's Address: *urb. jardines de Ponce Paseo Thebel H-7* *Ponce, P.R 00730 -1851*

Participant's Email Address: *Cprieto 200 @yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Invested $100,000.00 in the employees retired Bond*

By: *Justo P.* _____
     Signature

*Justo Prieto Garcia*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUSTO PRIETO GARCIA
URB. JARDINES DE PONCE
PASEO TREBOL H-7
PONCE, PUERTO RICO 00730-1851

RECEIVED & FILED
2021 AUG -5 PM 9: 11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
4 AUG 2021 PM 2 L

00918-1 70625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PUERTO RICO 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Maldonado Santiago_

Participant's Address: _Urb. Gardines de Ponce Paseo Azucena k1 Ponce PR 00730_
_1863_

Participant's Email Address: _malsane 1945 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _I bought 200,000.00 employee retirement Bonds_

By: _(signature)_
Signature

_Edwin Maldonado Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Edwin Maldonado
Jard De Ponce
K1 Paseo Azucena
Ponce, PR 00730

SAN JUAN PR   009
4 AUG 2021   PM 2 L

00918-1 706.25

RECEIVED & FILED
2021 AUG -5  PM 5: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
San Juan, P.R.

United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918 - 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Luis Angel Roman Rivera_

Participant's Address: _Urb-Ext Santa Teresita - Calle Santa Luisa_
_#4480 Ponce P.R. 00730-4636_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85044_

Nature of Claim: _Ley 12 El Romerazo_

By: _Luis Angel Roman R._
Signature

_Luis Angel Roman Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Agosto - 04 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Luis A. Roman Rivera
Urb. Est San Ta Teresita
Calle Santa Luisa #4480
Ponce P.R. 00730

RECEIVED & FILED

To, Courts clerks office at
United States District Court, clerks office,
150 S Ave. Carlos Chardon Ste. 150,
San Juan P. R 00918-1767

00918-170625

Case # 17-BK-3283-LTS



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pastor Vega Barreto_

Participant's Address: _Gpt10 565, Camuy PR 00627_

Participant's Email Address: _No._

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _____
Signature

_Pastor Vega Barreto_
Print Name

_individual_
Title (if Participant is not an individual)

_August 4 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pastor Vega Barnet)
apt do S6S
Cam urg PR00627

SAN JUAN PR   009
4 AUG 2021   PM 2   L

FOREVER / USA

RECEIVED & FILED
2021 AUG -5  PM 5: 11

00918-170625

Courts clerk office
US District Court, 150 Ave
Carlos chardon Ste 156
SJ PR 00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Borrero Torres_

Participant's Address: _Villa Flores Trinitaria 2610, Ponce PR 00716-2924_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Evelyn Borrero Torres_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PACKID 146799 MMLID

SAN JUAN PR 009 91388-PSVC

4 AUG 2021 PM 2 L

AOSHN-0

Evelyn Boyren Torres
Villa Flores
2610 Calle Trinitaria
Ponce, PR 00716-2924

United States District Court
Clerk's Office
150 Ave. Carlos Chardon STE 150
San Juan, PR 00918-1767




U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
AUG 04, 21
AMOUNT
$0.55
R2305M146599-02

00918

1000

00918-170525

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Agripina Portalatin Irizarry*

Participant's Address: *P.O Box 436 Angeles, P.R. 00611*

Participant's Email Address: *agripinapi@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *159770*

Nature of Claim: *Promesa Title III #17BK3283-LTS*

By: *Agripina Portalatin Irizarry*
    Signature

*Agripina Portalatin Irizarry*
Print Name

_____
Title (if Participant is not an individual)

*Agosto 4 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

A Pietelotin
Box 436
Angeles, P.R.
00611

RECEIVED & FILED
CLERK'S U.S. DISTRICT
SAN JUAN, P.R.
2021 AUG -5 PM 2:10

00918-170625

SAN JUAN PR  009
4 AUG 2021  PM 2  L

Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Román Vázquez, Ramón A.

Participant's Address:   P. O Box 7813, Ponce PR 00732

Participant's Email Address:

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   PR 1845   SRF 55176 Pack ID

Nature of Claim:   173416 MML ID: 1950880P

By:   _Román A. Román Vázquez_   SVC: MML PC
Signature

17 BK 3283 - LTS

Print Name

Title (if Participant is not an individual)

Agosto 4-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PR 1845 SRF 55176 PackID: 173416 MMLID 19508800-P SVC MML PC
Román Vázquez, Ramón A.
P.O. Box 7813
Ponce, PR 00732

RECEIVED & FILED
2021 AUG -5 PM 5:10
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

00916-1706625

UNITED STATES DISTRICT COURT, CLERK'S OFFICE
150 Ave. Carlos Chardón  Ste. 150
SAN JUAN, PR 00918-1767

SAN JUAN PR
4 AUG 2021
FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurora Santiago Rivera_

Participant's Address: _Urb. Punto Oro, Calle La Capitana #3336, Ponce, P.R. 00728 2020_

Participant's Email Address: _doris.Santiago7@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aurora Santiago Rivera_
Signature

_Aurora Santiago Rivera_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurore Santiago Rivera
Urb. Punto Oro
3336 Calle La Capitana
Ponce, P.R. 00728-2020

RECEIVED
2021 AUG -5 PM 5: 10
U.S. DISTRICT COURT

SAN JUAN PR   009
4 AUG 2021   PM 2   L

00918-1768¢5

United States District Court
Clerks Office, 150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Arnold D. Ruiz Guadarrama_

Participant's Address: _Urb. Brisas del Parguel Calle Camino # 13
Caguas. Puerto Rico 00725_

Participant's Email Address: _arnoldean@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12256_

Nature of Claim: _Ley 115 de 26 de dic 91 - Contra represalias, Ley 100
discrimen, Ley 184 de 3 de Agosto 84, Ley 172, Ley 14.
Ley 426. Despido injustificado Ley 80, Salarios
Retencion. Violacion de Contrato.
Retention of Salaries, Ritirements.
Other benefits._

By: _Arnold D. Ruiz_
Signature

_Arnold D. Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_7 | 30 | 21_
Date

RECEIVED & FILED
2021 AUG -5 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arnold D. Ruiz Guadarrama
Urb Brisas del Parque I
Calle Camino # 13
Caguas, P. Rico 00725

RECEIVED & FILED
2021 JUN -5 PM 5:01

SAN JUAN PR 009
4 AUG 2021 PM 2:L

00918-1706625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nereida Gelabert Cardoza*

Participant's Address: *HC 02 Box 28224, Cabo Rojo P.R. 00623*

Participant's Email Address: *nereidagelabert.31@ hotmail.com*

Name of Counsel: *NONE*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *161012*

Nature of Claim: *Notice of Intent to Participate*

By: *Nereida Gelabert Cardoza*
Signature

*Nereida Gelabert Cardoza*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vericela Belahid Cintron
Urb Bak 28224
Calle Raja, P.R. 00623

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED
2021 NOV -5 PM 4:10

00918-1706525

Discovery Letter to The Court Clerks
United States District Clerks Office
150 Ave. Carlos Charles Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Johnny Ortiz Padilla_

Participant's Address: _Bzn 216 Urb. Ext. San José, ⲧⲧⲟ Calle 12B-14, Yauca Grande P.R. 00637._

Participant's Email Address: _Ortiz.johnnypadilla @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Re-Ajuste de pensión radicado 20-09-19. # 988761. Retiro_

Nature of Claim: _No estoy de acuerdo con la eliminación, descuento de mi pensión._

By: _[signature]_
Signature

_Johnny Ortiz Padilla_
Print Name

_N/A_
Title (if Participant is not an individual)

_N/A_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Johnny Ortiz Padilla
Bzn.716 Urb. Sanjose
Alle 12 BB-14, Sabana
Grande, P.R. 00637

RECEIVED & FILED
2021 AUG -5 PM 5:09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150,
Sanjuan, P.R. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ana Judith Vazquez Velez_

Participant's Address: _4390 Calle 2 Apartado 123 San Juan P.R. 00926-_

Participant's Email Address: _judithanita.21@gmail.com_

Name of Counsel: _The Commonwealth of Puerto Rico_

Address of Counsel: _Clerk's office, 150 Ave carlos chardon ste.150
San Juan P.R. 00918-1767_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Ana Vazquez Velez_
     Signature

_Ana J. Vazquez Velez_
Print Name

_maestra y Consejera Profesional retirada_
Title (if Participant is not an individual)

_4/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana J. Vazquez Velez
4398 Calle 2
Apartado 123
San Juan P.R. 00926

RECEIVED P+IGS
NUM MANS D
2021 AUG -5 PM 5: 09

00918-1706625

SAN JUAN PR   009
4 AUG 2021   PM 2   L

Clerk's office
clerk's office 150 Ave
Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Rivera Quiñones

Participant's Address: Urb. Quintas del Sur calle 9 J13 Ponce, PR 00728

Participant's Email Address: migyaya@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53494

Nature of Claim: I'm claiming that I did'nt recive the salary increase during my time working for the Dept. of Education in Puerto Rico and my pension was affected too.

By: _(signature)_

Signature

Migdalia Rivera Quiñones
Print Name

—
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natalia Rivera Cliciano
Ab. Vincto ok su
Calle 9-J-13
Pon, PR
00728

RECEIVED & FILED

2021 AUG -5 PM 5:10

SAN JUAN P.R.
US BANKRUPTCY
CLERK'S OFFICE

00918-170625

United States District Court
Clerk's Office
150 Ave. Charden Street 150
San Juan, PR
C0918 - 1767

SAN JUAN PR 009

4 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia River Quinns_

Participant's Address: _Urb Quintas del Sur calle 9 J13 Ponce, PR 00728_

Participant's Email Address: _migufiga @ yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53536_

Nature of Claim: _I'm claiming that I didn't receive the salary increase during my time working for the Department of Education in P.R. and my pension was affected too._

By: _[signature]_
Signature

_Migdalia River Quinns_
Print Name

_—_
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdale Rivera Quiñones
Urb Los del Sur
Calle 9 J 13
Ponce, PR
00728

SAN JUAN PR 009
4 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150,
San Juan, PR
00918 - 1767

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED
2021 AUG -5 PM 5:09

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Migdalia Rivera Quinones_

Participant's Address: _Urb. Quintas del Sur calle 9 J 13 Ponce, PR 00728_

Participant's Email Address: _migyaya@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _25670_

Nature of Claim: _I'm claiming that I didn't receive the salary increase
during my time working for the Dept. of Education in P.R
and my pension was affected too._

By: _[signature]_
Signature

_Migdalia Rivera Quinones_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Rivera Quiñones
Quintas del Sur
Calle 9 J-13
Ponce, PR
00728

SAN JUAN PR 009
4 AUG 2021  PM 2 L

RECEIVED & FILED
2021 AUG 5 PM 5:09

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

00918-1706.25

United States, District Court
Clerks Office, 150 Ave
Carlos Chardon Ste. 150,
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Migdalia Rivera Quiñones_

Participant's Address:   _Urb. Quintas del Sur calle 9 J13 Ponce, PR 00728_

Participant's Email Address:   _miggaya @ yahoo.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _57903_

Nature of Claim:   _I'm claiming that I didn't receive the salary increase during
my time working for the Dept. of education in Puerto Rico
and my pension was affected too._

By:   _____
     Signature

     _Migdalia Rivera Quiñones_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 2, 2021_
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Rivera Quiñones
Quintas del Sur
Calle 9 J-13
Ponce, PR
00728

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -5 PM 5:09

United States District Court
Clerk's Office
150, Carls Chardón Ste. 150
San Juan, PR 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdelia Rivera Quiñones_

Participant's Address: _Urb. Quintas del Sur calle 9 J13 Ponce, PR 00728_

Participant's Email Address: _miguays@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52891_

Nature of Claim: _I'm claiming that I didn't receive the salary increase during my time working for the Dept. of Education in Puerto Rico. and my pension was affected too._

By: _Migdelia Quiñones_
Signature

_Migdalie Rivera Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Rivera Quinones
Quintas del Sur
Calle 9 J 13
Ponce, PR
00728

SAN JUAN PR   009
4 AUG 2021   PM 2   L

United States District Court
Clerk's Office
150, Carlos Chardón Ste. 150,
San Juan PR
00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelly Ramírez Torres_

Participant's Address: _Ext. Villa Del Carmen 836 calle Sauco Ponce PR 00716_

Participant's Email Address: _nellyramireztorres@gmail.com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _I want to participate in discovery_

By: _[signature]_
Signature

_Nelly Ramírez Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelly Ramírez Torres
Ext-Villa Del Carmon
836 Calle Siruca
Ponce PR 00716

00918-170625

SAN JUAN PR
4 AUG 2021

Discovery Notice to the Court's Clerk's
United States District Court, Clerks Office
150 Mr. Carlos Chardón Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia V. Santos Santos_

Participant's Address: _Camino Romaniosa #158 Saloonera Gidia P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Inverti $60,000 en bonos plan de Pensiones en el gobierno de Puerto Rico_

By: _____

Signature _ (signed) _

Print Name
_Julia V. Santos_

Title (if Participant is not an individual)

_Agosto 4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia V. Santos Santos
Camino Pomarrosa 158
Urb. Sabanera
Cidra, P.R. 00739

RECEIVED & FILED

2021 AUG -5 PM 5 09

PR DISTRICT
U.S DISTRICT COURT
CLERK'S OFFICE

00918-170625

United States District court, Clerk's Office,
150 Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER / USA



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Gutiérrez Ortiz_

Participant's Address: _HC-01 Box 8180 Hatillo, PR 00659_

Participant's Email Address: _gutie.liz62@gmail.com_

Name of Counsel: _Not Represented by counsel._

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _Title III Case_

By: _Elizabeth Gutiérrez Ortiz_
Signature

_Elizabeth Gutiérrez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_3/ago/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ELIZABETH GUTIERREZ ORTIZ
HC01 BOX 8180
HATILLO, PR 00659

SAN JUAN PR   009
4 AUG 2021   PM 2 L

RECEIVED & FILED

2021 AUG -5 PM 5:08
US DISTRICT COURT
SAN JUAN P.R.

00916-170625

Court's Clerk Office
US District Court
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR   00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose Alberto Gonzalez Aquino*

Participant's Address: *HC 7 Box 76396 San Sebastian PR 00685*

Participant's Email Address: *Contabilidadclasea@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170830 - 1*

Nature of Claim: *Debts Claimed Department of Agriculture*

By: *Jose A. Gonzalez Aquino*
  Signature

*Jose A Gonzalez*
Print Name

*Self Claimon*
Title (if Participant is not an individual)

*8/4/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOSE ALBERTO GONZALEZ AQUINO
HC 7 BOX 76396
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 NOV -5 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
4 AUG 2021   PM 2   L

USM



DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Ramon Vargas Perez_

Participant's Address: _Hc 9 Box 94722, San Sebastián PR00685_

Participant's Email Address: _Contabilidadclasea @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17238-1_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Luis R Vargas_
Signature

_Luis R Vargas_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LUIS RAMON VARGAS PEREZ
HC 9 BOX 94722
SAN SEBASTIAN PR 00685

SAN JUAN PR 009

4 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -5 PM 5:08

00918-176625

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isidoro Ramírez Pérez_

Participant's Address: _HC 03 Box 33960, San Sebastián PR 00685_

Participant's Email Address: _ContabilidadClasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171050_

Nature of Claim: _Debts Claimed Departments of Education_

By: _Isidoro Ramírez Pérez_
Signature

_Isidoro Ramírez_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ISIDORO RAMIREZ PEREZ
HC 03 BOX 33960
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG -5 PM 5:08

SAN JUAN PR 009
4 AUG 2021 PM 2

00918-170625

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Aida Esther Rodriguez Vazquez

Participant's Address: Urb. VistaMonte c/3 D-18 Cidra P.R 00739

Participant's Email Address: abuelam2013@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 104334

Nature of Claim: Empleados Públicos / Jubilación

By: _Aida C Rodz Vz_
    Signature

_Aida Esther Rodriguez Vazquez_
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Esther Rodriguez Vazquez
Urb. Vista Monte c/3 D.18
Cidra, PR. 00739

RECEIVED & FILED
2021 AUG -5 PM 5:08

United States District Court Clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan PR. 00918 - 1767



SAN JUAN PR 009
4 AUG 2021 PM 2 L
USA FOREVER

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María A. Clemente Rosa

Participant's Address: Condominio Astralis 9546. Calle Díaz Way, Apt. 311
Carolina, Puerto Rico, 00979.

Participant's Email Address: clero_62 a yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: 133537

By: _____
Signature

María A. Clemente Rosa
Print Name

_____
Title (if Participant is not an individual)

2 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt. 311 Torre #6
Carolina, P.R. 00979.

RECEIVED OFFICE
CLERK'S DISTRICT COURT
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 16

United States District Court.
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E Nuñez Olevcado_

Participant's Address: _Urb. San Jose B-42 Aguada, PR 00602_

Participant's Email Address: _luznunc3@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132416_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Luz E. Nuñez Olevcado_
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.





Luz E Núñez Nevado
Urb San José B-42
Aguada, P.R. 00602

U.S POSTAGE PAID
PROVIDENCE, RI
00918
AUG 06 21
AMOUNT
$10.45
R2304M116545-11

1005

00918

CERTIFIED MAIL

7020 0090 0000 3007 9454

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste. 15
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  *Norma I. Llera Rodríguez*

Participant's Address:  *Urb. Sierra Bayamón, 45-18 - 42 st, Bayamón, PR 00961*

Participant's Email Address:  *norinisl@yahoo.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *# 109500*

Nature of Claim:  *Law 96 (17-03283)*

By:  *Norma I. Llera*
_____
Signature

*Worma I. Llera Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liera Rodriguez, Norma I
Urb Sierra Benjamin
45 - 16 - 42 st
Bayamon, PR 00961

SAN JUAN PR 009
4 AUG 2021 PM 2 L



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:11

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR  00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Llera Rodriguez_

Participant's Address: _Urb. Sierra Bayamón, 45-18-425t. Bayamón, PR 00961_

Participant's Email Address: _norinisl@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 127138_

Nature of Claim: _Retirement System Commonwealth of PR_

By: _Norma I. Llera_
Signature

_Norma I. Llera Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

2021 AUG -5  PM 5: 17
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Llera Rodriguez, Norma I.
Urb. Sierra Bayamón
45-18-42 St
Bayamón, PR 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:17

00918-170625

SAN JUAN PR 009
4 AUG 2021 PM 2 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nayda R. Rodríguez Meléndez*

Participant's Address: *Urbanización Mansiones Paraíso d-58 calle Felicidad Caguas, PR 00727*

Participant's Email Address: *naydarodnguezmelendez@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *176327*

Nature of Claim: *Incentive payment, salary increase under the laws: 89/1995-96-2010- 144/2004-109/2008*

By: *Nayda Rod. Mel*
Signature

*Nayda R. Rodríguez-Meléndez*
Print Name

_____
Title (if Participant is not an individual)

*August 4 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nayda Rodríguez Melíndez
Urb. Mansiones Paraíso
J-58 Calle Felicidad
Caguas PR 00727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5:17

SAN JUAN PR   009
4 AUG 2021  PM 2  L

00918-1706825

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Carlos I. Martinez Crespo_

Participant's Address: _PO Box 6054 Caguas P.R 00726-6054_

Participant's Email Address: _iuxv2166@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122367_

Nature of Claim: _Ley Promesa Title III_

By: _____
Signature

_Carlos I. Martinez Crespo_
Print Name

_Participante._
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos I. Martínez Vega
PO Box 60554
Caguas PR 00726-6054

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 17

00918-1706.25

SAN JUAN PR   009
4 AUG 2021   PM 2   L

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

