# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                     Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF THE QTCB NOTEHOLDER GROUP
## OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

The QTCB Noteholder Group[2] hereby submits its notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico*, *et al.* [Dkt. No. 17627], as amended, modified, or supplemented (the "Plan"), pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Dkt. No. 134, Case No. 17-3283 LTS) and *Tenth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Dkt. No. 17296, Case No. 17-3283).

1. The QTCB Noteholder Group advises the Debtors that it intends to participate in discovery in connection with confirmation of the Plan.

2. The contact information of the QTCB Noteholder Group is as follows:

> Kurt A. Mayr
> David L. Lawton
> Shannon B. Wolf
> David K. Shim
> **MORGAN, LEWIS & BOCKIUS LLP**
> One State Street
> Hartford, CT 06103-3178
> kurt.mayr@morganlewis.com
> david.lawton@morganlewis.com
> shannon.wolf@morganlewis.com
> david.shim@morganlewis.com
>
> - and -
>
> Sabin Willett
> **MORGAN, LEWIS & BOCKIUS LLP**
> One Federal Street
> Boston, MA 02110-1726
> sabin.willett@morganlewis.com

3. Information concerning claims of the members of the QTCB Noteholder Group, as set forth in certain proofs of claim filed in these Title III Cases, is set forth in **Exhibit A** hereto.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

[*Remainder of page intentionally left blank*]

**RESPECTFULLY SUBMITTED,**

Dated: August 6, 2021
San Juan, Puerto Rico

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
Shannon B. Wolf (*pro hac vice*)
David K. Shim (*pro hac vice* pending)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com
david.shim@morganlewis.com

Sabin Willett (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

**CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
Roberto Abesada-Aguet
USDC-PR No. 216706
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

# EXHIBIT A

<u>Nature of Certain Claims of the Members of the QTCB Noteholder Group</u>: Qualified School Construction Bonds and Qualified Zone Academy Bonds issued by PBA[1] and guaranteed by Commonwealth, and other full faith and credit bonds issued or guaranteed by the Commonwealth.

| Claimant | Proof of Claim Number | Debtor |
|---|---|---|
| Canyon-ASP Fund, L.P. | 125494 | Commonwealth |
| | 174385 | PBA |
| Canyon Balanced Master Fund, Ltd. | 125727 | Commonwealth |
| | 174380 | PBA |
| Canyon Blue Credit Investment Fund L.P. | 129774 | Commonwealth |
| | 174384 | PBA |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 115697 | Commonwealth |
| | 174371 | PBA |
| Canyon Distressed Opportunity Master Fund II, L.P. | 115491 | Commonwealth |
| | 174369 | PBA |
| Canyon-GRF Master Fund II, L.P. | 119870 | Commonwealth |
| | 174388 | PBA |
| Canyon NZ-DOF Investing, L.P. | 116228 | Commonwealth |
| | 174373 | PBA |
| Canyon-SL Value Fund, L.P. | 143207 | Commonwealth |
| Canyon Value Realization Fund, L.P. | 122624 | Commonwealth |
| | 174378 | PBA |
| Canyon Value Realization MAC 18, Ltd. | 122563 | Commonwealth |
| | 174392 | PBA |
| EP Canyon Ltd. | 125330 | Commonwealth |
| | 174398 | PBA |
| The Canyon Value Realization Master Fund, L.P. | 159397 | Commonwealth |
| | 174397 | PBA |
| Canyon GCM PR SPV, LLC | 174393 | PBA |
| Canyon Distressed TX (A) LLC | 174363 | PBA |
| Canyon-EDOF (Master) L.P. | 174645 | PBA |
| M.H. Davidson & Co. | 107425 | Commonwealth |
| | 174381 | PBA |
| Davidson Kempner International, Ltd. | 152065 | Commonwealth |
| | 174377 | PBA |
| | 174375 | PBA |
| Davidson Kempner Institutional Partners, L.P. | 135953 | Commonwealth |
| Davidson Kempner Partners | 154556 | Commonwealth |
| | 174390 | PBA |
| Davidson Kempner Distressed Opportunities Fund LP | 124642 | Commonwealth |
| | 174401 | PBA |

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Notice of the QTCB Noteholder Group of Intent to Participate in Discovery for Confirmation of Commonwealth Plan of Adjustment*.

DB1/ 123363656.4

| Claimant | Proof of Claim Number | Debtor |
|---|---|---|
| Davidson Kempner Distressed Opportunities International Ltd. | 147091 | Commonwealth |
| | 174387 | PBA |
| DKSOF IV Trading Subsidiary LP | 174403 | PBA |
| Gordel Capital Limited | 125098 | Commonwealth |
| Sculptor Credit Opportunities Master Fund, Ltd. | 136008 | Commonwealth |
| | 174391 | PBA |
| Sculptor Enhanced Master Fund, Ltd. | 157569 | Commonwealth |
| | 174366 | PBA |
| Sculptor GC Opportunities Master Fund, Ltd. | 132715 | Commonwealth |
| | 174400 | PBA |
| Sculptor Master Fund, Ltd. | 113105 | Commonwealth |
| | 174367 | PBA |
| Sculptor SC II, LP | 126465 | Commonwealth |
| | 174368 | PBA |

**I HEREBY CERTIFY** that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

DB1/ 123363656.4