UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

(3 of 3)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021 (3 of 3)

1. Edwin O. Molina Morales
2. Carmen M. Morales Amaro
3. Francisco R. Medina Maldonado
4. Sonny H. Moretta Cabrera
5. Madeline Feliciano Rivera
6. Mildred Valle Rodriguez
7. Migdalia Quinones Roman
8. Ricardo Soto Suarez
9. Jose Miguel Rodriguez Melendez
10. Jorge A. Martinez Rodriguez
11. Pedro Juan Perez Nieves
12. Carmen M. Lopez Santiago
13. Dolores M. Gutierrez Soler
14. Noel David Nieves Garcia
15. Edda Enid Gonzalez Maldonado
16. Gerardo Rodriguez Maldonado
17. Luz N. Torres Lebron
18. Sylvia P. Oben Morales
19. Sonia M. Arroyo Graulau
20. Luz Nereida Torres Lebron
21. Noel David Nieves Garcia
22. Julio Oquendo Matias
23. Jeffrey Allen Nieves Garcia

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 6, 2021 (3 of 3)

24. Carlos R. Rodriguez Gonzalez

25. Anabelle Casiano Alicea

26. Maida Morales Ramirez (3 notices)

27. Wanda Ivette Vidro Santana

28. Ruben Rodriguez Jaiman

29. Carmen Socorro Gonzalez Garcia

30. Maritza Rodriguez Diaz

31. Justina Otero Cruz

32. Jose G. Maldonado Berrios

33. Ramon Ramos Torres

34. Jose L. Valentin Barro

35. Evelyn Cardona Ruiz

36. Norma I. Llera Rodriguez

37. Ninette Serrano Rivera

38. Emma Ruiz Mercado

39. Rafael Pares Ruiz

40. Richard Gerken

41. Glorirma Barbosa Anaga

42. Thelma I. Berrios Torres

43. Esther Rosario Charles

44. Jenny Gonzalez Gonzalez (2 notices)

45. Minerva Olmo Diaz

Dated: August 6, 2021