Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin O MOLINA MORA 2ES_

Participant's Address: _HC5 4905 YAbuco P,R.00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-2 TS_

Nature of Claim: _____

By: _Edwin O. Molina Mora_
   Signature

   _Edwin O Molina Morares_
   Print Name

   _____
   Title (if Participant is not an individual)

   _03/08/2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

4 AUG 2021  PM 2  L

USA ★ FOREVER

United States District Court
O ffic
150 Ave. Carlos Chardon, ste.
San Juan, P.R. 00918-1765

Edwin S. Morales Morales
HC#5 Box 4905
Yabucoa, P.R. 00767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARMEN M. MORALES AMARO_

Participant's Address: _HC #5  4905 YABUCOA P.R.00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Carmen M. Morales Amaro_
    Signature

_CARMEN M. MORALES AMARO_
Print Name

_____
Title (if Participant is not an individual)

_03 / 08 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Att: New M. Hoyia les Amayo
Hc #5 Box 44 05
Yabuena PR 00767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

2021 AUG -5 PM 5:08

00916-1706¿5

United States District Court Clerks
office
150 Ave, Carlos, Chaldow STE.150
Sau Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Francisco R. Medina Maldenado*

Participant's Address: *301 El Dorado C/b Vega Alta P.R. 00692*

Participant's Email Address: *francisco-medina2010@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *unknow*

Nature of Claim: _____

By: *[signature]*
Signature

*Francisco R Medina Maldonado*
Print Name

_____
Title (if Participant is not an individual)

*08/04/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Medina
El Dorado Club
La Alta P.R. 00692



RECEIVED & FILED
2021 AUG -5 PM 3:08

00918-170625

Discovery Notice to the Court's Clerks office
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L

USA ★ FOREVER



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: SONNY H. MORETTA CABRERA

Participant's Address: EDIFICIO MEDICO PROFESIONAL OFICINA 211
1065 AVE. CORAZONES
MAYAGUEZ, P.R. 00680

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: SALARY NOT PAID BY GOVERNMENT OF P.R. IN YEAR 2000.

By: _____
Signature

Sonny H. Moretta Cabrera
Print Name

_____
Title (if Participant is not an individual)

8/2/2021
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonny H. Moletta - Cabrera
Ed. Médico Profesional Ofic 211
065 Ave. Gautier
Mayaguez, P.R. 00680.

Court Clerk's Office
US District Court
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767)

RECEIVED & FILED
2021 AUG -5 PM 5:08

SAN JUAN PR 009
4 AUG 2021 PM 2 L

AUGUST WILSON
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madeline Feliciano Rivera_

Participant's Address: _P. O. Box 3300, Vega Alta, Puerto Rico 00692-3300_

Participant's Email Address: _Kadelinea@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50516_

Nature of Claim: _Empleado Publico Pensión Jubilación_

By: _Madeline Feliciano Rivera_
Signature

_Madeline Feliciano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Madeline Feliciano Rivera
P O Box 3300
Vega Alta, Puerto Rico 00692-3300
**Claim Number:  50516**



4 AUG 2021   PM 2   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767
**Claim Number:  50516**

00918-170625

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:      _Mildred Valle - Rodríguez_

Participant's Address:      _Box 2893 Mayaguez PR 00681_

Participant's Email Address:      _ukyval@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:      _110661_

Nature of Claim: _____

By: _Mildred Valle - Rodríguez_
    Signature

     _Mildred Valle - Rodríguez_
    Print Name

_____
Title (if Participant is not an individual)

_3 august 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Valle Rodriguez
Box 2895
Marzaning PR 00681

RECEIVED & FILED
2021 AUG -5 PM 5:07
U.S. BANKRUPTCY COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR  009
4 AUG 2021  PM 2  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Quiñones Roman_

Participant's Address: _P. O. BOX 8388 Ponce P.R. 00732_

Participant's Email Address: _migdaliaquinons@pucpr.edu_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _13078 8_

Nature of Claim: _Department of Education_

By: _[signature]_
Signature

_Migdalia Quiñones Roman_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magdalia Quiñones Roman
P.O. box 8388
Ponce P.L. 00732

RECEIVED & FILED
2021 AUG -5 PM 5:22

CLERK'S OFFICE
U.S. DIST COURT
SAN JUAN, P.R.

SAN JUAN PR 009
31 JUL 2021 PM 1 L

FOREVER / USA

United States District Court,
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ricardo Soto Suarez

Participant's Address: Urb El Tonito Colle 1 D-L C44 P.R 00736

Participant's Email Address: r.suto9475@Gmail.com

Name of Counsel: I don't have a lawyer

Address of Counsel: I don't have a lawyer

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: #36890

Nature of Claim: Promese Lille III

By: [signature]

Signature

Ricardo Soto Suarez

Print Name

N/A

Title (if Participant is not an individual)

X 3/490/21

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Soto Suarez
Vb. El Tuito calle 1
#2 Gayry P.R. 00736

RECEIVED & FILED
2021 AUG -5 PM 5:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court,
clerk's office, 150 Ave Carlos
Charduon Ste. 150 San Juan
P.R. 00918-1767

SAN JUAN PR 009
3 AUG 2021 PM 1 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Miguel Rodriguez Melendez_

Participant's Address: _Via-63-3K-N-1 Villa Fontana Carolina PR. W983_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176190_

Nature of Claim: _Despido Injustificado_

By: _(signature)_
Signature

_Jose Miguel Rodriguez Melendez_
Print Name

_____
Title (if Participant is not an individual)

_2 Agosto / 20/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR   009

3 AUG 2021   PM 1  L

FOREVER USA

Jose Meyer Rodriguez Melendez
Via-63-345-N-1 Urb. Villa Fontana
Carolina P.R. 00983

Court's Clerk's Office AT
United States District Court, Clerk's
Office, 150 AVE, Carlos Chardon Ste,
150, San Juan, P.R. 00918-1767

U.S. DISTRICT
COURT SAN JUAN
2021 AUG -5  PM 5: 17
RECEIVED & FILED

0081881708 0018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jorge A. Martinez Rodriguez_

Participant's Address: _Hc.64 Bzn. 8508 Patillas, P.R 00723_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Commonwealth of P.R. Case Number 17 BK 3283-LTS_

Nature of Claim: _To: Resolve: Deman: P.R. Police Dept._

By: _Jorge a Martinez Rodrigues_
    Signature

_Jorge A. Martinez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8-4-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA

SAN JUAN PR 009

4 AUG 2021 PM 2 L

United State District Court

Clerk's office,

150 Ave.

Carlos Chardon Ste.

00918-1-706525

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:18

Jorge A. Martínez Rodríguez
Hc-6+ Bz. 8508
Patillas, PR - 00723

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Juan Perez Nieves_

Participant's Address: _PO BOX 8632 Humacao PR 0079_

Participant's Email Address: _perezpedro0095@ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
    Signature

_Pedro J. Perez Nieves_
Print Name

_____
Title (if Participant is not an individual)

_08-03-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER

USA

2014

SAN JUAN PR 009

4 AUG 2021 PM 2 L

To: Discovery Notice to the Courts Clerk's office at
United States District Court, Clerk's office.

(150) Ave Carlos Chardon St. 150
San Juan, P.R. 00918-1767

00500818-1706525

P. Perez
P.o Box 8632
Humacao, P.R. 00792-8632

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M Lopez Santiago

Participant's Address: PO Box 456 Toa Alta, PR, 00954

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 70657

Nature of Claim: money owed for time worked.

By: _Carmen M Sapiz_
Signature

Carmen M Lopez Santiago
Print Name

_____
Title (if Participant is not an individual)

8-3-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Lopez Santiago
Box 456
a Alta, PR 00954

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 19

00918-1706\2

SAN JUAN PR 009
4 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

USA * FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Dolores M Gutierrez Soler

Participant's Address: Calle Rio 62 Portal del Sol San Lorenzo PR 00754

Participant's Email Address: margie0803@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: _____
Signature

Dolores M Gutierrez Soler
Print Name

_____
Title (if Participant is not an individual)

Aug 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

4 AUG 2021 PM 2 L

Discovery Notice to the Court's Clerk
United States District Court Clerk's office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Dolores M Gutierrez
Calle Rio 62 Portal del Sol
San Lorenzo, PR 00754

0918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:19

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:     *Noel David Nieves Garcia*

Participant's Address:  *Calle Fernando Calder 457
                        Urb. Roosevelt, Hato Rey, San Juan
                        Puerto Rico 00918*

Participant's Email Address:  *—*

Name of Counsel:  *—*

Address of Counsel:  *—*

Email Address of Counsel:  *—*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK 3283 -LTS*

Nature of Claim:  *The Commonwealth of Puerto Rico
                  et al.,*

By:  *[signature]*

Signature

*Noel S. Nieves*

Print Name

Title (if Participant is not an individual)

*3 agosto 2021*

Date

RECEIVED and FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG -5 PM 5:19

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noel David Nieves Garcia
Calle Fernande Calder 457
Urb. Roosevelt - Sen Juan
Puerto Rico 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG -5  PM 5:20

00918-170625

United States District Court
Clerk's Office 150 Ave.
Carlos Chardón Ste. 150
Sen Juan, P.R. 00918-1767

SAN JUA

4 AUG 2021   PM

600

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edda Enid González Maldonado

Participant's Address: H.C. 01 Box : 1556

Participant's Email Address: Aibonito, P.R., 00705

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: edarte.gonzalez @ gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 14 9 9 4 3

Nature of Claim: Public Employee Claims - Retire System

By: x _Edda E. Jongif Muldonado_
    Signature

Edda Enid González Maldonado
Print Name

_____
Title (if Participant is not an individual)

x 4/ Agosto /2021.
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

...da, Enid Gonzalez, Maldonado

O Box: 1556

ibonito, P.R. 00705

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5: 20

00918-170625

United States District Court, Clerk's
Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerardo Rodriguez Maldonado_

Participant's Address: _HC-04 Box 5782 Guaynabo, P.R. 00971_

Participant's Email Address: _luzmigonzalez31@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Gerardo Rodriguez Maldonado_
Signature

_Gerardo Rodriguez Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_August 04, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Rodríguez
-04 Box 5782
Guaynabo. P.R, 00971

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

12:5 Wd 5- 9UA 1202

SAN JUAN PR  009
4 AUG 2021  PM 2  L

00918-170625

United States District Court, Clerks' Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:      Luz N. Torres Lebron

Participant's Address:     P. O. BOX 762 Yabucoa P.R. 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:      172657

Nature of Claim:      total

By:      _N. Torres Lebron_
Signature

     Luz N. Torres Lebron
Print Name

_____
Title (if Participant is not an individual)

     4 Agosto 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz N. Torres Lebrón
P O Box 762
Sabucoa P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5: 21

SAN JUAN PR  009
4 AUG 2021  PM 2  L

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150,
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Sylvia P. Obén Morales

Participant's Address:  8061 Plaza Gaviotas Camino del Mar Toa Baja, PR 00949

Participant's Email Address:  soben89@gmail.com

Name of Counsel:  N/A

Address of Counsel:  —

Email Address of Counsel:  —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  250747 (Pack ID)

Nature of Claim:  Promesa Title III

By:  _[signature]_

Signature

Sylvia P. Obén

Print Name

Title (if Participant is not an individual)

8/4/2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Silvia P. Obén Morales
Q-61 Plaza Gaviotas
Camino del Mar
Toa Baja, P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 12:5

SAN JUAN PR 009
4 AUG 2021 PM 2 L

USA FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

00918-170825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia M. Arroyo-Graulau_

Participant's Address: _Urb. Dos Rios Calle 5-C-18, Toa Baja, P.R. 00949-4025_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90501_

Nature of Claim: _PROMESA-Title III-Num. 17-03283_

By: _Sonia M. Arroyo-Graulau_
    Signature

_Sonia M. Arroyo-Graulau_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG -5 PM 5: 21

SAN JUAN PR 009

4 AUG 2021 PM 2 L

Maria Arroyo- Matos
Bo. Rio
Calle Sr - C-1
P. R. 00949-4015
United States District Court
Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

yogi Berra
FOREVER
BASEBALL
ALL-STAR

C00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz Nercida Torres Lebron

Participant's Address: P.O Box 762 Yabucoa P.R. 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172601

Nature of Claim: total

By: _____
    Signature

Luz Nereida Torres Lebron
Print Name

_____
Title (if Participant is not an individual)

4 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Nereida Torres Lebrón
P O Box 762
Arabucoa P.R. 00767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5:12

00918-1706125

SAN JUAN PR   009
4 AUG 2021   PM 2   L

United States District
Court Clerk's Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918 - 1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Noel David Nieves Garcia

Participant's Address: Calle Fernando Calder 452 Urb. Roosevelt - Hato Rey, San Juan, Puerto Rico 00918

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: the Commonwealth of Puerto Rico et al.,

By: _____
Signature

Noel D. Nieves
Print Name

_____
Title (if Participant is not an individual)

3 agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joel David Nieves Garcia
Calle Fernandez Calder 457
6. Roosevelt- San Juan
Puerto Rico 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG -5 PM 5: 22

00918-170625

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardón, Ste. 150,
San Juan, P. R. 00918-1767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Oquendo Matias_

Participant's Address: _Calle Aleli # 281- Bo. Candelaria, Sector Capitán_
_Toa Baja, P.R. 00949_

Participant's Email Address: _N\A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _N\A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _501-8243701-951_

Nature of Claim: _____

By: _Julio Oquendo Matias_
Signature

_Julio Oquendo Matias_
Print Name

_____
Title (if Participant is not an individual)

_3 Ago. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Julio Oquendo
Calle
Bo. Pajaros Atelii Parc→81
Toa Baja
P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG -5 PM 5:22

00918-170625

SAN JUAN
4 AUG 2021

FOREVER / USA

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jeffrey Allen Nieves Garcia_

Participant's Address: _Calle Fernando Calder 457 - Urb._
_Roosevelt- Hato Rey, San Juan, Puerto_

Participant's Email Address: _Rico    00918_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico, The_
_Employees Retirement of the Commonwealth_
_of Puerto Roco, and the Puerto Rico Public_
_Building Authority_

By: _[signature]_
Signature

_Jeffrey Allen Nieves Garcia_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeffrey A. Nieves Garcia
Calle Fernandez Calder 457
Urb. Roosevelt. San Juan
Puerto Rico 00918

RECEPTION AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 23

00918-170625

SAN JUAN PR 009

4 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave,
Carlos Chardon, Ste. 150,
San Juan , P.R. 00918 - 1767

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Corlos R. Rodriguez Gonzalez_

Participant's Address: _BO. Coqui Calle Bentances #420 Aguirre P.Roo704_

Participant's Email Address: _wdiWells@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 LTS_

Nature of Claim: _Reclamación_

By: _____
Signature

_Corlos R. Rodriguez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_04/08/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FOREVER USA

PURPLE HEART

SAN JUAN PR 009

4 AUG 2021  PM 2 L

Carlos R. Rodriguez Gonzalez
Bo Cogui Calle Betance # 430
Aguirre P.R. 00704

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00018-1 70S25

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5: 23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Anabelle Casiano Alicea

Participant's Address: HC-7 5108 Juana Diaz, P.R. 00795 (New address)

Participant's Email Address: casianoanabelle@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 114499

Nature of Claim: Promesa Title III

By: _____
Signature

Anabelle Casiano Alicea
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Casiano Alicea
C-7 3108
Villa Diaz P.R. 00795

United States Dist. Court's Clerk's Office
150 Ave. Carlos Chardon Ste. 150
Sen Juan, P.R. 00918-1767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

FOREVER / USA

00918-176825

2021 AUG -5 PM 5:23
SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Maida Morales Ramirez_

Participant's Address: _8061 Plaza Gaviotas Camino del Ma /_ _Toa Baja P.R._ _50949_

Participant's Email Address: _maidaram88@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PAckID: 242895_

Nature of Claim: _Promesa Title III_

By: _[signature]_

Signature

_Maida Morales Ramirez_

Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maida Morales Ramirez_

Participant's Address: _8061 Plaza Gaviotas Camino del Mleo Toa Baja P.R. 00949_

Participant's Email Address: _maidavam88@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID : 242896_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Maida Morales Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maida Morales Ramirez_

Participant's Address: _8061 Plaza Gaviotas Camino del Mar_

Participant's Email Address: _maidaram 88 @ hotmail.com_ _Toa Baja, P-R. 00949_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pock ID : 242894_

Nature of Claim: _PROMESA TITLE III_

By: _Maida Clark Kemir_
   Signature

_Maida Morales Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Neida Morales Rivera
61 Plaza Dauisto 8
Camino del Mar
Toa Baja, P.R. 00949

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
4 AUG 2021 PM 2 L

USA FOREVER

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ivette Vidro Santani_

Participant's Address: _HC 09 - Box 4535 Sabana Grande_

Participant's Email Address: _ede17pr@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _CC 2012 - 1050_

Nature of Claim: _Case number CES 00-06-1639_
_Dept. of Health._
_KLRA 201200155_

By: _____
Signature

_____
Print Name

_Maggie Acevedo y otros_
Title (if Participant is not an individual)

_08/01/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Milagros Toyens
H-09-Box 4535
Patillas Grande, P.R. dc
00637

REC'D CLERKS OFFICE
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5: 24

00918-170825

7020 1290 0001 8452 2191

CERTIFIED MAIL

United States Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, Puerto Rico, 00918-1767

$3.60

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruben Rodriguez Taina n_

Participant's Address: _Bo.Cogui Calle Befances #420 Aguirra P.R 00704_

Participant's Email Address: _jwdelvelle@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170782_

Nature of Claim: _Reclamacion - Proof of Claim_

By: _Ruber Rodriguez Taiman_
Signature

_Ruben Rodriguez Teii man_
Print Name

_____
Title (if Participant is not an individual)

_31 | 07 | 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

4 AUG 2021  PM 2 L

Ruben Rodriguez Jaincu
Calle Bejuco #460 Bo. Coqui
Aguirre P.R. 00704

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706825

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5: 24

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  CARMEN SOCORRO GONZALEZ GARCIA

Participant's Address:  CALLE 14 G6 EXT. LOS TAMARINDOS, SAN LOREN 20, P.R. 00754

Participant's Email Address:  Cg0521540@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  CASE No: 17 BK 3283-LTS

Nature of Claim:  INTENT to PARTICIPATE IN DISCOVERY NOTICE

By:  Carmen Socorro Gonzalez Garcia
     Signature

     CARMEN SOCORRO GONZALEZ GARCIA
     Print Name

     _____
     Title (if Participant is not an individual)

     August 4, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CARMEN S. GONZALEZ-GARCIA
EXT. LOS TAMARINDOS
CALLE 14   G-6
SAN LORENZO, P.R. 00754

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG -5   PM 5: 13

00918-1'70825

SAN JUAN PR   009
4 AUG 2021   PM 2   L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 Ave. CARLOS CHARDON Ste.
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maritza - Rodriguez-Diaz_

Participant's Address: _HC-4 Box 12673 Rio Grande, P.R. 00745_

Participant's Email Address: _mrodriguez58.mr @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64391_

Nature of Claim: _claims for unpaid accured sick days_

By: _Maritza Rodriguez Diaz_
    Signature

_Maritza Rodriguez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto de 2021 / August 4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Rodriguez D???
HC-4 Box 12673
Rio Grande, P.R. 00745

SAN JUAN PR 009

4 AUG 2021 PM 2 L

USA FOREVER

United States District Court
Clerk's Office, 150
Ave. Carlos Chardin Ste. 150
San Juan, P.R. 00918-1767

2021 AUG -5 PM 5:13
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Justina Otero Cruz

Participant's Address: Urb. Vista Monte C5 H7 Cidra P.R. 00739

Participant's Email Address: tina.otero@hotmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176372

Nature of Claim: Empleados Públicos / Jubilación

By: _Justina Otero Cz_
Signature

Justina Otero Cruz
Print Name

———
Title (if Participant is not an individual)

3 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Justina Otero Cruz
Urb. Vista Monte C5 H7
Cidra, P.R. 00739

SAN JUAN PR 009

4 AUG 2021 PM 2 L

FOREVER / USA

United States District Court
Clerk's Office
50 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José G. Maldonado Berríos_

Participant's Address: _Bo Centenejos I   San  José # 8 Cidra, P.R., 00739_

Participant's Email Address: _JGMalduber@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176367_

Nature of Claim: _empleado publico / jubilado_

By: _[signature]_
    Signature

_José G. Maldonado Berríos_
Print Name

_—_
Title (if Participant is not an individual)

_3 de julio de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Co. Maldonado Berrios
Do. Certenejon I
San Jose' A6
Cidig P.R.00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5:14

United States District Court
Clerk's Office
ISD Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L

FOREVER / USA

00918-170825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramon Ramos Torres_

Participant's Address: _Carretera 352-KO.9-HC6 Box 62803 Mayaguez P.R. 00680_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165-526 Ley 96 -1 Julio 2002- aumento Sueldo Empleados publicos._

Nature of Claim: _151-640 Departamento Educación 12 Julio-79-ley Retribución Uniforme._

By: _[signature]_
   Signature

_Ramon Ramos Torres_
Print Name

_____
Title (if Participant is not an individual)

_31 Julio 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

4 AUG 2021 PM 2 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767.

2021 AUG -5 PM 5:14

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge L. Valentín Barro_

Participant's Address: _P.O. Box 259, Hormigueros, P. Rico 00660_

Participant's Email Address: _Jorge.ValentinBarro@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LtS_

Nature of Claim: _Promesa title II Jointly Administered_

By: _[signature]_
   Signature

   _Jorge L. Valentín Barro_
   Print Name

   _____
   Title (if Participant is not an individual)

   _August 4, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jorge L. Davina Servera

P.O. Box 259

Hormigueros P. Rico 00660

4 AUG 2021  PM 2  L

USA ★ FOREVER ★

To: United States Distict Court,
    Clerk's office
    150 Ave. Carlos Chardon ste.
    150, San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Cardona Ruiz*

Participant's Address: *P.O. Box 259 Hormigueros, P. Rico 00660*

Participant's Email Address: *Evelyncardona1950 @ Gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa title III Jointly Administered*

By: *Evelyn Cardona Ruiz*
Signature

*Evelyn Cardona Ruiz*
Print Name

_____
Title (if Participant is not an individual)

*august 4, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Evelyn Cardona Roez
P.O. Box 259
Normigueros, P. Rico 00660

4 AUG 2021 PM 2 L

USA FOREVER

To: United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P. Rico. 00918-1767

2021 AUG -5 PM 5: 15

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Norma I. Llera Rodriguez

Participant's Address: Urb. Sierra Bayamón, 45-18- 42 St. Bayamon
PR 00961

Participant's Email Address: noniris1@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 97355

Nature of Claim: Law 89 (17-03283)

By: _Norma I. Llera_
Signature

Norma I. Llera Rodriguez
Print Name

_____
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lira Rodriguez, Norma I
U.S. Sierra Bajamon
L-18- 42 St
Bajamon, PR 00961

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

SAN JUAN PR 009
4 AUG 2021  PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ninette Sorrano Rivera_

Participant's Address: _Estancias Chalets 193 C/Tortosa Apt. 75 San Juan P.R. 00926_

Participant's Email Address: _ninette_Sorrano@Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Ninette Sorrano Rivera_
Signature

_Ninette Sorrano Rivera_
Print Name

_Agosto 1, 2021_
Title (if Participant is not an individual)

_Agosto 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may

Ninette Serrano
Estancias Chalets 193
Calle Tortosa. Apt 75
S.J. P.R. 00924



SAN JUAN PR   009

4 AUG 2021   PM 2  L

Discovery Notice to the Court's Clerk's office at:
United States District Court's Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emma Ruiz Mercado_

Participant's Address: _Urb. Mans. del Paraiso D-58 C/Felicidad Cayey Pr. 00724_

Participant's Email Address: _ignacia mercadomartinez @gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176333_

Nature of Claim: _Incentive payment, Salary increase under the laws: 89/1995; 96/2010; 164/2004 and 105/2008. My salary and future retirements._

By: _[signature]_
Signature

_Emma Ruiz Mercado_
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ruiz Marrero
Mena all Power D-58
Calle Felicia A
Guaru, P.R. 00737

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5 PM 5: 18

00918-170825

United States District Court
Court's Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Payés Ruiz_

Participant's Address: _HC-03 BOX 37680 Mayaguez, P.R. 00680_

Participant's Email Address: _rafa.payes28@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63004_

Nature of Claim: _____

By: _Rafael Payés Ruiz_
Signature

_Rafael Payés Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_3 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Parés Ruiz
C 03 Box 37680
Mayaguez, P.R.
00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5  PM 5:18

00918-1706625

United States District Court,
Clerk's Office, 150 Ave
Carlos Chardón Ste 150,
San Juan, P.R.

00918-1767

SAN JUAN PR  009
4 AUG 2021  PM 2  L

Attention of                                          July 30,2021

Discovery Notice to the Courts Clerks office

United States District court

Bankruptcy case No. 17BK3283-LTS , 17-BK-3284-LTS, 17-BK-3567-LTS, 17-BK-3566-LTS, 17-BK-4780-LTS, 19-BK-5523LTS

Participant  Name

Richard Gerken

206 Middleton Place, Prosperity, SC. 29127

Intention to be recognized as a creditor holding 10000 shares of Puerto Rico Commonwealth Public Improvement Bonds .

To be recognized as a creditor holding 10000 shares of Puerto Rico commonwealth Highway & Transportation Authority Bonds .

Also to hold open my right to enter additional discovery and receive notice of discovery and advancement of this case.

Richard Gerken

Signed _Richard Gerken_

Discovery Notice
Court Clerks office

00918-1708ES

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -5   PM 5: 19

Richard Gerken
206 Middleton Place
Prosperity, SC 29127

United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.   00918-1767

COLUMBIA SC 290

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Glorirma Barbosa Anaya_

Participant's Address: _Urb. Villa Rosa 1 calle 5-D-11 Guayama, P.R. 00784_

Participant's Email Address: _gini-journey@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130942_

Nature of Claim: _Accumulated retirement contributions from the Department of Education_

By: _Gl._
Signature

_Glorirma Barbosa Anaya_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**TO:**

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150.
San Juan, PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
AUG -5 2021
US DISTRICT COURT
SAN JUAN, PR

**FROM:**

Glorirma Barbosa Anaya
Urb. Villa Rosa 1 calle 5-D-11
Guayama PR 00784

UNITED STATES
POSTAL SERVICE.

**Retail**

US POSTAGE PAID
**$4.00**
Origin: 00784
08/04/21
4239600784-31

0 Lb 3.10 Oz
**1005**

C018

FIRST-CLASS PKG SVC - RTL™

SHIP
TO:  150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

USPS TRACKING® #



Participant must provide all of the information below in ~~English~~: *Spanish Please*

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Thelma I. Berrios Torres*

Participant's Address: *PO Box 250247, Aguadilla, PR 00604-0247*

Participant's Email Address: *Iuettemadisom@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *Thelma I. Berrios Torres*
Signature

*Thelma I. Berrios Torres*
Print Name

_____
Title (if Participant is not an individual)

*2 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -5 PM 5: 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 3160 0001 6290 5606

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

From: H. Berrios Torres
PO Box 250247
Ramey Base
Aguadilla, PR 00604-0247



U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
AUG 02 21
AMOUNT

$7.45
R2304W120031-01

1000   00918

UNITED STATES
POSTAL SERVICE

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esther Rosario Charles_

Participant's Address: _Urb Country Club Calle 506 OJ-10 Carolina PR 00982_

Participant's Email Address: _erosa45@outlook.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 03283 - LTS_

Nature of Claim: _Commonwealth of P.R. / claim related to former employment of Puerto Rico Telephone Co. / wages in laws: #4976 Ley#89 Ley Escala Salarial #94057/Ley#96    eff. 07-01-1995_

By:

Signature _[signature]_

_Esther Rosario Charles_
Print Name

_____
Title (if Participant is not an individual)

_08 01 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
0098
AUG 02, 21
AMOUNT
$7.65
R2304H109441-12
1000   00918

CERTIFIED MAIL®

7020 2450 0002 1100 7841



Esther Rosario Charlo
Urb Country club
Calle 306 OJ-6
Carolina, P.R. 00982

United States District Court
Clerk's office
150 Ave. Carlos Chardon
STE. 150
San Juan, P.R. 00918 - 1767

RECEIVED & FILED
2021 AUG -5 PM 3:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny González González_

Participant's Address: _Urb. Estancias del Rio Calle Guamani # 490 Hormigueros P.R. 00660_

Participant's Email Address: _Jenny.gonzalez.gonzalez21@gmail.com_

Name of Counsel: _Prime clerk LLC_

Address of Counsel: _850 3rd Avenue, Suite 412 Brooklyn, NY 11232_

Email Address of Counsel: _PRACR process @ prime clerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90745_

Nature of Claim: _Reclamación empleado público (fy. 89)_

By: _Jenny González González_
Signature

_Jenny González González_
Print Name

_Maestra_
Title (if Participant is not an individual)

_7 de agosto 21._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny González González_

Participant's Address: _Urb. Estancias del Río Calle Guamani # 490 Hormigueros P.R. 00660_

Participant's Email Address: _Jenny gonzalez gonzalez 21 @ gmail.com_

Name of Counsel: _Prime cleark LLC_

Address of Counsel: _850 3rd Avenue, Suite 412 Brooklyn N.Y 11232_

Email Address of Counsel: _PRACR process @ prime cleark.com_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Reclamación empleado Público (Ley 94)_

By: _Jenny Gonzal. González_
Signature

_Jenny González González_
Print Name

_Maestra_
Title (if Participant is not an individual)

_2- agosto -21._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



U.S. POSTAGE PAID
FCM LG ENV
HORMIGUEROS, PR
00660
AUG 03, 21
AMOUNT
$7.85
R2304N118005-9

00918
1000



7020 0090 0002 1235 0449


Jenny Gonzalez
Urb Estancias Del Rio
Calle Guamani #490
Hormigueros, PR 00660



Court's clerk's office at
United state district court
clerk's office, 150 Ave.
Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG -5 PM 2: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Minerva Olmo Diaz

Participant's Address:  HC-05 Box 34596, Hatillo, PR 00659

Participant's Email Address:  minolmo@hotmail.com

Name of Counsel:  Departamento de Educación

Address of Counsel:  C. Federico Acosta, S.J., 00918

Email Address of Counsel:  de.pr.gov

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  154030

Nature of Claim:  Commonwealth of Puerto Rico

By:  _Minerva Olmo Diaz_
     Signature

Minerva Olmo Diaz
Print Name

Department of Education
Title (if Participant is not an individual)

30/julio/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.





$7.65

U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
AUG 03, 21
AMOUNT
1000      00918      R2306K136482-10

CERTIFIED MAIL

7020 3160 0001 2193 4012

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
State, 150, San Juan, P.R. 00918-1767

Mireen Olmo Diaz
Ac-5 BM 34590
Hatillo, P.R. 00659

RECEIVED & FILED
2021 AUG -5 PM 5: 19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR