# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: August 6, 2021**

BK Case: 17-3283 LTS (PROMESA)

**APPEAL FEE PAID ($505):** YES ____ NO __X__ PENDING ____

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:** YES ____ NO __X__

**MOTIONS PENDING:** YES ____ NO __X__

**NOTICE OF APPEAL FILED BY:** Obe E. Johnson, pro se.

**APPEAL FROM:** Order Granting in Part and Denying in Part entered on 06/29/2021.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 13316, 13599, 16942, 17184, 17697**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____  s/c: CM/ECF Parties, Appeals Clerk