IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:  :  PROMESA
 :
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, :  Title III
 :
    as representative of :
 :
THE COMMONWEALTH OF PUERTO RICO :  No. 17 BK 3283-LTS
*et al.*, :
 :
    Debtors.[1]  :  (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

DOC ID - 36895349.2

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

| | |
|---|---|
| Participant's Name: | Cantor-Katz Collateral Monitor LLC (the "Collateral Monitor") |
| Participant's Address: | 80 State Street, Albany, New York 12207 |
| Participant's Email Address: | mcantor4@mac.com; rich.katz@torquepointllc.com |
| Name of Counsel: | Schulte Roth & Zabel LLP |
| Address of Counsel: | 919 Third Avenue, New York, New York 10022<br>901 Fifteenth Street, NW, Suite 800, Washington, DC 20005 |
| Email Address of Counsel: | douglas.mintz@srz.com; douglas.koff@srz.com; abbey.walsh@srz.com; peter.amend@srz.com; noah.gillespie@srz.com; jacqueline.maeroblaskowski@srz.com |

2. Participant's Claim number and the nature of Participant's Claim:

| | |
|---|---|
| Claim Numbers: | (i) Proof of Claim Nos. 179426, 29485, and 174309, as set forth in the Debtors' claims register; and (ii) administrative expense claim asserted against the Commonwealth at Dkt. No. 17009 in Case No. 17 BK 3283-LTS. These claims are held in the name of AmeriNational Community Services LLC ("AmeriNat"), in its capacity as Servicer for the GDB Debt Recovery Authority (the "DRA"). The Collateral Monitor reserves the right to amend, supplement or otherwise modify the list of claims set forth herein. |
| Nature of Claims: | Obligations owed to the Government Development Bank for Puerto Rico (the "GDB") by certain of the Debtors in the pending Title III cases, which obligations were transferred to the DRA in connection with the approved qualifying modification for the GDB under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"). The Collateral Monitor is a party-in-interest in the pending Title III cases because the Collateral Monitor, together with AmeriNat, oversee the condition and performance of the DRA's assets (including all of its pending claims against the Debtors). |

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*

Carmen D. Conde Torres
(USDC No. 207312)
254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

*-and-*

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted pro hac vice)
901 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail:  douglas.mintz@srz.com

and

Douglas Koff (admitted pro hac vice)
Abbey Walsh (admitted pro hac vice)
Peter Amend (admitted pro hac vice)
919 Third Avenue
New York, N.Y. 10022
Telephone: (212) 756-2000
E-mail:  douglas.koff@srz.com
         abbey.walsh@srz.com
         peter.amend@srz.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.