IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------x
In re:                                      :    PROMESA
                                            :
THE FINANCIAL OVERSIGHT AND                 :
MANAGEMENT BOARD FOR PUERTO RICO,           :    Title III
                                            :
        as representative of                :
                                            :
THE COMMONWEALTH OF PUERTO RICO             :
et al.,                                     :    No. 17 BK 3283-LTS
                                            :
                Debtors.¹                   :    (Jointly Administered)
------------------------------------------------------------x
```

**AMERINATIONAL COMMUNITY SERVICES, LLC'S NOTICE OF INTENT TO
PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH
PLAN OF ADJUSTMENT**

**COME NOW** AmeriNational Community Services, LLC (the "Servicer"), as servicer for

the GDB Debt Recovery Authority (the "DRA"), by and through their undersigned legal counsel,

and hereby advises the Debtors that it intends to participate in discovery in connection with

confirmation of the Debtors' proposed Plan.

1.      Counsel for the Servicer's contact information is as follows:

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225

---

1       The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
        (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
        Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID:
        3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
        (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA")
        (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement
        System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-
        LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
        (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public
        Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID:
        3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Tel:    787-250-5632
Fax:    787-759-9225
ajg@mcvpr.com
ajc@mcvpr.com
nzt@mcvpr.com

2.    The number and nature of the Servicer's claims are as follows:

| | |
|---|---|
| Claim Numbers: | (i) Proof of Claim Nos. 179426, 29485, and 174309, as set forth in the Debtors' claims register; and (ii) administrative expense claim asserted against the Commonwealth at Dkt. No. 17009 in Case No. 17 BK 3283-LTS.  The Servicer reserves the right to amend, supplement or otherwise modify the list of claims set forth herein. |
| Nature of Claims: | Obligations owed to the Government Development Bank for Puerto Rico (the "GDB") by certain of the Debtors in the pending Title III cases, which obligations were transferred to the DRA in connection with the approved qualifying modification for the GDB under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"). |
| | The Servicer is a party-in-interest in the pending Title III cases because, together with Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds that the DRA issued pursuant to the Government Development Bank for Puerto Rico Debt Restructuring Act, Act No. 109-2017, as amended by Act No. 147-2018, and the approved Qualifying Modification for the GDB under Title VI of PROMESA, it oversees the condition and performance of the DRA's assets (including all of its pending claims against the Debtors). |

**WHEREFORE**, the Servicer respectfully requests that the Court take notice of the

foregoing.

In San Juan, Puerto Rico, this 6th day of August, 2021.

*[Remainder of page intentionally left in blank]*

2

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:    787-250-5632
Fax:    787-759-9225

By:    */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

By:    */s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

By:    */s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

*Attorneys for AmeriNational Community
Services, LLC, as Servicer for the GDB Debt
Recovery Authority*

3