# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                            Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, David K. Shim, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1. Applicant is an attorney and member of the law firm of Morgan, Lewis & Bockius LLP with offices at:

| | |
|---|---|
| Address: | One State Street<br>Hartford, CT 06103 |
| Email: | david.shim@morganlewis.com |
| Telephone: | (860) 240-2580 |
| Facsimile: | (860) 240-2701 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

2. Applicant will sign all pleadings with the name David K. Shim.

3. Applicant has been retained as a member of the above-named firm by the QTCB Noteholder Group[2] to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Applicant has been since 2019 and is today a member in good standing of the bar of the State of Connecticut. Applicant's Connecticut bar number is 440479.

5. Applicant is also admitted to practice before the following courts:

U.S. District Court for the District of Connecticut since 2019

U.S. District Court for the Southern District of New York since 2019

U.S. District Court for the District of Massachusetts since 2019

New York Bar since 2017

Massachusetts Bar since 2016

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name:  Sergio Criado
       Correa-Acevedo & Abesada Law Offices, P.S.C.
       USDC-PR Bar No. 226307

Address: Centro Internacional de Mercadeo II
         #90 Carr. 165 Suite 407

---

[2] "QTCB Noteholder Group" means the group identified in the *Notice of Appearance and Request for Notice* (Dkt. No. 134, Case No. 17-3283 LTS).

       Guaynabo, Puerto Rico 00968-8064

  Email:   scriado@calopsc.com

  Telephone: (787) 273- 8300

  Facsimile: (787) 273- 8371

  10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply the same. Among the rules is a rule that provides in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Payment of the *pro hac vice* admission fee is attached hereto.

  WHEREFORE, Applicant respectfully requests that he be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

  Dated: August 6, 2021

              */s/ David K. Shim*
              David K. Shim
              One State Street
              Hartford, CT 06103-3178
              Tel: (860) 240-2580
              david.shim@morganlewis.com

  I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

  Dated: August 6, 2021

              Sergio Criado

              */s/ Sergio Criado*

**I HEREBY CERTIFY** that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

        **CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR Bar No. 226307
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2021

_____
U.S. DISTRICT JUDGE