UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 6, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021

1. Juan E. Bonilla Valle
2. Augusto A. Mojica Ramos
3. Myrna Torres Rivera
4. Justina V. Hernandez Estrada
5. Jose A. Cabrera Sotomayor
6. Santos Ayala de Jesus
7. Jeanette Roman Sepulveda
8. Maria Elisa Perez Vargas
9. Ines V. Rivera Perez
10. Axamara Perez Espinosa
11. Wilma Ivette Rivera Colon
12. Hilda I. Gonzalez Salcedo
13. Saturnino Ortiz Morales
14. Modesta Santiago Santiago
15. Guillermo Torres Gonzalez
16. Myrna Gonzalez Rodriguez
17. Edwin Lopez
18. Juan E. Negron Velez
19. Olga I. Rodriguez Rios
20. Loyda Rodriguez Rodriguez
21. Mariluz Rodriguez Santana
22. Wanda Febus Pagan

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021

23. Elena Ayala Cotto

24. Axmar Generator Solutions Inc. c/o Angel M. Febus Berrios

25. Carmen C. Figueroa Hernandez

26. Milagros Rivera Correa

27. Elsa Rosado Davila

28. Jose Zeda

29. Julie E. Rodriguez Santana

30. Sonia Cordero Plaza

31. Dagmarie R. Rondon Gomez

32. Luis A. Vega Morales

33. Jose A. Cabrera Sotomayor

34. Myrta Ramirez Rivera

35. Angel M. Santiago Irizarry

36. Carmen M. Perez Gonzalez

37. Jonathan Pagan Vega

38. Carlos M. Cosme Otero

39. Almacen FS Figueroa c/o Felix S. Figueroa

40. Victor L. Cintron Hernandez

41. Eladio Mercado Cruz

42. Edwin Montalvo Pitre

43. Veronica Amador Colon

44. Juan A. Soto Sanchez

45. Miguel A. Vives Heyliger

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021

    46. Jose S. Rivera Ramirez

    47. Maura Osorio Lopez

    48. Ventura Ortiz Ruperto

    49. Astrid M. Agosto Fernandez

    50. Lizette M. Lopez Lopez


Dated: August 9, 2021