Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:       _Juan E. Bonilla Valle_

Participant's Address:    _Urb. El Plantio_
_Calle Jacana #G19E, Toa Baja P.R 00949_

Participant's Email Address:  _nungobonilla@gmail.com_

Name of Counsel:          _N/A_

Address of Counsel:        _N/A_

Email Address of Counsel:  _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:       _134370_

Nature of Claim:    _Pension/Retiree Claims_

By:    _[signature]_
       Signature

       _Juan E. Bonilla Valle_
       Print Name

       _____
       Title (if Participant is not an individual)

       _____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan E. Bonilla Valle
vib. El Plantio
Calle Jacana # G-19E
Toa Baja P.R. 00949

RECEIVED & FILED
2021 AUG -6 PM 5:15

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

FOREVER
USA

Discovery Notice to the Court's Clerk
office: United States District Court
Clerk office 150 Ave Chardon
Suite 150
San Juan P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Augusto A. Mojica Ramos*

Participant's Address: *Urb. Villa F2-Calle 6*
*Sabana Grande, P.R. 00637*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *I'm 80 years old and I don't know nothing about internet or law, why are sending this information to me*

By: *Augusto A Mojica Ramos*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*August 4, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Augusto A. Mojica Ramos
Urb. Villa Alba
F-2- Calle G
Sabana Grande, P.R. 00637

RECEIVED & FILED
2021 AUG -6 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

To: Court's Clerk Office
United States District Court
Clerk's Office
150 AVE Carlos Chardon STe. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna Torres Rivera_

Participant's Address: _HC02 Box5686 Villalba P.R. 00766_

Participant's Email Address: _torresmyrna09@gmail.com HC02Bx5686Villalba_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17BK 3283-LTS_

Nature of Claim: _The #89 Law incentive_

By: _Myrna Torres Rivera_
    Signature

_Myrna Torres Rivera_
Print Name

_Enfermera_
Title (if Participant is not an individual)

_Agosto 3/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Torres Rivera
HC02 Box 5686
villalba P.R. 00766

RECEIVED & FILED
2021 AUG -6 PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discavery Waiets to the courts Clerk officer
United States District court, Clerk office
158 Ave. Carlos Chardon Ste 150
San Juan P.R. 00718-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Justina V. Hernández Estrada*

Participant's Address: *HC 02 Box 21541, San Seb. PR 00685*

Participant's Email Address: *tatylau.Th@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *150744*

Nature of Claim: *Debts Claimed Department of Education*

By: _____
Signature

*Justina V Hernández*
Print Name

*Self*
Title (if Participant is not an individual)

*1/31/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUSTINA V HERNANDEZ ESTRADSA
HC 02 BOX 21541
SAN SEBASTIAN PR 00685

2021 AUG -6 PM 5: 15

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

FOREVER / USA



DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Justina V. Hernández Estrada_

Participant's Address: _HC 02 Box 21741, San Sebt PR 00685_

Participant's Email Address: _tatylav.Th @ gmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139367_

Nature of Claim: _Debts Claimed Department of Education_

By: _[signature]_
     Signature

_Justina V Hernández_
Print Name

_Self_
Title (if Participant is not an individual)

_1/31/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUSTINA V HERNANDEZ ESTRADSA-
HC 02 BOX 21541 FILED & RECIVED
SAN SEBASTIAN PR 00685

2021 AUG -8 PM 5:15

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R

SAN JUAN PR  009
5 AUG 2021  PM 1  L

FOREVER / USA

00918-170625

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Justina V Hernández Estrada_

Participant's Address: _HC 02 Box 21541 Son Sebt PR 00685_

Participant's Email Address: _tatyLaviTh@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156208_

Nature of Claim: _Debts Claimed Department of Education_

By: _[signature]_
Signature

_Justino V. Hernández_
Print Name

_Self_
Title (if Participant is not an individual)

_7/31/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUSTINA V HERNANDEZ ESTRADA SA.
HC 02 BOX 21541
SAN SEBSASTIAN PR 00685

RECEIVED & FILED
2021 AUG -9 PM 3:15
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

SAN JUAN PR   009
5 AUG 2021   PM 1   L


FOREVER / USA

00918-170625

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Cabrera Sitomayor_

Participant's Address: _P. 8. Box 2161, Coamo, P.R. 00769_

Participant's Email Address: _Non_

Name of Counsel: _"_

Address of Counsel: _"_

Email Address of Counsel: _"_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _I solicitade de paid that the debtors has to paid to me._

By: _José A. the str_
Signature

_José A. Cabrera Sitomayor_
Print Name

_I am the individual_
Title (if Participant is not an individual)

_August, 5 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Cosiem Sotomayor
P. O. Box 2161
Boqto, P.R. 00 769

United States District Court
clerk's office
150 Ave Carlos Charvon
ste San Juan, P.R. 00918-1767

RECEIVED & FILED

2021 AUG -6 PM 5:15



00918-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santos Ayala De Jesus

Participant's Address: Urb. Ciudad Interamericana #796 Calle Robalo Bayamon 00956

Participant's Email Address: romjean134@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54687

Nature of Claim: Pension/Retiree claims

By: _____
Signature

Santos Ayala De Jesus
Print Name

Claimant
Title (if Participant is not an individual)

2- august- 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

5 AUG 2021 PM 1 L

USA ★ FOREVER

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CHARDON STE. 150
SAN JUAN P.R. 00918-1767

00918-1706525

SANTOS AYALA DE JESUS
URB. CIUDAD INTERAMERICANA
#796 CALLE ROBALO
BAYAMON P.R. 00956

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jeannette Roman Sepúlveda_

Participant's Address: _Urb. Ciudad Interamericana #796 calle Robalo, Bayamon 00956_

Participant's Email Address: _ettennaej47@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54861_

Nature of Claim: _Pension / Retiree Claims_

By: _Jeannette Roman Sepúlveda_
    Signature

_Jeannette Roman Sepúlveda_
Print Name

_Claimant_
Title (if Participant is not an individual)

_2 - august - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JEANNETTE ROMAN SEPULVEDA
URB. CIUDAD INTERAMERICANA
#796 CALLE ROBALO
BAYAMON P.R. 00956

SAN JUAN PR   009

5 AUG 2021   PM 1   L

RECEIVED & FILED

2021 AUG -6   PM 5: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-1 70625

United States District Court
Clerk's Office
150 AVE CHARDON STE 150
San Juan P.R. 00918-1767




Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Elisa Pérez Vargas_

Participant's Address: _P.O. Box 6499, Bayamón P.R. 00960_

Participant's Email Address: _Marielisa.Pérez763@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _114706_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Maria Elisa Pérez Vargas_
Signature

_Maria Elisa Pérez Vargas_
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Elisa Pérez Vargas
P.O. Box 6499
Bayamón, P.R. 00 960

RECEIVED & FILED
2021 AUG -6 PM 5:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARKEAST Apt. 126 Bayamón, PR 00961-8364_

Participant's Email Address: _vrivera1608@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164385_

Nature of Claim: _Law 173   Gob. Aníbal Acevedo Vilá_

By: _Inés V. Rivera Pérez_
Signature

_Inés V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Inés V. Rivera Pérez
100 PARK EAST Apt. 126
Bayamón, PR 00961-2364

2021 AUG -6 PM 5:16
RECEIVED & FILED
U.S. DIST. COURT
SAN JUAN, P.R.

5 AUG 2021
SAN JUAN PR 009

00916-170625

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, PR. 00718-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Pérez, Inés V._

Participant's Address: _100 PARK EAST Apt. 126 Bayamón, PR 00961-8364_

Participant's Email Address: _vrivera1608@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113036_

Nature of Claim: _Law 96   Gob. Sila Calderón_

By: _Inés V. Rivera Pérez_
Signature

_Inés V. Rivera Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Inés V. Rivera Pérez
100 PARKENST Apt. 126
Bayamón, PR 00961-8368

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 5: 16
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Axamara Pérez Espinosa

Participant's Address: Rio Hondo Calle Rio Lajas AK52 Bayamón PR 00961

Participant's Email Address: ironlotus1632 @ gmail.com / ironlotus138@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170328301009794

Nature of Claim: Aportaciones acumuladas de Retiro (Accumulated Retirement Contributions)

By: _Axamara Pérez Espinosa_
Signature

Axamara Pérez Espinosa
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are __not__ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anllura Pérez Espinosa
Río Hondo Ac 52
Calle Río Lajas
Bayamón PR 00461

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 5:16
CLERK'S OFFICE

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-170625



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Rivera Colón, Wilma Ivette_

Participant's Address:   _#124 c/Girasol Urb. San Rafael Estates Bay. P.R. 00959_

Participant's Email Address:   _wilmairiveracolon @gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _# 113776_

Nature of Claim:   _PUBLIC EMPLOYEE AND PENSION / Retiree Claims_

By:   _Wilma I. Rivera Colón_
   Signature

   _WILMA I. RIVERA COLÓN_
   Print Name

   _____
   Title (if Participant is not an individual)

   _4 AGOSTO 2021_
   Date

**Instruction for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Wilma I. Rivera Colón
calle Girasol Urb. San Rafael Estates
#124
Bayamón, P. R. 00959

RECEIVED & FILED
2021 AUG -6 PM 9:16
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-1706525

5 AUG 2021 PM 1 L

SAN JUAN PR 009

To: Discovery Notice to the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Hilda I. González Salcedo

Participant's Address:   PO Box 334618  Ponce, PR 00733-4618

Participant's Email Address:   lilyorengo95@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283-LTS   (12058)

Nature of Claim:   PROMESA Title III

By:   Hilda I. González Salcedo
Signature

Hilda I. González Salcedo
Print Name

Title (if Participant is not an individual)

8/6/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda I González Salass
P O Box 334618
Ponce P.R. 00733-4618.

RECEIVED & FILED
2021 AUG -6 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave
Carlos Chardoni Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR
5 AUG 2021

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:            *Saturnino Ortiz Morales*

Participant's Address:         *P.O Box 214, Maunabo, P.R. 00707*

Participant's Email Address:   *Saturninoortiz93@gmail.com.*

Name of Counsel:               *No Counsel*

Address of Counsel:            *N/A*

Email Address of Counsel:      *N/A*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:          *NO. 17 BK 3283-LTS (Jointly Administered)*

Nature of Claim:       *Federal Tax ID 9686*

By:    *Saturnino Ortiz Morales*
       Signature

       *Saturnino Ortiz Morales*
       Print Name

       _____
       Title (if Participant is not an individual)

       _____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Saturnino Ortiz Morales
P.O. Box 214
Maunabo, Puerto Rico 00707

RECEIVED & FILED

2021 AUG -6 PM 5: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Discovery Notice to the Court Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
5 AUG 2021 PM 1 L

BASEBALL ALL-STAR
Yogi Berra
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santiago  Santiago  Modesta_

Participant's Address: _PO Box 214   Maunabo PR 00707_

Participant's Email Address: _modestasantiago @ gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS   Tax ID. 3481_

Nature of Claim: _____

By: _Modesta Santiago Santiago_
Signature

_Modesta Santiago Santiago_
Print Name

_____
Title (if Participant is not an individual)

_august 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Modesta Santiago Santiago
PO Box 214
Maunabo PR 00707-0214

RECEIVED & FILED
2021 AUG -6 PM 5:16

00918-170625

SAN JUAN PR  009
5 AUG 2021  PM 1  L

Discovery Notice to the Court's Clerk's Office
United States District Court's, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Guillermo Torres Gonzales

Participant's Address: HC-01 Box 6304 Santa isabel P.R. 00757

Participant's Email Address: 

Name of Counsel: Trabajo: Azucarera Mercedita CorPoracion

Address of Counsel: Ponce P.R.

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169218

Nature of Claim: 6/12/2019

By: _Guillermo Torre Gonzalez_
Signature

Guillermo Torres Gonzalez
Print Name

OPerador de Produccion
Title (if Participant is not an individual)

8/2/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Guillermo Torres Gonzales
HC-01 Box 6304
Santa Isabel P.R. 00757

00918-170625

2021 AUG -5 PI 5:16

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court Clerk's
Office.
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of
     if any:

Participant's Name: _Myrna Gonzalez Rodríguez_

Participant's Address: _H.C. 8 Box 651 ≠ 7_

Participant's Email Address: _gonzalezmyrna 576 @ gmail, com_

Name of Counsel: _D. N. A_

Address of Counsel: _D. N / A_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1645 SRF 55176 PACK ID 178380 WW ID 173 4555 PSVC_

Nature of Claim: _____

By: _[signature]_

Signature

_Myrna Gonzalez Rodríguez_

Print Name

_____

Title (if Participant is not an individual)

_August 5ᵗʰ 2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Gonzalez
Ha. 8 Box 6514 7
Arecibo PR. 00612

United States District Court Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
5 AUG 2021 PM 1 1
SAN JUAN PR 009

2021 AUG -6 PM 5: 17

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Lopez_

Participant's Address: _11 1ST ST   APT 1   Glen Cove NY 11542_

Participant's Email Address: _ledwin33@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Edwin Lopez_
Signature

_Edwin Lopez_
Print Name

_____
Title (if Participant is not an individual)

_7/31/21_
Date

RECEIVED & FILED 2021 AUG -6 PM 5: 17

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Time Clerk LLC
rand Central Station
O Box 4850
ew York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 2454 MMLID: 2154599-P SVC: MML-PC

LOPEZ, EDWIN
11 1 ST
APT 1
GLEN COVE NY 11542



Edwin Lopez
11 1st St
Apt 1
Glen Cove
NY 11542

RECEIVED & FILED
2021 AUG -9 PM 5:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00910-1 70825

MID-ISLAND NY 117
2 AUG 2021 PM 2 L

United State District court
Clerks Office
150 Ave
Carlos Chardon STE 150
San Juan PR 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Juan E. Negrón Vélez_

Participant's Address: _Calle 7 Num. 324 Jardines de Toa Alta_

Participant's Email Address: _Juannel@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Benefits Acquired from my retirement_

By: _Juan E. Negrón Vélez_
Signature

_Juan E. Negrón Vélez_
Print Name

_____
Title (if Participant is not an individual)

_5- august-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG -6 PM 5: 17
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

Juan E. Negron B/e.
c/7 #324, Indices,
c/o Toa alta, Toa alta
P.R. 00953

00918-170625

SAN JUAN PR. 009
5 AUG 2021   PM 1 L

United States District Court
clerks office, 150 Ave. Carlos
Chardon Ste. 150, San Juan P.R.
00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Olga I. Rodriguez Rios

Participant's Address:  HC-72 Box 3626 Naranjito, P.R. 00719-8730

Participant's Email Address:  olgairodriguezrios@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  92055

Nature of Claim:  Employees Retirement System ("ERS")

By:  Olga I. Rodriguez Rios
Signature

Olga I. Rodriguez Rios
Print Name

Title (if Participant is not an individual)

1 / august / 5 / 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olga.I Rodriguez
HC 72 Box 3626
Naranjito PR 00719

00918-170625

SAN JUAN PR  009

RECEIVED & FILED
5 AUG 2021  PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG -6  PM 5: 17

United States District Court
Clerk's Office
150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R.  00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Loyda Rodríguez Rodríguez_

Participant's Address: _PO Box 289, Naranjito PR 00719_

Participant's Email Address: _rodz loyda @gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _Intent to participate in Discovery for Commonwealth Plan Confirmation Case No. 17 BK 3283-LTS_

By: _Loyda Rodríguez_
Signature

_Loyda Rodríguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_Aug 04, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Loyda Rodriguez
P.O. Box 389, Naranjito
Puerto Rico, 00719

RECEIVED & FILED
2021 AUG -6 PM 5:18

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-1706.25

To: Discovery Notice to the Court's
Clerk's Office at:
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Mariluz Rodríguez Santana_

Participant's Address: _Par. 101-C calle 19 Mameyal Dorado, PR 00646_

Participant's Email Address: _alanys.mangual @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97574_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Mariluz Rodríguez Santana_
Signature

_Mariluz Rodríguez Santana_
Print Name

_Promesa Title III Nº 17BK 3283- LTS_
Title (if Participant is not an individual)

_5-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS. through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mariluz Rodriguez
101C Calle 19
Parc Mamoyal
Dorado, PR 00646

00918-1706825

RECEIVED & FILED

2021 AUG -6 PM 5: 19

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda Febus Pagan

Participant's Address: P.O. Box 1313 Rincon, P.R. 00677

Participant's Email Address: wandafebus@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 90654

Nature of Claim: Empleadas Públicas

By: Wanda Febus Pagan
    Signature

    Wanda Febus Pagan
    Print Name

    —
    Title (if Participant is not an individual)

    August 2, 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Febus Pagan
P.O. Box 1313
Rincón, Puerto Rico
00677

RECEIVED & FILED
2021 AUG -6 PM 5:19
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, Puerto Rico
00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elena Ayala Cotto

Participant's Address: HC 02 Box 7495 Salinas, PR 00751

Participant's Email Address: cayey2005meca@yahoo.es

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 86572

Nature of Claim: Public Employee and Pension/Retiree Claim

By: Elena Ayala Cotto
Signature

Elena Ayala Cotto
Print Name

_____
Title (if Participant is not an individual)

08/04/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



A

Elena Ayala
HC 2 Box 7495
Salinas PR 00751

00918-170625

RECEIVED & FILED

2021 AUG -6 PM 5: 19

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

SAN JUAN PR  009

5 AUG 2021  PM 1  L

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Axmar Generator Solutions Inc._

Participant's Address: _HC 72 Box 3659 Naranjito PR 00719_

Participant's Email Address: _axmargenerator@yahoo.com_

Name of Counsel: _Angel M. Febus Berrios_

Address of Counsel: _Same_

Email Address of Counsel: _Same_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _____

By: _Angel Febus Berrios_
Signature

_Angel Febus Berrios_
Print Name

_President_
Title (if Participant is not an individual)

_08/04/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AXMAR GENERATOR SOLUTIONS
HC-72 Box 3659
Naranjito, PR 00719

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court
Clerk's Office,
150Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Carmen C Figueroa Hernández_

Participant's Address: _Alturas de Vega Baja calle B G-13 Vega Baja P.Roo_  693

Participant's Email Address: _Catinyelliot@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Carmen C. Figueroa_
    Signature

_Carmen C Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Tel 787 484-2635_

Samuel Figueroa
Alturas de Vega Baja
Calle B 6-13
Vega Baja, P.R. 00693

P.R. 1845 SR F 55176 Pac KED 14126/
4 H L I D 92078-P SUC HHL PP

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Court's Clerk's office
United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 5: 20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Rivera Correa_

Participant's Address: _P.O. Box 3185 - Rio Grande, P.R. 00745-3185_

Participant's Email Address: _Milieriver 89 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26867_

Nature of Claim: _Commonwealth of Puerto Rico Case No. 17 BK 3283-LTS_
_Employees Retirement System of the Government of Commonwealth of Puerto Rico_

By: _Milagros Rivera Correa_
Signature

_Milagros Rivera Correa_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Rivera Correa
Po Box 3185
Rio Grande, P.R. 00745-3185

SAN JUAN PR  OO9
5 AUG 2021  PM 1 L

RECEIVED & FILED

2021 AUG -9  PM 5: 20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court, Clerk's
Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

USA
FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Rosado Dávila_

Participant's Address: _Apartado 603 San Lorenzo P.R 00754_

Participant's Email Address: _rosadodavilaelsa@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12235_

Nature of Claim: _Empleado Publico_

By: _Rosado Davila Elsa_
    Signature

_Elsa Rosado Dávila_
Print Name

_____
Title (if Participant is not an individual)

_Agosto/ 4 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsa Rosado Davila
Apartado 60 3
San Lorenzo P.R.
00754

00518-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -5 PM 2:20

United States District Court
Clerk's Office 150
Cave. Carlos Chardon Ste, 150
San Juan Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 14457 _____

Nature of Claim: _____ Sistema de Retiro Pensión Retiree _____

By: _____ Jose Zeda _____
    Signature

_____ José Zeda _____
Print Name

_____
Title (if Participant is not an individual)

_____ August 5, 2021 _____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Pedo
Plaza 8 BC-28
Bosque del Lago
Trujillo Alto PR 00976-6039

00918-170625

CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

2021 AUG -6 PM 5:25

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

forever

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _14452_

Nature of Claim: _Sistema de Retiro–Pension Retiree_

By: _Julie Ríos_
Signature

_Julie E. Rodríguez Santana_
Print Name

_____
Title (if Participant is not an individual)

_5 - agosto - 2021_
Date

RECEIVED & FILED
2021 AUG -6  PM 5: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julie E. Rodriguez Santana
Bosque del Lago
Bc-28 Plaza 8
Trujillo Alto, PR 00976

RECEIVED & FILED

2021 AUG -6  PM 5: 21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR  009
5 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Cordero Plaza_

Participant's Address: _P O Box 1991 Vega Baja, Pto Rico 00694_

Participant's Email Address: _soriacordero1952@gmail.com_

Name of Counsel: _/s/ Hermann D. Bauer_

Address of Counsel: _USDC No. 215205 O'neill & Borges suite 800_
_San Juan PR 00918-1813_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 K 3283 LT5_

Nature of Claim: _Promesa Title III_

By: _Sonia Cordero Plaza_
   Signature

_Sonia Cordero Plaza_
Print Name

_Nursing BSN_
Title (if Participant is not an individual)

_agosto 4 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia Cordero
Box 1091
Vega Baja
Pto Rico
00694

Promesa
Title III
17K 3283 LTS

SAN JUAN PR 009
5 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -6 PM 1:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

USA FOREVER

00918-170625

United States District Court, Clerks
office, 150 Ave. Carlos Chardon Ste 150
San Juan, Pto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Dagmarie R. Rondón Gómez*

Participant's Address: *P.O. Box 1155 Juncos PR 00777*

Participant's Email Address: *dagmarierondon @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *17 BK 3283-LTS   Commonwealth of PR*

By: *(signature)*
Signature

*Dagmarie R. Rondón*
Print Name

_____
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dagmarie R Rondón Gómez
P.O. Box 1155
Juncos PR 00777

RECEIVED & FILED
2021 AUG -6 PM 5:21
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN P.R.

00918-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Luis A. Vega Morales*

Participant's Address: *HC-01 Box 6338 Santa isabel PR 00757*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *169237*

Nature of Claim: *6/13/2019*

By: *Luis A Vegamorales*
Signature

*Luis A Vega marales*
Print Name

_____
Title (if Participant is not an individual)

*8/4/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vega morales Luis A
HC 1 Box 6338
Sata isabel P.R. 00757.9232

RECEIVED & FILED
2021 AUG -6 PM 5:12

00918-170625

United States District court, clerks
150 Ave. Carlos chardon Ste. 150
San Juan P.R. 00918- 1767

SAN JUAN PR   009
5 AUG 2021   PM 1  L

USA FOREVER



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *José A. Cabrera Sotomayor*

Participant's Address: *P.J. Box 2161 - Boano, P.R. 00769*

Participant's Email Address: *— NONE —*

Name of Counsel: *"*

Address of Counsel: *"*

Email Address of Counsel: *"*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *CASE NO. 17 BK 3283 - LTS*

Nature of Claim: *I request deptors paid me the obligation not paid.*

By: *José A. [signature]*
Signature

*José A. Cabrera Sotomayor*
Print Name

_____
Title (if Participant is not an individual)

*August*
*Agosto 5, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Cabrera Sotomayor
P.D. Box 2161
Eoarø, P.R. 00 769

RECEIVED & FILED

2021 AUG -6- PM 5: 22

CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009

5 AUG 2021   PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrta Ramírez Rivera_

Participant's Address: _Granate 2 Urb. Vista Verde Mayagüez_

Participant's Email Address: _myrtaramirez003@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
      Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mirta Ramirez
2 Calle Granate
Mayaguez, PR 00682-2502

Vista Verde  JUAN PR   OO9
5 AUG 2021 PM 1 L

United State District Court
Clerk's Office
150 Av/Carlos Chardon St. 150
San Juan, P.R.
00918-1767

918-1706.25

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Santiago Frizsvvy_ _Q-100 Ponce PR 00731_

Participant's Address: _Nueva Vida, El Tuque, Calle Rafael Rodriguez_

Participant's Email Address: _angelsuasy@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Angel M Santiago Frizsvvy_
Signature

_Angel M Santiago Frizsvvy_
Print Name

_Promess Title III_    No. 17 BK 3283-LTS
Title (if Participant is not an individual)

_08/03/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Angel M. Santiago
Calle Rafael Rodriguez
Nueva Vida, El Tuque
Ponce, Puerto Rico 00728

SAN JUAN PR 009

RECEIVED & FILED
2021 AUG -6 PM 5: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Perez Gonzalez

Participant's Address: Villa Fontana 510 Mayaguez P.R. 00682

Participant's Email Address: CMPerez43 @gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 110383

Nature of Claim: Public Employee Claims

By: _Carmen M Perez Gonzalez_
Signature

Carmen M. Perez Gonzalez
Print Name

_____
Title (if Participant is not an individual)

8/1/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Perez González
Villa Fontana 510
Mayaguez P.R. 00682

00918-1706825

BALTIMORE MD 212
2 AUG 2021 PM 7 L

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jonathan Pagán Vega_

Participant's Address: _Hc 03 Box 37686 Mayagüez, P.R. 00680_

Participant's Email Address: _jonathan_52@live.com_

Name of Counsel: _Luis Muñiz_

Address of Counsel: _calle Los Vélez #1 Mayagüez PR. 00680_

Email Address of Counsel: _Suheilly@live.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2017 - 4297_

Nature of Claim: _Claim for accident with vehicule of Authority
Bodily injuries           Electric energy_

By: _____
    Signature

_Jonathan Pagán Vega_
Print Name

_____
Title (if Participant is not an individual)

_08/4/2021   August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jonathan Rosario Vega
HC 03 Box 37686
Mayaguez, PR. 00680

RECEIVED & FILED

2021 AUG -6 PM 5:23

L.P. HHMAN'S
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR. 009

5 AUG 2021 PM 1   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARLOS M. COSME OTERO_

Participant's Address: _URB. VEGAS de CEIBA CAlle #1 C-21_
_CEIBA, P.R._
_00735_

Participant's Email Address: _____ OR _____

Name of Counsel: _None_   _PARC NUEVA QUEBRADA SECA_

Address of Counsel: _n/A_   _P.O. BOX CL-6-6086_

Email Address of Counsel: _N/A_   _CEIBA P.R. 00735_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _SSN - 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_

Nature of Claim: _LOW WAGES PAID_ _TripleS_
_(SSS)_

By: _[signature]_
Signature

_CARLOS M. COSME OTERO_   _Over PAYMENTS_
Print Name

_INDIVIDUAL_
Title (if Participant is not an individual)

_AUGUST 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



U.S. POSTAGE PAID
PM 1-Day
CEIBA, PR
00735
AUG 05, 21
AMOUNT
**$7.95**
R2304E105344-15

1005     00918

EXPECTED DELIVERY DAY: 08/06/21

**USPS TRACKING® #**

9505 5104 0212 1217 2701 38

**PRIORITY** ★ MAIL ★

**UNITED STATES POSTAL SERVICE** ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: CARlos M. Cosme oTeRo
PARC NuevA QubRAdA SecA
P.O. Box CL-6-6086
CeiBA P.R. 00735

TO:
UNited StateJ DisTRicT CouR
CleRk's office 150 Ave.
CARles CHARdoN STe.
150
SAN JUAN P.R. 00918-1767

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

EP14H July 2013 Outer Dimension: 10 x 5

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Almacen FS Figueroa_

Participant's Address: _P.O. Box 800455 Cote Laud P.R. 00780_

Participant's Email Address: _FSFigue@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _$155,000.00 Employee Retirement_

By: _____
   Signature

_Felix S. Figueroa_
Print Name

_Almacen Felix J. Figueroa_
Title (if Participant is not an individual)

_8/02/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix Figueroa
P.O. Box 800459
Coto Laurel, PR 00780-0459

SAN JUAN PR 009
5 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -9 PM 5:10

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 06918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Cintrón Hernández_

Participant's Address: _Urb. Villa Rica Gladys Street AE-7 Bayamón P.R. 00959_

Participant's Email Address: _VICTOR_CINTRON @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103298_

Nature of Claim: _Law 96 Employees System of Gou. of PR_

By: _(signature)_
Signature

_Victor L. Cintrón Hernández_
Print Name

_N/A_
Title (if Participant is not an individual)

_07/3/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

V. Cintrón
Urb. Villa Rica
Gladys AE-7
Bayamón, PR. 00959

RECEIVED & FILED
2021 AUG -6 PM 5: 02
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Court Clerk's Office
United State District Court
Clerk's Office
Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eladio Mercado Cruz_

Participant's Address: _H5 calle 6 La Lula Ponce, P.R. 00730_

Participant's Email Address: _marucabutterfly@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _work compensation_

By: _Eladio Mercado Cruz_
Signature

_Eladio Mercado Cruz_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eladio Mercado Cruz
H-5 Calle 6 urb La Lula
Ponce, P.R. 00730-1514

RECEIVED & FILED

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Montalvo Pitre_

Participant's Address: _HC5 Buzon 54824 San Sebastian PR 00685_

Participant's Email Address: _eddiedigger19@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169916_

Nature of Claim: _Depts Claimed Deportment of Agriculture_

By: _[signature]_
Signature

_Edwin Montalvo_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/4/21_
Date

RECEIVED & FILED 2021 AUG -6 PM 5:01 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDWIN MONTALVO PITRE
HC 5 BOX 54824
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

5 AUG 2021 PM 1 L

FOREVER/USA

RECEIVED & DELIVERED

2021 AUG -6 PM 5 10
US DISTRICT COURT
SAN JUAN, PR

00918-176625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

1. Participant's contact information, including email address, and that of its counsel,

   if any.

   Participant's Name _Verónica  Amador  Colón_____

   Participant's Address _013 calle 19 Urb El Cortijo Bayamón P.R 00956_

   Participant's Email Address _amadorveronica14 @yahoo· com_

   Name of Counsel _____

   Address of Counsel_____

2. Participant's Claim number and the natura of Participant's Claim

Claim Number _____178960_____

Nature of Claim _Public Employee and Pension / Retire Claim_ / _Promesa Title III_

By _Verónica Amador Colón_____
   Signature

   _Verónica Amador Colón_____
   Print Name

   _____
   Title (if Participant is not an individual)

   _August - 4 - 2021_____
   Date

CORRECTION AND REPLACEMENT OF PREVIOUS DOCUMENT.

VERSION JULY 2021

Virginia Amador Colon
#-13 calle 19
Urb. El Cortijo
Bayamón, P.R. 00952

SAN JUAN PR 009
5 AUG 2021 PM 1 L

FOREVER USA

RECEIVED & FILED

2021 NOV -6 PM 5:01

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste -150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Juan A. Soto Sánchez_

Participant's Address:  _Apartado 1480, Coamo, P.R. 00769_

Participant's Email Address:  _jsotosanchez22 @.mail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17-3283_

Nature of Claim:  _____

By:  _Juan A. Soto Sánchez_
Signature

_Juan A. Soto Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_5 Agosto 2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Soto Sanchez
Apartado 1480
Ceamo, P.R. 00769

RECEIVED & FILED
2021 AUG -6 PM 5: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. PR

00918-170625

United States District Courts Clerk's office
150 Ave. Carlos chardon Ste. 150
San Juan, P.R. 00918

SAN JUAN PR 009
5 AUG 2021 PM 1 L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vives Heyliger, Miguel A._

Participant's Address: _7358, Catr 485, Quebradillas P.R. 00678_

Participant's Email Address: _jerry37000@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161437_

Nature of Claim: _Public Employee and Pension / Retirree Claims_

By: X- _____
Signature

_Miguel A Vives Heyliger_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Vives Heyliger
7358, Carr. 485
Quebradillas, P.R. 00678

RECEIVED & FILED
2021 AUG -6 PM 5:01
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR 009
5 AUG 2021
SAN JUAN PR 009
5 AUG 2021 PM 1 L

United St. District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918 - 1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _José S. Rivera Ramires_

Participant's Address: _343 Ext Vistas de Camuy, Camuy PR 00627_

Participant's Email Address: _diego 008614 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154632_

Nature of Claim: _Empleados Publicos y Pension /Jubilación_

By: _____
Signature

_Jose Samuel Rivera Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_08/02/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose S. Rivera
343 Ext. Vistas de Camuy
Camuy, P.R. 00627

RECEIVED & FILED
2021 AUG -6 PM 5:01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170620



SAN JUAN PR 009
5 AUG 2021 PM 1 L



United States District Court Clerks
Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maura Osorio López_

Participant's Address: _P.O. Box 894 Rio Grande, Puerto Rico 00745_

Participant's Email Address: _mararosario55 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90353_

Nature of Claim: _Public Employee and Pension/Retiree claims Law 164-66 Annual step payment of twenty five from 2008-2010_

By: _Maura Osorio López_
Signature

_Maura Osorio López_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maura Osorio Lopez
P.O. Box 894
Rio Grande, Puerto Rico
00745

CERTIFIED MAIL

7018 1130 0000 2074 4415

To: Court's Clerk's office
United States District Court,
Clerk's Office
150 Avenida Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
AUG 05, '21
AMOUNT
$7.00
R2305M148426-55

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Ventura Ortiz Ruperto_

Participant's Address: _HC 7 Box 71604, San Sebastian PR 00685_

Participant's Email Address: _ortizrupertoventura@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170153-1_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _[signature]_
Signature

_Ventura Ortiz_
Print Name

_Self_
Title (if Participant is not an individual)

_8/5/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

VENTURA ORTIZ
HC 7 BOX 71601
SAN SEBASTIAN, PR 00685

SAN JUAN PR   009
5 AUG 2021   PM 1   L

RECEIVED & FILED
2021 AUG -6  PM 5 00
CLERK'S OFFICE
SAN JUAN P.R.

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Astrid M. Agosto Fernández_

Participant's Address: _P.O. Box 40144, San Juan P.R. 00940_

Participant's Email Address: _asjean 09@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _KPE 2007-4359 (803) Reclamación Salario dejado de devengar ($62,730)_

By: _(signature)_
Signature

_Astrid M. Agosto Fernández_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | |
| RAFAEL E. BOU PADILLA | SOBRE: |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ | |
| COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |
| MARIO GIERBOLINI RODRIGUEZ | |
| JOSE A. GOMEZ RIVERA | |
| MARIO GONZALEZ GONZALEZ | |
| ANDERSON GONZALEZ CONTRERAS | |
| BRENDA L. GONZALEZ DIAZ | |
| ROBERTO GONZALEZ | |
| JOSE D. GONZALEZ RAMOS | |
| DAMARIS GONZALEZ SANTIAGO | |
| LUIS 0. GONZALEZ SANTIAGO | |
| MIRIAM GONZALEZ SANTIAGO | |
| SANDRA GREGORY RIVERA | |

Civil Núm.: K PE2007-4359 (803)          Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 3

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                     Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                            **Página 5**
**Segunda Querella Enmendada**

*Original se*
*file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10, 2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben

y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado

Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958.

(3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el

Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro

Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico

00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la

Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada

Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los

querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual

por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña.

Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas,

reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de

Directores de una corporación pública forman parte del contrato de trabajo de los

empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez,

2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario

establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que

es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de

la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                          Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.      La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.      Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.      La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de    la    Junta    de    Directores    es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v. Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.    El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                    Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)                                    Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 10

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.     La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.     Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)                             Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4. Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1. Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley. Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.     Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón Garcia v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez,** Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



Astrid Agosto
PO Box 40147
Santurce, PR 00940

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 04, 21
AMOUNT
**$1.05**
R2304P119094-03

1000

00918

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 5:22
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lizette M. Lopez Lopez

Participant's Address: P.O. Box 40147, San Juan, P.R. 00940

Participant's Email Address: lm.lopez 2714 @ gmail.com.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: KPE 2007-4359 (803)
Reclamacion Salario No devengado
($ 70,110)

By: _____
Signature

Lizette M. Lopez Lopez
Print Name

_____
Title (if Participant is not an individual)

8/2/2021
Date

RECEIVED & FILED 2021 AUG -6 PM 5:22

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)                    Página 3
Segunda Querella Enmendada

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)       Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                          Página 5
**Segunda Querella Enmendada**

*Original se
file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10, 2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3. La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4. Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5. La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6. La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de la Junta de Directores es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.    El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                    Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.   Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.   Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.   Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)                                    Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.     Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.     La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.     La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.     Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.     El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                    Página 10
**Segunda Querella Enmendada**

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

**SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS**

1.     La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.     Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.     Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.     Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada

el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al

abogado de la parte querellante, una suma no menor del 25% de la indemnización por

concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42

(1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y

reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,

incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,

sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin

limitación, violación de sus derechos civiles, así como violación de cualquier otra ley

federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente

se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella

enmendada en todas sus partes, condenando en su consecuencia al querellado a

pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por

concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo

por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,

2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que

ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva

mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por

la Junta de Directores, más la doble penalidad que establece la ley, así como

honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT

Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974);

Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633,

637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes,

condenando en su consecuencia a los querellados a pagarle a los querellantes la

cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)                                                      Página 13
**Segunda Querella Enmendada**

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus

balances acumulados en otras licencias que asciende a una suma no menor de

$1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen

las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación.

Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no

exentos la cantidad correspondiente a los salarios devengados por horas extras a

tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS

89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que

asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y

honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la

**Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San

Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas

V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San

Juan, PR 00929-0407.

**HARRY ANDUZE MONTAÑO**
Col. 4617 / RUA #3803
**JOSÉ A. MORALES BOSCIO**
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
       HARRY ANDUZE MONTAÑO

POR: _____
       JOSÉ A. MORALES BOSCIO



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 04 21
AMOUNT
$1.60
R2304P119094-03

00918

1000

UNITED STATES
POSTAL SERVICE

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Lizette López López
P.O. Box 40147
San Juan, P.R. 00940

SAN JUAN PR
CLERK'S OFFICE
US DISTRICT COURT

2021 AUG -6 PM 3: 22

RECEIVED & FILED