Angel Amaro Figueroa
Blondet Calle F-145
Yabucoa P.R. 00784

2021 AUG -6 PM 5:07
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AUG 0 5 2021
SAN JUAN P & DC - US

To: United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767