UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.[1]

-------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)
(2 of 3)

      The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 6, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021 (2 of 3)

1. Adelita Ortiz Miranda

2. Haydee Mangual Fernandez

3. Sonia Agnes Sepulveda Lopez

4. Sandra Bonet Pagan

5. Veronica Amador Colon

6. Veronica Amador Colon

7. Jerry Rivera Marzan

8. Pedro L. Muniz Perez (by Gladys Muniz)

9. Jose A. Cabrera Sotomayor

10. Brigida Quiles

11. Jose Lajara Sanabria

12. Milton Ramos Camacho

13. Freddy Parrilla Torres

14. Eliezer Lopez Soto

15. Ricardo Repollet Diaz

16. Lysette Barron

17. Metro Park 9, S.E.

18. Carlos J. Soto Santos

19. Jack Mercado De Jesus

20. Michelle Lee Garcia Jimenez

21. Zahira Rodriguez Walker

22. Angel Amador Figueroa

23. Jennifer Betancourt Pedraza

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021 (2 of 3)

24. Elizabeth Rodriguez Castillo

25. Luciano Arroyo Figueroa

26. Bernadette Pujols Otero

27. Adelita Ortiz Miranda

28. Rody Manuel Nieves Garcia

29. Henry Montalvo Matos

30. Gladys Cruz Garcia

31. Aida Quiles Rivera

32. Edelmira I. Gonzalez Arroyo

33. Angel M. Morales Lehman (3 notices)

34. Maura Osorio Lopez

35. Lillian Moura Gracia

36. Maria R. Medina Rosas

37. Nestor S. Aviles Arce

38. Lizbeth Velez Gonzalez

39. Dominga Rodriguez Rivera

40. Felix Serrano Jimenez

41. Jose Armando Gonzalez Aquino

42. Andrea Amill Rivas (3 notices)

43. Astrid M. Agosto Fernandez

44. Rody Manual Nieves Garcia

45. Miguel Ortiz Borrero

46. Ana Betsy Pino Corchado

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 9, 2021 (2 of 3)

    47. Lizette M. Lopez Lopez

Dated:  August 9, 2021