Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelita Ortiz Miranda_

Participant's Address: _PO Box 1457, Coamo, PR 00769_

Participant's Email Address: _dellyortiz@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92427_      _Case # 17 BK 03566-LTS_

Nature of Claim: _____

By: _Adelita Ortiz Miranda_
Signature

_Adelita Ortiz Miranda_
Print Name

_____
Title (if Participant is not an individual)

_5 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms Adelita Ortiz
PO Box 1457
Coamo, PR 00769-1457

To: United States District Court
Clerk's Office, 150 Ave. Carlos Che lebon
Ste. 150, San Juan, Ph. Rico 00918-1767

RECEIVED - FILED
2021 AUG -6 PM 3:09

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-170625

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydeé Mangual Forestier_

Participant's Address: _9237 Com. Serrano Juana Díaz 00795_

Participant's Email Address: _pha-0@hotmail.com_

Name of Counsel: _None_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103036_

Nature of Claim: _I'm claiming the Ley 89 Romeraza, Ley Escala_
_Salarial, Ley 90 (2002) Ley 164 (2004) Sra.gov. Silo_
_Cardenon_

By: _Haydeé Mong Hvf_
Signature

_Haydeé Mangual Forestier_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Haydeé Mangual
Urb. Serrano 9237
Juana Díaz P.R 00795

00918-170625

RECEIVED & FILED
2021 AUG -6 PM 2 03

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia A. Sepúlveda López_

Participant's Address: _Urb. Villas del Cafetal II Calle Caturra L-18_

Participant's Email Address: _sonisepulveda 93 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - 03283_

Nature of Claim: _____

By: _Sonia Agnes Sepúlveda López_
Signature

_Sonia Agnes Sepúlveda López_
Print Name

_____
Title (if Participant is not an individual)

_3- diciembre -2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -6  PM 5: 03

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-170625

Sonia Agnes Sepúlveda López
Calle Lechuza L-18
Urb. Villas del Cafetal II
Yauco, PR 00698-3161

5 AUG 2021 PM 1 L

SAN JUAN PR 009

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:   PR 1845 SRF 55176 PackID: 85452 MMLID: 54335-P SVC: MML-PC
                      BONET PAGAN, SANDRA

Participant's Address:   16 CAMINO PORTERO
                         RINCON PR  00677

Participant's Email Address:   sbonet.pagan@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:   Empleado Público

By:   _Sandra Bonet Pagán_
      Signature

      _Sandra Bonet Pagán_
      Print Name

      _____
      Title (if Participant is not an individual)

      8/02/2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

5 AUG 2021

RECEIVED & FILED

2021 AUG -6  24 5:03

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, Puerto Rico
00918-1767

00918-1706.25

Sandra Bonet Pagan
16 Camino Mortero
Rincón, Puerto Rico
00677

1. Participant's contanct information, including email address, and that of its counsel,

if any.

Participant's Name _Verónica Amador Colón_

Participant's Address _813calle 19 Urb El Cortijo Bayamón P.R.00956_

Participant's Email Address _amadorveronica14@yahoo.com_

Name of Counsel _____

Address of Counsel_____

2. Participant's Claim number and the natura of Participant's Claim

Claim Number _178960_

Nature of Claim _Public Employe and Pension /Retire Claim_ _Promesa Title 111_

By _Verónica Amador Colón_
   Signature

_Verónica Amador Colón_
Print Name

_____
Title (if Participant is not an individual)

_August - 4-2021_
Date

CORRECTION AND REPLACEMENT OF PREVIOUS DOCUMENT.

VERSION JULY 2021

FOREVER / USA

SAN JUAN PR 009

5 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -6 PM 5: 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Veronica Amador Colón
D/13 Calle 19
Urb El Cortijo
Bayamon P.R. 00952

United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste-150
San Juan P.R. 00918-1767

00918-170625

1. Participant's contanct information, including email address, and that of its counsel, if any.

Participant's Name _Veronica Amador Colón_

Participant's Address _6 13 calle ,9 Unb. El Cortijo Bayumón P.R. 00956_

Participant's Email Address _amadorveronica 14@yahoo.com_

Name of Counsel _____

Address of Counsel_____

2. Participant's Claim number and the natura of Participant's Claim

Claim Number _178960_

Nature of Claim _Public Emplaye and Pension / Retire Claim_  _Propesa Title 111_

By _Veronica Amador Colón_
   Signature

_Veronica Amador Colón_
Print Name

_____
Title (if Participant is not an individual)

_August - 4 - 20 21_
Date

CORRECTION AND REPLACEMENT OF PREVIOUS DOCUMENT.

VERSION JULY 2021

FOREVER / USA

SAN JUAN PR 009

5 AUG 2021 PM 1 L

RECEIVED & FILED

7771 AUG -6 CH 5:03

Veronica Amador Colón
013 calle 19
Urb. El Cortijo
Bayamón P.R. 00957

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan - P.R. 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Jerry Rivera Marzán_

Participant's Address: _Urb. Levittown 2630 Paseo Aguila, Toa Baja P.R 00949_

Participant's Email Address: _lordjunior25@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _244 19_

Nature of Claim: _Employees Retirement System_

By: _Gerry Rivera Rm_
   Signature

   _Jerry Rivera Marzán_
   Print Name

   _____
   Title (if Participant is not an individual)

   _July 30, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -6 PM 5: 03

CLERK
U.S. DISTRICT
SAN JUAN PR

Jerry Rivera
Urb. Levittown
2630 Paseo Aguila
Loa Baja, P.R.
00949

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

00918-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro L. Muñiz Perez

Participant's Address: Hc 7 Box 76647, San Sebastian PR 00685

Participant's Email Address: g Muñiz Vargas @gmail. com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170841

Nature of Claim: Debts Claimed Department of Agriculture

By: _Gladys Muñiz_
Signature

_Gladys Muñiz In Representation, Pedro L. Muñiz_
Print Name

_Douther_
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009

5 AUG 2021 PM 1 L

FOREVER

RECEIVED & FILED

2021 AUG -6 PM 3:03

CLERKS OFFICE
US DISTRICT COURT
SAN JUAN, PR

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00916-170625

PEDRO L MUNIZ PEREZ
HC 7 BOX 76647
SAN SEBASTIAN, PR 00685

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A. Cabrera Sotomayor_

Participant's Address: _P.O. Box 2161, Coamo, P.R. 00769_

Participant's Email Address: _– None –_

Name of Counsel: _,,_

Address of Counsel: _,,_

Email Address of Counsel: _,,_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 LTS_

Nature of Claim: _I solicited the paid that the debtors don't paid to me._

By: _Jose A. Cabrera Soto_
Signature

_Jose A. Cabrera Sotomayor_
Print Name

_I am the individual_
Title (if Participant is not an individual)

_August, 5 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

21 AUG -6  PM 5: 02

SAN JUAN PR  009

5 AUG 2021  PM 1  L

José A. Cabrera Sotomayor
P.O. Box 2161
Coamo, P.R. 00769

United States District Court
Clerk's office
150 Ave Carlos Chardon
Ste. San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brigida Quiles_

Participant's Address: _HC-5 Box 50250 S.S. P.R._

Participant's Email Address: _b_quiles @ live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Granting related relief_

By: _Brigida Que_
   Signature

_Brigido Quiles_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR

5 AUG 2021 PM

United States District Court, Clerk's Office

150 Ave. Carlos Chardon Ste. 150,

San Juan, P.R. 00918 - 1967

00918-1706625

Brigido Quiles
Hc 5 Box 52550
S.S. P.R. 00685

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José LAJARA SANAbriA

Participant's Address: HC03 Box 17443

Participant's Email Address: bAstiN /AjARA @ gMAil. COM

Name of Counsel: HerMANDA EMplEAdos deCoRRECciÓN

Address of Counsel: HC·02 Box 6519

Email Address of Counsel: Tel 787-835-0185

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: KAC-1996-1381

Nature of Claim: El RomeYAZO

By: _Jose Lajara Sanabria_
     Signature

José LAJARA SANAbriA
Print Name

_____
Title (if Participant is not an individual)

2 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Myriam Rally
P. O. Box. 2375
Guayama, P.R. 00785

Sr. José Lajara Sarabia
HC03 Buzón 17443
utuado. P.R. 00641

HERMANDAD EMPLEADOS DE CORRECCIÓN
HC-02 BOX. 6519
GUAYANILLA, PUERTO RICO 00656
787-835-0185

## RECIBO DE PAGO PARA EL PROOF OF CLAIM

NUMERO CONTRATO: 1221

NUMERO RECIBO: 2007

YO, _José Lajara Sarabia_, SEGURO SOCIAL _____ ~16 ,
COMO PARTE DEL ACUERDO CON LA **HERMANDAD EMPLEADOS DE CORRECCIÓN. ACEPTO**
LIBRE Y VOLUNTARIAMENTE PAGAR **VEINTE ($20.00) DÓLARES** PARA CUMPLIMENTAR EL FORMULARIO
OFICIAL 410 MODIFICADO PROOF OF CLAIM/EVIDENCIA DE RECLAMO Y SER PRESENTADO AL TRIBUNAL
FEDERAL COMO EVIDENCIA DE PAGO EN EL CASO **KAC-1996-1381 EL ROMERAZO**

TAMBIÉN RECLAMO LA CANTIDAD DE **$2,944.00** A RAZÓN DE $40.00 DÓLARES
MENSUALES.

ENTIENDO QUE EL PAGO CORRESPONDIENTE ES LUEGO DE HABERME DESCONTADO EL **30%** DEL
PAGO A LA HERMANDAD COMO ESTABLECE EL **CONTRATO ORIGINAL.**

ENTIENDO TAMBIÉN QUE EL TRIBUNAL **PUEDE DETERMINAR** UNA CANTIDAD **MENOR** A SER
PAGADA Y LA HERMANDAD ME INFORMARA A TRAVÉS DE **REUNIÓN, ASAMBLEA** Y/O CUALQUIER OTRO
**MEDIO VIABLE PARA MI.**

LUEGO DE LEER Y ENTENDER ESTE ACUERDO FIRMO CONFORME ESTABLECE ESTE ACUERDO.

HOY _9_ DE _Junio_ 2018, EN _Salinas_ , PUERTO
RICO.

_____
FIRMA

DIRECCIÓN: _HC03 Buzón 17443_
_utuado. P.R. 00641_

TELÉFONO: _787-315-8525_

SAN JUAN PR 009

5 AUG 2021 PM 1 L

FOREVER /

José Lajara Sanabria
HC 3 Box 17443
Utuado, P.R. 00641

RECEIVED & FILED

2021 AUG -6 PM 5: 02

US DISTRICT COURT
SAN JUAN

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
- San Juan, P.R. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MILTON RAMOS CAMACHO

Participant's Address: Villa Del Carmen D67 Cabo Rojo, PR 00623

Participant's Email Address: miltonr17@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177484

Nature of Claim: Affected by #89 Law

By: _____
    Signature

    Milton Ramos Camacho
    Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milton Ramos
Villa Del Carmen D67
Cabo Rojo, PR 00623

SAN JUAN PR 009

4 AUG 2021   PM 2   L

FOREVER USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

009183 1706 C018

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____9637_____

Nature of Claim: ___Sobre Sistema de Retiro___

By: *Freddy Parrilla Torres*
Signature

*Freddy Parrilla Torres*
Print Name

_____
Title (if Participant is not an individual)

*3 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *108447*

Nature of Claim:  *Sobre Sistema de Retiro*

By:  *Freddy Parrilla Torres*
Signature

*Freddy Parrilla Torres*
Print Name

_____
Title (if Participant is not an individual)

*3 agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

USA ★ FOREVER ★

CERTIFIED MAIL PR 009

7009 3410 0001 1737 7112

Freddy Pauille Torres
Urb. Oceo Beach
Marina 508 Rio Grande PR 00745

United State District Court
3-Clerk Office
150 Ave. Railroad Charlon Ste. 150
San Juan PR 00918-1767

00918-1706₂5

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
AUG 04, 21
AMOUNT
$6.45
R2305K135411-23

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eliezer López Soto*

Participant's Address: *256 Calle El Parque Isabela P.R. 00662*

Participant's Email Address: *eliezerlopezsoto.3321@mail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Pencioñ de Retiro - Administración Correccioñ*

By: _____
Signature

*Eliezer Lopez Soto*
Print Name

_____
Title (if Participant is not an individual)

*Agosto - 4 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

liezen Lóper Soto
2 # 6. Calle El Parque
Isabela P.R. 00662

RECEIVED & FILED

2021 NOV -5 PM 2:13

7020 3160 0002 1970 9999

CERTIFIED MAIL

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
AUG 04, 21
AMOUNT
$6.45
R2305K13657 1-14

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ricardo Repollet Diaz

Participant's Address: Villa Rosales G 19 Calle 4 Aibonito P.R. 00705-3322

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: $576.00

Nature of Claim: Public Employee Claim. Retire-system

By: (X) *Ricardo Repollet Diaz*
   Signature

Ricardo Repollet Diaz
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Repollet Diaz
Villa Rosales
G-19 Calle 4
Aibonito, P.R. 00705-

7014 2120 0000 4942 4724

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED & FILED

4 AUG 2021 PM 2 L
SAN JUAN PR 009

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

1000

00918

U.S. POSTAGE PAID
FCM LETTER
AIBONITO, PR
00705
AUG 04, 21
AMOUNT
$7.00
R2307N153284-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:            _Lyselle Bavion_

Participant's Address:         _Colinas de Cupey - B-17 calle 2 SJ PR 00926_

Participant's Email Address:   _lysellemnie 079 @ hotmail. com_

Name of Counsel:               _Education_

Address of Counsel:            _Hato Rey calle chards_

Email Address of Counsel:      _de 56047 @ hotmail. com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:                  _No. 17 BK 3283-LTS_

Nature of Claim:               _promesa Title III_

By:   _[signature]_
      Signature

      _Lyselle Barm_
      Print Name

      _____
      Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Barron Travel**

LAGUNA GARDENS SHOPPING CENTER
CAROLINA, PUERTO RICO 00979

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 9 - PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk Office (Promesa Title III)

United States District Court

Clerk's office, 150

Ave Carlos Chardon ste 150

SJ. PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _____Melno Pad 9SE_____

Participant's Address: _____P.O. Box 11885_____

Participant's Email Address: _____Jaramyo@dobcnoz.com_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____17 BK 3283-LTS / PR B45 SRFS5T76_____

Nature of Claim: _____P.R. Bond_____

By: _____
    Signature

    _____Jorge A Arroyo Colon_____
    Print Name

    _____Accountant_____
    Title (if Participant is not an individual)

    _____August-4-2021_____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



METRO PARK 9, S.E.
PO BOX 11885, SAN JUAN, PR 00922-188

7020 0640 0001 2582 8829

CERTIFIED MAIL®

United States District Court
Clerk's Office
150 Ave Carlos Chardon, Suite 150
San Juan P.R 00918-1767

02 1P
0000241340   AUG 04 2021
MAILED FROM ZIP CODE 00922
$ 006.960
PITNEY BOWES
UNITED STATES POSTAGE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carlos J. Soto Santos

Participant's Address: RR #16 Box B690 San Jun PR 00924

Participant's Email Address: javierprois@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: Carla J. Sto Santos
Signature

Corlos J Soto Santos
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos J. Soto Santos
PR #16 Box 3690
San Juan, P.R. 00926

RECEIVED & FILED

2021 AUG -5

7020 0640 0000 6148 7999

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

U.S. POSTAGE PAID
FCM LETTER
GUAYNABO, PR
00969
AUG 05 '21
AMOUNT
$6.45
R2306Y152351-1-11

United States District Court, Clerks
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Case:17-03283-LTS   Doc#:17722-1   Filed:08/09/21   Entered:08/09/21 11:09:41   Desc:
Pro Se Notices of Participation   Page 39 of 107

pag. 1 of 2

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    JACK Mercado - De Jesús

Participant's Address:    E-6 Calle 3, Monte Sol, Toa Alta, PR 00953

Participant's Email Address:    jackmercado 25 @outlook.com

Name of Counsel:          N/A

Address of Counsel:          

Email Address of Counsel:          

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    No. 17 BK 3283-LTS

Nature of Claim:    # 2009 -000677 of $1,081.00 from the Government of the commonwealth of Puerto Rico.
Request payment of the SAVING Note
See ATTACHMENTS 1.
(4 copies), page 2 of 2.

By:    Jack Mercado DeJesús
Signature

JACK Mercado De Jesús
Print Name

N/A
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

19 de septiembre de 2014

JACK MERCADO DE JESUS
URB MONTE SOL
E 6 CALLE 3
Toa Alta, Puerto Rico  00953

Estimado bonista:

Deseamos informarle que su inversión 2009-000677 en Notas de Ahorro de Cooperación Económica con Puerto Rico está pautada para vencer en la siguiente fecha:

10/07/2014

A partir de esta fecha, usted podrá redimir sus Notas de Ahorro en las oficinas del Banco de Fomento localizadas en:

Centro Gubernamental Minillas
Edificio Centro, Piso G
Área de Cuentas de Depósitos
Santurce, PR

Para redimir las Notas es requisito* presentar una identificación vigente con retrato y firma, expedida por el Gobierno de Puerto Rico, de los Estados Unidos de América o de alguno de los estados de la Unión y la nota de ahorro original. El Banco de Fomento pagará al beneficiario de las Notas de Ahorro el valor de redención de las mismas en su fecha de vencimiento. A partir de dicha fecha, las notas cesarán de generar intereses.

De requerir información adicional, puede enviar sus preguntas a notasdeahorro@bgfpr.com o acceder nuestro portal con la siguiente dirección:

http://www.bgfpr.com/documents/2009-05-04-Preguntas-Respuestas.pdf

Gracias por participar en el programa de Notas de Ahorro de Cooperación Económica con Puerto Rico.

Cordialmente,

María Ocasio
Gerente de Operaciones Bancarias

*Pueden existir otros requisitos para redimir las notas en caso de menores, herencia u otras situaciones especiales.

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

ESTADO LIBRE ASOCIADO DE **PUERTO RICO** RECIBO DE NOTA DE AHORRO

# NOTAS DE AHORRO
DE COOPERACIÓN ECONÓMICA CON PUERTO RICO, SERIE A

| | |
|---|---|
| **Número de Nota:** | 2009-000677 |
| **Fecha de Emisión:** | 7 de octubre de 2009 |
| **Fecha de Vencimiento:** | 7 de octubre de 2014 |
| **Cantidad:** | $800.00 |
| **Nombre del Comprador:** | JACK MERCADO DE JESUS |
| **Nombre del Beneficiario:** | JACK MERCADO DE JESUS |
| **Número de Seguro Social:** | XXX-XX-3525 |
| **Dirección Postal:** | URB MONTE SOL |
| | E 6 CALLE 3 |
| | Toa Alta, Puerto Rico 00953 |
| **Agente Autorizado:** | JORGE GINES LOPEZ |

LAS NOTAS DE AHORRO SON OBLIGACIONES EXCLUSIVAMENTE DEL GOBIERNO DE PUERTO RICO Y NO ESTÁN GARANTIZADAS POR NINGUNA OTRA ENTIDAD O AGENCIA DEL GOBIERNO DE PUERTO RICO O DEL GOBIERNO DE LOS ESTADOS UNIDOS DE AMÉRICA. LAS NOTAS DE AHORRO NO SON UN DEPÓSITO BANCARIO, POR CONSIGUIENTE, NO ESTÁN ASEGURADAS POR EL FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) Y, EN EL CASO DE COOPERATIVAS, NO ESTÁN ASEGURADAS POR LA CORPORACIÓN PÚBLICA PARA LA SUPERVISIÓN Y SEGURO DE COOPERATIVAS DE PUERTO RICO (COSSEC).

El comprador de esta Nota de Ahorro representa, garantiza y/o certifica lo siguiente:

1. Reconozco haber recibido el Folleto Informativo de las Notas de Ahorro con fecha de 1 de mayo de 2009, el cual contiene valiosa información relacionada a la oferta y venta de las Notas de Ahorro.
2. A la fecha de adquisición de esta Nota de Ahorro el beneficiario de la misma es residente bona fide del Estado Libre Asociado de Puerto Rico.
3. Reconozco que el beneficiario de esta Nota de Ahorro está impedido de transferir la misma a un tercero, excepto en caso de muerte, según el procedimiento establecido en el Folleto Informativo de las Notas de Ahorro.
4. Una vez efectuada la compra de esta Nota de Ahorro, dicha compra será final por lo que el beneficiario de esta Nota de Ahorro sólo podrá redimirla conforme a las disposiciones contenidas en el Folleto Informativo de las Notas de Ahorro.
5. Las Notas de Ahorro han sido emitidas en virtud de las disposiciones de la Ley Núm. 7 del 9 de marzo de 2009, "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico", y el Reglamento "Para Reglamentar la Emisión, Venta, Cobro, Redención y Contabilidad de las Notas de Ahorro del Estado Libre Asociado de Puerto Rico", aprobado por el Departamento de Hacienda de Puerto Rico.
6. Este documento no es un instrumento negociable.

_____
Firma Agente Autorizado

_____
Firma del Comprador



Mr. Jack Mercado
Calle 3 E-6 Montesol
Toa Alta, PR 00953

CERTIFIED MAIL®

7020 1290 0001 5558 9291



1000        00918

U.S. POSTAGE PAID
FCM LETTER
SABANA SECA, PR
00952
AUG 05, 21
AMOUNT

**$7.20**
R2307M152768-02

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Michell Lee Garcia Jimenez

Participant's Address: PO Box 8831 Vega Baja PR 000694

Participant's Email Address: leegarciajimenez@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Fired unfairly (wox case)

By: M. Garcia
Signature

Michell Garcia
Print Name

OMS.
Title (if Participant is not an individual)

4 august 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Michell Lee Garcia Jiménez_

Participant's Address: _P.O. Box 8831 Vega Baja, P.R. 00694_

Participant's Email Address: _leegarciajimenez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Fired unfairly (won case)_

By: _M. Garcia_
Signature

_Michell Garcia_
Print Name

_CMS._
Title (if Participant is not an individual)

_4 august 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -6   PM 5:05

CLERKS OFFICE
DISTRICT COURT
SAN JUAN, PR

Time Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

00543955

PR 1845 SRF 55176 PackID: 346350 MMLID: 1359433-P SVC: ADSHN-Q
MICHELL GARCIA JIMENEZ
PO BOX 8831
VEGA BAJA PR 00694

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL





Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

RECEIVED & FILED

2021 AUG -6  PM 5:05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

PR 1845 SRF 55176 PackID: 346351 MMLID: 1061462-P SVC: ADSHN-Q
MICHELL L GARCIA JIMENEZ
PO BOX 8831
VEGA BAJA PR 00694



U.S. POSTAGE PAID
FCM LG ENV
VEGA BAJA, PR
00693
AUG 05 21
AMOUNT
**$1.20**
R2304E107045-12

00918

1000

From:
Michell Garcia
PO Box 863
Vega Baja PR 00694

To:
United States District Court
Clerk office 150 Ave
Carlos Chardon Ste 150
San Juan PR 00918- 1767

**ReadyPost**

Document Mailer

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zahira Rodriguez Walker_

Participant's Address: _Puertas del Sol calle Luna #50 Fajardo, P.R. 00738_

Participant's Email Address: _Zahirarw@yahoo.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1674_

Nature of Claim: _Pensión / Jubilación (Retirement Benefits)_
_Pension_
_$130,000_

By: _____

Signature

_Zahira Rodriguez Walker_

Print Name

_n/a_

Title (if Participant is not an individual)

_August 5, 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)

Maria Rodríguez Walker
Puerto del sol calle Luna #50
Fajardo, P.R. 00738

United States District Court
Clerk's Office
Ste. 150, Ave. Carlos Chardón
Ste. 150, San Juan, P.R.
00918-1767

SAN JUAN P&DC - USPS
AUG 0
USA FIRST-CLASS FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _angel amaro figueroa_

Participant's Address: _Bda. Blondet Calle F-145 Guayama P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178518_

Nature of Claim: _____

By: _angel amaro Figueroa_
   Signature

_Angle Amaro Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -6  PM 5: 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

From: Angel Amaro Figueroa
BdA. Blondet Calle F-145
Guayama P.R. 00784

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jennifer Betancourt Pedraza_

Participant's Address: _URB. O'Reilly, Calle 5 # 104, Gurabo PR 00778_

Participant's Email Address: _jennbet@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _—_

Nature of Claim: _—_

By: _[signature]_
Signature

_Jennifer Betancourt Pedraza_
Print Name

_—_
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jennifer Betancourt Pedraza
Urb. Oreilly
Calle 5 #106
Arroyo, PR 007778

RECEIVED & FILED
2021 AUG -9 PM 3:10

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1747

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luciano Arroyo Figuerao_

Participant's Address: _PaBox 173 Yabucoa PR. 00767_

Participant's Email Address: _lucianoarroyo 58 @ Yahoo. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17·BK· 3566- LTS_ _(I 9686)_

Nature of Claim: _____

By: _(signature)_
    Signature

_Luciano Arroyo Figueraa_
Print Name

_____
Title (if Participant is not an individual)

_04/08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.





United States District Court.
Office. 150 Ave Carlos Chardón Ste.
150, San Juan, Puerto Rico, 00918-1767

SAN JUAN PR OCO
5 AUG 2021 PM 1

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _ELizabeth Rodriguez Castillo_

Participant's Address: _H.C.01 Box 4147 Juana Diaz PR 00795_

Participant's Email Address: _erodriguez2@justicia.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174170_

Nature of Claim: _____

By: _Elyzabeth Rodriguez Castillo_
Signature

_ELizabeth Rodriguez Castillo_
Print Name

_____
Title (if Participant is not an individual)

_4/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ysabett Rodriguez Castillo
PO. 01 Box 4147
Juana Diaz, P.R. 00795

SAN JUAN PR   009

5 AUG 2021 PM 1 L

United State District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG -9 PM 3:00

00918-170369

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Bernadette Pujols Otero

Participant's Address: Box 2593 Juncal Station San Sebastián P.R. 00685

Participant's Email Address: BernyP2009 @ yahoo.com

Name of Counsel:

Address of Counsel: N/A

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _Bernadette Pujols_
Signature

Bernadette Pujols Otero
Print Name

_____
Title (if Participant is not an individual)

3 August 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms Bernadette Pujols
PO Box 2593
San Sebastian, PR 00685-3001

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court.
150 Ave Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelita Ortiz Miranda_

Participant's Address: _PO Box 1457, Coamo, PR 00769_

Participant's Email Address: _dellyortiz@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92427_       _Case # 17 BK 03566-LTS_

Nature of Claim: _____

By: _Adelita Ortiz Miranda_
Signature

_Adelita Ortiz Miranda_
Print Name

_____
Title (if Participant is not an individual)

_5/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms Adelita Ortiz
PO Box 1457
Coamo, PR 00769-1457

RECEIVED
2021 AUG -9 PM 3:05

To: United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste 150, San Juan, Pto. Rico 00918-1767

00918-170399

SAN JUAN PR 009
5 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelita Ortiz Mirands_

Participant's Address: _PO Box 1457, Coamo, PR 00769_

Participant's Email Address: _dellyortiz@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92427_        _Case # 17 BK 03566 - LTS_

Nature of Claim: _____

By: _(signature)_
    Signature

_Adelita Ortiz Mirandq_
Print Name

_____
Title (if Participant is not an individual)

_5/05/17/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms Adelita Ortiz
PO Box 1457
Coamo, PR 00769-1457

SAN JUAN PR   009

5 AUG 2021   PM 1   L



To: United States District Court
Clerk's Office, 150 Ave. Carlos Chaldon
Ste 150, San Juan, Pto. Rico 00918-1767

RECEIVED & FILED

2021 AUG -9   PM 5:00

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kody Manuel Nieves Garcia_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt - San Tuan, Puerto Rico_
_00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_
_The Commonwealth of Puerto Rico_
_et al.)_

Nature of Claim:

By: _____
 Signature

 _Kody Manuel Nieves Garcia_
 Print Name

 _____
 Title (if Participant is not an individual)

 _4 de agosto de 2021_
 Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kody M. Nieves Garcia
Calle Fernando Calder 457
P.b. Roosevelt - San Juan
Puerto Rico 00918

RECEIVED & FILED

2021 AUG -5 PM 3:08

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court
(Clerk's Office) 150 Ave.
Carlos Chardón Ste. 150,
San Juan , Puerto Rico
                    ) 00918 - 1767

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Henry Montalvo Matos_

Participant's Address: _HCO4 Box 44374 MSC 1337, Caguas, P.R. 00727_

Participant's Email Address: _hmmf2012@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PROMESA Title III _No. 17 BK 3283-LTS_

Nature of Claim: _Wish to participate in discovery in connection with confirmation of the Plan for Adjustment - access to documents -_

By: _[signature]_
Signature

_Henry Montalvo Matos_
Print Name

_____
Title (if Participant is not an individual)

_August 1st, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



my Montelvo Matos
e 04 Box 44374
MSC 1337
aguas PR 00727

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 05, 21
AMOUNT
$6.45
R2304M114409-20

00918

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

7021 0350 0001 3906 7817

SAN JUAN PR 009

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Cruz Garcia_

Participant's Address: _Urb Jacaguax Calle 2 #11 -Juana Diaz, P.R. 00 795_

Participant's Email Address: _lorraine cc @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46708_

Nature of Claim: _PROMESA Title III - No. 17 BK 3283 - LTS_

By: _Gladys Cruz Garcia_
   Signature

_Gladys Cruz Garcia_
Print Name

_____
Title (if Participant is not an individual)

_August 5th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Gladys Cruz

Urb. Jacaguax calle 2 #11

Juana Diaz, PR 00795

U.S. POSTAGE PAID
JUANA DIAZ, PR
00795
AUG 05, 21
AMOUNT

**$6.45**
R2305K135197-01

0000

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7020 2450 0000 2939 7271

To: Discovery Notice
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Suite 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____13709_____

Nature of Claim: _____Pension de Retivo_____

By: _____Aide Quiles Rivera_____
    Signature

_____Aida Quiles Rivera_____
Print Name

_____
Title (if Participant is not an individual)

_____5 de Agosto de 2021_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Quiles Riela
urb. El Cunquistador
Ave Hernan Cortes A-5
Trujillo Alto, Puerto Rico
00976

U.S. POSTAGE PAID
FCM LETTER
TRUJILLO ALTO, PR
00976
AUG 05, 21
AMOUNT
$6.45
R2304M113146-08

1000

00918

USA ★ FOREVER

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 3160 0001 1626 9679

00918-170625

United States District Court
Clerk' Office
150 Ave. Carlos Chardon
ste 150
San Juan P.R.
00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edelmira I. Gonzalez Arroyo*

Participant's Address: *40 Ave. Winston Churchill, Apt 1A Villas del Señorial SAN JUAN, PR 00926*

Participant's Email Address: *delmimarie@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *#176141 Promesa Title III No. 17BK 3283 -LTS*

Nature of Claim: *Ley 89 - Julio 1995 - Romerazo / Compensation Not Paid)*

By: *Edelmira I. Gonzalez arroyo*
Signature

*Edelmira I. Gonzalez Arroyo*
Print Name

_____
Title (if Participant is not an individual)

*August 4, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elmira Gonzalez
1 Ave. Winston Churchill
Q.1A Villa del Senorial
San Juan, PR 00926

RETURN RECEIPT
REQUESTED

00916-170625

7020 3160 0002 1783 9689

CERTIFIED MAIL®

United States District Court
Clerks Office
150 ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 05, 21
AMOUNT

$7.00
R2304M110206-03

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angel M. Morales Lehman

Participant's Address: Estancias del Golf Club
419 Millito Navarro, Ponce, PR00730-0523

Participant's Email Address: angeleyespr@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 76361

Nature of Claim: My retirement

By: _____
Signature

Angel M. Morales Lehman
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: ~~If you are represented by counsel, this Notice~~ must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Morales Lehman_

Participant's Address: _Estancias del Golf Club_
_419 Millito Navarro, Ponce, PR 00 730-0523_

Participant's Email Address: _angeleyespr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _94732_

Nature of Claim: _My retirement_

By: _[signature]_
Signature

_Angel M. Morales Lehman_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Angel M. Morales Lehman

Participant's Address:  Estancias del Golf Club
419 Millito Navarro, Ponce, PR 00730-0523

Participant's Email Address:  angel eyes pa @ gmail . com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  95434

Nature of Claim:  My Retirement

By:  _[signature]_
Signature

Angel M. Morales Lehman
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abel M. Morales Lehman
Urbancias del Golf Club
Milito Navarro
Inc, PR 00730-0523

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

00918-176625

CERTIFIED MAIL

7020 1810 0001 6731 3608

1000

00918

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00745
AUG 05, '21
AMOUNT
$7.00
R2305M146599-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maura Osorio López

Participant's Address: P. O. Box 894 Rio Grande, Puerto Rico 00745

Participant's Email Address: mararosario55@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 73596

Nature of Claim: Public Employee - Deparment of Education Law 89 Salary increase not received from the law from 1982-1989

By: _Maura Osorio López_
Signature

Maura Osorio López
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maura Osorio López
P.O. Box 894
Rio Grande, Puerto Rico
00745

CERTIFIED MAIL

7018 1130 0000 2074 4422      1000

00918

UNITED STATES POSTAL SERVICE

U.S. POSTAGE
FCM LETTER
RIO GRANDE, P
00745
AUG 05, 21
AMOUNT
**$7.00**
R2305M148426-5

To: Court's Clerk's Office
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN
DISTRICT
CLERK'S OF
2021 AUG -6 PM 5: 12
RECEIVED & ED

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Moura Gracia, Lillian_

Participant's Address: _HC09 BOX 1507 Ponce, P.R.00731_

Participant's Email Address: _lilia2@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _M/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118725_

Nature of Claim: _Department of Education of P.R._

By: _Lillian Moura Gracia_ _Public Employee_
Signature

_Lillian Moura Gracia_
Print Name

_____
Title (if Participant is not an individual)

_4 ago - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00730
AUG 05, 21
AMOUNT
$7.00
R2305K133237-06

00918

7018 2290 0001 3189 2997

Lillian Moura
HC 09 Buzón 1507
Ponce, P.R. 00731

United States District Court
Clerk's Office
50 Ave. Carlos Chardón Ste. 150
San Juan, P. R. 00918 - 1767

00918-170625

US DISTRICT
CLERK'S OFFICE
DISTRICT SAN JUAN
2021 AUG -6
RECEIVED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria R. Medina Rosas_

Participant's Address: _HC- 01 Box 6190 Guayanilla PR 00656_

Participant's Email Address: _maria.medina1921@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _Salary Claim_

By: _Maria R. Medina Rosas_
Signature

_Maria R. Medina Rosas_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria R. Medina
e - 01 Box 6190
Guayanilla, PR 00656

RECEIVED & FILED
2021 AUG -6 PM 3: 21
SAN JUAN P.R.

00916-170625

7020 1810 0000 5514 0590

CERTIFIED MAIL

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE-PAID
FCM LETTER
PONCE PR
00717
R2304M113036-12

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:    Nestor S. Quiles Arce

Participant's Address:    HC-04 Box 47701 San Sebastian, PR 00685

Participant's Email Address:    quilesarce@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    Case No. 17 BK 3283-LTS

Nature of Claim:    Salary Claim (court of first instance
                    San Juan Puerto Rico Civil Num. K-PE 2007-
                    4359 (803)

By:    *Nestor S. Quiles Arce*
     Signature

     Nestor S. Quiles Arce
     Print Name

     _____
     Title (if Participant is not an individual)

     August 4, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Néstor S. Quiles Arce
Alc.-04 Box 47701
San Sebastián, P.R. 00685

CERTIFIED MAIL

7020 1810 0001 4317 5763

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 05, 21
AMOUNT
$6.45
R2305K139119-24

1000
00918

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918 - 1767

00918-176625

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lizbeth Vélez González_

Participant's Address: _Calle 21 Z-8 Rio Grande Estate, Rio Grande PR 00745_

Participant's Email Address: _lizbethvélez.8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78051_

Nature of Claim: _Public Employee Claims (Payment for excess sickness days according to Law 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)_

By: _Lizbeth Vélez González_
Signature

_Lizbeth Vélez González_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lizbeth Vélez González
Calle 21 Z-8
Rio Grande Estate
Rio Grande, PR 00745

CERTIFIED MAIL

7018 1130 0000 2074 4439

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
AUG 05 21
AMOUNT
$7.00
R2305M148426-55

1000        00918

X Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

2021 AUG -6 PM 5:12

RECEIVED & FILED

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dominga Rodriguez Rivera,_

Participant's Address: _Urbanizacion Mariani #62 Calle 2 Papillas_
_- No -_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No - 17 BK 3283 - LTS_

Nature of Claim: _Promesa IH_

By: _Dominga Rodriguez Rivera_
   Signature

_Dominga Rodriguez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dominga Rodriguez Rivera
Urb. Marani #62 Calle z
Patillas, P.R. 00723

RECEIVED & FILED
2021 AUG -5 PM 5: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF P.R.

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court Clerk's
Office 150 Ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Feliz Serrono Jimenez_

Participant's Address: _HC 7 Box 70252 SAN Sebastian PR 00685_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169955_

Nature of Claim: _Depts Claimed Department of Agriculture_

By: _Felix Serrano_
Signature

_Feliz Serrano Jimenez_
Print Name

_Self Aplication_
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FELIZ SERRANO JIMENEZ
HC 7 BOX 70252
SAN SEBASTIAN, PR 00685

5 AUG 2021   PM 1   L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José ARMAndo Gonzalez Aquino

Participant's Address: Hc 1 Box 76647, San Sebastion PR 00685

Participant's Email Address: gmunizvargas@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170830

Nature of Claim: Debts Claimed Department of Agriculture

By: _____
Signature

José A. Gonzalez
Print Name

Self Claimant
Title (if Participant is not an individual)

8/4/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



JOSE ARMANDO GONZALEZ AQUINO
HC 7 BOX 76647
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -6 PM 3:14

SAN JUAN PR  009

5 AUG 2021  PM 1  L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-170625

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andrea Amill Rivas_

Participant's Address: _Urbanizacion Monouit #62 Calle2 Patillas PR 00723_

Participant's Email Address: _andrea.amill8715@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283-LTS_

Nature of Claim: _Ley Promesa Title III_

By: _Andrea Amill Rivas_
Signature

_Andrea Amill Rivas_
Print Name

_Maestro Depto. Educacion_
Title (if Participant is not an individual)

_4 -Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andrea Amill Rivas_

Participant's Address: _Urb. Mariani #62 Calle 2 Patillas, P.R. 00723_

Participant's Email Address: _andrea amill 8715 Q gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Andrea Amill Rivas_
   Signature

_Andrea Amill Rivas_
Print Name

_____
Title (if Participant is not an individual)

_4 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andrea Amill Rivas_

Participant's Address: _Urbanización Mariani 62 Callez Patillas PR 00723_

Participant's Email Address: _andreaamill8715@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _3481   Coso quiebra 17-BK-3283 LTS_

Nature of Claim: _Estad Libre Asoc de P.R._

By: _Andrea Amill Riv_
   Signature

_Andrea Amill Rivas_
Print Name

_Titulo III_
Title (if Participant is not an individual)

_4-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

5 AUG 2021 PM 1 L

United States District Court Clerk
Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Andrea Amill Rivas
Urb. Mariani #62 Calle 2 (Altos)
Patillas, P.R. 00723

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Askid M. Agosto Fernandez_

Participant's Address: _P.O. Box 40147, San Juan, P.R 00940_

Participant's Email Address: _asjean09 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _LPE 2007 - 4359_

Nature of Claim: _Claim salary don't pay me (# 62,730)_

By: _(signature)_
    Signature

_Astrid M. Agosto Fernande_
Print Name

_____
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR   009

5 AUG 2021   PM 1 L

RECEIVED & FILED

2021 AUG -6  PN 5: 14

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

Astrid Agosto
PO Box 40147
Santurce, PR 00940

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rody Manuel Nieves Garcia*

Participant's Address: *Calle Fernando Calder 457 Urb. Roosevelt - San Juan, Puerto Rico 00918*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority.*

By: _____
Signature

*Rody Manuel Nieves Garcia*
Print Name

_____
Title (if Participant is not an individual)

*4 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kody M. Nieves Garces
Calle Fernando Calder
Urb. Roosevelt- San Juan
Puerto Rico 00918

SAN JUAN PR 009
5 AUG 2021 PM 1 L

FOREVER USA

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, Puerto Rico
00918-1767

00918-170625

Case:17-03283-LTS  Doc#:17722-1  Filed:08/09/21  Entered:08/09/21 11:09:41  Desc:
Pro Se Notices of Participation   Page 102 of 107

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Ortiz Borrero_

Participant's Address: _He os 3ox 51850_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171703_

Nature of Claim: _____

By: _Miguel A Ortiz Ramos_
Signature

_Miguel Ortiz_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/5/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR  009

5 AUG 2021  PM 1  L

RECEIVED & FILED

2021 AUG -6

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-170625

MIGUEL ORTIZ BORRERO
HC 5 BOX 51350
SAN SEBASTIAN, PR 00685

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Betsy Pino Conchado_

Participant's Address: _7479 Ave. Agustín Ramos Calero, Isabela_

Participant's Email Address: _anabeepino@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155022_

Nature of Claim: _Accumulated retirement contributions from the Department of Education_

By: _Ana Betsy Conchado_
    Signature

_Ana B. Pino Conchado_
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nica B. Pino Corbalo
109 Ave. Agustin Ramos Colero
Isabela, P.R. 00662

$1.15

RECEIVED & FILED
2021 AUG -6 PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

5 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lizette M. Lopez Lopez_

Participant's Address: _P.O. Box 40147, San Juan P.R. 00940_

Participant's Email Address: _lm.lopez5714@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007 4359_

Nature of Claim: _Claim Salary don't pay me ($ 70,110)_

By: _____
    Signature

_Lizette M. Lopez Lopez_
Print Name

_Lizette Lopez Lopez_
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lizette Lopez Lopez
P.O. Box 40147
San Juan, P.R. 00940

RECEIVED & FILED

2021 AUG -6 PM 5: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

5 AUG 2021 PM 1 L

Yogi Berra
FOREVER

USA
BASEBALL
ALL STAR