Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sheila Ivette Rodriguez Madera_

Participant's Address: _com-llionar C/Grasol 582-54 Guayama, PR 00784_

Participant's Email Address: _yalleenjoselyn @gmail.com_

Name of Counsel: _not available_

Address of Counsel: _not available_

Email Address of Counsel: _not available_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim:

By: _(signature)_
Signature

_Sheila Y. Rodriguez Madera_
Print Name

Title (if Participant is not an individual)

_6 Ogaust 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta I. Rodriguez Arguelles_

Participant's Address: _Condominio Golden Tower Apt 318 Carolina_
_P.R. 00983_

Participant's Email Address: _rodriguezmarta0621@gmail.com_

Name of Counsel: _Anejo_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _138442_

Nature of Claim: _Public Employee and Pension (Retiree claim_

By: _Marta D. Rodriguez Arguelles_
Signature

_Marta I. Rodriguez Arguelles_
Print Name

_____
Title (if Participant is not an individual)

_6- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Díaz Díaz_

Participant's Address: _343 Ext. Vistas de Camuy_
_Camuy, Puerto Rico 00627_

Participant's Email Address: _diego00614 @ hotmail.com_

Name of Counsel: _LCDA. Ivonne Gonzales Morales_

Address of Counsel: _PO BOX 9021828 San Juan PR 00902-1828_

Email Address of Counsel: _ivonnegm - prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179140_

Nature of Claim: _Sistema de Retiro de los Empleados Públicos_

By: _____
Signature

_Maribel Díaz Díaz_
Print Name

_Francisco Beltran ET al (4,593 Plaintiffs)_
Title (if Participant is not an individual)

_8/2/2021_
Date

RECEIVED & FILED
2021 AUG -6 PM 5:00
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Díaz
343 Ext. Vistas de Camuy
Camuy, PR 00627

SAN JUAN PR 009
5 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -9 PM 5:00

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _José Javier Claudio Jiménez_

Participant's Address: _Hc 03 Box 37834, Caguas, Puerto Rico 00725_

Participant's Email Address: _jayclau82 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44714 & 178939_

Nature of Claim: _Poorly paid salary. Adjustment in pay scale_

By: _____
     Signature

_José Javier Claudio Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Javier Claudio Jiménez
He 03 Box 37834
Caguas, PR. 00725

RECEIVED & FILED
2021 AUG -9 AM 5:00

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma S. Nieves-Vazquez_

Participant's Address: _Calle 8-A-11-Urb. Bello Horizonte, Guayama, P.R. 00784_

Participant's Email Address: _pink 2150 @ yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165827_

Nature of Claim: _Retired Public Employe_

By: _Vilma S. Nieves-Vazquez_
Signature

_Vilma S. Nieves-Vazquez_
Print Name

_—_
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vilma S. Nieves-Vázquez
Urb. Bello Horizonte
Calle 8-A-11
Guayama, Puerto Rico
00784

SAN JUAN PR 009

5 AUG 2021 PM 1 L

00318-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo González Gotay_

Participant's Address: _300 Carr 2 Ste 3, Hatillo, PR 00659_

Participant's Email Address: _pgonzalez18@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Pablo González Gotay_
    Signature

_Pablo González Gotay_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Pablo Gonzalez Gotay
300 Carr. 2 Ste. 83
Aptdo. 116, PR 00659-2881

RECEIVED & FILED
2021 AUG -6 PM 5: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

SAN JUAN PR 009
5 AUG 2021 PM 1 L

U.S. District Court
Clerks Office
150 Ave Carlos Chardón
Ste. 150
San Juan, P.R.
00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esther Pérez Ojeda_

Participant's Address: _Sector Narreno  #12 Carr. 567  Morovis, PR 00687_

Participant's Email Address: _estherprezojeda @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_     PR 1845 SRF 55176
PACK ID: 56571 MMLID: 810720_P.SVC:
                                                    MML-PC

Nature of Claim: _P.R._

By: _Esther Pérez Ojeda_
Signature

_Esther Pérez Ojeda_
Print Name

_____
Title (if Participant is not an individual)

_1-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEREZ OJEDA, ESTHER
SECTOR MARRERO
412 CARR. 567
MOROVIS PR 00687

RECEIVED & FILED

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

2021 AUG -6 PM 5:00

0091B-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Notice to the Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Esther Perez Ojeda_

Participant's Address: _Sector Marrero 412 Carr. 567 Morovis, PR 00687_

Participant's Email Address: _esther prez ojeda @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR1845 SRF 55176, PackID: 56564 MMLID: 404758-P SVC-_
_MLL-PC_

Nature of Claim: _PP_

By: _Esther Perez Ojeda_
    Signature

_Esther Perez Ojeda_
Print Name

_____
Title (if Participant is not an individual)

_4 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEREZ OJEDA, ESTHER
SECTOR MARRERO
412 CARR. 567
MOROVIS PR 00687

SAN JUAN PR 009
5 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG -6 AM 5:00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

Notice to the Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767


FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Janet Colon Cuevas_

Participant's Address: _HC 03 Box 30507, Mayaguez PR 00680_ _casa#2,_

Participant's Email Address: _colonjanet24@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19702_

Nature of Claim: _Employees Retirement System of the Government of the_
_Commonwealth of Puerto Rico - Pension/Retiree claims._

By: _Janet Colon Cuevas_
Signature

_Janet Colon Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_August 3rd, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Janet Colon Cuevas
HC 03 Box 30507
Casa #2
Mayaguez PR 00680

SAN JUAN PR 009
5 A? PM 11

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nayda C. Nieves Vázquez_

Participant's Address: _Urb. Jard. de Monte Olivo 333 Calle Hermes_
_Guayama, P.R. 00784-6641_

Participant's Email Address: _ncnieves12@hotmail.com_

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _126464_

Nature of Claim: _Retired Public Employee_

By: _Nayda C. Nieves Vázquez_
Signature

_Nayda C. Nieves Vázquez_
Print Name

___
Title (if Participant is not an individual)

_Agust 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nayda C. Nieves Vazquez
Urb. Jardines de Monte Olivo 333
Calle Hermes
Guayama, P.R. 00784-6664

SAN JUAN PR 009
5 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -6 PM 4:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706025

Discovery Notice to the Court's Clerk's office at:
United States District Court Clerk's office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Grisel Davila Bocachica

Participant's Address: Bo El Pino HC-04 4049 Villalba P.R. 00766

Participant's Email Address: griseldavila12@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 66939 et. al

Nature of Claim: Un paid wages by the goverment of P.R

By: Grisel Damile Bacachica
Signature

Grisel Davila Bocachica
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grisel Dávila Bocachica
Bo. El Pino HC-04 4040 Villalba PR
00766

SAN JUAN PR   009
5 AUG 2021 PM 1  L

00918-170625

RECEIVED & FILED
2021 AUG 09 ...
US DISTRICT ...
SAN JUAN, P.R.

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blanca Z. Beauchamp de Jesús_

Participant's Address: _Villa Palmira A-23 Calle 2 Punta Santiago_

Participant's Email Address: _blanca_beauchamp@gmail.com PR 00741_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2780_

Nature of Claim: _Pension Benefits_

By: _Blanca Beauchamp de Jesús_
Signature

_Blanca Beauchamp de Jesús_
Print Name

_N/A_
Title (if Participant is not an individual)

_8-4-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

B. Beauchamp
Villa Palmira A-23
Calle 2
Punta Santiago, PR 00741

SAN JUAN PR 009
5 AUG 2021 PM 1 L

FOREVER

RECEIVED & FILED

00918-170625

United States District Court
Clerk's Office
150 Que. Carlos Chardon Ste. 150
San Juan, P.R. 00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:

PR 1845 SRF 55176 PACKID: 42998 MMLID: 1318295-P SVC: ADSHN-Q
ANTONIO VAZQUEZ VELEZ
PO BOX 1313

Participant's Address:

RINCON PR  00677

Participant's Email Address: _antoniovazquez1978 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____ Empleado Público

By: _____
Signature

_Antonio Vazquez Velez_
Print Name

Title (if Participant is not an individual)

_8/02/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

5 AUG 2021 PM 1 L

Antonio Vazquez Velez
P.O. Box 1313
Rincoh, P.R. 00677

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, Puerto Rico
00918-1767

00918-170625

RECEIVED & FILED
2021 AUG -9 PM 4:59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Milagros Lebrón Martell*

Participant's Address: *HC 04 Box 45560 Mayagüez P.R. 00680*

Participant's Email Address: *norbelim 47 @ hotmail.Com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *159829*

Nature of Claim: *Unpaid wages and salaries*

By: *Milagros Lebrón Martell*
Signature

*Milagros Lebrón Martell*
Print Name

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Lebrón Martell
HC 04 Box 45560
Mayagüez, PR. 00680

CERTIFIED MAIL

7021 0350 0000 0600 3641



U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
AUG 04, 21
AMOUNT

**$7.65**

R2305K142228-32

1000        00918

United States District Court
Clerk's Office, 150 Ave Carlos Chardón
Ste. 150 San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 5:22
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria A. Vidal Acevedo*

Participant's Address: *Urb. Monte Brisas*

Participant's Email Address: *3-B-11 Calle 101, Fajardo, P.R. 00738*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Maria A. Vidal*
Signature

*Maria A. Vidal Acevedo*
Print Name

_____
Title (if Participant is not an individual)

*8/1/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: MARIA A. VIDAL ACEVEDO
Urb. Monte Brisas
3-B-11, CALLE 101
Fajardo, P.R. 00738



AUG 04 2021
USPS

TO: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Robles López_

Participant's Address: _RR-4 Box 3005, Bayamón PR 00956-9419_

Participant's Email Address: _yakryzul3@gmail.com_

Name of Counsel: _N|A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Yolanda Robles López_
Signature

_Yolanda Robles López_
Print Name

_____
Title (if Participant is not an individual)

_08/04/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yolanda Robles López
RR-4 BOX 3005
Bayamón, PR 00956-9419



U.S. POSTAGE PAID
PCM LG ENV
BAYAMON, PR
00959
AUG 04, 21
AMOUNT

1000      00918      $1.00
R2304E107370-1

RECEIVED & FILED
2021 AUG -6 PM 5:22
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge A. González Feliciano_

Participant's Address: _RR-4 Box 3005, Bayamón, PR 00956-9419_

Participant's Email Address: _jorgonfeli59@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Jorge A. González Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_08/04/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge A. Gonzalez Feliciano
RR-4 Box 3005
Bayamón, PR 00956-9419



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
AUG 04 21
AMOUNT
**$1.00**
R2304E107370-1

1000     00918



RECEIVED & FILED
2021 AUG -6 PM 5: 22
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Nydia Santos Agos_

Participant's Address: _Urb. Treasure Valley Calle Colombia F7 Cidra, P.R_

Participant's Email Address: _Nydia santos 7 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa_

By: _Irma Nydia Santos Agosto_
    Signature

_Irma Nydia Santos Agost_
Print Name

_Teacher_
Title (if Participant is not an individual)

_4/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma Nydia Santos Agosto
Urb. Treasure Valley
Calle Colombia F⁷ Cidra, P.R. 00739




U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 04, 21
AMOUNT
$1.20
R2304M113360-09
1000     00918

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 3:22
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilmer A. Cardona Rivera_

Participant's Address: _B.17 Calle 4 - Forest Hills, Bayamon P.R. 00959_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80167_

Nature of Claim: _Law 89   (17 BK 3283-LTS)_

By: _Wilmer Cardona_
Signature

_Wilmer A. Cardona Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 2 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W. Cardona
Calle 4 - B-17
Forest Hills, Bayamón
P.R. 00959

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
AUG 04, 21
AMOUNT
$0.45
R2305P149970-07

UNITED STATES
POSTAL SERVICE®

1000        00918

FOREVER / USA




United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG -6 PM 9:23

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Ligni I. Torres Orengo*

Participant's Address: *Jardines del Caribe #18- 495 Ponce PR 00728*

Participant's Email Address: *ligniito@Gmail.Com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 - 4442*

Nature of Claim: *Ley 89 julio 1979 - money owed for increases*

By: *Ligni I Torres Orengo*
    Signature

*Ligni I. Torres Orengo*
Print Name

_____
Title (if Participant is not an individual)

*July 31st 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lypni I. Louis
Jardines del Caribe PP18-49st
Ponce PR 00728-2631



RECEIVED & FILED
2021 AUG -6 PM 5 23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

united State District Court
Clerk's office
150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemi Santiago Core_

Participant's Address: _P.O. Box 2747 Vega Baja P.R. 00694_

Participant's Email Address: _noemi santiago 82 @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Claim my retirement money_

By: _____
Signature

_Noemi Santiago Core_
Print Name

_____
Title (if Participant is not an individual)

_4 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemi Santiago Core
P.O. Box 2747
Vega Baja P.R. 00694



U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
AUG 05, 21
AMOUNT
$1.20
1000        00918        R2305H127356-7

RECEIVED & FILED
2021 AUG -6 PM 3:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Discovery Notice to the
Court's Clerk's office at:
United State District
Court, Clerk's office
150 Ave. Carlos Chardon
Ste. 150
San Juan P.R.
00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amaro Ramos, Jorge_

Participant's Address: _B2 T-47 Barrio Tumbao Maunabo, P.R. 00707_

Participant's Email Address: _r.a.berlingeri@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174475_

Nature of Claim: _Public Employer, Sugar Corporation_

By: _Jorge Amaro Ramos_
   Signature

_Jorge Amaro Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

**FROM:**

- Expected delivery date specified for domestic use.
- M_____ce (restrictions apply).*
- U_____national destinations.
- L_____n is required.
- W_____

*Ins_____exclusions see the
Dom_____

** Se_____and limitations of coverage.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



**Retail**

## P US POSTAGE PAID
### $7.95
Origin: 00707
08/05/21
4258500707-02

### PRIORITY MAIL 1-DAY®

0 Lb 2.00 Oz

**1005**

EXPECTED DELIVERY DAY: 08/06/21

**C018**

SHIP
TO:
150 AVE CARLOS CHARDON
San Juan PR 00918-1703

### USPS TRACKING® #



9505 5146 5712 1217 3189 80



To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# PRIORITY ★ MAIL

## UNITED STATES POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Jorge Amaro Ramos
Bz T-47 Bo. Tumbao
Maunabo, P.R. 00707

**TO:**

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150

San Juan, P.R. 00918-1767

Label 228, March 2016          **FOR DOMESTIC AND INTERNATIONAL USE**

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Aixa Echevarría Pérez

Participant's Address:   HC 3 Box 14751 Peñuelas, P.R. 00624-9720

Participant's Email Address:   aixaechevarria43@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   102167

Nature of Claim:   Ley 164, año 2000, Aumento Retroactivo, Ley 96 año 2000
Costo de vida, Ley 34, ING laboral, Guión Rosello.

By:   _[signature]_
Signature

Aixa Echevarría Pérez
Print Name

RN (Nurse) BSN
Title (if Participant is not an individual)

08 - 02 - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 1810 0001 6731 5138

 



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 04, 21
AMOUNT
**$7.65**
R2305M146599-02
1000    00916

**FROM:**

Aixa Echevarría Pérez

HC 3 Box 14751

Peñuelas P.R. 00624-9720

RETURN RECEIPT REQUESTED

**TO:**

United States District Court Office

150 Ave. Carlos Chardón ste 150

San Juan, P.R. 00918-1767

RETURN RECEIPT REQUESTED

RECEIVED & FILED

**Utility Mailer
10 1/2" x 16"**

Ready **P** ost.