13 de noviembre de 2020

PRIME CLERK LLC
850
SUITE 412
BROOKLYN, NY 11232

Núm. Reclamación <u>102167</u>

Asunto: **RECLAMACIÓN**

El fundamento de la reclamación es basado en la leyes que mi Agencia no aplicó a esta suscribiente durante mis servicios brindados como Enfermera Graduada en la Agencia de Gobierno ASSMCA

Detallo las leyes que reclamo:

- LEY 164 AÑO 2000
- AUMENTO RETROACTIVO
- LEY 96 AÑO 2000
- COSTO DE VIDA
- LEY 34
- ING LABORAL
- GUION ROSELLO

Adjunto Certificación de empleada de la Agencia

Atentamente.

*Aixa Echevarría Pérez*
Aixa Echevarría Pérez

Dirección Postal: HC-3 Box 14751
Peñuelas, P.R. 00624-9720

Residencial: Carr. 385 KM 4.0 Tallaboa Saliente
Bo. Seboroco Peñuelas, P.R. 00624-9720

Tel. 939-289-2091
787-901-0751
Email-aixaechevarria7@gmail.com