**FROM:**

Aixa Echevarría Pérez
HC 3 Box 14751
Peñuelas, P.R. 00624-9720

**TO:**

United States District Court Office
150 Ave. Carlos Chardon ste 150
San Juan, P.R. 00918-1767






7020 1810 0001 6731 5138

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 04, 21
AMOUNT
$7.65
R2305M146599-02

Utility Mailer
10 1/2" x 16"

ReadyPost.