UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

1. Ivonne M. Rios Torres (2 notices)
2. Ana M. Rosado Pacheco
3. Janet Nazario Aponte
4. Elsa M. Soto
5. Jose Raul Colon Ortiz
6. Oscar Navarro Figueroa (2 notices)
7. Maribel Rios Ortiz
8. Damaris Maysonet Medina
9. Lizbeth Velez Gonzalez
10. Myrna Baez Torres
11. Iris Margarita Padilla Alvarez
12. Ana R. Gutierrez Vazquez
13. Evelyn Torres Martinez
14. Maritza Bocachica Colon
15. Pablo Cruz Rodriguez
16. Rafael Rosado Cupeles
17. Reinaldo Santiago Morales
18. Luis R. Bahamundi Santaliz
19. Yalid Alicea Martinez
20. Edna J. Capo Capo
21. Lorraine Colon Cruz
22. Jesus M. Vazquez Rodriguez
23. Aida I. Rodriguez Torres

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

24. Roberto Claudio Vazquez

25. Julio M. Lopez Alvarez

26. Eduardo Carril Perez

27. Jennifer M. Vazquez Santiago

28. Maria C. Rodriguez Mojica

29. Robert J. O'Brien & Dolores P. Mazanjian O'Brien

30. Zenaida Robles Martinez (2 notices)

31. Eustaquio Correa Santiago

32. Yesenia Perez Gonzalez

33. Maria de los Angeles Rosado Guzman

34. Berkya I. Figueroa Robles

35. Alma I. Alicea Davila

36. William Rojas Cosme

37. Alberto Slama & Lucille Slama

38. Pedro Rivera Morales

39. Rosa A. Hernandez Santana

40. Janette Bultron Cruz

41. Elme J. Nodar Gaud

42. Wilnerys Mateo Avila

43. Nestor S. Aviles Arce

44. Luis R. Matos Ortiz

45. Diana M. Sosa Peña

46. Betty Bonilla Alicea

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

    47. Nelson Rodriguez Diamante

    48. Isabel Cruz Vergara

    49. Ana D. Cubi Rodriguez

    50. Jose R. Berrios Rivera

Dated: August 10, 2021