Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivonne M. Rios Torres_

Participant's Address: _Jardines del Caribe 2B2 calle 54 Ponce, P.R. 00728_

Participant's Email Address: _michitadiva@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78839_

Nature of Claim: _Money owed by the state_

By: _Ivonne M. Rios Torres_
Signature

_Ivonne M. Rios Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iuonne Rios
Jardines del Caribe
282 calle 54
Ponce, P.R. 00728

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

2021 AUG -9 PM 2:11

RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivonne M. Ríos Torres_

Participant's Address: _Jardines del Caribe  2B2 calle 54 Ponce, P.R. 00728_

Participant's Email Address: _michitodiva@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51973_

Nature of Claim: _Money owed by state laws 161 and 109_

By: _Ivonne M. Ríos Torres_
Signature

_Ivonne M. Ríos Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivonne Rios
Jardines del Caribe
282 calle 54
Ponce, P.R. 00728

RECEIVED & FILED
2021 AUG -9 PM 2: 11
CLERK'S OFFICE
U.S. DISTRICT COUI
SAN JUAN, PI

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana M. Rosado Pacheco_

Participant's Address: _Villa del Carmen-Tenerife 551 Ponce, P.R. 00716_

Participant's Email Address: _ana-rasado-1954@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74069_

Nature of Claim: _We were deprived of some increases and that is why now the pension is less._

By: _Ana M. Rosado Pacheco_
Signature

_Ana M. Rosado Pacheco_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ayra M Records Pacheco
Villa del Carmen
Avenida 2551
Ponce, P.R. 00716-2224

United States District Court Clerk's
Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

RECEIVED & FILED
2021 AUG -9 PM 2: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Janet Nazario Aponte_

Participant's Address: _Apartado 10324, Boulevard del Río I Guaynabo PR 00971_

Participant's Email Address: _jnazaor@hotmail.com_

Name of Counsel: _The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of P.R., and the P.R. Public Building Authority_

Address of Counsel: _____

Email of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19483_

Nature of Claim: _Dinero de mi pensión cuando cumpla la edad de mis aportaciones._

By: _[signature]_
Signature

_Janet Nazario Aponte_
Print Name

_____
Title (if Participant is not an individual)

_5 | agosto | 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Janet Nazario Aponte
Boulevard del Rio I
Apartado 10324
Guaynabo PR 00971

RECEIVED & FILED
2021 AUG -9 PM 2:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2   L

USA FOREVER

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón
Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa M. Soto_

Participant's Address: _Calle Babilonia DG-15 Santa Juanita Bayamón, PR 00956_

Participant's Email Address: _es-cardona @hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Según la ley 164 de 22 de julio 2003 tenía derecho a aumento, no fue concedido (romerazo)_

By: _Elsa M. Soto_
Signature

_Elsa M. Soto_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celia M. Ate
Calle Babilonia 104-15
Santa Juanita
Bayamón, PR 00956

RECEIVED & FILED

2021 AUG -9 PM 2: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerks Office
150 Ave Chardon Ste 150,
San Juan PR 00918-1767

SAN JUAN PR 009

6 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSE RAUL COLON ORTIZ

Participant's Address: CALLE ALCAZAR D69 URB. VILLA ESPANA, BAYAMON P.R. 00961

Participant's Email Address: jrco1602@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177199

Nature of Claim: SALARY INCREASE FOR GOVERMENT EMPLOYEES LAW 89-1995

By: _____
    Signature

$1200.00
x 20 YEARS FROM 1975 TO 1999
$28,800.00 = TOTAL CLAIM

JOSE RAUL COLON ORTIZ
Print Name

Aug. 5, 2021 (DATE)
Title (if Participant is not an individual)

Aug. 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOSE RAUL COLON ORTIZ
CALLE ALCAZAR D-69
URB. VILLA ESPAÑA, BAYAMON, P.R. 00961

RECEIVED & FILED
2021 AUG -9 PM 2:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

SAN JUAN PR
6 AUG 2021 PM 2
FOREVER / USA

UNITED STATES DISTRICT COURT, CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Navarro Figueroa_

Participant's Address: _H.C. 33 Box 4466 Dorado, P.R. 00646_

Participant's Email Address: _Oscaronavarro1@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____N/A_____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118 578_

Nature of Claim: _Oscar Navarro_

By: _Oscar Navarro_
Signature

_Oscar Navarro_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Oscar Vizcarra Figueroa
A.C. 33
Box 4466
Dorado, P.R. 00646

RECEIVED & FILED

2021 AUG -9 PM 2: 10

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

00918-170625

150 AVE Carlos Chardon
ste 150, San Juan, P.R
00918-1767

SAN JUAN PR  009
6 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Navarro figueroa_

Participant's Address: _H.C. 33 Box 4466 - Dorado, P.R. 00646_

Participant's Email Address: _Oscar. navarro1 @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____N/A_____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113535_

Nature of Claim: _____

By: _Oscar Navarro_
Signature

_Oscar Navarro_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Oscar Navarro Figueroa
JC-33
Box 1466
Dorado, PR 00646

RECEIVED & FILED
2021 AUG -9 PM 2: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

130 AVE Carlos Chardon
ste 150, San Juan, P.R
00918-1767



SAN JUAN PR   009
6 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maribel Rios Urtiz

Participant's Address: Bo. Tortugo 19 Caw 873 apt. 147 San Juan, P.R 00926-8610

Participant's Email Address: Belmari 7@aol.com

Name of Counsel: PROSKAUER ROSE LLP

Address of Counsel: Eleven Times Square New York, NY 10036

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Demand to the financial Oversight and management Board for Puerto Rico VS Commonwealth of P.R

By: _____
Signature

Maribel Rios Urtiz
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rosloffie
19 coar 373 apt 147
San Juan, PR 00926-8610

RECEIVED & FILED
2021 AUG -9 PM 2 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
6 AUG 2021   PM 2   L

00918-170625

Discovery Notice to the Court's Clerks office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damaris, Maysonet Medina_

Participant's Address: _HC 3 Box 16630 Dorado P.R. 00646_

Participant's Email Address: _darynpr @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110377_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Damaris Maysonet Medina_
    Signature

_Damaris Maysonet Medina_
Print Name

_—_
Title (if Participant is not an individual)

_6 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Damaris Maysonet Medina
Hc 3 Box 6636
Dorado P.R. 00646

RECEIVED & FILED
2021 AUG -9 ... - 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

To: Court's Clerks Office
United States District Court, Clerks
Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

7021 0350 0001 3412 1682

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lizbeth Vélez González

Participant's Address: Calle 21 Z-8 Río Grande Estate, Río Grande PR 00745

Participant's Email Address: lizbethvelez.8@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 74311

Nature of Claim: Public Employee Claims (Salary increase by stage 3,4 and 5, level 3 of teaching/career from 2014-2018 not recieve)

By: Lizbeth Vélez González
Signature

Lizbeth Vélez González
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lizbeth Vélez González
Calle 21, 2-8
Rio Grande Estate
Rio Grande, PR 00745

RECEIVED &
2021 AUG. -9 PM 2: 04
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL

7018 1130 0000 2074 4392

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

1000
00918

U.S. POSTAGE PAID
FCM LG ENV
RIO GRANDE, PR
00745
AUG 05, 21
AMOUNT
$7.00
R2305M148426-55

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myrna Báez Torres*

Participant's Address: *Parcelas El Cotto 15 Calle 10, Dorado P.R. 00646*

Participant's Email Address: *mbaez1955@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *152951*

Nature of Claim: *Public Employer*

By: *Myrna Báez Torres*
Signature

*Myrna Báez Torres*
Print Name

_____
Title (if Participant is not an individual)

*august 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Báez Torres
Parcelas El Cotto 15, Calle 10
Dorado, P.R. 00646

RECEIVED
2021 AUG -9 PM 2: 09
CLERK'S OFFICE

United States District Court
Clerks Office 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 3160 0001 3860 0801





Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris Margarita Padilla Alvarez_

Participant's Address: _P.O. Box 943 Ciales, P.R 00638_

Participant's Email Address: _iris padilla alvarez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128254_

Nature of Claim: _Sujeto a los procedimientos de A.C.R._

By: _Iris M Padilla Alvarez_                    _Nature of claim_
Signature                                          _a- Departamento de Educación ley 89_
                                                   _b - El Romerazo de la sila Calderón_

_Iris Margarita Padilla Alvarez_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luis M. Padilla Alvarez
P.O. Box 943
Ciales, P.R. 00638

RECEIVED & FILED
2021 AUG -9 PM 2:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gutiérrez Vázquez, Ana R._

Participant's Address: _Urb. San Antonio, 733 Calle Carmelo Seglar, Ponce, P.R. 00728-1618_

Participant's Email Address: _argv9486@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155084-1_

Nature of Claim: _Promesa Title III - Public Employee Claim Case No. 17 BK 3283-LTS_

By: _Ana R. Gutiérrez Vázquez_
Signature

_Ana R. Gutiérrez Vázquez_
Print Name

_—_
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED & FILED
2021 AUG -9 PM 2:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana R. Gutierrez Vázquez
Urb. San Antonio
733 Calle Carmelo SagEr
Ponce, P.R. 00728-1618

RECEIVED & FILED
2021 AUG -9 PM 2: 09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
6 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Torres Martinez_

Participant's Address: _Urb. Las Alondras calle 5 F 39 Villalba, P. R. 00766_

Participant's Email Address: _evelyntorres 1948 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Incentive Law 89_

By: _Evelyn Torres Martinez_
   Signature

_Evelyn Torres Martinez_
Print Name

_Teacher_
Title (if Participant is not an individual)

_6/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Torres Martinez
Urb. Las Alondras Calles F-39
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG -9 PM 2: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2   L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Bocachica Colón_

Participant's Address: _Hc 4 Box 4087 Villalba, P.R. 00766_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 166 445   et. al._

Nature of Claim: _un paid wages by the goverment of P.R._

By: _Maritza Bocachica Colón_
Signature

_Maritza Bucachica Colón_
Print Name

_____
Title (if Participant is not an individual)

_august 4- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Bocachica Colón
Hc 4 Box 4087
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG -9 PM 2: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
6 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Cruz Rodriguez_

Participant's Address: _P.O. Box 1182 Santa Isabel, P.R. 00757_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Overtime not paid 6 days a week over 8 hours daily_

By: _____ Rodriguez
    Signature

_Pablo Cruz Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8 / 5 / 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Cruz Rodriguez
P.O. Box 1182
Santa Isabel, P.R. 00757

RECEIVED & FILED
2021 AUG -9 PM 2:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Discovery Notice to the Court Clerk Office
United States District Court, Clerk Office
150 Ave. Carlo) Chardon Ste 150
San Juan. P.R. 00918-1767

SAN JUAN PR 009
6 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Rosado Cupeles_

Participant's Address: _HC1 Box6084, Orocovis PR 00720_

Participant's Email Address: _none_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rafael R Cupeles_
    Signature

_Rafael Rosado Cupeles_
Print Name

_____
Title (if Participant is not an individual)

_1 (Aug. 2021)_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: RaFAEL, RoSado Capeles.

#CJ-Bot 6084

Os: Coqui's P.R 00720

To: United States Court Clerk's office

150 AVE. Carlos CHardon STe. 150

SonJuan, P.R 00918-1767

RECEIVED & ODGED
2021 AUG -9 P 2:
CLERK'S OF
S. DISTRICT COU
SAN JUAN P

00918-173625

TAMPA FL 335
SAINT PETERSBURG FL
3 AUG 2021 PM 7 L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _Reinaldo Santiago Morales_

Participant's Address:     _River Park Villas, 1000 Cruv. 788, Apto. 130, Caguas P.R. 00725_

Participant's Email Address:     _santiagoveina/d058@gmail.com_

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _83825_

Nature of Claim:     _____

By:     _____
     Signature

     _Reinaldo Santiago Morales_
     Print Name

     _____
     Title (if Participant is not an individual)

     _8/4/2021 (August 4, 2021)_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Reinaldo Santiago Morales
River Park Villas
1000 Carr. 788. Apto. 130
Caguas PR. 00725

RECEIVED
2021 AUG -9 PM 2 07
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

00018361999

United States District Court
Clerk's Office 150 Ave. Chardon Ste. 150
San Juan PR. 00918-1767

SAN JUAN PR 009

5 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis R. Bahamundi Santaliz_

Participant's Address: _3954 River Crest Cir, Leesburg Fl 34748_

Participant's Email Address: _luis_bahamundi@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _I have not recived the increase given by the Hon. Carlos Romero Barcelo, Governor of P.R. and that money is available._

By: _____
Signature

_Luis R. Bahamundi_
Print Name

_____
Title (if Participant is not an individual)

_08/05/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis R. Balaunadi
3954 River Crest Cir
Leesburg, Fl 34748

RECEIVED & FILED
2021 AUG -9 PM 2:07
CLERK'S OFFICE
DISTRICT
SAN JUAN

United States District Court
Clerks Office
Ave. Carlos Chardon Ste 150

Jonathan P. R.
00916-1706.25

SAN JUAN PR  009
5 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yalid Alicea Martinez*

Participant's Address: *HC-2 Box 9369 Juana Diaz, P.R. 00795-9614*

Participant's Email Address: *yaliceamartinez2017@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Jointly Administered Promesa Title III*

By: *Yalid Alicea Martinez*
Signature

*Yalid Alicea Martinez*
Print Name

*Tecnico II*
Title (if Participant is not an individual)

*4/Agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ylidia Aldea Martinic
HC-02 Box 9369
Juana Dine, P.R. 00795-9614

RECEIVED & FILED
2021 AUG -9 PM 2:08
CLERK'S OFFICE
U.S. DISTRICT C'T
SAN JUAN

United states District Court
Clerks Office, 150 Ave. Carlos Chardon
ste. 150, San Juan, P.E. 00918-1767



SAN JUAN P.
5 AUG 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edna J. Capó Capó_

Participant's Address: _U+b. Reparto Montellano Calle A I-34 Cayey, P.R._

Participant's Email Address: _ednacapo@ hotmail-com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _less money of my check (Retired) teacher._

By: _Edna J. Capó Capó_
Signature

_Edna J Capó Capó_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FROM
Edna J. Capó Capó
Reparto Montellano
Calle AI-34 Cayey, PR. 00736-5410

SAN JUAN PR
009
SEP 2021   PM 1  L

**IMPORTANT**
PLEASE BE SURE
THE REMITTANCE ADDRESS IN ON YOUR STATEMENT
APPEARS IN THIS WINDOW

Court's Clerk Office
United States District Court
Office, 150 Ave. Carlos Chardón
Clerk,
00918-1750, San Juan, PR. 00918-1767

RECEIVED & FILED
2021 NOV 9 - AM 9:28
SAN JUAN DIVISION

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lorraine Colón Cruz_

Participant's Address: _#3 Villa Frances, Juana Díaz, PR 00795_

Participant's Email Address: _lorraine cc @ yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46685_

Nature of Claim: _PROMESA Title III No. 17 BK 3283-LTS_

By: _Lorraine Colón Cruz_
Signature

_Lorraine Colón Cruz_
Print Name

_—_
Title (if Participant is not an individual)

_August 5th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Lorraine Colon
#3 Villa Fraces
Juana Diaz PR
00795

7020 2450 0000 2939 7462

CERTIFIED MAIL

00918-1706625

To: Discovery Office
United States District Court Clerks Office
150 Av. Carlos Chardon Suite 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
JUANA, DIAZ, PR
AUG 05, 21
$6.45
R2305K135197-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____139192_____

Nature of Claim: _____Pensión de Retiro_____

By: _____
    Signature

_____Jesús M. Vázquez Balmaez_____
    Print Name

_____
    Title (if Participant is not an individual)

_____8/5/2021_____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus. Vázquez Rodríguez
Jorok Borínquen 98
calle Pínuelas Caguas PR
00 725-9895

RECEIVED & FILED
2021 AUG -3 PM 2:03
CLERK'S OFFICE
U.S. DISTRICT COURT

7021 0350 0001 3906 7954

0091881703 0018

United States District Court
Clerk's Office 150
Ave Carlos Chardón St. 150
San Juan, PR 00918-1767

$6.45
AUG 05 21
R2304E10657

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aida I. Rodriguez Torres

Participant's Address: Hc 3 Box 51303 Hatillo, PR 00659

Participant's Email Address: Vionette.medina24@gmail.com

Name of Counsel: Departamento de Educación

Address of Counsel: C Federico Acosta San Juan 00918

Email Address of Counsel: de.pr.gov

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 152789

Nature of Claim: Commonwealth of Puerto Rico Department of Education

By: _Aida I Rodriguez Tous_
Signature

Aida I. Rodriguez Torres
Print Name

Departamento de Educación
Title (if Participant is not an individual)

3 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**CERTIFIED MAIL**

7015 1520 0002 3924 7105

Julio J. Rodríguez Serrano
HC-3 Box 51303
Hatillo, P.R. 00659

RETURN RECEIPT REQUESTED

RECEIVED & FILED
2021 AUG -9 PM 2:08

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LETTER
HATILLO, PR
00659
AUG 05, 21
AMOUNT
$7.00
R2305K134656-08

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Roberto Claudio Vázquez_

Participant's Address: _Urb. Atenas Calle J. Tirado García C-A_
_Manati P.R. 00674_

Participant's Email Address: _lizclaud46@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174893 (No. 17BK 3283-LTS)_

Nature of Claim: _Public Employee Claims Promesa 111 No. 17BK 3283LTS_

By: _R Claudio_
Signature

_Roberto Claudio Vázquez_
Print Name

_Promesa 111 Public Employee Claims_
Title (if Participant is not an individual)

_8-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Claudio Vázquez
Urb. Atenas
Calle J. Tirado García C-19
Manatí, P.R. 00674

RECEIVED & FILED
2021 AUG -9 PM 2:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

CERTIFIED MAIL
7020 0090 0002 1232 5645

U.S. POSTAGE PAID
FCM LETTER
HORMIGUE
00660
AUG 05, 21
AMOUNT
$3.0
R2304H109

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio M. López Alvarez._   998.242.2090.

Participant's Address: _118 Exchange; ST. APT. D Lawrence M.A. 01841._

Participant's Email Address: _Sortija 7777@ Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1719 65_    * años de servicio.

Nature of Claim: → _Coorparacion Azucarera CentralMercedita Ponce._
{Servicio por Empleo}

By: _Julio M. López Alvarez._
   Signature

_Julio M. López Alvarez_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Julion Lopez Alvarez
1118 Exchange St. 8
APT. D. Lawrence
M.A. 01841

CERTIFIED MAIL

7020 1290 0001 4928 8094

150 AVE. Carlos Chardon STe.
150, San Juan. P.R
00918-1767.

BOSTON MA 020
4 AUG 2021 PM 7 L

$4.15

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eduardo Carril Perez_

Participant's Address: _HC6 Box 17409, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadclasea @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170214_

Nature of Claim: _Debts Claimed Deppartment OF Agriculture_

By: _(signature)_
Signature

_Eduardo Carril Perez_
Print Name

_Si/FC(Claimant)_
Title (if Participant is not an individual)

_8/6/21_
Date

RECEIVED & FILED
2021 AUG -9 PM 2: 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



EDUARDO CARRIL PEREZ
HC6 BOX 17409
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG -9 PM 2:08
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

CERTIFIED MAIL
SAN JUAN PR 009

7020 1810 0001 4314 4653

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

$4.15
AMOUNT
AUG 06 .21
SAN SEBASTIAN, PR
00685
UCM-SHELTER
U.S. POSTAGE PAID

R2304E108809-17

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jennifer M Vazquez Santiago._

Participant's Address: _Urb Laurel Sur calle Calandria 1006. Coto Laurel 00780-5000_

Participant's Email Address: _pipe12013@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Ley 164 año 2000, aumento retroactivo, Ley 96 año 2000, costo de vida, Ley 34, ING Laboral, Guion Rosello._

By: _Jennifer M Vazquez Santiago_
    (Signature)

_Jennifer M Vazquez Santiago_
Print Name

_Ofss Psychosocial Services assistant._
Title (if Participant is not an individual)

_6 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jennifer M Vargas Santiago
Urb Laurel Sur, Calle Coralina
1006 Urb Laurel 00780-5000

United States District Court
Clerk's office 150 A Ave Recinto
Sur don Ste. 150 San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María C. Rodríguez Mojica_

Participant's Address: _HC 8 Box 44943 Aguadilla, Puerto Rico 00603_

Participant's Email Address: _undra7@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97893_

Nature of Claim: _Increase of salary not received granted by Ex governors Carlos R. Barceló & Sila M. Calderón_

By: _María C. Rodríguez_
Signature

_María C. Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria C Rodríguez Mojica
HC8 Box 40743
Aguadilla, P.R. 00603

RECEIVED & FILED
2021 AUG -9 PM 2: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United States District Court
Clerk's office 150 Ave.
Carlos Chardón Ste.
150, San Juan, Puerto Rico
00918-1787

7020 2450 0000 0866 8019

CERTIFIED MAIL

U.S. POSTAGE
FCM LETTER
AGUADILLA, F
00603
AUG 06, 21
AMOUNT
$3.6
R2304M110741

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name: _ROBERT J O'BRIEN      DOLORES P. KAZANJIAN - O'BRIEN_

Participant's Address: _17 PEQUOT AVENUE, PORT WASHINGTON NY 11050_

Participant's Email Address: _ROOBB @ VERIZON. NET_

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _BACK INTEREST (PAYMENT) NOT RECEIVED_

By: _Robert J M_
Signature

_ROBERT J O'BRIEN_
Print Name

_____
Title (if Participant is not an individual)

_34 / JULY  2021_    _JULY 31, 2021_
Date

RECEIVED & FILED
2021 AUG -9 PM 2: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -9 PM 2: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

17 Pequot Ave.
Pt Washington, NY 11050



MID-ISLAND NY 117

3 AUG 2021  PM 6  L

FOREVER USA

00918-1-70625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zenaida Robles Martinez_

Participant's Address: _205 Montecielito urd. de montellanos_
_Moroves PR 00687_
Participant's Email Address: _z.robles123@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54041_

Nature of Claim: _____

By: _____
Signature

_Zenaida Robles Mtz_
Print Name

_Persona Individual_
Title (if Participant is not an individual)

_Agosto 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jennifer Rosas Ma[...]
905 Montebello
de Montellanos, Yauco PR
00697

RECEIVED & FILED
2021 AUG -9 PM 2:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United State District Court
Clerk's Off 150
Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zenaida Robles Martínez_

Participant's Address: _205 Monteidilio Jard. de Montellanos_
_Morovis PR 100687_

Participant's Email Address: _z.robles123@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54041_

Nature of Claim: _____

By: _(signature)_
Signature

_Zenaida Robles Mtz_
Print Name

_Pers. ra Individual_
Title (if Participant is not an individual)

_Agosto 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenride Rosas Mtz
905 Montidila Yard.
de montellands, ng puebl PR
00687

RECEIVED & FILED
2021 AUG -9 PM 2: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR 009
5 AUG 2021 PM 1 1

United State District Court
Clerk's Off 150
Ave. Carlos Chardur Ste 150
San Juan PR 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Eustaquio Correa Santiago_

Participant's Address: _HC 3-Box 17632 Coamo, P.R. 00769_

Participant's Email Address: _glorianprat57@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170169_

Nature of Claim: _Claim for funds from people who worked in the Cane fields._

By: _Eustaquio Correa Santiago_
    Signature

_Eustaquio Correa Santiago_
Print Name

_____
Title (if Participant is not an individual)

_5-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eustaquio Correa Santiago
HC 3 Box 17632
Coamq P.R. 00769

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150- San Juan, P.R. 00918-1767



SAN JUAN PR  009
6 AUG 2021  PM 2 · L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yesenia Pérez González*

Participant's Address: *HC-4-Box 41905 Hatillo P.R. 00659.*

Participant's Email Address: *sheena34d@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *87345*

Nature of Claim: *Pension /Retiree Claims*

By: *[signature]*
Signature

*Yesenia-Pérez González*
Print Name

_____
Title (if Participant is not an individual)

*Aug. 3, 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yesenia Pérez González
HC-4-Box 4965
Hatillo P.R. 00659

RECEIVED & FILE[
2021 AUG -9 PM 2:
CLERK'S OFFICE
DISTRICT COUR[
SAN JUAN, P.R.

00918-170399

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

SAN JUAN PR   009
6 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rosado Guzmán, María de los Angeles*

Participant's Address: *Box 8004 Bayamón PR 00960*

Participant's Email Address: *cesiannnaomy07@yahoo.con*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *146511*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *(signature)*
_____
Signature

*María de los Angeles Rosado Guzmán*
Print Name

_____
Title (if Participant is not an individual)

*4 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria [illegible]
Box 8004
Bayamon, P.R. 00960

SAN JUAN PR   009
6 AUG 2021   PM 2   L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

SAN
U.S. DISTRICT
CLERK'S OFFICE

2021 AUG -9  PM 2 13

RECEIVED & FILED

00918-176711-1099

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Berkya I. Figueroa Robles

Participant's Address: Urb. Paseos de Ceiba, 13 Ave. Ceiba, Ciba PR 00735-4005

Participant's Email Address: bfigueroar@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 156706

Nature of Claim: _____

By: _____
Signature

Berkya I. Figueroa Robles
Print Name

_____
Title (if Participant is not an individual)

4/8/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Berkys I. Figueroa Robles
Urb. Paseos de Ceiba
13 Ave. Ceiba
Ceiba, PR 00735-4005

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretario del Tribunal
Oficina del Secretario
150 Ave. Carlos
Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR   009
6 AUG 2021   PM 2  L

00918-170399

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicea Dávila, Alma I._

Participant's Address: _San Antonio Calle 6 Bzn 41-C, Dorado, P.R. 00646_

Participant's Email Address: _aliceaalmairis @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _126419_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Alma I. Alicea Dávila_
Signature

_Alma I. Alicea Dávila_
Print Name

_____
Title (if Participant is not an individual)

_5 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aliceo Dávila, Alma I.
San Antonio
Calle 6 Bzn 41-C
Dorado P.R. 00646

RECEIVED & FILED
2021 AUG -9 PM 2:
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, PR

00918-170399

United States District Court, Clerk's
Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rojas Cosme, William_

Participant's Address: _calle Elmira WR 7 Urb Sta. Juanita_

Participant's Email Address: _Bayamón P.R 00956_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _99136_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _William Rojas Cosme_
Signature

_William Rojas Cosme_
Print Name

_Title III no 17 Bk 3283 - LTS_
Title (if Participant is not an individual)

_7 agosto 2021_
Date

[Stamp: 2021 AUG -9 PM 2:14 CLERK'S OFFICE US DISTRICT COURT SAN JUAN — RECEIVED & FILED]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Rojas Cosme
Calle Elmira UR.7 Urb. Sta. Juanita
Bayamon P.R. 00956

RECEIVED & FILED
2021 AUG -9 PM 2:14
CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN, P.

0009188 1767 0000

SAN JUAN PR 009
7 AUG 2021 PM 1 L



United States District Court; Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Albert + Lucienne SLAMA_

Participant's Address: _112 Atlantic Hills Blvd_

Participant's Email Address: _Manahawkin N.J. 08050_

Name of Counsel: _Mark Slama → Omit_

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK. 3283-LTS_

Nature of Claim: _____

By: _Albert Slama   Lucienne Slama_
     Signature

_Albert Slama   Lucienne Slama._
Print Name

_____
Title (if Participant is not an individual)

_July 30, 20_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG -9 PM 2: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mr Al Slama
112 Atlantic Hills Blvd
Manahawkin, NJ 08050

Court's Clerk Office
United States District Court
Clerks Office Carlos Shearson St.
150 San Juan P.R.
00918-1767

Clerks Office Carlos Sharson St 150 Ave

SOUTH JERSEY NJ
3 AUG 2021  PM

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rivera Morales, Pedro

Participant's Address: 642 Americana Blvd NE Palm Bay FL 32907

Participant's Email Address: riverapedro75@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 127140

Nature of Claim: Pension/Retiree Claim

By: P. Rivera
Signature

Pedro Rivera
Print Name

_____
Title (if Participant is not an individual)

8-3-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Rivera
649 Americana Blvd NE
Palm Bay FL 32907

RECEIVED & FILED
2021 AUG -9 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00816-76625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
150
From Juan PR 00918-1767

ORLANDO FL 328
3 AUG 2021   PM 4   L





Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nosa A. Hernandez Santana_

Participant's Address: _Calle 20 AB-9 Villas de Rio Grde PR Box 45_

Participant's Email Address: _Wallyhernandez_00@gmail._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147683  y  155526_

Nature of Claim: _Salarios impagos_

By: _Nosa A. Hernandez Santana_
   Signature

_Nosa A. Hernandez Santana_
Print Name

_____
Title (if Participant is not an individual)

_6/Agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa Henriquez Santana
calle 20 AB-9
Villas don Rio Grande
Rio Grande, P.R. 00745

RECEIVED & FILED
2021 AUG -9 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170399

SAN JUAN PR 009
7 AUG 2021 PM 1



United States District Court
Clerk's Office 150
Ave. Carlos Chardon Fr. 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Janette Bultron Cruz_

Participant's Address: _199-20 Calle 435 Villa Carolina, Carolina P.R. 00985_

Participant's Email Address: _janett66pr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133311 y 152256_

Nature of Claim: _Salarios impagos_

By: _[signature]_
Signature

_Janette Bultron Cruz_
Print Name

_____
Title (if Participant is not an individual)

_6 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Janett Baltron Cruz
199-20 Calle 435
Villa Carolina
Carolina P.R. 00985

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
7 AUG 2021 PM 1 L

United States District Court
Clerk's Office 150
Au. Carlos Chardn Ste. 150
San Juan, P.R. 00 948 - 1 76 9

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _ELME J. NODAR GAUd_

Participant's Address: _URb VISTAS De Rio Guan De 2 Calle GUAYACAN 463 RioGuanDeP. R00745_

Participant's Email Address: _ElMe Nodar GAUd @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173859_

Nature of Claim: _SAlary claim (Court of First Instance San Juan Puerto Rico civil Num KPE 2007- 4359 (803)_

By: _Elme J. Nodar Gaud_
Signature

_ELME J. NODAr GAUd_
Print Name

_____
Title (if Participant is not an individual)

_6 De Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original se file #1*

*Junio 10, 2014*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                    Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del

Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que

interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(803), emitida por

la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre

Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.      La Autoridad de Edificios Públicos tiene poder para demandar y ser

demandada, querellar y defenderse en el tribunal de justicia y organismos

administrativos. (22 LPRA Sección 906).

4.      Los querellantes de epígrafe, quienes comparecen personalmente son

empleados de carrera regulares de la Corporación Pública demandada y le aplican

como parte del contrato individual de empleo las decisiones o circulares de la Directora

Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la

Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del

Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre

otros, por lo que reclaman lo que más adelante se expone.

5.      La Asociación de Empleados Gerenciales de la Autoridad de Edificios

Públicos tiene capacidad jurídica también para representar a sus miembros, quienes

comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.

Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación

de Maestros v. José Arsenio Torres, 94 JTS 145.

6.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución

del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual

trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado

al caso de marras. La desigualdad que pretende el querellado, relacionado con la

controversia del caso de epígrafe, es negar el principio igualitario constitucional,

sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este

tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?

Este trato desigual entre empleados no unionados ante unas mismas disposiciones

de la Directora Ejecutiva o Resoluciones de    la    Junta    de    Directores    es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario por mérito sin evaluación alguna y otros no?

7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así como tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.     El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10. Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980). Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11. Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12. Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                               Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                            Página 10
Segunda Querella Enmendada

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de Pablo Rodriguez vs. Autoridad de Edificios Públicos, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)                                                    Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

    4.    Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy

Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

### TERCERA CAUSA DE ACCION

    1.    Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

sustancial sobre asuntos de consecuencia para la empresa querellada. Los

querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar

alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad

de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)   Página 13
Segunda Querella Enmendada

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



Elne J. No Dr Grove
URS Visitas Pt Rio Grande 2
Calle Guyaaan 463
Riogrande P.K 00745

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
AUG 06, 21
AMOUNT

$6.65
R2304P119094-03

CERTIFIED MAIL

7020 1290 0000 5163 5610

United State District court
Clerks office
150 Ave. Carlos C Hordon STE. 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilnerys Mateo Avila_

Participant's Address: _#105 Cond. Lomas de Rio Grande Rio Grande, P.R. 00745_

Participant's Email Address: _wilnerys@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _K PE2007-4359 (803)_

Nature of Claim: _Salary Claim (53904) $86,785.68_

By: _(signature)_

Signature

Print Name _Wilnerys Mateo Avila_

_____

Title (if Participant is not an individual)

Date _August 6, 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original en*
*file # 1*

*Junio 10, 2014*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                        Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón Garcia v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:**  Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR  00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR  00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR  00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR  00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.



7021 0950 0001 9113 9259

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
AUG 06, 21
AMOUNT
$4.15
R2304N116684-21

Wilnerys Mateo Avila
#105 Cond. Lomas de Rio Grande
R.G., PR. 00745-8704

United State District Court
"Clever's" Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nestor S. Quiles Arce

Participant's Address: HC 04 Box 47701 San Sebastian, PR 00685

Participant's Email Address: quilesarce@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283 - LTS   Claim Number (052539)

Nature of Claim: Salary claim (Court of first instance San Juan Puerto Rico Civil Num. KPE 2007 - 4359 (803))

By: _[signature]_
Signature

Nestor S. Quiles Arce
Print Name

Title (if Participant is not an individual)

August 2- 2021
8/4/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nestor S. Quiles Ave.
Ho-4 Box 47701
San Sebastian, P.R.
006 85

1000

00918

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 06, 21
AMOUNT
$7.00
R2304M110395-03

CERTIFIED MAIL

7020 1290 0000 4032 4976

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United States District Court.
Clark's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis R. Matos Ortiz_

Participant's Address: _P.O. Box 907 Cidra PR 00739_

Participant's Email Address: _luisrmatos16@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173824_

Nature of Claim: _Salary Claim Case K PE2007.4359 (803)_

By: _Luis R. Matos Ortiz_
Signature

_Luis R. Matos Ortiz_
Print Name

_NO_
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ



Luis R Matos Vega
P. O. Box 907
Cidra P.R, 00729

RECEIVED & FILED
2021 AUG -9 PM 2: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

7021 0350 0001 3906 7824

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan   PR  00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DIANA M. SOSA PEÑA_

Participant's Address: _1555 Martin Travieso Street Apt 705 San Juan PR 00911_

Participant's Email Address: _diana msosa-56@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _$ 210,000 Employee Retirement System Bonds_

By: _Diana M Sosa Peña_
   Signature

_DIANA M SOSA PEÑA_
Print Name

_____
Title (if Participant is not an individual)

_2 AGOSTO 2021_              _August 2, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana M Sosa Peña
Cond Park Palace Apt 705
1555 Martin Travieso St
San Juan, PR 00911

RECEIVED & FILED

2021 AUG -9 PM 2: 13

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Court's Clerk's Office
United States District Court Clerk's office
150 Ave. Carlos Chardon St e/150
San Juan, P.R. 00918-1767

SAN JUAN PR  009



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Betty Bonilla Alicea*

Participant's Address: *P.O. Box 1653 Cabo Rojo, PR. 00623*

Participant's Email Address: *bonillabetty59@gmail.com*

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173407*

Nature of Claim: *Services performed*

By: *Betty Bonilla Alicea*
Signature

*Betty Bonilla Alicea*
Print Name

_____
Title (if Participant is not an individual)

*31/7/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Betty Barilla Oliver
Apdo 1653
Lara Roja, P.R.
90 623

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court
Clerks office
150 Ave. Carlos Chan-
don Ste. 150
San Juan, P.R.
00 918 - 1767

SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _NELSON-Rodriguez-DIAMANTe_

Participant's Address: _P.O Box - 1262 - GUAMA-GUAYAMA-PR00785_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Nelson Rodriguez Diamante_
Signature

_NELSON- Rodriguez-DIAMANTe_
Print Name

_____
Title (if Participant is not an individual)

_8-5-2021_
Date

RECEIVED & FILED 2021 AUG -9 PM 2:13 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelson Rodriguez Diamonte
P.O Box 1262
Lluveras PR. 00785

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR. 009

United States District court clerks
office 150 ave carlos chardon ste
150 San Juan PR 00 918-1767



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel Cruz Vergara_

Participant's Address: _Urb. San Antonio C/2 #59 Aguas Buenas P.R. 00703_

Participant's Email Address: _1953 isabelcruz@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120436_

Nature of Claim: _claiming pay raises during years of services (salary increases)_

By: _N/A_
   Signature

_N/A_
   Print Name

_____
   Title (if Participant is not an individual)

_5 de agosto 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel Cruz Vergara
Urb. San Antonio
c/2 #59 Aguas Buenas P.R.
00703

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court Clerks'
Office, 150 Ave. Carlos Chardon
Ste, 150 San Juan P.R. 00918-1767

00918-170395

SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Ana D. Cubí Rodríguez

Participant's Address:   HC-1 Box 10452 Sta Catalina, Coamo, P.R. 00769

Participant's Email Address:   anadcubi8471@ Yahoo.Com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   NO. 17BK3283-LTS

Nature of Claim:   PROMESA Title III / The Plan

By:   _Ana D. Cubí Rodríguez_
     Signature

     _Ana D. Cubí Rodríguez_
     Print Name

     _____
     Title (if Participant is not an individual)

     _5 de agosto de 2021_
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana D. Cubí Rodríguez
Hc-1 Box 10452
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG -9 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR  009
6 AUG 2021  PM 2  L

USA FOREVER

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste.
San Juan, P.R. 00918-1767
150

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R. Berrios Rivera_

Participant's Address: _P.O. Box 905 toa Alta P.R. 00954-0905_

Participant's Email Address: _joserberrios.jb @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16990_

Nature of Claim: _Salary Claim (Court of First instance San Juan P.R.)_
_Civil Num. K PE 2007-4359 (803)_

By: _[signature]_
Signature

_José R. Berrios Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS 0. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br><br><br><br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                  Página 5
**Segunda Querella Enmendada**

*Original en*
*file # 1*

Querellantes

Vs.

*junio 10, 2014*

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1. La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2. La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                                                     Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

      7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

      8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

      9.    El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                    Página 9
Segunda Querella Enmendada

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                      Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.     Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy

Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

**TERCERA CAUSA DE ACCION**

1.     Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

sustancial sobre asuntos de consecuencia para la empresa querellada. Los

querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar

alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad

de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)                                    Página 13
**Segunda Querella Enmendada**

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

**HARRY ANDUZE MONTAÑO**
Col. 4617 / RUA #3303
**JOSÉ A. MORALES BOSCIO**
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
**HARRY ANDUZE MONTAÑO**

POR: _____
**JOSÉ A. MORALES BOSCIO**



Jose K. Berrios Rivera
PO Box 905
Toa Alta PR 00954

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR. 00 918-1767