## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>   Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>**PUERTO RICO PUBLIC BUILDING AUTHORITY**,<br><br>   Debtor. | PROMESA<br><br>Title III<br><br>**No. 19 BK 05523-LTS** |

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF PUBLIC BUILDINGS AUTHORITY'S PLAN OF ADJUSTMENT

**COMES NOW**, Mapfre PRAICO Insurance Company ("Mapfre") by and through its undersigned counsel, and hereby informs that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

1. Counsel for Mapfre's contact information is as follows:

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: (787) 289-9250
Fax.: (787) 289-9253
José Sánchez Girona, Esq.
jsanchez@scvrlaw.com

2. The number and nature of Mapfre's claim is as follows:

| | |
|---|---|
| Claim Number: | (i) Proof of Claim No. 2, as set forth in the claims register. Mapfre reserves the right to amend, supplement or otherwise modify the claim set forth herein. |
| Nature of Claims: | Secured claim seeking reimbursement of amounts retained by the PBA from payments earned by the Surety due to payment of labor and materials incorporated into PBA's construction project bonded by the Surety but unpaid by PBA many years before the Oversight Board filed the Title III petition on behalf of the PBA, and which never became property of the PBA. |

**WHEREFORE**, Mapfre respectfully requests that the Court take notice of the foregoing.

In San Juan, Puerto Rico, this 10th day of August, 2021.

**SALDAÑA, CARVAJAL & VELEZ-RIVE, P.S.C.**
166 Ave. De la Constitución
San Juan, Puerto Rico 00901
Tel 787-289-9250|Fax 787-289-9253

*/s/José A. Sánchez Girona*
JOSE A. SANCHEZ GIRONA
USDC-PR No. 222310
jsanchez@scvrlaw.com