IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | Jointly Administered |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**TO THE HONORABLE COURT:**

COME NOW, Salud Integral de la Montaña, Inc. (SIM), through its undersigned attorney and respectfully states as follows:

The party identified below hereby advices the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' Proposed Plan.

Participants contact information, including email address and that of its counsel:

Participant's Name: Salud Integral de la Montaña, Inc.

Participant's Address: P.O. Box 515, Naranjito, PR 00719

Participant's Email Address: avega@simpr.org

Name of Counsel: John E. Mudd

Address of Counsel: P.O. Box 194134, San Juan, PR 00919

Email Address of Counsel: johnmuddlaw@gmail.com

Participants Claim Numbers and the nature of Participants Claims

Claim Numbers: 109469, 115027, 111786, 174289, 179231, 179163, 101569,115027, 108464

Nature of Claims: 109469 and 115027 are for rent and utilities; 111786 is for tax refund; 174289 for torts; 179231 is for administrative expenses; 179163, 101569,115027, 108464 are for Medicaid wrap around payments

WHEREFORE: SIM requests from the Honorable Court that it take notice of this motion.

Respectfully submitted on this 10th day of August, 2021.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
johnmuddlaw@gmail.com

2