UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

1. Jessica Martinez Rodriguez
2. Merida Rivera Baez
3. Carmen R. Rodriguez Cintron
4. Efrain Velazquez Cintron
5. Lumarie Rosa Gomez
6. Carmen Collazo Ramos
7. Eduardo Torres Gonzalez
8. Evelyn Gonzalez Valentin
9. Alexandra Valentin Mendez
10. Ricardo Betancourt Carrasquillo
11. Maria L. Santos Berrios
12. Paul A. Grossen Frauchiger
13. Wanda Ruiz Arizmendi
14. Isaac Rivera Ramos
15. Elsa Villanueva Gonzalez
16. Maribel Rosado Negron
17. Zoraida Torres Matias (2 notices)
18. Beth Zaida Pagan Rodriguez
19. Maura Osorio Lopez
20. Emilsie I. Rosario Lopez
21. Luz L. Rivera Velez
22. Miguel A. Muñiz Carril

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

23. Evelyn Torres Martinez

24. Brimarie Feliciano Ramos (3 notices)

25. Conrado Ramirez Garcia & Carmen Oliver Mari

26. Julio J. Ramirez

27. Ruben Cruz Tirado

28. Juan C. Adorno Concepcion

29. William Feliciano Feliciano (2 notices)

30. Vionnette Cruz Rodriguez

31. Eduviges de Jesus Carrasquillo

32. Luis R. Rivera Rivera

33. Ronald Cotto Sanchez (2 notices)

34. Jybettssy M. Escudero Saez

35. Grecia M. Mojica Santana

36. Dionicio Sanchez Soto

37. Angel L. Beltran Pagan

38. Ana Victoria Rodriguez Colon

39. Diana Colon

40. Minerva Guzman Febus

41. Alex A. Andujar Carrero

42. Zoraida Castellon Negron

43. Nilda I. Barreto Hernandez

44. Elba Miranda Rivera

45. Karen Lopez Perez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

46. Ramon Saez Colon

47. Jonatan Navarro Rivera

48. Rafael Torres Ramos

49. Jaime Rivera Cruz

50. Jennifer M. Vazquez Santiago

Dated: August 10, 2021

4