Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jessica Martinez Rodriguez_

Participant's Address: _Bda. Sandin C/sol #2954 Vega Baja, P.R. 00693_

Participant's Email Address: _jessica20blaguir@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73351_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of P.R._

By: _Jessica X Rodri Rodz_
Signature

_Jessica Martinez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_9. August - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MERIDA RIVERA BAEZ_ Jarabo P.R. 00778

Participant's Address: _Urb. Veredas, 126 Camino de las Palmas_

Participant's Email Address: _Merodar @ Outlook. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16915_

Nature of Claim: _Department of Education Law 89 Crea yearly increase_

By _Merida Rivera Baez_
Signature

_MERIDA RIVERA BAEZ_
Print Name

_—_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Rodriguez Cintron, Carmen R
38 3Urb Hnos Stgo
Juana Diaz PR  00795

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: 107272 - Public Employee Claims

By: _____
Signature

Carmen R. Rodz. Cintron
Print Name

_____
Title (if Participant is not an individual)

08/05/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen R. Rodriguez Cintron
3#38 HNOS. Santiago
Juana Diaz P.R. 00795-2221

SAN JUAN PR 009

6 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon 5 te. 150
San Juan, P.R. 00918, 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Efrain Velázquez Cintrón

Participant's Address:  Urb. Los Cacbos +
                        #2941 calle Tabonuco  Ponce, P.R. 00716-2737

Participant's Email Address:  saritosantiago_so@gmail.com

Name of Counsel:        _____

Address of Counsel:     _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:           _____

Nature of Claim:        _____

By:  _Efrain Velázquez Cintrón_
     Signature

     _EFRAIN Velázquez Cintrón_
     Print Name

     _____
     Title (if Participant is not an individual)

     _05-Agosto-2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Efrain Velazquez Cintron
416-405 Caobos 2941 Calle Tabonuco
Ponce, P.R. 00716-2737

RECEIVED & FILED
2021 AUG -9 PM 2:18
CLERK'S OFFICE
S.DISTRICT COURT
SAN JUAN, PR

6 AUG 2021

SAN JUAN PR 009

6 AUG 2021 PM 2 L

FOREVER USA

00918-170625

United States District Court
Clerks Office
150 Ale Carlos Chardin Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lumarie Rosa Gómez_

Participant's Address: _P.O. Box 681 San Lorenzo, P.R. 00754_

Participant's Email Address: _lumarierosa4@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16319_

Nature of Claim: _Poorly paid salary. Adjustment in pay scale._

By: _____
    Signature

_Lumarie Rosa Gómez_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luzmarie Rosa Gómez
P.O. Box 681
San Lorenzo, P.R. 00754

SAN JUAN PR 009
6 AUG 2021 PM 2 L

00918-176625

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Collazo Ramos

Participant's Address: Urb. Costa Azul, Calle 10 E-7, Guayama, P.R 00784

Participant's Email Address: Carmen_Collazo55@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Jointly Administered

By: *Carmen Collazo Ramos*
Signature

CARmen Collazo Ramos
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Colaz Ramos
4eb. Costa Azul
calle 10 E-7
Guayama, P.R. 00784

RECEIVED & FILED

2021 AUG -9 PM 2: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009

6 AUG 2021   PM 2   L

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Eduardo Torres Gonzalez_

Participant's Address: _Bo. Corazón Calle San Judas Parcela 220 Buzón 12_
_Guayama PR 00784_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283_

Nature of Claim: _The Commonwealth of PuertoRico_

By: _X_____ _-Participant does not know how to write._
Signature                          _awledself-assistant_

_Eduardo Torrez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_5 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Torres Gonzalez
Bo. Corazón Calle San Judas
Parcela 220 Buzón 12
Guayama PR. 00784

RECEIVED & FILED
2021 AUG -9 PM 2: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court, clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
6 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Gonzalez Valentin_

Participant's Address: _Po Box 1227 Hormigueros P.R 00660_

Participant's Email Address: _egvalentin @ yahoo.com_

Name of Counsel: _Lcda. Brendarin Cruz Santiago_

Address of Counsel: _2421 Paseo Perla del Sur Suite 2_
_Ponce P.R 00717-0663_

Email Address of Counsel: _bcslegalservices@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 32 83-LTS_

Nature of Claim: _Promesa Title III_

By: _Evelyn Gonzalez Valentin_
Signature

_Evelyn Gonzalez Valentin_
Print Name

_Womser 14_
Title (if Participant is not an individual)

_agosto 4 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG -9 PM 2: 18

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Evelyn Gonzalez Valentin
Po Box 1227 Hormigueros P.R.
00660

SAN JUAN PR 009
6 AUG 2021 PM 2 L



Court's Clerk's Offices
United States District Court's Clerks
Office 150 Ave. Carlos Chardon Ste.
150 San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alexandra Valentin Mendez

Participant's Address: HC 57 Box 11429

Participant's Email Address: alexandravalentin503@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 59687

Nature of Claim: Pension/Retiree claims

By: _____
Signature

Alexandra Valentin Mendez
Print Name

_____
Title (if Participant is not an individual)

8-2-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Alexandre Valentin
HC-57 Box 11429
Aguada PR 00602

Clerk's Office
150 Ave Carlos Chardon STE 150
San Juan PR 00918-1767

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2 L

SAN JUAN P.R
U.S DISTRICT COURT
CLERK'S OFFICE
2021 AUG -9 PM 2: 18
RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Betancourt Carrasquillo_

Participant's Address: _URB. O'Reilly, #106 Calle 5, Gurabo PR00778_

Participant's Email Address: _ricardobetancourt00778@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ricardo Betancourt Carrasquillo_
Signature

_Ricardo Betancourt_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ricardo Betancourt
Urb. O'Reilly
#106 Calle SF
Gurabo, PR 00778-2014

RECEIVED & FILED
2021 AUG -9 PM 2: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon St.150
San Juan, PR 00918-1747

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria L. Santos Berrios

Participant's Address: 54 Georgetti Street

Participant's Email Address: P.O. Box 280 Comerio, P.R. 00782

Name of Counsel: Administrative Claims Reconciliation

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 97557

Nature of Claim: Pension Retiree claims (Retired Benefits
Years passed and amount offered
for pension never was received.

By: Maria L Santos Berrios
Signature

Maria L Santos Berrios
Print Name

_____
Title (if Participant is not an individual)

July 28, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Santos Berrios
P.O. Box 280
Comerio, P.R. 00782

United States District Court,
Clerks office 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 NOV -9 PM 2 19



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Paul A. Grossen Frauchiger_

Participant's Address: _PO Box 9160 Humacao PR 00792_

Participant's Email Address: _computers@east-net.net_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16740_

Nature of Claim: _Tax Refunds_

By: _(signature)_
Signature

_Paul A. Grossen Frauchiger_
Print Name

Note: I have the intention to participate in discovery in connection with confirmation of the Plan.

_____
Title (if Participant is not an individual)

_08/05/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Paul Grossen
PO Box 9166
Humacao, PR, 00792

RECEIVED & FILED
2021 AUG -9  PM 2: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR   009
6 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P.O Box 1298, Rincon, P.R. 00677_

Participant's Email Address: _wanda.ruiz.1963@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension/retiree claim_

By: _Wanda Ruiz Arizmendi_
  Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_August 06, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Ruiz Arzmendi
P.O. Box 1298
Rincón, P.R. 00677-1298

RECEIVED & FILED
2021 AUG -9 PM 2: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR    OO9
6 AUG 2021    PM 2    L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isaac Rivera Ramos_

Participant's Address: _108 c/Arrecife  Urb. Solymar  Bo. Bajos Patillas, P.R. 00723_

Participant's Email Address: _isaac_rivera_ramos@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Isaac Rivera Ramos_
Print Name

_____
Title (if Participant is not an individual)

_08/05/2021._
Date

Rivera Ramos Isaac
108 calle Arlecite
Urb. Bolymar Bo. Bajas
Patilles P.R. 00723

RECEIVED & FILED
2021 AUG -9 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN P.

00918-1706825

United States District Court, Clerk Office,
150 Ave. Carlos Chardon Ste. 150, San Juan, P.R.
00918-1767.

SAN JUAN PR   009

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Elsa Villanueva González_

Participant's Address: _#19 Calle Drako La Marina Carolina P.R. 00879-4025_

Participant's Email Address: _evillanueva227@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104973_

Nature of Claim: _Employees Retirement System of the Government of the
Commonwealth of Puerto Rico_

By: _Elsa Villanueva G_
Signature

_Elsa Villanueva González_
Print Name

_Department of Education_
Title (if Participant is not an individual)

_5 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsa Villanueva González
La Marina
#19 Calle Drako
Carolina, PR 00979-4025

RECEIVED & FILED
2021 AUG -9 PM 2: 2
CLERK'S OFFICE
U S DISTRICT
SAN JUAN

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office 150
Avenida Carlos Chardon Suite 150
San Juan, PR 00918-1767

SAN JUAN PR   009



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rosado Negrón_

Participant's Address: _River Garden 17 Flor de Tatiana, Canóvanas, PR 00729_

Participant's Email Address: _rosadonegron maribel @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102251_

Nature of Claim: _Employees Retirement System of the Commonwealth of Puerto Rico_

By: _Maribel Rosado Negrón_
Signature

_Maribel Rosado Negrón_
Print Name

_Department of Education_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rosado Negrón
Urbanización River Garden
17 Calle Flor de Tatiana
Canóvanas, PR 00729

RECEIVED & FILED
2021 AUG -9 PM 2: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office 150
Avenida Carlos Chardon Suite 150
San Juan, PR 00918-1767

SAN JUAN PR 009



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Zoraida Torres Matias

Participant's Address:   Jardines del Caribe 2B2 calle 54 Ponce, P.R. 00728

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   39828 , 65892

Nature of Claim:   Money owed by Commonwealth of Puerto Rico

By:   _Zoraida Torres Matias_
        Signature

   Zoraida Torres Matias
   Print Name

   _____
   Title (if Participant is not an individual)

   August 6, 2021
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Torres
Jardines del Caribe
282 calle 54
Ponce, P.R. 00728

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR 009

FOREVER / USA



RECEIVED & FILED
2021 AUG -9 PM 2: 11
CLERK'S OFFICE
U.S. DISTRICT CTR.
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Torres Matías_

Participant's Address: _Jardines del Caribe 2B2 calle 54 Ponce, P.R. 00728_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58687_

Nature of Claim: _Money owed by Commonwealth of Puerto Rico_

By: _Zoraida Torres Matías_
    Signature

_Zoraida Torres Matías_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Torres
Jardines del Caribe
282 calle 54
Ponce, P.R. 00728

0091B-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

RECEIVED & FILED
2021 AUG -9 PM 2: 11
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Beth Zaida Pagán Rodríguez*

Participant's Address: *HC1 Box 5642 Barranquitas P.R. 00794*

Participant's Email Address: *bethz41 @ hotmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *136300   and  34147349*

Nature of Claim: *Public Employee*

By: *Beth Zaida Pagán Rod*
Signature

*Beth Zaida Pagán Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*August 3, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Beth Zaida Pagan Rodriguez
HC 1 Box 5642
Barranquitas P.R. 00794

RECEIVED & FILED
2021 AUG -9 PM 2: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

CERTIFIED MAIL

7019 0160 0000 1550 3037

UNITED STATES
POSTAL SERVICE

1000

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maura Osorio López

Participant's Address: P.O. Box 894 Rio Grande, Puerto Rico 00745

Participant's Email Address: mararosario55@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 73426

Nature of Claim: Public Employee and Pension/Retiree claims Law 96 Salary increase not received from labor law

By: _Maura Osorio López_
Signature

Maura Osorio López
Print Name

_____
Title (if Participant is not an individual)

August 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Maura Osorio Lopez
P.O. Box 894
Rio Grande, Puerto Rico
00745

RECEIVED & FILED
2021 AUG -9 PM 2: 11
CLERK'S OFFICE
SAN JUAN

To: Cuourst's office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

7018 1130 0000 2074 4385

U.S. POSTAGE
FROM: LETTER
00745 GRANDE
AUG 05 21
AMOUNT
$7.0
R2305M14841

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:  10l 589

Nature of Claim:  Pensión de Retiro

By:  _____
      Signature

      Emilsie I Rosario Lopez
      Print Name

_____
Title (if Participant is not an individual)

5 Agosto 2021
Date

RECEIVED & FILED
2021 AUG -9 PM 2:11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Emilse I. Rosario Lytm
Ivnde Buanguen 98
calle Piñuelas
DD725-9995

RECEIVED & FILED
2021 AUG -9 PM 2 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

7021 0350 0001 3906 7947

United States District Court
Clerk's Office 150
Ave Carlos Chardón Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz L. Rivera Vélez_

Participant's Address: _Ext. La Fe 22575 Calle San Simon_
_Juana Díaz P.R. 00795-8921_

Participant's Email Address: _rivera Velezluz @ g mail . Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149967_

Nature of Claim: _Empleado Público (Public Employee)_

By: _[signature]_
Signature

_Luz L. Rivera Vélez_
Print Name

_Retired Public Employee_
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luz L. Rivera Vélez
Ext. La Fe 2325 Calle San Simón
Juana Díaz, P.R. 00795-8921

RECEIVED & FILED
2021 AUG -9 PM 2: 12
CLERK'S OFFICE
DISTRICT
SAN JUAN

RETURN REQUESTED

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

7019 1640 0001 0247 7348

RETURN RECEIPT

CERTI
PLACE STICKER AT
TOP OF ENVELOPE
TO THE RIGHT
OF THE RETURN ADDRESS

1000

00918

MERCEDITA, PR
007
AUG 07, 21
AMOUNT
$7.00
R2305M146599-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miguel A. Muñiz Carril

Participant's Address: 4414 Ave. Arcadio Estrada, San Sebastián PR 00685

Participant's Email Address: _____

Name of Counsel: Do not have.

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: Como empleado de la Corporación Azucarera de P.R (Central Plata de San Sebastián) entiendo y yo se nos aplicó el aumento de salario mínimo correspondiente.

By: _____
Signature

Miguel A. Muñiz Carril
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

RECEIVED & FILED
2021 AUG -9 PM 2:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Muñiz
4414 Ave. Arcadio Estrada
San Sebastián PR 00 685

RECEIVED & FILED
2021 AUG -9 PM 2: 2?
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR  009
6 AUG 2021  PM 2  L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Torres Martinez*

Participant's Address: *Urb. Las Alondres calle 5 F39 Villalba P.R. 00766*

Participant's Email Address: *evelyntorres 1948 @gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Incentive Law 89*

By: *Evelyn Torres Martinez*
     Signature

*Evelyn Torres Martinez*
Print Name

*Teacher*
Title (if Participant is not an individual)

*6/Agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Torres Martinez
U.b. Los Mondas Calles F35
Villalba, P.R. 00766

RECEIVED & FILED

2021 AUG -9 PM 2: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR 009

6 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Brimarie Feliciano Ramos

Participant's Address: Urb. Camino del Sur Calle Fraile #433 Ponce PR 00716

Participant's Email Address: ladyBri 24 @ hotmail. com.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Invested $125.000.00 Employees Retirement system bond of Puerto Rico

Nature of Claim: _____

By: Brimarie Feliciano Ramos
   Signature

Brimarie Feliciano Ramos
Print Name

_____
Title (if Participant is not an individual)

5 de Agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Feliciano Feliciano
Urbanizacion Camino Del Sur
Calle Trailet #433 Ponce PR
00716

RECEIVED & FILED

2021 AUG -9 PM 2: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Too: United States District Court,
Clerk's Office

150 Ave. Carlos Chardon Ste. 150

San Juan, PR 00918-1767

SAN JUAN PR 009

6 AUG 2021 PM 2 L

FOREVER USA
love

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Brimarie Feliciano Ramos

Participant's Address: Urb Camino Del Sur Calle Fraile #433 Ponce PR 00716

Participant's Email Address: lady Bri 24 @ hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Invested $40.000.00 Employees Retirement System bond of Puerto Rico

Nature of Claim:

By: Brimarie Feliciano Ramos
Signature

Brimarie Feliciano Ramos
Print Name

Title (if Participant is not an individual)

5 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Feliciano Feliciano
Urbanizacion Camino Del Sur
Calle Frale #433 Ponce PR
00716

RECEIVED & FILED
2021 AUG -9 PM 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Too
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 156
San Juan, PR

6 AUG 2021

SAN JUAN PR   009
6 AUG 2021   PM 2   L



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Brimarie Feliciano Ramos

Participant's Address: Urb. Camino Del Sur calle Fraile #433 Ponce PR 00716

Participant's Email Address: lady Bri24@ hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Invested $10.000.00 Employees Retirement System bond of Puero Rico.

Nature of Claim: _____

By: Brimarie Feliciano Ramos
Signature

Brimarie Feliciano Ramos
Print Name

_____
Title (if Participant is not an individual)

5 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Feliciano
Urbanizacion Camino Del Sur
Calle Frailet #433 Ponce PR
00716

RECEIVED & FILED
2021 AUG -9 PM 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To:
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 156
San Juan, PR
009018-170825

SAN JUAN PR   009
6 AUG 2021   PM 2   L

FOREVER USA
love

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any: Conrado Ramirez Barcía

Participant's Name: Carmen Oliver Mari.

Participant's Address: Mansiones de Rio Piedras Gardenia 1804
San Juan, PR 00926

Participant's Email Address: CarmenOliver01@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: #30,000.00 Invested in employee Retirement
System

By: Carmen Oliver Conrado Ramírez García
Signature

Carmen Oliver   Conrado Ramirez García
Print Name

_____
Title (if Participant is not an individual)

Agosto 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Contredo Ramos Garcia
Carmen Olivias Hari
Mariones de Rio Piedras
San Juan, PR 00926

RECEIVED & FILED
2021 AUG -9 PM 2: 24
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, P.

00918-170625

United States District Court Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR  009
6 AUG 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Julio J Ramirez_

Participant's Address: _P.O. Box 875 Mayagüez, PR 0681_

Participant's Email Address: _julnin @gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _∠_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59484 / 60809_

Nature of Claim: _Puerto Rico Government Employee_

By: _Julio @gri j_
    Signature

_Julio J Ramirez Nin_
Print Name

_____
Title (if Participant is not an individual)

_4 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Ramirez Niñ
P.O. Box 875
Ymayin, PR 00681- 6875

RECEIVED & FILED
2021 AUG -9 PM 2:24
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's office
150 ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR  OO
6 AUG 2021  PM 2



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruben Cruz Tirado_

Participant's Address: _H.C. 2 Box 8574 Yabucoa, P.R. 00767_

Participant's Email Address: _/puertorico.lg @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172120_

Nature of Claim: _Status_

By: _Ruben Cruz Tirado_
Signature

_Ruben Cruz Tirado_
Print Name

_____
Title (if Participant is not an individual)

_August 6 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruben Cruz Texab
H.C. 2. BOX 8574
Yabucoa. P.R. 00767.

RECEIVED & FILED

2021 AUG -9 PM 2: 24

CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

United States District Court.
Clerk's Office.
150 Ave Carlos Chardon Ste 150
San Juan, P.R 00918-1767





1000

00918

U.S. POSTAGE PAID
FCM LETTER
YABUCOA, PR
00767
AUG 06, 21
AMOUNT

$0.75

R2305K135298-05

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan C Adorno Concepcion_

Participant's Address: _Urb El Verde Calle 3 B-52 Vega Baja PR_

Participant's Email Address: _Carlihno Adorno @ GMail.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _116038_

Nature of Claim: _Claim against The Commonwealth of Puerto Rico_

By: _J C adxu_
Signature

_Juan C Adorno Concepcion_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan C Adorno Concepcion
Urb El Verde Calles B-52
Baja PR 00693

United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918 1767

00918-170625

SAN JUAN PR 009
7 AUG 2021 PM 1 L

SAN JUAN P.R.
U.S.DISTRICT COURT
CLERK'S OFFICE
2021 AUG -9 PM 2: 54
RECEIVED & FILED


FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Feliciano Feliciano_

Participant's Address: _Urb. Camino del Sur calle Fresite #433_

Participant's Email Address: _787-635-2513 - Ponce Puerto Rico 00716_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Invested $75.000ºº employees retirement system bond of Puerto Rico_

By: _William Feliciano_
Signature

_William Feliciano Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_5 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



William Feliciano
Urbanizacion Camino Feliciano
Calle Faile #433 Camino Del Sur
Ponce PR
00716

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918-1767

SAN JUAN PR   009
6 AUG 2021   PM 2 L

FOREVER USA
love

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: William Feliciano Feliciano

Participant's Address: Ueb Camino del sur CalleFraile #433 Ponce PR 00716

Participant's Email Address: 787-635-2513

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Invested $160.000.00 Employees Retirement

By: William Feliciano Feliciano System bond of Puerto Rico
    Signature

William Feliciano Feliciano
Print Name

_____
Title (if Participant is not an individual)

5 de agosto de 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Feliciano Feliciano
Urbanizacion Camino Del Sur
Calle Fail ett #33
Ponce PR
00716

Too
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918 - 1767

SAN JUAN PR   009
6 AUG 2021   PM 2   L

70399

FOREVER USA
love

RECEIVED & FILED
2021 AUG -9   PM 2:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Vionnette Cruz Rodriguez*

Participant's Address: *HC-6 Box 13882 Hatillo PR 00659*

Participant's Email Address: *yonyi1958@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *73625*

Nature of Claim: *Pension/Retiree Claims*

By: *Vionnette Cruz Rodriguez*
Signature

*Vionnette Cruz Rodriguez*
Print Name

—
Title (if Participant is not an individual)

*9/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767,

Vionnette Cruz Rodriguez
HC-6 Box 13862
Hatillo PR 00659

RECEIVED & FILED
2021 AUG -9 PM 2: 25
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN P.R.

00918-170399

SAN JUAN PR   009
7 AUG 2021   PM 1   L

United States District Court, Clerks
Office, 150 Ave Carlos Chardon Ste.
150, San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edwiges De Jesus Carrasquillo

Participant's Address: P.O BOX 544 Jajardo P.P. 00738

Participant's Email Address: edwigesdejesusCarrasquillo@yahoo.com

Name of Counsel: none

Address of Counsel: none

Email Address of Counsel: none

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retirement Money

By: _Edwiges De Jesus Carrasquillo_
Signature

_Edwiges De Jesus Carrasquillo_
Print Name

_____
Title (if Participant is not an individual)

08/06/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin des Rosario

P.O Box 544

Fajardo PR. 00738

RECEIVED & FILED
2021 AUG -9  PM 2: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00318-1.'.0359

SAN JUAN PR  009

7 AUG 2021  PM 1  L

United States District Court Puertoricano
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis R. Rivera Rivera_

Participant's Address: _26-D Calle Tulipan, Gandaras II Bo. Bayamoncito Cidra. P.R 00739_

Participant's Email Address: _rluis6435@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _28868_

Nature of Claim: _Pension / Retiree Claims_

By: _(signature)_
Signature

_Luis R. Rivera Rivera_
Print Name

_N/A_
Title (if Participant is not an individual)

_4 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis R. Rivera Rivera
36-0 Calle tulipan, Gonduras II
B0. Bajamorito, Cidra P.R.
00739

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1290 0000 9218 4900

00918-170625

U.S. POSTAGE PAID
PM
CAGUAS, PR
00725
AMOUNT
AUG 06, 21
$6.45
R2304M116337-01

SAN JUAN PR   009

FOREVER

RECEIVED & FILED
2021 AUG -9 PM 2:25

United states District Court
Clerk's Office 150 Ave.
Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its couns
    if any:

Participant's Name: _Ronald Catto Sanchez_

Participant's Address: _HC 9 Box 58848 Caguas P.R. 00725_

Participant's Email Address: _ronaldcotto 87 @ gmail. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46631_

Nature of Claim: _Retirement System Benefits_

By: _R. Catto Sr._
    Signature

_Ronald Catto Sanchez_
    Print Name

_N/A_
    Title (if Participant is not an individual)

_6 / Agosto / 2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Noti
must be filed electronically with the Court on the docket using the CM/ECF docket event Not
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ronald Motta Sánchez.
HC 9 Box 58848
Caguas P. R. 00725

RECEIVED-Mailroom
2021 AUG -9
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7020 2450 0001 0969 4740

CERTIFIED MAIL

U.S. POSTAGE PAID
COM LETTER
CAGUAS, PR
00725
AUG 06, 21
AMOUNT
$6.45
R2305K132124-08

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its couns
    if any:

Participant's Name: Ronald J. Cotto Sanche

Participant's Address: HC 9 Box 58848 Caguas PR 00725

Participant's Email Address: ronaldcotto87@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 16595

Nature of Claim: Retirement System Benefits

By: _____
Signature

Ronald Cotto Sanchez
Print Name

N/A
Title (if Participant is not an individual)

6 /Agosto / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Noti
must be filed electronically with the Court on the docket using the CM/ECF docket event Not
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ronald A. Cotto Sanchez
HC 9 Box 59848
Caguas P.R. 00725

CERTIFIED MAIL

7020 2450 0001 0969 4757

U.S. POSTAGE PAID
CAGUAS, PR
00725
AUG 06, 21
AMOUNT
$6.45
R2305K132124-08

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jybettssy Marie Escudero Saéz_

Participant's Address: _Ave. Hostos WI-16 Urb. Santa Juanita_

Participant's Email Address: _Bayamón, P.R. 00956    escudero29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _37128_

Nature of Claim: _Public Employee Claims_

By: _Jybettssy M Escudero Saéz_
Signature

_Jybettssy M. Escudero Saéz_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED & FILED
2021 AUG -9 PM 2: 15
CLERK'S OFFICE US DISTRICT COURT SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE
**P U E R T O  R I C O**

DEPARTAMENTO DE EDUCACIÓN

**Oficina de Carrera Magisterial**

## Reclamación 2013

Certifico que he revisado y analizado el Plan de Mejoramiento Profesional de:

Nombre: Jubettessy M. Escudero
Escuela: Dr. Clemente Fernández
Distrito Escolar: Carolina
Región Educativa: San Juan

Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo que se le otorgue el aumento salarial correspondiente a la(s) etapa(s) 1-4 del Nivel IV de su Plan de Mejoramiento Profesional.

De usted no estar de acuerdo con esta determinación tiene derecho a solicitar revisión de la misma ante la Comisión Apelativa del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por sí mismo o representado por un abogado. La dirección de la Comisión es Ave. Ponce de León 1409, Edificio CEM sexto piso, Santurce.

Fecha: 25 de agosto de 2014

Cotejado por: Nadya L. Vera

Edgardo Feliciano
Especialista de Recursos Humanos
Carrera Magisterial

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2448, 2295 * FAX: (787) 756-8028*
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Jybettssy M. Escudero Saez
Ave. Hostos WI-16
Urb. Santa Juanita
Bayamon, P.R. 00956

RECEIVED & FILED
2021 AUG -9 PH 2:
CLERK'S OFFICE
U.S. DISTRICT CO...
SAN JUAN, P...

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GRECIA M. Mojica SanTana_

Participant's Address: _AMARillo 1712. InT. Vista Alegre, S.J._ _P.R 0093 00926_

Participant's Email Address: _GRECIA.mojica 1742 @ g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22314, 30495, 19326_

Nature of Claim: _Aporte de retiro, AporTacures acumuladas_
_Sistema de Retiro, Ass desarrollo socio auririo_
_de la familia_

By: _Grecia M. Mojica SanTana_
Signature

_GRECIA M. Mojica SanTana_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grecia M. Mojica
America, 1712 Int.
Vista Alegre, San Juan
P.R. 00926

RECEIVED & FILED
2021 AUG -9 PM 2: 15
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1 70399

SAN JUAN PR 009
7 AUG 2021 PM 1 L

United States District Court, Clerk of
150 Ave. Carlos Chardi Ste.150
San Juan, P.R.
00918-1767

$0.51 0
US POSTAGE
FIRST-CLASS
0625000954998
00926

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: DIONICIO Sanchez Soto

Participant's Address: H.C. 4 BOX 17292 YABUCOA. P.R. 00767

Participant's Email Address: Janetsanchjz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 - 3283

Nature of Claim: information

By: _[signature]_
Signature

Dionicio Sanchez Soto
Print Name

_____
Title (if Participant is not an individual)

8/05/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dionicio Sánchez Soto
Hc#4 Box 17392 Yabucoa
P.R. 00767-9564

RECEIVED & FILED
2021 AUG -9 PM 2: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



SAN JUAN PR 009
6 AUG 2021 PM 2 L

FOREVER

Discovery Notice to the Court's
Clerk's Office at:
United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150 San Juan
P.R. 00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Angel L. Beltran Pagan,*

Participant's Address:  *P.O. Box 2117 Utuado, P.R. 00641-2117*

Participant's Email Address:  *abeltranpagan@yahoo.com*

Name of Counsel:  *United States District Court, Clerk's Office,*

Address of Counsel:  *150 Ave. Carlos Chardon Ste.150, San Juan,*
*P.R. 00918-1767.*

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *178200*

Nature of Claim:  *#49762 - Law #89 - Romerazo - Effective July 1995.*

By:  *[signature]*
    Signature

*Angel L. Beltran Pagan*
Print Name

_____
Title (if Participant is not an individual)

*08/04/2021*
Date

RECEIVED & FILED
2021 AUG -9 PM 2: 16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

5/8/2021 Case:17-03283-LTS Doc#:17733-1 Filed:08/10/21 Entered:08/10/21 11:17:24 Desc: Pro se Notices of Participation Page 83 of 111

CERRAR

**Prime Clerk**
A **KROLL** BUSINESS

Detalles de datos del acreedor - Reclamo n. ° 178200

**Acreedor**
Beltrán Pagan, Angel L.

**Nombre del deudor**
Estado Libre Asociado de Puerto Rico
**Dato archivado**
10/07/2020

**Numero de reclamo**
178200
**Número de horario**
n / A

## Montos de reclamaciones

| | |
|---|---|
| **Reclamar la naturaleza** | General sin garantía |
| **Monto del programa** | |
| C* | |
| U * | |
| D* | |
| **Monto de reclamo afirmado** | $ 4,800.00 |
| C* | |
| U * | |
| F* | |
| | $ 4,800.00 |
| **Valor de reclamación actual** | |
| **Estado de reclamación** | Afirmado |
| **Reclamar la naturaleza** | Prioridad |
| **Monto del programa** | |
| C* | |
| U * | |
| D* | |
| **Monto de reclamo afirmado** | |
| C* | |
| U * | |
| F* | |
| **Valor de reclamación actual** | |
| **Estado de reclamación** | |
| **Reclamar la naturaleza** | Asegurado |
| **Monto del programa** | |
| C* | |
| U * | |
| D* | |
| **Monto de reclamo afirmado** | |
| C* | |
| U * | |



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Victoria Rodriguez Calou_

Participant's Address: _Urb. La Hacienda Calle 47-AW-23_
_Guayama P.R. 00784_

Participant's Email Address: _amie-rodriguz26@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _7189_

Nature of Claim: _Court of first instance San Juan PR)_
_Civil num. KPE2007-_
_4359 (803)_

By: _Ana Victoria Rodriguez Calou_
Signature

_Ana Victorria Rodriguez Colon_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana Colon (Diana Alvarado)_

Participant's Address: _13733 Gentle woods Ave. Riverview Fl 33569_

Participant's Email Address: _Arielydiana Colon 17@ Gmail.com._

Name of Counsel: _Discovery notice to the Court's Clearlk of_

Address of Counsel: _United States District court. 150 Ave carlos chardon ste. 150 Sf. P.R 00918-1767_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283LTS_

Nature of Claim: _DRNA (Gobierno P.R.)_

By: _Diana Col_
Signature

_Diana Colón_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana Colón
13133 Gentle Woods Ave.
Riverview FL 33569

RECEIVED & FILED
2021 AUG -9 PM 2:16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Notice to the Court Clerk.
US. District Court, Clerk/Office
150 Ave. Carlos Chardón Ste. 150
St. P.R. 00918-1767.

SAINT PETERSBURG FL
2 AUG 2021   PM 4 L

TAMPA FL 335


FOREVER / USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Minerva Guzman Febus xxx-xx-5804_

Participant's Address: _3 Gregory Rd. Apt. d Norwich, CT. 06360_

Participant's Email Address: _____

Name of Counsel: _No have_

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175214 Case No. 17 BK-03283-LTS_

Nature of Claim: _Title III   PRTC Puerto Rico Telephone Company_

By: _Minerva Guzman_
Signature

_Minerva Guzman Febus_         Phone: _787-461-8001_
Print Name

_____
Title (if Participant is not an individual)

_8 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

### MINERVA GUZMAN FEBUS
### XXX-XX- 5804

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➢ Ingresó a PRT/Claro efectivo el 05/01/1992.

➢ Trabajó como emplead(o)(a) regular hasta 12/01/2012.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a jueves, 03 de septiembre de 2020.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords



Minerva Guzman Febu.
3 Gregory Rd. Apt.d
Norwich, CT. 06360

U.S. POSTAGE PAID
FCM LETTER
NORWICH, CT
06360
AUG 06, 21
AMOUNT
$7.20
R2305K133260-01
00918

7021 0350 0002 0946 8179
CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alex A. Andújar Carrero

Participant's Address: Hc 02 Box 6689, Florida P. R. 00650

Participant's Email Address: Alexandujarcarrero @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173885

Nature of Claim: Salary Claim (Court of first instance San Juan Puerto Rico, Civil Num KPE2007-4359 (503)

By: _____
Signature

Alex A. Andújar Carrero
Print Name

_____
Title (if Participant is not an individual)

5 / agosto / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Alba A. Melgar Rivera
HC 02 Box 6689
Florida P.R. 00650-9707

7020 2450 0001 0171 3524

CERTIFIED MAIL

United State District Court
Clerk's Office 150 Ave's
Carlos Chardon Ste. 150 San Juan
P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
UTUADO, PR
0064
AUG 06, 21
AMOUNT
$6.45
R2305K135441-19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Zoraida Castellón Negrón_

Participant's Address: _PO Box 856 - Yauco PR. 00698-0856_

Participant's Email Address: _castellon_zoraida_2@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Zoraida Castellón Negrón_
   Signature

_Zoraida Castellón Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Castelló Regis
PO Box 852
Yauco PR 00698-0852

CERTIFIED MAIL

7020 1290 0001 9146 9846

SAN JUAN PR 009

United States District Court
Clerk's Office 150
Ave. Carlos Chardón St. 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG -9 PM 4:40

U.S. POSTAGE PAID
FCM LETTER
YAUCO, PR
00698
AUG 06, 21
AMOUNT
$7.00
R2305M149306-07

1000   00918

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nilda I. Barreto Hernández*

Participant's Address: *Calle Blanca chico #185 Moca P.R. 00676*

Participant's Email Address: *nildabahndz@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173955*

Nature of Claim: *Salary claim (Court of first instance San Juan PR Num. KPE 2007-4359 (803)*

By: *Nilda I. Barreto H.*
Signature

*Nilda I. Barreto Hernández*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba Miranda Rivera_

Participant's Address: _Chalets Las Muesa, 5200 Ave. Miguel de Muesas, Cayey P.R. 00736_

Participant's Email Address: _elbamirandarivera@g-mail.com_

Name of Counsel: _I don't have_

Address of Counsel: _I don't have_

Email Address of Counsel: _I don't have._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106064 1_

Nature of Claim: _Public Employees Claim_

By: _Elba Miranda Rivera_
Signature

_Elba Miranda Rive_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elba Milonet Rivera
Chalets Las Muras 5200
Ave Miguel de Muras
Cayey, P.R. 00736

United State district court
Clerk's office 150
Ave. Carlos Chardon
150 San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAYEY, PR
00736
AUG 07, 21
AMOUNT
$6.45
R2305K136532-10

7020 3160 0000 0617 2553

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Karen López Pérez_

Participant's Address: _Ramey Field D-150 Aguadilla, PR 00603_

Participant's Email Address: _Karola4761@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174022_

Nature of Claim: _Salary Claim (Court of First Instance San Juan, PR Civil Num. KPE2007-4359(803)_

By: _____
    Signature

_Karen López Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Karen Lopez Perez
Ramey Fld D-150
Aguadilla, PR 00603

RECEIVED & FILED
2021 AUG -9  PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

7014 2120 0000 7712 0600

CERTIFIED MAIL

PRESS FIRMLY TO SEAL

AUG 2021 PM 1 L

00918-1706255

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 07, 21
AMOUNT

$7.00

R2304M110395-4

00918

1000


UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ramón Sáez Colón*

Participant's Address: *Chalets Las Muesas 5000, Ave-Miguel de muesas, Cayey, P.R. 00736*

Participant's Email Address: *elbamirandarivera@gmail.com.*

Name of Counsel: *I don't have*

Address of Counsel: *I don't have*

Email Address of Counsel: *I don't have*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *162593*

Nature of Claim: *Public Employees Claim*

By: _____
Signature

*Ramón Sáez Colón*
Print Name

_____
Title (if Participant is not an individual)

*7 de agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ramón Díez Colón
Chalets Las Muñecas, 3200
00736, Cayey, PR
Ave. Miguel de Muñoz
Cayey, P.R. 00736

United States district court
Clerk's office 150
Ave. Carlos Chardón
One. Carlos Chardón
156 San Juan
156 San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jonatan Navarro Rivera_

Participant's Address: _He 04 Box 15-173 Carolina, P.R. 00785_

Participant's Email Address: _navarro.jonathan 219@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _225-94_

Nature of Claim: _Retirement System Benefits_

By: _Jonatan Navarro Rivera_
Signature

_Jonatan Navarro Rivera_
Print Name

_NO_
Title (if Participant is not an individual)

_6/August/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jonatan Navarro Rivera
HC 04 Box 15173
Carolina PR 00985

RECEIVED
2021 AUG -5 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court
Clerk's Office
150 Ave Carlos Chardon St 150
San Juan PR 00918-1767

00918-176825

7021 0350 0001 3908 2254



CERTIFIED MAIL®





U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 06, 21
AMOUNT
1000   00918   $7.00
R2305K132124-08

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAFAEL TORRES-Ramos_

Participant's Address: _2922 Ariel Ave. Kissimmee Fl 34743_

Participant's Email Address: _Superrafys @ yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177828_

Nature of Claim: _#49762 - Law #89 (Pomeraro) effective July 1st. 1995._

By: _[signature]_
    Signature

_RAFAEL Torres - Ramos_
Print Name

_—_
Title (if Participant is not an individual)

_8/4/2021_
Date

RECEIVED & FILED
2021 AUG -9 PM 2 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



*Family of*
**Rafael Torres**
2922 Ariel Ave.
Kissimmee, FL 34743

RECEIVED & FILED
2021 AUG -9 PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

7021 0950 0001 9312 5526

CERTIFIED MAIL

ORLANDO FL 328
6 AUG 2021 PM 5 L

United States District Court office
150 Ave. Carlos Chardoñ
Ste. 150
San Juan, P.R. 00918-1767

$4.15
US POSTAGE
FIRST-CLASS
0625000835717 1
34744

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jaine Rivera Cruz_

Participant's Address: _HC 05 Box 54341, Mayaguez PR 00680_

Participant's Email Address: _jriro478@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283. LTS_

Nature of Claim: _Notice of Entry of Order_

By: _____
    Signature

_Jaine Rivera Cruz_
Print Name

_____
Title (if Participant is not an individual)

_4 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jaime Rivera Cruz
HC-05 Box 54341
Mayaguez, P.R. 00680

RECEIVED & FILED
2021 AUG -9 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



CERTIFIED MAIL

7021 0350 0000 0600 4693

00918-170625

Discovery Notice to the Court's Clerk
office
United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767




U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 06, 21
AMOUNT
$7.00
R2304E104763-07

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jennifer M Vazquez Santiago_

Participant's Address: _urb Laurel Sur calle Ccilancona 1006. c/o Laurel 00780-5000_

Participant's Email Address: _Pipel2013@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Ley 164 año 2000, aumento retroactivo, Ley 96 año 2000, costo vida, Ley 34, ING Laboral, buion Resello_

By: _Jennifer M Vazquez Santiago_
Signature

_Jennifer M Vazquez Santiago_
Print Name

_Psychosocial Services assistant_
Title (if Participant is not an individual)

_6 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jennifer M Vargas Santiago
Urb. Laurel Sur calle palacana
1006 Poto Laurel 00780 5000

7020 1810 0001 6731 3974

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court,
Clerk's Office 150 Ave Carlos
Chardon Ste 150 San Juan
P.R - 00918-1767

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCL
MERCEDITA, PR
00715
AUG 06, 21
AMOUNT
$7.00
R2305M146599-02

1000
00918