UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

1. Vilma Rivera Negron
2. Luis O. Padilla Santiago
3. Luis E. Padilla Garcia
4. Janelle Rivera Matos
5. Angel Cotte Nieves
6. Carmen Geigel
7. Hector J. Cruz Velazquez (3 notices)
8. Madeline Rodriguez Santiago
9. Anne Farley
10. Peter C. Hein
11. Hilda L. Rojas Cordero
12. Alfonso E. Virella Albino
13. Yvette Sanchez Ortiz
14. Blanca I. Perez Montalvo
15. Elizabeth Rosas Sanchez
16. Richy Ali Rodriguez Vega
17. Sonia I. Reyes Rivera (3 notices)
18. Santos V. Roque Rivera (4 notices)
19. Luz Minerva Cruz Cruz
20. Angelica Cruz Rodriguez
21. Margarita Gutierrez Montalvo
22. Mayra N. Nuñez Rios

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

23. Carmen E. Mora Velazquez

24. Jose Martin Bello

25. Elia J. Figueroa Carrillo

26. Miriam Sanchez Lebron (3 notices)

27. Ivelisse Martinez Soto

28. Ivelisses Segarra Rivera (5 notices)

29. Luz S. Muñoz Valentin (4 notices)

30. Nydia Cruz Montes (3 notices)

31. Damariz Velez Reyes (5 notices)

32. Marilyn Velez Rivera (3 notices)

33. Luis Ivan Lebron Alvarado (2 notices)

34. Victoria Berrios Crespo

35. Jose Antonio Diaz Sagarra (5 notices)

36. Luis M. O'Farrill Villanueva

37. Victor Lorenzo Alers (4 notices)

38. Carmen L. Rivera Santos

39. Wanda Domoracki

40. Angel L. Feliciando Irizarry

41. Victor A. De la Cruz Castellano

42. Marilyn Gonzalez Toro

43. Lourdes M. Cuadrado Arroyo

44. Lisette T. Jimenez Fosse

45. Rosa Julia Casellas

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

46. Jorge Luis Garcia Rivera

47. Magda J. Jovet Oquendo

48. Ramon L. Saez Miranda

49. Ruth Parilla Carrasquillo

50. Carmen del R. Santiago Feliciano

Dated: August 10, 2021