Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rivera Negrón Vilma N.*

Participant's Address: *152-A ; Daguao ; Naguabo, P.R. 00718.*

Participant's Email Address: *Vilma.rivera53@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *96560*

Nature of Claim: *Increase of salary not received granted by Ex governors Carlos Romero Barcelo [Empleado publico] pasos*

By: *Vilma Rivera Negrón*
Signature

*Vilma N. Rivera Negrón*
Print Name

_____
Title (if Participant is not an individual)

*6/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vilma N. Riviera Negron
152-A, Daguao,
Neguabo, P.R. 00718

RECEIVED &
2021 AUG -9 PM 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States, District Court,
Clerk's, Office 150 Ave.
Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 3160 0000 5117 1068

SAN JUAN PR 006

1000
00918

U.S. POSTAGE PAID
FCM LETTER
NAGUABO, PR
07718
AUG 06, 21
AMOUNT
$6.45
R2304M113919-05

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis O Padilla Santiago_

Participant's Address: _P O Box 262 Boquerón PR 00622_

Participant's Email Address: _lopadillas @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _salary raise granted to other employees_

By: _[signature]_
Signature

_Luis O Padilla Santiago_
Print Name

_____
Title (if Participant is not an individual)

_Aug 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Box 262
Boqueron, PR 00622



U.S. POSTAGE PAID
PCM US ENV
BOQUERON, PR
00622
AUG 05, 21
AMOUNT
**$1.80**
R2305K138898-02

UNITED STATES
POSTAL SERVICE®

1000    00918

U.S. District Court, Clerk's office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

2021 AUG -9 PM 2:40
SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis E Padilla Garcia_

Participant's Address: _P.O Box 1141 Boquerón, PR 60622_

Participant's Email Address: _lepadilla@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Salary adjustment_

By: _____
     Signature

_Luis E Padilla Garcia_
Print Name

_____
Title (if Participant is not an individual)

_Aug 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Box 1141
Boquerón, PR 00622



U.S. POSTAGE PAID
FCM LG ENV
BOQUERON, PR
00622
AUG 05, 21
AMOUNT
$2.00
R2305K138898-02

1000     00918

US District Court Clerk's office
150 Ave Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Janelle Rivera Llatos

Participant's Address:   154 Calle Padre Aguilera, Mayagüez PR 00680

Participant's Email Address:   jeany980@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 LTS

Nature of Claim:   Notice of Entry of Order

By:   _(signature)_
   Signature

Janelle Rivera Llatos
Print Name

_____
Title (if Participant is not an individual)

3 ago. 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenelle Rivera Hato
154 Calle Padre Aguilera
Mayaguiz PR 00680-4029

RECEIVED & FILED
2021 AUG -9  PH 2: 40
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Courts Clerk Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-17169

CERTIFIED MAIL

7021 0350 0000 0600 4709

SAN JUAN PR 009

00918-173625



1000

00918

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 06, '21
AMOUNT
$7.00
R2304E104763-07

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Angel Cotté Niares_

Participant's Address: _PO Box 1825, Boqurón PR 00622_

Participant's Email Address: _angel.cotte@hacienda.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Notice of Intent to Participate in Discovery_

By: _____
    Signature

_Angel Cotté Nieves_
Print Name

_____
Title (if Participant is not an individual)

_August 5' 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Cotti Nieves
PO Box 1805
Boquerón PR 00622

RECEIVED & FILED

2021 AUG -9 PM 2:40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7021 0350 0000 0600 4686

CERTIFIED MAIL

Notice to the Court's Clerk's Office
United States District Court, Clerk Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918·1747

00918-170625



U.S. POSTAGE PAID
FCM LG ENV
00680
MAYAGUEZ, PR
AMG UN7
AUG 06, 21

$7.00
R2304E104763-07

1000

00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: CARMEN GEIGEL

Participant's Address: BOX 24853, FT LAUDERDALE, FL 33307

Participant's Email Address: chgeigel@comcast.net

Name of Counsel: n/a

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: Please Provide

Nature of Claim: $110,000 Investment: Employees retirement
Government Commonwealth OF PR.

By: _____
    Signature

    CARMEN GEIGEL
    Print Name

    _____
    Title (if Participant is not an individual)

    08-06-2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=0721/N61578/29216M/c

8/4/21, 12:44 PM
Page 5 of 6

Carmen Geigel
3585 NE 17 AVE
OAKLAND PARK FL
33334-5336

United States District Court
Clerk's Office.
150 Ave Carlos Chardon
Suite 150
San Juan P.R. 00918-1767

  

**PRESS FIRMLY TO SEAL**

MLY TO SEAL



U.S. POSTAGE PAID
PME 1-Day
OAKLAND PARK, FL
33334
AUG 06, 21
AMOUNT

**$26.35**

1007   00918   R2305P150017-02

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**



PS10001000006

EP13F

**FOR DOMESTIC AND INTERNATIONAL USE**



**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**



EI 017 439 873 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( ) 787 525 7210

CARMEN GEIGEL
PO BOX 24853
FT LAUDERDALE FL
33307

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

US DISTRICT COURT CLERK'S OAKE
150 AVE CARLOS CHARDON
SUITE 150
SAN JUAN PR 00918 - 1767

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 33334 | Scheduled Delivery Date (MM/DD/YY): 8/7/21 | Postage: $ 26.35

Date Accepted (MM/DD/YY): 8/6/21 | Scheduled Delivery Time: ☐12:00 PM ☐3:00 PM | Insurance Fee: $ | COD Fee: $

Time Accepted: 1:05 ☐AM ☑PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $

Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: 26.35

Weight: ☑Flat Rate / lbs. 3 ozs. | Acceptance Employee Initials: GW | $

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

⬅ **PEEL FROM THIS CORNER**



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Hector J. Cruz Velázquez*

Participant's Address: *P.O. Box 9613, Caguas P.R. 00726*

Participant's Email Address: *realtorhjcruz@gmail.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173890*

Nature of Claim: *Puerto Rico Public Building Authority (PBA)*

By: *"Equal salary for equal work"*
Signature   *Civil Case Arion Valentin v/s A.E.P.*
            *Case# KPE2007-4359*

Print Name *Hector J. Cruz Velázquez*

Title (if Participant is not an individual) *NO*

Date *August 2, 2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

RECEIVED

MAY 05 2020

PRIME CLERK LLC

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

Puerto Rico Public Building Authority / La Autoridad de Edificios Públicos de Puerto Rico

Case No. 19-bk-05523   Petition Date: Sept 27, 2019

*Debtor Puerto Rico Public Buildings Authority has listed your claim on Schedule C - Employee Obligations as Contingent and Unliquidated in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.*

*El deudor El Autoridad de Edificios Públicos de Puerto Rico ha listado su reclamación como Contingente y Sin liquidez en el Schedule C - Deuda de Largo Plazo por la cantidad Indeterminada. Debe presentar una prueba del formulario de reclamación antes de la fecha límite o quedará por siempre excluido de una recuperación.*

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantía. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.



190552301434145

**Part 1 / Parte 1**   Identify the Claim / Identificar la reclamación

1   Who is the current creditor?
¿Quién es el acreedor actual?

HECTOR CRUZ VELAZQUEZ

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que usó el acreedor uso con el deudor

2   Has this claim been acquired from someone else?
¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes / Sí. From whom?
   Sí. ¿De quién?

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

Modified Official Form 410   Proof of Claim

Claim Number: 173890

Caso Agron Valentin 66,400.20 Assested

3. Where should notices and payments to the creditor be sent?

*Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g)*

¿A dónde deberían enviarse las notificaciones al acreedor?

*Norma federal de procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002 (g)*

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

HECTOR CRUZ VELAZQUEZ
P.O. BOX 9143
CAGUAS PR 00726

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes   Claim number on court claims registry (if known)
       Sí   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
       Filed on   Presentada el _____(MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes   Who made the earlier filing?
       Sí   ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2**

Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes   Provide the additional information set forth below / Sí, Proporcionar la información adicional establecida a continuación.

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

7. How much is the claim?

¿Cuál es el importe de la reclamación?

$   66,400.20

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☑ No / No
☐ Yes  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
    Sí   Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

8. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Salario adeudado por paso de mérito_
_Igual paga por Igual trabajo_

9. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No
☐ Yes  The claim is secured by a lien on property.
    Sí  La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other  Describe:
    Otro  Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:        $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

10. Is this claim based on a lease?

¿Esta reclamación esta basada en un arrendamiento?

☒ No / No
☐ Yes  Amount necessary to cure any default as of the Petition Date.
    Sí  Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

11. Is this claim subject to a right of setoff?

¿La reclamación esta sujeta a un derecho de compensación?

☒ No / No
☐ Yes  Identify the property /
    Sí  Identifique el bien: _____

12. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No.

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _Abril 22, 2020_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Héctor J. Cruz Velázquez_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name
_Héctor          J.          Cruz Velázquez_
First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Título
_Supervisor de Proyectos_

Company / Compañía
_Autoridad Edificios Públicos_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección
_P.O. Box 9613_
Number / Número     Street / Calle
_P.R._
_Caguas_                                      _00726_
City / Ciudad                    State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-360-4466_   Email / Correo electrónico _realhcehjcru2@..._
_realhcehjcru2@gmail_

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO JUDICIAL DE SAN JUAN
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR

803
KPE07-4359

ALBERTO AGRON VALENTIN
ASTRID M. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAÑEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE M. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIÑEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALMA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND SERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ
BRENDA I. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA
MARIA DE LOURDES GOMEZ
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO

CIVIL NUM.

2010 OCT -3

SOBRE:

RECLAMACION DE SALARIOS,
AUMENTO POR MERITO
APROBADO POR LA JUNTA
DE DIRECTORES PARA LOS
LOS AÑOS 2005, 2006 y
2007; DIA POR PROCLAMA
CON PAGA A TIPO DOBLE Y
SIN CARGO LICENCIA ALGUNA,
Y RECLAMACION DE HORAS
EXTRAS

Querella

3/oof/2007

Hector J Cruz Rodriguez
P O Box 9613
Caguas PR 00726






CERTIFIED MAIL

7029 2970 0003 5599 3128

U.S. POSTAGE PAID
CAGUAS, PR
00725
APR 28, 20
AMOUNT
$7.60
R2304H109474-7

RECEIVED

MAY 0 5 2020

PRIME CLERK

COMMONWEALTH OF PUERTO RICO
CLAIMS PROCESSING CENTER
C/O PRIME CLERK LLC
PO BOX 4708
NEW YORK NY 10163-4708

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | |
| RAFAEL E. BOU PADILLA | SOBRE: |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |
| MARIO GIERBOLINI RODRIGUEZ | |
| JOSE A. GOMEZ RIVERA | |
| MARIO GONZALEZ GONZALEZ | |
| ANDERSON GONZALEZ CONTRERAS | |
| BRENDA L. GONZALEZ DIAZ | |
| ROBERTO GONZALEZ | |
| JOSE D. GONZALEZ RAMOS | |
| DAMARIS GONZALEZ SANTIAGO | |
| LUIS 0. GONZALEZ SANTIAGO | |
| MIRIAM GONZALEZ SANTIAGO | |
| SANDRA GREGORY RIVERA | |

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)                                      Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                    Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                    Página 5
Segunda Querella Enmendada

*Original se*
*file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ          *Junio 10, 2014*
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                                                Página 6
Segunda Querella Enmendada

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.      La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.      Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.      La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de    la    Junta    de    Directores    es constitucionalmente impermisible.  ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)                                                                    Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario por mérito sin evaluación alguna y otros no?

      7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

      8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

      9.     El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                          Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)

Página 9

**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                    Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2. Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando el 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                            Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

**CERTIFIED MAIL®**



7021 1970 0000 8182 6888

**PRIORITY MAIL**

 UNITED STATES POSTAL SERVICE®



U.S. POSTAGE PAID
PM 1-Day
CAGUAS, PR
00725
AUG 07 21
AMOUNT
**$14.40**
R2304M111160-7

1005    00918

PRESS FIRMLY TO SEAL

PRES

 **POSTAL SERVICE®** | **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



2020
x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**PRIORITY**
★ MAIL ★

 **UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Héctor J. Cruz Velázquez
P.O. Box 9613
Caguas, P.R. 00726

**TO:**

United States District Court,
Clerks Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Héctor J. Cruz Velázquez*

Participant's Address: *P.O. Box 9613, Caguas, P.R. 00726*

Participant's Email Address: *Realhoehjceuz@gmail.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *12417*

Nature of Claim: *Commonwealth of Puerto Rico and Employees Retirement System (ERS) of the Government of the Commonwealth of Puerto Rico. Cases: 17 BK 3283 LTS, 17 BK 3566*

By: *Héctor J. Cruz Velázquez*
Signature

Print Name *Héctor J. Cruz Velázquez*

Title (if Participant is not an individual) *NO*

Date *August 2, 2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES DISTRICT COURT FOR ... TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | |
|---|---|---|
| ✓ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ✓ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 1213952

EPOC ID: 170356600263327

RECEIVED

APR 3 0 2018

PRIME CLERK LLC

☐ Date Stamped Copy Return
☐ No Self-Addressed Stamp...
☑ No Copy Prov...

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F - Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F - Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíba por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances, estados detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1 Who is the current creditor?**

¿Quién es el acreedor actual?

HÉCTOR I. CRUZ VELÁZQUEZ

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

Modified Official Form ...

Proof of Claim

page 1



Claim Number: 12417 / *Schedule # 263327

Retiro / 145,514.07 Asserted

| 2. | Has this claim been acquired from someone else?  ¿Esta reclamación se ha adquirido de otra persona? | ☐ No / No  ☐ Yes. From whom?  Sí. ¿De quién? _____ |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?  Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)  ¿A dónde deberían enviarse las notificaciones al acreedor?  Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?  ¿A dónde deberían enviarse las notificaciones al acreedor?  HECTOR L CRUZ VELAZQUEZ  PO BOX 9613  CAGUAS PR 00726  787-360-4466 (4468)  Contact phone / Teléfono de contacto  realtophjcruz@gmail.com  Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)  ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)  _____  Name / Nombre  _____  Number / Número     Street / Calle  _____  City / Ciudad     State / Estado     ZIP Code / Código postal  Contact phone / Teléfono de contacto  Contact email / Correo electrónico de contacto |
|---|---|---|---|

| 4. | Does this claim amend one already filed?  ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No  ☐ Yes. Claim number on court claims registry (if known)  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____  Filed on / Presentada el _____(MM/DD/YYYY) / (DD/MM/AAAA) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?  ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No  ☐ Yes. Who made the earlier filing?  Sí. ¿Quién hizo la reclamación anterior?_____ |
|---|---|---|

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?  ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No  ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).  ① Estado Libre Asociado de Puerto Rico # 17BK 3283  ② Sistema Retiro Empleados Gob. de Puerto Rico # 17BK 3566  ③ Civil Case Agron Valentin v.s. A.E.P. # KPE2007-4357  ④ Civil Case Jezenia Morales v.s. A.E.P # KAC2013-0403 |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?  ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No   Soy Empleado de la Autoridad de Edificios Públicos (A.E.P)  ☐ Yes. Provide the additional information set forth below / Sí. Proporcione la información adicional establecida a continuación:  Vendor - Contract Number | Número de proveedor / contrato: _____  List any amounts due after the Petition Date (listed above) but before June 30, 2017:  Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|---|

8. How much is the claim?

¿Cuál es el importe de la reclamación?

Does this amount include interest or other charges?
¿Incluye este importe intereses u otros cargos?

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Siendo Empleado de Puerto Rico y participo es acumulado al plan de Retiro del E.L.A. Reclamacion de salario y Reclamacion de Millaje*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410    Proof of Claim    page 3

**2. Is this claim subject to a right of setoff?**

**¿La reclamación está sujeta a un derecho de compensación?**

☐ No / No

☒ Yes, identify the property / Sí. Identifique el bien:

*Cumplido con la Corte sin 260*
*Apuntaciones a sistema Remi - 17 BK 3283*
*Adquisición de Madrid*
*Reclamación de gastos viaje*

*17 BK 3283*
*17 BK 3566*
*KPE2007-0359*
*KAC2013-0403*

**3. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?**

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

| Part 3 / Parte 3: |

**Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto

Executed on date / Ejecutado el __Oct.30.2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Hector J Cruz Velázquez*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   *Hector*          *José*          *Cruz Velázquez*
          First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo   *Supervisor*

Company / Compañía   *Puerto Rico Public Buildings Authority*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   *P.O. Box 9013*
          Number / Número   Street / Calle
          *Aguas*                *P.R.*        *00726*
          City / Ciudad          State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto  *787-360-9466*  Email / Correo electrónico *hetork elac w@mail.com*

U0506 v.01   10.2018



# ESTADO DE CUENTA ESTIMADO

24 de abril de 2018

### Agencia: 203 - AUTORIDAD EDIFICIOS PUBLICOS

HECTOR CRUZ VELAZQUEZ

**Seguro Social: XXX-XX-8685**

PO BOX 9613

CAGUAS, PR 00726

A base de la información en nuestros registros, al 24 de abril de 2018 usted posee:

**Fecha de Nacimiento: 22 de marzo de 1972**      **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 04 de mayo de 2000**

**Fecha de Comienzo de Cotización: 04 de mayo de 2000**

| Ley R2000 al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados | 14.11 | Tiempo Trabajado: 19 | |
| Aportaciones: | $29,897.97 | Aportaciones: | $48,680.31 |
| Intereses: | $3,286.42 | Intereses: | $8,074.49 |
| Gastos Teneduría: | ($75.47) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $33,184.39 | Total Aportaciones: | $56,754.80 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: HECTOR CRUZ VELAZQUEZ**

Seguro Social: XXX-XX-8685

PO BOX 9613

CAGUAS, PR 00726

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación | AUTORIDAD EDIFICIOS PUBLICOS |
| Años de Servicio | -- |
| Balance de Aportaciones | $55.574.88 |

Esta certificación fue emitida el 24 de abril de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018042436736577

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov





Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Address Service Requested

Legal Documents Enclosed --
Please direct to the attention
of the Addressee,
Legal Department or President.

RECEIVED
PRIME CLERK LLC
2018 APR 30 P 10: 29

PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 000746 00000000 0001 0005 00150 INS: 0 0
****400020553****BAR(23) MAIL ID *** 000125809314 ***
HECTOR J CRUZ VELAZQUEZ
PO BOX 9613
CAGUAS PR 00726

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

General Bar Date: May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to claim to:

| If by first class mail: | If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia: |
|---|---|
| Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms. |
| | Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados. |

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

Tamb en puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600263327



PRESS FIRMLY TO SEAL

7017 2400 0000 7403 5570





U.S. POSTAGE
PAID
CAGUAS, PR
00725
MAY 03, 18
AMOUNT
$12.90
R2304N118168-45

1006     10163

★ **MAIL** ★

 DATE OF DELIVERY SPECIFIED *

 USPS TRACKING™ INCLUDED *

 INSURANCE INCLUDED *

 PICKUP AVAILABLE

* Domestic only

FROM:

Hector J Cruz Velazquez
P.O. Box 9613
Caguas PR 00726

RECEIVED
MAY 09 2018
PRIME CLERK LLC

TO:

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



ly 2013
x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE





**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 1970 0000 8182 6895

PRESS FIRMLY TO SE...



**PRESS**

UNIT... **PRIORITY**®
...E® | **MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

  

U.S. POSTAGE PAID
PM 1-Day
CAGUAS, PR
00725
AUG 07, 21
AMOUNT

**$14.40**

1005          00918          R2304M111160-7

**FROM:**

**PRIORITY** 
★ **MAIL** ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Héctor J Cruz Velázquez
P.O. Box 9613
Caguas, P.R. 00726

**TO:**

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150,
San Juan, P.R. 00918-1767

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector J. Cruz Velázquez_

Participant's Address: _P.O. Box 9613, Caguas, P.R. 00726_

Participant's Email Address: _realtorhjcruz @ gmail.Com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10854_

Nature of Claim: _Commonwealth of P.R. and the Employees Retirement System (ERS) OF the Government of the Commonwealth of Puerto Rico_

By: _Hector J. Cruz Velázquez_   _Cases:_
_#17 BK 3283 LTS_
Signature   _# 17 BK 3566_

_Hector J. Cruz Velázquez_

Print Name

_NO_

Title (if Participant is not an individual)

_Agosto 2, 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 213954

EPOC ID: 17032830050664

RECEIVED

APR 30 2018

PRIME CLERK LLC

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D – Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo a fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   HECTOR CRUZ VELAZQUEZ

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**Claim Number: 10854**

145,514.07 Assorted
No schedule Date

Proof of Claim

170328300506642

page 1

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

HECTOR J CRUZ VELAZQUEZ
PO BOX 9613
CAGUAS, PR 00726

229

787-360-4466 (4468)
Contact phone / Teléfono de contacto

realtorhjcruz@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre _____

Number / Número      Street / Calle

City / Ciudad        State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.   Claim number on court claims registry (if known)
    Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
    Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**    Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

① Estado Libre Asociado de Puerto Rico #17BK3283
② Sistema Retiro Empleados Gobierno Puerto Rico #17BK 3566
③ Caso Civil Nelson Valentín vs A.E.P. # KPE2007-4359
④ Caso Civil Jezenia Morales vs A.E.P.# KAC 2013-0403

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No  Soy Empleado de la Autoridad de Edificios Públicos (A.E.P.)
☐ Yes. Provide the additional information set forth below / Sí. Proporcione la información adicional establecida a continuación

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ _____ 115,514.07

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Aportacion Acumuladas Al plan de Retiro del E.L.A.
Reclamacion Salarin y Reclamacion de millage
soy Empleado del E.L.A. de Puerto Rico

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☑ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro  Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:          $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

**12. Is this claim subject to a right of setoff?**

*¿La reclamación está sujeta a un derecho de compensación?*

- [ ] No / No
- [x] Yes. Identify the property / Sí. Identifique el bien:

① *Reclamación Salario y Reclamación por Gastos Millaje* 
② *Aportaciones al plan Retiro Empleados Estado Libre Asoc. de Puerto Rico 17BK3283*
*Casos # Respectivamente: KPE2007-4359, KAC2013-0403, 17BK3566*

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

*¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?*

- [x] No / No
- [ ] Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $ _____

  *Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.*

---

**Part 3 / Parte 3:**

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

- [x] I am the creditor. / Soy el acreedor.
- [ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el    *04·30·2018*    (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   *Hector Cruz Velázquez*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name   *Hector*        *José*        *Cruz Velázquez*
        First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo   *Supervisor*

Company / Compañía   *Public Buildings Authority Puerto Rico*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   *P.O. Box 9613*
        Number / Número        Street / Calle
        *Caguas*        *P.R.*        *00726*
        City / Ciudad        State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto   *787·360·4906*   Email / Correo electrónico   *realhectjcruz@gmail.c...*

---



## ESTADO DE CUENTA ESTIMADO

24 de abril de 2018

### Agencia: 203 - AUTORIDAD EDIFICIOS PUBLICOS

HECTOR CRUZ VELAZQUEZ
PO BOX 9613
CAGUAS, PR 00726

**Seguro Social: XXX-XX-8685**

A base de la información en nuestros registros, al 24 de abril de 2018 usted posee:

**Fecha de Nacimiento: 22 de marzo de 1972**          **Género: Masculino**

**Fecha de Ingreso al Servicio Público: 04 de mayo de 2000**

**Fecha de Comienzo de Cotización: 04 de mayo de 2000**

| Ley R2000 al 30 de junio de 2013 | | Ley 3 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 14.11 | Tiempo Trabajado: 19 | |
| Aportaciones: | $29,897.97 | Aportaciones: | $48,680.31 |
| Intereses: | $3,286.42 | Intereses: | $8,074.49 |
| Gastos Teneduría: | ($75.47) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $33,184.39 | Total Aportaciones: | $56,754.80 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes






## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE:** HECTOR CRUZ VELAZQUEZ                                    Seguro Social: XXX-XX-8685

PO BOX 9613

CAGUAS, PR 00726

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación:                    AUTORIDAD EDIFICIOS PUBLICOS

Años de Servicio:               --

Balance de Aportaciones:        $55,574.88

Esta certificación fue emitida el 24 de abril de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018042436736577

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza ____ ___ ____ __ ___ ___ ___ San Juan, PR 00917-3711
PO B_____ ___ ___ _____ PR ____, 8203
Tel __ ___ ___ ___
www __ ___ ___



***SBDN Puerto Rico 1849 SRF 22380 SVC: SCHD PACK ID: 144214 MML ID: 213954

RECEIVED
PRIME CLERK LLC
2018 APR 30 P 10: 29

F185 0144289
HECTOR J CRUZ VELAZQUEZ
PO BOX 9613
CAGUAS, PR 00726

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule D -- Trade Vendor Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule D -- Obligaciones Comerciales como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE.

General Bar Date: May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para enviar por mensajería o entrega al siguiente dia:**

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónico visitando http://cases.primeclerk.com/puertorico/EPOC-Index

225

EPOC ID: 170328300506642

**Prime Clerk**
830 3rd AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

RECEIVED

APR 3 0 2018

PRIME CLERK LLC

**FedEx** International Air Waybill

FedEx Tracking Number  8120 6424 5453   0402   Form ID No.

**1 From**

Date

Sender's
Name

Phone

Account No.

Company

Address

Address

City

State
Province

ZIP
Postal Code

RECEIVED
MAY 07 2018

**2 To**

PRIME CLERK LLC   Phone

28  Residential Delivery

RECEIVED
MAY 05 2018

PRIME CLERK LLC

State
Province

ZIP
Postal Code

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First    01 ☐ FedEx Intl. Priority    03 ☐ FedEx Intl. Economy

**5 Packaging**

06 ☐ FedEx Envelope   02 ☑ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options**   Fees may apply. See the FedEx Service Guide.

02 ☐ HOLD at FedEx Location    03 ☐ SATURDAY Delivery

10 ☐ Direct Signature    34 ☐ Indirect Signature

**7 Payment**   Enter who pays transportation charges and duties and taxes.

Bill transportation charges to:

1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   ☐ Cash/Cheque
Acct No. or Credit Card No. below   Total Transportation

FedEx Acct No.

Specify Currency

Bill duties and taxes to:

1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   ☐ Cash/Cheque
Acct No. in box above

FedEx Acct No.

**3 Shipment Information**

Total Packages   Total Weight   DIM

**8 Required Signature**

WARNING: These commodities, technology or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's
Signature

Recipient's
Signature   662

06/17

Origin Station ID   Country Code/Destination Station ID   URSA Routing   Handling Units

Total Volume

Received At

PART 158930 • Rev. Date 9/17 • © 1994-2013 FedEx • PRINTED IN U.S.A. SRGA • Non-Negotiable International Air Waybill

PRESS FIRMLY TO SEAL

CERTIFIED MAIL

7021 1970 0000 8182 6871


**POSTAL SERVICE** ® | **PRIORITY**® **MAIL**

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

2020
9 1/2

---

PRIORITY MAIL



UNITED STATES
POSTAL SERVICE ®

1005          00918

U.S. POSTAGE PAID
PM 1-Day
CAGUAS, PR
00725
AUG 07 '21
AMOUNT
**$14.40**
R2304M111160-7

**PRIORITY**°
★ **MAIL** ★


**UNITED STATES**
**POSTAL SERVICE** ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Héctor J. Cruz Velázquez
P.O. Box 9613
Caguas, P.R. 00726

**TO:**
United States District Court,
Clerks Office
150 Ave. Carlos Chardon, Ste. 150,
San Juan, P.R. 00918 - 1767

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rodriguez Santiago, Macle Cire_

Participant's Address: _P.O. Box 603 Santa Isabel, P.R. 00757_

Participant's Email Address: _meleinz@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169087-1_

Nature of Claim: _Pension/Retired_

By: _Madeline Rodriguez Santiago_
Signature

_Madeline Rodriguez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madeline Rodriguez Santiago
P.O. Box 603
Santa Isabel, P.R. 00757



U.S. POSTAGE PAID
FCM LG ENV
SANTA ISABEL, PR
00757
AUG 05, 21
AMOUNT
**$1.00**
R2304E107140-04
1000    00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
21 AUG -9 PA 2:43

Discovery Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlor Chardon Ste. 150
San Juan, P.R. 00918- 1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                      Debtors.[3]

------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

------------------------------------------------------------

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

*New York New York 10023*

Participant's Name: _ANNE FARLEY_

Participant's Address: _101 CENTRAL PARK WEST 14E_

Participant's Email Address: _ANNE.FARLEY@GMAIL.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10288 and 174231_

Nature of Claim: _GO and PBA bonds - see claims for full particulars of claim_

By: _Anne Farley_
Signature

_Anne Farley_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023




US POSTAGE
PAID
08/04/2021
From 10019
0 lbs 2 ozs
Zone 7

Pitney Bowes       026W0004897292
ComPlePrice
NO SURCHARGE      3000109019

## PRIORITY MAIL 3−DAY

Mailroom New York                     Estimated Delivery Date: 08/07/2021
WACHTELL LIPTON ROSEN and KATZ
51 W 52nd St, Fl 29
New York NY 10019−6150                    **0004**

C018

**UNITED STATES DISTRICT COURT**
**CLERK OFFICE**
**150 AVE CHARDON, STE 150**
**SAN JUAN PR 00918−1706**

### USPS TRACKING #



9405 5098 9864 2744 9288 21

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                                  Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

New York
New York
10023

Participant's Name: _PETER C HEIN_

Participant's Address: _101 CENTRAL PARK WEST 14E1_

Participant's Email Address: _PeterCHeinSr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10696 and 174229_

Nature of Claim: _GO and PBA bonds✓ see claims_
_for full particulars_
_of claim_

By: _[signature]_
    Signature

_PETER C HEIN_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are _not_ represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023



US POSTAGE
PAID
08/04/2021
From 10019
0 lbs 2 ozs
Zone 7

Pitney Bowes
ComPlePrice          020W0004897292
NO SURCHARGE        3000109019

## PRIORITY MAIL 3—DAY

Mailroom New York
WACHTELL LIPTON ROSEN and KATZ          Estimated Delivery Date: 08/07/2021
51 W 52nd St, Fl 29
New York NY 10019—6150                  **0004**

C018

**UNITED STATES DISTRICT COURT
CLERK OFFICE
150 AVE CHARDON, STE 150
SAN JUAN PR 00918—1706**

### USPS TRACKING #



9405 5098 9864 2744 9288 21

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda L. Rojas Cordero_

Participant's Address: _Villa Rosa 2 - B22 Guayama P.R 00 784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _84053_

Nature of Claim: _A pending or closed legal against Puerto Rican goverment._

By: _Hilda L. Rojas_
Signature

_Hilda L. Rojas_
Print Name

_____
Title (if Participant is not an individual)

_2 Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda L. Rosas Cordero
Usb. Villa Rosa #2 Calle C-B-22
Guayama, P.R. 00784




U.S. POSTAGE PAID
PCM LG ENV
GUAYAMA, PR
00784
AUG 05 21
AMOUNT
$1.00
R2304M110400-04

1000          00918

United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150 San Juan
                    P.R. 00918 -1787

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 AUG -9 PM 2:13

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alfonso E. Virella Albino_

Participant's Address: _Villa Rosa #2 calle C-B-22 Guayama P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _13 95 95_

Nature of Claim: _A pending or closed legal against P.R. Gov._

By: _Alfonso E. Virella Albino_
Signature

_Alfonso E. Virella Albino_
Print Name

_____
Title (if Participant is not an individual)

_August-2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfonso E. Virella Albino
Ur. Villa Rosa #2 calle C-B-22
Guayama, P.R. 00784



United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon ste.
150, San Juan, P.R. 00918-1787

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to
documents in the Plan Depository, where information and documents concerning the Plan
are kept, and you will also be able to serve your own discovery requests. If you file this Notice
after August 15, 2021, but on or before October 19, 2021, you may be granted access to
documents in the Plan Depository, but you will not be able to serve your own discovery
requests. Please note that access to the information in the Plan Depository may also require
complying with the Debtors' access requirements. If this Notice is filed after October 19,
2021, you will not be permitted to participate in discovery. If you do not file this Notice, you
will still be able to vote on the Plan, if you are otherwise qualified to vote.**

         The party identified below (the "Participant") hereby advises the Debtors that it
intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth
of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808);
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _*signature*_
    Signature

    _Yvette Sanchez Ortiz_
    Print Name

    _____
    Title (if Participant is not an individual)

    _6 de agosto 2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2018 JUN 29 A 9: 03  RECEIVED

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redact copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad e este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**   Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

¿Quién es el acreedor actual?

*Yvette Sánchez Ortiz*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ |
|---|---|

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Yuette Sánchez Ortiz<br>Name / Nombre<br><br>HC 10 Box 7997<br>Number / Número   Street / Calle<br><br>Sabana Grande, P.R.   00637<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 596-4691<br>Contact phone / Teléfono de contacto<br><br>iveor1028@gmail.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |

| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.   Claim number on court claims registry (if known)<br>   Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? _____ |
|---|---|

## Part 2 / Parte 2:

**Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.   Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>   Sí.   Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Educación |
|---|---|

| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|

8. How much is the claim?

   $ 75,000.00

   ¿Cuál es el importe de la reclamación?

   Does this amount include interest or other charges?
   ¿Este importe incluye intereses u otros cargos?

   ☑ No / No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   SI. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   _Ley 84   Incentivo Laboral_

10. Is all or part of the claim secured?

    ¿La reclamación está garantizada de manera total o parcial?

    ☑ No / No

    ☐ Yes. The claim is secured by a lien on property.
    SI. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
    Otro. Describir: _____

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien:   $_____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado:  $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

    _____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. Is this claim based on a lease?

    ¿Esta reclamación está basada en un arrendamiento?

    ☑ No / No

    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    SI. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

12. Is this claim subject to a right of setoff?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

¿La reclamación está sujeta a un derecho de compensación?

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received     $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  06-29-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Yvette Sanchez Ortiz_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Yvette _____ Sánchez Ortiz
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  Acreedor

Company / Compañía  Ninguna
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  HC 10 Box 7997
Number / Número    Street / Calle
Sabana Grande          P.R.          00637
City / Ciudad          State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto  (787) 596-4169   Email / Correo electrónico  yeor1038@gmail.co

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

ZIP 11232 $ 000.35
02 4W
0000349804 SEP 10 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 136133

Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00736

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP 04 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 115442

Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00637

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 140011

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette  Sanchez Ortiz
HC10 Box 7997
Sabaria gronde, PR 00769

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 137212

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette Sanchez Ortiz
HC 10 Box 7997
Sabana Grande, PR 00745

Sra. Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, P.R.
00637



Para: Court Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Blanca I. Pérez Montalvo_

Participant's Address: _Res. Flamboyán Gardens – A6 Mayagüez PR 00681-6801_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Contra el Departamento de Educación por La Ley 189_

By: x_Blanca I Perez Rodriguez_
    Signature

_Blanca I. Pérez Montalvo_
Print Name

_____
Title (if Participant is not an individual)

_agosto, 04 de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Blanca I. Perez Morales
Res. Flamboyón Gardens
Calle A-14
Mayagüez, P.R. 00681-6801

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

21 AUG -9 PM 2:42

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Rosas Sánchez_

Participant's Address: _Res. Flamboyán Gardens - Calle A-6, Mayaguez, P.R. 00681-6801_

Participant's Email Address: _rosassanchezelizabeth49 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152725_

Nature of Claim: _against the Department of Education $10,000.00 under Law 89._

By: _Elizabeth Rosas Sánchez_
Signature

_Elizabeth Rosasánchez_
Print Name

_N/A_
Title (if Participant is not an individual)

_Agosto, 03 de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Rosas Sánchez
Res. Flamboyán Gardens
Calle A-6
Mayagüez, P.R. 00681-6801



United States District Court,
Clerk's office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG -9 PM 2:42

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Richy Ali Rodriguez Vega*

Participant's Address: *Bo. Magina - Calle Roble 232, Sabana Grande, PR 00637*

Participant's Email Address: *richyali2017@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Against the Policia de PuertoRico $12,000.00 under Law 89*

By: *Richy A. Rodriguez Vega*
Signature

*Richy Ali Rodriguez Vega*
Print Name

_____
Title (if Participant is not an individual)

*agosto, 05 de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richi Ahi Rodriguez Vega
Bo. Magina - Calle Roble 232
Sabana Grande, P.R. 00637



United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR
2021 AUG -9 PM 2:41

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I. Reyes Rivera_

Participant's Address: _HCI Box 13372, Coamo, P.R. 00769_

Participant's Email Address: _sonia.reyes 54 @ icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109814_

Nature of Claim: _Ley #34 de Rosello' (aumento de sueldo)_

By: _Sonia I. Reyes Rivera_
   Signature

_Sonia I. Reyes Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sonia I. Reyes Rivera
HC 1 Box 13372
Coamo, P.R. 00769

To: Discovery Notice to the Courts Clerk Office
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

From: Sonia I. Reyes Rivera
HC 1 Box 13372
Coamo, P.R. 00769



To: Discovery Notice to the Court's Clerks Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I. Reyes Rivera_

Participant's Address: _HC 1 Box 13372, Coamo, P.R. 00769_

Participant's Email Address: _sonia.reyes54@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _87617_

Nature of Claim: _Ley del Romerazo_

By: _Sonia I. Reyes Rivera_
Signature

_Sonia I. Reyes Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sonia I. Reyes Rivera
HC 1 Box 13312
Coamo, P.R. 00765

To: Discovery Notice to the Courts Clerks Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I. Reyes Rivera_

Participant's Address: _HC1 Box 13372, Coamo, P.R. 00769_

Participant's Email Address: _sonia.reyes540@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _89930_

Nature of Claim: _Ley #96 julio 2002 (aumento salario)_

By: _Sonia I. Reyes Rivera_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sonia I. Reyes Rivera
HC 1 Box 13372
Camo, P.R. 00765

To: Discovery Notice to the Courts Clerk Office
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

From: Sonia I. Reyes Rivera
HC 1 Box 13372
Coamo, P.R. 00769

To: Discovery Notice to the Court's Clerks Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Santos V. Roque Rivera

Participant's Address:   Street 2 D-8 Urb Vista Monte, Cibra, PR. 00739

Participant's Email Address:   luisramos499@gmail.com

Name of Counsel:   No.

Address of Counsel:   No.

Email Address of Counsel:   No.

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   179101

Nature of Claim:   Claim for increase of salary for (Cont·back)

By:   _Santos V. Roque Rivera_
Signature

Santos V. Roque Rivera
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos V. Roque Rivera
Calle 2 D-8
Urb. Vista Monte
Cidra, P.R. 00739

 

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 05, 21
AMOUNT
$1.20
R2304M113360-09

1000          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santos V. Roque Rivera_

Participant's Address: _Street #2 D-8, Urb. Vista Monte, Cidra, PR 00739_

Participant's Email Address: _luisramos499 @ gmail.com_

Name of Counsel: _No._

Address of Counsel: _No._

Email Address of Counsel: _No._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179102_

Nature of Claim: _claim for increase of salary by (cont. back)_

By: _Santos V. Roque Rivera_
Signature

_Santos V. Roque Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos V. Roque Rivera
Calle 2 D-8
Urb. Vista Monte
Cidra, P.R. 00739




U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 05, 21
AMOUNT
**$1.20**
R2304M113360-09

1000          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Santos V. Roque Rivera_

Participant's Address: _Street #2 D-8, Urb Vista Monte, Cidra, PR 00739_

Participant's Email Address: _luisramos499@gmail.com_

Name of Counsel: _No._

Address of Counsel: _No._

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179/03_

Nature of Claim: _Claim for increase to my pension from (cont. back)_

By: _Santos V. Roque Rivera_
Signature

_Santos V. Roque Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos V. Roque Rivera
Calle 2 D-8
Urb. Vista Monte
Cidra, P.R. 00739





U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 05, 21
AMOUNT
$1.20
R2304M113360-09

1000          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santos V. Roque Rivera

Participant's Address: Street #2 D-8, Urb. VistaMonte, Cidra, PR. 00739

Participant's Email Address: luisramos(HR)@gmail.com

Name of Counsel: No.

Address of Counsel: No.

Email Address of Counsel: No.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179104

Nature of Claim: Claim for increase of salary by (Cont. back)

By: Santos V. Roque Rivera
Signature

Santos V. Roque Rivera
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos V. Roque Rivera
Calle 2 D-8
Urb. Vista Monte
Cidra, P.R. 00739

 

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 05, 21
AMOUNT
$1.20
R2304M113360-09

1000      00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luz Minerva Cruz Cruz_

Participant's Address: _Bzn. 11137 Hacienda El Semil-Villalba, PR-_
_00766_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _121266  (et. al.)_

Nature of Claim: _Unpaid Wages by the Government of Puerto Rico_

By: _Luz Minerva Cruz Cruz_
Signature

_Luz Minerva Cruz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Minerva Cruz Cruz
Bzn. 11137-Hacienda El Semil
Villalba, P.R. 00766



United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angélica Cruz Rodríguez_

Participant's Address: _P.O. BOX 774 Florida P.R. 00650_

Participant's Email Address: _angelica17jael5 @ gmail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Angélica Rdz_
Signature

_Angélica Cruz Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_agosto 5. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ongelica Cruz Rodriquez
PO Box 774
Florida PR 00650



U.S. POSTAGE PAID
FCM LG ENV
FLORIDA, PR
00650
AUG 06, 21
AMOUNT
$1.20
1000     00918     R2304N117173-9

United state Court Clerk Office
150 Ave Carlos Chardon St 150
San Juan PR 00918-1767

RECEIVED AUG 09 2021
CLERK'S OFFICE
U.S. DISTRICT COURT
21 AUG -9 PM 2:33

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Gutiérrez Montalvo_

Participant's Address: _Urb Las Delicias 3330 st. Antonia Saez Ponce PR 00728_

Participant's Email Address: _Zengotita@outlook.com_

Name of Counsel: _none_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88105-1        88105_

Nature of Claim: _amount owed — $10,000. estimated_

By: _Margarita Gutiérrez Montalvo_
Signature

_Margarita Gutiérrez Montalvo_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL






U.S. POSTAGE
PM 1-Day
PONCE, PR
00717
AUG 06, 21
AMOUNT
**$14.40**
R2304M113036-05

**POSTAL SERVICE**

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

*Urb. Las Delicias
3330 Calle Antonia Sáez
Ponce PR 00728-3909*

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

**TO:**
*United States District
Court
Clerk Office
150 Ave. Carlos Chardón
Ste 150
San Juan, PR
00918-1767*

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7020 1810 0000 5514 0620

EP14F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

SRF 55176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY
CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES,
AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH T[
CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN [
ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF T[
HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOS[
DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN [
ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY [
ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JULY [
2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. THIS [
NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SHOU[
REVIEW THIS NOTICE.**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwe
of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 34
(ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-L
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Autho
("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 38
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("EF
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto F
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Fed
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5!
LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy C
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra N. Nuñez Rios_

Participant's Address: _PO Box 40016 Minilla Sta. San Juan, PR 00940_

Participant's Email Address: _Mnunezrios@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _— 39505   173802_

Nature of Claim: _Salary Claim (court of First Instance San Juan, PR civil num. KPE2007-4359 (803)_

By: _Mayra N. Nuñez Rios_
Signature

_Mayra N. Nuñez Rios_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original se file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10, 2014*

Querellados

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                      Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del
Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que
interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por
la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre
Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.    La Autoridad de Edificios Públicos tiene poder para demandar y ser
demandada, querellar y defenderse en el tribunal de justicia y organismos
administrativos. (22 LPRA Sección 906).

4.    Los querellantes de epígrafe, quienes comparecen personalmente son
empleados de carrera regulares de la Corporación Pública demandada y le aplican
como parte del contrato individual de empleo las decisiones o circulares de la Directora
Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la
Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del
Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre
otros, por lo que reclaman lo que más adelante se expone.

5.    La Asociación de Empleados Gerenciales de la Autoridad de Edificios
Públicos tiene capacidad jurídica también para representar a sus miembros, quienes
comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.
Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación
de Maestros v. José Arsenio Torres, 94 JTS 145.

6.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado
al caso de marras. La desigualdad que pretende el querellado, relacionado con la
controversia del caso de epígrafe, es negar el principio igualitario constitucional,
sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este
tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?
Este trato desigual entre empleados no unionados ante unas mismas disposiciones
de la Directora Ejecutiva o Resoluciones de  la  Junta  de  Directores  es
constitucionalmente impermisible.  ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                        Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario por mérito sin evaluación alguna y otros no?

7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v.

Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.    El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a:  "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13. Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14. La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15. La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16. Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17. El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                      Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.        Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy

Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.        Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

sustancial sobre asuntos de consecuencia para la empresa querellada. Los

querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar

alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad

de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                      Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

### RESERVA DE DERECHOS AL AMPARO
### DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

### SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                      Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la Lcda. **Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; Lcda. **Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y Lcdo. **Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
       HARRY ANDUZE MONTAÑO

POR: _____
       JOSÉ A. MORALES BOSCIO

Mayra Núñez Ríos
PO Box 40016
Estación Miñillas
San Juan, PR 00940




CERTIFIED MAIL

7020 1290 0000 5163 5603

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 06, 21
AMOUNT
1000          00918
$7.85
R2304P119094-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Carmen E. Mora Velázquez_

Participant's Address: _P.O. Box 208 - Aktillo, P.R. 00659_

Participant's Email Address: _carmenemora 754 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174130   +   174232_

Nature of Claim: _Reclamación Beneficios Ley Promesa Tittle III_

By: _____
    Signature

_Carmen E. Mora Velázquez_
Print Name

_____
Title (if Participant is not an individual)

_7 ag. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen E. Mora Velasquez
P.O. Box 208
Hatillo, P.R. 80659

7019 0700 0001 3973 5309



U.S. POSTAGE PAID
FCM LG ENV
HATILLO, PR
00659
AUG 07, 21
AMOUNT
$7.65
1000        00918
R2305K134656-04

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Sta. #150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _Jose Martin Bello_

Participant's Address:  _Urb. Santa Juanita, calle Laredo BF-10, Bayamon PR 00956_

Participant's Email Address:  _jomabe.22 @ yahoo.com_

Name of Counsel:  ___

Address of Counsel:  ___

Email Address of Counsel:  ___

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _173843_

Nature of Claim:  _Salary Claim (Court of first instance San Juan Puerto Rico_
_Civil Num. K PE 2007-4359(803)_

By:  _[signature]_
     Signature

_Jose Martin Bello_
Print Name

___
Title (if Participant is not an individual)

_August 06, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 5

*Original en file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PÚBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1. La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2. La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                              Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(803), emitida por la Juez Tomasa del C. Vázquez el 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.     La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.     Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.     La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de   la   Junta   de   Directores   es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007–4359 (803)                                    Página 7
Segunda Querella Enmendada

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Elby Santiago v. Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace forma parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.    El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                      Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Andreró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)                                              Página 9
Segunda Querella Enmendada

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                              Página 10

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.     La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.     Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                              Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad que dispone lo siguiente:

"Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.        Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (907), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.        Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $$50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)                                    Página 12
Segunda Querella Enmendada

## SOLICITUD DE HONORARIOS DE ABOGADO

2.     Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)                                          Página 13
Segunda Querella Enmendada

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus
balances acumulados en otras licencias que asciende a una suma no menor de
$1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen
las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación.
Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no
exentos la cantidad correspondiente a los salarios devengados por horas extras a
tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS
89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que
asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y
honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la
**Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San
Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas
V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San
Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

José Martín Bello
Urb. Santa Juanita
Calle Laredo BF-10
Bayamón, PR 00956



CERTIFIED MAIL®

7020 1290 0000 5163 5269

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 06, 21
AMOUNT
$7.85
R2304P119094-03

1000

00918

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elia J. Figueroa Carrillo_

Participant's Address: _Box 40676, San Juan PR 00940-0676_

Participant's Email Address: _eliafigueroa @ Ymail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173816_

Nature of Claim: _Salary Claim (Court of first instance San Juan, PuertoRico_

By: _Elia J. Figueroa Carrillo_ _Civil Núm. KPE 2007-4359 (803)_
    Signature

_Elia J. Figueroa Carrillo_
Print Name

_—_
Title (if Participant is not an individual)

_August 06, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)                                              Página 5
Segunda Querella Enmendada

*Original se
file # 1*

Querellantes

       Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10/2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

      Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

      1.    La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

      2.    La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                    Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del

Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que

interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por

la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre

Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.     La Autoridad de Edificios Públicos tiene poder para demandar y ser

demandada, querellar y defenderse en el tribunal de justicia y organismos

administrativos. (22 LPRA Sección 906).

4.     Los querellantes de epígrafe, quienes comparecen personalmente son

empleados de carrera regulares de la Corporación Pública demandada y le aplican

como parte del contrato individual de empleo las decisiones o circulares de la Directora

Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la

Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del

Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre

otros, por lo que reclaman lo que más adelante se expone.

5.     La Asociación de Empleados Gerenciales de la Autoridad de Edificios

Públicos tiene capacidad jurídica también para representar a sus miembros, quienes

comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.

Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación

de Maestros v. José Arsenio Torres, 94 JTS 145.

6.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución

del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual

trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado

al caso de marras. La desigualdad que pretende el querellado, relacionado con la

controversia del caso de epígrafe, es negar el principio igualitario constitucional,

sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este

tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?

Este trato desigual entre empleados no unionados ante unas mismas disposiciones

de la Directora Ejecutiva o Resoluciones de     la     Junta     de     Directores     es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                              Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.      La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.      Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v. Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.      El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                        Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.      Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.      La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.      La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.      Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.      El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada
Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extrajudicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de Pablo Rodriguez vs. Autoridad de Edificios Públicos, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

"Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.       Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

**TERCERA CAUSA DE ACCION**

1.       Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.       Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                    Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus
balances acumulados en otras licencias que asciende a una suma no menor de
$1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen
las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación.
Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no
exentos la cantidad correspondiente a los salarios devengados por horas extras a
tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS
89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que
asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y
honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:**  Haber enviado copia de la presente querella enmendada a la
**Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San
Juan, PR  00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas
V17, Guaynabo, PR  00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San
Juan, PR  00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan  PR  00909
Tel. (787)  723-7171
Fax. (787)  723-7278

POR: _____
        HARRY ANDUZE MONTAÑO

POR: _____
        JOSÉ A. MORALES BOSCIO

Elia J. Figueroa Carrillo
Box 40676
San Juan, PR 00940-0676



CERTIFIED MAIL

7017 3040 0000 1902 2916



UNITED STATES
POSTAL SERVICE

1000



00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 06, 21
AMOUNT
**$7.85**
R2304P119094-03

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SA
2021 AUG -9  PM 2:36

United State District Court
Clerk's Office
150  Ave. Carlos Chardón  St. 150
San Juan , PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _____

Participant's Address:  _____

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _29560 - 16946_____

Nature of Claim:  _REAL ESTATE - Bonds ?___

By:  _Miriam Sánchez Lebrón_____
     Signature

_MIRIAM SÁNCHEZ LEBRÓN_____
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Miriam Sanchez**
HC 4 Box 4001
Humacao, PR 00791-8900



CERTIFIED MAIL®

7020 3160 0001 2187 2680




U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
AUG 05, 21
AMOUNT

1000            00918

**$4.60**
R2305K136531-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____*17230*_____

Nature of Claim: _____*Real Estates properties*_____

By: _____*Miriam Sánchez Lebrón*_____
Signature

_____*MIRIAM SÁNCHEZ LEBRÓN*_____
Print Name

_____
Title (if Participant is not an individual)

_____*August 5, 2021*_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miriam Sanchez
HC 4 Box 4001
Humacao, PR 00791-8900



CERTIFIED MAIL®

7020 3160 0001 2187 2680





U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
AUG 05, 21
AMOUNT

$4.60

1000        00918        R2305K136531-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17219*

Nature of Claim: *LANd PROpeERTy/PROPERTIES*

By: *Miriam Sánchez Lebrón*
    Signature

*MIRIAM SÁNCHEZ Lebrón*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Miriam Sanchez**
HC 4 Box 4001
Humacao, PR 00791-8900



CERTIFIED MAIL®

7020 3160 0001 2187 2680





U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
AUG 05 21
AMOUNT

**$4.60**

1000          00918          R2305K136531-03

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

SRF 55176

Case:17-03283-LTS   Doc#:17735-1   Filed:08/10/21   Entered:08/10/21 13:56:33   Desc:
Pro se Notices of Participation   Page 147 of 260

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES, AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH TH CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN C ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF TH HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOSE DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN C ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY I ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JULY 3 2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. THIS NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SHOUI REVIEW THIS NOTICE.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the l four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwea of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 348 (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LT (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Author ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 380 (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ER: (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto R: Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Fede Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-55: LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Ca numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Ivelisse Martinez Soto_

Participant's Address:   _Urb. Vistas Rio Grande II, Casia 532, Rio Grande, PR 00745_

Participant's Email Address:   _ive.martinez6@gmail.com_

Name of Counsel:   _—_

Address of Counsel:   _—_

Email Address of Counsel:   _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _173832_

Nature of Claim:   _Salary Claim (Court of First Instance San Juan, PR Civil num. KPE2007-4359 (803)_

By:   _Ivelisse Martinez Soto_
Signature

_Ivelisse Martinez Soto_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 5

*Original en file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                          Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del
Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que
interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por
la Juez Tomasa del C. Vázquez el 8 de abril de 1997; la Constitución del Estado Libre
Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

     3.    La Autoridad de Edificios Públicos tiene poder para demandar y ser
demandada, querellar y defenderse en el tribunal de justicia y organismos
administrativos. (22 LPRA Sección 906).

     4.    Los querellantes de epígrafe, quienes comparecen personalmente son
empleados de carrera regulares de la Corporación Pública demandada y le aplican
como parte del contrato individual de empleo las decisiones o circulares de la Directora
Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la
Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del
Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre
otros, por lo que reclaman lo que más adelante se expone.

     5.    La Asociación de Empleados Gerenciales de la Autoridad de Edificios
Públicos tiene capacidad jurídica también para representar a sus miembros, quienes
comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.
Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación
de Maestros v. José Arsenio Torres, 94 JTS 145.

     6.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado
al caso de marras. La desigualdad que pretende el querellado, relacionado con la
controversia del caso de epígrafe, es negar el principio igualitario constitucional,
sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este
tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?
Este trato desigual entre empleados no unionados ante unas mismas disposiciones
de la Directora Ejecutiva o Resoluciones de la Junta de Directores es
constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                           Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.      La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.      Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.      El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                              Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                                 Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.	Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.	La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.	La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.	Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.	El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra
suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96
del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples    ocasiones    han    reclamado    extra-
judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el
término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios.
En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que
se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador
de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no
exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz,
Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no
exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo
a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford,
más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar
cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los
querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme
y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-
4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En
dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por
proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados
Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender la sentencia antes mencionada al caso de marras. La
desigualdad que pretende el querellado, relacionado con la controversia del caso de
epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre
empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y
perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                    Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy

Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

sustancial sobre asuntos de consecuencia para la empresa querellada. Los

querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar

alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad

de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                     Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.       Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón García v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la Lcda. Patricia Silva Musalem, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; Lcda. Esthermari Ortiz Rodríguez, Colinas Metropolitanas V17, Guaynabo, PR 00969 y Lcdo. Pedro Joel Landrau López, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

Ivelisse Martínez Jo...
Vistas Rio Grande II
Calle Casia 532
Rio Grande, PR 00745

CERTIFIED MAIL

7020 1290 0000 5163 5627

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 06, 21
AMOUNT
**$7.85**
R2304P119094-03

1000      00918

UNITED STATES
POSTAL SERVICE

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Ivelisses Segarra Rivera_

Participant's Address: _HC-04 Box 43926, Lares, P.R 00669_

Participant's Email Address: _sesilevi@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162189_

Nature of Claim: _Promesa Title III No. 17BK 3283 LTS_

By: _Ivelisses Segarra Rivera_
    Signature

_Ivelisses Segarra Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August, 05, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ivelisses Segarra Rivera
HC-04 Box 43926
Lares, P.R. 00669



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7020 1290 0000 6193 3454

U.S. POSTAGE PAID
COM & G ENV
LARES, PR
00669.95
AUG 06 21
AMOUNT
**$7.65**
R2305K134974-02
00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ivelisses Segarra Rivera*

Participant's Address: *HC-04 Box 43926 Lares, P.R. 00669*

Participant's Email Address: *sesilevi@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *144059*

Nature of Claim: *Promesa Title III No.17 BK 3283 LTS*

By: *Ivelisses Segarra Rivera*
Signature

*Ivelisses Segarra Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August, 05, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ivelisses Segarra Riera
HC-04 Box 43926
Lares, P.R. 00669



CERTIFIED MAIL®

7020 1290 0000 6193 3454

U.S. POSTAGE PAID
LCM&G ENV
LARES PR
00669 95.21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisses Segarra Rivera_

Participant's Address: _HC-04 Box #3926 Lares P.R. 00669_

Participant's Email Address: _sesilevi@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140121_

Nature of Claim: _Promesa  Title III  No. 17BK3283 LTS_

By: _Ivelisses Ayaua Riui_
Signature

_Ivelisses Segarra Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August, 05, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Ivelisses Segarra Gonzalez
HC-04 Box 43926
Lares, P.R. 00669



CERTIFIED MAIL

7020 1290 0000 6193 3454



U.S. POSTAGE PAID
LCMSG ENV
LARES, PRV
00669
AUG 05. 21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ivelisses Segarra Rivera*

Participant's Address: *HC-04 Box 43926 Lares, P.R. 00669*

Participant's Email Address: *sesilevi@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *99299*

Nature of Claim: *PROMESA Title III No.17 BK 3283-LTS*

By: *Iulisses Ayana Rivera*
Signature

*Ivelisses Segarra Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August 05, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ivelisses Segarra Ricure
HC-04 Box 43926
Lares, P.R. 00669



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 1290 0000 6193 3454

1000

00918

U.S. POSTAGE PAID
LARES PNV
00669
AUG 05, 21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Ivelisses Segarra Rivera*

Participant's Address:   *HC-04 Box 43936 Lares, PR. 00669*

Participant's Email Address:   *sesilevi@yahoo.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *134765*

Nature of Claim:   *PROMESA III (Title) No. 17 BK 3283-LTS*

By:   *Ivilisses Ayana Rivi*
Signature

*Ivelisses Segarra Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August 05, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ivelisses Segarra Kiarra
HC-04 Box 43926
Lares, P.R. 00669



CERTIFIED MAIL

7020 1290 0000 6193 3454



U.S. POSTAGE PAID
$7.65

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz S. Muñoz Valentin_

Participant's Address: _P.o. Box 1160, Rincon, P.R. 00677_

Participant's Email Address: _lmuñozvalentin @gmail.com_

Name of Counsel: _Dept. Educacion_         _1983-2014_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162141_

Nature of Claim: _Public Employee claim_

By: _Luz S. Muñoz Valentin_
Signature

_Luz S. Muñoz Valentin_
Print Name

_____
Title (if Participant is not an individual)

_august. 6 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz S. Muñoz Valentin
P.O. Box 1160
Rincón, P.R. 00677-1160

7020 0640 0001 7539 3568



U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 07 '21
AMOUNT

1000        00918        $4.80
R2305K136452-60

Court's Clerk's office
United states District court
Clerk's office, 150 Ave.
Carlos Chardon ste. 150 San Juan
P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz S. Muñoz Valentin_

Participant's Address: _P.O. Box 1160, Rincón, P.R. 00677_

Participant's Email Address: _lmunozvalentin@gmail.com_

Name of Counsel: _Dept. Educacion          1983-2014_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _144841_

Nature of Claim: _Public Employee claim_

By: _Luz S. Muñoz Valentin_
Signature

_Luz S. Muñoz Valentin_
Print Name

_____
Title (if Participant is not an individual)

_August 06-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz S. Muñoz Valentín
P.O. Box 1160
Rincón, P.R. 00677-1160





U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 07 '21
AMOUNT
$4.80
R2305K136452-60

UNITED STATES
POSTAL SERVICE®
1000      00918

7020 0640 0001 7539 3568

Courts Clerk's office
United States District court
Clerk's office, 150 Ave.
Carlos Chardón ste. 150 San Juan
P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz S. Muñoz Valentín_

Participant's Address: _PO-Box 1160  Rincón, P.R. 00677_

Participant's Email Address: _lmunoz Valentin @gmail.com_

Name of Counsel: _Dept. Educación       1983 - 2014_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147100_

Nature of Claim: _Public Employer claim_

By: _Luz S Muñoz Valentín_
      Signature

_Luz S. Muñoz Valentín_
Print Name

_____
Title (if Participant is not an individual)

_August /06 /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz S. Muñoz Valentín
P.O. Box 1160
Rincón, P.R. 00677-1160

CERTIFIED MAIL

7020 0640 0001 7539 3568

U.S. POSTAGE PAID
PCM LG ENV
RINCON, PR
00677
AUG 07 21
AMOUNT
$4.80
R2305K136452-60

UNITED STATES
POSTAL SERVICE®
1000
00918

Court's Clerk's office
United States District court
Clerk's office, 150 Ave.
Carlos Chardon ste. 150 San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz S. Muñoz Valentin_

Participant's Address: _P.O. Box 1160, Rincón, P.R. 00677_

Participant's Email Address: _lmunozvalentin@gmail.com_

Name of Counsel: _Deparde Educación   1983 - 2014_

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _15 28 38_

Nature of Claim: _Dept. Educación  Public Employee claim_

By: _Luz Muñoz Valentin_
Signature

_Luz S. Muñoz Valentin_
Print Name

_____
Title (if Participant is not an individual)

_August - 06 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz S. Muñoz Valentin
P.O. Box 1160
Rincón, P.R. 00677-1160

7020 0640 0001 7539 3568



U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 07, 21
AMOUNT

1000    00918    **$4.80**
R2305K136452-60

Court's Clerk's office
United states District court
Clerk's office, 150 Ave.
Carlos Chardon ste. 150. San Juan
P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cruz Montes Nydia

Participant's Address: Urb San Rafael C-7 calle 1 Caguas PR 00725

Participant's Email Address: nydiac_2000@yahoo.com

Name of Counsel: NO

Address of Counsel: NO

Email Address of Counsel: NO

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173779

Nature of Claim: 62,730.00   Salary claim
PBA
ICPE 2007-4359

By: Nydia Cruz Montes
Signature

Nydia Cruz Montes
Print Name

NO
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nudia

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

https://cases.primeclerk.com/puertorico/Home-ClaimInfo



Prime Clerk

# Creditor Data Details - Claim # 173779

**Creditor**

CRUZ MONTES, NYDIA

**Debtor Name**

Puerto Rico Public Buildings Authority (PBA)

**Date Filed**

04/29/2020

**Claim Number**

173779

**Schedule Number**

n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $62,730.00 | | $62,730.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$62,730.00** | | **$62,730.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy

15/10/2020 19:09

Nydia Cruz Montes
Urb San Rafael
C7 calle 1
Caguas PR 00725




CERTIFIED MAIL

7021 0350 0001 3906 7831

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 05, 21
AMOUNT
**$7.65**
R2304E106218-21

1000      00918

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Montes Nydia_

Participant's Address: _Urb San Rafael C-7 Calles Caguas PR 00725_

Participant's Email Address: _nydiac_2000@yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _No_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17559_

Nature of Claim: _54,824.28     Commonwealth of P.R._

By: _Nydia Cruz Montes_
Signature

_Nydia Cruz Montes_
Print Name

_No_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Prime Clerk**

# Creditor Data Details - Claim # 17559

**Creditor**

Cruz Montes, Nydia

**Debtor Name**

Commonwealth of Puerto Rico

**Date Filed**

05/18/2018

**Claim Number**

17559

**Schedule Number**

n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $54,824.28 | | $54,824.28 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$54,824.28** | | **$54,824.28** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy

Nydia Cruz Montes
Urb San Rafael
C 7 calle 1
Caguas PR 00725





7021 0350 0001 3906 7831

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 05, 21
AMOUNT
$7.65
1000      00918      R2304E106218-21

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Montes Nydia_

Participant's Address: _Urb San Rafael c7 Calle 1 Caguas PR 00725_

Participant's Email Address: _nydia c_ 2000 @ yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12397_

Nature of Claim: _Employees Retirement System_

By: _Nydia Cruz Montes_
Signature

_Nydia Cruz Montes_
Print Name

_NO_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk



# Creditor Data Details - Claim # 12397

**Creditor**

CRUZ MONTES, NYDIA

**Debtor Name**

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**

05/08/2018

**Claim Number**

12397

**Schedule Number**

333670

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C U | $66,303.64 | U | $66,303.64 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$66,303.64** | | **$66,303.64** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this
website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or
refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute
for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at
issue. All search results provided through this website are qualified in their entirety by the official register of claims and the
Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy

Nydia Cruz Montes
Urb San Rafael
C 7 calle 1
Caguas PR 00725





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

7021 0350 0001 3906 7831

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 05, 21
AMOUNT
$7.65
R2304E106218-21
1000      00918

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Damaríz Vélez Reyes

Participant's Address: P.O. Box 15 Camuy P.R 00627

Participant's Email Address: damas.62 @ hotmail . com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 127506

Nature of Claim: Promesa Title III No. 17BK 3283-LTS Public Employee and Pension /Retiree Claims

By: _____
Signature

Damaríz Vélez Reyes
Print Name

_____
Title (if Participant is not an individual)

5 august 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damariz Velez Reyes
P.O. Box 15
Camuy  P.R., 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
1000      00918     R2304H109298-04

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7019 0700 0002 1469 0851

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damariz Vélez Reyes_

Participant's Address: _P.O. Box 15 Camuy P.R 00627_

Participant's Email Address: _damas.62@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133788_

Nature of Claim: _Promesa Title III No. 17BK 3283-LTS Public Employee and Pension/Retiree Claims._

By: _Damariz Vélez Reyes_
Signature

_Damariz Vélez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_5 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damariz Velez Reyes
P.O. Box 15
Camuy P.R , 00627



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0700 0002 1469 0851

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
R2304H109298-04

1000          00918

To: United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R, 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Damariz Vélez Reyes

Participant's Address: P.O. Box 15 Camuy P.R 00627

Participant's Email Address: damas.62@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 141689

Nature of Claim: Promesa Title III No.17BK 3283-LTS Public Employee and Pension/Retiree Claims

By: _Damariz Vélez Reyes_
Signature

Damariz Vélez Reyes
Print Name

_____
Title (if Participant is not an individual)

5 august 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damariz Vélez Reyes
P.O. Box 15
Camuy P.R., 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
R2304H109298-04

1000        00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7019 0700 0002 1469 0851

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damariz Vélez Reyes_

Participant's Address: _P.O. Box 15 Camuy P.R 00627_

Participant's Email Address: _damas.62@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162003_

Nature of Claim: _Promesa Title III No. 17 BK 3283-LTS Public Employee and Pension Retiree Claims_

By: _[signature]_
Signature

_Damariz Vélez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_5 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damariz Vélez Reyes
P.O. Box 15
Camuy P.R, 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
R2304H109298-04

1000        00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0700 0002 1469 0851

To: United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R, 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damariz Vélez Reyes_

Participant's Address: _P.O. Box 15 Camuy PR 00627_

Participant's Email Address: _damas.62@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _101714_

Nature of Claim: _Promesa Title III No. 17 BK 3283-LTS Public Employee and Pension/Retiree claims_

By: _Damariz Reyes_
Signature

_Damariz Vélez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_5 august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damariz Vélez Reyes
P.O. Box 15
Camuy P.R, 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT

**$7.65**

R2304H109298-04

1000          00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0700 0002 1469 0851

To: United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R, 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilyn Vélez Rivera_

Participant's Address: _P.O. Box 15 Camuy, P.R. 00627_

Participant's Email Address: _maveri __ @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _99489_

Nature of Claim: _Promesa Title III No. 17BK 3283-LTS Public Employee and Pension/Retiree Claims_

By: _Marilyn Vélez Rivera_
Signature

_Marilyn Vélez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_5 - agost 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Velez Rivera
P.O. Box 15
Camuy P.R 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
$7.65
R2304H109298-04

1000          00918

UNITED STATES
POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 0700 0002 1469 0868

To: United States District Court
Clerk's office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilyn Vélez Rivera

Participant's Address: P.O. Box 15 Camuy P.R 00627

Participant's Email Address: maveri___@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 142814

Nature of Claim: Promes Title III No. 17 BK 3283 - LTS Public Employee and Pension/Retiree Claims

By: Marilyn Vélez Rivera
Signature

Marilyn Vélez Rivera
Print Name

_____
Title (if Participant is not an individual)

5- August - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marilyn Velez Rivera
P.O. Box 15
Camuy   P.R 00627

U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
R2304H109298-04

1000   00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7019 0700 0002 1469 0868

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilyn Vélez Rivera

Participant's Address: P.O. Box 15 Camuy P.R. 00627

Participant's Email Address: maveri___@ hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 154284

Nature of Claim: Promesa Title III No. 17 BK 3283-LTS Public
Employee and Pension / Retiree Claims

By: *Marilyn Vélez Rivera*
Signature

Marilyn Vélez Rivera
Print Name

_____
Title (if Participant is not an individual)

5 august 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Velez Rivera
P.O. Box 15
Camuy  P.R 00627



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
AUG 05, 21
AMOUNT
**$7.65**
R2304H109298-04

1000        00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 0700 0002 1469 0868

To: United States District Court
Clerk's office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Ivan Lebron Alvarado_

Participant's Address: _Sabanera del Rio #56 Gurabo P.R. 00778_

Participant's Email Address: _busnav 17 @ gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173814_

Nature of Claim: _Salary Claim_

By: _[signature]_
Signature

_Luis Ivan Lebron Alvarado_
Print Name

_NO_
Title (if Participant is not an individual)

_8/5/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS: 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Luis I Lebron Alva
Sabanera del Rio #56
Gurabo   PR   00778





7021 0350 0001 3906 7855

U.S. POSTAGE PAID
FCM LG ENV
GURABO, PR
00778
AUG 05, 21
AMOUNT
$7.65
R2305K139816-07

00918
1000

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan   PR   00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Ivan Lebrón Alvarado

Participant's Address: Sabanera del Río #56 Gurabo PR. 00778

Participant's Email Address: browau17@gmail.com

Name of Counsel: NO

Address of Counsel: NO

Email Address of Counsel: NO

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 11189

Nature of Claim: Retirement Benefits

By: _Luis Ivan Lebrón Alvarado_
Signature

Luis Ivan Lebrón Alvarado
Print Name

NO
Title (if Participant is not an individual)

8/5/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Luis I Lebron Alva...
Sabanera del Rio #56
Gurabo PR 00778



7021 0350 0001 3906 7855



United States District Court
Clerk's Office
150 Ave CARLos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victoria Berrios Crespo_

Participant's Address: _RR-01 Box 2234 Cidra P.R. 00739_

Participant's Email Address: _luvick_berrios @ hotmail·com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175683-1 , 175683_

Nature of Claim: _pasos y aumentos no dados durante mis años de trabajo en el dept. de Educa_

By: _(signature)_

Signature

_Victoria Berrios Crespo_
Print Name

_____
Title (if Participant is not an individual)

_agosto 5 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victoria Berrios
RR-01 Box 2234
Cidra P.R. 00739



CERTIFIED MAIL®

7021 0950 0001 5357 6184

  

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 05, 21
AMOUNT
$7.65
R2304M113360-09
00918

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *José Antonio Díaz Sarraga*

Participant's Address: *HC 04 Box 43926, Laves P.R. 00669*

Participant's Email Address: *satelip@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *150216*

Nature of Claim: *Promesa Título III No. 17 BK 3283 LTS*

By: *(signature)*
Signature

*José Antonio Díaz Sarraga*
Print Name

_____
Title (if Participant is not an individual)

*August 04, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Antonio Torre
HC 04 Box 43926
Lares, P.R. 00669



CERTIFIED MAIL

7020 1290 0000 6193 1313

U.S. POSTAGE PAID
PRIORITY MAIL
EXPRESS 2ND
00669 PR
AUG 05 21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Antonio Díaz Sárraga_

Participant's Address: _HC04 Box 43926, Laves P.R. 00669_

Participant's Email Address: _Satelip@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140866_

Nature of Claim: _Promesa Título III No. 17 BK 3283-LTS_

By: _José Antonio Díaz Sárraga_
Signature

_José Antonio Díaz Sárraga_
Print Name

_____
Title (if Participant is not an individual)

_August 04, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Antonio ...

HC 04 Box 43926

Lares, P.R. 00669



CERTIFIED MAIL

7020 1290 0000 6193 1313

To: United States District Court

Clerk's Office 150

Ave. Carlos Chardón Ste. 150

San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *José Antonio Díaz Sarraga*

Participant's Address: *HC04 Box 43926, Lares P.R. 00669*

Participant's Email Address: *satelip@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *148169*

Nature of Claim: *Promesa Título III No 17 BK 3283 LTS*

By: *José Antonio Díaz Sarraga*
  Signature

*José Antonio Díaz Sarraga*
Print Name

_____
Title (if Participant is not an individual)

*August 04, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Antonio ~~illalobos Rivera~~

HC 04 Box 43926

Lares, P. R. 00669

CERTIFIED MAIL

7020 1290 0000 6193 1313

U.S. POSTAGE PAID
PCRM13 PNY
LARES, PNY
00669
AUG 05 21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court

Clerk's Office 150

Ave. Carlos Chardón Ste. 150

San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Jose Antonio Diaz Sarrago_

Participant's Address: _HC04 Box 43926, Laves P.R. 00669_

Participant's Email Address: _Satelip @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105908_

Nature of Claim: _Promesa Titulo III No 17 BK 3283 LTS_

By: _Jose Antonio Diaz Sarrago_
    Signature

_Jose Antonio Diaz Sarraga_
Print Name

_____
Title (if Participant is not an individual)

_August 04, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Antonio ~~~~~~~~
HC 04 Box 43926
Lares, P.R. 00669



CERTIFIED MAIL

7020 1290 0000 6193 1313

U.S POSTAGE PAID
LARES, PR
00669
AUG 05 '21
AMOUNT
$7.65
R2305K134974-02

1000    00918

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Antonio Díaz Sarraga_

Participant's Address: _HC04 Box 43926, Lares P.R. 00669_

Participant's Email Address: _satelip@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135385_

Nature of Claim: _Promesa Titulo III No.17 BK 3283 [TS_

By: _José Antonio Díaz Sarraga_
Signature

_José Antonio Díaz Sarraga_
Print Name

_____
Title (if Participant is not an individual)

_August 04, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Antonio ~~~~~
HC 04 Box 43926
Lares, P.R. 00669

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1290 0000 6193 1313

U.S. POSTAGE PAID
COM456
LARES, PR
AUG 05, 21
AMOUNT
$7.65
R2305K134974-02

To: United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis M. O'Farrill Villanueva_

Participant's Address: _Villa Carolina, 4B-27 Calle 42, Carolina P.R. 00985_

Participant's Email Address: _Ofarrill8gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12611_

Nature of Claim: _PENSION / RETIREE_

By: _[signature]_
    Signature

_Luis M. O'Farrill_    _CASE 17 BK 3283-LTS_
Print Name    _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_

_____
Title (if Participant is not an individual)

_AUG 06/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**CERTIFIED MAIL**

7020 0640 0001 7193 9432



U.S. POSTAGE PAID
PCM U.S ENV
CAROLINA, PR
00985
AUG 06 ,21
AMOUNT
**$7.65**
R2305E123710-02

1000          00918

**FROM:**

Luis W. Ofarrill Villanueva

Urb. Villa Carolina

49-25 Calle 42

Carolina P.R. 00985

**TO:**

United States District Court

Clerk's Office

150 Ave. Carlos Chardon Ste.

150

San Juan, P.R. 00918-1767

**Utility Mailer**
**10 1/2" x 16"**



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Victor Lorenzo Alers_

Participant's Address: _HC 3 Box 6612 Rincon, PR 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131094_

Nature of Claim: _Public Employee Claims_

By: _Victor Lorenzo Alers_
    Signature

_Victor Lorenzo Alers_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor Lorenzo
HC 3 Box 6612
Rincón PR 00677





7018 3090 0000 2612 2221

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor Lorenzo Alers_

Participant's Address: _HC 3 Box 6612 Rincón, PR 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112479_

Nature of Claim: _Public Employee Claims_

By: _Victor Lorenzo Alers_
Signature

_Victor Lorenzo Alers_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor Lorenzo Arris
HC 3 Box 6612
Rincon PR 00677



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor Lorenzo Alers_

Participant's Address: _HC 3 Box 6612 Rincon, PR 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130074_

Nature of Claim: _Public Employee Claims_

By: _Victor Lorenzo Alers_
Signature

_Victor Lorenzo Alers_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor Lorenzo Alers
HC 3 Box 6612
Rincon, PR 00677





U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 06, 21
AMOUNT
**$7.65**
R2307M152804-07

1000     00918

7018 3090 0000 2612 2221

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor Lorenzo Alers_

Participant's Address: _HC 3 Box 6612 Rincón, PR 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106267_

Nature of Claim: _Public Employee Claim_

By: _Victor Lorenzo Alers_
Signature

_Victor Lorenzo Alers_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor Lorenzo
HC 3 Box 6612
Rincon, PR 00677



CERTIFIED MAIL

7018 3090 0000 2612 2221

U.S. POSTAGE PAID
FCM LG ENV
RINCON, N, PR
00677
AUG 06, 21
AMOUNT

UNITED STATES
POSTAL SERVICE®

1000          00918

$7.65

R2307M152804-07

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Rivera Santos_

Participant's Address: _PO Box 373174, Cayey P.R. 00737_

Participant's Email Address: _carmenrivera1855 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _claim of increases_

By: _Carmen L. Rivera Santos_
    Signature

_Carmen L. Rivera Santos_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Rivera Santos

PO Box 373174

Cayey, P.R 00737





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 1130 0002 0476 9890

United States District Court

Clerks Office

150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to
documents in the Plan Depository, where information and documents concerning the Plan
are kept, and you will also be able to serve your own discovery requests. If you file this Notice
after August 15, 2021, but on or before October 19, 2021, you may be granted access to
documents in the Plan Depository, but you will not be able to serve your own discovery
requests. Please note that access to the information in the Plan Depository may also require
complying with the Debtors' access requirements. If this Notice is filed after October 19,
2021, you will not be permitted to participate in discovery. If you do not file this Notice, you
will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it
intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth
of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808);
(iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal
Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda DomoRAcki_

Participant's Address: _1438 W Bexley PaRk DRive_

Participant's Email Address: _WANDAIVETTE59@ GMAIL. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83987_

Nature of Claim: _PRomesA Title III   No. 17 BK 3283-LTS_

By: _[signature]_
Signature

_WANDA DomoRACKi_
Print Name

_N/A_
Title (if Participant is not an individual)

_8-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Domaracki
1438 W Bexley Park Dr.
Delray Beach, FL 33445

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Clerks Office STE 150 Ave Carlos Chardon
STE 150
San Juan, PR
00918-1767

CERTIFIED MAIL

7018 1830 0000 4366 6352

$7.45
POSTAGE PAID
SOUTH FLORIDA, 08-05-21
DELRAY BEACH, FL
33444
R2304H107698-19

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  *Angel L. Feliciano Irizarry*

Participant's Address:  *7123 Edgewater Shores Ct. Orlando. Fl. 32810*

Participant's Email Address:  *afeliciano1968@yahoo.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  *Angel L. Feliciano Irizarry*
     Signature

     *Angel L. Feliciano Irizarry*
     Print Name

     _____
     Title (if Participant is not an individual)

     *August 2, 2021*
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel L. ~~E~~...
7123 Edg~~~~
Orlando, Florida 32810

CERTIFIED MAIL®

7021 0950 0001 4686 2409

UNITED STATES
POSTAL SERVICE®

1029    00918

U.S. POSTAGE PAID
FCM LG ENV
ORLANDO, FL
32810
AUG 02, 21
AMOUNT
$4.60
R2305H127849-20

United States District Court, Clerk's office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor A. De La Cruz Castellano_

Participant's Address: _Urb Monte Verde, Monte Kolima st #3016 Manati P.R. 00674_

Participant's Email Address: _victor_delacruz_15 @ Yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173824_

Nature of Claim: _Salary Claim - case KPE 2007-4359 (903)_

By: _[signature]_
Signature

_Victor De la Cruz Castellano_
Print Name

_NO_
Title (if Participant is not an individual)

_8-6-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 4

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA

2



Victor De la Cruz
US, Monte Verde, MonteColinas st
#3016 Manati P.R. 00674

RECEIVED & FILED
2021 AUG -9 PM 2: 36

United States Distrit Court
Clerk's office
150 Ave Carlos Chardon ste
150 San Juan P.R. 00918-1767

7021 1970 0000 7933 1691

CERTIFIED MAIL

U.S. POSTAGE PAID
MCM
 MANATI, PR
AUG 04, 21
AMOUNT 21
$6.45
R2305K1351.92.08

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Marylin González Toro*

Participant's Address: *146 Ave. Santa Ana Box (suite) 506 Guaynabo, P.R 00971*

Participant's Email Address: *marylinstxe gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Investment of $25,000.00 in the Employee Retirement System Bonds*

By: *Marylin González Toro*
    Signature

*Marylin González Toro*
Print Name

_____
Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marylin Gonzalez Tous
14 Urb. Santa Rosa Baj 50 U
Mayagüez, P.R. 00971

CERTIFIED MAIL

7020 3160 0002 1781 6642

United States District Court
Clerk's Office
150 Calle Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
SAN JUAN, PR
00936
AUG 06, 21
AMOUNT
$3.60
R2305K141009-09

FOREVER USA

00918-1706525

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cuadrado Arroyo Lourdes M._

Participant's Address: _2 Cond Jard San Francisco. Apt 1012 San Juan P. R 00927_

Participant's Email Address: _lcuadrado813@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _9727_

Nature of Claim: _Salary Claim (court of first instance San Juan Puerto Rico, Civil Num, KPE2007-4359 (803))_

By: _M Cuadrado_
Signature

Print Name: _Lourdes M Cuadrado Arroyo_

Title (if Participant is not an individual): _____

Date: _6 August 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes M Cuadrado Arroyo
2 cond Jard San Francisco
Apt. 1012, San Juan PR 00927

CERTIFIED MAIL

7019 1120 0001 2939 6906

00918-1706.25

SAN JUAN PR 009
6 AUG 2021 PM 2 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 00927
02 4W
0000362890 AUG 06 2021

$ 004.15°

United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767





Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lisette T. Jiménez Fossé*

Participant's Address: *Edif. Polaris 2000 Carr 857 Apt. 303 Carolina PR 00987*

Participant's Email Address: *profesorajimenez@gmail.com*

Name of Counsel: *n/a*

Address of Counsel: *n/a*

Email Address of Counsel: *n/a*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *30236*

Nature of Claim: *Breach of contract and collection of money pursuant to law of Carrera Magisterial.*

By: *Lisette T. Jiménez Fossé, Ed.D.*
    Signature

*Lisette T. Jiménez Fossé, Ed.D.*
Print Name

_____
Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lisette Jiménez
Edif. Polaris 2000 Carr 857 Apt 303
Carolina, P.R. 00987

RECEIVED & FILED
2021 AUG -9 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918 - 1767

7020 1290 0001 9115 2220

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
AUG 07, 21
AMOUNT

$6.45
R2304E105975-15

00918
1000

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:        *Rosa Julia Casellas*

Participant's Address:     *C/17  Blq. 20-25*
                            *Urb. Sabana Gardens Carolina PR 00983*

Participant's Email Address:  *casellasrosa56@gmail.com*

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              *17 BK 3283-LTS*

Nature of Claim:           _____

By:    *Rosa Julia Casellas*
       Signature

       *Rosa Julia Casellas*
       Print Name

       _____
       Title (if Participant is not an individual)

       *6/agosto/2021*
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jorge Luis garcia Rivera*

Participant's Address: *mail-Pmb 185 Box 2017 LAspiedras 00771*

Participant's Email Address: *Jorge lg 4718 gmail.com*

Name of Counsel: *n/a*

Address of Counsel: *n/a*

Email Address of Counsel: *n/a*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173880*

Nature of Claim: *3/OCT/07 Class action Filed in courT with #KPE07-4359 e in court of First insTance superior room, judicial center of san Juan, puerto Rico, room, BO3.*

By: *(signature)*

Signature

*Jorge Luis garcia Rivera*

Print Name

_____

Title (if Participant is not an individual)

*August, 8 2021*

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge Luis Garcia Rivera
Pmb 185 Box 2017
Las Piedras 00771

Discovery Notice To The court's clerk's
United STATES DISTRIC Court clerk's Office
150 ave. Carlos EChardson Hato 578 150
San Juan P.R. 00918-1769

CERTIFIED MAIL

00918-170625

U.S. POSTAGE PAID
FCM LETTER
00771 PIEDRAS, PR
AUG 07 21
AMOUNT
$6.45
R2304E106891-09

USA ★ FOREVER ★

00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magda J. Jovet Oquendo_ Ponce PR

Participant's Address: _Ext Santa Teresita calle Santa Catalina 4145_ 00730

Participant's Email Address: _____

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - 03283 (amount owes stimated > 9,360.00_

Nature of Claim: _Lack of payment Governor Romero Barcelo (Renuevos)_
_(1991)    $9,360.00 by law_
_to all the employees_
_(public)_

By: _Magda J. Jovet Oquendo_
Signature

_Magda J. Jovet Oquendo_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón L. Sáez Miranda_

Participant's Address: _Chalet's Las muesas 5200 Ave. Miguel de Muesas Cayey P.R. 00736_

Participant's Email Address: _ramón.saez pr@gmail.com_

Name of Counsel: _I don't have_

Address of Counsel: _I don't have_

Email Address of Counsel: _I don't have_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _I don't have_

Nature of Claim: _Public Employees Claim_

By: _[signature]_
Signature

_Ramón L. Sáez Miranda_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ramón P. Díaz Mercado
Urbaleti Las Muesas, 5200
Ave. Miguel de Muesas
Cayey, P.R. 00736

U.S. POSTAGE PAID
FCM LETTER
CAYEY, PR
00736
AUG 07, 21
AMOUNT
$6.45
R2305K136532-10

7020 3160 0000 0617 2522

United State district Court
Clerk's office 150
Ave. Carlos Chardon D.J. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth Parrilla Carrasquillo_

Participant's Address: _urb. Bosque Verde Calle Aguila 054 Caguas, P.R. 00727_

Participant's Email Address: _mamisongarpe@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS (XYY-86-4288_

Nature of Claim: _Claim increase in salary decreed by ELA of Puerto Rico, which was not paid on 1984._

By: _Ruth Parrilla Carrasquillo_
Signature

_RUTH PARRILLA CARRASQUILLO_
Print Name

_____
Title (if Participant is not an individual)

_August 6 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Ruth Parrilla
Urb. Bosque Verde
Calle Aguila 054
Caguas, P.R. 00727

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 07, '21
AMOUNT
$4.15
R2304E106576-20

00918
000

7021 0350 0001 3408 0272

SAN JUAN PR 009

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen del R. Santiago Feliciano*

Participant's Address: *Urb. Los Caobos 2941 calle Tabonuco Ponce P.R. 00716-2737*

Participant's Email Address: *saritosantiago50@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Carmen del R. Santiago Feliciano*
Signature

*Carmen del R. Santiago Feliciano*
Print Name

_____
Title (if Participant is not an individual)

*05-Agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmin del R. Santiago Feliciano
4rb. Los Caobos 2 941 Calle Tabonuco
Ponce, P.R. 00 716-2737

RECEIVED & FILED
2021 AUG -9 PH 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

