UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
### (DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

1. Noel Ocasio Hernandez
2. Maria del C. Rivera Ramirez (3 notices)
3. Nilsa Ivette Ortiz Baez (2 notices)
4. Gretchen M. Valiente
5. Julio L. Ayala Monet
6. Edgardo Asencio Caraballo
7. Nelly Vilariño Rodriguez
8. Luz Narry Alemany Colon
9. Norma Rodriguez de Leon
10. Maria L. Gomez Jimenez (2 notices)
11. Waldemar Nazario Perez
12. Luis Gregorio Montero Rivera
13. Jose Luis Diaz Rivera
14. Maria Victoria Gonzalez Gonzalez
15. Jose A. Centeno Rodriguez
16. Benjamin Aponte Badillo
17. Luz T. Cuevas Martinez (4 notices)
18. Migdalia Ortiz Rodriguez
19. Ciamara Torres Rodriguez (2 notices)
20. Juan Resto Navedo
21. Carmen Rivera Rivera
22. Maria Rivera de Jesus

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

23. Evelyn Vazquez Rivera

24. Ramon Vazquez Lopez

25. Ada N. Guadalupe Rivera

26. Jose Flores Mendoza

27. Wilma Betancourt Maldonado

28. Carmen E. Ortiz Lopez

29. Iris N. Ortiz Lozada

30. Zaida Ivette Santiago Garcia

31. Jennifer Fuentes Aponte

32. Zaida M. Rodriguez Melendez

33. Aurea Arocho Rivera

34. Pedro Antonio Torres Torres

35. Guillermo Arocho Rosado

36. Juan Valentin Pitre

37. Lila Marantz

38. Ramon A. Lisojo Crespo (2 notices)

39. Hector Santos Diaz

40. James Swinderman

41. Carmen M. Conde Ares (5 notices)

42. Edna L. Rivera Salgado

43. CIPRE c/o Adalberto Lopez

44. Carrasco Lopez Funeral Home c/o Adalberto Lopez

45. Marta M. Montalvo del Valle (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 10, 2021

    46. Maria Otero Vega

    47. Sylvia Perez Vera (2 notices)

    48. Eric Luis Montalvo Perez

Dated: August 10, 2021