Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noel Ocasio Hernandez_

Participant's Address: _P.O. Box 1256 Quebradillas P.R. 00678_

Participant's Email Address: _noel.nolito@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159360_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
Signature

_Noel Ocasio Hernández_
Print Name

_____
Title (if Participant is not an individual)

_August 06, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Mr. Abel Class Hernández
P.O. Box 1256
Quebradillas, P.R. 00678

7020 3160 0000 4544 0995

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

To: Court's Clerk's Office
United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

U.S. POSTAGE PAID
00678-QUEBRADILLAS, PR
AMOUNT
$3.60
R2305K136738-03

AUG 07 2021
USPS

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del c Rivera Ramírez_

Participant's Address: _HC 06 Box 17416, San Sebt PR 00685_

Participant's Email Address: _riveraRamirez.Maria @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54379_

Nature of Claim: _Debts Claimed Deparment of Education_

By: _Maria del C. Rivera Ramírez_
Signature

_Maria del c Rivera_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA DEL C RIVERA RAMIREZ
HC 06 BOX 17416
SAN SEBASTIAN PR 00685

RECEIVED & FILED

2021 AUG -9 PM 2: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

7020 1810 0001 4315 5000



CERTIFIED MAIL®

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767







U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
AUG 07, '21
AMOUNT
$3.60
R2304M110280-12





Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:          _María del C. Rivera Ramírez_

Participant's Address:       _HC 06 Box 17416 San Sebastián P.R. 00685_

Participant's Email Address: _riveraramirez.maria @ Yahoo. com_

Name of Counsel:            _____

Address of Counsel:         _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:               _56773_

Nature of Claim:            _Depts Claimed Deparbment OF Education_

By:   _María del C. Rivera Ramírez_
      Signature

      _Maria dela Rivers_
      Print Name

      _Self Claimaps_
      Title (if Participant is not an individual)

      _8/6/21_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA DEL C RIVERA RAMIREZ
HC 06 BOX 17416
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG -9 PM 2: 38
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

7020 1810 0001 4315 5000

CERTIFIED MAIL



DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT:
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767





U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
AUG 07 '21
AMOUNT
$3.60
R2304M110280-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del C. Rivera Ramirez_

Participant's Address: _HC-06 Box 17416 San Sebastian P.R. 00685_

Participant's Email Address: _riveraramirez.maria @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159646_

Nature of Claim: _Debts Claimed Department of Education_

By: _Maria del C Rivera Ramirez_
Signature

_Maria del C Rivera_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA DEL C RIVERA RAMIREZ
HC 06 BOX 17416
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG -9  PM 2: 38
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

0091 881706 0018

7020 1810 0001 4315 5000


CERTIFIED MAIL

DISCOVERY NOTICE TO THE COURT'S CLERK,S
OFFICE AT :
UNITED STATE DISTRICT COURT, CLER'S
OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767



1000
00918



U.S. POSTAGE PAID
FCM LETTER
SAN SEBASTIAN, PR
00685
AUG 07, '21
AMOUNT
$3.60
R2304M110280-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilsa Ivette Ortiz Baéz_

Participant's Address: _P.O. Box 2181 San Germán P.R. 00683_

Participant's Email Address: _Ortiz nilsa 16 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#109 555_

Nature of Claim: _Departamento de Educación – Reclamación laboral del Romerazo – Ley 89_

By: _Nilsa Ivette Ortiz Baéz_
Signature

_Nilsa Ivette Ortiz Baéz_
Print Name

_Ley-96_
_Sila M. Calderón_

_____
Title (if Participant is not an individual)

_6 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nilsa Ivette Ortiz Báez
P.O. Box 2181
San Germán, P.R. 00683

RECEIVED & FILED
2021 AUG -9 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilsa Iuette Ortiz Báez_

Participant's Address: _P.O. Box 2181 San Germán, P.R. 00683_

Participant's Email Address: _Ortiz.nilsa 16 @ g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#109 555_

Nature of Claim: _Departamento de Educación - Reclamación laboral del Romerazo_

By: _Nilsa Iuette Ortiz Báez_
Signature

_Nilsa Iuette Ortiz Báez_
Print Name

_____
Title (if Participant is not an individual)

_6/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilsa Ivette Ortiz Báez
P.O. Box 2181
San German, P.R. 00683

RECEIVED & FILED
2021 AUG -9 PM 2:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk's Office
150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GRETCHEN M. VALIENTE_

Participant's Address: _MALVA ST - R-4 - JARD. FAGOT - PONCE, P.R. 00716-4011_

Participant's Email Address: _wike.pr @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _INVESTED $155,000.00 IN THE EMPLOYEE RETIREMENT SYSTEM BONDS._

By: _Gretchen Valiente_
Signature

_GRETCHEN VALIENTE_
Print Name

_____
Title (if Participant is not an individual)

_8-5-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

G. VALIENTE
WALVA ST. R-4
JARDINES FAGOT
PONCE, P.R. 00716-4401

7020 1810 0001 6734 5319

**CERTIFIED MAIL®**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

RECEIVED & FILED
2021 AUG -9 PM 2: 39

U.S. DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.150
SAN JUAN, P.R. 00918-1767

U.S. POSTAGE PAID
MCM CENTER
00716 CEDITA, PR
AUG 06, 21
AMOUNT
**$7.00**
R2304M116599-03

1000    00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Julio L. Ayala Monet

Participant's Address: Urb. Villa Clarita H 2, Calle 1, Fajardo PR. 00738

Participant's Email Address: Jam.Yapo203@gmail.Com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 36944

Nature of Claim: Employees Retirement System of the Government of
the Commonwealth of Puerto Rico

By: _Julio L. Ayala Monet_
    Signature

    _Julio L. Ayala Monet_
    Print Name

    _____
    Title (if Participant is not an individual)

    August 5, 2021
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio L. Ayala Monet
Urb. Villa Clarita, H2- Calle 1
Fajardo, P.R. 00738-4301

RECEIVED & FILED
2021 AUG -9  PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009

7 AUG 2021   PM 1  L

FOREVER / USA

United States District Court
Clerk's Office, 150 Ave Carlos Chardón
STE. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edgardo Asencio Caraballo

Participant's Address: HC 02 Box 10499 Yauco, P.R. 00698

Participant's Email Address: Eggy Caraballo @ yahoo. com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No: 17 BK 3283 LTS

Nature of Claim: Promesa Title III

By: Edgardo Asencio Caraballo
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

5 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgard Asencio Caraballo
HC 02 Box 10499
Yauco, P. R. 00698

U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
AUG 05, 21
AMOUNT
1000        00918
$1.20
R2305M149306-10

RECEIVED & FILED
2021 AUG -9 PM 2:34

Office at: United States
District Court, Clerk's
Office 150 Ave, Carlos Chardon ste
150, San Juan P. R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  *Vilariño Rodríguez, Nelly*

Participant's Address:  *Valle Verde, calle Paseo Real 1068, Ponce, P.R. 00716-3505*

Participant's Email Address:  *Vilariño Nelly @ gmail.com*

Name of Counsel:  ⎯

Address of Counsel:  ⎯

Email Address of Counsel:  ⎯

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *58740*

Nature of Claim:  *Public Employer Claims*

By:  *Nelly Vilariño Rodríguez*
     Signature

*Nelly Vilariño Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelly Vilariño Rodriguez
Valle Verde, Paseo Real 1068
Ponce, P.R. 00716-3505



 

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
AUG 06, 21
AMOUNT
**$0.45**
1000      00918      R2305K133237-06

Court Clerk Office
United States District
Clerk's office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -9  PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Luz Narry Alemany Colón*

Participant's Address:    *calle Trinitaria E-1 Urb. Gren Hills Guayama*
*P.R. 00784*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *No. 17 BK 3283 - LTS*

Nature of Claim: _____

By:    *Luz N. Alemany Colón*
Signature

*Luz N. Alemany Colón*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lua N. Alemany
Trinitaria E-1
Urb. Green Hills
Guayama, P.R. 00784



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG -9 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma Rodriguez De Leon*

Participant's Address: *PO Box 774 Floida PR 00650*

Participant's Email Address: *Vichor4@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 LTS / 17 BR 3566 LTS*

Nature of Claim: _____

By: *Norma Rodriguez de Leon*
Signature

*Norma Rodriguez De Leon*
Print Name

_____
Title (if Participant is not an individual)

*5/050 35/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodriguez De Lego
Po Box 774
Florida PR 00650



RECEIVED & FILED
2021 AUG -9 PM 2: 35
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

United State court Clerk office
150 Ave Carlos Chardon St 150
San Juan PR 00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria L. Gómez Jimenez_ 69 years old.

Participant's Address: _Urb. Villa Clans 72 - Calb 1-G-P2_

Participant's Email Address: _no tengo_   _Fajando P.R. 00738-4358_

Name of Counsel: _Asocian de Maestro de P.R. Acevedo_

Address of Counsel: _Vila - attorneys_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _299124 MMLID - 145647-P - SUC-MMLR_

Nature of Claim: _Landlord Loses income from ten cuts courts Loss_

By: _Maria L Gómez Jimez_   69 years old - # 1996
Signature                                               need help —

_Maria L. Gómez Jimenez_   Igot osteopenia.
Print Name

_Retired School teacher science. 2011_
Title (if Participant is not an individual)

_7 August - 2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Gomez
Urb. Villa Clarita
calle 1 - G 12
Fajardo P.Rico 00 738-4358




U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
AUG 07_21
AMOUNT
**$1.20**
R2304M113155-17

1000    00918

Court's Clerk's Office:
United States District court clerk's
Office 150 Ave. Carlos chardon
Ste. 150, San Juan P. R.
00918-1767.

RECEIVED & FILED
2021 AUG -9 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria L. Gómez Jiménez_ 69 years

Participant's Address: _Alrb Villa Clarita Callo 1-G 72_
_Fajado P.R. 00738-4358_

Participant's Email Address: _____

Name of Counsel: _Asociación de Maestros - José Acevedo Vila,_

Address of Counsel: _attorney - et - Hato Rey, Puerto Rico._

Email Address of Counsel: _Cancel Lio - Asociados —_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _299170 mm110 - 194774-P-SUC. mLPE_

Nature of Claim: _Land-lords Loses - income - foncount —_
_Claims - since 1996._

By: _Maria L. Gómez Jiménez_
Signature

_Maria L. Gómez Jiménez_
Print Name

_Retined School Teacher 2011_
Title (if Participant is not an individual)

_7 August . 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Gómez Jiménez
Unb. Villa Clarita
Calle 1-G-12
Fajardo P. Rico 00738-4358



U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
AUG 07, 21
AMOUNT
**$1.20**
R2304M113155-17

1000        00918

Court's Clerks Office:
United States District Court Clerk's
Office  150 Ave. Carlos Chardon
Ste. 150
            San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG -9 PM 2:36
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Waldemar Nazario Perez_

Participant's Address: _Barrio San Salvador Sector Hato Arriba_
_casa # 76847 Hatillos Puerto Rico_

Participant's Email Address: _WNAZAR46@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#177871  #175145  #176635_

Nature of Claim: _LAW 89 signed by Governor Carlos_
_Romero Barcelo 1980 known as_
_Romero 120_

By: _Waldemar Perez_
Signature

_Waldemar Nazario Perez_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Waldemar Naza
HC 10 Box 49034
Caguas. P.R 00725

AUG 07 2021
AUG 07 2021

RECEIVED & FILED
2021 AUG -9 PM 2:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
United States District Court
Clerk's Office 150 Ave. Carlos Chardon STE 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis Gregorio Montero Rivera_  1 (787) 519-2348 wife

Participant's Address: _HC-01 Box 7173 Cabo Rojo PR 00623 -9731_

Participant's Email Address: _Marilyn.Melendez2@va.gov_  (wife)

Name of Counsel: _Lcda. Brendairin Cruz Santiago_ 1(787)473-7428

Address of Counsel: _2421 Paseo Perla del Sur Suite 2 Ponce, PR_ 00717-0663

Email Address of Counsel: _bcslegalservices@gmail.com_  Tel 1(787) 473-7428

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Luis G. Montero Rivera_
Signature

_Luis G. Montero Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08-03-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis G. Montero Rivera

HC-01 Box 7173

Cabo Rojo  PR. 00623-9731








ATT: Court's Clerk office
      United States District Court
      Clerk's office
      150  Ave Carlos chardón
      Suite 150
      San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Rivera , José Luis Díaz

Participant's Address:   P.O. Box 1956 eidva, P.R. 00739

Participant's Email Address:   jdiaz educate 4 @ gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   NO. 177736

Nature of Claim:   Public Employee and Pension / Retire

By:   _____
Signature

José Luis Díaz Rivera
Print Name

_____
Title (if Participant is not an individual)

July 31, 2021   07/31/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Luis Díaz Rivera
P.O. Box 1956
Cidra, P.R. 00739

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United states District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1764



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Victoria González González_

Participant's Address: _245 Sec. Monte Verde Cidra P.R. 00739-2138_

Participant's Email Address: _vickygonzalezgonz226@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176288_

Nature of Claim: _unpaid salaries_

By: _[signature]_
Signature

_María Victoria González González_
Print Name

_____
Title (if Participant is not an individual)

_08-05-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Victoria Gonzalez Gonzalez
245
Sec. Monte Verde
Cidra, P.R.
00739-2138

RECEIVED
2021 AUG   PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
S.D. OF N.Y.

00918-1706258

United States
District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1768

FOREVER / USA

SAN JUAN PR 009
6 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Centeno Rodriguez_

Participant's Address: _Box #1068, Cidra, Puerto Rico 00739_

Participant's Email Address: _capulin1945@gmail.com_

Name of Counsel: _I don't have one._

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179047 / 92496_

Nature of Claim: _Promesa Title III_

By: _José A. Centeno Rodriguez_
Signature

_José A. Centeno Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_June 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

I started working for the Department of Education in Cidra, Puerto Rico, during the year 1965. Promesa Title III, started in the year 1973, and for that reason I have the right to that pay rise during the year 1973 to the year 2006 when I retired.

José A. Centeno Rodriguez
SS # 4035

José A. Centeno Rodríguez
Box # 1068
Cidra, Puerto Rico 00739

United States District Court
Clerk's Office, 150 Avenue
Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Benjamin Aponte Badillo

Participant's Address: P.O. Box 3026 Arecibo P.R 00613

Participant's Email Address: /

Name of Counsel: —

Address of Counsel: —

.ddress of Counsel: —

.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17 BK 3283 LTS

Nature of Claim:

By: Ben Aponte Badillo

Signature

Benjamin Aponte Badillo

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Cuevas
P.O Box 3026
Arecibo P.R 00613

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz T. Cuevas Martínez_

Participant's Address: _P. O. Box 3026 Arecibo P.R 00613_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Luz T Cuevas Martí_
Signature

_Luz T. Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_8|6|2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Cuevas
P.O Box 3026
Arecibo P.R 00613

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Luz T. Cuevas Martinez_

Participant's Address: _P.O. Box 3026 Arecibo P.R 00613_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _____

By: _____
     Signature

     _Luz T. Cuevas_
     Print Name

     _____
     Title (if Participant is not an individual)

     _8/6/2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Cuevas
P.O Box 3026
Arecibo P.R 00613

00918-170625

SAN JUAN PR   009
6 AUG 2021   PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz T. Cuevas Martinez_

Participant's Address: _P.O. Box 3026 Arecibo P.R. 00613_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 LTS_

Nature of Claim: _____

By: _(signature)_
Signature

_Luz T. Cuevas Martinez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Cuevas
P.O Box 30246
Areabo P.R 00613

00918-170625

SAN JUAN PR 009

6 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R 00918



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz T. Cuevas Martinez_

Participant's Address: _Repto Marquez Calle 5 F 11 Arecibo P.R._
_00612_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _[signature]_
     Signature

_Luz T. Cuevas Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8 5 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz T. Cuevas
Repto Marquez
Calle S F-17
Aecibo PR 00612

RECEIVED & FILED
2021 AUG -9 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk office
150 Ave Carlos Chardon ste 150
San Juan, P.R 00918-1767

SAN JUAN PR 009
6 AUG 2021  PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Ortiz - Rodríguez_

Participant's Address: _PO BOX 167, Corozal, PR 00783 -0167_

Participant's Email Address: _mortizrodriguez1016 @ gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _MORodríguez_
Signature

_Migdalia Ortiz - Rodríguez_
Print Name

_None_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 AUG -9 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Migdalia Ortiz
PO Box 167
Corozal, PR 00783-0167



00918-170625

**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN PR 00918-1767



SAN JUAN PR 009
6 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ciamara Torres Rodriguez_

Participant's Address: _RR-6 Box 9670, San Juan, PR 00926_

Participant's Email Address: _ciamarat@gahoo.com / ciamaratorres@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS  (MMLID: 431479_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Ciamara Torres Rodriguez_
Signature

_Ciamara Torres Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_6-agosto-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Clamara Torres Torres
RR-6 Box 9670
San Juan, PR 00926

RECEIVED & FILED

2021 AUG -9 PM 2: 33

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

SAN JUAN PR   009
6 AUG 2021   PM 2   L

BASEBALL
ALL-STAR

yogiberra
FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Ciamara Torres Rodriguez

Participant's Address:    RR-6 Box 9670, San Juan, PR 00926

Participant's Email Address:    ciamarat@yahoo.com / ciamarastorres@gmail.com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17 BK 3566   MMLID: 631479

Nature of Claim:    Employees Retirement System of the Government of the Commonwealth of Puerto Rico

By:    *Ciamara torres Rodriguez*
     Signature

Ciamara torres Rodriguez
Print Name

_____
Title (if Participant is not an individual)

6 - agosto - 21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ciamara Torres Torres
RR-6 BOX 9670
San Juan, PR 00926

RECEIVED & FILED
2021 AUG -9  PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
6 AUG 2021  PM 2  L

united States District Court
Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Resto Navedo_

Participant's Address: _P. O. Box 2076 Rio Grande P.R. 00745_

Participant's Email Address: _johnny resto.1954 @gmail.com_

Name of Counsel: _N/A._

Address of Counsel: _N/A,_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Increase of salary not received (pesos) granted by Ex governors Carlos Romero Barcelo' and Sila M. Calderon_

By: _Juan C to Navedo._
    Signature

_____
Print Name

_Juan Resto Navedo_
Title (if Participant is not an individual)

_9 Agosto 2021_
Date

RECEIVED & FILED
2021 AUG -9 PM 2:34
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Roso Maurelo
P.O. Box 2076
Rio Grande, P.R. 00745

RECEIVED & FILED
2021 AUG -9 PM 2: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR

1000

00918

U.S. POSTAGE PAID
FCM LETTER
PALMER, PR
AUG 06, 21
AMOUNT
$0.55
R2305K132249-07

To United States District Court,
Clerks
Office 150 Ave. Carlos Chardon
STE.
150, San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Carmen Rivera Rivera*

Participant's Address: *C-16 L-55- Urb. Rio Grande States, Rio Grande P.R. 00745*

Participant's Email Address: *Karmenrivera56@gmail.com*

Name of Counsel: Ø

Address of Counsel: Ø

Email Address of Counsel: Ø

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170813*

Nature of Claim: *Increase of salary not received (pesos) granted by Ex governors Carlos Romero Barcelo and Sila M. Calderon.*

By: *(signature)*
Signature

*Carmen Rivera Rivera*
Print Name

_____
Title (if Participant is not an individual)

*4 de Agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rivera Rivera
c. 16 L-55
Urb. Rio Blanco Estates
Rio Grande, P.R. 00745

RECEIVED & FILED
2021 AUG -9 PM 2: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District
Court, Clerk's
Office 150 Ave. Carlos Chardon
STE.
150, San Juan, Puerto Rico

SAN JUAN PR 009

U.S. POSTAGE PAID
FCM LETTER
PALMER, PR
00721
AUG 06, 21
AMOUNT
$0.55
R2305K132249-07

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Rivera De Jesus_

Participant's Address: _PO BOX 3349 Bayamon, P.R. 00958_

Participant's Email Address: _evelyn.vazquezr@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Maria Quinn De Jesus_
Signature

_Maria Rivera De Jesus_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maria Rivera De Jesús
P O Box 3349
bayamón, P.R. 00958

RECEIVED & FILED
2021 AUG -9 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  OO9
6 AUG 2021  PM 2  L

00918-170625

To: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon ste. 150,
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Vazquez Rivera_

Participant's Address: _PO BOX 3349 Bayamón PR 00958_

Participant's Email Address: _evelyn.vazquezr@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Evelyn Vazquez Rivera_
    Signature

_Evelyn Vazquez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/3/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Evelyn Vázquez Rivera
P O Box 3349
Bayamón, P.R. 00958.

RECEIVED & FILED
2021 AUG -9 PM 2: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

To: United States District Court, Clerk's
office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ramón Vazquez López*

Participant's Address: *PO Box 3349 Bayamón P.R. 00958*

Participant's Email Address: *evelyn.Vazquezr@Gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: *PROMESA Title III*

By: *Ramón Vazquez López*
Signature

*Ramón Vazquez López*
Print Name

_____
Title (if Participant is not an individual)

*8/6/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fm: Ramón Vázquez López
PO BOX 3349 Bayamón, P.R. 00958

RECEIVED & FILED
2021 AUG -9 PM 2: 29
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

6 AUG 2021   SAN JUAN PR   009
PM 2   L

00918-170625

To: United States District Court Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ada N Guadalupe Rivera*

Participant's Address: *Urb. Monte Brisas V, calle 5-2, #B15*
*Fajardo, P.R. 00738*

Participant's Email Address: *guadalupeadats@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170794*

Nature of Claim: *Didn't receive governors Romero Barcelo's*
*Pay rise.*

By: *Ada N Guadalupe Rivera*
Signature

*Ada Nellis Guadalupe Rivera*
Print Name

_____
Title (if Participant is not an individual)

*4-august-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada N. Guadalupe Rivera
Urb. Monte Brisas II
Calle 5-2, #B-15
Fajardo, P.R., 00738

RECEIVED & FILED
2021 AUG -9 PM 2:30
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-1706625

SAN JUAN PR   009
6 AUG 2021   PM 2

FOREVER / USA

Court's Clerk's Office
United States District Court Clerk's
Office,
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1967

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Jose FLORES MENDOZA_

Participant's Address:  _HC 66 BOX 8933 FAJARDO P.R. 00738_

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _# 17 BK 3283 LTS_

Nature of Claim:  _____

By:  _Jose Flores Mendoza_
Signature

_Jose Flores Mendoza_
Print Name

_____
Title (if Participant is not an individual)

_August 5 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

6 AUG 2021  PM 2  L

RECEIVED & FILED

2021 AUG -9  P 2

CLERK'S OFFICE
US DIST COURT
SAN JUAN

To: USDC Clerk Office
150 Ave Carlos Chandón Ste.150
San Juan. P.R. 00 918 - 1767

FROM: José Florez Mendoza
HC 66 Box 8933
Fajardo P.R. 00738-9796

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilma Betancourt Maldonado_

Participant's Address: _University Gardens Calle Ficus A88, Arecibo, PR 00612_

Participant's Email Address: _wilmabeta@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _100360_

Nature of Claim: _Public Employees Claim_

By: _Wilma Betancourt Maldonado_        _— Case: 17-03283 (LTS)_
Signature

_Wilma Betancourt Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilma Betancourt Maldonado
University Gardens Calle Ficus A B8
Arecibo, Puerto Rico 00612

RECEIVED & FILED

2021 AUG -9  PM 2: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

SAN JUAN PR   009

6 AUG 2021   PM 2   L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Carmen E. Ortiz López

Participant's Address:   Hc#4 Box 7289 Yabucoa PR 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel:   Carmen esther Ortiz lopez @ gmail .com

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   No. 17 BK 3283 - LTS

Nature of Claim:   Hija

By:   Carmen E Ortiz López
_____
Signature

Carmen E. Ortiz Lopez
_____
Print Name

_____
Title (if Participant is not an individual)

August 2 - 2021
_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen E. Ortiz López
HC# 4 Box 7289
Yabucoa, PR 00767

RECEIVED & FILED
2021 AUG -9 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
6 AUG 2021 PM 2 L

FOREVER / USA

To: United States District Court Clark's Office
150 the Carlos Chardon Ste 150
San Juan, P.R. 00918

00918-170625

00918 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris N. Ortiz Lozada_

Participant's Address: _HC # 4 Box 7289 Yabucoa, P.R. 00767_

Participant's Email Address: _irisortiz290 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTS_

Nature of Claim: _Sister_

By: _Iris N. Ortiz Lozada_
Signature

_Iris N. Ortiz Lozada_
Print Name

_____
Title (if Participant is not an individual)

_August / 2 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luis R. Ortiz Royale
HC #4 Box 7789
Yabucca, P.R. 00767

RECEIVED & FILED
2021 AUG -9 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

P.R. 1545 SR# 55176 Pact ID 2383RKNPRLD09
2170974-3VLC
6 AUG 2021 PM 2 PC

To: United States District Court Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Zaida Yvette Santiago Garcia_

Participant's Address: _1 Villa Iris Arecibo, P.R. 00612_

Participant's Email Address: _zaidasantiago9@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179133_

Nature of Claim: _Pension / Retiree Claims_

By: _Zaida Y. Stgo Garcia_
Signature

_Zaida Y. Santiago Garcia_
Print Name

_____
Title (if Participant is not an individual)

_08/05/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida Y. Santiago
1 Villa Ins Arecibo.
P.R. 00612

RECEIVED & FILED
2021 AUG -9 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jennifer Fuentes Aponte_

Participant's Address: _P.O BOX 142802 Arecibo PR 00614_

Participant's Email Address: _jfuentesaponte@pucpr.edu_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179132_

Nature of Claim: _Pension Retiree Claims_

By: _____
   Signature

_Jennifer Fuentes_
Print Name

_____
Title (if Participant is not an individual)

_08/04/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jennifer Fuentes Aponte
P.O. Box 142802
Arecibo PR 00614

RECEIVED & FILED

2021 AUG -9 PM 2: 29

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

0091-8-1706.25

SAN JUAN PR   009
6 AUG 2021  PM 2  L



United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste
150, San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  Zaida M. Rodriguez Meléndez

Participant's Address:  RR.01 Box 2911, Cidra, P.R. 00739

Participant's Email Address:  rodrimer 8@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  176329

Nature of Claim:  Inactive payment salary increase under the laws:
Romero20- Law 89- Law 96-2002, - Law 164-2003, Law 109-2008

By:  Zaida Rodriguez Meléndez
     Signature

     Zaida M. Rodríguez Meléndez
     Print Name

     _____
     Title (if Participant is not an individual)

     August 5, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida Rodriguez
RR01 Box 3411
Cidra, P.R. 00739

RECEIVED & FILED
2021 AUG -9 PM 2: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706525

United States Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

SAN JUAN PR   009



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea Arocho Rivera_

Participant's Address: _PO Box 7004 PMB 115, San Sebastian PR 00685_

Participant's Email Address: _arochoRivera@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70894_

Nature of Claim: _Debts Claimed Department of Education_

By: _Aurea Arocho Rivera_
Signature

_Aurea Arocho Rivera_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AUREA AROCHO RIVERA
PO BOX 7004,
PMB 115
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -9 PM 2:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR  009



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Artonio Torres Torres

Participant's Address: Bo Sattos 11 200 Agapito Rosado Apt 2307, san Sebastian PR 00685

Participant's Email Address: Contabilidadelasea@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169656

Nature of Claim: Debts Claimed Deportment of Agriculture

By: Pedro A Torres Torres
Signature

Pedro A. Torres
Print Name

Self Clamant
Title (if Participant is not an individual)

8/6/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEDRO A TORRES VTORRES
BO SALTOS II
200 AGAPITO ROSADO
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG -9 PM 2: 28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

SAN JUAN PR   009



NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Guilleemo Arocho Rosado_

Participant's Address: _HC7 Box 76784, San Sebastian, PR 00685_

Participant's Email Address: _Contabilidadelasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170065_

Nature of Claim: _Debts Claimed Department of Education_

By: _Guillermo Arocho Rosado_
Signature

_Guillermo Arocho_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GUILLERMO AROCHO
HC 7 BOX 76784
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG -9 PM 2: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR   009



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Valentin Pitre_

Participant's Address: _HC 5 Box 57047_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171220-1_

Nature of Claim: _Debts Claim Department of Agriculture_

By: _____
     Signature

_Juan Valentin Pitre_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUAN VALENTIN PITRE
HC 5 BOX 37047
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG -9 PM 2: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009



SRF 55335

210720V2

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Lila Marantz*

Participant's Address: *47-482 Lulani St    Kaneohe HI 96744*

Participant's Email Address: *marantzL@stifel.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *See CUSIP Numbers below*

Nature of Claim: *Re: PAYMENT OF GENERAL OBLIGATION*
                *BONDS FIRST.*

By: *Lila Marantz*
   Signature

*Lila Marantz*
Print Name

*My cusip #s*

*$5,000*                    *$10,000   74526QUT7*
*74514L-HC-4*               *$1,000    74529J PX7*
                           *$10,000   74514SQB-8*
                           *$1,000    74529J-QH-1*
Title (if Participant is not an individual)   *$2,000   74529J-QG-3*
                           *$10,000   745145.Q9-6*

*8/4/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lila

**Marantz**
47-482 Lulani St.
Kaneohe, HI 96744-4717

00918-1 70625

HONOLULU HI 967

5 AUG 2021  PM 1  L

United States
District Court
Clerk's Office
150 Ave, Carlos Chardon Ste 150
San Juan, P.R.  00918-1767

The Sun Coronal Loops

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón A. Lisojo Crespo_

Participant's Address: _P.O. Box 1079 San Sebastián, P.R. 00685_

Participant's Email Address: _ramonlisojo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Ramón A. Lisojo Crespo_
Signature

_Ramón A. Lisojo Crespo_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ramón A. Lisojo Crespo
P.O. Box 1079
San Sebastian, P.R. 00685

RECEIVED & FILED
2021 AUG -9 PM 2: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1706
00918-170625

SAN JUAN PR 009



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón A. Lisojo Crespo_

Participant's Address: _P.O. Box 1079 San Sebastian, PR 00685_

Participant's Email Address: _ramonlisojo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Ramón A. Lisojo Crespo_
Signature

_Ramón A. Lisojo Crespo_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ramón A. Lisojo Crespo
P.O. Box 1079
San Sebastian, P.R. 006 85

RECEIVED & FILED
2021 AUG -9 PM 2: 26
CLERK OFFICE
S. DISTRICT
SAN JUAN, PR

00918-170625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 -1767

SAN JUAN PR 009

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Hector Santos Diaz_

Participant's Address: _Urb El Rocio 37 Limoncillo Cayey PR 00736_

Participant's Email Address: _rotcehsothas @ yahoo.com_

Name of Counsel: _None_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1337_

Nature of Claim: _Puerto Rico Comwlth Dev BK cusip 745177EX9_
                _GDB Bonds_

By: _____
Signature

_Hector Santos Diaz_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector Santodia
416 El Polo
37 Limoni 110
Cayey PR 00726

RECEIVED & FILED
2021 AUG -9 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _James Swinderman_

Participant's Address: _HC6 Box 2076_

Participant's Email Address: _M Swinderman @ ARCSUN Energy. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment 170,000 Employment Bond_

By: _[signature]_
Signature

_James Swinderman_
Print Name

_____
Title (if Participant is not an individual)

_8-5-21_
Date

RECEIVED & FILED
2021 AUG -9 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JRS
ACC Box 2076
Ponce, PR 00731

RECEIVED & FILED
2021 AUG -9 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerks. office
150 Ave Carlos chardon Ste
San Juan PR 00918
150

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Carmen M. Conde Ares_

Participant's Address: _HC20 Box 16282 San Lorenzo, P.R. 00754_

Participant's Email Address: _condeac@de.pr.gov_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167937_

Nature of Claim: _Pension and salary_

By: _Carmen M Conde Ares_
     Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

_August, 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo, P. R. 00754

SAN JUAN PR   009

RECEIVED & FILED
2021 AUG -9  PM 2: 26
CLERK'S OFFICE
DISTRICT
SAN JUAN.

00918-1706.25

United States District
Court Clerke Office
150 Av. Carlos Chardon Ste 150
San Juan, P. R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Carmen M. Conde Ares

Participant's Address: HC 20 Box 26287, San Lorenzo, P.R. 00754

Participant's Email Address: condeac@de.pr.gov

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167924

Nature of Claim: Pensions and Salary

By: _Carmen M. Conde Ares_
    Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

August, 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

00918-170625

RECEIVED & FILED
2021 AUG -9  PM 2: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Sra. Carmen M. Conde Ares
HC-20 Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR 009

FOREVER / USA

United States District
Court Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Conde Ares_

Participant's Address: _HC 10 Box 26282, San Lorenzo P.R. 00754_

Participant's Email Address: _conde acede.pr.gov_

Name of Counsel: _No Counsel_

Address of Counsel: _None_

Email Address of Counsel: _None_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167931_

Nature of Claim: _Salary_

By: _Carmen M. Conde Ares_
Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

_August, 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

RECEIVED &

2021 AUG -9 PM 2:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Sra. Carmen M. Conde Ares
HC-20 Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR 009

FOREVER / USA

United States District
Court clerk's office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Conde Ares

Participant's Address: HC-20 Box 26282, San Lorenzo P.R. 00754

Participant's Email Address: condeacede.pr.gov

Name of Counsel: No Counsel

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167942

Nature of Claim: Pension

By: Carmen M. Conde Ares
Signature

Carmen M. Conde Ares
Print Name

—
Title (if Participant is not an individual)

August, 4, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

009916-1776625

Sra. Carmen M. Conde Ares
HC-20  Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR  009



United States District
Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 009 8-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Conde Ares_

Participant's Address: _HC 10 Box 36282 San Lorenzo, P.R. 00754_

Participant's Email Address: _condeacede.pr.gov_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122925_

Nature of Claim: _Pension and salary_

By: _Carmen M. Conde Ares_
    Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo P. R. 00754

SAN JUAN PR   009

00918-176625

RECEIVED & FILED
2021 AUG -9 PM 2:26
CLERKS OFFICE
US DISTRICT COURT
SAN JUAN

United States District
Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Salgado, Edna L_

Participant's Address: _HC 46 Box 5846 Dorado P.R 00646-9796_

Participant's Email Address: _rivera edna luz @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103705_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Edna L. Rivera Salgado_
Signature

_Edna L. Rivera Salgado_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna I. Rivera Salgado
HC 46 Box 5846
Dorado P.R. 00646-9746

RECEIVED & FILED
2021 AUG -9 PM 2 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United States District court clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ C I P R E _____

Participant's Address: _____ 107 Calle Cruz Ortiz Stella Sur; Humacao _____

Participant's Email Address: _____ alopez 6786 @ yahoo . com _____ PR 00791

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 6815 _____

Nature of Claim: _____ Plan of Adjustment _____

By: _____ _____

Signature

_____ Adalberto López _____

Print Name

_____ President _____

Title (if Participant is not an individual)

_____ August 5, 2021 _____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CIPRE
107 CALLE CRUZ ORTIZ STELLA SUR
HUMACAO, P.R. 00791

RECEIVED & FILED

2021 AUG -9  PM 2: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009

6 AUG 2021  PM 2  L




00918-176625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON SITE
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carrasco López Funeral Home_

Participant's Address: _107 Ave. Cruz Ortiz Stella Sur, Humacao, P.R 00791_

Participant's Email Address: _alopez6786@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8576_

Nature of Claim: _Plan of Adjustment_

By: _____
Signature

_Adalberto López_
Print Name

_President_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



CARRASCO LOPEZ FUNERAL HOME, LLC
107 CALLE CRUZ ORTIZ STELLA SUR
HUMACAO, P.R. 00791

SAN JUAN PR 009
6 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG -9 PM 2 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE
SAN JUAN, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta M. Montalvo Del Valle_

Participant's Address: _Yaguez 40 St, Guánica Puerto Rico 00653_

Participant's Email Address: _martam_mv @ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BR 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Marta M. Montalvo Del Valle_
    Signature

_Marta M. Montalvo Del Valle_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marta M Montalvo
40 Calle Yaguez
Guanica, PR 00653-2509

0091B-170625

SAN JUAN PR
6 AUG 2021 PM

United States District Court
Office 150
Ave. Carlo Chardon Ste 150
San Juan, Puerto Rico 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

'21 AUG -9 PM 2:27

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta M. Montalvo Del Valle_

Participant's Address: _Yaguer 40 St, Guaivica flud Rico 00653_

Participant's Email Address: _Martam_mv@Yahoo.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283- LTS_

Nature of Claim: _PRoMesa Title III_

By: _[signature]_
_Signature_

_Marta M. Montalvo Del Valle_
Print Name

_____
Title (if Participant is not an individual)

_agust 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marta M Montalvo
40 Calle Yaguer
Guanica, PR 00653-2509

SAN JUAN PR
6 AUG 2021 PM

00918-170625

United States District Court
Office 150
Ave. Carlo Chardon Ste 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 AUG -9 PM 2:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria Otero Vega

Participant's Address: HC. 02 Box 43662 Vega Baja P.R 00693

Participant's Email Address: mariotero959@gmail.com

Name of Counsel: Hermann D Bauer / USDC Num. 215205

Address of Counsel: O'NEILL & BORGES LLC 250 Muñoz Rivera Ave

Email Address of Counsel: Suite 800 San Juan P.R 00 918 - 1813

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 71571

Nature of Claim: _____

By: _Maria Otero Vega_
Signature

_Maria Otero Vega_
Print Name

_____
Title (if Participant is not an individual)

_agosto 5 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayra Otero Vega
HC 02 Box 43362
Vega Baja P.R 00693

RECEIVED & FILED
2021 AUG -9 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170359

SAN JUAN PR 009

6 AUG 2021 PM 2 L



To: United States District Court, Clerks
Office; 150 Ave Chardon Ste.
150, San Juan P.R 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY
CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES,
AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH THE
CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN OF
ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF THE
HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOSED
DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN OF
ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY BE
ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JULY 30,
2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. THIS IS
NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SHOULD
REVIEW THIS NOTICE.**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Pérez Vera_

Participant's Address: _1207 c/405 Repto. Metropolitano, San Juan, PR 00921-2634_

Participant's Email Address: _sypeve @ yahoo.com_

Name of Counsel: _O'neil & Borges L.L.C_

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800, San Juan PR 00918-1813_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157886_

Nature of Claim: _Employees Retirement System of the Government Commonwealth of Puerto Rico_

By: _Sylvia Perez Vera_ *
Signature

_Sylvia Pérez Vera_
Print Name

_n/a_
Title (if Participant is not an individual)

_07/Aug/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Pérez Vera
1207 C/40 SE
Repto. Metropolitano
San Juan, PR 00921-2634

CERTIFIED MAIL

7016 3560 0000 0340 2281



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 07, 21
AMOUNT

1000        00918        $5.00
R2305H130913-06

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Pérez Vera_

Participant's Address: _1207 C/40 SE Repto Metropolitano, San Juan PR 00921-2634_

Participant's Email Address: _sypeve @ yahoo. com_

Name of Counsel: _O'reill & Borges L.L.E._

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800 San Juan, PR 00918-1813_

Email Address of Counsel: _N/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177547_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Sylvia Pérez Vera_ ✱
Signature

_Sylvia Pérez Vera_
Print Name

_N/a_
Title (if Participant is not an individual)

_07 /Aug. / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Pérez Vera
1207 C/40 SE
Repto-Metropolitano
San Juan, PR 00921-2634




CERTIFIED MAIL

7016 3560 0000 0340 2281

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 07 21
AMOUNT
**$5.00**
R2305H130913-06

1000          00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ERIC LUIS MONTALVO PEREZ_

Participant's Address: _URB. CIBUCO CALLE 6 - 230 CoRozal P.R. 00783_

Participant's Email Address: _mbocacio39@yahoo-com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173870_

Nature of Claim: _Salary Claim (court of first instance San Juan P.R.)_
_civil Num. KPE 2007 - 4359 (803)_

By: _[signature]_
Signature

_ERIC MONTALVO PEREZ_
Print Name

_____
Title (if Participant is not an individual)

_august 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS 0. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                    Página 5
**Segunda Querella Enmendada**

*Original se*
*file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*junio 10, 2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                                      Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario por mérito sin evaluación alguna y otros no?

7.      La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.      Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v. Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.      El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a:  "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                   Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.     Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.     La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.     La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.     Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.     El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.     Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.     Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase <u>Malavé Serrano v. Oriental Bank</u>, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)                                                    Página 13
Segunda Querella Enmendada

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la Lcda. Patricia Silva Musalem, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



ERIC MONTALVO PEREZ
URG. CIBUCO Calle 6 C-30
Corozal P.R. 00783

RECEIVED
2021 AUG -9 PM 2: 1
CLERK'S OFFICE
U.S. DISTRICT COURT

7021 0350 0001 3443 8261

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
AUG 06 '21
AMOUNT
$6.65
R2304E107370-08