August 1st, 2021

Commonwealth of Puerto Rico
c/o Prime Clerk, LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

Case No. 177547/157886
Claimant: Sylvia Pérez Vera



Due to the change of the Law of Retirement to Public Employees of Puerto Rico my plans and future projections are seriously affected. The law on public employees changed in 2013, where benefits to which we were entitled and for which a contractual commitment was signed by both parties was adulterated. The old public employees' law of 1952 established that employees would receive 75% of the salary earned. In addition to that, there were benefits for the medical plan, Christmas bonus, etc. Today the public employee's pensions vary between 30% and 40% of salary depending on certain factors such as age and or years of service. This cut in the percentage and benefits offered to public employees directly affects my financial solvency and emotional health. After 30 years of service to the Government of PR were my most productive years what awaits me is an uncertain future, both financially and emotionally. Not having enough income to face an increasingly high cost of living ensures a gloomy and uncertain outlook.

If you need any other information or evidence, just feel free and contact me,

ATT.,

*Sylvia Pérez Vera* *

Sylvia Pérez Vera
787-502-1104
EMAIL: sypeve@yahoo.com

REFERENCE:

| Claim | Date filed | Debtor | Creditor |
|---|---|---|---|
| 177547 | 10/20/2020 | Perez Vera, Sylvia | Commonwealth of Puerto Rico |
| 157886 | 07/06/2018 | Perez Vera, Sylvia | Employees Retirement System of the Government Commonwealth of Puerto Rico |

**Note:**

**The next pages will sustain this letter with financial data and other pertinent information related to my claim petition.**

TABLE 1

**Chronological events since 1952**

| LAWS REFERENCE | % OF LAST SALARY | SERVICE YRS | SYLVIA PEREZ SALARY | EXPECTED RETIREMENT ANNUITY |
|---|---|---|---|---|
| ORIGINAL LAW # 447 | 75% | 30 YRS | $3,100 | $ 2,325.00 |
| PROPOSAL LAW (#80) 2020 | 65% | 30 YRS | $3,100 | $ 2,015.00 |
| PROPOSAL LAW KNOWN AS DIGNIFIED RETIREMENT | 50% | 30 YRS | $3,100 | $ 1,550.00 |
| ACTUAL LAW AUG 1ST, 2021 | 30% | 30 YRS | $3,100 | $ 930.00 |
| FLUCTUATES BETWEEN | 38% | 30 YRS | $3,100 | $ 1,178.00 |

# JULY Projected
# 2021

MONTHLY FAMILY BUDGET

| Cash Flow | Projected | Actual | Variance |
|---|---|---|---|
| Total Income | $4,500 | $4,500 | $0 |
| Total Expenses | $4,062 | $4,062 | $0 |
| **Total Cash** | $438 | $438 | $0 |

| Jul-21 INCOMES | Projected | Actual | Variance |
|---|---|---|---|
| Income 1 | $3,100 | $3,100 | $0 |
| Income 2 | $1,400 | $1,400 | $0 |
| Other Income | $0 | $0 | $0 |
| **Total Income** | **$4,500** | **$4,500** | **$0** |

| Jul-21 EXPENSES | Projected | Actual | Variance |
|---|---|---|---|
| Housing | $880 | $880 | $0 |
| Groceries | $500 | $500 | $0 |
| Telephone | $93 | $93 | $0 |
| Electric / Gas | $150 | $150 | $0 |
| Water / Sewer / Trash | $54 | $54 | $0 |
| Cable TV | $83 | $83 | $0 |
| Internet | $52 | $52 | $0 |
| Maintenance / Repairs | $200 | $200 | $0 |
| Childcare | $0 | $0 | $0 |
| Tuition | $0 | $0 | $0 |
| Pets | $30 | $30 | $0 |
| Transportation | $460 | $460 | $0 |
| Personal Care | $75 | $75 | $0 |

| | | | |
|---|---:|---:|---:|
| Insurance | $75 | $75 | $0 |
| Credit Cards | $200 | $200 | $0 |
| Loans | $0 | $0 | $0 |
| Taxes | $60 | $60 | $0 |
| Gifts / Charity | $150 | $150 | $0 |
| Savings | $700 | $700 | $0 |
| Other | $300 | $300 | $0 |
| **Total Expenses** | **$4,062** | **$4,062** | **$0** |

# JULY Projected

# 2022

*Monthly Family Budget*



| Cash Flow | Projected | Actual | Variance |
|---|---|---|---|
| Total Income | $2,578 | $4,500 | $1,922 |
| Total Expenses | $4,062 | $4,062 | $0 |
| **Total Cash** | **-$1,484** | **$438** | **$1,922** |

| Jul-21 ACTUAL Jul-22 Projected | Projected | Actual | Variance |
|---|---|---|---|
| RETIREMENT ANNUITY 38% | $1,178 | $3,100 | $1,922 |
| SOCIAL SECURITY | $1,400 | $1,400 | $0 |
| Other Income | $0 | $0 | $0 |

| | | | |
|---|---:|---:|---:|
| **Total Income** | $2,578 | $4,500 | $1,922 |
| **Jul-22** | **Projected** | **Actual** | **Variance** |
| Housing | $880 | $880 | $0 |
| Groceries | $500 | $500 | $0 |
| Telephone | $93 | $93 | $0 |
| Electric / Gas | $150 | $150 | $0 |
| Water / Sewer / Trash | $54 | $54 | $0 |
| Cable TV | $83 | $83 | $0 |
| Internet | $52 | $52 | $0 |
| Maintenance / Repairs | $200 | $200 | $0 |
| Childcare | $0 | $0 | $0 |
| Tuition | $0 | $0 | $0 |
| Pets | $30 | $30 | $0 |
| Transportation | $460 | $460 | $0 |
| Personal Care | $75 | $75 | $0 |
| Insurance | $75 | $75 | $0 |
| Credit Cards | $200 | $200 | $0 |
| Loans | $0 | $0 | $0 |
| Taxes | $60 | $60 | $0 |
| Gifts / Charity | $150 | $150 | $0 |

| | | | |
|---|---|---|---|
| Savings | $700 | $700 | $0 |
| Other | $300 | $300 | $0 |
| **Total Expenses** | **$4,062** | **$4,062** | **$0** |

**REFERENCE:**

**PROJECTED INFLATION 2021-2023**

THEY FORECAST THE ANNUAL RISE TO RECEDE TO **SLIGHTLY LESS THAN 2.3% A YEAR IN** 2022 AND 2023. THAT WOULD MEAN AN AVERAGE ANNUAL INCREASE OF 2.58% FROM 2021 THROUGH 2023, PUTTING INFLATION AT LEVELS LAST SEEN IN 1993. "WE'RE IN A TRANSITIONAL PHASE RIGHT NOW," SAID JOEL NAROFF, CHIEF ECONOMIST AT NAROFF ECONOMICS LLC.JUL 11, 2021

**CONCLUSION:**

**My expenses will surpass my expected Retirement Pension Annuity and Social Security incomes by far at an age of 73 years old. Factors like inflation, high cost of living and others not prevision ones will affect my quality of life in all aspects.**

Sylvia Pérez Ve[...]
1207 c/40 SE
Repto. Metropolitano
San Juan, PR 00921-2634





United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767