3 de agosto de 2021
Tribunal Distrito EU.
Room 150 Federal Building
San Juan, P.R. 00918

Honorable tribunal:

Reciban un saludo cordial. Por este medio quiero ofrecerles algunos detalles importantes del trabajo que realicé en el Departamento de Educación de PR. por el cual solicité ser parte del caso 17-03283 donde expresé que siendo maestra de nivel elemental la entonces gobernadora Hon. Sila M. Calderón firmó la Ley 96 del 1 de julio de 2002 donde establecía que a los empleados públicos se les aplicaría un aumento de 100.00 mensuales a su sueldo.

En el documento que me enviaron el año pasado me informaban que no tenían evidencia de mi trabajo. Por motivos de la Pandemia Covid-19 me vi imposibilitada de enviar dicha evidencia por ellos no estar atendiendo público en dicha agencia.

En el día de hoy recibí la evidencia solicitada y por esta razón les hago llegar la misma.

También quiero aclarar que no sabía contabilizar el dinero adeudado por lo que solicito respetuosamente se verifique la cantidad porque aunque solicité 3,000.00 me percaté que si eran 100.00 mensuales me estarían adeudando 10,000.00 aproximadamente.

II

Mi número de reclamación es 138453. Después de trabajar de maestra, directora escolar y ayudante especial desde 1989 hasta el 1 de agosto de 2018 me acogí al retiro. Trabajé 30 años, 2 meses, 3 semanas y 4 días en el Departamento de Educación.

De necesitar información adicional, favor de comunicarse con esta servidora.

Cordialmente,
Lourdes M. Heyliger Valentín
(787) 608-0085
P.O. Box 474
Barceloneta, P.R. 00617

Enviado desde Yahoo Mail para Android



**DEPARTAMENTO DE EDUCACION**
Estado Libre Asociado de Puerto Rico
Secretaria Auxiliar de Recursos Humanos

2 de agosto de 2021

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | | LOURDES M HEYLIGER VALENTIN |
| | Seguro Social | -0206 |
| | Categoria | SUPERINTENDENTE AUX DE ESCUELAS I |
| | Distrito Escolar | VEGA ALTA |
| | Sueldo Mensual | $3,795.00 |
| | Status | PERMANENTE |
| Observaciones | | |
| | Trabaja | N/A |
| | Cesó | N/A |
| | Renuncio | Efectivo el 1 de agosto de 2018 |
| | Otros | Ha prestado servicios para el Departamento de Educacion del Gobierno de Puerto Rico por un periodo de (30) años (2) meses (2) semanas y (4) dias. |

Candida R. Chico Ibañez
Supervisora
Archivo Docente

Lourdes [illegible]
P.O. Box 474
Barceloneta, P.R.
00617

U.S. POSTAGE PAID
FCM LETTER
FREDONIA, NY
14063
AUG 03, 21
AMOUNT
$4.15
R2305K139828-07

Tribunal Distrito EU
Room 150 Federal Building
Carlos Chardon Ave.
San Juan, PR 00918

2021 AUG -9 PM 2:46
RECEIVED & FILED

CERTIFIED MAIL
7020 3160 0001 5466 3415