UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

               Debtors.

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

**[Response to Docket #17431 and #17640]**

**AMENDED NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATING TO CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT - FILED BY PETER C. HEIN**

      Peter C. Hein hereby submits this Amended Notice of Intent to Participate in Discovery relating to Confirmation of Commonwealth Plan of Adjustment, filed pursuant to Court's Orders in Docket #17431 and #17640. I did receive by mail the Notice directed in #17431, received on July 28, 2021 and July 31, 2021. As of this writing, I have not yet received the Notice directed in #17640.

      A copy of a completed version of the physical form, provided to me in the notice to bondholders directed in #17431, and then mailed to the Court's Clerk's office, is attached as Exhibit A. The Exhibit A information is re-typed below in this Amended Notice of Intent to Participate in Discovery:

      1.    Participant's contact information including email address:

Participant's Name:      Peter C. Hein

Participant's Address:      101 Central Park West, 14E, New York, NY 10023

2

Participant's Email Address: Petercheinsr@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 10696 and 174229

Nature of Claim: GO and PBA bonds – see claims for full particulars of claims

August 10, 2021

.

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein
101 Central Park West, Apt. 14E
New York, NY 10023
917-539-8487
petercheinsr@gmail.com

## Certificate of Service

I, Peter C. Hein, certify that I have caused the foregoing "Amended Notice of Intent to Participate in Discovery relating to Confirmation of Commonwealth Plan of Adjustment – filed by Peter C. Hein" to be served via the Court's CM/ECF system.

Dated: August 10, 2021

                                             /s/ Peter C. Hein
                                             Peter C. Hein

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                             Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

        The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:17735 Filed:08/10/21 Entered:08/10/21 21:23:56 Desc: Main
Document Page 62 of 260

Case:17-03283-LTS Doc#:17435-1 Filed:08/10/21 Entered:08/10/21 16:23:45 Desc:
Pro se Notices of Participation Page 6 Page 6 of 260

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: __PETER C HEIN__

Participant's Address: __101 CENTRAL PARK WEST 14E__ {New York, New York 10023}

Participant's Email Address: __PeterCHeinSr@gmail.com__

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: __10696 and 174229__

Nature of Claim: __GO and PBA bonds - see claims for full particulars of claim__

By: __[signature]__
Signature

Print Name: __PETER C HEIN__

Title (if Participant is not an individual): _____

Date: __8/2/2021__

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.