# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

PLEASE TAKE NOTICE that National Public Finance Guarantee Corporation ("National"), through its undersigned counsel whose contact information appears below, intends to participate in discovery in connection with the confirmation of the Debtors' proposed Plan. National respectfully submits this Notice of Intent to Participate in Discovery pursuant to the Court's Orders dated July 20, 2021 (ECF No. 17431) and August 2, 2021 (ECF No. 17640).

National has asserted the following proofs of claim against the Commonwealth and PBA: 21819, 22193, 22619, 22657, 23454, 23905, 24545, 24914, 26446, 27883, 30114, 39342, 43037, and 174016.[2] The proofs of claim assert a variety of claims arising out of National's insurance policies. National is a signatory to the Plan Support Agreement and therefore supports the Debtors' proposed Plan.

Dated: August 10, 2021
New York, New York

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ *Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> (USDC-PR No. 206314) <br> Email: epo@amgprlaw.com <br><br> By: /s/ *Luis A. Oliver-Fraticelli* <br> Luis A. Oliver-Fraticelli <br> (USDC-PR No. 209204) <br> Email: loliver@amgprlaw.com <br><br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Telephone: (787) 756-9000 <br> Facsimile: (787) 756-9010 <br><br> *Attorneys for National Public Finance Guarantee Corp.* | By: /s/ *Robert S. Berezin* <br> Jonathan D. Polkes (admitted *pro hac vice*) <br> Gregory Silbert (admitted *pro hac vice*) <br> Robert S. Berezin (admitted *pro hac vice*) <br> Kelly DiBlasi (admitted *pro hac vice*) <br> Gabriel A. Morgan (admitted *pro hac vice*) <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com <br><br> *Attorneys for National Public Finance Guarantee Corp.* |

---

[2] National also has pending asserted proofs of claim against PREPA and HTA, including Claim Nos. 22078, 23396, 23459, and 24041.

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

   At San Juan, Puerto Rico, August 10, 2021.

                 By: <u>/s/ *Eric Pérez-Ochoa*  </u>
                    Eric Pérez-Ochoa