# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, the "Assured Entities") hereby submit this notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (ECF. No 17627), as may be amended,[2] (the "Plan") in compliance with the *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 17640) and respectfully state as follows:

1. The Assured Entities advise that they intend to participate in discovery in connection with confirmation of the Plan.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

2. The contact information of the Assured Entities and their counsel is as follows:

For the Assured Entities:

> Terence Workman
> Assured Guaranty Corp/Assured Guaranty Municipal Corp.
> 1633 Broadway
> New York, NY 10019
> TWorkman@agldt.com

For the Assured Entities' counsel:

> Howard R. Hawkins, Jr.
> Mark C. Ellenberg
> William J. Natbony
> Thomas J. Curtin
> Casey J. Servais
> **CADWALADER, WICKERSHAM & TAFT LLP**
> 200 Liberty Street
> New York, NY 10281
> howard.hawkins@cwt.com
> mark.ellenberg@cwt.com
> bill.natbony@cwt.com
> thomas.curtin@cwt.com
> casey.servais@cwt.com
>
> and
>
> Heriberto Burgos Pérez
> Ricardo F. Casellas-Sánchez
> Diana Pérez-Seda
> **CASELLAS ALCOVER & BURGOS P.S.C.**
> P.O. Box 364924
> San Juan, PR 00936-4924
> hburgos@cabprlaw.com
> rcasellas@cabprlaw.com
> dperez@cabprlaw.com

3. The number and nature of the Assured Entities' claims are as follows:

| | |
|---|---|
| Claim Numbers: | (i) Proof of Claim Nos. 27427, 33081, 57622, 174297 and 174210 as set forth in the Debtors' claims register.  Bonds insured or beneficially owned by the Assured Entities are also encompassed by the Proof of Claim Nos. 88601, 13351 and 62833 filed by Banco Popular de Puerto Rico in its capacity as general obligation ("GO") Bond registrar and U.S. Bank Trust National Association and U.S. Bank National Association, in their capacity as Fiscal Agents for certain Puerto Rico Building Authority ("PBA") Bonds.  The Assured Entities reserve the right to amend, supplement or otherwise modify the list of claims set forth herein. |
| Nature of Claims: | The Assured Entities are insurers of GO bonds issued by the Debtor.  The Assured Entities also issued insurance policies that guarantee payments on bonds issued by PBA and guaranteed by the Debtor.  To the extent specified in the proofs of claim referenced herein, the Assured Entities additionally insure revenue bonds issued by the Puerto Rico Highways and Transportation Authority ("PRHTA"), the Puerto Rico Convention Center District Authority ("PRCCDA"), and the Puerto Rico Infrastructure Financing Authority ("PRIFA"). |

**WHEREFORE**, the Assured Entities respectfully request that the Court take notice of the foregoing.

[*Remainder of Page Intentionally Omitted*]

Dated: August 10, 2021
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br>     Heriberto Burgos Pérez <br>     USDC-PR No. 204,809 <br>     Ricardo F. Casellas-Sánchez <br>     USDC-PR No. 203,114 <br>     Diana Pérez-Seda <br>     USDC–PR No. 232,014 <br>     P.O. Box 364924 <br>     San Juan, PR 00936-4924 <br>     Tel.: (787) 756-1400 <br>     Fax: (787) 756-1401 <br>     E-mail: hburgos@cabprlaw.com <br>              rcasellas@cabprlaw.com <br>              dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br>     Howard R. Hawkins, Jr.* <br>     Mark C. Ellenberg* <br>     William J. Natbony* <br>     Thomas J. Curtin* <br>     Casey J. Servais* <br>     200 Liberty Street <br>     New York, New York 10281 <br>     Tel.: (212) 504-6000 <br>     Fax: (212) 406-6666 <br>     Email: howard.hawkins@cwt.com <br>              mark.ellenberg@cwt.com <br>              bill.natbony@cwt.com <br>              thomas.curtin@cwt.com <br>              casey.servais@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-5-

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 10th day of August, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice