## EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Fifteenth Omnibus Objection**

Three Hundred and Fifteenth Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ESPARRA MULERO, MYRA ESTANCIAS DE METROPOLIS 500 AVE A APT514 CAROLINA, PR 00987 | 1063 | Commonwealth of Puerto Rico | Unsecured | $51,289.29* | Commonwealth of Puerto Rico | Unsecured | $51,150.29* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $139.00 |
| | | | | | | Subtotal | | $51,289.29* |

Reason: Claimant purports to assert to claim a $139 PREPA deposit, Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | LOPEZ ALVARADO, RAMON 10 CALLE RUFINA GUAYANILLA, PR00656 | 105622 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | LOPEZ ALVARADO, RAMON 10 CALLE RUFINA GUAYANILLA, PR00656 | 106956 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | TOTAL | $ 51,289.29* | TOTAL | | $ 51,289.29* |
|---|---|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts