# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Seventeenth Omnibus Objection**

## Three Hundred and Seventeenth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | APONTE NAVEDO, DONATO<br>1364 EAGLE CREEK BLVD APT 205<br>SHAKOPEE, MN 55379-2969 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25985 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTRO BADILLO, MYRKA L<br>URBANIZACION MONTE CLARO<br>PASEO DEL VALLE MO26<br>BAYAMON, PR 00961 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27048 | $ 1,306.00* |

Reason: Proof of Claim asserts liability on the basis of 2015 and 2016 tax refunds/returns. The records of the Department of Treasury show such refunds/returns have been fully satisfied, via direct deposits on 9/6/2016 and 5/5/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CORTEZ DIAZ, MARIAM<br>HC 06 BOX 10140<br>GUAYNABO, PR 00971 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32496 | $ 700.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19267509 on 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DE JESUS MORALES, ANGEL<br>LCDO JOSE A FELICIANO<br>URB SANTIAGO IGLESIAS<br>1416 AVE PAZ GRANELA<br>SAN JUAN, PR 00921 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41944 | $ 231,113.84 |

Reason: Proof of Claim and supporting documentation asserts liabilities arising from an allegedly unpaid judgment in favor of claimant. The Commonwealth's records reflect the judgment was paid in full pursuant to an established payment plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DIAZ COSME, JOCELYN<br>HHC 3 BOX 9431<br>GURABO, PR 00778 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29242 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19271201 on 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | DIAZ RAMIREZ, LUIS<br>RR 1 BOX 15057<br>MANATI, PR 00674 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22079 | $ 1,826.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19233321 on 6/9/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventeenth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FIDEICOMISO VANNESA BAYONET DIAZ<br>URB TORREMOLINOS<br>H14 CALLE E<br>GUAYNABO, PR 00969-3728 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21896 | $ 355.00 |

Reason: Proof of Claim asserts liability on the basis of 2014 and 2016 tax refunds/returns. The records of the Department of Treasury show such refunds/returns has been fully satisfied pursuant to Check No. 90149946 on 3/11/2019 for 2014 and Check No. 90148372 on 1/22/2019 for 2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FIRSTBANK PUERTO RICO<br>MOORE AND VAN ALLEN PLLC<br>C/O ZACHARY H SMITH<br>100 NORTH TRYON ST. SUITE4700<br>CHAROLETTE, NC 28202 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25387 | $ 6,853,636.90* |

Reason: Proof of Claim and supporting documentation asserts liabilities arising from a term loan agreement between the Government Ethics Office and claimant.  The Commonwealth's records reflect the loan with claimant was fully satisfied on December 7, 2018, and at present, the Commonwealth has no outstanding liability to claimant.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GONZALEZ MARTINEZ, REINALDO<br>276 CALLE JILGUERO MONTEHIEDRA<br>SAN JUAN, PR 00926 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22999 | $ 26,586.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19682815 on 11/14/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ VILLANUEVA, CARLOS<br>RR 3 BOX 9923<br>TOA ALTA, PR00953 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21641 | $ 2,300.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | HERNANDEZ GIERBOLINI, ALBERTO<br>PARQUE MEDITERRANEO J 2 FLORENCIA<br>GUAYNABO, PR 00966 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21925 | $ 2,043.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19298955 on 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | IRIZARRY COLON, JANNICEL<br>COND ACQUALINA<br>186 CARR 2 APT 404<br>GUAYNABO, PR 00966 | 6/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23804 | $ 3,593.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 7/11/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | JIMENEZ FERNANDINI, ANA<br>URB VISTAS DE MONTE SOL<br>106 CALLE SATURNO<br>YAUCO, PR 00698 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25123 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 6/1/2017.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventeenth Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | LACOMBA GONZALEZ, RAFAEL<br>URB SANTA ROSA<br>34-27 CALLE 26<br>BAYAMON, PR 00957 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23729 | $ 1,500.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19298031 on 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | LOPEZ AVILES, HECTOR M.<br>HC 43 BOX 11888<br>CAYEY, PR 00736-9202 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26565 | $ 650.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MARTI LUGO, LUIS<br>HC 7 BOX 32047<br>HATILLO, PR 00659 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14903 | $ 1,022.00 |

Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show 2015 tax refund was applied to prior tax debt for the year of 2013 for $672.49 and 2014 for $101.25. The creditor received remaining 2015 refund balance of $248.26 pursuant to Check No. 18883228 on 8/20/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | MENDEZ RIVERA, FRANCISCO J<br>URB SAN FRANCISCO<br>1704 CALLE CRISANTEMO<br>SAN JUAN, PR 00927-6332 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26032 | $ 1,320.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 5/31/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | MIRANDA RODRIGUEZ, JAVIER A<br>ESTANCIAS DE LA FUENTE<br>10 CALLE PRADERA<br>TOA ALTA, PR 00953 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19710 | $ 392.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19880120 on 4/25/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | MONTANES VAZQUEZ, MIGUEL<br>HC 6 BOX 10130<br>YABUCOA, PR 00767 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28374 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19252811 on 7/9/2017

## Three Hundred and Seventeenth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | OMEGA ENGINEERING, LLC<br>OSCAR I. RIVERA<br>PO BOX 331180<br>MIAMI, FL 33233 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35979 | $ 7,020,682.11 |

Reason: Proof of Claim asserts liability on the basis of Contract No. 2002-142-14. The records of the Department of General Services show such liability has been fully satisfied, pursuant to agreement dated September 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | ORTIZ MENENDEZ, HECTOR<br>PO BOX 135<br>CASTANER, PR 00631 | 6/4/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38595 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19283925 on 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | PEREZ GONZALES, VANESSA<br>CARIBE GARDENS<br>CALLE ORQUIDEA I 12<br>CAGUAS, PR 00725 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3021 | $ 1,781.22 |

Reason: Proof of Claim asserts liability on the basis of 2013 and 2014 tax refunds/returns. The records of the Department of Treasury show such refunds/returns has been fully satisfied pursuant to Check No. 19629415 on 8/9/2020 and Check No. 90143015 on 8/17/2020.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | PORTALATIN IRIZARRY, MIGUEL<br>PO BOX 403<br>ANGELES, PR 00611 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19167 | $ 1,145.00 |

Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90150739 on 3/29/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RIOS VAN DE LINDEN, TANIA<br>420 SAGRADO LOFTS<br>CALLE SAN ANTONIO APTO 201<br>SAN JUAN, PR 00915 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24373 | $ 1,320.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 5/31/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RIVERA CANDELARIO, ERIC<br>HC2 BOX 47053<br>ARECIBO, PR 00612 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23969 | $ 1,862.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit on 7/13/2017.

Three Hundred and Seventeenth Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | RIVERA LOPEZ, MARIA VICTORIA<br>X-47 CALLE SAN ALFONSO<br>URB MARIOLGA<br>CAGUAS, PR 00725 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18352 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refunds/returns. The records of the Department of Treasury show such refunds/returns have been fully satisfied, via direct deposits on 7/11/2016, 4/20/2017, 4/11/2018, and on 3/29/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | ROSADO ARISTUD, ALEX<br>URB SENDEROS DE JUNCOS<br>20 CALLE MANDARINA<br>JUNCOS, PR 00777 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31543 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19254979 on 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | RUIZ BERRIOS, CARLOS<br>HC 12 BOX 7265<br>HUMACAO, PR 00791 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26195 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19259747 on 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | VAZQUEZ, ANTONIO<br>RR 2 BOX 7111<br>GUAYAMA, PR00784 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6955 | $ 3,672.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19231478 on 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | VILLANUEVA ROMAN, IVONNE<br>VICTOR ROJAS 2<br>125 CALLE I<br>ARECIBO, PR 00612 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18738 | $ 1,615.00 |

Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90138700 on 5/16/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | XAVIER ZEQUEIRA, INC<br>P.O. BOX 190191<br>SAN JUAN, PR 00919-0191 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8954 | $ 662,166.71 |

Reason: The records of Oficina de Administracion y Transformacion de los Recursos Humanos del Gobierno de PR show such invoice has been fully satisfied, pursuant to Check Nos. 00217157, 00217158, 00184797, and 00322807 dated 06/15/2018, 06/15/2018, 12/21/2017, and 06/30/2020.

| | | | | | TOTAL | $ 14,822,587.78* |

\* Indicates claim contains unliquidated and/or undetermined amounts