Case:17-03283-LTS Doc#:17755-1 Filed:08/11/21 Entered:08/11/21 09:57:01 Desc:
Exhibit A - Schedule of Claims Subject to the Three Hundred Twenty-Second Omnibu Page 1 of 2

# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Twenty-Second Omnibus Objection**

Three Hundred and Twenty-Second Omnibus Objection
Exhibit A - Deficient Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BUSO TORRES, JOSE J.<br>PO BOX 492<br>HUMACAO, PR 00792 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35364 | $ 73,502.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bonds issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation that identifies the bonds purportedly held or asserts a claim against the Debtors. Further, claimant did not respond to a follow up Mailing requesting additional information. Accordingly, the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | SECOLA, ANTONIO<br>CHURCH HILL J-4<br>TORRIMAR<br>GUAYNABO, PR 00966 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21506 | $ 200,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with bonds issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation that identifies the bonds purportedly held or asserts a claim against the Debtors. Further, claimant did not respond to a follow up Mailing requesting additional information. Accordingly, the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 273,502.00 |