UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**FINANCIAL GUARANTY INSURANCE COMPANY'S
NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

60535605.v1

PLEASE TAKE NOTICE that Financial Guaranty Insurance Company ("FGIC"), through its undersigned counsel whose contact information appears below, intends to participate in discovery in connection with the confirmation of the Debtors' proposed Plan. FGIC respectfully submits this Notice of Intent to Participate in Discovery pursuant to the Court's Orders dated July 20, 2021 (ECF No. 17431) and August 2, 2021 (ECF No. 17640).

FGIC has asserted the following proofs of claim in the respective title III cases: 101243 and 120416 (Commonwealth); 109975 (HTA); 174406, 174407, 174409 and 174671 (PBA). FGIC's address on its proofs of claims is 463 Seventh Avenue, New York, NY 10018. The proofs of claim assert a variety of claims arising out of FGIC's insurance policies. FGIC is a signatory to certain plan support agreements and therefore supports the Debtors' proposed Plan.

Dated: August 11, 2021

| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
|---|---|
| By: */s/ María E. Picó* <br> María E. Picó <br> (USDC-PR No. 123214) <br> 802 Ave. Fernández Juncos <br> San Juan, PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> Email: mpico@rexachpico.com <br><br> *Attorneys for Financial Guaranty Insurance Company* | By: */s/ Martin A. Sosland* <br> Martin A. Sosland (admitted *pro hac vice*) <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, TX 75219 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br><br> James E. Bailey III (admitted *pro hac vice*) <br> Adam M. Langley (admitted *pro hac vice*) <br> 6075 Poplar Ave., Suite 500 <br> Memphis, TN 38119 <br> Telephone: (901) 680-7200 <br> Facsimile: (901) 680-7201 <br> Email: jeb.bailey@butlersnow.com <br> adam.langley@butlersnow.com <br><br> *Attorneys for Financial Guaranty Insurance Company* |

60535605.v1

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, August 11, 2021.

By: /s/ *María E. Picó*

60535605.v1