UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Aida E. Rodriguez Rey
2. Ana M. Haddock Rivera (2 notices)
3. Mildred Rivera Jusino
4. Efrain Ortiz Ortiz
5. Nancy Figueroa Torres
6. Ivette Rosa Rivera
7. Socorro Hernandez Torres
8. Rosabel Avenaut Levante
9. Eduardo J. Diaz Pagan
10. Francisco Delerme Franco
11. Maria A. Amalbert Millan (5 notices)
12. Juan Ayala Santiago
13. Alba E. Ramos Ostolaza
14. Cristina de Jesus Santiago
15. Ruth D. Gomez Perez (3 notices)
16. Fidelina del Valle Tirado
17. Janette Crespo Ocasio
18. William Pellot
19. Luz A. Zayas Cintron
20. Ada Zayas Cintron
21. Awilda Ortiz Villodas
22. Maria T. Ponce Maldonado
23. Belen Kercado

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

24. Anthony Quiñones

25. Pablo Rodriguez Rios

26. Maria Vargas

27. Mani Ayyar

28. Pascuala Y. Cabreros

29. Hector M. Villalongo Ortiz

30. Carlos A. Marin Rios

31. Israel Rivera Garcia

32. Ana Garcia Rodriguez (2 notices)

33. Yadira E. Nieves Sifre

34. Gloria N. Morales Figueroa

35. Wilfredo Garcia Torres

36. Emerito Burgos Trujillo

37. Luis M. Fraguada Abril

38. Luz E. Berrios Berrios

39. Evelyn Martino

40. Jose Miguel Rodriguez Melendez

41. Ramon Rivera Torres

42. Tomas Acevedo Rodriguez

43. Lydia E. Perez Claudio

44. Jose Enrique Morales Rodriguez

45. Angel L. Torres Rosa

46. Gloria E. Rivera Marquez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

    47. Natividad Calderon Marrero

    48. Maria Elsa Ramos Ramos

    49. Brunilda Hernandez Rivera

    50. Linda Methal

Dated: August 11, 2021