Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida E. Rodriguez Rey_

Participant's Address: _P.O. Box 9264 Bayamón, P.R. 00960 - 9264_

Participant's Email Address: _arey153 @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102616_

Nature of Claim: _Public Employee Claims_

By: _Aida E. Rodríguez Rey_
Signature

_Aida Esther Rodríguez Rey_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida E. Rodriguez Rey
P.O. Box 9264
Bayamón, P.R. 00960-9264

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11:22

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR

9 AUG 2021  PM 2

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Ana W. Haddock Rivera_

Participant's Address:   _Urb. La Hacienda Street 42 AA-31_
_Guaynabo PR 00784_

Participant's Email Address:   _haddockana@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _172484 / 172522_

Nature of Claim:   _Public Employee Pension Retiree Claim_

By:   _Ana M. Haddock Rivera_
Signature

_Ana M. Haddock Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana. M. Aldorik Reuven
web de Hacienda C4D AT 31
Guay sma. P.R OO3SY

Cali. US 17 316 3283-LTS

00918-170625

RECEIVED & FILED
2021 AUG 10  PM 2: 56
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

United State District Court's
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918- 1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Haddock Rivera_

Participant's Address: _URB La Hacienda Street 42 #AT31_
_Guayama, PR 00784_

Participant's Email Address: _Haddock ana @gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172484 / 172522_

Nature of Claim: _Public Employee Pension Retiree Claim_

By: _Ana Haddock Rivera_
Signature

_Ana Haddock Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana W. Rodriguez Ruiz
Urb. Las Haciendas C/2 AT 31
Canovanas PR 00284

RECEIVED & FILED
2021 AUG 10 PM 2: 53
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

Case No: 17 B/K 32083-170750

SAN JUAN, PR., 009
9 AUG 2021 PM 2  L

United States, District Courts
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MILDRED RIVERA JUSINO_

Participant's Address: _URB. LAS VEGAS, D-31 AVE. FLOR DEL VALLE_
_CATAÑO, PR 00962-6505_

Participant's Email Address: _ARCOIRIS 24 @ YAHOO. COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155678_

Nature of Claim: _EMPLOYEES RETIREMENT SYSTEM_

By: _[signature]_
Signature

_MILDRED RIVERA JUSINO_
Print Name

_____
Title (if Participant is not an individual)

_8 - AUGUST - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MILDRED RIVERA
URB LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR 00962-6505

RECEIVED & ...
2021 AUG 10 PM 2:56

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ortiz Ortiz Efrain_

Participant's Address: _P.O. Box 793- Comerio, P.R. 00782_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104404_

Nature of Claim: _Litigation Claims_

By: _[signature]_
Signature

_Efrain Ortiz Ortiz_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Mr. Efrain Ortiz Ortiz
P.O. Box 793
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG 10  PM 2: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

SAN JUAN PR  009
9 AUG 2021  PM 2  L

To: Court's Clerk's office
United States District Court
Clerk's Office –
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy   Figueroa   Torres_

Participant's Address: _Villa del Carmen Somaiu 940 Ponce 00718_

Participant's Email Address: _nancy.figueroa.torres 2 gmail.com_

Name of Counsel: _Departamento de Educacion_

Address of Counsel: _P.O. Box 190759 San Juan P.R._

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71149_

Nature of Claim: _____

By: _Nancy Figueroa Torres_
    Signature

_Nancy Figueroa Torres_
Print Name

_____
Title (if Participant is not an individual)

_8 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nancy F. Torres
Villa Del Carmen
940 Calle Samaria
Ponce, PR 00716-2127

9 AUG 2021 PM 2 L

SAN JUAN PR   OO9

Maine

00918-170625

United States District Court, Clerk
Office, 150 Ave. Carlos Chardón
Ste. 150 San Juan, PR 00 918-1767

SAN JUAN P
CLERK'S OFFIC
DISTRICT COU
2021 AUG 10   P 2:52
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Ivette Rosa Rivera_

Participant's Address:  _HC 2 Box 71105 Comerio, P.R. 00782_

Participant's Email Address:  _Netterosa61@gmail.com_

Name of Counsel:  _—_

Address of Counsel:  _—_

Email Address of Counsel:  _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _63876_

Nature of Claim:  _—_

By:  _Ivette Rosa Rivera_
Signature

_Ivette Rosa Rivera_
Print Name

_____
Title (if Participant is not an individual)

_09 Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivette Rosa Rivera
HC 2 Box 71105
Comerío, P.R. 00782

RECEIVED & FILED
2021 AUG 10  PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR   009

9 AUG 2021   PM 2   L

United States District Court
Clerk's Office, 150 Ave Carlos Chardón
Ste.150 San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Socorro Hernández Torres_

Participant's Address: _HC-02, Box 13537, Aguas Buenas, P.R. 00703_

Participant's Email Address: _tatahernández12@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82460_

Nature of Claim: _I claim $50,000 for "El Romerazo" Ley 89, Ley 96,
and acumulative contribution not received._

By: _Socorro Hernández Torres_
Signature

_Socorro Hernández Torres_
Print Name

_____
Title (if Participant is not an individual)

_8/6/21_
Date

RECEIVED & FILED
2021 AUG 10 PM 2:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Socorro Hernández Torres,
HC-02, Box 13537,
Aguas Buenas, Puerto Rico,
00703

RECEIVED & FILED
2021 AUG 10 PM 2:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



SAN JUAN PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosabel Avenaut Levante

Participant's Address: P O Box 8894 Ponce PR 00732

Participant's Email Address: Ucaquias @ yphoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 96050

Nature of Claim: Pension and salary increases but not paid

By: _Rosabel Avenaut Levante_
Signature

Rosabel Avenaut Levante
Print Name

_____
Title (if Participant is not an individual)

08/09/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosabel Avenaut Levante
P. O. Box 8894
Ponce PR 00732-8894

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

00918-176825

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 10 PM 2 53

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eduardo J. Díaz Pagán*

Participant's Address: *K-4 Calle 3 Turabo Gardens, Caguas RR 00727*

Participant's Email Address: *N/A*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK - 3283 LTS*

Nature of Claim: 

By: *(signature)*

Signature

*Eduardo J. Díaz Pagán*

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edward J. Diane Fisher
K-4 Calle 3
Jardto Gardens, Cabeza Pa.
00727

RECEIVED & FILED
2021 AUG 10, PM 2:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court Clerk's
Office 150 Ave Chardon STE 150
San Juan PR. 00 918-1767

SAN JUAN PR
9 AUG 2021 PM

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: FRANCISCO DELERME FRANCO

Participant's Address: G-C BOX 21936 UPR STATION S J P.R 00931

Participant's Email Address:

Name of Counsel: N/A

Address of Counsel: N/A,

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158111

Nature of Claim: PUBLIC EMPLOYEE PENSION RETIRE

By: _Francisco Delerme Franco_
Signature

FRANCISCO DELERME FRANCO
Print Name

NON
Title (if Participant is not an individual)

AGUST. 09, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



FRANCISCO DELGADO FRANCES
P.O BOX 21936 UPR STATION
SAN JUAN PR 00931

SAN JUAN PR 009

9 AUG 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN P.R. 00918-1767

00918-1706.25

HEALING PTSD
FIRST-CLASS USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Amalbert-Millán, Marra A._

Participant's Address: _Paseo Palma Real, 76 Calandria, Juncos P.R._
_00777-3125_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS (#8166)_

Nature of Claim: _Public Employees and Pensions Retiree_

By: _Marie A. Amalbert_
Signature

_Amalbert-Millán, Marra A._
Print Name

_Promese Tittle III_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María A. Amalbert-Millán
Paseo Palmer Peal
76 Colombia
Juncos, P.R. 00777-3125

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlo Chardon, Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
9 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amalbert-Millán, María A._

Participant's Address: _Paseo Palma Real, 76 Calandia Juncos, P.R. 00777-3125_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS #94753_

Nature of Claim: _Public Employee and Pension / Retiree Claim_

By: _María A. Amalbert_
Signature

_Amalbert-Millán, María A._
Print Name

_Promesa Tittle III_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A Amalhert-Millán
Paseo Palme Real
76 Calandria
Juncos, P.R. 00777-3125

United States District Court, Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00318270625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Maria A. Amalbert-Millan  P.R

Participant's Address: Paseo Palma Real, 76 Calandria, Juncos, 00777-312 5

Participant's Email Address: —

Name of Counsel: 

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK3283-LTS  # 94753

Nature of Claim: Maria A. Amalbert-Millan

By: _Maria A. Amalbert_
Signature

Maria A Amalbert-Millan
Print Name

Promesa III
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Amalbert
Pasen Palma Real
76 Calandria, Jumary P.R.
00777-3125

SAN JUAN PR   009
9 AUG 2021   PM 2   L

United State District Court, Clerks Office
150 Ave. Carlos Chardón, Ste 150
San Juan, P.R. 00918-1767

0091807b25

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amalbert-Millán, María A._

Participant's Address: _Paseo Palma Real, 76 Calandria, Juncos, PR. 00777-3125_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK-3283-LTS - #88726_

Nature of Claim: _Public Employee and Pensions Retire_

By: _Marie A. Amalbert_
Signature

_Amalbert-Millán, María A_
Print Name

_Promesa Tittle III_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Amabbet-Millan
Paseo Palma Real
76 Colandia
Jencos, P.R. 00777-3125

RECEIVED & FILED
2021 AUG 10 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009

9 AUG 2021 PM 2 L

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

0091 170825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amalbert-Millán, María A._

Participant's Address: _Paseo Palma Real, 76 Calandria, Juncos, P.R. 00777-3125_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS (88726)_

Nature of Claim: _Public Employee and Pension Retiree_

By: _María A. Amalbert_
Signature

_Amalbert-Millán, María A._
Print Name

_Promesa III Tittle_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amalbert-Millán, María A.
Paseo Palma Real
76 Calandria
Yuncos, P.R. 00777-3125

United States District of Court, Clerks Office
150 Ave. Chardón Ste 150
San Juan, P.R. 918-1767
00918-1706.25

SAN JUAN PR  009
9 AUG 2021  PM 2  L

RECEIVED & FILED
2021 AUG 10 PM 2: 32
SAN JUAN, P.R.
U.S. DISTRICT COURT



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Ayala Santiago_

Participant's Address: _HC #5 Box 5034_
_yabucoa p.r. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_

Nature of Claim: _____

By: _Antonia Ayala_
Signature

_xAntonia Ayala & Sanchez_
Print Name

_____
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonia Ayala Sánchez
Hc #5 Box 5024
Parcelas Marti.
Yabucoa PR. 00767

RECEIVED & FILED
2021 AUG 10 PM 2:32

00918-170625

Discovery Not.to The court's clerk's off.
United States District court. clerks off.
150 Ave. carlos Chardon Ste. 150
San Juan P.R. 00918-1767



SAN JUAN PR   009
9 AUG 2021   PM 2  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alba E. Ramos Ostolaza_

Participant's Address: _Estancias Vista Alegre #12868 Villalba, P.R._

Participant's Email Address: _albaelenaramos @gmail.com_

Name of Counsel: _N.A._

Address of Counsel: _N.A._

Email Address of Counsel: _N.A._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108604 - et. al._

Nature of Claim: _Unpaid wages by the gobernment of P.R._

By: _Alba E. Ramos Ostolaza_
Signature

_Alba E. Ramos Ostolaza_
Print Name

_____
Title (if Participant is not an individual)

_august 9 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba E. Ramos Ortolaza
Estancias Vista Alegre # 12868
Villalba, Puerto Rico 00766

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón,
San Juan, P.R. 00 918-1767

00918-176825

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER USA

U.S. DISTRICT COURT
SAN JUAN, P.R.
CLERK'S OFFICE
2021 AUG 20 PM 2: 32
RECEIVED & FILED

Ste. 150,

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cristina De Jesús Santiago_

Participant's Address: _HC 3 Box 16421 Coamo PR 0769-9761_

Participant's Email Address: _cristina197976@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _125784_

Nature of Claim: _Empleados Públicos_

By: _Cristina de Jesús Santiago_
Signature

_Cristina De Jesús Santiago_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Cristina De Jesús Santiago
HC 3 Box 16421
Coamo, P.R. 00769-9761

RECEIVED & FILED
2021 AUG 10 PM 2:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Discovery Notice to the Courts Clerk
Office at:
United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste: 150
San Juan, PR. 00918-1767

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___Ruth D Gomez Perez___

Participant's Address: ___237 Ave Lulio E Saavedra Blasco___

Participant's Email Address: ___rgp_00662@yahoo.com___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___174674___

Nature of Claim: ___Empleados Publicos y Pension/Jubilacion___

By: _____
Signature

Ruth D Gomez Perez
Print Name

_____
Title (if Participant is not an individual)

8/5/2021
Date

***Instructions for Filing Notice of Participation***: *If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.*



Ruth D Gómez Pérez
237 Ave Lulio E Saavedra Blasco
Isabela, P.R. 00662

00918-176525

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER / USA

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

SAN JUAN, PR.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 10 PM 2 32
RECEIVED & FILED

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, *if any*:

Participant's Name:     Ruth D Gomez Perez

Participant's Address:     237 Ave Lulio E Saavedra Blasco

Participant's Email Address:   rgp_00662@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:     174300

Nature of Claim:     Empleados Publicos y Pension/Jubilacion

By: *(signature)*

Signature

Ruth D Gomez Perez

Print Name

Title (if Participant is not an individual)

8/5/2021

Date

***Instructions for Filing Notice of Participation***: *If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.*

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE     VERSION JULY 20, 2021     9

Ruth D Gómez Pérez
237 Ave Lulio E Saavedra Blasco
Isabela, P.R. 00662

00918-170625

SAN JUAN PR 009

9 AUG 2021 PM 2

FOREVER / USA

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

SAN JUAN, P.R
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 10 PM 2:32

RECEIVED & FILED

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Ruth D Gomez Perez

Participant's Address:    237 Ave Lulio E Saavedra Blasco

Participant's Email Address:    rgp_00662@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:    98120

Nature of Claim:    Public Employee Claims

By: _____
Signature

Ruth D Gomez Perez
Print Name

_____
Title (if Participant is not an individual)

8/5/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: *United States District Court, Clerk's Office*, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth D Gómez Pérez
237 Ave Lulio E Saavedra Blasco
Isabela, P.R. 00662

SAN JUAN PR . 009

9 AUG 2021 PM 2 L

FOREVER USA

00918-170625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 10 PM 2 33

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Fidelina Del Valle Tirado_

Participant's Address: _Urb. Villa Ana Calle Roberto Mojica D9_
_Juncos P.R. 00 777-3016_

Participant's Email Address: _fidelinad3 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Fidelina Del Valle Tirado_
Signature

_Fidelina Del Valle Tirado_
Print Name

_____
Title (if Participant is not an individual)

_9 de agpto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fideline DeValle Tirado
Urb. Villa Ana
c/ Roberta Mejia
D-9 Juncos P.R 00777-3016

00918-1706.25

9 AUG 2021   PM 2 L

SAN JUAN PR   009

FOREVER / USA

United States District Court,
Clerk's Office, 150 Ave,
Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Janette Crespo Ocasio_

Participant's Address: _P.O. Box 1299, Cataño, P.R 00963_

Participant's Email Address: _Janetcrespo@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
      Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

This is my new
P.O. Box address

Thank you for the help.

Janet Cross-Osorio
P.O. Box 18719
Cataño, P.R. 00763

00918-170625

Court's Clerk Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

9 AUG 2021 PM 2 L

SAN JUAN PR 009


FOREVER USA

RECEIVED & FILED
2021 AUG 10 PM 2: 33
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Pellot_

Participant's Address: _PO BOX 193144 San Juan, PR 00919_

Participant's Email Address: _pellot.william@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49243_

Nature of Claim: _Pension/Retiree Claim_

By: _William Pellot_
Signature

_William Pellot_
Print Name

_8/9/2021_
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Pellot
PO Box 193144
San Juan, P.R. 00919-3144

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz A. Zayas Cintron_

Participant's Address: _81 Calle 3, Apt. 415, Guaynabo, P.R. 00966-1682_

Participant's Email Address: _—_

Name of Counsel: _N/A_

Address of Counsel: _"_

Email Address of Counsel: _"_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _—_

Nature of Claim: _Investment of $95 000 in employee retirement system bonds_

By: _Luz A. Zayas_
Signature

_Luz A. Zayas_
Print Name

_____
Title (if Participant is not an individual)

_August 8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz A. Zaya.
81 Calle 3, Apt. 915
Guaynabo, P.R. 00966-1682

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 10 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER
Drug Free USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada Zayas Cintron_

Participant's Address: _81 Calle3, Apt. 311, Guaynabo, P.R. 00966-1658 (1683)_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _____"_____

Email Address of Counsel: _____"_____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment of $95,000 in employee retirement system bonds_

By: _Ada Zayas_
    Signature

_Ada Zayas_
Print Name

_____
Title (if Participant is not an individual)

_8 - 9 - 2021_
Date month Date yr.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada Zayas Cintrón
81 Calle 3 Apt 311
Guaynabo, PR 00966-1683

00918-170625

SAN JUAN PR 009

9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



RECEIVED & FILED
2021 AUG 10 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Awilda Ortiz Villodas_

Participant's Address: _Jards. de Arroyo B-6 Callex Arroyo, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109736 — 165714_

Nature of Claim: _In the years 1977-2005 moneys (different sources) were identified and allocated by the government to do solem justice to teachers from the Dept. of Education_

By: _Awilda Ortiz Villodas_    _of P.R. Commonwealth. Three governor's_
Signature                                            _passed by and neither however the_
                                                          _payment._

_Awilda Ortiz Villodas_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurdea Ortiz Saldana
Parc. de aldrege
B-6 calle X
Arroyo, P.R. 00714-2119

SAN JUAN PR   009
9 AUG 2021   PM 2   L

00918-170625

United States District Court
Clerks Office
150 Ave. Chardon ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 10 PM 2 34
CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN,P.R.


FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIA T. PONCE MALDONADO_

Participant's Address: _CALLE MARCELINO CINTRON #17_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _TITLE III_

By: _____
Signature

_MARIA T. PONCE MALDONADO_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria I. Ponce Maldonado
Marcelino Cintron # 17
Arrap, P.R. 00714

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon 150
San Juan, P.R. 00918 - 1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER / USA

RECEIVED & FILED
2021 AUG 10 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Belen Kercado*

Participant's Address: *1615 Violet Ave C/ Hyde Park NY 12538*

Participant's Email Address: *Kercadob@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *KAC 2010-0679*

Nature of Claim: *Lost of Wages*

By: *Belen Kercado*
Signature

*Belen Kercado*
Print Name

_____
Title (if Participant is not an individual)

*8/4/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Belen Kerrade-Fuentes
615 Violet Ave C1
Hyde Park NY 12538

ALBANY NY 120

6 AUG 2021 PM 4 L

Court's Clerk Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan, Puerto Rico
00918-1767

00818-176825

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:        AntHony Quinones

Participant's Address:     329 PLACID LK DR SANFORD FL 32773

Participant's Email Address:  AnthonyQuinones007@gmail.com

Name of Counsel:          N/A

Address of Counsel:       N/A

Email Address of Counsel:  N/A

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:       # 176749   BR 3283-LTS

Nature of Claim:    Public Employe Claim Promesa III

By:     _____
        Signature

        AntHony Quinones
        Print Name

        _____
        Title (if Participant is not an individual)

        8-7-21
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anthony Quinones
329 Placid Lake Dr.
Sanford, FL 32773

ORLANDO FL 328

7 AUG 2021 · PM 3 · L



FOREVER / US

To: Court's Clerk's office
United States Distric court Clerks
office, 150 Ave. Carlos Chardon Ste
150, San Juan, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Rodriguez Rios_

Participant's Address: _149 pine st #7 Manchester, NH 03103_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _That I gave 10 years of My life and I deserve my pension_

By: _Pablo Rodriguez Rios_
Signature

_Pablo Rodriguez Rios_
Print Name

_____
Title (if Participant is not an individual)

_08/7/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo Rodriguez Rios
149 Pine St #2
Manchester, NH 03103

00318-170625

US District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

ORLANDO FL 328

7 AUG 2021   PM 4   L



SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 10  PM 2: 34

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  Maria Vargas

Participant's Address:  10605 Burlwood Dr Leesburg Fl 34788

Participant's Email Address:  mava1217@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  _____
     Signature

     _____
     Print Name

     _____
     Title (if Participant is not an individual)

     _____
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Vargas
10605 Burlwood Dr
Leesburg Fl, 34788

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918-1767

ORLANDO FL  328
7 AUG 2021  PM 2  L

U.S. DISTRICT
CLERK'S OFFICE SAN JUAN
2021 AUG 10  PM 2 35

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   MANI AYYAR

Participant's Address:   18816 TUGGLE AVE CUPERTINO, CA 95014

Participant's Email Address:   CUPE MAYYAR29@GMAIL.COM

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   7075087

Nature of Claim:   1 PBA, GO BOND HOLDER

By:   MANI AYYAR

Title (if Participant is not an individual)

Date   07/31/2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. Ayyar
18816 Tuggle Ave
Cupertino, CA 95014

US District Court
Clerks Office
150 Ave Carlos Chardon (ste 150)
San Juan, PR 00918-1767

RENO NV 895

07 AUG 2021 PM 3 T

0091881 705

RECEIVED & FILED
2021 AUG 10 PM 2: 35
DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _PASCUALA Y. CABRERAS_

Participant's Address:   _5873 N. Elston Ave. Chicago Ill. 60646 #2_

Participant's Email Address:   ___

Name of Counsel:   ___

Address of Counsel:   ___

Email Address of Counsel:   ___

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _5113  (Promesa II 17BK 3283 LTS)_

Nature of Claim:   _Cofina #17 BK 3284 LTS FedID 847X_

By:   _Pascuala y Cab_
Signature

_PASCUALA Y. CABRERAS_
Print Name

___
Title (if Participant is not an individual)

_Aug 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*[Handwritten notes:]* VAlidity NOTE: Cotina - All My P.R.Bonds were purchased by Hennion + Walsh as dated by Financial Consultant. StephAnie Roche. Tel. 1800 836 8240 "Sorry" If note not necessary Cotina Am 97 years old - homebound. Pasanla y Cabreros

40,418

Page 6 of 7

**PASCUALA Y CABREROS**
**TOD REGISTRATION**

AUGUST 1 - AUGUST 31, 2011
ACCOUNT NUMBER: Redacted

## Fixed Income Securities

### Municipal Bonds continued

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO SALES TAX FING CORP SALES TAX REV 1ST SUB SER A B\E OID CPN 5.500% DUE 08/01/42 DTD 02/09/10 FC 08/01/10 CALL 02/01/20 @ 100.000 Moody A1 , S&P A+ CUSIP 74529JKM6 | | | | | | | | | |
| Acquired 12/13/10 nc | 10,000 | 100.04 100.00 | 10,004.70 10,004.99 | 101.2710 | 10,127.10 | 122.40 | 45.83 | 550.00 | 5.43 |
| **Total Municipal Bonds** | **60,000** | | **$58,359.43** **$58,354.94** | | **$58,307.30** | **-$52.13** | **$525.00** | **$3,175.00** | **5.45** |
| **Total Fixed Income Securities** | | | **$58,359.43** **$58,354.94** | | **$58,307.30** | **-$52.13** | **$525.00** | **$3,175.00** | **5.45** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

## Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 08/01 | | | | BEGINNING BALANCE | | | 0.00 |
| 08/01 | Cash | INTEREST | | PUERTO RICO SALES TAX FING CORP SALES TAX REV 1ST SUB SER A B\E OID CPN 5.500% DUE 08/01/42 DTD 02/09/10 FC 08/01/10 080111  10,000 CUSIP 74529JKM6 | | 275.00 | 275.00 |
| 08/02 | Cash | CHECK ISSUED | | DIV ISS #DV22925795 AS OF 8/01/11 | | -275.00 | 0.00 |
| 08/17 | Cash | PURCHASE ACCRUED INT | 10,000.00000 | PUERTO RICO PUB BLDGS AUTH REV GTD GOVT FACS SER G COM/WLTH OY=4.76% CPN 4.750% DUE 07/01/32 DTD 10/24/02 FC 01/01/03 CALL 07/01/12 @ 100.000 CUSIP 745235SX0 | 94.2500 | -9,429.99 -67.29 | -9,497.28 |



Case:17-03283-LTS   Doc#:17759-1   Filed:08/11/21   Entered:08/11/21 10:15:39   Desc:
Pro se Notices of Participation   Page 72 of 119

40,417



PASCUALA Y CABREROS
TOD REGISTRATION

AUGUST 1 - AUGUST 31, 2011
ACCOUNT NUMBER: Redacted

## Fixed Income Securities

### Municipal Bonds continued

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO PUB BLDGS AUTH REV GTD GOVT FACS SER G COMWLTH OY=4.76% CPN  4.750% DUE 07/01/32 DTD 10/24/02 FC 01/01/03 CALL 09/25/11 @ 100.000 Moody BAA1, S&P BBB- CUSIP 745235SX0 Acquired 08/17/11 nc | 10,000 | 94.30 94.25 | 9,430.57 9,429.99 | 89.3910 | 8,939.10 | -491.47 | 79.17 | 475.00 | 5.31 |
| PUERTO RICO PUB BLDGS AUTH REV GTD B\E CPN  5.500% DUE 07/01/37 DTD 10/28/09 FC 01/01/10 CALL 07/01/14 @ 100.000 Moody BAA1, S&P BBB CUSIP 745235M24 Acquired 05/09/11 nc | 10,000 | 92.59 92.50 | 9,259.43 9,254.99 | 96.6490 | 9,664.90 | 405.47 | 91.67 | 550.00 | 5.69 |
| PUERTO RICO COMWLTH RFDG PUB IMPT SER C G/O B\E OID CPN  6.000% DUE 07/01/39 DTD 12/16/09 FC 07/01/10 CALL 07/01/19 @ 100.000 Moody BAA1, S&P BBB CUSIP 74514LWA1 Acquired 02/07/11 nc | 10,000 | 99.00 | 9,904.99 | 100.7970 | 10,079.70 | 174.71 | 100.00 | 600.00 | 5.95 |

Mrs. Pascuala Y. Cabreros
5873 N Elston Ave Apt 2
Chicago, IL 60646-5541

RECEIVED & FILED
2021 AUG 10 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court.
Clerk Office 150 AVE.
Carlos Chardon St 150
San Juan. P.R. 00918 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector M Villalongo Ortiz_

Participant's Address: _314 W. Cambria Street Phila PA 19133_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _P.R. Government owes me money._

By: _Hector M Villalongo Ortiz_
Signature

_HECTOR M, VILLALONGO ORTIZ_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Villalobos
314 W Cambia St
Phila PA 19133

RECEIVED & FILED
2021 AUG 10  PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625an

Discovery Notice to the
Court's Clerk Office
United States District Court
Clerks Office
150 Ave Carlos Chardon, Ste. 160

PHILADELPHIA PA 190
6 AUG 2021 PM 6 L

Drug Free USA
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carlos A. Marin Rios

Participant's Address: 344 Nathan Dudley Rd, Clinton, N.C. 28328

Participant's Email Address: cmarin@intrstar.net

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: Retirement discount while working at ACAA

By: Carlos A. Marin Rios
Signature

Carlos A. Marin Rios
Print Name

_____
Title (if Participant is not an individual)

08- -21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**ReadyPost**

Document Mailer

00918-170625

RECEIVED & FILED
2021 AUG 10 PM 2: 36

From:

**Mr. Carlos Marín**
344 Nathan Dudley Rd
Clinton, NC 28328-8737

To: United States District Court
CLERK's OFFICE
150 Ave Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

CHARLOTTE NC 280
7 AUG 2021

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Israel Rivera Garcia*

Participant's Address:  *HC 6 Box 13473, Coreal PR 00783*

Participant's Email Address:  *Riveraisra @ ICLOUD.Com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK 3283 - LTS*

Nature of Claim:  _____

By:  *Israel Rivera Garcia*
      Signature

      *Israel Rivera Garcia*
      Print Name

      _____
      Title (if Participant is not an individual)

      *7-31-/ 2021*
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Israel Rivera Garcia
Hc-6 Box 13473
Corozal P.R. 00783

RECEIVED & FILED
2021 AUG 10 PM 2:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

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 25

SAN JUAN PR 009

9 AUG 2021 PM 2 L

FOREVER / USA

Discovery Notice to the court's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ANA GARCÍA Rodríguez_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt San Juan,_
_Puerto Rico 00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico, The_
_Employees Retirement System of the_
_Government of the Commonwealth of_
By: _[signature]_ _Puerto Rico, and the Puerto Rico Public_
Signature _Buildings Authority._

_ANA GARCÍA Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Garcia Rodriguez
Calle Fernando Calder 45
Urb. Roosevelt-San Juan,
Puerto Rico 00918

RECIVIDO
2021 AUG 10 PM 2 55
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court
(Clerk Office 150 Ave,
Carlos Chardón Ste, 150,
San Juan, Puerto Rico
00918 - 1767

9 AUG 2021

SAN JN PR 009

PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ANA GARCÍA Rodriguez_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt-San Juan, Puerto Rico_
_00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_
_et al.,_

By: _Ana García Rodriguez_
Signature

_ANA GARCÍA Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ALMA GARCIA Rodriguez
Calle Fernando Calder 457
Urb. Roosevelt-San Juan
Puerto Rico 00918

00918-170625

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER USA

2021 AUG 10 AM 2 36
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yadira E. Nieves Sifre

Participant's Address: HC 6 Box 66738 Aguadilla P.R. 00603

Participant's Email Address: ynieves@asume.pr.gov

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 – LTS

Nature of Claim: _____

By: *Yadira Nieves Sifre*
    Signature

Yadira Nieves Sifre
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yadira E. Nieves Sifre
HC 6 Box 66738
Aguadilla P.R. 00603

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

9 AUG 2021 PM 2 L



2021 AUG 10 PM 2:36

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Gloria N. Morales Figueroa_

Participant's Address: _P.O. Box 424, Naranjito, P.R. 00719-0424_

Participant's Email Address: _Message to 787-483-0144_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102169_

Nature of Claim: _The Education Department gave $25.00 to increase the salary of the teachers but one year they did not give to me. That affected my salary and now my pension._

By: _Gloria N. Morales Figueroa_
    Signature

_Gloria N. Morales Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria N. Morales
PO Box 424
Naranjito, Puerto Rico 00719

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009

9 AUG 2021 PM 2 L

00918-1706 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wilfredo Garcia-Torres

Participant's Address: HC 2 Box 10483 Bo Almacigo Bajo, Yauco. P.R.

Participant's Email Address: Don't have one

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Don't have one

Nature of Claim: I Don't Know.

By: Don't Apply
Signature

D/A
Print Name

D/A
Title (if Participant is not an individual)

D/A
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



F, PR1845 SRF 55176 Aok I.D. 28S330 MMILID:1188706 Psyc MMI.PC
Garcia-Torres, W.
HC 02 Box 10483, BooBlon Bo#0 2 L
Yauco Puerto Rico 00698-9606

To Court's Clerk's office
US District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan. P.R. 00918 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emerito Burgos Trujillo_

Participant's Address: _P.O. Box 8448 San Juan P.R. 00910_

Participant's Email Address: _ebtrujillo1212@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 / LTS_

Nature of Claim: _get my investment back plus Interest_

By: _____
Signature

_Emerito Burgos Trujillo_
Print Name

_____
Title (if Participant is not an individual)

_august 9- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

E Burgos Trujillo
P.O. Box 848
San Juan PR 00910

00918-170625

SAN JUAN PR
9 AUG 2021 PM

United States District Court
Clerk Office
150 Ave Carlos Chardon
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Fraguada Abril, Luis M.*

Participant's Address: *Urb. Las Americas H. H. 9 Calle 8 Bayamón, P.R. 00959*

Participant's Email Address: *lucyelenia3 @gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *130077   and   179141   and 93675*

Nature of Claim: *DOTP withheld wages and pension payments as a result of the office of Public Services Personnel and Misclassified Claims...*

By: *[signature]*
Signature

*Luis M. Fraguada Abril*
Print Name

_____
Title (if Participant is not an individual)

*6/agosto/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis M. Fraguada Abril
Urb. Las Americas #H-9
Calle 8, Bayamon, P.R. 00959

RECEIVED & FILED

2021 AUG 10 PM 2: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

9 AUG 2021 PM 2 L

FOREVER / USA

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Berrios Berrias, Luz E._

Participant's Address: _Calle 8 H.H.9 Urb. Las Américas Bymón P.R.00959_

Participant's Email Address: _lucyelenia3 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103178_

Nature of Claim: _Public Employee and Pension / Retiree Commonwealth of Puerto Rico_

By: _Luz E. Berrios Berrios_
Signature

_Luz E. Berrios Berrios_
Print Name

_____
Title (if Participant is not an individual)

_6 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz E. Berríos Berríos
Calle 8 #4-9 Urb Las Americas
Bayamón, P.R 00959

RECEIVED & FILED

2021 AUG 10 PM 2: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR 009
9 AUG 2021 PM 2

FOREVER / USA

Discovery Notice to the Court's Clerks Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Martino_

Participant's Address: _P O Box 32441, Palm Beach Gardens FL 33420_

Participant's Email Address: _Martino_e@att.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Evelyn Martino_
Signature

_Evelyn Martino_
Print Name

_Tre_
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

B. Butler
PO Box 32441
Palm Beach Gardens, FL
33420-2441.

MIAMI FL 330
7 AUG 2021 PM 6 L

00918-170625

United States District Court
Clerk Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Miguel Rodríguez Meléndez_

Participant's Address: _VIA-63-3k-N-1 VillA FONTANA Carolina P.R.00983_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176190_

Nature of Claim: _Despido InJustificado_

By: _[signature]_
Signature

_José Miguel Rodríguez Meléndez_
Print Name

_____
Title (if Participant is not an individual)

_8/09/20/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Miguel Rodríguez Melendes
Via-63-3k-N-1 Villa Don Antonio
Carolina P.R. 00983

RECEIVED & FILED
2021 AUG 10 PH 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
150 Ave, Carlos Chardon STE 150
San Juan P.R. 00918-1767

0091B-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Rivera Torres_

Participant's Address: _1107 Calle Magnolia Urb. Buenaventura_

Participant's Email Address: _raymar393@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61561_

Nature of Claim: _Employee retirement system of the Goverment_

By: _[signature]_
Signature

_Ramón Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón Rivera Torres
1107 Calle Magnolia
Urb. Buenaventura
Magnolia, P.R. 00682-1284

00918-170825

SAN JUAN PR   009

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 11 AM 2 23
RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Tomás Acevedo Rodriguez_

Participant's Address: _HR 06 Box 61552 Camuy PR 00627_

Participant's Email Address: _tomasacevedo954@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Tomás Acevedo_
    Signature

_Tomás Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_2/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tomás Acevedo Rodriguez
HC OC
Box 6155?
Comuy PR 00627

00918-70625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR 009

U.S. DISTRICT COURT
2021 MAR 11
RECEIVED

2021 MAR 11 PM 2 23
RECEIVED

FOREVER
USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Pérez Claudio_

Participant's Address: _Balcones Las Catalinas Ave. Boulevard #103 Caguas, P.R. 00725_

Participant's Email Address: _lesther 5240 @gmail. com_

Name of Counsel:

Address of Counsel: _United States District Court, Clerk's Office 150 Ave. Carlos Chardon San Juan, P.R. 00918-1767_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154138_

Nature of Claim: _____

By: _Lydia E. Pérez Claudio_
Signature

_Lydia E. Pérez Claudio_
Print Name

_____
Title (if Participant is not an individual)

_5 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia & Feliz Alarcón
Palacios los Catalinos
Ave. Boulevard #103
Aguas, P.R. 00725

SAN JUAN PR 009

00918-170625

RECEIVED & FILED
2021 AUG 10 PM 2 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

United States District Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA
LOVE

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Enrique Morales Rodriguez_

Participant's Address: _Cond. Marbella E 612 I.V. Carolina 00979_

Participant's Email Address: _joseenriquem67@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1738907_

Nature of Claim: _Salary Claim Caso Agron_

By: _R. Mrale_
    Signature

_Jose E. Morales_
Print Name

_____
Title (if Participant is not an individual)

_6/8/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose E. Motolo
Cond. Montebello 6128
I.V. Carolina P.R. 00979

00918-170625

United State District Court.
Clerk office Calos Chardon Ste 150
150 AVE. Calos los Chardon Ste 150
San Juan P.R. 00918-17967

SAN JUAN PR   009


USA FOREVER

RECEIVED & FILED
2021 AUG 11 AM 11:23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _TORRES ROSA ANGeL·L_

Participant's Address: _PARCE/ANUEVA OLIMPO N87CALLe CAIMITAL GUANASR_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Torres Rosa angel L_
Signature

_TORRES Rosa ANgeLL_
Print Name

_____
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jornel Rosa Angel
Pancelos cruvers alivpo
487 calle coimial
Luquama PR 00784-4134

RECEIVED & FILED
2021 AUG 10 PM 2:23
CLERK'S OFFICE
SAN JUAN P.R.

00918-170625

SAN JUAN PR 009



United States District Court clerks
office 150 ave Carlos Chardon
Ste 150 San Juan PR 00918 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria E. Rivera Márquez_

Participant's Address: _PO Box 844 Comerio, PR 00782_

Participant's Email Address: _riveragloria057@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Gloria E. Rivera Márquez_
Signature

_Gloria E. Rivera Márquez_
Print Name

_____
Title (if Participant is not an individual)

_5/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elena Z. Rivera Marquez
PO Box 844
Comerio, PR 00782

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00 918-1767

00918-176825

SAN JUAN PR  009




RECEIVED & FILED
2021 AUG 10 PH 2: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Natividad Calderón Marrero_

Participant's Address: _Barrio Cortesa, Sector Reporto Goncia #15 Morati Puerto Rico 00674_

Participant's Email Address: _Africa pr. 25C @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _— 170757 —_

Nature of Claim: _— Retribución —_

By: _Natividad Calderón Marrero_
Signature

_Natividad Calderón Marrero_
Print Name

_____
Title (if Participant is not an individual)

_4- agust 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natividad Calderón Marero
Barrio Bartosa
Sector Reparto Moncín #15
Morovis P.R. 00674

6 AUG 2021 PM 2 L
SAN JUAN PR 009

United States District Court
Clerks Office, 150 Ave. Carlos Chardón
Ste. 152, San Juan P.R. 00918-1767

2021 AUG 10 PM 2: 24
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria Elsa Ramos Ramos*

Participant's Address: *4490 Old Colony Rd. Mulberry Fl. 33860*

Participant's Email Address: *merr59@aol.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170352*

Nature of Claim: *To participate in the Title III Promesa*

By: *Maria E. Ramos Ramos*
Signature

*Maria E. Ramos Ramos*
Print Name

_____
Title (if Participant is not an individual)

*08/02/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria & Ramon
4490 Old Celery Rd.
Mulberry, Fl. 33860

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021   PM 6 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, PR 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN
2021 AUG 10   PM 2 24
RECEIVED & FILED

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Hernández Rivera_

Participant's Address: _261 Nova Drive Davenport, FL 33837-2639_

Participant's Email Address: _bhernandezrivera77@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166523_

Nature of Claim: _Promesa Title III. 17BK3283-LTS_
_17BK(4780)-LTS_

By: _(signature)_
Signature

_Brunilda Hernández Rivera_
Print Name

_Promesa III 17 BK3283LTS_
Title (if Participant is not an individual)

_August 1st 2021_
Date

RECEIVED & FILED
2021 AUG 10 PM 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Branilda Hernández Rivera
261 Nova Drive
Davenport, FL. 33837-2639

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021 PM 8 L

00918-170625

Courts' Clerk's
45 District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150, San Juan PR
00918-1767

RECEIVED & FILED
2021 AUG 10 PM 2 24
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Linda Methal

Participant's Address: 4115 63rd Terr E

Participant's Email Address: antiquequated @ aol.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Case No. 17

Claim Number: No 17 BK 3283-LTS

Nature of Claim: Notice of intent to participate in the discovery for confirmation of commonwealth plan of adjustment

By:

Signature Linda Methal

Linda Methal
Print Name

_____
Title (if Participant is not an individual)

8/1/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

L. Methal
4115 63rd Term E
Sarasota, FL 34243

00918-170625

TAMPA FL 335
SAINT PETERSBURG FL
2 AUG 2021 PM 6 L

United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 10 PM 3: 24

RECEIVED & FILED

USA
FOREVER