UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 99780

**TO THE HONORABLE COURT:**

    **COMES NOW,** T-Mobile Puerto Rico LLC, by and through the undersigned legal counsel, and very respectfully informs that it withdraws its Claim No. 99780 filed on June 29, 2018, and in supports thereof states:

1. No objection has been filed as it pertains to Claim No. 99780; and

2. The Telecommunications Regulatory Board of Puerto Rico is not a defendant in an adversary proceeding.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS(Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Copy of the corresponding Claim Withdrawal Form sent by email to puertoricoinfo@primeclerk.com, is included as **Exhibit A** of this notice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th of August of 2021.

**CERTIFICATE OF SERVICE**: In accordance with the Court's Fifteenth Amended Notice, Case Management and Administrative Procedures (Docket No. 17127-1) (the "CMP Order"), we hereby certify that the foregoing was electronically filed with the Clerk of this Court by using the CM-ECF system which sent notice to all attorneys of record of the Standard Parties, the Affected Parties, and the Rule 2002 Parties. In addition, copy of such filing was sent by mail to the Chambers of the Honorable Laura Taylor Swain and to the Office of the United States Trustee for Region 21.

/s/ Miguel Rodríguez Marxuach
Miguel Rodríguez Marxuach
USDC No. 206011
**RODRÍGUEZ MARXUACH, PSC**
P.O. Box 16636
San Juan, Puerto Rico 00908-6636
Tel 787-754-9898
Fax 787-754-9897
mrm@rmlawpr.com