UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Matis Feliciano Merced
2. Jose F. Willmore Hernandez
3. Virginia Cruz Seda
4. Eugene Roth
5. Ray M. Lamb Trust c/o Ray M. Lamb
6. Donna Severidt & Ronald Barry
7. Julio M. Lopez Alvarez
8. Angelica Rodriguez
9. Maritza Santiago Vega
10. Ivelisse Buono
11. Nelida Roig Santiago
12. Emelin Acosta Martinez
13. Digno Cartagena Colon
14. Margarita J. Salichs Rodriguez
15. Ana B. Palermo Crespo
16. Carmen L. Galindo Cordero
17. Lillian S. Velez Ortiz
18. Julia Rivera Rivera (3 notices)
19. Ada M. Rivera Rivera (3 notices)
20. Ana L. Vega Burgos
21. Rosita Arocho Mendez
22. Carmen Ocasio Flores
23. Grissel Collazo Bermudez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

24. Jose D. Crespo (3 notices)

25. Ana. M. Haddock Rivera (2 notices)

26. Carmen D. Martinez Mercado

27. Madeline Vega Diaz

28. Edwin Manuel Nieves Ayala c/o Ana Garcia Rodriguez

29. Irma L. Aguayo

30. Justo Reyes Torres

31. Lourdes Colon Rexach

32. Jose Jr. Ortiz Lopez

33. Maria de los Angeles del Valle Tirado

34. Aida E. Tirado Claudio

35. Lizette M. Cubero Vidot

36. Nahir Mercado Cruz

37. Maria A. Amalbert Millan

38. Edith Rodriguez Rodriguez

39. Miriam Held

40. Yamil Gonzalez Collazo

41. Linda M. Valentin Valle

42. Miguel A. Perez Gonzalez

43. Kalie S. Perez Valentin

44. Lynn K. Perez Valentin

45. Haydee Nazario Alvira

46. Maricel J. Beltran Gerena

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

    47. Elsie F. Rivas Vazquez

    48. Joel Maldonado Roman

    49. Marcelo R. Jara Colon

    50. Esther Sanchez Mendez

Dated: August 11, 2021