Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Matis Feliciano Merced*

Participant's Address: *HC 55 Box 9080 Ceiba, P.R. 00735*

Participant's Email Address: *matispr@yahoo.com*

Name of Counsel: *Waleska Marrero Melecio*

Address of Counsel: *PNB 183, PO Box 194000 San Juan P.R. 00919*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NSCI 2003-00120 (302)*

Nature of Claim: *Damages*

By: *M. Feliciano*
Signature

*Matis Feliciano Merced*
Print Name

*N/A*
Title (if Participant is not an individual)

*08-09-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To whom it may concern:

   At the time of filling
this notice I have not been
represented by my counsel.

Lic. Waleska Marrero de Melecio
was my lawyer during the
time of claim in 2002 - 2003

Best Regards

Mateo Feliciano

M. Feliciano

08-09-2021

M. Feliciano
HC 55 Box 9080
Ceiba, P.R. 00735

150

To: US District Court.
Clerk's Office
~~BOS~~ Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR 009

9 AUG 2021 PM 2 L

USA FOREVER

RECEIVED & FILED
2021 AUG 10 PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JOSE F. WILLMORE-HERNANDEZ_

Participant's Address: _3155 DASHA Palm Dr, Kissimmee, FL 34744_

Participant's Email Address: _JQ11211@HOTMAIL.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 · LTS_

Nature of Claim: _PROMESA TITLE III_

By: _____
    Signature

_JOSE F WILLMORE-HERNANDEZ_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Jose Willmore
3155 Dasha Palm Dr
Kissimmee, FL 34744

ORLANDO FL 328

2 AUG 2021 PM 7 L



0091 8-1706.25

To: COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT
OFFICE 150 AVE Conlos Chardon STE 150
San Juan, P.R. 00918-1767

TO COURT'S CLERK'S
U.S. DISTRICT
SAN JUAN, P.R.



USA
First-Class

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     *Virginia Cruz Seda*

Participant's Address:     *14722 Siplin Rd. Winter Garden Fl. 34787*

Participant's Email Address: *Virginia cruz seda @ yahoo . com*

Name of Counsel:     *Prime Clerk LLC*

Address of Counsel:     *E.U.*

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *164616*         *Case# 17 BK 3283-LTS*

Nature of Claim:     *Public Employee Claims*

By:     *Virginia Cruz Seda*
Signature

*Virginia Cruz Seda*
Print Name

_____
Title (if Participant is not an individual)

*July 31, 2021*
Date

RECEIVED & FILED
2021 AUG 10 PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Cruz Sola
14722 Siplin Rd.
Winter Garden Fl. 34787

ORLANDO FL 328
2 AUG 2021 PM 5 L

00918-170625

Discovery Notice to the Courts Clerks Office
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EUGENE ROTH_

Participant's Address: _50 HAUPPAUGE ROAD COMMACK, NY 11725-4403_

Participant's Email Address: _____

Name of Counsel: _ROBERT BICHOUPAN P.C._

Address of Counsel: _175 EAST SHORE ROAD SUITE 270_

~~Email~~ Address of Counsel: _GREAT NECK, N.Y. 11023_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Plan of adjustment_

By: _Eugene Roth_
       Signature

_EUGENE ROTH_
Print Name

_____
Title (if Participant is not an individual)

_8 2 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eugene Roth
50 Hauppauge Rd
Commack, NY 11725

00918$1706 C018

U.S. District Court Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

UNITED STATES POSTAGE

PITNEY BOWES

02 1P      $ 000.51⁰
0000188727
MAILED FROM ZIP CODE 11725
AUG 02 2021

SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _RAY M LAMB TRUST RAY LAMB TRUSTEE_

Participant's Address: _P.O. BOX 4 Mt LOOKOUT WV 26678_

Participant's Email Address: _JanLamb19 @ Live.com_

Name of Counsel: _GLENN FOERSTER 19 N #455 Tarpon Springs_

Address of Counsel: _40946 US Highway_ _FL 34689_

Email Address of Counsel: _Glenn.Foerster@clsecurities.com_

_Fanincal advisor_ ↑

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _745 / 4 L B 89_

Nature of Claim: _7451 60 RC7_ _Puerto Rico_
① _Comwlth Pub-Impt_
② _Puerto Rico Comwlth_
_Aqueduct + SwR._

By: _Ray M Lamb_
    Signature

_Ray M Lamb_
Print Name

_Ray M Lamb Trust_
Title (if Participant is not an individual)

_Aug 1 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=0721/N61067/74514L/c          9/9



Mr. Ray Lamb
PO Box 4
Mount Lookout, WV 26678

00918-1 706.25



Discovery Notice to Courts Clerk office at
United States District court. clerks office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918 - 1767

RECEIVED & FILED
2021 AUG 12 AM 2 24

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Donna Severidt & Ronald Barry_

Participant's Address: _445 E. PAVILION Court, Unit 15_

_new info →_ _Green Valley, AZ 85614_

Participant's Email Address: _donnaseveridt@gmail.com_

Name of Counsel: _____

Address of Counsel: _NA_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Puerto Rico Comwlth, Pub Impt. Ref Bds SER 2012A_
_CUSIP 74514LB89, Loss of_
By _[signature] Donna Severidt Ronald Barry_ _Revenue (& principal on sale)_
       Signature

_Donna Severidt  Ronald Barry_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Donna J. Severidt
445 E Pavilion Ct Unit 15
Green Valley, AZ 85614

This convey Notice to the Court, Clerk's Office.
United States District Court, Clerk's Office
150 Ave, Carlos Chardon Ste 150
San Juan, P.R. 00918-1767





Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio M. López Alvarez_   998·242·2070.

Participant's Address: _118 Exchange, ST. APP.D Lawrence M.A 01841._

Participant's Email Address: _Sortija 7770 Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171165_   *años de servicio.

Nature of Claim: → _Coorparacion Azucarera Central Mercedita Ponce._
{Servicio por Empleo}

By: _Julio M. López Alvarez_
     Signature

_Julio M. López Alvarez_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juliann hope alvarez.
110 Exchange, st. APT D
Lawrence M.A.
01841.

United States District Court, Clerks
Office, 150 Ave, Charlow Ste. 150,
San Juan, P.R 00918-1767

00918181706 C018

2021 AUG 10 PM 2 25

RECEIVED & FILED

FOREVER

AUG - 4 2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Angélica Rodríguez_

Participant's Address: _HC-01 Box 4908_

Participant's Email Address: _Angélica rodriguez 00123@ g Maili. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169727_

Nature of Claim: _Claiming: My husband Money. in 01-15-2016_
_He pass away. He work in sugar Corporation_
By: _Angélica Rodríguez_      _the Paper were Jost during Maria_
       Signature                  _hurracaine 20/9/2017._

_Angélica Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_8-9-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Augelica Rodriguez
ITC-01 Box 4908
Salinas, P.R. 00751

SAN JUAN PR   009
9 AUG 2021   PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon te. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Santiago Vega_

Participant's Address: _Urb. Mansiones de fiena Tarina calle 3, 117_
_Bayamón, P.R. 00956_

Participant's Email Address: _Santiagomaritza 1962 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ✳ _# 49762   —   # 177924-176534-_
_176567_

Nature of Claim: _Ley Promesa 89- Romerazo_

By: _[signature]_
Signature

_Maritza Santiago Vega_
Print Name

_____
Title (if Participant is not an individual)

_5 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

from: Marita Santiago Vázz
Urb. Mansiones de Sierra Juan
calle 3, 117
Bayamón, P.R. 00956

00918-170625

To: United States District Court
Clerk's Office, 150 Ave. Carlos
Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Buono_

Participant's Address: _P.O. Box 7293, Ponce, PR. 00732-7293_

Participant's Email Address: _ivebuono @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _14246_

Nature of Claim: _Investment $10,000.00 Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _JBuonos_
Signature

_Ivelisse Buono_
Print Name

_—_
Title (if Participant is not an individual)

_August 06, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivelisse Buono
P.O. Box 7293
Ponce, P.R. 00732-7293

00918-170625

SAN JUAN PR   009
9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nélida Roig Santiago_

Participant's Address: _P. O. Box 274, Salinas, P.R._

Participant's Email Address: _nlagoroig@yahoo.com_

Name of Counsel: _Gob. de P.R. Estado Libre Asociado_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Nélida Roig Santiago_
    Signature

_Nélida Roig Santiago_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. N. Roig
P.O. Box 274
Salinas, P.R.
00751

SAN JUAN PR   009
9 AUG 2021   PM 2   L



00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918 - 1767

2021 AUG 10  PM 2:25

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emelin Acosta Mertinez_

Participant's Address: _J.F. Kennedy 137 Coco Nuevo, Salinas P.R. 00751_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-nLTS_

Nature of Claim: _Beneficios Corp Azucarera P.R_

By: _Emelin Auto Mrtz_
Signature

_Emelin Acosta Martinez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emelin Acosta Martinez
J. F. Kennedy 137
Coco Nuevo
Salinas PR 00751-2547

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court, Clerks
Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Digno Cartagena Colon_

Participant's Address: _PO Box 883 Salinas, P.R 00751_

Participant's Email Address: _dcartagena@policia.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PR 1845 SRF 55176 Pack ID: 2B185_
_MMLID:142567~P: MML-DC_

By: _____
    Signature

_Digno Cartagena Colon_
Print Name

_August 9, 2021_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Digna Cartagena Colón
PO Box 883
Salinas, P.R. 00751

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Tribunal Distrito de los Estados Unidos
Oficina del Secretario
150 Ave. Carlos Chardón Ste. 150

San Juan, P.R. 00918-1767

No. 17-BK-3283-LTS

00918-176625

RECEIVED & FILED
2021 AUG 10 PM 2 25
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Margarita J. Salichs Rodríguez_

Participant's Address: _Calle Degetau #19 Juana Diaz PR 00795_

Participant's Email Address: _salichsmargarita@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61923   Public Law #89 (Romero)_

Nature of Claim: _Government owes me money_

By: _Margarita Salichs Rodríguez_
   Signature

_Margarita J. Salichs Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Salichs
Calle Degatau #19
Juana Díaz PR00795

SAN JUAN PR 009
9 AUG 2021 PM 2 L

US District Court, Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana B. Palermo Crespo_

Participant's Address: _P.O. Box 7102 Mayaguez, PR. 00681-7102_

Participant's Email Address: _Palermoa23@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Unknown_

Nature of Claim: _Employees Retirment System of PR._

By: _Ana B Palermo_
Signature

_Ana B. Palermo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 328 3-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Palermo
P.D. Box 7102
Mayaguiez, PR. 00681-7102

00918-170625

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste, 150
San Juan, PR. 00918-1767

SAN JUAN PR 009

9 AUG 2021 PM 2 L

U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 10 PM 2 26
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Galindo Cordero_

Participant's Address: _Hc03 Box 10683  San Germán, P.R. 00683_

Participant's Email Address: _lynngalicor@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Independent claim of money (Education)_

By: _Carmen L. Galindo Cordero_
Signature

_Carmen L. Galindo Cordero_
Print Name

_____
Title (if Participant is not an individual)

_9/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Galindo Cordero
Ht 03 Box 10683
San Germán, P.R. 00683

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
San Juan, P.R. 00918-1767

SAN JUAN PR 009

9 AUG 2021 PM 2 L



SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 10 PM 2:26
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Lillian S. Vélez Ortiz_

Participant's Address:    _70 Calle Cuesta Vieja San Germán, P.R. 00683_

Participant's Email Address: _tatavelez4421@Gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _171957_

Nature of Claim:    _$100.00 mensuales de aumento de sueldo estipulado por ley 89 aprobada y efectivo al 1ro de julio 1980. (Ley del Remenajo) en el Depto de Salud)_

By:    _Lillian S. Vélez Ortiz_
     Signature

_Lillian S. Vélez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto 1921_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lillian J. Ulz Ortiz
70 Bello Cuesta Vega
San German, P.R. 00683

United States District Court,
Clerk's Office
150 Cau. Carlos Chardon St. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR   009
9 AUG 2021   PM 2   L

00918-170625

2021 AUG 10 PM 2: 26

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Julia Rivera Rivera*

Participant's Address:  *HC-02 Box 6090, Morovis P.R. 00687*

Participant's Email Address:  *julia rivera 951 @ gmail. com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *Promesa Title III*

Nature of Claim:  *No. 17 BK 32*

By:  *Julia Rivera Rivera*
Signature

*Julia Rivera Rivera*
Print Name

_____
Title (if Participant is not an individual)

*4/agosto/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Julia Rivera Rivera
HC-02 Boy 6090
Morovis, P.R. 00687

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 10 PM 2 26
US DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Rivera Rivera_

Participant's Address: _HC-02 Box 6090 Morovis P.R. 00687_

Participant's Email Address: _juliarivera951@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _No. 17 BK 3283-LTS_

By: _Julia Rivera Rivera_
Signature

_Julia Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia Rivera Rivera
Hc-02 Box 6090
Morovis, P.R. 00687

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Rivera Rivera_

Participant's Address: _HC-02 Box 6090 Morovis P.R. 00687_

Participant's Email Address: _juliarivera951@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _No. 17 BK 3283-LTS_

By: _Julia Rivera Rivera_
Signature

_Julia Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Julia Rivera Rivera
Hc-02 Box 6090
Morovis, P.R. 00687

00918-176625

United States District Court
Clerks Office
150 Ave. Carlo Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ada M. Rivera Rivera*

Participant's Address: *HC-02 Box 6170 Morovis P.R. 00687*

Participant's Email Address: *adamaria rivera @gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Promesa Title III*

Nature of Claim: *No. 17 BK 3283 - LTS*

By: *Ada M. Rivera Rivera*
   Signature

*Ada M. Rivera Rivera*
Print Name

_____
Title (if Participant is not an individual)

*4- agosto - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada N. Rivera Rivera
H-02 Box 6170
Morris P.R. 00687

RECEIVED & FILED
2021 AUG 10 PM 2 27
K'S OFFICE
TRICT CO
JUAN. P

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada M. Rivera Rivera_

Participant's Address: _HC-02 Box 6170 Morovis P.R. 00687_

Participant's Email Address: _adamaria.rivera @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _No. 17 BK 3283 LTS_

By: _Ada M. Rivera Rivera_
Signature

_Ada M. Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida M. Rivera Rivera
HC-02 Box 6170
Morovis P.R. 00687

00918-170625

RECEIVED & FILED
9 AUG 2021

SAN JUAN PR   009
9 AUG 2021   PM 2   L

2021 AUG 10 PM 2 26

United States District Court
clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada M. Rivera Rivera_

Participant's Address: _HC-02 Box 6170 Morovis P.R. 00687_

Participant's Email Address: _adamaria.rivera @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 Promesa Title III_

Nature of Claim: _NO 17 BK 3283 - LTS_

By: _Ada M. Rivera Rivera_
Signature

_Ada M. Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_4- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada M. Rivera Rivera
HC-02 Box 6170
Morovis, P.R. 00687

RECEIVED & FILED
2021 AUG 10 PM 2 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Vega Burgos_

Participant's Address: _Calle Aguadilla #54 Apt. 401, San Juan P.R. 00907_

Participant's Email Address: _lusin52@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283 / 178540_

Nature of Claim: _____

By: _Ana L. Vega_
Signature

_ANA L. Vega_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana L. Vega
54 Calle Aguadilla
San Juan, PR 00907-1182

00918-170625

SAN JUAN PR 009

9 AUG 2021 PM 2 L

Discovery Notice to the Court's Clerk's office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosita Arocho Méndez_

Participant's Address: _P.O. Box 447  Dorado P.R. 00646_

Participant's Email Address: _arocho.rosita @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _24176_

Nature of Claim: _Employees retirement System_

By: _____
Signature

_Rosita Arocho Méndez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosita Ancho Méndez
P.O. Box 447
Dorado P.R. 00646

00918-1706625

United States District Court, Clerks
Office
150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767

SAN JUAN PR   009
9 AUG 2021   PM 2   L

RECEIVED & FILED
2021 AUG 11 PM 2:



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ocasio Flores_

Participant's Address: _CD-9 5 Res. Bairoa Caguas, P.R. 00725_

Participant's Email Address: _lafinifleur@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _I submitted a claim against the Commonwealth_

By: _[signature]_
Signature

_Carmen Ocasio Flores_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 9th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Osorio Flores
CD-9 5 Res - Bairoa
Caguas, P.R. 00725.

0091B-1706.25

SAN JUAN PR   009

9 AUG 2021   PM1 2   L

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00 918-1767

RECEIVED & FILED
2021 AUG 10 PM 2:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Grissel Collazo Bermudez

Participant's Address: HC 01 Box 3654 Villalba PR.

Participant's Email Address: grissrosario @gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 61737

Nature of Claim: Public Employee Claim Title III

By: _Grissel Collazo Bermudez_
Signature

Grissel Collazo Bermudez
Print Name

_____
Title (if Participant is not an individual)

August 9 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grissel Collazo Bermúdez
HC 01 Box 3654
Villalba, PR 00766

00918-170625

United States District Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José D. Crespo Maisonet_

Participant's Address: _1112 Calle urb. Altos de Mayagüez_

Participant's Email Address: _josemay502@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: (_49727-1_) _112304-P_

Nature of Claim: _Pension_

By: _[signature]_
Signature

_José Crespo Maisonet_
Print Name

_____
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Clapo Medrano
1112 colle Luya
Cultures de Mayagüez
Mayagüez PR 00662

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Sta 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:     _José D. Crespo Marqués_

Participant's Address:     _1112 Calle Limyen Alturas de Mayaguez_

Participant's Email Address:     _DSemay ST @gmail.com_

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _(49727-1) / 233685-P_

Nature of Claim:     _Pension_

By:     _José Crespo_
       Signature

       _José Crespo Marqués_
       Print Name

       _____
       Title (if Participant is not an individual)

       _8/9/2021_
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR  009
9 AUG 2021  PM 2  L

Jose Cruz Maldonado
1112 calle Harpa
Altos de Margara
Mayaguez PR 00682

RECEIVED & FILED
2021 AUG 10  PM 8...
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José D. Crespo Maldonado_

Participant's Address: _1112 Calle Uroyan alturas de Mayagüez_

Participant's Email Address: _josemaysot@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(209724-1) 159812-P_

Nature of Claim: _Pension_

By: _[signature]_
Signature

_José Crespo Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Crespo Mauret
1112 Calle Union
Altura de Mayagüez
Mayagüez, PR 00682

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

USA FOREVER

2021 AUG 10 PM 2:28
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana M Haddock Rivera_

Participant's Address: _Urb La Hacienda Street 42 APT-31_
_Guayama PR 00784_

Participant's Email Address: _haddockana @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_  _172484 / 172522_

Nature of Claim: _Public Employee and Pension Retiree Claim_

By: _Ana M Haddock Rivera_
Signature

_Ana M Haddock Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 8/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana W. Maldonado Ruiz
Urb. La Hacienda c 42 AT 31
Guayama, PR 00784

Case No. 17 BK 3283-LTS

00918-170625

9 AUG 2021 PM 2 L
SAN JUAN PR 009

Dis couur notice to the Court's
Clerk's office
United States District court
Clerk's office
150 Carr. Calos Chardor Ste 150
San Juan, PR 00918-1767

SAN JUAN PR
2021 AUG 10 PM 2:28

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana M. Haddock Rivera_

Participant's Address: _Urb. La Hacienda Street 42 AT-31_
_Guayama, PR 00784_

Participant's Email Address: _haddockana @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_   _172484 / 172522_

Nature of Claim: _Empleados publicos y Jubilacion_
_Publics Employee and Pension Release Claims_

By: _Ana M. Haddock Rivera_
Signature

_Ana M. Haddock Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8 agosto 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Candelaria Ruiz
urb Ria Hacienda C/9 AT 31
Guaynabo PR 00769

Case no 17 BK 3283 CTS
00918-170625

United State District Courts
Clerk's office
150 ave. C/9 chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen D Martinez Mercado_

Participant's Address: _Barriada Santa Ana Calle A-353 #05_
_Guayama, P.R 00784_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170370_

Nature of Claim: _Promesa_

By: _Carmen + Delia Martinez Mercado_
Signature

_Carmen Delia Martinez Mercado_
Print Name

_Widow_
Title (if Participant is not an individual)

_augosto 06/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ma Carmen De la Martín Mercado
Barriada Santa
Calle A # 353 - #5
Guayama, P.R. 00784

Discovery Notice to the Court's Clerk's Office at:
United States District
150 Ave. Carlos Chardón Court, Clerk's Office
San Juan, P.R.
00918-170625
150 Ave. Carlos Chardón Sta. 150

SAN JUAN PR   009
9 AUG 2021   PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madeline Vega Diaz_

Participant's Address: _Calle Cedro #145   Hcda. Mi Q Viejo_

Participant's Email Address: _Dorado P R.   00646_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72987_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Madeline Vega Diaz_
Signature

_Madeline Vega Diaz_
Print Name

_____
Title (if Participant is not an individual)

_10/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID: 294854 MMLID: 574935-P SVC: MML-PC

VEGA DIAZ, MADELINE
HCDA.MI QUERIDO
145 CALLE CEDRO
DORADO PR 00646

SAN JUAN PR   009

9 AUG 2021   PM 2   L

RECEIVED & FILED
2021 AUG 10  PM 2: 29

CLERKS OFFICE
U.S. DISTRICT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Manuel Nieves Ayala_
_ANA GARCIA Rodriguez, Beneficiaria (viuda)_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt - San Juan, Puerto Rico 00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority_

By: _Ana Garcia Rodriguez (viuda)_
Signature

Print Name: _ANA GARCIA Rodriguez (viuda)_
_Edwin Manuel Nieves Ayala_

_____
Title (if Participant is not an individual)

Date: _7 de agosto de 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin M. Nieves Ayala
AnA García Rodríguez (Beneficiaria) (c/SAN JUAN
Calle Fernando Calder #57
Urb. Roosevelt-San Juan,
Puerto Rico 00918

RECEIVED & FILED
2021 AUG 10 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

9 AUG 2021   PM 2   L

SAN JUAN PR 009

FOREVER / USA

United States District Court,
Clerk office, 150 Aves,
Carlos Chardon Ste. 150
San Juan, Puerto Rico,
00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _IRMA L. Aguayo_

Participant's Address: _P. O. Box 9322, Santurce Sta, San Juan, P.R 00908_

Participant's Email Address: _ilaaguayo @ Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA III_

By: _Irma L. Aguayo_
Signature

_Irma L. Aguayo_
Print Name

_____
Title (if Participant is not an individual)

_8/5/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Juan R. Quero
P.O. Box 9320
Santurce Sta.
San Juan, P.R. 00908

00918-170625

SAN JUAN PR 009

9 AUG 2021   PM 2   L

To: Court's Office
United States District Court Clerk's off.
150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

RECEIVED
2021 AUG 10 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Justo Reyes Torres

Participant's Address: Villa Carolina 150-3 Calle 424, Carolina PR 00985

Participant's Email Address: justoreyes7@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Case No. 17-BK-3283-LTS

Nature of Claim: PROMESA Title III

By: _____
    Signature

Justo Reyes Torres
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Justo Reyes Torres
Villa Carolina 428 B-150 #3
Carolina, PR 00985

United States District Court, Clerks office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767

00918-176825

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Colon Rexach_

Participant's Address: _Villa Carolina 150-3 Calle 424, Carolina PR 00985_

Participant's Email Address: _louo62658@ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17-BK-3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Lourdes M Colin Rexach_
   Signature

_Lourdes M. Colón Rexach_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED & FILED
2021 AUG 10 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes H. Colón Rosech
Villa Carolina 424 B-150 #3
Carolina, PR 00985

SAN JUAN PR   009
9 AUG 2021   PM 2   L

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-176625

RECEIVED & FILED
2021 AUG 10   PM 2: 29

U.S. DISTRICT COURT
SAN JUAN

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ortiz López, José Jr._

Participant's Address: _P.O. Box 416 Villalba, P.R. 00766_

Participant's Email Address: _joseortizlopez123@outlook.com_

Name of Counsel: _Court's Clerk's Office_

Address of Counsel: _United States District Court, Clerk's Office, 150 Ave Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179112_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
   Signature

_José Jr. Ortiz López_
Print Name

_____
Title (if Participant is not an individual)

_August 04, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Jr. Ortiz López
P.O. Box 46
Villalba, P.R. 00766

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

To: Discovery Notice to the Courts Clerks office at;
United State District Court, Clerks office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R 00918-1767

USA ★ FOREVER

2021 AUG 10   PM 2:29
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María de los Angeles del Valle Tirado_

Participant's Address: _Calle 1 D-9 Urb. Los Almendros, Juncos, P.R. 00777_

Participant's Email Address: _madelvalle.t@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ma. de los A. del Valle Tirado_
Signature

_María de los Angeles del Valle Tirado_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2,021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Del Valle Tirado Maria de los angeles
Calle 1 D-9 Urb. Los Almendros,
Juncos, PR 00777

RECEIVED & FILED
2021 AUG 10 PM 2: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
9 AUG 2021   PM 2   L

00918-170625

United States District Court
Clerk's Office, 150 ave.
Carlos Chardon Ste., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _AIDA E. TIRADO CLAUDIO_

Participant's Address: _____

Participant's Email Address: _cheojjlt @ gmail.com_

Name of Counsel: _Urb. Villas de Castro  B7 Calle 4 Caguas, P.R. 00725_

Address of Counsel: _Ø_

Email Address of Counsel: _Ø_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-032 83_

Nature of Claim: _TO JOIN Class action suit_

By: _Aida E. Tirado Claudio_
Signature

_Aida E. TirAdo ClAdio_
Print Name

_Ø_
Title (if Participant is not an individual)

_8 | 6 | 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AIDA E. TIRADO CLAUDIO
Urb. Villas de Castro
Calle 4 B-7
Caguas, Puerto Rico 00725-

To: CLERK's OFFICE
United States District Court
CLERK's OFFICE
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

2021 AUG 10 PM 12:0
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lizette M. Cubero Vidot_

Participant's Address: _Box 833 Garrochales, PR 00652_

Participant's Email Address: _lizettecuberovidot@gmail.com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 –LTS_

Nature of Claim: _Creditor_

By: _[signature]_
Signature

_Lizette M. Cubero Vidot_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lizette M. Cubero Vidot
Box 833
Garrochales, PR 00652

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009

9 AUG 2021 PM 2 L

RECEIVED & FILED,
2021 AUG 10 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


FOREVER/USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Nahir Mercado Cruz_

Participant's Address: _88 Abelardo Díaz Loisa Ponce, P.R. 00730_

Participant's Email Address: _mercado.nahir@gmail.com_

Name of Counsel: _-_

Address of Counsel: _-_

Email Address of Counsel: _-_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150191_

Nature of Claim: _See attachment..._

By: _Nahir Mercado Cruz_
    Signature

_Nahir Mercado Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021._
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nahir Mercado Cruz
8B Abelardo Díaz Loisa
Ponce, P.R. 00730

RECEIVED & FILED

2021 AUG 10 PM 2: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009

9 AUG 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amalbert-Millán, María A._

Participant's Address: _Paseo Palma Real, 76 Calandria Juncos, P.R. 00777-3125_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS     # 81661_

Nature of Claim: _Public Employee and Pension Retire_

By: _María A. Amalbert_
   Signature

_Amalbert-Millán, María A._
   Print Name

_Promesa Tittle III_
   Title (if Participant is not an individual)

_August 6, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María A. Amalbert-Millán
Paseo Palma Real
76 Colondria
Juncos, P.R. 00777-3125

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150

San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EDITH RODRÍGUEZ RODRÍGUEZ_

Participant's Address: _HC-02 Box 28526 Cabo Rojo, PR 00623_

Participant's Email Address: _edithrodriguez48@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _68248_

Nature of Claim: _Public Employee Claim_

By: _(signature)_
Signature

_EDITH Rodríguez Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_August 6th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**EXPRESS MAIL**

**UNITED STATES POSTAL SERVICE**

1005  00918  **$26.35**
R2304M116291-13

*Visit us at usps.com*

**EXTREMELY URGENT**



*PLEASE NOTE:*

*When used internationally affix customs declarations (PS Form 2976, or 2976A).*

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS®**



EJ 812 136 166 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE 787 538-0825
EDITH Rodriguez
HC-02 Box 28526
CABO Rojo, PR 00623

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)  PHONE (   )
United States District Court
CLERKS OFFICE
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

**ZIP + 4®** (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 00623
Scheduled Delivery Date (MM/DD/YY): 08/10/21
Postage: $ 26.35

Date Accepted (MM/DD/YY): 08/09/21
Scheduled Delivery Time: ☐ 8:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 10:48 ☑ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.35

Weight: ☐ Flat Rate  lbs. 2 ozs. 10
Acceptance Employee Initials: EM

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996



**Place Mailing Label Here:**

082708_EM_EP13F OCTOBER 2012

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2012; All rights reserved.



SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:          _MIRIAM  HELD_

Participant's Address:       _8877 TULARE DRIVE   UNIT 308 B_

Participant's Email Address: _MIRIAMOFLH@AOL.COM_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _# 17 BK - 3283 - LTS # 17 BK - 3567 - LTS # 17BK 3566 - LTS_

Nature of Claim:  _COMMONWEALTH PR RETIREMENT SYS / PBA_

By: _Miriam Held_      _REQUST INTENTION TO PARTICIPATE IN DISCOVERY_
    Signature                _ON ALL FUTURE ITEMS_

_MIRIAM HELD_
Print Name

_____
Title (if Participant is not an individual)

_AUG 2 nd 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=0721/N61069/745235/c          8/1/21, 7:53 PM
                                                                                          Page 1 of 2



Miriam Held
8877 Tulare Dr Unit 308B
Huntingtn Bch, CA 92646



PLEASE ADVISE IF YOU
NEED ADDITIONAL
INFORMATION.
I OWN MANY PR BONDS
AND WOULD APPRECIATE
IT IMMENSLY to KEEP
UPDATED NEWS COMING
    THANK YOU.
        Miriam Held

Miriam of LHE AOL.Com

www.SpecialOlympics.org



Miriam Held
8877 Tulare Dr Unit 308B
Huntingtn Bch, CA 92646

RECEIVED & FILED
2021 AUG 10 PM 2: 35

US DISTRICT COURT
SAN JUAN, P.R.

00918-1706625



DISCOVERY NOTICE
(Counsel) COURTS CLERK
US DISTRICT COURT & CLERKS OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN, PR 00918-1767

B47988.02
US POSTAGE
$0.47 0
FIRST-CLASS
0625001133932I
FROM 90803

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yamil Gonzalez Collazo

Participant's Address: HC-02 Box 10260 Las Marias P.R 00660

Participant's Email Address: yamilgonzalez32@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: _Yamil Gonza Coll_
Signature

Yamil Gonzalez Collazo
Print Name

Title (if Participant is not an individual)

8/5/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Yamil González
HC-02 Box 595
Las Marias PR 00690

TAMPA FL 335
SAINT PETERSBURG FL
6 AUG 2021 PM 7 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Linda M. Valentin Valle_

Participant's Address: _17 Urb. Los Mirasoles_

Participant's Email Address: _Arecibo, P.R. 00612_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _L.M. Valentin Valle_
Signature

_Linda M. Valentin Valle_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Linda M Wyatt
17 Urb Las Virasoles
Arecibo, PR. 00612

RECEIVED & FILED
2021 AUG 10 PM 2: 30
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Tribunal de Distrito de los E.U.
Oficina del Secretario
150 Ave. Carlo Chardon Ste.150
San Juan, PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miguel A. Pérez González*

Participant's Address: *17 Urb. Los Mirasoles*

Participant's Email Address: *Arecibo, P.R. 00612*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *PROMESA Title III*

By: _____
Signature

*Miguel A. Pérez González*
Print Name

_____
Title (if Participant is not an individual)

*6 agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Malavé
17 Urb Los Girasoles
Arecibo, PR. 00612

RECEIVED & FILED
2021 AUG 10 PM 2: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2  L



Tribunal de Distrito de los E.U.
Oficina del Secretario
150 Ave. Carlos Chardon Ste.150
San Juan, PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kalie S. Pérez Valentín_

Participant's Address: _17 Urb. Los Mirasoles_

Participant's Email Address: _Arecibo, PR 00612_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Kalie S. Pérez Valentín_
Signature

_Kalie S. Pérez Valentín_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2001_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Linda M. Valpais
17 Urb. Los Girasoles
Arecibo, PR 00612

RECEIVED & FILED
2021 AUG 10 PM 2 30
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

Tribunal de Distrito de los E.U.
Oficina del Secretario
150 Ave. Carlos Chardon Ste.150
San Juan, PR
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Lynn K. Pérez Valentín_

Participant's Address: _17 Urb. Los Mirasoles_

Participant's Email Address: _Arecibo, PR  00612_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA  Title III_

By: _Lynn K. Pérez Valentín_
Signature

_Lynn K. Pérez Valentín_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Linda M. Zapata
17 Urb. Cos Viñales
Arecibo, PR 00612

RECEIVED & FILED
2021 AUG 10 PM 2:30
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Tribunal de Distrito de lo E.U.
Oficina del Secretaria
150 Ave. Carlo Chardon Ste.150
San Juan, PR
00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Haydee Nazario Alvira

Participant's Address: HC 66 Box 7651 Fajardo, P.R. 00738

Participant's Email Address: haydee121956@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170798

Nature of Claim: Unpaid of increase of salary.

By: _Haydee Nazario_
Signature

Haydee Nazario Alvira
Print Name

N/A
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11 11

Hayder Nazario
Ag-66 Br(x) 657
Fro.P.P. 00738

Discovery Notice to Court's Clerk's Office at
United States District Court, Clerks Office
150 ave, Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR  009

5 AUG 2021  PM 1  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maricel J. Beltrán Genena_

Participant's Address: _7365 Urb. Montebello_

Participant's Email Address: _jannina32@hotmail.com_

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _P.O. Box 9021828 San Juan, P.R 00902-1828_

Email Address of Counsel: _ivonnegm-prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176_

Nature of Claim: _Financial_

By: _mBH_
   Signature

_Maricel J. Beltrán Genena_
Print Name

_Directora Local II_
Title (if Participant is not an individual)

_3/agost/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maricel Beltran Alvino
7365 Urb. Portubella
Sars, P.R. 00649

RECEIVED APPEALED
U.S. DIST
SAN JUAN
2021 AUG 10 PM 3:32

00918-170625

United States District Court,
Clerks Office, 150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR
9 AUG 2021 PM
FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rivas Vázquez Elsie E

Participant's Address: Urb Villa Rica, A-P-6 Calle Edmee, Bayamon, PR 00959-0000

Participant's Email Address: titimadrina@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 126888

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Elsie E Rivas Vázquez
Signature

Elsie E Rivas Vázquez
Print Name

_____
Title (if Participant is not an individual)

8/8/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rivas Vazquez Elsie E
A-P-6 Calle Edmee,
Villa Rica,
Bayamon PR 00959

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00 918-1767

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2  L

2021 AUG 10 PM 3: 32
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:          _Joel Maldonado Roman_

Participant's Address:       _P.O. Box 2801 Arecibo, P.R. 00613_

Participant's Email Address: _nelajoel@hotmail.com_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:                _17 BK 3283-LTS_

Nature of Claim:             _____

By:    _Joel Maldonado Roman_
       Signature

       _Joel Maldonado Roman_
       Print Name

       _____
       Title (if Participant is not an individual)

       _____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Joel Maldonado Rentas
P.O. Box 2401
Arecibo, P.R. 00613

SAN JUAN PR 009
9 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

USA
FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marcelo R. Jara Colon_

Participant's Address: _232 calle plata  Urb. colinas 2 Hatillo PR 00659_

Participant's Email Address: _elflacogringo73 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA title III_

By: _Marcelo R. Jara_
Signature

_Marcelo Jara Colon_
Print Name

_____
Title (if Participant is not an individual)

_9 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marcelo Jara Colón
332 calle Plato
Urb. Colinas 2
Hatillo P.R. 00659

SAN JUAN PR   009
9 AUG 2021   PM 2   L

00918-170625

Discovery Notice
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Esther Sánchez Mendez*

Participant's Address: *Urb. Villa Serena, Isabel 2da m-30 Arecibo PR 00612*

Participant's Email Address: *Sanchez1954c @gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *61207*

Nature of Claim: *Pension / Retiree claims*

By: *Esther Sánchez mendez*
Signature

*Esther Sánchez Mendez*
Print Name

*N/A*
Title (if Participant is not an individual)

*Agosto 9 /2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Esther Sanchez Hendez
urb. Villa Serena
Isabel 2 da m-30
Arecibo PR 00612

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 10  AM 11: 21

00918-170625

SAN JUAN PR   009
9 AUG 2021  PM 2  L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918-1767