## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative<br>of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered)[1] |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COMES NOW** PPG Industries, Inc., and hereby enters its appearance through the law firm of McConnell Valdés, LLC and the undersigned counsel, Lina M. Soler-Rosario, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. The undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

> Lina M. Soler-Rosario
> MCCONNELL VALDÉS LLC
> 270 Muñoz Rivera Avenue
> San Juan, Puerto Rico 00918
> Tel.:   (787) 250-5812
> Fac.:   (787) 759-9225
> E-mail: lms@mcvpr.com

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of August, 2021.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Tittle III case number and the last four (4) digits of Debtor's federal tax identification number are: 1) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686 and v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780) number 3747.

**CERTIFICATE OF SERVICE:** In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 17127-1) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

**MCCONNELL VALDÉS LLC**
*Attorneys for* PPG Industries, Inc.
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5812
Facsimile: 787-759-9225

By: *s/ Lina M. Soler-Rosario*
Lina M. Soler-Rosario
USDC No. 227304
lms@mcvpr.com