UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.¹ | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Dalia D. Clemente Rodriguez
2. Jose D. Rivera Moreno
3. Maria Magdalena Vera Saavedra (3 notices)
4. Raquel Ramos Rivera
5. Ruth D. Gomez Perez
6. Nilda M. Rios Cardona
7. Jenny Irizarry Sisco
8. Myriam Mendez Muñoz (5 notices)
9. Marta Ivette Ortiz Melendez (2 notices)
10. Maria I. Bocachica Colon
11. Orlando Ramos Gonzalez
12. Gladys Erazo Cepeda
13. Hector A. Diaz Gonzalez
14. Nilda L. Santos Arroyo
15. Luz L. Feliciano Colon
16. Jorge Kuilan Baez
17. Jesus M. Figueroa Aponte
18. Digno Cartagena Colon
19. Basilio Cintron Rosario
20. Iris M. Velez Lugo
21. Higinia A. Rodriguez Pons
22. Juan B. Ruiz Roman
23. Myrta F. Roman Pagan

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

24. Providencia Oquendo Muñiz

25. Marina Crispin Santiago

26. Alba I. Flores Garcia

27. Mildred Batista de Leon

28. Nydia Negron Ortiz

29. Ricardo Alonso Fortier

30. Felix A. Estrada Garcia

31. Javier Alejandrino Osorio

32. Miriam C. Balasquide Frau

33. Roberto Fanfan Rivera

34. Margarita R. Roldan Almeda (2 notices)

35. Irasema San Miguel Velazquez

36. Luz M. Adames Guerrero

37. Jose F. Lozada Salgado

38. Samuel Garcia Rosado

39. Jose A. Alicea Rodriguez

40. Silka Janet Feliciando Echevarria

41. Elba I. Rivera Navarro

42. Belen S. Silva Bernier

43. Zaritzia L. Soto Rentas

44. Angel L. Jimenez Jimenez

45. Juan Bautista Jimenez Muñiz

46. Ramon Sanchez Ortiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

    47. Ramon Burgos Cruz

    48. Jaime L. Chevere Alfonso

    49. America Alejandro Cruz

    50. Iris A. Antongiorgi Concepcion (3 notices)

Dated: August 11, 2021