Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dalia D. Clemente Rodriguez_

Participant's Address: _Cond. Floral Plaza 429 Calle Los Pinos Apt. 904 San Juan PR 00917_

Participant's Email Address: _Clementedenissed@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17857_

Nature of Claim: _pension/retiree claims_

By: _Dalia D. Clemente Rodriguez_
Signature

_Dalia D. Clemente Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dalia D. Clemente Rodriguez
Cond Floral Plaza
431 Calle Los Pinos Apt 904
San Juan PR 00917

SAN JUAN PR 009

9 AUG 2021 PM 2 L

RECEIVED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

2021 AUG 10 AM 11: 21

00918-170825

United States District Court, Clerks Office
150 Ave. Carlos Chardon St. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José D. Rivera Moreno_

Participant's Address: _Po. Box 1028 Rincon Pr. 00677_

Participant's Email Address: _Jodoriver 72 @ yahoo.Com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156 685_

Nature of Claim: _Empleados Públicos y Pensión/Jubilación_

By: _José D. Rivera Moreno_
   Signature

_JOSE D. RIVERA MORENO_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José D. Rivera Moreno
P.O. Box 1028
Rincón P.R. 00 677-1028

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 10 AM 11:19

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER

United States District Court
Clerk's office 150 Ave.
Carlos CHARDON Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Magdalena Vera Saavedra_

Participant's Address: _P.O Box 148 Quebradillas, P.R. 00678_

Participant's Email Address: _Don't have_

Name of Counsel: _Don't have_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160506_

Nature of Claim: _Law 89 Know as Romerazo_

By: _Maria Magdalena Vera Saavedra_
Signature

_Maria Magdalena Vera-Saavedra_
Print Name

_Teacher and Principal-D.E._
Title (if Participant is not an individual)

_6 august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



María Magdalena Vera Saavedra
P.O. Box 148
Quebradillas, P.R 00678

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria Magdalena Vera Saavedra_

Participant's Address: _P.O Box 148  Quebradillas, P.R 00678_

Participant's Email Address: _Don't have_

Name of Counsel: _Don't have_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153085_

Nature of Claim: _Law 96 salary increase for Sila Calderon
governor_

By: _Maria Magdalena Vera Saavedra_
Signature

_Maria Magdalena Vera Saavedra_
Print Name

_Principal  D.E._
Title (if Participant is not an individual)

_4 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



María Magdalena Vera Saavedra
P.O. Box 148
Quebradillas, P.R 00678

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Magdalena Vera Saavedra_

Participant's Address: _P.O Box 148 Quebradillas, P.R 00678_

Participant's Email Address: _Don't have_

Name of Counsel: _Don't have_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161350_

Nature of Claim: _Law 180L 3% increase of cost of living_

By: _María Magdalena Vera Saavedra_
Signature

_María Magdalena Vera Saavedra_
Print Name

_Retired of D.E._
Title (if Participant is not an individual)

_6 august 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María Magdalena Vera Saavedra
P.O. Box 148
Quebradillas, P.R 00678

SAN JUAN PR 009
9 AUG 2021 PM 2 L

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Raquel Ramos Rivera*

Participant's Address: *HC-02 Box 5498 Comerio, PR 00782*

Participant's Email Address: *raquelramos1561@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *98300*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *Raquel Ramos Rivera*
Signature

*Raquel Ramos Rivera*
Print Name

_____
Title (if Participant is not an individual)

*8 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel Ramos Rivera
HC-2 Box 5498
Comerio, PR 00782

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11: 19

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



SAN JUAN PR   009
9 AUG 2021 . PM 2 L



Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, *if any*:

Participant's Name:     Ruth D Gomez Perez

Participant's Address:     237 Ave Lulio E Saavedra Blasco

Participant's Email Address:   rgp_00662@yahoo.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:     85399

Nature of Claim:     Public Employee and Pension/Retiree Claims

By: *[signature]*
Signature

Ruth D Gomez Perez
Print Name

Title (if Participant is not an individual)

8/5/2021
Date

***Instructions for Filing Notice of Participation***:  *If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.*

Ruth D Gómez Pérez
237 Ave Lulio E Saavedra Blasco
Isabela, P.R. 00662

00918-176625

SAN JUAN PR 009
9 AUG 2021   PM 2   L

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Rios Cardona, Nilda M

Participant's Address:  PO Box 371 Rincón, P.R 00677

Participant's Email Address:  nilda.rincon@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  39214

Nature of Claim:  Pension retiree Claim

By:  Nilda M. Rios Cardona
    Signature

    Nilda M. Rios Cardona
    Print Name

    _____
    Title (if Participant is not an individual)

    9-Agosto-2021
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda M. Rios Cardona
P.O. Box 371
Rincon P.R. 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 19

00918-170625

SAN JUAN PR  009

9 AUG 2021  PM 2  L



United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny Irizarry Sisco_

Participant's Address: _PO Box 10101   San Juan, PR 00922_

Participant's Email Address: _jenny irizarry sisco @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _124798_

Nature of Claim: _Public Employee Claims_

By: _____
Signature

_Jenny Irizarry Sisco_
Print Name

_____
Title (if Participant is not an individual)

_august 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 18

Kenny Jerjery Disc
PO Box 10101
San Juan, PR
00922

00918-170825

Discovery Notice to Court's Clerk's
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR   009
9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myriam Mendez Munoz*

Participant's Address: *Calle Cambija #17 Rincon, PR 00677*

Participant's Email Address: *miriammendez1955@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *140655*

Nature of Claim: *Empleado Público*

By: *Myriam Mendez Munoz*
Signature

*Myriam Mendez Munoz*
Print Name

_____
Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Méndez Muñoz
Calle Cambija #17
Rincón, Puerto Rico 00677

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11:18

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



SAN JUAN PR   009
9 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myriam Mendez Munoz*

Participant's Address: *Calle Cambija #17 Rincon, P.R. 00677*

Participant's Email Address: *miriammendez1955@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *125377*

Nature of Claim: *Empleado Publico*

By: *Myriam Mendez Munoz*
Signature

*Myriam Mendez Munoz*
Print Name

—
Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Méndez Muñoz
Calle Cambija #17
Rincón, Puerto Rico 00677

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 10 · AM 11· 18

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myriam Mendez Munoz

Participant's Address: Calle Cambija #17 Rincon, P.R 00677

Participant's Email Address: miriam mendez 1955 @ gmail. com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 122684

Nature of Claim: Empleado Publico

By: *Myriam Mendez Muñoz*
Signature

Myriam Mendez Muñoz
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Méndez Muñoz
Calle Cambija #17
Rincón, Puerto Rico 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11:18

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-17767

SAN JUAN PR   009
9 AUG 2021   PM 2   L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myriam Mendez Munoz_

Participant's Address: _Calle Cambijo #17 Rincon, P.R. 00677_

Participant's Email Address: _miriammendez1955@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number: _114583_

Nature of Claim: _Empleado Publico_

By: _Myriam Mendz Munoz_
　　Signature

_Myriam Mendez Munoz_
Print Name

_—_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Méndez Muñoz
Calle Cambija #17
Rincón, Puerto Rico 00677

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 AM 11: 18

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico

00918-17167

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myriam Mendez Munoz

Participant's Address: Calle Cambija #17 Rincon, P.R. 00677

Participant's Email Address: miriammendez 1955@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 131039

Nature of Claim: Empleado Publico

By: _Myriam Mendez Munoz_
Signature

Myriam Mendez Munoz
Print Name

—
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Méndez Muñoz
Calle Cambija #17
Rincón, Puerto Rico 00677

RECEIVED AND FILED
U.S. DIST...
SAN JUAN, PR
2021 AUG 10  AM 11: 18

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico

00918-17607

SAN JUAN PR  009
9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Iuette Ortiz Melendez_

Participant's Address: _P O Box 1026 Coamo, P.R. 00769_

Participant's Email Address: _Martaortiz.444 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10 2261_

Nature of Claim: _Empleado Público_

By: _Marta Iuette Ortiz Melendez_
Signature

_Marta Iuette Ortiz Melendez_
Print Name

_____
Title (if Participant is not an individual)

_7 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nacta Lette Ort Melendez
P O Box 1026
Adamo, P.R. 00769

RECEIVED & FILED
2021 AUG 10  PM 2: 54
CLERK
DISTR
SAN JUAN

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta I. Ortiz Meléndez_

Participant's Address: _PO Box 1026 Coamo, Puerto Rico 00769_

Participant's Email Address: _martaortiz444 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130219_

Nature of Claim: _Public Employee_

By: _Marta Iuette Ort Melá_
Signature

_Marta Iuette Ortiz Meléndez_
Print Name

_____
Title (if Participant is not an individual)

_7 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Narda Huth Ort Meléndez
P O Box 1026
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG 10 PM 2: 54
CLERK ['S] OFFICE
[U.S.] DISTRICT [COURT]
SAN JUAN [P.R.]

00918-178625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
9 AUG 2021 PM 2 L

Yogi Berra
FOREVER
BASEBALL
ALL STAR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria I. Bocachica Colón_

Participant's Address: _HC-4 Box 7544 Bo. Vacas- Villalba, P.R. 00766_

Participant's Email Address: _nani.lopez@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#85980 - #162926   et. al._

Nature of Claim: _un paid wages by the goverment of P.R._

By: _Maria I. Bocachica Colón_
Signature

_Maria I. Bocachica Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 4- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria I Berechica Colón
Bo Vacas Sect Vista Alegre
HC-4 Box 7544
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 10 PM 2: 54
DISTRICT CO.
SAN JUAN

00918-1706ZS

United States, District Court
Clerks Office 150
Ave Carlos Chardos Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Orlando Ramos Gonzalez*

Participant's Address: *P.O Box: 222 Castañer PR 00631-0222*

Participant's Email Address: *rrolando.748@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *123071*

Nature of Claim: *Retired teacher from the Puerto Rico Department of Education.*

By: *Orlando Ramos Gonzalez*
Signature

*Orlando Ramos Gonzalez*
Print Name

_____
Title (if Participant is not an individual)

*August 8, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Ramos Gonzalez
P.O. Box: 222
Castañer, P.R 00631

RECEIVED & FILED

2021 AUG 10  PM 2: 55

OFFICE OF THE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009

9 AUG 2021  PM 2  L

USA * FOREVER

United States District Court, Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

00918-176525

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys Erazo Cepeda_

Participant's Address: _Calle 5 - N5 Urb. Hnas. Davila Bayamon PR 00959_

Participant's Email Address: _erazo.gladys@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _68006_

Nature of Claim: _Public Employee Claims_

By: _Gladys Erazo Cepeda_
    Signature

_Gladys Erazo Cepeda_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Shirley Cruz Cepeda
Calle 5-N5 Urb. Rain Hills
Bayamon, PR 00959

SAN JUAN PR 009
9 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 10 PM 2:55
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-1706.25

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor A. Díaz González_

Participant's Address: _Santa Catalina calle-4 K-22 Bayamón P.R. 00957_

Participant's Email Address: _hectordz7 @ icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Héctor Díaz González_
Signature

_Héctor A. Díaz González_
Print Name

_____
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector A Diaz Gonzalez
Urb. Santa Catalina calle- 4 H22
Bayamon P.R. 00957-1914

RECEIVED & FILED

2021 AUG 10  PM 2: 55

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

00918-170625

United States District Court
Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nilda L Santos Arroyo*

Participant's Address: *Calle 37 SE # 778 Puerto Nuevo San Juan PR 00921*

Participant's Email Address: *nildasantosarroyo@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *62588*

Nature of Claim: *Public Employee and Pension/Retiree claims*

By: *[signature]*
Signature

*Nilda L Santos Arroyo*
Print Name

*Participant*
Title (if Participant is not an individual)

*9-agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santos Arroyo
calle 37 SE #778 Puerto Nuevo
San Juan P.R. 00921

RECEIVED & FILED
2021 AUG 10 PM 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz L. Feliciano Colón*

Participant's Address: *Box 1173 - Adjuntas, P.R. 00601*

Participant's Email Address: *ladjunbas@aol.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Promesa*

By: *Luz L. Feliciano Colón*
Signature

*Luz L. Feliciano Colón*
Print Name

_____
Title (if Participant is not an individual)

*August 9 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*I don't speak English*

Feliciano Colon Luz
Box 1173
Adjuntas, P.R. 00601

RECEIVED & F
2021 AUG 10  PM 2:
CLERK'S OFFIC
DISTRICT P
SAN JUAN, P

Court Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

SAN JUAN PR   009
9 AUG 2021   PM 2   L


FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JORGE KUILAN BÁEZ_

Participant's Address: _Urb. La Inmaculada Padre Rivera 414 Vega Alta P.R. 00692_

Participant's Email Address: _j.Kuilanbaez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _LEY #89 El romerazo aumento de sueldo_

By: _Jorge Kuilan Báez_
Signature

_JORGE KUILAN BÁEZ_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge Kuilan Baez
Urb. La Inmaculada
Padre Rivera 414
Vega Alta P.R. 00692

RECEIVED & FILED
2021 AUG 10 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR   009

9 AUG 2021   PM 2   L

To: United States District Court Clerk's
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-0150   MRG 7



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus M. Figueroa Aponte_

Participant's Address: _HC2 Box 8741 Yabucoa, P.R. 00767_

Participant's Email Address: _jmartinez9709@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Jesús M. Figueroa Aponte_
Signature

_Carmen O. Figueroa (Tutor)_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesús M. Figueroa Aponte
HC #2 Box 8741
Yabucoa P.R. 00767

Discovery notice to the courts clerks
office at.
United States District Court Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918170625



SAN JUAN PR   009
9 AUG 2021   PM 2   L

RECEIVED N CLERK
2021 AUG 10 PM 2:56

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Digno Cartagena Colón_

Participant's Address: _P O Box 883 Salinas, PR 00251_

Participant's Email Address: _dcartagena@policia.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PR 1845 SRF 52653 Pack ID:85789 MML ID:1190_
_462-P SVC-DSHN-Q_

By: _____
Signature

_Digno Cartagena Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Digno Cartagena Colón
P 6 Box 883
Salinas, P.R. 00751

RECEIVED & F[...]
2021 AUG 10  PM 2[...]
CLERK'S OFFIC[...]
U.S. DISTRICT COU[...]
SAN JUAN, P[...]

00918-170625

SAN JUAN PR  009
9 AUG 2021  PM 2  L

Tribunal Distrito de los Estados Unidos
Oficina del Secretario
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

No. 17 - BK - 3283 - LTS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Basilio Cintron Rosario

Participant's Address: HC 2 Box 8741 Yabucoa, Puerto Rico 00767

Participant's Email Address: jmartinez9709@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-CTS

Nature of Claim: PROMESA Title 3

By: Basilio Cintron Rosario
Signature

Basilio Cintron Rosario
Print Name

_____
Title (if Participant is not an individual)

August 8, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Basilio Cintrón Rodriu
Hc #2 Box 8741
Yabucoa P.R. 00767

RECEIVED & FILED
2021 AUG 10 PM 2:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

Discovery Notice to the courts Clerk
office at.
United States District Court, Clerk
office 150 ave. Carlos Chardon
Ste. 150 San Juan 00918-1767

San Juan 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ivis M. Vélez Lugo*

Participant's Address: *Repto. Metropolitano 912 Calle 15 E. San Juan PR 00921*

Participant's Email Address: *Ivis M. Vélez 1345 @ gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. BK 3283-LTS (SS. xxx-14-1345)*

Nature of Claim: *Claim increase in salary decreed by ELA of P.R. which was not paid (1984) (1984-June 1999)*

By: *Ivis M. Vélez Lugo*
Signature

*Ivis M. Vélez Lugo*
Print Name

_____
Title (if Participant is not an individual)

*August 6, 2021*
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM2:49

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris M. Vélez Lugo
Resto. Metropolitano
917 calle 1 S.E.
San Juan, P.R. 00921

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:49

7019 1120 0001 2939 8689

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 00927
02 4W
0000362890 AUG 06 2021
$ 004.15⁰

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Higinia A. Rodriguez Pons_

Participant's Address: _Ext. Estancias de Mayoral 115 Vinaza Villalba PR 00766-2609_

Participant's Email Address: _0_

Name of Counsel: _0_

Address of Counsel: _0_

Email Address of Counsel: _0_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102947_

Nature of Claim: _PROMESa Tittle III . Romeraz0_

By: _Higin A. Rodrig Pons_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:49

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Higinia A. Rodriguez Pons
Ext. Estancias de Mayoral
115 Vinara
Villalba, PR 00766-2609

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:49

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
VILLALBA, PR
00766
AUG 09, 21
AMOUNT
$3.60
R2305K131843-08

7019 2470 0000 3454 2737

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan B. Ruiz Roman_

Participant's Address: _P.O. Box 1091   Hatillo, P.R. 00659_

Participant's Email Address: _____ Tel. 787-454-0448_

Name of Counsel: _Department of Education of P.R._

Address of Counsel: _Puerto Rico Government._

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _15007_

Nature of Claim: _Public Employee and Pension Retiree_

By: _~~Juan B. Ruiz~~_
Signature

_Juan B. Ruiz Roman_
Print Name

_Department of Education_
Title (if Participant is not an individual)

_August 13, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:49

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan B. Ruiz Rentón
P.O. Box 1091
Hatillo, P.R. 00659

2021 AUG 10 PM2:49

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

7020 3160 0002 1962 0414

CERTIFIED MAIL

00918-170625

United States District Court Clerk Office
150 Ave Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
HATILLO, PR
00659
AUG 09, '21
AMOUNT

$7.00

R2305K134656-04

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrta F. Roman Pagán_

Participant's Address: _HC 8 Box 89061, San Sebastian, P.R. 00685_

Participant's Email Address: _myrtaflor22@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178183-1_

Nature of Claim: _____

By: _[signature]_
Signature

_Myrta F. Román Pagán_
Print Name

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:48

_____
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Myrta F Roman Pagan
HC 8 Box 89061
SAN SEBASTIAN, P.R.
00685

1000

00918

U.S. POSTAGE PAID
FCM, LETTER
SAN SEBASTIAN, PR
00685
AUG 09, 21
AMOUNT
$4.15
R2304M110280-1

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

7020 1810 0001 4315 4966

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Providencia Oquendo Muniz_

Participant's Address: _Pueblito Nuevo Calle Jengibre 14 Ponce 00731_

Participant's Email Address: _lariana76@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141652_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _P. Oquendo_
Signature

_Providencia Oquendo_
Print Name

_____
Title (if Participant is not an individual)

_07/30/2021_
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:48

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P. Oquendo Muñiz
Pueblito Nuevo
Calle Jengibre 14
Ponce PR 00730

2021 AUG 10 PM2:48

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

00918-170625

SAN JUAN PR 009

7 AUG 2021 PM 1 L



FOREVER

Discovery Notice to the Courts Clerks
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARINA CRISPIN SANTIAGO_

Participant's Address: _P.O. Box 987, Anguilla PR 00773_

Participant's Email Address: _ruizkat@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176233_

Nature of Claim: _Ley 124-1973 (aumento sueldo), Ley 89-1979 (Retribución uniforme)_

By: _Marina Crispin Santiago_
Signature

_Marina Crispin Santiago_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:48

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marina Crispin Santiago
P.O. Box 987
Anguilla, PR 00773

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:48

CERTIFIED MAIL

7021 0350 0000 0992 8590

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
AUG 07, 21
AMOUNT
$7.00
R2304E107068-03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alba I. Flores Garcia_

Participant's Address: _Valle Abajo, 350 Calle Almendro, Coamo, P.R. 00769-6808_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _CASE NO. 17 BK 3283 - LTS_

Nature of Claim: _I require that the gouvement pay me_
By: _Alba Iris Flores Garcia_ _Part of my penssion that the gouverment don't pay me._
Signature

_Alba I. Flores Garcia_
Print Name

_Participant_
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:48

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin E. Ortiz 350
Valle Rivojo
Calle Almendro
Coamo, PR 00769-6808

2021 AUG 10 PM 2:48

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

00918-170625

SAN JUAN PR 009
7 AUG 2021 PM 1 L

United States District Court
(Clerks Office)
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Mildred Batista De León_

Participant's Address: _PO. Box. 1259 Saint Just, PR. 00978_

Participant's Email Address: _mbatista 999 a gmail · com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22668_

Nature of Claim: _Refund of contributions of the Retirement_
_system of the employees of the_
By: _Mildred Batista De León_   _Government of PR._
Signature

_Mildred Batista De León_
Print Name

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

_—_
Title (if Participant is not an individual)

2021 AUG 10 PM 2:47

_09 - agosto · 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Batista De León
P.O. Box. 1259
Saint Just, PR. 00978

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

00918-176825

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:47

SAN JUAN PR   009

AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nydia Negrón Ortiz_

Participant's Address: _HC01 Box 2341 Morovis P.R. 00687_

Participant's Email Address: _negronnydia4@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Nydia Neg Ort_
Signature

_Nydia Negrón Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_5- agosto 2021._
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:47

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia Negron Ortiz
Hc-01 Box 2341
Morovis P-R. 00687

2021 AUG 10 PM2:47

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

00918-1706825

Discovery Notice to the Court Clerk
Office
United States District Court Clerk
Office 150 Ave. Carlos Chardon Ste150
San Juan P.R. 00 918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its couns
    if any:

Participant's Name: Ricardo Alonso Fortier

Participant's Address: 110 AUGUSTO RODRIGUEZ URB. MONTICIELO, CAUGUAS, P.R. 00725

Participant's Email Address: ARTEMIO 1161 @ gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 9510   and   # 173934

Nature of Claim: salary claim   Court of first instance
KPE 2007-4359 (803) * Addendum included

**RECEIVED AND FILED**

By: _Ricardo Alonso Fortier_
Signature

_Ricardo Alonso Fortier_
Print Name

**CLERK'S OFFICE USDC PR**

_____
Title (if Participant is not an individual)

**2021 AUG 10 PM 2:47**

8 / 5 / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Ricardo Alonso Forker
110 Augusto Rodriguez, urb. Monticielo
Caguas, P.R. 00725

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2: L

SAN JUAN PR 009
9 AUG 2021 PM 2 L

009i8-1706.25

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Félix A. Estrada García*

Participant's Address: *Urb Santa Teresita 6122 calle San Claudio*
*Ponce PR. 00730*

Participant's Email Address: *Estrada Marangoli @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Bonificación Especial*   *Ley Num 85 12 Julio Romerazo 1979*
*Ley Num 12- 1982*

By: *[signature]*
Signature

*Félix A. Estrada García*
Print Name

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

_____
Title (if Participant is not an individual)

2021 AUG 10 PM 2:47

*agosto 6, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A. Estrada Garcia
urb. Santa Teresita
Calle San Claudis 6122
Ponce PR. 00730 - 4451

00918-170625

United States District Court Clerk's
Office 150 Ave Carlos Chardon ste 150
San Juan PR. 00918 - 1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:17

SAN JUAN PR   009
AUG 2021   PM 1   L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Javier Alejandrino Osorio

Participant's Address: P.O. Box 1259 Saint Just PR. 00978

Participant's Email Address: alejandrino javi @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 22274

Nature of Claim: Refund of contributions of the Retirement System of the Employees of the Government of PR.

By: _Javier Alejandrino Osorio_
Signature

_Javier Alejandrino Osorio_
Print Name

_____
Title (if Participant is not an individual)

09- agosto- 2021
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:47

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Alejandrino Osorio
P.O. Box. 1259
Saint Just PR. 00978

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:47

SAN JUAN·PR 009
9 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIRIAM C. BALASQUIDE FRAU_

Participant's Address: _E-14 Calle Almendra, Idnes Fagot, Ponce, PR 00716_

Participant's Email Address: _mbschmidt2@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment in $25,000 in Employee Retirement Plan_

By: _Miriam C Balasquide_
Signature

_MIRIAM C Balasquide Frau_
Print Name

_____
Title (if Participant is not an individual)

_8/6/21_
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miriam C. Balasquide
Jard Fagot
E14 Calle Almendra
Ponce, PR 00716-4042

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM2:46

United States District Court
Clerk's Office
150 Ave Carlos Chardon, Suite 150
San Juan, PR 00918-1767

00918-176825

SAN JUAN PR 009
7 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Fanfán Rivera_

Participant's Address: _160 Calle del Carmen W._

Participant's Email Address: _toy_te38@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _NA_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-6174_

Nature of Claim: _Law 89-1995 "El Romerazo"_

By: _[signature]_
Signature

_Roberto Fanfán Rivera_
Print Name

_N/A_
Title (if Participant is not an individual)

_08 | 08 | 2021_
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Fontán Rivera
160 Calle del Convento.
Fajardo P.R. 00738

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 JUN 10 PM 2:46

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita R. Roldán Almeda_

Participant's Address: _Calle Salustiano Colón A-27 Urb. Machin_
_Caguas, P.R. 00725_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110388_

Nature of Claim: _Public Employee_

By: _Margarita R Roldán Almeda_
Signature

_Margarita R. Roldán Almeda_
Print Name

_Promesa título III_
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2021 AUG 10 PM 2:46

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita R. Roldán Almeda
Calle Salustiano Colón A-27
Urb. Machin Caguas, P.R.
00725.

00918-170625

SAN JUAN PR 009

7 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Margarita R. Roldán ALmeda_

Participant's Address: _Calle salustiano Colón A-27 Urb. Machin_
_caguas, P.R. 00725_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146655_

Nature of Claim: _Public Employee_

By: _Margarita R. Roldán Almeda_
Signature

_Margarita R. Roldán AL meda_
Print Name

_Promesa título III_
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:46

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita R. Roldán Almeda
Calle Salustiano Colón A-27
Urb. Machín Caguas, P-R.
00725.

00918-170625

SAN JUAN PR 009

7 AUG 2021 PM 1 L

United States District Court,
clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irasema San Miguel Velazquez_

Participant's Address: _Urb. La Arboleda C/16 #268, Salinas P.R. 00751_

Participant's Email Address: _Irasemasanmiguel@gmail.com_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Number 130620 (17BK 3283-LTS)_

Nature of Claim: _Nursing_

By: _Irasema San Miguel Vel'zB_
Signature

_Irasema San Miguel Velazquez_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:46

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irasema San Miguel Velázquez
Urb. La Arboleda c/16 #368
Salinas, PR 00751

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon Ste 150
San Juan, P.R 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM2:46

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz M. Adames Guerrero*

Participant's Address: *Hc 6 Box. 9004, Juana Diaz, P.R 00795*

Participant's Email Address: *luzmadames @ gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *"*

Email Address of Counsel: *"*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *80764*

Nature of Claim: *Wages owned during my Active duty in the Commonwealth of Puerto Rico.*

By: *[signature]*
Signature

*Luz M. Adames*
Print Name

RECEIVED AND FILED

_____
Title (if Participant is not an individual)

CLERK'S OFFICE USDC PR

*8/6/2021*
Date

2021 AUG 10 PM 2:45

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. Adames
HCC Box 9004
Juana Diaz, P.R. 00795

Case No. 17BK 3283-LTS

SAN JUAN PR 009
9 AUG 2021 PM 2 L

2021 AUG 1 PM2:45
CLERK'S OFFICE USDC PR
RECEIVED AND FILED
00918-170625

Court's Clerk's Office
United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA
FOREVER

FOREVER
USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José F. Lozada Salgado_

Participant's Address: _PO Box 394, Mercedita P.R. 00715-0394_

Participant's Email Address: _zeltaisise yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _47948_

Nature of Claim: _Public Employee and Pension Retiree claim_

By: _____
Signature

_José F. Lozada Salgado_
Print Name

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

_____
Title (if Participant is not an individual)

_Aug - 06 - 2021_
Date

2021 AUG 10 PM 2:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose' F Lozada Salgado
PO Box 394
Mercedita P.R. 00715-0394

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 AUG 10 PM 2:45

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

FOREVER / USA

To: United States District Court
Clerk's Office
150 Ave., Carlos Chardon, STE 150
San Juan, P.R.   00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Samuel Garcia Rosado_

Participant's Address: _P.O. Box 1276 Penuelas P.R. 00624_

Participant's Email Address: _samuel rosado 257@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _____

By: _Samuel Garcia Rosado_
Signature

_Samuel Garcia Rosado_
Print Name

_____
Title (if Participant is not an individual)

_August 07, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Samuel García Rosales
P.O. Box 1276.
Peñuelas, P.R. 00624.

RECEIVED & FILED
2021 AUG 10 PM 2: 50
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court, Clerks
Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José A. Alicea Rodriguez

Participant's Address: Com. Las 500 tas Calle Amatista #451 Arroyo, P.R. 00714

Participant's Email Address: jaaliceavodriguez13@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 131181

Nature of Claim: Income Not paid under the laws numbers 89, 96,164

By: _____
Signature

José A. Alicea
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Alicea Roche
Com. Los 500 hts Calle Amatista
#451 Arroyo, P. R. 0714

RECEIVED & FILED
2021 AUG 10  PM 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR  009
9 AUG 2021  PM 2  L



United States District Court, Clerk's
Office 150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Silka Janet Feliciano Echevarria_

Participant's Address: _P.O. Box 1805, Coamo, P.R. 00769_

Participant's Email Address: _silkajfeliciano@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57556_

Nature of Claim: _Public Employee claims.
Empleados publicos y pension / Jubilación_

By: _Silka Feliciano Echevarria_
Signature

_Silka Janet Feliciano Echevarria_
Print Name

_teacher special education
maestra educación special_
Title (if Participant is not an individual)

_9 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Silka J. Feliciano
P.O. Box 1805
Cormo, P.R. 00769

RECEIVED & FILED
2021 AUG 10  PM 2:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
9 AUG 2021   PM 2   L

Discover Notice to the Court's clerk's office at
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767
00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elba I Rivera Navarro

Participant's Address: Vista Mar B26 Cataluña Carolina PR 00983

Participant's Email Address: elbairivera@gmail.com

Name of Counsel: N|A

Address of Counsel: N|A

Email Address of Counsel: N|A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: *[signature]*
Signature

Elba I. Rivera Navarro
Print Name

_____
Title (if Participant is not an individual)

Agosto 8 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba I Rivera Navarro
Vista Mar B326
Catalina
Carolina P.R. 00913

00918-170625

Discovery Notice to the courts Clerks office at :
United States District court's Clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 0098-1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Belén S. Silva Bernier*

Participant's Address: *P.O Box 1133 Guayama, Puerto Rico 00785*

Participant's Email Address: *bsilvabernier@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *165976 & 165727*

Nature of Claim: *In the years 1977-2005 moneys (different sources) were identified and allocated by the government to do salary justice to teachers from the Dept of Education of Puerto Rico Commonwealth. Three governors passed by and neither honored the payment.*

By: *Belén S. Silva Bernier*
Signature

*Belén S. Silva Bernier*
Print Name

*Teachers cannot know amount owed because of the millions identified; the distribution depended on level being taught, years of service and academic degree. Please check Comptroller's books of those years to verify identification & allocation action.*

_____
Title (if Participant is not an individual)

*August 3/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elin J. Silva
P.O. Box 1133
Guayama, Puerto Rico 00785

RECEIVED & FILED
2021 AUG 10 PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

9 AUG 2021 PM 2 L

United State District Court
Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zaritzia L. Soto Rentas_

Participant's Address: _2EL-279 Rafael Carrión Villa Fontana Carolina, P.R. 00983_

Participant's Email Address: _zsotorentas@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III Employees Retirement System of Puerto Rico_

By: _____
Signature

_Zaritzia L. Soto Rentas_
Print Name

_____
Title (if Participant is not an individual)

_August 6th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2. Soto Puntas
Rafael Cannoi 762-279
Villa Fontana, Carolina
P.R. 00983

RECEIVED & FILED
2021 AUG. 10  PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Jimenez Jimenez_

Participant's Address: _HC7 Box 76646, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadelasca@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169812_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Angel_
Signature

_Angel L. Jimenez_
Print Name

_Self Claimonts_
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ÁNGEL L JIMÉNEZ JIMÉNEZ
HC 7 BOX 76646
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 10 PM 2: 51

SAN JUAN PR 009

9 AUG 2021 PM 2 · L

00918-170625

NOTICE TO THE COURT'S OFFICE'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Baubista Jimenee Mun,To_

Participant's Address: _HC-7 Box 76646, SanSebastion PR 00685_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Debts Claimed Deppethent of Agriculture_

By: _____
Signature

_Angell Jimenee — Poe Juan B Jimenee_
Print Name

_Participant_
Title (if Participant is not an individual)

_8/9/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JUAN B JIMENEZ MUNIZ
HC 7 BOX 76646
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 10 PM 2:5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR   009
9 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Sánchez Ortiz_

Participant's Address: _La Cuarta, Calle-C #251, Mercedita, P.R. 00715_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168 843_

Nature of Claim: _____

By: _Ramón Sánchez Ortiz_
Signature

_R. S. O._
Print Name

_____
Title (if Participant is not an individual)

_9 / 8 / 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón Sánchez Ortiz
La Cuarta, Calle-C #25,
Mercedita, P.R. 00715

RECEIVED & FILED
2021 AUG 10 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

SAN JUAN PR  009
9 AUG 2021 PM 2 L

00918-170625

United States District Court,
Clerk's Office
150 Ave, Carlos Chardon Ste.
150
San Juan, P.R.
00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Borges Cruz_

Participant's Address: _HC-01 BOX 4523, Juana Díaz P.R. 00795_

Participant's Email Address: _Wburgos 158 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169270_

Nature of Claim: _____

By: _Ramón Burgos Cruz_
Signature

_Ramón Burgos Cruz_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767. .

Ramon Burgos Cruz
Heo Box 4523
Juana Diaz, P.R. 00795-9889

RECEIVED & FILED
2021 AUG 10 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Discovery Notice to the Courts Clerk's
office att,
United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150 San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Chévere Atlonso, Jaime L_

Participant's Address: _Urb. Att Borriquen 6228 calle Marqio Jayuya P.R. 00664_

Participant's Email Address: _dimitri33@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _25019_

Nature of Claim: _Public employee  #25919_

By: _Policía de P.R._
   Signature

_JC C Oltzo_
Print Name

_____
Title (if Participant is not an individual)

_Agost 9/ 2021_
Date

RECEIVED & FILED
2021 AUG 10 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Chévere Alfonzo
Urb. Alt. de Borinquen 6228
Calle Mavaó
Taguo P.R.
00684

RECEIVED & FILED
2021 AUG 10 PH 2:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
9 AUG 2021 PM 2 L

FOREVER USA

United State District Court
Clerk's Office, 150 Ave Chardón Ste 150
San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _America Alejandro Cruz_

Participant's Address:    _Urb. Isla Verde 3715 Cond. Atlantic Beach apt. 2-B_
_Carolina, P. R. 00979_

Participant's Email Address: _____

Name of Counsel:    _N. A._

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _17 BK 3283 LTS_

Nature of Claim:    _Investment of $50,000.00 in Em-_
_ployees Retirement System of the_
By: _America Alejandro Cruz_    _Bond for $50,000.00_
   Signature

_América ALejandro Cruz_
   Print Name

_____
   Title (if Participant is not an individual)

_8-4, 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 15

America Alejandro Cruz
Ave. Irlo. Vezzle 37/5
Cond. Villa altia Beach apt. 3-13
Carolina, P.R. 00979

SAN JUAN PR 009
5 AUG 2021 PM 1 L

00918-170625

United State District Court
Clerk's office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivis A Antongiorgi Concepcion_

Participant's Address: _Calle 69 288 Alt de RioGrande R.G. Puerto Rio 00745_

Participant's Email Address: _iantongiorgi@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ivis A Antongiorgi Concepcion_
    Signature

_Ivis A Antongiorgi Concepcion_
Print Name

_____
Title (if Participant is not an individual)

_5/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, PR

2021 AUG 10  AM 11:15

Gen Cartagena Carrasquillo
Calle 6 J-888 Alturas Rio Nuevo
Rio Grande P.R. 00745

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150. San Juan P.R. 00918-1767.

0091831706

U.S. POSTAGE PAID
FCM LETTER
CEAW VANAS, PR
00729 VANAS, PR
AUG 05, 21
AMOUNT
$0.55
R2305H129830-05

1000

00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris A Antongiorgi Concepcion_

Participant's Address: _Calle 6q 288 Alt de Ribvmd. RG, PR 00745_

Participant's Email Address: _iantongiorgi@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Iris Antongorgi Concepcion_
Print Name

_____
Title (if Participant is not an individual)

_5/april/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

