UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

        The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Rafael Rivera Lopez
2. Edwin Acevedo Mojica
3. Maria del Carmen Cruz Hernandez
4. Elizabeth Santiago Rodriguez
5. Norma I. Perez Colon
6. Enrique Rodriguez Paz
7. Carlos E. Bosque Lanzot
8. Steven Marrero Robles
9. Josephine Navarro Martinez
10. Mario Digesaro & Linda Digesaro
11. Susette Troche Silva & Carlos J. Hernandez Crespo
12. Ada H. Mariani Velez
13. Dorcas Avila Hernandez
14. Teresa A. de la Haba
15. Camille Arroyo Santos
16. Lydia Matos Matos
17. Angel M. Cartagena Ortiz
18. Elizabeth Santiago Rodriguez
19. Minerva Rodriguez Daniels
20. Julio M. Lopez Alvarez
21. Katherine Schmalz
22. Laura I. Cruz Gonzalez
23. Ana Rosa Cruz Cruz (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

24. German Acevedo

25. Carlos E. Velez Trinidad

26. Migdalia Davila Aponte

27. Jose L. Rolon Garcia

28. Julia Abreu Vega

29. Edwin Borrero Alamo

30. Maria Rosado Soto

31. Maria S. Crespo Gonzalez

32. Milagros Ilarrasa Aviles

33. Ellen M. Duwe

34. Francisco Blas Medina

35. Carmen G. Rodriguez Viera

36. Edgardo R. Ortega Rodriguez

37. Vionette Cruz Rodriguez

38. Griselda Santana Soler

39. Rosa Domena Cortes

40. Griselle Lopez Soto

41. Ana Garcia de Nieves (3 notices)

42. Jorge Luis Bonilla Ortiz

43. Brindis M. Velazquez Saez

44. Edwin E. Lopez Jiminian

45. Yolanda Quinones Nieves

46. Jeffrey Allen Nieves Garcia

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

    47. Cosme Vazquez Rivera

    48. Ada L. Lopez Salgado

    49. Veronica Amador Colon

    50. GilbertoVelez Carrillo

Dated: August 11, 2021

4