Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Rivera López_

Participant's Address: _Almendro EP-4, Urb. Sta. Rita, Bayamón, PR 00959_

Participant's Email Address: _N-A_

Name of Counsel: _N-A_

Address of Counsel: _N-A_

Email Address of Counsel: _N-A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178884_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
Signature

_Rafael Rivera López_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Rivera
c/Almendro EP-4
Urb. Sta. Sta. Bayamon, P.R.
00959

00918-170625

SAN JUAN PR 009
5 AUG 2021 PM 1 L

Discovery Notice to the Court Clerks
United States District Court
clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Edwin Acevedo Mojica_

Participant's Address: _Dorado J328, Ext. Forest Hills, Bayamón, PR 00959_

Participant's Email Address: _edwin_baseball_9964@hoo.com_

Name of Counsel: _N-A_

Address of Counsel: _N-A_

Email Address of Counsel: _N-A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Unknown_

Nature of Claim: _Public Employee Claims_

By: _Edwin Acevedo Mojica_
    Signature

_Edwin Acevedo Mojica_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Acevedo Moy____
c/Dorado J328
E/t Forest Hills, Bayamon
P.K. 00959

SAN JUAN PR 009
5 AUG 2021 PM 1 L

U.S District Court, Clerk's Office
150 Ave. Carlos Chardon Ste150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11: 15

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Hernandez, Maria del Carmen_

Participant's Address: _Estancias de la Parguera #1 Lajas P.R. 00667_

Participant's Email Address: _C.acuario@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Maria del C. Cruz Hernandez_
Signature

_Maria del Carmen Cruz Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_4 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cruz Hernandez, Maria d/Carmen
Estancias de la Parguera #1
Lajas P.R. 00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

2021 AUG 10 AM 11:15

00918-170625

United States District Court,
Clerk's office, 150 Ave. Carlos
Chardon ste. 150,
San Juan P.R. 00918-1767

SAN JUAN PR 009
5 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Elizabeth Santiago Rodriguez*

Participant's Address: *3035 SW 113th Dr, Gainesville, FL 32608*

Participant's Email Address: *elisantiagocalimano@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *52199 / 53303 / 57299*

Nature of Claim: *Salary + benefits owed to public employees*

By: *Elizabeth Santiago Rodriguez*
Signature

*Elizabeth Santiago Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*8/5/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Santiago
3035 SW 113th Dr.
Gainesville, FL 32608

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 14

00918-1706825

JACKSONVILLE FL 320

5 AUG 2021   PM 4  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I Perez Colón_

Participant's Address: _Urb Flamboyanes 1610 Calle Lila Ponce PR 00716-4612_

Participant's Email Address: _1945colon @ gmail.com_

Name of Counsel: _Class Action Lawsuit_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _During Gov. Romero'list administrating public employes were offered a staggered salary increase, in 4 stages the first of which was granted before Mr. Romero's defeat in the 1984 elections. Mr. Hernandez Colon, who came to power in Jan 1985 did not continue the process of raising the salary. It is sought that these monies of the non effected raise be retroactively granted._

By: _[signature]_

Signature

Print Name: _Norma Perez Colón_

Title (if Participant is not an individual): _[handwritten]_

Date: _July 30th 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

YOU ARE USING
USPS PRODUCT
DIST OFFICE
SAN JUAN PR
AUG 10  AM 11:14

SAN JUAN PR   009

9 AUG 2021   PM 2   L

00918-170399

United States District Court,
Clerk's Office Charles St 150
150 Ave Carlos
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _ENRIQUE Rodriguez-Paz_

Participant's Address: _21711 Frontenac CT Boca Raton, FL 33433_

Participant's Email Address: _KIKERPKZMD@AOL.COM_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _125,000 bonds Employees Retirement System_
                        _25,000 mature 7/1/28_
By: _____ _100,000 mature 7/1/38_
    Signature

_ENRIQUE Rodriguez-Paz_
Print Name

_N/A_
Title (if Participant is not an individual)

_aug 3rd 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Rodriguez Paz
21711 Frontenac Ct
Boca Raton, FL 33433

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 10   AM 11: 14

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767




MIAMI FL 330
5 AUG 2021 PM

US POSTAGE
$00.51⁰
First-Class

Mailed From 33321
08/05/2021
032A 0061850341

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARLOS E. BOSQUE LANZOT_

Participant's Address: _Estancias de la PARGUERA #1 Lajas P.R._
_00667_

Participant's Email Address: _Carlosbosque 1959 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Carlos E.A.A.f_
   Signature

_Carlos E. Bosque Lanzot_
Print Name

_____
Title (if Participant is not an individual)

_5 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos E. Bosque Laureo T
Estancias de la Pansuena #1
Lajas, P.R. 00667

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 10 AM11: 14

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste 150,
San Juan P.R. 00918-1767

00918-170449



SAN JUAN PR 009
5 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Steven Marrero Robles_

Participant's Address: _205 Montecillio jard. de Montellanos_
_Morris PR 00487_

Participant's Email Address: _steven_20pr@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86 645_

Nature of Claim: _____

By: _(signature)_
Signature

_Steven Marrero Robles_
Print Name

_Persona Individual_
Title (if Participant is not an individual)

_Agosto 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 14

0091183 1747 C018

Ann Marie Roses
905 Montefiore
de Montellanos, Apol.
Morris PR
00687

SAN JUAN PR   009
7 AUG 2021   PM 1   L



US District Court, Clerks Off
150 Ave Carl-Chardon ste150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josephine Navarro Martinez_

Participant's Address: _1925 Kalakaua Ave #1403, Honolulu, HI 96815_

Participant's Email Address: _JosieN1269@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1764_

Nature of Claim: _TAX Return (Income Tax payment)_

By: _Navarro_
Signature

_Josephine Navarro_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josephine Navarro
1925 Kalakaua Ave
Apt. 1403
Honolulu, HI 96815

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 14

00918-170625

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, PR 00918 - 1767

HONOLULU HI 967

4 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *MARIO AND LINDA DIGESARO*

Participant's Address: *1015 84 ST BROOKLYN NY 11228*

Participant's Email Address: *linda.d84@AOL.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *179254*

Nature of Claim: *Puerto Rico Bonds*

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*8-6-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MARIO and LINDA DI GESERO
1015 84th Street
Brooklyn N.Y. 11228

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 10  AM 11: 14

Discovery Notice to the Court's Clerk's Office
United States District Court Clerk's Office
150 Ave Carlos Chardon STE. 150
San Juan P.R. 00918-1767

00918-170625

NEW YORK NY  100
6 AUG 2021  PM 9  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Susette Troche Silva (Widowed)

Participant's Name: Carlos J. Hernandez Crespo

Participant's Address: Villa Cristina #13 Rio Hondo Mayaguez PR 00680

Participant's Email Address: carloshernandez22268@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 8743

Nature of Claim: Employees Retirement System of

By: _Susette Troche S._
Signature

Carlos J. Hernandez Crespo
Print Name   Susette Troche Silva

_____
Title (if Participant is not an individual)

8/5/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

carlos Hernandez
11805 Laric Song Loop
Riverview FL 33579

TAMPA FL 335
SAINT PETERSBURG FL
06 AUG 2021 PM 4 L

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:      Ada H. Mariani Velez

Participant's Address:      Quintas de Dorado calle Ceiba A-10
Dorado, Puerto Rico   00646

Participant's Email Address:      adamariani26@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:      124264

Nature of Claim:      Title III  17 BK 3283 LTS

By:      *Ada H. Mariani Velez*
     Signature

     Ada H. Mariani Velez
     Print Name

     Emplees Retirement System of
the Commonwealth of P.R.  (ESR)
     Title (if Participant is not an individual)

     August 7, 2021
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada H. Mariani Vélez
Quintas de Dorado
Calle Ceiba A-10
Dorado, Puerto Rico
00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 13

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan
Puerto Rico

00918-1767



SAN JUAN PR   009

7 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dorcas Avila Hernández_

Participant's Address: _Parcelas Falú 208-A Calle 43, San Juan, PR 00924_

Participant's Email Address: _dorcasavila.041961@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _____

By: _Dorcas Avila Hz_
Signature

_Dorcas Avila Hernández_
Print Name

_Individual_
Title (if Participant is not an individual)

_3 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus Ortiz Ortiz
Parcelas Falú 208-A
Calle #3, Aon Juan PR 00924-3124

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 13

United States District Court,
Clerk's Office
150 Ave Carlos Chardon St., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa A. de la Haba_

Participant's Address: _Cond. Fdega grande - Cadle tag 16 E_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Teresa A. de la Haba_
Signature

_Teresa A. de la Haba_
Print Name

_Investor_
Title (if Participant is not an individual)

_6 - 3 — 26_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 13

Ml. Teresa De La Rubia
16E Calle Taft #1
San Juan, PR 00911

0051881766 0018

U.S. District Ct. Eleventh Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

FOREVER USA
PURPLE HEART
SAN JUAN
AUG 0

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Camille Arroyo Santos_

Participant's Address: _Calle Venus #111 Ponce, P.R 00730_

Participant's Email Address: _carroyo2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Lex164 año 2000, Aumento retroactivo_
_Lex96 año 2000, Costo de Vida, Lex34, Ing. Laboral_
_Guion Rosello_

By: _Camille Arroyo Santos_
Signature

_Camille Arroyo Santos_
Print Name

_Register Nurse_
Title (if Participant is not an individual)

_august 6 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Camille Arroyo
Calle Venus #111
Ponce P.R. 00730

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 13

00518-170546

United States District Court,
Clerk's Office,
150 Ave Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767.



SAN JUAN PR  009

7 AUG 2021  PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia Matos Matos_

Participant's Address: _894 Eider, San Juan, PR 00924_

Participant's Email Address: _ncmint@Yahoo.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _n/A_

Nature of Claim: _n/A_

By: _Lydia Matos Matos_
Signature

_Lydia Matos Matos_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia Matos Matos
894 Brisley
San Juan, P.R. 00924

FILED & RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 13

Discovery Notice of the Court Clerk's office
United States District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Cartagena Ortiz_

Participant's Address: _Bda. Carmen 86, Salinas, P.R 00751_

Participant's Email Address: _ortizmanuel854@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 = LTS_

Nature of Claim: _PROMESA Title III / The Plan_

By: _____
    Signature

_Angel M. Cartagena Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_6 - agosto -21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel M. Cartagena Ortiz
Bda. Carmen #86
Selinas, P.R 00751

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 13

00918-170449

United States District Court, Clerk's
office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

SAN JUAN PR 009
6 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elizabeth Santiago Rodriguez*

Participant's Address: *3035 SW 113th Dr. Gainesville FL 32608*

Participant's Email Address: *Elisantiagocalimano @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *57808*

Nature of Claim: *salaries & benefits owed to public employees*

By: *Elizabeth Santiago Rodriguez*
Signature

*Elizabeth Santiago Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*8/5/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Santiago
3035 SW 113th Dr
Gainesville, FL 32608

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 13

00918-170625

JACKSONVILLE FL 320
5 AUG 2021   PM 3   L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

SRF 55176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES, AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH THE CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN OF ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF THE HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOSED DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN OF ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY BE ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JULY 30, 2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. THIS IS NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SHOULD REVIEW THIS NOTICE.**

*Minerva Rodriguez Ortiz*

*Minerva Rodriguez Ortiz /s*

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Minerva Rodriguez Daniels_

Participant's Address: _Parcelas Rodriguez Ulmo calle B Numero 41 interior
arecibo Puerto Rico 00612_

Participant's Email Address: _Minervarodz60@gmail.com     minervarodz60@gmail.com_

Name of Counsel: _Myself_

Address of Counsel: _Same_

Email Address of Counsel: _Same_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283-LTS_

Nature of Claim: _To be able to have access To my Plan depository_

By: _____
Signature

_Minerva Rodriguez Daniels_
Print Name

_Minerva Rodriguez Daniels_
Title (if Participant is not an individual)

_N/A_
Date _8/5/2021_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# ATTACHMENT 1

Minerva Rodriguez Daniels
Parcelas Rodriguez Olmo
Calle B Numero 41 interior
Arecibo Puerto Rico 00612

To be able to have access to my plan depository.

Claim # 17 BK 3283-LTS

Minerva Rodriguez Daniels
Ancela Rodriguez Olmo
calle B numero 41 interior
Arecibo Puerto Rico 00612

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 13

Discovery Notice to the Court's clerk's
office at:
United States District court, clerk's office
150 Ave.
carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-176825

TAMPA FL 335
SAINT PETERSBURG FL
5 AUG 2021
PM 3 L

USA FOREVER

Participant must provide all of the information below (in English:)

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio M. López Alvarez_

Participant's Address: _118 Exchange ST APT.D. Lawrence M.A. 01841_

Participant's Email Address: _sortija777@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171765_

Nature of Claim: _Central Sugar cooporation & Ponce mercedita_
_-1989 To 1995 → DepT. Securiti_

By: _Julio M. López Alvarez_
Signature                  _-1996 MainTenace_
                            _-Claim Salary_
_Julio M. López Alvarez_          _increases._
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio W. Lopez Alvarez,
118 Exchange St. 8 APT. D
Lawrence M.A.
01841

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 12

00918-1.706.25

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R.
00918-1767.

5 AUG 2021 PM 6 L

BOSTON MA 021



FOREVER / USA

Case:17-03283-LTS Doc#:17765-1 Filed:08/11/21 Entered:08/11/21 14:52:10 Desc:
Pro se Notices of Participation Page 43 of 114

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _KATHERINE SCHMALZ_

Participant's Address: _235 BELRIDGE RD, NEW BRITAIN, CT 06053 USA_

Participant's Email Address: _LEONTINA8@HOTMAIL.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _DEBTORS ? RECOUP LOSSES_

By: _Katherine Schmalz_
Signature

_KATHERINE SCHMALZ_
Print Name

_____
Title (if Participant is not an individual)

_7/29/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 AUG 10 AM 11: 12

**Tina Lucas**
144 Belridge Rd.
New Britain, CT 06053

41 SOUTH MAIN STREET, WEST HARTFORD, CT 06107

00918-1706.25

U.S. DISTRICT COURT
CLERK'S OFFICE
150 AVE, CARLOS EHARDON
STE 150
SAN JUAN, PR
00918-1767

HARTFORD CT 060

5 AUG 2021 PM 6 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Laura I. Cruz González

Participant's Address: Glenview Gardens TI Calle Eucalipto Ponce P.R 00730

Participant's Email Address: lauraivis987@yahoo.es

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS

Nature of Claim: Ley Romero 20 #12 2003 (Ley 12) #1.84

By: Laura I. Cruz González
Signature

Laura I. Cruz González
Print Name

_____
Title (if Participant is not an individual)

8/3/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura I. Cruz Gonzalez
Glenview Gardens
Calle Eucalipto T-1
Ponce PR 00730

RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 10  AM 11: 12

00918-1706625

SAN JUAN PR  009
5 AUG 2021 · PM 1  L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Rosa Cruz Cruz_

Participant's Address: _Calle Cojoba 2833, Los Caobos, Ponce, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106617 et. al._

Nature of Claim: _Unpaid wages by the goverment of P.R._

By: _Ana Rosa Cruz Cruz_
Signature

_Ana Rosa Cruz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Ana Rosa Cruz Cruz
Calle Cojoba 2833
Los Caobos
Ponce, Puerto Rico 00716

RE-----
CLERK'S O----
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11:12

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1741

SAN JUAN PR   009

5 AUG 2021   PM 1   L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Ana Rosa Cruz Cruz

Participant's Address:  Calle Cojoba 2833 Los Caobos, Ponce, P.R. 00716

Participant's Email Address: _____

Name of Counsel:  N / A

Address of Counsel:  N / A

Email Address of Counsel:  N / A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  106371 (Cost Living) et. al.

Nature of Claim:  Onpaid wages by goverment of P.R.

By:  _Ana Rosa Cruz Cruz_
Signature

_Ana Rosa Cruz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Ana Rosa Cruz Cruz
Calle Cojoba 2x33
Los Caobos
Ponce, Puerto Rico 00716

RE_____
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 10   AM 11:12

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1747

SAN JUAN PR   009

5 AUG 2021   PM 1 L



FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _GERMAN Acevedo_

Participant's Address: _G. G. 33 – 35 St. Sacd – d – Caribe PonceP.R. 00728_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _939- 425- 3120_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _INVested $20,000 IN Employ. Retirem System Fund_

By: _German Qacevedo_
Signature

_GERMAN Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_8-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RE...
CL... OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11:12

0091B-170625

FROM:
GERMAN Acevedo
G. G. 33 — 35 St.
Jardines del Caribe
PONCE, P.R. 00728

TO: COURTS CLERCK OFFICE
150 ave. Carlos Chardon
Ste. 150
San Juan P.R.
00918-1767

SAN JUAN PR   009
5 AUG 2021   PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos E. Vélez Trinidad_

Participant's Address: _Country Club 911 Malvis San Juan PR 00924_

Participant's Email Address: _Cvelezfab pr 12 @ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176904_

Nature of Claim: _Empleado de PRTC y corresponde se me pague el retiro activo del ajuste salarial aprobado en la ley 89 del 1979._

By: _____
    Signature

_Carlos E. Velez Trinidad_
Print Name

_____
Title (if Participant is not an individual)

_8/3/2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos E. Vélez Trinidad
Country Club
911 Malui
San Juan PR 00924

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 12

00918-170625

SAN JUAN PR  009

5 AUG 2021  PM 1  L

United State District Court
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Migdalia Davila Aponte*

Participant's Address: *Urb Santa Maria B-33 Toa Baja P.R.*

Participant's Email Address: *migdalia_davila@yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *150108*

Nature of Claim: *Public Employer*

By: *Migdalia Davila Aponte*
Signature

*Migdalia Davila Aponte*
Print Name

_____
Title (if Participant is not an individual)

*August 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Davila
Urb. Santa Maria B-83
C/Santa Barbara Toa Baja
P.R. 00949

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11:12

00918-170625

Court's Clerk's Office
United States District Court
Clerks' Office 150 Ave Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

SAN JUAN PR  009

5 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Jose L. Rolon Garcia_

Participant's Address:   _Urb. Extension San Jose Calle E, I-2 Arbonito PR 00705_

Participant's Email Address:   _joselrolongarcia7@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _United State District Court, Clerks 150 Ave. Corbs Chardon Ste. 150, San Juan PR 00918-1767_

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _____

By: _[signature]_
     Signature

_Jose L. Rolon Garcia_
Print Name

_____
Title (if Participant is not an individual)

_05 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose L. Rodix Garcia
Urb. Extensión San José Calle E, I-2
Aibonito PR 00705

RE___ ___ ___ ___
CL___ ___ OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11: 12

00918-170625

SAN JUAN PR   009
5 AUG 2021   PM 1  L

United State District Court, Clerks
150 Ave. Carlos Chardon Sta. 150
San Juan, P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Abreu Vega_

Participant's Address: _HC 05 BOX 5613 YABUCOA P.R. 00767_

Participant's Email Address: _abreuvegajulia@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Julia Abreu Vega_
Signature

_JuliA Abreu Vega_
Print Name

_____
Title (if Participant is not an individual)

_8-4-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Adreea Vega
HC05 Box 58/3
Yabucoa P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 11

United State District court clerk office
150 ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170525

SAN JUAN PR 009
5 AUG 2021  PM 1  L


FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel
    if any:

Participant's Name: _CORRERO ALAMO, EDWIN_

Participant's Address: _CALL BOX 43001 Dept. 243 Rio GRANDE, P.R. 00745_

Participant's Email Address: _EDWINBORRERO @ YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007 4359 (803)_

Nature of Claim: _SALARY CLAIM KPE 2007-4359 (803)_

By: _____
Signature

_EDWIN BORRERO ALAMO_
Print Name

_____
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                        Página 5

*Original or*
*file # 1*

Querellantes

                Vs.                                    *Junio 10, 2014*

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                          Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Edwin Barreras Alamo
call Box 4300,
Dept. 243
Rio Grande, PR 00745

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM II: 11

0091B-170625

United States District Court,
Clerk Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767

SAN JUAN, PR   009
5 AUG 2021   PM 1   L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: _maria Rosado Soto_

Participant's Address: _Urb. Villa Fontana  Via 31  # 4CN-5_
_Carolina, PR  00983_

Participant's Email Address: _maria.rosado1202@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 20074359 (803)_

Nature of Claim: _Salary claim  KPE 20074359 (803)_

By: _maria A. Rosado Soto_
Signature

_maria A. Rosado Soto_
Print Name

_____
Title (if Participant is not an individual)

_8-05-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original en
file #1*

*Junio 10, 2014*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

**SEGUNDA QUERELLA ENMENDADA**

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                             Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus
balances acumulados en otras licencias que asciende a una suma no menor de
$1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen
las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación.
Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no
exentos la cantidad correspondiente a los salarios devengados por horas extras a
tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS
89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que
asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y
honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la
**Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San
Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas
V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San
Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Maria W. Rosado Nt
Urb. Villa Fortuna
Via 31 # 4 CN-5
Carolina, PR. 00983

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 10 AM 11: 11

00918-170625

United States District Court,
Clerk Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767

SAN JUAN PR 009
5 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _María S. Crespo González_

Participant's Address: _Po Box 6054 Caguas PR 00726-6054_

Participant's Email Address: _mcrespo2856@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175576, 177927, 178112, 175832_

Nature of Claim: _Promesa Title III_

By: _María S. Crespo González_
Signature

_María S. Crespo González_
Print Name

_Participante_
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Crespo Gonzales
PO Box 6059
Caguas PR 00726-6059

RECEIVED / FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 11

00918-170625

SAN JUAN PR   009
5 AUG 2021   PM 1   L

United States District Court
Clerk's office 150
ave. Carlo Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below in **English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ILarrasa Avilés, Milagros_

Participant's Address: _P.O. Box 984 Rincón, P.R. 00677_

Participant's Email Address: _milarrasa @hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130646_

Nature of Claim: _Promesa Título III 17 BK 3283-LTS_

By: _Milagros Ilarrasa Avilés_
   Signature

_Milagros Ilarrasa Avilés_
**Print Name**

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 11

Milagros Ilarraza Aviles
PO Box 984
Rincón, PR. 00677

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR   009
4 AUG 2021   PM 2   L



Case:17-03283-LTS   Doc#:17765-1   Filed:08/11/21   Entered:08/11/21 14:52:10   Desc:
Pro se Notices of Participation   Page 75 of 114

SRF 55335

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _____ Ellen  M.  Duwe _____

Participant's Address: _____ 8157  E.  Del  Cuarto  Dr,  Scottsdale, AZ _____
                                                                                            85258

Participant's Email Address: _____ eduwe @ optonline. net _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____ Creditor - bond holder   participating

By: _____ Ellen  M. Duwe _____                          discovery
       Signature

_____ Ellen  M.  Duwe _____
       Print Name

_____
       Title (if Participant is not an individual)

_____ 8/1/2021 _____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ellen Duwe
8157 E Del Cuarzo Dr
Scottsdale, AZ 85258-2323

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM11: 11

PHOENIX AZ 852
3 AUG 2021 PM 6 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste150
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco BLAS Medina (787-963-9140)_

Participant's Address: _P.O. Box 250559, Aguadilla PR 00604_

Participant's Email Address: _drfranciscoblas@gmail.com_

Name of Counsel: _Lic. José Acevedo (Aguadilla (1-787-379-5847)_

Address of Counsel: _Calle Progreso Ave. Jesu.T. Piñeiro Aguadilla_

Email Address of Counsel: _1- 787-379-5847_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Accidente en la Pista de Recreacion y Deporte de la Base Ramey Aguadilla. P.R._

By: _[signature]_
Signature

_Francisco Blas Medina_
Print Name

_____
Title (if Participant is not an individual)

_5 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO

Francisco Blas Medina
P.O. Box 250559
Aguadilla P.R. 00604-0559

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 11

00918-1706.25

SAN JUAN PR 009

7 AUG 2021 PM 1 L

United States District Court
Clerk's Office,
150 Ave. Carlos Chardon
Ste. 150
San Juan P.R. 00918-1767

GO FOR BROKE

GO FOR BROKE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rodriguez Viera, Carmen G_

Participant's Address: _7358 Carr 485, Quebradillas, P.R. 00678_

Participant's Email Address: _jerry 37000 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161289_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _X Carmen G. Rodriguez Viera_
    Signature

_Carmen G. Rodriguez Viera_
Print Name

_____
Title (if Participant is not an individual)

_august 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen G. Rodriguez Viera
7358 Carr 485
Quebradillas, P.R. 00678

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11:10

United St. District Court Clesk's Office
150 Ave, Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

00918-1706.25

5 AUG 2021 PM 1 L

SAN JUAN PR 009

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edgardo R. Ortega Rodríguez*

Participant's Address: *P.O. Box 6230 STA #1 Bayamón PR*

Participant's Email Address: *edgardoortegarodriguez@yahoo.com 00961*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *132102*

Nature of Claim: *Public empleyer*

By: *Edgardo Ortega*
Signature

*Edgardo R. Ortega Rodríguez*
Print Name

*6/agosto/21*
Title (if Participant is not an individual)

*6/8/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PO Box 6230
San Baya Wor PR
00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 10

00918-170825

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767

SAN JUAN PR  009
7 AUG 2021  PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Uionnette Cruz Rodriguez*

Participant's Address: *HC-6  Box 13882 Hatillo PR 00659*

Participant's Email Address: *4onyi1958@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *73425*

Nature of Claim: *Pension/Retiree Claims*

By: *Uionnette Cruz Rodriguez*
Signature

*Uionnette Cruz Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*9/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lionnette Cruz Rodriguez
HC-6  Box 13882
Hatillo PR 00659

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM II: 10

00918-170625

SAN JUAN PR  009
7 AUG 2021  PM 1  L



United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Santana Soler, Griselda*

Participant's Address: *Urb.Velomas  #9 Central Aguirre, Vega Alta. P.R.692*

Participant's Email Address: *griselle.santana63@gmail.com*

Name of Counsel: *United States District Court, Clerk's*

Address of Counsel: *office 150 Ave.Carlos Chardon,Ste 150, San Juan P.Rogue-1767*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *10813 → Commonwealth Plan Confirmation, of of . P.R.* *Commonwealth*

Nature of Claim: *Case 10:17 BK 3283-CTS -Pomeso TiHcell*

By: *G. Santana Soler*
Signature

*Griselda Santana Soler*
Print Name

*Union Grievance and Public Employee claim*
Title (if Participant is not an individual)

*Agosto 9-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

E. Santiago Seis
Urb. Buena
al Central Aguirre 2
Jesauta. P.R. 00697

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIS...
SAN JUAN...

2021 AUG 10  AM 11:10

00918-170399

SAN JUAN PR  009...
9 AUG 2021  PM 2...

United States Territorial District
office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Domerna Cortés Rosa_

Participant's Address: _HC-7 Box 12410 Arecibo, P.R. 00612_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rosa Domena Cortés_

Signature

_Rosa Domena Cortés_

Print Name

_____

Title (if Participant is not an individual)

_6-ago-21_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa Pomena Cortes
HC-2-Box 12440
Arecibo PR, 00612

RECEIVED PRO SE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11: 10

00918-170625

SAN JUAN PR   009

7 AUG 2021   PM 1 L

United Sates District Court
Clerk's Office
150 Ave.
San Juan. PR. Carlos Chardon Ste. 150
00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name: _Griselle López Soto_

Participant's Address: _PO Box 1818 Caguas, PR 00726-1818_

Participant's Email Address: _griselleloper21@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _4712_

Nature of Claim: _Employees Retirement System of the Government of PR_

By: _Griselle López Soto_
    Signature

_Griselle López Soto_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM 11:09

Griselle López Sub
P.O. Box 1815
Caguas, PR 00726-1815

00918-170399

United States District Court Clerk's Office
150 Av Carlos Chardon St 150
San Juan, PR 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ANA GARCÍA DE NIEVES_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt -San Juan, Puerto Rico_
_00 918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto_
_Rico et al.,_

By: _[signature]_
Signature

_ANA GARCÍA DE NIEVES_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANA GARCIA de Nieves
Calle Fernando Calder 457
Urb. Roosevelt, San
Juan, Puerto Rico 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 AM11: 09

00918-170399

SAN JUAN PR 009

9 AUG 2021 PM 2 L

FOREVER / USA

United States District Court,
Clerk Office, 150 Ave.,
Carlos Chardón Ste. 150,
San Juan, Puerto Rico,
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Manuel Nieves Ayala (Deceas_

Participant's Address: _Calle Fernando Calder 457_
_Urb. Roosevelt - San Juan, Puerto Rico_
_00918_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico,_
_et al.)_

By: _Ana Garcia Rodriguez_
Signature

_ANA GARCIA Rodriguez (Beneficiaria - viuda)_
_Edwin Manuel Nieves Ayala (Deceased)_
Print Name

_____
Title (if Participant is not an individual)

_8 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Manuel Nieves Ayala (Deceased)
ANA Garcia Rodriguez (Beneficiary - viuda)
Calle Fernando Calder (#57)
Urb. Roosevelt-San Juan
Puerto Rico 00918

RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 09

00918-170399

9 AUG 2021   PM 2  L

SAN JUAN PR  009

United States District Court
(Clerk's Office 150 Ave, )
Carlos Chardón Ste. 150 San Juan
Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANA GARCÍA de Nieves

Participant's Address: Calle Fernando Calder 457 Urb. Roosevelt - San Juan, Puerto Rico 00918

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: The Common wealth of Puerto Rico et al.)

By: _Ana García de Nieves_
Signature

ANA GARCÍA De Nieves
Print Name

_____
Title (if Participant is not an individual)

7 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANA GARCIA de Nieves
Calle Fernando Calder 457
Urb. Roosevelt-San Juan,
Puerto Rico 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11:09

00918-171105

SAN JUAN PR. 009
9 AUG 2021   PM 2 L
FOREVER / USA

United States District Court
Clerk Office 150 Ave,
Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918- 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jorge Luis Bonilla Ortiz*

Participant's Address: *H.C. 03-13046*

Participant's Email Address: *C Pagan Bonilla @gmail.Com*

Name of Counsel: *Myrna Torres Santiago*

Address of Counsel: *H.C. 03-13046*

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *No me incluyeron en la demanda*

By: *Jorge Luis Bonilla Ortiz*
Signature

*Jorge Luis Bonilla Ortiz*
Print Name

*Participante*
Title (if Participant is not an individual)

*Agosto 8-21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 09

00918-170399

Jorge L. Bonilla Ortiz
HG-3 Box 13046
Gauca PR 00697

Discovery Notice to the Court Clerks office of
United State District Court Clerks office
150 Ave. Carlos Chardonste office
San Juan PR 00918-1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brindis M. Velázquez Sáez_

Participant's Address: _6648 c/ Francia Sabana Seca PR 00952_

Participant's Email Address: _velazquezbrindis @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109039_

Nature of Claim: _Pension / Retiree claims_

By: _Brindis M. Velázquez Sáez_
Signature

_Brindis M. Velázquez Sáez_
Print Name

_Municipal Police_
Title (if Participant is not an individual)

_9- agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

brinks Hillburger Serr
6698 C-Francis
Sabana Seca PR 00952

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 'AM 11: 09

0091B-170399

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan PR 00918-1767

9 AUG 2021  PM 2  L

SAN JUAN PR  009



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin E. López Jiminian_

Participant's Address: _#21 Paseo de la Artesanos Las Piedras P.R 00771_

Participant's Email Address: _mofongo-78@yahoo.coam_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _Promesa title III_

By: _Edwin E. Jiminian_
Signature

_Edwin E. López Jiminian_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 . AM 11: 09

Edwin E. López Tiznion
#21 Paseo de los Artesanos
Las Piedras P.R. 00771

00916-170399

Tribunal de Distrito de los Estados Unidos
Secretaria de la Avenida 150 Carlos Chardón ste.
150, San Juan, P.R. 00918-1767

SAN JUAN PR  009
9 AUG 2021 PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Quinones Nieves_

Participant's Address: _Cond. Vista Real II Apt. K-109_

Participant's Email Address: _Yby07@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283 LTF_

Nature of Claim: _____

By: _Yolanda Quinones Nieves_
Signature

_Yolanda Quinones Nieves_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yolanda Quiñones Nieves
Cond. Vista Real II. Apt. k-109
Caguas, Puerto Rico
00727-7809

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11:08

United State District Court
Clerk's office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Jeffrey Allen Nieves Garcia_

Participant's Address: _Calle Fernando Calder 45, Puerto Rico_
_Urb. Roosevelt San Juan, Puerto Rico_
_00918_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_
_et al.)_

By: _(signature)_
      Signature

Print Name _Jeffrey Allen Nieves Garcia_

Title (if Participant is not an individual)

Date _7 de agosto de 2021_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jeffrey A. Nieves Garcia
Calle Fernando Calder 457
Urb. Roosevelt- San Juan
Puerto Rico 00918

SAN JUAN PR 009
9 AUG 2021 PM 2 L

United States District Court,
Clerk's Office, 150 Ave,
Carlos Chardon, Ste. 150, San
Juan, Puerto Rico 00918-1767

00918-171399

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Cosme Vázquez Rivera

Participant's Address:  Urb. San Fernando C-18 Calle B Bayamón PR
00957

Participant's Email Address:  einsteinazo @ hotmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  No. 17 BK 3283-LTS

Nature of Claim:  PROMESA Title III

By:  Cosme Vázquez Rivera
Signature

Cosme Vázquez Rivera
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cosme Vázquez Rivera
Urb. San Fernando
C-18 Calle B
Bayamón PR 00957

RECEIVED & FILED
2021 AUG 10 PM 2 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L



FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada L. López Salgado_

Participant's Address: _HC 46 Box 5818 Dorado P.R 00646-9805_

Participant's Email Address: _la missy 00 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103750_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Ada L. López Salgado_
Signature

_Ada L. López Salgado_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ada L. López Salgado
HC 46 Box 5818
Dorado, P.R.
00646-9805

CERTIFIED MAIL

7020 3160 0001 3860 1327

00918-1706625

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R.
00918-1767

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 09, 21
AMOUNT
$6.45
R2305K141669-11

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Verónica Amador Colón_

Participant's Address: _613 Calle 19 Urb El Cortijo Bayamón P.R. 00956_

Participant's Email Address: _amador.veronica14@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178960_

Nature of Claim: _Public Employee and Pension /Retiree Claim_

By: _Verónica Amador Colón_
Signature

_Verónica Amador Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 6 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amador Colón Verónica
C/13. calle 19
Urb. El Cortijo
Bayamón P.R.00956

RECEIVED & FILED
2021 AUG 10 PH 2:45
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

00918-176525

SAN JUAN PR 009

7 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Gilberto Velez Carrillo

Participant's Address:   HC03 Bzn 16504 Quebradillas P.R 00678

Participant's Email Address:   demanismerc68@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   169982

Nature of Claim:   Discovery of Notice

By:   _Gilberto Velez Carrillo_
Signature

Gilberto Velez Carrillo
Print Name

_____
Title (if Participant is not an individual)

July 30th 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2021 AUG 10 PM2:49

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

