# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF INTENT OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

The Official Committee of Retired Employees (the "**Retiree Committee**") hereby submits this notice of intent to participate in discovery for confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [ECF No. 17627] as may be amended (the "**Plan**") and states:

1. The contact information of the Retiree Committee is:

    The Official Committee of Retired Employees

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

JENNER & BLOCK LLP
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com

-and-

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com

2. The number and nature of the Retiree Committee's claims are:

    a. Claim Numbers: 21533 (Commonwealth) and 21534 (ERS). The Retiree Committee reserves the right to amend, supplement or otherwise modify the list of claims set forth herein.

    b. Nature of Claims: Claims for pension benefits and any and all post-employment benefits owed or owing to any retiree or former employee of a Debtor, or any person who is or was a participant in a pension plan sponsored or administered by a Debtor,

2

including the Pay-Go system established under Act 106 of 2017, and any beneficiary of any of the foregoing person, or any claim relating to those benefits.

Dated: August 11, 2021

| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
|---|---|
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Héctor M. Mayol Kauffmann |
| 919 Third Ave | Francisco del Castillo Orozco |
| New York, NY 10022-3908 | Edificio Union Plaza, |
| rgordon@jenner.com | 1701 Avenida Ponce de León #416 |
| rlevin@jenner.com | Hato Rey, San Juan |
| 212-891-1600 (telephone) | Puerto Rico 00918 |
| 212-891-1699 (facsimile) | ajb@bennazar.org |
| | hector.mayol@bennazar.com |
| Catherine Steege (admitted *pro hac vice*) | 787-754-9191 (telephone) |
| Melissa Root (admitted *pro hac vice*) | 787-764-3101 (facsimile) |
| Landon Raiford (admitted *pro hac vice*) | |
| 353 N. Clark Street | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| lraiford@jenner.com | |
| 312-222-9350 (telephone) | |

3