UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Maria M. Vera Saavedra (2 notices)
2. Paula I. Lopez Salgado
3. Jose G. Betancourt Tirado
4. Louis J. Avrutick
5. Octavio Arroyo Melendez
6. Carmen Silva Laracuente
7. Nydia E. Cartagena Reyes
8. Olga Alvarado Figueroa
9. Devine Living Trust u/a dated 5/29/2007 c/o John Devine & Marie A. Devine
10. Yolanda Pacheco Romero
11. Carlos Fuentes Martinez
12. Gertrudis Cristina Hernandez Michels
13. Marisol Hance Gonzalez (2 notices)
14. Aida L. Ortiz Nieves
15. John W. Scheck
16. Maria F. Padro Vizcarrondo
17. Myrna Gomez Perez
18. Candido Santiago Alverio
19. Lucy Figueroa Mojica
20. Zoraida Castellon Negron
21. Mirta L. de Jesus Rivera
22. Francisco Toro Osuna
23. Lourdes Rodriguez de Leon

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

24. Estate of Blas Hernandez Marcano c/o Francisca Hernandez

25. Israel Torres Rodriguez

26. Rosita Barranco Colon

27. Olga Ortiz Rivera

28. Elida M. Aguayo Diaz

29. Mirielle M. Hoyle

30. Luz S. Morales Diaz

31. Luis F. Monge Benabe

32. Marianela Torres Rodriguez

33. Rolando T. Collazo Santos

34. Janice Santiago Santiago

35. Zoraida Rodriguez Cornier

36. Ismael Purcell & Alys Collazo

37. Wilfredo Corps Rivera

38. Edgar Ivan Perez Davila

39. Wanda I. Ortiz Santiago

40. Maria A. Fontanez Cosme

41. Eddie Rodriguez Gonzalez

42. Julia F. Alvira Calderon

43. Elvin Guzman Torres

44. Loraine Medina Rodriguez

45. Jose M. Melendez Ortiz

46. Luis A. Zayas Vera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

    47. Judith M. Matos Leon

    48. Wanda I. Torres Ruiz

    49. Pedro Figueroa Aponte

    50. Juan A. Colon Colon


Dated: August 11, 2021