Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Vera Saavedra_

Participant's Address: _P.O Box 148 Quebradillas, PR 00678_

Participant's Email Address: _mariaverasaa @ gmail.com_

Name of Counsel: _Don't have_

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153442_

Nature of Claim: _Law 96 Salary increase for Sila Calderón governor_

By: _Maria M. Vera Saavedra_
Signature

_Maria M. Vera Saavedra_
Print Name

_Principal and Superintendent of School - D.E._
Title (if Participant is not an individual)

_6 agust 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RE....    CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10  AM 11: 10



Maria M. Vera Saavedra
PO Box 148
Quebradillas PR 00678

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

7 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Vera Saavedra_

Participant's Address: _P.O. Box 148  Quebradillas, P.R 00678_

Participant's Email Address: _mariaverasaa@gmail.com_

Name of Counsel: _Don't_

Address of Counsel: _have_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143101_

Nature of Claim: _Law 1801  3% increase of cost of living_

By: _Maria M. Vera Saavedra_
Signature

_Maria M. Vera Saavedra_
Print Name

_Retired of D.E._
Title (if Participant is not an individual)

_6 agust 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 10 · AM 11: 10

Maria M Vera Saavedra
PO Box 148
Quebradillas PR 00678

00918-1706825

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR  009
7 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Paula I. López Salgado_

Participant's Address: _HC 46 Box 5818 Dorado, P.R. 00646_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56534_

Nature of Claim: _Public Employee and Pension/ Retiree Claims_

By: _Paula I. López Salgado_
Signature

_Paula I. López Salgado_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Paula I. López Salgado
HC-46 Box 5818
Dorado P.R. 00646

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
AUG 09, 21
AMOUNT
$6.45
R2305K141689-11

CERTIFIED MAIL

7020 3160 0001 3860 1334

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José G. Betancourt Tirado_

Participant's Address: _Urs. Valle arriba Heights, Calle 132 #CB-10 Carolina P.R. 00983_

Participant's Email Address: _gilbertobetan @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173786_

Nature of Claim: _Salary Claim_

By: _Jo G. Bett Tird_
Signature

_José G. Betancourt Tirado_
Print Name

_____
Title (if Participant is not an individual)

_8-8-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

CIVIL NÚM.: K PE2007-4359 (803)

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE O. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS E. GONZALEZ SANTIAGO
MAYRA GONZALEZ SANTIAGO
NILMA GREGORY RIVERA

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

7021 0950 0002 0227 0087

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

José G. Betancourt Tirado
Valle Arriba Heights
C B-10 calle 132
Carolina, PR 00983

00918-1706625

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
AUG 09, 21
AMOUNT
$7.00
R2305K132068-14

UNITED STATES
POSTAL SERVICE

1000   00918

SAN JUAN PR 009

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Louis J. Avrutick_

Participant's Address: _11610 Gilsan St. Silver Spring MD 20902_

Participant's Email Address: _Louisavr@comcast.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Attached_

By: _Louis J. Avrutick_
Signature

_Louis J. Avrutick_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

Mr Louis J Avrutick
11610 Gilsan St
Silver Spring, MD 20902-3123

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mr Louis J Avrutick
11610 Glisan St
Silver Spring, MD 20902-3123

RECEIVED
2021 AUG 10   PM 2:46
CLERK'S OF
U.S. DISTRICT COURT
SAN JUAN, P.

CAPITAL DISTRICT 208
5 AUG 2021   PM 4 L

00918-170625

Court's Clerk Office
U.S District Court
Clerk's Office 150 Ave Carlos Chardon #150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Octavia Arroyo Melendez_

Participant's Address: _Alturas de Rio Grande C-10B N603 Rio Grande 88745_

Participant's Email Address: _lmorales221969@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1322b - 1325A   No.17-3283-LTS_

Nature of Claim: _PROMESA Title III Commonwealth of PR_

By: _Octavia Arroyo Melendez_
Signature

_Octavia Arroyo Melendez_
Print Name

_____
Title (if Participant is not an individual)

_8-8-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.


UNITED STATES
PO...

**UN...ITY**®

- Expected deliver...
- Most domestic sl...
- USPS Tracking®...
- Limited internatio...
- When used interr...

*Insurance does not cov...
Domestic Mail Manual a...
** See International Mail...

## FLAT RAT...
ONE RATE ■ AN...

## TRACKED...


UNITED STATES
POSTAL SERVICE.

Retail

**P**

**US POSTAGE PAID**

**$7.95**

Origin: 00745
08/09/21
4274700745-23

**PRIORITY MAIL 1-DAY®**

0 Lb 1.80 Oz

**1005**

EXPECTED DELIVERY DAY:  08/10/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
San Juan PR 00918-1703

**USPS TRACKING® #**

9505 5105 4671 1221 3016 95

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

**FROM:**
Octavia Arroyo Melendez
Calle 10B N 603 Alturas
Rio Grande Pto. Rico
00745

**TO:**
Discovery Notice to the
Court's clerk's office at:
United States District
Court clerk's office
150 Ave Carlos Chardon Ste
150 San Juan, P.R. 00918-
1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Silva Jaracuente_

Participant's Address: _Urbanizacion: San Felipe Calle 10 J-8 Arecibo, P.R. 00612-3363_

Participant's Email Address: _quee 201n@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179 180_

Nature of Claim: _Pension / Retiree Claims_

By: _Carmen Silva Jaracuente_
Signature

_Carmen Silva Jaracuente_
Print Name

_____
Title (if Participant is not an individual)

_6- agosto -2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Silva Laracuente
Urb. San Felipe Calle 10
J-8 Arecibo, P.R. 00612

RECEIVED & FILED
2021 AUG 10  PM 2:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
7 AUG 2021   PM 1   L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nydia E. Cartagena Reyes_

Participant's Address: _H.C 71 Box 7598_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Nydia E. Cartagena Rey_
Signature

_N.E.C_
Print Name

_____
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Nydia E. Cartagena Reyes
HC 71 Box 7598
Cayey, PR 00736

RECEIVED & FILED
2021 AUG 10 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
7 AUG 2021 PM 1 L

To. Discovery Notice to the Court's Clerks'
United States District Court,
Clerks' office
150 Ave. Carlos Chardon St. 150
San Juan, PR 00918-1767

L3-37 FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Alvarado Figueroa_

Participant's Address: _Calle Pedro Alvarado #4_
_P. O. Box 725, Peñuelas, P.R. 00624_

Participant's Email Address: _alvaradoolga 65@ yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title 111_

By: _Olga Alvarado Figueroa_
Signature

_Olga Alvarado Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 6 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Olga Alvarado Figueroa
Calle Pedro Alvarado # 4
P.O. Box 725
Peñuelas, P.R. 00624

RECEIVED & FILED
2021 AUG 10 PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
7 AUG 2021  PM 1 L

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:    _John Devine TTEE Marie A Devine TTEE Devine Living Trust_
                                                    _U/A Dated 5/29/2007_

Participant's Address:    _2889 N Tomberlin PT, Hernando Fl 34442_

Participant's Email Address:    _rere1013 @aol.com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _?_

Nature of Claim:    _$25,000.00 Stock  Cusip# 74514LP78_

By:    _John Devine_
      Signature

      _John Devine_
      Print Name

      _____
      Title (if Participant is not an individual)

      _august 5, 2021_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. DEVINE
28889 N Tembleton Pt
Hernando, Fl 34442

RECEIVED & FILED
2021 AUG 10 PM 2:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

JACKSONVILLE FL 320
6 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Pacheco Romen_

Participant's Address: _Bo. Tortuga 19 carr. 823 Aptdo. 19 S.J. P.R 00926_

Participant's Email Address: _yolandapacheco95@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS_

Nature of Claim: _Employees Retirement System OF The Government OF Puerto Rico_

By: _Yolanda Pacheco_
Signature

_Yolanda Pacheco_
Print Name

_____
Title (if Participant is not an individual)

_5-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Yolanda Pacheco
Bo. Tortugo 19 Carr. 813
Aptdo. 19 S.E. P.R. 00926

Discovery Notice to the court's clerk's office At:
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918 - 1767

00918-176825

SAN JUAN PR   009
7 AUG 2021   PM 1   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Fuentes Montilez_

Participant's Address: _Urb. Metropolis_

Participant's Email Address: _214 Ave D Carolina PR 00987-7516_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _UO. ABK 3283LTS_

Nature of Claim: _____

By: _Carlos Fuentes M~_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**UNITED S...**
**POSTAL S...**

- **Expected delivery date specif...**
- **Most domestic shipments inc...**
- **USPS Tracking® included for ...**
- **Limited international insuranc...**
- **When used internationally, a ...**

*Insurance does not cover certain items...*
Domestic Mail Manual at *http://pe.usps...*
** See International Mail Manual at *http:...*

# FLAT RATE EN...

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INS...



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

 **UNITED STATES POSTAL SERVICE.**                    *Retail*

## P   US POSTAGE PAID
### $7.95
Origin: 00983
08/09/21
4218900984-11

### PRIORITY MAIL 1-DAY®

0 Lb 2.20 Oz

**1005**

EXPECTED DELIVERY DAY:  08/10/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR  00918-1706

### USPS TRACKING® #

9505 5128 7251 1221 5740 39




USPS.COM/PICKUP

**FROM:**

# PRIORITY®
## ★ MAIL ★


**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**



Carlos Fuentes Martinez
Ave D 2I 4 Metropolis Ⅻ
Carolina P.R. 00987-7516

**TO:**

United States District,
Count, Clerk's Office
150 Ave Chardon Ste. 150,
San Juan P.R. 00918-1706
1767

Label 228, March 2016                    **FOR DOMESTIC AND INTERNATIONAL USE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *GERTRUDIS CRISTINA HERNÁNDEZ-Michels*

Participant's Address: *P.O. BOX 7116, MAYAGÜEZ, P.R. 00681-0716*

Participant's Email Address: _____

Name of Counsel: *DEPARTMENT OF PUBLIC HEALTH OF PuertoRico*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *110712*

Nature of Claim: *EMPLOyee CLAim*

By: *[signature]*
Signature

*GERTRUDIS CRISTINA HERNÁNDEZ Michels*
Print Name

_____
Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 10 PM 2: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

From: Gertrudis Cristina Hernandez Michels
P.O. Box 716
Mayaguez, P.R. 00681- 0716

SAN JUAN PR 009

7 AUG 2021 PM 1 L

00918-170625

United State District Court, Clerks' Office
150 Ave. Carlos Chardón, Suite 150
San Juan, P.R. 00918- 1767

forever

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Hance Gonzalez_

Participant's Address: _Urb. Villa Carolina Calle 7 Blg. 27 #31, Carolina, P.R. 00985_

Participant's Email Address: _marisolhance@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _Promesa Title III_

By: _Marisol Hance Gonzalez_
Signature

_Marisol Hance Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marisol Nanee Jorge
Urb. Villa Carolina
Calle 7 Blq. 27 #3
Carolina, P.R. 00585

RECEIVED & FILED
2021 AUG 10 PM 2:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Hance Gonzalez_

Participant's Address: _Urb. Villa Carolina, Calle 7 Blg. 27 #34, Carolina, PR. 00985_

Participant's Email Address: _marisolhance@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _Promesa Title III_

By: _Marisol Hance Gonzalez_
Signature

_Marisol Hance Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marisol Flame Morales
Wb. Villa Carolina
Calle 7 Bq. 27 #31
Carolina P.R. 00985

RECEIVED & F
2021 AUG 10 PM 2
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P

00918-170625

SAN JUAN PR 009
7 AUG 2021 PM 1 L

FOREVER / USA



Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlo Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Ortiz Nieves_

Participant's Address: _HC33 Box 5188 Dorado, P.R. 00646_

Participant's Email Address: _mireliz21.08 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64,484_

Nature of Claim: _My claim is based on two aspects: We did not receive any payment for 89 Law of 1984 called "Romerazo" debt of $19,200 and the cost of Living Law - teacher retirement ($4,911.60). For a total of $24,111.60_

By: _Aida L. Ortiz Nieves_
Signature

_Aida L. Ortiz Nieves_
Print Name

_____
Title (if Participant is not an individual)

_August five, twenty twenty one_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Aida L. Ortiz Nieves
HC 33 Box 5188
Dorado, Puerto Rico
00646

RECEIVED & FILED

2021 AUG 10  PM 2: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009

7 AUG 2021  PM 1  L

United States
District Court,
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR, 00 918 -1767.

FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    John W Scheck

Participant's Address:    50 Lakewood Cswy Winter Haven FL 33884

Participant's Email Address:    John.scheck@ms.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim:    Participate in discovery

By: _____
Signature

   John W. Scheck
Print Name

   Joint Owner
Title (if Participant is not an individual)

   8/1/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 225191 MMLID: 1555609-P SVC: MML-PC
SCHECK, JOHN W. AND TRACY
50 LAKEWOOD CAUSEWAY
WINTERHAVEN FL 33884

330843112C C034

Morgan Stanley

250 3rd Street NW
Suite 100
Winter Haven, FL 33881

2021 AUG 10

CLERK'S OFFICE
U. S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

TAMPA FL 335

6 AUG 2021 PM 1 L

02 1P
0004700124 AUG 06 2021
MAILED FROM ZIP CODE 33881

$ 000.71⁰

PITNEY BOWES

3000

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria F Padró Vizcarrondo*

Participant's Address: *PO BOX 3956 Carolina, PR 00984-3956*

Participant's Email Address: *mariapadro50@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *156219*

Nature of Claim: *Public Employee Claims*

By: _____
Signature

*Maria F Padró*
Print Name

_____
Title (if Participant is not an individual)

*August 7, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cruz Roja
Americana
Colaborador

Ms. María F. Padro
PO Box 3956
Carolina, PR 00984-3956

RECEIVED & FILED

2021 AUG 10  PM 2: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón
San Juan, PR 00918-1767

7 AUG 2021  PM 1 L

SAN JUAN PR  009



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna Gómez Pérez_

Participant's Address: _Calle Argentina 108 A_

Participant's Email Address: _Las Dolores Río Grande P.R. 00745_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143130 y 142773_

Nature of Claim: _Salarios Impago_

By: _Myrna Gómez Pérez_
Signature

_Myrna Gómez Pérez_
Print Name

_____
Title (if Participant is not an individual)

_6 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Gómez Pérez
Calle Argentina 108-A
Los Dolores
Río Grande, P.R. 00745

RECEIVED & FILED
2021 AUG 10  PM 2: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR  009

7 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cándido Santiago Alverio

Participant's Address: HC-20 Box 25502 Sanlorenzo PR 00754

Participant's Email Address: Chagama1 @ hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: _____
    Signature

Cándido Santiago
Print Name

_____
Title (if Participant is not an individual)

August 5, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Candido Santiago
HC-20 Box 25502
San Lorenzo P.R. 00754

RECEIVED & FILED
2021 AUG 10  PM 2:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
6 AUG 2021  PM 2  L

United States District Court Clerk's Office
150 Ave. Carlos Charden Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lucy Figueroa Mojica_

Participant's Address: _Hc 20 Box 25502, San Lorenzo P.R. 00754_

Participant's Email Address: _Chagoma 1 @ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Lucy Figueroa Mojica_
Signature

_Lucy Figueroa Mojica_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Candido Santiago
He-20 Box 25502
San Lorenzo P.R. 00754

RECEIVED & FILED
2021 AUG 10 PM 2: 48
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Castellón Negrón_ , Mail Address

Participant's Address: _Bo. Almacigo Bajo (La Republica) Yauco_ ( PO Box 852 - Yauco 00698 )

Participant's Email Address: _castllon_zoraida @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Titulo (Title) III_

By: _Zoraida Castellón Negrón_
Signature

_Zoraida Castellón Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joseph Cintrón Reyes
PO Box 852
Yauco PR 00698-0852

RECEIVED & FILED

2021 AUG 10  PM 2: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

6 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirta L. de Jesus Rivera_

Participant's Address: _1619 Calle Navarra Urb. La Rambla Ponce, P.R. 00730_

Participant's Email Address: _MirtaLizdeJesus@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _101605_

Nature of Claim: _Promise-Title III Case_

By: _Mirta L. de Jesus Rivera_
Signature

_Mirta L. De Jesus Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/3/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Minh L. de Jesus Rivera
Urb. La Rambla
Calle #16/9 Aste Navarro
Ponce, P.R 00730

RECEIVED & FILED
2021 AUG 10 PM 2:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

United States District Court
Clerks Office
150 Ave. Carlos Chardón
Ste-150
San Juan, P.R
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Toro Osuna_

Participant's Address: _28 URB. Ext. Quintas Santa Maria #28_
_Mayaguez P.R. 00682_

Participant's Email Address: _ing.francisco.toro@gmail.com_

Name of Counsel: _Not represented_

Address of Counsel: _"   "_

Email Address of Counsel: _"   "_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2426_

Nature of Claim: _Bond $50,000.00_

By: _[signature]_                  _Case # 17BK3283-LTS_
Signature

_Francisco Toro Osuna_
Print Name

_Bond Owner_
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Toro Osuna
Urb. Ext. Quintas de SantaMaria
Mayaguez, P.R. 00682

RECEIVED & FILED
2021 AUG 18 PM 2:49
CLERK
U.S. DIST
SAN JUAN

00918-176825

SAN JUAN PR 009
#28
7 AUG 2021 PM 1 L

To: United States District Court
Court's Clerk's Office
150 Ave. Carlos Chardon STE.150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Rodriguez De Leon_

Participant's Address: _Hc-01 Box 1881 Morovis P.R. 00687_

Participant's Email Address: _luly34pr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _IT BK 3283-LTS_

Nature of Claim: _____

By: _Lourdes Rodz DLeon_
Signature

_Lourdes Rodriguez DeLeon_
Print Name

_____
Title (if Participant is not an individual)

_5 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes Rodriguez DeLeon
HC-01 Box 1881
Morovis P.R. 00687

RECEIVED & FILED
2021 AUG 10 PM 2:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

0091B-170625

7 AUG 2021

SAN JUAN PR 009

United States District court,
Clerk's office
150 Ave. Carlos Chardon Ste
San Juan P.R. 918-1767



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Estate of Blas Hernandez Marcano

Participant's Address: 9 Yarnell St. Brentwood ny 11717

Participant's Email Address: Lilly Colon 1 @ yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A .

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 LTS.

Nature of Claim: Commonwealth Plan of adjustment.

By: *O Franciso Hernaz* 
Signature

fransica Hernandez (spouse)
Print Name

Title (if Participant is not an individual)

8/3/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Estate of Blas Hernandez Marcano
Quarnell St
Brentwood NY 11717

RECEIVED & FILED
2021 AUG 10 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

8100 9021$ BIG9 ISLAND NY 117

3 AUG 2021   PM 6   L

00918-170625

Discovery Notice to the Courts' Clerk's
United States District Court's office
150. Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Israel Torres Rodriguez_

Participant's Address: _HC-01 Box 1881 Morovis P.R. 00687_

Participant's Email Address: _israeltorres1249@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Israel Torres Rodz._
    Signature

_Israel Torres Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_5 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Israel Torres Rodriguez
He-01 Box 1881
Moravis P. R00687

RECEIVED
2021 AUG 10 PM 2:
CLERK'S OFFICE
SAN JUAN

00918-1706.25

SAN JUAN PR  009
7 AUG 2021  PM 1. L



United States District Court,
Clerk's Office 150 Ave Carlos
Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosita Barranco Colón_

Participant's Address: _5237 Admiral Pointe Dr Apollo Beach FL 33572_

Participant's Email Address: _barrancor@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico TAX ID 3481_

By: _Rosita Barranco Colón_
Signature

_Rosita Barranco Colón_
Print Name

_____
Title (if Participant is not an individual)

_8/4/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosita Barranco Colon
5237 Admiral Pointe Dr.
Apollo Beach FL 33572

RECEIVED & FILED
2021 AUG 10 PM 2: 49
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN

00918-170625

TAMPA FL 335
SAINT PETERSBURG FL
4 AUG 2021  PM 8  L

UNITED STATES DISTRICT COURT
CLERKS OFFICE, 150 AVE CARLOS CHARDON
STE. 150 SAN JUAN P.R. 00918 - 1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Ortiz Rivera_

Participant's Address: _527 South Ext._

Participant's Email Address: _ortiz.olga.01@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _101330_

Nature of Claim: _"Romeraso" Ley 84, cost of living law_
_teacher's retirement_

By: _Olga Ortiz Rivera_
Signature

_Olga Ortiz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/06/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga Ortiz Rivera
527 Ext. Sur
Dorado, P.R. 00646

AFTER 10 DAYS RETURN TO

RECEIVED & FILED
2021 AUG 10
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR.00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L



FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elida M. Aguayo Diaz_

Participant's Address: _P.O. Box 481 Dorado, P.R. 00646-0481_

Participant's Email Address: _eaguayodiaz@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173499_

Nature of Claim: _Department of Education - Public Employee and Pension/Retiree_

By: _[signature]_
Signature

_Elida M. Aguayo Diaz_
Print Name

_____
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Ojeda B.
Apartado 481
Corozal, P.R. 00646-0481

RECEIVED & FILED
2021 AUG 10  PM 2:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00318-170625

SAN JUAN PR 009
7 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MiRielle Hoyle_

Participant's Address: _15025 Hays Road_

Participant's Email Address: _Mnimibabeh@AOL.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _P.R. Commwealth G.O. $5,000.00 Bonds_

By: _MiRielle M. Hoyle_
Signature

_MiRielle M. Hoyle_
Print Name

_____
Title (if Participant is not an individual)

_8-2-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



M. L. Houle
15025 Hays Rd.
Spring Hill, FL 34610-3806

RECEIVED & FILED

2021 AUG 10 PM 2:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

Courts of Clerk Office
United States District Court
Clerks Office
150 Ave. Carlos Charson
Ste. 150
San Juan P.R. 00918-1767



TAMPA FL 335
SAINT PETERSBURG FL
3 AUG 2021 PM 3 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____#174463_____

Nature of Claim: _____Financial Oversight_____

By: _____Luz S. Morales Diaz_____
Signature

_____Luz S. Morales Diaz_____
Print Name

_____
Title (if Participant is not an individual)

_____8-3-21_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms. Luz Rivera
216 Maryland Ave
Newport DE 19804-3041

AC2363320

RECEIVED & FILED
2021 AUG 10 PM 2: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WILMINGTON DE 197
04 AUG 2021 PM 1 T

United States District Courts
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis F. Monge Benabe_

Participant's Address: _Bo. Sabana Sector TANI Luquillo, P.R 00773_
_Apartado 37_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170641_

Nature of Claim: _Increase of salary not received_

By: _[signature]_
Signature

_Luis F. Monge Benabe_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost**

Document Mailer

00918-170625

CERTIFIED MAIL

7021 0350 0000 0992 7890

From: Luis F. Monge Benabe
Apartado 37
Luquillo PR 00773

SAN JUAN PR   009

AUG 2021 PM 2 L

U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
00773
AUG 09, 21
AMOUNT
$7.00
R2304N116910-01

1000
00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Marianela Torres Rodríguez_

Participant's Address: _121 Ave Roosevelt Apt. 1504, San Juan PR 00917_

Participant's Email Address: _Mtorresrodriguez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _S3-XXV-XX-2116_
_PR 1895 SRF SS-176 ID 270561 MMLFO SS2034-P SVC MML-PC_

Nature of Claim: _I am concerned about the impact of the Adjustment Plan
on my pension. I do not want cuts to my pension. Also, the
government owe the salary increase corresponding
to the last two five-year periods before I retire._

By: _[signature]_

Signature

Print Name: _Marianela Torres Rodríguez_

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M Torres Rodriguez
121 Ave Roosevelt Apt 1504
Cond. El Avenir
San Juan, PR 00917

00918-170625

United States District court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 10 AM 2:49
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rolando T. Collazo Santos_

Participant's Address: _Urb. Villa Del Sol Calle Manuel Fernández Juncos A-21, Juncos, P.R. 00777_

Participant's Email Address: _rcollazosantos @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Rolando J. Collazo Santos_
Signature

_Rolando T. Collazo Santos_
Print Name

_____
Title (if Participant is not an individual)

_August, 06, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Rolando T. Geigel 20 Santos
1123 Villa Oliva,
Calle Manati, Rio Piedras
Janua Jean, P.R.
De 775

RECEIVED & FILED
2021 AUG 10 AM 2:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
7 AUG 2021   PM 1 L

00918-170625

United States District Court,
Clerk's office,
150 Ave. Carlos Chardon, Ste 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Janice Santiago Santiago_
Print Name

_____
Title (if Participant is not an individual)

_9 /Agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Janice Santiago Santiago
Urb. Tojine Pk-16
Rio Hondo II
Bayamon PR 00961

RECEIVED & FILED
2021 AUG 10 PM 2: 49

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan PR 00918-1767

7021 1970 0000 5350 5728

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
00949 BAJA, PR
AUG 09, 21
AMOUNT
$6.45
R2305H129279-16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Rodriguez Cornier_

Participant's Address: _P.O Box 560945 - Guayanilla, P.R. 006560-0945_

Participant's Email Address: _Rodriguez_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152193_

Nature of Claim: _Ley Promesa Titulo III_

By: _Zoraida Rodriguez Cornier_
Signature

_Zoraida Rodriguez Cornier_
Print Name

_____
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Zoraida Rodriguez Osorio
P.O Box 560043
Guayanilla, P.R. 00656-0945
152193

CERTIFIED MAIL

7019 2280 0001 1749 5657

RETURN RECEIPT
REQUESTED
0091811706625

U.S. POSTAGE PAID
FCM LETTER
GUAYANILLA, PR
00656
AMOUNT
$6.45
R2305M14737404

Discovery Notice to the Court's Clerk's office
United States Court Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ismael Purcell and Alys Collazo_

Participant's Address: _Urb. Jacaranda, 35271 Calle Cavelina, Ponce P.R. 00230_

Participant's Email Address: _pfpurcell2000 @ yahoo. com_

Name of Counsel: _— o —_

Address of Counsel: _— o —_

Email Address of Counsel: _— o — pfpurcell2000 @ Yahoo.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8987_

Nature of Claim: _Taking of Property_

By: _[signature]_
　　Signature

_Ismael Purcell_
Print Name


_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Leonel Powell Nolis
Uit Jacaranda
3527, Calle Carolina
Pmi, P.R. 00730

7018 2290 0001 3189 3178

00918-1706625

United States District Court
Clerk's Office
150 Ave Carlos Chardon St. 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
AUG 09, 21
AMOUNT
$7.00
R2305K133237-06
1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Corps-Rivera_

Participant's Address: _6 Chalets de San Fernando Apt. 601 Carolina, P.R. 00987_

Participant's Email Address: _wcorps1964@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170632_

Nature of Claim: _Public Employee Claims. Increase of Salary not received_

By: _Wilfredo Corps Rivera_
Signature

_Wilfredo Corps Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfredo Corps - Rivera
6 Chalets de San Fdo. Apt. 601
Carolina, P.R. 00987

2021 AUG 10 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon St, 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL®

7021 0350 0001 2016 3238

SAN JUAN PR  009-
9 AUG 2021  PM 2 L

00918-176525

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
AUG 09, 21
AMOUNT
**$6.45**
R2305P150006-05

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edgar Iván Pérez Dávila_

Participant's Address: _Calle 3, I-1, Jrd de Canóvanas_

Participant's Email Address: _e3perez1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23945_

Nature of Claim: _Pension / Retiree Claims_

By: _Edgar Pérez Dávila_
Signature

_Edgar Iván Pérez Dávila_
Print Name

_____
Title (if Participant is not an individual)

_31/07/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgar I. Perez Dávila,
I 1 Calle 3
Urb Jard de Canóvanas
Canóvanas PR 00729

RECEIVED & FILED
2021 AUG 10  PM 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
7 AUG 2021  PM 1  L

United States District Court
Clerks Office,
150 Ave. Carlos Chardón Ste. 150,
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 17 BK 3283-LTS _____

Nature of Claim: _____ Promesa, Title III _____

By: _Wanda I Ortiz Santiago_        No renunrio a mi pension
   Signature                    de retiro de un 75%

   _Wanda I Ortiz Santiago_         bajo la ley 447
   Print Name

   _____
   Title (if Participant is not an individual)

   _August 07, 2021_
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I Ortiz Santiago
Urb. Las Leandros
JJ-5 Calle 21
Humacao, PR 00791

RECEIVED & FILED
2021 AUG 10  PM 2:38
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,P.R.

00918-1706525

United States District Court
Clerk's Office
150 Ave. Carlos Chardin Ste 150
San Juan, PR 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L
FOREVER / USA



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria Angeles Fontaniez Cosme*

Participant's Address: *1796 Siervas de Maria Urb. La Rambla, Ponce PR 00730-4081*

Participant's Email Address: *mariadelasangelesfortaniez123@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim: *Trib Prim First Inst Sup San Juan*

Claim Number: *KP=2007-4359 (803)*

Nature of Claim: *# 33872*

By: *Maria A. Fontaniez Cosme*
Signature

*Maria A. Fontaniez Cosme*
Print Name

_____
Title (if Participant is not an individual)

*9/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria A Rodriguez Perez,
1796 Bienvenido Marin
Urb. Los Ranchos
Ponce, PR 00730-4081

CERTIFIED MAIL

7020 2450 0001 1404 9863

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

United States District Court
Clerk's Office, Delany Claim
150 Ave Carlos Chardon
Suite 150
San Juan, PR 00918-1767

U.S. POSTAGE PAID
COTO LAUREL, PR
00780
AUG 09, 21
AMOUNT
$6.45
R2303S103357-02

1000

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _~Eddie Rodríguez Glez~_

Signature

_Eddie Rodriguez González_

Print Name

_____

Title (if Participant is not an individual)

_August  07,  2021_

Date

*No renuncio a mi retiro. Pensión de un 75% bajo la ley 447. eg*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie Rodriguez Gonzalez
Urb. Las Leandras
JJ-5 Calle 21
Humacao PR 00791

RECEIVED & FILED
2021 AUG 10 PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
7 AUG 2021 PM 1 L

00918-1706625

United States District Court
Clerk's Office
150 Ave. Carlos Chardin Ste 150.
San Juan, PR 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia F. Alvira Calderón_

Participant's Address: _HC 67 Box 23625 Fajardo, P.R. 00738_

Participant's Email Address: _angelinape52@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _119506_

Nature of Claim: _Salary Increases not granted (1989 and 2002 laws:)_

By: _Julia F. Alvira Calderón_
   Signature

_Julia F. Alvira Calderón_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grand Central Station
PO Box 4850
New York, NY 10163-4850

PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 31138 MMLID: 1993479-D SVC: MML-PC
Alvira Calderon, Julia F.
HC67 BOX 23625
FAJARDO PR 00738

00738362547 HC67



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elvin Guzman Torres

Participant's Address: 24B Elias Barbosa Street Coto Laurel, PR 00780-2140

Participant's Email Address: elvinguzman1758@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Tittle III

By: _Elvin guzman torres_
Signature

_Elvin Guzman Torres_
Print Name

_____
Title (if Participant is not an individual)

_08-05-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

00918-176625

SAN JUAN PR 009
7 AUG 2021 PM 1

$000.51
02 1P
0002026728
MAILED FROM ZIP CODE 00624
PITNEY BOWES
UNITED STATES POSTAGE
AUG 05 2021

2021 AUG 10 PM 2: 39
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Loraine Medina Rodriguez_

Participant's Address: _Urb. Los Caobos calle Cajoba 2805_
_Ponce, Puerto Rico, 00716_

Participant's Email Address: _Lorainemedina2020@Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Promesa_

By: _____
Signature

_Loraine Medina_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lorani McRius
2805 Cjobm Urb. Los Caobos
Ponce, P.R. 00716-2738

RECEIVED & FILED
2021 AUG 10 PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
clerk's Office, 150 Ave Chardon Carlos 150
San Juan, P.R. 00918-1767

00918-1706.25

SAN JUAN PR. 009
7 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Meléndez Ortiz_

Participant's Address: _Box 334 Naguabo P.R. 00718_

Participant's Email Address: _Jose.melendezortiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147572_

Nature of Claim: _____

By: _____
    Signature

_José M. Meléndez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose M. Melendez Ortiz
BOK 334
Naguabo P.R. 00718

SAN JUAN PR 009
7 AUG 2021 PM 1 L

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 10 PM 2: 39
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _____Luis A. Zayas Vera_____

Participant's Address: _____P.O. Box 488  Adjuntas, P.R. 00601_____

Participant's Email Address: _____lzayasvera @ yahoo.com_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____17 BK  3283-LTS_____

Nature of Claim: _____Intention to participate in discovery in_____
_____connection with confirmation of the Plan._____

By: _____Zayas_____
Signature

_____Luis A. Zayas Vera_____
Print Name

_____
Title (if Participant is not an individual)

_____August 6, 2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Zayas Vera
P.O. Box 488
Aguada as, P.R. 00601-0488

RECEIVED IN CLERK'S OFFICE
2021 AUG 10  PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Discovery Notice to the Court's Clerk's office at;
United States District Court, Clerk's office
150 Ave. Carlos Chardon  Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

USA
FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___JUDITH M. Matías León___

Participant's Address: ___Urb. Estancias del Golf Club #734, Ponce PR 00730-0549___
___Calle Enrique Laguerre___

Participant's Email Address: ___jmatiaspr@yahoo.com___

Name of Counsel: ___—___

Address of Counsel: ___—___

Email Address of Counsel: ___—___

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___46117-1___

Nature of Claim: ___Public Employee claims___

By: ___[signature]___
Signature

___JUDITH M. Matías León___
Print Name

_____
Title (if Participant is not an individual)

___August 5, 2021___
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith M. Matías León
Urb. Estancias del Golf Club
#1734 Enrique Laguerre
Ponce, Puerto Rico 00730-0545

SAN JUAN PR 009
7 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, Puerto Rico 00918-1767

00918-176825



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Torres Ruiz_

Participant's Address: _P.O. Box 488 Adjuntas, P.R. 00601_

Participant's Email Address: _wanda_torres26@ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Intention to participate in discovery in connection with confirmation of Plan_

By: _Wanda I Torres Ruiz_
Signature

_Wanda I. Torres Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I. Torres Ruiz
P.O. Box 488
Adjuntas, P.R. 00601-0488

RECEIVED & FILED
2021 AUG 10 PM 2: 40
CLERK'S ...
... DISTRICT
SAN JUAN, ...

00918-170625

Discovery Notice to the Clerk's office at
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

U.S.A

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Pedro Figeroa Aponte*

Participant's Address: *HC 12 Box 12971*

Participant's Email Address: *Humacao Puerto Rico  00791*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Pedro Figeroa aponte-17 BK 3283 LTS*

Nature of Claim: _____

By: *Pedro Figueroa Aponte*
Signature

*P.F.A Pedro Figaeria Aponte*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Figueroa Aponte
HC12 Box12 971
Humacao P.R.00791-7425

Discovery Notice to The
Court's Clerk's office at:
United States District, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
SAN Juan, P.R.00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Colón Colón_

Participant's Address: _HC03 Box 32255 Hatillo P.R. 00659_

Participant's Email Address: _colon1565@gmail.com_

Name of Counsel: _United States District Court, Clerk's_

Address of Counsel: _Office 150 Ave. Carlos Chardon Ste. 150,_
_San Juan P.R. 00918-1267_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177957_

Nature of Claim: _# 49762 - Law # 89 - Romerazo-_
_Essective July 01/1995_

By: _[signature]_
Signature

_Juan A. Colón Colón_
Print Name

_____
Title (if Participant is not an individual)

_08-06-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Colón
HC 03 Box 32325
Morovis P.R. 00659

RECEIVED & FILED
2021 AUG 10  PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

United States District Court,
Clerk's
Office / 150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



SAN JUAN PR  009
7 AUG 2021, PM 1 L

FOREVER / USA