UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 10, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

1. Myriam Touset Rodriguez
2. Edgardo Castro Castro
3. Awilda Mercado Domena
4. Alba Nelly Mercado Negron
5. Juan A. Soto Morales
6. Laura Nazario Feliciano
7. Eva Luz Viñales Rodriguez
8. Nahir Mercado Cruz (2 notices)
9. Luciano Arroyo Figueroa
10. Emilio Gonzalez Velez
11. Jose E. Ortiz Ramirez (2 notices)
12. Suzanne M. Loyack Lincoln
13. Anniebel Padilla
14. Luz Y. Marrero Perez
15. Efrain Marcial Rivera
16. Carmen Amalia Rios Medina (2 notices)
17. Gloria Diaz Santiago
18. Edilberto Torres Santos
19. Angela Oyola Rios
20. Miguel A. Amill Rivas
21. Gladys Zayas Sanchez
22. Gerardo Garcia Neris (2 notices)
23. Evelyn Rivera Lozada

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 11, 2021

Dated: August 11, 2021