Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Myriam Touset Rodriguez*

Participant's Address: *HC-01 Box.9371 Guayanilla, P.R. 00656*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *97708*

Nature of Claim: *Third Amended Title III Joint Plan of Adjustment*

By: *Myriam Touset Rodriguez*
   Signature

*Myriam Touset Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De. Myriam Touset Rodriguez
HC.81 Box 9371
Guayanilla, P.R. 00656

RECEIVED & FILED
2021 AUG 10  PH 2: 40
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
9 AUG 2021  PM 2  L

United States District Court
Clerks, 150 Avenue Carlos Chardon
Ste. 150 San Juan, P.R.
00 918 - 1767

FOREVER USA

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edgardo Castro Castro_

Participant's Address: _HC-04 Box 4412 Humacao P.R. 00791_

Participant's Email Address: _edgardo314 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46782_

Nature of Claim: _Pension Retiree claims_

By: _Edgardo_ _____
   Signature

_Edgardo Castro Castro_
Print Name

_____
Title (if Participant is not an individual)

_8 / 6 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgardo Costa Casio
Hc.01 Box 4412
Humacao P.R. 00791

00918-170625

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste 150
Sa Jua, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 10 PM 2:11

SAN JUAN PR   009

6 AUG 2021   PM 2   L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   *Mercado Domena, Awilda*

Participant's Address:   *HC-7 Box 12410 Arecibo, PR. 00612*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *3494*

Nature of Claim:   *Deuda Por Quiquenios*

By: *Awilda Mercado Domena*
Signature

*Awilda Mercado Domena*
Print Name

*Claim*
Title (if Participant is not an individual)

*6-agosto-21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Awilda Mercado Domena
HC-1 Box 12410
Arecibo, P.R. 00612

RECEIVED & FILED
2021 AUG 10 PM 2:41
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alba Nelly Mercado Negrón_

Participant's Address: _Urb. Costa Sur Calle Palmar H-14 Yauco, PR 00698_

Participant's Email Address: _Alba_merca @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _81792_

Nature of Claim: _Public Employee Claims_

By: _____
Signature

_Alba Nelly Mercado Negrón_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arbus: Nelly Mercado Negron
Urb. Costa Sur
Calle Palmar H-14
Yauco, PR 00698

00918-170625

SAN JUAN PR 009
6 AUG 2021 PM 2 L

To:
United States District Court
Clerk's Office, 150 ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1787

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Soto Morales_

Participant's Address: _HC 6 Box 25023 Arecibo, P.R 00612-9480_

Participant's Email Address: _AlbertoSoto659@Ymail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _91384_

Nature of Claim: _____

By: _____
Signature

_Juan A. Soto Morales_
Print Name

_____
Title (if Participant is not an individual)

_Agosto - 06 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

My new address
is

HC-6 Box 25023
Arecbo Puerto Rico 00612-9480


August 06 2021

Thanks

Juan A. Soto Morales
HC 6 Box 35023
Arecibo P.R 00612-9480

RECEIVED & FILED
2021 AUG 10  PM 2: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
7 AUG 2021  PM 1 L

United States District Court ClerksOffice
150 Ave, Carlos Chardon STE. 150
San Juan, P.R 00918-1767


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura Nazario Feliciano_

Participant's Address: _Buenaventura #1318 Gerario Mayagüez P.R. 00680_

Participant's Email Address: _Nzlr1974@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283 LTS_

Nature of Claim: _Discovery notices_

By: _Laura Nazario Feliciano_
Signature

_Laura Nazario Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_08/06/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura Lazar v
Buenaventura
#1318 Geranio
Mayaguez PR 00680

*ED & AILED
AUG 10 PM 2:4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

Notivo to the Court's clerk's office
United States District court, clerk's
office, 150 Ave. Carlos Chardon Ste.
150.
San Juan, PR. 00918-1767

NORTHERN MARIANAS
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva Luz Viñales Rodríguez_

Participant's Address: _H.C. 46 Box 5544 Dorado PR 00646_

Participant's Email Address: _evalvinales@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153453_

Nature of Claim: _17 BK 3283-LTS_

By: _Eva L. Viñales Rodríguez_
Signature

_Eva Luz Viñales Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_August 5 2021_          _Teléfono - 787-313 5300_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Eva L. Viñales Rodriguez
HC 46 Box 5544 Dorado
PR. 00646

U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
AUG 09, 21
AMOUNT
$6.65
R2305K141889-11

Courts Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, PR 00918-1767

00918-176767

7020 1290 0002 1267 9637

CERTIFIED MAIL

A ★ FOREVER ★

2021 AUG 10 PM 2:46

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nahir Mercado Cruz*

Participant's Address: *8B Abelardo Díaz Loisa Ponce, P.R. 00730*

Participant's Email Address: *mercado.nahir@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *138722*

Nature of Claim: *See Attachment ....*

By: *Nahir Mercado Cruz*
Signature

*Nahir Mercado Cruz*
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021.*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of claim:

I'm claiming that I didn't receive the salary increase during my time working for the Department of Education in Puerto Rico and my pension was affected too.

\* " Nunca me pagaron los <u>78</u> días por enfermedad acumulados al momento de mi retiro "

Nahir Mercado Cruz
8B Abelardo Díaz Loísa
Ponce, P.R. 00730

00918-170399

SAN JUAN PR
9 AUG 2021   PM

FOREVER / USA

United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nahir Mercado Cruz_

Participant's Address: _8B Abelardo Díaz Loisa Ponce, P.R. 00730_

Participant's Email Address: _mercado.nahir@gmail.com_

Name of Counsel: _-_

Address of Counsel: _-_

Email Address of Counsel: _-_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146920_

Nature of Claim: _See attachment..._

By: _[signature]_
Signature

_Nahir Mercado Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of claim:

I'm claiming that I didn't receive the salary increase during my time working for the Department of Education in Puerto Rico and my pension was affected too.

* "Nunca me pagaron los 78 días por enfermedad acumulados al momento de mi retiro"

Nahir Mercado Cruz
Ibelardo Díaz Loisa
Ponce P. R. 00730

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 10   AM 11: 08

00918-170399

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009

9 AUG 2021   PM 2   L

FOREVER USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luciand Arrogo Figueroa_

Participant's Address: _PO BOX 173 Yabucoa PR 00767._

Participant's Email Address: _lucianoarroyo.58@Yahoo.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Bonos of Electric Power Authority_

Nature of Claim: _# 17 BK 4780 - LTS   (ID 3747)_

By: _____
     Signature

_Luciano Arroyo Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_04/08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG 10 PM 2: 42

CLERK'S OFFICE
U. DISTRICT COURT
SAN JUAN, PR

United States District Court.
Clerks Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, Puerto Rico 00918 1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emilio Gonzalez Velez_

Participant's Address: _urb. Las Americas, 969 calle P. Principe, San Juan_

Participant's Email Address: _emiliogv1961@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _517_

Nature of Claim: _Employees Retirement System (Ref 2000)_

By: _Emilio Gonzalez Velez_
Signature

_Emilio Gonzalez Velez_
Print Name

_____
Title (if Participant is not an individual)

_August - 8 -2021_
Date

RECEIVED & FILED
2021 AUG 10 PM 2: 42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

urb. Las Americas
969 Calle Puerto Principe
San Juan, Puerto Rico
00921

RECEIVED & FILED
2021 AUG 10 PM 2: 42
CLERK
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk Office
150 Ave Carlos Chardon Ste 150
San Juan Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José E. Ortiz Ramirez_

Participant's Address: _HC 01 Box 3654 Villalba PR._

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61589_

Nature of Claim: _Salary adjustment in Retired System_

By: _José E. Ortiz Ramirez_
Signature

_José E. Ortie Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Ortiz Ramirez
Hc 01 Box 3654
Villalba, PR 00766

SAN JUAN PR 009
9 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose E. Ortiz Ramirez_

Participant's Address: _HC 01 Box 3654 Villalba PR_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61510_

Nature of Claim: _Public Employee Claim, Title III_

By: _____
Signature

_Jose E. Ortiz Ramirez_
Print Name

_Jose E. Ortiz Ramirez_
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Ortiz Ramirez
HC 01 Box 3654
Villalba, PR 00766

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR  00918-1767

SAN JUAN PR  009
9 AUG 2021  PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Suzanne M. Loyack - Lincoln_

Participant's Address: _6945 Bobwhited Dr. NRH, TX_

Participant's Email Address: _S. Loyack @ yahoo.com   76182_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Suzanne Loyack Lincoln_
    Signature

_Suzanne Loyack Lincoln_
Print Name

_____
Title (if Participant is not an individual)

_8/2/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

RECEIVED & FILED
2021 AUG 10 PM 2:43

Suzanne Loyack
6945 Bobwhite Dr
N Richlnd Hls, TX 76182-5203

NORTH TEXAS TX P&DC
DALLAS TX 750
3 AUG 2021 PM 4   L

USA FOREVER

United States District Court
Clerks OFFICE
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anniebel Padilla_

Participant's Address: _711 Horton Drive SSMd_ _20902_

Participant's Email Address: _padillalira0716@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88993_

Nature of Claim _(1)*Departamento de Educación - Ley 89_
_el comienzo de la Sila Calderón._

By: _Padilla_                                    _(2) Sujeto a los_
Signature                                        _procedimientos_
_Anniebel Padilla_                               _ACR._
Print Name                                       _Departamento de_
                                                 _Educación_

_____
Title (if Participant is not an individual)

_8/02/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 10  PM 2: 43

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Annibal Padua
711 Horton Drive
Silver Spring, Md.
20902

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767



CAPITAL DISTRICT 2
6 AUG 2021  PM 1

love
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Y. Marrero Pérez_

Participant's Address: _Urb. La Inmaculada Padre Rivera 414 Vega Alta, P.R. 00692_

Participant's Email Address: _lymarreroperez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Ley #89 El Romerazo - Aumento de Sueldo_

By: _Luz Y. Marrero Pérez_
Signature

_Luz Yolanda Marrero Pérez_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Y. Marrero Perez
Urb. La Lumaculada
Padee Rivera 414
Vega Alta P.R. 00692

2021 AUG 10

CLERK'S
U.S.DISTRICT
SAN JUAN

00918-170625

SAN JUAN PR   009

9 AUG 2021   PM 2   L

To: United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Efrain Marcial Rivera_

Participant's Address:   _Urb. Miraflores 18-14 Calle 31 Bayamón P.R. 00957_

Participant's Email Address:   _marcial efrain@gmail.com_

Name of Counsel:   _N/A_

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _46720_

Nature of Claim:   _The Commonwealth of Puerto, Employees Retirement
System of the Government of the Commonwealth of
Puerto Rico_

By:   _Efrain Marial Rivera_
Signature

_Efrain Marcial Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Efrain Marcial Rivera
Urb. Miraflores 18-14 calle 31
Bayamon, P.R. 00957

00918-170825

United States District Court, Clerk's
Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

SAN JUAN PR   009

6 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Amalia Ríos Medina

Participant's Address: Street 12 - 5L-12 Urb. Monte Brisas V Fajardo, Puerto Rico 00738

Participant's Email Address: carmenamaliarios@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170799

Nature of Claim: 17 BK 3283 - LTS

By: Carmen Amalia Ríos Medina
Signature

Carmen Amalia Ríos Medina
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Amalia Rios
calle 12 Blosua SL-12
Urb. Monte Brisas V
Fajirdo, P.R. 00738

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Amalia Ríos Medina_

Participant's Address: _P.O. Box 864 Fajardo, P.R. 00738_

Participant's Email Address: _carmenamaliarios @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170799_

Nature of Claim: _17 BK 3283 - LTS_

By: _Carmen Amalia Ríos Medina_
Signature

_Carmen Amalia Ríos Medina_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen A. Rios
P.O. Box 864
Fajardo, P.R. 00738

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009
9 AUG 2021   PM 2   L

2021 AUG 10   PM 2 44

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria Diaz Santiago

Participant's Address: Bo. Breñas 108 Calle Trinitaria Vega Alta P.R. 00692-9751

Participant's Email Address: ramanitaluz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Ley #89 El Romenazo aumento de Sueldo

By: _____
Signature

Gloria Diaz Santiago
Print Name

_____
Title (if Participant is not an individual)

Agosto 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria Dítz Santiago
Bo. Breñas 108 c/Trinitaria
Vega Alta P.R. 00692

00918-170625

SAN JUAN PR    009

9 AUG 2021   PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA

U.S. DISTRICT COURT
CLERK'S OFFICE SAN JUAN
2021 AUG 10 PM 0 43
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edilberto Torres Santos_

Participant's Address: _Estancias del Golf Club, 646 Luis A. Morales    Ponce, PR 00730_

Participant's Email Address: _editowers@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160980_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _E. Tou Santos_
Signature

_Edilberto Torres Santos_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

E. Torres
Est. del Golf Club
646 Luis A. Morales
Ponce, PR 00730

RECEIVED & FILED
2021 AUG 10  PM 2 43
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR  009
5 AUG 2021  PM 1 L


FOREVER / USA

00918-170625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1717

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ángela Oyola Ríos_

Participant's Address: _Urb. Campo Alegre E-6 calle Robles, Bayamon P.R. 00956_

Participant's Email Address: _a.oyolarios@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _76914_

Nature of Claim: _I have not receiver salary increase._

By: _Angela Oyola Ríos_
    Signature

_Ángela Oyola Ríos_
Print Name

_N/A_
Title (if Participant is not an individual)

_7-ago-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: |United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.|

Angela Oyola Rios
Urb. Campo Alegre
E-6 Calle Robles
Bayamon, Puerto Rico, 00956

United States District Court,
Clerks Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

00918-1706825

9 AUG 2021 PM 2 L

SAN PR 009

BASEBALL
ALL-STAR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Amill Rivas_

Participant's Address: _P.O Box 1243 Guayama, P.R 00785_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _Miguel A. Amill Rivas_
Signature

_Miguel A. Amill Rivas_
Print Name

_____
Title (if Participant is not an individual)

_5 Agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Amill Rivas
P.O. Box ~~1343~~ 1243
Guaynabo PR. 00785-

RECEIVED & FILED
2021 AUG 10 PM 2:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-2767

To. United STATes DisTrict CorT
Clerk's Office, 150
Ave. Carlos Chardon, STe. San Juan PR.
00918-1767

SAN JUAN PR  009
6 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Gladys Zayas Sánchez*

Participant's Address:   *HC-20 Box 27881, San Lorenzo, PR 00754*

Participant's Email Address:   *gladyszayas1945@gmail.com*

Name of Counsel:   *Discovery for Commonwealth Plan*
*Confirmation In the Commonwealth of P.R.*

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283-LTS*

Nature of Claim:

By:   *Gladys Zayas Sánchez*
Signature

Print Name

Title (if Participant is not an individual)

*agosto 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Zayas Schreber
Hc. 2 Box 27881
San Lorenzo, PR 00767

United States District Court, Clerk's
Office
150 Ave - Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

00918-170625

SAN JUAN PR 009
9 AUG 2021 PM 2 L

USA FOREVER

RECEIVED & FILED
2021 AUG 16 PM 2: 44

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gerardo García Neris*

Participant's Address: *HC 63 Buzón 3512 B° Mulas Patillas P.R. 00723*

Participant's Email Address: *TerryGaruaNeris 9 @ Gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *171022*

Nature of Claim: *Aumento de Sueldo Departamento correcion.*

By: *[signature]*
  Signature

*Gerardo Garcia Neris*
Print Name

_____
Title (if Participant is not an individual)

*9 Agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo García Neris
H-C 63 Buzón 3512
Bo Mulas Patillas PR 00723

RECEIVED & FILED
2021 AUG 10  PM 2: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
9 AUG 2021  PM 2  L

United States District Court,
Clerk's office 150 Ave Carlos Chardon
Ste 150, San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerardo Garcia Neris_

Participant's Address: _H-C 63 Buzón 3512 B° Mulas_
_Patillas PR 00723_

Participant's Email Address: _Jerry GaruaNeris 9 @ Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170900_

Nature of Claim: _Departamento de Educacion_

By: _Gerardo Garcia Neris_
Signature

_Gerardo Garcia Neris_
Print Name

_____

Title (if Participant is not an individual)

_9 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Rivera Lozada_

Participant's Address: _Cond Concordia Gardens #8 Calle Livorna Apt 9d San Juan, PR 00924_

Participant's Email Address: _evrivera (aix) @ hotmail - com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165790_

Nature of Claim: _On April 15 1986, the Federal Minimum Wage Law, which established a minimum wage per hour worked in the government of PR. The Family Department left and violated section 218 of Federal Minimum Wage Law._

By: _Evelyn Rivera Lozada_
Signature

_Evelyn Rivera Lozada_
Print Name

_Employee, Now Retired_
Title (if Participant is not an individual)

_August 7, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Rivera Lozada
Cond Concordia Gardens 1
#8 calle Livorna Apt. 9d
San Juan, PR 00924

RECEIVED & FILED
2021 AUG 10 PM 2:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
AUG 07 '21
AMOUNT
**$1.20**
R2304H109441-17

1000          00918

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767