# ATTACHMENT 1

During the years as governor of Puerto Rico Commonwealth Puerto Rico Mr. Carlos Romero Barceló gave a Salary increase of $100.00 known as Law 89.

He never honored the salary increase (Labor Law 89 of salary scale 164.

The amount owed is, 24,000.00

153453

Eva L. Vinales Rodriguez

August 5 2021



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: LEY PROMESA

28 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | EVA L. VINALESS RODRIGUEZ |
| Seguro Social | : | |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (28) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/16/2021 |
| Hasta: | 06/30/2021 |

Business Unit: PUERT
Aviso #: 4902035
Fecha Aviso: 06/30/2021

**EVA L VINALES RODRIGUEZ**
HC 46 BOX 5544
DORADO PR 00646-9795
SS: XXX-XX-6860

| | |
|---|---|
| # Empleado: | XXXXX6860 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,458.17 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.973354 | 81.25 | 729.09 | 975.00 | 8,749.08 |
| Total: | | 81.25 | 729.09 | 975.00 | 8,749.08 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 641.76 |
| SM-First Medical Health Plan | 75.25 | 860.50 |
| SC-TRANS OCEANIC LIFE | 16.98 | 203.76 |
| Total: | 145.71 | 1,706.02 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 600.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.09 | 0.00 | 145.71 | 583.38 |
| Acumulado: | 8,749.08 | 0.00 | 1,706.02 | 7,043.06 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4902035 | 583.38 |
| Total: | 583.38 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/30/2021

Aviso No.
4902035

Cant. Deposito: $583.38

TRAY 42 SQ 10662****************SCH 5-DIGIT 00646   10662 2 AV 0.398
EVA L VINALES RODRIGUEZ
HC 46 BOX 5544
DORADO PR 00646-9795

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $583.38 |
| Total: | | $583.38 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2021 |
| Hasta: | 06/15/2021 |
| Business Unit: | PUERT |
| Aviso #: | 4650561 |
| Fecha Aviso: | 06/15/2021 |

EVA L VINALES RODRIGUEZ
HC 46 BOX 5544
DORADO PR 00646-9795

SS: XXX-XX-6860

| | |
|---|---|
| # Empleado: | XXXXX6860 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,458.17 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.973354 | 81.25 | 729.09 | 893.75 | 8,019.99 |
| Total: | | 81.25 | 729.09 | 893.75 | 8,019.99 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 588.28 |
| SM-First Medical Health Plan | 75.25 | 785.25 |
| SC-TRANS OCEANIC LIFE | 16.98 | 186.78 |
| Total: | 145.71 | 1,560.31 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 500.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 729.09 | 0.00 | 145.71 | 583.38 |
| Acumulado: | 8,019.99 | 0.00 | 1,560.31 | 6,459.68 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4650561 | 583.38 |
| Total: | 583.38 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
06/15/2021

Aviso No.
4650561

Cant. Deposito: _$583.38_

TRAY 42 SQ 10662****************SCH 5-DIGIT 00646    10662 2 AV 0.398
EVA L VINALES RODRIGUEZ
HC 46 BOX 5544
DORADO PR 00646-9795

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 4008153081 | $583.38 |
| Total: | | $583.38 |

**NO-NEGOCIABLE**

Modelo SC-1515 (IRM)
14-mayo-1
Man _ de Contabilidad

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## JUNTA DE RETIRO PARA MAESTROS

## INFORME RENTA ANUAL VITALICIA

| Nombre | Eva L. Viñales Rodríguez | Núm. Reclamación 35712 | Sexo F |

**Tipo de Renta:**
- a— Años de Servicio y Edad
  - Opcional ( )
  - Obligatorio ( )
- b— Edad ( )
- c— Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d— Diferida ( )*

Fecha de Nacimiento: 1951 junio 04
Año / Mes / Día

Fecha de Retiro: 2001 julio 27
Año / Mes / Día

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad |
|---|---|---|---|---|---|---|---|
| 50 Años | 1 Meses | 24 Días | 28 Años | 5 Meses | — Sem. | 4½ Días | $33,236.79 |

Fecha de Efectividad: 2001 julio 28
Año / Mes / Día

Retiro Ley Núm. 44 de 2000

[Sello: Oficina de Finanzas — Documentos Preintervenidos — Fecha 31/8/01]

**Cómputo de la Renta Anual:**

a— Sueldo promedio mensual más alto durante ~~cinco~~ tres años consecutivos a $1,887.60

X .018 % X 28 años, 5 meses y 4½ días
(Por ciento)    (Tiempo Acreditado)

965.88
menos ajuste
5 %
48.29

917.59

* En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad.

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad.

b— Ajuste para llegar al Mínimo Establecido por Ley 44

| Años de Servicio | Edad | Incapacidad Física | Diferido |
| $_____ | $_____ | $_____ | $_____ |

498.11

Diferencia Mínimo o Renta Sistema Retiro

Renta Mensual Vitalicia           1,415.70
Renta Anual Vitalicia            16,988.40

Computado: Julio C. Ortiz — 29 agosto 2001
Cotejado: Hugo E. Aponte — 29/8/01
Recomendado: Gloria E. Navas Pérez, Directora Area Servicios de Retiro — 31/8/01
Aprobado: Irma A. Giménez López, Secretaria Ejecutiva — 5-9-01

HA/agb
lp

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Eva L. Viñales Rodriguez**, con número de seguro social que termina en **6860**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 28 de julio de 2001 |
| Tiempo Cotizado para la Pensión | 28 años, 5 mes, 0 sem., 4.5 días |
| Pensión mensual Inicial | $1,415.70 |
| Pensión Mensual Actual | $1,458.17 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

**Edgardo J. Negrón Ramírez**
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov

Eva L [illegible] Roch [illegible]
H.C. 46 Box 5544 Dorado
P.R. 00646

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 09, 21
AMOUNT
$6.65
R2305K141669-11

CERTIFIED MAIL
7020 1290 0002 1267 9637

Court's Clerk's Office
United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

00919-176767

RECEIVED & FILED 2021 AUG 10 PM 2:46