IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYESS RETIREMENT SYSTEM OF THE GOVERNMENT AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, Debtors | PROMESA Title III NO. 17 BK 3283-LTS (Jointly Administered) |

## ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS IT'S POSSIBLE MADE UP WITH:

1. THE INTAKE TO REHABILITATE THOSE MULTIPLE INDUSTRIES LOCKDOWN AFTER THE "936" MOST GO OFF FROM PUERTO RICO.
2. THE COMEBACK INTO A PROPER PAY FOWARD BY THE MATTER OF FACT BY ANY PASTIME RICHNESS INDUSTRY WITH EXEMPT THAT SATISFY THE PR NATION PUBLIC PAST DUE WITH THE RIGHTFUL TO LEND AID TO THIS COMMON PURPOSE THAT IT'S A WELLNESS DONE ON BOTH WAYS.
3. THE HERE AND THERE BY THE REAL ECONOMY DEVELOPMENT (PRODUCTION: PHARMA, ELECTRONIC & RECYCLE MANUFACTURE, WORKFORCES, PAYABLE INCOME TAXES, SALES & COMMERCE EXPORT, OPEN WIDE EXPANSION, ETC.) THAT COMES TRUE THIS PROMESA TITLE III AND THE JOINTLY ADMINISTERED PROSPECT PLAN.
4. THE GROW UP OF IN BETWEEN WITH ANY OF THE PUBLIC POLICY AND FISCAL LEGISLATIONS TO MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS JUST LIKE ANEW THAT BECOMING ON A FINANCIAL MANAGEMENT WITH A GOODSTANDING QUALITY CONTROL WITH A HEAVY SOLVING OPTIONS.
5. THE COMMON WAY OF ACTING IF ANY OF THOSE BONDHOLDERS ENTER TO REHABILITATE INDUSTRIES ON PUERTO RICO WITH FEDERAL INCENTIVES AND NATIONALS TAX RELIEFS, IT'S POSSIBLE AS SOON IS POSSIBLE THAT ALL HIS INVESTMENTS ON THIS NATIONAL PAST DUE WOULD BE SATISFY BY THE FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE COMMOWEALTH OF PUERTO RICO WITH ANY PLAN OF DEPOSITORY TO PURSUIT INCREASE THE

BONDHOLDERS INVESTMENT RETRIBUTIONS TOO, ON THE OTHER WAY THAT MAKE GLOBAL INTEREST ABOUT IT AND FROM, BEFORE AND AFTER THIS PLAN OF ADJUSTMENT FOR THE ISLAND OF PUERTO RICO.

6. THE ACCOMPLISH SINCE CREDITORS THRU DEBTORS ON THE SAME WAY OF AGREEMENT AT THE JONTLY ADMINISTERED THAT TAKE ACTION FROM ABOUT BE POSSIBLE THAT THE CREDITORS ON (1) TO TWELVE (12) YEARS GETPUT THE NATIONAL ECONOMY DEVELOPMENT INTO HIS FAVOR AND FOR THE COMMOWEALTH OF PUERTO RICO BY AN INPUT INTO A PLAN PAST DUE (BANKRUPT) ON TIME BY THE CORRECT PAYABLE AGREEMENT BILL'S & TRADES THAT URGENT WITHOUT OTHERS ISSUES ON BOARD.

7. THE PREVIEW, VIEW AND REVIEW BY THE JOINTLY ADMINISTERED AS SOON AS POSSIBLE ON FIVE (5) YEARS AFTER TIMES ACCORDING WITH THE PLAN OF ADJUSTMENT OF THE COMMOWEALTH TO FEEDBACK AND BACKUP ANY REFORM ABOUT ANY MATTER OF FACT OF FEDERAL INCENTIVES AND NATIONAL TAX RELIEFS MODIFICATIONS (CREDITORS) AND CHECK IN & OUT THE FIRST ORDER SETTLEMENT REACHED BY MUTUAL CONCESSIONS PAYMENTS FOR THE LOAN OF MONEY OR BONUS INTO ANY CURRENCY AUDIT ON THAT JUSTLY DUE (DEBTORS).

FOR THESE KIND OF REASONS I PRETEND WITH THIS **ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS** BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS **ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS** FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

*[signature]*

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: AUGUST 7, 2021
ON: AGUADILLA PR