**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

    Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

---

**ATTACHMENT 1**

---

**SIMPLE SUGGESTED GUIDE MODEL
FROM ABOUT THE ACQUAINT PLAN OFFER TO BE FOLLOW
SINCE CREDITORS THRU DEBTORS**

---

**I. ANEW REHABILITATE INDUSTRIES**

    **A. PHARMA (INSULIN, VACCINE & OTHERS REACTIVES)**

    **B. ELECTRONICS (ANTENNAS, DEVICES, OTHERS)**

    **C. RECYCLE (WHEELS, GLASS, METALS, OILS & OTHERS)**

        1. INPUT

            a. **DOWN PAYMENT AS A** RIGHTFUL TO LEND AID MADE BY THE COMMONWEALTH OF PUERTO RICO OR BY ANY FEDERAL BUDGET FOR THE BONDHOLDER (CREDITOR) TO STARTING THE PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTOR INTO ANEW LOCAL INDUSTRY.

        2. GETPUT & OUTPUT

            a. PLAN OF ADJUSTMENT FROM ABOUT THE TOTAL OF THE ANEW LOCAL INDUSTRY UNTIL COMMON BUDGET RIGHT (GLOBAL & NATIONAL ECONOMY DEVELOPMENT).

        3. EXAMPLE BOARD

            a. FINANCIAL STATEMENT FOR THE ANEW REHABILITATE INDUSTRY INCOMES BY THE PRODUCTION & DIVERSITY MANUFACTURE ON DISTRIBUTION METHODICALLY BY THE JOINTLY ADMINISTERED PLAN.

| BREAKDOWN ITEMS | FINANCIAL STATEMENT FOR THIS INVESTMENT | | | |
|---|---|---|---|---|
| | 100% | 150% | 200% | AVERAGE |
| 1. INVESTMENT FUNDS * | 45% | 75% | 100% | 73.33% |
| 2. WORKFORCES | 20% | 25% | 35% | 26.66% |
| 3. RETAIL & EXPORT WITH THOSE INCOMES IN FAVOR TO THE CREDITORS THROUGH TAKE IN AS AN EXEMPT TAX FOR PAYABLE BANKRUPT | 20% | 25% | 30% | 25.00% |
| 4. ASSURANCE | 10% | 15% | 20% | 15.00% |
| 5. NATIONAL (DEBTORS) TAX COMPENSATION | 5% | 10% | 15% | 10.00% |

* PROCEEDS FROM ANY FOREING AFFILIATE & ASSOCIATE CORPORATION, PLUS FEDERAL INCENTIVES AND ALSO THE RIGHTFUL DOWN PAYMENT FROM THE COMMONWEALTH OF PUERTO RICO FOR AN INITIALLY BANKRUPT RESOLUTION IN ADDITION OF ANY MONETARY CONTRIBUTION OF THE BONDHOLDERS IN THIS POSSIBLE AGREEMENT.

FOR THESE KIND OF REASONS I PRETEND WITH THIS **ATTACHMENT 1** NAMED, "**SIMPLE SUGGESTED GUIDE MODEL FROM ABOUT THE ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS**", BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS ATTACHMENT OF THE **ACQUAINT PLAN OFFER TO BE FOLLOW SINCE CREDITORS THRU DEBTORS** FROM ABOUT ANY

DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: AUGUST 7, 2021
ON: AGUADILLA PR