Mrs. Ana A. Nunez Velazquez
19 Res. Villanueva Apt. 170
Aguadilla PR 00603-7044

The United States
District Court
Clerks Office
150 Carlos Chardin Ave. Suite 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 09, 21
AMOUNT
$0.75
R2304M110741-11

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 10 AM 11:06