UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 11, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

1. Delfina Santiago Marrero
2. Sandra N. Garcia Arroyo (5 notices)
3. Bethzaida Rosario Rivera
4. Jose A. Ramirez Rodriguez
5. Vanessa del Rio Rosa
6. Eneida Soto
7. Maria Crescioni Cuebas
8. Heriberto Lopez Morales
9. Irma L. Cintron Diaz
10. Pedro Gonzalez Perez
11. Maria A. Clemente Rosa
12. Carmen Rivera Valentin
13. Gerardo Rosado Rodriguez
14. Jose A. Santiago Hernandez
15. Harry Rodriguez Becerra
16. Migdalia Ortiz Rosado
17. Maria Isabel Silva Ortiz
18. Marie C. Roman Rosario
19. Cristina Gonzalez Clanton CGC Holdings
20. Filiberto Guzman Alvarado
21. Ana Ramos Maldonado
22. Haydee Nieves Crespo (2 notices)
23. Carmen L. Rivera Perez (3 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

24. Jose B. Torres Rodriguez

25. Carmen C. Hernandez Morales

26. Luz Maria Ayala Tañon

27. Carmen A. Alvarez Ortiz

28. Maribel Rivera Vazquez

29. Jorge L. Suarez Aristua

30. Eliu Gonzalez Torres

31. Luz Selenia Santiago Salcedo

32. Abner Silva Rivera

33. Elvis A. Zeno Santiago

34. Gisela Marrero Santiago

35. Migdalia Ortiz Rosado

36. Milagros Figueroa Torres

37. Ruben Muñiz Ruberte

38. Maria M. Perez Martinez

39. Carmen Martinez Mercado

40. Carmen Rivera Valentin

41. Luz N. Nieves Cardona

42. Daniela Perez Perez

43. Genoveva Rodriguez Perez

44. Isela Ortiz Rivera

45. Jorge E. Sanjurjo Rodriguez

46. Yahaira Montalvo Pabon

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

    47. Migdalia Ortiz Rosado

    48. Lydia del Valle Nieves

    49. Maria M. Perez Martinez

    50. Vanessa Figueroa Rodriguez

Dated: August 12, 2021

4