Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delfina Santiago Marrero_

Participant's Address: _Urb. los Caobos Corozo # 2725 Ponce, P.R. 00716_

Participant's Email Address: _delfina.santiago0104@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _67471_

Nature of Claim: _The money of the approved increase which, by law, corresponds to me, was never awarded._

By: _Delfina Santiago_
Signature

_Delfina Santiago_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Delfina Santiago
Los Caobos Corozo # 2725
Ponce, P.R. 00716-2734

RECEIVED / FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3: 57

00918-170449

United States District Court
Clerk's Office
Carlos Chardon Ste. 150 Ave.
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra N. Garcia Arroyo_

Participant's Address: _Apartado 751 Peñuelas, P.R. 00624_

Participant's Email Address: _sandranoemi0508@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132387_

Nature of Claim: _Public employee claim_

By: _Sandra N. Garcia Arroyo_
    Signature

_Sandra N. Garcia Arroyo_
Print Name

_public employee_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. García Arroyo
Apartado # 751
Peñuelas, P.R. 00624

RECEIVED AP...
CL...
U.S. DIS... ...RT
SAN JUAN...
2021 AUG 11   PM 2: 55

SAN JUAN PR   009
10 AUG 2021   PM 1   L

USA ★ FOREVER

00918-170625

Discovery Notice to the Court's Clerk's Office:
United States District Court, Clerks' Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Sandra N. García Arroyo*

Participant's Address: *Apartado 751 Peñuelas, P.R. 00624*

Participant's Email Address: *sandransemio509@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *141384*

Nature of Claim: *public employee claim*

By: *Sandra N. García Arroyo*
    Signature

*Sandra N. García Arroyo*
Print Name

*public employee claim*
Title (if Participant is not an individual)

*August, 10, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*
*Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. Garcia Arroyo
Apartado #75,
Penuelas, P.R. 00624

RECEIVED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 11   PM 1: 58

00918-1706625

SAN JUAN PR  009

10 AUG 2021  PM 1  L

Discovery Notice to the Court's Clerks Office:
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra N. Garcia Arroyo_

Participant's Address: _Apartado 751 Peñuelas, P.R. 00624_

Participant's Email Address: _sandranoemi 0508 @gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122345_

Nature of Claim: _public employee claim_

By: _Sandra N. Garcia Arroyo_
Signature

_Sandra N. Garcia Arroyo_
Print Name

_public employee_
Title (if Participant is not an individual)

_August, 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. García Arroyo
Apartado # 751
Peñuelas, P.R. 00624

RECEIVED
U.S. DISTRICT COURT
SAN JUAN
2021 AUG 11  PM 3: 55

00918-170625

SAN JUAN PR   009
10 AUG 2021  PM 1  L

Discovery Notice to the Court's Clerks Office:
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra N. García Arroyo*

Participant's Address: *Apartado 751 Peñuelas, P.R. 00624*

Participant's Email Address: *sandranoemi0508@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *122352*

Nature of Claim: *public employee claim*

By: *Sandra N. García Arroyo*
Signature

*Sandra N. García Arroyo*
Print Name

*public employee*
Title (if Participant is not an individual)

*August 10, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. Garcia Arroyo
Apartado #751
Penuelas, P.R. 00624

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 11 PM 1:50

00910-70625

Discovery Notice to the Court's Clerk's office :
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Sandra N. García Arroyo*

Participant's Address:  *Apartado 751 Peñuelas, P.R. 00624*

Participant's Email Address:  *sandranoemi0508@gmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *130964*

Nature of Claim:  *public employee claim*

By:  *Sandra N. García Arroyo*
Signature

*Sandra N. García Arroyo*
Print Name

*Public employee*
Title (if Participant is not an individual)

*August 10, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. García Arroyo
Apartado #75-1
Peñuelas, P.R. 00624

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:58

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-170625

Discovery Notice to the Court's Clerks office:
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Bethzaida Rosario Rivera_

Participant's Address: _Calle 7-E-25 Urb. Alturas de Peñuelas, P.R. 00624_

Participant's Email Address: _betsy2831@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 173283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_

By: _____
Signature

_Bethzaida Rosario Rivera_
Print Name

_Promesa Tittle III_
Title (if Participant is not an individual)

_10-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bethzaida Rosario Rivera
calle 7-E-23 Urb·Alturas de Peñuelas,
P.R. 00624.

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Court's Clerk's Office at
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767·

00918-170625

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Rodríguez Venzuelez_

Participant's Address: _Cost. Fatima Tower Apart. 611 Cantina P. Rico 00982_

Participant's Email Address: _FONTANA611AN@gmail.com_

Name of Counsel: _NOT HAVE_

Address of Counsel: _NOT HAVE_

Email Address of Counsel: _NOT HAVE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19998_

Nature of Claim: _TITLE III Joint Plan of Adjustment of THE Commonwth of Puerto Rico._

By: _____

Signature
_José A. Rodríguez Venzuelez_

Print Name
_____

Title (if Participant is not an individual)
_August 9, 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Ramírez Rodríguez
Urb. Villa Iman
Anthurium 611
Carolina, P. Rico 00982

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3: 52

00918-1706625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

FOREVER

Discovery Notice to the Court's Clerk
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Vanessa Del Río Rosa

Participant's Address: 1714 Calle Carolina Apt. 202

Participant's Email Address: Dana_rio@hotmail.com Delrio-V@de.pr.gov

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54696

Nature of Claim: Pension/Retiree

By: _Vanessa Del Río Rosa_
Signature

Vanessa Del Río Rosa
Print Name

_____
Title (if Participant is not an individual)

10 agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa del Río Rosa
1414 Calle Carolina
Apartamento 202
San Juan, PR 00912

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:52

SAN JUAN PR 009

10 AUG 2021 PM 1 L



FOREVER / USA

00918-170625

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

     The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneida Soto_

Participant's Address: _Carr 185 Bo Campo Rico KM 4.2 Canovanas 00729_

Participant's Email Address: _Neydeesoto@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176414_

Nature of Claim: _Ley Promesa_

By: _Eneida Soto_
Signature

_Eneida Soto_
Print Name

_____
Title (if Participant is not an individual)

_08/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Crescioni Cuebas_

Participant's Address: _Colinas Metropolitanas Picachos St. E-15
Graynabo, P.R. 00969_

Participant's Email Address: _mbcrescioni@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30323_

Nature of Claim: _Pension/Retiree Claims_

By: _MᵃDerescioui leren_
Signature

_Maria B. Crescioni Cuebas_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria B. Crescioni Cuebas
Colinas Metropolitanas
Los Picachos E-15
Guaynabo, P.R. 00969

Return Receipt
R E Q U E S T E D

7020 1810 0000 3435 6882

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

*Imp : Se Entregó original* 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Heriberto López Morales*

Participant's Address: *Urb. Floral Park Betances 116 S.J.P.R. 00917*

Participant's Email Address: *dr.hlopez@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Heriberto López Morales
Urb. Floral Park
Betances 116  S. J. P. R. 00917

00918-170625

SAN JUAN PR   009
10 AUG 2021  PM 1  L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 11  PM 3 52

Discovery Notice to the Courts Clerks
Office at:
United States District Court Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R.   00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma L. Cintrón Díaz_

Participant's Address: _Urb. Terrazas Demajagua II Topacio JJ 17 Fajardo P.R._

Participant's Email Address: _irma cintron15@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137110_

Nature of Claim: _increase of salary not received_

By: _Irma L. Cintrón Díaz_
Signature

_Irma L. Cintrón Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August /9 /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus D. Curbelo Olivo
Urb. Terrazas Demajagua II
all Demajagua II 112
Fajardo, P.R. 00738

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 0090 0001 2735 6895

00918-1706225

U.S. POSTAGE
FCM LETTER
00738A, PR
AUG 09, 21
AMOUNT
$7.00
R2304E105344

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma L. Cintrón Díaz_

Participant's Address: _Urb. Terrazas Demajagua II Topacio 5517 2 Fajardo 00738_

Participant's Email Address: _irma.cintron15@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143774_

Nature of Claim: _increase of salary not received_

By: _Irma L. Cintrón Díaz_
Signature

_Irma L. Cintrón Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August / 9 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan L. Cintrón Díaz
Urb. Terrazas Demajagua 1A
Calle Demajagua II 112
Fajardo, P.R. 00738

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro R. González Perez_

Participant's Address: _C/ Colina #2124, Urb. Valle Alto Ponce, P.R. 00730-4125_

Participant's Email Address: _pedromgonzalez92@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103333_

Nature of Claim: _Assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of P.R._

By: _[signature]_
Signature

_Pedro R. González Perez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 8, 2021_
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Pedro R. González
Urb. Valle Alto
Calle Colina #2124
Ponce, P.R. 00730-4125

To: Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



CERTIFIED MAIL

7020 2450 0001 1404 6831




U.S. POSTAGE PAID
FCM LETTER
00730 LAUREL, PR
AUG 09, 21
AMOUNT
$7.00
R2305M147983-03

1000

00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   María A. Clemente Rosa

Participant's Address:   BO Obrero STA, P.O. Box 7103 San Juan,PR 00916-7103

Participant's Email Address:   clero_62a yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283-LTS

Nature of Claim:   133537

By:   _(signature)_
Signature

María A. Clemente Rosa
Print Name

Title (if Participant is not an individual)

3 agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María A. Clemente Rosa
P.O. Box 7103
San Juan,PR 00916-7103

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:51

00918-1706525

SAN JUAN PR 009

10 AUG 2021 PM 1 L

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Valentin, Carmen_

Participant's Address: _C 12 urb. San Cristobal, Aguada, P.P. 0060?_

Participant's Email Address: _cr7770900@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97544_

Nature of Claim: _Public Employee Claims_

By: _Carmen Rivera Valentin_
Signature

_Carmen Rivera Valentin_
Print Name

_____
Title (if Participant is not an individual)

_8 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rivera Valentin
C 12 Urb. San Cristobal
Aguada, P.R. 00602

RECEIVED OFFICE
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

2021 AUG 11 PM 3:54

00918-1706205

United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1  L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:            _Gerardo Rosado Rodriguez_

Participant's Address:        _HC-01 Box 6024 Guaynabo, P.R 00971_

Participant's Email Address:  _rosadog664@gmail.com_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                _17 BK 3283 — LTS_

Nature of Claim:             _____

By:    _Gerardo Rosado_
       Signature

       _Gerardo Rosado Rodriguez_
       Print Name

       _____
       Title (if Participant is not an individual)

       _August 10, 2021_
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Rosado Rodriguez
HC-01 Box 6024
Guaynabo, P.R.
00971

00918-1706.25

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Jose A. Santiago Hernández

Participant's Address: B-78 Las Alondras, Villalba, P.R. 00766

Participant's Email Address: jossean2411@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: #51061 et. ol.

Nature of Claim: Unpaid wages by the government of P.R.

By: _____
    Signature

Jose A. Santiago Hernandez
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Santiago Hernández
B-78 Las Alondras
Villalba, P.R. 00766

SAN JUAN PR 009
10 AUG 2021 PM 1 L

USA ★ FOREVER

00918-170825

United States District Court
Clerk's Office
150 Avenue. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Harry Rodriguez Becerra

Participant's Address: 22 BUNKER LANE Hicksville NY 11801

Participant's Email Address: harryrdrodriguez@GMAIL.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ GOVT.

Nature of Claim: 45,000 UBS Bond P.R. RETIREMENT FUND

By: _____
Signature

Harry Rodriguez Becerra
Print Name

_____
Title (if Participant is not an individual)

8 / 5 / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Harry Rodriguez Becerro
155 Ave. Hostos
HAT G - 20t
SAN JUAN, P.R. 00918

United States District Court
Clerks Office
150 Ave. Carlos Chardon
STE. 150
SAN JUAN, Puerto Rico
00918-1767

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L
U.S. DISTRICT COURT
SAN JUAN, PR



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Migdalia Ortiz Rosado

Participant's Address: Urb. Las Alondras B-78, Villalba PR 00766

Participant's Email Address: lala112498@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 50918

Nature of Claim: Unpaid wages by the government of P.R.

By: _____
    Signature

    Migdalia Ortiz Rosado
    Print Name

    _[signature]_
    Title (if Participant is not an individual)

    August 9, 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Ortiz Rosado
Urb. Las Alondras B-78
Villalba P.R. 00766

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 11 PM 3:50

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR  009
10 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Isabel Silva Ortiz_

Participant's Address: _Villa Caribe 22, Guayama, PR_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88002_

Nature of Claim: _Law 89 July 3, 1979 and Law 96, July 2, 2002_

By: _Maria Isabel Silva Ortiz_
Signature

_Maria Isabel Silva Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ma. I. Silva
Villa Caribe 22
Guayama P.R.
00784

SAN JUAN P.R. 009
10 AUG 2021 PM 1 L

00918-170625

RE: CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Chardon Ste 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marie C. Román Rosario_

Participant's Address: _HC 03 Box 12256 Camuy, P.R. 00627_

Participant's Email Address: _mariecarmen75 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Marie C. Román Rosario_
Print Name

_____
Title (if Participant is not an individual)

_10 /agosto /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marie C. Roman Rosario
HC 03 Box 12256
Camuy, P.R. 00627

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
15D Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: Cristina Gonzalez Clanton. CGC Holdings

Participant's Address: HC2 Box 7360 Lares P.R. 00669

Participant's Email Address: _____

Name of Counsel: NA

Address of Counsel: NA

Email Address of Counsel: NA

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Investment $450,000 employee retirement bons

By: _Cristina Gonzalez_
    Signature

Cristina González
Print Name

CGC Holdings
Title (if Participant is not an individual)

8-6-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cristina Heuszler
HC 2 Box 7360
Lawes, P.R. 00669

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-176825

2021 AUG 11 PM 3:50
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Filiberto Guzmán Alvarado

Participant's Address: Urb. Las Alondras St.5 C-16 Villalba P.R. 00766

Participant's Email Address: filibertoguzmanwmj@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 132853

Nature of Claim: Money owed for years of services as a teacher of the Department of Education of Puerto Rico

By: _____
Signature

Filiberto Guzmán.Alvarado
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Filiberto Guzmán - Alvarado
Urb. Las Alondras c#16
St. 5, Villalba, P.R. 00766

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

SAN JUAN PR   009

10 AUG 2021 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 AUG 11 PM 3 50

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Ramos Maldonedo_

Participant's Address: _Urb. Jardines de Buena Vista #7 Calle B Caroline P/R_
_00985_

Participant's Email Address: _N-A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR.1845 SRF 55176 PackID 89993 MMLID: 437014P._
_SUCMHHLPC_

Nature of Claim: _17-Bk-3566-LTS 9686_

By: _Ana Ramos Maldonado_
Signature

_Ana Ramos Maldonado_
Print Name

_111_
Title (if Participant is not an individual)

_August 5-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Renco Maldonado
P.O. Box 20424
San Juan, P.R. 00928 0424
PRI845-SRF55/2WPc.RID.84943
M.MLID.447014-OSUC:MM1-PC

00918-170625

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:50

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Courts Clerks
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydee Nieve Crespo_

Participant's Address: _Cond Villa del Parque Apt 15 H SJPR 80909_

Participant's Email Address: _gindee8chm@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_
_2 7084_

Nature of Claim: _____

By: _Nieve_
Signature

_Haydee Nieves Crespo_
Print Name

_____
Title (if Participant is not an individual)

_10 Ags 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heydi Nieves
Cond. Villa del Parque Apt. 15-H
San Juan PR 00909

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11  PM 3: 50

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR  009
10 AUG 2021 PM 1  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydee' Nieves Crespo_

Participant's Address: _Cond. Villa del Parque. Apt. 15-H SJPR00909_

Participant's Email Address: _gindee8.hn@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _22617_

By: _Nieves_
   Signature

_Haydee' Nieves Crespo_
Print Name

_____
Title (if Participant is not an individual)

_10/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heydii Work
Ana Villa del Parque Apt 15-H
San Juan PR 00909

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11  PM 3: 50

00918-170625

United States District Court
Clerk's Office
150 Ave carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR  009
10 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Rivera Pérez_

Participant's Address: _HC Box 21790 BSaltos San Sebastian, P.R 00685_

Participant's Email Address: _Carmenl.rivera 926@ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59800_

Nature of Claim: _Dpto. Claimed-Dpto. of Education_

By: _Carmen L. Rivera Pérez_
   Signature

_Carmen L. Rivera Pérez_
Print Name

_Self claimets_
Title (if Participant is not an individual)

_9- ago - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 1290 0000 0879 2298

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7020 1290 0000 0879 2298

Carmen L. Rivera Cruz
HC-2 Box 21790
San Sebastián, P.R.
00685

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Rivera Pérez

Participant's Address: (HC2) Box 21790 B Saltos San Sebastian, P.R 00685

Participant's Email Address: Carmen.l.rivera926@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 57401

Nature of Claim: Dpto. Claimed - Dpto. of Education

By: _____
Signature

Carmen L. Rivera Pérez
Print Name

self-claiments
Title (if Participant is not an individual)

9-ago-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 1290 0000 0879 2298

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7020 1290 0000 0879 2298

Carmen L. Rivera Perz
HC 2 Box 21790
San Sebastian, P.R.
00685

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Its Total
Correct

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Rivera Pérez_

Participant's Address: _HC Box 21790 B° Saltos San Sebastian, PR00685_

Participant's Email Address: _Carmen.rivera 926 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58888_

Nature of Claim: _Dpto. Claimed - Dpto. of Education_

By: _Carmen L. Rivera Pérez_
Signature

_Carmen L. Rivera Pérez_
Print Name

_self- claimets_
Title (if Participant is not an individual)

_9- ago - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 1290 0000 0879 2298

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 1290 0000 0879 2298

Carmen L. Rivera lorez
HC 2 Box 21790
San Sebastian, P.R.
00685

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose B. Torres Rodriguez_

Participant's Address: _P.O. Box 1347 Guayama, P.R. 00785_

Participant's Email Address: _balbino65 @ outlook . com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17- BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Jose B. Torres Rodriguez_
Print Name

_Jose Torres Rodriguez_
Title (if Participant is not an individual)

_08/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Carmen C. Hernández Morales
Jose B. Torres Rodríguez
P.O. Box 1347
Guayama, P.R. 00784

To: United States District Court, Clerk's
Office 150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen C Hernández Morales_

Participant's Address: _P.O. Box 1347 Guayama, P.R. 00785_

Participant's Email Address: _Karfel 9901 @ gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Carmen C Hernández_
    Signature

_Carmen C Hernández Morales_
Print Name

_____
Title (if Participant is not an individual)

_08 / 08 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen C. Hernández Morales
José B. Torres Rodríguez
P.O. Box 1347
Guayama, P.R. 00785

SAN JUAN PR 009
US POSTAGE
10 AUG 2021 PM 1 L
SAN JUAN PR

2021 AUG 11 PM 3 49

To: United States District Court, Clerks
Office 150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

0091664706 C018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Maria Ayala Tañón_

Participant's Address: _Hc3 Box 10634 Comerio P.R.00782_

Participant's Email Address: _luzmariaayala1258@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151523_

Nature of Claim: _+Empleados Publicos y Pension / jubilacion_

By: _Luz M. Ayala Tañón_  _Departamento Educacion_
    Signature

_Luz M. Ayala Tañón_
Print Name

_____
Title (if Participant is not an individual)

_8 de Agosto del 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. Ayala Tañón
Hc3 Box 10634
Comeno PR-00754

SAN JUAN PR   009

10 AUG 2021 PM 1 L



United States Distric Courts, Clerks
Office, 150 Ave Chardon Ste. 150,
San Juan PR   0097 8-1707



00918-170625

2021 AUG 11 PM 5:49

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen A. Álvarez Ortiz_

Participant's Address: _HC01 Box 17399 Humacao, P.R. 00791_

Participant's Email Address: _emsc 4858 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56875_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Carmen A. Álvarez O_

Signature

_Carmen A. Álvarez Ortiz_

Print Name

_____

Title (if Participant is not an individual)

_august 9, 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen A. Álvarez Ortiz
HC01 Box 17399
Humacao, PR 00791

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, PR, 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rivera Vázquez_

Participant's Address: _Calle mirasol #44 Este Guayama, PR 00784_

Participant's Email Address: _crispibelle @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _20783_

Nature of Claim: _Pension / Retiree Claims_

By: _Maribel Rivera Vázquez_
    Signature

_Maribel Rivera Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_10 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rivera
44 este calle mirasol
Guayama, PR 00784

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

2021 AUG 11 PM 3:49

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jorge L. Suárez Aristud*

Participant's Address: *PO Box 2752 Carolina, P.R. 00984*

Participant's Email Address: *suarez.jorge98@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: _____
Signature

*Jorge L. Suárez Aristud*
Print Name

_____
Title (if Participant is not an individual)

*August 7, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. L. Suárez
PO Box 2752
Cataño, PR 00984

SAN JUAN PR 009

10 AUG 2021 PM 1 L

USA FOREVER

United States district Court Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

009184705625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eliu Gonzalez Torres*

Participant's Address: *URB. Castellana Gardens. Calle-9-G19 Carolina P.R.*

Participant's Email Address: *yuyueli538@gmail*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No.17 BK 3283-LTS- THE COMMELT OF Puerto Rico*

Nature of Claim: *Discovery For confirmation of comonwelTh plan of adjustment*

By: *E. Gonzalez T.*
    Signature

*Eliu Gonzalez Torres*
Print Name

_____
Title (if Participant is not an individual)

*Agosto 9 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olin Gonzales Jones
Urb. Castellana Hardin
Calle 9, Q.9, 60 983

SAN JUAN PR 009
10 AUG 2021 PM 1

United States District court Clerk's
office, 150 Ave, Carlos Chardon Ste, 150
San Juan,
PR. 00918 - 1767

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santiago Salcedo, Luz Selenia

Participant's Address: P.O. Box 367568  SJ. P.R 00936-7568

Participant's Email Address: Iselenia@live.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 30663

Nature of Claim: Pension / Retiree Claims

By: _____
Signature

Luz S. Santiago Salcedo
Print Name

_____
Title (if Participant is not an individual)

9 agosto 2001
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz S. Santiago Salcedo
Po Box 367568
San Juan P.R 00936-7568

SAN JUAN PR  009

10 AUG 2021 PM 1  L

USA ★ FOREVER

00918-170625

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Abner Silva Rivera_

Participant's Address: _PO Box 2273 Bayamon PR 00960-2273_

Participant's Email Address: _peniel289@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _GSLR_
    Signature

_ABNER SILVA RIVERA_
Print Name

_____
Title (if Participant is not an individual)

_August 10 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abner Silva Rivera
PO Box 2273
Bayamon PR 00960-2273

00918-170625

SAN JUAN PR 009

RE___ V___ 10 AUG 2021 PM 1 L
CLERK OF THE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:48

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Elvis R. Zeno Santiago*

Participant's Address:  *Box. 1716 Arecibo PR. 00613*

Participant's Email Address:  *elvisr1@hotmail.com*

Name of Counsel:  *Noel Torres Rosado*

Address of Counsel:  *#540*

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *49842*

Nature of Claim:  *Pension - Retiree Claims*

By:  *[signature]*
Signature

*Elvis R. Zeno Santiago*
Print Name

_____
Title (if Participant is not an individual)

*10 - 07 - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elvis R. Zeno Santiago
Box 1714
Arecibo, Puerto Rico 00613

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Gisela Marrero Santiago*

Participant's Address: *PO Box 208 Dorado, PR 00646*

Participant's Email Address: *gisemarrero @ yahoo . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *84096*

Nature of Claim: *Public Employes and Pension Retiree Claims*

By: *Gisela M. Santiago*
Signature

*Gisela Marrero Santiago*
Print Name

*17 BK 3283 - LTS*
Title (if Participant is not an individual)

*9 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gisela Marrero Santiago
PO Box 209
Dorado, PR 00846

RECEIVED IN OFFICE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:48

$0.48

SAN JUAN PR 009

10 AUG 2021 PM 4 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Ortiz Rosado_

Participant's Address: _Urb. Las Alondras B-78, Villalba PR 00766_

Participant's Email Address: _lala112498@gmail.com_

Name of Counsel: _N|A_

Address of Counsel: _N|A_

Email Address of Counsel: _N|A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#50918_

Nature of Claim: _Unpaid wages by the government of PR._

By: _____
Signature

_Migdalia Ortiz Rosado_
Print Name

_Migdalia Ortiz M_

Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Ortiz Rosado
Urb. Las Alondras B-78
Villalba, P.R. 00766

20 AUG 11 PM 3:48

SAN JUAN PR   009

10 AUG 2021 PM 1 L

USA FOREVER

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Milagros Figueroa Torres

Participant's Address: Bo. Pampanos PO Box 8910 Ponce, P. Rico 00730-8910

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Promesa III (El Rumerazo)
17BK03283-LTS

By: _Milagros Figueroa Torres_
Signature

_Milagros Figueroa Torres_
Print Name

_____
Title (if Participant is not an individual)

_agosto 9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Milagros Figueroa Torres
Bo. Pampanes
PO Box. 8910
Ponce, P. Rico 00730-8910

SAN JUAN PR 009
10 AUG 2021 PM 1 L



20 AUG 11 PM 3:48

00918-170625

To: United State District Court Clerk's office
150 Que. Carlos Chardon Ste.150
San Juan, P. Rico 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rubén Muñiz Ruberté_

Participant's Address: _Ponce 1000 Correctional Complex 3L149_
_3699 Ponce By Pass, Ponce, P.R 00728-1504_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _3398_

Nature of Claim: _Commonwealth of Puerto Rico / negligence & injury (ACAA)_

By: _Rubén muñiz Ruberté_
Signature

_Rubén Muñiz Ruberté_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rubin Muñiz Kubarti
Institution Ponce 1000
3 L 109
3699 Ponce By Pass
Ponce, P.R. 00728-1504

RECEIVED 2021 AUG 11 PM 3:41

00918-170546

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
10 AUG 2021 PM 1 L

Legal Mail

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Maria M Perez Martinez

Participant's Address: urb El Madrigal Calle 5-E-3 Ponce PR 00730

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 92520

Nature of Claim: Pro mesa III ( El Romeraso )
                                          (No. 17-Bk 3283-LTS )

By: Maria M. Perez Martinez
    Signature

Maria M. Perez Martinez
Print Name

_____
Title (if Participant is not an individual)

08 - 09 - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Perez
Urb. El madrigal
Calle S-E3
Ponce, P.R. 00730-1416

RECEIVED & FILED
2021 AUG 11 PM 3: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District court, clerk's office at;
150 Ave, Carlos chardon ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Martinez Mercado_

Participant's Address: _Bda. Santa Ana, Calle A#353-5_
_Guayama, P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170370_

Nature of Claim: _Promesa_

By: _Carmen Marting Mercado_
Signature

_Carmen Martinez Mercado_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 09/2021_
Date

RECEIVED & FILED
2021 AUG 11 PM 3 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Carmen "Martinez" Mercado
Bda. Santa Ana
353 Calle A - 05
Guayama, P.R. 00784

RECEIVED & FILED
2021 AUG 11 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Courts Clerk Office at United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste. 150,
San Juan, P.R.

00918-170625

SAN JUAN PR, 009
10 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rivera Valentin, Carmen

Participant's Address: C 12 urb. San Cristóbal Aguada, P.R. 00602

Participant's Email Address: cr777090@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 97,544

Nature of Claim: Public Employee Claims

By: _Carmen Rivera Valentin_
Signature

_Carmen Rivera Valentin_
Print Name

_____
Title (if Participant is not an individual)

8 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rivera Valentin
C12 41b San Cristobal
Aguada, P.R. 00602

RECEIVED & FILED
2021 AUG 11  PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM 1  L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz N Nieves Cardona_

Participant's Address: _PO Box 570 San Sebastian PR 00685_

Participant's Email Address: _Luzni4840@gmail.com_

Name of Counsel: _SPU/PR AFSCME_

Address of Counsel: _PO Box 13695_

Email Address of Counsel: _@SPU PR_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-CTS_

Nature of Claim: _Retiro_

By: _L GM Cdna_
  Signature

_Luz N. Nieves Cardona_
Print Name

_____
Title (if Participant is not an individual)

_9 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. Nieves Cardona
PO Box 570
San Sebastian PR 00685

RECEIVED & FILED
2021 AUG 11 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1

Commonwealth Plan Confirmation
Commonwealth of Puerto Rico
Case No. 17 BK 3283 - LTS
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniela Pérez Pérez_

Participant's Address: _R R 4 Box 2944 Bayamón P.R. 00956_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Fifth Amended Title III Joint Plan of adjustment of the Commowelf of P.R._

By: _Daniela Pérez Pérez_
Signature

_Daniela Pérez Pérez_
Print Name

_Beneficiarios:_
_María H. Torres Pérez_
_Ileana M. Torres Pérez_

_____
Title (if Participant is not an individual)

_8 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Clara Torres Irizarry Y/o
Maria M. Torres Roig
RR4 Box 2944
Bayamón P.R 00956

United States District Court Clerk's Office
150 Ave. Carlos Chardón St. 150
San Juan P.R. 00918-1767

00918-170825

SAN JUAN PR   009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3 42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Genoveva Rodriguez Pérez

Participant's Address: HC-1-Box 18537 Aguadilla, P.R. 00603

Participant's Email Address: genprodriquez49@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _Genoveva Rodrig Pz_
Signature

_Genoveva Rodriquez Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

C. Rodriguez
HC 1 Box 18537
Aguadilla P.R. 00603

0091B-170625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



RECEIVED & FILED
CLERK'S OFFICE
2021 AUG 11 PM 3: 42
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isela Ortiz Rivera_

Participant's Address: _Van Scoy 0-1 Calle Principal   Bayamón PR 00957_

Participant's Email Address: _iseortiz@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61618_

Nature of Claim: _Employee retirement system_

By: _[signature]_
Signature

_Isela Ortiz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isela Ortiz Rivera
Van Scoy O-1
Calle Principal
Bayamón PR 00957

RECEIVED & FILED

2021 AUG 11 PM 3:42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



SAN JUAN PR 009

10 AUG 2021 PM 1 L

United States District Court,
Clerk's Office,
150 Ave Carlos Chardon Ste. 150,
San Juan PR 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _____Jorge E. Sanjurjo Rodriguez_____

Participant's Address: _____Villas de San Blas #19 Coamo, P.R. 00769_____

Participant's Email Address: _____jorgesanjurjo07@gmail.com_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____126185_____

Nature of Claim: _____Public Employee and Pension / Retiree Claims_____

By: _____
    Signature

_____Jorge E. Sanjurjo Rodriguez_____
Print Name

_____
Title (if Participant is not an individual)

_____August 9, 2021_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge E. Sanjurjo Rdgz.
Villas de San Blas #19
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG 11  PM 3:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM 1  L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  YAHAIRA MONTALVO PABÓN

Participant's Address:  P.O. Box 1716 Arecibo P.R 00613

Participant's Email Address:  yaymp93@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  46343

Nature of Claim:  Pension - Retiree claims

By:  Yahaira Montalvo Pabol
Signature

Yahaira MONTALVO Pabón
Print Name

_____
Title (if Participant is not an individual)

Agosto 10, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yahaira Martello Pabón
P.O. Box 1716 Arecibo PR 00613

RECEIVED & FILED
2021 AUG 11 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
10 AUG 2021  PM 1 L

United States District Court
Clerk's Office  150 Ave Carlos Chardon
STE 150  San Juan PR 00918-1767

USA * FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Ortiz Rosado

Participant's Address: Urb. Las Alondras B-78 Villalba PR 00766

Participant's Email Address: lala112498@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: #50918 et. al

Nature of Claim: Unpaid wages by the government of P.R.

By: Migdalia Ortiz Rosado

Signature:

Print Name

Title (if Participant is not an individual)

August 9, 2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Ortiz Rosado
Urb. Las Alondras B-78
Villalba P.R. 00766

RECEIVED & FILED
2021 AUG 11 PM 3:43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009

10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          _Lydia del Valle Nieves_

Participant's Address:       _100 Bosque Sereno - Apto 239, Bayamón, P.R. 00957_

Participant's Email Address:  _l.dvalle @ outlook.com_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:        _17 BK 3283-LTS_

Nature of Claim:     _Promesa Titulo III_

By:    _____
       Signature

       _Lydia del Valle Nieves_
       Print Name

       _teacher_
       Title (if Participant is not an individual)

       _August 9, 2021_
       Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra Lydia Del Valle
100 Bosque Sereno Apt 239
Bayamon PR 00957

RECEIVED & FILED
2021 AUG 11  PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste .150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Pérez Martínez_

Participant's Address: _urb. El madrigal Calle 5 - E-3 Ponce P.R. 00730_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _925 20_

Nature of Claim: _Promesa III ( El Romero raso)_

By: _Maria M. Pérez Martínez_ _(NO. 17BK 3283-LTS)_
Signature

_María M. Pérez Martínez_
Print Name

_____
Title (if Participant is not an individual)

_08-09-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ilaria Pérez
Urb. El Madrigal
Calle 5-E-3
Ponce P.R. 00730-1916

00918-170625

United States District court, clerk's office at
150 Ave. Carlos Charden Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

RECEIVED & FILED
2021 AUG 11 PM 3:43

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Figueroa Rodriguez_

Participant's Address: _Hc-02 Box 7189 Comerio P.R 00782_

Participant's Email Address: _Vanessa4122@me.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(264369)_

Nature of Claim: Redacted

By: _____
Signature

_Vanessa Figueroa Rodriguez_
Print Name

_Maestu Vision_
Title (if Participant is not an individual)

_9-agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Figueroa Rodríguez
HC-02 Box 7189
Comerío PR 00782

00918-170625

United States District Court.
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

USA FOREVER

RECEIVED & FILED
2021 AUG 11 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.