UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

       The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 11, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

1. Maria M. Quiñones Quiñones
2. Ricardo Cruz Torres
3. Felix A. Estrada Garcia
4. Juanita Rodriguez Segarra
5. Hector L. Oquendo Medina
6. Nancy McCormick Calimano
7. Jose S. Montero Gonzalez
8. Judith Ramona Santiago de Jesus
9. Santa H. David Miranda
10. Carmen Ana Santiago de Jesus
11. Flor M. Estrada Rivas
12. Jose A. Santiago Hernandez
13. Felix J. Figueroa Lugo
14. Aurea E. Faria Pagan
15. Katherine Maldonado Perez
16. Michael Roman Adames
17. Elizabeth Cruz Ortiz
18. Carmen M. Figueroa Medina
19. Francisco M. Armero Cortina
20. Mariano Armero Hernandez
21. Glamour es la Mia c/o Francisco M. Armero Cortina
22. Nelida Gonzalez Rosario
23. Gilberto Carril Vargas

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

24. Vicente Vazquez Rosario & Antonia Garcia Fernandez

25. Lymaris B. Pagan Palermo

26. Carmen C. Figueroa Hernandez

27. Jose D. Crespo

28. Luis A. Fuentes Torres

29. Viviannette Diaz Pizarro

30. Lorraine Mercado Montalvo

31. Carlos R. Rivera Otero

32. Juan A. Caceres Mendez

33. Hiram L. Bones Vargas

34. Zoida M. Rodriguez Piñeiro

35. Elvin Vega Martinez

36. Cresencio Morales Perez

37. Angel Luis Acevedo Llamas

38. Lilia Zoe Torres Ramos

39. Mario Miro Muñoz

40. Angel R. Canales Cruz

41. Carmen M. Mercado Castro

42. Ivette Aponte Hernandez

43. Madeline Morales Valentin

44. Juan Ortiz Gonzalez

45. Miguel Maldonado Maldonado

46. Gisela Hernandez Ruiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

    47. Maria M. Lopez Vega

    48. Ivonne M. Rios Torres

    49. Ferdinand Muñiz Vargas

    50. Eraclides Ramos Perez


Dated: August 12, 2021