Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria M. Quiñones Quiñones*

Participant's Address: *HC1 Box 3321 Loiza, P.R 00772*

Participant's Email Address: *m.q. 8888@ hotmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *C 3 5 -102695 23401 - 207 817*

Nature of Claim: *Promesa*

By: *Maria M. Quiñones*
Signature

*Maria M. Quiñones*
Print Name

*Secretary (Retired)*
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Quiñones
HC-1 Box 3321
Lugo, PR 00772

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Chardon Ste.
150, San Juan, PR 00 918-1767

00918-170625

SAN JUAN PR 009

10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Cruz Torres_

Participant's Address: _P.O. Box 354, Talaboa Alta Sector la Moca_
_Carretera 520 KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address: _rCruz-14@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _79581_

Nature of Claim: _____

By: _Ricardo Cruz Torres_
Signature

_Ricardo Cruz Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Cruz Torres
P.O. Box 354
Rezuelas, P.R. 00624

RECEIVED & FILED
2021 AUG 11 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Félix A. Estrada Garcia*

Participant's Address: *Urb. Santa Teresita 6122 calle San claudio Ponce PR. 00730- 4451*

Participant's Email Address: *Estrada Marangeli@ G.Mail Com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Bonificacion Especial - Romerazo    Ley Num. 89 12 Juli 1975*
*Ley Num. 12- 1982*

By: *[signature]*
Signature

*Félix A. Estrada Garcia*
Print Name

_____
Title (if Participant is not an individual)

*agosto 10, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A. Estrada Garcia
urb. Santa Teresita Gi22
Calle San Claudio
Ponce PR. 00730-4451

00918-170625

SAN JUAN PR   009
10 AUG 2021   PM 1   L

United States District Court clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767



FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita  Rodríguez  Segarra_

Participant's Address: _Urb. Alta Vista  calle 20  Q-41 - Ponce PR._ _00716_

Participant's Email Address: _ramosrosa.edwin@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KAC 199 - 0669 (505)_

Nature of Claim: _PROMESA_

By: _Juanita Rodríguez Segarra_
    Signature

_Juanita Rodríguez Segarra_
Print Name

_____
Title (if Participant is not an individual)

_9 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juanita Rodriguez Segarra
urb Alto Vista
Q41 calle 30
Ponce P.R. 00716-4235

SAN JUAN PR. 009
10 AUG 2021 PM 1 L

Discovery Notice to the Court's Clerk's
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-767

00918-176625

RECEIVED & FILED
2021 AUG ... PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN ...

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector L. Oquendo Medina_

Participant's Address: _Urb. Jardines de Montellano 113 c/monte Idilio Manuns P.R. 00687_

Participant's Email Address: _Tolo2992@G.Mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Hector Oquendo Medina_
Signature

_Hector L. Oquendo Medina_
Print Name

_____
Title (if Participant is not an individual)

_08-10-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector Oquendo Medina
urb Jardines de Monte Lim.
113 c/Monte Idilio Maravis
PR 00687

RECEIVED & FILED
2021 AUG 11  PM 3: 43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office, 150 Ave
Carlos chardon ste 150
San Juan PR 00918-1767



SAN JUAN PR   009
10 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy McCormick Calimano_

Participant's Address: _Urb. Costa Azul calle 8 D-12 Guayama, P.R. 00784_

Participant's Email Address: _nancy mccormick 1950 a. gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PACKID 202242 HMLID: 802283-PSVC: HML- PC_

Nature of Claim: _Department of Education_

By: _Nancy Mc Cormick Calimano_
Signature

_Nancy Mc Cormick Calimano_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rmte: Nancy Mc Cormick Calimano
Urb. Costa Azul Calle 8 D-12
Guayama, Puerto Rico 00784

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED

2021 AUG 11 PM 3:44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José S. Montero González

Participant's Address: Urb. Molinos del Rio 103, Calle María C de Bourbón, Dorado PR 00646

Participant's Email Address: monterojs@yahoo.com

Name of Counsel: Lcda. Ivonne González Morales

Address of Counsel: Edif. Gallardo, San Juan, PR 00901

Email Address of Counsel: ivonnegm@prw.net

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Claim for Salary

By: _____
Signature

José S. Montero González
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José S. Montero
Urb. Molinos del Río 103
C/ María C de Bourbón
Dorado, PR 00646

00918-170625

SAN JUAN PR 009

10 AUG 2021 PM 1 L

United States District Court,
Clerks Office
150 Ave. Carlos Chardón, STE 150
San Juan PR 00918-1767



RECEIVED & FILED
2021 AUG 11  PM 3:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santiago De Jesús, Judith Ramona_

Participant's Address: _A-28 Celle 5 Urb. Villa Rosa 1 Guayama, P.R. 00784_

Participant's Email Address: _judystgodj @ g mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PacK ID: 311521 MMLID: 2004 1246-P SVC: MML-PC_

Nature of Claim: _Department of Education_

By: _Judith Ramona Santiago De Jesús_
Signature

_Judith Ramona Santiago De Jesus_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 11 PM 3 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santiago De Jesús, Judith Rexona
A-28 Calle 5 Urb. Villa Rosa 1
Guayema, P.R. 00784

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918, 1767

00918-170625

SAN JUAN PR 009

10 AUG 2021 PM 1 L

Alabama
1819

2021 AUG 11 PM 3:44
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santa H. David Miranda_

Participant's Address: _HC-03 P.O. BOX 16441 Coamo P.R.007 69_

Participant's Email Address: _santadavid62@gmail.com_

Name of Counsel: _Departamento de Educación_

Address of Counsel: _Esc. Benjamín Franklin Calle José I Quin_

Email Address of Counsel: _de 51668@miescuela.pr tón #82_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51668_

Nature of Claim: _Id de empleado_

By: _Santa H. David Miranda_
Signature

_Santa H. David Miranda_
Print Name

_Profesional de Alimentos I_
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Santa H. David Miranda
HC-03 P.O. Box 16441
Coamo, P.R. 00769

RECEIVED
2021 AUG 11
CLERK'S
U.S. DISTRICT
SAN JUAN

00918-1706.25

SAN JUAN PR 009
10 AUG 2021 PM 1 L

To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Carmen Ana Santiago de Jesús_

Participant's Address:  _Urb. Villa Rosa I Calle 5 A-28 Guayama, P.R. 00784_

Participant's Email Address:  _santiagodeje carmen @gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _PR 1845 SRF 55176 PacKID: 211488 MMLID: 2093104 PSVC: MML-PC_

Nature of Claim:  _Deparment of Education_

By:  _Carmen Ana Santiago de Jesús_
Signature

_Carmen Ana Santiago de Jesús_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Ana Santiago de Jesús
Urb. Villa Rosa I - Calles A-28
Guayama, P.R. 00784

RECEIVED & FILED
2021 AUG 11  PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706825

SAN JUAN PR  009
10 AUG 2021  PM 1  L

Alabama
1819

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Flor M. Estrada Rivas_

Participant's Address: _apt 6 E Concordia Garden 2  560 Napoles_
_San Juan   P.R. 00924_

Participant's Email Address: _flor estrada 5 @ gmail_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _138615_

Nature of Claim: _Law 1989 - 1988 - 1989 Law 1996_

By: _Flor M. Estrada_
Signature

_Flor M. Estrada Rivas_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Flor M. Estrella
apt 6.E concor-
dia Garden 2
560 Napoles
San Juan
Puerto Rico
00924

RECEIVED
2021 AUG 1
CLERK'S OFFICE
U.S. DISTRICT CO
SAN JUAN, PR

United States District court
clerk's office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R.
00918 - 1767



FOREVER
USA

Barn Swallow

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A. Santiago Hernández_

Participant's Address: _B-78 Las Alondras, Villalba PR 00766_

Participant's Email Address: _jossean2411@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#51061 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _[signature]_
Signature

_Jose A. Santiago Hernández_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Santiago Hernandez
B-78 Las Alondras
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 11 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

0091B-170635

SAN JUAN PR 009
10 AUG 2021 PM 1 L



United States District Court
Clerk's Office
150 Avenue - Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felix J. Figueroa Lugo_

Participant's Address: _P.O. Box 800759  Coto Laurel, PR 00780-0459_

Participant's Email Address: _fjfigue@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Felix J Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_6-8-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.O. Box 800459
Co to Laurel, PR 00780-0459

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR

10 AUG 2021 PM 1

1820
Maine

RECEIVED & FILED

2021 AUG 11 PM 3:45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea E. Faria Pagán_

Participant's Address: _Urb. San Martin C5 F5 Juana Díaz, P.R. 00795_

Participant's Email Address: _aefaria 24 @ gmail . com_

Name of Counsel: _-_

Address of Counsel: _-_

Email Address of Counsel: _-_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108092_

Nature of Claim: _I'm claiming the salary that I was supposed to received during my time working_

By: _Aurea E. Faria Pagán_
Signature

_Aurea E. Faria Pagán_
Print Name

_____
Title (if Participant is not an individual)

_August   10   2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea E. Faria Ragan
Urb. San Martin cs E5
Juana Diaz, P.R. 00795

RECEIVED & FILED
2021 AUG 11 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States Distric Court Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

10 AUG 2021 PM 1 L



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine Maldonado Perez_

Participant's Address: _#21 Paseo de las Artesancs Las Piedras P.R 00771_

Participant's Email Address: _Kathy34738@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa title III_

By: _[signature]_
Signature

_Katherine Maldonado Perez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 11  PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katherine Maldonado Perez
#2) Paseo de los Artesanos
Las Piedras P.R. 00771

2021 AU...

CLERK
U.S. DIST...
SAN JUAN

RECEIVED & FILED
2021 AUG 11 PM 3: 45

SAN JUAN PR   009
9 AUG 2021   PM 2   L

USA ★ FOREVER

Tribunal de Distrito de los Estado Unidos
Secretaria de la Avienda 150 Carlos Chardn Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Michael Roman Adames_

Participant's Address: _HC 4 Box 18805, Camuy, P.R. 00627_

Participant's Email Address: _mra1314@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Commonwealth of P.R._

By: _(signature)_
    Signature

_Michael Roman Adames_
Print Name

_____
Title (if Participant is not an individual)

_10-Agust-2021_
Date

RECEIVED & FILED
2021 AUG 11 PM 3 45
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Cruz Ortiz_

Participant's Address: _PO Box 464 Angels PR 00611_

Participant's Email Address: _elizabethcruz54@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _158788_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _____
    Signature

_Elizabeth Cruz Ortiz_
Print Name

_Elizabeth Cruz Ortiz_
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabet Cruz Ortíz
P.O.Box 464 Angeles
P.R. 00611

SAN JUAN PR   009
10 AUG 2021 PM 1 L

Discovery Notice to the Courts Clerk
United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED
2021 AUG 11 PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARMEN M. Figueroa-MEDINa_

Participant's Address: _URB. Puerto Nuevo, #303 calle 5 NO. San Juan_

Participant's Email Address: _CMMEDIN @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Intention to Participe IN Discovery por confirmation_

By: _Carmen Figueroa Medina_
Signature

_CARMEN M. Figueroa-MEDINa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <mark>not</mark> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen M Figueroa-Medina
Urb Puerto Nuevo
303 Calle 5 NW
San Juan, PR 00920

RECEIVED & FILED
2021 AUG 11  PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

7016 3560 0000 0313 8029

00918-1706.25

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 09, 21
AMOUNT
$7.00
R2305H130913-15

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Francisco Armero Cortina*

Participant's Address: *103 Calle Geronimo Martinez Arbonito PR 00705*

Participant's Email Address: *marianoarmero @ icloud. com 939-246-2093*

Name of Counsel: *NONE*

Address of Counsel: *NONE*

Email Address of Counsel: *NONE*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Investment (UBS)*

By: *Francisco M. Armero Cortina*
Signature

*[signature]*
Print Name

_____
Title (if Participant is not an individual)

*8/9/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FRANCISCO M. ARMERO CORTIJAS
CALLE GERONIMO MARTINEZ 10 30
SUITE #2 AIBONITO P.R 00705-3692

RECEIVED & FILED
2021 AUG 11 PM 3:46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
30 AUG 2021 PM 1 L

00918-170625

UNITED STATE DISTRICT COURT
CLERK's OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mariano Armero Hernández_

Participant's Address: _103 Calle Geronimo Martinez Arbonito PR 00705_

Participant's Email Address: _marianoarmero @ icloud. com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Investment (UBS)_

By: _✓_____
Signature

_Mariano Armero Hernández_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FRANCISCO M. ARMERO CORTIJO
CALLE GERONIMO MARTINEZ. 10
SUITE #2 AIBONITO P.R. 00705-3692

RECEIVED & FILED
2021 AUG 11 PM 3: 46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
30 AUG 2021 PM 1 L

00918-1706625

UNITED STATE DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Glamour Es La Mia

Participant's Address: 103 Calle Geronimo Martinez Aibonito PR 00705

Participant's Email Address: Marianoarmero@icloud.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Investment (UBS)

By: _[signature]_
Signature

Francisco M. Armen Cortina
Print Name

Owner
Title (if Participant is not an individual)

8/9/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FRANCISCO M. ARMERO CORTIJAS
CAllE GERONIMO MARTINEZ 10
SUITE #2 AiBONITO P.R 00705-3692

RECEIVED & FILED
2021 AUG 11  PM 3: 46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

30 AUG 2021  PM 1  L
SAN JUAN PR   009

00918-170625

UNITED STATE DISTRICT COURT
CLERK S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN P.R 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Nélida González Rosario

Participant's Address:  HC 10 Box 49373 Caguas P.R 00725

Participant's Email Address:  nelida-ngr @ hotmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  153374

Nature of Claim:  Wages owed / Salary increase due, cause of law 66

By:  Nélida González Rosario
Signature

Nélida González Rosario
Print Name

_____
Title (if Participant is not an individual)

9 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelida Gonzalez Rosario
HC 10 Box 49373
Caguas, P.R. 00725

RECEIVED / FILED
2021 MAR -3 AM 3:46

7021 0950 0002 1522 5319

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767







CERTIFIED MAIL

1000

00918

U.S. POSTAGE PAID
FCM LETTER
BARRANQUITAS, PR
00794
AUG 09, 21
AMOUNT
$7.00
R2304E105572-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gilberto Carril Vargas_

Participant's Address: _HC6 Box 17409, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadcasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177874_

Nature of Claim: _Debts Claim Department of Agriculture_

By: _Eduardo Carril_
Signature

_Eduardo Carril_
Print Name

_Participant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



GILBERTO CARRIL VARGAS
HG6 BOX 17409
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 11  PM 3: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00623-9056623

CERTIFIED MAIL

7020 1810 0000 4314 4660

SAN JUAN PR  009

18 AUG 2021   PM 2   L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

$4.15
AMOUNT
AUG 06, 21
00685
SAN SEBASTIAN, PR
U.S. POSTAGE PAID
1st CM LETTER
R2304E105809-17

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vicente Vazquez Rosario — Antonia Garcia Gonzalez_

Participant's Address: _Urb. Vista Alegre #1637-Colunic St. Ponce, P.R 00717_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Unknown_

Nature of Claim: _bonds — aprox $50,000.00_

By: _____
   Signature

_Vicente Vazquez Rosario_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vicente Vazquez
urb Vista Alegre 1637
calle Colon
Ponce, P.R. 00717-2312

RECEIVED & FILED
2021 AUG 11 PH 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
9 AUG 2021 PM 2 L

Court Clerks office
United States District Court
Clerks office 150
Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lymaris B. Pagán Palermo*

Participant's Address: *P.O. Box 7102 Mayagüez P.R. 00681-7102*

Participant's Email Address: *pagan.palermo@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Unknown*

Nature of Claim: *Teacher Retirement System*

By: *Lymaris B. Pagán Palermo*
Signature

*Lymaris B. Pagán Palermo*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I. Pagán
P.O. Box 7102
Mayagüez, PR. 00681-7102

RECEIVED & FILED
2021 AUG 11  PM 3: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L



Court's Clerks Office
United States District Court,
150, Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Carmen C. Figueroa Hernandez_

Participant's Address: _Alturas de Vega Bajo calle A C13 V.Bajo P.R. 00693_

Participant's Email Address: _Gafing Elliot @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 LTS_

Nature of Claim: _____

By: _Carmen C. Figueroa_
    Signature

_Carmen C. Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tel 787 484 2635



FROM Garrew Figuero
Arturo's de Vega Bza
Calle B G-13 Vega Baja P.R.00693

RECEIVED & F
2021 AUG 11  PM 3:46
CLERK'S C
DISTRIC
SAN JUAN

IMPORTANT
PLEASE BE SURE
THE REMITTANCE ADDRESS ON YOUR STATEMENT
APPEARS IN THIS WINDOW

00918-170625

SAN JUAN PR
9 AUG 2021  PM 2  L

United States District Court Clerk
Office 150 Ave Carlo Chardi
Ste, 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José D. Crespo Maisonet_

Participant's Address: _1112 Calle Woyes Alturas de Layaguez_

Participant's Email Address: _Josemaysot @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(19727-1) 683154-P_

Nature of Claim: _Pension_

By _____
   Signature

_José Crespo Maisonet_
Print Name

_____
Title (if Participant is not an individual)

_7/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Chabobel Rd
lllicolacionyen
outward Marthay
Mariapugulair

SAN JUAN PR 009
9 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 11 PM 3
CLERK'S OFFICE
EASTERN DISTRICT
SAN JUAN

UniTedStatea DiStruct Court
Clerkis Office
150 Que. Carlos Chardon
Ste 150
SenJuan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luis A. Fuentes Torres*

Participant's Address: *P.O. Box 37-1143 Cayey, P.R. 00737*

Participant's Email Address: *FuenTes Torrel 123 @gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *26802*

Nature of Claim: *Department of Health*

By: *Luis A. Fuen*
Signature

*Luis A. Fuentes Torres*
Print Name

*NO Title*
Title (if Participant is not an individual)

*Aug 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis A. Fuentes
P.O. Box. 37-1143
Cayey, P.R. 00737

SAN JUAN, PR.
10 AUG 2021 PM 1 L

REY CERTIFIED THAT THIS
LLARED SCREENING AT
RECEIVED AUG 1 0
2021 AUG 1 0 PN
OFFI
ICT C
JUAN.

00918-170625

United State District
Court, Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Viviannette Diaz Pizarro_

Participant's Address: _Urb Country Club C BelenZaqueira 758,_
_San Juan PR 00924_

Participant's Email Address: _bbe23bbe23@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139022 / 149141_

Nature of Claim: _Penson / Retiree claims_

By: _____
       Signature

_Viviannette Diaz Pizarro_
Print Name

_____
Title (if Participant is not an individual)

_10-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Viviannette Diaz Pizarro
c/ Pablo Zequeira 758
Cib Country Club
San Juan PR 00924

USMS/HA-
ITEM N°-

00918-170625

SAN JUAN PR 009

RECEIVED 10 AUG 2021 PM 1 L

2021 AUG 11 PM 3: 47

United States District Court,
Clerks Office
150 Ave Carlos Chardon Ste:150
San Juan PR 00918-1767

FOREVER

Drug Free USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lorraine Mercado Montalvo

Participant's Address: c/413 6C 22 Urb. Country Club Carolina 00982

Participant's Email Address: Mercado 3237 @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 84202

Nature of Claim: Pension

By: _____
Signature

Lorraine Mercado Montalvo
Print Name

_____
Title (if Participant is not an individual)

10 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LORRAINE MERCADO MONTALVO
C/417 Gc 22
Urb. Country CLub
CAROLINA P.R. 00983

RECEIVED & FILED
2021 AUG 11  PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767



SAN JUAN PR   009
10 AUG 2021  PM 1  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RIVERA OTERO, CARLOS R_

Participant's Address: _PO BOX 420, NARANJITO PR 00719_

Participant's Email Address: _carlos2411f@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55234_

Nature of Claim: _PENSION / RETIREE CLAIMS_

By: _[signature]_
Signature

_CARLOS R. RIVERA OTERO_
Print Name

_____
Title (if Participant is not an individual)

_10 / AGO. / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos R. Rivera Otero
P.o Box 420
Naranjito P.R. 00719

RECEIVED & FILED
2021 AUG 11  PH 3: 47
CLERK'S OFFICE
U.S. DISTRICT COUR.
SAN JUAN, P.R.

00918-170625

United State Distric Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918 - 1767

SAN JUAN PR  009
10 AUG 2021 PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A Caceres Mendes_

Participant's Address: _Mansiones del Caribe #28 Humacao 00791_

Participant's Email Address: _capt.caceres@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#27638, #26364_

Nature of Claim: _____

By: _____
Signature

_Juan A. Caceres Mendes_
Print Name

_____
Title (if Participant is not an individual)

_10-ABD-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Caceres Mendez
Mansiones del Caribe #38
Humacao P.R. 00791

RECEIVED & FILED
2021 AUG 11  PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Hiram L. Bones Vargas_

Participant's Address: _PO Box 987 Salinas PR 00751_

Participant's Email Address: _HBones86@Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _I'm Claiming because they owe me money and I'm a government employee_

By: _Hiram L. Bones Vargas_
Signature

_Hiram L. Bones Vargas_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hiram L. Ramos Vega
PO Box 987
Salinas PR. 00751

RECEIVED & FILED
2021 AUG 11  PM 3:07
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-1-706625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
10 AUG 2021 PM 1

$ 000.71⁰
0001924178  AUG 09 2021
MAILED FROM ZIP CODE 00751

02 1P
UNITED STATES POSTAGE
PITNEY BOWES

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoida M. Rodriguez Piñeiro_

Participant's Address: _Urb. San Antonio   E25 Calle 5 Humacao P.R. 00791_

Participant's Email Address: _zoimarit2012@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _41595_

Nature of Claim: _Deuda del gobierno por la contidad de $123,338.31_

By: _Zoida M. Rodriguez Piñeiro_
Signature

_Zoida M. Rodriguez Piñeiro_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Zoila M. Rodríguez Piñeiro
Urb. San Antonio
E 25 Calles
Humacao P.R. 00791

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Elvin Vega Martinez_

Participant's Address: _HC-12 Box 7256 Humacao, P.R. 00791_

Participant's Email Address: _lourdes.reyes6060@Email.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283--LTS_

Nature of Claim: _Jointly Administered_

By: _Elvin Vega Martinez_
Signature

_Elvin Vega Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8/09/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Elvin Vega Martinez
HC 12 Box 7256
Arquabo P.R 00791

RECEIVED & FILED

2021 AUG 11  PM 3: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

From: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan , P.R. 00918 - 1767

SAN JUAN PR  009

10 AUG 2021 PM 1 L


AUGUST WILSON

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Crecensio Morales Perez_

Participant's Address: _HC 2 Box 8455, Yabucoa PR. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172019_

Nature of Claim: _____

By: _(signature)_
Signature

_Cresencio Morales Pery_
Print Name

_____
Title (if Participant is not an individual)

_Aug/00/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Cecenaio Morales Oez
HCH2 BOX 8455
Yabucoa, P.R. 00767

RECEIVED & FILED
2021 AUG 11 PM 3: 48
CLERKS OFFICE
U S DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR OO9
10 AUG 2021 PM 1 L

To: United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Angel Luis Acevedo Llamas _____

Participant's Address: _____ Urb. Paseo de la Fuente, C4 Calle Tivoli, San Juan, PR 00926-6458 _____

Participant's Email Address: _____ alaalaorden@gmail.com _____

Name of Counsel: _____ n/a _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 18571 _____

Nature of Claim: _____ Employees Retirement System Bonds & Puerto Rico Public Finance Bonds _____

By: _____
Signature

_____ Angel L. Acevedo Llamas _____
Print Name

_____
Title (if Participant is not an individual)

_____ August 10, 2021 _____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 11  PM 3: 48

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

Angel L. Acevedo Llamas
Urb Paseo de la Fuente
C-4 Calle Tivoli
San Juan, Puerto Rico 00926-6458

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

10 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lilia Zoé Torres Ramos_

Participant's Address: _I-5 Paseo Rocío del Cielo, Jardines de Ponce_
_Ponce, PR. 00730-1600_

Participant's Email Address: _Lilia zoetorres@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilia Lee Torres Mira

**MARIC**

Jardines de Cerro
J-5 Paseo Rocie del Cielo
Ponce, P.R. 00730-1600

RECEIVED & FILED
2021 AUG 11  PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR, 00918-1767



SAN JUAN PR
10 AUG 2021   PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIO MIRO MUÑOZ_

Participant's Address: _JARDINES DE PONCE I-5 PASEO ROCIO DEL CIELO PONCE, PR 00730_

Participant's Email Address: _MARIODIS @ YAHOO.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_MARIO MIRO MUÑOZ_
Print Name

_____
Title (if Participant is not an individual)

_8-6-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**MARIO** mio!

Iturbides de Romas
I-5 Paseo Rocio del cielo
Rom es, PR 00730-1000

RECEIVED & FILED
2021 AUG 11 PM 3:0

0091-8-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



SAN JUAN P.R. 009
10 AUG 2021 PM 1 L

Freedom
FOREVER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    **If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Scanned with CamScanner

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angel A. Canales Cruz*

Participant's Address: *Alturas de Rio Grande Calle 25*
*Rio Gde, PR 00745          Z-1381*

Participant's Email Address: *Cacruz1958@gmail.com*

Name of Counsel: *no apply*

Address of Counsel: *—*

Email Address of Counsel: *— no apply.*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Salary adjustment*

By: *Angel A. Canales Cruz*
Signature

*Angel A. Canales Cruz*
Print Name

_____
Title (if Participant is not an individual)

*August 8, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel M. Chapel Cruz
Alturas de Rio Grande
Calle 25 Z 1381
Rio Grande, PR 00745

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan PR 00918-1767

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

2021 AUG 10   PM 3
RECEIVED & FILED
SAN JUAN P.R.
CLERKS U.S. DISTRICT COURT

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Mercado Castro_

Participant's Address: _Calle Marginal #264 Palmer, Río Grande, P.R. 00721_

Participant's Email Address: _c.mercadocastro13@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59462_

Nature of Claim: _____

By: _Carmen M. Mercado Castro_
Signature

_Carmen M. Mercado Castro_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Carmen M. Mercado Castro_
_P.O. Box 474_
_Ceiba, P.R. 00735_

Carmen M. Mercado Castro
P.O. Box 477
Ceiba, P.R. 00735

00918-170625

SAN JUAN PR   009
10 AUG 2021   PM 1 L



To.
United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivette Aponte Hernández_

Participant's Address: _Alturas de Rio Grande_

Participant's Email Address: _Calle 25 Z1381 Rio Grande PR 00745_

Name of Counsel: _ivette.aponte04@gmail.com_
_— no apply_

Address of Counsel: _— no apply_

Email Address of Counsel: _— no apply_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - BK - 3283 - LTS_

Nature of Claim: _Salary Adjustment_

By: _Ivette Aponte Hernández_
Signature

_Ivette Aponte Hernández_
Print Name

_—_
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivette Aponte Hernández
Alturas de Río Grande
Calle 25 Z138'
Río Grande, PR 00745

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-4767



SAN JUAN PR 009
10 AUG 2021



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Madeline Morales Valentin

Participant's Address:   Bo. Buena Vista, 112 Calle Capistally, Mayagüez

Participant's Email Address:   mamorale140@gmail

Name of Counsel:   Common wealth of Puerto Rico

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   7447

Nature of Claim:   Reclamación laboral por salario mimino,

By:   Madeline Morales Valentin
     Signature

     Madeline Morales Valentin
     Print Name

     9 de agosto de 2021
     Title (if Participant is not an individual)

     _____
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madeline Morales Valentin
Bo. Buenavista
112 Calle Capicholly
Mayaguez, P.R. 00680

RECEIVED & FILED
2021 AUG 11  PM 3: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

United States District
Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR
10 AUG 2021  PM

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Juan Ortiz González*

Participant's Address:    *urb. Riviereas de Cupey st. Gallegos # I-12 S.J. P.R. 00926*

Participant's Email Address:    *j.ortizgonzález25@gmail.com.*

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *173896*

Nature of Claim:    *Salary Claim KPE 2007-4358 (803)*

By:    *Juan Ortiz González*
      Signature

*Juan Ortiz González*
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Ortiz
urb Riviera de Cupey
ST Galleres #4 I 12
San Juan PR 00926

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7020 1290 0001 5964 9540

SAN JUAN PR 009

8 AUG 2021 PM

00918-170625

United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R. 00918-1767

UNITED STATES POSTAGE
PITNEY BOWES
02 1P   $ 006.960
0002759609   AUG 09 2021
MAILED FROM ZIP CODE 00926

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miguel Maldonado Maldonado*

Participant's Address: *Street 9, DD-29, Las Americas, Bayamón P.R. 00956*

Participant's Email Address: *carmen perez 2020@ gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *see the next page*

By: *[signature]*
Signature

*Miguel Maldonado*
Print Name

*individual*
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $18,000 dollars, based on Law 89 of July 12, 1979, Uniform Tax "Romerazo" for the years that I worked for Puerto Rico Telephone. These are from February 27, 1984 to February 27, 1999.

Miguel Maldonado
Street 9 DD-29
Las Americas
Bayamon, P.R. 00959

RECEIVED & FILED
2021 AUG 11  PM 3: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste 150, San Juan, P.R. 00918 - 1767

SAN JUAN PR  009
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Gisela Hernández Ruiz

Participant's Address:    HC-67 Box 15303 Ba Minillas Bayamón, P.R. 00956

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17 BK 3283 - LTS

Nature of Claim:    Notice to the Court's Clerk's Office

By: _____
     Signature

_____
     Print Name

_____
     Title (if Participant is not an individual)

_____
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gisela Hernández Ruiz
HC 67 Box 15303 Bo. Minillas
Bayamon, Puerto Rico 00956

2021 AUG 11 PM 3:16

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-1706.25

Notice to the Court's Clerk's
United States District Court Clerk's
Office 150 Ave. Carlos Chardon St. 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. López Vega_

Participant's Address: _Calle 23 531 Vista Azul Arecibo_
_P.R. 00612_

Participant's Email Address: _riomar2642a gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Law 89    1988-89_
_96    1996_

By: _Maria M López Vega_
Signature

_Maria M. López Vega_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivonne M. Rios Torres_

Participant's Address: _Jardines del Caribe 2B2 calle 54 Ponce, P.R. 00728_

Participant's Email Address: _michitodiva@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51367_

Nature of Claim: _Money accumulated in Teachers Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _Ivonne M. Rios Torres_
    Signature

_Ivonne M. Rios Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivone Rios
Jardines del Caribe
282 calle 54
Ponce, P.R. 00728

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ferdinand Muñiz Vargas_

Participant's Address: _HC 7 Box 76390, San Sebastion, PR 00685_

Participant's Email Address: _contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 169980_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Ferdinad Muñiz_
Signature

_Ferdinand Muñiz_
Print Name

_Self Participant_
Title (if Participant is not an individual)

_8/10/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FERDINAND MUNIZ VARGAS
HC 7 BOX 76390
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG 11 PM 3:3

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R

SAN JUAN PR 009

10 AUG 2021 PM 1 L



00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eraclides Ramos Pérez

Participant's Address: HC-02 Bz. 5727 Laves P.R. 00669

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: 3481

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

from: Ramos Pérez, Eraclides
HC 2 Box 5727
Lares, P.R. 00669-9708

To: Discovery Notice of the Court's Clerk's
Office at:
United States District, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR. 009

10 AUG 2021 PM 1 L

2021 JUN 11 PM 3:36

00918-170625