UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 11, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

1. Luis A. Torres Vidro
2. Ruben Gomez Santana
3. Samuel Mercado Rios
4. Ritza Concepcion Santana
5. Eduardo Tavarez Vazquez
6. Pedro E. Bravo Rodriguez
7. Zoraida Chevere Fraguada
8. Jimmy Gonzalez Arroyo
9. Marcos Santiago Morales
10. Lilliam Montañez Marrero
11. Jose Gomez Rivera
12. Myrna L. Santos Acevedo
13. Virginia Maldonado Maldonado
14. Milagros Figueroa Torres
15. Maria de Lourdes Gomez de Jesus
16. Elvis M. Sanchez Lopez
17. Liliana Velazquez Torres
18. Norberto Velazquez Velazquez
19. Yisel Velazquez Torres
20. Victor M. Negron Molina c/o Edith R. Soto
21. Luis A. Quiñones Figueroa
22. Lauro Rivera Ortiz
23. Laura Larragoity Muriente

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

24. Wanda I. Ortiz Gonzalez

25. Ingrid G. Perez Rovira

26. Lourdes M. Torres Morales

27. Luis Antonio Figueroa (2 notices)

28. Rodney E. Ortiz Bosch

29. William A. Borrero Cordero

30. Carmen C. Figueroa Hernandez

31. Jose A. Figueroa Colon

32. Jovita Rivera Rivera

33. Andres Ballester Rivera

34. Maritza Ayala Tañon

35. Adelaida Pacheco Colon

36. Jayne Marrero Quintero

37. Ana L. Ramos Maldonado

38. Raquel Cora Ocasio

39. Edith Miranda Rivera

40. Lourdes Laguna

41. Norma I. Mercado

42. Maritza Camacho Acevedo

43. Domitila Miranda Rivera

44. Raul Carrasquillo Maldonado

45. Milagros Longo Quiros

46. Wilma E. Ramos Rodriguez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

    47. Magda M. Melendez Virella

    48. Felix Reyes Santiago

    49. Brenda Lee Santiago Ortiz

    50. Ana Alvarado Marrero


Dated: August 12, 2021