Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Torres Vidro_

Participant's Address: _Urb. Extension San José 3 FF13 calle 12 Bzn 707_
_Sabana Grande, PR 00637_

Participant's Email Address: _latorres22@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _38402_

Nature of Claim: _Pension / Retiree Claims_

By: _Luis A. Torres Vidro_
Signature

_Luis A. Torres Vidro_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Torres
Urb. Extension San Jose 3
#13 calle 12 Buzón 707
Sabana Grande, PR 00637

RECEIVED & FILED
2021 AUG 11 PM 3: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1  L



United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rubén Gómez Santana_

Participant's Address: _HC-1 Boy 4200 Naguabo, PR 00718_

Participant's Email Address: _ruben11123@hotmail.com_

Name of Counsel: _m_

Address of Counsel: _m_

Email Address of Counsel: _m_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Pension/Retiree_

By: _[signature]_
Signature

_Rubén Gómez Santana_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rubén Gómez Santana
HC-1 Box 4200
Naguabo, PR 00718

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, PR. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
RIO BLANCO, PR
00744
JUL 10, 21
AMOUNT
$0.75
R2304M113560-04

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: SAMUEL Mercado Rios

Participant's Address: HC 7 Box 75001, San Sebastian PR 00685

Participant's Email Address: Contabilidadclasea@yohoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 170266

Nature of Claim: Debts Claimed Department of Agriculture

By: _Samuel Mercado Rios_____
Signature

Samuel Mercado
Print Name

Self Claimant
Title (if Participant is not an individual)

8/10/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SSAMUEL MERCADO RIOS
HC 7 BOX 75001
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG. 11  PM 3: 32

CLERK'S OFFICE
S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NOTICE TO THE COURT'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



SAN JUAN PR  009
10 AUG 2021 PM 1  L

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ritza I Concepción Santana_

Participant's Address: _HC 2 Box 15835, Do. Carolina PR 00987 -9700_

Participant's Email Address: _M.riveraconcepcion @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3253 -LTS_

Nature of Claim: _____

By: _____
        Signature

_Ritza Concepción_
Print Name

_C.P.A.dj._
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ritza Concepción
HC 2 Box 13635
CAROLINA, P.R.
00987-9700

RECEIVED & FILED
2021 AUG 11  PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
10 AUG 2021 PM 1  L

150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Tavarez Vazquez, Eduardo*

Participant's Address: *Box 8292 Humacao PR 00792-8292*

Participant's Email Address: *N/A*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PR 1845 SRF 55176 Pack II 252257*

Nature of Claim: *MMLIDE2149557-P SVC: MML-PC*

By: *[signature]*   *Promese*
Signature

*Eduardo Tavarez*
Print Name

_____
Title (if Participant is not an individual)

*8/5/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eduardo Tavarez
Box 8292
Humacao PR 00792-8292

00918-170399

United States District Courts
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR
10 AUG 2021



RECEIVE & FILED
2021 AUG 11 PM 3: 32

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro E. Bravo Rodriguez_

Participant's Address: _HC-03 Box 21978 Arecibo P.R. 00612_

Participant's Email Address: _Veganery@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_

Signature

_Pedro E. Bravo Rodriguez_

Print Name

_____

Title (if Participant is not an individual)

_8/10/21_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nereida Vega
HC 3
HC 3 Box 21978
Arecibo, PR 00612

SAN JUAN PR 009

10 AUG 2021 PM 1 L

00918-170625

RECEIVED & FILED

2021 AUG 11 PM 3: 33

CLERK
DISTRICT COURT
SAN JUAN, P.R.

To: United States Distric
Court, Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan P.R.

00918-170627

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Zoraida Chévere Fraguada*

Participant's Address: *URB. Jardines de C. Club Street 2-R-1-0098 3*

Participant's Email Address: *Zorychevere@gmail.com*

Name of Counsel: *Irvene Gonzalez Morales*

Address of Counsel: *Edificio Gallardo, San Juan, P.R. 00921*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *The commonwealth of Puerto Rico No. 17 BK 3283-LTS*

Nature of Claim: *Discovery For Confirmation of Commonwealth Plan of Adjustment.*

By: *Zoraida Chévere Fraguada*
Signature

*Zoraida Chévere Fraguada*
Print Name

_____
Title (if Participant is not an individual)

*Agosto, 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
- 2021 AUG 11  PM 3: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

José Chévere Torruella
Urb. Jardines de Bairoa calle
calle. 12 R-1 Coralis 00983

SAN JUAN PR  009
10 AUG 2021 PM 1 L

United States District Court Clerk's
Office, 150, Ave Carlos Chardon STE
150, San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jimmy González Arroyo

Participant's Address: 32 Camino Lourdes  SJ  P.R 00926

Participant's Email Address: Sniderxx@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 69058

Nature of Claim: Pension/Retiree Claims

By: _____
    Signature

Jimmy González Arroyo
Print Name

_____
Title (if Participant is not an individual)

9 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jimmy Gonzalez Arroyo
32 Camino Lourdes
San Juan, PR 00926

RECEIVED & FILED
2021 AUG 11 PM 3:33
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-172299

United State District Court, Clerk's
Office, 150 Ave. Carlos Chardón
Ste. 150. San Juan, PR 00918-
1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marcos Santiago Morales_

Participant's Address: _HC 2 Box 8455, Yabucoa PR. 00767_

Participant's Email Address: _marcossmo107@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172058_

Nature of Claim: _____

By: _Marcos Santiago Morales_
Signature

_Marcos Santiago_
Print Name

_____
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Marcos Santiago Morales—   SAN JUAN PR   009

Hc #2 Box 8455

Yabucoa a P.R. 00767

10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3: 33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

00918-170625

To: United States District Court Clerks
Office
150 Ave. Carlos Chardon Ste, 150
San Juan P.R. 00 918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lilliam Montañez Marrero

Participant's Address: c/18 V-24 Urb. La Esperanza Vega Alta P.R. 00692

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 99501

Nature of Claim: Public Employee and Pension/Retiree Claim

By: _Lilliam Montañez Marrero_
Signature

Lilliam Montañez Marrero
Print Name

_____
Title (if Participant is not an individual)

August 10 2021
Date

From: Lilliam Montañez Marrero
c/18 V-24 Urb. La Esperanza
Vega Alta. P.R. 00692

RECEIVED & FILED
2021 AUG 11  PM 3: 33
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM1 L

To: United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' Gómez Rivera_

Participant's Address: _CALLE #1~F21 Villa Encanto Juan-Pa_

Participant's Email Address: _JGmez 508 @GMAIL.COM_

Name of Counsel: _PR.Telco._

Address of Counsel: _SAN JUAN P.R. 00936_

Email Address of Counsel: _N/A._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17508-1_

Nature of Claim: _Retired. PR.Telco._

By: _[signature]_

Signature

Print Name

_Jose' Gomez Rivera_

Title (if Participant is not an individual)

_Retired_

Date _Aug. 8~21_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Gomez Rivera
Calle~1~F21
Villaencanto
Juana Diaz PR 00795

RECEIVED & FILED
2021 AUG 11 PM 3: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

To: United States
District Court clerks offices
150 Ave. Chardon site 150.
San Juan PR 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna L Santos Acevedo_

Participant's Address: _P.O. Box 652, Aguas Buenas PR 00703_

Participant's Email Address: _irmaluz53@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Docket entry 17431_

By: _Myrna L. Santos_
Signature

_Myrna L. Santos Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna I. Pérez Quiroga
Apdo. 652
Aguas Buenas, PR 00703

RECEIVED & FILED
2021 AUG 11  PH 3: 34
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-310550

United States Dist. Court
Clerk's Office - 150 Ave.
Carlos Chardón St. 150
San Juan, PR 00918 -1767



SAN JUAN PR  009
10 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Virginia Maldonado Maldonado*

Participant's Address: *Calle Nueva F-15, Villa Clementina, Gbo. P.R. 00969*

Participant's Email Address: *vmm1958@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *See the next page*

By: *Virginia Maldonado*
Signature

*Virginia Maldonado*
Print Name

*individual*
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $9,600 dollars,
based on LAW 89 of July 13, 1979. Uniform
Tax "Ronerazo" for the years that I worked
for Puerto Rico Telephone. These are from
July 5, 1983 to February 23, 1985 with a
re-entry from August 9, 1993 to August
9, 1999.

Virginia Maldonado
Calle Naera F-15
Villa Clementina
Guaynabo, P.R. 00969

RECEIVED & FILED
2021 AUG 11 PM 3: 34
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767

SAN JUAN PR   009
9 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Milagros Figueroa Torres

Participant's Address: ~~PO.~~ Bo. Pampanos ~~PO. Box~~ 8910 Ponce, P.R. 00730-8910

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Promesa III (El Romerazo)
17 BK 3283 - LTS

By: _~~Milagros Figueroa Torres~~_
Signature

Milagros Figueroa Torres
Print Name

_____
Title (if Participant is not an individual)

agosto 9 - 2021
Date

2021 AUG 11 PM 3: 34   RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De. Milagros Figueroa Torres
Bo. Pampanos
PO Box 8910
Ponce, P. Rico 00730-8910

RECEIVED & FILED
2021 AUG 11 PM 3: 34
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

To. United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. Rico 00918-1767

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria de Lourdes Gómez de Jesús

Participant's Address: P.O. Box 67, San Lorenzo PR 00754

Participant's Email Address: mara942001@yahoo.com

Name of Counsel: — n/a

Address of Counsel: — n/a

Email Address of Counsel: — n/a

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173800

Nature of Claim: Salary Claim - Civil Niem KPE 2007-4359(803)

By: *Marie de Lourdes de Jesús*
Signature

Maria de L. Gómez de Jesús
Print Name

— n/a
Title (if Participant is not an individual)

August 8, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de Lourdes Gómez de Jesús

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.



Maria de L. Gomez
P.O. Box 67
San Lorenzo. PR
00754

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0350 0001 3142 5905

RECEIVED & FILED
CLERK'S OFFICE
2021 AUG 11 PM 3: 34

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR
00918-1767

PRIORITY
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

For international shipments, the maximum weight is 4 lbs.

RETURN RECEIPT
REQUESTED

EP14H August 2020 Outer Dimension: 10 x 5

UNITED STATES
POSTAL SERVICE®

1006

00918

U.S. POSTAGE PAID
PM 3-DAY
ELLICOTT CITY, MD
21042
AUG 09, 21
AMOUNT

$14.40

R2303I103723-8

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elvis M. Sánchez López_

Participant's Address: _calle Reina C-12 Vista Del Morro Catano P.R. 00962_

Participant's Email Address: _elvis 252532 @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Elvis M. Sánchez López_

By: _Elvis M. Sánchez López_
Signature

_Elvis M. Sánchez López_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elvis M. Sánchez López
Calle Reina C-12 urb. Dist.
del Moro Cataño P.R. 00962

Court´s Clerk´s Office

United States District Court, Clerk´s Office,

150 Ave. Carlos Cardón Ste. 150, San Juan, PR,00918-1767

00918-1706e5



SAN JUAN PR  009

10 AUG 2021 PM 1 L

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN

2021 AUG 11 PM 3: 34

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Liliana Velázquez Torres_

Participant's Address: _HC-03 Box 7624 Los Piedras PR com_

Participant's Email Address: _lilianovt@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Liliana Velázquez Torres_
Print Name

_____
Title (if Participant is not an individual)

_7 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Discovery Notice to the Court's clerks office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.K. 00918-1767

00918-1706.25

SAN JUAN PR   009
10 AUG 2021 PM 1

RECEIVED & FILED
21 AUG 11 PM 3 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norberto Velázquez Velázquez

Participant's Address: Hc 03 Box 7634 Las Piedras PR 00771

Participant's Email Address: liliannort@live.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Nurberto Velázquez
Print Name

Norberto Velázquez Velázquez
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Discovery Notice to the Court's Clerk's Office at
United States District Court, Clerk's Office.
156 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1 L

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yisel Velázquez Torres_

Participant's Address: _Hc-03 Box 7624 Los Piedras PR 00771_

Participant's Email Address: _yiselvelaoquer1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Yisel Velgo Te_
Signature

_Yisel Velorgue Tms_
Print Name

_____
Title (if Participant is not an individual)

_1 - Ogost - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Discovery Notice to the Court's Clerk's office at
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
Son Juan, P.R. 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1  L

00918-170625

RECEIVED & FILED
2021 AUG 11 PM 3:35

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Victor M. Negrón Molina

Participant's Address:    URb Colinas Verdes Calle 1 R-12 San Sebastián PR 00685

Participant's Email Address:    edithRsoto@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    172714-1

Nature of Claim:    Debt Claimed Department of Agriculture

By:   Edith R. Soto Serrano
Signature

EDithRSoto - en Rep. Victor M Nisron
Print Name

Participant
Title (if Participant is not an individual)

8/10/21
Date

RECEIVED & FILED
2021 AUG 11 PM 3:35

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

VICTOR M NEGRON MOLINA
URB. COLINAS VERDES
CALLE1 – R - 12
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 11  PM 3: 35
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR  009
10 AUG 2021 PM 1  L

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Quiñones Figueroa_

Participant's Address: _HC 60 Box 12560, Aguada PR 00602_

Participant's Email Address: _Contabilidad elasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 169795_

Nature of Claim: _Debts Claimed Depactment of Agriculture_

By: _Luis A. Quiñones_
Signature

_Luis A. Quiñones_
Print Name

_Self Practici Ponds_
Title (if Participant is not an individual)

_8/10/21_
Date

Please change new Address

RECEIVED & FILED 2021 AUG 11 PM 3:35

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LUIS A QUINONES FIGUEROA
HC 60 BOX 12560
AGUADA, PR 00602

RECEIVED & FILED
2021 AUG 11 - PM 3: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009

10 AUG 2021 PM 1 L

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lauro Rivera Ortiz_

Participant's Address: _Calle San Cristobal P-15 Urb. Alturas de San Pedro_
_Fajardo, P.R. 00738_

Participant's Email Address: _rivera.lauro@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Increase of salary not received (Law 89 and_
_2002)_

By: _Lauro Rivera Ortiz_
Signature

_Lauro Rivera Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura Rivera
U.s.b Obreras de San Peto
c/San Cristóbal P-15
Cfo, P.R 00738

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
10 AUG 2021  PM 1  L

RECEIVED & FILED
2021 AUG 11  PM 3: 35
U.S. DISTRICT COURT
CLERK'S OFFICE  SAN JUAN

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura Larragoity Muriente_

Participant's Address: _C/L3a AH-19 urb. Lrittown, Toa Baja PR 00949_

Participant's Email Address: _gualed20@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _Retiro_

By: _[signature]_
Signature

_Laura Larragoity Muriente_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Laura Larregoity
Urb. Loiktown AU-19
calle Lise
Toa Baja, PR 00949

00918-

Discovery Notice to the Court's Clerk's Office at:
United Stated District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P R 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3:35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Ortiz González_

Participant's Address: _Calle San Cristobal P-15 Urb. Alt. de San Pedro Fdo, P.R. 00738_

Participant's Email Address: _wandaiveortiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Increase of salary not received (Law 89 and 2002)_

By: _Wanda D. O. M_
Signature

_Wanda I. Ortiz González_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Warden I.D +2
Urb Atturas de San Patris
C/San Cristo La/ P.15
Edo. P.R. 00738

00918-170625

United Stes District Court
Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR  009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ingrid G. Perez Rovira_

Participant's Address: _urb. Los Robles d.3 calle 1 Gurabo, P.R._

Participant's Email Address: _ingridgperezrovira @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Lite III_

By: _Ingrid G. B Rovira_
Signature

_Ingrid G. Perez Rovira_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lourdes M. Torres Morales

Participant's Address: RR-3 Box 10151  Toa Alta, P.R. 00953

Participant's Email Address: luana@prtc.net

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 49762

Nature of Claim: See Next Page Note

By: Lourdes M. Torres Morales
Signature

Lourdes M. Torres Morales
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $27,600.00 dollars based on law 89 of July 12, 1979, Uniform Tax "Romerazo" for the years that I worked for Puerto Rico Telephone Company. These years are from April 12, 1976 to April 12, 1999.



Cruz Roja
Americana
Colaborador

Ms. Lourdes Torres-Morales
RR 3
Box 10151
Toa Alta, PR 00953-8003

RECEIVED & FILED
2021 AUG 11 PM 3: 36
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.,
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Antonio Figueroa_

Participant's Address: _PO Box 2312, Guayama, PR 00785_

Participant's Email Address: _figueroaluis48@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2706_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Luis Antonio Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis C. Angelir Doria
P O Box - 2512
Juncos, PR 00785

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis Antonio Figueroa_

Participant's Address: _PO Box 2312, Guayama PR 00785_

Participant's Email Address: _figueroaluis48@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2706_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Luis Antonio Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Figueroa Román
PO Box 2312
Aguada, PR 00785-

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1762

00918-170625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Rodney E. Ortiz Bosch

Participant's Address:    HC-03 Box 10637 Gurabo P.R. 00778

Participant's Email Address:    alysonmichelle1@hotmail.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    37429

Nature of Claim:    Pension/Retiree Claims

By:    _____
   Signature

   *Rodney E. Ortiz Bosch*
   Print Name

   _____
   Title (if Participant is not an individual)

   August 9, 2021
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rodney Ortiz Bosch
He 03 Box 10637
Gurabo P/R 00778

RECEIVED & FILED
2021 AUG 11 PM 3:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: William A. Borrero Cordero

Participant's Address: c/o Hacienda del Real calle F-I-1 Pour Carlo Laurel, Pune (PO Box 800241) (00780)

Participant's Email Address: wbcogto59@Hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 13877, 17444, 18135

Nature of Claim: 13,328.37 is what the Police owe me for Pension Adjustment.

By: _____
Signature

William Borrea Cordero
Print Name

_____
Title (if Participant is not an individual)

9 - Agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Borrero Cedera
P.O. Box 800 241
Coto, Laurel, PONG. 00780

00918-170399

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United States District court, clerk's
Office, 150 AVE. Carlos chardon ste.150.
San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 11  PM 3 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen C Figueroa Hernandez_

Participant's Address: _Alt. de Vega Baja Calle BG 13 V.Baja P.R 00693_

Participant's Email Address: _Catiny elliot @gmail.com_

Name of Counsel: _— No me contestan_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS._

Nature of Claim: _— No se_

By: _Carmen C. Figueroa_
Signature

_Carmen C. Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen C Figueroa
A/H de V. Baja
Calle 13 G-13
Vega Baja PR 00693

SAN JUAN PR 009

10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11  PM 3· 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706257

Prime Clerk LLC
United States District Court
Clerks' Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1763

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose´ A. Figueroa Colón_

Participant's Address: _Calle Verbena #421 Urb. Ciudad Jardín III Toa Alta P.R._

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96478_

Nature of Claim: _Public Employee/Pension/Retirre Claims_

By: _Jose´ Anibal figueroa Colón_
Signature

_Jose´ Anibal Figueroa Colón_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose' Anibal Figueroa Colón
Calle Verbena #421 Urb. Ciudad Jardin III
Toa Alta - P.R. 00953

00918-1703 0018

To. United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jovita Rivera Rivera_

Participant's Address: _Urb. El Madrigal   G-21 Calle Marginal Norte_

Participant's Email Address: _Jovita.rivera.170@_ _Ponce, P.R. 00730_
_gmail. Com._

Name of Counsel: _NA_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA - TITLE III_

By: _Jovita Rivera Rivera_
Signature

_Jovita Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorita Rivera Rivera
G-24 Marginal Norte
El Madrigal
Ponce, P.R. 00730

United States District Court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767




SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 11  PM 3: 21

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Andres Ballester Rivera*

Participant's Address: *HC 3 Box 11647 Utuado, P.R. 00641*

Participant's Email Address: *N/A*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Romeraso*

By: *Andres Ballester*
Signature

*Andres Ballester Rivera*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SEDLA - 61
5-94 (Rev.)

**ASOCIACION DE EMPLEADOS DEL E. L. A. DE PUERTO RICO**
Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box 364508 San Juan, Puerto Rico 00936-4508

ORIGINAL - ASOCIACION
COPIA - ASOCIADO

**SOLICITUD DE LIQUIDACION DE AHORROS Y DIVIDENDOS**

(VEA INSTRUCCIONES AL DORSO)

| PARTE I A SER LLENADA POR EL SOCIO | | | |
|---|---|---|---|
| 1. Nombre y Apellidos ANDRES BALLESTER RIVERA | | Num. Empleado C04115 | Num. Seg. Social |
| 2. Dirección Residencial CARR. 111 BO CAGUANAS SECTOR CAYUCO UTUADO, PUERTO RICO | | | Teléfono 894-4937 |
| 3. Dirección Postal HC-03 BOX 11647 UTUADO, PUERTO RICO | | 00641 | Zip Code |

4. Indique las últimas dos (2) agencias donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Fechas Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) DEPT. EDUCACION | COMEDORES ESCOLARES | 03-feb-72 | 28-Feb.-02 | UTUADO |
| b) | | | | |

| 5. Fecha de Efectividad de la Renuncia 28 febrero 2002 Indique Fecha (s) de Licencia (s) sin Sueldo n/a | 6. Nombre y dirección del pariente más cercano que no viva con usted MARIA BALLESTER RIVERA HC-03 BOX 11647 UTUADO, P.R. 00641 |
|---|---|

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa Asociación hasta la fecha de mi separación del servicio público.

CERTIFICO que la información aquí ofrecida es correcta:

X _Andres B Ballester Rivera_ 4 diciembre 2001

Firma del Solicita — Fecha — Firma del Testigo

**PARTE II PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO QUE HAYA TENIDO MAS DE UN MATRIMONIO**

Nombre del Cónyuge anterior_____

Dirección_____

Fecha de Matrimonio y Divorcio_____

Nombre y firma de la persona que ofrece la información_____

**PARTE III A SER LLENADA POR LA AGENCIA**

Nombre del Asociado _____

Agencia _____ Seguro Social _____

Fecha (s) de Licencia sin Sueldo Desde 1. _____ Hasta _____
(sea Específico)
2. _____ Hasta _____
3. _____ Hasta _____

Fecha de Efectividad de la Renuncia _____ Razón de Cese _____

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:

a) ¿Cuál? _____ b) Fecha _____

c) Clase de Nombramiento _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACION DURANTE LOS ULTIMOS CUATRO (4) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRESTAMO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CANTIDAD ACREDITADA "A SU DEUDA DE SUMA GLOBAL DE VACACIONES $ _____
"NETO ENVIADO A LA ASOCIACION PARA ACREDITAR A PRESTAMO _____
(Ponga en forma legible)

Certifico que he verificado toda la información Ofrecida anteriormente y que es completamente correcta:

Cumplado por _____

número Núm. _____

Fecha _____

Teléfono Funcionario Autorizado _____ Fecha de Certificación _____

Jefe de Personal o su Representante Autorizado (Use letra de molde) _____ Firma _____

Andres Ballester Rivera
HC3 Box 11647
Utuado, P.R. 00641

RECEIVED & F[ILED]
2021 AUG 11 PM [3:2]1
CLERK'S OFFIC[E]
U.S. DISTRICT COU[RT]
SAN JUAN, P[R]

Court's Clerk's Office at: United States
District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-70625

SAN JUAN PR  009
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Ayala Tañon_

Participant's Address: _Hc3 Box 10636 Comerio, Puerto Rico 00782_

Participant's Email Address: _maritza.ayala62@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147269_

Nature of Claim: _Empleados Públicos y Pensión/Jubilación_
_Departamento Educación_

By: _Maritza Ayala Tañon_
Signature

_Maritza Ayala Tañon_
Print Name

_____
Title (if Participant is not an individual)

_8 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Martha Ayala Tanon
HC-3 Box 10636
Comerio PR. 00782

00916-170399

United States District Courts, Clerk's
Office, 150 Ave. Chardon Ste. (50,)
San Juan, PR. 00918-1767



SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3:2
CLERK'S...
U.S. DISTRICT...
SAN JUAN

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelaida Pacheco Colón_

Participant's Address: _Urb. Hacienda Calle 41 Aq-11, Guayama P.R 00784_

Participant's Email Address: _____

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102836_

Nature of Claim: _Case # 17BK 03283-LTS CommonWealth P.R_

By: _Adelaida Pacheco Colón_
Signature

_Adelaida Pacheco Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mrs. Adelaida Pacheco
Urb La Hacienda
Aq11 Calle 41
Guayama, PR 00784-7101

SAN JUAN PR  009
10 AUG 2021 PM 1 L

00918-171105

United States District Court
Clerk's Office
105 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 11  PM 3 21
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jayne Marrero Quintero

Participant's Address: P.O. Box 278 Dorado P.R. 00646

Participant's Email Address: marrerojayne@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54706

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Jayne Marrero Quintero
Signature

Jayne Marrero Quintero
Print Name

_____
Title (if Participant is not an individual)

August 10 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jayne Marrero Quintero
P.O. Box 278
Dorado P.R. 00646

SAN JUAN PR   009
10 AUG 2021 PM 1 L

00918-170399

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Ramos Maldonado_

Participant's Address: _P.O. Box 30924 San Juan, P.R. 00928-0924_

Participant's Email Address: _P.O. Box 30924 San Juan, P.R. 00928-0924_

Name of Counsel: _N-A_

Address of Counsel: _N-A_

Email Address of Counsel: _N-A._

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ana L. Ramos Maldonado_

Nature of Claim: _Employees Retirement System of the Government
of the Commonwealth of Puerto Rico_

By: _Ana L. Ramos Maldonado_        _Case: No 17 BK-3566-LtS_
Signature                                                    _Federal tax ID 9686_

_Ana L. Ramos Maldonado_
Print Name

_Promesa title III_
Title (if Participant is not an individual)

_Julio 6-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ave L. Ramos Maldonado
P.O. Box 30924
San Juan PR. 00928-0924
PRI845 SR FSS176 RACK ID 35-357
MM ID: 607892 - PSOC MMI-PR

United States District Court's Clerk Office
150 Ave. Carlos Chardons Street
San Juan, PR. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-170399

RECEIVED & FILED
AUG 11 PM 3:21



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raquel Cora Ocasio_

Participant's Address: _PO Box 3013 Guayama PR 00785-3013_

Participant's Email Address: _coraquel07@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92119_

Nature of Claim: _Pension/Retiree_

By: _Raquel Cora Ocasio_
Signature

_Raquel Cora Ocasio_
Print Name

_Investigadora Seguro por Desempleo_
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel Cora Casio
PO Box 3013
Guayama PR 00785-3013

00918-70399

SAN JUAN PR   009
10 AUG 2021 PM 1   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT CO.
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Edith Miranda Rivera*

Participant's Address:   *Calle - 1 - 0 - 17 - Sans Souci, Bayamón P.R. 00957*

Participant's Email Address:   *carrasquilloraul12@gmail.com*

Name of Counsel:   *I don't have*

Address of Counsel:   *N.A.*

Email Address of Counsel:   *N.A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *106372*

Nature of Claim:   *Public employee and pension retire*

By:   *Edith Miranda Rivera*
Signature

*Edith Miranda Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August 7 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edith Miranda Rivera
Calle #1-0-17
Sans Souci, Bayamón, P.R.
     00957

CERTIFIED MAIL

7021 0350 0001 3443 8384



U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
AUG 09, 21
AMOUNT

1000        00918

$4.80
R2304E107370-1

United States District Court, Clerk's
office, 150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Laguna_

Participant's Address: _112 Alfani Street Davenport, Fl 33896_

Participant's Email Address: _lleducator@yahoo.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164 699_

Nature of Claim: _Promesa Title III_

By: _[signature]_
    Signature

_Lourdes Laguna_
Print Name

_____
Title (if Participant is not an individual)

_08-06-21._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

U.S. POSTAGE PAID
PME 1-DAY
LOUGHMAN, FL
33858
AUG 10 21
AMOUNT
**$26.35**
R2305H130593-06

1007          00918

**FOR DOMESTIC AND INTERNATIONAL USE**

### UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®



EJ 293 158 962 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE (407) 234-0765

LOURDES Laguna
112 Alfani Street
Davenport, FL 33896

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

United State District Court
Clerks office, 150 Ave.
Carlos Chardon Ste. 150, San Juan
    P.R. 00918-1767
  - 00918-1767

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



PEEL FROM THIS CORNER

EP13F May 2020
OD: 12 1/2 x 9 1/2

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 33858 | Scheduled Delivery Date (MM/DD/YY) 8-11-21 | Postage $26.35 | |
| Date Accepted (MM/DD/YY) 8.10.21 | Scheduled Delivery Time ☐ 12 NOON ☐ 3:00 PM 6PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 3:40 ☑ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ___ lbs. ___ ozs. | ☑ Flat Rate | Acceptance Employee Initials 47 | $ 26.35 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: NORMA I MERCADO

Participant's Address: 10 E. Carroll St. P.O. Box 227 Saint Clair, PA 17970

Participant's Email Address: normamercado06@icloud.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17 BK 3283-LTS

Nature of Claim: PENSION

By: _[signature]_
Signature

NORMA I. MERCADO
Print Name

SELF individual
Title (if Participant is not an (individual))

08/10/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

438 NFE 1    221I0008/02/21
NOTIFY SENDER OF NEW ADDRESS
MERCADO NORMAI
PO BOX 227
SAINT CLAIR PA 17970-0227    Recibo 8-9-2021

8C:  17970022727    *1973-02242-02-43

484-509-3811
CELL
NORMA I MERCADO

NORMA I MERCADO
10 EAST CAPPODLL ST
PO BOX 727
SAINT CLAIR PA 17970
484-509-3811

#17BK3283-LTS

To:
United States District Court
Clerk's Office
150 AVE. CARLOS CHARDON STE #150
SAN JUAN, P.R. 00918-1767



AUG 10
AMOUNT
**$26.35**
1007    00918    R2304M115630-05



# EXPRESS MAIL
UNITED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope
**For Domestic and International Use**

Visit us at usps.com

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008. All rights reserved.



PRIORITY MAIL EXPRESS®

EJ 857 277 053 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 484 509-3811

NORMA I MERCADO
10 EAST CARROLL ST
PO BOX 227
SAINT CLAIR PA
17970



**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)   PHONE (

UNITED STATES DISTRICT COURT
CLERKS OFFICE
150 AVE, CARLOS CHARDON STE #150
SAN JUAN, PR 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)
0 0 9 1 8 -

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code 17901
Scheduled Delivery Date 08/11/21
Postage $ 26.35
Date Accepted 08/10/21
Scheduled Delivery Time ☑ 6:00 PM
Insurance Fee $   COD Fee $
Time Accepted 11:31 ☑ AM
Return Receipt Fee $   Live Animal Transportation Fee $
Special Handling/Fragile $   Sunday/Holiday Premium Fee $   Total Postage & Fees $ 26.35
Weight 0 .25 ozs ☑ Flat Rate   Acceptance Employee Initials BW

**DELIVERY (POSTAL SERVICE USE ONLY)**

USPS packaging products have been awarded Cradle to Cradle Certification℠

Please recycle.



Visit us   ⬅ PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021


EP13F

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Camacho Acevedo

Participant's Address: P.O. Box 1694, Aguadilla, P.R. 00605

Participant's Email Address: mocat_22@yahoo.com / de59774@miescuela.pr

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #160150

Nature of Claim: Employers Retirement System

By: Maritza Camacho Acevedo.
Signature

Maritza Camacho Acevedo
Print Name

High School Teacher
Title (if Participant is not an individual)

Aug. 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Camacho Acevedo
Victoria Station
P.O. Box 1694
Aguadilla, P.R. 00603





7021 0350 0002 1290 0765

U.S. POSTAGE PAID
FCM LG ENV
AGUADILLA, PR
00603
AUG 09, 21
AMOUNT
$7.45
R2304E105991-01

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 11 PM 3:22

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:　Miranda Rivera, Domitila

Participant's Address:　Ave. Ramón R. Rodriguez #57,
Chalets de Bayamón Apto. 2911, Bayamón P.R. 00959

Participant's Email Address:　Jose o matos pr @ gmail.com

Name of Counsel:　I don't have

Address of Counsel:　N/A

Email Address of Counsel:　N/A

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number:　139717

Nature of Claim:　Poblic Employee and pension retire

By:　_Matild Esmond Rivera_
Signature

_Domitila Miranda Rivera_
Print Name

_____
Title (if Participant is not an individual)

August 7, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miranda Rivera, Doris I.
Ave. Ramón R. Rodríguez #37
Chalets De Bayamón Apto. 2911
Bayamón, P.R. 00959

CERTIFIED MAIL

7020 3160 0001 9238 0206





1000

00918

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
AUG 09, 21
AMOUNT

$7.65
R2305K136394-5



United State District Court, Clerk's
Office, 150 Ave. Carlos Chardón ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carrasquillo Maldonado, Raul*

Participant's Address: *Calle 1 -0-17 Saus Souci Bay, P.R. 00957*

Participant's Email Address: *carrasquilloraul12@gmail.com*

Name of Counsel: *I don't have*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *149945*

Nature of Claim: *Public Employee and Pension-Retiree*

By: *Raul Carrasquillo Maldonado*
Signature

*Raul Carrasquillo Maldonado*
Print Name

_____
Title (if Participant is not an individual)

*Agosto 7, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raúl Carrasquillo Maldenado
Calle 1 - 0 - 17
Sans Souci, Bay. P. R. 00957




CERTIFIED MAIL

7021 0350 0001 3443 8391

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00959
AUG 09, 21
AMOUNT
$4.80
1000   00918   R2304E107370-1

United States District Court, Clerk's
office, 150 Ave, Carlos Chardon Ste. 150
San Juan, P. R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Longo Quiros_

Participant's Address: _Urb. La Hacienda A-48 Calle A Comerio PR 00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Milagros Longo Quiros_
Signature

_Milagros Longo Quiros_
Print Name

_Agosto 10/2021_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Milagros Longo Quiros
Urb La Hacienda
48 Calle A
Comerio, PR 00782

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170399

SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:         _Wilma E. Ramos Rodriguez_

Participant's Address:      _Urb Doritas Garden 407 Pasadena_

Participant's Email Address: _wilmaerr@gmail.com_

Name of Counsel:            _PROSKAUER ROSE LLP_

Address of Counsel:         _Eleven Times Square New York, NY 10036_

Email Address of Counsel:   _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _FIR4-0238654_        _17 BK 3283 - LTS_

Nature of Claim: _Demand to the Financial Oversight and Management Board low s
                  Commonwealth of PR_

By:    _Wilma E Ramos Rodriguez_
       Signature

       _Wilma E Ramos Rodriguez_
       Print Name

       _____
       Title (if Participant is not an individual)

       _07/31/2021_
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilma E Ramos
Urb Doritas Garden
407 Pasadena
Isabela, PR 00662



Court's Clerk's office
United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Magda M. Meléndez Virella*

Participant's Address: *Calle 3 712 Urb. El Rosario Vega Baja, P.R. 00693*

Participant's Email Address: *magda_1010@Yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *former employment with the government of Puerto Rico*

By: *Magda Meléndez*
Signature

*Magda Meléndez*
Print Name

_____
Title (if Participant is not an individual)

*August 4, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Magda M. Melendez
Calle 3 #12 Urb. El Rosario Vega Baja
Puerto Rico 00693



To: Court's Clerk's Office
United States District Court
Clerk's Office 150 Ave Carlos Chardón
Ste 150, San Juan, P.R. 00918-1767

2007 AUG 11 PM 3: 53
RECEIVED & FILED
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felix Reyes Santiago*

Participant's Address: *HC-12 Box 7256 Humacao, P.R. 00791*

Participant's Email Address: *fyz77fh@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Jointly Administered*

By: *Felix Reyes Santiago*
Signature

*Felix Reyes Santiago*
Print Name

_____
Title (if Participant is not an individual)

*4/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix Reyes Santiago
HC-12 Box 7259
Humacao, P.R. 00791

RECEIVED & FILED
2021 AUG 11 PM 3: 24
CLERK'S OFFICE
DISTRICT PR
SAN JUAN

United States
District Court, Clerks
Office, 150 Ave Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda Lee Santiago Ortiz_

Participant's Address: _3 Calle Brisa Dorada, Cidra PR 00739_

Participant's Email Address: _angelbrenda90 @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175937-1_

Nature of Claim: _____

By: _[signature]_
Signature

_Brenda Lee Santiago Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda L. Santiago Ortiz
3 Calle Brisa Dorada
Cidra, P.R.      00739

 

U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
AUG 09, 21
AMOUNT

**$1.00**

R2304M113360-15

1000        00918

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R.      00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana Alvarado Marrero*

Participant's Address: *HC-0-Box 3647, Villalba P.R. 00766*

Participant's Email Address: *pedro 1952 montes @ gmail. Com.*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *# 139370*

Nature of Claim: *Unpaid wages by the government of P.R.*

By: *Ana alvarado montes*
Signature

*Ana Alvarado Marrero*
Print Name

_____
Title (if Participant is not an individual)

*9- agosto - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Alvarado Marrero
#C-1- Box 3644
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 11 PM 3: 24
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

0091B-170399

SAN JUAN PR  009

10 AUG 2021 PM 1 L

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

