UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                         PROMESA
                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                               (Jointly Administered)
et al.,

                       Debtors.¹
-------------------------------------------------------------x
```

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 11, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

1. Norma I. Ortiz Diaz
2. Lydia E. Reyes Colon
3. Jovita Rivera Rivera
4. Sonia Gonzalez Cintron
5. Jose M. Rodriguez Velez
6. Vivian Alvarez Ortiz
7. Carmen I. Faria Martinez (3 notices)
8. Karen M. Benabe Ares
9. Aurea E. Faria Pagan
10. Iraida Vazquez Cartagena
11. Dolores R. Francis Rosario
12. Evelyn Morales Castellano (2 notices)
13. Irma L. Acevedo Rivera
14. Jose E. Santini Bocachica
15. Yesenia Juarbe Pagan
16. Betty Peña Peña
17. Gloria E. Torres Baez
18. Maria E. Santiago Bonilla
19. Carmen M. Rodriguez Diaz
20. Noel Gonzalez Nazario
21. Rosa I. Gomez Santana
22. Pedro P. Rinaldi Caraballo Estate c/o Jose Rinaldi Jovet
23. Educadores Puertorriqueños en Accion c/o Domingo Madera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

24. Miguel Angel Rosario Marrero

25. Ashmed J. Valentin Cardona

26. Emmanuel Torres Santana

27. Delfina Santiago Marrero (2 notices)

28. Helen Burgos Rodriguez

29. Nidia Gonzalez Mercado (2 notices)

30. Antonio Ortiz Rodriguez

31. Altagracia Concepcion Rojas

32. Maria D. Rosario Diaz

33. Ana M. Maymi Otero

34. Ana M. Torres Morales

35. Nelly Oquendo Lopez

36. Jose D. Crespo Velez

37. Zoraida Chevere Fraguada

38. Milagros Moraima Agosto Vargas

39. Pedro A. Montes Alvarado

40. Carmen Eneida Alsina Lopez

41. Yesenia Marfisi Pomales

42. Ana C. Negron Reyes

43. Abigail Nater Marrero

44. Raul Rodriguez Diaz

45. Angel M. Orlandi Gomez

46. Virginia Maldonado Maldonado (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

    47. Rene Barriera Perez

    48. Evelyn Morales Robles

    49. Mariliana Reyes Matos

    50. Gladys Rivera Rosa


Dated: August 12, 2021