Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Ortiz Díaz_

Participant's Address: _RR-1-Box 2777, Cidra, P.R. 00739_

Participant's Email Address: _normaortizdiaz 1945@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179068_

Nature of Claim: _benefits unpaid_

By: _Norma I. Ortiz Díaz_
Signature

_Norma I. Ortiz Díaz_
Print Name

_—_
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Norma I. Ortiz Diaz
RR-1-Box 2177
Cidra, Puerto Rico
00739

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

RECEIVED/FILED
2021 AUG 11 PM 3: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Reyes Colón_

Participant's Address: _Calle Periferal 450 Apt. 109 TA 00976_

Participant's Email Address: _lydia.reyes@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6857_

Nature of Claim: _Employees Retirement System of Government of PR_

By: _Ly R Ayala_
Signature

_Lydia E. Reyes_
Print Name

_____
Title (if Participant is not an individual)

_8/7/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia Reyes
Calle Pentral 450
Apt 109
Trujillo Alto PR 00976

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jovita Rivera Rivera_

Participant's Address: _Urb. El madrigal_

Participant's Email Address: _G-21 Calle Marginal Norte_

Name of Counsel: _Ponce, P.R. 00731_

Address of Counsel: _N/A_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS_

Nature of Claim: _PROMESA – Title III_

By: _Jovita Rivera Rivera_
Signature

_Jovita Rivera Rivera_
Print Name

_—_
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lolita Rivera Rivera
G-21 Marginal Norte
E) Madrigal
Ponce, P.R. 00730

United States District Court
Clerk's Office, 150,
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Gonzalez Cintrón_

Participant's Address: _urb. Monte Bello #11032 Villalba Puerto Rico_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135983 et. al._

Nature of Claim: _un paid wages by the goverment of P.R._

By: _Sonia Gozal Cintron_
Signature

_Sonia Gonzalez Cintron_
Print Name

_____
Title (if Participant is not an individual)

_august 4- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Borgos Cintrón
urb. Monte Bello #11032
Villalba, P.R. 00766

United States District Court
Clerk's Office, 150-Carlos Chardon Ste.150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jose M Rodriguez Velez

Participant's Address: RR-3 Box 2660 Apt L-1 T.A. P.R 00953

Participant's Email Address: lepopo69 @hotmail. Com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175346

Nature of Claim: Ley 89 Romerazo

By: _____
Signature

Jose Rodriguez Velez
Print Name

_____
Title (if Participant is not an individual)

Agosto 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis M Rodriguez Melga
RR 3 BN 2660 apt L-1
Toa Alta PR 00953

0091831706 C018

Court's Clerk Office
United States District Court
Clerk Office
150 Carlos Chardon Ave ste 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 24
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN





Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivian Alvarez Ortiz_

Participant's Address: _Parcelas San Antonio 183 Calle Principal, Dorado PR 00946-5705_

Participant's Email Address: _valvarez@caribe.net / vivian241959@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73865_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Vivian Alvarez Ortiz_
Signature

_Vivian Alvarez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vivian Alvarez Ortiz
Parcelas San Antonio 183
Calle Principal,
Dorado P.R. 00646-5705

Court's Clerk's Office
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM 1  L

RECEIVED & FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN
2021 AUG 11 PM 3: 25

FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I. Faria Martinez_

Participant's Address: _Luis F. Dessus #15 Ab_

Participant's Email Address: _carmenfaria72@g-mail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _94185_

Nature of Claim: _I am claiming the salary I was supposed to receive during my time working and be able to get the corresponding amount for any pension_

By: _Carmen I. Faria Martinez_
Signature

_Carmen I. Faria Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8-10-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen L. Varie Apartini
Luis J. Dessus #15.
Juana Diaz, P.R. 00795

CERTIFIED MAIL

7019 1120 0001 1727 4254

00918-170625

United States District Court Clerks Office
#150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
AUG 10, 21
AMOUNT
$6.45
R2305K135197-12

1000   00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I. Faria Martinez_

Participant's Address: _Luis F. Dessus #15 St._

Participant's Email Address: _carmenfaria72@gmail.com_

Name of Counsel: _

Address of Counsel: _

Email Address of Counsel: _

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85382_

Nature of Claim: _I am claiming the salary I was supposed to receive during my time working and be able to get the corresponding amount for any pension_

By: _Carmen I. Faria Martinez_
Signature

_Carmen I. Faria Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8-10-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen L. Faria Martinez
Luis J. Dessus #15
Juana Diaz, PR 00795

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
10 AUG 2021 PM 1  L

00918-1706625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Faria_

Participant's Address: _Luis F. Dessus #15 St._

Participant's Email Address: _carmenfaria72@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107409_

Nature of Claim: _I am claiming the salary I was supposed to receive doing that time working and be able to get the corresponding amount for any pension._

By: _Carmen L. Faria_
Signature

_Carmen L. Faria_
Print Name

_____
Title (if Participant is not an individual)

_8-10-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Faria Martinez
Luis F. Dessus #15
Juana Diaz, PR 00795

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:45
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Karen M. Benabe Ares

Participant's Address: Calle Principal Apdo. 184 Cond. Villas del Sol Trujillo Alto 00976

Participant's Email Address: karenbenabeares@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 59683

Nature of Claim: Pension / Retiree Claims

By: _____
Signature

Karen M. Benabe Ares
Print Name

_____
Title (if Participant is not an individual)

10-Agosto-2021
Date

RECEIVED & FILED
2021 AUG 11  PM 3: 25
CLERK'S OFFICE
US DISTRICT
SAN JUAN

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Karen M. Benaco Ae.
Calle Principal Aeto 184,
Cond. Villas del Sol)
Trujillo Alto   00976

RECT.
2021 AU
CLERK
U.S. DIST
SAN J

RECEIVED & FILED
2021 AUG 11 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

SAN JUAN PR   009
10 AUG 2021 PM 1  L

00918-170399

United Stay District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea E. Faria Pagan_

Participant's Address: _Urb. San Martin C5 F5 Juana Diaz PR. 00795_

Participant's Email Address: _aefaria 24 @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104379_

Nature of Claim: _I'm claiming the salary that I was supposed to received during my time working_

By: _Aurea E. Faria Pagan_
Signature

_Aurea E. Faria Pagan_
Print Name

_____
Title (if Participant is not an individual)

_August 10 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea E. Faria Pagan
Urb San Martin 25FB
Juana Diaz, P.R. 00795

RECEIVED & FILED
2021 AUG 11 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United States Distric Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iraida Vázquez Cartagena_

Participant's Address: _Urbanización Las Marias D-12 Salinas P.R. 00751_

Participant's Email Address: _iravazquez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_    (Proof of claim) 116469

Nature of Claim: _Commonwealth of P.R. employee - Promesa Title III_    (ERS)

By: _Iraida Vázquez Cartagena_
Signature

_Iraida Vázquez Cartagena_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Traida Vázquez Cartagena
D-12 Urb. Las Marías
Salinas P.R. 00751-2407

00918-170625

SAN JUAN PR 009

10 AUG 2021

PURPLE HEART
FOREVER USA

United States District Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dolores R. Francis Rosario_

Participant's Address: _Urb. Meléndez C-23 Calle B Fajardo, P.R. 00738_

Participant's Email Address: _Myrna.casillas 9@ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _163586_

Nature of Claim: _Increase of salary not received._

By: _Dolores R. Francis Rosario_
Signature

_Dolores R. Francis Rosario_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dolores R. Francis Rosario
Urb. Helender c->3 calle B
fajardo, P.R. 00738

RECEIVED & FILED

2021 AUG 11 PM 3: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-176399

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Evelyn Morales Castellano_

Participant's Address: _Urb. Country Club calle 246 JH53ra ext C.Club Carolina PR. 00982_

Participant's Email Address: _evelynmoralesc @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166251_

Nature of Claim: _Empleados Publicos y Pension/Jubilacion_

By: _Evelyn Morales Castellano_
Signature

_Evelyn Morales Castellano_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Morales Castellano_

Participant's Address: _Urb. Country Club calle 546 JH5 3ra ext. Carolina P.R. 00982_

Participant's Email Address: _evelyn morales c @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97833_

Nature of Claim: _Public Employee Claims_

By: _Evelyn Morales Castellano_
Signature

_Evelyn Morales Castellano_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Morales Castellano
Urb. Country Club calle 246
JH5 3ra ext.
Carolina, P.R.
00982-2757

RECEIVED & FILED
2021 AUG 11  PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COU...
SAN JUAN...

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM 1 L

Court Clerk's Office
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Irma L Acevedo Rivera_

Participant's Address:  _P.O. Box 652, Aguas Buenas, PR 00703_

Participant's Email Address:  _Irmaluz53@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _Docket entry 17308_

By:  _Irma L. Acevedo Rivera_
     Signature

_Irma L. Acevedo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma I. Quiñones
Apdo. 652
Aguas Buenas, P.R. 00703

00918-170625

United States Dist. Court
Clerk's Office Ave. 150
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 11 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José E. Santini Bocachica_

Participant's Address: _Urb. Monte Bello #11032 - Villalba, Puerto Rico_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133065  et. al._

Nature of Claim: _unpaid wages by the goverment of P.R._

By: _José E. Santini Bocachica_
Signature

_José E. Santini Bocachica_
Print Name

_____
Title (if Participant is not an individual)

_august 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José E. Santini Bocachica
urb. Monte Bello #11032
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 11 PM 3: 26
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office, 150 Carlos Chardon Ste.
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yesenia Juarbe Pagán_

Participant's Address: _232 calle plata Urb. Colinas 2 Hatillo P.R. 00659_

Participant's Email Address: _Yesyking @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA title III_

By: _Yesenia Juarbe Pagán_
Signature

_Yesenia Juarbe Pagán_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

yesenia Juarbe Pagan
232 calle plata.
urb. calinas 2.
Hatillo P.R. 00659

RECEIVED & FILED
2021 AUG 11 PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00091B-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Peña Peña, Betty_

Participant's Address: _HC-05 Box 53050 Caguas, PR. 00725-9207_

Participant's Email Address: _Pena betty 1227 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179344_

Nature of Claim: _Promesa Title III - No. 17 BK 3283-LTS_

By: _Betty Peña Peña_
Signature

_Betty Peña Peña_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Betty Rosa Rosa
Hc - 05 Bop 53050
Caguas, Puerto Rico
00735

RECEIVED & FILED
2021 AUG 11
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
10 AUG 2021   PM 1   L

00918-1706625

To: United States District Court,
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gloria E. Torres Báez*

Participant's Address: *H-c 20 Box. 17621 Juncos P.R 00777-9615*

Participant's Email Address: *gloria.torresbaez @hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *119607*

Nature of Claim: *I'm claiming the salary increases and other monetary benefits that I did not receive according to what was established by the laws I mentioned in my original claim.*

By: *Gloria E. Torres Báez*
Signature

*Gloria E. Torres Báez*
Print Name

_____
Title (if Participant is not an individual)

*10 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gloria E. Torres Baiz
H-C-30 Box. 17621
Juncos P.R. 00777-9615

CERTIFIED MAIL®

7020 3160 0000 9008 9515

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan. P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LAS PIEDRAS, PR
00771
AUG 10, '21
AMOUNT
$7.00
R2304E106891-06

00918-176625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Maria E. Santiago Bonilla

Participant's Address:     P.O. Box 665 Guayama, Puerto Rico 00785.

Participant's Email Address:     santiagomaria@25icloud.com

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     117188     131642

Nature of Claim:     _____

By:     Maria E. Santiago Bonilla
        Signature

        Maria E. Santiago Bonilla
        Print Name

        _____
        Title (if Participant is not an individual)

        6 - agosto - 2021.
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



María E. Antón Bonilla
P.O. Box 665
Aguayo, Puerto Rico
00785

RECEIVED & FILED
2021 AUG 11  PH
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR.

0091B-170399

SAN JUAN PR   009
10 AUG 2021 PM 1 L

USA FOREVER

United State District Court,
Clerk's Office, 150 Ave.
Carlos Chardón, Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Rodriguez Diaz*

Participant's Address: *HC 4 Box 5939 Barranquitas P.R. 00794*

Participant's Email Address: *rodriguezney @ yahoo.com*

Name of Counsel: *Lcda. Ivonne Gonzalez*

Address of Counsel: *P.O. Box 9021828 San Juan, P.R. 00902*

Email Address of Counsel: *ivonnegm @ prw.net*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17BK 3283-LTS*

Nature of Claim: _____

By: *[signature]*
Signature

*Carmen M. Rodriguez Diaz*
Print Name

_____
Title (if Participant is not an individual)

*August 09, 2021*
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Rodriguez Diaz
HC 4 Box 5939
Barranquitas, P.R. 00794

RECEIVED & FILED
2021 AUG 11 PM 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste.
150 San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Noel Gonzalez Nasario

Participant's Address: PO Box 1113 Santa Isabel, P.R 00757

Participant's Email Address: yandel1018 mg @ gmail . com

Name of Counsel: _____

Address of Counsel: _____ N/A

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169125

Nature of Claim: 17 BK 03283 - LTS   #169125

By: _____
Signature

Noel Gonzalez Nazario
Print Name

_____
Title (if Participant is not an individual)

9, Agust 2021
Date

RECEIVED & FILED
2021 AUG 11 PM 3: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noel Gonzalez Nazario
PO Box 1113 Santa Rafael,
Aguadilla, Rico
00757

RECEIVED & FILED
2021 AUG 11  PM 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918 - 1767

00918-170399

SAN JUAN PR   009
10 AUG 2021, PM 1  L

FOREVER



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa I. Gómez Santana_

Participant's Address: _HC-1 Box 4200  Naguabo, PR 00718_

Participant's Email Address: _rgs1817@gmail.com_

Name of Counsel: _m_

Address of Counsel: _m_

Email Address of Counsel: _m_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49823_

Nature of Claim: _Pension/Retiree_

By: _[signature]_
   Signature

_Rosa I. Gómez Santana_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ROSA I. GÓMEZ SANTANA
HC-1 BOX 4200
NAGUABO, P.C. 00718

RECEIVED & FILED
2021 AUG 11  PH 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITES STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
RIO BLANCO, PR
00744
AUG 10, 21
AMOUNT
$0.75
R2304-M116820-04

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro P. Rinaldi Caraballo Estate_

Participant's Address: _1819 Alcazar Urb. La Alhambra_
_Ponce, P.R. 00716_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _M2 48406 QR_

Nature of Claim: _losses_

By: _Jose Rinaldi Jovet_
Signature

_Jose Rinaldi Jovet_
Print Name

_____
Title (if Participant is not an individual)

_9 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1819 C. Alcazar
Ponce, P.R.
00716

RECEIVED & FILED
2021 AUG 11 PM 3:31
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

U.S. District Court - Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918

SAN JUAN PR 009
10 AUG 2021 PM 1 L


FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Educadaes Puertorriqueños en Accion*

Participant's Address: *P.O. Box 1139  Mayaguez, P.R. 00681*

Participant's Email Address: *educadorespr1@gmail.com*

Name of Counsel: *Gobierno de P.R.*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *P. Domingo Maduro*
    Signature

    *Domingo Maduro*
    Print Name

    *Presidente Ejecutivo*
    Title (if Participant is not an individual)

    *10 agosto 2021*
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle La Candelaria (Antigua Calle McKinley) #66 Oeste
PO Box 1159
Mayagüez, Puerto Rico 00681 - 1159

SAN JUAN PR   009
10 AUG 2021  PM 1  L

00918-1 70625

UNITED STATE DISTRICT COURT, CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Angel Rosario Marrero_

Participant's Address: _101 C/100 marreros Urb Jardines, Vega Baja PR 00693_

Participant's Email Address: _domingocchanmar 21@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 -LTS_

Nature of Claim: _____

By: _[signature]_
    Signature

_Miguel A. Rosario_
Print Name

_____
Title (if Participant is not an individual)

_08/05/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nigel A. Rosario Llanero
101 C/los marrereros
Urb Jardines
Vega Baja PR 00693

RECEIVED & FILED
2021 AUG 11 PM 3:31
CLERK'S OFFICE
U.S. DISTRICT CT.
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

U.S District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ashmed J. Valentin Cardona_

Participant's Address: _P.O Box 259  Hormigueros  P. Rico 00660_

Participant's Email Address: _alphavictor34@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Ashmed J. Valentin   Cardona_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ashmed J. Valentin Cardona
P.O. Box 259
Hormigueros, P. Rico 00660

To: United States District Court,
Clerks Office,
150 Ave.
Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-17062S

SAN JUAN PR  009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emmanuel Torres Santana_

Participant's Address: _HC-1 Box 4200 Naguabo, PR. 00718_

Participant's Email Address: _Locon2001emy2@gmail.com_

Name of Counsel: _N_

Address of Counsel: _N_

Email Address of Counsel: _N_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46818_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Emmanuel Torres Santana_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EMMANUEL TORRES SANTANA
14C-1 BOX 4280
WASHINGTON, PR 00718

RECEIVED & FILED
2021 NOV 11 PM 3:36

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, PR. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
RIO BLANCO, PR
00744
AUG 10, '21
AMOUNT

$0.75

R2304M11562D-04

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Delfina Santiago Marrero

Participant's Address: Urb. Los Caobos Corozo # 2725 Ponce PR 00716

Participant's Email Address: delfinasantiago0104@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 62306

Nature of Claim: The money of the approved increase which by law, corresponds to me, was never awarded.

By: _Delfina Santiago_
   Signature

Delfina Santiago
Print Name

_____
Title (if Participant is not an individual)

9 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delfina Santiago
Los caobes Corozo # 3725
Ponce, P.R. 00716- 2734

United States District court
Clerks office
Carlos chardon ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

2021 AUG 11 PM 3: 50

RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delfina Santiago Marrero_

Participant's Address: _Urb. Los Caobos Corozo #2725 Ponce, PR 00716_

Participant's Email Address: _delfinasantiago0104@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _77197_

Nature of Claim: _The money of the approved increase which by law, korresponds to me, was never awarded_

By: _Delfina Santiago_
Signature

_Delfina Santiago_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Delfina Santiago
Los caobas cotozo #9725
Ponce, P.R. 00716-8734

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerks Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helen Burgos Rodríguez_

Participant's Address: _Urb. Los Angeles calle Areyto #477 Yauco, P.R. 00698_

Participant's Email Address: _helenbr2 @ live.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico et al.;_

By: _Helen Burgos Rodríguez_
 Signature

_Helen Burgos Rodríguez_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_5 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helen Burgos Rodriguez
Urb. Los Angeles Calle Areyto # 470
Yauco, P.R. 00698

RECEIVED & FILED
2021 AUG 11 PH 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
AUG 2021 PM 1 L

United States District
Court, Clerk's Office,
150 Ave. Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767


USA ★ FOREVER

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nidia Gonzalez Mercado

Participant's Address: Ave. Lulio Saavedra Blasco #68

Participant's Email Address: nidiagonzalez140@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 92473

Nature of Claim: Empleados Publicos y Pension/Jubilacion

By: _Nidia Gonzalez Mercado_
Signature

Nidia Gonzalez Mercado
Print Name

Title (if Participant is not an individual)

8/5/2021
Date

**_Instructions for Filing Notice of Participation_**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: *United States District Court, Clerk's Office*, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nidia González
Ave Lalis Saavedra Blaseo
#68
Isabela PR. 00662

RECEIVED & FILED

2021 AUG 11  PM 3: 50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerks Office
157 Ave. Carlos Chardón Ste 150
San Juan, PR. 00918-1767

FOREVER USA

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, *if any*:

Participant's Name:     Nidia Gonzalez Mercado

Participant's Address:     Ave. Lulio Saavedra Blasco #68

Participant's Email Address:     nidiagonzalez140@gmail.com

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:     96441

Nature of Claim:     Public Employee and Pension/Retiree Claims

By:     *Nidia Gonzalez Mercado*
Signature

Nidia Gonzalez Mercado
Print Name

_____
Title (if Participant is not an individual)

8/5/2021
Date

***Instructions for Filing Notice of Participation***: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: *United States District Court, Clerk's Office*, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nidia Gonzalez
Ave Julio Saavedra Blasco #68
Isabela, PR. 00662

RECEIVED & FILED
2021 AUG 11 PH 3:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706625

Discovery Notice to the Court's office at:
United States District Court, Clerks' Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
10 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ANTONIO ORTIZ Rodriguez_

Participant's Address: _314 Calle ALmENDRO_

Participant's Email Address: _____

Name of Counsel: _____ 0 _____

Address of Counsel: _____ 0 _____

Email Address of Counsel: _____ 0 _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Docket Entry #17008 Case #17-3283_

Nature of Claim: _Disclosure of Status of Statment approval_

By: _____
    Signature

_Antonio Ortiz Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 9/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Migdalia Reyes
314 Calle Almendro #1VR
Rio Grande, PR 00745

Antonio Ortiz Rodriguez

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 1

FOREVER / USA

Discovery Notice to The Courts Clerk Office
United States District Courts Clerks Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Altagracia Concepcion Rojas_

Participant's Address: _Cond. minillas Court, apto. 112 Bayamon PR 00956_

Participant's Email Address: _TitaConcepcion 412 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 _ LTS_

Nature of Claim: _Promesa Title III_

By: _Altagracia Concepcion Rojas_
Signature

_Altagracia Concepcion Rojas_
Print Name

_Altagracia Concepcion Rojas_
Title (if Participant is not an individual)

_August, 10 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Altagracia Corazon Rejas
Cordenias Ministry Court
250 ave. Mirila Cpto. 112
Benjamin, P.R. 00956-5360

United States, District Court
Clerk's office, 150
ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED

2021 AUG 11 PM 3: 50

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN, PR  009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria D. Rosario Diaz_

Participant's Address: _HC 10 Box 49373 Caguas P.R 00725_

Participant's Email Address: _nelida_ngr@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Salary increase due (law 66)_

By: _Maria D Rosario Diaz_
Signature

_Maria D. Rosario Diaz_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria D. Rosario Díaz
HC 10 Box 49 373
Caguas, P.R. 00725

7021 0950 0002 1522 5302

CERTIFIED MAIL®

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767





1000

00918

U.S. POSTAGE PAID
FCM LETTER
BARRANQUITAS, PR
00794
AUG 09, 21
AMOUNT
$7.00
R2304E105572-12

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ana M. Maymí Otero_

Participant's Address: _HC. 46, Box 5598, Dorado P.R. 00646_

Participant's Email Address: _anitamaymi@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107962_

Nature of Claim: _Public Employee and Pension/Retiree Claim_

By: _Ana M. Maymí Otero_
Signature

_Ana M. Maymí Otero_
Print Name

_____
Title (if Participant is not an individual)

_August 10 2021_
Date

Ana M. Maymi Otero
Hc. 46, Box 5598
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 11 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170525

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court Clerk's
Office 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Ana M. Torres Morales

Participant's Address:   F-74 Calle 6, Urb. Toa Alta Heights, Toa Alta P.R.

Participant's Email Address:   lourdesmrivera@hotmail.com

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:   49762

Nature of Claim:   See Next Page Note

By:   Ana M Torres Morales
Signature

Ana M. Torres Morales
Print Name

Ana M Torres Morales
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Notes

I am claiming the amount of $31,200.00 dollars based on law 89 of July 12, 1979, Uniform Tax "Romerazo" for the years that I worked for Puerto Rico Telephone Company. These years are from April 30, 1973 to September 4, 1999.

Ana M. Torres Morales
F-74 Calle 6
Toa Alta Heights
Toa Alta, P.R.
00953

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R.
00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

RECEIVED & FILED
2021 AUG 11 3 28

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nelly Oquendo López*

Participant's Address: *Quintas de Dorado AH-22 calle Laurel norte. Dorado, PR 00646*

Participant's Email Address: *nelly.no95@gmail.com*

Name of Counsel: *N A*

Address of Counsel: *N A*

Email Address of Counsel: *N A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173502*

Nature of Claim: *Department of Educ. Public employee and pension retiree*

By: *Nelly Oquendo López*
Signature

*Nelly Oquendo López*
Print Name

_____
Title (if Participant is not an individual)

*08/10/21.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wilfrido Rojas
Quintaba e Rojas
A-1-2 C/Laurel N.
Ormabo P.R. 00646

RECEIVED & FILED
2021 AUG 11 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Sta 150
San Juan PR 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose D. Crespo bellez_

Participant's Address: _Calle 14 B-26 Bayawi Gardens Bayou PR 00957_

Participant's Email Address: _Crespovelez.j @ gmail. Com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BR 3283 - LTS_

Nature of Claim: _retiro_

By: _____
     Signature

_Jose D Crespo Velez_
Print Name

_Supervisor TSI_
Title (if Participant is not an individual)

_10 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose D Crespo Velez
Calle 14 R-26 Bay Gardens
Bayamei, PR 00957

00918-170399

SAN JUAN PR 009

10 AUG 2021 PM 1 L

RECEIVED
2021 AUG 11 PM 3: 28
CLERK'S OFFICE
SAN JUAN PR

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon, Ste
150, San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Chevere Fraguada_

Participant's Address: _Urb. Jardines de C Club, Street 12, R-1-00983_

Participant's Email Address: _Zory Chevere@gmail.com_

Name of Counsel: _Ivoone Gonzalez Morales_

Address of Counsel: _Eificio Gallardo, San Juan, P.R 00921_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _the common Weal Th of Puerto Rico NO 17 BK 3283-LTS_

Nature of Claim: _Discovery for confirmation of commonwealth Plan of Adjustment._

By: _[signature]_
Signature

_Zoraida Chevere Fraguada_
Print Name

_____
Title (if Participant is not an individual)

_Agost, 9, 20-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Chévere Trias y/o
WRb Jardines de Club Caviera R-1
Carolina, 00983

RECEIVED & FILED
2021 AUG 10 PM 1:51

SAN JUAN PR  009
10 AUG 2021 PM 1 L

US District Puerto
Office 150 Ave Carlos Chardon Ste
@ffice 150 Ave Carlos Chardon Ste
150, San Juan, PR. 00918 - 1767

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Milagros Moraima Agosto Vargas*

Participant's Address: *Las Haciendas 15095 Canovanas P.R.*

Participant's Email Address: *milagros moraima @ live . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *134902 / 139063*

Nature of Claim: *Salarios impagos*

By: *Milagros Moraima Agosto Vargo*
Signature

*MILAGROS MORAIMA AGOSTO VARGAS*
Print Name

_____
Title (if Participant is not an individual)

*9 agosto / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Trinidugdes Inraraima Agost Vargas
Bo Blorindas 15895
C/ Sundlew Mayo
Canovanas, P.R. 00729

00918-170399

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court Clerk
Office
150 Ave. Carlos Chardon Ste
150, San Juan, P.R. 00918-
1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro A. Montes Alvarado_

Participant's Address: _HC-1-Box 364T Villalba PR 00766_

Participant's Email Address: _pedro1952 montes @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 137611 - et. al._

Nature of Claim: _Unpaid Wages by the government of P.R._

By: _Pedro A. Montes Alvarado_
Signature

_Pedro A. Montes Alvarado_
Print Name

_____
Title (if Participant is not an individual)

_9-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro A. Montes Alvarado
HC-1- Box 3647
Villalba, P.R. 00766

SAN JUAN PR  009
10 AUG 2021 PM 1 L

United States District Court
Clerk's Office, '50
Avenida Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Eneida Alsina López_

Participant's Address: _Calle Ónice #6 Villa Blanca, Caguas Puerto Rico 00725_

Participant's Email Address: _eneidaalsina@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _119433_

Nature of Claim: _I'm claiming the salary increases and other economic benefits that I did not recieve according to what was established by the laws I mentioned in my original claim._

By: _Carmen Eneida Alsina López_
Signature

_Carmen Eneida Alsina López_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen Eneida Alsina López
Calle Onice # 6
Villa Blanca
Caguas, Puerto Rico 00725

RECEIVED & FILED
2021 AUG 11 PM
CLERK'S OFFICE
N DISTRICT COURT
... MAN, PR

7020 2450 0001 0977 7467

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
AUG 10, 21
AMOUNT
$7.00
R2305K13212A-55

00918-176825

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yesenia Martisi Pomales_

Participant's Address: _HC-03 Box 10637 Gurabo P.R. 00778_

Participant's Email Address: _ymartisi16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33340_

Nature of Claim: _Pension / Retiree Claims_

By: _Yesenia Pomales_
     Signature

_Yesenia Martisi Pomales_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Yesenia Martinez Gonzales
He 03 Box 10637
Gurabo P.R. 00778

RECEIVED & FILED
2021 AUG 11 PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

USA FOREVER

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana C. Negron Reyes_

Participant's Address: _Urb. Alturas del Alba c/ Estella #101D20 Vilalba PR 00766_

Participant's Email Address: _anacelianegronreyes@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58974_

Nature of Claim: _Pension / Retiree Claims_

By: _[signature]_
Signature

_Ana C. Negron Reyes_
Print Name

_____
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

RECEIVED & FILED
2021 AUG 11 PM 3: 29
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana C. Negron Reyes
Urb. Altinas del Alba
Calle Estrella #101020
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 11 PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR 009
10 AUG 2021 PM1 L

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918 -
1767




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _Abigail Náter Marrero_

Participant's Address:  _Ave. Armaiz #38 Parcelas Amadeo Vega Baja, P.R. 00693_

Participant's Email Address:  _bigwie2004 @ ychoo.com_

Name of Counsel:        _____

Address of Counsel:     _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:           _69082_

Nature of Claim:        _Public Employee and Pension / Retiree Claims_

By: _Abigail Náter Marrero_
Signature

_Abigail Náter Marrero_
Print Name

_____
Title (if Participant is not an individual)

_08-09-2021_
Date

RECEIVED & FILED
2021 AUG 11 PM 3:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abigail Náter Marrero
Ave. Armai2 #38
Parcela Amadeo
Yega Baja, P.R. 00693-5205

SAN JUAN PR 009

10 AUG 2021 PM 1 L

00918-1706825

To. United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raul Rodriguez Diaz_

Participant's Address: _Urb. Las Mercedes Calle Amaranza B-9_
_Caguas, P.R. 00725_

Participant's Email Address: _rodriguezney@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 32 83 - LTS_

Nature of Claim: _Promesa Title III_

By: _Raul Rodriguez Diaz_
Signature

_Raul Rodriguez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_August 09, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raul Rodriguez Diaz
Calle Arabuera B-9
Parque las Mercedes
Caguas P.R. 00725

RECEIVED & FILED

2021 AUG 11  PM 3: 29

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
10 AUG 2021PM 1 L

00918-170399

United States District Court
Clerks office 150 Ave Carlos Chardon Ste.
150 San Juan P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Orlandi Gómez_

Participant's Address: _HC-1 Box 4301 Arroyo, P.R. 00714_

Participant's Email Address: _aorlandi52@gmail.com_

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _P.O. Box 9021828, San Juan P.R. 00902-1828_

Email Address of Counsel: _ivonegm@prw.net_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Jeanette Abrams Vs DTOP KAC 2005-5021_

Nature of Claim: _Adjudicar Sentencia (cobro de dinero)_

By: _(signature)_
Signature

_Angel M. Orlandi Gómez_
Print Name

_____
Title (if Participant is not an individual)

_2 - Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office. 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel M. Orlandi
HC-01 Box 4301
Arroyo, P.R. 00714

RECEIVED & FILED
2021 AUG 11  PM 3: 29
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
10 AUG 2021  PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, P.R. 00918-1767


FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Virginia Maldonado Maldonado*

Participant's Address: *Calle Nueva F-15, Villa Clementina, Gbo. P.R. 00969*

Participant's Email Address: *vmm1958@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *See the next page*

By: *Virginia Maldonado*
Signature

*Virginia Maldonado*
Print Name

*individual*
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

$4,600 dollars,

I am claiming the amount based on Law 89 of July 13, 1979, Uniform Tax "Romerazo" for the years that I worked for Puerto Rico Telephone. These are from July 5, 1983 to February 23, 1985 with a re-entry from August 9, 1993 to August 9, 1999.

Virginia Maldonado
Calle Nueva F-15
Villa Clementina
Guaynabo, P.R. 00969

RECEIVED & FILED
2021 AUG 11 PM 3: 29
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
9 AUG 2021   PM 2 L

Courts Clerk's Office
United States District Court
Clerks Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: *Virginia Maldonado Maldonado*

Participant's Address: *Calle Nueva F-15, Villa Clementina, Cbo, P.R. 00969*

Participant's Email Address: *Vmm1958@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *See the next page*

By: *Virginia Maldonado*
Signature

*Virginia Maldonado*
Print Name

*individual*
Title (if Participant is not an individual)

*August 9, 2021*
Date

RECEIVED & FILED
2021 AUG 11 PM 3:29
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $9,600 dollars
based on Law 89 of July 12, 1979. Uniform
Tax "Romerazo" for the years that I worked
for Puerto Rico Telephone. These are from
July 5, 1983 to February 23, 1985 with a
re-entry from August 9, 1993 to August 9,
1999.

Virginia Maldonado
Calle Unera F-15
Villa Clementina
Guaynabo, P.R. 00969

SAN JUAN PR 009

9 AUG 2021   PM 2 L

Courts Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rene Barriera Perez_

Participant's Address: _Com. Caracoles 2 Buzon 475 Peñuelas PR. 00624_

Participant's Email Address: _Lizabarrier7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rene Barrera Perez
Com. Caracoles 2
Buzón 475, Peñuelas PR
00624

United States District Court
Clerks Office, 150 Ave Carlos
Chardon Ste. 150, San Juan,
P.R. 00918-1767

U.S. POSTAGE PAID
PEÑUELAS, PR
00624
AUG 09, 21
AMOUNT
$0.55
R2305K138667-25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Morales Robles*

Participant's Address: *HC-02-Box-12006 Aguas Buenas PR.00703*

Participant's Email Address: *evelyn morales 27 alondra @ gmail.com.*

Name of Counsel: *#17 BK 3283-LTS Promesa titulo III*

Address of Counsel: *Estado Libre Asociado de Puerto Rico.*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Reclamacion Num. 104104*

Nature of Claim: _____

By: *Evelyn Morales Robles*
Signature

*Evelyn Morales Robles*
Print Name

_____
Title (if Participant is not an individual)

*Lunes 9 Agostos 2021.*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Morales Robles
HC-02 Box-12006
Aguas Buenas Pres to Rico
00703.

RECEIVED & FILED
2021 AUG 11 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

SAN JUAN PR 009
9 AUG 2021 PM 2   L

United States District.
Court-Clerk's
Office 150.
Ave Carlos Chardon
Ste. 150
San Juan. P.R. 00918-
1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mariliana Reyes Matos_

Participant's Address: _Urb. Alturas de Rio Grande calle 6 G-277 R.G 00745_

Participant's Email Address: _pr2000.reyes@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _reclasificación y retribución_

By: _Mariliana Reyes Matos_
    Signature

_Mariliana Reyes Matos_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 5 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritini Reyes Nabes
Ubairas de la Gamb
Cale 6 G-277
Rio Grand, PR 00745

RECEIVED
2021 AUG 1   PH 6:3?
CLERK OF
U.S. DIST
SAN J

United States District Court
Clerks Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Gladys Rivera Rosa_

Participant's Address: _HC-04 Box:4145 Humacao, P.R. 00791-8910_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Gladys Rivera Rosa_
Signature

_Gladys Rivera Rosa_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gladys Rivera Roba
HC-04 Box: 4145
Humacao, P.R. 00791-8910

SAN JU...
9 AUG 2021  PM 2 . L

RECEIVED & FILED
2021 AUG 11  PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COU...
SAN JUAN, P.R.

United States District
Court, Clerk's
Office, 150
Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767