**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtor.[1] | |

**NOTICE OF INTENT OF THE HERMANDAD DE EMPLEADOS DEL FONDO DEL SEGURO DEL ESTADO, INC., UNIÓN DE MÉDICOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO CORP. AND LIZBETH MERCADO CORDERO, TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

1. *Hermandad de Empleados del Fondo del Seguro del Estado, Inc.* (UECFSE), *Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp.* (UMCFSE) and Lizbeth Mercado Cordero, hereby submit this notice of intent to participate in discovery for confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [ECF No. 17627] as may be amended (the "Plan") and states:

2. The contact information of the UECFSE, UMCFSE and Lizbeth Mercado Cordero is:

    Hermandad de Empleados del Fondo del Seguro del Estado, Inc.
    Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp.
    Lizbeth Mercado Cordero

    BUFETE EMMANUELLI, CSP

    Rolando Emmanuelli Jiménez
    Jessica Esther Méndez Colberg
    472 Tito Castro Ave.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Marvesa Building, Suite 106
Ponce, PR 00716-4701
rolando@emmanuelli.law
jessica@emmanuelli.law
787-848-0666 (telephone)
787-841-1435facsímile)

3. The nature of UECFSE, UMCFSE and Lizbeth Mercado Cordero claims are:

   a. UECFSE and UMCFSE represent retirees and participants of the retirement systems of the debtor Commonwealth of Puerto Rico.

   b. Lizbeth Mercado Cordero is a current employee of Corporación del Fondo del Seguro del Estado, a participant of the retirement system of the Commonwealth of Puerto Rico, and president of UECFSE.

   c. Nature of Claims: Claims for pension benefits and any and all post-employment benefits owed or owing to any retiree or former employee of a Debtor, or any person who is or was a participant in a pension plan sponsored or administered by a Debtor, including the Pay-Go system established under Act 106 of 2017, and any beneficiary of any of the foregoing person, or any claim relating to those benefits.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In Ponce, Puerto Rico, this 12th day of August, 2021.



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716

2

Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
Jessica E. Méndez Colberg
USDC: 302108

Email: rolando@emmanuelli.law
jessica@emmanuelli.law

3