UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|    Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 11, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

1. Wilfredo Vega Flecha
2. Eneida Perez Diaz
3. Mariam L. Colon Diaz
4. Gadiel Olivo Montañez
5. Caribbean Asset Management & Funding, Intima Inc. c/o Angel I. Acevedo
6. Agustin Garcia Narvaez
7. Damaris de la Rosa Andujar
8. Juana Maymi Otero
9. Francisca Delgado Wells
10. Olga Betancourt Vega
11. Virginia Maldonado Maldonado
12. Herminia de Jesus Ruberte
13. Lyzette Reyes Berrios
14. Ricarda Ortiz Cotto
15. William Alberto Vazquez Muñoz
16. Maria V. Rosario Cuevas
17. Norberta Olivo Ortega
18. Virgen M. Rivera Rojas
19. Rosa V. Gonzalez Paulino
20. Viviana Pares Figueroa
21. Carlos D. Santiago Barbosa
22. Sylvette M. Santos Longo (2 notices)
23. Florence Quilichini

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

24. Celia Rodriguez Alicea

25. Nancy McCormick Calimano

26. Hector Luis Mattei Calvo & Amelia Balasquide Frau

27. Edna Hilda Deliz Garcia

28. Maritza Castro Rivera

29. Katherine Hargrove Cordero

30. Angela Garzon

31. Christine Garcia

32. Rene Barriera Perez

33. Maria de los Angeles del Valle Tirado

34. Yazmin Figueroa Garcia

35. Elsa Berrios Lopez

36. Noemi Guzman Muñoz

37. Isabel Torres Berrios

38. Ivelisse Perez Miranda

39. Luis O. Berrios Rivera

40. Frances Izquierdo

41. Dario Suarez Ramirez (2 notices)

42. Hilda A. Izquierdo Stella (2 notices)

43. Davis Busquets (2 notices)

44. Wilberto Torres Sanchez

45. Patricia Moscoso

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 12, 2021

Dated: August 12, 2021