Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Vega Flechs_

Participant's Address: _HC-02 BOX 11090 Hamccco P.R 00791_

Participant's Email Address: _Wilfredo Vega 18@ Ychou.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Wilfredo Vega_
Signature

_Wilfredo Vega_
Print Name

_____
Title (if Participant is not an individual)

_08/18/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneida Pérez Díaz_

Participant's Address: _Bonet 354-Mayagüez, P.R. 00682_

Participant's Email Address: _eneida.perez28@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153400_

Nature of Claim: _Unpaid salaries in violation of law._

By: _Evelyn Pérez Díaz_
Signature

_Eneida Pérez Díaz_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Freida Perez Díaz
Box#357
Mayagüez, P.R. 00682

RECEIVED & FILED
2021 AUG 11  PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon STe. 150
San Juan, P.R. 00918-1767

00918-170625

CERTIFIED MAIL
7021 0350 0000 0600 0633

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mariam L. Colón Diaz_

Participant's Address: _Calle Municipal E-6 Quintas del Norte Bayon P-R 00959_

Participant's Email Address: _lizetcolondiaz@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 49682_

Nature of Claim: _Law # 89 and Law 96_

By: _Mariam Colón Diaz_
Signature

_Mariam L. Colón Diaz_
Print Name

_____
Title (if Participant is not an individual)

_9/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marian L Colón
Calle Municipal E-6
Buzón del Norte Bayamón PR.
00959

7021 0350 0001 0381 6472

CERTIFIED MAIL

SAN JUAN PR 009
9 AUG 2021 PM 7 L

Court's clerk office
United States District Court
Clerk Office 150
Ave. Carlos Chardon Ste. 150
San Juan PR. 00918 - 1767

PITNEY BOWES
$ 007.000
AUG 09 2021
MAILED FROM ZIP CODE 00961

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gadiel Olivo Montañez_

Participant's Address: _C/18 V-24 Urb. La Esperanza Vega Alta P.R. 00692_

Participant's Email Address: _E|-_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _x_

Nature of Claim: _Public Employee (Fire department of P.R)_

By: _Gadiel Olivo Montañez_
Signature

_Gadiel Olivo Montañez_
Print Name

_____
Title (if Participant is not an individual)

_August 10   2021_
Date

From: Gadiel Oliver Montañez
c/18 V-24
Urb. La Esperanza
Vega Alta P.R. 00692

SAN JUAN PR 009

10 AUG 2021 PM 1 L

To: United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED
2021 NOV 11 PM 12:51

00918-170625

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Caribbean Asset Management & Funding, Intima Inc.

Participant's Address:     Urb. Paseo Alto, 68 Calle 2, San Juan, PR 00926-5918

Participant's Email Address:     camfiinc@gmail.com

Name of Counsel:     Angel L. Acevedo Esq. (President)

Address of Counsel:     Urb. Paseo Alto, 68 Calle 2 San Juan, P.R. 00926-5918

Email Address of Counsel:     acevedolaw@aol.com

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     27906

Nature of Claim:     Contract Good & Services Provided

By: _____
Signature

Angel L. Acevedo Esq.
Print Name

President
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Caribbean Asset Management & Funding Inc.*
URB. PASEO ALTO
68 CALLE 2
SAN JUAN PR 00926-5918

RECEIVED & FILED

2021 AUG 11  PM 3: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009

10 AUG 2021  PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706.25

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _AGUSTIN GARCIA NARVAEZ_

Participant's Address:   _URB: COLINAS METROPOLITANAS; X5 CALLE CERRILLO, GUAYNABO, PR 00969-5240_

Participant's Email Address:   _WMUNIZPE @GMAIL.ROM_

Name of Counsel:   _RAMON PLAZA MONTERO; LIDIS JUSINO CRUZ_

Address of Counsel:   _2613 LINDARAJA; PONCE, PR 00716-3853_

Email Address of Counsel:   _LICENCIADOPLAZAMONTERO @GMAIL.COM_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _12113_

Nature of Claim:   _WAGES / LEGAL CLAIM_

By:   _[signature]_
Signature

_RAMON PLAZA - MONTERO_
Print Name

_ATTORNEY_
Title (if Participant is not an individual)

_AUGUST 9, 2021_   _8/9/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Scanned with CamScanner

CLOSE

# Prime Clerk
A **KROLL** BUSINESS

## Creditor Data Details - Claim # 12113

**Creditor**

GARCIA NARVAEZ, AGUSTIN

**Debtor Name**

Puerto Rico Electric Power Authority

**Date Filed**

05/02/2018

**Claim Number**

12113

**Schedule Number**

n/a

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| **C*** | |
| **U*** | |
| **D*** | |
| **Asserted Claim Amount** | $543,702.17 |
| **C*** | |
| **U*** | U |
| **F*** | |
| **Current Claim Value** | $543,702.17 |
| **Claim Status** | Asserted |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C*** | |
| **U*** | |
| **D*** | |

Lila Ramos Llera
2413 Lindmania
Ponce, PR. 00716-3853

RECEIVED & FILED
2021 AUG 11 PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardin Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 000
10 AUG 2021 PM 1 L

FOREVER USA

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Darrais M. De la Rosa Andujar

Participant's Address: Urb. Pto. Nevo c/20 ne #1151 San Juan P.R. 00920

Participant's Email Address: familiadelarosa630@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Pension V Retiree Claims

By: _____
Signature

Darrais De la Rosa
Print Name

_____
Title (if Participant is not an individual)

10-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO



Electronic Proof
of Claim
ABS# K 27369
(CSA# 4214#CF)

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

DAMARIS DE LA ROSA ANDUJAR

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

URB. PUERTO NUEVO
CALLE 20 N.E. 1151
SAN JUAN, PUERTO RICO 00920

787-630-4585
Contact phone / Teléfono de contacto

FAMILIADELAROSA630@GMAIL.COM
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

URB. PUERTO NUEVO
CALLE 20 N.E. 1151
SAN JUAN, PUERTO RICO 00920

787-630-4585
Contact phone / Teléfono de contacto

FAMILIADELAROSA630@GMAIL.COM
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   _____

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ 70,000 _____. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>☒ No / No<br><br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br><div align="center">RECLAMO BENEFICIO RETENIDO POR EL GOBIERNO</div> |
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:**<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :**<br><br>$_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$_____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:  Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *DAMARIS DE LA ROSA ANDUJAR*
DAMARIS DE LA ROSA ANDUJAR (Aug 10, 2021 10:50 EDT)

Email: FAMILIADELAROSA630@GMAIL.COM

Signature / Firma

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: DAMARIS  Y. DE LA ROSA ANDUJAR
First name / Primer nombre  Middle name / Segundo nombre  Last name / Apellido

Title / Cargo: POLICIA

Company / Compañía: POLICIA DE PUERTO RICO
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: URB. PUERTO NUEVO, CALLE 20 N.E. 1151,
Number / Número  Street / Calle

SAN JUAN    PR    00920
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-630-4585   Email / Correo electrónico FAMILIADELAROSA630@GMAIL.COM

D. De la Rosa
Calle 1 #1151
Urb. Puerto Nuevo
San Juan P.R. 00920

0091881706 C01B

United States District Court
Clerks Office
Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

USA FOREVER

2021 AUG 11 PM 3:25

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juana Maymi Otero_

Participant's Address: _HC 46 Box_

Participant's Email Address: _juanitamaymi @ gmail .com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _116386_

Nature of Claim: _Public Employee and pension/Retiree Claim_

By: _Juana Maymi Otero_
    Signature

_Juana Maymi Otero_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021._
Date

Juana Maymi Otero
Hc 46 Box 5598
Dorado P.R. 00646.

RECEIVED & FILED
2021 AUG 11 PM 3: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerks
Office 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R.
00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Francisca Delgado Wells*

Participant's Address:  *Calle Tricoche #25 Ponce P.R 00730*

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  *El Romeraso Ley 89 12 julio 1979*

By:  *Francisca Delgado Wells*
Signature

*Francisca Delgado Wells*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisca Delgado Valls
Calle Tavisché #2-2
Poce, P.R. 00730

RECEIVED & FILED
2021 AUG 11  PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
10 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 ave. Charbon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Betancourt Vega_

Participant's Address: _Calle 23 531 Vista Azul Arecibo PR 00612_

Participant's Email Address: _riomar2c42 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Law 89 1988-89 96 1996_

By: _Olga Betancourt Vega_
Signature

_Olga Betancourt Vega_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olga Betancourt Vega
Calle23 S31 Vista Azul
Arecibo, P.R. 00612

7021 1970 0000 7933 9581

CERTIFIED MAIL

United States District
Court Clerk, US District
150 Ave. Carlos Chardón
Ste 150 San Juan, P.R.

U.S. POSTAGE PAID
FCM LETTER
00674, PR
AUG 09, 21
AMOUNT
$7.00
R2305K135215-45

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Virginia Maldonado Maldonado*

Participant's Address: *Calle Nueva F-15, Villa Clementina, Gbo. PR 00969*

Participant's Email Address: *vmm1958@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *49762*

Nature of Claim: *See the next page*

By: *Virginia Maldonado*
Signature

*Virginia Maldonado*
Print Name

*individual*
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $7,600 dollars, based on Law 89 of July 12, 1979, Uniform Tax "Romerazo" for the years that I worked for Puerto Rico Telephone. These are from July 5, 1983 to February 23, 1985 with re-entry from August 9, 1993 to August 9, 1999.

Virginia Ma Donado
Calle Nueva F-15
Villa Clementina
Gaayabo, P.R. 00969

RECEIVED & FILED
2021 AUG 11 PH 3: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009

9 AUG 2021   PM 2   L

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Que. Carlos Chardon i
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herminia de Jesús Ruberté*

Participant's Address: *6118 San Claudio St., Urb. Sta. Teresita Ponce, P.R. 00730*

Participant's Email Address: *yanira.toro@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *119338*

Nature of Claim: *Law #89 "Retribución Uniforme" 12 de julio de 1979*

By: *Herminia de Jesús Ruberté*
Signature

*Herminia de Jesús Ruberté*
Print Name

*N/A*
Title (if Participant is not an individual)

*August 08, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Herminia De Jesus
Wb. Santa. Teresita
6118 calle San Claudio
Ponce, P.R. 00730

7020 2450 0001 1404 6824

To: Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
00780 LAUREL, PR
AUG 09, 21
AMOUNT
$7.00
R2305M147983-03

00918-1706Z5

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lyzette Reyes Benios_

Participant's Address: _HC-12 Box 7256 Humacao, P.R. 00791_

Participant's Email Address: _lyz77fh@hotmail.com_

Name of Counsel: _Lcdo. Roberto Maldonado Nieves_

Address of Counsel: _344 Calle 7 N.E. Oficina 1A. San Juan P.R. 00921_

Email Address of Counsel: _romn1960@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Lyzette Reyes Benios_
       Signature

_Lyzette Reyes Benios_
Print Name

_____
Title (if Participant is not an individual)

_4/ Agosto /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lizette Reyes Bonbos
HC-12 Box 42574
Humacao, P.R. 00791

United States
District Court, Clerks
Office, 150 Carlos Chardon
Ste. 150. San Juan PR.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricarda Ortiz Cotto_

Participant's Address: _198 Hacienda Primavera Cidra Puerto Rico 00739_

Participant's Email Address: _ricardita @ gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _No. 17 BK 3283 - LTS_

By: _____
Signature

_Ricarda Ortiz Cotto_
Print Name

_____
Title (if Participant is not an individual)

_August 10 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Stē. 150, San Juan, P.R. 00918-1767.

Ricardo Ortiz Coffo
198 Hacienda Primavera
Cidra, P.R. 00739

RECEIVED & FILED
2021 AUG 11 PM 3: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

10 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste-150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Alberto Vázquez Muñoz_

Participant's Address: _Palmas del turabo c/canarias #47, Caguas P.R. 00727_

Participant's Email Address: _Vazquezwilliam@yahoo.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _ECF NO. 15416_

Nature of Claim: _Promesa title III_

By: _William Alberto Vázquez_
Signature

_William Alberto Vázquez_
Print Name


Title (if Participant is not an individual)

_8/1/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



CERTIFIED MAIL®

7021 1970 0000 8182 5744

William Alberto Vasquez
Palmes Del turabo 4canarias
#47, caguas P.R. 00727

United States District Court,
Clerk's office, 150 Ave Carlos Chardon 5te.
150, San Juan, P.R. 00918-1767

00916-170399

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 09, 21
AMOUNT
$7.00
R2304M111160-7

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Maria V. Rosario Cuevas_

Participant's Address: _PO Box 40484 San Juan PR 00940_

Participant's Email Address: _mariarosario234@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11042_

Nature of Claim: _Salary Claim (Court of First Instance_
_San Juan PR Civil Num._
_K PE 2007- 4359 (803)_

By: _Maria V. Rosario Cuevas_
    Signature

_Maria V. Rosario Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_5 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Srta. Maria Rosario-Cuevas
PO Box 40484
San Juan PR 00940

RECEIVED & FILED
2021 AUG 11 PM 3: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7020 1290 0000 5163 5283

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
9 AUG 2021 PM 2 L

00918-1706825

$6.45
AMOUNT
R2304FP119094-03
AUG 09.21
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norberta Olivo Ortega_

Participant's Address: _Vistas de Luquillo II 315 Diamante - Luquillo PR_

Participant's Email Address: _angelcordero4@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176658_

Nature of Claim: _Public Employee Claims_

By: _Norberta Olivo Ortega_
Signature

_Norberta Olivo Ortega_
Print Name

_____
Title (if Participant is not an individual)

_8-10-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

N. Olivo Ortega
Vistas de Luquillo II
Diamante 315, Luquillo
PR - 00773

7021 0350 0000 0992 5247

CERTIFIED MAIL

00918-170625

RECEIVED & FILED

US District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



U.S. POSTAGE PAID
FCM LETTER
LUQUILLO, PR
AUG 10, 21
AMOUNT
$3.60
R2305K143160-11



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virgen M Rivera Rojas_

Participant's Address: _AC-05 Box 5429 J. Díaz, P.R.00795_

Participant's Email Address: _vrojas1258 9 gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Virgen M Rivera Rojas_
Signature

_Virgen M Rivera_
Print Name

_Dept. Social Services_
Title (if Participant is not an individual)

_10-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Virgen M. Rivera Hgos
Hc-05 Box 5495
Juana Diaz, PR. 00795

00918-170625

RECEIVED & FILED
2021 AUG 11 PM 3: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
10 AUG 2021 PM 1 L

at: United States District
Court, Clerk's office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa V. González Paulino_

Participant's Address: _P.O. Box 164, Angeles, PR. 00611_

Participant's Email Address: _Rekagonzalez61@gmail.com_

Name of Counsel: _Promesa (Title VII_

Address of Counsel: _No. 17 BK 3283-LTS_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rosa V. González Paulino_
  Signature

_Rosa V. González Paulino_
  Print Name

_____
  Title (if Participant is not an individual)

_9 agosto 2021_
  Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa V. González Paulino
P.O. Box 164
Angeles, P.R. 00611

210720U2

Tribunal de Distrit
de los Estados Unidos, Oficina
del Secretario, 150
Ave. Carlos Chardón
Ste. 150, San Juan, P.R.
00918-1767.

#17020744

SAN JUAN PR 009

9 AUG 2021 PM 2 L



RECEIVED & FILED
2021 AUG 11  PM 3 38

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Viviana Parés Figueroa_

Participant's Address: _18 Camino los Figueroa, S-J, P. Rico 009 9544_

Participant's Email Address: _viviana.pares@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
    Signature

    _Viviana Parés Figueroa_
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Viviana Parés Figueroa
18 Camino Los Figueroa
San Juan, PR. 00926-9544

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Charbón Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR  009

10 AUG 2021 PM 1 L

RECEIVED & FILED
US DISTRICT COURT
SAN JUAN, PR

2021 AUG 11 PM 3:3

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Carlos S. Snsanango Barbosa_

Participant's Address: _CALLE 14-B #B-32 Altorns de Reo Grande P.R. 00745_

Participant's Email Address: _carlydanel03@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43241_

Nature of Claim: _Pensionis Retiree Claims_

By: _____
       Signature

_Carlos S. Snsango Barbosa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos S. Santiago Barbosa
Calle 14-B #B-32 Alturas Rio Camando
Rio Camando P.R. 00745

SAN JUAN PR   009
10 AUG 2021 PM 1  L

0091803706 0018

United States District Court
Clerks Office
Ave. Carlos Chardon Ste. 150.
San Juan P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvette M. Santos Longo_

Participant's Address: _Urb. La Hacienda  A48 calle A  Comerio P.R. 00782_

Participant's Email Address: _santossylvette@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sylvette M. Santos Longo (signature)_
Signature

_Sylvette M. Santos Longo_
Print Name

_Trabajadora Social_
Title (if Participant is not an individual)

_Agosto 10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR   009

10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 31   PM  3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625

Sylvette M. Santos Longo
Urb. La Hacienda
A 48 Calle A
Comerio, Pto Rico 00782

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvette M. Santos Longo_

Participant's Address: _Urb. La Hacienda A 48 Calle A Comerio P.R. 00782_

Participant's Email Address: _Santossylvette @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
Signature

_Sylvette M. Santos Longo_
Print Name

_Trabajadora Social_
Title (if Participant is not an individual)

_Agosto 10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

10 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625

Silvette M. Saubs Longo
Urb. La Hacienda
A 48 Calle A
Comerio, Pto. Rico
00782

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Florence Quilichini*

Participant's Address:   *Urb. Carrina del Sur, 310 Calle Canaria Ponce, P.R. 00716*

Participant's Email Address:   *fqp9843@yahoo.com*

Name of Counsel:   *NA*

Address of Counsel:   *NA*

Email Address of Counsel:   *NA*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:   *Investment of $50,000 of employee Retirement System Bonds.*

By: *Florence Quilichini*
Signature

*Florence Quilichini*
Print Name

Title (if Participant is not an individual)

*August 6, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Florence Quilichini Paz
Urb Camino Del Sur
310 Calle Canario
Ponce, PR 00716

SAN JUAN PR   009

9 AUG 2021   PM 2   L

00918-241199

United States District Court
Clerk's Office
150 Carlos Chardón Street 150
San Juan, Puerto Rico, 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celia Rodriguez Alicea_

Participant's Address: _Apartado 289, Naranjito P.R. 00719_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Intent to participate in discovery_

By: _x_ _[signature]_
Signature

_Celia Rodriguez Alicea_
Print Name

_____
Title (if Participant is not an individual)

_x 9 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celia Rodriguez Alicea
P.O. Box 289
Naranjito, PR. 00719

RECEIVED & FILED
2021 AUG 11 PM 3:38
CLERK'S OFFICE

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR. 00918-1767



GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy Mc Cormick Calimano_

Participant's Address: _P.O. Box 681 Guayama, Puerto Rico 00785-0681_

Participant's Email Address: _nancy mc cormick 1950 a gmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PackID 34179 MMLID: 2049485-P SVC: ADSHN-Q_

Nature of Claim: _Department of Education_

By: _Nancy Mc Cormick Calimano_
Signature

_Nancy Mc Comick Calimano_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rmte: Nancy McCormick Calimano
P.O. Box 681
Guayama, Puerto Rico 00785-0681

RECEIVED & FILED

2021 AUG 11  PM 3: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

10 AUG 2021 PM 1  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Luis Mattei Calvo and Amelia Balasquide Frau_

Participant's Address: _Jard. de Ponce   H8 Paseo Trebol - Ponce, PR 00730_

Participant's Email Address: _abalasquide8 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment in Employee Retirement System Bonus_
_$85,000     CUSIP 29216 MBP4_

By: _____
Signature

_Héctor Luis Mattei Calvo_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor R. Matta Calvo
Jardines de Ponce
H8 Paseo Michel
Ponce, PR. 00730

RECEIVED & FILED
2021 AUG 11  PM 3: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
10 AUG 2021 PM 1  L

United States District Court
Clerk's Office
150 Avi. Carlos Chardón - Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edna Hilda Deliz Garcia*

Participant's Address: *Ave. Noel Estrada 426 A Isabela PR 00662*

Participant's Email Address: *ehdeliz@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *113713 , 120424*

Nature of Claim: *Public Employee and Pension Retiree Claims*

By: *Edna H. Deliz Garcia*
Signature

*Edna H. Deliz Garcia*
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edna M. Deliz García
Ave. Noel Estrada 3226 A
Isabela, Puerto Rico 00662

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7019 2280 0001 4074 7877

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
AUG 09, 21
AMOUNT
$7.00
R2305K136571-11

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Maritza Castro Rivera_

Participant's Address:   _P.O Box 1096 Arroyo, P.R. 00714_

Participant's Email Address:   _maracastro97 @ yahoo.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _No. 17 BK 3283 - LTS_

Nature of Claim:   _Intention to participate in discovery in connection with confirmation of the plan._

By:   _Maritza Castro_
Signature

_Maritza Castro Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08 - 10 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARITZA CASTRO RIVERA
PO BOX 1096
ARROYO P.R. 00714

CERTIFIED MAIL

7021 0350 0001 0814 1494

00918-170625

UNITED STATES DISTRICT COURT CLERKS OFFICE
150 AVE CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 10, 21
AMOUNT
$3.60
R2305K131158-20

1000

00918

USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine Hargrove Cordero_

Participant's Address: _HC 01 31325 Juana Diaz PR 00795_

Participant's Email Address: _katherine.hargrove19@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102206, 107924, 50386, 50545, 132700_

Nature of Claim: _Retiro, Ley 96, Ley 164, Ley 180_

By: _Katherine Hargrove Cordero_
Signature

_Katherine Hargrove Cordero_
Print Name

_____
Title (if Participant is not an individual)

_9-ago-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katherine Hargrove
HC-01-31335 Juana Diaz
P.R. 00795

RECEIVED & FILED

2021 AUG 11 PM 3: 39

CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court, Clerks
Office 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-17107

00918-170625

7021 1970 0001 1035 0537

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angela Garzón_

Participant's Address: _HC 5 Box 5152 Yabucoa, P.R. 00767_

Participant's Email Address: _garzonangela470@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172568_

Nature of Claim: _Corporación Azucarera salarios impagos numerosos_

By: _Angela Garzón_
Signature

_Angela Garzón_
Print Name

_____
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Angela Haugon
HC 5 Boy 5156
Yabucoa, P.R. 00767-

To Court's Clerk Office
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

7020 3160 0001 2186 3725

CERTIFIED MAIL

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Christine Garcia_

Participant's Address: _Lagoplaya Calle Coral 3000 Apt 3032 Toa Baja PR 00849_

Participant's Email Address: _Chrstgrc1@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2973_

Nature of Claim: _Confirmation of Commonwealth plan of Adjustment._

By: _[signature]_
Signature

_Christine Garcia_
Print Name

_____
Title (if Participant is not an individual)

_6/agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

C. García
Lago Playa Velle Camel
3001, Apt 3432
Toa Baja, PR 00949

RECEIVED & FILED
2021 AUG 11 PM 3: 39
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court.
Clerk's Office
150 Ave. Carlos Chardón ST 150.
San Juan, PR. 00918 1762

SAN JUAN PR  009
10 AUG 2021 PM 1  L

Clerk's office

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rene Barriera Perez_

Participant's Address: _Com. Caracoles 2 Buzon 475 Peñuelas, P.R. 00624_

Participant's Email Address: _Lizabarrier7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rene Barrera Perez
Com. Caracoles 2
buzon 475, Penuelas, PR
00624

RECEIVED & FILED
2021 AUG 11  PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan,
PR. 00918-1767.



UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
PENUELAS, PR
00624
AUG 09 '21
AMOUNT
$0.55
R2305K138667-25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de los Angeles del Valle Tirado_

Participant's Address: _Calle 1 D-9 Urb. Los Almendros, Juncos, P.R._ _00777_

Participant's Email Address: _madelValle.t@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Ma. de los A del Valle Tirado_
Signature

_Maria de los A.-del Valle Tirado_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2,021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Del Valle Tirado; Maria de los Angeles
Calle 1 D-9 Urb. Los Almendros;
Juncos, P.R. 00777

RECEIVED
2021 AUG 11 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office; 150 Ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yazmin Figueroa Garcia_

Participant's Address: _Urbanizacion Doraville 29 calle andalucia Dorado P.R 00646._

Participant's Email Address: _cucala97@ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55738_

Nature of Claim: _Public Employee and Pension/Retire claims_

By: _Yazmin Figueroa Garcia_
Signature

_Yazmin Figueroa Garcia_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 10 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yazmin Figueroa Garcia
Urbanización Doraville
29 Calle andalucia
Dorado P.R. 00646

RECEIVED & FILED
2021 AUG 11  PM 3: 40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR  009
10 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Berrios López_

Participant's Address: _P.O. Box 543 Barranquitas, P.R. 00794_

Participant's Email Address: _eberrios661@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _142287_

Nature of Claim: _____

By: _Elsa Berrios López_
    Signature

_Elsa Berrios López_
Print Name

_Pension/Retiree Claims_
Title (if Participant is not an individual)

_9 - august - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsa Berríos López
P.O.-Box 543
Barranquitas, P.R. 00794

RECEIVED & FILED
2021 AUG 11 PM 3:40
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

00918-170625

SAN JUAN PR   009
10 AUG 2021 PM 1 L

United State District Court
Clerk's Office
150 ave. Carlos Chardón ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemi Guzmán Muñoz_

Participant's Address: _Reparto Teresita Calle 26 AB2 Bayamón, PR D0961_

Participant's Email Address: _nxguz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _17 BK 3283 - LTS_

By: _Noemi Guzmán Muñoz_
   Signature

_Noemi Guzmán Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Noemí Guzmán Muñoz
Reparto Teresita
Calle 26 AB-2
Bayamón, PR 00961

00918-170625

SAN JUAN PR   009
9 AUG 2021   PM 2   L

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P. R. 00918-1767

2021 AUG 11   3 40
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Torres Berríos Isabel_

Participant's Address: _Calle 17 R29 Urb. Magnolia Gardens Bayamón PR 00956_

Participant's Email Address: _evelez 59 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90259_

Nature of Claim: _Public Employee and Pension Retiree claims_

By: _(signature)_
Signature

_Isabel Torres Berríos_
Print Name

_____
Title (if Participant is not an individual)

_agosto 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel Torres Berrios
Calle 17 R29 Urb. Magnolia Gardens
Bayamon, PR 00956

RECEIVED & FILED
2021 AUG 11 PM 3:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste.150, San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Pérez Miranda_

Participant's Address: _Cond. Concordia Gdns. I, 8 Calle Livorno Apto. 3N_
_San Juan, P.R. 00924_

Participant's Email Address: _ivelissemperez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE2007-4359_

Nature of Claim: _Salary claim don't pay me ($22,140.⁰⁰)_

By: _Ivelisse Miranda_
Signature

_Ivelisse Pérez Miranda_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iuelisse Perez
Cod. Concordia Cdn. II
8 Calle Livorna
Apto 3 N
San Juan, P.R. 00904

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.L. 00918-1767

00918-170825

SAN JUAN PR  009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis O. Berrios Rivera_

Participant's Address: _Calle 3 712 Urb. El Rosario Vega Baja, P.R. 00693_

Participant's Email Address: _berriosrivera369@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _former employment with the government of Puerto Rico_

By: _[signature]_
Signature

_Luis O. Berrios Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luis V. Berrios
Calle 3 n12 Urb. El Rosario Vega Baja
Puerto Rico, 00693



To: Court's Clerk's Office
United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Frances Izquierdo_

Participant's Address: _1511 Ave Ponce de León  Apto 1082 Torre 1000_
_San Juan   P. R.  00909_

Participant's Email Address: _Fjizquierdos@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Invested $105,000 in Employee Retirement System Bonds_

By: _Frances I. de Suarez_
/Signature

_Frances Izquierdo_
Print Name

_____
Title (if Participant is not an individual)

_08 / 05 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1511 Ave. Ponce de Leon
Apto 1082 Torre 1000
San Juan P.R. 00909

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00909
AUG 09, 21
AMOUNT
1000        **$1.20**
         R2305K136534-17
    00918

EXTRA
POSTAGE
REQUIRED

Courts Clerk office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan P.R.    00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Dario Suares Ramires_

Participant's Address: _1511 Ave Ponce de Leon apt 1052 Tore 1000 Ciudadella_
_San Juan P.R. 00909_

Participant's Email Address: _dario. suares @ cbs .com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Invested $140,000 in Employee Retirement Sys_
_Bonds_

By: _Dario Suares Ramires_
  Signature

_DARIO SUAREZ RAMIREZ_
Print Name

_____
Title (if Participant is not an individual)

_08-05-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1511 Ave. Ponce de León
Apto 1082 Torre 1000
San Juan  P.R. 00909



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00909
AUG 09, 21
AMOUNT
$1.20
R2305K136534-17

1000          00918

EXTRA
POSTAGE
REQUIRED

Courts Clerk office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan  P.R.      00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any,

Participant's Name: _Margarita, Mariana, Parmey y Dario SuaSan_

Participant's Address: _Ur. Mariani, 9031 Sultona Pare Q.00711-1120_

Participant's Email Address: _dario.suarez@UBS.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment in $15,000 in Employee Retirement System Bonds 29216MBN9_

By: _Dario Suarez Parmey_
    Signature

_Dario Suarez Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_6-8-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1511 Ave Ponce de Leon
Apto 1082 Torre 1000
San Juan  P.R. 00909



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00909
AUG 09, 21
AMOUNT
**$1.20**
R2305K136534-17

1000        00918

EXTRA
POSTAGE
REQUIRED

Courts Clerk office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan P. R.    00918-1767

2021 AUG 11 PM 3:27
U.S. DISTRICT COURT
DISTRICT OF P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda A Izquierdo Stell_

Participant's Address: _Urb La Rambla D1632 Navarra Ponce P.R. 00730-4059_

Participant's Email Address: _._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment $100,000 in Employee Retirement System Bond 29216 MBL3_

By: _[signature]_
Signature

_Hilda A. Izquierdo Stella_
Print Name

_____
Title (if Participant is not an individual)

_8/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1511 Ave Ponce de León
Apto 1082 Torre 1000
San Juan P.R. 00909

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00909
AUG 09, 21
AMOUNT

1000                00918          $1.20
                                   R2305K136534-17

EXTRA
POSTAGE
REQUIRED

Courts Clerk office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan P.R.   00918-1767

SAN JUAN P.R.
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 AUG 11 PM 3:27

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda A Izquierdo Stella_

Participant's Address: _Urb Rambla 1632 Navarra Ponce P.R 00730-4059_

Participant's Email Address: _._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment $150,000 in Employee Retirement System Bond 29216 MAC4_

By: _Hilda A Izquierdo Stella_
Signature

_Hilda A. Izquierdo Stella_
Print Name

_____
Title (if Participant is not an individual)

_8 / 09 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1511 Ave. Ponce de León
Apto. 1082 Torre 1000
San Juan P.R. 00909



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00909
AUG 09, 21
AMOUNT
**$1.20**
R2305K136534-17

1000        00918

EXTRA
POSTAGE
REQUIRED

Courts Clerk office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan P.R.   00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DR. DAVID BUSQUETS_

Participant's Address: _SUITE 810  AVE ROOSEVELT #525  SAN JUAN, P.R. 00918_

Participant's Email Address: _dbusquetsLLOREN@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Invested $100,000 in Employee Retirement System Bonds 2026 MACY_

By: _[signature]_
    Signature

_DAVID BUSQUETS_
Print Name

_N/A_
Title (if Participant is not an individual)

_8/9/21_
Date

[stamp: RECEIVED & FILED 2021 AUG 11 PM 3:27 CLERK'S OFFICE DISTRICT COURT SAN JUAN P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oficina Dental Dr. David J. Busquets
Suite 810, La Torre de Plaza Las Américas
525 F.D. Roosevelt, San Juan, PR 00918
Tel. 751-1053 • 751-5751
Fax 767-5640



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 000.71⁰
0002762604  AUG 09 2021
MAILED FROM ZIP CODE 00918

VNITED STATES DISTRICT COURT
CLERKS Office
150 Ave. CArlosChardon
Suite 150
SAN Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DR. DAVID BUSQUETS_

Participant's Address: _SUITE 810   AVE ROOSEVELT #325_
_SAN JUAN, PR 00918_

Participant's Email Address: _dbusquetsLLorens@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Invested $75,000 In Employee Retirement System Bonds_
_29216 MBL3_

By: _____
Signature

_DAVID BUSQUETS_
Print Name

_N/A_
Title (if Participant is not an individual)

_8/9/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Oficina Dental Dr. David J. Busqueis
Suite 810, La Torre de Plaza Las Americas
525 FD. Roosevelt, San Juan, PR 00918
Tel. 751-1053 • 751-5751
Fax 767-5640

United States DisTricT CourT
CleRks OffiCe
150 Ave. CARlos ChARdon
Suite 150
SAN Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilberto   Torres   Sánchez_

Participant's Address: _Cond. Paseo de Gales 500 carr 9189 Apt 22  Gurabo PR 00778_

Participant's Email Address: _watsanc @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762 -- 177168_

Nature of Claim: _Ley 89 - Promesa Romerazo_

By: _Wilberto Torres Sánchez_
Signature

_Wilberto Torres Sanchez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PRIORITY MAIL 1-DAY®

**PRIORITY**®
**MAIL**

0 Lb 1.70 Oz

1005

EXPECTED DELIVERY DAY: 08/11/21

C018

■ Expe...

■ Most ...mestic shipments include v... restrictions apply).*

■ USPS ...ing® included for dom... ...onal destinations.

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

■ Limite... ...

■ When ...equired.

*Insuranc... ...sions see the
Domestic ...
** See Inte... ...mitations of coverage.

USPS TRACKING® #

9505 5114 0553 1222 5929 74

**FLA**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**

Wilberto Torres Sánchez
Cond. Paseo de Gales
500 carr. 9189 Apt 22
Gurabo PR 00778

**TO:**

United State District Court, clerks office
150 Ave. Carlos Chardon STe. 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 11 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Patricia MOSCOSO_

Participant's Address: _B-62 RiDgewood Drive Estancias de Torrimar. Guaynabo P.R. 00966_

Participant's Email Address: _patmoscoso@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _I wish to participate in discovery in conection with confirmation of the Plan._

By: _[signature]_
Signature

_Patricia Moscoso_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Patricia M. Moscoso
Urb Torrimar
B62 Calle Ridgewood
Guaynabo, PR 00966-3134

Court's Clerk Office
United States District Court
Clerk's office
Carlos Chardon ste 150

San Juan
P.R.
00918 - 1767

RECEIVED & FILED
2021 AUG 11  PM 4:16
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.