IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

            Debtors.³

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### AAFAF'S NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

    If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.

    The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of the of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Puerto Rico Fiscal Agency and Financial Advisory Authority

Participant's Address: Roberto Sánchez Vilella (Minillas) Government Center de Diego Ave. Stop 22 San Juan, PR 00907

Participant's Email Address: Carlos J. Saavedra, Chief Legal Officer carlos.Saavedra@aafaf.pr.gov

Name of Counsel: Peter Friedman

Address of Counsel: 1625 Eye Street, NW Washington, D.C. 20006

Email Address of Counsel: pfriedman@omm.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: N/A

Nature of Claim: N/A

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dated: August 12, 2021
     San Juan, Puerto Rico

Respectfully submitted,

| /s/ *Peter Friedman* | /s/ *Luis C. Marini-Biaggi* |
|---|---|
| John J. Rapisardi | Luis C. Marini-Biaggi |
| (Admitted *Pro Hac Vice*) | USDC No. 222301 |
| **O'MELVENY & MYERS LLP** | Email: lmarini@mpmlawpr.com |
| 7 Times Square | |
| New York, New York 10036 | Carolina Velaz-Rivero |
| Tel: (212) 326-2000 | USDC No. 300913 |
| Fax: (212) 326-2061 | Email: cvelaz@mpmlawpr.com |
| | |
| -and- | **MARINI PIETRANTONI MUÑIZ LLC** |
| | 250 Ponce de León Ave., Suite 900 |
| Peter Friedman | San Juan, Puerto Rico 00917 |
| (Admitted *Pro Hac Vice*) | Tel: (787) 705-2171 |
| 1625 Eye Street, NW | Fax: (787) 936-7494 |
| Washington, D.C. 20006 | |
| Tel: (202) 383-5300 | *Attorneys for the Puerto Rico Fiscal Agency* |
| Fax: (202) 383-5414 | *and Financial Advisory Authority* |

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi