UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER CONCERNING CORRECTED JOINT STATUS REPORT PURSUANT TO ORDER DATED AUGUST 9, 2021 [ECF NO. 17725] IN RESPECT OF DRA PARTIES' LIFT STAY MOTION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Corrected Joint Status Report Pursuant to Order Dated August 9, 2021 [ECF No. 17725] in Respect of DRA Parties' Lift Stay Motion* (Docket Entry No. 17790 in Case No. 17-3283 and Docket Entry No. 1074 in Case No. 17-3567), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board, the "Government Parties"), AmeriNational Community Services, LLC (the "Servicer"), as Servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA (the "Collateral Monitor," and together with the Servicer, the "DRA Parties") (collectively, the "Parties") regarding *The DRA Parties' Amended Motion and Memorandum of Law in Support of their Request for Adequate Protection or Relief from the Automatic Stay* (Docket Entry No. 16276 in Case No. 17-3283 and Docket Entry No. 998 in Case No. 17-3567, the "Lift Stay Motion"), and it appearing that (i) the Court has jurisdiction over this matter pursuant to 48 U.S.C. § 2166(a); (ii) venue of this proceeding and this matter is proper under 48 U.S.C. § 2167(a); and after due deliberation and good cause appearing therefor, it is hereby ORDERED that:

1. The Lift Stay Motion (including discovery with respect to the Lift Stay Motion) is stayed pending a determination of whether the DRA Parties hold an interest in property with respect to the Act 30-31 Revenues (as that term is defined in the Lift Stay Motion) in connection with (i) the *The DRA Parties' Motion for Allowance of an Administrative Expense Claim* (Docket Entry No. 17009 in Case No. 17-3283); (ii) the dispositive motion practice scheduled to begin on or before August 26, 2021, in the adversary proceeding captioned <u>AmeriNational Community Services, LLC, et al. v. Ambac Assurance Corporation, et al.</u>, Adv. Proc. No. 21-00068 (<u>see</u> Docket Entry No. 25 in Adv. Proc. No. 21-00068); or (iii) any objection filed by the DRA Parties to the Oversight Board's request for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 17627 in Case No. 17-3283, the "Plan of Adjustment"), as such may be amended.

    2.    Notwithstanding the preceding paragraph, the DRA Parties may take discovery in accordance with the existing procedures for discovery regarding the Plan of Adjustment (see Docket Entry No. 17640 in Case No. 17-3283), to the extent that the issues concerning the Act 30-31 Revenues are relevant to the confirmation of the proposed Plan of Adjustment (subject to and without prejudice to the parties' positions with respect to any objections that may be raised in connection with particular discovery requests).

SO ORDERED.

Dated: August 13, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge