IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x
In re:                                                           :   PROMESA
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III
                                                                 :
     as representative of                                     :
                                                                 :
THE COMMONWEALTH OF PUERTO RICO                                  :   No. 17 BK 3283-LTS
*et al.*,                                                        :
                                                                 :
                   Debtors.[1]                          :   (Jointly Administered)
---------------------------------------------------------------- x

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

        The parties identified below (the "Participants") hereby advise the Debtors that they intend to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

1. Participants' contact information, including email address, and that of their counsel, if any:

Participants' Names:   Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. (collectively, the "Medical Centers")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Contact Information: | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Brad M. Kahn<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>bkahn@akingump.com<br><br>Joanna F. Newdeck<br>2001 K Street N.W.<br>Washington, DC 20006<br>(202) 887-4000<br>joanna.newdeck@akingump.com |

2. Participants' Claim number and the nature of Participants' Claims:

| | |
|---|---|
| Claim Numbers: | Atlantic Medical Center, Inc.: Claim Number 1847 in the unsecured amount of $13,545,954.88, filed May 27, 2018; Camuy Health Services, Inc.: Claim Number 1859 in the unsecured amount of $31,556,036.69, filed May 28, 2018; Centro de Salud de Lares, Inc.: Claim Number 26928 in the unsecured amount of $38,014,669.19, filed May 26, 2018; Centro de Servicios Primarios de Sauld de Patillas, Inc.: Claim Number 26207 in the unsecured amount of $20,189,760.36 filed May 27, 2018; Ciales Primary Health Care Services, Inc.: Claim Number 1860 in the unsecured amount of $7,139,396.19 filed May 28, 2018; Hospital General Castañer, Inc.: Claim Number 32164 in the unsecured amount of $21,747,370.30 filed May 26, 2018; Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.: Claim Number 1840 in the unsecured amount of $13,227,866.88 filed May 27, 2019; Corporacion de Servicios Medicos de Hatillo: Claim Number 1861 in the unsecured amount of $13,231,531.40 filed May 28, 2018; and Costa Salud Community Health Center: Claim Number 1844 in the unsecured amount of $14,076, 596.41 filed May 27, 2018, (collectively, the "<u>Proofs of Claim</u>"). |
| Nature of Claims: | The Medical Centers' Proofs of Claims arise from both the prepetition and postpetition obligations of the Commonwealth arising pursuant to the federal Medicaid Act. |

OF COUNSEL:

**FELDSMAN TUCKER LEIFER FIDELL**
By: /s/ Nicole M. Bacon
Nicole M. Bacon (*admitted pro hac vice*)
James L. Feldesman (*admitted pro hac vice*)
Khatereh S. Ghiladi (*admitted pro hac vice*)
1129 20th Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 466-8960

**RODRÍGUEZ MARXUACH, PSC**
By: /s/ Miguel Rodríguez Marxuach
Miguel Rodríguez Marxuach
USDC No. 206011
María Celeste Colberg-Guerra
USDC No. 227314
P.O. Box 16636
San Juan, PR 00908-6636
Tel 787-754-9898

**AKIN GUMP STRAUSS HAUER & FELD LLP**
By: /s/Brad M. Kahn
Brad M. Kahn (*admitted pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Joanna F. Newdeck (*admitted pro hac vice*)
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th of August of 2021.

**CERTIFICATE OF SERVICE**: In accordance with the Court's Fifteenth Amended Notice, Case Management and Administrative Procedures (Docket No. 17127-1) (the "CMP Order"), we hereby certify that the foregoing was electronically filed with the Clerk of this Court by using the CM-ECF system which sent notice to all attorneys of record of the Standard Parties, the Affected Parties, and the Rule 2002 Parties. In addition, copy of such filing was sent by mail to the Chambers of the Honorable Laura Taylor Swain and to the Office of the United States Trustee for Region 21.

/s/ Miguel Rodríguez Marxuach
Miguel Rodríguez Marxuach
USDC No. 206011
**RODRÍGUEZ MARXUACH, PSC**
P.O. Box 16636
San Juan, Puerto Rico 00908-6636
Tel 787-754-9898 / Fax 787-754-9897
mrm@rmlawpr.com

3