# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>    Debtor[1]. | BANKRUPTCY NO.: 17-03283 (LTS)<br><br>PROMESA<br>Title III |

## NOTICE OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**TO THE HONORABLE BANKRUPTCY COURT:**

The University of Puerto Rico Retirement System Trust hereby submits its notice of intent to participate in discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al*. [Dkt. No. 17627], as amended, modified, or supplemented (the "Plan"), pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Dkt. No. 17640], and respectfully states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

1. The University of Puerto Rico Retirement System Trust advises the Debtor that it intends to participate in discovery in connection with confirmation of the Plan.

2. The contact information of University of Puerto Rico Retirement System Trust is as follows:

> University of Puerto Rico Retirement System Trust
> Ave. Ponce de León 1019
> San Juan PR 00925
> 787-751-4550
> Email: samuelnales.ret@upr.edu
>
> **AMRC, LLC**
> **Attn. José L. Ramirez-Coll, Esq.**
> P.O. Box 13128
> San Juan, PR 00908
> Tel: (787) 977-0303
> Email: jramirez@amrclaw.com

3. The University of Puerto Rico Retirement System Trust's claims are:

   A. **Claims Numbers:**

      i. Proof of Clam No. 91993

      ii. Proof of Claim No. 93752

      iii. Proof of Claim No. 109456

   B. **Nature of Claims**: Pension funds owed to plan beneficiaries pursuant to Art. 3 of the Puerto Rico Reciprocity Act, 3 PR Laws Ann. §799.

**WHEREFORE**, the University of Puerto Rico Retirement System Trust respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of August, 2021.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record. I also hereby certify that the foregoing was served pursuant to the Fifteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 17127).

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ José L. Ramírez-Coll**
JOSÉ L. RAMÍREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

**s/ Carolina V. Cabrera Bou**
CAROLINA V. CABRERA BOU
USDC-PR No. 305710
ccabrera@amrclaw.com

3