UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 12, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 13, 2021

1. Ana M. Toro Lopez (received on 8/11/2021)
2. Saturnino Velez Rosado
3. Frances Marta Cordova Alvira
4. Miriam Sanchez Lebron
5. Luis Ortiz Lopez
6. Distribuidora Blanco, Inc. c/o Raul Ogando
7. Mirna Ortiz Rivera
8. Asdrubal Pascual Rodriguez
9. Carmelo Vicente c/o Maxima Ortega Reyes
10. Rebecca Perez Rodriguez
11. Adelina Negron Cortes
12. Ana W. Perez Diaz
13. Ileana Martinez Cotto
14. Maria de los A. Santiago Andujar
15. Mario Diaz Mejias
16. Vivian E. Rivera Martinez
17. Nilsa I. Velazquez Zayas
18. Eileen Wankmuller
19. Damaris Gonzalez Santiago
20. Wilfredo Hernandez Medina
21. Raymond Fergelec Cintron
22. Migdalia Fernandez Silva
23. Construccion Luis D. Barreto Perez d/b/a L.B. Construction c/o Luis Barreto Perez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 13, 2021

24. Ricardo T. Navas Marin

25. Eva L. Colon de Navas

26. Brenda E. Berrios Rodriguez

27. Jayla Roulhac

28. Blanca I. Piñero

29. Miguel A. Morales Rivera

30. Sallie A. Perez Fernandez

31. Maria M. Jimenez Padro

32. Ivette Banch Pagan

33. Nydia Rivera Rivera

34. Marleen Santos Hernandez

35. Janet Rosa Rivera

36. Zuleyka M. Morales Rosario

37. Miguel Maldonado Maldonado

38. Reinaldo Pagan Bonilla

39. Educadores Puertorriqueños en Accion c/o Domingo Madera

40. Luz M. Tirado Rosario

41. Ruth M. Benitez Jaime

42. Mirta Vera Cuevas

43. Carlos Quiles Vega

44. Angel M. Pabon Pabon

45. Ronald J. Jachimak

46. Nayda Saustache Iglesias & Ivan A. Iglesias Saustache

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 13, 2021

    47. Eusebio Iglesias Izquierdo & Nayda Iglesias Saustache

    48. Mario Campos Cotto & Ana I. Campos


Dated: August 13, 2021