Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Ana M. Toro López*

Participant's Address:  *Santa Teresita, San Andrés 6217, Ponce, PR 00730*

Participant's Email Address:  *annie.toro 17 @ gmail. com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *K- PE 2007 - 4359 (803)*

Nature of Claim:  *Salary Claim*

By:  *Ana M. Toro López*
Signature

*Ana M. Toro López*
Print Name

_____
Title (if Participant is not an individual)

*5 / August / 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                     Página 5
**Segunda Querella Enmendada**

*Original se file #1*

*Junio 10, 2014*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1. La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2. La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

contrato individual de empleo de los querellantes, el Articulo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3. La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4. Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5. La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6. La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de la Junta de Directores es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.      La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no

Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.      Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.

Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.      El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)                                    Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.   Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.   La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.   La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.   Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.   El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                    Página 10
**Segunda Querella Enmendada**

18.    Además de la cantidad antes expresada, los querellantes reclaman otra

suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96

del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples   ocasiones   han   reclamado   extra-

judicialmente par escrito los aumentos salariales par mérito, lo que ha interrumpido el

término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACIÓN DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios.

En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que

se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador

de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no

exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz,

Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no

exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo

a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford,

más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar

cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los

querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme

y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-

4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En

dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por

proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados

Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución

del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual

trabajo" debe extender la sentencia antes mencionada al caso de marras. La

desigualdad que pretende el querellado, relacionado con la controversia del caso de

epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre

empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y

perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                        Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.       Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.       Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase <u>Malavé Serrano v. Oriental Bank</u>, 2006 JTS 72.

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

Ana M. Toro Lopez
Santa Teresita
San Andrés 6217
Ponce, P.R. 00730



United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *SATURNINO Velez Rosado*

Participant's Address:  *223 CALLE OLGA NOLLA  Villas de Felisa, MAYAGUEZ PR, 00680*

Participant's Email Address:  *saturninoV12@Gmail.com*

Name of Counsel:  *N/A*

Address of Counsel:  *N/A*

Email Address of Counsel:  *N/A*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK·3283-LTS*

Nature of Claim:  *Salario*

By:  *Satur Vel R*
Signature

*SATURNINO Velez rosado*
Print Name

_____
Title (if Participant is not an individual)

*10/agosto/2021*
Date

2021 AUG 12  PM 3: 37
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*FAVOR ENVIAR PROXIMAS COMUNICACIONES*
*EN ESPAÑOL.*

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 37

Saturnino Velez Rosado
223 Calle Organville
Villas de Felisa 1
Mayaguez
PR.
00680

United States District Court
Clerk's Office
150 Ave. Chardon Ste, 150
SJPR 00918-1767

7019 1120 0001 6545 2833

CERTIFIED MAIL

NEOPOST
08/09/2021
US POSTAGE $007.15⁰

ZIP 00680
041M11461554

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Frances Marta Córdova Alvira_

Participant's Address: _Villa Cristiana 259_
_PO Box 238, Lorca, PR 00772_

Participant's Email Address: _frances.alvira.51@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

_I do not have legal representation._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165 499_                    _(155929)_

Nature of Claim: _Public Employee Claims_

By: _Frances M. Córdova Alvira_
Signature

_Frances M. Córdova Alvira_
Print Name

_Science teacher -DE_
Title (if Participant is not an individual)

_9 august 2021_
Date  _Agency: Department of Education_

2021 AUG 12 PM 3:36
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Frances Marta Cordova Alvira
P.O. Box 238
Loíza, PR 00772

CERTIFIED MAIL

7020 0640 0002 0256 8693

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
20H AUG 12 PM 3: 36

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767




U.S. POSTAGE PAID
FCM LG ENV
LOIZA, PR
00772
AUG 10, 21
AMOUNT

1000                    00918
**$7.45**
R2305K132912-21

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17433*_____

Nature of Claim: *Bonds*_____

By: *Miriam Sánchez Lebrón*
Signature

*Miriam Sánchez Lebrón*
Print Name

_____
Title (if Participant is not an individual)

*Agust 10, 2021*_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Sanchez
HC 4 Box 4001
Humacao, PR 00791-8900

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 36

CERTIFIED MAIL

7020 3160 0001 2187 1065

United States District Court
Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, P.R. 00918-1767

00918$1706 C018



U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
AUG 10, 21
AMOUNT
$4.15
R2305K13457-4-14
1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis Ortiz Lopez_

Participant's Address: _P.O. Box 40143 San Tuan P.R. 00940-0143_

Participant's Email Address: _lortiz.60.10@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173921_

Nature of Claim: _Salary claim_

By: _____
Signature

_Luis Ortiz López_
Print Name

_____
Title (if Participant is not an individual)

_12 - agosto - 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)                                             Página 5
Segunda Querella Enmendada

*Original en
file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PÚBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.  La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.  La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96–4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.    La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.    Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.    La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de   la   Junta   de   Directores   es constitucionalmente impermisible.  ¿Cómo se puede justificar que unos empleados de

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario por mérito sin evaluación alguna y otros no?

7.    La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.    Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v. Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.    El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                                                  Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el l servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)                                    Página 9
Segunda Querella Enmendada

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de mérito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 10

18.   Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.   Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.   La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.   Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de Pablo Rodriguez vs. Autoridad de Edificios Públicos, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.   La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley. Véase <u>Malavé Serrano v. Oriental Bank</u>, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                    Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                              Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

**HARRY ANDUZE MONTAÑO**
Col. 4617 / RUA #3303
**JOSÉ A. MORALES BOSCIO**
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



RECEIVED AND FILED
'S OFFICE
RICT COURT
JUAN, PR

21 AUG 12 PM 3: 35

Carlo, Lopez
P.O. Box 40143
San Juan P.R. 00940-0143

7020 1290 0000 5163 7256

United State District court, clerk's office,
150 AVE Carlos Chardon Ste 159
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
SAN JUAN, PR
00940
AUG 11, 21
AMOUNT
$6.65
R2304F119094-03

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: <u>Distribuidora Blanco, Inc.</u>

Participant's Address: <u>PO Box 192072, San Juan, PR 00919-2072</u>

Participant's Email Address: <u>dist-blanco@distribuidorablanco.com</u>

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: <u>81850</u>

Nature of Claim: <u>Collection for Sales of Office Supplies and Others</u>

By: _____
      Signature

<u>Raúl Ogando</u>
Print Name

<u>President</u>
Title (if Participant is not an individual)

<u>8/09/2021</u>
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 35

**distribuidora blanco**

P.O. BOX 192672, SAN JUAN, PUERTO RICO 00919-2672



7020 1290 0002 0121 3262

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
AUG 10. 21
AMOUNT
$7.00
R2305M146813-09

1000

00918

UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIRNA ORTIZ RIVERA_

Participant's Address: _Bo JOBOS CARR 459 KM 13.6   P.O. BOX 377 ISABELA, PR 00662_

Participant's Email Address: _ortizm0659@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _52659_

Nature of Claim: _PUBLIC EMPLOYEE & PENSION / RETIREE CLAIMS_

By: _____
Signature

_MIRNA ORTIZ RIVERA_
Print Name

_____
Title (if Participant is not an individual)

_08/06/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mina D Ale Rivera
P.O. Box 377
Isabela P.R. 00662

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 35

7019 2280 0001 4074 8034

CERTIFIED MAIL

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, P.R. 00918 - 1767

UNITED STATES
POSTAL SERVICE

1600

00918

U0062
AUG 11, 21
AMOUNT
$6.45
R2305K136571-09

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Asdrúbal Pascual Rodriguez_

Participant's Address: _P.O. Box 560296 Guayanilla, P.R. 00656_

Participant's Email Address: _asdrubal_pascualr @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173801_

Nature of Claim: _Salary claim_

By: _____
Signature

_Asdrúbal Pascual Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmelo Vicente Masso (Maxima Ortega y Reyes)*

Participant's Address: *Calle 5-C #28 Magnolia Bayamon PR 00956*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Commonwealth of Puerto Rico*

By: *Maxima Ortega Reyes*
Signature

*Maxima Ortega Reyes*
Print Name

*Wife*
Title (if Participant is not an individual)

*8/10/2021*
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 12 PM 3:34

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmelo Vicente Masas
Calle 5-C # 2 8
Urbanización
Magnolia Gardens
Bayamón P.R. 00956

Discovery Notice to the Court's Clerk's
office at United States District clerk's
office 150 ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

CERTIFIED MAIL

7020 2450 0000 4865 8544

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rebecca Pérez Rodríguez_

Participant's Address: _HC-2 BOX 6824 Loíza Puerto Rico 00772_

Participant's Email Address: _rebequi 1865 @ gmail. Com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146386   Y  134916_

Nature of Claim: _Salarios impagos_

By: _Rebecca Pérez Rodríguez_
    Signature

_Rebecca Pérez Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_9/ agosto/ 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelina Negron Cortés_

Participant's Address: _1102 43 Rd St._

Participant's Email Address: _a.negron987@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Adelina Negron Cortes_
Signature

_Adelina Negron Cortes_
Print Name

_individual_
Title (if Participant is not an individual)

_8 9 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Adelina Negron Cortés
1102 43Rd St
Orlando Fl.
32839

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3:34

7020 0640 0001 7915 8569

United States District Court Clerks
Office, 150 Ave Carios Chardon Ste. 150
San Juan P.R.
00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana W. Perez-Diaz_

Participant's Address: _1914 Calle Laliza Mayaguez PR 00682-6209_

Participant's Email Address: _anawpd@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105364_

Nature of Claim: _Unpaid salaries in violation of law._

By: _Ana Wilda Perez Diaz_
Signature

_Ana W Perez-Diaz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Ana Wilda Pérez Díaz
1914 Calle Baliza
Urb. Alturas de Mayaguez
Mayaguez, P.R. 00682

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3:34

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7021 0350 0000 0600 0626

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ileana Martinez Cotto_

Participant's Address: _Urb. La Hacienda #37 Calle Cardali Caps PR 20705_

Participant's Email Address: _ileanam930@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _21980_

Nature of Claim: _Retirement System Benefits_

By: _____
   Signature

_Ileana Martinez Cotto_
Print Name

_NO_
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fleury Mather Catto
Urb. La Hacienda #37
Calle Caracoli
Cagua PR 00725

**RETURN RECEIPT
REQUESTED**

7021 0350 0001 3908 2247



United States District Court, Clerks office
150 Ave. Carlos Chardon ste 150
San Juan PR 00918-1767

00918-176825

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 10, 21
AMOUNT
**$7.00**
R2304M114409-19

1000

00918

2021 AUG 12 PM 3: 34

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María De Los A. Santiago Andújar

Participant's Address: Urb. Valle Húcares 53 Calle La Ceiba JD. PR. 00795

Participant's Email Address: msantiago1461@gmail.com

Name of Counsel: al momento no tengo At the moment I don't have

Address of Counsel: N/A.

Email Address of Counsel: N/A.

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54760

Nature of Claim: Salarios impagos por concepto de leyes y aumentos no pagados Ley 180, pension retiro aumento, salarial Ley 164-22 junio 2003, Ley 96 1-julio 2002 Ley 89 Ley 34 DC Roselló El Romano un paid wages due to law enforcement and unpaid raises.

By: Maria de Ina Santiago Andújar
Signature

María De Los A. Santiago Andújar
Print Name

Public Employee and Pension Retiree Claims
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mario Díaz Mejías_

Participant's Address: _P.O. Box 1357, Trujillo Alto, PR 00977-1357_

Participant's Email Address: _bombero073@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _40678_

Nature of Claim: _Pension / Retiree Claims_

By: _____
Signature

_Mario Díaz Mejías_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mario Díaz Mejías
P.O. Box 1357
Trujillo Alto, PR 00977-1357

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3:33

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

7021 0950 0002 1797 0545

00918

AMOUNT
$7.00
R2305M1493440-03

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vivian E. Rivera Martinez

Participant's Address: 6536 Grant St. Hollywood Fl. 33024

Participant's Email Address: vivian.esther.rivera@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179009

Nature of Claim: unpaid salary (raises)

By: *Vivian E. Rivera Martinez*
Signature

Vivian E. Rivera Martinez
Print Name

Title (if Participant is not an individual)

August 7, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12 PM 3:33

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vivian E. Rivera Martinez
6536 Grant St.
Hollywood Fl. 33024

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 33

Discovery Notice to Courts Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

**EP13F** May 2020

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

---

**UNITED STATES POSTAL SERVICE®**  **PRIORITY MAIL EXPRESS®**



EI 013 767 215 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 954 ) 440-9194

Vivian E. Rivera
6536 Grant St.
Hollywood Fl. 33024



**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 33021 | 8/10/21 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 8/9/21 | ☐ 6:00 PM | $ | |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:10 ☐ AM ☑ PM | | $ | $ |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Discovery Notice to Courts Clerks Office
at: United States District Court, Clerks Off
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 26.35 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. ozs. | | ADE |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

  **◄ PEEL FROM THIS CORNER**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

  

**UNITED STATES POSTAL SERVICE®**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilsa I. Velázquez Zayas_

Participant's Address: _18 Abraham Peña St. Salinas P.R. 00751_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171100_

Nature of Claim: _As a participant of a class litigation (Retired teachers) for money owe by the Commonwealth of P.R._

By: _Nilsa Velázquez Zayas_
    Signature

_Nilsa I. Velázquez Zayas_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.




**P**

U.S. POSTAGE
**$7.95**
PM 1-DAY
00936 0005
Date of sale
08/11/21
06        2S
11488474

## PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY DAY: 08/12/21        **0005**

C018

SHIP
TO:

**150 AVE CARLOS CHARDON**
**STE 150**
**San Juan PR 00918-1706**

### USPS TRACKING® NUMBER

9505 5067 0041 1223 8592 22

**PRIC**
**MA**

- Date of deliver
- USPS TRACKIN
  international de
- Limited internati
- Pick up available
- Order supplies o
- When used inter
  declaration labe

**\* Domestic only**

dule free
Pickup,
QR code.

**FROM:**

Nilsa Velázquez Zayas
18 Abraham Peña St.
Salinas, P.R. 00751

**TO:**

Discovery Notice to the
Clerk's office
United States District Court,
Clerk's office
150 Ave Carlos Chardon ste
150
San Juan, P.R. 00918-1767





P S 0 0 0 0 1 0 0 0 0 1 4

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

Case:17-03283-LTS   Doc#:17809-1   Filed:08/13/21   Entered:08/13/21 14:56:56   Desc:
Pro se Notices of Participation   Page 58 of 150

SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EILEEN WANKMULLER_

Participant's Address: _10 48 B BUCKINGHAM DR  MANCHESTER NJ 08759_

Participant's Email Address: _eileenwankahol. COM_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PROMESA TITLE III
NO 17 BK 3283 -LTS  CUSIP 745 235 R37_

Nature of Claim: _PUERTO RICO PUB BLDGS AUTHORITY
15000 BONDS PURCHASED 7/24/14 @ 104.323  $15648.43_

By: _Eileen Wankmuller_
Signature

_EILEEN WANKMULLER_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12  PM 3:33

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 33

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R 00918-1767

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE H

For international shipments, the maximum weight is 4 lbs.

EP14H May 2020 Outer Dimension: 10 x 5

1004

00918

U.S. POSTAGE PAID
PM 3-DAY
LAKEHURST, NJ
08733
AUG 06, 21
AMOUNT
**$7.95**
R2304W121079-07

EXPECTED DELIVERY DAY:  08/10/21

**USPS TRACKING® #**

9505 5141 8821 1218 7063 21

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Damaris Gonzalez Santiago_

Participant's Address: _Brisas de Canovanas Alondra #124 Canovanas P.R. 00729_

Participant's Email Address: _Damarisgs@hotmail.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#173776_

Nature of Claim: _Salary Claim (Court of First Instance San Juan P.Rico Civil Num. KPE-2007-4359 (803) #62,730.00_

By: _Damaris Gonzalez Santiago_
Signature

_Damaris Gonzalez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_9-August-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO JUDICIAL DE SAN JUAN
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR

803

K PE07-4359

2007 OCT -3 ... 11:54

ALBERTO AGRON VALENTIN
ASTRID M. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAÑEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIÑEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALINA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA
MARIA DE LOURDES GOMEZ
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO

CIVIL NUM.

SOBRE:

RECLAMACION DE SALARIOS, AUMENTO POR MERITO APROBADO POR LA JUNTA DE DIRECTORES PARA LOS LOS AÑOS 2005, 2006 y 2007; DIA POR PROCLAMA CON PAGA A TIPO DOBLE Y SIN CARGO LICENCIA ALGUNA, Y RECLAMACION DE HORAS EXTRAS

Querella

3/00/2007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | SOBRE: |
| RAFAEL E. BOU PADILLA | |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |

Civil Núm.: K PE2007-4359 (803)  Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN

Civil Núm.: K PE2007-4359 (803)                                      Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS

Civil Núm.: K PE2007-4359 (803)                                        Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ

Civil Núm.: K PE2007-4359 (803)                                        Página 5
**Segunda Querella Enmendada**

*Original se
file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10, 2014*

Querellados

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los

contrato individual de empleo de los querellantes, el Articulo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.    La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.    Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.    La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional,

Civil Núm.: K PE2007-4359 (803)                                                 Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.       La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.       Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de

Civil Núm.: K PE2007-4359 (803)                                                  Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó

Civil Núm.: K PE2007-4359 (803)                                      Página 10
**Segunda Querella Enmendada**

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.     La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.     Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución

Civil Núm.: K PE2007-4359 (803)                                                                    Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy

Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

Civil Núm.: K PE2007-4359 (803)                                                    Página 12
**Segunda Querella Enmendada**

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada

el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al

abogado de la parte querellante, una suma no menor del 25% de la indemnización por

concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42

(1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y

reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,

incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,

sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin

limitación, violación de sus derechos civiles, así como violación de cualquier otra ley

federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente

se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella

enmendada en todas sus partes, condenando en su consecuencia al querellado a

pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por

concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo

por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,

2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que

ascienden a la suma no menor de $10,000,000.00, así como por la Directora Ejecutiva

mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por

la Junta de Directores, más la doble penalidad que establece la ley, así como

honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT

Civil Núm.: K PE2007-4359 (803)                                          Página 13
**Segunda Querella Enmendada**

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que  realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón García v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:**  Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR  00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR  00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR  00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan  PR  00909
Tel.  (787) 723-7171
Fax.  (787) 723-7278

POR:  _____
HARRY ANDUZE MONTAÑO

Damaris González Santiago
Brisas de Canovanas
Alondra 124
Canovanas P.R. 00729



CERTIFIED MAIL

7020 1290 0001 9115 8260

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
AUG 10, 21
AMOUNT
$8.05
R2304E105975-15

1000        00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12  PM 3:32

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Hernandez Medina_

Participant's Address: _2300 S 2nd st. lot 46 Millville N.J. 08333_

Participant's Email Address: _wilfredohdz7014@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _119331_

Nature of Claim: _Priority_

By: _Wilfredo Hernandez_
Signature

_Wilfredo Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfredo Hernández
2300 S. 2nd St Lot 46
Millville N.J. 08332

SOUTH JERSEY NJ 080
9 AUG 2021 PM 4 L

00918-170625

United States District Court's
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918 - 1767

2021 AUG 12 PM 3:32
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raymond Fergelec Cintrón_

Participant's Address: _200 Cond. Jardines de San Fernando Apt. 209  Carolina  PR  00987_

Participant's Email Address: _rayandrew2009@hotmail.com_

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 173803_

Nature of Claim: _Salary Claim (Court of first instance San Juan Puerto Rico Civil Num. $66,420.00 (803) K PE2007-4359)_

By: _[signature]_
Signature

_Raymond Fergelec Cintrón_
Print Name

Title (if Participant is not an individual)

_9-august-2021_
Date

2021 AUG 12 PM 3:32
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | SOBRE: |
| RAFAEL E. BOU PADILLA | |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |

Civil Núm.: K PE2007-4359 (803)                                                    Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS

Civil Núm.: K PE2007-4359 (803)                                           Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ

Civil Núm.: K PE2007-4359 (803)                                                          Página 5
**Segunda Querella Enmendada**

*Original se*
*file #1*

Querellantes

Vs.

*junio 10, 2014*

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben
y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado
Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958.
(3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el
Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro
Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico
00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la
Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada
Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los
querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual
por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña.
Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas,
reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de
Directores de una corporación pública forman parte del contrato de trabajo de los

Civil Núm.: K PE2007-4359 (803)                                                                          Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Articulo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.        La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.        Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.        La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.        La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional,

Civil Núm.: K PE2007-4359 (803)                                         Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

      7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

      8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." <u>Ortiz Ortiz v. Departamento de Hacienda</u>, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de <u>Ortiz Angleró v. Barreto Pérez</u>, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados. por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el I servicio de carrera de

Civil Núm.: K PE2007-4359 (803)                                                Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.     Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.     La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.     La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.     Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó

Case:17-03283-LTS Doc#:17809-1 Filed:08/13/21 Entered:08/13/21 14:56:56 Desc: Pro se Notices of Participation Page 89 of 150

Civil Núm.: K PE2007-4359 (803)                    Página 10
Segunda Querella Enmendada

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución

Civil Núm.: K PE2007-4359 (803)                                      Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

Civil Núm.: K PE2007-4359 (803)                                    Página 12
**Segunda Querella Enmendada**

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada

el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al

abogado de la parte querellante, una suma no menor del 25% de la indemnización por

concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42

(1997).

### RESERVA DE DERECHOS AL AMPARO
### DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y

reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,

incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,

sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin

limitación, violación de sus derechos civiles, así como violación de cualquier otra ley

federal, y cualquier causa de acción por diversidad de ciudadanía.

### SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente

se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella

enmendada en todas sus partes, condenando en su consecuencia al querellado a

pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por

concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo

por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,

2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que

ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva

mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por

la Junta de Directores, más la doble penalidad que establece la ley, así como

honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT

Civil Núm.: K PE2007-4359 (803)                                        Página 13
**Segunda Querella Enmendada**

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón García v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

Raymond Tengelec Carton
200 Cond. Jardines de San Fernando
Apt. 209
Carolina PR 00987




CERTIFIED MAIL

7020 1290 0001 9115 8253

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
AUG 10 '21
AMOUNT
$8.05
R2304E105975-15
00918

RETURN RECEIPT
REQUESTED

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 12 PH 3: 32

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Fernandez Silva

Participant's Address: 13304 Coastal Key Rd. Tampa FL, 33612

Participant's Email Address: Tita2010@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 134561, 161540, 154176, 151700

Nature of Claim: Ley Sila M. Calderón, Ley Romero Barceló, Años de servicios, liquidación por enfermedad

By: Migdalia Fernandez Silva
Signature

Migdalia Fernandez Silva
Print Name

_____
Title (if Participant is not an individual)

08/10/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



UN
PO

**PRIORI**
**MAI**

- Date of delivery spe
- USPS TRACKING™ in
  international destinati
- Limited international i
- Pick up available.*
- Order supplies online.
- When used internation
  declaration label may

\* Domestic only

This envelope is made from post-consumer waste. Please recycle - again.

U.S. POSTAGE
$11.15
PRFL        0006
Orig: 33620
08/10/21     6W
R2305P150192
2000052609

**PRIORITY MAIL 3-DAY®**

0 Lb 1.80 Oz

**0006**

EXPECTED DELIVERY DAY: 08/14/21

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

C018

**USPS SIGNATURE® TRACKING #**

9510 8265 3602 1222 2077 40

FROM: Migdalia Fernandez
13304 Coastal Key Rd.
Tampa FL, 33612

TO:
United States District
Court, Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R.- 00918-1767

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: CONSTRUCCIÓN Luis O. BARRETO PÉREZ D/B/A L.B. CONSTRUCTION

Participant's Address: HC-02 BOX 12335 MOCA, P.R. 00676

Participant's Email Address: Lobperez7@gmail.com

Name of Counsel: PÉREZ VILLANUEVA & ASSOCIATES

Address of Counsel: 510 AVENIDA VICTORIA, AGUADILLA, P.R. 00603

Email Address of Counsel: (787) 819-1939

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 178898

Nature of Claim: PUERTO Rico Highways and Transportation Authority $ 34,406.00

By: _Luis O. Barreto Pérez_
Signature

_Luis O. BARRETO PÉREZ_
Print Name

_L.B. CONSTRUCTION_
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis O. Barreto Pérez D/B/A
L.B. Construction
HC-02 Box 12335
Moca P.R. 00676

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150.
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 31

PRIORITY®
MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 08/12/21

USPS TRACKING® #

EP14H August 2020 Outer Dimension: 10 x 5

U.S. POSTAGE PAID
PM 1-DAY
MACO76, PR
00076
AUG 11, 21
AMOUNT
$7.95
R2304M115913-06

1005

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ricardo T. Navas Marín*

Participant's Address: *Hc-01 Box 4434 Maunabo, P.R. 00707*

Participant's Email Address: _____

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *176861*

Nature of Claim: *Law 89-1995 ("El Romerazo")*

By: _____
Signature

*Ricardo T. Navas Marín*
Print Name

_____
Title (if Participant is not an individual)

*11 Agosto 2021*
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12 PM 3: 31

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo T. Navia Marin
HC-01 Box 4434
Maunabo, Puerto Rico 00707

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 31

United States District Court
Clerks Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva L. Colón De Navas_

Participant's Address: _Hc-01 Box 4434 Maunabo P.R. 00707_

Participant's Email Address: _Eva.luz2784@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17759    (60010) (1601)_

Nature of Claim: _Empleato Sistemas de Retiro ( E/P )_

By: _Eva L. Colón De Navas_      _THE COMMONWEALTH OF Puerto Rico_
Signature

_Eva L. Colón De Navas_
Print Name

_____
Title (if Participant is not an individual)

_11 Agosto - 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12 PM 3: 30

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva L. Calvi Navar
HC-01, Box 4424
Maunabo, Puerto Rico 00707

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3:30

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda E. Berrios Rodriguez_

Participant's Address: _P.O. Box 1357, Trujillo Alto PR 00977-1357_

Participant's Email Address: _bberrios123@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _39499_

Nature of Claim: _Pension/Retiree Claims_

By: _Brenda Berrios Rodriguez_
Signature

_Brenda E. Berrios Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 30

Brenda E. Berrios Ro
P.O. Box 1357
Trujillo Alto, PR 00977-1357

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7021 0950 0002 1797 0538

$7.00
R2305M149340-03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jayla Roulhac_

Participant's Address: _412 Seneca St Buffalo NY 14204_

Participant's Email Address: _jaylarovlhac@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Jayla Rouhac_
    Signature

    _Jayla Rouhac_
    Print Name

    _____
    Title (if Participant is not an individual)

    _08/06/2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. Roulhac
412 Seneca St
Buffalo NY 14204

00918-170625

BUFFALO NY 140
9 AUG 2021 PM 2 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan Puerto Rico 00918-1767

AUG 12 PM 3:29
SAN JUAN, PR
DISTRICT COURT
CLERKS OFFICE

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _BLANCA I. PIÑERO_

Participant's Address:     _181 RAWLS CT SAN JOSE, CA 95139-1315_

Participant's Email Address:     _RODRIGUEZYASMIN M @gmail.com_

Name of Counsel:     _NOT APPLICABLE_

Address of Counsel:     _NOT APPLICABLE_

Email Address of Counsel:     _NOT APPLICABLE_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _No. 17 BK 3283-LTS_

Nature of Claim:     _NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY_

By:     _Blanca Piñero_
        Signature

        _BLANCA I. PIÑERO_
        Print Name

        _Self_
        Title (if Participant is not an individual)

        _08/08/2021_
        Date

2021 AUG 12 PM 3: 29

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blanca I Pineiro
181 Lewis CT. Apt. 139
San Jose, CA. 95139

SAN JOSE CA 950
9 AUG 2021 PM 4 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste 150
San Juan Puerto Rico, 00918 - 1767

2021 AUG 12 PM 3:29
RECEIVED AND FILED
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Morales Rivera_

Participant's Address: _RR-1-Box 2742, Cidra, P.R. 00739_

Participant's Email Address: _miguelmoralesrivera9@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179069_

Nature of Claim: _benefits unpaid_

By: _Miguel A. Morales Rivera_
Signature

_Miguel A. Morales Rivera_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 9th 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Morales Rivera
RR-1-Box 2742
Cidra, Puerto Rico
00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3:29

00918-1706525

SAN JUAN PR 009
10 AUG 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00 918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sallie A Pérez Fernández_

Participant's Address: _HC-80 Buzón 7744 Dorado, PR 00646-9554_

Participant's Email Address: _Salliep 1966 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71810_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Sallie A. Pérez Fernández_
Signature

_Sallie A. Pérez Fernández_
Print Name

_____
Title (if Participant is not an individual)

_08/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jallie A. Pérez Fernández
HC-80 Buzón 7744
Dorado, PR 00646-9554

SAN JUAN PR 009
10 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

2021 AUG 12 PM 3:28
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR
RECEIVED AND FILED

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Jiménez Padró_

Participant's Address: _Santa Teresa Paris 98 Manati, P.R. 00674_

Participant's Email Address: _marijijme2@Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72232_

Nature of Claim: _law 96 of July 1, 2002 under the administration of the them governor Sila M. Calderon (unpaid salary)_

By: _Maria M Jiménez Padró_
    Signature

_Maria M. Jiménez Padró_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Jimenez
Calle Paris #98
Manati, P.R. 00674

United States District Court
Clerk's office, 150 Ave.
Carlos Chardon Ste
158, San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 12 PM 3:28


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ivette Banch Pagán

Participant's Address: Urb. Vista Del Rio 2 Calle. 14 O-11 Añasco P. R. 006'10

Participant's Email Address: ivette.banch@outlook.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Dept. of Education (Promesa Title III

By: Ivette Banch Pagán
Signature

Ivette Banch Pagán
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 28

Ivette Banch Pagán
Urb. Vista Del Rio 2
Calle 14 Casa O-11
Añasco, P.R. 00610

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nydia   Rivera   Rivera_

Participant's Address: _Urb. Sierra Bayamon 26 A-10 Calle 25_
_Bay. PR. 00961_

Participant's Email Address: _nrivera.rivera @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF 55176 PackId : 38061 MMLID:_
_929292 - P   SVC: ADS HN - Q_

Nature of Claim: _(?)_ _____

By: _[signature]_
Signature

_Nydi Rivera Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/7/2021_
Date

2021 AUG 12 PM 3:27
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID: 380061 MMLID: 929292-P SVC: ADSHN-Q
NYDIA RIVERA RIVERA
26A-10 CALLE 25
BAYAMON PR 00961

210720V2 Confirmation Discovery Procedures Notice          Version July 20, 2021          9



Nydia Rivera
26A-10 Calle 25
Bayamon, PR 00961-4342

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardin Ste.
San Juan, P.R. 00918-1767



2021 AUG 12 PM 3:28
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Marleen Santos Hernández

Participant's Address:   P.O. Box 144076 Arecibo, P.R. 00614

Participant's Email Address:   DE 115354 @ mi escuela. pr

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   167635

Nature of Claim:   PROMESA Title III   No. 17 BK 3283 -LTS

By:   _Marleen Santos_
Signature

Marleen Santos Hernández
Print Name

_____
Title (if Participant is not an individual)

8/10/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 27

From: Marleen Santos
P.O. Box 144076
Arecibo, P.R.
00614

To: United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Janet Rosa Rivera_

Participant's Address: _HC 2 Box 7188 Comerio, P.R. 00782_

Participant's Email Address: _janetrosa.3359@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72101_

Nature of Claim: _____

By: _Janet Rosa Rivera_
Signature

_Janet Rosa Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 9- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 27

Janet Rosa Rivera
HC 2 Box 7188 Comerio, P.R. 00782

SAN JUAN PR  009

9 AUG 2021  PM 2. L

United States District Court
Clerk's office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zuleyka M. Morales Rosario_

Participant's Address: _HC-03 Box 100436, Comerio, Puerto Rico 00782-9510_

Participant's Email Address: _Zuleyka morales @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176647_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
Signature

_Zuleyka M. Morales Rosario_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zuleyka M. Morales Rosario
HC-03  Box 100436
Comerio, Puerto Rico
00782-9510

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 27

To:
United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Sta. 150,
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Maldonado Maldonado_

Participant's Address: _Street 9, DD-29, Las Americas, Bayamón, PR 00954_

Participant's Email Address: _carmen perez 2020 @ gmail. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _See the next page_

By: _[signature]_
Signature

_Miguel Maldonado_
Print Name

_individual_
Title (if Participant is not an individual)

_August 9, 2021_
Date

RECEIVED & FILED
2021 AUG 12 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $18,000 dollars, based on Law 89 of July 12, 1979, Uniform Tax, "Romerazo" for the years that I worked for Puerto Rico Telephone. These are from February 27, 1984 to February 27, 1999.

Miguel Maldonado
Street 9, DD-29
Las Americas
Bayamon, P.R. 00956

RECEIVED & FILED
2021 AUG 12 PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

Courts' Clerks' Office
United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Reinaldo Pagán Bonilla_

Participant's Address: _Urb. Santa Juanita DH3 Calle Babilonia Bay Md PRg_

Participant's Email Address: _Carminrey @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Discovery for commonwealth Plan Confirmation_

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Reinaldo Pagán Bonilla
Urb. Santa Juanita
Calle Babilonia DH-3
Bayamón PR. 00956

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3:26

00918-170625



SAN JUAN PR  009

10 AUG 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Educadores Puertorriqueños en Acción*

Participant's Address: *66 Calle Candelaria Oeste, Mayagüez P.R. 00681*

Participant's Email Address: *educadorespr1@gmail.com*

Name of Counsel: *Gobierno de Puerto Rico*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Domingo Madera*
    Signature

    *Domingo Madera*
    Print Name

    *Presidente Ejecutivo*
    Title (if Participant is not an individual)

    *10 agosto 2021*
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 26



EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle La Candelaria (Antigua Calle McKinley) #66 Oeste
PO Box 1139
Mayagüez, Puerto Rico 00681 - 1139

SAN JUAN PR   009

10 AUG 2021 PM 1   L

FOREVER / USA

00918-170625

UNITED STATE DISTRICT COURT, CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Tirado Rosario_

Participant's Address: _PO Box 1142 Rincón P.R 00677_

Participant's Email Address: _lmt57@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _17 BK 3283-LTS_

By: _Luz M. Tirado Rosario_
Signature

_Luz M. Tirado Rosario_
Print Name

_____
Title (if Participant is not an individual)

_9 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. Tirado Rosario
PO Box 1142
Rincón PR 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3:26

00918-1706625

SAN JUAN PR 009

10 AUG 2021 PM 1

FOREVER
USA

Barn Swallow

Discovery Notice of the Court's
United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth M. Benitez Jaime_

Participant's Address: _Urb. Monte Brisas 2 C/0B32, Fajardo, P.R. 00738_

Participant's Email Address: _ruthiebenitez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97277_

Nature of Claim: _Increase of salary not received_

By: _Ruth M Benitez_
    Signature

_Ruth M. Benitez Jaime_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra Ruth M. Benikz
Urb Monte Brisas 2
Calle O-B 32
Fajardo, P.R. 00738

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3:26

00918-170525

United States District Court
Clerk's office
150 Ave, Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L



GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirta Vera Cuevas_

Participant's Address: _Urb. Rambla Calle Siervas Maria Ponce P.R. 00730_

Participant's Email Address: _Mirta Vera 13 @ g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-bk-03283_

Nature of Claim: _____

By: _Mirta Vera Cuevas_
Signature

_Mirta Vera Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 26

Myrta Vera Cruawu
1462 Urb. Rambla
Calle Sierras Maita
Ponce, P.R. 00730-4072

United States District Court, Clerks Office,
150 ave Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170825

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Quiles Vega_

Participant's Address: _125 Marengo Park Springfield MA 01108_

Participant's Email Address: _Cquiles1994@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179030_

Nature of Claim: _Public Employee Claims_

By: _____
Signature

_Carlos Quiles Vega_
Print Name

_____
Title (if Participant is not an individual)

_8-6-2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR
2021 AUG 12 PM 3: 25

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos A Quiles Vega
125 Marengo Park
Springfield M.A. 01108

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 26

00918-170625

Court's clerk's office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150  San Juan, P.R.
00918-1767

HARTFO
9 AUG 202

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Angel M. Pabon Pabon

Participant's Address:  161 Lakeside Dr. Bastrop Texas 28602

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  Angel M. Pabon Pabon
_____
Signature

Angel M. Pabon Pabon
_____
Print Name

_____
Title (if Participant is not an individual)

08-08-2021
_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Fabian
161 Lakeside Dr.
Bastrop, TX 78602

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12 PM 3: 25

00918-70625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



AUSTIN TX 787
RIO GRANDE DISTRICT
9 AUG 2021 PM 4 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RONALD J. JACHIMAK_

Participant's Address: _2408 CEDAR ST. ROLLING MEADOWS IL 60008-3418_

Participant's Email Address: _RONALDJACHIMAK@YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _TO SHARE PRORATA OF FUND DISTRIBUTIONS_

By: _Ronald Jachimak_
Signature

_RONALD JACHIMAK_
Print Name

_____
Title (if Participant is not an individual)

_AUGUST 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RONALD JACHIMAK
2408 CEDAR ST.
ROLLING MEADOWS, IL
60008-3418

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 25

00918-1?0825

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CAROL STREAM IL 601

9 AUG 2021  PM 3



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nayda Saustache Iglesias & Ivan A. Iglesias Saustache*

Participant's Address: *JA-4 Paseo del Parque, Garden Hills, Guaynabo, P.R. 00966*

Participant's Email Address: *nseprw yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-BK-3283-LTS*

Nature of Claim: *I wish to participate in discovery in connection with confirmation of the Plan.*

By: *(signature)*
Signature

*Nayda Saustache*
Print Name

_____
Title (if Participant is not an individual)

*8/6/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Nayda Saustache
JA-4 Paseo del Parque
Garden Hills, Guaynabo, P.R. 00966

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 1: 33

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eusebio Iglesias Izquierdo & Noydd L Iglesias Saustache_

Participant's Address: _JA-4 Paseo del Parque, Garden Hills, Guaynabo PR- 00966_

Participant's Email Address: _eiipra@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _I wish to participate in discovery in connection with confirmation of the Plan_

By: _____
  Signature

_Eusebio Iglesias_
Print Name

_____
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Eusebio Iglesias
JA-4, Paseo del Parque
Carolea Hills, Guaynabo, P.R. 00966

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 12 PM 1:33

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Mario Campos Cotto ; Ana I. Campos_

Participant's Address: _260 Lawrie Street, Perth Amboy, NJ 08861_

Participant's Email Address: _kenny.cruz0127@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170327_

Nature of Claim: _Father's benefits_

By: _Ana Campos_
Signature

_Ana Campos_
Print Name

_____
Title (if Participant is not an individual)

_08/06/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Campos
260 Laurie Street
Perth Amboy, NJ 08861

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 12  PM 3: 30

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

