IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03567 (LTS) |

**NOTICE OF THE AD HOC GROUP OF FGIC
INSURED NOTEHOLDERS OF INTENT TO
PARTICIPATE IN DISCOVERY
FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

Taconic Capital Advisors LP, Aurelius Capital Management, LP, Canyon Capital Advisors LLC, First Ballantyne LLC, and Moore Capital Management, LP (collectively, the "Ad Hoc Group of FGIC Insured Noteholders")[2] hereby submits its notice of intent to participate in discovery for

---

[1] The Debtors in the various Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Each member of the Ad Hoc Group of FGIC Insured Noteholders files this notice exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Dkt. No. 17627], as amended, modified, or supplemented (the "Plan"), pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Dkt. No. 17640], and respectfully states as follows:

1. The Ad Hoc Group of FGIC Insured Noteholders advises the Debtors that it intends to participate in discovery in connection with confirmation of the Plan.

2. The contact information of the Ad Hoc Group of FGIC Insured Noteholders is as follows:

> Lawrence A. Larose, Esq.
> Sheppard Mullin Richter & Hampton LLP
> 30 Rockefeller Plaza, New York, NY 10112
> Telephone: 212.896.0627
> Email: LLarose@sheppardmullin.com
>
> and
>
> Brian M. Dick Biascoechea
> Cordova & Dick, LLC
> #403 Calle 12 de Octubre
> Urb. El Vedado
> San Juan, PR 00918
> P.O. Box 194021
> San Juan, PR 00919-4021
> Telephone: 787.452.6425
> Email: bmd@cordovadick.com

3. Information concerning claims of the members of the Ad Hoc Group of FGIC Insured Noteholders, as set forth in certain proofs of claim filed in these Title III Cases, is set forth in **Exhibit A** hereto.

**WHEREFORE**, the Ad Hoc Group of FGIC Insured Noteholders respectfully requests that the Court take notice of the foregoing.

Dated: August 13, 2021          Respectfully submitted,

CÓRDOVA & DICK, LLC

*/s/Brian M. Dick Biascoechea*
Brian M. Dick Biascoechea
#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

P.O. Box 194021
San Juan, PR 00919-4021

Telephone: (787) 452-6425
USDC No.: 230,903
bmd@cordovadick.com

*Local Counsel to the Ad Hoc Group of FGIC Insured Noteholders*

- and -

SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/Lawrence A. Larose*
Lawrence A. Larose (admitted pro hac vice)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 896-0627
Facsimile: (917) 438-6197

*Counsel to the Ad Hoc Group of FGIC Insured Noteholders*

-3-

# EXHIBIT A

| Claimant | Proof of Claim Number | Debtor |
|---|---|---|
| Aurelius Capital Master, Ltd. | 66514 | Commonwealth |
| ACP Master, Ltd. | 65801 | Commonwealth |
| Canyon-ASP Fund, L.P. | 125494 | Commonwealth |
| | 174385 | PBA |
| Canyon Balanced Master Fund, Ltd. | 125727 | Commonwealth |
| | 174380 | PBA |
| Canyon Blue Credit Investment Fund L.P. | 129774 | Commonwealth |
| | 174384 | PBA |
| Canyon Distressed Opportunity Investing Fund II, L.P. | 115697 | Commonwealth |
| | 174371 | PBA |
| Canyon Distressed Opportunity Master Fund II, L.P. | 115491 | Commonwealth |
| | 174369 | PBA |
| Canyon-GRF Master Fund II, L.P. | 119870 | Commonwealth |
| | 174388 | PBA |
| Canyon NZ-DOF Investing, L.P. | 116228 | Commonwealth |
| | 174373 | PBA |
| Canyon-SL Value Fund, L.P. | 143207 | Commonwealth |
| Canyon Value Realization Fund, L.P. | 122624 | Commonwealth |
| | 174378 | PBA |
| Canyon Value Realization MAC 18, Ltd. | 122563 | Commonwealth |
| | 174392 | PBA |
| EP Canyon Ltd. | 125330 | Commonwealth |
| | 174398 | PBA |
| The Canyon Value Realization Master Fund, L.P. | 159397 | Commonwealth |
| | 174397 | PBA |
| Canyon GCM PR SPV, LLC | 174393 | PBA |
| Canyon Distressed TX (A) LLC | 174363 | PBA |
| Canyon-EDOF (Master) L.P. | 174645 | PBA |
| First Ballantyne and Affiliates | 20356 | Commonwealth |
| The Bank of New York Mellon, as Fiscal Agent | 38574 | HTA |
| The Bank of New York Mellon, as Fiscal Agent | 32622 | HTA |
| Taconic Master Fund 1.5 LP | 79913 | Commonwealth |
| | 89144 | Commonwealth |
| Taconic Opportunity Master Fund LP | 130112 | Commonwealth |
| | 91722 | Commonwealth |

-4-

-5-

-5-