# EXHIBIT 4

**RECEIVED**

**AUG 09 2021**

Participant must provide all of the information below **in English**:

**PRIME CLERK**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alejandrino Vazquez Stgo   SS. 9697*

Participant's Address: *HC.01 Box 4359, Aibonito, P.L. 00705 Postal*

Participant's Email Address: *P.R 727 KM.2.3 - Secta Amadobu, Aibonito, P.L. Res. dovcal*

Name of Counsel: *Il. T-OP. Regional Cuayama, Rastevie*

Address of Counsel: *a Il.T.28. en Minilles San Juan P.R.*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Hogse si hubra dinero para Repartir a mucho*

Nature of Claim: *a Nosotros*

By: *Alejandrino Vazquez*
Signature

*Alejandrino Vázquez Stgo*
Print Name

*Ith ley Promesa*
Title (if Participant is not an individual)

*8/13/2024*
Date

*P.R.18453 R-755176*
*PacX Id.18852, MMLid.svc*
*M4LPC*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*(vea al dorso)*

*Muchas Gracias, muy Agradecido y Espero Contesta de Carta, Porque mi caso yo le voy de llevar a los Tribunales*

Yo trabaje 30 años en [...]

Pertenece a Medellín en San Juan, hubo una demanda Zona que cobraron 90 millones de Dolares lo que la Lic. Ivonne Morales les Pago, a mi no me dieron ni un dolar yo era Supervisor de Brigadas de Ara, y le dieron el dinero a los que ellas Quisieron, me pagaban como obrero, y le gane el caso Por le cogió la Lic. Jenette Abrams Morales la hija de su Abogada Lic. Ivonne Morales, ese caso para mi se avió tan bien, porque eran 93 Mulas y Repartieron 90 millones Porque a mi no me pagaron en el año 2016) y después el pais de PR. esta en Quiebra.

Cuando la demanda no estaba En quiebra Repartieron el dinero a matrimonio de chaques, al Sup. mio, a 2 que trabajaron Conmigo a nadie yo voy a Esperar porque yo hable con un Licenciado y me dijeron que yo Tenía derecho a demandarlos a ellos porque le pagaron a los que Ellas Quisieron, la Recumentales de Guayama mando los nombres que ella quiso, si no cobro lo Curba y no cojen voy a demandarlos a ellos. Espera Contesta de esta carta Para yo saber lo que tengo que hacer. Gracias.

From: Alejandrino Vázquez Dtto
H.C.0 Box 4359
Arbonito, P.R 00703

SAN JUAN PR   009
4 AUG 2021   PM 2  L



**RECEIVED**

**AUG 0 9 2021**

**PRIME CLERK**

To, Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, Ny
10163-4708

10163-470808