# EXHIBIT 6

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alfredo Gago Badillo

Participant's Address: Res. Villanueva Edf. 17 apt 163 Aguadilla P.R. 00603

Participant's Email Address: gagomaria39@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *[signature]*
Signature

Alfredo Gago Badillo
Print Name

RECEIVED
AUG 1 0 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

8/5/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfredo Gago Badillo
P.O Box 1435
Aguadilla P.R. 00605-1435

SAN JUAN PR 009
6 AUG 2021 PM 2 L



RECEIVED
AUG 10 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

10163-470808