# EXHIBIT 7

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ALMA E. Benn Soto

Participant's Address: Bo. Singapur Casa #39 Arroyo, P.R.
P.O. Box 761 Arroyo, P.R. 00714

Participant's Email Address: almabenn@yahoo.com

Name of Counsel: Lcda. Ivonne González Morales

Address of Counsel: P.O. Box 902-1828 San Juan, P.R. 00902-1828

Email Address of Counsel: ivonnegm@prw.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179140

Nature of Claim: PROMESA

By: _Alma E. Benn Soto_
Signature

Alma E. Benn Soto
Print Name

Title (if Participant is not an individual)

2/agosto/2021
Date

RECEIVED
AUG 05 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olma Bean/Orta
Box 76
Arroyo, P.R. 00714

SAN JUAN PR 009
2 AUG 2021 PM 2 L
★ USA ★ FOREVER ★

RECEIVED
AUG 05 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, N.Y. 10163-4850

10163④4850 B097