# EXHIBIT 9

Participant must provide all of the information below **in English** ~~English~~ ESPAÑOL Spanish

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: AMAURY BADILLO MARQUES

Participant's Address: P.O BOX - 1463 T.ALTO PR 00977-1463

Participant's Email Address: None

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

**RECEIVED AUG 0 9 2021 PRIME CLERK LLC**

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: None

Nature of Claim: None

By: _____
Signature

Print Name: Amaury Badillo Marques

Title (if Participant is not an individual):

Date: August - 02 - 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Import information
Letters
Important ←

AMAURY BADILLO MÁRQUEZ
P.O BOX 1463
T-AITO P.R. 00977-1463

SAN JUAN PR 009
RECEIVED
AUG 09 2021 PM 2 L
AUG 09 2021
PRIME CLERK

PRIME CLERK LLC
GRAND CENTRAL STATION
P.O BOX 4850
NEW YORK - 10163 - 4850



10163-485050