# EXHIBIT 10

RECEIVED
AUG 06 2021
PRIME CLERK

To whom it may concern:

I, Ana H. Nieves, daughter of the late Juan A. Nieves Ortiz, I declare that my father died on December 30, 2017. He lived his last 15 years with me. even though my mom is alive. They, not got divorced but I was the one who took care of him during the last years of his live. If there was any benefit for my dad I would claim it as a caregiver and eldest daughter.

Thank you

Ana A. Nieves Lebrón
Urb. El Culebrinas
I-7 Calle Pino
San Sebastián, P.R.
00685

Phone number. 939-277-6045

RECEIVED
AUG 06 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

A. Nieves.
Urb. El Culebrinas
I-7 Calle Pino
San Sebastian,
P.R. 00685

SAN JUAN PR 009
3 AUG 2021 PM 1 L

RECEIVED
AUG 06 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
New York, NY 10163-4708

10163-470808