# EXHIBIT 11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**

as representative of

**THE COMMONWEALTH OF PUERTO RICO, Administered)**
**THE EMPLOYESS RETIREMENT SYSTEM OF THE GOVERNMENT, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,**

Debtors

**PROMESA**
**Title III**

**NO. 17 BK 3283-LTS**

(Jointly

**RECEIVED**
AUG 0 2 2021
**PRIME CLERK**

## TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT
## (THESIS)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, WE THE PEOPLE NEED THINK ABOUT HOW POSSIBLE ARE THE TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT THE RULE ABOUT THE WEIGHT FROM OR AND OVER WEIGHT, JUST LIKE A COMMON CITIZENSHIP BANKRUPT ADJUSTMENT PLAN WHEN ON A COUPLE OF YEARS, THIS AN INHABITANT OF A CITY AFTER ANY FINANCIAL BANKRUPT ADJUSTEMENT PLAN MOST GO ON WITH ANY OR ALL OF THOSE KIND OF THE FOLLOWING REASONS:

1. TWINS ... MULTIPLE TRIVIAL BABIES ON AN INFANTS, YOUNGERS OR TEENAGERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

2. A STRONG ACCIDENT WITH SEVERAL INJURIES ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS OR ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

1

3. A HEAVY PERMANENT ILLNESS (CANCER, SIDA, HEPATITS, SPECIAL NEEDLES, VIRUS, ETC.) ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

4. A MENTAL OVERTHROW ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

5. A SMOKE, DRUG & ALCOHOLIC ABUSSERS ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS ON A PUBLIC CONSTITUTIONAL RIGHTS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

6. AN HOSTILE DIVORCE ($1^{RT}$, 2ND, 3RD, ETC.) THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

7. A NEW MARRIAGE ($1^{RT}$, 2ND, 3RD, ETC.) OR CONSENSUAL PATNERS THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

8. ALL KIND OF CIVILIAN OR SOCIAL DISCRIME, DOMESTIC AND GUNS VIOLENCE & AGRESSIVE AND DEATHS LIKE A MATTER OR MANNER OF FACT THAT INTAKE ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH LESS FOR THIS OR ANY PUBLIC PAST DUE.

9. THE CLIMATE CHANGING THAT INTAKE AS ANY KIND OF AN ATMOSPHERE PHENOMENON THAT AFFECT AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS WITHOUT ANY PERSONAL INCOMES, THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY HIS PRIVATE SITUATION AND VERY MUCH

**LESS FOR THIS OR ANY PUBLIC PAST DUE.**

**10. THE LIVING COST THAT INTAKE WITH ALL KIND OF FEDERAL FUNDING ON UNEQUALITY MATTER & MANNER OF SELECTIVE FACT FROM ABOUT ON AN INFANTS, YOUNGERS, TEENAGERS, ADULTS AND ELDERS THAT'S AN ISSUE THAT PURSUIT THAT NEVER BE SATISFY THOSE PUBLIC PRIVATE SECTORS SITUATION AND VERY MUCH LESS GUARANTEES FOR THIS OR ANY CREDITORS AND DEBTORS TO INPUT, GETPUT AND OUTPUT INCOMES TO SATISFY THIS OR ANY PUBLIC PAST DUE.**

**ANY INPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS ACTUALLY GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-10 YEARS AFTER THE ADJUSTMENT PLAN). ANY GETPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THE NEXT GENERATION WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-25 YEARS AFTER THE ADJUSTMENT PLAN). ANY OUTPUT OF CITIZENSHIPS PROFIT PER PUBLIC PAST DUE WITH THIS OVERLOOK OF NATIONAL UPDOWNS MIGRATION (GENERATION) FROM PR TO THE USA AND VICEVERSA WITHOUT ANY CREDITORS & DEBTORS GUARANTEES FOR THIS BANKRUPT AT THE COMMONWEALTH OF PUERTO RICO (AN EXAMPLE TERM JUST FROM 1-50 YEARS AFTER THE ADJUSTMENT PLAN).**

**FOR THESE KIND OF REASONS I PRETEND WITH THIS TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS**

CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS TRUSTWORTHY ON A PHYLOSOPHY APPRAISEMENT FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 28, 2021
ON: AGUADILLA PR

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **PROMESA Title III** |
| as representative of | **NO. 17 BK 3283-LTS** |
| **THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYESS RETIREMENT SYSTEM OF THE GOVERNMENT, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,** | (Jointly Administered) |
| **Debtors** | |

**PRESENTATION OF AN IDEA TO TAKE AN ADVANTAGE
(ANTITHESIS)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, IS TOO IMPORTANT THAT THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO TAKE INTEREST ABOUT THIS ATTRACT FAVOR TO HIS OWN MAYOR DUTY, REORGANIZE THE PR NATIONAL ECONOMY DEVELOPMENT, CREATE ANY WELLNESS FINANCIAL FEEDBACK STATUS AND PURSUIT PUT ON THE HIGHWAY THE PUBLIC PAST DUE SETTLEMENT REACHED BY MUTUAL CONCESSIONS, THOSE THAT WERE SITUE OR EXPOSURE TO RISK OR SUSPICION. SO, TO MAKE A GREAT CONTRIBUTION FOR THIS CLAIM FROM ABOUT MY WELLNESS AND HONESTY CITIZENSHIP DUTY I BRING UP THIS PRESENTATION OF AN IDEA ABOUT SOMETHING TOO MUCH ELEMENTARY TO START WITH THIS CLASS OF CLAIM, JUST LIKE AN EXAMPLE OF SOLVING PROBLEM. FOLLOWING AND CONCLUDE FROM ABOUT TO TAKE AN ADVANTAGE FROM, BEFORE AND AFTER:

1. CONSIDER THE PAYABLE INCOME TAXES BEGINNING FROM ANY ANNUAL GROSS AMOUNT JUST BY $10,000.00 TO $20,000.00 AT 6.5% PAYABLE TAXES FROM ABOUT FORMAL & INFORMAL

WORKED INCOMES, JUST THINKING ABOUT ALL POSSIBLE FEDERAL FUNDS & ELIGIBLE CITIZENSHIPS AT THOSE WELFARE PROGRAMS ON BOARD (HUD, MEDICAID, WIC, FOOD STAMPS, TANF, CHILD CARE & EARLY START & HEAD START, REGULAR & SPECIAL NEEDLE PUBLIC SCHOOL & PELL GRANTS, POW LIGHT & FLUID GAS ASSISTANCE, FEMA, INTERNET ASSISTANCE PROGRAM, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS). HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

2. CONSIDER THE PAYABLE INCOME TAXES BEGINNING FROM ANY ANNUAL GROSS AMOUNT JUST ON $20,001.00 TO $35,000.00 AT 7.5% PAYABLE TAXES FROM ABOUT FORMAL & INFORMAL WORKED INCOMES, JUST THINKING ABOUT ALL POSSIBLE FEDERAL FUNDS & ELIGIBLE CITIZENSHIPS AT THOSE WELFARE PROGRAMS ON BOARD (HUD, MEDICAID, WIC, FOOD STAMPS, TANF, CHILD CARE & EARLY START & HEAD START, REGULAR & SPECIAL NEEDLE PUBLIC SCHOOL & PELL GRANTS, POW LIGHT & FLUID GAS ASSISTANCE, FEMA, INTERNET ASSISTANCE PROGRAM, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS). HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

3. CONSIDER STUDY AGAIN THE PR NATIONAL SALES TAXES (ELIMINATE COFINA WITH THOSE 11.5% ON SALES TAXES), JUST START WITH THE "IVA" AND UPSIDE WITH A NEW SCALES OF SALES TAXES FROM ABOUT ANOTHER SPECIFIC TAX BY THE WAY OF 3.5%, 5.5% AND UP TO 6.5%, DEPENDING OF THE PRODUCT & SERVICES CLASSIFICATION ($1^{RT}$, 2ND, 3RD, ETC.) ON EACH STEPS OF BASIC NEEDLE RULES. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND

MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

4. CONSIDER ADJUST PENSIONS WITH A DISCOUNT OF A 10% MONTHLY FROM ABOUT ANY RETIREE GROSS AMOUNT THAT START ON THE $3,000.00 OR AND UP OF $3,500.00 MONTHLY, LEAVING OUTSIDE TEACHERS & POLICIE AGENTS WITHOUT A SOCIAL SECURITY BENEFITS OR ANY OF THIS CLASS UNDER THE $3,000.00 MONTHLY RETIREE GROSS AMOUNT. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

5. CONSIDER THE CHECK IN & OUT OF THOSE PUBLIC AND PRIVATE ALLIANCES (PRTC, HOSPITALS & MEDICAL SERVICES, PUBLIC HOUSING, EXPRESS & HIGHWAYS, AIRPORTS, POW LIGHT & PURIFY WATER SERVICES, SAFE LINK WIRELESS, COLLEGE & UNIVERSITIES AND OTHERS) WITH A REAL HIGH WELLNESS INCOMES AND A LESS TAX CONTRIBUTION, LIKE A PROFIT BY FEDERAL FUNDS INTO A. PROPER PAY FOWARD BY THE MATTER OF FACT BY HIS OWN RICHNESS THAT SATISFY THE PR NATION PUBLIC PAST DUE WITH THE RIGHTFUL TO LEND AID TO THIS COMMON PURPOSE. HERE AND THERE ARE THE REAL PEOPLE THAT UPDOWN ALL PUBLIC AND FISCAL POLICY CONTROL AND MAKE THIS PR NATIONAL ECONOMY OVERLOOK STATUS AS AN UNSTABLE FINANCIAL MANAGEMENT WITHOUT SOLVING OPTIONS.

FOR THESE KIND OF REASONS I PRETEND WITH THIS PRESENTATION OF AN IDEA ON AN ADVANTAGE BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND, THAT MY PERSONAL AND PRIVATE STATUS BEING CONSIDER LIKE A NON DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, AND BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO.

IN ANY CASE AND FOR THE ONLY REASON THAT I BEING WANT THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR. BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR WITH A FORMAL RELEASE FOR THIS CASE PURPOSES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS PRESENTATION OF AN IDEA TO TAKE ON AN ADVANTAGE FROM ABOUT ANY DISCLOSURE STATEMENTS, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: JULY 28, 2021
ON: AGUADILLA PR

4

Mrs. Ana A. Nieves [illegible]
Res. Villanueva Apto 170
Aguadilla PR 00603-7044

RECEIVED
AUG 02 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York NY 10163-4850

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
JUL 30, 21
AMOUNT
$0.75
R2305M149485-08