# EXHIBIT 13

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana M. Rosa Santiago_

Participant's Address: _Ed. Carmen Calle Antonio Ledee Luca Salinas P.R. 00751_

Participant's Email Address: _anarosasant6543@gmail.com_

Name of Counsel: _Herman D. Bauer USDC NO 215205 O'Neill & Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave Suite 800 San Juan P.R. 00918-1813_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa_

By: _Ana M. Rosa Santiago_
Signature

_Ana M. Rosa Santiago_
Print Name

**RECEIVED**

**AUG 0 9 2021**

**PRIME CLERK**

_____
Title (if Participant is not an individual)

_-8 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Rosa Santiago
Ext. Carmen Calle Antonio
Ledee Rivera D-25
Salianes P.R. 00751

RECEIVED
AUG 09 2021
PRIME CLERK

SAN JUAN PR 009
6 AUG 2021 PM 2 L



RECEIVED
AUG 09 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York NY 10163-4850

10163-485050