# EXHIBIT 14

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANA MARIA Figueroa Paneto

Participant's Address: Calle 35 Blog 37A #50 Villa Carolina PR 00985

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Ana Maria Figueroa Paneto*
Signature

*Ana Maria Figueroa Paneto*
Print Name

RECEIVED
AUG 10 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

Agosto 4 - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Figueroa Paneto
37A #50 Calle 35A Villa Carolina
Carolina, P.R. 00985

SAN JUAN PR 009
6 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York 10163-4708

RECEIVED
AUG 10 2021
PRIME CLERK

10163-470808