# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana R. Rolón Salgado

Participant's Address: RR 06 Box 7467, TOA ALTA, PR 00953

Participant's Email Address: anarolon1457@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 164308

Nature of Claim: Reclamo Romero 20 (PROMESA-III)

No. 17 BK 3283-LTS

By: [signature]
Signature

Ana R. Rolón Salgado
Print Name

_____
Title (if Participant is not an individual)

4 / agosto / 2021
Date

**RECEIVED**

AUG 09 2021

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana R. Rolon Salgad
RR 06 Box 7467
Toa Alta, PR,
00953

SAN JUAN PR 009
5 AUG 2021 PM 1 L



RECEIVED
AUG 09 2021
PRIME CLERK LLC

To: Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY.
10163 - 4850

10163-485050