# EXHIBIT 18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angel J. Rodriguez Aponte
Participant's Address: 215 Keystone St. Buffalo N.Y 14211
Participant's Email Address: torti1768@gmail.com
Name of Counsel: Prime Clerk LLC
Address of Counsel: Grand Central Station PO Box 4708 New York, NY 10163-4708
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 138873
Nature of Claim: Pension / Retiree Claims

By: Oc
Signature

Angel J. Rodriguez Aponte
Print Name

RECEIVED
AUG 10 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

08/05/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel J. Rodriguez Aponte
215 Keystone St.
Buffalo, N.Y. 14211

BUFFALO NY 140
6 AUG 2021 PM 1

AUG 5 2021
NY 14225-9998

**RECEIVED**

AUG 10 2021

**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808