# EXHIBIT 24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonia Negrón Santiago_

Participant's Address: _HC-03 Box 8323, Barranquitas PR 00794_

Participant's Email Address: ___

Name of Counsel: _Martin J. Bienenstock & Brian S. Rosen, Margaret A. Dale, Julia D. Alonzo, Laura Stafford_

Address of Counsel: _Proskauer Rose LLP. Eleven Times Square New York, NY 10036_

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO-17-BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Antonia Negrón Santiago_   Tel - 480-233-1388
Signature

_Antonia Negrón Santiago_
Print Name

_Técnico II ADFAN_
Title (if Participant is not an individual)

_August 05, 2021_
Date

RECEIVED

AUG 09 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonia Negrón Santiago
Hc-03 Box 8323
Barranquitas P.R. 00794

SAN JUAN PR 009
6 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

Prime clerk LLC
Grand Central Station
PO Box 4850
New York 10163-4850

10163-485050