# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Arelis Rodriguez Lugo

Participant's Address: G25 Calle Prado Urbanizacion Colinas de Yauco, Puerto Rico 00698

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Aumento de sueldo que no han sido pagados →

By: *Arelis Rodriguez Lugo*
Signature

Arelis Rodriguez Lugo
Print Name

_____
Title (if Participant is not an individual)

4 de julio de 2021
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

a mi persona por Leyes aprobadas por el gobierno del Estado Libre asociado de P/o Rico para un total adeudado de $67,600.00.

1- Ley 124. Aumento de Sueldo - Julio 1973
2- Ley 89 Retribución Uniforme - Julio 1979
3- Ley 89 - Romero 20 Julio 1995

Anelis Rodriguez Lugo
Calle 5 G25 Colinas de Yauco
Yauco, Puerto Rico 00698

RECEIVED
AUG 05 2021
O'NEILL & BORGES

Hermann D. Bauer
250 Muñoz Rivera
Ave., Suite 800
San Juan Pto. Rico
00918-1813





U.S. POSTAGE PAID
FCM LG ENV
YAUCO, PR
00698
AUG 03, 21
AMOUNT
$1.00
R2304M113085-04