# EXHIBIT 27

RECEIVED
AUG 10 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Augusto J. Barrios Ayala_

Participant's Address: _Urb. San Gerardo, Calle Ohio #309, San Juan PR_

Participant's Email Address: _abaymar9@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS (Law 134 / Law 89)_

Nature of Claim: _Adjustment Salary_

By: _[signature]_
Signature

_Augusto J. Barrios_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Augusto J. Barrios Ayala
Urb San Gerardo
309 Calle Ohio
San Juan, PR 00926-3309

SAN JUAN PR 009
7 AUG 2021 PM 1 L



RECEIVED
AUG 10 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050

RECEIVED
AUG 10 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Augusto J. Barrios Ayala

Participant's Address: Urb. San Gerardo, Calle Ohio #309, San Juan, P.R.

Participant's Email Address: abaymar9@yahoo.com

Name of Counsel: ———

Address of Counsel: ———

Email Address of Counsel: ———

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK-3283-LTS  (Law 124) (Law 89)

Nature of Claim: Adjustment Salary

By: [signature]
Signature

Augusto J. Barrios
Print Name

———
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Augusto J. Barrios Ayala
Urb San Gerardo
309 Calle Ohio
San Juan, PR 00926-3309

SAN JUAN PR 009

7 AUG 2021 PM 1 L



RECEIVED
AUG 1 0 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050