# EXHIBIT 33

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Acosta Hernández Carmen, L*

Participant's Address: *Urb. Villa Linares N2 Calle 9*
*Po Box 255 V.A P.R 00692*

Participant's Email Address:

Name of Counsel: *Gobierno de Puerto Rico*

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Case No 17 BK 3283-LTS*

Nature of Claim: *Gobierno de Puerto Rico*

By: *Carmen Acosta*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*31/07/2021*
Date

**RECEIVED**

**AUG 0 5 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Acosta Hernández
Urb. Villa Linares
Vega Alta P.R. 00692

SAN JUAN PR
2 AUG 2021 PM 2 L



RECEIVED
AUG 05 2021
PRIME CLERK LLC

Prime Clark LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050