# EXHIBIT 34

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen G. Rodriguez Santiago_

Participant's Address: _#2705 Car. 348 Mayaguez, PR. 00680_

Participant's Email Address: _crs0455@gmail.com_

Name of Counsel: _O'NEILL & Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave., Suite 800 San Juan, PR 00918-1813_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132885_

Nature of Claim: _PROMESA Title III NO. 17BK 3283-LTS_

By: _Carmen G. Rodriguez Santiago_
Signature

_Carmen G. Rodriguez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 8 2021_
Date

**RECEIVED**
**AUG 09 2021**
**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen G. Rodriguez Santiago
2705 Cam. 348
Mayaguez, P.R. 00680-2124

SAN JUAN PR 009
6 AUG 2021 PM 2 L



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050