# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: P.O Box 437 San Sebastian PR 00685

Participant's Address: Carmen Irma Perez Mendez

Participant's Email Address: el-caminero9893@hotmail.com

Name of Counsel: Gobierno de Puerto Rico, Departmento de la Familia

Address of Counsel: Avenida Emerito Estrada 4to Piso San Sebastian P.R. 00685

Email Address of Counsel: Gobierno de Puerto Rico - Edo Libre Asociado Depto de la Familia San Sebastian P.R 00685

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa title III No.17 BK 3283-LTS.

Nature of Claim: PR18 4,55RF55/76 PACH/76:55658 mm ID-469039 PSLC mmk-PC.

By: _Carmen Irma Perez Mendez_
Signature

Carmen Irma Perez Mendez
Print Name

Cel. 787-634-1675
Title (if Participant is not an individual)

30/Julio/2021
Date

**RECEIVED**

AUG 0 2 2021

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Carmen Irish Lugo Mendez
P.O. Box 4391
San Sebastian, P.R.
00685

SAN JUAN PR 009
30 JUL 2021 PM 2 L
USA FOREVER

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

RECEIVED
AUG 02 2021
PRIME CLERK LLC

10163-485050