# EXHIBIT 36

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Colón Diaz_

Participant's Address: _Com. San Martin Calle I #864-32 Guayama P.R. 00784_

Participant's Email Address: _rosaperez0825@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 19 18_

Nature of Claim: _Salarios Impagos Romerazo Ley 89_

By: _Carmen L. Colón Diaz_
   Signature

_Carmen L. Colón Diaz_
Print Name

RECEIVED

AUG 0 9 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_03 agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen L Colon Diaz
Com. San Martin C-II #864-32
Guayama P.R. 00784

  

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
AUG 04, 21
AMOUNT
**$0.55**
R2304E105464-08

1000      10163

RECEIVED

AUG 09 2021

PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
New York, NY 10163-4850

i01633$4850 B097