# EXHIBIT 37

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Rodriguez Custodio

Participant's Address: 106 Villas de Santa Maria, Mayaguez P.R. 00680

Participant's Email Address: carmencita2466@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 97650

Nature of Claim: Aumento no aplicado al sueldo / Retirada Empleado Publico Depto. de Educacion

By: Carmen Rodriguez
Signature

Carmen L. Rodriguez Custodio
Print Name

_____
Title (if Participant is not an individual)

30 de Julio de 2021
Date

**RECEIVED**

AUG 09 2021

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rodriguez Custodio, Carmen
106 Villa de Santa Maria
Mayagüez P.R. 00680

SAN JUAN PR 009
6 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York 4850, NY 10163-4850

10163-485050