# **EXHIBIT 40**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Clemencia Ramos

Participant's Address: P.O Box 989 Quebradillas, P. Rico

Participant's Email Address: Nancy.ramosClemen@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: Clemencia Ramos
Signature

Clemencia Ramos
Print Name

**RECEIVED**
**AUG 09 2021**
**PRIME CLERK**

_____
Title (if Participant is not an individual)

5 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

5 agosto 2021

Reciban mis saludos y muchas bendiciones, ahí les envío el papel que ustedes requieren. Deseo informar que yo no hablo ni escribo el inglés. Vivo solo y no tengo quien me traduzca.

Gracias,

Sra. Clemencia Ramos

De: Sra. Clemencia Ramos
P.O Box 989
Quebradillas, P.R. 00678

A: Prime Clerk LLC
Grand Center Station
P.O Box 4850
New York, N.Y. 10163-4850



SAN JUAN PR 009

RECEIVED
AUG 09 2021
PRIME CLERK

10163-485050