# EXHIBIT 42

> Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Lugo Segarra_

Participant's Address: _Calle Manuel Rodriguez #22 Lajas, P.R. 00667_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Daniel Lugo Segarra,_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_2 de agosto de 2021_
Date

**RECEIVED**

**AUG 0 5 2021**

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De:
LugoSegarra Daniel
22 Calle Manuel Rodriguez
Lajas, P.R, 00627

SAN JUAN PR 009
2 AUG 2021 PM 2 L



FOREVER / USA

RECEIVED
AUG 0 5 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York 10163-4850

10163-485050