# EXHIBIT 48

Participant's Name: Elizabeth Hernandez Velez

Participant's Address: HC05 Box 27572 Camuy, PR 00627

Participant's Email Address: elizabeth3292@hotmail.com

Name of Counsel: Commonwealth of Puerto Rico, United States District Court Clerk's

Address of Counsel: Office, 150 Ave Carlos Chardon Ste. 150, San Juan, PR 00918-1767

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Carrera Magisterial

By: *Elizabeth Hernandez Velez*
Signature

Elizabeth Hernandez Velez
Print Name

_____
Title (if Participant is not an individual)

11/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.