# EXHIBIT 58

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Esteban F. Pérez Colón

Participant's Address: Urb. Las Lomas Calle 11A Apt#o. 963 J.Díaz P.R. 00795

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 166464

Nature of Claim: Public Employee claims

By: *Esteban F. Pérez Colón* (Signature)

Print Name: Esteban F. Pérez Colón

Title (if Participant is not an individual): _____

Date: August 5, 2021

RECEIVED
AUG 1 0 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Esteban F. Pérez Colón
apdo. 963
Juana Díaz P.R.
00795

To: Prime clerk LLC
Grand Central station
P.O. Box 4850
New York, NY 10163-4850

SAN JUAN PR 009
7 AUG 2021 PM 1 L



RECEIVED
AUG 10 2021
PRIME CLERK

10163-485050