# EXHIBIT 59

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Hernández Torres_

Participant's Address: _P.O. Box 10151 Ponce, PR. 00732_

Participant's Email Address: _evelyn.hdez2015@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Plan Confirmation Case No. 17BK 3283-LTS_

By: _Evelyn Hdez Torres_
Signature

_Evelyn Hernández Torres_
Print Name

_____
Title (if Participant is not an individual)

_29 / July / 2021_
Date

**RECEIVED**

AUG 0 2 2021

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Evelyn Hernández Torres
P.O. Box 10151
Ponce, P.R. 00732

30 JUL 2021 PM 2 L
SAN JUAN PR 009

RECEIVED
AUG 02 2021
PRIME CLERK LLC

10163-485050

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850