# EXHIBIT 65

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Genoveva Lugo Vázquez_

Participant's Address: _Box 178 Cabo Rojo, P.R. 00623_

Participant's Email Address: _N/A_

Name of Counsel: _Departamento Educación de P.R._

Address of Counsel: _San Juan, P.R._

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167 736_

Nature of Claim: _Some mony was send to teachers aditional of law
signed of that Time. I not received this mony._

By: _Genoveva Lugo Vázquez_
    Signature

_Genoveva Lugo Vázquez_
Print Name

RECEIVED

AUG 0 9 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_August   5 - 2020_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I certify that I worked with Department of education for 38 years from 1961-1999 from I retired. During the government of the governor Hon. Carlos Romero Barcelo some money aditional was sent to teachers by of a law signed in that time. Unfortunately some teachers did not received myself included. Consequently my claim to which I am emsion entified.

Thank you for your attention of my case.

Genaro Lugo Vazquez

Signature

Genoveva Hugo Vázquez
Box 178
Cabo Rojo, P.R. 00623

**RECEIVED**

AUG 0 9 2021

PRIME CLERK LLC

SAN JUAN PR  009

5 AUG 2021  PM 1  L

**RECEIVED** NA

AUG 0 9 2021

PRIME CLERK LLC

Prime Clerk LhC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163 - 4850

10163-485050