# EXHIBIT 66

Participant must provide all of the information below **in English**:

(1.) Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _George Quiñones Arguinzoni_

Participant's Address: _HC-01 Box 24495- Lajas P.R. 00725_

Participant's Email Address: _gquinones6017@outlook.com_

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2935_

Nature of Claim:

By: _George Quiñones Arguinzoni — Tel. 787-579-5559_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_30-Julio-2021_
Date

**RECEIVED**

**AUG 0 2 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

George Quiñones Arguinzoni
HC-01 Box 24495
Caguas P.R. 00725

SAN JUAN PR 009
30 JUL 2021 PM 2 L



RECEIVED
AUG 02 2021
PRIME CLERK

CommonWealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4708
New York, NY 10163-4708

10163-470808