# EXHIBIT 68



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Escuela Superior José Rojas Cortés
P. O. Box 2112
Orocovis, Puerto Rico



## PROYECTO DE EXPLORACIÓN OCUPACIONAL
### AÑO ESCOLAR 2014 - 2015
**Certificación de Recibo de Documentos de Horas de Exploración Ocupacional**

Certifico que __Arnaldo J. Burgos Otero__ del grado __10-4__
Entregó los documentos oficiales requeridos, evidenciando así la realización de las 20 horas de exploración ocupacional, realizando **Portafolio Conglomerado Ocupacional CFC** que son requisito
(Identificar la Estrategia Educativa Utilizada)
de graduación. Los documentos serán entregados a la Sra. Janice Díaz Rodríguez, Consejera Escolar, para la otorgación de las horas y se coloque la evidencia en el expediente académico.

_____    __20 / abril / 2015__
Representante Escolar Autorizado           Fecha

Copia de Estudiante

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gil A. Hernández Colón

Participant's Address: P.O. Box 1892 Orocovis P.R. 00720

Participant's Email Address: gabadh36@gmail.com

Name of Counsel: Hermann D. Bauer (O'NEILL & BORGES LLC)

Address of Counsel: 250 Muñoz Rivera Ave., Suite 800 San Juan, P.R. 00918-1813

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: PROMESA Title III

By: _[signature]_
Signature

Gil A. Hernández Colón
Print Name

_____
Title (if Participant is not an individual)

4 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN
6 AUG 2021

Gil A. Hernández Colón
P.O. Box 1892
Orocovis P.R., 00720

Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813

RECEIVED
AUG 09 2021
O'NEILL & BORGES

00918-181300