# EXHIBIT 70

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gladys Tapia Rodriguez

Participant's Address: P.O. Box 1858 Rio Grande, P.R. 00745

Participant's Email Address: gladys.tapiarod@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 137846 y 137835

Nature of Claim: Salarios Impagos

By: *[signature]* Gladys Tapia Rodriguez
Signature

Gladys Tapia Rodriguez
Print Name

_____
Title (if Participant is not an individual)

5/Agosto/2021
Date

RECEIVED
AUG 10 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Tapia Rodriguez
P.O. Box 1858
Rio Grande, P.R 00745

SAN JUAN PR 009
7 AUG 2021 PM 1 L

**RECEIVED**
AUG 10 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808