# EXHIBIT 71

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Santiago Lebron, Guadalupe / Victor Berrios

Participant's Address: Residencial Edif-1, Apt-4 Yabucoa P.R 00767

Participant's Email Address: _____

Name of Counsel: Coorporacion Azucarera

Address of Counsel: Yabucoa

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172539

Nature of Claim: Demanda de la Coorporacion Azucarera

By: x Guadalupe Santiago Lebrón
Signature

Guadalupe Santiago Lebrón
Print Name

Platero
Title (if Participant is not an individual)

30/07/2021
Date

RECEIVED
AUG 02 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santiago Lebron, Guadalupe
Residencial Edif-1, Apt 4
Victor Berrios
Yabucoa PR 00767

SAN JUAN PR 009
30 JUL 2021 PM 2 L



RECEIVED
AUG 02 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050