# EXHIBIT 72

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Hector E Morales Guzman

Participant's Address: Parcelas Lomas Verdes 528 calle Plotino, Moca PR 00676

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 2315

Nature of Claim: Retirement

By: Hector E Morales Guzman
Signature

Hector E Morales Guzman
Print Name

_____
Title (if Participant is not an individual)

8/4/2021
Date

RECEIVED
AUG 09 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector E Morales Guzman
Parcelas lomos Verdes
528 calle Plotino
Moca PR 00676

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK



Prime clerk LLC
Grond central Station
P.o Box 4850
New York NY 10163-4850

10163-485050