# EXHIBIT 74

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helga Torres Berly_

Participant's Address: _Muñoz Rivera #73 Villalba_

Participant's Email Address: _helgatorres0123@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 

PR 1845 SRF 55176 PACKID: 189081 MMLID: 1215385-P SVC: ADSHN-Q
HELGA TORRES BERLY
73 CALLE MUNOZ RIVERA
VILLALBA PR 00766

Nature of Claim:

By: ✓ _Helga Torres Berly_
Signature

_Helga Torres Berly_
Print Name

_Office Assistance_
Title (if Participant is not an individual)

_2 ago 21_
Date

RECEIVED
AUG 10 2021
PRIME CLERK LLC

S.S. 1214

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 52652 PACKID: 140991 MMLID: 1215385-P SVC: DSHN - Q
HELGA TORRES BERLY
73 CALLE MUNOZ RIVERA
VILLALBA, PR 00766

Helga Torres Berly
Muñoz Rivera # 73
Villalba PR 00766

SAN JUAN PR 009
6 AUG 2021 PM 2 L



RECEIVED
AUG 10 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York NY 10163-4708

10163-470808