# EXHIBIT 75

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ida Díaz Osorio_

Participant's Address: _Calle Amapola 726, La Ponderosa, Río Grande, P.R. 00445_

Participant's Email Address: _perla.violeta2018@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153024 y 141174_

Nature of Claim: _Salarios Impagos_

By: _[signature]_
Signature

Print Name: _Ida Díaz Osorio_

Title (if Participant is not an individual): _____

Date: _8/6/2021_

RECEIVED
AUG 10 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ida Díaz Osorio
Calle Amapola 726
La Ponderosa
Río Grande, P.R. 00745

SAN JUAN PR 009
7 AUG 2021 PM 1 L

RECEIVED
AUG 1 0 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708