# EXHIBIT 77

RECEIVED
AUG 09 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jacqueline Negrón
Participant's Address: P.O. Box 132 Villalba P.R. 00766
Participant's Email Address: Jana_0132@yahoo.com

Name of Counsel: N/A
Address of Counsel: N/A
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PACKID: 258722 MMLID: 357135-P SVC: MML-PC
Nature of Claim: NEGRON ANGULO, JACQUELINE A
PO BOX 132
VILLALBA PR 00766-0132

By: _Jacqueline Negrón Angulo_
Signature

Jacqueline Negrón Angulo
Print Name

Retired Teacher
Title (if Participant is not an individual)

2-ago-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jacqueline Negrón Angulo
P.O. Box 132 Villalba, P.R.
00766

jana_0132@yahoo.com

No counsel = N/A

***STAT PR 1845 SRF 45731 PackID: 23121 MMLID: 1718409 SVC: DN 14138
Jacqueline Negron Angulo
P.O. Box 132
Villalba, PR 00766

Retired Teacher          SS=4263

2-ago-21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jacqueline Wegran

Participant's Address: P.O. Box 132 Villalba, P.R. 00764

Participant's Email Address: Jana_0132@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PACKID: 258721 MMLID: 805967-P SVC: MML-PC
NEGRON ANGULO, JACQUELINE
PO BOX 132
VILLALBA PR 00766

Nature of Claim:

By: Jacqueline Wegran Angulo
Signature

Jacqueline Wegran Angulo
Print Name

Retired Teacher
Title (if Participant is not an individual)

2-ago-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jacqueline Negrón
P.O. Box 132
Villalba, P.R. 00766

RECEIVED
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Gran Central Station
P.O. Box 4850
New York, N.Y. 10163-4850