# EXHIBIT 79

' Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jannette Rivera Concepcion

Participant's Address: C/ Amapola H-9 Repto Valencia BAY P-R00959

Participant's Email Address: riveraconcepcionj@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 83934

Nature of Claim: Pension Retiree

By: *Jannette Rivera Concepcion*
Signature

Jannette Rivera Concepcion
Print Name

RECEIVED
AUG 10 2021
[...] CLERK LLC

Title (if Participant is not an individual)

7/agosto/21.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jannette Rivera
Cl Amapola H-9 Repto
Valencia Bay P.R. 00959

SAN JUAN PR 009
7 AUG 2021 PM 1 L

**RECEIVED**
AUG 10 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
PO Box 4708 New York,
NY 10163-4708

10163-470808