# EXHIBIT 80

SRF 55176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES, AND DIRECTING NOTICE TO CREDITORS OF THE SAME

THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOSED DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JUL 2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. T NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SH REVIEW THIS NOTICE.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commo of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-32 (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation A ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Pue Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits o Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-B LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankrup numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Joe Gonzalez Ruiz

Participant's Address: HC 3 Box 54518, Hatillo, PR 006:

Participant's Email Address: joe863584@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 

Nature of Claim: 

By: *[signature]*
Signature

Joe González Ruiz
Print Name

Supervisor Regional Interino
Title (if Participant is not an individual)

5-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

**LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL**

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

PR 1845 SRF 55176 PACKID: 178456 MMLID: 1742741-P SVC: ADSHN-Q
GONZALEZ RUIZ, JOE
HC 3 BOX 54518
HATILLO PR 00659

00659386149 HC03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES, AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WITH CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLAN ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION OF HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PROPOSED DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN MAY ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JUL 2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. T NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SH REVIEW THIS NOTICE.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number an four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Comm of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-32 (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Pue Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits o Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-F LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankrup numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: Joe Gonzalez Ruiz

Participant's Address: Hc-3 Box 54518 - Hatillo, PR

Participant's Email Address: Joe863584@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Joe Gonzalez_
Signature

Joe Gonzalez Ruiz
Print Name

Supervisor Reynold Interino
Title (if Participant is not an individual)

5- Agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 11507 MMLID: 1588321-P SVC: MML-PC
GONZALEZ RUIZ, JOE
HC-3 BOX 54518
HATILLO PR 00659

0065936149 H003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY
CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES,
AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**THE COURT HAS DETERMINED THAT DISCOVERY IN CONNECTION WIT**[H]
**CONFIRMATION HEARINGS ON THE DEBTORS' PROPOSED PLA**[N]
**ADJUSTMENT SHOULD BEGIN PROMPTLY, BEFORE COMPLETION O**[F]
**HEARING ON THE DEBTORS' MOTION FOR APPROVAL OF THE PRO**[P]
**DISCLOSURE STATEMENT REGARDING THE PROPOSED PLAN**
**ADJUSTMENT. THE DATES AND DEADLINES SET FORTH HEREIN M**[AY]
**ADJUSTED IF THE DISCLOSURE STATEMENT IS APPROVED AFTER JU**[LY]
**2021, AND ARE SUBJECT TO FURTHER REVISIONS BY COURT ORDER. T**[HIS]
**NOT A SOLICITATION OF VOTES ON THE PROPOSED PLAN. YOU SH**[OULD]
**REVIEW THIS NOTICE.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number an[d last] four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Comm[onwealth] of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax I[D: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-32[83-LTS] (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation [Authority] ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID[: ____); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Pue[rto Rico] Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits o[f Federal] Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-B[K-____-] LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankrup[tcy case] numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its coun if any:

Participant's Name: Joe Gonzalez Ruiz

Participant's Address: HC-3 Box 54518 - Hatillo P.R. 006

Participant's Email Address: joe863584@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 

Nature of Claim: 

By: _[signature]_
Signature

Joe Gonzalez Ruiz
Print Name

Supervisor Reynold Tulerino
Title (if Participant is not an individual)

5-Agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Noti must be filed electronically with the Court on the docket using the CM/ECF docket event Not of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST C
U.S. F
F
Toppa

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNS**

PR 1845 SRF 55176 PACKID: 1935 MMLID: 2245775-P SVC: MML-PC
GONZALEZ RUIZ, JOE
HC-3 BOX 54518
HATILLO PR 00659