# EXHIBIT 82

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSE A. CRISTOBAL MATOS

Participant's Address: PARCELAS VAN SCOY H33A CALLE 10

Participant's Email Address: _____

Name of Counsel: PRIME CLERK LLC

Address of Counsel: PO BOX 4708 NEW YORK 10163-4708

Email Address of Counsel: PRACRprocess@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 57710

Nature of Claim: PENSION / RETIREE CLAIMS

By: _Jose A. Cristobal [signature]_
Signature

JOSE A. CRISTOBAL MATOS
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.