# EXHIBIT 83

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José Félix Santiago Gerena

Participant's Address: Calle E-F1 Urb. Jdnes de Arecibo, Arecibo, P.R. 00612-2838

Participant's Email Address: _____

Name of Counsel: CM/ESF

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: _Sylvia Gerena Quiñones (mother)_
Signature

Print Name: Sylvia Gerena Quiñones

Title (if Participant is not an individual): Promesa III

Date: 8/6/21

**RECEIVED AUG 09 2021 PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tel. 939-308-0938.
POR FAVOR, no sé si está bien lleno.

From:
Sylvia Sirena
Calle E-F1
Urb. Jones de Arecibo
Arecibo, P.R.
00612-2838

To: Prime Clerk LLC.
Grand Central Station
P.O. Box 4850
New York, NY
10163-4850

SAN JUAN PR 009
6 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

10163-485050