# EXHIBIT 84

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José L. Rivera González_

Participant's Address: _P.O. Box 132 Villalba_

Participant's Email Address: _Jana_0132@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PackID: 118786 MMLID: 1733744-P SVC: MML-PC
RIVERA GONZALEZ, JOSE L.
PO BOX 132
Nature of Claim: VILLALBA PR 00766

By: ✓ _José L. Rivera González_
Signature

_José L. Rivera González_
Print Name

_Retired Teacher_
Title (if Participant is not an individual)

_2-ago-21_
Date

RECEIVED
AUG 09 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID: 118771 MMLID: 814856-P SVC: MML-PC
RIVERA GONZALEZ, JOSE
PO BOX 132
VILLALBA PR 00766

***STAT PR 1845 SRF 45731 PackID: 26678 MMLID: 1733744 SVC: DN 14138
JOSE L. RIVERA GONZALEZ
PO BOX 132
VILLALBA, PR 00766

José L. Rivera González
P.O. Box 132
Villalba, PR 00746

RECEIVED
AUG 09 2021
PRIME CLERK



Prime Clerk LLC
Gran Central Station
P.O. Box 4850
New York, N.Y. 10163-4850