# EXHIBIT 86

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carrasquillo Rodríguez, José O.

Participant's Address: Calle Flamboyán 2#25 Lomas Verdes Bayamón RR. 00956

Participant's Email Address: jairopulgoso@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: x 99045

Nature of Claim: The Financial oversight and Management Board for Puerto Rico

By: _J.O.C._ (Signature)

Print Name: José O. Carrasquillo Rodríguez

Title (if Participant is not an individual):

Date: 6 agosto 2021.

RECEIVED
AUG 09 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose Carrasquillo Rodriguez
2H25 Calle Flamboyan
Bayamon, PR 00956

SAN JUAN PR 009
6 AUG 2021 PM 2 L

FOREVER / USA

RECEIVED
AUG 09 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050