# EXHIBIT 89

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Solis Muriel, Jose

Participant's Address: HC02 Box 8414 Yabucoa P.R 00767

Participant's Email Address: _____

Name of Counsel: Coorporacion Azucarera

Address of Counsel: Yabucoa

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173221

Nature of Claim: Demanda de la coorporacion

By: Jose Solis Muriel
Signature

Jose Solis Muriel
Print Name

Operador equipo Pesado
Title (if Participant is not an individual)

31/07/2021
Date

RECEIVED
AUG 09 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Salis Muriel
HC 02 Box 8414
Yabucoa PR. 00767

SAN JUAN PR 009
RECEIVED 4 AUG 2021 PM 2 L
AUG 09 2021
PRIME CLERK



Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050