# EXHIBIT 90

RECEIVED
AUG 09 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Hernández Ortiz

Participant's Address: Carretera 155 · Bo. Saltos, Sector Miraflores

Participant's Email Address: _____

Name of Counsel: Departamento de Educación

Address of Counsel: Hato Rey

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: _____

By: _Juan E. Hndez Ortiz_
Signature

Juan Hernández Ortiz
Print Name

_____
Title (if Participant is not an individual)

Agosto 3 - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR.1845 SRF-55176 PackID 255556 MHLID 1241922 PSNC009
Juan Hernández Ortiz
P.O. Box 440
Orocovis P.R. 00720-0440



SAN JUAN PR
ADSHN
4 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

Prime clerk LLC
Grand Central station
P.O. Box 4708
New York, NY 10163-4708

10163-470808