# EXHIBIT 96

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Lillyvette Ortiz Busigo**

Participant's Address: **1033 calle 18 Villa Nevarez San Juan PR 00927**

Participant's Email Address: **lillybusigo@gmail.com**

Name of Counsel: **NA**

Address of Counsel: **NA**

Email Address of Counsel: **NA**

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: **62934**

Nature of Claim: **Aportaciones Acumuladas Retiro**

By: **[signature]**
Signature

**Lillyvette Ortiz**
Print Name

**8-11-2021  omitt**
Title (if Participant is not an individual)

**8-11-2021**
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.