# EXHIBIT 97

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lionel González Tellado

Participant's Address: HC02 6405 Lares Puerto Rico 00669

Participant's Email Address: lenoil0927@Gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149483

Nature of Claim: Pension Retired Claim 43,473.46

By: *(signature)* Lionel González Tellado
Signature

Lionel González Tellado
Print Name

_____
Title (if Participant is not an individual)

5/agosto/2021
Date

RECEIVED
AUG 10 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lionel González Tellado
HC 02 Box 6405
Lares P.R. 00669

SAN JUAN PR 009
6 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

RECEIVED
AUG 10 2021
PRIME CLERK

10163-470808