# EXHIBIT 101

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis. A Sánchez Malavé_

Participant's Address: _Calle Segunda 253_

Participant's Email Address: _Bo Coquí Aguirre. P.R 00704_

Name of Counsel: _N/A No Email or Lawyer_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 169678_

Nature of Claim: _SS # 9620_

By: _Luis E Sánchez_
Signature

x _Luis. A Sánchez_
Print Name

**RECEIVED**

**AUG 0 9 2021**

**PRIME CLERK**

_____
Title (if Participant is not an individual)

_Julio 13 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis . A . Sánchez
Segunda 253
Coqui-Aguirre, P.R.
00704

**RECEIVED**

AUG 09 2021

**PRIME CLERK**

SAN JUAN PR  009
6 AUG 2021  PM 2  L

Prime Clerk. LLC
Grand Central Station
P.O .Box 4850
New. York. N.Y - 10163-4850
10 163-4850

10163-485050