# EXHIBIT 104

RECEIVED

AUG 11 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz N. de Jesús Figueroa*

Participant's Address: *Arizona #3 Casa #4 Arroyo, P.R. 00714*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *172593*

Nature of Claim: *Public Employee claims*

By: *[signature] N. de Jesús*
Signature

*Luz Nereida de Jesús*
Print Name

*Asistente de maestro*
Title (if Participant is not an individual)

*4 de Agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Nereida de Jesús
Calle Arizona #3 int.
Casa #4B
Arroyo, P.R.
00714

RECEIVED
AUG 11 2021
PRIME CLERK LLC

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7021 0350 0001 0814 0626




Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

RETURN RECEIPT
REQUESTED

10163-470808