# EXHIBIT 106

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz Eneida Ocasio Ceballos

Participant's Address: P.O. Box 4300 PMB 93 Rio Grande P.R. 00745

Participant's Email Address: luvoceballos@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 145228

Nature of Claim: Reclamación de dinero dejado de cobrar

By: Luz E. Ocasio Ceballos
Signature

Luz E. Ocasio Ceballos
Print Name

_____
Title (if Participant is not an individual)

8 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz Eneida Ocasio Ceballos

Participant's Address: P.O. Box 43002 PMB 93 Rio Grande, PR 00745

Participant's Email Address: luzoceballos05@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 155329

Nature of Claim: Reclamación de dinero dejado de cobrar

By: _Luz E. Ocasio Ceballos_
Signature

Luz E. Ocasio Ceballos
Print Name

Title (if Participant is not an individual): _____

8 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.