# EXHIBIT 107

Participant must provide all the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz Y. Hernández Cruz

Participant's Address: Urb. Las Haciendas 15073 Cuatro Camino Canovanas P.R. 00729

Participant's Email Address: hernandezcruzluz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 137044

Nature of Claim: 52,183.28

By: _Luz Y. Hernández Cruz_ (Signature)

Luz Y. Hernández Cruz
Print Name

José A. Figueroa Roldán
Title (if Participant is not an individual)

11/Agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may