# EXHIBIT 108

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lydia E. Maldonado Torres_

Participant's Address: _Urb. Las Alondras #58 calle 7-B_

Participant's Email Address: _lydia.edueg@gmail.com_

Name of Counsel: _no_ _N/A_

Address of Counsel: _N/A_

Email Address of Counsel:

2. Participant's Claim Number: PR 1845 SRF 55176 PACKID: 161136 MMLID: 293464-P SVC: MML-PC
MALDONADO TORRES, LYDIA E
URB. LAS ALONDRAS
# 58 CALLE 7-B
VILLALBA PR 00766

Nature of Claim:

By: _Lydia E. Maldonado Torres_
Signature

_Lydia E. Maldonado Torres_
Print Name

RECEIVED
AUG 09 2021
PRIME CLERK LLC

_Retired teacher_
Title (if Participant is not an individual)

_2-ago-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 52652 PackID: 161581 MMLID: 293464-P SVC: DSHN - PC
MALDONADO TORRES LYDIA E
URB. LAS ALONDRAS
# 58 CALLE 7-B
VILLALBA PR 00766

210720V2 Confirmation Discovery Procedures Notice    Version July 20, 2021    9

PR 1845 SRF 55176 PACKID: 161137 MMLID: 1854455-P SVC: MML-PC
MALDONADO TORRES, LYDIA E.
URB. LAS ALONDRAS CALLE 1B-58
VILLALBA PR 00766

Lydia E. Maldonado Torres
Urb. Las Alondras calle 7-B-58
Villalba, P.R. 00766

SAN JUAN PR  009
4 AUG 2021  PM 2  L



**RECEIVED**
**AUG 09 2021**
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY  10163-4850

10163-485050