# EXHIBIT 109

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marciano Santana Lopez

Participant's Address: Calle A #38 Bo. Puente Blanco Cataño PR 00962

Participant's Email Address: Margarita y Santana 52@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 157542

Nature of Claim: "Promesa Título III" (aumento salarial Romero ayo)

By: _[signature]_
Signature

Marciano Santana López
Print Name

_____
Title (if Participant is not an individual)

6 agosto 2021
Date

**RECEIVED**

**AUG 09 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marciano Santana López
Calle A #38
Bo. Puente Blanco
Cataño PR 00962

SAN JUAN PR 009
6 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

Prime Cleak LLc
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050