# EXHIBIT 112

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Ortiz Ortiz_

Participant's Address: _Calle Aries FD24 Irlanda Heights Bayamon PR 00956_

Participant's Email Address: _—_

Name of Counsel: _Martin J. Bienenstock, Brian S. Rosen, Margaret A. Dale, Julia D. Alonso, Laura Stafford_

Address of Counsel: _Proskauer Rose LLP Eleven times Square New York, NY 10036_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-Lts_

Nature of Claim: _Promesa - title III_

By: _Margarita Ortiz Tel. 787-384-3779_
Signature

_Margarita Ortiz Ortiz_
Print Name

_tecnica III Prog. Adultos_
Title (if Participant is not an individual)

_31 Agos/August - 2021_
Date

RECEIVED

AUG 09 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita ortiz
Calle Brisas FD24
Tyrler Heights
Bayamón P.R. 00956

SAN JUAN PR  009

4 AUG 2021  PM 2  L

USA

RECEIVED

AUG 09 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York. NY 10163-4850

10163-485050