# EXHIBIT 114

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María C. González Pérez_

Participant's Address: _RR-1 Box 13350 Orocovis PR 00720_

Participant's Email Address: _mcgp0640@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS_

Nature of Claim: _Promesa Title IV_

By: _María C. González Pérez_
Signature

_María C. González Pérez_
Print Name

RECEIVED
AUG 10 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria C. González
RR 1 Box 13350
Orocovis, P.R. 00720

SAN JUAN PR 009
7 AUG 2021 PM 1 L



**RECEIVED**
AUG 10 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

10163-470808