# EXHIBIT 115

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *María de los A. Cintrón Berríos*

Participant's Address: *P.O. Box 171 Barranquitas, P.R. 00794*

Participant's Email Address: *mcintron1956@gmail.com*

Name of Counsel: *Martin J. Bienenstock, Brian Rosen, Margaret A. Dale, Julia Alonso, Laura Stafford*

Address of Counsel: *Proskauer Rose LLP. Eleven Times Square, New York, N.Y. 10036*

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: *María de los A. Cintrón Berríos*
Signature

*María de los A. Cintrón Berríos*
Print Name

*Trabajadora Social - Social Worker, Administración Familias y niños.*
Title (if Participant is not an individual)

*6-august-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

AUG 09 2021

PRIME CLERK

Maria dito Alcantara
P.O. Box 171
Barranquitas, PR 00794

RECEIVED SAN JUAN PR 009
6 AUG 2021 PM 2 L
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050