# EXHIBIT 116

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mario del Carmen Peña Diaz_

Participant's Address: _Urb Los Elvis B-16 Box 1693 Juan Diaz PR 00795_

Participant's Email Address: _perezmariadel@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283-L-TS_

Nature of Claim: _Promesa III_

By: _Mario del Carmen Peña Diaz_
Signature

_Maria del Carmen Peña Diaz_
Print Name

_____
Title (if Participant is not an individual)

_July 30, 2021_
Date

RECEIVED
AUG 05 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mni del Cmn Soy of
Apt hos Mms B-16
Box 1693
Juan Dz P.R. 00798

Prime Clerk LLC
Grnd Central Station
P.O. Box 4850
New York N.Y. 10163-4850

SAN JUAN PR 009
2 AUG 2021 PM 2 L

RECEIVED
AUG 05 2021
PRIME CLERK LLC

10163-485050