# EXHIBIT 120

RECEIVED
AUG 10 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria J. Cosme Thillet

Participant's Address: URB. Buenos Aires Calle B-77 Santa Isabel, PR. 00757

Participant's Email Address: mariacosmethillet@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 98831

Nature of Claim: Ley 34, Ley 73 and others

By: *Maria J. Cosme Thillet*
Signature

Maria J. Cosme Thillet
Print Name

Title (if Participant is not an individual)

8/7/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria J. Cosme Thillet
URB. Buenos Aires
Calle B-77
Santa Isabel, P.R. 00757

SAN JUAN PR 009
7 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

RECEIVED
AUG 10 2021
PRIME CLERK

10163-485050