# EXHIBIT 121

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 1 2021, you will not be permitted to participate in discovery. If you do not file this Notice, y will still be able to vote on the Plan, if you are otherwise qualified to vote.

The party identified below (the "Participant") hereby advises the Debtors th intends to participate in discovery in connection with confirmation of the Debtors' proposed F

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commor of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Trans Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax II (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Pv Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case N 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankr numbers due to software limitations).

Escaneado con CamScanner

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M Vega Rivera

Participant's Address: Urb. Jaime L. Drew Ave. E-70 Ponce, PR 00730

Participant's Email Address: mariam_vegarivera@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 28991

Nature of Claim: 17BK 3283-LTS

By: M. Vega Rivera
Signature

Maria M Vega Rivera
Print Name

_____
Title (if Participant is not an individual)

31/julio/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021

Escaneado con CamScanner

30 de marzo de 2020

Número de caso 17-BK03283-LTS
Case number 17 BK0383-LTS-Commonwealth de Puerto Rico

Date filed 5/30/2018
De: Maria M Vega Rivera
Urb Jaime L Drew Ave E-70
Ponce, PR 00730-1528

A quien pueda interesar :

Por este medio hago un desglose de mi dinero adeudado bajo la ley 96 del 1 de julio de 2001 de los años trabajados en el Departamento de Educación de Puerto Rico. Bajo la administración de Romero Barcelo, Pedro Rosello, Sila Maria Calderón, Anibal Acevedo Vila, Luis Fortuño y Alejandro Garcia Padilla

De esta forma hago el desglose de dinero adeudado como parte de mi reclamación. Como parte de uno de los requisitos de evidencia de Ley Promesa

De aumento de sueldo de $100.00 mensuales desde 2001
Años 2001-2005

2001- $100.00 x6 meses =$600.
2002-$100 .00 x 12 meses=$1,200
-2003-$100 .00 x 12 meses=$1,200
2004-$100 .00 x 12 meses=$1,200
2005-$100 .00 x 12 meses=$1,200

Total =5,400

Años 2006-2010

2006-$100.00 x6 meses =$600.
2007
2008--$100 .00 x 12 meses=$1,200
2009--$100 .00 x 12 meses=$1,200
2010--$100 .00 x 12 meses=$1,200

Total=$ 5,400

Año 2011-2015

2011-$100.00 x6 meses =$600.

2,009 -2013
2009 -$600.00
2010-100,x12=1,200
2011-100x12=1,200
2012-100x12 =1,200
2013-100x12=1,200
Total=5,400

Escaneado con CamScanner

2012-$100.00 x 12 meses=$1,200
2013--$100.00 x 12 meses=$1,200
2014--$100.00 x 12 meses=$1,200
2015---$100.00 x 12 meses=$1,200
Total =$ 5,400 2011-2015

Desglose 1997 los pasos de anos de experiencias $25.00 x 12 meses =$300.00  1998 $50.00 x 12 meses =$600.00

Luego de 22 anos de servicio total adecuado de los pasos es 22 anos x $900.00=19,800

Días por exceso de enfermedad desde 2010-2020 $2,700 x 22 anos =19,800
Días por exceso de enfermedad desde
Un total adeudado de aumento de sueldo $21,600
mas 19,800 dinero adeudado de los pasos de anos de experiencias.
Días por excesos de enfermedad no pagados desde el ano 2010 $27,000

Tengo un gran total adecuado bajo el Gobierno de Puerto Rico $68,400

Atte. Maria M. Vega Rivera

CLAIM #28991
Case number 17 BK0383-LTS-Commonwealth de Puerto Rico

Escaneado con CamScanner

Maria M. Vega Rivera
Urb. Jaime L. Drew Ave. E-70
Ponce PR 00730

SAN JUAN PR 009
4 AUG 2021 PM 2 L

O Neil / Borges LLC
250 Muñoz Rivera Ave.
Suite 800
San Juan P.R.
00918-1813

RECEIVED
AUG 05 2021
O'NEILL & BORGES

00918-1813 00