# EXHIBIT 124

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rodriguez Medina, Mariano

Participant's Address: 3 Calle Corona Yabucoa PR 00767

Participant's Email Address: _____

Name of Counsel: Coorporacion Azucarera

Address of Counsel: Yabucoa

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17431

Nature of Claim: Demanda de la Coorporacion Azucarera

By: ___X___
Signature

___X___
Print Name

Platos, gabasos y Azucar
Title (if Participant is not an individual)

30/07/2021
Date

RECEIVED
AUG 02 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rodriguez Medina, Mariano
3 Calle Corona
Yabucoa P.R. 00767

SAN JUAN PR 009
30 JUL 2021 PM 2 L



RECEIVED
AUG 02 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050