# EXHIBIT 125

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mariconchi Rivera Negrón
Participant's Address: P.O. Box 132 Villalba, P.R. 00766
✓ Participant's Email Address: mariconchir@gmail.com
Name of Counsel: N/A
Address of Counsel:
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PackID: 124504 MMLID: 452080-P SVC: MML-PC
RIVERA NEGRON, MARICONCHI
PO BOX 132
Nature of Claim: VILLALBA PR 00766

✓ By: _Mariconchi Rivera Negrón_
Signature

Print Name: Mariconchi Rivera Negrón

RECEIVED
AUG 09 2021
PRIME CLERK

Title (if Participant is not an individual): Tecnique Rehabilitacion Vocacional P.R.

Date: 2-ago-21

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mariconchi Rivera Negrón
P.O. Box 132
Villalba, P.R. 00766

**RECEIVED**
AUG 09 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y 10163 4850



1016384850 B097