# EXHIBIT 126

RECEIVED

AUG 10 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilyn V. Marlin Félix_

Participant's Address: _Urb. San Gerardo, Calle Ohio #309, San Juan, P.R._

Participant's Email Address: _abaymar9@yahoo.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_   (Law 89 Salary)

Nature of Claim: _Salary adjustment_

By: _Marilyn Marlin_
Signature

_Marilyn V. Marlin_
Print Name

———
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

7 AUG 2021 PM 1 L



RECEIVED
AUG 10 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050