# EXHIBIT 127

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _MARTIN CARRION SANTIAGO_

Participant's Address: _HC #4 BOX 6420_

Participant's Email Address: _martin carriosantiago @gimail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173128_

Nature of Claim: _TRABAJE para LA CorpoRACion AZUCAReRA (CENTRAL RUIG)_

By: _Martin Carrion Santiago_
      Signature

_Martin Carrion Santiago_
Print Name

_Agricultor (CAMPO)_
Title (if Participant is not an individual)

_8/5/2021_
Date

**RECEIVED**

**AUG 0 9 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PACK ID: 126538 MMLID 2172129

CARRION SANTIAGO MARTIN

HC 4 BOX 6420

YABUCOA P.R 00767

SAN JUAN PR 009

6 AUG 2021  PM 2  L

**RECEIVED**

AUG 09 2021

**PRIME CLERK**

Prime clerk LLC

Grand Central Station

PO Box 4850

New Yor, NY 10163-4850

10163-485050