# EXHIBIT 128

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Melvin Ruiz Mendoza*

Participant's Address: *Calle Esperanza #11 aguada P.R.*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Melvin Ruiz Mendoza*
Signature

*Melvin Ruiz Mendoza*
Print Name

_____
Title (if Participant is not an individual)

*Agosto - 2 - 2021*
Date

RECEIVED

AUG 09 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Melwin Ruiz Mendoza
Calle Esperanza #11
aguada P.R. 00602

SAN JUAN PR 009



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central station
P.O Box 4850
New York 10103-4850

10163-485050