# EXHIBIT 132

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MIGUEL A. SANCHEZ ORTIZ

Participant's Address: HC 5 BOX 5150 YABUCOA PR 00767

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO CLAIM NUMBER

Nature of Claim: —

By: *(signed)* Miguel A Sanchez Ortiz
Signature

MIGUEL A SANCHEZ ORTIZ
Print Name

_____
Title (if Participant is not an individual)

7/7/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGUEL A SANCHEZ ORTIZ
HC 5 BOX 5150
YABUCOA PR 00767

SAN JUAN PR 009
7 AUG 2021 PM 1 L

RECEIVED
AUG 09 2021
O'NEILL & BORGES

HERMANN D. BAUER
USDC# 215205
O'NEILL & BORGES LLC
250 MUÑOS RIVERA AVE. SUITE 800
SAN JUAN PR 00918