# EXHIBIT 136

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Modesto Burgo Martinez_

Participant's Address: _HC 5- Box 4939_

Participant's Email Address: _Gaboa␣ P.R. 00767-9661_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172767_

Nature of Claim: _____

By: _Modesto Burgomartin_
Signature

**RECEIVED**

_Modesto Burgomartin_
Print Name

AUG 09 2021

**PRIME CLERK**

_____
Title (if Participant is not an individual)

_8/3 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Modesto Burgos Martinez
HC-5-Box 4939
Yabucoa P.R. 00767

SAN JUAN PR 009
6 AUG 2021 PM 2 L



To: Prime Clek. LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

RECEIVED
AUG 09 2021
PRIME CLERK

10163-485050