# EXHIBIT 137

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy Quiles Sepulveda_
Participant's Address: _Calle J Martinez de Andino #-5_
Participant's Email Address: _Adjuntas, PR 00601 2339_
Name of Counsel: ____
Address of Counsel: ____
Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_
Nature of Claim: ____

By: _Nancy Quiles_
Signature

_Nancy Quiles Sepulveda_
Print Name

_Retired teacher_
Title (if Participant is not an individual)

_3-agosto-2021_
Date

RECEIVED
AUG 10 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Quiles Sepulveda
Calle A-5 JM Andino
Adjuntas, P.R. 00601-2339



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

**RECEIVED**
AUG 10 2021
**PRIME CLERK**