# EXHIBIT 140

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilsa Moreno Miranda_

Participant's Address: _HC 02 Box 7810 Santa Isabel PR 00757-9729_

Participant's Email Address: _morenonilsa@gmail.com_

Name of Counsel: _not Represented by counsel_

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169977_

Nature of Claim: _Empleada Dept Educación - maestra_

By: _Nilsa Moreno Miranda_
Signature

_Nilsa Moreno Miranda_
Print Name

_Promess III_
Title (if Participant is not an individual)

_8/6/21_
Date

**RECEIVED**

**AUG 09 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Discovery Notice to the Court Clerk's office at: United States District Court, Clerk's office 150 Ave Carlos Chardon St, 150 San Juan PR 00918 1767_

Nilsa Morano Miranda
HC 02 Box 7810
Santa Isabel PR 00757-9725

SAN JUAN PR 009

**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York NY 10163-4850

10163-485050

