Case:17-03283-LTS Doc#:17812-142 Filed:08/13/21 Entered:08/13/21 15:34:42 Desc:
Exhibit 142 Page 1 of 3

# EXHIBIT 142

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma Iris Acevedo Rivera

Participant's Address: C/27 Blq 14 #5 Sabana Gardens, Carolina P.Rico 00983

Participant's Email Address: Esteban19226@Hotmail.com

Name of Counsel: Management Board for Puerto Rico

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Salary not recived Law 89 Romerazo 1979 Sign by the GOV Romero Barcelo Law Promesa 2

By: *Norma l Acevedo Rivera*
Signature

Norma I Acevedo Rivera
Print Name

_____
Title (if Participant is not an individual)

08/06/21
Date

RECEIVED
AUG 0 9 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Acevedo Rivera
C/27 Blq/14 #5
Sabana Gardens
Carolina P.Rico
00983

SAN JUAN PR 009
5 AUG 2021 PM 1 L



CommonWealth of P.Rico ACR Processing Center
c/o Prime Clerk LLC
850 3rd Ave, suite 412
Brooklyn, NY 11232

RECEIVED
AUG 09 2021
PRIME CLERK LLC

11232-152312