# EXHIBIT 144

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Olga Melendez Rivera

Participant's Address: Ext. Jardines de Coamo, Calle 11, H-35 Coamo P.R.

Participant's Email Address: omelendez047@gmail.com.

Name of Counsel: Dept of Education

Address of Counsel: Calle Jose Quinton # 82, Coamo, P.R. 00769

Email Address of Counsel: de 86851@miescuela.pr

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: Olga Melendez Rivera
Signature

Olga Meléndez Rivera
Print Name

RECEIVED
AUG 09 2021
PRIME CLERK LLC

______________________________
Title (if Participant is not an individual)

8/4/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PACKID: 209506 MMLID: 323853-P SVC MML-PC

Meléndez Rivera OLGA
Ext. Jardines de Coamo
H-35 Calle 11
Coamo, PR 00769

SAN JUAN PR 009
5 AUG 2021 PM 1 L




Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

RECEIVED
AUG 09 2021
PRIME CLERK LLC

10163-485050