# EXHIBIT 146

RECEIVED
AUG 09 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Dávila

Participant's Address: 1600 N. Talman Apt #202 Chicago IL 60647

Participant's Email Address: ____

Name of Counsel: Coorporacion Azucarera

Address of Counsel: Yabucoa

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____

Nature of Claim: Demanda de la coorporacion Azucarera

By: *Pedro Dávila* (signature)
Signature

Pedro Dávila
Print Name

Empacador refineria
Title (if Participant is not an individual)

August 4 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To Whom it may Concern

My Name is Pedro Davila I use To work for Coorporacio Azucarera in Yabucoa Puerto Rico they are asking me for my Claim Number Witch I dont have at the moment

But I could be Send you My Social Number that is 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

Thank YOUR

Pedro Davila

August 4, 2021

Pedro Davila
1600 N. Talman Ave
Apt 202
Chicago Il. 60647-9651

CAROL STREAM IL 601
5 AUG 2021 PM 1 L



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050