# EXHIBIT 147

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Iván Alvarado Torres

Participant's Address: HC 02 Box 7810 Santa Isabel PR 00757

Participant's Email Address: morenonilsa@Gmail.com

Name of Counsel: no represented by Counsel

Address of Counsel: Discovery Notice to the Court's Clerk's office at: United States District Courts, Clerks 150 Ave Chardon Sta 150 San Juan PR 00 918-1767

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Dept. Educación – Pasos de Aumentos no Cobrados

By: _Pedro Iván Alvarado Torres_
Signature

Pedro Iván Alvarado Torres
Print Name

111   NO. 17 BK 3283 - LTS
Title (if Participant is not an individual)

8/6/21
Date

RECEIVED
AUG 09 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Iván Alvarado Torres
HC02 Box 7810
Santa Isabel PR 00757-9729



SAN JUAN PR 009

RECEIVED
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, NY 10163-4850

10163-485050