# EXHIBIT 152

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roberto Muñoz Rios

Participant's Address: HC06 BOX 4690 Coto Laurel P.R. 00780

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: The Financial Oversight

By: *Roberto muñoz Rig*
Signature

Roberto Muñoz Rios
Print Name

_____
Title (if Participant is not an individual)

8/4/2021
Date

RECEIVED
AUG 0 9 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Muñoz Rios Roberto
HC 06 BOX 4690
Cotto laurel PR. 00780

SAN JUAN PR   009
4 AUG 2021   PM 2   L



RECEIVED
AUG 09 2021
PRIME CLERK

Prime clerk LLC
Grand Central Station
PO Box 4850 New york, NY
10163 - 4850