# EXHIBIT 153

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa A. Lugo Segarra

Participant's Address: Azucena 429 2DA Ext Lajas, P.R. 00667 Urb. El Valle

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: _____

By: Rosa A. Lugo Segarra
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

2 de agosto de 2021
Date

RECEIVED
AUG 0 5 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De
Rosa A. Lugo Segarra
Calle Azucena #429
2nda Ext. El Valle
Lajas, P.R. 00667

SAN JUAN PR 009
2 AUG 2021 PM 2 L



RECEIVED
AUG 05 2021
PRIME CLERK LLC

Primer Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050