# EXHIBIT 154

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa M. Rodriguez Matos

Participant's Address: Hc2 Box 5271 Comerio, P.R. 00782

Participant's Email Address: rodriguezmatosrosa@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179017

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Rosa M. Rodriguez Matos
Signature

Rosa M. Rodriguez Matos
Print Name

Title (if Participant is not an individual)

2 agosto 2021
Date

RECEIVED
AUG 05 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra Rosa M Rodriguez Matos
HC 2 Box 5271
Comerio, PR 00782

SAN JUAN PR 009
2 AUG 2021 PM 2 L



RECEIVED
AUG 05 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050