# EXHIBIT 155

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[3]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

RECEIVED
AUG 09 2021
PRIME CLERK LLC

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ATTACHMENT 1**

1. Name of Counsel:
Discovery notice to the Court's clerk's office at:
United States District Court,
Clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

2. Nature of claim:
The claim is due to the fact that laws were established that indicate increase and were not awarded. I understand that the law is:
Law 89 / 1979 (el romerazo)
Which grants $50.00 per month (305/0)

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa Maria Santoni Lopez_

Participant's Address: _P.O.Box 5000 PMB 705, Aguada 00602-7003_

Participant's Email Address: _rosamsantoni@gmail.com_

Name of Counsel: _view attachment 1_

Address of Counsel: _"_

Email Address of Counsel: _"_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130510_

Nature of Claim: _view attachment 1_

By: _Rosa M. Santoni Lopez_
Signature

_Rosa M. Santoni Lopez_
Print Name

_To see the progress of claim_
Title (if Participant is not an individual)

_6 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED
AUG 09 2021
PRIME CLERK

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                  Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ATTACHMENT 1**

RECEIVED
AUG 09 2021

1. Name of counsel:
Discovery notice to the court's clerk's office at United state District court, clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

2. Nature of claim:
The claim is due to the fact that laws were established that indicate a salary increase and were not awarded. I understand that the laws is:
Incentive act of 2002 (Sila M. Calderon)

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa Maria Santoni Lopez

Participant's Address: P.O. Box 5700 PMB 705 Aguada P.R. 00602-7003

Participant's Email Address: rosamsantoni@gmail.com

Name of Counsel: view attachment 1

Address of Counsel: ''

Email Address of Counsel: ''

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 145304 (Incentive act of 2002)

Nature of Claim: View attachment 1

By: Rosa M Santoni Lopez
Signature

Rosa M. Santoni Lopez
Print Name

to see the progress of claim
Title (if Participant is not an individual)

August 6 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. Santini López
P.O Box 5000 Suite 706
Aguada, P.R. 00602-7003

SAN JUAN PR 009
6 AUG 2021 PM 2 L



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485060

Rosa M. Santoni López
P.O. Box 5000 Suite 705
Aguada, P.R. 00602-7003

SAN JUAN PR 009
6 AUG 2021 PM 2 L



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050