# EXHIBIT 158

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I. Echevarria Abreu_

Participant's Address: _Urb. Las Delicias 4041 Calle Fidelia Mathew_ _Ponce, P.R. 00728_

Participant's Email Address: _twistypr@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283   82474_

Nature of Claim: _Ley 164 del 22 de julio de 2003._

By: _Sandra I. Echevarria Abreu_
   Signature

_Sandra I. Echevarria Abreu_
Print Name

RECEIVED

AUG 10 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_5 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra I Echevarría Otero
Urb. Los Delicias 404
Calle Fidelis Mathew
Ponce, P.R. 00728-

**RECEIVED**

AUG 1 0 2021

**PRIME CLERK**

SAN JUAN PR  009



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York 10163-4708

10163-470808

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra I. Echevarria Abreu*

Participant's Address: *Urb. Las Delicias 4041 Calle Fidelia Mathew Ponce, P.R. 00728*

Participant's Email Address: *twistypr@ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *86213*

Nature of Claim: *aumento Salarial de Retiro de maestro*

By: *Sandra I. Echevarria Abreu*
   Signature

*Sandra I. Echevarria Abreu*
Print Name

*5/agosto/2021*
Title (if Participant is not an individual)

RECEIVED
AUG 10 2021
PRIME CLERK LLC

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra I Echevarria
Urb Las Delicias 404
Calle Fidelia Mathew
Ponce, P.R. 00728

SAN JUAN PR  009



FOREVER / USA

**RECEIVED**

AUG 1 0 2021

**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York 10163-4708

10163-470808

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra I. Echevarría Abreu*

Participant's Address: *Urb. Las Delicias 4041 Calle Fidelia Mathew Ponce, P.R. 00728*

Participant's Email Address: *twistypr@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *89567*

Nature of Claim: *Ley 96 del 1ro de julio de 2002*

By: *Sandra I. Echevarría*
Signature

*Sandra I. Echevarría Abreu*
Print Name

_____
Title (if Participant is not an individual)

*5/agosto 2021*
Date

RECEIVED

AUG 1 0 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra J. Echevarría Otero
Urb. Las Delicias 4041
Calle Fidelia Mathew
Ponce, P.R. 00728

SAN JUAN PR   009



RECEIVED

AUG 1 0 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York 10163-4708

10163-470808