# **EXHIBIT 159**

RECEIVED
AUG 05 2021
PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sandra N. Santiago Figueroa

Participant's Address: P.O Box 1815 Orocovis, P.R. 00720

Participant's Email Address: santiagosandra404a@gmail.com

Name of Counsel: Title III Prime Clerk

Address of Counsel: Grand Central Station New York NY 10163-4850

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 68522 Title III No. BK 3283 LTS

Nature of Claim: Over look by The Judge my right to conpension at work years 2008-2014 "Promesa Title III Sila and accident at work claim broken leg and conclusion leaving me for dead was taken to hospital de Aibonito P.R., year 2002 Oct 28 at 9:30am was taken to el Fondo del Segerol de Estado case is pendending I claim 48 to 60 Thousand dollar for wrongful damges and Emotion al claim! 2008-2014 Sila wasages were not given amount 30 Thousand

By: Sandra N. Santiago
Signature

Sandra N. Santiago
Print Name

Promesa Title III
Title (if Participant is not an individual)

08/2/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sandra N. Santigo Figueroa*

Participant's Address: *P.O Box 1815 Orocovis, P.R. 00720*

Participant's Email Address: *santiagosundra404@gmail.com*

Name of Counsel: *Title III Prime clerk Grand Central Sation*

Address of Counsel: *New York, NY 10163-4850 puertoricoinfo@primeclerk.com*

Email Address of Counsel: *puertoricoinfo@primeclerk.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *08522*

Nature of Claim: *The Judge did not see by case It. was over looked and put in a drawer; I deserved that my case, or claim should be seend To The Judge and monetary money should be award Due to accident at work Oct 28 2002 9:30am at work and From Promesa III Sila 2008 - 2014 wages due to my Retirement and 30 years of work at least $800 thousad dollar*

By: *Sandra N. Santiago*
Signature

*Sandra N. Santiago*
Print Name

*Promesa Tit III Fondo de Segro del estado de P.R.*
Title (if Participant is not an individual)

*08/2/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra N. Santiago
Box 1815
Orocovis, P R 00720



SAN JUAN
2 AUG 2021

To: Prime Clerk LLC
Grand Central Station
P.O Box 4850 New Yourk, Ny—
10163-4850

RECEIVED
AUG 05 2021
PRIME CLERK LLC

10163-485050