# EXHIBIT 162

Second Claim number

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia M. Maldonado Ortiz

Participant's Address: Urb. My Del Carmen C18 C-8 Corozal, P.R. 00783

Participant's Email Address: _____

Name of Counsel: Old the councel that are working with this case.

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: { 152575 } We reclaiming a money not
Nature of Claim: { 131085 } paid for many years

By: _Sonia M. Maldonado Ortiz_
Signature

Sonia M. Maldonado Ortiz
Print Name

Teacher's of the Departament of Education of P.R. Government.
Title (if Participant is not an individual)

august 7 / 2021
Date

RECEIVED
AUG 09 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sonia M. Maldonado Ortiz
Urb. Maria Del Carmen
E-18 - calle 8
Corozal, P.R 00783

RECEIVED
AUG 09 2021
PRIME CLERK LLC

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York 10163 - 4850



10163-485050