# EXHIBIT 168

RECEIVED

AUG 0 9 2021

PRIME CLERK LLC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vilma Y Gonzalez Velez

Participant's Address: 2088 Carr 494, Isabela, PR 00662

Participant's Email Address: yolyrancher824@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 30082

Nature of Claim: Employees Retirement System

By: Vilm- Y Myy
Signature

Vilma Y Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 2, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vilma Y Gonzalez
2088 Carr. 494
Isabela, PR 00662

SAN JUAN PR 009
4 AUG 2021 PM 2 L

RECEIVED
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Grand Central station
PO Box 4850
New York, NY
10163-4850

10163-485050