# EXHIBIT 169

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Virgen Aponte Rodriguez

Participant's Address: HC 66 Box 4690 Coto Laurel, P.R 00780

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: The Financial Oversight

By: _[signature]_
Signature

Virgen Aponte Rodriguez
Print Name

_____
Title (if Participant is not an individual)

6 - agosto - 2021
Date

RECEIVED
AUG 09 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virgen Aponte Rodriguez
HC 06 Box 4690 cotto
laurel P.R 00780

RECEIVED
AUG 09 2021
PRIME CLERK

SAN JUAN PR 009
16 AUG 2021 PM 2 L

Prime clerk LLC
Grand Central station
P.O Box 4850 New York,
NY 10163-4850