# EXHIBIT 170

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vivian C. Vargas Sanjurjo

Participant's Address: Calle 22 V-12 Urb Villas de Loiza, Canovanas PR 00729

Participant's Email Address: coral126499@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: 787-388-7211

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO.17 Promesa III

Nature of Claim: BK 3283-LTS

By: _Vivian Vargas Sanjurjo_
Signature

Vivian C. Vargas Sanjurjo
Print Name

Title (if Participant is not an individual)

8/9/2021
Date

**RECEIVED**

**AUG 0 9 2021**

**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vivian C. Vargas Sanjurjo
Calle 22 V-12 Urb Villas de Loiza
Canovanas, PR 00729

SAN JUAN PR 009



**RECEIVED**
AUG 09 2021
**PRIME CLERK**

Prime Clerck LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050