# EXHIBIT 173

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: WILLIAM SANDOVAL RIVERA

Participant's Address: EL RETIRO C#2 BUZON 32 CAGUAS PTO RICO 00725

Participant's Email Address: SANDOVAL BOQUERON @.COM

Name of Counsel: ORIENTAL SERVISE

Address of Counsel: ORIENTAL FINANCIAL SERV.EON. MUÑOS RIVERA AVE. #254 2ND FL SAN JUAN P.R. 00918-1900

Acount Num NEB 068778

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Num. 17BK 3283-LTS

Nature of Claim: PROMESA TITULO III

By: _[signature]_
Signature

Print Name: WILLIAM SANDOVAL

Title (if Participant is not an individual): Promesa III

Date: 8/4/2021

**RECEIVED**
AUG 09 2021
**PRIME CLERK**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Sandoval
El Buen Retiro C#2
Buzon 32 Caguas
pto Rico
00725

SAN JUAN PR 009
5 AUG 2021 PM 1 L



RECEIVED
AUG 09 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P·O Box 4850
New York. NY 10163-4850

10163-485050