# EXHIBIT 174

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zaida I. Soto Cabrera

Participant's Address: Calle 1 (J-11) Urb. Forest Hills Bayamón, P.R. 00959

Participant's Email Address: zaidaivettesoto@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 138765

Nature of Claim: Promesa Título III (aumento salarial no honrado)

By: Zaida I. Soto Cabrera
Signature

Zaida I. Soto Cabrera
Print Name

_____
Title (if Participant is not an individual)

6/agosto/2021
Date

RECEIVED

AUG 09 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Zaida I. Soto Cabrera
Calle 1 (J-11) Urb. Forest Hills
Bayamón, P.R. 00959

SAN JUAN PR 009
6 AUG 2021 PM 2 L



RECEIVED
AUG 09 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO (Box 4850)
New York, NY 10163-4850

10163-485050