# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF CARIBBEAN AMERICAN LIFE ASSURANCE COMPANY OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**TO THE HONORABLE COURT**:

**COMES NOW** Caribbean American Life Assurance Company and submits this notice of intent to participate in discovery for confirmation of *the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al*. (ECF. No 17627), as may be amended, (the "Plan"), in compliance with the Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith (ECF No. 17640), and respectfully states as follows:

1. Caribbean American Life Assurance Company advise that it intends to participate in discovery in connection with confirmation of the Plan.

Participant's Name:          Caribbean American Life Assurance Company

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant's Address:         Chardon Tower Building
                               350 Carlos Chardon Ave., Suite 1101
                               San Juan, PR 00918

Participant's Email Address:   federico.grosso@assurant.com
                               Federico Grosso – President

Name of Counsel:               Roberto C. Quiñones-Rivera

Address of Counsel:            270 Muñoz Rivera Avenue, Suite 7
                               Hato Rey, Puerto Rico 00918
                               PO Box 364225
                               San Juan, Puerto Rico 00936-4225

Email Address of Counsel:      rcq@mcvpr.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:                  69437 Commonwealth of Puerto Rico

Nature of Claim:               Credit for overpayment of Puerto Rico income taxes

**WHEREFORE**, Caribbean American Life Assurance Company respectfully requests that the Court take notice of the foregoing.

In San Juan, Puerto Rico this 13th day of August, 2021.

**MCCONNELL VALDÉS LLC**
*Attorneys for Caribbean American*
*Life Assurance Company*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-2631
Facsimile:  787-759-9225

By: *s/Roberto Quiñones Rivera*
Roberto C. Quiñones-Rivera, Esq
USDC No 211512
rcq@mcvpr.com