IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO

et al.,[1]

               Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK NATIONAL ASSOCIATION NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank" or the "Participant") in their capacity as Trustees for certain bonds issued by the Puerto Rico Public Finance Corporation ("PFC") hereby advise the Debtors that they intend to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

      1.     US Bank's contact information, including email address, and that of its counsel:

<u>Participant's Name</u>:     U.S. Bank Trust National Association and U.S. Bank National Association

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| Participant's Address: | U.S. Bank Trust National Association<br>Attn.: Timothy Sandell<br>60 Livingston Avenue<br>St. Paul, MN 55107 |

Participant's Email Address: timothy.sandell@usbank.com

| | |
|---|---|
| Name of Counsel: | Hogan Lovells US LLP<br>Ronald J. Silverman<br>Pieter Van Tol |
| Address of Counsel: | Hogan Lovells US LLP<br>390 Madison Avenue<br>New York NY 10003 |
| Email Address of Counsel: | ronald.silverman@hoganlovells.com<br>pieter.vantol@hoganlovells.com |

2. Participant's Claim number and the nature of Participant's Claim:

| | |
|---|---|
| Claim Number: | 13374 |
| Nature of Claim: | A variety of claims relating to the Puerto Rico Public Finance Corporation 2011 Series A Bonds, 2011 Series B Bonds, and 2012 Series A Bonds. |

Respectfully submitted in San Juan, Puerto Rico, on this 13th day of August, 2021.

By: *Eric A. Tulla*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax:(787)767-5784/(787)766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served by email and/or mail as per the 15th Case Management Procedures Order and a further Certificate of Service will be filed with the Court.

By: *Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez