UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>*Debtors.*[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

Cooperativa de Ahorro y Crédito de Ciales hereby submits its notice to participate in Discovery for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al.* [Docket No. 17627], as amended, modified, or supplemented (hereinafter, "the Plan"), pursuant to the Honorable Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 17640], and respectfully states as follows:

1. Cooperativa de Ahorro y Crédito de Ciales advises the debtors of its intent to participate in discovery in connection with the confirmation of the Plan.

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The contact information of Cooperativa de Ahorro y Crédito de Ciales is as follows:

**ALMEIDA & DAVILA PSC**
268 Ponce de León Avenue, Suite 900
Hato Rey, Puerto Rico 00918
P.O. Box 191757
San Juan, PR 00919-1757

Tel: (787) 722-2500
Fax: (787) 777-1376

enrique.almeida@almeidadavila.com
zelma.davila@almeidadavila.com
info@almeidadavila.com

3. The number and nature of Cooperativa de Ahorro y Crédito de Ciales are as follows:

Claim Number: Amended Proof of Claim No. 169491 (Original POC No. 29527), as set forth in the Debtors' claims register. Participant hereby reserves its right to amend, supplement or otherwise modify the claim set forth herein.

Nature of Claim: The claims and causes alleged in Adversary Complaints, Cases Number 18-00028 and 19-00389, which are still active and pending cases.

**WHEREFORE**, Cooperativa de Ahorro y Crédito de Ciales respectfully requests that the Court takes notice of the foregoing.

In San Juan, Puerto Rico this 13th day of August, 2021.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

/S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: enrique.almeida@almeidadavila.com

/S/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zelma.davila@almeidadavila.com

*Attorneys for Cooperativa de Ahorro y Crédito de Ciales*