# EXHIBIT A

**Schedule of Fifteenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Ismael Purcell Soler; Alys Collazo | 8987 | c | Litigation Claim | JDP 2012-0406 | Initial Transfer |
| Sucesión Sastre Wirshing | 9682 | d | Litigation Claim | KEF 2004-1226 | Initial Transfer |
| Isla Del Rio, Inc. | 11464 | d | Litigation Claim | KEF 2008-0340<br>KEF 2008-0341<br>KEF 2008-0344<br>KEF 2008-0345<br>KEF 2008-0348<br>KEF 2012-0088 | Initial Transfer |
| Members of Sucesión Yesmin Galib | 11497 | c | Litigation Claim | KEF 2008-0340<br>KEF 2008-0341<br>KEF 2008-0344<br>KEF 2008-0345<br>KEF 2008-0348<br>KEF 2012-0088 | Initial Transfer |
| Valdivieso, Jorge Lucas P. | 11790 | c | Litigation Claim | KEF 2008-0340<br>KEF 2008-0341<br>KEF 2008-0344<br>KEF 2008-0345<br>KEF 2008-0348<br>KEF 2012-0088 | Initial Transfer |
| Acevedo Caro, Efrain | 18722 | d | Litigation Claim | KEF 2011-082 | Initial Transfer |
| Modesto Santiago Figueroa; Zoraida Vazquez Diaz | 18723 | c | Litigation Claim | KEF 2012-0111 | Initial Transfer |
| Trafalgar Enterprises, Inc. | 23862 | e | Litigation Claim | KEF 2004-1222 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |