UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF INTENT OF FEDERACIÓN DE PENSIONADOS Y JUBILADOS DE PUERTO RICO, INC., DWIGHT RODRÍGUEZ ORTA AND EMILIO NIEVES TORRES, TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

1. Federación de Pensionados y Jubilados de Puerto Rico, Inc., Dwight Rodríguez Orta and Emilio Nieves Torres, hereby submit this notice of intent to participate in discovery for confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico [ECF No. 17627] as may be amended (the "Plan") and states:

2. The contact information of Federación de Pensionados y Jubilados de Puerto Rico, Inc., Dwight Rodríguez Orta and Emilio Nieves Torres is:

   Federación de Pensionados y Jubilados de Puerto Rico
   Dwight Rodríguez Orta
   Emilio Nieves Torres.

   BUFETE EMMANUELLI, CSP

   Rolando Emmanuelli Jiménez
   Jessica Esther Méndez Colberg
   472 Tito Castro Ave.
   Marvesa Building, Suite 106

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ponce, PR 00716-4701
rolando@emmanuelli.law
jessica@emmanuelli.law
787-848-0666 (telephone)
787-841-1435facsímile)

3. The nature of Federación de Pensionados y Jubilados de Puerto Rico, Inc., Dwight Rodríguez Orta and Emilio Nieves Torres claims are:

   a. Federación de Pensionados y Jubilados de Puerto Rico, Inc. represent retirees of the retirement systems of the debtor Commonwealth of Puerto Rico.

   b. Dwight Rodríguez Orta and Emilio Nieves Torres are retirees of the debtor Commonwealth of Puerto Rico and members and/or officials of Federación de Pensionados y Jubilados de Puerto Rico, Inc.

   c. Nature of Claims: Claims for pension benefits and any and all post-employment benefits owed or owing to any retiree or former employee of a Debtor, or any person who was a participant in a pension plan sponsored or administered by a Debtor, including the Pay-Go system established under Act 106 of 2017, and any beneficiary of any of the foregoing person, or any claim relating to those benefits.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In Ponce, Puerto Rico, this 13th day of August 2021.



472 Tito Castro Ave.
Marvesa Building, Suite 106

2

Ponce, Puerto Rico 00716<br>
Tel: (787) 848-0666<br>
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez<br>
Rolando Emmanuelli Jiménez<br>
USDC: 214105

/s/Jessica E. Méndez Colberg<br>
Jessica E. Méndez Colberg<br>
USDC: 302108

Email: rolando@emmanuelli.law<br>
jessica@emmanuelli.law