# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CÉSAR CASTILLO, LLC NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

César Castillo, LLC ("CCLLC") hereby provides notice to the Debtors that CCLLC intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan, as same may be hereafter amended, modified, or supplemented (hereinafter, "the Plan").

1. CCLLC contact information, including email address, and that of its counsel:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

2. CCLLC contact information, including email address, and that of its counsel:

Participant's Name: César Castillo, LLC

Participant's Address: César Castillo, LLC
Att.: María Sánchez Bras
PO BOX 191149
SAN JUAN PR 00919-1149

Participant's Telephone
and E-Mail Address: 787-999-1618
msanchez@cesarcastillo.com

Name of Counsel: Hernando A. Rivera
MCD Law LLC

Address of Counsel: MCD Law LLC
PO Box 191732
San Juan, PR 00919-1732

Counsel's Telephone
and E-Mail Address: (787) 200-7876
har@mcdlawllc.com

3. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 8772

Nature of Claim: Goods sold and services rendered to Pediatric University Hospital Dr. Antonio Ortiz under Contract Number 2012-DS 0774.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

Respectfully submitted in San Juan, Puerto Rico, on this 14th day of August, 2021.

*/S/ Hernando A. Rivera*
Hernando A. Rivera
USDC-DPR No. 119803
MVD Law LLC
PO Box 191732
San Juan, PR 00919-1732
Tel: (787) 200-7876
E-Mail: har@mcdlawllc.com
harlawpr@gmail.com