# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## THE PREPA BOND TRUSTEE'S
## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

U.S. Bank National Association ("U.S. Bank" or the "Participant") in its capacity as Trustee of certain bonds issued by the Puerto Rico Electric Power Authority ("PREPA") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

    1.    Participant's contact information, including email address, and that of its counsel:

---

[1] 1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Participant's Name: | U.S. Bank National Association in its capacity as PREPA Bond Trustee (the "PREPA Bond Trustee") |
| Participant's Address: | The PREPA Bond Trustee should be contacted through its counsel at Maslon LLP. |
| Participant's Email Address: | The PREPA Bond Trustee should be contacted through its counsel at Maslon LLP. |
| Name of Counsel: | Maslon LLP (Clark Whitmore, Jason Reed, and John Duffey) |
| Address of Counsel: | Maslon LLP<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402 |
| Email Address of Counsel: | Clark.Whitmore@maslon.com<br>Jason.Reed@maslon.com<br>John.Duffey@mason.com |

2. Participant's Claim number and the nature of Participant's Claim:

| | |
|---|---|
| Claim Number: | 50049 |
| Nature of Claim: | *See* Proof of Claim No. 50049 |

[*Remainder of page intentionally left blank*]

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on this 14th day of August, 2021.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s *Eric A. Tulla* | By: /s Clark T. Whitmore |
| Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | John Duffey (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | |
| | 90 South Seventh Street, Suite 3300 |
| /s *Iris J. Cabrera-Gómez* | Minneapolis, MN 55402 |
| Iris J. Cabrera-Gómez | Telephone: 612-672-8200 |
| USDC-DPR No. 221101 | Facsimile: 612-672-8397 |
| Email: icabrera@riveratulla.com | E-Mail: clark.whitmore@maslon.com |
| | john.duffey@maslon.com |
| Rivera Tulla & Ferrer Building | **ATTORNEYS FOR U.S. BANK NATIONAL** |
| 50 Quisqueya Street | **ASSOCIATION, IN ITS CAPACITY AS** |
| San Juan, PR 00917-1212 | **PREPA BOND TRUSTEE** |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served by email and/or mail as per the 15th Case Management Procedures Order and a further Certificate of Service will be filed with the Court.

By: *Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez