## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

**THE FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD FOR PUERTO RICO,**
**as representative of**

**THE COMMONWEALTH OF PUERTO RICO, et al.,**
**THE EMPLOYEES' RETIREMENT SYSTEM**
**OF THE GOVERNMENT OF**
**THE COMMONWEALTH OF PUERTO RICO,**
**AND THE PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**

**Debtors[1]**

**PROMESA**
**TITLE III**
**Case No. 17-BK-3283**
**(LTS)**

---

**NOTICE OF INTENT OF DEMETRIO AMADOR INC./DEMETRIO AMADOR ROBERTS ("AMADOR"), TO PARTICIPATE IN DISCOVERY IN CONNECTION WITH THE CONFIRMATION OF THE PROPOSED SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL. DATED JULY 30, 2021, FILED AT ECF 17627 AND ANY AMENDMENTS THERETO**

### DISCOVERY NOTICE

The Debtors are hereby notified that creditor, Demetrio Amador Inc. / Demetrio Amador

Roberts, ("AMADOR"), intends to participate in the discovery in connection with the

confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico, et al. dated July 30, 2021, filed at ECF 17627 and any amendments thereto**.**

1. The participant is Demetrio Amador Inc. / Demetrio Amador Roberts, (**"AMADOR"**).

2. The participant's address is  C/O  Jose Hidalgo, Esq., PO Box 19079, San Juan, PR  00919.

3. Participant's counsel in these proceedings is Maria Mercedes Figueroa y Morgade, Esq. address at 3415 Alejandrino Ave., Box 703 Guaynabo, PR 00969.

4. The nature of participant's claim is an eminent domain and inverse condemnation claim protected under the provisions of the Takings Clause under the Constitution of the United States and the Constitution of the Commonwealth of Puerto Rico.

5. Participant filed  proof of claim number 25984 on June 15, 2018, in the amount of $1,600,000.00, in the Commonwealth Title III PROMESA proceeding.

6. Debtors are hereby notified that AMADOR will participate in discovery in connection with the confirmation of the proposed Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. dated July 30, 2021, and any amendments thereto.

Dated August 14th, 2021.

**COUNSEL FOR AMADOR**
***/S/ Mª Mercedes Figueroa y Morgade***
MªMERCEDES FIGUEROA Y MORGADE
USDC-PR #207108
3415 Alejandrino Ave.,
Box 703,
Guaynabo, PR 00969-4856
Tel: 787-234-3981
**figueroaymorgadelaw@yahoo.com**

2