IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al*,<br><br>  Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-bk-3283 (LTS)<br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**

Universal Insurance Company hereby submits this notice to participate in discovery in connection with confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. [Docket No. 17627], ("the Plan") pursuant to the Honorable Court's Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Docket No. 17640], and respectfully states as follows:

1. Universal Insurance Company advises the debtors of its intent to participate in discovery in connection with the confirmation of the Plan.

2. The contact information of Universal Insurance Company is as follows:

PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Fax: (787) 523-3433
lramos@cstlawpr.com

3. The number and nature of Universal Insurance Company are as follows:

Claim number: 127174

Nature of Claim: Forfeiture actions against the Commonwealth of Puerto Rico pursuant to the Uniform Forfeiture Act of 2011, P.R. Laws Ann. T. 34 §1724 et. seq.

**WHEREFORE**, Universal Insurance Company respectfully requests that the Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 15th day of August, 2021.

*Attorney for Universal Insurance Company*

**_s/Luis R. Ramos Cartagena_**
Luis R. Ramos Cartagena
USDC-PR Bar No. 220310
Casillas, Santiago & Torres LLC
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
lramos@cstlawpr.com