# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-bk-3283 (LTS) <br> (Jointly Administered) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO *et al*, | |
| Debtors[1] | |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

Puerto Rico Industrial Development Company (PRIDCO) hereby submits this notice to participate in discovery in connection with confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. [Docket No. 17627], ("the Plan") pursuant to the Honorable Court's Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Docket No. 17640], and respectfully states as follows:

1. Puerto Rico Industrial Development Company (PRIDCO) advises the debtors of its intent to participate in discovery in connection with the confirmation of the Plan.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The contact information of Puerto Rico Industrial Development Company (PRIDCO) is as follows:

> PO Box 195075
> San Juan, PR 00919-5075
> Tel.: (787) 523-3434
> Fax: (787) 523-3433
> lramos@cstlawpr.com

3. The number and nature of Universal Insurance Company are as follows:

Claims numbers: 20057, 20497, 20926, 21371, 22230, 22248, 22423, 29184, 50423, 51477, 52255, 52388, 53752, 55139, 56530, 57518, 65549, 71322, 76647, 143863, 157863

Nature of Claims: Lease Agreements.

**WHEREFORE**, Puerto Rico Industrial Development Company (PRIDCO) respectfully requests that the Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 15th day of August, 2021.

*Attorney for Puerto Rico Industrial Development Company (PRIDCO)*

***s/Luis R. Ramos Cartagena***
Luis R. Ramos Cartagena
USDC-PR Bar No. 220310
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
lramos@cstlawpr.com

2