UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND                    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              TITLE III
as representative of                           Case No. 17-BK-3283
                                               (LTS)

THE COMMONWEALTH OF PUERTO RICO, et al.,
THE EMPLOYEES' RETIREMENT SYSTEM
OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO  RICO,
AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY

            Debtors[1]

---

## DISCOVERY NOTICE

**MARUZ REAL ESTATE CORP.,** intends to participate in the discovery in connection

with the confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the

Commonwealth of Puerto Rico, et al. dated July 30, 2021, filed at ECF 17627 and any

amendments thereto.

1.  **MARUZ REAL ESTATE CORP.** is the participant.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.  The participant's counsel and address is:

FUENTES LAW OFFICES, LLC
Alexis Fuentes-Hernández, Esq.

P.O. Box 9022726
San Juan, PR 00902-2726
E-Mail: fuenteslaw@icloud.com

3.  The nature of participant's claim  and claim number and amount:  On May 22, 2018, Maruz filed proof of claim number 18296 in the amount of $2,244,000.00 as a taking of property and /or inverse condemnation claim protected under the provisions of the Takings Clause under the Constitution of the United States and the Constitution of the Commonwealth of Puerto Rico.

4.  Debtors are hereby notified that Maruz  will participate in discovery in connection with the confirmation of the proposed Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. dated July 30, 2021, and any amendments thereto.

**Dated August 15, 2021.**

*s/ Alexis Fuentes-Hernández, Esq.*
**Alexis Fuentes-Hernández, Esq.**
USDC-PR 217201
**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215, 5216
E-Mail: fuenteslaw@icloud.com

2