UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                         PROMESA
                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of                                  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                               (Jointly Administered)
et al.,

                                    Debtors.¹
-------------------------------------------------------------x
```

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Ailyn J. Ramos Rivera
2. Ivette Rodriguez Rodriguez
3. Nifda M. Baez Batista
4. Heriberto Vega Trinidad
5. Edwin J. Gonzalez Gonzalez
6. Arlene I. Cruz Torres
7. Evelyn Vega Trinidad
8. Alicia Ayala Sanjurjo
9. Mayra G. Batista Aviles
10. Dalianise Cruz Cruz
11. Jose R. Hernandez Vizcarrondo
12. Vilmari Linares Rosario
13. Enid L. Aponte Negron
14. Ruth N. Garcia Gonzalez
15. Juan Jose Gonzalez Rios
16. Alexis M. Lopez Cruz
17. Militza Rojas Rivera
18. Widalys Espinosa Rodriguez
19. Maritza I. Gomez Crispin
20. Carmen R. Cotto Acevedo
21. Rosa V. Santiago Miranda
22. Antonio Santiago & Maria T. Rodriguez
23. Nelson Colon Rosado

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Luis A. Crespo Arocho

25. Diana I. Ortiz Rodriguez

26. Noemi V. Kemp Torres

27. Jeiddy A. Cardona Roman

28. Jose E. Alicea Ortiz

29. Irma Hernandez Maldonado

30. Carmen I. Diaz Vazquez

31. Rosalina Vazquez Santana

32. Alberto Leon Colon

33. Ramon A. Gonzalez Rodriguez

34. Elston Mojica Rivera

35. Adrian Morales Figueroa

36. Ivelisse Jimenez Mendez

37. Pedro Ivan Morales Figueroa

38. Olga I. Roman Rivera

39. Ivan Trujillo Pizarro

40. Delvis Torres Guilbe

41. Migdalia Ortiz Rosado

42. Nilda Colon Rivera

43. Norma I. Cuevas Gonzalez (2 notices)

44. Gloria I. Torres de Hoyos

45. Ivette Rodriguez Rodriguez

46. Teresa Crespo Martinez (3 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Juan Ariel Ortiz Medero

    48. Mark Elliot

    49. Pamela Payson

    50. Stan Elliot

Dated: August 16, 2021