Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ailyn J. Ramos Rivera_

Participant's Address: _Calle Principal AA7 Van Scoy Bayamón PR 00957_

Participant's Email Address: _assosoffice@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _34988_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _d Ramos_
Signature

_Ailyn J. Ramos Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Ivette Rodríguez Rodríguez

Participant's Address:     Ramón Morla Street, Núm. HN9 Levittown, Toa Baja PR 00949

Participant's Email Address:     ivetter205@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     89239

Nature of Claim:     The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico

By: _____
   Signature

Ivette Rodríguez Rodríguez
Print Name

_____
Title (if Participant is not an individual)

13 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Baez Batista, Nifda M._

Participant's Address: _Barrio Mameyal, Kennedy Stret Num.15 Dorado P.R. 00646_

Participant's Email Address: _nifda@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97835_

Nature of Claim: _The Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _Nifda M. Baez Batista_
    Signature

_Nifda M. Baez Batista_
Print Name

_Secretary_
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Heriberto Vega Trinidad_

Participant's Address: _4A 20 Calle Oliva  urb. Lomas Verdes Bayamón P.R. 00956_

Participant's Email Address: _heribertovega22@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _67115_

Nature of Claim: _The Employees Retirement System of the Government of the commonwealth of Puerto Rico_

By: _____
Signature

_Heriberto Vega Trinidad_
Print Name

_____
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Edwin J. Gonzalez Gonzalez_

Participant's Address: _4A 20 Calle Oliva Urb. Lomas Verde Bayamon PR 00956_

Participant's Email Address: _EdwinJgonzalezgonzalez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72590_

Nature of Claim: _THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERMENT OF THE COMMONWEALTH OF PUERTO RICO_

By: _[signature]_
   Signature

_Edwin J. Gonzalez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_13 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arlene I. Cruz Torres_

Participant's Address: _Urb. Lomas Verdes c/Campanilla N.55 P.R._ _Bayamón P.R. 00956_

Participant's Email Address: _arlivette84@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96367_

Nature of Claim: _The employees retirement system of the government of the commonwealth of Puerto Rico._

By: _Ar Cruz_
Signature

_Arlene I. Cruz Torres_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Vega Trinidad_

Participant's Address: _Urb. Brisas del, Calle Cibuco 155 Morovis PR 00687_

Participant's Email Address: _evelynvega223@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _69986_

Nature of Claim: _The Employees Retirement System of the Government Of the Commonwealth of Puerto Rico_

By: _Evelyn Vega Trinidad_
Signature

_Evelyn Vega Trinidad_
Print Name

_____
Title (if Participant is not an individual)

_13-Agusto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Alicia Ayala Sanjurjo

Participant's Address:   Calle 18 L18 Altura de Interamericana Trujillo Alto PR 00976

Participant's Email Address:   ayala.sanju@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:   The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico

By:   _Signature_

Alicia Ayala Sanjurjo
Print Name

Title (if Participant is not an individual)

13 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mayra G Bateta Avilés*

Participant's Address: *C/ Kennedy #15 Bo. Mamaya Dorado P.R. 02646*

Participant's Email Address: *nijda @ hotmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *The Employees retirement system of the government of the commonwealth of Puerto Rico*

By: *(signature)*
Signature

*Mayra G Bateta Avilés*
Print Name

_____
Title (if Participant is not an individual)

*Aug 13 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dalianise Cruz Cruz_

Participant's Address: _2908 Calle Rosa Quebradillas P.R 00678_

Participant's Email Address: _dalianisecruz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112013_

Nature of Claim: _The Commonwealth of Puerto Rico The employees Retirement System of the Gouvernment of the Commonwealth of Puerto Rico_

By: _Dalianise Cruz Cruz_
Signature

_Dalianise Cruz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_13 Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R. Hernández Vizcarrondo_

Participant's Address: _PO Box 8152 Bayamón P.R. 00960_

Participant's Email Address: _JRHV069@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54906_

Nature of Claim: _The Employees Retirement System of The Government of The Commonwealth of Puerto Rico_

By: _____
   Signature

_José R. Hernández Vizcarrondo_
Print Name

_____
Title (if Participant is not an individual)

_12 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilmari Linares Rosario_

Participant's Address: _Urb. Santa Mónica H22 Calle 8 Bayamon PR 00957_

Participant's Email Address: _Vilmarilinares12@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _93090_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _[signature]_
Signature

_Vilmari Linares Rosario_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enid L. Aponte Negron_

Participant's Address: _Forest View, O-156, Calle Utuado Bayamón PR 00956_

Participant's Email Address: _enidaponte.5700@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _123226_

Nature of Claim: _The Commonwealth of Puerto Rico, The Employees Retirement System of The Goverment of the Goverment of the Commonwealth of Puerto Rico_

By: _Enid Aponte Negron_
Signature

_Enid L. Aponte Negron_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth N. García González_

Participant's Address: _Urb. Montecasino c/ Laurel Buzon 96_ _Toa Alta, 00953_

Participant's Email Address: _alanysgonza@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149555_

Nature of Claim: _Pension / Retiree Claims_

By: _[signature]_ _the Commonwealth of P.R., the employees_
_Retirement System of the Government of the_
Signature _Commonwealth of PR and the PR_
_Public Buildings Authority._

_Ruth N. García González_
Print Name

_____
Title (if Participant is not an individual)

_12 | ago | 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan José Gonzalez Rios_

Participant's Address: _Urb. Montecasino C/Laurel Buzon 96 Toa Alta, PR 00953_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156774_

Nature of Claim: _the Commonwealth of PR, the Employees Retirement System of the Government of the Commonwealth of PR, and the PR Public Buildings Authority_

By: _[signature]_

Signature

_Juan José Gonzalez Rios_

Print Name

_____

Title (if Participant is not an individual)

_9-Ago/21_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexis A. López Cruz_

Participant's Address: _B5 Calle Marina Oeste Toa Baja, P.R. 00949_

Participant's Email Address: _dynamo15@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108028_

Nature of Claim: _The employees retirement system of the government of the Commonwealth of Puerto Rico._

By: _____
Signature

_Alexis A. López Cruz_
Print Name

_____
Title (if Participant is not an individual)

_08 - 13 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Militza Rojas Rivera_

Participant's Address: _Calle 7 D-18 Urb. Sylvia Coroza P.R. 00783_

Participant's Email Address: _milyrjs @yahoo.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75981_

Nature of Claim: _The Employees Retirement System of The Government of The Commonwealth of Puerto Rico_

By: _Militza Rojas Rivera_
  Signature

_Militza Rojas Rivera_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Widalys Espinosa Rodriguez*

Participant's Address: *Bo. Buena Vista, Carr 923 Km 0 H1 Humacao P.R 0079*

Participant's Email Address: *widalys5810@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Employees Retirement System of the Government of the commonwealth of Puerto Rico.*

By: *[signature]*
Signature

*Widalys Espinosa Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*August 12, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Maritza I. Gómez Crispín

Participant's Address:  PO Box 2246 Guaynabo PR 00970

Participant's Email Address:  majarygc@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:  The Employees Retirement System Of The Government
Of The Commonwealth Of Puerto Rico

By:  _____
Signature

Maritza I. Gómez Crispín
Print Name

_____
Title (if Participant is not an individual)

13 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:        Carmen R. Cotto Acevedo

Participant's Address:     PO Box 264 Bayamón PR 00960

Participant's Email Address:   ritacotto76@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:              87196

Nature of Claim:           The Employees Retirement System Of The Government
                           Of The Commonwealth Of Puerto Rico

By:   _Carmen R Cotto Acevedo_
      Signature

      Carmen R. Cotto Acevedo
      Print Name

      _____
      Title (if Participant is not an individual)

      13 de agosto de 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa V. Santiago Miranda_

Participant's Address: _Lomas Verdes, C/Lirio 3-C-27, Bayamón, PR00956-3334_

Participant's Email Address: _rosavane2211@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 98126_

Nature of Claim: _The Employees Retirement System of The Government of The commonwealth of Puerto Rico_

By: _Rosa V. Santiago Miranda_
Signature

_Rosa V. Santiago Miranda_
Print Name

_____
Title (if Participant is not an individual)

_13/August/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
## CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonio Santiago & Maria T. Rodriguez_

Participant's Address: _P. O. Box 9344, Carolina, P.R. 00988_

Participant's Email Address: _marogav14@gmail.com_

Name of Counsel: _Ivan Pagán, 116212_

Address of Counsel: _P. O. Box 8765, Carolina, P.R 00988_

Email Address of Counsel: _i.paganhernandez@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Plan 8_

By: _[signature]_
Signature

_Antonio Santiago_          _Maria T. Rodríguez_
Print Name

_N. A._
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 13 AM 10:59
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _NELSON COLON ROSADO_

Participant's Address: _LA VEGA VETERANUS & BARRANQUITAS, P.R_
_00794_

Participant's Email Address: _nelsoncolon2001@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim: _( 17BK-3283-LTS)_

Claim Number: _171037-171021-170982-171039-177575-170755-171036_

Nature of Claim: _PUBLIC EMPLOYEE AND PENSION RETIREE_

By: _Nelson Colon Ros_
Signature

_NELSON COLON ROSADO_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

NELSON CRUZ POSADO
LA VEGA JETERANO S.6
13 PARC URB MTS, PR
00784

RECEIVED & FILED
2021 AUG 13 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
11 AUG 2021 PM 2 L



00918-170625

Court
Court clerk's office
United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Luis A. Crespo Aracho_

Participant's Address:  _Bo. Pueblo Nuevo 11 calle 3 Maricao P.R. 00606_

Participant's Email Address:  _Arochocrespo46@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _171741_

Nature of Claim:  _Dout Salary_

By:  _Luis A Crespo Aracho_
Signature

_Luis A Crespo Aracho_
Print Name

_____
Title (if Participant is not an individual)

_8-11-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

Luis A Crespo Arocho
Calle 3 Buzon 11
Maricao, P.R. 00606

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan PR.
00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Diana I. Ortiz Rodriguez

Participant's Address:  PO Box 167, Corozal, PR 00783

Participant's Email Address:  dortiz8903@yahoo.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 - LTS

Nature of Claim:  Promesa Title III

By:  *Diana I. Ortiz Rodriguez*
Signature

Diana I. Ortiz Rodriguez
Print Name

Administradora de Sistemas de Oficina, Compañía de Turismo de Puerto Rico
Title (if Participant is not an individual)

11/agosto/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

DIANA I. ORTIZ RODRIGUEZ
PO BOX 167
COROZAL, PR 00783

SAN JUAN PR 009
11 AUG 2021PM 2 L

00918-176825

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON, STE. 150
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3: 16
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.



*Rec. 7. agosto-21*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: *Kemp Torres, Noemi V.*
*COOP. TORRES DE Carolina*

Participant's Address: *100 Calle Joaquina - Apto. B-1*
*Carolina P.R. 00979.1244*

Participant's Email Address: *Kempt60@gmail.com.*

Name of Counsel: *Lcdo. Alberto Aresti Franceschini*

Address of Counsel: *Tel. 787-751-5740*

Email Address of Counsel: *Desconosco*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Caso No. 149117*

Nature of Claim: *Caso BK-PR - 17-03283*

By: *Noemi V. Kemp Torres*
Signature

*Noemi V. Kemp Torres*
Print Name

_____
Title (if Participant is not an individual)

*10. agosto. 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 3:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE     VERSION JULY 20, 2021     9

(2)

Este caso tiene que ver con
la Demanda del Tribunal de
San Juan X muchos empleados
de Todos los Tribunales.

No se la Dirección del Abogado
ni su correo electrónico.

Le envío el Nombre y el
# del Teléfono. Gracias
por su atención.

Noemi V. Kemp Torres
COOP. TORRES DE Carolina
100 Calle Joaquina
Apto. G-1 Carolina
PR 00979-1244

Noemi V. Kemp Torres
Coop. Torres De Carolina
100 Calle Joaquina Apto. 8-1
Carolina PR 00979-1244

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

AUG 11 2021
PLAZA CAROLINA
USPS CAROLINA PR 00901

FOREVER
USA

RECEIVED & FILED
2021 AUG 13 PM 2:16
DISTRICT COURT SAN JUAN P.R.
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jeiddy A. Cardona Roman*

Participant's Address: *573 Vega Alegre Cabo Rojo P.R.00623*

Participant's Email Address: *jeiddyacardona@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

> R 1845 SRF 55176 PACKID: 63730 MMLID: 1805908-P SVC: ADSHN-Q
> CARDONA ROMAN, JEIDDY
> 573 VEGA ALEGRE
> CABO ROJO PR  00623

Nature of Claim:

By: _____
    Signature

*Jeiddy A. Cardona*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

RECEIVED & FILED
2021 AUG 13  PM 3: 16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenny Cardona
518 Vega Alegre
Cabo Rojo, PR 00623-3739

RECEIVED & FILED
2021 AUG 13 PM 3: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

9235170635 1-B1500 PR 009
SAN JUAN PR 009
11 AUG 2021PM 2 L

SAN JUAN PR 009
11 AUG 2021PM 2 L

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767





GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose E. Alicea Ortiz_

Participant's Address: _728 24 st. N.W. Winter Haven. Fl. 33881_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147283_

Nature of Claim: _____

By: _Jose E. Alicea Ortiz_
Signature

_Jose E. Alicea Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose G. Alicea
728 24st. N.W.
Winter Haven Fl. 33881

RECEIVED & FILED
2021 AUG 13 PM 3: 16
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

To: Unite States District Court
Clerk's office, 150 Ave.
Carlos Chardon str. 150
San Juan, P.R. 00918-1767

TAMPA, FL 335

10 AUG 2021PM 5 L

00918-1706.25




U.S. POSTAGE PAID
FCM LETTER
WINTER HAVEN, FL
33880
AUG 10. 21
AMOUNT

**$0.55**
R2305E125986-23

UNITED STATES
POSTAL SERVICE

1023                    00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Hernández Maldonado_

Participant's Address: _728 24St. N.W. Winter Haven Fl. 33881_

Participant's Email Address: _rm_hernandez @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136586_

Nature of Claim: _____

By: _Irma Hernández Maldonado_
Signature

_Irma Hernando Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_8/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Nma Menendes
128 24 st. N. W.
Winter Haven, Fl-33881

RECEIVED & FILED
2021 AUG 13 PM 3: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091 8-1706.25

To. United States District Court
clerks office, 150 Ave.
carlos chardon Ste, 150
San Juan, P.R. 00918-1767

TAMPA FL 335
10 AUG 2021 PM 4 L




$0.55
AMOUNT
AUG 10. 21
33880
WINTER HAVEN, FL
FCM LETTER
U.S. POSTAGE PAID

R2305E125986-23

00918

1023
UNITED STATES POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I. Díaz Vázquez_

Participant's Address: _5 G-8 Condado Moderno Caguas, P.R. 00725_

Participant's Email Address: _Carmendiazvazquez04@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _92060_

Nature of Claim: _public Employee claims_

By: _Carmen Idalia Díaz_
Signature

_Carmen Idalia Díaz Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_7|8|2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen D. Díaz Vázquez
5 G-8 condes Madera
Caguas, PR 00725

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United States District Court, Clerk's Office,
150 Ave, Carlos Chardón Ste, 150
San Juan, PR, 00918 - 1767

00918-170625

RECEIVED & FILED
2021 AUG 13 PM 3: 17
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosalina Vazquez Santana_

Participant's Address: _812 W Linebaugh Ave Apart B 115 Tampa, FL 33612_

Participant's Email Address: _rovaz5121@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98475_

Nature of Claim: _Increase of salary not received granted by former governor Carlos Romero Barcelo_

By: _Rosalina Vazquez Santana_
    Signature

_Rosalina Vazquez Santana_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rosalina Vazquez
812 W. Lambright Ave.
Apt 11
Tampa, FL 33612

00918-170625

United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR. 00918-1767

SAINT PETERSBURG FL
TAMPA FL 335
10 AUG 2021 PM 4 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
21 AUG 13 PM 3: 17
RECEIVED & FILED



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alberto León Colón

Participant's Address: Po Box 608 Villalba, P.R. 00766

Participant's Email Address: mirna5669@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #88972 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: _____
Signature

Alberto León Colón
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alberto Leon Colón
P.O. Box 608
Villalba, PR 00766

00918-1706.25

United States District Court
Clerk's Office
150 Ave Carlos Chardon St 150
San Juan PR

00918-1767

SAN JUAN PR
11 AUG 2021

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramon A. González Rodriguez_

Participant's Address: _P.o. Box 117 Villalba P.R. 00766_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 90831 et. al._

Nature of Claim: _Unpaid wages by the government of PR._

By: _[signature]_

Signature

_Ramón A. González Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. González Rodríguez
P.O. Box 117
Villalba PR 00766

RECEIVED & FILED
2021 AUG 13 PM 3: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1 70625

SAN JUAN PR  009
11 AUG 2021 PM 2  L

United States District Court
Clerk's office
150 Ave Carlos Chardon Ste 150
San Juan PR

VILLALBA
AUG

FOREVER USA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

              Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR
### CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elston Mojica Rivera_

Participant's Address: _18 Ext. Urb. Palmer, Cabo Rojo, PR 00623_

Participant's Email Address: _emojica862@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Pension adjustments and retroactive since 2013_

By: _Elston Mojica Rivera_
Signature

_Elston Mojica Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/9/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Go paperless

Elston Mojica
18 Ext. Ume Palmer
Cabo Rojo, P.R. 00623

RECEIVED & FILED
2021 AUG 13 PM 3: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

HARTFORD CT 060
10 AUG 2021 PM 2

United States District Court Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918 - 1767

FOREVER / USA   FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adrian Morales Figuera_

Participant's Address: _Apt. 682, Bo. Higüero, Comerio, P.R. 00782-9570_

Participant's Email Address: _carmen.morales26 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176263_

Nature of Claim: _Public Employee Claims_

By: _adrian morac_
    Signature

_Adrian Morales Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adrian Morales Figueroa
Apt. 682 Bo. Higüero,
Comerío, P.R. 00782-9510

00918-170625

To: United States District Court,
Clerk's Office,
150 Ave. Carlos Chardón Sto. 150,
San Juan, Puerto Rico 00918-4767

SAN JUAN PR 009

11 AUG 2021 PM 2 L

2021 AUG 13 PM 3: 19

U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:    _Ivelisse Jiménez Méndes_

Participant's Address:   _He 60 Box 12569, Aguada PR 00602_

Participant's Email Address:  _itzivyjimenez@gmail.com_

Name of Counsel:    _____

Address of Counsel:   _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _# 169948_

Nature of Claim:    _Debts Claimed Department or Agriculture_

By:  _Ivelisse Jiménez_
      Signature

      _Ivelisse Jiménez_
      Print Name

      _Participant_
      Title (if Participant is not an individual)

      _8/11/21_
      Date

RECEIVED & FILED
2021 AUG 13 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IVELISSE JIMENEZ MENDEZ
HC 60 BOX 12569
AGUADA, PR 00602

00918-176825

SAN JUAN PR 009

11 AUG 2021 PM 2 L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 13 PM 3: 19

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Pedro Iván Morales Figueroa*

Participant's Address:   *HC-03 Box 100436, Comerio, Puerto Rico 00782-9510*

Participant's Email Address:   *saryn23@hotmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *176265*

Nature of Claim:   *Public Employee and Pension / Retiree Claims*

By:   *Pedro I Morales Figueroa*
Signature

*Pedro I. Morales Figueroa*
Print Name

_____
Title (if Participant is not an individual)

*August 10, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Pedro I. Morales Figueroa
HC-03   Box 100 7436
Comerío, P. Rico
00782-9510

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

To:
United States District Court,
Clerk's Office,
150 Ave. Carlos Chardón St. 150,
San Juan, Puerto Rico
00918-1767

2021 AUG 13 PM 3 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga I Roman Rivera_

Participant's Address: _573 Vega Alegre Cabo Rojo, P.R 00623_

Participant's Email Address: _olgairisromanrivera @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Olga Roman_
Signature

_Olga Roman_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga I. Roman
573 Vega Alegre
Cabo Rojo P.R. 00623

RECEIVED & FILED

2021 AUG 13 PM 3: 19

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009

11 AUG 2021 PM 2   L

United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivan Trujillo Pizarro_

Participant's Address: _573 Vega Alegre  Cabo Rojo, PR 00623_

Participant's Email Address: _trujillo.ivan 2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____

PR 1845 SRF 55176 PACKID: 467097 MMLID: 1862186-P SVC: ADSHN-Q
TRUJILLO PIZARRO, IVAN
573 VEGA ALEGRE
CABO ROJO PR  00623

Signature

_Ivan Trujillo_
Print Name

_____
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivan Trujillo
573 Vega Alegre
Cabo Rojo, PR 00623

RECEIVED & FILED
2021 AUG 13 PM 3: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-176625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

GO FOR BROKE

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Delvis Torres Guilbe

Participant's Address:   173 Principal La Cuarta, Mercedita P.R. 00715

Participant's Email Address:   dtg 461321 @ gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:   No. 17BK 3283 - LTS

Nature of Claim:   See attachment

By:   _Delvis Torres Guilbe_
      Signature

      Delvis Torres Guilbe
      Print Name

      _____
      Title (if Participant is not an individual)

      10 de agosto de 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# <u>ATTACHMENT 1</u>

Nature of Claims

    I'm claiming that I did'nt recive the salary increase during my time working for the Department of Education in Puerto Rico and my pension was affected too.

Delucis Torres Giulbe
claim number
NO. 17 BK 3283-LTS

Delvis Torres Guilbe
173 Principal La Cuarta
Mercedita P.R. 00715

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States Court, Clerks, Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 23 PM 3 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Ortiz Rosado

Participant's Address: Urb. Las Alondras B-78, Villalba P.R. 00766

Participant's Email Address: lala112498agmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 50 918 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: _Migdalia Ortiz Rosado_
Signature

Print Name: Migdalia Ortiz Rosado

_____
Title (if Participant is not an individual)

Date: August 11, 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Ortiz Rosado
Urb. Las Alondras
Calle Marginal B-28
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 3: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Colón Rivera_

Participant's Address: _HC 01  Box  4073  Juana Diaz P.R. 00795-9702_

Participant's Email Address: _nildaColon54@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#56856 et. al._

Nature of Claim: _un paid wages by the government of P.R._

By: _Nilda Colón Rivera_
Signature

_Nilda Colón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Colón Rivera
HC 01 Box 4073
Juana Díaz, P.R. 00795-9702

RECEIVED & FILED

2021 AUG 13 PM 3: 21

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-706525

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2 L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Cuevas Gonzalez_

Participant's Address: _Urb. Vista Del Rio II, P.O. Box 665, Añasco, P.R. 00610_

Participant's Email Address: _cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _In re Commonwealth of Puerto Rico_

By: _Norma I. Cuevas Gonzalez_
Signature

_Norma I. Cuevas González_
Print Name

_____
Title (if Participant is not an individual)

_August 10th, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Norma I Cuevas Onzoles
P.O. Box 665
Añasco, P.R. 00610

RECEIVED & FILED
2021 AUG 13 PM 3: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-176825

To: Court's Clerk's Office
United States District Court
Clerk's Office. 150 Ave. Carlos Chardon Sto.
150, San Juan, P.R. 00 918-1767

SAN JUAN PR  009
11 AUG 2021 PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma I. Cuevas Gonzalez*

Participant's Address: *Urb. Vista De Rio II, P.O.Box 665, Añasco, P.R. 00610*

Participant's Email Address: *Cuevasnorma77@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No 17 BK 3283-LTS*

Nature of Claim: *In re Commonwealth of Puerto Rico*

By: *Norma I. Cuevas Gonzalez*
Signature

*Norma I. Cuevas Gonzalez*
Print Name

_____
Title (if Participant is not an individual)

*August 10th 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Norma I Cuevas Gonzalez
P.O. Box 665
Añasco, P.R. 00610

To: Court's Clerk's Office
United States District Court clerk's Office
150 Ave. Carlos Chardon St. 150, San Juan P.R
00918 - 1767

00918-176825

SAN JUAN PR   009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 13 PM 3 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria I. Torres De Hoyos

Participant's Address: PO Box 801535 Coto Laurel PR 00780

Participant's Email Address: gloriaivonne53@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Reimbursment of Gobernor Romero's increase

By: _Gloria Torres De Hoyos_
Signature

Gloria I. Torres De Hoyos
Print Name

Title (if Participant is not an individual)

August 11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria L. Torres De Hoyos
PO Box 801535
Cato Laurel P.R. 00780

RECEIVED & FILED
2021 AUG 13 PM 3: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

United States District Court's Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _IVETTE RODRÍGUEZ RODRÍGUEZ_

Participant's Address:   _URB. PARQUE DEL MONTE LL-19 CALLE URIYOAN CAGUAS P.R. 00727_

Participant's Email Address:   _iivetter64 @ gmail.com_

Name of Counsel:   _NO_

Address of Counsel:   _NO_

Email Address of Counsel:   _NO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _14385_

Nature of Claim:   _Retirement System Benefits_

By:   _Ivette Rodríguez Rodríguez_
Signature

_IVETTE RODRÍGUEZ RODRÍGUEZ_
Print Name

_NO_
Title (if Participant is not an individual)

_August 5, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivette Rodríguez Rodríguez
URB. Parque del Monte LL-19
Calle Urayoan, Caguas P.R. 00727

RECEIVED
2021 AUG 13 PH 3: 21
CLERK'S OFFICE
US DISTRICT COURT

**RETURN RECEIPT REQUESTED**

7021 0350 0001 3906 7794

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos E. Chardon Ste. 150
San Juan, P.R. 00918-1767





U.S. POSTAGE F
FCM LETTER
CAGUAS, PR
00725
AUG 11, '21
AMOUNT
**$7.00**
R2304M114409-

1000

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Teresa Crespo Martinez_

Participant's Address: _P.O. Box 1193 Rincón, P.R. 00677_

Participant's Email Address: _teresacrespo1@live.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120545_

Nature of Claim: _Public Employee Claim_

By: _Teresa Crespo Martinez_
Signature

_Teresa Crespo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**




UNITED STATES POSTAL SERVICE.    *Retail*

**P**

US POSTAGE PAID
**$7.95**

Origin: 00677
08/12/21
4272900677-83

**PRIORITY MAIL 1-DAY®**

0 Lb 2.10 Oz
**1005**

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:  150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5161 3376 1224 4398 80

**PRIORITY®
MAIL**

- Expected
- Most do ...trictions apply).*
- USPS Tr... al destinations.
- Limited i...
- When us...quired.

*Insurance do...
Domestic Ma...
** See Interna...    ...see the
...ions of coverage.

**FLAT** RATE
ONE RATE

**TRACKE**

free Package Pickup
the QR code.

**FROM:**

Teresa Crespo
PO Box 1193
Rincón PR
00677

**TO:**

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
Juan, P.R.

00918-0767



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Teresa Crespo Martinez_

Participant's Address: _P.O. Box 1193 Rincón, P.R. 00677_

Participant's Email Address: _teresa.crespo@live.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137109_

Nature of Claim: _Public Employee Claim_

By: _Teresa Crespo Martinez_
     Signature

_Teresa Crespo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**



**UNITED STATES
POSTAL SERVICE.**

*Retail*

**P**

**US POSTAGE PAID**

**$7.95**

Origin: 00677
08/12/21
4272900677-83

**PRIORITY MAIL 1-DAY®**

0 Lb 2.10 Oz

**1005**

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:  150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5161 3376 1224 4398 80

■ Expecte
■ Most do
■ USPS Tr
■ Limited i
■ When us

*Insurance do
Domestic Mai
** See Interna

**FLAT**
ONE RATE

**TRACK**

**PRIORITY®
MAIL**

trictions apply).*
al destinations.

ired.

s see the
tions of coverage.

free Package Pickup
the QR code.

**FROM:**

Teresa Crespo
PO Box 1193
Rincón PR
00677

**TO:**

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
Juan, P.R.

00918-0767



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa Crespo Martinez_

Participant's Address: _P.O. Box 1193, Rincón P.R 00677_

Participant's Email Address: _teresacrespo1@live.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _131612_

Nature of Claim: _Public Employee Claim_

By: _Teresa Crespo Martinez_
Signature

_Teresa Crespo Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**



**UNITED STATES
POSTAL SERVICE.**

*Retail*

**P**

**US POSTAGE PAID**

**$7.95**

Origin: 00677
08/12/21
4272900677-83

**PRIORITY MAIL 1-DAY®**

0 Lb 2.10 Oz

1005

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:  150 AVE CARLOS CHARDON
     STE 150
     San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5161 3376 1224 4398 80

**PRIORITY®**
**MAIL**

■ Expecte
■ Most do
■ USPS Tr
■ Limited i
■ When us

*Insurance do
Domestic Ma
** See Interna

**FLAT**
ONE RATE

**TRACK**

**FROM:**

Teresa Crespo
PO Box 1193
Rincón PR
          00677

**TO:**

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
          Juan, P.R.

00918-0767



PS00001000014



USPS.COM/PICKUP

EP14E May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Juan Ariel Ortiz Medero_

Participant's Address: _Calle Parque Napoleón 5V-30 Villa Fontana P_
                                                                    _00983 Carolina_
                                                                    _P.R._

Participant's Email Address: _Juan Ariel/ortiz 43@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173791_

Nature of Claim: _Salary Claim (court of First Instance San Juan P.R_
                 _Civil Num KPE 2007-4359 (803)_

By: _Juan Ortiz Medero_                _$58,320.00_
   Signature

_Juan Ariel Ortiz Medero_
Print Name

_____
Title (if Participant is not an individual)

_12 august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  <u>United States District Court, Clerk's</u>
<u>Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Civil Núm.: K PE2007-4359 (803)                                    Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN

Civil Núm.: K PE2007-4359 (803)   Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS

Civil Núm.: K PE2007-4359 (803)                                          Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ

Civil Núm.: K PE2007-4359 (803)  Página 5
**Segunda Querella Enmendada**

*Original en
file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*junio 10, 2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1. La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los

Civil Núm.: K PE2007-4359 (803)                                    Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del

Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que

interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por

la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre

Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

     3.     La Autoridad de Edificios Públicos tiene poder para demandar y ser

demandada, querellar y defenderse en el tribunal de justicia y organismos

administrativos. (22 LPRA Sección 906).

     4.     Los querellantes de epígrafe, quienes comparecen personalmente son

empleados de carrera regulares de la Corporación Pública demandada y le aplican

como parte del contrato individual de empleo las decisiones o circulares de la Directora

Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la

Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del

Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre

otros, por lo que reclaman lo que más adelante se expone.

     5.     La Asociación de Empleados Gerenciales de la Autoridad de Edificios

Públicos tiene capacidad jurídica también para representar a sus miembros, quienes

comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.

Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación

de Maestros v. José Arsenio Torres, 94 JTS 145.

     6.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución

del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual

trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado

al caso de marras. La desigualdad que pretende el querellado, relacionado con la

controversia del caso de epígrafe, es negar el principio igualitario constitucional,

Civil Núm.: K PE2007-4359 (803)                                             Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.       La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.       Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

Civil Núm.: K PE2007-4359 (803)                                    Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.    Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.    Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.    Los querellantes son empleados regulares en el I servicio de carrera de

Civil Núm.: K PE2007-4359 (803)                                          Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.     Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.     La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.     La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.     Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó

Civil Núm.: K PE2007-4359 (803)                                              Página 10
**Segunda Querella Enmendada**

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.     La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.     Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución

Civil Núm.: K PE2007-4359 (803)                                        Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria,

estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es

constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama

con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición

mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo

siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.       Por otra parte, es claro que el Reglamento de Personal no establece

jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los

querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así

como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente

y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy</u>

<u>Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante

decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de

la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior

es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar

litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos

procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.       Los querellantes son supervisores no exentos de la Ley 379, ya que sus

tareas funciones reales son y en consecuencia son empleados no exentos de la ley

de horas y salarios. La preparación académica de los querellantes es no profesional,

no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

Civil Núm.: K PE2007-4359 (803)                                        Página 12
**Segunda Querella Enmendada**

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada

el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al

abogado de la parte querellante, una suma no menor del 25% de la indemnización por

concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42

(1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y

reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,

incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,

sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin

limitación, violación de sus derechos civiles, así como violación de cualquier otra ley

federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente

se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella

enmendada en todas sus partes, condenando en su consecuencia al querellado a

pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por

concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo

por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,

2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que

ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva

mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por

la Junta de Directores, más la doble penalidad que establece la ley, así como

honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT

Civil Núm.: K PE2007-4359 (803)                                    Página 13
**Segunda Querella Enmendada**

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO JUDICIAL DE SAN JUAN
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR

803

KPE07-4359

ALBERTO AGRON VALENTIN
ASTRID M. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAÑEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIÑEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALMA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J.  FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA
MARIA DE LOURDES GOMEZ
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO

CIVIL NUM.

2007 OCT -3  AM 11:34

SOBRE:

RECLAMACION DE SALARIOS,
AUMENTO POR MERITO
APROBADO POR LA JUNTA
DE DIRECTORES PARA LOS
AÑOS 2005, 2006 y
2007; DIA POR PROCLAMA
CON PAGA A TIPO DOBLE Y
SIN CARGO LICENCIA ALGUNA,
Y RECLAMACION DE HORAS
EXTRAS

Querella

3/oct/2007

Juan Ariel Ortiz Medero

Calle Parque Napoleón SV-30

Villa Fontana Park

Carolina PR 00983

United States District Court

Clerk's Office

150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918-1767

**UNITED STATES POSTAL SERVICE**

$7.95

4218900984-15

## PRIORITY MAIL 1-DAY®

0 Lb 5.10 Oz

1005

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:

150 AVE CARLOS CHARDON
San Juan PR 00918-1703

### USPS TRACKING® #

9505 5128 7251 1224 5751 94

- Expected delivery date specifie
- Most domestic shipments inclu
- USPS Tracking® included for d
- Limited international insurance
- When used internationally, a cu

*Insurance does not cover certain items.
Domestic Mail Manual at *http://pe.usps.c*
** See International Mail Manual at *http:/*

## FLAT RATE EN
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**



# PRIORITY®
★ MAIL ★

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Juan Ariel Ortiz Medina
Calle Paseo Narcleno 5V-30
Villa Fontana Park Carolina P.R.
00983

**TO:**

United States District Court
Clerk's Office.
150 Ave. Carlos Chardon St
150
San Juan P.R. 00918-1767

Label 228, March 2016

**FOR DOMESTIC AND INTERNATIONAL USE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:         Mark Elliott

Participant's Address:      365 Sumner Street, East Boston, MA 02128

Participant's Email Address:   melliott@elliottam.com

Name of Counsel:            n/a

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:               Master Proof of Claims

Nature of Claim:            GO/PBA Bond Claims

By:   _____
      Signature

      Mark Elliott
      _____
      Print Name

      _____
      Title (if Participant is not an individual)

      August 9, 2021
      _____
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

468790-24-1
Mark Elliott
365 Sumner St
Boston, Massachusetts 02128-4675

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202



**USPS CERTIFIED MAIL™**

**9207 1901 3247 3400 1457 5390 42**

**SIGNATURE REQUIRED PER DMM 3.1.1**

1 ························SNGLP 480

Clerk's Office Clerks Office
United States District Court
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1706



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Pamela Payson

Participant's Address:     46 Medomak Valley CT, Warren, ME 04864

Participant's Email Address:     pampayson99@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:     Master Proof of Claims

Nature of Claim:     GO/PBA Bond Claims

By: _____
    Signature

    Pamela Payson
    Print Name

_____
Title (if Participant is not an individual)

    August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

468790-24-1
Mark Elliott
365 Sumner St
Boston, Massachusetts 02128-4675

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202



**USPS CERTIFIED MAIL™**

9207 1901 3247 3400 1457 5390 42

1************************SNGLP 480

**SIGNATURE REQUIRED PER DMM 3.1.1**

Clerk's Office Clerks Office
United States District Court
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1706

CERTIFIED MAIL

B62853.02

$4.110
US POSTAGE
FIRST-CLASS
062S0011126996
FROM 22407

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Stan Elliott

Participant's Address:     4561 Candlestick CT East, Estero, FL 33928

Participant's Email Address:     stanelliott1@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     Master Proof of Claims

Nature of Claim:     GO/PBA Bond Claims

By: _____
    Signature

    Stan Elliott
    Print Name

_____
Title (if Participant is not an individual)

    August 9, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

468790-24-1 (TB
Mark Elliott
365 Sumner St
Boston, Massachusetts 02128-4675



PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202

USPS CERTIFIED MAIL™

**9207 1901 3247 3400 1457 5390 42**

1**************************SNGLP 480          **SIGNATURE REQUIRED PER DMM 3.1.1**

Clerk's Office Clerks Office
United States District Court
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1706

