UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                   Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Aida E. Aviles Collazo
2. Javier E. Rodriguez Rodriguez
3. Elaine Torres Perez
4. Julia D. Rodriguez Torres
5. Hector Pacheco Santiago
6. Manuel Jimenez Cruz
7. Aracely Vazquez Leoto
8. Rosa A. Hernandez Santana
9. Adrian Reyes Cruz
10. Vanessa Segarra Ramos (3 notices)
11. Jose M. Melendez Ortiz
12. Brunilda Torres Rivera
13. Iris B. Oyola Rios
14. Brenda Rivera Perez
15. Enio R. Marrero Rodriguez
16. Ariana Vazquez Benitez
17. Ariel Vazquez Colon
18. Rurico Avila Perez (2 notices)
19. Natalia Martinez Homs
20. Justiniano Rodriguez
21. Brenda Muñiz Osorio
22. Gregorio Velazquez Mojica
23. Jorge Figueroa Medina

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Ivelisse Sanchez Figueroa

25. Esmeraldo Correa Figueroa

26. Francisca Perez Muñoz

27. Eric Aleman Dones

28. Blanca Ramirez Soto (5 notices)

29. Miguel A. Delgado Marin

30. Rafel Garcia Garcia

31. Hilda Montalvo Marty

32. Jocelyn Nanette Carrasquillo Rivera

33. Ronald V. Miller, Jr.

34. Vidalina Feliciando Figueroa

35. Frances Pagan Mattei

36. Ariel Aulet Lebron

37. Heidiemanz Sanchez Perez

38. Zoraida Morales Figueroa

39. Awilda Madera Caraballo

40. Ariel Jose Aulet Lebron

41. Silka Janet Feliciano Echevarria

42. Brunilda Torres Rivera

43. Clara Martinez Belen

44. Brunilda Roman Acosta

45. Rosario Valentin Aquino

46. Orlando Martinez Arias

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Marisol Aristud Rivera

    48. Marilyn Juan Montalvo

    49. Jose Alexis Blanco Vargas

    50. Carmen L. Diaz Caraballo (2 notices)


Dated: August 16, 2021

4