Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aida E. Avilés Collazo*

Participant's Address: *#2 Jardines de Orquideas Vega Baja PR 00693*

Participant's Email Address: _____

Name of Counsel: — _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *156 209*

Nature of Claim: *Promesa 111 — Commonwealth de P.R.*

By: *Aida E Avilés Collazo*
Signature

*Aida E Avilés Collazo*
Print Name

_____
Title (if Participant is not an individual)

*8/10/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

8/10/21

Como les dije anteriormente
deben evaluar mi caso, se
que me deben mas o menos
$20,000, los necesito, soy
de la tercera edad (83 años)
y vivo sola con mis
deudas.

Gracias
Aida S. Quile Callejo

Aida E Avilés Collazo
#2 Jardines de Aguirre
Vega Baja, PR. 00693

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7020 0640 0001 2584 4317

TO: United State District Court
Clerk's office 150 ave
Chardon Ste. 150
San Juan, P.R. 00918-1767

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
VCM LETTER
00693 BAJA, PR
AUG 11_21
AMOUNT

$7.00
R2304M113888-21

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JAVIER E. RODRIGUEZ RODRIGUEZ_

Participant's Address: _URB. PARQUE DEL MONTE LL-19 CALLE URAYOAN CAGUAS P.R. 00727_

Participant's Email Address: _emrojane12 @gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12756_

Nature of Claim: _Retirement System Benefits_

By: _[signature]_
Signature

_JAVIER E. RODRIGUEZ RODRIGUEZ_
Print Name

_NO_
Title (if Participant is not an individual)

_August 6, 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 13 PM 3:21 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



JAVIER G. RODRIGUEZ RODRIGUEZ
URB. PARQUE DEL MONTE
CC-19 CALLE URAYOAN
CAGUAS PR 00727

RETURN RECEIPT
REQUESTED

7021 0350 0001 3906 7800

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN PR 00918-1767

UNITED STATES
POSTAL SERVICE

1000

SAN JUAN PR 006

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 11, 21
AMOUNT
$7.00
R2304M114409-19

RECEIVED & FILED
2021 AUG 13 PM 3 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elaine Torres Pérez.

Participant's Address: HC 5 Box 56769 Aguadilla, P.R. 00603

Participant's Email Address: elainetope3 @ hotmail.com

Name of Counsel: no

Address of Counsel: no.

Email Address of Counsel: no.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS.

Nature of Claim: _____

By: _Elaine Torres Pérez_
Signature

Elaine Torres Pérez
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elaine Torres Perez
HC 5 Box 56769
Aguadilla, PR.
00603.

RECEIVED & FILED
2021 AUG 13 PM 3: 22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009

11 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia D. Rodriguez Torres_

Participant's Address: _Urbanizacion Anaida Calle Eclipce_
_Ponce, P.R 00716_ C27

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Julia D. Rodriguez Torres_
   Signature

_Julia D. Rodriguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_08 08 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia D. Rodríguez-Torres
Repto. Anaida
Calle Eclipse
PR 00216-2534

RECEIVED & FILED
2021 AUG 13 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009
11 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Pacheco Santiago_

Participant's Address: _Urb. Alta Vista 017 Calle 16 Ponce, P.R. 00716-4265_

Participant's Email Address: _gluisaesther@gmail.com_

Name of Counsel: _Lic. Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109, Edif. Unión Plaza 416 Ave. Ponce de León Hato Rey, P.R. 00918 Tel. (787) 751-5740_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53597_

Nature of Claim: _Salary Adjustment_

By: _Héctor Pacheco Santiago_
Signature

_Héctor Pacheco Santiago_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor Pacheco Santiago
Urb. Alta Vista
O17 Calle 16
Ponce, P.R. 00716-4265

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR 009

11 AUG 2021 PM 2 L



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Jiménez Cruz_

Participant's Address: _Urb. Monte Brisas Ext. 5 SE# 10 House# 5K-13_
_Fajardo Puerto Rico 00738_

Participant's Email Address: _VC71@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170615_

Nature of Claim: _Pay raise by Gov. Romero Barceló never awarded_

By: _[signature]_
Signature

_Manuel Jiménez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 11th, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

M. Jiménez
P.O. Box 501
Fajardo PR.
00738

00918-1706.25

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United States District Court, Clerks Office
150 Ave, Carlos Chardon, Ste. 150
San Juan P.R. 00 918 - 1767

RECEIVED & FILED
2021 AUG 13 PM 3 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aracely Vazquez Leotó_

Participant's Address: _HC 02 Box 4065 Guayama P.R. 00784_

Participant's Email Address: _aracelyvazquez44@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aracely Vazq Leotó_
Signature

_Aracely Vázquez Leotó_
Print Name

_____
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aracely Vázquez Leoto
HC02 Box 4065
Guayama PR. 00784 - 8527

RECEIVED & FILED
2021 AUG 13 PM 3: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United States District court, clerk's
office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918 - 1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa A. Hernández Santana_

Participant's Address: _Calle 20 AB-9 Villas de Rio Grande, P.R. 00745_

Participant's Email Address: _wallyhernandez00@gmail._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147683  y  155526_

Nature of Claim: _Salarios impagos_

By: _Rosa A. Hernández Santana_
      Signature

_Rosa A. Hernández Santana_
Print Name

_____
Title (if Participant is not an individual)

_11/Agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Morales Ambia
calle 20 AP 2
Villas de Río Grande
Río Grande, PR. 00745

RECEIVED & FILED
2021 AUG 13 PM 3: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adrian Reyes Cruz_

Participant's Address: _HC-01 Box 4618 Juana Diaz PR 00795_

Participant's Email Address: _ar5204258@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169141_

Nature of Claim: _Public Employee claims_

By: _Adrian Reyes_
Signature

_Adrian Reyes Cruz_
Print Name

_____
Title (if Participant is not an individual)

_12/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adelina Reyes Cruz
HC-01 Box 4618
Juana Diaz P.R. 00795

0091881706 0018

RECEIVED & FILED
2021 AUG 13 PM 3: 23

Discovery Notice to the court's
Clerk's office at:
San Juan P.R.
United States District court Clerks
Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Segarra Ramos_

Participant's Address: _575 Calle Dr. Ramón E. Betances_
_Mayagüez, P.R. 00680_

Participant's Email Address: _cims.VSr2@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26 863_

Nature of Claim: _Pension/Retiree_

By: _Vanessa Segarra Ramos_
Signature

_Vanessa Segarra Ramos_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Vanessa Segarra Ramos
575 Calle Dr. Naunch e Betances
Mayaguez, P.R. 00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:18

CERTIFIED MAIL

7021 0350 0000 0601 3039

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 11, 21
AMOUNT
$7.00
R2305K139558-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Segarra Ramos_

Participant's Address: _575 Calle Dr. Ramón E. Betances, Mayagüez, P.R. 00680_

Participant's Email Address: _cims.usr2@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26863_

Nature of Claim: _Pension / Retiree_

By: _Vanessa Segarra Ramos_
    Signature

_Vanessa Segarra Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:18

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Vanessa Segarra Reimo
575 Calle Dr. Ramón E. Betances
Mayaguez, PR- 00680

CERTIFIED MAIL

7021 0350 0000 0601 3022

SAN JUAN, PR
AUG 13

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
AMOUNT
$7.00
R2306K139568-01

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:         _Vanessa Segarra Ramos_

Participant's Address:      _575 Calle Dr. Ramon E. Betances, Mayaguez, P.R. 00680_

Participant's Email Address: _cims.vsr2 @ gmail.com_

Name of Counsel:            _N/A_

Address of Counsel:         _N/A_

Email Address of Counsel:   _N/A_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:               _26863_

Nature of Claim:            _Pension / Retiree_

By:     _Vanessa Segarra Ramos_
        Signature

        _Vanessa Segarra Ramos_
        Print Name

        _____
        Title (if Participant is not an individual)

        _August 11, 2021_
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Vanessa Segarra Ramos
575 Callo Dr. Ramón E. Betances
Mayagüez, P.R. 00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3: 18

7021 0350 0000 0601 3046

CERTIFIED MAIL

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 11, 21
AMOUNT
$7.00
R2305K139558-01

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Meléndez Ortiz_

Participant's Address: _Box 334 Naguabo P.R. 00718_

Participant's Email Address: _Jose.mdenderzortiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147572 y 154332_

Nature of Claim: _Salarios impagos_

By: _José M. Meléndez Ortiz_
Signature

_José M. Meléndez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_12 agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José M. Melendez-Ortiz
Box 334 Naguabo
P.R.-00718

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:17

00918-170625

United States District Court,
Clerk's office,
150 Ave. Carlos Chardon Ste.150
San Juan P.R. 00918-1767

SAN JUAN PR  009

12 AUG 2021 PM 1  L



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Brunilda Torres Rivera

Participant's Address: P.O. Box 549, Villalba, P.R. 00766

Participant's Email Address: torresbruny969@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Incentive Law 89   Title III

By: Brunilda Torres Rivera
Signature

Brunilda Torres Rivera
Print Name

Teacher
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Torres Rivera
P. O. Box 549
Villalba, P.R. 00766

SAN JUAN PR 009

11 AUG 2021 PM 2 L

USA FOREVER

00918-283248

United States District
Court, Clerk's Office, 150
Ave. Carlos Chardón Ste150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris B. Oyola Rios_

Participant's Address: _Urb. Santa Rosa 54-14 #32 Bayamon P.R. 00959_

Participant's Email Address: _irisoyola 34 @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#51657_

Nature of Claim: _I have not received a salary increase. working for 15 years._

By: _Iris B. Oyola Rios_
Signature

_Iris B. Oyola Rios_
Print Name

_N/A_
Title (if Participant is not an individual)

_9/8/21_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Iris B. Dyola Rios
Urb. Santa Rosa
54-14 Calle 32
Bayamon, P.R. 00959

To: United State District Court,
Clerk's Office,
150 Ave. Carlos Charon Ste. 150
San Juan P.R 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda  Rivera- Pérez_

Participant's Address: _Urb. FairView N.18 Calle 21 San Juan P.R 00926 -8111_

Participant's Email Address: _brendariveramail@ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17- bk- 03566_

Nature of Claim: _Employees Retirement System of the Goverment of commonwealth of Puerto Rico_

By: _Bre_____
Signature

_Brenda  Rivera- Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13  PM 3: 03

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda Rivera Peire
Urb. Fair View N. 18
Calle 21
San Juan, P.R. 00926-8111

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:03

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enio R Marrero Rodriguez_

Participant's Address: _1050 Ave Los Palmas Cond Puerta de la Bahia 803 55 PM 00907_

Participant's Email Address: _enio marrero @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73669_

Nature of Claim: _Pension / Retiree claims_

By: _Enio R Marrero R._
Signature

_Enio R Marrero Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_12 - Agosto. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'21 AUG 13 PM 3:03

00918-170625

United State District Court, Clerk's
Office 150 Ave Carlos Chardon Ste. 150
San Juan . P.R. 00918-1767

SAN JUAN PR   009

12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ariana Vázquez Benítez*

Participant's Address: *PO Box 513, Aibonito, PR 00705*

Participant's Email Address: *arivazben92@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa Title III*

By: *Ariana Vázquez Benítez*
Signature

*Ariana Vázquez Benítez*
Print Name

_____
Title (if Participant is not an individual)

*August 12, 2021*
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRTA ARIANA VÁZQUEZ BENÍTEZ
PO BOX 513
AIBONITO, PUERTO RICO 00705

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:03

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PUERTO RICO 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ariel Vazquez Colom_

Participant's Address: _PO Box 513, Aibonito, P.R 00705_

Participant's Email Address: _arielvazquezcolom@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Ariel Vazquez Colom_
    Signature

_Ariel Vazquez Colom_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SR ARIEL VÁZQUEZ COLOM
PO BOX 513
AIBONITO, PUERTO RICO 00705

SAN JUAN PR   009
12 AUG 2021 PM 1 L



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13  PM 3: 03

00918-176725

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PUERTO RICO 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PROMESA TITLE III NO.17BK3283-LTS_

Nature of Claim: _PUERTO RICO ELECTRIC POWER AUTHORITY_

By: _____   _CASE NO.17bK-04780_
Signature

_Ramiro Avila Pérez_
Print Name

_PRESIDENT_
Title (if Participant is not an individual)

_8/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PUERTO RICO MECHANICAL PRODUCTS, INC.
PO BOX 195121
SAN JUAN, PUERTO RICO 00919-5121,
TEL. (787) 617-2411
E-mail: prmdra@outlook.com

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG 13 PM 3:03

SAN JUAN PR 009
12 AUG 2021 PM 4 L

00918-1706.25

Discovery Notice To The Court's Clerk's office At:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

FOREVER USA
FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PROMESA Title III NO. 17BK 3283-LTS*

Nature of Claim: *Puerto Rico Electric Power Authority*
*CASE NO. 17-bk-04780*

By: _____
Signature

*Kirico Avila Perez*
Print Name

*PRESIDENT*
Title (if Participant is not an individual)

*8/12/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PUERTO RICO MECHANICAL PRODUCTS, INC.
PO BOX 195121
SAN JUAN, PUERTO RICO 00919-5121
TEL. (787) 617-2411
E-mail: prmdra@outlook.com

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13   PM 3: 03

00918-170625

SAN JUAN PR   009
12 AUG 2021 PM 1

Discovery Notice To The Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Martinez Homs, Natalia*

Participant's Address: *PO Box 144100 PMB 253 Arecibo P.R. 00614*

Participant's Email Address: *natalia_mhoms@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 03283-LTS*

Nature of Claim: *Salary increase not granted*

By: *Natalia Martinez Homs*
Signature

*N*
Print Name

_____
Title (if Participant is not an individual)

*august 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natalia Martinz Home
PO Box 144100 PMB 301
Arecibo P.R. 00612/ SAN JUAN PR. 009
AUG 2021 PM 1 L

00918-176305 52903

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 18 PM 3:03

United States District Court,
Clerk Office
150 Carlos Chardon Ste. 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Justiniano Rodríguez

Participant's Address:   Box 145 morovis P.R. 00687

Participant's Email Address:   aNar 13777 @gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 - LTS

Nature of Claim:   _____

By:   _Justiniano Rodríguez_
Signature

Justiniano Rodríguez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Justiniano Rodriguez
Box 145
Morovis P.R.
00687

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:03

SAN JUAN PR 009

12 AUG 2021 PM 1 L

USA FOREVER

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda Muñiz Osorio_

Participant's Address: _Urb. Quintas de Dorado, Calle Higero X-9, Dorado,_

Participant's Email Address: _Puerto Rico  00646_

Name of Counsel: _Old the Councel that are working with this case_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _126/68_

Nature of Claim: _We reclaiming a money that not paid for many years to the teachers of Department of Education of Puerto Rico._

By: _Brenda ___
Signature

_Brenda Muñiz Osorio_
Print Name

_Teacher of the Department of Education of Goberment Puerto Rico_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda Muñiz Osorio
Calle Higera X-9
Urb. Quinta de Dorado
Dorado, P.R. 00646

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-176625

SAN JUAN PR 009

12 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 AM II:02

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gregorio Velázquez Mojica_

Participant's Address: _HC-3 Box 7917 Las Piedras PR 00771_

Participant's Email Address: _Jeannette.Flores@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283 / 178723_

Nature of Claim: _____

By: _Gregorio Velázquez Mojica_
Signature

_Gregorio Velázquez Mojica_
Print Name

_Gregorio Velázquez Mojica_
Title (if Participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gregorio Velazquez Mojica
HC. 3 Box 7917
Las Piedras P.R. 00771

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13  PM 3: 02

SAN JUAN PR   009
12 AUG 2021 PM 1 L

S2850-1-8F90D

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan P.R. 00918-1767.

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Figueroa Medina_

Participant's Address: _R R-1 Box 6509 Guayama P.R. 00784-_
_00784_                _3536_

Participant's Email Address: _Jf6453oxo @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 176839_

Nature of Claim: _#177492_

By: _[signature]_
Signature

_Jorge Figueroa Medina_
Print Name

_____
Title (if Participant is not an individual)

_August 10 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. F
R.R.1. Box 6509
Guayama P.R. 00 784

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3: 02

00591-8-170599

United States District Court Clerks Office
150 AVe. Carlos Chardo Ste.
San Juan P.R. 00 918 - 1767

SAN JUAN PR 009

12 AUG 2021 PM 1

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          Ivelisse Sánchez Figueroa

Participant's Address:       Urbanización Lomas de Trujillo, J-6 Calle 8, Trujillo Alto, PR
                             00976

Participant's Email Address:  sanchezivelisse@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim: Confirmation

Claim Number:  158403 P@BADS7369 [CSA#4914#CF] Date 8/10/2021

Nature of Claim:  Employees Retirement System of the Governments
of the Commonwealth of Puerto Rico.

By: _Ivelisse Sánchez Figueroa_
    Signature

Ivelisse Sánchez Figueroa
    Print Name

_____
    Title (if Participant is not an individual)

8/12/2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivelisse Sanchez Figueroa
Urb. Lomas de Trujillo, J 6
Calle 8, Trujillo Alto, P.R. 00976

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 13 PM 3:02

00918-170399

United States District Court, Clerk's
Office, 150 Ave. Carlo Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esmeraldo Correa Figueroa_

Participant's Address: _P.O. Box 1976 Yabucoa, P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17-3283_

Nature of Claim: _Puerto Rico, Promesa_

By: _Esmeraldo Correa_
Signature

_Esmeraldo Correa Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_12 august. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Esmeralda Cemele
P.O. Box 1976
Yabucoa, P.R. 00767

SAN JUAN PR   009

12 AUG 2021 PM 1

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13   PM 3:

PURPLE HEART
FOREVER USA

TO: United States District Court,
Clerk's office,
150 Ave. Carlos Chardon, Ste.
150, San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Francisca Perez-Muñoz, Esq._

Participant's Address: _Colinas Metropolitanas_

Participant's Email Address: _paquitaperez_1958@outlook.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _F 471244143_

Nature of Claim: _Employees Retirement System of the Gort of P.R._
_(ERS)_

By: _Francisca Perez_
   Signature

_Francisca Perez - Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Ddr. Francisca Rios
Colinas Metropolitanas
Monte del Estado N-14
Guaynabo, P.R. 0018-5238

00916-1 70399

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT CO...
SAN JUAN, P....

2021 AUG 13   PM

SAN JUAN PR 009

12 AUG 2021   PM 1   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eric Alemán Dones

Participant's Address: HC 61 Box 4387, Trujillo Alto, PR 00976

Participant's Email Address: whocare2000@hotmail.com

Name of Counsel: _____

Address of Counsel: n/a

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 9 483

Nature of Claim: Employees Retirement System of the Government of the Commonwealth of Puerto Rico

By: Eric Ale. Dn
Signature

Eric Alemán Dones
Print Name

Financial Supervisor
Title (if Participant is not an individual)

August 12, 2021
Date

(New confirmation 8-10-21)

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eric Aleman
HC 61 Box 4387
Trujillo Alto, PR 00976

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13  PM 3:05

SAN JUAN PR  009

12 AUG 2021  PM 1  L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ST e.150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Blanca Ramirez Sota_

Participant's Address: _Hc 2 Box 24 323, San Sebastian, PR 00685_

Participant's Email Address: _blancaramirez_mmy @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 158759_

Nature of Claim: _Debts Claimed Depart ment of Education_

By: _____
    Signature

_Blanca Ramirez_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA RAMIREZ SOTO
HC 2 BOX 24322
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG 13 PM 3: 9
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN. PR

00918-170625

SAN JUAN PR 009

12 AUG 2021 PM 1 L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca Ramírez Soto

Participant's Address: Hc 2 Box 24323, San Sebastian, PR 00685

Participant's Email Address: blancaramirez_MM @ hotmail. com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 152712

Nature of Claim: Debts Claimed Department of Education

By: _____
Signature

Blanca Ramírez
Print Name

Self Aplicant
Title (if Participant is not an individual)

8/11/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA RAMIREZ SOTO
HC 2 BOX 24323
SAN SEBASTIAN PR 00685

RECEIVED & FILED

2021 AUG 13  PM 3: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR   009

12 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Blanca Ramirez Soto*

Participant's Address:    *HC2Box 24323, San Sebastian PR 00685*

Participant's Email Address:    *blancaramirez_HM@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *159287*

Nature of Claim:    *Debts Claimed Department of Education*

By:    *[signature]*
Signature

*Blanca Ramirez*
Print Name

*Self participant*
Title (if Participant is not an individual)

*8/11/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA RAMIREZ SOTO
HC 2 BOX 24323
SAN SEBASTIAN PR 00685

RECEIVED & FILED

2021 AUG 13 PM 3: 09

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

SAN JUAN PR 009

12 AUG 2021 PM 1 L

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blanca Ramirez Soto_

Participant's Address: _HC 2 Box 24323, San Sebastian PR 00685_

Participant's Email Address: _blancaramirez_mm @ hotmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150953_

Nature of Claim: _Debts Claimed Depart ments of Education_

By: _Blanca Soto_
Signature

_Blanca Ramirez_
Print Name

_Self Applicants_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA RAMIREZ SOTO
HC 2 BOX 24322
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG 13 PM 3:
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

00918-170625

12 AUG 2021 PM 1 L

SAN JUAN PR 009

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca Ramirez Soto

Participant's Address: Hc2 Box 24323, San Sebastion PR 00685

Participant's Email Address: blancaramirez_mm@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 144076

Nature of Claim: Debts Claimed Deportments of Education

By: _____
Signature

Blanca Ramirez
Print Name

Self parti cipant
Title (if Participant is not an individual)

8/11/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA RAMIREZ SOTO
HC 2 BOX 24323
SAN SEBASTIAN PR 00685

RECEIVED & FILED
2021 AUG 13  PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009

12 AUG 2021  PM 1  L

00918-170625

NOTICE TO THE COURT'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Miguel A. Delgado Marin_

Participant's Address: _Colinas de San Juan Edif. H Apt 291 SJ PR 00921_

Participant's Email Address: _Migueldelgado430@ychoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Miguel A. Delgado Marin_
Signature

_Miguel A. Delgado Marin_
Print Name

_____
Title (if Participant is not an individual)

_9/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Delgado Marín
Colinas de San Juan
Edif. H Apt. 291
San Juan PR 00924

RECEIVED & FILED

2021 AUG 13   PM 3:09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706ɔS

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150
San Juan PR 00918-1767



SAN JUAN PR 009

12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Garcia Garcia_

Participant's Address: _5 H 15 Calle 8 Urb. Monte Brisass Fajardo, P. R. 00738_

Participant's Email Address: _____

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159750_

Nature of Claim: _Empleados públicos - pensión / jubilados_

By: _Rafael Garcia Garcia_
Signature

_Rafael Garcia Garcia_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 13 PM 3:09 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Hercia Garcia
5 #15 Calle 5 Urb. Monte Brisas 5
Fajardo P.R. 00738

RECEIVED & FILED
2021 AUG 13  PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-17625

SAN JUAN PR  009

12 AUG 2021 PM 1 L

Clerk's Office At:
United States District Court
Clerk's Office 150
Carlos Chardon Ste. 150
Ave. Carlos Chardon
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hilda Montalvo Marty_

Participant's Address: _HC- 02 Box 11949 Lajas P.Rico 00667_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: _Public employee claim_

By: _Hilda Montalvo Marty_
Signature

_Hilda Montalvo Marty_
Print Name

_____
Title (if Participant is not an individual)

_11 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR  009

12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To Courts Clerk's office
United States District Clerks
Office, 150 Ave. Carlos Chardon
Ste 150  San Juan P Rico
00918-1767

00918-170625

Hilda Montalvo Marty
Nc-02 Box 11949
Lajas P. Rico
00667

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jocelyn Nanette Carrasquillo Rivera_

Participant's Address: _Urb. Ciudad Jardín #46, Calle del Rio, Canóvanas, P.R 00729_

Participant's Email Address: _jocelyncarrasquillo@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85181_

Nature of Claim: _Pension/Retiree_

By: _[signature]_
Signature

_Jocelyn N. Carrasquillo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jocelyn Nanette Caragulb Rivera
Urb. Ciudad Jardin #46
Calle del Rio
Canovanas, P.R. 00729

00918-170625

SAN JUAN PR 009

12 AUG 2021 PM 1 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 13 PM 3 09

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____Ronald V. Miller, Jr._____

Participant's Address: _____1323 Calle Santiago Guerra_____

Participant's Email Address: _____castawayron69@gmail.com_____

Name of Counsel: _____NA_____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____17 BK 3283 - LTS_____   17 BK 3283 - LTS

Nature of Claim: _____Participation of Discovery_____

By: _____   Ronald V Miller, Jr.
    Signature

_____Ronald V. Miller, Jr._____
Print Name

_____
Title (if Participant is not an individual)

_____12 Aug 2021_____
Date

RECEIVED & FILED
2021 AUG 13 PM 3 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ronald V. Miller, Jr.
1323 Calle Santiago Guerra
Ponce PR 00728

00918-1706825

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00716
AUG 12, 21
AMOUNT
$0.55
R2304M113036-12

SAN JUAN PR
12 AU

1000
00918

RECEIVED & FILED
2021 AUG 16 PM 3:09

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _VIDALINA FELICIANO Figueroa_

Participant's Address: _P.O. Box 822 Salinas, PR 00751_

Participant's Email Address: _Don't Have Email_

Name of Counsel: _None_

Address of Counsel: _— —_

Email Address of Counsel: _— —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54919-1845-02_

Nature of Claim: _STEPS I didn't receive while_
_Working as a Teacher_

By: _Vidalina Feliciano_
Signature

_VIDALINA Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Vitalino Feliciano Figueroa
P.o. Box 822
Salinas, P.R. 00751-0822

RECEIVED & FILED
2021 AUG 13  PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Court's Clerk's Office
United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste, 150,
San Juan, P.R. 00918-1767.

00918-176625

SAN JUAN PR  009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Frances Pagan Mattei_

Participant's Address: _Ext. Las Delicias 2, 3786 Calle Guavina, Ponce P.R. 00728 3704_

Participant's Email Address: _paganfrances5@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Puerto Rico Employees Retirement System Bond Losses_

By: _Frances Pagan Mattei_
Signature

_Frances Pagan Mattei_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 13 PH 3: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Traviec Pagan Mattei
Apt. Las Delicias 11
3786 Calle Guasima
Ponce, P.R. 00728-3796

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ariel Aulet Lebrón_

Participant's Address: _Cond. Miel 1833, Calle Victor Braeser, Apto. 8, S.J., P.R. 00911_

Participant's Email Address: _Arieljaulet @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44651 MMLID: 96029 J-P  SVC : ADSHN - 0_

Nature of Claim: _____

By: _____
Signature

_Ariel Aulet Lebrón_
Print Name

_____
Title (if Participant is not an individual)

_11 de Agosto d 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Ariel Arlef Lebroi
Civil. Mjel 1935
Calle victor Braterson/Apto-8
San Juan, Puerto Rico 00911

RECEIVED & FILED
2021 AUG 13 PM 3: 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706625

Discovery Notice to the court's clerk's Office, Att:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Heidiemarie Sánchez Pérez_

Participant's Address:  _6 Vista del Sol Cabo Rojo, P.R. 00623_

Participant's Email Address:  _HeidiemariesP@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _27056_

Nature of Claim:  _Employee Retirement System (PR HTA)_

By:  _____
    Signature

_Heidiemarie Sánchez Pérez_
Print Name

_____
Title (if Participant is not an individual)

_08/09/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heidiemarie Sánchez Pérez
6 Vista Del Sol
Cabo Rojo, PR 00623

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.00918-1767

SAN JUAN PR
U.S.DISTRICT COURT
CLERK'S OFFICE

2021 AUG 13 PM 3 10

RECEIVED & FILED



FOREV

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Morales Figueroa_

Participant's Address: _201 carr. 729, Cidra, P.R. 00739_

Participant's Email Address: _zoraida7morales@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176273_

Nature of Claim: _Public Employee Claims and Pension / Retiree Claims_

By: _Zoraida Morales Figueroa_
Signature

_Zoraida Morales Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Zoraida Morales Figueroa
201 Oren. 729
Cidra, Puerto Rico 00739

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court,
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150,
San Juan, Puerto Rico 00918-1767

SAN JUAN PR   009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Awilda Madera Caraballo_

Participant's Address: _Ext. Santa Elena Calle Jaguey 5-16 Guayanilla PR._

Participant's Email Address: _tulipamadera@imail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97082_

Nature of Claim: _Individual_

By: _Awilda Madera Caraball_
Signature

_Awilda Madera Caraballo_
Print Name

_N/A_
Title (if Participant is not an individual)

_July - 10 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER

Cristina Valentin Cabassa
Cpt. Santa Elena calle Jagueyes #6
Secaucus, P.R.
00656

To. United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ariel José Avilet Lebrón_

Participant's Address: _Cond. Miel 1833, calle Victor Braegger, apto 8, S.J. P.R. 00911_

Participant's Email Address: _arieljavilet@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44650 MMLID: 884933-P SUC: ADSHNE_

Nature of Claim: _____

By: _____
     Signature

_Ariel José Avilet Lebrón_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.
AUG 13 PM 3:10

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ariel Melet Deboris
Cond. Reef 1833
Calle Olether Bo-Aurora / Apt #3
San Juan, Puerto Rico 00911

RECEIVED & FILED
2021 AUG 13  PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0009 18-170625

Discovery Notice to the court's clerk's office At:
United States District court, clerk's office
150 Mrs. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
12 AUG 2021  PM 1  L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Silka Janet Feliciano Echevarri?_

Participant's Address: _P. O. Box 1805, Coamo, P.R. 00769_

Participant's Email Address: _Silkajfeliciano @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57556_

Nature of Claim: _Employees Retirement System of the_

By: _Silka Melina Echevarria_  _Government of the commonweafth_
_____Signature_  _OF P.R. (Puerto Rico)_

_Silka J. Feliciano Echevarria_
Print Name

_Special education teacher_
Title (if Participant is not an individual)

_12-ag-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

The Postal
Adress is
New

The actual is
P.O. BOX 1805
Coamo, P.R 00769

Silka Janet Feliciano Echevarria
P.O. Box 1805
Coamo P.R. 00769

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardo
Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Brunilda Torres Rivera

Participant's Address: P. O. Box 549, Villalba, P.R. 00766

Participant's Email Address: torresbruny9690@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Law 89 Incentive

By: *Brunilda Torres Rivera*
Signature

Brunilda Torres Rivera
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Torres
P.O. Box 549
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918.1713 0018 San Juan

SAN JUAN PR 009
11 AUG 2021 PM 2 L

Court's United States District
Court, Clerk's Office, 150 Ave,
Carlos Chardon Ste, 150,
San Juan, P.R., 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mrs. Clara Martinez Belén

Participant's Address: HC 3 Box 5139 Adjuntas, PR 00601

Participant's Email Address: jose.cardona4904@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #50186 = #170957

Nature of Claim: _____

By: *Clara Martinez Belén*
Signature

Clara Martinez Belén
Print Name

Correction Officer
Title (if Participant is not an individual)

August 3, 2021
Date

RECEIVED & FILED
2021 AUG 19 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 13 PM 3: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clara Martinez Belén
Hc-3. Box 5139
Adjuntas P.R. 00601

00918-170399

United State District Court Clerk's
Office 150 Ave. Carlos Chardon Ste
150 San Juan P.R. 00918 1767



SAN JUAN PR 009

11 AUG 2021 PM 2  L

USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Roman Acosta_

Participant's Address: _LR-15 via 17 villa Fontana Carolina P.R. 00983_

Participant's Email Address: _Brunilda 1029@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Prime Clerk Case No. 101-203_

Nature of Claim: _68702 aportaciones acumuladel retiro 50181 falta de compensacion del 1980 y 1989_

By: _Brunilda Roman Acosta_
Signature

_Brunilda Roman Acosta_
Print Name

_Maestra Retirada_
Title (if Participant is not an individual)

_9-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Bunnie Kiman Alesis
Bunnie Kiman Alesis
LR-15 Ua 17 Vile Faulana
Carolina, P.R. 0983

RECEIVED & FILED

2021 AUG 13  PM 3: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

To:

Court's Clerk United States District
Clerks office 150 Ave. Carbos Chardon ste
150 San Juan P.R. 00 918-1767

00091 RR1 700  0001 B

SAN JUAN PR  009

12 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosario Valentin Aguino_

Participant's Address: _HC-02 Box 21912 San Sebastian, P.R. 00685_

Participant's Email Address: _rosariovalentin17@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83370_

Nature of Claim: _Special Education Student Assistant (Employed Retired) Union Grievance, Public Employee and Pension Retiree Claims_

By: _Rosario Valentin Aguino_
Signature

_Rosario Valentin Aguino_
Print Name

_Special Education Student Assistant (Employee Retired)_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rosario Valentin Ogauin
Ble 2 Bo 2 21912
Son Sebastian P.R.
00685

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
United States District Court, Clerk's
Office
150 Ave, Carlos Chardon Ste. 150
Son Juan, P.R. 00918 - 1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Orlando Martinez Arias_

Participant's Address: _Urb. Villa De La Pradera #197 Rincón, PR. 00677-_

Participant's Email Address: _m4873317@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 11032_

Nature of Claim: _Pension /retiree_

By: _Orland Martinez_

Signature

_Orlando Martinez Arias_

Print Name

_____

Title (if Participant is not an individual)

_August 11, 2021_

Date

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Martinez Arias
Urb. Villa De La Pradera
#197 Rincón, P.R.
00677

RECEIVED & FILED
2021 AUG 13 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

To: United States District Court
Clerk's office, 150 Ave. Chardon
Carlos Ste, 150, San Juan, P.R.
00918-1767

SAN JUAN PR   009
12 AUG 2021 PM 1 L


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Aristud Rivera_

Participant's Address: _210 Calle Las Cuevas Loz Gonzalez_
_II T. Alto_
Participant's Email Address: _marisolaristud@gmail.com_   _00976_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 145 / 66_

Nature of Claim: _Salarios inpagos_

By: _Marisol Aristud Rivera_
Signature

_Marisol Aristud Rivera_
Print Name

_____
Title (if Participant is not an individual)

_agosto 12 - 2021_
Date

RECEIVED & FILED
2021 AUG 13  PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marisol Aristud Rivera
Gonzalez 2
200 Calle 2 apt 210
Trujillo Alto, P.R. 00976

RECEIVED & FILED
2021 AUG 13 PM 3:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court,
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilyn  Juan  Montalvo_

Participant's Address: _HC-02  Box  11949  Lajas Puerto Rico 00667_

Participant's Email Address: _Marilyn  + m.J.u      j marilyn 5757 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _68305_

Nature of Claim: _Public  employee  claim_

By: _Marilyn Jean Montalvo_
Signature

_Marilyn  Juan  Montalvo_
Print Name

_____
Title (if Participant is not an individual)

_11  august  2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Marilyn Juan Montalvo
HC-02 Box 11949
Lajas P.Rico
00667

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

To: Court's Clerk's Office
United States District Court Clerk's
Office
150 Ave. Carlos Chardon Ste
Ste 150 San Juan P.R
00918-1767

SAN JUAN PR 009
12 AUG 2021 PM1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Alexis Blanco Vargas_

Participant's Address: _HC-02 Box 11949 Lajas Puerto Rico 00667_

Participant's Email Address: _jblnco 54 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public employee claim_

By: _____
Signature

_José A. Blanco Vargas_
Print Name

_____
Title (if Participant is not an individual)

_11 de agosto 2021   August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose' A. Blanco Vargas
HC-02 Box 11949
Lajas P.Rico
00667

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR   009
12 AUG 2021 PM 1 L

To: Court & Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R
00 918 - 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Carmen L. Díaz Caraballo*

Participant's Address:   5HK, Calle 5-8 Urb. Monte Brisas 5 Fajardo, P.R. 00738

Participant's Email Address:   Zdmen 44@ yahoo. Com.

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   156449

Nature of Claim:   Empleados Públicos y Pensión/jubilación

By:   *Carmen L. Díaz Caraballo*
Signature

*Carmen L. Díaz Caraballo*
Print Name

_____
Title (if Participant is not an individual)

8/10/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Y. Ríos Cintrón
5 H15 Calle 8 Urb. Monte Brisas
Fajardo, P.R. 00738

RECEIVED & FILED

2021 AUG 13 PM 3: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009

12 AUG 2021 PM 1 L

Court Clerk's office at
United States District Court
Clerk's office, 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Carmen L. Díaz Caraballo_

Participant's Address: _Urb. Monte Brisas 5 Calle 8 5H5_
_Fajardo P.R. 00738_

Participant's Email Address: _Rulmenxx @ Yahoo. com_

Name of Counsel: _n/a._

Address of Counsel: _n/a._

Email Address of Counsel: _n/a._

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _124866_

Nature of Claim: _Empleados públicos y pensión/jubilación_

By: _Carmen L. Díz Caraballo_
Signature

_Carmen L. Díaz Caraballo_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen T. Ruiz Carabello
5 H 15 Calle 8 Urb. Monte Brisas 5
Fajardo, P.R. 00738

RECEIVED & FILED
2021 AUG 13 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR  009
12 AUG 2021 PM 1 L

Court Clerk's office att
United State District Court
Clerk, office 150 ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767