UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Gerardo Nazario Suarez
2. Carmen L. Diaz Caraballo
3. Evelyn Diaz David
4. Natividad Moreno Sanchez
5. Nancy I. Gueits Acosta
6. Abdiel Perez Rios
7. Luz H. Rios Montañez
8. Carmen S. Torres Rodriguez
9. Maria C. Collazo Santos
10. Alfredo Perez Rios
11. Noemaris A. Rios Jimenez
12. Zenaida Torres Pozzi
13. Emilio Lopez Torres
14. Sylvia M. Gonzalez Torres
15. Luis J. Gimenez Manso
16. Edwin Perez Rosado
17. Iris N. Nieves Gonzalez
18. Maria de los Angeles Negron Rodriguez
19. Bethzaida Garcia Serrano
20. Antonio Hernandez Mercado
21. Arthur Samodovitz
22. Lourdes M. Vializ Ferrer
23. Kathleen Casillas Barreto (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Maria del C. Parilla Canales

25. Jose E. Atiles

26. Damaris Perez Morales

27. Yaliz M. Cestero Santana

28. Luis A. Torres Vidro

29. Luz H. Rios Montañez

30. Lizette Santana Vazquez

31. Damaris Morales Sanchez

32. Miguel A. Correa Figueroa

33. Luis Manuel Colon Castro

34. Francisco J. Baco Sanchez

35. Domingo Madera Ruiz

36. Eugenio Lomba Rodriguez

37. Elena Medina Ventura

38. Clara I. Hernandez Morales

39. Iraida E. Colon Agosto

40. Liza I. Martinez Crespo

41. Carmen I. Rivera de Peña

42. Maria M. Lopez Corcino

43. Bienvenido Abreu Vega (2 notices)

44. Ada Irma Garcia Perez

45. Rafaela Gonzalez Torres

46. Marilyn Rivera Vargas

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Richard Rzadkowski Chevere

    48. Lydia Rosa Colon Mulero

    49. Angelita Figueroa Hernandez

    50. Zoraida Cortes Adorno

Dated: August 16, 2021