Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gerardo Nazario Suarez

Participant's Address: Urb. Hacienda La Matilde Calle Ingenio 5249 Ponce, P.R. 00728

Participant's Email Address: N/A.

Name of Counsel: N/A.

Address of Counsel: N/A.

Email Address of Counsel: N/A.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: —

Nature of Claim: Pensions

By: [signature]
Signature

Gerardo Nazario Suarez
Print Name

N/A
Title (if Participant is not an individual)

August 7, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Navario Suarez
Urb. Hacienda La Matilde
5249 Calle Ingenio
Ponce, P.R. 00728-2432

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

RECEIVED & FILED
2021 AUG 13 PM 3: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's office 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Díaz Caraballo

Participant's Address: 5H15 Calle 8 Urb. Monte Brisas 5 Fajardo P.R. 00738

Participant's Email Address: zulmen44@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 156054

Nature of Claim: Empleados Públicos y pensión/jubilados

By: Carmen L. Díaz Caraballo
Signature

Carmen L. Díaz Caraballo
Print Name

Title (if Participant is not an individual)

8/10/2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 11
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Diaz Caraballo
5 H15 Calle 8 Urb. Monte Brisas
Fajardo, P.R. 00738

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER USA

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office at:
United States District Court,
Clerk's office 150.
Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Evelyn DIaz David

Participant's Address: HC-01 Box 3895 Santa Isabel P.R. 00757

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: Evelyn Diaz David
Signature

Evelyn Diaz David
Print Name

______
Title (if Participant is not an individual)

10-agosto-2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Diaz David
HC.01 Box 3895 Santa Isabel
P.R 00757

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
clerck's office
150 Ave. Carlos Chardon
Ste. 150 San Juan P.R 00918

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Natividad Moreno Sanchez

Participant's Address: Hc-01 Box 3895 Santa Isabel 00757

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: ______
Signature

Natividad Moreno Sanchez
Print Name

______
Title (if Participant is not an individual)

10-agosto-2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natividad Moreno Sánchez
HC01 Box 3895 Santa Isabel
P.R. 00757

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United State District Court.
Clerck's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nancy I. Gueits Acosta

Participant's Address: 9111 Comunidad Serrano, Juana Díaz PR 00795-9409

Participant's Email Address: ngueits0711@gmail.com

Name of Counsel: Lic. Alberto Aresti Franceschini

Address of Counsel: Suite 1109, Edif. Unión Plaza 416 Ave. Ponce de León, Hato Rey, PR 00918

Email Address of Counsel: Tel. (787) 751-5740

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #71229 #26334

Nature of Claim: Salary Adjustment

By: Nancy I. Gueits Acosta
Signature

Nancy I. Gueits Acosta
Print Name

[illegible] de agosto de 2021
Title (if Participant is not an individual)

8 de agosto de 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy Gueits Acosta
9111 Comunidad Serrano
Juana Díaz, PR 00795-9409

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Abdiel Pérez Rios

Participant's Address: Urb. Golden Hills 1202 c/ Marte Dorado PR 00646

Participant's Email Address: abdielperezrios@gmail.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: I do not have my claim # available so I wrote my last 4 #'s of my SS. #6234

Nature of Claim: Public Employee Pediatric Hosp. Rio Piedras + Teacher at Early Head Start

By: [signature]
Signature

Abdiel Pérez Rios
Print Name Promesa Title III

No 17 BK 3283 LTS
Title (if Participant is not an individual)

August 11, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are __not__ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abdiel Pérez Rios
Urb. Golden Hills 1302 c/Marte
Dorado P.R 00646-6913

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

U.S. District Court Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan P.R 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz H. Ríos Montañez

Participant's Address: Urb. Golden Hills 1202 c/Marte Dorado PR 00646

Participant's Email Address: luzhaydeerios@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167969

Nature of Claim: Public Employee and Pension Retire claims Department of Education

By: Luz H Ríos Montañez
Signature

Luz H. Rios Montañez
Print Name PROMESA Title III

No. 17 BK 3283-LTS
Title (if Participant is not an individual)

August 11, 2021
Date

RECEIVED & FILED 2021 AUG 13 PM 3:12 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz H. Ríos Montañez
Urb. Golden Hills 1202 c/Marte
Dorado P.R 00646-6913

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG -13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen S. Torres Rodz

Participant's Address: Urb. Villa España O#1 Las Mercedes Bayamón PR 00961

Participant's Email Address: csftorresrodz@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Titulo III #17 BK 3283-LTS (#173474)

Nature of Claim: Dept. Educ.

By: Carmen S Torres Roz
Signature

Carmen S. Torres Rodriguez
Print Name

______
Title (if Participant is not an individual)

8/8/2021
Date

Carmen S Torres (?)
Urb. Villa España
O#1 Las Mercedes
Bayamón P.R. 00961

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Court's Clerk's office
United State Distrct Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María C. Collazo Santos

Participant's Address: Flamboyan Gardens Calle 6 D#2 Bayamón PR 00959

Participant's Email Address: mcristinacollazosantos@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: [signature]
Signature

María C. Collazo Santos
Print Name

______
Title (if Participant is not an individual)

8/6/21
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María C. Collazo Santos
Flamboyán Gardens
Calle 6 D-2
Bayamón, P.R. 00959

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alfredo Pérez Ríos

Participant's Address: Urb. Golden Hills 1202 c/ Marte Dorado PR 00646

Participant's Email Address: Alfraee@hotmail.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 156

Nature of Claim: Public Employee Puerto Rico Electrical Power Authority (PREPA)

By: [signature]
Signature

Alfredo Pérez Ríos
Print Name PROMESA Title III

No. 17 BK 3283 LTS
Title (if Participant is not an individual)

August 11, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alfredo Pérez Ríos
Urb. Golden Hills 1202 c/Marte
Dorado P.R 00646- 6913

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA
Justice
FOREVER

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R 00918- 1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Noemaris A. Rios Jimenez

Participant's Address: Calle 9 N-22 Villas de Loiza, Canóvanas P.R. 00729.

Participant's Email Address: ambar58.nr@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 98769; 96262

Nature of Claim: Wages claim based on the laws 89 and 96 (2007)

By: Noemaris A Rios Jimenez
Signature

Noemaris A. Rios Jimenez
Print Name

N/A.
Title (if Participant is not an individual)

8/10/2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noemaris Ruiz
N22 Calle 9 urb. Villas de Loiza
Canóvanas P.R
00729-4202

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Discovery Notice to the Court's Clerk's office at
United state District court's clerk's office
150 Ave. Carlos Chardón ste 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zenaida Torres Pozzi

Participant's Address: Urb. Altures de Utuado #817, Utuado PR 00641 3046

Participant's Email Address: zentorrespozzi18@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 34618 — BK 3283-LTS

Nature of Claim: Commonwealth of Puerto Rico

By: Zenaida Torres Pozzi
Signature

Zenaida Torres Pozzi
Print Name

Title (if Participant is not an individual)

Agosto 9, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009
12 AUG 2021 PM 1 L
00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Emilio López Torres

Participant's Address: HC-74 - Box 5554 Guadiana Naranjito P.R. 00219

Participant's Email Address: lynnortiz41@gmail.com

Name of Counsel: HURRA Departo de Salud.

Address of Counsel: Ave. Laurel #100 Santa Juanita, Bayamón PR, 00956

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: ______
Signature

______
Print Name

______
Title (if Participant is not an individual)

______
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sylvia M Gonzalez Torres

Participant's Address: 113 Vista Hermosa, Cidra, P.R. 00739

Participant's Email Address: sylviagonzalez1944@gmail.com

Name of Counsel: No tengo

Address of Counsel: /

Email Address of Counsel: /

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175362

Nature of Claim: Pensión por jubilación D.S. y D. Educación Empleados públicos

By: [signature]
Signature

Sylvia M. Gonzalez Torres
Print Name

Julio 31-2021 (NO)
Title (if Participant is not an individual)

Julio 31-2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia M. González Torres
113 Vista Hermosa
Cidra, P.R 00739

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER
USA

To U.S District Court, Clerk's
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 13 PM 3: 12
U.S. DISTRICT COURT
SAN JUAN

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis J. Gimenez Manso

Participant's Address: Calle 9 N-22 Villas de Loiza, Canóvanas P.R 00729

Participant's Email Address: gimenez1175@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 45535 ; 55347

Nature of Claim: Wages claim based on the laws 89 add 96 (2002)

By: Luis J. Gimenez Manso
Signature

Luis J. Gimenez Manso
Print Name

N/A.
Title (if Participant is not an individual)

8/10/2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are __not__ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Gimenez
N22 Calle 9
Urb. Villas de Loiza
Canóvanas P.R.
00929-4202

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

Discovery Notice to the courts Clerk's office of
United State District Court's Clerk's office
150 Ave. Carlos Chardón ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edwin Pérez Rosado

Participant's Address: Hc 7 Box 76341, San Sebastian PR 00685

Participant's Email Address: tomasarosado257@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 169739

Nature of Claim: Debts Claimed Department of Agriculture

By: [signature]
Signature

Edwin Pérez Rosado
Print Name

Self Applicant
Title (if Participant is not an individual)

8/11/21
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDWIN PEREZ ROSADO
HC 7 BOX 76341
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iris N. Nieves González

Participant's Address: Urb. Jardines Montellano 114 Monte Idilio Morovis PR.00687

Participant's Email Address: irisnieves1963@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Núm. 17BK 3283-LTS

Nature of Claim:

By: [signature]
Signature

Iris N. Nieves Gonzalez
Print Name

Title (if Participant is not an individual)

11 de agosto de 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris N Nieves Gonzalez
Urb Jardines de Montellanos
114 Calle Monte Idilio
Morovis PR 00687

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 1[illegible] PM 3: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Ofice, 150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

00918@1706 C018



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María de los Angeles Negrón Rodriguez

Participant's Address: c/26 AK-12 Urb Interamericana, T.alto P.R 00979

Participant's Email Address: marianegron200 gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 15 72 08

Nature of Claim: Teachers Retirement System of the Commonwealth of Puerto Rico

By: María de los A. Negrón Rodríguez
Signature

María de los A. Negrón Rodriguez
Print Name

Department of Education
Title (if Participant is not an individual)

August, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María De los A. Negrón Rodríguez
Calle 26 AK-12 Urb. Interamericana
Trujillo Alto, PR 00976

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Suite 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Bethzaida Garcia Serrano

Participant's Address: P.O. Box 902093 San Juan PR 00902

Participant's Email Address: bgarciaserrano28@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: retirement Pension

By: [signature]
Signature

Bethzaida Garcia Serrano
Print Name

______
Title (if Participant is not an individual)

08/12/2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bethzaida Garcia Serrano
P.O. Box 9021093
San Juan, P.R. 00902-1093
#126416

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office at:
United States District Court,
Clerk's Office,
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Antonio Hernández Mercado

Participant's Address: Calle 11 Bloque P.d. #1 Urb. El Conquistador T. Alta P.R 00976

Participant's Email Address: lares7646 gmail.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173848

Nature of Claim: salary claim KAE 2007-4359 (803)

By: [signature]
Signature

Antonio Hernández Mercado
Print Name

N/A
Title (if Participant is not an individual)

11/agosto/21
Date

RECEIVED & FILED 2021 AUG 13 PM 3:13 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonio Hernández Maldonado
Calle #11 Bloque P.d #1
Urb El Conquistador T. Alta
P.R 00976

SAN JUAN PR 009
12 AUG 2021 PM 1 L

CAFFE MOCHA

RECEIVED & FILED
2021 AUG 13 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
CLERK's Office
150 Ave Carlos Chardon Ste 150
San Juan P.R 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Arthur Samodovitz

Participant's Address: 120 Lasa Commons Circle #213, St. Augustine FL 32084

Participant's Email Address: ArthurSsails@gmail.com

Name of Counsel: Self, pro se

Address of Counsel: Same

Email Address of Counsel: Same

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: 8960 CUSIP 74514LE86 $200,000 principal
74514LBM8 $29000 "
~~745145WZ1 $10,000~~ ATS 08/10/2021

By: [signature]
Signature

Arthur Samodovitz
Print Name

Title (if Participant is not an individual)

08/10/2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arthur Samodovitz
120 Lasa Commons Cir #213
St. Augustine, FL 32084

Notice To The Court's clerk's Office
US District Court, clerk's Office
150 Ave Carlos chardon STe 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

UNITED STATES POSTAL SERVICE®
1006
00918

U.S. POSTAGE PAID
PM 3-Day
ITHACA, NY
14851
AUG 10, 21
AMOUNT
$7.95
R2304H108596-08

EXPECTED DELIVERY DAY: 08/14/21
USPS TRACKING® #

For international shipments, the maximum weight is 4 lbs.

EP14H May 2020 Outer Dimension: 10 x 5

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lourdes H. Vializ Ferrer

Participant's Address: F193 calle girasol Urb. Loiza Valley Canovanas

Participant's Email Address: vializlourdes@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 114927

Nature of Claim: Pension/Retiree Claims

By: [signature]
Signature

Lourdes H. Vializ Ferrer
Print Name

Title (if Participant is not an individual)

August 12, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes M. Vializ Ferrer
F193 calle Girasol
Urb. Loiza Valley
Canóvanas P.R. 00729

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Kathleen Casillas Barreto

Participant's Address: Urb. Los Vegas AA-16 Calle 8 Cataño P.R. 00963

Participant's Email Address: Kekally1@hotmail.com

Name of Counsel: Derecho Propio

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 25193

Nature of Claim: Pension/Retiree Claims

By: Kathleen Casillas Barreto
Signature

Kathleen Casillas Barreto
Print Name

______
Title (if Participant is not an individual)

9/Agosto/21
Date

RECEIVED & FILED
2021 AUG 13 PM 3:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kathleen Casillas
C/ 8 AA-16 Urb. Los Vegas
Cataño P.R 00963

SAN JUAN PR 009
12 AUG 2021 PM 1 L

CELEBRATE!
FOREVER / USA

United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste 150
San Juan P.R 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Kathleen Casillas Barreto

Participant's Address: Calle 8 AA-16 Urb. Los Vegas Cataño P.R. 00963

Participant's Email Address: KeKally1@hotmail.com

Name of Counsel: Derecho Propio

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 42126

Nature of Claim: Public Employee Claims

By: Kathleen Casillas Barreto
Signature

Kathleen Casillas Barreto
Print Name

______
Title (if Participant is not an individual)

9/Agosto/21
Date

RECEIVED & FILED
2021 AUG 13 PM 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kathleen Casillas Barreto
C/8 AA-16 Urb. Los Vegas
Cataño P.R 00963

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

CELEBRATE!

RECEIVED & FILED
2021 AUG 13 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon.
Ste. 150
San Juan P.R 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria del C. Parrilla Canales

Participant's Address: Cond. Los Cantizales II Edif. A- Apto A-303 San Juan PR 00926

Participant's Email Address: jazminparrilla59@gmail.com

Name of Counsel: n/a

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158350 (last claim)

Nature of Claim: Employees Retirement System of The Government of the Commonwealth of Puerto Rico

By: [signature]
Signature

Maria del C. Parrilla Canales
Print Name

(a new claim 8-10-21)

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

Administrative assistant
Title (if Participant is not an individual)

8-12-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria del C Parrilla Candes
Cond. Los Cantizales II
Edif. A- Apto. A-303
San Juan PR 00926

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon STE 150
San Juan PR 00918-1767

2021 AUG 13 PM 3:04
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSÉ E. ATILES

Participant's Address: P.O. BOX 362482, SAN JUAN, PR 00936

Participant's Email Address: JEATILES@GMAIL.COM

Name of Counsel: –

Address of Counsel: –

Email Address of Counsel: –

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: José E Atiles
Signature

JOSÉ E. ATILES
Print Name

Title (if Participant is not an individual)

11 AUGUST 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JOSÉ E. ATILES
PO BOX 362482
SAN JUAN, P.R. 00936

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Damaris Perez Morales

Participant's Address: P.O. Box 194, Florida, P.R. 00650

Participant's Email Address: d-perez7@hotmail.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______________________

Nature of Claim: ______________________

By: Damaris Perez Morales
Signature

Damaris Pérez Morales
Print Name

______________________
Title (if Participant is not an individual)

08/10/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damaris Pérez Morales
P.O. Box 194
Florida, P.R. 00650

SAN JUAN PR 009
12 AUG 2021 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:04

AUGUST WILSON
FOREVER/USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yaliz M. Cestero Santana

Participant's Address: calle 227B JWD22 Country Club Carolina PR 00982

Participant's Email Address: ymaric717@live.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______________________

Nature of Claim: Pension/Retiree Claims

By: [signature]
Signature

Yaliz M. Cestero Santana
Print Name

______________________
Title (if Participant is not an individual)

12 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yaliz M. Castro Santana
calle 227B JWD22
Country Club Carolina PR 00982

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

2021 AUG 13 PM 3:04
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis A. Torres Vidro'

Participant's Address: Urb. Extension San José 3 FF13 calle 12 Buzón 707 Sabana Grande, PR 00637

Participant's Email Address: latorres22@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 33184

Nature of Claim: Employees Retirement System of Goverment of PR

By: [signature]
Signature

Luis A. Torres Vidro
Print Name

______
Title (if Participant is not an individual)

12 agosto de 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 13 PM 3:04

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Torres Vidró
Urb. Extensión San José 3
FF13 Calle 12 Buzón 707
Sabana Grande, PR 00637

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:04

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz H. Ríos Montañez

Participant's Address: Urb. Golden Hills 1262 C/ Marte Dorado PR 00646

Participant's Email Address: luzhaydeerios@gmail.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 100370

Nature of Claim: Public Employee and Pension Retire Claims Department of Education

By: Luz H Ríos Montañez
Signature

Luz H. Ríos Montañez
Print Name

PROMESA Title III No. 17 BK 3283 LTS
Title (if Participant is not an individual)

August 11, 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz H. Rios Montañez
Urb. Golden Hills 1202 c/ Marte
Dorado P.R 00646-6913

SAN JUAN PR 009
12 AUG 2021 PM 1 L

U.S. District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan. P.R 00918-1767

2021 AUG 13 PM 3:04
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lizette Santana Vázquez

Participant's Address: calle 227B JWD22 Country Club Carolina PR 00982

Participant's Email Address: lsantana@policia.pr.gov / yalizcestero@yahoo.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 26982

Nature of Claim: Pension/Retiree Claims

By: [signature]
Signature

Lizette Santana Vázquez
Print Name

______________________
Title (if Participant is not an individual)

12 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lizette Santana
Calle 227B JWD22
Country Club Carolina PR 00982

(Claim #
26982)

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

Court's Clerk Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3: 04

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Damaris Morales Sánchez

Participant's Address: Urb. Villas de Cambalache II 379 calle Granadillo Rio Grande P.R.

Participant's Email Address: damarism44@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK3283-LTS

Nature of Claim: ______

By: [signature]
Signature

Damaris Morales Sánchez
Print Name

______
Title (if Participant is not an individual)

11-agosto-2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damaris Morales Sánchez
Urb. Villas de Cambalache II 379
calle Granadillo, Río Grande P.R. 00745

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER USA 2014
FOREVER USA 2014

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miguel A. Correa Figueroa

Participant's Address: PO. Box 1976 Yabucoa, P.R 00767

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Case No. 17-3283

Nature of Claim: Puerto Rico, Promesa

By: x Miguel A Correa Figueroa
Signature

Miguel A. Correa Figueroa
Print Name

______
Title (if Participant is not an individual)

12 august 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 13 PM 3:04

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Correa
P.O. Box 1976
Yabucoa, P.R. 00767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

to: United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste.
150 , San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Manuel Colón Castro

Participant's Address: HC 1 Box 4176, Yabucoa, P.R. 00767

Participant's Email Address: luiscoloncastro@hotmail.com

Name of Counsel: ________

Address of Counsel: ________

Email Address of Counsel: ________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Pension / Retiree

By: [signature]
Signature

Luis Manuel Colon Castro
Print Name

________
Title (if Participant is not an individual)

8/11/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3: 04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis M. Colon
Hc 1 Box 4176
Yabucoa, P.R. 00767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Mister Rogers
forever USA

United State Distric Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Francisco J. Baco Sanchez

Participant's Address: PO Box 6484, Mayaguez, PR 00681

Participant's Email Address: lakings_88@hotmail.com

Name of Counsel: –

Address of Counsel: –

Email Address of Counsel: –

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: Investment of $80,000 in the employee's retirement system bond

By: [signature]
Signature

Francisco J. Baco Sanchez
Print Name

Title (if Participant is not an individual)

Aug/11/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco J. Baez
PO Box 6484
Mayaguez, PR 00681

SAN JUAN PR 009
12 AUG 2021 PM 1

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:04

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Domingo Madera Ruiz

Participant's Address: HC 03 BOX 15066 Lajas, P.R. 00667

Participant's Email Address: maderadomingo@yahoo.com

Name of Counsel: Commonwealth of Puerto Rico-Education Department

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 91388

Nature of Claim: ______

By: [signature]
Signature

Domingo Madera Ruiz
Print Name

______
Title (if Participant is not an individual)

12 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Domingo Madera Ruiz
HC 03 Box 15066
Lajas, P.R. 00667

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eugenio Lomba Rodriguez

Participant's Address: PO Box 27, Vega Baja, PR 00694

Participant's Email Address: eugeniolomba010@outlook.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54518

Nature of Claim: Former employment with the government of PR (pension, benefits not paid and unpaid wages)

By: [signature]
Signature

Eugenio Lomba Rodriguez
Print Name

Title (if Participant is not an individual)

8/11/21
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eugenio Lomba Rodriguez
Po Box 27
Vega Baja, PR 00694

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:03

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elena Medina Ventura

Participant's Address: Pare Aguas Claras, P.O. Box 197 Ceiba, P.R. 00735

Participant's Email Address: elenpr@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 Bk 3283 - LTS

Nature of Claim: Promesa Title III

By: [signature]
Signature

Elena Medina Ventura
Print Name

______
Title (if Participant is not an individual)

12 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:06

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elena Medina Ventura
P.O. Box 197
Ceiba, P.R. 00735.

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER

Discovery Notice to the Court's Clerk's office:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767.

2021 AUG 13 PM 3:06
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Clara I. Hernández Morales

Participant's Address: Urb. Algarrobos Calle B #B-11 Guayama, P.R. 00784

Participant's Email Address: koala_2705@hotmail.com (de mi hija)

Name of Counsel: N/A.

Address of Counsel: N/A.

Email Address of Counsel: N/A.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 82086

Nature of Claim: Ley 89

By: Clara I. Hernández
Signature

Clara I. Hernández
Print Name

maestra retirada del Depto. Educación
Title (if Participant is not an individual)

11/agosto/21
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:06

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
12 AUG 2021 PM 1 L
Alabama
FOREVER USA
1919
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR
00918-1767
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:06
00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iraida E. Colón Agosto

Participant's Address: Hc-5 Box 11395, Corozal P.R. 00783.

Participant's Email Address: iraidaesthercolonagosto@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 116320

Nature of Claim: ______

By: Iraida E. Colón Agosto
Signature

Iraida E. Colón Agosto
Print Name

______
Title (if Participant is not an individual)

12/agosto/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iraida E. Colón Agosto
Hc-5, Box 11395
Corozal P.R. 00783

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER ★

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Liza I. MARtinez Crespo

Participant's Address: 19 Calle Mirador, Aguada P.R. 00602

Participant's Email Address: mliza494@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 97288

Nature of Claim: Cobro dinero adeudado

By: [signature]
Signature

Liza I. MARtinez Crespo
Print Name

______
Title (if Participant is not an individual)

12 de Agosto de 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liza I. Martinez Crespo
19 Calle Miradero
Aguada, P.R. 00602

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

United States Distric Court Clerck Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 13 PM 3:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen I. Rivera de Peña

Participant's Address: P.O. BOX 824 Juncos, PR. 00777-0824

Participant's Email Address: ______

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 104304 110775 167145

Nature of Claim: Public Employee and Pension/Retiree claims

By: Carmen I. Rivera de Peña
Signature

Carmen I. Rivera de Peña
Print Name

______
Title (if Participant is not an individual)

August 12, 2021
Date

REC'D AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Rivera de Peña
P.O. Box 824
Juncos, PR. 00777-0824

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ______________________

Participant's Address: ______________________

Participant's Email Address: ______________________

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 115904

Nature of Claim: Public Employee

By: María M. López Corcino
Signature

María M. López Corcino
Print Name

______________________
Title (if Participant is not an individual)

agosto 12-2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María M. López Corcino
B-16 calle 2
Urb. Los Almendros
Juncos, PR 00777

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER USA
LOVE

United States District Court, Clerk's Office,
150 Ave. Carlos Chardon Ste. 150, San Juan, PR
00918-1767

2021 AUG 13 PM 3:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Bienvenido Abreu Vega

Participant's Address: Hc 02 Box 8634 Yabucoa, P.R. 00767

Participant's Email Address: ____________

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO: 172827

Nature of Claim: Employees Retirement System of the Government of Puerto Rico. Case Number: 17 BK-3566 LTS SS - 7225 - Lost 4 Plan Discovery

By: [signature]
Signature

Bienvenido Abreu Vega
Print Name

N/A
Title (if Participant is not an individual)

11/8/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bienvenido Abreu Vega
HC02 Box 8634
Yabucoa P.R 00767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER

To- Discovery Notice To the
Court's Clerk's office
150 Ave. Carlos Chardon
ste. 150
San Juan PR 00918-1767

2021 AUG 13 PM 3:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Bienvenido Abreu Vega

Participant's Address: HC 02 Box 8634 Yabucoa, PR 00767

Participant's Email Address:

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO: 172827

Nature of Claim: Employees Retirement System of the Government of Puerto Rico LTS Case # 17 BK-3566 Last 4 SS.=7225 Plan Discovery

By: [signature]
Signature

Bienvenido Abreu Vega
Print Name

Title (if Participant is not an individual)

11/8/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bienvenido Abreu Vega
Hc 02 Box 8634
Yabucoa P.R 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA FOREVER

To. Discovery Notice To the
Court's Clerk's office
150 Ave. Carlos Chardon
Ste 150
San Juan P.R 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ADAIRMA GARCIA PEREZ

Participant's Address: PO Box 77 Juncos PR 00777

Participant's Email Address: adairmag@hotmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 102293 / 103838 /

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Ada Irma García Pérez
Signature

ADA IRMA GARCIA PEREZ
Print Name

______
Title (if Participant is not an individual)

August 12, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ada Irma García Peiz
PO Box 77
Juncos, PR
00777

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA ★ FOREVER

To:
United States District Court Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, PR 00918-1767

2021 AUG 13 PM 3:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Re: Promesa Title III
Participation Discovery

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafaela González Torres

Participant's Address: 327 Ave. Font Martelo Buzón 22 Humacao, P.R. 00791

Participant's Email Address: rafaelagonza56@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: ______________________

By: Rafaela González Torres
Signature

Rafaela González Torres
Print Name

______________________
Title (if Participant is not an individual)

______________________
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL NOTICE ENCLOSED.
DIRECT ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

PR 1845 SRF 55176 PACKID: 407516 MMLID: 1366730-P SVC: ADSHN-Q
RAFAELA GONZALEZ TORRES
HC 70 BOX 30557
SAN LORENZO PR 00754

0075469706 H070

Rafaela González Torres
327 Ave. Font Martelo
Buzón 22
Humacao, P.R. 00791

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

Tribunal de Distrito de los Estados Unidos
Oficina del Secretario
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 13 PM 3:05
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilin Rivera Vargas

Participant's Address: Urb. Ciudad Cristiana calle Peru 289 Humacao PR 00791

Participant's Email Address: riveramarilin4@gmail.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Government retirement money paid

By: [signature]
Signature

Marilin Rivera Vargas
Print Name

__________
Title (if Participant is not an individual)

12 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilin Rivera Varga
Urb. Ciudad Cristiana
Calle Perú 289
Humacao PR 00791

SAN JUAN PR 009
12 AUG 2021 PM 1 L

USA FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Richard Rzadkowski Chevere

Participant's Address: URb. Quintas de Cupey A5 Calle 14 SJ PR00926

Participant's Email Address: RRC10625 & Yahoo. COM

Name of Counsel: Ivone Gonzalez Morales

Address of Counsel: Edificio Gallardo, San Juan, PR 00921

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Discovery For Codirmation of Commowealth Plan of Adjustment

By: RQR
Signature

Richard Rzadkowski Chevere
Print Name

__________
Title (if Participant is not an individual)

August 11 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richard Rzadkowski
URb. Quintas de Cupey
A5 Calle 14
San Juan PR 00926

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Court's clerk's office
United Satates District court
clerk's office
150 Ave. Carlos chardon ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

00918-170825



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lydia Rosa Colon Mulero

Participant's Address: Loiza Station PO BOX 12099 SJ PR 00914

Participant's Email Address: colonrosa12@gmail.com

Name of Counsel: Milagros Acevedo Colón

Address of Counsel: P.O BOX 9021828 San Juan PR 00962-1828

Email Address of Counsel: IVONNEGM-prw.NET

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Promesa

By: Lydia R Colon Mulero
Signature

Lydia Rosa Colon Mulero
Print Name

Title (if Participant is not an individual)

agosto 11-2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia R Colon Muntero
Loiza Station PO BOX
12099 SJ PR 00914

SAN JUAN PR 009
12 AUG 2021 PM 1 L

SAN JUAN PR
STREET STATION
AUG 21 2021

USA BASEBALL ALL-STAR
Yogi Berra
FOREVER

United States District Court
clerk's OFFice
150 Ave. Carlos chardon ste. 150
San Juan PR. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angelita Figueroa Hernandez

Participant's Address: PO Box 371161 Cayey, Puerto Rico 00737-1161

Participant's Email Address: angelitafigueroa@gmail.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: Status of Disclouse statement Approval

By: Angelita Figueroa Hernández
Signature

Angelita Figueroa Hernández
Print Name

______________________
Title (if Participant is not an individual)

12-agosto-2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angelita Figueroa Hernández
PO BOX 371161
Cayey, Puerto Rico 00737-1161

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:05

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Discovery Notice to the Court's Clerk's office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Zoraida Cortés Adorno

Participant's Address: P.O. Box 64, Trujillo Alto, PR 00977

Participant's Email Address: zcortes3@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim: Confirmation Date 8/10/2021

Claim Number: JPR HR27369[[CSA#4214#CF]]

Nature of Claim: Employees Retirement System of the Government of the Commonwealth of Puerto Rico

By: Zoraida Cortés Adorno
Signature

Zoraida Cortés Adorno
Print Name

______
Title (if Participant is not an individual)

8/12/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 13 PM 3:05

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Cortés Adorno
P.O. Box 64, Trujillo Alto
P.R. 00977

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

2021 AUG 13 PM 3:05

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

