UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Anthony Costoso Rodriguez
2. Miriam Nieves Roman (4 notices)
3. Waldemar Torres Morales
4. Nelson Mendez Muñiz
5. Angel Lopez Adames
6. Jesus Caraballo Torres
7. Edwin Perez Vargas
8. Ramon Mendez Muñiz
9. Sandra Iris Delgado Vazquez
10. Gloria E. Alfonso Archeval
11. Norma I. Cuevas Gonzalez (2 notices)
12. Maria del C. Vidal
13. Doralis Escribano Perez
14. Sandra I. Esquilin Colon
15. Agustin Garcia Ayala
16. Elda Tirado Moreno
17. Elsa Martinez Gonzalez
18. Olga M. Perez Melendez
19. Esmeraldo Rivera
20. Maria T. Folch Figueroa (de Lespier) (2 notices)
21. Nora I. Torres Morales
22. Olga Claudio Gines
23. Jesus F. Cruz Roman

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Pablo L. Moran Ortiz

25. Grisell Coss Santiago

26. Lenice Vazquez

27. Carmen L. Pizarro Gonzalez

28. Carmen Camacho Ilarraza

29. Jose M. Caraballo Rivera

30. Isabel M. Lopez Lugo (2 notices)

31. Liza M. Fernandez Cruz

32. Dimarie Mojica Mendoza

33. Carmelo Lind Sanchez

34. Daniel Rodriguez Santiago

35. Carmen R. Rodriguez Gerena

36. Luis A. Alicea Fernandez

37. Nelida Ramos Santos

38. Juan Resto Navedo

39. Maria S. Perez Nieves

40. Francisco Guzman Velazquez

41. Miriam Marrero Reyes

42. Celia I. Marquez Castillo

43. Luisa Irigoyen Aponte

44. Ramon A. Gonzalez Rodriguez

45. Gertrudis Rivera Reyes

46. Rosa E. Schmidt Santiago

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Carmen Elba Perez Montañez

    48. Brenda Liz Bonilla Martinez

    49. Edwin Rodriguez Andino

    50. Maria del C. Acosta Medina

Dated: August 16, 2021