Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anthony Costoso Rodriquez_

Participant's Address: _Urb LAGO Alto Calle Patilla #I-158 Trujillo Alto_

Participant's Email Address: _CostosoanThony 221 @ gmail.com_

Name of Counsel: _____

_n/a_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149667   (last claim)_

Nature of Claim: _Employees Retirement System of the Goverment of the Commonwealth of Puerto Rico_

By: _____
Signature

_Anthony Costoso Rodriquez_
Print Name

_Accountant_
Title (if Participant is not an individual)

_Agosto 12, 2021_
Date

_(new confirmation date at 8-10-2021)_

_[stamp: RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR  2021 AUG 13 PM 3:05]_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Anthony Castoso Rodriguez
P.O. Box 1195
Trujillo Alto PR 00977

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2011 AUG 13 PM 3:05

SAN JUAN PR 009
12 AUG 2021 PM 1 L



United States District Court
Clerks Office
150 Ave. Carlos e hardon STe 150
San Juan PR 00918-1767

00918-176825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miriam Nieves Román

Participant's Address: P.O. Box 67, San Sebastián PR 00685

Participant's Email Address: Miliangel552020@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 59200

Nature of Claim: Debts Claimed Department de Education

By: _Miriam Nieves Román_
Signature

Miriam Nieves
Print Name

Se(e participante
Title (if Participant is not an individual)

8/6/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIRIAM NIEVES ROMAN
PO BOX 67
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

12 AUG 2021 PM 1 L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-1706625



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Miriam Nieves Roman_

Participant's Address: _P.O. Box 67, San Sebastian PR 00685_

Participant's Email Address: _Miliangel552020@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _123255_

Nature of Claim: _Debt Claimed Department of Education_

By: _Miriam Nieves Roman_
Signature

_Miriam Nieves_
Print Name

_Self Participant_
Title (if Participant is not an individual)

_8/6/2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:06

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIRIAM NIEVES ROMAN
PO BOX 67
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

12 AUG 2021 PM 1 L

2021 AUG 13 PM 3:06

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-176625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MIRIAM NIEVES Roman

Participant's Address: P.O.Box 67, San Sebastian, PR 00685

Participant's Email Address: Miliangel552020@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 72252

Nature of Claim: Debts Claimed, Department OF Education

By: _Miriam Nies Ronul_
    Signature

_MIRIAM Nieves_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIRIAM NIEVES ROMAN
PO BOX 67
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

12 AUG 2021 PM 1 L

00918-1706625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Miriam Nieves Roman_

Participant's Address:  _PO Box 67, San Sebastian, PR 00685_

Participant's Email Address:  _Miliangel552020 @ hotmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _154794_

Nature of Claim:  _Depts Claimed Depaetment OF Education_

By:  _Miriam Nies Roman_
     Signature

_Miriam Nieves_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/6/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIRIAM NIEVES ROMAN
PO BOX 67
SAN SEBASTIAN, PR 00685

SAN JUAN PR   009

12 AUG 2021 PM 1 L



NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Waldemar Torres Morales*

Participant's Address: *Calle Sandy HH-10 Urbanizacion Bayamon Gardens*

Participant's Email Address: *Bayamon P.R. 00957*
*Torres8pr@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *73506*

Nature of Claim: *Public Employee and Pension / Retiree Claims*

By: *Waldemar Torres Morales*
Signature

*Waldemar Torres Morales*
Print Name

_____
Title (if Participant is not an individual)

*9 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

W. Torres
Calle Sandy #A16 Urb Bayamon Gardens
Bayamon, P.R. 00957

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United State District Court
Clerk's Office, 150 Ave Carlos Chardon Ste,
150, San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 13 PM 3:06

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelson Méndez Muñiz_

Participant's Address: _HC3 Box 18607 Quebradillas PR 00678_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 169906_

Nature of Claim: _Debts Claimed Depoartment of Agriculture_

By: _Nelson Méndez_
    Signature

_Nelson Méndez_
Print Name

_Self participant_
Title (if Participant is not an individual)

_8/12/21_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:06

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

NELSON MENDEZ MUNIZ
HC 3 BOX 18607
QUEBREDILLAS, PR 00678

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:06

00918-170625

SAN JUAN PR   009

12 AUG 2021  PM 1  L



NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: Angel López Adames

Participant's Address: PO Box 67, San Sebastian, PR 00685

Participant's Email Address: miliangel552020@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170045

Nature of Claim: Debt Claimed Department of Education

By: _Angel López Adames_
Signature

Angel López
Print Name

Self Claimant
Title (if Participant is not an individual)

8/12/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANGEL LOPEZ ADAMES
PO BOX 67
SAN SEBASTIAN, PR 00685

SAN JUAN PR  009

12 AUG 2021  PM 1  L

RECEIVED AND FILED
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 NOV 19  PM 3: 06

00918-1706825

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesús Caraballo Torres_

Participant's Address: _PO Box 222 Las Marías P.R. 00670-0222_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Beneficio del Romerazo_

Nature of Claim: _____

By: _[signature]_
Signature

_Jesús Caraballo Torres_
Print Name

_____
Title (if Participant is not an individual)

_12 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus Caraballo-Torre
P.O. Box 222
Las Marías, PR 00670-0222

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'21 AUG 13 PM 3:06

SAN JUAN PR 009

12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:          Edwin Pérez Vargas

Participant's Address:       HC07 Box 76341

Participant's Email Address: tomasarosado257@gmail.com

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:                #169778

Nature of Claim:             Debts Claimed Department of Agriculture

By: Edwin Pérez Vargas
Signature

Edwin Pérez Vargas
Print Name

Self Participant
Title (if Participant is not an individual)

8 / 11 / 21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EDWIN PEREZ VARGAS
HC 7 BOX 76341
SAN SEBASTIAN, PR 00685

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13  PM 3:06

12 AUG 2021 PM 1 L

SAN JUAN PR   009

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

USM

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramon Méndez Muñiz_

Participant's Address: _Hc 6 Buzon 13048, San Sebastián PR 00685_

Participant's Email Address: _ramon.mendez Muñiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 169874_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Ramon Méndez Muñiz_
Signature

_Ramón Méndez_
Print Name

_Self claimant_
Title (if Participant is not an individual)

_8/12/21_
Date

Instructions for Filing Notice of Participation· If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RAMON MENDEZ MUNIZ
HC 6 BOX 13048
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009

12 AUG 2021 PM 1 E



00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:06

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra Iris Delgado Vázquez_

Participant's Address: _Calle 12 BB13 Villa del Rey 4ta Seccion_ _Caguas PR 00757_

Participant's Email Address: _Sandradelgado935@ gmail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sandra I. Delgado Vázquez_
   Signature

_Sandra I DElgado Vázquez_
Print Name

Title (if Participant is not an individual)

_11 agosto 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Quesada Vázquez
Calle 12 13/13 C/to SeS.
Urb. delRey Caguas P.R.S.
00727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2011 AUG 13 PM 3:06

SAN JUAN PR 009
12 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria E. Alfonso Archeval_

Participant's Address: _Bda. Salazar Calle Sabio # 1639 Ponce P.R. 00717 6825_

Participant's Email Address: _myrni-21 @ live.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Incentive of law 89_

By: _Gloria E. Alfonso_
Signature

_Gloria E Alfonso_
Print Name

_N_
Title (if Participant is not an individual)

_agosto 13/021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria Alfonzo Arehola
Bda Salazar Calle 57 bio #1654
Ponce P.R. 00717-1825

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
21 AUG 13 PM 3:07

SAN JUAN PR. 009

11 AUG 2021 PM 2 L

United States District Courts
Clerks OFFice
Ave Carlos Chardonste 150
San Juan, P.R. 00918-1767

00918-170399

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I Cuevas Gonzalez_

Participant's Address: _Urb Vista De Rio II, P.O Box 665, Añasco, P.R. 00610_

Participant's Email Address: _Cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Norma Cuevas Gonzalez_
Signature

_Norma I. Cuevas Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 10th 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Norma I. Cuevas Gonzalez
P.O. Box 665
Añasco, P.R. 00610

To: Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave Carlos Chardon St.
San Juan, P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021 PM 2 L

USA FOREVER

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13  PM 3:07

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Norma I. Cuevas Gonzalez_

Participant's Address: _Urb Vista De Rio II P.O. Box 665, Añasco, P.R 00610_

Participant's Email Address: _Cuevasnorma77@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _In re Commonwealth of Puerto Rico_

By: _Norma I. Cuevas Gonzalez_
Signature

_Norma I. Cuevas Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 10th 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Norma I. Cuevas González
P.D. Box 665
Añasco, P.R. 00610

To: Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos Chardón St. 150
en San Juan, P.R. 00918,1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
AUG 16 2021 3:07

00918-170399

SAN JUAN PR 009
11 AUG 2021 PM 2 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria del C. Vidal_

Participant's Address: _2606 Canilla Street, Urb. San José_

Participant's Email Address: _vidalmaria07@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98857_

Nature of Claim: _The Employees Retirement System of the
Government of Puerto Rico_

By: _Maria del C. Vidal_
    Signature

_Maria del C. Vidal_
Print Name

_Creditor_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de la Vidal
Urb. San José
266 Canilla Street
San Juan PR 00923



SAN JUAN PR   009

12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doralis Escribano Pérez_

Participant's Address: _P.O. Box 194  Florida, P.R. 00650_

Participant's Email Address: _doralisep@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Doralis Escribano Pérez_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Donalis Escalzano Roig
P.O. Box 194
Florida, P.R. 00650

United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 19 PM 2:07

SAN JUAN PR   009

12 AUG 2021 PM 1 L

00918-176625

AUGUST WILSON

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I. Esquilin Colón_

Participant's Address: _mansiones de carolina nn-29 calle Yaurel_
_Carolina P.R. 00987_

Participant's Email Address: _Sesquilin@Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155562_

Nature of Claim: _the employees retirement system of the Goverment_
_of the commonwealth of Puerto Rico_

By: _Sandra I. Esquilin colón_
Signature

_Sandra I. Esquilin colón_
Print Name

_Acreedor_
Title (if Participant is not an individual)

_12/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia F. Erwin Colón
Mansiones de Carolina
nn-29, Calle Yaurel
Carolina P.R. 00987

RECEIVED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3: 07

00918-170825

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR   009
12 AUG 2021 PM 1  L-



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Agustín Garcia Ayala_

Participant's Address: _Alturas de Fair View, calle 8 D21, Trujillo Alto_

Participant's Email Address: _agarcia 1014@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_Agustín Garcia Ayala_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agustín García Ayala
Altares de Fair View
Calle 8 D 21, Trujillo Alto P.R. 00976

SAN JUAN PR   009
12 AUG 2021   PM 1   L
USA
FOREVER

00918-176625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:07

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elda Tirado Moreno*

Participant's Address: *Hco1 Box 4195 Bo. Puntas Rincón P.R. 00677*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Ley Promesa*

By: *Elda Tirado Moreno*
Signature

*Elda Tirado Moreno*
Print Name

_____
Title (if Participant is not an individual)

*4 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ella Jirado Moreau
Hc01 Box 4195
Bo. Puntas, Rincón 00677

00918-170449

SAN JUAN PR 009

11 AUG 2021 PM 2 L

Recovery notice to the Court, Clerk
United States District Court Clerk office
150 Ave Carlos Chardon Sto. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Martinez Gonzalez_

Participant's Address: _Su-68 Valle Hermoso, Carola Magico, Hormigueros, PR 00660_

Participant's Email Address: _lizzymartinez62@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Elsa Martinez Gonzalez_
Signature

_Elsa Martinez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_10-august 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LISA MARTINEZ
S4-68 Circulo Magia
Valle Hermoso
Hermigueros PR 00660

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:07

SAN JUAN PR 009

12 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

USA FOREVER
Nebraska
1867

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          _Olga M Perez Melendez_

Participant's Address:       _PO Box 1833 Guayama P.R 00785_

Participant's Email Address: _Olgampm 2015 @ gmail.com_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _No. 17 BK 3283-LTS (I do not appear in angle)_

Nature of Claim:    _I am claiming the federal incentives_
_identified and allocated by our governme_
By:   _Olga M Perez Melnd_        _that they never paid to the teacher._
Signature                         _The amount owed is unknown because_
                                  _it depended on the teacher's preparation_
_Olga M Perez Melendez_           _level taught and years of experien_
Print Name                        _ce. This incentive was asigned_
                                  _since 1977._

_____
Title (if Participant is not an individual)

_10 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olsa M Pérez Meléndez
Apartado 1833
Guayama PR 00785

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PH 3:06

00918-170449

United States District Court's
Clerk's office, 150 Ave Carlos Chardon
Ste. 150 San Juan, PR 00918-1767



SAN JUAN PR   009
11 AUG 2021   PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esmeraldo Rivera_

Participant's Address: _HC#5. Box 4853 yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _Information_

By: _Esmeraldo Riela_
Signature

_Esmeraldo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_9/08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Esmeralda Rivera
HC #5 Box 4853
Yabucoa, PR- 00767-9660

SAN JUAN PR   009
11 AUG 2021   PM 2   L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:08

50918-170399

Discovery Notice to the court's
Office at: United States District
Court, Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR- 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria T.Folch Figueroa (de Lespier)_

Participant's Address: _Urb Laurel, Calle Bienteveo 1424, Coto Laurel, PR 00780_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75613_

Nature of Claim: _Pomeraza Salary increase_

By: _Maria T Falch Figueroa (de Lespier)_
     Signature

_Maria T.Folch Figueroa (deLespier)_
Print Name

_____
Title (if Participant is not an individual)

_8-8-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria T. Folch Figueroa (De Lopez)
Urb-Laurel Sur 1424
Calle Bien teveo
Cob Laurel, PR 00780

SAN JUAN PR  009
11 AUG 2021 PM 2  L

United State District Court
Clerk's Office 150 ave Ste
Carlos Chardon
150 San Juan, PR 00918-1767

USA ★ FOREVER

00918-171105

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria J Falh Figueroa de Lespier)_

Participant's Address: _urb Laurel Sur, Calle Bienteveo 1424, Coto Laurel, P.R. 00780_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75613_

Nature of Claim: _75613 Romerazo Salary increase_

By: _Maria J Falh Figueroa (de Lespier)_
    Signature

_Maria J. Folch Figuera (de Lespier)_
Print Name

_____
Title (if Participant is not an individual)

_8/8/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria T. Folch Figueroa (De Lespier)
urb. Laurel Sur 14ee
Calle Bienteveo
Coto Laurel, PR 00780

RECEIVED & FILED

2021 AUG 13 PM 3:02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-999955

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United State District Court
Clerk's Office 150 ave Ste
Car los Chardon
150 San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nora I Torres Morales_

Participant's Address: _Calle Sandy ##10 urbanizacion Bayamon Gardens Bayamon P.R. 00957_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50257_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Nora I Torres Morales_
Signature

_Nora I Torres Morales_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

N Torres
Calle Sandy #410 urb, Bayamon Gardens
Bayamon P.R. 00957

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13: PM 3: 08

00918-170399

SAN JUAN PR
11 AUG 2021 PM 2 L
009

United States District Court
Clerk's Office, 150 Ave Carlos Chardon Ste
150, San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Olga Claudio Ginés_

Participant's Address: _00-25 Calle 536 Urb. Country Club, Carolina PR 00982_

Participant's Email Address: _lelchef65@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _see the next page_

By: _Olga Claudio Ginés_
Signature

_Olga Claudio Ginés_
Print Name

_Individual_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $26,400 dollars
based on the law 89 of July 01, 1995. Uniform tax
"Romesazo" for the years that I worked for
Puerto Rico Telephone Company. These are
from March 30, 1977 to December 01, 2007.

Olga Claudio Ycios
Det-25 Calle 536 Urb. Country Club
Carolina, PR 00982

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:08

SAN JUAN PR. 009

11 AUG 2021 PM 2 L

00918-170399

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus F. Cruz Roman_

Participant's Address: _020 Calle 11 Bayamon Gdns. Bay P.R 00957_

Participant's Email Address: _jcruz57@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149540_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Jesus J. Cruz Claims Roman_
Signature

_Jesus F. Cruz Roman_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus Felipe Cruz Roman
020 Calle 11
Bayamon Gdns.
Bayamon, PR 00957

SAN JUAN PR   009
11 AUG 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 3:08

00918-170399

United States District Court
Clerk's Office 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo L. Moran Ortiz_

Participant's Address: _P.O. Box 1245 - Hormigueros, P.R. 00660-5245_

Participant's Email Address: _PabloMoran30@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement System_

By: _Pablo L. Moran Ortiz_
Signature

_Pablo L. Moran Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

LEGAL NOTICE ENCLOSED, DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL

PR 1845 SRF 55176 PACKID: 245650 MMLID: 734705-P SVC: MML-PC
MORAN ORTIZ, PABLO L
PO BOX 1245
HORMIGUEROS PR 00660

00660$5245 B011

FIRST CLA
U.S. POS
PAIC
Toppan M

From: Pablo Moran-Ortiz
P.O. Box 1845
Hormigueros, P.R. 00660-5245

REC'D AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16   PM 3: 08

00918-170399

To: Court's Clerk's Office.
USA District 1 Clerk's office.
150 Av. Carlos Chardon ST 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Grisell Coss Santiago_

Participant's Address: _HC2 Box 74710 Las Piedras P.R. 00771_

Participant's Email Address: _aquamarina31428@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _S Coss_
    Signature

_Grisell Coss Santiago_
Print Name

_____
Title (if Participant is not an individual)

_11-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grisell Coss Santiago
HC-2 Box 74710
Las Piedras P.R. 00771

00918-170399

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT 11 AUG 2021
SAN JUAN, PR

SAN JUAN PR   009
2021 AUG 13  PM 3:08

FOREVER / USA

United State District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150. San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lenice Vázquez*

Participant's Address: *P.O. Box 658 Orocovis, P.R. 00720*

Participant's Email Address: *lenvar02380gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Public Employee and Pension Retiree*

By: *Lenice Vázquez*
Signature

*Lenice Vázquez*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lenice Vazquez
P.O. Box 658
Orocovis, P.R. 00720-0658

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 31 PM 3:08

00918-170399

Court Clercks Office
United States District Court
Clercks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918

SAN JUAN PR   009
11 AUG 2021   PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Pizarro Gonzalez_

Participant's Address: _P.O. Box 1731 Trujillo Alto P.R. 00977_

Participant's Email Address: _CP 646486 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _31668_

Nature of Claim: _Reclamacion Retiro Contribucion Plan_
_Ley 467 mayo 15 1957 Retiro_

By: _Carmen L. Pizarro_
Signature

_Carmen L. Pizarro_
Print Name

_____
Title (if Participant is not an individual)

_Agosto - 8 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen J. Pizarro Gonzalez
P.O. Box 1731
Jayuya Alto PR 00977

2021 AUG 13 PM 3:08
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States
District Court Clerk's
Office 150 Ave. Carlos Chardon
Ste. 150, San Juan

Participant must provide all the information bellow in English:

1.   Participant's contact information, including e mail address and that of counsel in any:

Participant's name:   **Carmen Camacho-Ilarraza**

Participant's Address:   **HC. 46 Box 5752, Dorado, Puerto Rico**

Participant' Email Address:        profesora.ccamacho @gmail.com

Name of counsel:   X

Address of counsel:   **X**

Email address of counsel: X

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   **63987**

Nature of Claim:   **The agreement were not accomplished.**

**The teachers wages in Puerto Rico are less than half that american teachers.**

**The rulers of duty promised but they did not comply it.  The nature of the claim is based on Law 89 of 1984.  It comprises the year 1984-2003, while it was active more than 17, after retirement.  Cost of living Law; it is understood that it increases by 3% every two years.**

**I have the right to claim because the government represented by the   of Education and the Retirement Board of Teachers,  breached its own law to the detriment of the country's educators.**

By:   Signature:   *Carmen Camacho Ilarraza*

Name:   **Carmen Camacho-Ilarraza**

Date:   **August 7, 2021**

**Note:  I'm not bilingüal.**

Carmen Camacho
H.C. 46 Box 5752
Aserrado, P.R. 00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:08

00918-170399

United State District Court,
Clerk's Office, 150 Ave.,
Carlos Chardon Ste. 150 San Juan, P.R.
00918 ~ 1767

SAN JUAN PR  009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose M Carballo Rivera_

Participant's Address: _Po Box 815 Morovis PR 00687_

Participant's Email Address: _Calandvida@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _66669_

Nature of Claim: _Pension / Retiree Claims_

By: _____
Signature

_Jose M Carballo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose M Carguillo Prima
Po Joe 85
Morovis PR 00687

United States District Court Clerks
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170399

RECEIVED AND FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

2021 AUG 13 PM 3:07

SAN JUAN PR 009
11 AUG 2021 PM 2 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lopez Lugo Isabel M._

Participant's Address: _PMB 333 PO Box 1283 San Lorenzo PR. 00754_

Participant's Email Address: _isabellOpez lugo @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105 18; 12 199; 9993 (NN.17 BK 3283-LTS._

Nature of Claim: _wages._

By: _Isabel M. Lopez Lugo_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_10 - 8 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Isabel M. Lopez
PMB. 333. PO Box 1283
San Lorenzo PR. 00754

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR
2021 AUG 13 PM 3:07

00918-170399

SAN JUAN PR 009
11 AUG 2021 PM 2 L

To: United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste. 150
San Juan PR. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Lopez, Lugo Isabel M._

Participant's Address: _PMB 333 PO Box 1283 San Lorenzo P.R. 00754_

Participant's Email Address: _isabellopezlugo@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10518; 12199; 9993_

Nature of Claim: _ajuste laboral; wages_

By: _Isabel M. Lopez Lugo_
Signature

_Isabel M. Lopez Lugo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Isabel M. Lopez
PMB. 333. Po Box 1283
San Lorenzo PR. 00754

To: United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste 150
San Juan PR. 00918-1767.

SAN JUAN PR   009

11 AUG 2021 PM 2 L

2021 AUG 13 PM 3:07
U.S. DISTRICT COURT
CLERKS OFFICE
SAN JUAN, PR
RECEIVED & FILED-031

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Liza M. Fernández Cruz_

Participant's Address: _Valle Arriba Heights Yagrumost. AE-1 Carolina, P.R. 00983_

Participant's Email Address: _lfc8317@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72748_

Nature of Claim: _Pension / Retiree Claims_

By: _(signature)_
Signature

_Liza M. Fernández Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liza Fernández
Valle Arriba Heights
Yaguabo AE-1
Carolina, P.R. 00983

00918-170625

RECEIVED & FILED
2021 AUG 13 PM 3: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Discovery: Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Dimarie Mojica Mendoza

Participant's Address: P46 c/14 Urb. Lagos de Plata Toa Baja PR 00949

Participant's Email Address: mojicadimarie@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 79274

Nature of Claim: Pension / Retiree claims

By: _Dimarie Mojica_
Signature

Dimarie Mojica Mendoza
Print Name

_____
Title (if Participant is not an individual)

August 12, 2021
Date

*[Stamp: RECEIVED & FILED 2021 AUG 13 PM 3:01 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dimarie Norzita
P46 C/14
Urb. Lagos de Plata
Toa Baja PR. 00949

RECEIVED & FILED
2021 AUG 13 PM 3: 01
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

00918-1706.25

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmelo Lind Sanchez_

Participant's Address: _8 Harvest Lane Troy, Ny 12180_

Participant's Email Address: _rosemary_m2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6214_

Nature of Claim: _money owed after leaving the job (Retirement money)_

By: _Carmelo Lind Sanchez_
Signature

_Carmelo Lind Sanchez_
Print Name

_____
Title (if Participant is not an individual)

_8 | 10 | 21_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmelo Lind Dunchez
8 Hurst Lane
Troy, N.y. 12180

Courts Clerk's Office
United States District Court
Clerk's Office
150 Ave
Carlos Chardon Ste 150
San Juan
P.R. 00918-1767

ALBANY NY 120
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Rodriguez Santiago_

Participant's Address: _Urb. Villa Prades_
_Calle Aristides Chavier 643, S.J. P.R. 00924_

Participant's Email Address: _Carmenruth.022@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case no. 17BK3283-LTS // Case no. 29517_

Nature of Claim: _Promesa Title III_

By: x _Dani Rodrig Santiago_
Signature

_Daniel Rodriguez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_7/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## GOBIERNO DE PUERTO RICO
### Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Elsa Santiago Febo**, con número de seguro social que termina en **6340**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 21 de diciembre de 2007 |
| Fecha de Fallecimiento | 13 de julio de 2018 |
| Pensión Mensual Inicial | $1,847.50 |
| Pensión al Momento de su Muerte | $1,847.50 |

Esta certificación se expide hoy, **6 de marzo de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

☎ 787-777-1414    🖷 787-764-6910    www.srm.pr.gov

*Evidencia de Reclamación:* 29517
*Reclamante:* **RODRIGUEZ SANTIAGO, DANIEL**

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 29517**

X_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. 29517   NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. 29517   o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____

**Nombre del Reclamante:** Daniel Rodriguez Santiago

**Firma del Reclamante:** Daniel Rodriguez Santiago

**Fecha:** 10/Marzo/2021

Cantidad de Pensión $1,847-50

---



170328300022097

Daniel Rodríguez Santiago
Urb. Villa Prades
Calle Arístides Chavier #643
San Juan, P.R. 00924

RECEIVED & FILED

2021 AUG 13 PM 3: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150
S. J. P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen B. Rodriguez Gerena*

Participant's Address: *PARC Hill Brothers, 90 Calle 7, S.J. PR00924*

Participant's Email Address: *Carmenruth.022@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Case No. 17 BK 3283-LTS*

Nature of Claim: *promesa title III*

By: *Carmen B. Rodriguez Gerena*
Signature

*Carmen B. Rodriguez Gerena*
Print Name

_____
Title (if Participant is not an individual)

*9/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Rodriguez Santiago
Urb. Villa prades
Calle Aristides Chavier #643
San Juan P.R. 00924

RECEIVED & FILED

2021 AUG 13 PM 3: 02

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office, 150 Ave. Carlos
Chardon Ste. 150
S.J. P.R. 00918-1767

PRIORITY
★ MAIL ★

FLAT RATE EN
ONE RATE ★ ANY WE

APPLY PRIORITY MAIL

★ For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

CERTIFIED MAIL®

7020 1290 0000 3570 1805

$14.40

POSTAGE PAID
6741 N. A...
MONROY...
TOA... PR
US POSTA...

R2305154007-13

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Alicea Fernández_

Participant's Address: _Levittown Lakes  Calle Lydia AP-23  Toa Baja, P.R. 00949_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _41581_

Nature of Claim: _Promesa_

By: _____
Signature

_Luis A. Alicea Fernández_
Print Name

_____
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis A. Alicea Fernández
Levittown Lakes
Calle Lydia AP-23
Toa Baja, P.R. 00949

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3: 0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Nélida Ramos Santos_

Participant's Address: _F9 OTOAO St. Parque las Haciendas Caguas_

Participant's Email Address: _ramos.nelidar@gmail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III Commonwealth of PR_

Nature of Claim: _17 BK 3283 - LTS_

By: _[signature]_
Signature

_Nelida Ramos Santos_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nélida Ramos Santos
Parque Las Haciendas
6080 Street F-9
Caguas PR 00757

RECEIVED & FILED
2021 AUG 13 PM 1:02
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Court's Clerk Office
United States District Court,
Clerks office, 150 Ave. Carlos Chardon
Suite 150, San Juan, PR 00918-1767.

SAN JUAN PR   009
12 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Juan Resto Navedo*

Participant's Address: *P.O. Box 2076 Rio Grande P.R. 00745*

Participant's Email Address: *johnnyresto.1984@gmail.com*

Name of Counsel: ⌀

Address of Counsel: ⌀

Email Address of Counsel: ⌀

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: *Increase of salary not received (pasos) granted by former governors Carlos Romero Barceló and Sila M. Calderón*

By: *Juan Resto Navedo*
Signature

*Juan Resto Navedo*
Print Name

Title (if Participant is not an individual)

*12 Agosto 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Reto Valle do
P.O. Box 2076
Rio Grande Puerto Rico
00745

RECEIVED & FILED
2021 AUG 13 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To. United States District Court
Clerk's Office 150 Ave.
Carlos Chardón 5To.
150, San Juan,
00918-1767
San Juan, Puerto Rico

SAN JUAN PR

12 AUG 2021 PM 1

FOREVER USA

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria S. Pérez Nieves_

Participant's Address: _Box 705 Quebradillas P.R. 00678_

Participant's Email Address: _nievesperezmarias 8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Maria S. Pérez_
Signature

_Maria S. Pérez Nieves_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Pérez Nieves
Box 705
Quebradillas P.R. 00678

RECEIVED & FILED
2021 AUG 13 PM 3:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767





U.S. POSTAGE PAID
FCM LETTER
COMERADILLAS, PR
00678
AUG 10_21
AMOUNT
$0.75
R2305E125200-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Guzman Velazquez_

Participant's Address: _P.O. Box 652, Aguas Buenas, PR 00703_

Participant's Email Address: _frankyguzman1955@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Docket entry 17431_

By: _Francisco Guzman Velazquez_
Signature

_Francisco Guzman Velazquez_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Francisco Maysonet Wég
Aptdo. 652
Aguas Buenas, P.R. 00703

United States Dist. Court
Clerk's office, 150 One
Carlos Chardón #150
San Jose, P.R. 00918-1767

SAN JUAN PR   009
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MiriaM Marrero Reyes apartado 1055_

Participant's Address: _Calle adelina Hiver Bamo La cucio, 1-Alto 00976_

Participant's Email Address: _MiriamMarrero@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Miriam Marrero Reyes_
Signature

_Miriam Marrero Reyes_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Warren Reyes
apartado 1055
Trujillo Alto, PR 00976

RECEIVED & FILED
2021 AUG 13. PM 3: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.I.

0091803999

United States District court,
clerk's office 150 ave. carlos
chardon ste.150 San Juan PR
009 18-1767



SAN JUAN PR 009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celia I. Márquez Castillo_

Participant's Address: _Los Ríos #103, Utuado, P.R. 00641_

Participant's Email Address: _cimarama21JY@gmail.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _Grand Central Station P.O. Box 4850 N.Y.N.Y._ _10163-4850_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _65365_

Nature of Claim: _Public Employee and Pension/Retiree Claims (for 20 years)_

By: _Celia I. Márquez Castillo_
Signature

_Celia I. Márquez Castillo_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Celia I. Marquez
Los Pinos #103
Utuado, P.R. 00641

RECEIVED & FILED
2021 AUG 13 PM 3:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150 San Juan, P.R.
00918-1767



SAN JUAN PR  009
12 AUG 2021 PM 1 L
USA FIRST-CLASS FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luisa Irigoyen APonte_

Participant's Address: _Valle del Rey 4815 Lanceoda St. Ponce PR 00728_

Participant's Email Address: _anisioga 15@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS   45293_

Nature of Claim: _Ley Promesa Title III_

By: _[signature]_
Signature

_Luisa Irigoyen Aponte_
Print Name

_____
Title (if Participant is not an individual)

_11 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 44051 | DÍAZ SANTIAGO, YARIZIE | Public Employee Claims | $ - |
| 44292 | LASANTA RIVERA, SHEILA | Public Employee Claims | $ 1,800.00 |
| 44343 | SANTIAGO MEJÍAS, MAYRA E | Public Employee Claims | $ - |
| 44733 | SANCHEZ RODRIGUEZ, CARMEN M | Public Employee Claims | $ 225.00 |
| 45121 | AGOSTO PEREZ, WANDA ZOE | Public Employee Claims | $ - |
| 45124 | RIVERA MIRANDA, RITA M. | Public Employee Claims | $ - |
| 45221 | ORTIZ OLIVERAS, CYNTHIA I | Public Employee Claims | $ - |
| 45293 *Correction* | APONTE, LUISA IRIGOYEN *Irigoyen Aponte, Luisa* *Corrección Irigoyen Aponte, Luisa* | Public Employee Claims | $ 24,000 - |
| 45384 | ORTIZ OLIVERAS, CYNTHIA I | Public Employee Claims | $ - |
| 45425 | FIGUEROA APONTE, CARMEN MILAGROS | Public Employee Claims | $ - |
| 45432 | FIGUEROA APONTE, CARMEN MILAGROS | Public Employee Claims | $ - |
| 45541 | MONTANEZ VARGAS, NOEMI | Public Employee Claims | $ - |
| 45542 | MATOS RANGEL, ALICIA | Public Employee Claims | $ - |
| 45818 | HERNANDEZ GARCIA, CARLOS E. | Public Employee Claims | $ - |
| 46526 | DIAZ DIAZ, EDNA M | Public Employee Claims | $ - |
| 46588 | BADILLO RIVERA, LIZ R | Public Employee Claims | $ - |
| 46661 | ALVAREZ MEDINA, ANIBAL | Public Employee Claims | $ - |
| 46717 | ALVARADO IRIZARRY, BETZAIDA | Public Employee Claims | $ - |
| 46982 | RODRIGUEZ REYES, NERYS | Public Employee Claims | $ 896.00 |
| 47037 | BENITEZ ALEJANDRO, AXEL | Public Employee Claims | $ - |
| 47338 | PEREZ FELICIANO, CLARIBEL | Public Employee Claims | $ - |
| 47405 | MOLINA GARCIA, CLOTILDE | Public Employee Claims | $ - |
| 47573 | ALVAREZ MEDINA, ANIBAL | Public Employee Claims | $ - |
| 48349 | LOPEZ GONZALEZ, CARMEN | Public Employee Claims | $ - |
| 48806 | ALVARADO IRIZARRY, BETZAIDA | Public Employee Claims | $ - |
| 48816 | ALVARADO IRIZARRY, BETZAIDA | Public Employee Claims | $ - |
| 48838 | GUERRERO ALTORAN, OSCAR | Public Employee Claims | $ - |

Luisa Irisgoyen Aponte
4815 Lanceola St.,
Valle del Rey
Ponce, P.R. 00728-3514

United States District Court
Clerks Office 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1761

SAN JUAN PR 009

12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13 PM 3 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón A. González Rodriguez_

Participant's Address: _P.O. Box 117 Villalba P.R. 00766_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 90831 et. al._

Nature of Claim: _unpaid wages by the government of P.R._

By: _[signature]_

Signature

_Ramón A González Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August, 10 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A González Rodriguez
P.O. Box 117
Villalba PR. 00766

RECEIVED & FILED
2021 AUG 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
11 AUG 2021 PM 2

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan P.R.

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gertrudis Rivera Reyes,_

Participant's Address: _R.R.8 Box 9281 Bay. P.R. 00956"_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Money from The Department of Education of P.R._

By: _Gertrudis Rivera Reyes_
Signature

_Gertrudis Rivera Reyes_
Print Name

_____
Title (if Participant is not an individual)

_8/07/21_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa E. Schmidt Santiago

Participant's Address: Calle Bencevil #6, Villalba, P.R.

Participant's Email Address: rosa_schmidt_1947@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: #105956 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: _Rosa E. Schmidt Santiago_
Signature

_Rosa E. Schmidt Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rosa E. Schmidt Santiago
Calle Bencevil #6
Villalba, P.R. 00766

SAN JUAN PR 009

12 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 13  PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Carmen Elba Pérez Montañez_

Participant's Address: _C/1 B62  Urb. Alt. de Río Grande. R.G. P.R. 00745_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _I have, but I don't know._

Nature of Claim: _Wages Claim based on laws 89 and 96 (2002)_

By: _Carmen E. Pérez Montañez_
    Signature

_Carmen E. Pérez Montañez_
Print Name

_N/A_
Title (if Participant is not an individual)

_8 / 10 / 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rios
c/. 862 urb Wt.
el Rio Grande, R.G.
Rio Grande, Rios 00945

Discovery Notice to the courts Clerk's
United States District court Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170399

SAN JUAN PR 009
12 AUG 2021 PM 1. L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 13 PM 3:03
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Brenda Liz Bonilla Martinez*

Participant's Address:   *Urb. Toa Alta Heights AD-2 Calle 26 Toa Alta, PR 00953*

Participant's Email Address:   *bonilla.brenda @ gmail.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *23876*

Nature of Claim:   *Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

By:   *[signature]*
Signature

Print Name   *Brenda Liz Martinez Bonilla*

Title (if Participant is not an individual)

Date   *8-12-2021*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda Liz Bonilla Mortiner
Urb. Toa Alta Heights
AD-2 calle 26
Toa Alta, P.R. 00953

RECEIVED & FILED
2021 AUG 13  PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Rodriguez Andino_

Participant's Address: _Urb. Toa Alta Heights AD-226T Toa Alta PR 00953_

Participant's Email Address: _edwin_pr @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _24074_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Edwin Rodriguez Andino_
   Signature

_Edwin Rodriguez Andino_
Print Name

_____
Title (if Participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Rodriguez Andino
Urb. Toa Alta Heights
AD-2 calle 26
Toa Alta, PR 00953

RECEIVED & FILED
2021 AUG 13 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-176625

SAN JUAN PR. 009

12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón STE. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria del C. Acosta Medina_

Participant's Address: _HC 47 Bzn. 20056 Fdo. P.R. 00738_

Participant's Email Address: _mariaacosta2126@G.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170 633_

Nature of Claim: _Increase of salary not received_

By: _Maria del C. acosta Medina_
    Signature

_Maria del C. Acosta Medina_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021._
Date

RECEIVED & FILED
2021 AUG 13 PM 3 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:

Maria del C. Aosta Medina

HC 67 Buzón 20056

P.R. 00738

RECEIVED & FILED
2021 AUG 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Firja dg

00918-170625

To: United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 L

FOREVER