UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                  Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

        The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Astrid Pagan Gonzalez
2. Adriana Vazquez Torres
3. Myrna L. Casillas Rodriguez
4. Victor L. Peña Santos
5. Haydee Rodriguez Cardona
6. Ricardo Reyes Matos
7. Ismael Roman Barreto
8. Maria M. Hernandez Cedeño
9. Franchesca Fernandez Calzada
10. Maria E. Lopez Montalvo (2 notices)
11. Luis R. Kuilan Melendez
12. Sonia M. Morales Diaz
13. Adelita Lind Davila
14. Celia I. Marquez Castillo
15. Ivan J. Morales Rosario
16. Mariluz Rodriguez Santana
17. Elsa Martinez Gonzalez
18. Lisle Font Matos
19. Miriam Marrero Reyes
20. Jorge Carlo Marrero Schmidt
21. Luz M. Mendez Roman
22. Rafael A. Marquez Cruz
23. Ivonne D. Cosme Martin

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Irma J. Lomba Rodriguez

25. Sonia M. Morales Diaz

26. Milagros Ortiz Bonilla

27. Miguel A. Delgado Marin

28. Janette Bultron Cruz

29. Emilia Morales Arroyo (2 notices)

30. Santiago Zaragoza Aviles

31. Simon Pedro Rivera Torres

32. Maria E. Lopez Montalvo

33. Jeanette Siegel

34. Carmen Iris Luna Gonzalez

35. Ana Maria Candelario

36. Elsa Iris Goñez Maldonado

37. Delia Esther Sanchez Rosa

38. Jose I. Fontanez Ortiz (2 notices)

39. Marcelina Falto Santiago

40. Elizabeth Mojica Cruz

41. Juan L. Carrasquillo Miranda

42. Migdalia Davila Aponte

43. Edgar Domenech Morera

44. Edgar Domenech Morera & Alice M. Fagundo Alvarez

45. Alice M. Fagundo Alvarez

46. Luis A. Torres Sanchez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Jose M. Vellon Sanchez

    48. Ruben Garcia Acevedo

    49. Judith Flores Cartagena

    50. Madeline Gonzalez Arroyo

Dated: August 16, 2021