Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Astrid Pagan Gonzalez_

Participant's Address: _Urb Rio Hondo I 844 Rio Canillas Bayamon PR 00961_

Participant's Email Address: _estrellazoe24@gmail_

Name of Counsel: _No_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Astrid Pagan Gonzalez_
Signature

_Astrid Pagan Gonzalez_
Print Name

_—_
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adriana Vázquez Torres_

Participant's Address: _HC05 Box 56757 Caguas, P.R 00725-9226_

Participant's Email Address: _titatita_050@yahoo.com_

Name of Counsel: _?_

Address of Counsel: _?_

Email Address of Counsel: _?_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10 24 10_

Nature of Claim: _Pension/Retiree_

By: _Adriana Vázquez Torres_
    Signature

_Adriana Vázquez Torres_
Print Name

_____
Title (if Participant is not an individual)

_11 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adriana Vázquez
HC06 Box 56757
Caguas P.R. 00725-9228

RECEIVED & FILED
2021 AUG 13 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

Court's Clerk's Office
United State District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myrna L. Casillas Rodriguez_

Participant's Address: _Calle 12-5K44, Urb. Monte Brisas, Fajardo, P.R. 00738_

Participant's Email Address: _Myrna.Casillas1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135462_

Nature of Claim: _Increase of salary not received_

By: _(signature)_
Signature

_Myrna L. Casillas Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Melinda L. Casillas
U.S.P. Mont Brisas
Calle 12 - 5K44
Fajardo, P.R. 00738

RECEIVED & FILED
2021 AUG 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR
12 AUG 2021 PM 1



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Victor L. Peña Santos

Participant's Address:     Calle 12 - 5K44
Urb. Monte Brisas, Fajardo, P.R. 00738

Participant's Email Address:     _____

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     sugarpena @ yahoo.com

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     54238

Nature of Claim:     Increase of salary not received.

By:     _Victor L. Peña Santos_
Signature

Victor L. Peña Santos
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vi Cti, Peñu Santa
urb Monte Brisas
Calle 12 - 9E 44
Fajardo, P.R. 00738

United States District Court,
Clerk's office
150 Avle Carlos Chardon Ste. 150
San Juan P.R. 00 918-1767

00918-170625

SAN JUAN PR   009

12 AUG 2021   PM 1   L

RECEIVED & FILED
2021 AUG 13 PM 3 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Haydeé Rodríguez Cardona_

Participant's Address: _Dulce Sueño G-59_

Participant's Email Address: _rodriguezhaydee134@yahoo.com_

Name of Counsel: _Ivonne González Morales_

Address of Counsel: _____

Email Address of Counsel: _ivonnegm@prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Haydeé Rodríguez Cardona_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydée Rodríguez Cardona
c/ Dulce Sueño G-59
Parque Ecuestre
Carolina P.R. 00987

RECEIVED & FILED
2021 AUC 13 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR   009
12 AUG 2021 PM 1  L

To: Discovery Notice to the Court's Clerk's
Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Reyes Matos_

Participant's Address: _Calle 6 G-277 Alturas de Rio Grande . P.R 00745_

Participant's Email Address: _ricardoreyes396@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Ricardo Rey. Mt_
Signature

_Ricardo Reyes Matos_
Print Name

_____
Title (if Participant is not an individual)

_de agosto ._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Reyes Matos
Calle 6-G-9-77 Altonos
Rio Grande PR 00745

RECEIVED & FILED

2021 AUG 13 PM 3:03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009

12 AUG 2021 PM 1 L

00918-1706525

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ismael Roman Barreto_

Participant's Address: _Hc 2 Box 20766, San Sebastion PR 00685_

Participant's Email Address: _Contabilidadclasea@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 171892-1_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Ismael Roman Barreto_
Signature

_Israel Roman_
Print Name

_Self partisipant_
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ISRAEL ROMAN BARRETO
HC 02 BOX 20766
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 13 PM 3: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
12 AUG 2021   PM 1   L



NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria M. Hernández Cedeño*

Participant's Address: *P.O. Box 942 Luquillo PR 00773-0942*

Participant's Email Address: *none*

Name of Counsel: *none*

Address of Counsel: *none*

Email Address of Counsel: *none*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *111531*

Nature of Claim: *Debtor-Commonwealth of Puerto Rico*

By: *Maria M. Hernández Cedeño*
Signature

*Maria M. Hernández Cedeño*
Print Name

_____
Title (if Participant is not an individual)

*August 10, 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 3 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria M. Hernandez
PO Box 942
Luquillo, PR 00773

RECEIVED & FILED
2021 AUG 13  PM 3: 04
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

00916-170625



SAN JUAN PR   009

12 AUG 2021  PM 1  L

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Franchesca Fernandez Calzada_

Participant's Address: _Condominio Coop. Jardines de San Ignacio San Juan P.R. 00927_

Participant's Email Address: _fernandez_franchesca@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System of the Government of P.R._

By _Franchesca Fernandez Calzada_
Signature

_Franchesca Fernandez Calzada_
Print Name

_____
Title (if Participant is not an individual)

_6/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Franchesca Fernández Calzada
Cond. Cap. Jardines San Ignacio
San Juan P.R. 00927

RECEIVED & FILED
2021 AUG 13 PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R.
00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 L

GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. López Montalvo_

Participant's Address: _Colinas de San Juan Edif. H Apt. 291 SJ. PR 00924_

Participant's Email Address: _marialopez2070@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_Maria E. López Montalvo_
Print Name

_____
Title (if Participant is not an individual)

_9/agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Lopez Montaluo
Colinas de San Juan
Edif. 11 Apt. 291
San Juan PR 00924

RECEIVED & FILED

2021 AUG 13  PM 3: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 AVE Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR  009

12 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria E. López Montalvo

Participant's Address: Colinas de San Juan Edif. H Apt. 291 SJ PR 00924

Participant's Email Address: marialopez122070@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim:

By: _Maria E. López Montalvo_
Signature

_Maria E. López Montalvo_
Print Name

_____
Title (if Participant is not an individual)

_9/agosto/21_
Date

RECEIVED & FILED
2021 AUG 13  PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Lopez Montalvo
Colinas de San Juan
Edif H Apt. 291
San Juan PR 00924

RECEIVED & FILED
2021 AUG 13  PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009
12 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 AVE. Carlos Chardon Ste 150
San Juan PR00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis R. Kuilan Melendez_

Participant's Address: _12 Paseo del Parque, Barulinfo P.R. 01617_

Participant's Email Address: _luiskuilan16717@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73099_

Nature of Claim: _Pension / Retiree Claim_

By: _____
    Signature

_Kuilan Melendez, Luis R._
Print Name

_____
Title (if Participant is not an individual)

_12 agosto 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis R. Quintan Melendez (*claim #* 7309)
12. Paseo Al Papus
Barcelonita PR 00617

RECEIVED & FILED
2021 AUG 13  PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170825

SAN JUAN PR   009
12 AUG 2021 PM 1 L


FOREVER

Court's Clerk Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1967

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia M. Morales Diaz_

Participant's Address: _Urb. Villas de Patillas 5 Calle Coral Patillas, PR. 00723-2653_

Participant's Email Address: _Soniamo_diaz@hotmail.com_

✱ Name of Counsel: _Carlos Chardon / O'Neill & Borges LLC_

Address of Counsel: _United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, PR. 00918-1767_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Núm. 26167_

Nature of Claim: _Adm. Sist. de Retiro (ASR) Revision Pension/Retiro (1.5 años) years Caso Num. 17-bk-3283, ECF Num. 12274_

By: _S M. Morales_
Signature

_Sonia M. Morales Díaz_
Print Name

_Retired Teacher Incapacitated_
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

✱ _Hermann D. Bauer_
_USDC No 215205_
_O'Neill & Borges LLC_
_250 Muñoz Rivera Ave. Suite 800_
_San Juan, PR. 00918-1813_

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Sonia M. Morales Díaz
Urb. Villas de Patillas
5 Calle Coral
Patillas, PR. 00723-2653

RECEIVED & FILED
2021 AUG 13 PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court.
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR  009
12 AUG 2021 PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelita Lind Dávila_

Participant's Address: _Urb San Martin calle 02 #71 Box 1303, Patillas P.R. 00723_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164 018_

Nature of Claim: _Escala salarial, Ley 89 (Romeraz) Silk ley Promesa Leg_

By: _Adelita Lind Dávila_
Signature

_Adelita Lind Dávila_
Print Name

_Teacher_
Title (if Participant is not an individual)

_12 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adelita Lind Davila
Urb. San Martin #71 Calle 2
Box 1303
Patilla, Puerto Rico 06223

RECEIVED & FILED
2021 AUG 13  PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-17625

SAN JUAN PR   009
12 AUG 2021  PM 1  L

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Celia I. Márquez Castillo*

Participant's Address: *Los Piños Piños #103, Utuado, P.R. 00641*

Participant's Email Address: *cimarama21JY@gmail.com*

Name of Counsel: *Prime Clerk LLC*

Address of Counsel: *Grand Central Station P.O. Box 4850, N.Y. N.Y. 10163-4850*

Email Address of Counsel: *puertorico.info@primeclerk.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *65365*

Nature of Claim: *Public Employee and Pension/Retiree Claims (for 20 years)*

By: *[signature]*
Signature

*Celia I. Márquez Castillo*
Print Name

_____
Title (if Participant is not an individual)

*August 10, 2021*
Date

2021 AUG 13 PM 3: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Celia I. Márquez
Los Pinos #103,
Utuado, P.R. 00641

RECEIVED & FILED
2021 AUG 13 PM 3:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625
P.R.

United States District Court
Clerk's Office, 150 Ave.,
Carlos Chardón Ste. 150, San Juan

00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iván J. Morales Rosario

Participant's Address: HC-03 Box 100436, Comerio, P.R. 00782-9570

Participant's Email Address: ivanyamil22@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177504-1 / 177504

Nature of Claim: Public Employee Claims / Tax Refunds

By: _____
Signature

Iván J. Morales Rosario
Print Name

_____
Title (if Participant is not an individual)

10 Agosto 2021
Date

*[Stamp: RECEIVED & FILED 2021 AUG 13 PM 3:04 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Iván J. Morales Rosario
HC-03  Box 100436
Comerío, Puerto Rico
00782-9510

00918-170449

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón St.
San Juan, P Rico
00918-1767

SAN JUAN PR  009

11 AUG 2021 PM 2 L

SAN JUAN P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 13 PM 3:04
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   Mariluz Rodriguez Santana

Participant's Address:   Par. 101-S calle 19 Mameyal Dorado, PR 00646

Participant's Email Address:   alanys.mangual @gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   97574

Nature of Claim:   Public Employee and Pension Retiree Claims

By:   Mariluz Rodriguez Santana
Signature

Mariluz Rodriguez Santana
Print Name

Promesa Title III Nº  17 BK  3283-LTS
Title (if Participant is not an individual)

5 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



*Mariluz Rodriguez*
*101C Calle 19*
*Parc Mameyal*
*Dorado, PR 00646*

RECEIVED & FILED
2021 AUG 13  PM 3: 0
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.

00918-170449

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767



SAN JUAN PR   009

12 AUG 2021 PM 1  L



FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ELSA MARTINEZ Gonzalez_

Participant's Address: _SU-6B Círculo Mágico Valle Hermoso_
_Hormigueros PR 00660_

Participant's Email Address: _lizzymartinez62@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Elsa Martinez Gonzalez_
Signature

_Elsa Martinez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_10- august 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2

Elsa Martinez
SU 108 Calle Hoja
Valle Hermoso
Hormigueros P.R 00660

RECEIVED & FILED

2021 AUG 13 PM 3: 05

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN.P.R

00918-1706625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009

12 AUG 2021 PM 1 1



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mrs. Lisle Font Matos_

Participant's Address: _P.O. Box 242 Boquerón, Puerto Rico 00622_

Participant's Email Address: _fontlisle@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166725_

Nature of Claim: _Public Employee claims_

By: _Lisle Font Matos_
    Signature

_Lisle Font Matos_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Lisle Font Matos
P.O. Box 2242
Bayamón, Puerto Rico
00622-0242

RECEIVED & FILED
2021 AUG 13 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, Puerto Rico
00918-1767



SAN JUAN PR 009

12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Miriam Marrero Reyes

Participant's Address:   Bamb Las cuevas, Tujillo Alto PR 00977

Participant's Email Address:   miriam marrero@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   158458

Nature of Claim:   promesa title III (Retire claims)

By:   Miriam Marrero Reyes
Signature

Miriam Marrero Reyes
Print Name

_____
Title (if Participant is not an individual)

10 agosto 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 3 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirian Warren Reyes
apartado 1055
Trujillo Alto PR-00976

RECEIVED & FILED
2021 AUG 13 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District court
Clerk's office 150 ave. carlos
chardon ste. 150 san Juan PR
00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Carlo Marrero Schmidt_

Participant's Address: _Calle Bencevil #6, Villalba P.R. 00726_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Unpaid wages by the government of P.R_

By: _____
Signature

_Jorge Carlo Marrero Schmidt_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge Carlo Marrero Schmidt
Calle Barcelo #6
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 3:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste - 150
San Juan, P.R. 00918-1767

SAN JUAN PR OCO
12 AUG 2021 PM

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Méndez Roman_

Participant's Address: _Calle Sevilla 241 Dorauille, Dorado, P.R. 00646_

Participant's Email Address: _mendezroman1 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83326_

Nature of Claim: _Public Employee land Pension Retire Education Department Clam_

By: _Luz M. Méndez Roman_
    Signature

_Luz M. Méndez Roman_
Print Name

_____
Title (if Participant is not an individual)

_11 de agosto de 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lyz. M. Mondez Roman
Calle Sevilla 241
Dorauille, Dorado, P.R.
00646

RECEIVED & FILED
2021 AUG 13 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
12 AUG 2021 PM 1 L

USA FOREVER

Unite States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael A. Márquez Cruz_

Participant's Address: _P.O. Box 39, Dorado, P.R. 00646_

Participant's Email Address: _rafangel1954@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51651_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Rafael A. Márquez Cruz_
Signature

_Rafael A. Márquez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael A. Márquez Cruz
P.O. Box 39
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 13 PM 3:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _Ivonne D. Cosme Martin_

Participant's Address:     _Levittown Lakes          Toa Baja, P.R. 00949_
_Calle Lydia AP-23_

Participant's Email Address:     _ivonne.dcosme @hotmail.com_

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _64695_

Nature of Claim:     _Promesa_

By:     _Ivonne D. Cosme Martin_
Signature

_Ivonne D. Cosme Martin_
Print Name

_____
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ivonne D. Cosme
Levittown Lakes
Calle Lydia AP-33
Toa Baja, P.R. 00949

00918-170625

SAN JUAN·PR 009

SAN JUAN, PR 009

12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma J Lomba Rodriguez_

Participant's Address: _Ext. Betances #23, Vega Baja, PR 00693_

Participant's Email Address: _irmajlombar @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51909_

Nature of Claim: _Former employment with the government of PR (Pension, benefits not paid and wages_

By: _[Signature]_
Signature

_Irma Lomba Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 12-2,021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma J. Lombar Rodz.
Ext. Betances #23
Vega Baja P.R. 00693

United States District
Clerks office
150 Ave. Carlos Chardon
Suite 150
San Juan, P.R. 00918-1782525

RECEIVED & FILED
2021 AUG 13 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sonia M. Morales Díaz*

Participant's Address: *Urb. Villas de Patillas 5 Calle Coral Patillas 00723-2653*

Participant's Email Address: *soniamo_diaz@hotmail.com*

Name of Counsel: *Lic. Nadal J López*

Address of Counsel: *Department of Education Hato Rey, PR*

Email Address of Counsel: *puertorico info@primeclerk.com*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *#146653 /#114660 /134862* *Doc. 15812 Doc. 15534 Doc. 11950*

Nature of Claim: *Department of Education (DE)* *(Recognition for merit — Teaching career and The Romere zo - aumento sueldo Salary Increase.*

By: *S M Morales*
Signature

*Sonia M. Morales Díaz*
Print Name

*Retired Teacher Incapacitated*
Title (if Participant is not an individual)

*August 12, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Morales Díaz
Urb. Villas de Patillas
S Calle Coral
Patillas, PR. 00723-2653

RECEIVED & FILED

2021 AUG 13 PH 3:00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: Milagros Ortiz Bonila

Participant's Address: HC01 Box 5619 San German Puerto Rico 00683

Participant's Email Address: milagrosortizbonilla57@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 83024

Nature of Claim: Reclamación laboral Ley de Romero 920 Ley 89

By: _Milagros Ortiz Bonilla_
    Signature

_Milagros Ortiz Bonilla_
Print Name

_____
Title (if Participant is not an individual)

13 agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Ortiz Bonilla
HC-01 Box 5619
San German, PR
00683

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Delgado Marin_

Participant's Address: _Colinas de San Juan Edif H Apt. 291 SJ PR 00924_

Participant's Email Address: _Migueldelgado430@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Miguel A. Delgado Marin_
Signature

_Miguel A. Delgado Marin_
Print Name

_____
Title (if Participant is not an individual)

_9/ agosto /21_
Date

RECEIVED & FILED
2021 AUG 13 PM 3: 06
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Delgado Marin
Colinas de San Juan
Edif. H Apt. 291
San Juan PR 00924

RECEIVED & FILED
2021 AUG 13 PM 3:06
CLERK'S OFFICE
US.DISTRICT COURT
SAN JUAN, P.R

00918-176825

United States District Court
Clerk's Office
150 AVE Carlos Chardon Ste. 150
San Juan PR 00918-1767



SAN JUAN PR 009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Janette Bultron Cruz*

Participant's Address: *199-20 Calle 435 Villa Carolina*
*Carolina, P. R. 00985*

Participant's Email Address: *janet66@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *133311 y 152256*

Nature of Claim: *Salarios impagos*

By: _____
Signature

*Janette Bultron Cruz*
Print Name

_____
Title (if Participant is not an individual)

*11 agosto 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 3 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Janett Bultron Cruz
199-20 Calle 435
Ville Carolina
Carolina, P.R. 00985

RECEIVED & FILED
2021 AUG 13 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EMILIA MORALES ARROYO_

Participant's Address: _Urb. Villas Del CAFETAL I. Calle 8 I-35_ _Yauco. P.R. 00698_

Participant's Email Address: _emorales arroyo 13 @ yahoo. com_

Name of Counsel: _United States District Court_

Address of Counsel: _Clerk's ofice 150 ave. Carlos Chardon Ste 150_ _S.J. 00918-1767_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _Steps not granted by the goverment from 1985 to the present. (I am retired)_

By: _Emilia Morales Arroyo_
Signature

_Emilia Morales Arroyo_
Print Name

_Teacher (EDUC. Especial)_
Title (if Participant is not an individual)

_12 - Agosto - 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 3:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal 1
Calle 8 I-35
Yauco, P.R.
00698

00918-170625 San Juan P.R.

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

RECEIVED & FILED
2021 AUG 16 PM 3 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Morales Arroyo, Emilia*

Participant's Address: *Urb. Villas Del Cafetal I Calle 8 I-35 Yauco, P.R. 00698*

Participant's Email Address: *emoralesarroyo13@Yahoo.com*

Name of Counsel: *United States District Court*

Address of Counsel: *Clerk's Office; 150 Ave. Carlos Chardon Ste. 150 S.J. P.R 00918 1767*

Email of Address of Counsel: *—*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-B-K-3283-LTS*

Nature of Claim: *Steps not granded by the goverment from 1985 to the Present.*

By: *Emilia Morales Arroyo*
Signature

*Emilia Morales Arroyo*
Print Name

*Teacher (Special Education)*
Title (if Participant is not an individual)

*12-agosto-2021*
Date

*[stamp: RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. AUG 13 PM 3 06]*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Emilia Morales Arroyo
Urb. Villas del Cafetal I
Calle 8   I - 35
Yauco, P.R.
00698

00918-170625

SAN JUAN PR   009
12 AUG 2021 PM 1 L

United States District Court
Off. 150 Ave. Carlos Chardon Ste., 150
San Juan, P.R.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2021 AUG 13 PM 3 06

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Santiago Zaragoza Aviles_

Participant's Address:   _La Lula M3 Calle 12 Ponce, P.R. 00730_

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _____

By:   _Zaragoza Avs_
  Signature

_Santiago Zaragoza Aviles_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santiago Zaragoza Avilés
LA Lula M 3 Calle 12
Ponce, P.R. 00730

RECEIVED & FILED
2021 AUG 13 PM 3: 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Simon Pedro Rivera Torres_

Participant's Address: _Urb. Santa Juana IV x3 calle 10A Cayves, Puerto Rico 00725_

Participant's Email Address: _Simonrivera@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104068_

Nature of Claim: _Carrera Magisterial / Payment_

By: _____
Signature

_Simon P. Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Simón P. Rivera Torres
Urb. Santa Juana III
X3 Calle 10A
Caguas Puerto Rico 00725

RECEIVED & FILED
2021 AUG 13 PM 3:37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave.Carlos Chardon Ste.150
San Juan,PR. 00918-1767



SAN JUAN PR 009

12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria E. Lopez Mantalud

Participant's Address: Colinas de San Juan Edif. H Apt. 291 SJ. PR 00924

Participant's Email Address: marialopez122070@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

Maria E. Lopez Mantalud
Print Name

_____
Title (if Participant is not an individual)

9/ agosto/21
Date

RECEIVED & FILED
2021 AUG 13 PM 3:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. López Montalvo
Colinas de San Juan
Edif. H Apt. 291
San Juan PR 00924

RECEIVED & FILED
2021 AUG 13  PM 3: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR  009
12 AUG 2021  PM 1  L



United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00 918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jeanette Siegel_

Participant's Address: _5 Suzanne Lane Bethpage NY 11714_

Participant's Email Address: _Janherb@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283- LTS_

Nature of Claim: _Confirmation of Commonwealth Plan of Adjustment_

By: _Jeanette Siegel_
Signature

_Jeanette Siegel_
Print Name

_____
Title (if Participant is not an individual)

_July 23, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jennette Siegel
5 Suzanne Ln.
Bethpage, NY 11714-1420

MID-ISLAND NY 117

10 AUG 2021 PM 5 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Charcon Ste 150
San Juan P.R. 00918-1767

U.S. DISTRICT COURT
SAN JUAN, P.R.
CLERK'S OFFICE

2021 AUG 13 PM 2:58

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Carmen Iris Luna Gonzalez_

Participant's Address: _53 E Mirto Ricon Camuy PR00627_

Participant's Email Address: _carmenirislunagonzalez @ yahoo.com_

Name of Counsel: _myself_

Address of Counsel: _mine_

Email Address of Counsel: _mine_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _PROMESA Title III_

By: _Carmen Iris Luna Gonzalez_
    Signature

_Carmen Iris Luna Gonzalez_
Print Name

_myself_
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are _not_ represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms Carmen Luna Gonzalez
53 Ave Munoz Rivera E
Camuy, PR 00627

RECEIVED & FILED
2021 AUG 13 PM 2 59
CLERK OFFICE
U.S. DISTRICT
SAN JUAN

SAN JUAN PR   009
11 AUG 2021  PM 2  L

FOREVER / USA

Courts Clerks office
US District Court
Clerks office 6, 150 Ave. Carlos
Chardon, Ste 150.
SJ PR 00918-1767

009188170601018

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana Maria Candelario

Participant's Address: Camino Nogales 478 - Urb. Sabanera del Rio

Participant's Email Address: anamariaPR42@gmail.com (cell # 939-775-5906)

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: The Commonwealth of Pto. Rico

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: _____

By: Ana M Candelario
Signature

ANA M. Candelario
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Ana M. Candelario
479 Camino de los Nogales
Urb. Sabanera del Rio
Gurabo, P.R. 00778-5252

Clerk's office, 150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767
United State District Court

RECEIVED & FILED
2021 AUG 13 PM 2: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009

13 AUG 2021 PM 2 L

DC9148#1706 0018

USS Missouri

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Iris Gómez Maldonado_

Participant's Address: _Ext. Santa Teresita - 3329 Ave. Emilio_
_Fagot - Ponce, P.R. 00730_

Participant's Email Address: _elsairisgomes@gmail.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80500_

Nature of Claim: _Public employee claims (Salary Adjustment)_

By: _Elsa Iris Gómez Maldonado_
Signature

_Elsa Iris Gómez Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_11 de agosto 2021_
Date

RECEIVED & FILED
2021 AUG 13  PM 2: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Elsa Iris Gómez Maldonado
E*T. Santa Teresita
3329 Ave. Emilia Fagot
Ponce, Puerto Rico 00730

00918-170625

SAN JUAN PR 009

RECEIVED & FILED 2021 PM 2 L

2021 AUG 13 PM 2:59

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

TO. United States District Court
Clerk's Office
150 Ave. Carlos Chardón Suite 150
San Juan, Puerto Rico 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Delia Esther Sánchez Rosa_

Participant's Address:  _Urb. Portal del Sul #37 calle Lago San Lorenzo PR 00754_

Participant's Email Address:  _deliasnchez@live.com._

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283-LTS_

Nature of Claim:  _Promesa III_

By:  _Delia Rosa_
     Signature

_Delia E. Sánchez Rosa._
Print Name

_____
Title (if Participant is not an individual)

_agosto/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delio Sánchez
urb Portta del Sol
#37 Calle Lago
San Lorenzo PR 00754

0091831706

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office Ste. 150
Carlos Chardón Ste. 150 Ave
San Juan PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose  I. Fontaner  Ortiz_

Participant's Address: _PMB  327  Box 4956  Caguas PR 00726_

Participant's Email Address: _jose.fontaner 1961 @ gmail. com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11185_

Nature of Claim: _Retirement  System_

By: _[signature]_
Signature

_Jose  I Fontaner Ortiz_
Print Name

_NO_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Jose I. Fontanez Ortiz
PMB 327
Box 4956
Caguas PR 00726

CERTIFIED MAIL

7021 0950 0001 5357 7884

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 2:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00739
AUG 11, 21
AMOUNT
$7.00
R2304M113360-15

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel
    if any:

Participant's Name: _____Jose I Fontanez Ortiz_____

Participant's Address: _____PMB 327 Box 4956 Caguas PR 00726_____

Participant's Email Address: _____jose.fontanez1961@gmail.com_____

Name of Counsel: _____NO_____

Address of Counsel: _____NO_____

Email Address of Counsel: _____NO_____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____173775_____

Nature of Claim: _____Salary Claim Agnir Valentin Eace PBA_____

By: _____(signature)_____

Signature

_____Jose I Fontanez Ortiz_____
Print Name

_____NO_____
Title (if Participant is not an individual)

_____August 10, 2021_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: KPE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Marcelina Falto Santiago_

Participant's Address:   _HC04 Box 44374 MSC 1410 Caguas PR 00727_

Participant's Email Address:   _hmmf 2012 @ gmail.com_

Name of Counsel:   _No_

Address of Counsel:   _No_

Email Address of Counsel:   _No_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _Promesa Title III_   _No. 17 BK 3283 - LTS_

Nature of Claim:   _Wish to participate in discovery in connection with confirmation of the Plan for Adjustment - access to documents_

By:   _Marcelina Falto Santiago_
Signature

_Marcelina Falto Santiago_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:59
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marcelina Falto Santiago
HC04 Box 44374 MSc 1410
Caguas, P.R. 00727-9606

RECEIVED & FILED
AUG 13 PM 2:59
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 11, '21
AMOUNT
$6.45
R2304E106218-23

1000
00918

7021 1970 0000 8182 5942

CERTIFIED MAIL

SAN JUAN PR 009

PM 2:L

USA ★ FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elizabeth Mojica Cruz*

Participant's Address: *Po Box 142 Punta Santiago, P.R. 00741.*

Participant's Email Address: *elizabeth.mojica.cruz @gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *125569*

Nature of Claim: *unpaid the claim as Public Employee at Commonwecth of Puerto Rico.*

By: *[signature]*
Signature

*Elizabeth Mojica Cruz*
Print Name

_____
Title (if Participant is not an individual)

*August 12, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 3:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Elizabeth Mújica Cruz
PO Box 142
Punta Santiago, PR 00741

U.S. POSTAGE PAID
FCM LETTER
JUNCOS, PR
00777
AUG 12, '21
AMOUNT
$6.45
R2305K135233-17

1000

00916

CERTIFIED MAIL

7020 1290 0000 9064 0590

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 3:00
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carrasquillo Miranda Juan L._

Participant's Address: _Calle #1-D17-Sans Souci, Bayamón, P.R. 00957_

Participant's Email Address: _juanlcarrasquillo 95@gmail.com_

Name of Counsel: _I dont have_

Address of Counsel: _N. A._

Email Address of Counsel: _N. A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No tiene_

Nature of Claim: _Public employee claim_

By: _____
Signature

_Juan L. Carrasquillo Miranda_
Print Name

_____
Title (if Participant is not an individual)

_10-agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Migdalia Dávila Aponte*

Participant's Address: *Urb. Santa Maria B-33 Toa Baja P.R.*

Participant's Email Address: *migdalia-davila@Yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *150108*

Nature of Claim: *Public Employer*

By: *Migdalia Dávila Aponte*
Signature

*Migdalia Dávila Aponte*
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

RECEIVED & FILED
2021 AUG 13   PM 3: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  <u>United States District Court</u>, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirdalia Davila
Urb. Santa Maria B-33
c/Santa Barbara
Toa Baja P.R. 00949

RECEIVED & FILED
2021 AUG 13  PH 3: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
11 AUG 2021  PM 2  L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edgar Domenech Morera_

Participant's Address: _3453 Paseo Virsatil   Vista Point Ponce PR 00716_

Participant's Email Address: _edgardomenech@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment Employees Retirement System $225.00_

By: _(signature)_
    Signature

_Edgar Domenech Morera._
Print Name

_____
Title (if Participant is not an individual)

_Agost 11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edgar Domenech
Vista Point
3453 Paseo Versatil
Ponce, PR 00716



7020 1810 0001 6731 7309





U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 11 '21
AMOUNT

1000          00918          **$4.80**
R2305M146599-02

RECEIVED & FILED
2021 AUG 13  PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edgar Domenech Morera + Alice M. Fagundo Alvarez*

Participant's Address: *3453 Paseo Versatil Vista Point Bnco, P.R 00716*

Participant's Email Address: *edgardomenech99.mail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Inversion en T Emplojees Retirement Systems*
*Edgar Domenech Morera #225.00*
*Alice M. Fagundo Alvarez $90.00*

By: _____

Signature

Print Name: *Edgar Domenech Morera*
*Alice M. Fagundo Alvarez*

_____

Title (if Participant is not an individual)

*Agust 11/2021*

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edgar Domenech
Vista Point
3453 Paseo Versatil
Ponce, PR 00716



7020 1810 0001 6731 7309

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 11 21
AMOUNT
$4.80
R2305M146599-02



UNITED STATES
POSTAL SERVICE®

1000        00918



RECEIVED & FILED
2021 AUG 13  PM 2:51
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ALICE M. FAGUNDO ALVAREZ_

Participant's Address: _3453 PASEO VERSATIL VISTA POINT_

Participant's Email Address: _edgardomenech @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

*[stamp: RECEIVED & FILED 2021 AUG 13 PM 2:50 CLERK'S OFFICE DISTRICT COURT]*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _InvestmenT Employees ReTiremenT SysTem  $90.00_

By: _[signature]_

Signature

_Alice M. FAGUNdo ALVAREZ_
Print Name

_____
Title (if Participant is not an individual)

_OgusT 11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edgar Domenech
Vista Point
3453 Paseo Versatil
Ponce, PR 00716



7020 1810 0001 6731 7309



UNITED STATES
POSTAL SERVICE®

1000        00918

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AUG 11 '21
AMOUNT
**$4.80**
R2305M146599-02

RECEIVED & FILED
2021 AUG 13 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luis A. Torres Sánchez*

Participant's Address: *P.O. Box 40219-San Juan, PR 00940-0219*

Participant's Email Address: *LuisTorres0016@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173810*

Nature of Claim: *Selary Claim (Court of First instance San Juan Puerto Rico Civil Núm. KPE 2007-4359 (803)*

By: _____
Signature

*Luis A. Torres Sánchez*
Print Name

*Supervisión Conservación AEP*
Title (if Participant is not an individual)

*Agosto 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Civil Núm.: K PE2007-4359 (803)                                             Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)                                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
 GRISELLE RODRIGUEZ RODRIGUEZ
 GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                     Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                           Página 5
Segunda Querella Enmendada

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Original en
file # 1*

*Junio 10, 2014*

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.   La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martínez, 2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                                    Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96–4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.      La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.      Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.      La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre empleados no unionados ante unas mismas disposiciones de la Directora Ejecutiva o Resoluciones de    la    Junta    de    Directores    es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE 2007-4359 (803)                                          Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

       7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

       8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v.

Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

       9.     El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                                    Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                     Página 10
**Segunda Querella Enmendada**

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.       Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago vs. Autoridad de Edificios Públicos</u>, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.       Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase <u>Malavé Serrano v. Oriental Bank</u>, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)                                               Página 12
**Segunda Querella Enmendada**

### SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

### RESERVA DE DERECHOS AL AMPARO
### DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

### SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)                                    Página 13
Segunda Querella Enmendada

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus

balances acumulados en otras licencias que asciende a una suma no menor de

$1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen

las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación.

Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no

exentos la cantidad correspondiente a los salarios devengados por horas extras a

tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS

89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que

asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y

honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la

**Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San

Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas

V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San

Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan  PR  00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

Luis A. Torres Sanchez
P.O. Box 40219
San Juan, P.R. 00940-0219

7019 2970 0001 2548 9934

RECEIVED & FILED
2021 AUG 13 PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 007.85
0001940225 AUG 11 2021
MAILED FROM ZIP CODE 00984

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  *Jose M. Vellón Sánchez*

Participant's Address:  *Hc-02 Box 11271  Humacao PR. 00291*

Participant's Email Address:  *cheovellon@hotmail.com*

Name of Counsel:  *N/A*

Address of Counsel:  *N/A*

Email Address of Counsel:  *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *92788*

Nature of Claim:  *Pension/Retiree Claims*

By:  _____
    Signature

*José M. Vellón Sánchez*
Print Name

_____
Title (if Participant is not an individual)

*Ago. 10, 2021*
Date

RECEIVED & FILED
2021 AUG 13  PM 2: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose' H. Wellos Sánchez
Hc-02 BX 11371
Humacao PL 00791

RECEIVED & FILED
2021 AUG 13 PM 2:51
CLERK'S OFFICE

7020 3160 0001 2191 7770

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

AUG 12
AMOUNT
$6.45
R2305K345714-04

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Rubén Garcia Acevedo*

Participant's Address:   *P.O. Box 2269, Moca, P.R. 00676*

Participant's Email Address:   *rumacada28@gmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *173836*

Nature of Claim:   *Salary Claim*

By:   *Rubén Garcia Acevedo*
Signature

*Rubén Garcia Acevedo*
Print Name

_____
Title (if Participant is not an individual)

*12 agosto de 2021.*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0950 0001 7957 5550

Rubén García Acevedo
P.O. Box 226
Moca, P.R. 00676

United States District Court
Clerk's Office
150 Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Judith Flores Cartagena_

Participant's Address: _Urb. Villa Nueva calle 2-K-31 Caguas, P.R. 00727_

Participant's Email Address: _—_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3383 - LTS_

Nature of Claim: _Promesa   Title III_

By: _(signature)_
Signature

_Judith Flores Cartagena_
Print Name

_____
Title (if Participant is not an individual)

_agosto 10 de 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith Flores Cartagena
Urb. Villa Nueva
Calle 2-K-31
Caguas, P.R. 00727-6905

Court's Clerk's Office
District Court, Clerks Office
Ave Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

FOREVER / USA



RECEIVED & FILED
2021 AUG 13 PM 3:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Madeline González Arroyo*

Participant's Address: *Urb. Santa Rita Calle 4 C-22 Vega Alta, P.R. 00692*

Participant's Email Address: *madelinegonzalezarroyo69@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO. 17BK 3283-LTS*

Nature of Claim: *Sistema de Retiro de P.R. maestros Departamento de Edu*

By: *Madeline González Arroyo*
Signature

*Madeline González Arroyo*
Print Name

_____
Title (if Participant is not an individual)

*12 agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Madeline Gonzalez Arroyo
Urb. Santa Rita
Calle 4 C-22 Vega Alta, P.R.
00692.

RECEIVED
2021 AUG 13 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan
P.R. 00918-1767