UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Myrna I. Aguayo Diaz
2. Richard Rzadkowski Chevere
3. Ruth Arlequin
4. Jorge L. Diaz Matos
5. Milagros Ocasio Pagan
6. Socorro Dones Torres
7. Wanda Cupeles Marchany
8. Luis Gerardo Souchet Velazquez
9. Aimee J. Rivera Bocanegra
10. Axel L. Torres Serrano
11. Ana Isabel Rivera Santana
12. Monserrate Moreno Miranda
13. Luis A. Diaz Torres
14. Darisabel Rodriguez Negron
15. Edgardo Colon Sanchez
16. Ada N. Carlo Acosta
17. Luz M. Perez Concepcion
18. Joel M. Velez Valentin
19. Felix Dalvis Ortiz (2 notices)
20. Lilliam E. Santana Rodriguez
21. Magda L. Santana Rodriguez
22. Myrna E. Lopez Alfonso
23. Nilda Colon Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Lynette Gonzalez

25. Hector H. Mercado Vega

26. Jose M. Melendez Ortiz

27. Ida Diaz Osorio

28. Victor M. Ramos Rivera

29. Omayra Vera Vargas

30. Carmen L. Diaz Caraballo

31. Rafael Garcia Garcia

32. Edith Torres Rodriguez

33. Ada I. Santiago Martinez

34. Yolanda Muskus Miranda

35. Cruz Crespo Martinez (2 notices)

36. Zoraida Aguayo Diaz

37. Luis O. Gonzalez Santiago

38. Mayra I. Diaz Diaz

39. Jose Luis Ramos Gomez

40. Juan E. Padua Velez

41. Norma del C. Soto Serrano (4 notices)

42. Sonia Fuster Gonzalez

43. Carlos M. Reymundi Concepcion

44. Daniel Martinez Rosario

45. Priscilla Feliciano Natal

46. Alberto Leon Colon

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Luz E. Echevarria Segui

    48. Maria E. Gonzalez Gonzalez

    49. Harry J. Seijo Gonzalez

    50. Virginia Candelario

Dated: August 16, 2021

4