Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:     *Myrna I. Aguayo Diaz*

Participant's Address:     *RR 2 Box 4159 Toa Alta, P.R. 00953*

Participant's Email Address:     *myrna.ive @ gmail.com*

Name of Counsel:     *N/A*

Address of Counsel:     *N/A*

Email Address of Counsel:     *N/A*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *173510*

Nature of Claim:     *Public Employee and pension Retiree Claim
                              Department of Education*

By:     *Myrna I Aguayo Diaz*
Signature

*Myrna I. Aguayo Diaz*
Print Name

_____
Title (if Participant is not an individual)

*12 agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Myrna I. Aguayo
RR2 Box 4159
Toa Alta P.R. 00953

RECEIVED & FILED
2021 AUG 13 ... 2 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

7021 0350 0001 3411 9979

To: United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE
FCM LETTER
VEGA ALTA, PR
00692
AUG 12, 21
AMOUNT
$7.00
R2305M114847-7

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Richard Rzadkowski Chevere

Participant's Address: URb. Quintas de Cupey A5 Calle 14, SJ, PR. 00926

Participant's Email Address: RRC10625 @ yahoo.com

Name of Counsel: Ivone Gonzalez Morales

Address of Counsel: Edificio Gallardo, San Juan, PR 00921

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Discovery for Codirmation of Commonwealth Plan of Adiasment

By: RQR

Signature

Richard Rzadkowski

Print Name

_____

Title (if Participant is not an individual)

08/12/2021

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richard Rzabowski
URb. Quintas de Cupey
A5 Calle 14
San Juan PR 00926

RECEIVED & FILED
2021 AUG 13  PM 3: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R



SAN JUAN PR 009
12 AUG 2021 PM 1 L



00918-173625 San Juan

Court's Clerk's Office
united satetes District court
clerk's office
150 Ave. carlos chardon Ste. 150
San Juann PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth Arlequin_

Participant's Address: _40 Condominio Caguas Tower Apt. 2201_
_Caguas, P.R. 00725_

Participant's Email Address: _arlequinruth@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51419_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Ruth Arlequin_
    Signature

_Ruth Arlequin_
Print Name

_____
Title (if Participant is not an individual)

_August 11th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Ruth Arleguín
40 Condominio Caguas Tower
Apt. 2001 Caguas P.R. 00725

RECEIVED & FILED
2021 AUG 13 PM 3: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

To: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 11, 21
AMOUNT
$7.00
R2304E106576-20

7021 0350 0001 3906 2287

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge L. Diaz Matos_

Participant's Address: _HC 03 Box 9670 Gurabo P.R. 00778_

Participant's Email Address: _diazmatosjorgeluis@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150895_

Nature of Claim: _Administrative Claim;7 Wage Claim_

By: _____
    Signature

_Jorge L. Diaz Matos_
Print Name

_____
Title (if Participant is not an individual)

_August 11 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ESTADO LIBRE ASOCIADO DE PUERTO RICO



## CERTIFICACIÓN

Certifico que **Jorge L. Díaz Matos**, seguro social XXX-XX-**4527,** fue empleado de la Policía de Puerto Rico, ocupó un puesto de **Agente**.

Ingresó el 16 de enero de 1984 a la **Agencia** y renunció el 20 de junio de 2013, para acogerse a los beneficios de pensión por años de servicio de la Administración de los Sistemas de Retiro.

Esta información fue corroborada por el **Sistema de Nómina de la Policía de Puerto Rico. (ADP/PAYROLL).**

Dada hoy 6 de abril de 2016, en San Juan, Puerto Rico.

Griselle Rodríguez Merced
Auxiliar En Sistema De Oficina II
Sección Servicios al Empleado
División Nombramientos y Cambios



ESTADO LIBRE ASOCIADO DE PUERTO RICO



GOBIERNO DE PUERTO RICO
POLICIA

RENUNCIA POR JUBILACION AÑOS DE SERVICIO Y
SOLICITUD ASCENSO AL RANGO DE SARGENTO POR MERITO

REF: DRPE-CCa-6-DSL-44-196-12/04/2013

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
DRPE-CCa-6-DSL-44-197                                12 de abril de 2013
>>>>>>>>>>>>>>>>>>>>>>>>>>   >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Referido al Tnte. Cor. Juan A. Cáceres Méndez 2-12896, Comandante de Área   de Caguas

Le remito carta de renuncia del Agente Jorge L. Díaz Matos 11789, adscrito al Distrito de San Lorenzo.  La razón obedece por acogerse a los beneficios del sistema de Retiro de Gobierno por jubilación 30 años de servicio.

La misma debe ser efectiva el día 30 de mayo de 2013, fecha establecida por el Sistema de Retiro de Gobierno.

Endoso, además para solicitarle que este compañero se le otorgue el rango de Sargento, a tenor con lo dispuesto en la ley53, conocida por la Ley de la Policía de Puerto Rico en su artículo 6 inciso 1, 120 días antes de ser efectiva su renuncia.

Esperando se le dé pronta atención a esta solicitud.

*Jnr O Pei Rojs 7-4531*

Tnte. II Luis A Pérez Rojas  7-4531
Comandante Int. Dtto. De San Lorenzo



Gobierno de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 - SAN JUAN PR 00940-2203

1 de julio de 2013

**JORGE L DIAZ MATOS**
**HC-3 BOX 9681**
**GURABO PR 00778**

Estimado (a) señor (a)  **DIAZ**:

Deseamos informarle que su solicitud de **PENSION POR MERITO** ha sido aprobada efectiva el
**31 DE MAYO DE 2013**.  La pensión que le corresponde recibir de acuerdo con la legislación
vigente es de **$1,962.43** mensuales y comenzará a recibir sus pagos en la  **SEGUNDA
QUINCENA DE JULIO DE 2013**.  Si posteriormente esta Administración determina la existencia
de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por edad y años de servicio o por mérito, podrán servir al Gobierno, sus
instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de
pensión, en las siguientes circunstancias;  prestar servicios profesionales y consultivos mediante
contrato a base de honorarios;  servir en puestos regulares con horario parcial que no exceda de
la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de
lo que correspondería al mismo puesto si fuera a jornada completa.

Para obtener información adicional al respecto, puede comunicarse libre de costo a través de
TELERETIRO al 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Héctor M. Mayol Kauffmann
Administrador

Wanda G. Sánchez Ortiz
Directora
Área de Servicios al Pensionado

MSOLIS




GOBIERNO DE PUERTO RICO

# RENUNCIA POR JUBILACIÓN POR AÑOS DE SERVICIO Y SOLICITUD DE ASCENSO AL RANGO DE SARGENTO (AGTE. JORGE L. DÍAZ MATOS 11789)

## (Re:/DRPE-CCa-6-DSL-44-196- - - - - 12/04/13)

DRPE-CCa-6-3-106            REGIÓN CAGUAS                    18/04/13

Referido al Cor. Leovigildo Vázquez Bonilla 1-10466, Director Región Este.

Le incluyo comunicación mencionada en el asunto suscrita por el Agte. Jorge L. Díaz Matos 11789, adscrito al Distrito de San Lorenzo.  En la misma presenta su renuncia para que sea efectiva **el 30 de mayo de 2013**.

No tenemos objeción a que sea ascendido al Rango de Sargento.

Tnte. Cor. Juan A. Cáceres Méndez 2-12896
Comandante Área de Caguas



# ASOCIACIÓN DE EMPLEADOS DE GOBIERNO DE PUERTO RICO
## DEPARTAMENTO DE SEGUROS

### SOLICITUD DE BENEFICIO POR AÑOS DE SERVICIO ASEGURADOS

VER INTRUCCIONES AL DORSO

## I - INFORMACIÓN SOBRE EL SOLICITANTE

| Nombre | Fecha de Nacimiento | Seguro Social | Teléfono |
|---|---|---|---|
| JORGE L. DIAZ MATOS | 10-05-1959 | | 787-408-0523 |

| Dirección Física | Dirección Postal |
|---|---|
| CARR. 941   KM. 5.0 BO. JAGUAS SECTOR LOS PAGANES GURABO | HC 03 BOX 9681 GURABO, PR. 00778 |

| Pueblo | Código Postal | Pueblo | Código Postal |
|---|---|---|---|
| GURABO | 00778 | GURABO | HC 03 BOX 9681      GURABO, PR 00778 |

| | | Fechas | |
|---|---|---|---|
| Indique la (s) Agencia (s) donde ha Trabajado | | Desde | Hasta |
| A)   POLICIA DE PUERTO RICO | | 16 ENERO 1984 | 30 DE MAYO DE 2013 |
| B) | | | |
| C) | | | |

### Conteste las siguientes preguntas

¿Fecha ingresó al seguro? _____
Mes /Día / Año

¿Cambió de categoría de Seguro?

☐ Sí   Fecha _____

☐ No

¿Perdió el seguro alguna vez?

☐ Sí   Fecha _____

☐ No

2 3 Mayo 2013
Fecha de Solicitud

¿Ha vuelto a ingresar al seguro alguna vez?

☐ Sí   Fecha _____

☐ No

_Firma del Solicitante_

## II - CERTIFICACIÓN DE LA AGENCIA

Certifico que   Jorge L. Diaz Matos            Seguro Social

Cesó de trabajar en esta agencia en   6-20-13
Mes /Día /Año

Disfrutó de Licencia sin Sueldo desde   12-23-1998   hasta   4-25-2000
Mes /Día / Año                              Mes /Día / Año

Fecha último descuento de Seguro   6-30-13
Mes /Día / Año

Policia De Puerto Rico
Nombre de la Agencia

14-8-13
Fecha de Certificación

_____
Nombre Director de Personal o su Representante Autorizado

_____
Firma Director de Personal o su Representante Autorizado

## III - CERTIFICACIÓN DE LA AGENCIA O SISTEMA DE RETIRO QUE PAGA LA ANUALIDAD O PENSIÓN

**UNA VEZ SE LE APRUEBE LA PENSIÓN O ANUALIDAD DEBERÁ CERTIFICAR ESTE FORMULARIO EN EL SISTEMA DE RETIRO O AGENCIA A LA CUAL PERTENECE.**

Certifico que a _____ Seguro Social _____

se le aprobó la pensión o anualidad efectivo al _____
Mes / Día / Año

_____
Nombre del Sistema de Retiro o Agencia al cual Pertenece

_____
Nombre Director o su Representante Autorizado

_____
Fecha de Certificación

_____
Firma Director o su Representante Autorizado

AEGPR - 42 pdf
8-2011(Rev.)

AE - 38 pdf
3 - 2012 (Rev.)



**SOLICITUD PARA CONTINUAR ACOGIDO AL SEGURO POR MUERTE Y AUTORIZACIÓN DE DESCUENTOS DE LA PENSIÓN**

| ORIGINAL - Asociación (AE) |
| COPIA - Asociado |

| 1. NOMBRE Y APELLIDOS | 2. NÚM. EMPLEADO | 3. NÚM. SEGURO SOCIAL |
|---|---|---|
| Jorge L. Diaz Matos | | |

| 4. DIRECCIÓN POSTAL | 5. TELÉFONO | 6. FECHA DE NACIMIENTO Mes / Día / Año | 7. PLAN DE SEGURO |
|---|---|---|---|
| HC 03 Box 9681 Gurabo PR 00778 | 787-468-0523 | 10  05  59 | |

La Sección 19 de la Ley Núm. 165 del 11 de agosto de 1988 dispone que los empleados que pertenecen al Seguro por Muerte, que cesen en sus empleos, podrán continuar acogidos al Seguro por Muerte si así lo notifican por escrito a la Asociación. TIENE SESENTA (60) DÍAS CALENDARIOS, A PARTIR DE LA FECHA DE CESE PARA RADICAR ESTA SOLICITUD. Recuerde que todo asegurado que deje al descubierto su seguro por más de seis (6) meses consecutivos perderá el derecho al mismo. Evite que esto ocurra pagando a tiempo su seguro, una vez aprobada su solicitud para continuar acogido al Seguro por Muerte.

Si desea continuar Acogido al seguro como socio (a), luego de haber liquidado sus ahorros a través de pago directo, inicie y firme.

Prima  $ _____                              Iniciales  _JLDM_

_[firma]_                                        23 Mayo 2013
FIRMA DEL ACOGIDO                               FECHA

## CERTIFICACIÓN DE LA AGENCIA

(FAVOR DE LLENAR TODOS LOS ENCASILLADOS)

CERTIFICO COMO CORRECTOS LOS SIGUIENTES DATOS:

Nombre empleado  Jorge L. Diaz Matos

Depto., Agencia o Instrumentalidad Pública  Policia De Puerto Rico

Fecha de aceptación de la renuncia  6-20-13     Fecha de cese  6-20-13
                                    Mes / Día / Año              Mes / Día / Año

Razón de cese  Pension          SISTEMA DE RETIRO QUE PERTENECE: _____

En licencia sin sueldo: Desde  12-23-1998  hasta  4-25-2000
                                Mes / Día / Año         Mes / Día / Año

Se descontaron cuotas para seguro de la Asociación hasta _____
                                                          Mes / Día / Año

FECHA DE RECIBIDO EN LA AGENCIA          NOMBRE EN LETRA DE MOLDE, JEFE PERSONAL O SU
                                         REPRESENTANTE AUTORIZADO Y TELÉFONO
14-8-13
FECHA DE CERTIFICACIÓN                   FIRMA, JEFE PERSONAL O SU REPRESENTANTE AUTORIZADO

## LLENE SOLAMENTE SI SE VA A PENSIONAR

La Ley 86 del 26 de junio de 1974 y la Ley 165 del 11 de agosto de 1988, las cuales enmiendan la Ley Núm. 133 del 28 de junio de 1966, conocida como la Ley de la Asociación de Empleados de Gobierno de Puerto Rico, confiere a los Pensionados Acogidos al Seguro por Muerte que lo autoricen, a continuar aportando de su pensión para el Fondo de Ahorro y Préstamos y poder así tener derecho a hacer préstamos y a otros beneficios. También se confiere el derecho, si lo autoriza previo a la jubilación, a continuar cotizando ahorros de su pensión, sin interrupción ni liquidar la cuenta. Establece, además que para disfrutar de este beneficio las cuotas del Seguro por Muerte deben ser descontadas de la pensión. A tales fines, yo, como Pensionado Acogido al Seguro por Muerte de la Asociación de Empleados de Gobierno de Puerto Rico, AUTORIZO AL SISTEMA DE RETIRO, a que descuente de mi pensión y remita directamente a la Asociación las aportaciones que correspondan, según indico a continuación.

**Autorización de Descuentos de la Pensión (Escoja una de las siguientes opciones)**

Si desea continuar Acogido Liquidando Ahorros, escoja una de las siguientes, inicie y firme.

DESCUENTO DE SEGURO SOLAMENTE        [ ] $ _____
                                     Iniciales _____

DESCUENTO DE SEGURO Y AHORROS        [X] 3%  [ ] Mayor 3% indique  % _____
                                     Iniciales  JLDM

Si desea mantenerse en Continuidad Sin Liquidar Ahorros, seleccione, inicie y firme.
DESCUENTOS CONSECUTIVOS DE SEGURO, AHORRO Y PRÉSTAMO, SIN LIQUIDAR CUENTA (SOCIO ACOGIDO EN CONTINUIDAD)

Autorizo el siguiente Descuento de Ahorros:    [ ] Solicito mantenerme vinculado a la AE como Socio Acogido en Continuidad.
                                               3%  [ ] Mayor 3%  Indique  % _____

                                               Iniciales Socio

Es necesario que verifique mensualmente en su talonario del cheque de la pensión que su Sistema de Retiro le efectúe los descuentos correspondientes según indicado. Si los descuentos no se reflejan en su cheque, deberá realizar los pagos directamente a esta Asociación y comunicarse con nuestros Departamentos de Seguros y Cobros. Recuerde que todo asegurado que deje al descubierto su seguro por más de seis (6) meses consecutivos perderá el derecho al mismo. Evite que esto ocurra pagando a tiempo una vez aprobada su solicitud para continuar acogido al Seguro por Muerte.

_[firma]_                                        23 Mayo 2013
Firma del Acogido Pensionado                    Fecha

P.O. BOX 4508 SAN JUAN, PUERTO RICO 00936-4508



**aeela**
ASOCIACIÓN DE EMPLEADOS DEL ELA

La cuenta del socio que se indica a continuación refleja el siguiente
balance tentativo sujeto a revisión final:

Nombre del socio: DIAZ MATOS JORGE

Agencia : POLICIA DE PUERTO RICO

Seguro Social :

Balance deuda a : MAYO de 2013

Balance deuda aplicando Ahorros y Dividendos: S A L D O

Para que así conste, firmo la presente, hoy 16 de Mayo de 2013, en San
Juan, Puerto Rico.

LUZ CRESPO
Oficial de Servicios II
Sucursal de Caguas
Teléfono: (787) 641-4075.

La sección 14 de la Ley Núm. 133 de 28 de junio de 1966, según
enmendada, establece que: "Todo crédito, depósito o sobrante por
cualquier concepto en el Gobierno Estatal, o una dependencia o
instrumentalidad de éste, a favor de un asociado que habiendo cesado en
su puesto estuviere en deuda con la Asociación, que no esté gravado en
el sistema de retiro correspondiente será retenido por el Secretario de
Hacienda de Puerto Rico o el funcionario competente y transferido a los
fondos de la Asociación para solventar parcial o totalmente la deuda
pendiente con la misma".

AE - 196

**ASOCIACIÓN DE EMPLEADOS** DE GOBIERNO DE PUERTO RICO

## SOLICITUD DE LIQUIDACIÓN
## DE AHORROS Y DIVIDENDOS

ORIGINAL - ASOCIACIÓN
COPIA - ASOCIADO

| PARTE I | A SER LLENADA POR EL SOCIO | | |
|---|---|---|---|

1. Nombre y Apellidos: Jorge L. Diaz Matos    Núm. Empleado:    Núm. Seg. Social:

2. Dirección Residencial: Carr-941 Km 5-0 Bo. Jaguas Gurabo P.R 00778    Teléfono: (787) 408-0523

3. Dirección Postal: HC 03 BOX 9681 Gurabo P.R. 00778    Código Postal:

4. Indique la agencia anterior donde trabajó    Fechas    Zona o Pueblo

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Fecha de Nacimiento Mes, Día, Año |
|---|---|---|---|---|
| Depto. Del Trabajo Re. Hum. | Oficinista | 01-04-1982 | 11/30/1983 | 10/05/1959 |

5. Fecha de Efectividad de la Renuncia

Indique Fecha (s) de Licencia (s) sin Sueldo

6. Tiene AE Mastercard   Sí ☐   No ☑
Número de cuenta:

7. Nombre y dirección del pariente más cercano que no viva con usted: Miraida Diaz Ocasio  Bo. Jaguas  Gurabo P R

SOLICITO la liquidación de mis ahorros y dividendos acumulados en la Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta.

_Jorge Diaz Matos_
*Firma del Solicitante*

Fecha

Firma del Testigo

**NOTA: Debe acompañarla con las siguientes certificaciones de deuda:**
  * **Administración para el Sustento de Menores (ASUME) (90 días)**
  * **Administración de los Sistemas de Retiro de Empleados del Gobierno
    y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural.**
  **(no aplica a socios que se acojan a los beneficios de jubilación)**

* Para uso exclusivo de casos en que los socios no sepan firmar

Correo Electrónico (E-Mail)

| PARTE II | PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A) |
|---|---|

Si es cónyuge viudo, favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido:

☐ Bajo el régimen de Sociedad Legal de Gananciales.    ☐ Bajo Capitulaciones Matrimoniales.

| PARTE III | A SER LLENADA POR LA AGENCIA |
|---|---|

Nombre del Asociado: Jorge L. Diaz Matos

Agencia: Policia De Puerto Rico    Seguro Social:

Fecha (s) de Licencias sin Sueldo   1. 12/23/1998    Hasta: 4/25/2000
Desde: (sea Específico)    2. ___    Hasta: ___
    3. ___    Hasta: ___

Fecha de Efectividad de la Renuncia: 6-20-2013    Razón de Cese: Pension

Sistema de Retiro al cual pertenece: ___

**SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:**

a) ¿Cuál? ___    b) Fecha ___

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON  REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| Abril 13 | 91.90 | | 438.00 |
| Mayo 13 | 91.90 | | 438.00 |
| Junio 13 | 45.95 | | 219.00 |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES* $ ___
*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA (S) DEUDA (S).

(Firme en forma legible)

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta.

Preparado por ___    787-793-1234    Dir. de Recursos Humanos o su Representante Autorizado (Use letra de molde)
    Teléfono Funcionario Autorizado (Indicar Ext.)

Nómina Núm. ___

Fecha ___    14-8-13    Firma
    Fecha de Certificación

Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box  364508 San Juan, Puerto Rico  00936-4508

EFI 240
Rev. 12-2003

Policía de Puerto Rico

**CERTIFICACION SOBRE RELEVO DE OBLIGACIONES CON LA AGENCIA**

NOMBRE: Serge A. Díaz Matos PLACA O SERIE: 11789 AREA: Carceles SEGURO SOCIAL:

DIRECCION: Guaba P.R.

FECHA SOMETIO: UNIDAD DE TRABAJO: Distrito De San Lorenzo

[X] RENUNCIA  PENSION  [ ] EXPULSION  [ ] SEPARACION POR INCAPACIDAD

FECHA EFECTIVIDAD: Mayo 30 de 2013

SUPERVISOR INMEDIATO:

| UNIDAD DE TRABAJO | CERTIFICO QUE LA PERSONA CUYO NOMBRE SE INDICA ARRIBA NO TIENE OBLIGACION ALGUNA CON LA UNIDAD QUE REPRESENTO NOMBRE Y PUESTO | FIRMA | FECHA |
|---|---|---|---|
| UNIDAD DE TRABAJO DEL EMPLEADO QUE CESA EN FUNCIONES | | | |
| AREA CENTRAL O DE AREA (SEGÚN CORRESPONDA) | | | |
| DEPOSITO DE ARMAS | | | |
| INSTITUTO DE ADIESTRAMIENTO [ ] LIBRE DE GRAVAMEN POR CONCESION DE BECA (piso 2) | | | |
| DIVISION DE NOMBRAMIENTOS Y CAMBIOS [ ] TARJETA IDENTIFICACION (piso 8) | | | |
| [ ] TARJETA IDENTIFICACION GUARDIA NACIONAL | | | |
| DIVISION DE LICENCIAS [ ] LIBRE DE GRAVAMEN DE TIEMPO (piso t) | | | |
| SECCION DE HORAS EXTRAS (piso 3) | | | |
| DIVISION DE NOMINAS [ ] LIBRE DE GRAVAMEN POR FONDOS PAGADOS INDEBIDAMENTE (piso 8) | | | |
| SECCION DE PROPIEDAD (FINANZAS) [ ] NO ADEUDA EQUIPO (piso 5) | | | |
| OFICINA DE ASUNTOS LEGALES [ ] NO TIENE CARGOS PENDIENTES (piso 9) | | | |
| SUPERINTENDENCIA AUXILIAR EN RESPONSABILIDAD PROFESIONAL (piso 10) [ ] NO TIENE INVESTIGACIONES PENDIENTES | | | |
| SUPERINTENDENCIA AUXILIAR EN INVESTIGACIONES CRIMINALES [ ] NO TIENE INVESTIGACIONES PENDIENTES | | | |
| BIBLIOTECA DE LA ACADEMIA DE LA POLICIA [ ] NO ADEUDA LIBROS (piso 11) | | | |
| NEGOCIADO DE TECNOLOGIA Y COMUNICACIONES [ ] ADEUDA EQUIPO [ ] CUENTA DE ACCESO A LA RED [ ] ACCESO A SISTEMAS DE JUSTICIA CRIMINAL (piso 4) | | | |

CERTIFICO QUE EL EMPLEADO DE EPIGRAFE: [ ] QUEDA RELEVADO DE SUS FUNCIONES CON LA AGENCIA [ ] NO HA CUMPLIDO CON LOS REQUISITOS PARA RELEVARLE DE SUS FUNCIONES (EXPLIQUE AL DORSO)

OBSERVACIONES:



Jorge L. Diaz Matos
HC 03 Box 9620
Gurabo P.R. 00778

RECEIVED &
2021 AUG 13 PM 3:00
CLERK'S OFFICE
DISTRICT COURT

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7020 1810 0000 3024 5395

AUG 12 20
SAN JUAN, PR 00936

U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Milagros Ocasio Pagán_

Participant's Address:  _HC 03 Box 9670 Gurabo P.R. 00778_

Participant's Email Address:  _Milagros Ocasio Pagan @ Out look.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _135863_

Nature of Claim:  _Administrative Claim i7. Wage Claim_

By:  _Milagros Ocasio_
Signature

_Milagros Ocasio Pagán_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767)

Milagros Osorio Pagán
HC 03 Box 9670
Gurabo P.R. 00778

RECEIVED & FILED
2021 AUG 13 PM 2:59
CLERK'S OFFICE
U S DISTRICT COURT

7020 1810 0000 3024 5401

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778
AUG 12, 21
AMOUNT

$6.65

1000      00018

UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Socorro Dones Torres

Participant's Address:   Urb. Brisas del Mar  9 Calle Abraham
Arroyo, P.R. 00714

Participant's Email Address:   Donessocky35@gmail.com

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.   Participant's Claim number and the nature of Participant's Claim:  Ley-32 Numeroso
Ley de ajuste Salarial Aumento sueldo

Claim Number:   Leyes Aplicables-Ley-431, Ley-410 octuber 2000
Salario minimo o Federal

Nature of Claim:   NO. 17 BK 3283 LTS

By:   _[signature]_
Signature

Socorro Dones Torres
Print Name

_____
Title (if Participant is not an individual)

agosto 6, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Socorro Dones Torres
Urb. Brisas del Mar
9 Calle Abraham
Arroyo, P.R. 00714

7021 0350 0001 0814 0550

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Discovery Notice to the Court's
Office at:
United State District Court's Clerk's
Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918 - 1767

CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
AUG 12, 21
AMOUNT
$6.85
R2304M114202-28

2021 AUG 13 PM 2 52

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Cupeles Marchany_

Participant's Address: _Villa Interamericana B-8 Calle 6 San Germán P.R 00683_

Participant's Email Address: _mysticemerald55 @ gmail.com_

Name of Counsel: _0_

Address of Counsel: _0_

Email Address of Counsel: _0_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _66481_

Nature of Claim: _PROMESA TITULO III_

By: _Wanda Cupeles Marchany_
Signature

_Wanda Cupeles Marchany_
Print Name

_Participant's_
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Wanda Cupeles-Marchany
Urb. Villa Interamericana
B8 Calle 6
San German, PR 00683

CERTIFIED MAIL

7021 0350 0002 1734 7657

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LG ENV
SAN GERMAN, PR
00683
AUG 2, 21
AMOUNT
$6.45
R2305K136912-8

AUG 13 PM 2 52
RECEIVED & FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis Gerardo Souchet Velázques_

Participant's Address: _HC-2 BOX 6298 Adjuntas, P.R. 00601_

Participant's Email Address: _luisou18@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
    Signature

_Luis Gerardo Souchet Velázques_
Print Name

_Public employer_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis H. Bouchet Vélez Jr.
He.3 Box 6298
Adjuntas P.R. 00601

7019 1640 0002 2395 6265

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

Disto bey Notice To The Courts Attention right a:
United States District court clerk office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00 918-1767



U.S. POSTAGE PAID
FCM LETTER
COROZAL, PR
AUG 12, 21
AMOUNT
$6.45
R2305K134225-23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aimee J. Rivera Bocanegra

Participant's Address: Portal de Ceiba 23 C/Carlos Carlo Figueroa Ceiba PR00735

Participant's Email Address: Aimeejudith.Rivera104@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 34577

Nature of Claim: Pensión / Retiree

By: _Aico Rivera_
Signature

Aimee J. Rivera Bocanegra
Print Name

_____
Title (if Participant is not an individual)

9 de Agosto de 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 2 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aimeé Rivera Bocanegra
Portal de Ceiba 83
Ql Carlos C. Figueroa
Ceiba PR 00735-2748

United States District Court, Clerk Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 2:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

7009 3410 0000 9413 8515

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

U.S. POSTAGE PAID
PUERTO REAL, PR
00740
AUG 12, 21
AMOUNT
1000
$7.00
00918
R2304P119091-10

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Axel L. Torres Serrano*

Participant's Address:  *Urb. ext. La Margarita, B1, Salinas, P.R. 00751*

Participant's Email Address:  *axelluis2001@yahoo.com*

Name of Counsel:  —

Address of Counsel:  —

Email Address of Counsel:  —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *173984*

Nature of Claim:  *Salary Claim, Court of first Instance San Juan, P.R. - Civil Num. K PE 2007-4359 (803)*

By:  _____
Signature

*Axel L. Torres Serrano*
Print Name

_____
Title (if Participant is not an individual)

*Aug. / 12 / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Abel L. James
urb. ext. La Margarita, 131
Salinas, P.R. 00751

UNITED STATES
POSTAL SERVICE
1000

RECEIVED
21 AUG 13
CLERK
U.S. DIST

00918

U.S. POSTAGE PAID
FCM LETTER
SALINAS, PR
AUG 12 '21
AMOUNT
$6.45
R2305K135343-06

CERTIFIED MAIL

7021 0350 0002 3124 1115

00918-1706.25

United State District Court
Clerk's office
150 Ave. Carlos Charlon
Ste. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Ana Isabel Rivera Santana_

Participant's Address:   _Box 892 Vega Alta, P.R. 00692_

Participant's Email Address:   _____

Name of Counsel:   _N/A_

Address of Counsel:   _N/A_

Email Address of Counsel:   _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _56783_

Nature of Claim:   _See back paper_

By:   _Ana Isabel Rivera Santana_
     Signature

     _Ana Isabel Rivera Santana_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 11, 2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arecibo agosto 5, 2021

# Nature of claim

Under the responsability of Governor of The Commonwealth of Puerto Rico, Carlos Romero Barceló, during the years 1980 - 1984 an increase of salary know as "El Romerazo" (Law 89) granted the amount of $ 100.00 monthly that was never pay. I retired in 1981.

Also during the years 1984 - 1997 under the Labor Scale Law # 164 was granted a 3% every three years to increase the pension of retirement. It was never pay either.

The other one is Labor Law # 9

Respectfully submitted
Ana Isabel Rivera Santana

Ana Isabel Rivera Santana
Box 892
Vega Alta, PR. 00692

RECEIVED
2021 AUG 13 PM 2:53
CLERK'S OFFICE
DISTRICT COURT

United States District
Court Clerks Office
150 Ave. Carlos Chardón, Ste 150,
San Juan, P.R. 00 918-1767

00918-170625

CERTIFIED MAIL

7020 1290 0002 1267 8104

SAN JUAN PR 009
12 AUG 2021





1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Monserrate Moreno Miranda_

Participant's Address: _Ext. Mariani 2038 Calle Wilson Ponce PR._
_00717_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155471_

Nature of Claim: _____

By: _[signature]_
Signature

_Monserrate Moreno Miranda_
Print Name

_____
Title (if Participant is not an individual)

_11/8/2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's) Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Monserrate Moreno Miranda
Calle Wilson # 2038
Ponce, P.R. 00717

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

00918-170625

7019 2280 0001 7922 4653

CERTIFIED MAIL

United States District Court Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00716
AUG 11, 21
AMOUNT
$7.00
R2305K136463-04

2021 AUG



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Diaz Torres_

Participant's Address: _HC-01 - Box 1081 - Arecibo, P.R. 00612_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109339_

Nature of Claim: _17 BK 03283-LTS Commonwealth of PuertoRico_

By: _Luis A. Diaz Torres_
Signature

_Luis A. Diaz Torres_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 11 - 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Luis A. Díaz Torres
HC-01 - Box 1081
Arecibo, PR. 00612

RECEIVED & FILED
2021 AUG 13 PM 2 53
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.
RETURN RECEIPT
REQUESTED

0091881706 0018

7019 1120 0000 7609 5280

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RETURN RECEIPT
REQUESTED



$7.00

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Darisabel Rodriguez Negrón_

Participant's Address:   _6319 Bridgecrest Dr. Lithia, FL. 33547_

Participant's Email Address:   _nieves hector @ hotmail. com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _68254_

Nature of Claim:   _Public Employee Claims_

By:   _Darisabel Rodriguez Negrón_
     Signature

_Darisabel Rodriguez Negrón_
Print Name

_Title III_
Title (if Participant is not an individual)

_8/5/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Davisabel Rodriguez Negron
6319 Bridgecrest Dr.
Lithia, FL
33547

RECEIVED & FILED
2021 AUG 13 PM 2: 53
U.S. DISTRICT COURT
SAN JUAN, P.R.

7021 0350 0002 2709 4275

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edgardo Colón Sanchez

Participant's Address: Urb. Jardines del Caribe, street 41-RR #11, Ponce, P.R. 00728

Participant's Email Address: Mared_distributors @ hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 173631

Nature of Claim: Public Employee (unearned salary)

By: _____
Signature

Edgardo Colón Sanchez
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Edgardo Colon
Urb Jardines del Caribe
calle 41-RR #11
Ponce P.R. 00728

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United State District Court, Clerk office
150 Ave. Carlos Chardon Str. 150
San Juan, P.R. 00918-1767

7020 1810 0000 5515 5167

CERTIFIED MAIL

00918-1706c5

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ada N. Carlo Acosta*

Participant's Address: *Puerto Real 85B Calle Guamani Cabo Rojo, P.R. 00623*

Participant's Email Address: *ada2014pr@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *72923*

Nature of Claim: *Salary Claim (Court of first instance San Juan P.R. Civil Num. KPE 2007-4359 (803)*

By: *Ada N. Carlo Acosta*
Signature

*Ada N. Carlo Acosta*
Print Name

_____
Title (if Participant is not an individual)

*11 de agosto de 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ada N. Carlo Acosta
Puerto Real 858
Calle Guamani
Cabo Rojo, P.R. 00623

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706125

7020 1810 0001 3354 8379

CERTIFIED MAIL

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
00623 ROJO, PR
AUG 11, 21
AMOUNT
$7.00
R2305M147882-16

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz M. Pérez Concepción

Participant's Address: Box 902-0130, San Juan, Puerto Rico, 00902-0130

Participant's Email Address: margie1300@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: Law 88-1993, Law 96-2002, Law 164-2003, Law 164-2004, Law 109-2008

Nature of Claim: Unpaid salary increase and steps no taken

By: Luz M. Pérez Concepción
Signature

Luz M. Pérez Concepción
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Luz M. Pérez Concepción,
Box 902-0190, San Juan,
Puerto Rico, 00902-0190

CERTIFIED MAIL

7020 1290 0002 0817 4245

RETURN RECEIPT
REQUESTED

RECEIVED & FILED
2021 AUG 13 PM 2:54

To: The United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R., 00918-1767

U.S. POSTAGE PAID
SAN JUAN, PR
$6.45

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joel M. Vélez Valentín_

Participant's Address: _25 Paseo Adrián Acevedo Las Marías P.R. 00670_

Participant's Email Address: _jm.velez@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retiro 2000, Retiro Hibrido y Retiro Por_

By: _[signature]_
   Signature

   _Joel M. Vélez Valentín_
   Print Name

   _____
   Title (if Participant is not an individual)

   _11 de agosto de 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Joel M. Vélez Valentín
25 Paseo Adrian Acevedo
Las Marias PR 00670

RECEIVED & FILED
2021 AUG 13 PM 2:54
CLERK'S OFFICE
U.S. DISTRICT COURT

7020 1810 0001 7133 5191

CERTIFIED MAIL

US District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR. 00918

00918-170625

U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
AUG 11, '21
AMOUNT
$6.45
R2305K132906-8

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delvis Ortiz - Félix_

Participant's Address: _223 Calle Segunda, Coquí, Aguirre PR 00704_

Participant's Email Address: _____

Name of Counsel: _?_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16 414_

Nature of Claim: _COFINA Bond_

By: _Delvis Ortiz Félix_
Signature

_Delvis Ortiz Félix_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delvis Ortiz Felix
223 Calle Segunda, Bo. Coqui
Aguire PR 00704

RECEIVED & FILED
2021 AUG 13 PH 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Chardon Ste 150
San Juan, PR 00918-1767



7018 3090 0001 7299 7537

CERTIFIED MAIL





U.S. POSTAGE PAID
FCM LETTER
AGUIRRE, PR
00704
AUG 11. 21
AMOUNT
$4.15
R2305E123298-24



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delvis Ortiz Félix_

Participant's Address: _223 calle Segunda, Bo. Coqui, Aguirre PR 00704_

Participant's Email Address: _____

Name of Counsel: _?_____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107400 / 128147 / 134347 / 152282 / 145947_

Nature of Claim: _I was employee in the Department of Education of PR from 1975 - 2004_

By: _Delvis Ortiz Félix_
Signature

_Delvis Ortiz Félix_
Print Name

_____
Title (if Participant is not an individual)

_August 8, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delvis Ortiz Felix
223 Calle Segunda, Bo. Coqui
Aguirre PR 00704

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clark's Office
150 Ave. Chardon, Ste 150
San Juan, PR 00918 - 1767







U.S. POSTAGE PAID
FCM LETTER
AGUIRRE, PR
00704
AUG 11, 21
AMOUNT
$4.15
R2305E123298-24

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lilliam E. Santana Rodriguez_

Participant's Address: _HC 46 Box 6142, Dorado, P.R. 00646-9632_

Participant's Email Address: _liessa1221@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44770_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Lilliam E. Santana Rodriguez_
Signature

_Lilliam E. Santana Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lilliam E. Santana Rodriguez
HC 46, Box 6142, Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 13 PM 2:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7020 1810 0001 2777 2544

U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
AUG 11, 21
AMOUNT
**$6.45**
R2304E107044-13

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magda L. Santana Rodriguez_

Participant's Address: _HC 46 Box 6144 Dorado P.R. 00646-9632_

Participant's Email Address: _Malusa 1351@Yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97249_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Magda L. Santana Rodriguez_
Signature

_Magda L. Santana Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Magda L. Santana Rodríguez
HC 46 Box 6144 Dorado PR 00646

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
US DISTRICT COURT
San Juan, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

7020 1810 0001 2777 2636

U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
AUG 11, 21
AMOUNT
**$6.45**
00918    R2304E107044-13

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Myrna I. López Alfonso

Participant's Address: Bda. Salazar Calle Sabio #1639 Ponce, P.R. 00717

Participant's Email Address: myrni_21@live.com

Name of Counsel: No

Address of Counsel: No

Email Address of Counsel: No

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: Incentive of. Law 89

By: _____
Signature

Myrna E Lopez Alfonso
Print Name

IVU
Title (if Participant is not an individual)

Agusto /2/021
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna E. López Alfaro
Bda. Salazar Calle Segio #1039
Ponce, P.R. 00717-1825

RECEIVED & FILED
2021 AUG 13 PM 2:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's Office 150
Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
11 AUG 2021 PM 2 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Colón Rivera_

Participant's Address: _HC01  BOX 4073  Juana Díaz P.R. 00795-9702_

Participant's Email Address: _nildacolon54@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 56854 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Nilda Colón Rivera_
Signature

_Nilda Colón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Colón Rivera
HC01 Box 4073
Juana Díaz, P.R. 00795-9702

RECEIVED & FILED
2021 AUG 13 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
11 AUG 2021 PM 2' L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lynette Gonzalez_

Participant's Address: _20 Lenox Avenue #70 Nyc. My 10026_

Participant's Email Address: _BellaCarter23@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS_

Nature of Claim: _intention to participate in discovery_

By: _[signature]_
Signature

_Lynette Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_08/09/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lynette Roman Ba (B)
20 Lenox Ave Apt
N.Y.C., N.Y. 10026

NEW YORK NY 100
16 AUG 2021   PM 11 L

RECEIVED & FILED
2021 AUG 11 PM 2: 55
United States District Court, Clerk Office
150 Ave. carlos chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Hectn H. Mercado Vega_

Participant's Address: _HC-04 Box 406e Villalba, PR 00766_

Participant's Email Address: _hmercado 820704@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55295_

Nature of Claim: _Pension / Retiree Claims_

By: _[signature]_
     Signature

_Hector Mercado Vega_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are *not* represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hechn Mellede Vega
HC-04 Box 4060
Villalba, PR 00766

RECEIVED & FILED
2021 AUG 31 PM 2:55
SAN JUAN P.R.
CLERK'S OFFICE
U.S. DISTRICT COURT

00918-170625

SAN JUAN PR   009
11 AUG 2021 PM 2 L

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' M. Meléndez Ortiz_

Participant's Address: _Box 334 Naguabo P.R. 00718_

Participant's Email Address: _Jose-melendezortiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147572 y 154332_

Nature of Claim: _Salarios impagos_

By: _____
Signature

_Jose' M. Meléndez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_12 Agosto - 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José M. Meléndez Ortiz
Box 334
Naguabo P.R. 00718

00918-170625

United States District Court
Clerk's Office,
150 Ave. Carlos Chardón Ste. 150,
San Juan P.R. 00918-1767

SAN JUAN PR   009
12 AUG 2021  PM 1  L



RECEIVED & FILED

2021 AUG 13  PM 2: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _I de Diaz Osorio_

Participant's Address: _Calle Amapola 726, La Ponderosa, Rio Grande PR 00745_

Participant's Email Address: _perla.violeta2018@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141174     y    153024_

Nature of Claim: _Salarios impagos_

By: _____
Signature

_Ida Diaz Osorio_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ida Díaz Osori
Calle Amapola 726
Le Andeza
2da Granch, P.R. 00745

RECEIVED & FILED
2021 AUG 13 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-1706.25

United States District Court Clerk's
Office,
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor M. Ramos Rivers_

Participant's Address: _Calle Guan 882 4ta Ext. Country Club. Rio Piedras PR 00924_

Participant's Email Address: _Carmenzoraide 23 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150208_   y   _154036_

Nature of Claim: _Salarios impagos_

By: _Victor M Ramos Rivera_
Signature

_Victor M. Ramos Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor M. Ramos Rivera
Calle Guan 882
4ta Ext. Country Club
Rio Piedras, PR 00924

RECEIVED & FILED
2021 AUG 13 PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
12 AUG 2021 PM 1 L

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Dmayra Vera Vargas

Participant's Address: Jardines de Country Club 16A AA #12-A Carolina, P.R. 00985

Participant's Email Address: Dmy_vera@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 65840

Nature of Claim: Pension / Retiree Claims

By: Dmayra Vera Vargas
Signature

Dmayra Vera Vargas
Print Name

_____
Title (if Participant is not an individual)

Date: 11-agosto-2021
August 11, 2021

RECEIVED & FILED
2021 AUG 13 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Omayra Vera Vargas
Jardines de Country Club
16A AA #12-A
Carolina, P.R. 00985

RECEIVED & FILED
2021 AUG 13 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos chardon ste.
San Juan, P.R. 00918-1767

SAN JUAN PR 009
12 AUG 2021 PM 1

FOREVER USA

Barn Swallow

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen L. Diaz Caraballo*

Participant's Address: *5 H15   Calle 8   Urb. Monte Brisas 5*
*Fajardo P.R.*

Participant's Email Address: _____

Name of Counsel: *n/a*

Address of Counsel: *n/a*

Email Address of Counsel: *n/a*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *146109*

Nature of Claim: *Empleados Publicos / pensión jubilado*

By: *Carmen L. Diaz Caraballo*
Signature

*Carmen L. Diaz Caraballo*
Print Name

_____
Title (if Participant is not an individual)

*8/10/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen L. Díaz Castillo
5415 Calle 8 Urb. Monte Brisas
Fajardo P.R. 00738

RECEIVED & FILED
2021 AUG 13  PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office at
United States District Court
Clerk's Office 150
Ave. Carlos Chardon, Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   009

12 AUG 2021  PM 1  L

00918-176625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Garcia Garcia_

Participant's Address: _5H15 Calle 8 Urb. Monte Brisas 5_
_Fajardo P.R. 00738_

Participant's Email Address: _____

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162278_

Nature of Claim: _Empleados públicos - pension - jubilados_

By: _Rafael Garcia Garcia_
Signature

_Rafael Garcia Garcia_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

RECEIVED & FILED
2021 AUG 13   PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Herení García
5 H15 Calle 8 Urb. Norte Buena
Fajardo, P.R. 00738

RECEIVED & FILED
2021 AUG 13 PM 2:55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Clerk's Office at
United State District Court
Clerk's Office 150
Ave Carlos Chardon, Sti. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edith Torres Rodriguez*

Participant's Address: *60 Carlton Ave apt 3H Brooklyn 11205*

Participant's Email Address: *Lourdes1128@HotMail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No 17 BK 3283*

Nature of Claim: *Pension = G don't Know if they defen algons*

By: *Edith Torres Rodriguez*
Signature

*Edith Torres Rodriguez*
Print Name

*COOCK = Cocinera*
Title (if Participant is not an individual)

*8-10-21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edith Torres Roch
60 Certian Ave apt 3H
60 Certian Ave apt 3H
Brooklyn n.y. 11205

Court's Clerk's office
unites States District Court
Clerk's office
150 Ave Carlos Chardon St
1 San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 2:56

00918-176625

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY
11205
AUG 10, 21
AMOUNT
$1.00
R2300Y152154-16

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ada I. Santiago Martinez_

Participant's Address: _HC 6 Box 4005 Ponce P.R. 00731-9600_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55750_

Nature of Claim: _See Attachment_

By: _Ada I. Santiago Martinez_
    Signature

_Ada I. Santiago Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature Claims

I'm claiming tha  I didn't recive the salary increase during my time working for the Deparment of Education in Puerto Rico and my pension was affected too.

I'm claiming hours worked and acerued during my 34 years worked in the Deparment of Education in Puerto Rico.

These hours worked and accumulated were not paid to this servant after I retired wich affects my pension.



From: Ana L. Santiago Martinis
HC 6 Box 4005
Ponce, P.R. 00731-9600

To: United States, District Court
Clerk Office, 150 Ave.
Carlos Chardon, Ste 150 San Juan
P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13  PM 2 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
11 AUG 2021  PM 2  L

FOREVER USA
PURPLE HEART

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Muskus Miranda_

Participant's Address: _Plaza Del Parque 100 Calle 141 final apt 1106 Carolina PR 00983-2090_

Participant's Email Address: _Yolanda.muskus@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136721_

Nature of Claim: _The rise of wage, according to Law No.12 of August 27, 1982 better known as "El Bonerazo" and never was paid._

By: _Yolanda Muskus Miranda_
Signature

_Yolanda Muskus Miranda_
Print Name

_____
Title (if Participant is not an individual)

_8-11-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yolanda Muskus
Cond Plaza Del Parqu
100 Calle 141 Final Apt 1106
Carolina PR 00983

RECEIVED & FILED
2021 AUG 13 PM 2:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




United States District Court,
Clerk's Office, 150 Ave Carlos Chardón
Ste 150 SJ P.R 00918-1767





PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE!

EXPECTED DELIVERY DAY: 08/13/21

USPS TRACKING® #

9505 5128 7252 1224 5858 88

U.S. POSTAGE PAID
PM DAY
CAROLINA, PR
00983
AUG 12, 21
AMOUNT
$7.40
R2305K132068-1

1005
00918

EP14H July 2013 Outer Dimension: 10 x 5

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cruz Crespo Martinez

Participant's Address: P.O. Box 299 Rincon, Puerto Rico 00677

Participant's Email Address: cruz_crespo_martinez@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 115024

Nature of Claim: Public Employee Claims

By: *Cruz Crespo Martinez*
    Signature

Cruz Crespo Martinez
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**P**

US POSTAGE PAID

**$7.95**

Origin: 00677
08/12/21
4272900677-83

**PRIORITY**®
**MAIL**

**PRIORITY MAIL 1-DAY**®

0 Lb 3.00 Oz

**1005**

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**RIORITY**®
**MAIL**

estrictions apply).*

nal destinations.

quired.

ons see the

itations of coverage.

■ Expec
■ Most d
■ USPS
■ Limited
■ When

*Insurance
Domestic N
** See Inter

**USPS TRACKING**® #



9505 5161 3376 1224 4398 97

**FLAT**
ONE RA

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

**FROM:**
Cruz Crespo Martinez
P. O. Box 299
Rincón, Puerto Rico
00677

RECEIVED &
FILED
2021 AUG 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO:**
United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan, Puerto Rico
00918-0767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cruz Crespo Martinez

Participant's Address: P.O. Box 299 Rincon Puerto Rico 00677

Participant's Email Address: cruz_crespo_martinez@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 115024

Nature of Claim: Public Employee Claims

By: Cruz Crespo Martinez
Signature

Cruz Crespo Martinez
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**P**

USPS POSTAGE PAID

**$7.95**

Origin: 00677
08/12/21
4272900677-83

**PRIORITY MAIL 1-DAY®**

0 Lb 3.00 Oz

**1005**

EXPECTED DELIVERY DAY: 08/13/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5161 3376 1224 4398 97

**PRIORITY®**
**MAIL**

- Expec...
- Most o...
- USPS...
- Limited...
- When...

*Insurance...
Domestic...
** See Inter...

...estrictions apply).*

...nal destinations.

...quired.

...ons see the

...itations of coverage.

**FLAT**
ONE RA...

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**
Cruz Crespo Martinez
P. O. Box 299
Rincón, Puerto Rico
00677

RECEIVED & FILED
2021 AUG 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**TO:**
United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan, Puerto Rico
00918-0767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Aguayo Díaz_

Participant's Address: _495 Ext. Sur Dorado, P.R. 00646_

Participant's Email Address: _roberty.zory @ gmail . com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173500_

Nature of Claim: _Department of Education - Public Employee_

By: _____
Signature

_Zoraida Aguayo Díaz_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis O. González Santiago_

Participant's Address: _18 calle Beger Apt. 3151, Balcones de Carolina_
_Carolina P.R. 00987_

Participant's Email Address: _OrlandLuis@Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007- 4359 (803)_

Nature of Claim: _Salary Claim (173807) $66,420.00_

By: _____
Signature

_Luis O. González Santiago_
Print Name

_____
Title (if Participant is not an individual)

_11 Agosto 2021_
Date

2021 AUG 13 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis O. Gonzalez Santiago
18 Calle Bevar Apt. 315 N
Balcones de Marolina
Carolina, P.R. 00987

RECEIVED & FILED
2021 AUG 13 PM 2:57

CERTIFIED MAIL

7021 0950 0002 0227 1626

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00983
AUG 11 '21
AMOUNT
$4.15
R2305K141286-35

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra I. Díaz Díaz_

Participant's Address: _Urb. Caguax D-10 c/Caney Caguas P.R 00725_

Participant's Email Address: _mayraivonnediaz@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Mayra I. Díaz Díaz_
Signature

_Mayra I. Díaz Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August 10- 2021_
Date

RECEIVED & FILED
2021 AUG 13  PM 2: 57
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mayra Díaz Díaz
urb. Caguax c/ Caney
D-10
Caguas PR 00725

7020 3160 0000 9009 4564

CERTIFIED MAIL

RECEIVED & FILED
2021 AUG 13 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

150 Ave. Carlos Chardón Ste.150
San Juan PR 00918-1767

Clerk's Office / United States District Court Clerks
Office

U.S. POSTAGE PAID
LAS PIEDRAS, PR
00771
AUG 11 21
AMOUNT
$7.00
R2304E106891-06

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Luis Ramos Gomez_

Participant's Address: _Urb. Villa Borinquen Calle Jaguerk 9_
_Caguas P.R. 00154_

Participant's Email Address: _Jr.jose_

Name of Counsel: _no_

Address of Counsel: _no_

Email Address of Counsel: _no_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32102_

Nature of Claim: _Retiremen_

By: _[signature]_
Signature

_Jose Luis Ramos Gomez_
Print Name

_no_
Title (if Participant is not an individual)

_October 9, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Juan E. Padua Vélez

Participant's Address:   HC-1 Box 3079- Adjuntas, P.R. 00601

Participant's Email Address:   magalmaldon@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   172855-1

Nature of Claim:   Promesa III

By:   _Juan E Padua veley_
     Signature

     Juan E. Padua Veles
     Print Name

     Public Employer
     Title (if Participant is not an individual)

     August 11 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan E. Padua Vélez
HC-01 Box 3079
Adjuntas, P.R. 00601

7019 1640 0002 2395 6258

CERTIFIED MAIL

0091B-1706:25

United States District Court
Clerks Office
150 Ave. Carlos Chardon
San Juan, P.R. 00918-1767 Ste. 150

$6.45

RECEIVED & FILED
2021 AUG 13 PM 2: 57
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma del C Soto Serrano_

Participant's Address: _HC 5 Box 52696, San Sebastian, PR 00685_

Participant's Email Address: _normasoto75@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 49105_

Nature of Claim: _Debt Claimed Department of Education_

By: _Norma del C. Soto Serrano_
Signature

_Norma Del C Soto_
Print Name

_Self Applicants_
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

NORMA DEL C SOTO SERRANO
HC 3 BOX 52696
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0001 4315 3822

00918-1706625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021

U.S. POSTAGE PAID
SAN SEBASTIAN, PR
00685
AUG 11, 21
AMOUNT
$7.00
R2307M152641-03

1000

00918

2021 AUG 13 PM 2:57
CLERK'S OFFICE,
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma DelC Soto Serrano_

Participant's Address: _Hc 5 Box 52696, San Sebastian PR 00685_

Participant's Email Address: _normasotots @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 137945_

Nature of Claim: _Debts Claiment Deparment of Education_

By: _Norma Del C. Soto Serrano_
Signature

_Norma Del c Soto_
Print Name

_Self Applicants_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



NORMA DEL C SOTO SERRANO
HC 5 BOX 52696
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

7020 1810 0001 4315 3822

00918-176625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
AUG 11, '21
AMOUNT
$7.00
R2307M152641-03

CLERK'S OFFICE
DISTRICT COURT,
SAN JUAN, P.R
21 AUG 13 PM 2: 57

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Del C Soto Serron_

Participant's Address: _HC5 Box 52696, San Sebastian, PR 00685_

Participant's Email Address: _normasotots@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 72797_

Nature of Claim: _Debts Claimed Departments of Education_

By: _Norma del C. Soto Serron_
Signature

_Norma Del C Soto_
Print Name

_Self Aplicant_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



NORMA DEL C SOTO SERRANO
HC 5 BOX 52696
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

7020 1810 0001 4315 3822

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 006

11 AUG 2021 PM 7 L

U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
AMOUNT
$7.00
R2307M152641-03

RECEIVED & FILED
21 AUG 13 PM 2:57
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:    Norma Del C Soto Serrano

Participant's Address:    HC 5 Box 52696, San Sebastian PR 00685

Participant's Email Address:    normasotots@gmail.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    # 66726

Nature of Claim:    Debts Claimed Department of Education

By:    _Norma del C. Soto Serrano_
       Signature

       Norma Del C Soto
       Print Name

       Self participant
       Title (if Participant is not an individual)

       8/11/21
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



NORMA DEL C SOTO SERRANO
HC 5 BOX 52696
SAN SEBASTIAN, PR 00685

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0001 4315 3822

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021

1000

00918

U.S. POSTAGE PAID
PCM
SAN SEBASTIAN, PR
00685
AUG 11 21
AMOUNT
$7.00
R2307M152641-03

RECEIVED & FILED
2021 AUG 13 PM 2:57
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Fúster González_

Participant's Address: _Urb. San Ignacio, 1809 San Alejandro, ST PR 00927_

Participant's Email Address: _Soniafuster @ hotmail. com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Salary Claim_

By: _[signature]_           _Civil Num KPE_
    Signature                _2007-4359_
    _Sonia Fúster_                _(803)_
    Print Name

_____
Title (if Participant is not an individual)

_8 - 12 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Salary Claim
Court of First
Instance San
Juan PR
Civil Num. k
PE 2007 - 4359
(803)

Puerto Rico Public
Buildings Authority
(PBA)
Bankrupcy Case Nr -
19 BK 5523-LTS)



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:      _Carlos M. Reymundi Concepción_

Participant's Address:   _Cond. El Atlántico Apt. 701, Levittown P.R. 00949_

Participant's Email Address:   _cmraimundi @ hotmail.com_

Name of Counsel:        _N/A_

Address of Counsel:      _N/A_

Email Address of Counsel:   _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:             _51663_

Nature of Claim:          _Public Employee and Pension/Retiree Claims_

By:    _____
        Signature

_Carlos M. Reymundi Concepción_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13   PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos M. Reymundi Concepción
Cond. El Atlántico Apto. 701,
Levittown, P.R., 00949

RECEIVED & FILED
2021 AUG 13  PM 2: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7020 1810 0001 2777 2643

00918-170625



U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
AUG 11, 21
AMOUNT
**$6.45**
R2304E107044-13

00918



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Martinez Rosario_

Participant's Address: _HC 30 Box 33303 S.L. P.R. 00754_

Participant's Email Address: _dmr.93078@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17514_

Nature of Claim: _Retirement System Benefits_

By: _[signature]_
Signature

_Daniel Martinez Rosario_
Print Name

_10 Agosto 2021_
Title (if Participant is not an individual)

_10 Agosto 2021_
Date

**RECEIVED & FILED**
2021 AUG 13 PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Daniel Martinez Rosario
HC 30 Box 33303 San Lore
P.R 00754

RECEIVED & FILED
2021 AUG 2 58
OFFICE
OF COURT
U.S. SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
SAN LORENZO, PR
00754
AUG 14, 21
AMOUNT
$6.45
R2305K135301-04

1000
00918

7020 1290 0001 0177 6819

CERTIFIED MAIL

→ United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste.150, San Juan
PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Priscilla Feliciano Natal

Participant's Address: P.O. Box 1528 Dorado, P.R. 00646

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54197

Nature of Claim: _____

By: Priscilla Feliciano Natal
Signature

Priscilla Feliciano Natal
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1. The governor of P.R. Carlos Romero Barcelo granted an increase in salary known as the law 89 of $100 from 1984 - 1995. That was never honored.

2. Since 1997 I have not received the yearly 3% increase on my pension.

Priscilla Feliciano Natal
P.O. Box 1528
Dorado P.R. 00646

U.S. POSTAGE PAID
DOM LETTER
00646 DO. PR
00646
AUG 11, '21
AMOUNT
$6.45
R2305K1 36984-11

7020 3160 0001 3860 1365

CERTIFIED MAIL

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

FOREVER
USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alberto León Colón_

Participant's Address: _P.O. Box 608 Villalba, P.R. 00766_

Participant's Email Address: _mirna5669@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#88972 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _[signature]_
Signature

_Alberto León Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alberto Leon Colon
P.O. Box 608
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E. Echevarria Segui_

Participant's Address: _D14 Calle Parkside 6 Apt406 Guaynabo P.R 00968_

Participant's Email Address: _lesegui7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _8444_

Nature of Claim: _Public Employee and Pensions/Retire Claims_

By: _J.Echevan' Segui_
Signature

_Luz E. Echevarria Segui_
Print Name

_____
Title (if Participant is not an individual)

_11 August 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:38
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Maria E. Gonzalez Gonzalez

Participant's Address: Apartado 608 Bo.Vacas, Villalba, P.R.00766

Participant's Email Address: mirna5669 @ gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 90738 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: _Maria E. Gonzalez Gonzalez_
Signature

Maria E. Gonzalez Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Gonzalez Gonzalez
Apartado 608 Bo. Vacas
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Harry J. Seijo González_

Participant's Address: _870. Calle 18 Colinas de Montecarlo San Juan, P.R. 00924_

Participant's Email Address: _hjseijo @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78347_

Nature of Claim: _Pension Claim For $74,565.00_

By: _____
Signature

_Harry J. Seija_
Print Name

_____
Title (if Participant is not an individual)

_8 / 10 / 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HARRY SELLO
870 CALLE 18
URB COLINAS  MONTECARLO
SAN JUAN PR 00924-5821

RECEIVED & FILED

2021 AUG 13  PH 2: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk Office
No Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767



SAN JUAN
11 AUG 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Candelario_

Participant's Address: _B-37 Calle 11 Urb. Metropolis, Carolina PR. 00987-7407_

Participant's Email Address: _vickyasl@icloud.com_

Name of Counsel: _Juan Carlos Bigas Valedon_

Address of Counsel: _P.O Box 7011 Ponce P.R. 00732-7011_

Email Address of Counsel: _bigashatorey@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03721-BKT13_

Nature of Claim: _Bankruptcy_

By: _V. Candelario_
Signature

_Virginia Candelario_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 39
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Candelario
Metropolis
Calle 11B 37
Carolina P.R.
00987-7407

RECEIVED & FILED
2021 AUG 13 PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerks Office
150 Ave. Carlos Chardon
Ste. 150,
San Juan P.R.

00918-170825

SAN JUAN PR 009
11 AUG 2021 PM 2 L

00918 Bin 1767

USA ★ FOREVER