**Exhibit 1**

```
Court Name: District Court
Division: 1
Receipt Number: PRX100078209
Cashier ID: arodrigu
Transaction Date: 08/16/2021
Payer Name: MCCONNELL VALDES LLC
----------------------------------
PRO HAC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
----------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 128740
 Amt Tendered:   $300.00
----------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF DAVID
S. KEESLING

THRU: ANTONIO A. ARIAS-LARCADA
```