UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT**
**(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)**

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Reinaldo Flores Colon
2. Doraima Estelrita Vega
3. Edwin Borrero Alamo
4. Phoebe Isales Forsythe
5. Maria E. Gonzalez Gonzalez
6. Noraima Negron Castro
7. Rosa E. Abreu Pellot
8. Ilbia Beatriz Negron Castro
9. Enrique Sanchez Rosado
10. Sheila Agosto Morales
11. Yahaira Fantauzzi Rivera
12. Olga Claudio Gines
13. Alejandrino Reyes Colon
14. Marta Rodriguez Vargas
15. GC Investments LLC c/o Gloria E. Colon Malave
16. Facunda Martinez Colon
17. Luis Alfredo Hernandez Rodriguez
18. Deborah A. Blake Jimenez
19. Norma Iris Castro Rodriguez
20. Daniel Jimenez Rivera
21. Yolanda Ortega Chinea
22. Carmen M. Hernandez Alicea
23. Pablo M. Diaz Coss

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Juan M. Rivera Rosa

25. Zaida Luz Mojica Cruz

26. Luis R. Santana Verdejo

27. Juan A. Tellado Santiago

28. Nestor S. Quiles Arce

29. Roberto Ortiz Nevarez

30. Miriam Gonzalez Santiago

31. Carmen G. Silva Silva

32. Carmen Milagros Montes Cordero

33. Raquel Mojica Cruz

34. Anibal de Jesus Torres

35. Ramona Acevedo de Jesus

36. Amalia Giboyeaux Valentin

37. Mildred Morales Figueroa

38. Cruz Tirado Ruiz

39. Elda Tirado Moreno

40. Wanda Lopez Gonzalez

41. Maria I. Diaz Cintron

42. Katherine Reyes Clausell

43. Francisca Gonzalez Castro

44. Rafael Saez Colon

45. Eneida de Jesus Lopez

46. Amalia Giboyeaux Valentin

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Elizabeth Mojica Cruz

    48. Zaida Luz Mojica Cruz

    49. Migdalia Colon Encarnacion

    50. Juana Gonzalez Rodriguez


Dated: August 16, 2021