Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Reinaldo Flores Colón

Participant's Address: Hc 70 Box 30671, San Lorenzo, P.R. 00754

Participant's Email Address: floresreinaldo060@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: 12251

Nature of Claim: Poorly paid wages, No reclassification

By: _Reinaldo Flore_____
    Signature

_Reinaldo Flores Colón_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 Confirmation Discovery Procedures Notice          Version July 20, 2021          9

Reinaldo Flores Colón
Hc 70 Box 30671
San Lorenzo P.R. 00754

RECEIVED & FILED
2021 AUG 13 PM 2:
OFFICE
DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
11 AUG 2021 PM 2 L

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767




Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: DORAIMA ESTELRITZ VEGA

Participant's Address: COUNTRY CLUB 861 GOLONDRINA ST. SAN JUAN, PR 00924

Participant's Email Address: Doraima e 36 @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 14802

Nature of Claim: CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

By: _____
Signature

DORAIMA ESTELRITZ VEGA
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Doraima Esteritz VEGA
Urb.country Club 861 Calle
Golondrina
San Juan, PR 00924

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR   009
11 AUG 2021  PM 2  L

RECEIVED & FILED
2021 AUG 13  PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



FOREVE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: _Edwin Borrero Alamo_

Participant's Address: _Call Box 43001 Apt. 243 Rio Grande P.R. 00745_

Participant's Email Address: _EdwinBorrero @ YAHOO. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173772_

Nature of Claim: _SALARY CLAIM KPE 2007-4359(803)_

By: _____
      Signature

_Edwin Borrero Alamo_
Print Name

_____
Title (if Participant is not an individual)

_8-11-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 13 PM 2: 39

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original en*
*file #1*

*Junio 10, 2014*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.     La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.     La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Dr. Edwin Borrero Ólamo
Cell Box 43001 Dept 248
Río Grande, PR 00745

RECEIVED & FILED

2021 AUG 13  PM 2: 39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
San Juan, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Phoebe Isales Forsythe

Participant's Address:   Urb. La Alameda Rubi St. #771 San Juan, P.R. 00917

Participant's Email Address:   phoebeiv@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 - LTS / 17 BK-3566 LTS

Nature of Claim:   Pension Fund

By:   *Phoebe Isales*
     Signature

     Phoebe Isales Forsythe
     Print Name

     _____
     Title (if Participant is not an individual)

     August 10, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Phoebe Isales
Urb. La Alameda
Rubi, 771
San Juan, P.R. 00917

00918-170625

Court Clerk's Office
United States District Court
Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, P.R. 00918 - 1785



SAN JUAN PR   009
11 AUG 2021 PM 2 L



FOREVER USA
love

2021 AUG 13 PM 2:39
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria E. Gonzalez Gonzalez

Participant's Address: Apartado 608 Bo.Vacas, Villalba, P.R. 00766

Participant's Email Address: mirna 5669 @ gmail . com

Name of Counsel: N|A

Address of Counsel: N|A

Email Address of Counsel: N|A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 90738 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: *Maria E. Gonzalez Gonzalez*
Signature

Maria E. Gonzalez Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Gonzalez Gonzalez
Apartado 608 Bo. Vacas
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13  PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

SAN JUAN PR   009
11 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noraima Negrón Castro_

Participant's Address: _BO: Higuiller Sector Arenal Calle 13 Num 461 Dorado Pr. 00646_

Participant's Email Address: _nory-31 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public employer_

By: _Noraima Negrón Castro_
Signature

_Noraima Negron Castro_
Print Name

_____
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noralma Negrón Castro
Bo: Higuillar Sector Arenal
Calle 13   Num 461
Dorado, P.R. 00646

00918-170625

United States District Court's Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918~1767



SAN JUAN PR   009
11 AUG 2021   PM 2   L



RECEIVED & FILED
2021 AUG 13  PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Rosa E. Abreu Pellot_

Participant's Address: _8251 Ave. Jobos Isabela, P.R. 00662-2181_

Participant's Email Address: _helenabreu23@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 89110_

Nature of Claim: _Empleados Públicos Dept. Educación_

By: _Rosa E. Abreu Pellot_
Signature

_Rosa E. Abreu Pellot_
Print Name

_Título III   (No. 17BK 3283-LTS)_
Title (if Participant is not an individual)

_9 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rosa E. Abreu Pellot
8251 Ave. Jobos
Isabela, P.R. 00662-2181

RECEIVED & FILED
2021 AUG 13 PM 2:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN
11 AUG 2021
FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ilbia Beatriz Negrón Castro_

Participant's Address: _BO. Higuillar Sector Arenal calle 13 Num 461 Dorado, P.R. 00646_

Participant's Email Address: _ibeatiz @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public  Employer_

By: _[signature]_
Signature

_Ilbia Beatriz Negrón Castro_
Print Name

_____
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ilbia B. Negrón Castro
BO. Higuillar Sector Arenal
Calle 13 Num 461
Dorado, P.R. 00646

SAN JUAN PR 009
11 AUG 2021 PM 2 L

00918-176625

United States District Court's Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 2: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enrique Sánchez Rosado_

Participant's Address: _Pueblo Nuevo 3 Buzón 14, Maricao, P.R 00606_

Participant's Email Address: _Esanchez1949pr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171741      No. 17 BK 3283-LTS_

Nature of Claim: _Debt Salary 1980-2000_

By: _Enrique Sánchez Rosado_

Signature
_ENRIQUE Sanchez Rosado_

Print Name

_____

Title (if Participant is not an individual)

_10/8/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Sánchez Rosado
Pueblo Nuevo 3 Buzón 14
Maricao, P.R. 00606

RECEIVED & FILED
2021 AUG 13  PM 2: 40
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170825

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009

11 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sheila Agosto Morales_

Participant's Address: _urb. Altos de Torrimar #D-18 Calle: Belize Bayamón PR 00959_

Participant's Email Address: _shila_agosto@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _Romera20_

By: _Sheila Agosto Morales_
Signature

_Sheila Agosto Morales_
Print Name

_____
Title (if Participant is not an individual)

_8-10-2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sheila Acosto
urb. Altos de Torrimar
#D-18 Calle: Belize
Bayamon, PR 00959

11 AUG 2021 PM 2 L

SAN JUAN PR 009

00918-170825

RECEIVED & FILED

2021 AUG 13 PM 2:40

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

To: Courts Clerks Office
United States District Court Clerks
Office, 150 Ave. Carlos Chardon Ste.
150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yahaira Fantauzi Rivera

Participant's Address: calle 6 1 A1 urb. La Providencia Toa Alta PR 00953

Participant's Email Address: ysirena23@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179146

Nature of Claim: Pension / Jubilacion (promesa)

By: _[signature]_
Signature

Yahaira Fantauzi
Print Name

Sra.
Title (if Participant is not an individual)

8 Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yohanis Fontanez
Ms. la Presidenta
calle GPO 1A1
Toa Alta, PR 00953

RECEIVED & FILED
2021 AUG 13 PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR   009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Claudio Ginés_

Participant's Address: _QD-25 Calle 536 Urb. Country Club, Carolina, PR 00982_

Participant's Email Address: _titichef65@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _See the next page_

By: _Olga Claudio Ginés_
Signature

_Olga Claudio Ginés_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga Claudio Luis
60-35 Calle 536 Urb.Country Club
Carolina, PR  00982

SAN JUAN PR  009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 13  PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR  00918-1767

00918-176525



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alejandrino Reyes Colon_

Participant's Address: _Urb. Jvels. de Arroyo Bi-9 Calle Y Arroyo) PR 00714_

Participant's Email Address: _areyes0274@yahoo.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173701 - 127988_ *

Nature of Claim: _Pension/Retiroe claims_

By: _Alejandrino Reyes Colon_
Signature

_Alejandrino Reyes Colon_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

*_The claims numbers they correspond it._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alejandrina Reyes Colón
Urb Jardines del Arroyo
B1-9 Calle Y
Arroyo, PR 00714

RECEIVED & FILED
2021 AUG 13 PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

Court Clerk's Office
U.S District Court Clerk's Office
150 Ave Carlos Chardón Suit 150
San Juan PR 00918-1767

SAN JUAN PR  009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Rodríguez Vargas_

Participant's Address: _PO Box 1135 San Germán PR 00683_

Participant's Email Address: _marta.rodriguez200@ychoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Marta M. Rodríguez Vargas_

Nature of Claim: _Pension / Retiree_

By: _Marta M. Rodríguez Vargas_
Signature

_Marta M. Rodríguez Vargas_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Rodriguez Vargas
P.O. Box 1135
San German, PR 00683

RECEIVED & FILED
2021 AUG 13 PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

SAN JUAN·PR · 009
11 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GC Investments LLC_

Participant's Address: _P.O. Box 370596 - CAyey, P.R. 00737-0596_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Investments in $225,000.00_

Nature of Claim: _of the employe retiredment Sistem Bond_

By: _Gloria E. Colón Malavé_
Signature

_Gloria E. Colón Malavé_
Print Name

_Administration_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elvin E. Lebrón Maldonado
P.O. Box 370596
Cayey, P.R. 00737-0596

RECEIVED & FILED
2021 AUG 13 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court is Clerk's Office
at United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-176625

SAN JUAN PR   009
11 AUG 2021 PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Facunda Martinez Colón_

Participant's Address: _Bo. Guavate 22328 Carr 184 Cayey PR 00736_

Participant's Email Address: _Cunmari 52 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179193_

Nature of Claim: _Sistema de retiro Empleado del gobierno del Estado libre asociado._

By: _Facunda Martinez Colón_
    Signature

_Facunda Martinez Colón_
Print Name

_____
Title (if Participant is not an individual)

_agosto/10/2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Facunda Martinez Colón - 179193
Bo. Huauate 22528
Can 184
Cagey P.R. 00736-9425

RECEIVED & FILED
2021 AUG 13 PM 2: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176625

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: *Luis Alfredo Hernández Rodríguez*

Participant's Address: *RR 2 Box 4159 Toa Alta, P.R. 00953*

Participant's Email Address: *proyectocrece@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173503*

Nature of Claim: *Public Employee and Pension Retiree claim Department of Education*

By: *[signature]*
Signature

*Luis A. Hernández Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*12 agosto 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 2:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luis D. Hernández
PO 2 Box 4158
Toa Alta, P.R. 00953

RECEIVED & FILED
2021 AUG 13 PM 2 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170825

To: United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

7021 0350 0001 3411 4986

U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
00692
AUG 12, '21
AMOUNT
$7.00
R2305M14847477

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Deborah A. Blake Jiménez_

Participant's Address: _752 Lincoln St. Urb. La Cumbre SanJuan PR, 00926_

Participant's Email Address: _Puchio9@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57767_

Nature of Claim: _Pension / Retiree Claims_

By: _____
Signature

_Deborah A. Blake Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Deborah Blake Jiménez
752 Lincoln ST.
Urb. La Cumbre
San Juan, PR. 00926

RECEIVED & FILED
2021 AUG 13 PM 2: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

00918-170625

United States District court
clerk's office
150 Ave. Carlos Chardon STE. 150
San Juan, PR. 00918-1767

SAN JUAN PR  009
11 AUG 2021 PM 2  L

FOREVER/USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Iris Castro Rodriguez_

Participant's Address: _Arenal 461 Calle 13 Dorado, P.R. 00646_

Participant's Email Address: _nory_31@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120700_                                   _117128_

Nature of Claim: _Public Employer_

By: _Norma Iris Castro Rodriguez_
Signature

_Norma Iris Castro Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Iris Castro Rodriguez
Arenal 461 calle 13
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 13 PM 2:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
11 AUG 2021 PM 2 L

00918-176525

United States District Court's Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Daniel Jimenez Rivera

Participant's Address: 3 - Calle 2, Parcelas Gandaras 1, Cidra P.R. 00739

Participant's Email Address: sr.dan-jimenez @ G.mail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175246

Nature of Claim: Public Employee and Pension Retired Claims

By: _____
   Signature

Daniel Jimenez Rivera
Print Name

_____
Title (if Participant is not an individual)

August 10, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Jimenez Rivera
3 Calle 2
Parcelas Gandaras 1
Cidra P.R. 00739

RECEIVED & FILED
2021 AUG 13 PM 2: 41
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
11 AUG 2021PM 2 L

United States District Court
Clerk's Office
150 Ave, Carlos Chardon STE 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yolanda Ortega Chinea_

Participant's Address: _Santa Rosa, Dorado, Aptdo 956 Dorado P.R 00646_

Participant's Email Address: _Yortegachinea @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _91648    o    62839 (año 2018)_

Nature of Claim: _Public Employes and Pension Retiree Claims_
_(Not Paid for many years to the teaches of the_
_Department Of Educacion_
By: _Yolanda Ortega Chinea_                                        _PR )_
Signature

_Yolanda Ortega Chinea_
Print Name

_Promesa Title III Nº 17 BK 3283 LTS_
Title (if Participant is not an individual)

_11- agosto- 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Yolanda Ortega Chinea
Aptdo 956 Dorado P.R.
00646

RECEIVED & FILED
2021 AUG 13 PM 2:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091681706 0018

7020 1290 0002 1267 9781

CERTIFIED MAIL

United States District Court Clerks
Office, 150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

1000
00918

U.S. POSTA...
COM... LETE
00646 DO..., P..
AUG 11, 21
AMOUNT

$7.0
R2307M1526

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Hernández Alicea_

Participant's Address: _RR 36 Box 7522 San Juan, PR 00926-9191_

Participant's Email Address: _carmen rn 1361 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _127-44_

Nature of Claim: _Pension / Retiree Claims_

By: _Carmen M. Hernández Alicea_
Signature

_Carmen M. Hernández Alicea_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Hernández-Alicea
RR 36 Box #522
San Juan, PR 00926-9191

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-ffuf

00918-170625

7020 1810 0000 0730 1505

CERTIFIED MAIL

U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 13 PM 2:41

RECEIVED & FILED




$6.96 0
US POSTAGE
FIRST-CLASS
0625000340791
00926

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Pablo M. Diaz Coss*

Participant's Address:  *HC 70   Box 26058   San Lorenzo PR 00754*

Participant's Email Address:  *pdiazcoss15@gmail.com*

Name of Counsel:  *NO*

Address of Counsel:  *NO*

Email Address of Counsel:  *NO*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *27285*

Nature of Claim:  *Retirement benefits*

By:  *Pablo M. Diaz*
Signature

*Pablo M. Diaz Coss*
Print Name

*No*
Title (if Participant is not an individual)

*August 10, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pablo M. Diaz Ross
190 70 Box 26058
San Lorenzo PR 00754

RECEIVED & FILED

2021 AUG 13 PM 2: 41

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 0098-1767

7021 1970 0000 8182 7984





U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 12 '21
AMOUNT
$7.00
R2304E106218-20
00918
1000

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Juan M. Rivera Rosa_

Participant's Address: _PO BOX 1457 Aguas Buenas PR 00703_

Participant's Email Address: _nydiae_2000@yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22144_

Nature of Claim: _Retirement System_

By: _Juan m Ri Ro_
   Signature

_Juan M Rivera RosA_
Print Name

_NO_
Title (if Participant is not an individual)

_August 9, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Rivera Rosa
PO Box 1457
Aguas Buenas PR 00703

RECEIVED & FILED

2021 AUG 13 PM 2:41

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

7021 1970 0000 8182 7991

United States District Court
Clerk's Office
150 Ave Carlos Chardon St 150
San Juan PR 00918-1767

$7.00
R2304E106218-20
U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00726
AUG 12, 21
AMOUNT
1000
00918



UNITED STATES
POSTAL SERVICE ®

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zaida Luz Mojica Cruz_

Participant's Address: _PoBox 142 Punta Santiago, PR. 00741_

Participant's Email Address: _elizabethmojicaCruz @ gmail. com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113335_

Nature of Claim: _unpaid claims to the Public Employee of commonwelth of Puerto Rico_

By: _Zaida Luz Mojica Cruz_
Signature

_Zaida Luz Mojica Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida Luz Mójica Cruz
PoBox 142
PCM ta Santiago, PR 00741

RECEIVED &
13 PM 2: 42
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

U.S. POSTAGE PAID
FCM LETTER
JUNCOS, PR
AUG 12, 21
AMOUNT
$6.45
R2305K135233-17

1000
00918

00918-170625

CERTIFIED MAIL

7020 1290 0000 9064 3485

SAN JUAN PR PP 009
12 AUG 2021 PM 1 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis R. Santana Verdejo_

Participant's Address: _Calle Popular #110 Las Monjas_
_Hato Rey PR 00917_

Participant's Email Address: _lsantana1182@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _12582_

Nature of Claim: _Retirement System_

By: _[signature]_
Signature

_Luis R. Santana Verdejo_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis R Santana Verdejo
Calle Popular #110
Las Monjas
Hato Rey PR 00917

RECEIVED & FILED

2021 AUG 13 PM 2: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

7021 1970 0000 8182 8523





CERTIFIED MAIL

U.S. POSTAGE PAID
PCM LETTER
CAGUAS, PR
00725
AUG 12, 21
AMOUNT
$7.00
R2304E106218-20

00918

1000

UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Tellado Santiago_

Participant's Address: _Calle 6 D-1 Urb. Delgado Caguas P.R 00725_

Participant's Email Address: _Tellado319 @ gmail. com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36454_

Nature of Claim: _Commonwealth Retirement System_

By: _[signature]_
   Signature

_Juan A. tellado Santiago_
Print Name

_NO_
Title (if Participant is not an individual)

_August  11, 2021_
Date

RECEIVED & FILED
2021 AUG 13  PM 2: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: _Nestor S. Quiles Arce_

Participant's Address: _HC-04 Box 47701 San Sebastian, PR_

Participant's Email Address: _quilesarce @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(173860) Case No. 17 BK 3283-LTS_

Nature of Claim: _Salary Claim (Court of First Instance_
_San Juan Puerto Rico Civil Num. KPE_
_4359_

By: _Nestor S. Quiles Arce_
Signature

_Nestor S. Quiles Arce_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vestor S. Quiles Arce
#C-04 Box 47701
San Sebastian, P.R.
00685

RECEIVED & FILED

2021 AUG 13. PM 2:15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN ANTONIO, PR
00690
AUG 11, '21
AMOUNT
$7.00
R2305K13541B-03

00918-170625

CERTIFIED MAIL

7020 1810 0000 2708 6420

TO: United State District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Ortiz Nevárez_

Participant's Address: _495 Ext. Sur Dorado, P.R. 00646_

Participant's Email Address: _robertyzory@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173501_

Nature of Claim: _Department of Education Public Employee_

By: _[signature]_
Signature

_Roberto Ortiz Nevárez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 11, 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 13 PM 2:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Roberto Ortiz Meaving
4-95 Apt. Sur
Dorado, P.R. 00646

7020 3160 0001 3660 0948

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
AUG 11, 21
AMOUNT
$6.45
R2305K136984-11

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miriam Gonzalez Santiago_

Participant's Address: _234 street HH24 Country Club, Carolina, PR. 00982_

Participant's Email Address: _miriam333mgs @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173973_

Nature of Claim: _Salary Claim (Court of first instance San Juan, Puerto Rico_
_Civil Num. KPE 2007-4359(803)_

By: _____
Signature

_Miriam Gonzalez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_12/agosto/21'_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Gonzalez Santiago
Urb Country Club calle 334 HH34
Carolina, PR. 00982

RECEIVED & FILED
2021 AUG 13 PH 2: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen G. Silva Silva*

Participant's Address: *1210 Aguamarina ubdas Praderas, Barceloneta P.R. 00617*

Participant's Email Address: *Cglady mar@gmail.com*

Name of Counsel: *United States District Court, Clks*

Address of Counsel: *office, 150 Ave. Carlos Chardon Ste.150*

Email Address of Counsel: *San Juan P.R. 00918-1767.*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *17431*

By: *Carmen G Silva*
Signature

*Carmen G. Silva*
Print Name

*Title III Ley quiebra.*
Title (if Participant is not an individual)

*12-agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Clemente Lila
12/0 Urmarina
2 Urbes Radios
Barceloneta, P.R.
00617

United States District
Court Clerk's
office, 150 Ave.
Carlos Chardon, Ste 150
San Juan, P.R.
00918-1767



Carmen G Lila
1210 Mirammos
Los Prados
Barcelona PR 00617

RECEIVED & FILED
2021 AUG 13 PM 4:15
CLERK'S OFFICE

7020 0090 0002 1032 2868

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

RETURN RECEIPT
REQUESTED 00918-1706 25

United States'
court Clerk's
Office 150 Ave.
Carlos Chardon
San Juan, PR 00918-1767
District

U.S. POSTAGE PAID
BARCELONETA, PR
AUG 12, 21
$6.45
R2304E104937-10

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Milagros Montes Cordero_

Participant's Address: _97 Vistas Del Valle, Manati, PR 00674_

Participant's Email Address: _____

Name of Counsel: _No tengo ningun abogado_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136024_

Nature of Claim: _Compensacion por las leyes 89-96-164 que no me fueron pagadas mientras estaba prestando los servicios._

By: _Carmen Milagros Montes Cordero_
Signature

_Carmen Milagros Montes Cordero_
Print Name

_Maestra Retirada (Junta de Retiro para Maestro)_
Title (if Participant is not an individual)

_11 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen Milagros Montes Colon
97 Vistas Del Valle
Manati, Puerto Rico 00674

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

7021 1970 0000 7934 0280

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raquel Mojica Cruz_

Participant's Address: _PO Box 142 Punta Santiago, P.R - 00741_

Participant's Email Address: _mojica.raquel7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177962_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Raquel Mojica Cruz_
Signature

_Raquel Mojica Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Raquel Mojica Cruz
PO Box 142
Punta Santiago, PR
00741

U.S. POSTAGE PAID
FCM LETTER
JUNCOS., PR
00777
AUG 12, 21
AMOUNT
$6.45
R2305K135233-17
1000

CERTIFIED MAIL

7020 1290 0000 9064 0583

SAN JUAN PR
12 AUG 2021 PM 1 L
009

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Anibal De Jesús Torres_

Participant's Address: _HC 66 Box 7272, Fajardo, P.R. 00738_

Participant's Email Address: _anibaldjvivo5@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(0935) últimos 4 dígitos del S.S._

Nature of Claim: _Pensión / retire_

By: _____
Signature

_Anibal De Jesús Torres_
Print Name

_____
Title (if Participant is not an individual)

_12 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aníbal De Jesús Torres
HC 66 Box 7272
Fajardo, P.R. 00738

7020 2450 0001 8011 8944

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-1706625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150 AVE. CARLOS CHARDON STE 150
SAN JUAN, P.R. 00918-1767

SAN JUAN PR 009
12 AUG 2021

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
AUG 12, 21
AMOUNT
$7.00
R2304M131155-02

1000      00918

UNITED STATES
POSTAL SERVICE

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
AUG 13 AM 2:49

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ramona Acevedo De Jesus_

Participant's Address: _HC-03 Box 6397 Bo Cruces Rincón_

Participant's Email Address: _preciosa6397@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _are_____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Empleado Público_

By: _Ramona Acevedo De Jes_
    Signature

_Ramona Acevedo De Jesus_
Print Name

_____
Title (if Participant is not an individual)

_August 12 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 13 PM 2:46 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



# PRIORITY MAIL EXPRESS





U.S. POSTAGE PAID
PME 1-Day
RINCON, PR
00677
AUG 12 '21
AMOUNT
**$26.35**
R2305K136452-83

1005    00918

≡EMS≡

# FLAT RATE ENVELOPE

## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



PS10001000006

**EP13F May 2020**
OD: 12 1/2 x 9 1/2



### UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 587 006 705 US

**CUSTOMER USE ONLY**

**FROM:** *(PLEASE PRINT)*   PHONE ( )

Ramona Acevedo deJesús
Hc-03 Box 6397
Bo Cruces, Rincon
P.R. 00677

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

**TO:** *(PLEASE PRINT)*   PHONE ( )

Discovery Notice to court clerk office
150 Ave. Carlos chardon ste 150
San Juan, P.R.
ZIP + 4® (U.S. ADDRESSES ONLY)   00 918-1767

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
|---|---|---|
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ |
| Weight ☐ Flat Rate ___ lbs. ___ ozs. | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996



# GUARANTEED* ▪TRACKED ▪ INSURED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Amalia Giboyeaux Valentin

Participant's Address: HC80 Box 8324 Dorado P.R 00646

Participant's Email Address: _____

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 41891

Nature of Claim: _____

By: Amalia Giboyeaux Valentin
Signature

Amalia Giboyeaux Valentin
Print Name

_____
Title (if Participant is not an individual)

August 12 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# Nature of Claim

Under the responsability of Governor of Puerto Rico Carlos Romero Barceló, during the years 1980-1984 an increase of Salary known as Romerazo (law 89) granted the amount of $100.00 monthly that was never pay. I retired in 2012

Also during the years 1984-1997 the labor Scale law #164 granted a 3% every three years to incrase the pension as a retired. It was never pay either.

Other law that I claim is labor law #9.

RECEIVED & FILED
2021 AUG 13 PM 2:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Amalia Giboyeaux Valentin
He 80 Box 8324 Dorado P.R. 00646

SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED
2021 AUG 13 PM 2: 46
CLERK'S OFFICE SOUTH
SAN JUAN PR

United States Distric Court
Office Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00 918_ 1767

00918-170625

7021 0350 0001 3446 1510

★ USA ★ FOREVER ★

U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
00692
AUG 12, 21
AMOUNT
1000
00918
$6.45
R2305M148474-77

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Morales Figueroa_

Participant's Address: _Apt. 682, Bo. Higüero Comerio, P.R. 00782-9510_

Participant's Email Address: _francheska_aponte @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176264_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Mildred Morales Figueroa_
    Signature

_Mildred Morales Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Morales Figueroa
Apt. 682 Bo. Higüero,
Comerío, P.R. 00782-9510

RECEIVED & FILED
2021 AUG 13 PM 2: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

To: United States District Court,
Clerks Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, Puerto Rico
00918-1767

SAN JUAN PR  009
11 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Cruz Tirado Ruiz*

Participant's Address: *H-01 Box 4197 Bo-Puntas, Rincón P.R. 00677*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3566 LTS (Tax ID 9886*

Nature of Claim: _____

By: *[signature]*
Signature

*Cruz Tirado Ruiz*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cruz Finard Ruiz
HC01 Box 4197
Bo Piedra, Rincón P.R. 00677

RECEIVED & FILED
2021 AUG 13 PM 2: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00318-1706.25

SAN JUAN PR 009
11 AUG 2021 PM 2 L

Discovery Notice
United States District Court, Clerk o Office
156 Ave Carlos Chardon Ste . 150
San Juan, P.R. 0018 . 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elda Tirado Moreno*

Participant's Address: *Hco1 Box 4195 Bo. Puntas Rincón P.R. 00677*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Promesa III*

By: *Elda Tirado Moreno*
Signature

*Elda Tirado Moreno*
Print Name

_____
Title (if Participant is not an individual)

*11 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba Piñeiro Romero
Hen Box 495
Bo. Puntas, Rincón P.R. 00677

RECEIVED & FILED
2021 AUG 13 PM 2: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Recovery Notice to the Court's Clerk,
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Wanda Lopez Gonzalez*

Participant's Address: *Parc. Perez 5 Calle 3 Arecibo PR 00612-5408*

Participant's Email Address: *W-lopez 73 @yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *90634*

Nature of Claim: *Public Employee Claims*

By: *Wanda Lop*
Signature

*Wanda López*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda López
Parc. Perez
5 Calle 3 Arecibo P.R.
00612 - 5408

RECEIVED & FILED

2021 AUG 13  PM 2: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

11 AUG 2021 PM 2 L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00 918 - 1767


FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria I. Diaz Cintron

Participant's Address: 5A-44 Calle 5-2 Urb. Jardines de Monte Brisas Fajardo, P.R. 00738-3116

Participant's Email Address: betiti-08@hotmail.com

Name of Counsel: United States District Court, Clerk's Office

Address of Counsel: 150 Ave. Carlos Chardon Ste. 150 San Juan, P.R. 00918-1767

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 130969

Nature of Claim: In re Commonwealth of P.R. Case No. 17 BK-3283 LTS
Promesa Title III

By: Maria I. Diaz Cntl
   Signature

   Maria I. Diaz Cintron
   Print Name

   _____
   Title (if Participant is not an individual)

   08-10-2021
   Date

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 13 PM 2:

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: María I. Díaz Cintrón
5A-44 Calle 5-2
Urb. Jardines de Monte Brisas
Fajardo, P.R. 00738-3116

RECEIVED & FILED
2021 AUG 13 PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
11 AUG 2021 PM 2   L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Katherine Reyes Clausell_

Participant's Address: _Condominio Pontezuela Ed.f B-4_

Participant's Email Address: _Apt 1E Carolina P.R. 00983_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _Katherine reyes 210 @ gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177642 - 175535 - 177455_

Nature of Claim: _Romerazo-Promesa III_

By: _Katheri Reyes Clausell_
Signature

_Katherine Reyes Clausell_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 13  PM 2: 47

CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, PR

Katherine Reyes
B4 Cond Pontezuela Apt E1
Carolina PR 00983



SAN JUAN PR  009

11 AUG 2021  PM 2  L

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Str. 150,
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Francisca Gonzalez Castro*

Participant's Address: *HC-11 Box 48373 Caguas P.R 00725*

Participant's Email Address: *gonzalezcastro.f@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *57928*

Nature of Claim: *Pension/Retiree Claims*

By: *Francisca Gonzalez Castro*
Signature

*Francisca Gonzalez Castro*
Print Name

_____
Title (if Participant is not an individual)

*4 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisca Gonzalez Castro
HC 11 Box 48373
Caguas Puerto Rico 00725

RECEIVED & FILED
2021 AUG 13  PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

SAN JUAN PR 009
11 AUG 2021 PM 2  L



United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Sáez Colón_

Participant's Address: _Urb. Baixoa Park calle L-10_

Participant's Email Address: _Parque del Condado caguas P.R. 00727_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(131999)          (144358)_

Nature of Claim: _____

By: _Rafael Sáez Colón_
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 13 PM 2: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAFAEL SAEZ COLON
URB BAIROA PARK
CALLE DEL PARQUE NUM L-10
CAGUAS PR 00725

00918-1706 25

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

11 AUG 2021 PM 2: L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneida DeJesus López_

Participant's Address: _Urb. Bairoa Park, Calle L-10_

Participant's Email Address: _Parque del condado Caguas P.R. 00727_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: X _Eneida DeJesus López_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 13 PM 2: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAFAEL SAEZ COLON
URB BAIROA PARK
CALLE DEL PARQUE NUM L-10
CAGUAS PR 00725

00918-176825

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR  OO9

11 AUG 2021  PM 2: L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Amalia Giboyeaux Valentín_

Participant's Address: _HC 80 Box 8324 Dorado P.R. 00646_

Participant's Email Address: _—_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55413_

Nature of Claim: _____

By: _Amalia Giboyeaux Valentín_
Signature

_Amalia Giboyeaux Valentín_
Print Name

_____
Title (if Participant is not an individual)

_August 12 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# Nature of Claim

Under the responsability of Governor of Puerto Rico Carlos Romero Barceló, during the years 1980 - 1984 an increase of salary Known as Romerazo (law 89) granted the amount of $100.00 monthly that was never pay. I retired in 2012

Also during the years 1984 - 1997 the labor Scale law #164 granted a 3% every three years to incrase the pension as a retired. It was never pay either.

Other law that I claim is labor law #9.

RECEIVED & FILED
2021 AUG 13 PM 2:47
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR



Amalia Giboyeaux Valentin
Hc 80 Box 8324 Dorado PR 00646

SAN JUAN PR 009
12 AUG 2021 PM

RECEIVED
2021 AUG 13 PM 2 47
CLERK'S OFFICE

United States Distric Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste 150
San Juan PR 00 918-1767

7021 0350 0001 3416 1503

00918-1706625

U.S. POSTAGE
FCM LETTER
VEGA ALTA, PR
00692
AUG 12, 21
AMOUNT
$6.4
R2305M146471

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Mojica Cruz_

Participant's Address: _PO Box 142 Punta Santiago, P.R. 00741._

Participant's Email Address: _elizabeth mojicaCruz@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16 76 25_

Nature of Claim: _Totally unpaid of Employee Retirement System of the government of the Commonwealth of Puerto Rico._

By: _[signature]_
Signature

_Elizabeth Mojica Cruz_
Print Name

_____
Title (if Participant is not an individual)

_12 - August - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elizabeth Mejica Cruz
Pobox 142
Punta Santiago, Pr. 00741

USPS CERTIFIED MAIL

7020 1290 0000 9064 3478

U.S. POSTAGE PAID
FCM LETTER
JUNCOS, PR
AUG 12 '21
AMOUNT
$6.45
R2305K135233-17

United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zaida Luz Mojica Cruz_

Participant's Address: _PO Box 142 Punta Santiago, PR 00741._

Participant's Email Address: _elyzabeth mojica cruz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _116865_

Nature of Claim: _unpaid claim at Employee Retirement System of the government of the Commonwealth of Puerto Rico._

By: _Zaida Luz Mojica Cruz_
Signature

_Zaida Luz Mojica Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Zaida Luz Mejia Cruz
PO BOX 142
Punta Santiago, PR 00741

CERTIFIED MAIL

7020 1290 0000 9064 3492

United State District Court
Clerk's Office
150 Av Carlos Chardon St
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
JUANCOST, PR
00777
AUG 12, 21
AMOUNT
$6.45
R2305K135233-17

RECEIVED & FILED
2021 AUG 13 PM 2:28
U.S. DISTRICT COURT
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Colón Encarnación_

Participant's Address: _Calle Sagitario #170 urb. Brisas de Loiza, Canóvanas PR00729_

Participant's Email Address: _MCE862@gmail.com_

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _PO Box 9021828, San Juan, P.R 00902-1828_

Email Address of Counsel: _ivonnegm@prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179140_

Nature of Claim: _Salary scale. They did not pay me the money that corresponds to me. I work for the government of Puerto Rico Department of the family for 33 years_

By: _Migdalia Colón Encarnación_
Signature

_Migdalia Colón Encarnación_
Print Name

_____
Title (if Participant is not an individual)

_11 de agosto 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 13 PM 2:48 CLERK'S OFFICE U.S DISTRICT COURT SAN JUAN, P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00916-170399

Migdalia Colón Encarnación
Calle Sagtorio #170 urb Brisa de Loiza
Canovanas PR 00729

11 AUG 2021 PM 2 L

SAN JUAN PR 009

FOREVER US

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste, 150, San Juan, PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JUANA Gonzalez Rodriguez

Participant's Address: Calle 27 II-10 Sta Juanita Bayamon PR 00956

Participant's Email Address: Wandades @ hotmail.Com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: KAC -1996-1381- KAC - 2002 - 4604

Nature of Claim: Litigation Claim

By: _Juana Gonzalez Rodriguez_
Signature

Juana Gonzalez Rodriguez
Print Name

_____
Title (if Participant is not an individual)

8-10-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case:17-03283-LTS Doc#:17267-1 Filed:07/08/21 Entered:07/08/21 14:57:28 Desc:
Exhibit A Page 11 of 26

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) | Description of Claim Type: | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| AGOSTO VEGA, ANA | 78258 | b | Litigation Claim | N/A | Offer and Exchange |
| COLON MALDONADO, ADELAIDA | 78327 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| GONZALEZ RODRIGUEZ, JUANA | 79322 | c | Litigation Claim | KAC-1996-1381, KAC-2002-4604 | Offer and Exchange |
| COLON MALDONADO, CARMEN G | 80160 | b | Litigation Claim | KAC-2003-4295 | Offer and Exchange |
| DIAZ GONZALEZ, ILIA | 100878 | c | Litigation Claim | KAC-2001-6412 | Offer and Exchange |
| COLON NEGRON, CARLOTA | 103321 | a | Litigation Claim | 2013-04-1542 | Offer and Exchange |
| LABOY SANCHEZ, TERESA | 109990 | a | Litigation Claim | KAC-2003-3304 | Offer and Exchange |
| FIGUEROA FIGUEROA, JOSE | 111251 | c | Litigation Claim | KAC-2001-6412 | Offer and Exchange |
| DIAZ ORTIZ, LISSETTE | 123297 | a | Litigation Claim | AQ-11-0227 | Offer and Exchange |
| COLON NEGRON, CARLOTA | 130316 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Offer and Exchange |
| CRUZ MADERA, WALTER L. | 138231 | a | Litigation Claim | N/A | Offer and Exchange |
| DIAZ CARRASQUILLO, JOSUE A. | 140259 | d | Litigation Claim | 05-4-2-1-128 | Offer and Exchange |
| SANTIAGO RIVERA, MARYLIN | 290 | c | Litigation Claims | 2017-0005 | Offer and Exchange |
| MUÑIZ SUAREZ, JUAN B | 4981 | a | Litigation Claims | A2CI201100650 | Offer and Exchange |
| TORRES FORTI, JOSE A | 9008 | a | Litigation Claims | KAC-1997-0144 | Offer and Exchange |
| MENDEZ MENDEZ, MARCELINO | 14969 | a | Litigation Claims | JDP-2014-0415 | Offer and Exchange |

Gonzalez Rodriguez
Calle 27 II-10
Sta. Juanita Bayamon
Bayamon PR 00956

United States District Court
Clerks Office
150 Ave. Carlos Charron Ste
150 San Juan PR 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 2: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR