UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 13, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

1. Ada I. Santiago Martinez (4 notices)
2. Nancy Ramos Ramirez
3. Pedro Alves Piñeiro
4. Yasmin I. Sued Veglio
5. Carmen I. Vazquez Gonzalez
6. Felipe Medina Ramos
7. Rosa M. Martinez Garcia
8. Angel A. Cuevas Estevez
9. Olga Claudio Gines
10. Angel A. Cuevas Estevez
11. Carlos Pabon Vidal
12. Jesusa Rolon Rosa
13. Luis Velez Padilla
14. Natividad Diaz Sarraga
15. Carmen G. Garcia Rodriguez
16. Javier Fernandez Gonzalez (3 notices)
17. Wilfredo Vargas Perez
18. Marta I. Rodriguez Hernandez (3 notices)
19. Simon Barriera Munoz
20. Luisa Esther Gaston Orza
21. Jose Anibal de Jesus Torres
22. Migdalia Colon Encarnacion
23. Magali Crispin Ramirez (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

24. Hector L. Garcia Rodriguez

25. Roberto Quiles

26. Lisette Rodriguez Ortiz

27. Migdalia Alvarez Roldan

28. Jose A. Nieves Albino

29. Maria E. Quiñonez Ramos

30. Ramonita Lebron Lopez

31. Maria A. Rosado Soto

32. Gerardo Barbosa

33. Deborah A. Blake Jimenez

34. Juanita Toyens Martinez

35. Ernesto Vazquez Roman

36. Jose M. Vega Burgos

37. Carmen A. Morales Figueroa

38. Angel Alfonso Vega Burgos

39. Felipe Gomez Rivera

40. Rosa I. Ortiz Ramirez

41. Jose L. Cardona Velazquez

42. Angela R. Cruz Oms (2 notices)

43. Jorge L. Cruz Colon

44. Maria E. Gonzalez Gonzalez (2 notices)

45. Jose M. Velazquez Vega

46. Brunilda Collazo Quiles

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 16, 2021

    47. Alberto Leon Colon

    48. Avelina Rivera Carrillo

    49. Antonio S.M. Construcion Inc. c/o Antonio Santiago Rodriguez

    50. Marilyn Figueroa Garcia

    51. Betzaida Del Valle Maldonado

    52. Alicia M. Kuilan Medina

Dated: August 16, 2021