Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada J. Santiago Martinez_

Participant's Address: _HC 6 Box 4005 Ponce, P.R. 00731-9600_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _5 5 2 7 2     (55272)_

Nature of Claim: _See Attachment_

By: _Ada J. Santiago Martinez_
Signature

_Ada J. Santiago Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of Claims

   I'm claiming that I didn't recived the salary increase during my time working for the Depament of Education in Puerto Rico and my pension was affected too.

   I'm claiming hours worked and acerued during my 34 years worked in the Depament of Education in Puerto Rico.

   These hours worked and accumulated were not paid to this servant after I retired, wich affect's my pension.

From: Ada I. Santiago Martinez
HC 6 Box 4005
Ponce, P.R. 00731-9600

SAN JUAN PR   009
11 AUG 2021 PM 2  L

To: United States, District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150 San Juan,
P.R. 00918-1767

0091807713 C018



RECEIVED & FILED
2021 AUG 13 PM 2: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada I. Santiago Martinez_

Participant's Address: _HC 6 Box 4005 Ponce, P.R. 00731-9600_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53994_

Nature of Claim: _See attachment._

By: _(signature)_
Signature

_Ada I. Santiago Martinez_
Print Name

_August 10, 2021_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature Claims

I'm claiming tha I didn't recive the salary increase during my time workin for the Deparment of Education in Puerto Rico and my pension was affected too.

I'm claiming hours warked and acerved during my 34 years warked in the Deparment of Education in Puerto Rico. These hour's worked and accumulated were not paid to this Servant afther I retired wich affect's my pension.



From: Ada I. Santiago Matos
HC 6 Box 4805
Ponce, P.R. 00731-9600

RECEIVED FILED
2021 AUG 13 PM 2:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

11 AUG 2021 PM 2 L
SAN JUAN PR 009

To: United States, District Court
Clerk office, 150 Ave.
Carlos Chardon Ste. 150 San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Ada I. Santiago Martinez_

Participant's Address:   _HC 6 Box 4005 Ponce, P.R. 00731-9600_

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _56022_

Nature of Claim:   _See ATTACHMENT_

By:   _Ada I. Santiago Martinez_
Signature

_Ada I. Santiago Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of Claims

I'm claiming that I didn't recive the salary increase during my time working for the Deparment of Education in Puerto Rico and my pension was affected too.

I'm claiming hours worked and acerved during my 34 years worked in the Deparment of Education in Puerto Rico. These hours worked and accumulated were not paid to this servant after I retired, which affect's my pension.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ada I. Santiago Martínez*

Participant's Address: *HC 6 Box 4005 Ponce, P.R. 00731-9600*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *39755*

Nature of Claim: *See attachment*

By: *Ada I. Santiago Martínez*
Signature

*Ada I. Santiago Martínez*
Print Name

_____
Title (if Participant is not an individual)

*August 10, 2020*
Date

U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 13 PM 2:
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of Claims
I'm claiming that I didn't recive the salary increase during my time working for the Deparment of Education in Puerto Rico and my pension was affected too.

I'm claiming hours worked and acerved during my 34 years worked in the Deparment of Education in Puerto Rico. These hours worked and accumulated were not paid to this servant afther I retired, which affects my pension.



RECEIVED & FILED

2021 AUG 13 PM 2: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

From: Aida R. Santiago Martínez
HC 6 Box 4605
Ponce, P.R. 00731-9600

To: United States District Court
Clerk's Office, 150 Ave.,
Carlos Chardón St. 150 San Jn
P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy Ramos Ramirez_

Participant's Address: _P.O. Box 79415 - Carolina, PR 00984-9415_

Participant's Email Address: _nramos54@msn.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173813_

Nature of Claim: _Salary Claim (Court of first instance. San Juan_
_Puerto Rico Civil Núm. KPE 2007-4359_
_(803)_

By: _Nancy Ramos Ramirez_
Signature

_Nancy Ramos Ramirez_
Print Name

_Secretaria Administrativa - AEP_
Title (if Participant is not an individual)

_Agosto 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | |
| RAFAEL E. BOU PADILLA | SOBRE: |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ | |
| COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |
| MARIO GIERBOLINI RODRIGUEZ | |
| JOSE A. GOMEZ RIVERA | |
| MARIO GONZALEZ GONZALEZ | |
| ANDERSON GONZALEZ CONTRERAS | |
| BRENDA L. GONZALEZ DIAZ | |
| ROBERTO GONZALEZ | |
| JOSE D. GONZALEZ RAMOS | |
| DAMARIS GONZALEZ SANTIAGO | |
| LUIS 0. GONZALEZ SANTIAGO | |
| MIRIAM GONZALEZ SANTIAGO | |
| SANDRA GREGORY RIVERA | |

Civil Núm.: K PE2007-4359 (803)                                    Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                          Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                    Página 5
Segunda Querella Enmendada

*Original se file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Junio 10, 2014*

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.  La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.  La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                    Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del
Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que
interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por
la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre
Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.    La Autoridad de Edificios Públicos tiene poder para demandar y ser
demandada, querellar y defenderse en el tribunal de justicia y organismos
administrativos. (22 LPRA Sección 906).

4.    Los querellantes de epígrafe, quienes comparecen personalmente son
empleados de carrera regulares de la Corporación Pública demandada y le aplican
como parte del contrato individual de empleo las decisiones o circulares de la Directora
Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la
Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del
Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre
otros, por lo que reclaman lo que más adelante se expone.

5.    La Asociación de Empleados Gerenciales de la Autoridad de Edificios
Públicos tiene capacidad jurídica también para representar a sus miembros, quienes
comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.
Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación
de Maestros v. José Arsenio Torres, 94 JTS 145.

6.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado
al caso de marras. La desigualdad que pretende el querellado, relacionado con la
controversia del caso de epígrafe, es negar el principio igualitario constitucional,
sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este
tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?
Este trato desigual entre empleados no unionados ante unas mismas disposiciones
de la Directora Ejecutiva o Resoluciones de  la  Junta  de  Directores  es
constitucionalmente impermisible.  ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)                                          Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.      La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.      Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v.

Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.      El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)                                                    Página 8
**Segunda Querella Enmendada**

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el I servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.     Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.     La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.     La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.     Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.     El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)                                     Página 10
Segunda Querella Enmendada

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria,
estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es
constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de
la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama
con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición
mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo
siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece
jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los
querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así
como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente
y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy
Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante
decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de
la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior
es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar
litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos
procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus
tareas funciones reales son y en consecuencia son empleados no exentos de la ley
de horas y salarios. La preparación académica de los querellantes es no profesional,
no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y
sustancial sobre asuntos de consecuencia para la empresa querellada. Los
querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar
alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad
de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)                                    Página 12
Segunda Querella Enmendada

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al abogado de la parte querellante, una suma no menor del 25% de la indemnización por concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42 (1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas, incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes, sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin limitación, violación de sus derechos civiles, así como violación de cualquier otra ley federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella enmendada en todas sus partes, condenando en su consecuencia al querellado a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974); Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633, 637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes, condenando en su consecuencia a los querellados a pagarle a los querellantes la cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada

Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

Nancy Ramos Ramos
P.O. Box 79415
Carolina, PR 00984-9415

CERTIFIED MAIL

7019 2970 0001 2548 9583

RECEIVED & FILED
2021 AUG 13 PM 2: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR



United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Pedro Alves Piñeiro*

Participant's Address: *Puerto Real 858 Calle Guamaní Cabo Rojo PR. 00623*

Participant's Email Address: *ppj2000pr@yahoo.com*

Name of Counsel: *N/A*

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *100246*

Nature of Claim: *Salary Claim/court of first instance San Juan P.R. Civil Num. KPE2007-4359 (803)*

By: _____
Signature

*Pedro Alves Piñeiro*
Print Name

_____
Title (if Participant is not an individual)

*11 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Alves Piñeiro
Puerto Real 858 Calle Guananí
Cabo Rojo, P.R. 00623

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



CERTIFIED MAIL

7020 1810 0001 3354 836 2

00918-170625

RECEIVED & FILED

2021 AUG 13 PM 2: 31

U.S. POSTAGE
PGM LETTER
CABO ROJO, P
00623
AUG 11, 21
AMOUNT

$7.00

R2305M147882

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Yasmin I. Sued Veglio*

Participant's Address:   *P.O. Box 3001 Guayama, P.R. 00785*

Participant's Email Address:   *yassued@gmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *No. 17 BK 3283-LST (I do not appear in any List)*

Nature of Claim:   *I am claiming the Federal incentives identified and allocated by our government, that they never paid to teachers. The amount owed is unknown because it depended on teachers preparation level taught and years of experience. This incentive was assigned since 1977.*

By:   *Yasmin Sued Veglio*
     Signature

     *Yasmin I. Sued Veglio*
     Print Name

     _____
     Title (if Participant is not an individual)

     *10 de agosto de 2021*
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.O. Box 3001
Guayama, P.R. 00785

00918-1706625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave Carlos chardón Ste
150, San Juan, P.R. 00918-1767

2021 AUG 16 PM 3 31
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
RECEIVED & FILED

USA FIRST-CLASS

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I Vázquez González_

Participant's Address: _Urb Villamar Fl6 Calle Atlantico Guayama_
                       _PR 00784-5913_

Participant's Email Address: _carmenirisvazquez51@gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178992_

Nature of Claim: _My claim is about an increase of salary by law that I never received._

By: _Carmen I. Vázquez González_
    Signature

_Carmen I Vázquez González_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I Vázquez González
Urb Villamar
I16 Calle Atlantico
Guayama PR 00784-5913

RECEIVED & FILED

2021 AUG 13 PM 2: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felipe Medina Ramos_

Participant's Address: _Urb. El Corozal calle indo 1663. San, Juan P.R. 00926_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley 89 Firmada por Gobernador Romero Balcelo_

By: _Felipe Medina Ramos_
Signature

_Felipe Medina Ramos_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felipe Medina
Urb. El Cerezal
Calle Indo 1663
San Juan P.R.
San Juan P.R. 00926

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918 -1767

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 13 PM 2: 32
RECEIVED & FILED

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa H. Martinez Garcia_

Participant's Address: _RR-8 Box 9131 Bayamón, P.R. 00956_

Participant's Email Address: _cuchymg@gmail_

Name of Counsel: _The Commonwealth of Puerto Rico_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _Rosa H. Martinez Garcia_
   Signature

_Rosa H. Martinez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United States District Court Clerk's
Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR ®09
11 AUG 2021 PM 2   L

RECEIVED & FILED
2021 AUG 12 PM 2:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Angel A. Cuevas Estever_

Participant's Address: _Calle Cesar 20 38 Mirabella Village Bayamon P.R. 00961_

Participant's Email Address: _angelcuevas@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Angel A. Cuevas Est..._
  Signature

_Angel A. Cuevas Estever_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Covelas Estevew
Calle Covarpes 38 Mirabella Village
Bayamon P.R. 00961

RECEIVED & FILED
2021 AUG 13 PM 2: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-1708625



1000        00918

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
AUG 11 21
AMOUNT
$0.55
R2305P150006-14

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Claudio Ginés_

Participant's Address: _Qo-25 Calle 536 Urb. Country Club, Carolina, PR D0982_

Participant's Email Address: _titichef65@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49762_

Nature of Claim: _See the next page_

By: _Olga Claudio Ginés_
Signature

_Olga Claudio Ginés_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 9, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:22
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of
#26,400 dollars, based on the law 89 of
July 01, 1995. Uniform tax "Romerozo" for
the years that I worked for Puerto Rico
Telephone Company. These are from March
30, 1977 to December 01, 2009.



Olga Claudio Ruiz
P. 235 Calle 536 Urb. Country Club
Carolina, PR 00982

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court
150 Ave. Carlos Chardón. Ste 150
San Juan, PR
00918-1767

RECEIVED & FILED
2021 AUG 13 AM 10:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Angel A. Cuevas Estevez_

Participant's Address: _Calle Cuarzo 38 Mirabella Village_
_Bayamon P.R. 00961_

Participant's Email Address: _angelcuevas@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Angel A. Cuevas_
Signature

_Angel A. Cuevas Estevez_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Cuevas Esteves
Calle Coral 38
Mirabella Village
Bayamón P.R. 00961

RECEIVED & FILED
2021 AUG 13  PM 2:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

00918-1706825



U.S. POSTAGE PAID
FCM LG ENV
CANOVANAS, PR
00729
AUG 11, 21
AMOUNT
$0.55
R2305P150006-14
1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Pabón Vidal_

Participant's Address: _Res. Carmen-E. 14. Ap. 143._

Participant's Email Address: _Maritza Rosas312 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Demanda Salario_

By: _Carlos Pab Vid._
Signature

_Carlos Pabón Vidal_
Print Name

_____
Title (if Participant is not an individual)

_10/8/2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Pabon Vidal
Res: Caymen-E. 14-00-143
Mayaguez P.R. 00682

RECEIVED & FILED
2021 AUG 13 PM 2:
CLERK'S OFFICE
S DISTRICT COURT
SAN JUAN,

00918-170625

To: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021 PM 2  L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesusa Rolon Rosa

Participant's Address: P.O. Box 249 - Comerio, P.R. 00782

Participant's Email Address: ~~Rolon Rosa~~ rolonrosa43 a yahoo.Com.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17BK3283-LTS → 17BK03566-LTS (90763)

Nature of Claim: Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

By: _Jesusa Rolon Rosa_
Signature

_Jesusa Rolon Rosa_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesusa Rolvin Rosa
P.O. Box 249
Comerio, P.R. 00782

United State District Court
Clerk's Office 150 Ave
Carlos chardon, ste 150,
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 13 PM 2: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis Velez Padilla

Participant's Address: HC 01 Box 8438, Maricao PR 00606

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-1741

Nature of Claim: Debt Salary 1980-2000

By: _Luis Velez Padilla_
Signature

_Luis Velez Padilla_
Print Name

_____
Title (if Participant is not an individual)

10-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Velez Padilla
HC01 Box 8438, Narico
PR 00606

RECEIVED & FILED
2021 AUG 13   PM 2:32
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009
11 AUG 2021 PM 2 L
FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Natividad Diaz Samago_

Participant's Address: _HC04 Box 43926, Lares P.R. 00669_

Participant's Email Address: _dhaydee416@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title II_

By: _Natividad Diaz Samaga_
Signature

_Natividad Diaz Sarraga_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Natividad Díaz Jarvase
1404 Box 43996
Lares, P.R. 00669

RECEIVED & FILED
2021 AUG 13  PM 2:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170626

United States District Court Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

SAN JUAN PR   009
11 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen G Garcia Rodriguez_

Participant's Address: _Calle Eliseo Guerrero II 16_

Participant's Email Address: _P.O Box 249 Comerio, P.R. 00782_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283LTS_

Nature of Claim: _____

By: _Carmen G. Garcia Rodriguez_
Signature

_Carmen G. Garcia Rodriguez_        _Tel. 787-685-7920_
Print Name

_____
Title (if Participant is not an individual)

_6 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen G. Garcia Rodriguez
P.O. Box 249
Comerio, P.R. 00782-0249

RECEIVED & FILED
2021 AUG 13   PH 2: 3
CLERK'S OFFICE
U. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
11 AUG 2021  PM 2  L

United States Distric Court Clerk's
Office 150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___Javier Fernández González___

Participant's Address: ___3 Calle Cuesta Rincón, P.R 00677-2216___

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___167700___

Nature of Claim: ___Empleado Publico___

By: _____
Signature

___Javier Fernández González___
Print Name

_____
Title (if Participant is not an individual)

___August 6, 2021___
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Fernández González
3 Calle Cuesta
Rincón, Puerto Rico
00677-2216

SAN JUAN PR   009

11 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Javier Fernández Gonzalez

Participant's Address: 3 Calle Cuesta Rincón, P.R. 00677-2216

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167702

Nature of Claim: Empleado Publico

By: _____
Signature

Javier Fernandez Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

**RECEIVED & FILED
2021 AUG 13 PM 2:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Fernández González
3 Calle Cuesta
Rincón, Puerto Rico
00677-2216

SAN JUAN PR   009

11 AUG 2021 PM 2   L



USA ★ FOREVER

00918-170E25

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Javier Fernandez Gonzalez

Participant's Address: 3 Calle Cuesta Rincon, P.R 00677-2216

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 16 7703

Nature of Claim: Empleado Publico

By: _(signature)_
Signature

Javier Fernandez Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Javier Fernández González
3 Calle Cuesta
Rincón, Puerto Rico
00677-2216

00918-170625

SAN JUAN PR   009

11 AUG 2021 PM 2   L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Vargas Perez_

Participant's Address: _HC 4 Box 45439_

Participant's Email Address: _Confabiliohdclaseo @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 170025_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Wilfredo Vargas Perez_
Signature

_Wilfredo Vargas_
Print Name

_Self Participants_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

WILFREDO VARGASVPEREZ
HC 4 BOX 45439
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

00918-170625

NOTICE TO THE COURT'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



SAN JUAN PR   009

11 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marta I Rodriguez Hernandez

Participant's Address: HC6 Box 17427, San Sebastian PR 00685

Participant's Email Address: Martairod@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 76119

Nature of Claim: Debts claimed Dep. of Education

By: _Marta I. Rodriguez Hernandez_
Signature

_Marta I. Rodriguez_
Print Name

_Self participant_
Title (if Participant is not an individual)

_8/7/21_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARTA I. RODRIGUEZ HERNANDEZ
HC 6 BOX 17427
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2 L



FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta I. Rodríguez Hernández_

Participant's Address: _Hc6 Box 17427, San Sebastián PR 00685_

Participant's Email Address: _Martoirod @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 47690_

Nature of Claim: _Debts Claimed Department of Education_

By: _Marta I. Rodríguez Hernández_
Signature

_Marta I Rodriguez_
Print Name

_Self Claimant_
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARTA I. RODRIGUEZ HERNANDEZ
HC 6 BOX 17427
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG 13 PM 2: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

SAN JUAN PR 009
11 AUG 2021 PM 2 L



NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta I Rodriguez Hernández_

Participant's Address: _Hc 6 Box 17427, San Sebastian PR 00685_

Participant's Email Address: _Martairod@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 54929_

Nature of Claim: _Debts Claim in Deportment of Education_

By: _Marta I. Rodriguez Hernández_
Signature

_Marta I Rodriguez_
Print Name

_Self participant_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARTA I. RODRIGUEZ HERNANDEZ
HC 6 BOX 17427
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG 13  PM 2: 33

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

SAN JUAN PR  009

11 AUG 2021 PM 2  L



FOREVER

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Simon Barriera Munoz_

Participant's Address: _Urb. Constancia 3035 calle Soller Ponce, P. R. 00717_
_-2216_

Participant's Email Address: _____O_____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _$125,000.00 Of The Employee Retirement System Bond_

By: _Simon Barriera_
Signature

_Simon Barriera Munoz_
Print Name

_____
Title (if Participant is not an individual)

_08/11/2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Simón Barriera
Urb. Constancia
3035 Soller
Ponce, P.R. 00717-2216

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:     Luisa Esther Gastón Orza

Participant's Address:  Urb. Alta Vista 017 Calle 16 Ponce, P.R. 00716-4265

Participant's Email Address:  gluisaesther @ gmail. com

Name of Counsel:   Lic. Alberto Aresti Franceschini

Address of Counsel:  Suite 1109 Edif. Union Plaza 416 Ave Ponce de León
                     Hato Rey P.R. 00918  Tel. (787) 751-5740

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:     50834

Nature of Claim:   Salary Adjustment

By:  _Luisa E. Gastón Orza_
     Signature

     _Luisa E. Gastón Orza_
     Print Name

     _____
     Title (if Participant is not an individual)

     _10 de agosto de 2021_
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luisa E. Gastón Orza
Urb. Alta Vista
017 Calle 16
Ponce, PR 00716-4265

RECEIVED & FILED
2021 AUG 13  PM 2: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
11 AUG 2021 PM 2  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Aníbal De Jesús Torres_

Participant's Address: _Las Cumbres 225 C/Laurel Mororis.P.R.0068?_

Participant's Email Address: _Anibal.de Jesús 61 @ g Mart. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS_

Nature of Claim: _Pro Mesa Title III_

By: _José Aníbal DeJesús T._
   Signature

_José Aníbal / DeJesús Torres_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 09-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Guilull un gran Jonis
Jua Carolina 225 C / Moura 1
Moroois, P.R. 00687

RECEIVED & FILED
2021 AUG 13 PM 2: 33
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
11 AUG 2021 PM 2 L

00910-170625

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

BASEBALL
ALL STAR
FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Migdalia  Colón  Encarnación

Participant's Address:   Calle Sagitario #170 urb. Brisas de Loiza, Canóvanas, P.R 00729

Participant's Email Address:   MCe 862 @gmail.com  /mrcc_1747@hotmail.com

Name of Counsel:   Lcda. Ivonne González Morales

Address of Counsel:   P.O Box 9021828, San Juan, P.R 00902-1828

Email Address of Counsel:   ivonnegm @prw.net

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   179140

Nature of Claim:   Salary Scale. They did not pay me The money That corresponds
to me. I work for the government of Puerto Rico Department
of the family for 33 years

By:   Migdalia Colón Encarnación
     Signature

     Migdalia Colón Encarnación
     Print Name

     _____
     Title (if Participant is not an individual)

     11 de agosto 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2:34
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

Migdalia Colón Encarnación
Calle, Sagitario #170 2nd Barrio el Retiro,
Barrieros PR 00929

11 AUG 2021   PM 2

SAN JUAN PR

FOREVER USA

Court's Clerk's Office
United States District court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magali Crispin Ramirez_

Participant's Address: _362 Urb. Savannah Real San Lorenzo. P.R 00754_

Participant's Email Address: _magalie_crispin @ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley 89_

By: _Magali Crispin Ramirez_
Signature

Print Name: _____

Title (if Participant is not an individual): _____

Date: _4 de agosto de 2021_

RECEIVED & FILED
2021 AUG 13 PM 2: 34
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



M Virginia Ramos
362 Urb. Savanna
Real San Lorenzo PR
00754

United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste 150, San Juan P.R. 00918

00918-170625

RECEIVED & FILED
2021 AUG 13 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

US POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 11, 21
AMOUNT
$0.95
R2304M114409-19

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magali Crispin Ramirez_

Participant's Address: _362 Urb. Savannah Real San Lorenzo P.R. 00754_

Participant's Email Address: _magalie-crispin @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley 89_

By: _Magali Crispin Ramirez_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_4 de agosto 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Un Chopin Ramos
362 Urb. Savannah
Real San Lorenzo P.R
00754

RECEIVED & FILED

2021 AUG 13  PM 2: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste 150, San Juan P.R 00918-1767

U.S. POSTAGE PAID
FCM LETTER
COGUAS, PR
00925
AUG 11, 21
AMOUNT
$0.75
R2304M11440G-19

1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor L. Garcia Rodriguez_

Participant's Address: _P.O. Box 249 Comerio, P.R 00782_

Participant's Email Address: _hlgarciarodriguez @ yahoo. Com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTS   /  17 BK 03566 - LTS_

Nature of Claim: _PROMESA Title III THE COMMONWEALTH of Puerto Rico_
_Employees retirement system_

By: _Héct L. García Rod._
Signature

_Héctor L. García Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector L Garcia Rodriguez
P.O. Box 249
Comerio, P.R. 00782

SAN JUAN PR   009
11 AUG 2021   PM 2   L

RECEIVED & FILED
2021 AUG 13  PM 2: 34
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN. P.R

00918-170625

United State District Court
Clerk's Office, 150 Ave.
Carlos Chardon, Ste. 150,
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Quiles_

Participant's Address: _PO Box 1337 San Sebastian, PR 00685_

Participant's Email Address: _quilesautoricbud.com_

Name of Counsel: _Self represented_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _ISCI 2017-00375, KLAN 2019-00878_

Nature of Claim: _State illegal forfeiture_

By: _(signature)_

Signature

_Roberto Quiles_

Print Name

_____

Title (if Participant is not an individual)

_August 4/2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Ruiz
PO Box 1337
San Sebastián, PR 00685

RECEIVED & FILED
2021 AUG 13  PM 2: 34
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN.PR

00918-170625

SAN JUAN PR   009
11 AUG 2021  PM 2  L

USA District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, PR 00918-1767

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lissette Rodriguez-Ortiz_

Participant's Address: _437 C/ Culebrines, Palacios del Rio I_

Participant's Email Address: _Javierdavila 40 @hotmail.com  Toa Alta PR_
_00953_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75062_

Nature of Claim: _Pension_

By: _Lissette Rodriguez Ortiz_
Signature

_Lissette Rodriguez-Ortiz_
Print Name

RECEIVED & FILED
2021 AUG 13 PM 2:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

_____
Title (if Participant is not an individual)

_august 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LISSETTE RODRÍGUEZ ORTIZ
437 CALLE CULEBRINAS
PALACIOS DEL RÍO I
TOA ALTA, PR 00953

00918-1706525

SAN JUAN PR   009

11 AUG 2021   PM 2   L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDÓN
SUITE 150
SAN JUAN, PR 00918-1767

2021 AUG 13  PM 2: 34

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Álvarez Roldán_

Participant's Address: _HC-04 Box 44705 Hatillo PR 00659_

Participant's Email Address: _paola_617@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Migdalia Álvarez Roldán_
Print Name

_____
Title (if Participant is not an individual)

_8-9-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13  PM 2: 34
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

U. Alvarez
HC-04 Box 44705
Aabo Yabo/21 PR Rios 9

00918-170625

Court's Clerks Office
United States District Court
Clerks Office 150 Ave. Carlos Chardon
San Juan PR 00918 767
Ste

SAN JUAN PR  009
11 AUG 2021  PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Nieves Albino_

Participant's Address: _Urb. Alturas de Joyuda #6034_
_Cabo Rojo, Puerto Rico 00623.1_

Participant's Email Address: _Jose 20, Jn @ gmail.com._

Name of Counsel: _None_

Address of Counsel: _15037_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150378  Nieves Albino Jose A._

Nature of Claim: _I never received increse_
_in my salary._

By: _[signature]_
Signature

_José A. Nieves Albino_
Print Name

_Dept. of Education (Omep)_
Title (if Participant is not an individual)

_August 6, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Nieves Albino
urb. Alturas de Joyuda
Box 6034
Cabo Rojo P.R. 00623.

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706ZS

11 AUG 2021

SAN JUAN PR 009

PM 2   L

United States District Court's Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria E. Quiñonez Ramos*

Participant's Address: *9610 Channing Hill Dr. Ruskin*

Participant's Email Address: _____

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *95412*

Nature of Claim: *Public Employee and Pension Retiree Claim*

By: *Maria E Quiñonez Ramos*
Signature

*Maria E. Quiñonez Ramos*
Print Name

Title (if Participant is not an individual)

*8/10/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021            9

María E. Quiñonez Ramos
Quintas de Dorado
C-205 Calle Ceiba
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 13  PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's
Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, PR, 00918-1767

SAN JUAN PR   009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramonita Lebrón López_

Participant's Address: _HC-01 Box 25326 Caguas P.R. 00725_

Participant's Email Address: _ramonitalebron15@gmail.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico et al_

By: _Ramonita Lebrón López_
Signature

_Ramonita Lebrón López_
Print Name

_____
Title (if Participant is not an individual)

_10 /agosto /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramonita Lemon Lopez
HC-01 Box 25326
Caguas P.R. 00725

RECEIVED & FILED
2021 AUG 13 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
11 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: _Maria A. Rosado Soto_

Participant's Address: _Urb. Villa San Anton_
_C-21 Hermógenes Figueroa -Carolina, PR. 00987_

Participant's Email Address: _maria.rosado1202@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173771_

Nature of Claim: _Salary Claim KPE 2007-4359 (803)_

By: _Maria A. Rosado Soto_
Signature

_Maria A. Rosado Soto_
Print Name

Title (if Participant is not an individual)

_11/august/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 5

*Original se*
*file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*Junio 10, 2014*

Querellados

### SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Sra. María A. Rosado Lot.
Urb. Villas de San Antonio
C-21 Hernández Figueroa
Carolina, P.R. 00987

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's office
150 Ave. Carlos Chardon
San Juan, PR 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GERARDO BARBOSA_

Participant's Address: _H.C-06 Box.2260, Ponce, P.R. 00731-9679_

Participant's Email Address: _barbie16284@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Gerardo Barbosa_
Signature

_Gerardo Barbosa_
Print Name

_____
Title (if Participant is not an individual)

_17-agosto-2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Barbosa
H.C.-06 Box 2260
Ponce, P.R., 00731-9679

SAN JUAN PR   009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

United States District Courts. Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___Deborah A. Blake Jimenez___

Participant's Address: ___752 Lincoln ST. Urb LA Cumbre San Juan, PR 00926___

Participant's Email Address: ___Puchi09 @gmail.com___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___57767___

Nature of Claim: ___Pension / Retiree claims___

By: _____
Signature

___Deborah A. Blake Jimenez___
Print Name

_____
Title (if Participant is not an individual)

___August 9, 2021___
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Deborah Blase Jiménez
752 Lincoln ST.
Urb. La Cumbre
San Juan, PR. 00926

SAN JUAN PR  009

11 AUG 2021 PM 2

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Toyens Martinez_

Participant's Address: _P.O. Box 705 Juncos PR 00777_

Participant's Email Address: _juanitatoyens@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108657_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _____
Signature

_Juanita Toyens Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 5 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Teyens Martinez
P.O. Box 705
Juncos, P.R. 00777-0705

United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 13 PM 2:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009
11 AUG 2021  PM 2  L

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ernesto Vazquez Roman Gua_

Participant's Address: _Bo Palmas Altas HC02 Box 4065  Guayama PR 00784_

Participant's Email Address: _ev romango @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
   Signature

_Ernesto Vazquez Roman_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ernesto Vázquez Roman
HC02 Box 4065
Guayama P.R. 00784-8527

RECEIVED & FILED
2021 AUG 13 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

"SAN JUAN PR 009
11 AUG 2021 PM 2 L

United States District Court, clerk's office
150 Ave, Carlos Chardon Ste. 150
San Juan P.R. 00918- 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Vega Burgos_

Participant's Address: _HC-4 Box 7232 Yabucoa PR 00767_

Participant's Email Address: _anivetai @ hotmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283 / 177220_

Nature of Claim: _____

By: _____
Signature

_José M. Vega Burgos_
Print Name

_____
Title (if Participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose M. Vega Burgos
HC-4 Box 7232
Yabucoa PR 00767

RECEIVED & FILED
2021 AUG 13 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court, Clerk Office
150 Ave. Carlos Chardón Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen A. Morales Figueroa_

Participant's Address: _HC02 Box 5267 Comerio P.R. 00782_

Participant's Email Address: _Carmen.morales 26 @ hot mail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176374_

Nature of Claim: _Public Employee and Pension Retiree Claim_

By: _Carmen A. Morales Figueroa_
Signature

_Carmen A. Morales Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen A. Morales Figueroa
HC02 Box 5267
Comerio P.R. 00782

RECEIVED & FILED
2021 AUG 13 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
11 AUG 2021 PM 2  L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, Puerto Rico 00 918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Alfonso Vega Burgos_

Participant's Address: _HC-4 Box 17203 Yabucoa PR 00767_

Participant's Email Address: _anivet01@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283 / 174973_

Nature of Claim: _____

By: _____
Signature

_Angel A. Vega Burgos_
Print Name

_[signature]_
Title (if Participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel A. Vega Burgos
HC- 4 Box 17203
Yabucoa PR 00767

RECEIVED & FILED
2021 AUG 13 PM 2:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk Office, 150 Ave. Carlos Chardon Ste 150
San Juan PR 00918 - 1767

SAN JUAN PR  009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felipe Gómez Rivera*

Participant's Address: *HC6 Box 6335 Juana Diaz P.R. 00795-9897*

Participant's Email Address: *N/A*

Name of Counsel: *Corporacian Azucarera de Puerto Rico*

Address of Counsel: *San Juan P.R.*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *169407*

Nature of Claim: *Retired*

By: *Felipe Gómez Rivera*
Signature

*Felipe Gómez Rivera*
Print Name

*Retired*
Title (if Participant is not an individual)

*August 10 - 2021*
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Felipe Gómez Rivera
HC6 Box 6335
Juana Díaz, PR.
00 795-9897

RECEIVED & FILED

2021 AUG 13  PH 2: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United States District Court,
Clerks Office
150 Ave, Carlos Chardon STE 150,
San Juan, PR. 00 918-1767.

SAN JUAN PR  009

11 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Rosa I Ortiz Ramirez_

Participant's Address: _POBox 1245 · Hormigueros, PR 00660-5245_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System_

By: _Rosa I. Ortiz Ramirez_
Signature

_Rosa I. Ortiz Ramirez._
Print Name

_____
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2:3_
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021                    9

From: Luis D. Ortiz Ratamirez
P.O. Box 1945
Aguan, quano, P.R. 00660-5345

To: Courts Clerk Office
USA District Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

0091B-17062S

SAN JUAN PR 009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 13 PM 2:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:   Mr. José L. Cardona Velázquez

Participant's Address:   HC3 Box 5139 Adjuntas, PR 00601

Participant's Email Address:   Jose. cardona 4904 @ gmail. com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   # 50186 = # 50168

Nature of Claim:   # 170957

By:   _____
      Signature

      José Luis Cardona Velázquez
      Print Name

      Correction Officer
      Title (if Participant is not an individual)

      August 3, 2021
      Date

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José L. Cardona Velázquez
Hc. 3. Box 5139
Adjuntas PR. 00601

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
11 AUG 2021 PM 2 L

United State District Court Clerk's
Office 150 ave. Carlos Chardon ste
150 SanJuan PR.00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angela R. Cruz Oms_

Participant's Address: _P.O. Box 8835 Ponce P.R. 00732_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _114482_

Nature of Claim: _Public Employee of the Commonwealth of P.R._

By: _Angela S. Cruz Oms_
Signature

_Angela R. Cruz Oms_
Print Name

_____
Title (if Participant is not an individual)

_august 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angela R. Cruz OMS
P.O. Box 8835
Ponce PR 00732

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

11 AUG 2021   PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angela Rita Cruz Oms*

Participant's Address: *P. O. Box 8835, Ponce P.R. 00732*

Participant's Email Address: 

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *102416*

Nature of Claim: *Retiree Employee of the Commonwealth of P.R.*

By: *(signature)*
Signature

*Angela Rita Cruz Oms*
Print Name

Title (if Participant is not an individual)

*august 11, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angela Rita CRuz Ams
P.O. Box 8835
Ponce P.R. 00732

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks office
150 AVE. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

11 AUG 2021

SAN JUAN PR   009
11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge L. Cruz Colon_

Participant's Address: _Po Box 1227 Hormigueros PR 00660_

Participant's Email Address: _eqvalentin @ yahoo.com_

Name of Counsel: _Lcda. Brendairin Cruz Santago_

Address of Counsel: _2421 Paseo Perla del sur suite 2 Ponce PR 00717-0663_

Email Address of Counsel: _bcLegalServices @ gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _Jorge L Cruz Colon_
Signature

_Jorge L Cruz Colon_
Print Name

_____
Title (if Participant is not an individual)

_agosto 10-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Jorge L. Ruiz Colon
Po Box 1227
Hormigueros PR
00660

00918-170625

SAN JUAN PR  009
11 AUG 2021 PM 2 L

Court's Clerk's Office
United States District Courts
Clerk's Office, 150 Ave
Carlos Chardon Ste 150
San Juan P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. Gonzáles Gonzáles_

Participant's Address: _Apartado 608 Bo.Vacas, Villalba P.R. 00766_

Participant's Email Address: _mirna5669@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#90738 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Maria E. Gonzáles Gonzáles_
Signature

_Maria E. Gonzáles Gonzáles_
Print Name

Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2:37
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Gonzalez Gonzalez
Apartado 608
Bo. Vacas
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13  PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
11 AUG 2021  PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria E. González González_

Participant's Address: _Apartado 608 Bo. Vacas Villalba, P.R. 00766_

Participant's Email Address: _mirna 5669 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#90738 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Maria E. González González_
Signature

_Maria E. González González_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. González González
Apartado 608 Bo. Vacas
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

11 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name: _José M. Velázquez Vega_

Participant's Address: _AW6 C/Piedras Negras, Venus Garders, San Juan PR 00926_

Participant's Email Address: _Josevel@prtc.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _14230_

Nature of Claim: _Public Employee And Pension/Retiree Claims_

By: _[signature]_
     Signature

_José M. Velázquez Vega_
Print Name

_____
Title (if Participant is not an individual)

_July 31, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Velázquez Vega
Urb. Venus Gardens
Calle Piedras Negras AW-6
San Juan P-R 00926

00918-170625

Discovery Notice to the Courts
United States District Court Clerk Office
150 Ave. Carlos Chardon Ste 150
San Juan P-K 00918-1767

at;

SAN JUAN PR   009
11 AUG 2021 PM 2 L

USA ★ FOREVER



RECEIVED & FILED
2021 AUG 13 PM 12 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Collazo Quiles_

Participant's Address: _P.O. Box 2332 - Mayagüez, P.R. 00681_

Participant's Email Address: _collazo.brunilda2006@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ley - 12-Junio/79_  (89)

Nature of Claim: _Law 89 - June 12/79_

By: _[signature]_
Signature

_Brunilda Collazo Quiles_
Print Name

_____
Title (if Participant is not an individual)

_9/agosto/2021_
Date

Nature claim
I did not receive the
increase on the corresponding
date.

Claim Number:
# 167735
  167733
  ~~167733~~ (161506)

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Collazo Quiles
P.O. Box 3332
Mayaguez, P.R.
– 00681–

SAN JUAN PR 009

11 AUG 2021 PM 2 L

United States District Court
Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R.
00918 – 37 – 1767

00918-176525

RECEIVED & FILED
2021 AUG 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alberto León Colón_

Participant's Address: _Po. Box 608 Villalba, P.R. 00766_

Participant's Email Address: _mirna5669@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#88972 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _[signature]_
Signature

_Alberto León Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alberto Leon Colon
P.O. Box 606
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 13  PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR  009
11 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Avelina Rivera Carrillo_

Participant's Address: _HC-01 Box 6408 Guaynabo, P.R. 00971-9552_

Participant's Email Address: _mariluz5_15@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122174_

Nature of Claim: _Public Employer Claims_

By: _Avelina Rivera Carrillo_
Signature

_Avelina Rivera Carrillo_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurelina Rivera Carrillo
HC-01 Box 6405
Guaynabo, PR. 00971

SAN JUAN PR 009
11 AUG 2021 PM 2 L

00918-170625

United States District Court
Office, 150 Ave Carlos Chardon-
Ste 150, San Juan PR. 00918
1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Antonio A.M. Construction Inc

Participant's Address: PO Box 9344 Carolina PR 00988

Participant's Email Address: antonio.m.construction@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3283-LTS    KCD 2016-0086 (803)

Nature of Claim: Debt-(Work performed at Superintendencia del Capitolio)

By: _____
Signature

Antonio Santiago Rodriguez
Print Name

President
Title (if Participant is not an individual)

8/13/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 13 PM 2:18

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   MARILYN FIGUEROA GARCIA

Participant's Address:   URB. VILLA AURORA C5 CALLE 2 CATAÑO PR 00962

Participant's Email Address:   marilyn033@icloud.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   49762

Nature of Claim:   UNPAID WAGES TO CURRENT OR FORMER EMPLOYMENT WITH THE GOVERNMENT OF Puerto Rico

By:   _Marilyn Figueroa Garcia_
Signature

MARILYN FIGUEROA GARCIA
Print Name

_____
Title (if Participant is not an individual)

8-13-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Betzaida DelValle Maldonado_

Participant's Address: _HC 5 Box 7520 Guaynabo P.R. 00971_

Participant's Email Address: _betzaida.delValle8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97507_

Nature of Claim: _Employees Retirements System Of the Goverments Of the Commonwealth Of Puerto Rico._

By: _Betzaida DelValle Maldonado_
Signature

_Betzaida DelValle Maldonado._
Print Name

_____
Title (if Participant is not an individual)

_13/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicia M. Kuilan Medina_

Participant's Address: _Urb. Villa España C/Alcazar D50 Bayamón PR00961_

Participant's Email Address: _amkuilan @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113312_

Nature of Claim: _Employees Retirement System of the Government of the commonwealth of Puerto Rico._

By: _Alicia M. Kuilan Medina_
Signature

_Alicia M. Kuilan Medina_
Print Name

_____
Title (if Participant is not an individual)

_13 - Agosto - 2021_
Date

RECEIVED & FILED
2021 AUG 13 PM 1:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.