UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                              (Jointly Administered)
et al.,

                     Debtors.¹
-------------------------------------------------------------x
```

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Daniel Quintana Ramirez
2. Mildred D. Sued Caussade
3. Ibrahim Sued Caussade
4. Isaac Oquendo Muñiz
5. Carmen Cruz Rivera
6. Candelario Crespo Quiñones
7. Luis Garcia Figueroa
8. Carmen M. Lopez
9. Aida L. Varela Negron
10. Nilda Bobe Feliciano
11. Miriam Aguilar Martinez
12. James L. Galarza Cruz
13. Aurea E. Velez Santiago
14. Gilberto David Feliciano
15. Haydee T. Isern Huertas
16. Luz A. Santiago Arroyo
17. Maria del Carmen Conde Canela
18. Nilda Mangual Flores (3 notices)
19. Irene Rivera Martinez
20. Marta D. Santiago Torres
21. Maria L. Reyes Rivera
22. Damian O. Pabon Colon
23. Laura I. Samot Rodriguez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Maria del S. Sola Cruz

25. Juan J. Rivera Ayala

26. Carmen Myrna Rodriguez Ramos

27. Rafael Garcia Garcia

28. Francisco Garcia Rosado

29. Oneida Sanchez Cruz

30. Evyflor Espinosa Rosado

31. Willie A. Andrade Garcia

32. Yvette Sanchez Ortiz

33. Rosa M. Amalbert Millan (4 notices)

34. Olga M. Cordova

35. Loaly Rivera Feliciano

36. Lilliam Ortiz Colon

37. Signa Magaly Cabrera Torres

38. Maria de L. Olivieri Torres (3 notices)

39. Luz V. Canales Novo

40. Lillian I. Torres Orraca

41. Milagros M. Velez Martinez de Cintron

42. Maritza Resto Cruz

43. Margarita Rivera Santana

44. Ana E. Nieves Rivera

45. Isabel C. Lebron Rosa

46. Vilmary Morales Aguilar

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Luz M. Robles Fernandez

    48. Ruben Martinez Fontanez

    49. Brenda L. Rios Rios

    50. Luz M. Robles Fernandez

Dated: August 17, 2021

4