Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Quintana Ramirez_

Participant's Address: _P.O. Box 592 Las Maria P.R. 00670_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Daniel Quintana Ramirez_
Print Name

_Promesa_
Title (if Participant is not an individual)

_08-13-21_
Date

RECEIVED & FILED
2021 AUG 16 PM 6:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Quintaeg
P.O. Box 592
Les Macias P.R.
00670

RECEIVED & FILED
2021 AUG 16  PM 6:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
clerk's office, 150 Ave.
Carlos Chacdon ste. 150
San Juan P.R. 00918-1767

SAN JUAN
14 AUG 2021 PM 1 L

USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred D. Sued Caussades_

Participant's Address: _P.O. Box 141 - Guayama, PR 00785_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137602_

Nature of Claim: _Promesa Title III No 17BK3283 LT.5_

By: _Mildred D. Sued Caussades_
Signature

_Mildred D. Sued Caussades_
Print Name

_____
Title (if Participant is not an individual)

_____
Date _8/14/21_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mr/Michael David Caussade
P.O. Box 141
Guayama, PR 00785

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8:20

United State District Court
Clerks Office
150 Ave Carlos Chardon Ste.
San Juan PR
00918-1706253



SAN JUAN PR   009
14 AUG 2021  PM 1 -L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ibrahim Sued Caussade_

Participant's Address: _PO Box 141 Guayama, P.R. 00785_

Participant's Email Address: _isued729@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143 883_

Nature of Claim: _Promesa Title III - No BK 3283 LTS_

By: _[signature]_
Signature

_Ibrahim Sued Caussade_
Print Name

_____
Title (if Participant is not an individual)

_____
Date _8/14/21_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ibrahim Soud Caussade
PO Box 191
Hueyama, PR 00785

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED MAIL ...
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 16 PM 8:20

United State District Court
Clerk's office
150 Ave Carlos Chardon Ste.
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ISAAC Oquendo Muñiz_

Participant's Address: _Hc 7 Box 75000, Sn Sbt. PR 00685_

Participant's Email Address: _contabilidadclasca@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169600_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _[signature]_
   Signature

_Isaac Oquendo_
Print Name

_Self applicant_
Title (if Participant is not an individual)

_8/14/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ISAAC OQUENDO MUNIZ
HC 7 BOX 75000
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 8: 20

00918-170625

SAN JUAN PR  009

14 AUG 2021  PM 1  L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen Cruz Rivera*

Participant's Address: *Urb Madelaine c/Amatista M-18 Toa Alta P.R. 00953*

Participant's Email Address: *carmencruzita@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *121554*

Nature of Claim: *Depto de Educación   Public Employer   Pension/Retiro*

By: *Carmen C Rivera*
Signature

*Carmen Cruz Rivera*
Print Name

_____
Title (if Participant is not an individual)

*Agust 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Cruz Rivera
Urb Madelaine M-18 c/Amatista
Toe Alta P.R. 00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 16 PM 6:19

00918-170625

Discovery Notice to the Court's Clerk's Office
United States District Court clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L


FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   CANDELARIO CRESPO QUIÑONES

Participant's Address:   Bo Ojo DeAgua Calle Begonia#77 VBPR 00693

Participant's Email Address:   yito1944 @yahoo.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17-BK-3566-LTS/ 9686

Nature of Claim:   PROMESA TITLE III

By:   *Candelario Crespo Quiñones*
Signature

CANDELARIO CRESPO QUIÑONES
Print Name

_____
Title (if Participant is not an individual)

8-14-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Candelarin Crespo
Bo Ojode Agua
Begonia - 77
Vega- Baja Pr 00693

SAN JUAN PR 009
14 AUG 2021 PM 1 L

FOREVER USA

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
21 AUG 16 PM 3:19

00918-170625

United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Luis Garcia Figueroa*

Participant's Address:  *PO Box 141 - Guayama, PR 00785*

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *135735*

Nature of Claim:  *Promesa Title III No. 17 BK 3283 LTS*

By:  *[signature]*
Signature

*Luis Garcia Figueroa*
Print Name

_____
Title (if Participant is not an individual)

Date  *8/14/21*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Garcia Figueroa
P.O. Box 141
Yanguana, PR 00785

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
'21 AUG 16 PM 8:19

United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918-1706
00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARMEN M. López_

Participant's Address: _P.O. Box 3092, Arecibo PR. 00613_

Participant's Email Address: _cfrias215@gmail.com_

Name of Counsel: ¿ _____

Address of Counsel: ¿ _____

Email Address of Counsel: ¿ _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _grant access in the Plan Depository_

By: _Carmen M. López_
Signature

_CARMEN M. López_
Print Name

_____
Title (if Participant is not an individual)

_8/13/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG 16 PM 8: 19

SAN JUAN PR 009
13 AUG 2021PM 2 L

United States District Court.
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

Carmen M. López
P.O. Box 3092
Arecibo, P.R. 00613

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Varela Negrón_

Participant's Address: _HC.71 Box 2923-Naranjito, P.R. 00719-9430_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Retirement System of Commonwealth of P.R._

By: _Aida L. Varela Negrón_
Signature

_Aida L. Varela Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Luz VARELA Negron
Hc-71-Box 2923
NARANjito, P.R. 00719-9430

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR   009
13 AUG 2021 PM 2 L

0091B-170625

United States District Court,
Clerk's OFFice,
150 Ave. Carlos Chardón ste.150
SAN JUAN, P.R. 0098-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Nilda Bobé Feliciano_

Participant's Address: _HC 2 Box 8372 Hormigueros, Puerto Rico 00660_

Participant's Email Address: _Nilda.bobe @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 2021_

Nature of Claim: _Jubilacion y Salarios Impagos (Ley Romerazo, Pasos por Meritos)_

By: _Nilda Bobé Feliciano_          ( Ajuste de Salario de retiro por
Signature                                   aumento Ley Romerazo (Ley 89)
                                                 y pasos por Meritos adeudados
_Nilda Bobé Feliciano_               (27 años de servicio según
Print Name                                  estipulado por el Convenio
                                                 Colectivo)
_____
Title (if Participant is not an individual)

_2 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 16  PM 8: 19

00918-170625

Nilda Pabe' Feliciano
HC 2 Box 83.72
Hormigueros, Puerto Rico 00660

SAN JUAN PR  009
13 AUG 2021  PM 2  L

USA FOREVER

United States District Court, clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miriam Aguilar Martinez_

Participant's Address: _Urb. Sierra Linda call 1 A-9 Cabo Rojo, P.R. 00623_

Participant's Email Address: _yatzela83@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Miriam Aguilar Martinez_
Signature

_Miriam Aguilar_
Print Name

_Miriam Aguilar Martinez_
Title (if Participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8:19

Miriam Aguilar Martinez
Urb. Sierra Linda calle 1 A-9
Cabo Rojo. PR 00623

00918-1706.25

SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
STE. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _James L. Galarza Cruz_

Participant's Address: _Ext. Estancias del Mayoral #63 Villalba P.R. 00766_

Participant's Email Address: _James Galarza 990 g. mail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64387_

Nature of Claim: _Unpaid Wages by the goverment of P.R._

By: _James L. Galarza Cruz_
Signature

_James L. Galarza Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August - 12 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

James L. Galarza Cruz
Ext. Estancias de Mayoral
Calle Cuneros #63
Villalba P.R. 00766

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   009

13 AUG 2021  PM

AUG 13 2021
USPS

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea E. Velez Santiago_

Participant's Address: _A-9 Urb Santa Marta, San Germán, PR 00683_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aurea E. Velez Santiago_
Signature

_Aurea E. Velez Santiago_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irene E. Velez Santiago
7-9 Calle B Urb. Santa Marta
San German, P.R. 00683

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECIBIDO AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 8: 18

00918-170625

SAN JUAN PR   009
13 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gilberto David Feliciano*

Participant's Address: *Urb. Villa Madrid - P-13, Calle 19 Caamo P2. 769*

Participant's Email Address: *gdavidfeliciano @ gmail.com.*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *164000 et. al.*

Nature of Claim: *un paid wages by the goverment of P.R.*

By: *Gilberto David*
Signature

*Gilberto David Feliciano*
Print Name

_____
Title (if Participant is not an individual)

*august 4 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gilberto David Feliciano
Urb. Villa Madrid - P-13
Calle #19 Barrio. P.R. - 00769

00918-170625

To: United States District Court
Clerk Office, 150 Ave Carlos Chardon
Ste. 150, San Juan, PR. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *HAYDEE T. ISERN HUERTAS*

Participant's Address: *PO BOX 1324, Boquerón, P.R.00622-1324*

Participant's Email Address: *haydeetisern@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *PROMESA Title III*

By: *Haydee T. Isern Huertas*
Signature

*Haydeé T Isern Huertas*
Print Name

_____
Title (if Participant is not an individual)

*August 8, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Haydeé T Isern
PO BOX 1324
Boqueron, PR 00622-1324

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 16 PM 3:18

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2 L

Court's Clerk's Office
at: United States District Court,
Clerk's Office, 150 Ave Carlos Chardon St, 150
San Juan, PR 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SANTIAGO ARROYO, LUZ A_

Participant's Address: _P.O. BOX 667, COMERIO, P.R. 00782_

Participant's Email Address: _NO_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36674_

Nature of Claim: _UNPAID WAGES, RETIREMENT_

By: _Luz G. Santiago Arroyo_
Signature

_LUZ A. SANTIAGO ARROYO_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz A. SANTIAGO ARROYO
P.O. Box 667
COMERIO, P.R. 00782

SAN JUAN PR 005

13 AUG 2021 PM 2 L

RECEIVED IN THE
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 3:18

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON Ste. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Cande Ynfante_

Participant's Address: _P. O. Box 1352 Rio Grande P.R 00745_

Participant's Email Address: _candecarmen26@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _United States District Court. Clerk's Office. 150 Ave. Carlos Chardon Ste,150 San Juan P.R 00918 1767_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _____

By: _Maria del C. Canle_
Signature

_MARIA DELCARMEN CANELA_
Print Name

_THE FINANCIAL OVERSIGHT and MANAGEMENT BOARD FOR_
Title (if Participant is not an individual) _PUERTO RICO_

_Agosto 13 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marie del Carmen Cordero Alphonse
P.O. Box 1353 Rio Grande P.R
00745

SAN JUAN PR  009
13 AUG 2021 PM 2  L

USA FOREVER

Court's Clerk's Office at;
United States District Court, Clerk's
Office 150 A ve. Carlos Chardon
Ste. 150, San Juan, P.R 00918-

1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Mangual Flores_

Participant's Address: _C/1 I 13 Estancias San Ido, Carolina PR 00985_

Participant's Email Address: _not apply_

Name of Counsel: _not apply_

Address of Counsel: _not apply_

Email Address of Counsel: _not apply_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Salary readjustment_

By: _Nilda Mangual Flores_
Signature

_Nilda Mangual Flores_
Print Name

_n/a_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Thilda Margeral Flecor
C/, I13 Estancias San Jdo.,
Carolina ,P.R. 00985

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 16 PM 5 57

United States District Court,
Clerk's Office,150 Ave Carlos
Chardon Ste: 150, San Juan,
P.R.00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

FOREVER / USA

00918385599

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilda Mangual Flores

Participant's Address: C/ I J3 Estancias San Ido., Carolina, P.R. 00985

Participant's Email Address: Does not apply

Name of Counsel: not apply

Address of Counsel: not apply

Email Address of Counsel: not apply

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK3283-LTS

Nature of Claim: salary readjusment

By: *Nilda Mangual Flores*
Signature

Nilda Mangual Flores
Print Name

N/a
Title (if Participant is not an individual)

8/11/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Margual Flores
C.11.I 13 Estancias San Jose.
Carolina, P.R. 00985

RECEIVED/FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16 PM 5:57

0091881767

United States District Court
Clerk's Office 150 Ave Carlos
Chardon Ste. San Juan, P.R.
00918-1767

SAN JUAN PR 009

14 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Mangual Flores_

Participant's Address: _C/I I3 Estancias San Fdo. Carolina, PR 00985_

Participant's Email Address: _not apply_

Name of Counsel: _not apply_

Address of Counsel: _not apply_

Email Address of Counsel: _not apply_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283-LTS_

Nature of Claim: _Salary readjusment_

By: _Nilda Mangual Flores_
Signature

_Nilda Mangual Flores_
Print Name

_n/a_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Mongual Flores
C/1 T13 Estancias San Jdo.
Carolina, P.R. 00985

REGENVED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
19 JUL 5:57 PM

SAN JUAN PR   009
14 AUG 2021 PM 1  L

United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150 S.J., P.R. 00918-1767

0091803⨳1767 0000

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Irene Rivera Martinez

Participant's Address: Extencion Parque Ecuestre Calle 40 H-19 Carolina P.R. 00987

Participant's Email Address: Irerivera@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 147055

Nature of Claim: Public Employee and Pension / Retire clamis

By: _____
Signature

Irene Rivera Martinez
Print Name

_____
Title (if Participant is not an individual)

8/11/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Irene Rivera Martinez
Ext, Parque Ecuestre
calle 40, H19, Carolina P.R, 00987

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court, Clerk's
Office, 150 ave. Carlos Chardon ste. 150, San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta W. Santiago Torres_

Participant's Address: _Urb. Ext. Alturas of Peñuelas II_
_Street Esmeralda 716 Peñuelas P.R. 00624_

Participant's Email Address: _martasantiagotorres@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _The commonwealth of PuertiRico_

By: _Marta W. Santiago Torres_
Signature

_Marta W. Santiago Torres_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_July 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Marta D. Santiago Torres
Urb. Ext. Alturas De
Penuelas II c/Esmeralda
716 Penuelas P.R. 00624
PR 1845 SRF 5517 (PackID): 18571 TMMLID:
30 6493-P SVC MML-PC

To: United States District Court
Clerk's Office, 150 Ave-Carlos
Chardon Ste 150 San Juan P.R.
00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Maria L. Reyes Rivera_

Participant's Address: _HC-04 Box 19503, Camuy, PR 00627_

Participant's Email Address: _mlreyesrivera @ gmail.com_

Name of Counsel: _No tengo_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Maria L. Reyes Rivera_
Signature

_Maria L. Reyes Rivera_
Print Name

_7/agosto/2021_
Title (if Participant is not an individual)

_7/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria I. Reyes Rivera
HC-04 Box 19503
Camuy, PR 00627

SAN JUAN PR 009
13 AUG 2021 PM 2 L

RECEIVED AND FILED
2021 AUG 16 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
S.J. P.R.

00918-170625

United States District Court
Clerks Office
150 Avenue Carlos Chardon
Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   _Damian O. Pabon Colon_

Participant's Address:   _URB.Alturas manati Bella Vista 24 Manati, PR 00674_

Participant's Email Address:   _d.pabon4828@gmail.com / damianmanati@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _not available_

Nature of Claim:   _public employee pension retirement_

By:   X _Damian A Pabon_

Signature

_Damián O. Pabón Colon_

Print Name

_____

Title (if Participant is not an individual)

_10 August 2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Damian Guzman Rodriguez
UCb Atenas Muniz
Bella Vista 24 Muniz PR
00674

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 5: 57

United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150, San Juan PR 00918-1767




Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Laura I. Samot Rodriguez

Participant's Address:    605 Mar Rojo, Urb. Vista Al Mar Catano, PR 00962

Participant's Email Address:    lisamot13@Yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    74492

Nature of Claim: _____

By: _____
    Signature

Laura Samot
Print Name

_____
Title (if Participant is not an individual)

9/ agosto /2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura I. Sumet Rodriguez
605 Mcr Rojo
Urb. Vista Al Mar
Cottean, PR. 00902

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16 PM 5:57

SAN JUAN PR 009
SAN JUAN PR 009
18 AUG 2021 PM 1 L
18 AUG 2021 PM 1 L

00918-170625

United State District
Court Clerk's office,
150 Ave. Carlos Chardon
Ste. 150, San Juan P.R.
00918 - 17667

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del S. Solá Cruz_

Participant's Address: _HC 9 Box 12691 Aguadilla, PR 00603_

Participant's Email Address: _msolacruz1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Maria del S. Solá Cruz_
Signature

_Maria del S. Solá Cruz_
Print Name

_Técnico de Servicio a Familia I_
Title (if Participant is not an individual)

_13 / Agosto / 21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria del S. Sola Cruz
HC 9 Box 13691
Aguadilla PR 00603

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 2:57

SAN JUAN PR 009
13 AUG 2021 PM 2 L

0091 8-240550

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan PR
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan J. Rivera Ayala_

Participant's Address: _HC-04 Box 8690 Aguas Buenas P.R. 00703_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10369_

Nature of Claim: _El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico._

By: _[signature]_
Signature

_Juan J. Rivera Ayala_
Print Name

_____
Title (if Participant is not an individual)

_11 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose L. Rivera Reyes
HC-01 Box 6690
Aguas Buenas, P.R.
00703

SAN JUAN PR   OO9
13 AUG 2021 PM 2   L



United States District Court,
Clerk's Office, 150 Mrs. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _CARMEN MYRNA Rodriguez RAMOS_

Participant's Address: _Calle mania buisti #852 (Unit) Comandate San Juan P.R._

Participant's Email Address: _cnROd33@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135994_

Nature of Claim: _Pension / Retired Claim_

By: _Carmen Myrna Rodriguez Ramos_
Signature

_CARMEN MYRNA ROdriguez Ramos_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Rodríguez
Calle Hona Puerti 852
Urb. El Comandante
San Juan P.R. 00924

00918-240550

RECEIVED MAIL
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16 PM 3: 56

SAN JUAN PR 009
13 AUG 2021 PM 2 L



United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste
San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rafael Garcia Garcia*

Participant's Address: *5 H15   Calle 8 Urb. Monte Brisas 5*
*Fajardo, P. R. 00738*

Participant's Email Address: _____

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *165086*

Nature of Claim: *Empleados Públicos y Pensión / jubilación*

By: *Rafael Garcia Garcia*
Signature

*Rafael Garcia Garcia*
Print Name

_____
Title (if Participant is not an individual)

*8/10/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Garcia Garcia
5H 15 Calle 8 Urb. Monte Brisas SAN JUAN PR 009
Fajardo P.R. 00738

12 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

'21 AUG 16 PM 4 56

0091882405

Court's Office at:
United States District Court,
Clerk's Office.
Clerk's Office at:
Ave. Carlos Chardon Ste 150
San Juan P.R. 00918 -1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco Garcia Rosado_

Participant's Address: _HC-02 Box 5043 Peñuelas P.R. 00624_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Fco. Garcia Rosado_
Signature

_Francisco Garcia Rosado_
Print Name

_____
Title (if Participant is not an individual)

_08-07-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Garcia Rosado
HC-03-Box 3043
Penuelas P.R. 00624

RECEIVED AND FILED
& CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG 16 PM 2 56

SAN JUAN PR  009
9 AUG 2021  PM 2  L

USA ★ FOREVER ★

To: United States District
court, Clerks Office, 150
Ave. Carlos chardon ste.
150, San juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Oneida Sanchez Cruz*

Participant's Address: *HC-03 Box 59507 - Hatillo PR 00659*

Participant's Email Address: *one9668@gmail.com / oneidasanchez@ymail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *445862 HULID - 1588915-P*

Nature of Claim: *Retirement Benefits*

By: *Oneida Sanchez Cruz*
Signature

*Oneida Sanchez Cruz*
Print Name

—
Title (if Participant is not an individual)

*August 14, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

26 de mayo de 2021

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

ONEIDA SANCHEZ CRUZ                                        **Seguro Social: XXX-XX-4017**
HC-05 BOX 57507
HATILLO, PR 00659 9750

A base de la información en nuestros registros, al 26 de mayo de 2021 usted posee:

**Fecha de Nacimiento: 06 de septiembre de 1968**          **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de diciembre de 1989**
**Fecha de Comienzo de Cotización: 31 de diciembre de 1989**

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | | |
|---|---|---|---|---|---|
| Años Acreditados: | 23.75 | | Tiempo Trabajado: | 4.01 | |
| Aportaciones: | | $32,708.98 | Aportaciones: | | $11,642.20 |
| Intereses: | | $9,253.57 | Intereses: | | $926.38 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $41,962.55 | Total Aportaciones: | | $12,568.58 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Oneida Sanches Cruz
HC-03 Box 57507
Hatillo, Puerto Rico 00659

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 5 56

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evy Flor Espinosa Rosado_

Participant's Address: _P.o. Box 3404 Lajas PR. 00667_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered - The commonwealth of PR. The Employees retirement System of the commonwealth of PR._

By: _Evyflor Espinosa Rosado_
Signature

_Evyflor Espinosa Rosado_
Print Name

_____
Title (if Participant is not an individual)

_8/8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Don Willie A. Andrade García_

Participant's Address: _calle 7-H-16 Urb. Bellomonte, Guaynabo, Puerto Rico 00969_

Participant's Email Address: _awa.vpaschool@gmail.com_

Name of Counsel: ___—X—___

Address of Counsel: ___—X—___

Email Address of Counsel: ___—X—___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Vea Reclamación_

Nature of Claim: _"El Romerazo"_

By: _Don Willie A. Andrade García_
Signature

_Willie A. Andrade García_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Yuette Sánchez Ortiz_

Participant's Address: _HC10 Box 9997 Sabana Grande, P.R. 00637_

Participant's Email Address: _iveor1028@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Yuette Sánchez Ortiz_
Signature

_Yuette Sánchez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 136133

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00736

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 115442

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00637

830 Third Ave, 9th Floor
New York, NY 10022

ZIP 11232    $ 000.35⁰
02 4W
0000349604 SEP 10 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 136133

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00736

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE  PITNEY BOWES

ZIP 11232    $ 000.35⁰
02 4W
0000349604 SEP 04 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 115442

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Yvette  Sanchez Ortiz
HC10 Box 7997
Sabana Grande, PR 00637

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   *Yvette Sánchez Ortiz*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el creditor usó con el deudor _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico <br> El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: <br> May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) <br> La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: <br> May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority <br> La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: <br> May 21, 2017 |
| ☐ Employees Retirement System of the Government of the <br> Commonwealth of Puerto Rico <br> El Sistema de Retiro de los Empleados del Gobierno del Estado <br> Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: <br> May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority <br> La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: <br> July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**     Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   _Yvette Sánchez Ortiz_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

Yvette Sanchez Ortiz
Name / Nombre

HC10 Box 7907
Number / Número        Street / Calle

Sabana Grande, PR. 00637
City / Ciudad      State / Estado     ZIP Code / Código postal

(787) 596 - 4691
Contact phone / Teléfono de contacto

ivcpr1028@gmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
**(if different)**
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

_____
Name / Nombre

_____
Number / Número        Street / Calle

_____
City / Ciudad      State / Estado     ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.   Claim number on court claims registry (if known)
    Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
    Sí.  ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:**

**Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento especifico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

Departamento de Educación

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410                          Proof of Claim

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else? ¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No ☐ Yes. From whom? Sí. ¿De quién? _____ | |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

_Yvette Sánchez Ortiz_
Name / Nombre

_HC10 Box 7997_
Number / Número       Street / Calle

_Sabana Grande, P.R. 00637_
City / Ciudad       State / Estado       ZIP Code / Código postal

_(787) 576- 4691_
Contact phone / Teléfono de contacto

_ivcor1028@gmail.com_
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

Name / Nombre

Number / Número       Street / Calle

City / Ciudad       State / Estado       ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.   Claim number on court claims registry (if known)
Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento especifico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_Departamento de Educación_

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

8. How much is the claim?

$ *75,000.00*   Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Incentivo Laboral*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financjamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:   $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

8. How much is the claim?     $ _75,000.00_ . Does this amount include interest or other charges?
    ¿Cuál es el importe de la                ¿Este importe incluye intereses u otros cargos?
    reclamación?                             ☒ No / No
                                             ☐ Yes. Attach statement itemizing interest, fees, expenses, or other
                                                 charges required by Bankruptcy Rule 3001(c)(2)(A).
                                             Sí. Adjunte un balance con intereses detallados, honorarios,
                                                 gastos u otros cargos exigidos por la Norma de Quiebras
                                                 3001(c)(2)(A).

9. What is the basis of the       Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   claim?                         Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit
                                   disclosing information that is entitled to privacy, such as health care information.
   ¿Cuál es el
   fundamento de la               Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
   reclamación?                   homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
                                   reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que
                                   reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

                                        _Incentivo Laboral_

10. Is all or part of the claim   ☒ No / No
    secured?                       ☐ Yes. The claim is secured by a lien on property.
    ¿La reclamación está               Sí. La reclamación está garantizada por un derecho de retención sobre un bien.
    garantizada de manera
    total o parcial?                       Nature of property / Naturaleza del bien:
                                           ☐ Motor vehicle / Vehículos

                                           ☐ Other. Describe:
                                             Otro. Describir: _____

                                           Basis for perfection / Fundamento de la realización de pasos adicionales: _____
                                           _____
                                           Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
                                           example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has
                                           been filed or recorded.)
                                           Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales
                                           para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un
                                           certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha
                                           presentado o registrado un derecho de retención.

                                           Value of property / Valor del bien:        $_____
                                           Amount of the claim that is secured /
                                           Importe de la reclamación que está garantizado: $_____

                                           Amount of the claim that is unsecured /
                                           Importe de la reclamación que no está garantizado:  $_____
                                           (The sum of the secured and unsecured amounts should match the amount in line 7.)
                                           (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

                                           Amount necessary to cure any default as of the Petition Date /
                                           Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
                                           _____

                                           Annual Interest Rate (on the Petition Date)
                                           _Tasa de interés anual (cuando se presentó el caso)_____%
                                           ☐ Fixed / Fija
                                           ☐ Variable / Variable

11. Is this claim based on a      ☒ No / No
    lease?                         ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    ¿Esta reclamación está             Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____
    basada en un
    arrendamiento?

Modified Official Form 410                          Proof of Claim                                    page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Si. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Titulo 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods were sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Si. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   06-29-2018   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   Yvette Sánchez Ortiz

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Yvette   Sanchez   Ortiz
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo   Acreedor

Company / Compañía   ninguna
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   HC 10 Box 7997
Number / Número    Street / Calle

Sabana Grande, P.R.        P.R.        00637
City / Ciudad        State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 596-4691   Email / Correo electrónico iveori028@gmail.com

**12.** Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☑ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $ _____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**    Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  06-29-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _Yuette Sánchez Ortiz_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación.

Name  _Yvette_   _Sanchez_   _Ortiz_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  _Acreedor_

Company / Compañía  _ninguna_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _HC 10 BOX 7997_
Number / Número    Street / Calle
_Sabana Grande, P.R._         _P.R._      _00637_
City / Ciudad                 State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto  _(787)596-4691_   Email / Correo electrónico _lveori028@gmail.com_

Sra: Yuette Sánchez Ortíz
HC 10 Box 7997
Sabana Grande, P.R.
00637




U.S. POSTAGE PAID
FCM LG ENV
SABANA GRANDE, PR
00637
AUG 12, 21
AMOUNT
$1.60
1000          00918          R2305K135304-04
UNITED STATES
POSTAL SERVICE®

To: United States
District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Amalbert Millán_

Participant's Address: _Cond. Armonia Los Prados Caguas_
_400 Grand. Blvd. caguas, P.R 00_
_727-32_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150798_

Nature of Claim: _Public Employee and Pension_
_Retirees_

By: _Rosa M. Amalbert millá_
Signature

_Rosa M. Amalbert Millán_
Print Name

_Promesa Proof of claims_
_Ley 189_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. Um
Condominio Armonia LOS Prado
400 Grand BLVd. Cagus, P.R. 00.0727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 AUG 15 PM 3:58




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 12, 21
AMOUNT
$1.20
R2304E106576-21

1000        00918

Discovery Notice to the court's clerk
Office
United States District court Clerk's
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Rosa M. Amalbert Millán*

Participant's Address: *Cond. Armonia Los Prados*

Participant's Email Address: *400 Grand Blvd. 18-101 Caguas, P.R. 006 727-32-48*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *119020*

Nature of Claim: *Promesa Proof of Claims*

By: *Rosa M. Amalbert Millán* *Promesa Title III*
Signature

*Rosa M. Amalbert Millán*
Print Name

*Promesa Proof of Claims*
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. Um
Condominio Armonía Los Prados
400 Grand BLVd. Caguas, P.R. 00727




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 12 '21
AMOUNT

**$1.20**

1000          00918          R2304E106576-21

Discovery Notice to the court's Clerk
Office
United States District court Clerk's
150 Ave. Carlos Chardón ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
2021 AUG 16 PM 3:58

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Rosa M. Amalbert Millan_

Participant's Address: _Cond. Armonia - Los Prados_

Participant's Email Address: _400 Grand. BLVd. Caguas, P.R. 00727-3248_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _91014_

Nature of Claim: _____

By: _Rosa M. Amalbert Millan_
Signature

_Rosa M. Amalbert Millan_
Print Name

_Promesa Proof of Claim Ley 169_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. Am...
Condominio Armonía Los Prados
400 Grand BLVd. Cagues, P.R. 00.0727



Discovery Notice to the court's clerk
Office
United States District court clerk's
150 Ave. carls Chardón, Ste. 150 office
Son Juan, P.R. 009 18-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rosa M. Adalbert Millán*

Participant's Address: *Cond. Armonía-Los Prados 400 Grand*
*Blvd. Caguas, P.R. 00727-3248*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *82116*

Nature of Claim: _____

By: *Rosa M. Analbert Millán*
Signature

*Rosa M. Adalbert Millán*
Print Name

*Promesa Proof of Claim*
*Ley 96*
*No. 82116*
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa M. Um...
Condominio Armonia Los Prado
400 Grand BLVd. Caguas, P.R. 00.0727

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 16 PM 3:58




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 12 '21
AMOUNT
$1.20
1000          00918       R2304E106576-21

Discovery Notice to the court's clerk
Office
United States District court Clerk's
150 Ave. carlos Chardón office 150
Son Juan, P.R. 00 9 18-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Olga M. Cordova_

Participant's Address: _1068 Chalcedony ST Kissimmee Fl 9_

Participant's Email Address: _Olga_cordova @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174975_ _(Romerazo)_

Nature of Claim: _____

By: _Olga M Cordova_
Signature

_Olga M Cordova_
Print Name

_8/10/2021_
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga M
1068 Chateaurmy st
Kessimme Fl 34744



SEMINOLE PROC 328
THU 17 AUG 2021

Clerk office
United States District Court
Clerk office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918- 1767

2021 AUG 16 PM 5:59
SAN JUAN PR
U.S DISTRICT COURT
CLERK OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Loaly Rivera Feliciano_

Participant's Address: _P.O. Box 533 Salinas, P.R. 00751_

Participant's Email Address: _loalyr7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS_

Nature of Claim: _Public Employee and Pension Retire Claims_

By: _Loaly Rivera Feliciano_
Signature

_Loaly Rivera Feliciano_
Print Name

_Secretaria Administrativa Promesa Title III_
Title (if Participant is not an individual)

_7 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Loaly Rivera Feliciano
PO Box 533

Salinas, P.R. 00751

U.S. POSTAGE PAID
FCM LG ENV
SALINAS, PR
00751
AUG 14, 21
AMOUNT
**$1.00**
R2304M114310-02

1000          00918

United States District
Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillam Ortic Colon_

Participant's Address: _Alta Vista  10 L-1  Ponce  Puerto Rico 00716_

Participant's Email Address: _hacienda mgl@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Lillian Ortiz Colon_
Signature

_Lillian Ortiz Colon_
Print Name

_Financial Oversight_
Title (if Participant is not an individual)

_Agosto 10 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO

Lilliam Ortiz Colón
Calle D Lr N9-A Altavista
Ponce, P.R. 00716

SAN JUAN PR   009
13 AUG 2021 PM 2  L

FOREVER / USA

00918-99999

United States District Court
Clerks Office
One Chardon St 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Signa MAgaLy Cabrera Torres

Participant's Address: Cle Pellin Rodrigue 372 Villas Palmer-P.R. 00915

Participant's Email Address:

Name of Counsel: CdA: Ivone Gonzale Morale

Address of Counsel: Edificio Gallardo San Juan PRico 0921

Email Address of Counsel:

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number: The Commonwealth of P.R. #17BK 3283-LTS discovery

Nature of Claim: for confirmation of Commonwealth plan of adjustment already include My Salry readjust documets before

By: Signa M Cabrera Torres
　　Signature

Signa MAgaLy Cabrera Torres
　　Print Name

　　Title (if Participant is not an individual)

11 Agoto 2021
　　Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sara H Calvey Troo
Collis Bellini Rodriguez 372
Villa Bellingueros
San Juan PR 00915

Court's office'
United States 10's fuest Court
Clerk's office,
Angelo St, 150 Ave. Angelo
R. 00 fuery st SE 150 San juan

SAN JUAN PR 009
13 AUG 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 16 PM 5: 59

0051 8399 1500

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de L. Olivieri Torres_

Participant's Address: _Sector Borinquen #2 Villalba, PR 00766_

Participant's Email Address: _olivierilourdes a gmail. com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 56009 et. al_

Nature of Claim: _Unpaid wages by government of P.R._

By: _MRO_
Signature

_Maria de L. Olivieri Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de L. Ortiz ???
Sector Borinquen #2
Villalba, PR 00766

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 5: 59




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
AUG 12  21
AMOUNT
$1.00
1000     00918     R2305K131643-08

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST...
SAN ...

Participant must provide all of the information below **in English:**

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria de L. Olivieri Torres*

Participant's Address: *Sector Boringuen #2 Villalba, PR. 00766*

Participant's Email Address: *olivierilourdes@Gmail.com.*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *#56009 et al.*

Nature of Claim: *Unpaid wages by the government of P.R.*

By: _____
Signature

*Maria de L. Olivieri Torres*
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de L. Colón Torres
Sector Borinquen #2
Villalba, PR 00766




RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 5:58

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
AUG 12, 21
AMOUNT
$1.00
R2305K131643-08

1000    00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de L. Olivieri Torres_

Participant's Address: _Sector Boringuen #2 Villalba, PR 00766_

Participant's Email Address: _olivieri.lourdes a gmail.com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#56009 et. al_

Nature of Claim: _Unpaid wages by government of PR._

By: _[signature]_
Signature

_Maria de L. Olivieri Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de L. Christian
Sector Borinquen # 2
Villalba, PR 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
AUG 12_21
AMOUNT
$1.00
1000          00918          R2305K131643-08

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _____Luz Canales Novo_____

Participant's Address: _____c/o #1287 Mon te Carlo San Juan_____
_____P.R 00924_____

Participant's Email Address: _____Varie91 f gmail. Con_____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____49736_____

Nature of Claim: _____Pension de retiro_____

By: _____
Signature

_____Luz V. Canales Novo_____
Print Name

_____
Title (if Participant is not an individual)

_____13/8/202_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz V. Canales
c/o # 1287 urb
Monte Carlo
San Juan P.R
00924

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 5 59



Court Clerk office
United States District court
clerks office.
150 Ave. Carlos Chardon ste.
150, San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lillian I. Torres Orraca*

Participant's Address: *4908 Brightstar Lane*

Participant's Email Address: *Columbus, GA 31907*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *176310*

Nature of Claim: *Law89-1979 Uniform Retribution*
*Law89-1995 Romerazo*

By: *[signature]*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Torres Sepúlveda
4908 Brightstar Lane
Columbus, GA 31907



Discovery Notice to the Court's Clerk's office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros M. Velez Martinez de Cintrón_

Participant's Address: _Urb. Las Americas #973 Tegucigalpa St._
_S.J., P.R. 00921_

Participant's Email Address: _zmcintron@aol.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement System Pension Claim_

By: _Milagros M. Velez Martinez_
Signature

_Milagros M. Velez Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros M. Velez Martinez
de Cintron
Urb. Las America
#973 Tegucigalpa St.
S. J., P.R. 00921-2327

00918-170625

SAN JUAN PR   009

14 AUG 2021 PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767



RECEIVED & FILED
2021 AUG 16  PM 3:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maritza Resto Cruz

Participant's Address: P.O. Box 360661, San Juan PR 00936

Participant's Email Address: yomipr46@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: KPE 2007-4359

Nature of Claim: Claim of unpaid Salary $76,950.00

By: _____
Signature

Maritza Resto Cruz
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARITZA RESTO CRUZ
P.O. BOX 360661
SAN JUAN, P.R. 00936

RECEIVED & FILED
2021 AUG 16 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

DISCOVERY NOTICE TO THE COURT'S
CLERK'S OFFICE AT:
UNITED STATES DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita Rivera Santana

Participant's Address: Calle Estacion 1B PMB 7 Vega Alta P.R.00692

Participant's Email Address: Concepcion - Concepcion@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 50126

Nature of Claim: Public Employee claim

By: Margarita Rivera Santana
Signature

Margarita Rivera Santana
Print Name

_____
Title (if Participant is not an individual)

August 13 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of claim

Under the responsability of Governor
of Puerto Rico Carlos Romero Barceló, during
the years 1980-1984 an increase of
Salary known as Romerazo (Law 89)
granted the amount of $100.00 monthly
that was never pay. I retired in 2003.
Also during the years 1984-1997
the labor scale Law #164 granted
a 3% every three years to increase
the pension as a retired.
It was never pay either.
Other law that I claim
is Labor Law #9.

Margarita Rivera Santana
Calle Estación 7 B PMB 7 2021 MAIL SAN JUAN PR 009

P.R. 00692

Court's Clerk's Office
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
AUG 14, 21
AMOUNT

1000
00918

$0.75
R2303S1034454-01

RECEIVED & FILED
2021 AUG 16 PM 6:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana E. Nieves Rivera_

Participant's Address: _HC-74 Box 5981 Naranjito, PR 00719-7424_

Participant's Email Address: _939-241-1234_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Ana E. Nieves Rivera_
Signature

_Ana E. Nieves Rivera_
Print Name

_Janitor_
Title (if Participant is not an individual)

_13 - agosto - 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 6: 12
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana E. Nieves Ramos
HC-74 Box 5781
Naranjito, P.R. 00719-7424

00918-17625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

Commonwealth of Puerto Rico
United States District Court
Clerk's Office 150 Ave,
Carlos Chardón Ste. 150
San Juan P.R. 00918-1767
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel C. Lebrón Rosa_

Participant's Address: _HC 05 Box 51742 San Seb. P.R 00685_

Participant's Email Address: _lebron_isabel @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Pension/Retiree, Tax, Refund, Public Employee Grievance_

By: _____
Signature

_Isabel C. Lebrón Rosa_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel C. Lebrón Rosa
HC 05 Box 51742
San Sebastián PR 00685

RECEIVED & FILED

2021 AUG 16 PM 6: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

14 AUG 2021 PM 1 L



United States District Court Clerk's Office
150 Ave. Carlos Chardón St. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilmary Morales Aguilar_

Participant's Address: _Calle José G. Tizol #157 Int. Arecibo P.R._ _00612-4822_

Participant's Email Address: _Vilmarymorales39@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _21635_

Nature of Claim: _Pension/Retiree claims_

By: _[signature]_
    Signature

_Vilmary Morales Aguilar_
Print Name

_____
Title (if Participant is not an individual)

_11-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vilmary Morales Aguilar
Calle José G. Tizol #157 Int.
Arecibo, P.R. 00612-4822

RECEIVED & FILED
2021 AUG 16  PM 6:14
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2

United States District Court's
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Robles Fernández_

Participant's Address: _281 Urb. Estancias de Imbery Barceloneta P.R. 00617_

Participant's Email Address: _mariliz 12000 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151330_

Nature of Claim: _Law 164 of salary increase steps Steps before the teaching career_

By: _Luz M. Robles Fernández_
Signature

_Luz M. Robles Fernández_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luz M. Robles fernand
281 Urb. Estancias de Imbery
Barceloneta, P.R. 00617

CERTIFIED MAIL

7020 0090 0002 1036 6749

U.S. POSTAGE PAID
FCM LG ENV
BARCELONETA, PR
00617
AUG 12 21
AMOUNT

$6.90

1000      00918      R2305K13

To: Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6:59
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Rubén Martínez Fontánez*

Participant's Address: *Urb Jardines de Guamani Calle 17# CC-24 Guayama PR 00784*

Participant's Email Address: *monica.a.Vázquez @53 gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *15-2940*

Nature of Claim: *Promesa title III*

By: _____
Signature

*Rubén Martínez Fontánez*
Print Name

_____
Title (if Participant is not an individual)

*09-13-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruben Martinez
Urb Jardines de Caguanes
Calle 17 #4 CC-24
Gurabo, PR 00784

RECEIVED & FILED
2021 AUG 16  PM 6: 15
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN, PR

00918-170625

United States District Courts Clerk's office
150 Ave. Carlos Chardón Ste
150 San Juan PR
00918-1767

SAN JUAN PR   009
13 AUG 2021  PM 2. L



USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brenda L. Rios Rios_

Participant's Address: _HC72 Box 4099 Naranjito, PR 00719-9793_

Participant's Email Address: _brendalizriosrios@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 -LTS_

Nature of Claim: _Promesa Title III_

By: _Brenda Liz Ríos Ríos_
Signature

_Brenda L. Ríos Ríos_
Print Name

_Teacher_
Title (if Participant is not an individual)

_13 de agosto de 2021 - August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brenda Liz Rios Rios
HC75 Box 4099
Naranjito, PR
00719-9793

RECEIVED & FILED
2021 AUG 16   PM 6: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR 009
13 AUG 2021 PM 2  L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR
00918-1767



NO FOR BROKE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Robles Fernández_

Participant's Address: _281 Urb. Estancias de Imbery Barceloneta, P.R. 00617_

Participant's Email Address: _mariliz12000@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178063_

Nature of Claim: _Payment of sick days accumulated during my 30 years of service._

By: _Luz M. Robles Fernández_
   Signature

_Luz M. Robles Fernández_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Claim clairvoyance number: 178063

Claimant: Luz M. Robles Fernandez

Due to law 26-2017 known as the fiscal plan compliance law established in the 2.10 y 2.11 on sick payments would not be paid.

My claim is because my withdrawal request was submitted on March 30 2017 to retire on August 31 2017 said law 26-2017 was signed on April 29 2017 afther my request for and I understand that they owe me my 90 day sick leave since not have the time to exhaust it Those days he has a debt of 14,625.00 dollars.

The teachers association filed a law suit which was won in September 2019 for the payment of sick leave to the teachers retired in 2017. But the fiscal control he set a retirement date which does not benefit all teachers.

I understand the law 26-2017 was signed in April 29 2017. Therefore teachers who file their withdrawal request before that date have the right to pay their sick leave.

The fiscal control board and the teachers association did not benefit all teachers. I understand that my sick leave days are owed to me what is 90 days for a total of 14,625.00

It is not fair to have worked 30 years to be responsible person at work and when I retire do not pay me that money to work it and that I need so much rigt now.

I hope you can help me. Thank you very much of your attention

(787) 975-2897

From: Luz M. Robles Fernandez
281 Urb. Estancias de Imbery
Barceloneta, P.R. 00617





7020 0090 0002 1036 6732




U.S. POSTAGE PAID
FCM LG ENV
BARCELONETA, PR
00617
AUG 12, 21
AMOUNT

1000          00918

**$6.90**
R2305K134227-03

RECEIVED & FILED
2021 AUG 16 PM 6: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Courts Clerk's Office
United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste 150
San Juan P.R 00918-1767