UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Francisco Martinez Contreras
2. Marymer Rivera Martinez
3. Sandra I. Gonzalez Diaz
4. Maritza Aponte Medina
5. Ada I. Rivera Torres
6. Ana C. Vazquez Matos
7. Emelina Torrado Perez
8. Aida J. Gaston Garcia
9. Nilda Lugo Velez
10. Jose Cabrera Rosa c/o Vivian Cabrera
11. Vivian Cabrera Cordero
12. Gilberto Nieves Lopez
13. Yesenia Santiago Rivera
14. Eladia Diaz Pagan
15. Ramon Lugo Sanchez
16. Betty Reyes Ortiz
17. Jeyson R. Acevedo Aguilar
18. Allen Ortiz Rivera
19. Ivette Gonzalez de Leon
20. Sol Bilma Vargas Zapata
21. Evelyn Rosa Lugo
22. Marilyn Goden Izquierdo
23. Juan C. Perez Cuevas

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Maria Virginia Suarez Montañez

25. Leslie A. Montañez Nieves

26. Aida I. Vazquez Lebron

27. Belen Ortiz Cruzado

28. Maria Asension Herger Montes

29. Maria del C. Cordovez Cabassa

30. Jorge de Jesus Estrada

31. Ramonita Rodriguez Sanchez

32. Isaac Oquendo Acevedo

33. Migna D. Nieves Rivera

34. Herminio Santana Perez

35. Marisely Zambrana Rodriguez

36. Nelson Nieves Herrera

37. Juan Zambrana Rosario

38. Honoris Marquez Martinez

39. Carlos A. Torres Santos

40. Maritza I. Orta Romero

41. Rebecca Rivera Torres

42. Jeremias Ortiz Villalobos

43. Alexander Bonilla Colon

44. Jenny Diaz Rivera

45. Angel Gonzalez

46. Maria L. Mercado Hernandez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Elizabeth Figueroa Santiago

    48. Rosa M. Amalbert Millan (2 notices)

    49. Angel L. Soto San Inocencio

    50. Angeles Mirabal Catarine

Dated: August 17, 2021

4