Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Francisco Martinez Contreras*

Participant's Address: *HC 12 Box 5658*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *N 17 BK 3283 LTS*

Nature of Claim: *pro mesa Title III*

By: *Francisco Martinez*
Signature

*Francisco Martinez*
Print Name

_____
Title (if Participant is not an individual)

*8/12/201*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 AUG 16 PM 6:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Francisco Matos Cowdury
HC 12 Box 5658
Humacao Puerto Rico
00791

United States District Court,
Clerks office, 150 Ave.
Carlos Chardon Ste. 150, Sanjuan,
P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marymer Rivera Martínez_

Participant's Address: _Ave. Periferal 2, Cond. Ciudad Universitaria,_
_Apart. 1510 B, Trujillo Alto, PR 00976._

Participant's Email Address: _marymer-rivera@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _31967_

Nature of Claim: _Salary Claim (Court of first Instance San Juan_
_Puerto Rico Civil Number KPE 2007-4359 (803)_

By: _Marymer Rivera Martínez_
Signature

_Marymer Rivera Martínez_
Print Name

_____
Title (if Participant is not an individual)

_11/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br><br><br><br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                              Página 3

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                                    Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                          Página 5
**Segunda Querella Enmendada**

*Original se*
*file # 1*

| | |
|---|---|
| Querellantes | |
| Vs. | |
| AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO y LCDA. LEILA HERNÁNDEZ UMPIERRE, en su carácter oficial como Directora Ejecutiva de la Autoridad de Edificios Públicos | |
| Querellados | |

*Junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)                                                    Página 6
Segunda Querella Enmendada

contrato individual de empleo de los querellantes, el Articulo V, Sección 8 del
Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que
interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96-4901(603), emitida por
la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre
Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.     La Autoridad de Edificios Públicos tiene poder para demandar y ser
demandada, querellar y defenderse en el tribunal de justicia y organismos
administrativos. (22 LPRA Sección 906).

4.     Los querellantes de epígrafe, quienes comparecen personalmente son
empleados de carrera regulares de la Corporación Pública demandada y le aplican
como parte del contrato individual de empleo las decisiones o circulares de la Directora
Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la
Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del
Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre
otros, por lo que reclaman lo que más adelante se expone.

5.     La Asociación de Empleados Gerenciales de la Autoridad de Edificios
Públicos tiene capacidad jurídica también para representar a sus miembros, quienes
comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.
Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación
de Maestros v. José Arsenio Torres, 94 JTS 145.

6.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado
al caso de marras. La desigualdad que pretende el querellado, relacionado con la
controversia del caso de epígrafe, es negar el principio igualitario constitucional,
sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este
tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?
Este trato desigual entre empleados no unionados ante unas mismas disposiciones
de la Directora Ejecutiva o Resoluciones de  la  Junta  de  Directores  es
constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                        Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad de beneficios entre los empleados unionados y no unionados en la resolución Número 337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de la escala de aquellos empleados regulares que hubieren trabajado un (1) año consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación de la Autoridad en el caso de marras va patentemente en contravención a sus propias normas.

8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así coma tampoco tienen que agotar los remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago v. Autoridad de Edificios Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados.

9.     El caso del título trata de reclamación de salarios y se fundamenta en Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras a:  "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el l servicio de carrera de la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta de sus derechos y tienen derecho al mismo remedio que los demás empleados favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.    El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                   Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decretó par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de Pablo Rodriguez vs. Autoridad de Edificios Públicos, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria,
estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es
constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de
la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama
con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición
mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo
siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de
> cualquier día o fracción de día laborable declarado por el Director Ejecutivo,
> por Proclama del Gobernador o del Presidente de los Estados Unidos, sin
> menoscabo de sus balances".

4.       Por otra parte, es claro que el Reglamento de Personal no establece
jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los
querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así
como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente
y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy
Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante
decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de
la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior
es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar
litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos
procesales y sustantivos.

## TERCERA CAUSA DE ACCION

1.       Los querellantes son supervisores no exentos de la Ley 379, ya que sus
tareas funciones reales son y en consecuencia son empleados no exentos de la ley
de horas y salarios. La preparación académica de los querellantes es no profesional,
no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y
sustancial sobre asuntos de consecuencia para la empresa querellada. Los
querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar
alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad
de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 12

## SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada
el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al
abogado de la parte querellante, una suma no menor del 25% de la indemnización por
concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42
(1997).

### RESERVA DE DERECHOS AL AMPARO
### DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y
reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,
incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,
sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin
limitación, violación de sus derechos civiles, así como violación de cualquier otra ley
federal, y cualquier causa de acción por diversidad de ciudadanía.

### SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente
se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella
enmendada en todas sus partes, condenando en su consecuencia al querellado a
pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por
concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo
por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,
2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que
ascienden a la suma no menor de $10,000,000.00, así como por la Directora Ejecutiva
mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por
la Junta de Directores, más la doble penalidad que establece la ley, así como
honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT
Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974);
Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633,
637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes,
condenando en su consecuencia a los querellados a pagarle a los querellantes la
cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón García v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

Marymer Rivera Martinez
2 Ave. Periteral
Cond. Ciudad Universitarie
Apart. 1510-B
Trujillo Alto PR 00976

CERTIFIED MAIL

7011 1150 0000 4181 0626



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 12, 21
AMOUNT
$7.85
R2304P11909A-03

UNITED STATE DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I Gonzalez Diaz_

Participant's Address: _Urb. Mariolga Calle San Joaquin W-25, Caguas P.R. 00725_

Participant's Email Address: _sgll5236@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Pension/Retiree Claims_

By: _Sandra A. Gonzalez_
Signature

_Sandra I. Gonzalez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra I. Gonzalez Diaz
urb Mariolga calle San Joaquin W-25
caguas, P.R. 00725

RECEIVED & FILED
2021 AUG 16 PM 6: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: United STATES District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maritza Aponte Medina*

Participant's Address: *Bo. San Isidro, Calle 19 #454 Canóvanas, PR 00729*

Participant's Email Address: *maraponte16@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *31994*

Nature of Claim: *Salary Claim/Court of First Instance San Juan, Puerto Rico*
*Civil Number KPE 2007-4359 (803)*

By: *Maritza Aponte Medina*
Signature

*Maritza Aponte Medina*
Print Name

_____
Title (if Participant is not an individual)

*12/8/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Civil Núm.: K PE2007-4359 (803)  
**Segunda Querella Enmendada**  Página 2

MARIA DE L. GOMEZ DE JESUS  
PEDRO L. HERNANDEZ CONDE  
ANTONIO HERNANDEZ MERCADO  
LUZ M. HERNANDEZ GONZALEZ  
MARIA DE L. IGLESIAS  
ANGEL A. IRLANDA ALVARADO  
EDWIN E. JIMENEZ BARRETO  
MIGUEL A. JORDAN GONZALEZ  
HECTOR L. LANDRUA MALDONADO  
LUIS IVAN LEBRON ALVARADO  
MIGUEL A. LEDESMA SOSA  
EDUARDO LOPEZ RIVERA  
CARLOS L. LORENZO NIEVES  
NIXON LUGO FELICIANO  
WILFREDO LOPEZ GONZALEZ  
LUIS MIGUEL LOPEZ RODRIGUEZ  
LIZETTE LOPEZ LOPEZ  
ERMELINDO LUCIANO DEL VALLE  
HECTOR I. MAESTRE GONZALEZ  
ROSANA MEDINA PERAZA  
NOE MARIN RESTO  
LUZ E. MARTI CORREA  
JOSE MARTIN BELLO  
EFREN MOLINA RIVERA  
WILNERIS MATEO AVILA  
JORGE A. MARTINEZ GONZALEZ  
HECTOR RAFAEL MARTINEZ SOLIS  
AURELIO MARTINEZ REMEDIOS  
MELISSA MARRERO DIAZ  
IVONNE MAYSONET RUIZ  
DANIEL MERCADO SOTO  
DAISY MORALES MILLAN  
GLADYS E. MORALES MONZON  
LUIS R. MATOS ORTIZ  
JUAN E. MERCED PEREZ  
ERIC MONTALVO PEREZ  
SYLVIANNE D. MORALES CRUZ  
ALFREDO MORALES MALDONADO  
JOAN MORALES NIEVES  
JOSE E. MORALES RODRIGUEZ  
JUAN R. MORALES RAMIREZ  
SANTOS MORAN RUIZ  
EDUARDO MUÑIZ ORENGO  
LUIS A. MUÑOZ DE JESUS  
JOSE A. NAVARRO MOYET  
ALFREDO NAZAR TEJADA  
CARMEN NIEVES FIGUEROA  
CARLOS H. NIEVES PASTRANA  
LUIS G. NIEVES RIOS  
ELME J. NODAR GAUD CARMEN  
ROSA OCASIO ROSARIO  
JOSE M. OLIVO OJEDA  
AIDA OLMEDA RODRIGUEZ  
GASPAR ORENGO AVILES  
CARMELO ORTIZ CLEMENTE  
VICTOR M. ORTIZ DAVID  
JUAN R. ORTIZ CINTRON  
JUAN A. ORTIZ MEDERO  
JUAN ORTIZ GONZALEZ  
EGBERTO ORTIZ POMALES  
MIGUEL A. PAGAN ORTIZ

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                   Página 3

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

Civil Núm.: K PE2007-4359 (803)                                              Página 4
Segunda Querella Enmendada

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

Civil Núm.: K PE2007-4359 (803)                                                    Página 5
Segunda Querella Enmendada

*Original en file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940.  La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2.      La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                                    Página 6

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del
Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que
interpretó el mismo en el caso de Pablo Rodriguez vs. AEP, 96-4901(603), emitida por
la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre
Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.     La Autoridad de Edificios Públicos tiene poder para demandar y ser
demandada, querellar y defenderse en el tribunal de justicia y organismos
administrativos. (22 LPRA Sección 906).

4.     Los querellantes de epígrafe, quienes comparecen personalmente son
empleados de carrera regulares de la Corporación Pública demandada y le aplican
como parte del contrato individual de empleo las decisiones o circulares de la Directora
Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la
Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del
Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre
otros, por lo que reclaman lo que más adelante se expone.

5.     La Asociación de Empleados Gerenciales de la Autoridad de Edificios
Públicos tiene capacidad jurídica también para representar a sus miembros, quienes
comparecen personalmente en el caso de epígrafe. Asociación de Maestros v.
Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación
de Maestros v. José Arsenio Torres, 94 JTS 145.

6.     La cláusula constitucional del Artículo II, Sección 16 de la Constitución
del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual
trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado
al caso de marras. La desigualdad que pretende el querellado, relacionado con la
controversia del caso de epígrafe, es negar el principio igualitario constitucional,
sustancial y fundamental entre empleados no unionados y unionados. ¿Por qué este
tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación?
Este trato desigual entre empleados no unionados ante unas mismas disposiciones
de la Directora Ejecutiva o Resoluciones de   la   Junta   de   Directores   es
constitucionalmente impermisible.  ¿Cómo se puede justificar que unos empleados de

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                                    Página 7

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

7.       La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

8.       Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

9.       El caso del título trata de reclamación de salarios y se fundamenta en

Resoluciones aprobadas por la Junta de Directores de la Autoridad de Edificios

Públicos, Memorandos y Cartas Circulares de la Directora Ejecutiva, la Ley de

Personal de Servicio Público, la Constitución del Estado Libre Asociado de Puerto

Rico en particular "el principio constitucional de igual paga por igual trabajo" con miras

a: "establecer un sistema de retribución que propicie la uniformidad, la equidad, la

Civil Núm.: K PE2007-4359 (803)
Segunda Querella Enmendada                                            Página 8

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito,
sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento
de Hacienda, 120 DPR 216, 220 (1987).

10.   Los querellantes solicitan trato igual que alcance a todos los empleados
de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz
Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la
Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones
antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula
constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados
por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo
par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,
2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como
por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace
referencia a lo ordenado por la Junta de Directores, más la doble penalidad que
establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.   Los querellantes no exentos solicitan el pago doble de los días
decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados
Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus
balances acumulados y en particular el 2 de enero de 2007, motivo de la muerte
del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora
Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble
penalidad que establece la ley, así como honorarios de abogado no menor del 25%
de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de
1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.   Los querellantes son empleados regulares en el I servicio de carrera de
la Autoridad de Edificios Públicos, quienes también han sufrido una lesión manifiesta
de sus derechos y tienen derecho al mismo remedio que los demás empleados
favorecidos con aumentos equivalentes a seis (6) pasos correspondientes estos a un
paso retroactivo a julio de 2005, otro retroactivo a julio de 2006, otro retroactivo a julio
de 2007, otro retroactivo a julio de 2008, otro retroactivo a julio de 2009 y otro
retroactivo a julio de 2010. No puede seriamente sostenerse que los comparecientes

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 9

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.   Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.   La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.   La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.   Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó evaluación alguna de conformidad con lo que establecen las resoluciones de la Junta de Directores antes citadas.

17.   El conceder los aumentos por méritos no puede estar al arbitrio del patrono. Es responsabilidad indelegable de la Autoridad de Edificios Públicos el haber realizado evaluaciones por mérito.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                              Página 10

18.    Además de la cantidad antes expresada, los querellantes reclaman otra suma igual por concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.    Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

### SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.    La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.    Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.    La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender la sentencia antes mencionada al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional, sustancial y fundamental entre empleados gerenciales y unionados. ¿Por qué este tratamiento es diferente y perjudicial? ¿Qué razón de peso sostiene la clasificación? Este trato desigual entre

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**

Página 11

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

"Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

**TERCERA CAUSA DE ACCION**

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y sustancial sobre asuntos de consecuencia para la empresa querellada. Los querellantes reclaman el pago a tipo doble por horas extras diarias y la hora de tomar alimentos, así como el séptimo día de descanso y días libres por proclama, la cantidad de $50,000.00 cada uno más la penalidad que dispone la ley.

Véase Malavé Serrano v. Oriental Bank, 2006 JTS 72.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                    Página 12

### SOLICITUD DE HONORARIOS DE ABOGADO

2.      Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada
el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al
abogado de la parte querellante, una suma no menor del 25% de la indemnización por
concepto de honorarios de abogado. Lopez Vicil v. ITT Intermedia Inc., 92 JTS 42
(1997).

### RESERVA DE DERECHOS AL AMPARO
### DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y
reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,
incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,
sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin
limitación, violación de sus derechos civiles, así como violación de cualquier otra ley
federal, y cualquier causa de acción por diversidad de ciudadanía.

### SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente
se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella
enmendada en todas sus partes, condenando en su consecuencia al querellado a
pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por
concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo
por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,
2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que
ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva
mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por
la Junta de Directores, más la doble penalidad que establece la ley, así como
honorarios de abogado no menor del 25% de la reclamación. Lopez Vicil v. ITT
Intermedia Inc., 97 JTS 542; Colon Molinary v. A.A.A., 103 DPR 143, 159, 160 (1974);
Morales Torres v. J.R.T., 119 DPR 286; Beauchamp v. Dorado Beach, 98 DPR 633,
637 (1970). Además se sirva a declarar Con Lugar la querella en todas sus partes,
condenando en su consecuencia a los querellados a pagarle a los querellantes la
cantidad correspondiente a los salarios adeudados del día 2 de enero de 2007 y

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**                                          Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada Rolón Garcia v. Charlie Car, 99 JTS 89; Malavé v. Oriental Bank, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

   **RESPETUOSAMENTE SOMETIDA.**

   En San Juan, Puerto Rico, a 10 de junio de 2014.

   **CERTIFICO:**  Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR  00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR  00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR  00929-0407.

HARRY ANDUZE MONTAÑO
Col. 4617 / RUA #3303
JOSÉ A. MORALES BOSCIO
Col. 15296 / RUA #13983
1454 Avenida Fernández Juncos
San Juan  PR  00909
Tel. (787) 723-7171
Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO

POR: _____
JOSÉ A. MORALES BOSCIO

MARITZA APONTE MEDINA
BO. SAN ISIDRO
454 CALLE 19
CANOVANAS PR  00729

CERTIFIED MAIL™

7011 1150 0000 4181 0619



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00940
AUG 12, 21
AMOUNT

**$7.85**

R2304P119094-03

1000          00918

UNITED STATE DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN PR  00918-1767

2021 AUG 16  PM 6:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rivera Torres Ada I._

Participant's Address: _P.O Box 726 Aguas Buenas P.R._

Participant's Email Address: _adairis561gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283-LTS_

Nature of Claim: _I claim 50,000 "Ley 89, Ley 96 and acumula-_
_tive contribution not received._

By: _Ada I. Rivera_
Signature

_Ada I. Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 16  PM 6: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada I. Rivera
P.O. Box 726
Aguas Buenas P.R.
00703

RECEIVED & FILED

2021 AUG 16  PM 6: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0CG918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Stc. 150,
San Juan P.R.
00918-1767



SAN JUAN PR   009

13 AUG 2021   PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana C. Vázquez Matos*

Participant's Address: *254 Calle Trinitaria, Carolina, P.R. 00987*

Participant's Email Address: *anniev.vázquez 05@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *100986*

Nature of Claim: *Salary Claim (Court of First Instance, San Juan Puerto Rico Civil Num. K PE 2007-4359 (803) $78,151.92*

By: _____
Signature

*Ana C. Vázquez Matos*
Print Name

_____
Title (if Participant is not an individual)

*August 10, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN | CIVIL NÚM.: K PE2007-4359 (803) |
| ASTRID N. AGOSTO FERNANDEZ | |
| LILLIAM ALMEYDA IBAEZ | |
| LYDIA E. ALBERTORIO | |
| RICARDO ALONSO FORTIER | |
| JOSE H. ANTUNEZ QUILES | |
| IRIS N. ARROYO MONJICA | |
| PEDRO ALVES PIEIRO | |
| NILDA I. BARRETO HERNANDEZ | |
| MELVIN E. BERRIOS DAVID | |
| EDWIN BORRERO ALAMO | |
| JULIA I. BUENO | |
| RAFAEL E. BOU PADILLA | SOBRE: |
| KENNETH BURGOS CORA | |
| NORMA M. CANCEL AYALA | RECLAMACIÓN DE SALARIOS, |
| DHALIA N. CANCEL NIEVES | AUMENTO POR MÉRITO APROBADO |
| ELVIN CASIANO BELLO | POR LA JUNTA DE DIRECTORES |
| JESUS R. COLLAZO CLAS | PARA LOS AÑOS 2005, 2006, 2007, |
| MILAGROS COLON PEREZ | 2008, 2009 Y 2010; DÍA POR |
| JOSE A. CARABALLO PADILLA | PROCLAMA A TIPO DOBLE Y SIN |
| SONIA CARABALLO DELGADO | CARGO LICENCIA ALGUNA, Y |
| NEVADA E. CARRION DIAZ | RECLAMACIÓN DE HORAS EXTRAS. |
| ISMAEL CASTRO NEGRON | |
| JULIO CINTRON ESPINELL | |
| JAVIER CLAUDIO VELEZ | |
| LESLIE CORTES SANCHEZ | |
| JORGE IVAN CORA RIVERA | |
| CELEDONIO CRESPO SEPULVEDA | |
| JUAN R. CRUZ BERRIOS | |
| NYDIA CRUZ MONTES | |
| HECTOR CRUZ VELAZQUEZ | |
| FELIX A. DIAZ BURGOS | |
| EDNA L. DIAZ DIAZ | |
| AUREA ENCARNACION RIVERA | |
| FELIX A. FALCON RIVERA | |
| RAYMOND FERGELEC CINTRON | |
| ELIA J. FIGUEROA CARRILLO | |
| MAXIMINO FIGUEROA RIVERA | |
| MARIA DE LOS ANGELES FONTANEZ | |
| COSME | |
| JOSE I. FONTANEZ ORTIZ | |
| SONIA FUSTER GONZALEZ | |
| RUBEN GARCIA ACEVEDO | |
| JORGE L. GARCIA RIVERA | |
| GERARDO GARCIA VARELA | |
| RAFAEL GAZTAMBIDE VAZQUEZ | |

Civil Núm.: K PE2007-4359 (803)                                      Página 2
**Segunda Querella Enmendada**

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN

Civil Núm.: K PE2007-4359 (803)                                          Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS

Civil Núm.: K PE2007-4359 (803)                                                   Página 4
**Segunda Querella Enmendada**

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ
CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ

Civil Núm.: K PE2007-4359 (803)                                              Página 5
**Segunda Querella Enmendada**

*Original se*
*file #1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

*junio 10, 2014*

Querellados

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1.      La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los

Civil Núm.: K PE2007-4359 (803)                                    Página 6
**Segunda Querella Enmendada**

contrato individual de empleo de los querellantes, el Artículo V, Sección 8 del Reglamento de Asistencia de la Autoridad de Edificios Públicos y la Sentencia que interpretó el mismo en el caso de Pablo Rodríguez vs. AEP, 96-4901(603), emitida por la Juez Tomasa del C. Vázquez del 8 de abril de 1997; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros.

3.      La Autoridad de Edificios Públicos tiene poder para demandar y ser demandada, querellar y defenderse en el tribunal de justicia y organismos administrativos. (22 LPRA Sección 906).

4.      Los querellantes de epígrafe, quienes comparecen personalmente son empleados de carrera regulares de la Corporación Pública demandada y le aplican como parte del contrato individual de empleo las decisiones o circulares de la Directora Ejecutiva antes mencionadas o las aprobadas por la Junta de Directores de la Autoridad de Edificios Públicos y el Reglamento de Asistencia; la Constitución del Estado Libre Asociado de Puerto Rico; la Ley de Personal del Servicio Público, entre otros, por lo que reclaman lo que más adelante se expone.

5.      La Asociación de Empleados Gerenciales de la Autoridad de Edificios Públicos tiene capacidad jurídica también para representar a sus miembros, quienes comparecen personalmente en el caso de epígrafe. Asociación de Maestros v. Gobernador, 67 DPR 648; Pedro Solís v. Municipio de Caguas, 87 JTS 13; Asociación de Maestros v. José Arsenio Torres, 94 JTS 145.

6.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución del Estado Libre Asociado de Puerto Rico, que dispone de "recibir igual paga por igual trabajo" debe extender las resoluciones de la Junta de Directores antes mencionado al caso de marras. La desigualdad que pretende el querellado, relacionado con la controversia del caso de epígrafe, es negar el principio igualitario constitucional,

Civil Núm.: K PE2007-4359 (803)                                    Página 7
**Segunda Querella Enmendada**

carrera que también le aplican las Resoluciones de la Junta de Directores tengan

derecho a un aumento extraordinario par mérito sin evaluación alguna y otros no?

       7.     La Autoridad de Edificios Públicos ya reconoció el derecho a la igualdad

de beneficios entre los empleados unionados y no unionados en la resolución Número

337 *Para Revisar y Extender Ciertos Beneficios a los Empleados Regulares no*

*Unionados de la Autoridad de Edificios Públicos* de 1985. En esta resolución tanto el

Director Ejecutivo como la Junta de Directores de la Autoridad declaran que los

beneficios que disfrutan los empleados unionados deben ser "extendidos en justicia y

equidad a los empleados no unionados de la Autoridad". Entre estos beneficios se

especifica el siguiente: "Un aumento por mérito consistente en un (1) paso dentro de

la escala de aquellos empleados regulares que hubieren trabajado un (1) año

consecutivo sin haber recibido aumento por este concepto". Por lo tanto la actuación

de la Autoridad en el caso de marras va patentemente en contravención a sus propias

normas.

       8.     Por otra parte, es claro que el Reglamento de Personal de la Autoridad

de Edificios Públicos no establecen jurisdicción ante la Junta de Apelaciones en

reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta

de Apelaciones en primera instancia, así coma tampoco tienen que agotar los

remedios administrativos. Por lo tanto el Tribunal es el que tiene jurisdicción para

atender las reclamaciones de salarios. Lo anterior es evidente y así lo resolvió

expresamente la Juez Zadette Bajandas Vélez en el caso de <u>Eloy Santiago v.</u>

<u>Autoridad de Edificios</u> Civil Núm. KAC 95-0496 (807), mediante decisión del 9 de enero

de 1996 que se acompaña como Anejo 1 y se hace formar parte integral de la presente

moción, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y

por ende de conocimiento de los querellados.

Civil Núm.: K PE2007-4359 (803)                                     Página 8
Segunda Querella Enmendada

igual protección y la justicia en la fijación de aumentos extraordinarios por mérito, sueldos y otros beneficios de sus servidores públicos." Ortiz Ortiz v. Departamento de Hacienda, 120 DPR 216, 220 (1987).

10.     Los querellantes solicitan trato igual que alcance a todos los empleados de la AEP conforme a la Regla 59 de Procedimiento Civil y a la doctrina legal de Ortiz Angleró v. Barreto Pérez, 110 DPR 84, 93 (1980) . Los querellantes alegan que la Autoridad de Edificios Públicos, en adelante La Autoridad, ha violado las disposiciones antes mencionadas al conceder aumentos extraordinarios en violación de la cláusula constitucional de igual paga por igual trabajo, por lo que solicitan salarios adeudados por concepto de aumentos por mérito extraordinario equivalente a un paso retroactivo par cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-2010 que fueran aprobados por la Junta de Directores en el año 2004, así como por la Directora Ejecutiva mediante memoranda del 13 de julio de 2004, que hace referencia a lo ordenado por la Junta de Directores, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación

11.     Los querellantes no exentos solicitan el pago doble de los días decretados por proclama del Directora Ejecutiva, por el Presidente de los Estados Unidos o el Gobernador de Puerto Rico, que trabajaron sin menoscabo de sus balances acumulados y en particular el del 2 de enero de 2007, motivo de la muerte del ex-presidente de los Estados Unidos de América, Gerald Ford que la Directora Ejecutiva aprobó libre con paga sencilla y sin cargo a licencia alguna, más la doble penalidad que establece la ley, así como honorarios de abogado no menor del 25% de la reclamación. Esta reclamación es al amparo de la Ley 379 del 15 de mayo de 1948, 29 L.P.R.A. 271 y la Ley de Cierre, 29 L.P.R.A., Sec. 301.

12.     Los querellantes son empleados regulares en el l servicio de carrera de

Civil Núm.: K PE2007-4359 (803)                                                    Página 9
**Segunda Querella Enmendada**

no serán afectados de la resultancia de dicha acción arbitraria administrativa e inconstitucional en su aplicación.

13.    Los querellantes alegan afirmativamente que la Autoridad de Edificios Públicos incumplió con los contratos individual de empleo de los querellantes, los Reglamentos y la Ley al conceder los aumentos de sueldos sin evaluación alguna y sin considerar el principio de merito, creando una clasificación inconstitucional entre sus empleados debido a que no existe base racional para misma y es discriminatoria y en violación a la cláusula constitucional "de igual paga por igual trabajo".

14.    La Autoridad de Edificios Públicos ha alegado, a sabiendas de que es falso, que los aumentos concedidos a otros empleados de la Autoridad están sustentados por evaluaciones de productividad, eficiencia y cónsonos con el principio de mérito, por lo que están litigando temerariamente y deben ser condenados al pago no menor de un 25% de la reclamación en honorarios de abogado.

15.    La parte querellada, según su ley habilitadora, Ley H 56 del 19 de junio de 1958, 22 LRPA 906 y siguientes, opera como un negocio privado y como tal le es de aplicación la Ley H 379 del 15 de mayo de 1948. Mediante Opinión emitida por el Procurador del Trabajo, el 3 de marzo de 1997 (consulta 14266) se determinó que el Decreto Mandatorio 44 le aplica a la Autoridad de Edificios Públicos. La penalidad que establece el mencionado decreto y la Ley 379 le aplica a parte querellada.

16.    Ha surgido en otros pleitos similares que la parte querellada no ha llevado a cabo evaluación alguna conforme al principio de mérito para otorgar los aumentos que concedió arbitrariamente y discriminatoriamente efectivo el 2005. Véase Anejo I del cual se desprende que los aumentos se concedieron mediante una carta formato, que la parte demandada alega temerariamente e irracionalmente que es una evaluación. Posteriormente la demandada admitió judicialmente que no llevó

Civil Núm.: K PE2007-4359 (803)                                           Página 10
**Segunda Querella Enmendada**

18.     Además de la cantidad antes expresada, los querellantes reclaman otra suma igual par concepto de penalidad adicional bajo las disposiciones de la Ley 96 del 26 de junio de 1956, según enmendada.

19.     Los querellantes en múltiples ocasiones han reclamado extra-judicialmente par escrito los aumentos salariales por mérito, lo que ha interrumpido el término prescriptivo.

## SEGUNDA CAUSA DE ACCION DE RECLAMACION DE SALARIOS

1.      La querella del caso de epígrafe trata de una reclamación de salarios. En la misma se reclaman los salarios adeudados para el día 2 de enero de 2007 que se decreto par proclama par el Presidente de los Estados Unidos y par el Gobernador de Puerto Rico, debe ser can paga doble a los que trabajaron que son empleados no exentos, tales coma Margarita Sosa Berrios, Iris Arroyo, Sylvianne Morales Cruz, Astrid d Agosto Fernandez, Félix A. Falcón Rivera y cualquier otro querellante no exento, y los demás querellantes exentos y no exentos sin pérdida de paga y sin cargo a licencia alguna dicho día, par motivo de la muerte del ex-presidente Gerald Ford, más la doble penalidad que establece la ley 379 del 15 de mayo de 1948. Deben pagar cualquier otro día por proclama.

2.      Una controversia idéntica al caso de autos fue resuelta entre los querellantes y la parte querellada mediante sentencia que al día de hoy es final, firme y obligatoria en el caso de <u>Pablo Rodriguez vs. Autoridad de Edificios Públicos</u>, 96-4901. Se acompaña dicha sentencia que es clara y obligatoria para las partes. En dicha sentencia; se resuelve la controversia sencilla de que los días concedidos por proclama del Directora Ejecutiva del Gobernador o del Presidente de los Estados Unidos son con paga y sin cargo a licencia alguna.

3.      La cláusula constitucional del Artículo II, Sección 16 de la Constitución

Civil Núm.: K PE2007-4359 (803)                                                     Página 11
**Segunda Querella Enmendada**

empleados gerenciales y unionados ante una misma disposición reglamentaria, estatutaria y las proclamas del Gobernador o del Presidente de los Estados Unidos es constitucionalmente impermisible. ¿Cómo se puede justificar que unos empleados de la Autoridad de Edificios Públicos tengan derecho a los días concedidos por Proclama con paga, sin cargo a licencia alguna, y los querellantes no? Véase la disposición mandatoria del Artículo V, Sección 8 del Reglamento de la Autoridad, que dispone lo siguiente:

> "Todo empleado tendrá derecho a disfrutar libre con paga sencilla de cualquier día o fracción de día laborable declarado por el Director Ejecutivo, por Proclama del Gobernador o del Presidente de los Estados Unidos, sin menoscabo de sus balances".

4.      Por otra parte, es claro que el Reglamento de Personal no establece jurisdicción ante la Junta de Apelaciones en reclamaciones de salarios y por ende los querellantes no tienen que acudir a la Junta de Apelaciones en primera instancia, así como tampoco tienen que agotar los remedios administrativos. Lo anterior es evidente y así lo resolvió expresamente la Juez Zadette Bajandas Vélez en el caso de Eloy Santiago vs. Autoridad de Edificios Públicos, Civil #KAC 95-0496 (807), mediante decisión del 9 de enero de 1996 que se acompaña y se hace formar parte integral de la presente querella, con el propósito de facilitar el manejo del expediente. Lo anterior es notorio y por ende de conocimiento de los querellados, quienes pretenden continuar litigando temerariamente en este caso, ya que no tienen razón en sus planteamientos procesales y sustantivos.

### TERCERA CAUSA DE ACCION

1.      Los querellantes son supervisores no exentos de la Ley 379, ya que sus tareas funciones reales son y en consecuencia son empleados no exentos de la ley de horas y salarios. La preparación académica de los querellantes es no profesional, no ejecutiva y no administrativa y no tienen discreción y juicio independiente real y

Civil Núm.: K PE2007-4359 (803)                                        Página 12
**Segunda Querella Enmendada**

## SOLICITUD DE HONORARIOS DE ABOGADO

2.        Por imperativo de la Ley 402 del 12 de mayo de 1950, según enmendada

el 3 de junio de 1980, 32 LPRA 3114 et seq, se ordene al querellado a pagar al

abogado de la parte querellante, una suma no menor del 25% de la indemnización por

concepto de honorarios de abogado. <u>Lopez Vicil v. ITT Intermedia Inc.</u>, 92 JTS 42

(1997).

## RESERVA DE DERECHOS AL AMPARO
## DE LA CONSTITUCION Y LEGISLACION FEDERAL

La parte querellante hace expresa reserva de sus derechos, causa de acción y

reclamaciones contra los querellados, sus subsidiarias o compañías afiliadas,

incluyendo sus empleados, accionistas, directores, oficiales, agentes, representantes,

sucesores y cesionarios, al amparo de las legislaciones federales, inclusive, sin

limitación, violación de sus derechos civiles, así como violación de cualquier otra ley

federal, y cualquier causa de acción por diversidad de ciudadanía.

## SÚPLICA

EN MERITO DE LO ANTERIORMENTE EXPRESADO, muy respetuosamente

se solicita de este Honorable Tribunal se sirva a declarar Con Lugar la querella

enmendada en todas sus partes, condenando en su consecuencia al querellado a

pagarle a los querellantes la cantidad correspondiente a los salarios adeudados por

concepto de aumentos por méritos extraordinarios equivalentes a un paso retroactivo

por cada año durante 2004-2005, 2005-2006, 2006-2007, 2007-2008, 2008-2009,

2009-2010 que fueron aprobados por la Junta de Directores en el año 2004, que

ascienden a la suma no menor de $10,000,000,00, así como por la Directora Ejecutiva

mediante memorando del 13 de julio de 2004, que hace referencia a lo ordenado por

la Junta de Directores, más la doble penalidad que establece la ley, así como

honorarios de abogado no menor del 25% de la reclamación. <u>Lopez Vicil v. ITT</u>

Ana C. Vázquez Matos
254 Trinitaria
Urb. Ciudad Jardín
Carolina, P.R. 00987



7020 1290 0001 9115 8314





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
AUG 12 21
AMOUNT
**$8.05**
R2304E105975-15

1000       00918

RECEIVED & FILED
2021 AUG 16  PM 6:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emelina Torrado Pérez_

Participant's Address: _HC4 Box 47304 - Hatillo, P.R. 00659_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Emelina Torrado Pérez_
　　Signature

　　_Emelina Torrado Pérez_
　　Print Name

　　_____
　　Title (if Participant is not an individual)

　　_____
　　Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emelina Torrado Pérez
HC 4 Box 47304
Hatillo, P.R. 00659

RECEIVED & FILED
2021 AUG 16 PM 6:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida J. Gaston Garcia_

Participant's Address: _Urb. Valles de Patillas-Street 2 B-7_

Participant's Email Address: _aidagaston1265@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aida J. Gaston Garcia_
Signature

_Aida J. Gaston Garcia_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Castin Garcia
Hc 63 Bz. 3308
Patillas, PR 00723

RECEIVED & FILED

2021 AUG 16 PM 6: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625



SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150,
San Juan, PR 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilda Lugo Velez

Participant's Address: P.O. Box 731 Sabana Grande, PR 00637

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Employees Retirement

By: Nilda Lugo Velez
Signature

Nilda Lugo Velez
Print Name

_____
Title (if Participant is not an individual)

8/13/2021
Date

RECEIVED & FILED
2021 AUG 16 PM 6:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Lugo Velez
P.O. Box 731
Sabana Grande, PR
00637

RECEIVED & FILED

2021 AUG 16 PH 6: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

13 AUG 2021 PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose Cabrera Rosa*

Participant's Address: *PO Box 1070 Hatille PR 00659*

Participant's Email Address: *vivianccd90@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PR 1845 SRF 55176   Pack Id 81912*

Nature of Claim: *Private Worker's Claim*

By: *Vivian Cabrera (Daughter, Jose Cabrera Rosa is deceased)*
Signature

*Jose Cabrera Rosa*
Print Name

_____
Title (if Participant is not an individual)

*August 7-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Note: My father is deceased, I fill the information as requested.*

José Cabrera Rosa
PO Box 1070
Hatillo PR 00651

RECEIVED & FILED
2021 AUG 16 PM 6:16
CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN, P

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00 918 - 1767

SAN JUAN PR   009
13 AUG 2021 PM 2  L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Vivian Cabrera Corden*

Participant's Address: *P.O. Box 1070 Hatillo PR 00659*

Participant's Email Address: *viviancc90@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *155607*

Nature of Claim: *Public Employee Claims*

By: *Vivian Cabrera Corden*
Signature

*Vivian Cabrera Corden*
Print Name

_____
Title (if Participant is not an individual)

*August 7, 2021*
Date

RECEIVED & FILED
2021 AUG 16 PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*I have doughts if I have to send this information. My email is viviancd 90@gmail.com*

RECEIVED & FILED

2021 AUG 16   PM 6: 17

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.

Cabrera Cardino, Vivian
P O Box 1070
Hatillo PR 00659

United States District Court
Clerks Office
150 Av. Carlos Chardon Ste. 150
San Juan PR 00 918 - 1767

00918-170625

SAN JUAN PR   009

13 AUG 2021   PM 2   L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gilberto Nieves López*

Participant's Address: *P.O. Box 524 Naguabo, P.R. 00718*

Participant's Email Address: *gilbertonieves@yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *unknown*

Nature of Claim: *Municipal Bonds - Employees Retirement Sys. Govt. ComWlth*

By: *[signature]*
Signature

*Gilberto Nieves López*
Print Name

_____
Title (if Participant is not an individual)

*08-13-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gilberto Nieves López
Box 524
Naguabo, P.R. 00718

RECEIVED & FILED
2021 AUG 16  PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
13 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:   YESENIA SANTIAGO RIVERA

Participant's Address:   BO. CARRAIZO CARR. 843
3 CIUDAD CAMPO SAN JUAN PR 00926-9153

Participant's Email Address:   yesiesantiago@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:   56490

Nature of Claim:   PENSION/RETIREE CLAIMS

By:   _____
        Signature

        Yesenia Santiago Rivera
        Print Name

        _____
        Title (if Participant is not an individual)

        August 13, 2021
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

YESENIA SANTIAGO RIVERA
CIUDAD CAMPO 3
SAN JUAN P.R. 00926-9153

SAN JUAN PR   009
13 AUG 2021 PM 2  L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16  PM 6:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Eladia  Diaz  Pagan_

Participant's Address:   _Urb. Mariolga Calle San Joaquin W-25, Caguas P.R. 00725_

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _Pension / Retiree claims_

By:   _[signature]_
     Signature

_Eladia  Diaz  Pagán_
Print Name

_____
Title (if Participant is not an individual)

_August  11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Eladio Diaz Paguin
urb Mariolga Calle San Joaquin W-25
Caguas, P.R. 00725

To: United STATES District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-1706E5

SAN JUAN PR 009
13 AUG 2021 PM 2 L

2021 AUG 16 PM 6: 17
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN
RECEIVED & FILED

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón Lugo Sánchez_

Participant's Address: _Urb Cofresi 93 Calle Rafael Hernández Cabo Rojo P.R 00623_

Participant's Email Address: _Sánchez.raymon1s0625gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _____
    Signature

_Ramón Lugo Sánchez_
Print Name

_Ramón Lugo Sánchez_
Title (if Participant is not an individual)

_10 agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón Lugo Sánchez
Urb. Cofresí, 93 Calle
Rafael Hernández
Cabo Rojo, P.R. 00623

RECEIVED
2021 AUG 16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Betty Reyes Ortiz

Participant's Address: P.O. Box 1306 Cidra, P.R.

Participant's Email Address: breyesortiz@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS.

Nature of Claim: Promesa

By: *[signature]*
Signature

Betty Reyes Ortiz.
Print Name

Teacher
Title (if Participant is not an individual)

Aug 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Betty Reyes Ortiz
P.O. Box 1306
Cidra, P.R. 00739

RECEIVED & FILED
2021 AUG 16 PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
13 AUG 2021PM 2 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon Str 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Jeyson R. Acevedo Aguilar_

Participant's Address:  _Urb Sierra Linda call 1 A-9 Cabo Rojo, PR 00623_

Participant's Email Address:  _yayiacevedo1@yahoo.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 - LTS_

Nature of Claim:  _Promesa Title III_

By:  _Miriam Aguilar Martinez_
Signature

_Jeyson R Acevedo Aguilar_
Print Name

_Jeyson R. Acevedo Aguilar_
Title (if participant is not an individual)

_8-12-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeyson R. Acevedo Aguilar
Urb-Sierra calle 1 A-9
Cabo Rojo, P.R. 00623

RECEIVED & FILED
2021 AUG 16 PM 6:17
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021PM 2 L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, PR. 00918-1767


GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Ortiz Rivera Allen_

Participant's Address: _Calle Principal O-1 Van Scoy Bayamón PR00957_

Participant's Email Address: _allenortiz8@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _100918_

Nature of Claim: _Employee retirement System_

By: _[signature]_
Signature

_Allen Ortiz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: (United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.)



Allen Ortiz Rivera
Van Scoy O-1
Calle Principal
Bayamón PR 00957

RECEIVED & FILED
2021 AUG 16 PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021  PM 2  L

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste.
150,
San Juan PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Ivette Gonzalez de León*

Participant's Address: *Calles Pellin Rodrigue 372 Villas Palmers - Toa Baja San Juan Pto Rico 00915*

Participant's Email Address: _____

Name of Counsel: *Lcda. Ivone Gonzalez Morale*

Address of Counsel: *Edificio Gallardo, San Juan Pto Rico 00921*

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *The Commonwealth of P.R. #17 BK 3283-LTS*

Nature of Claim: *Review for Confirmation of Commonwealth Plan of Adjustment. Already include My salary readjustment document before*

By: *Ivette Gonzalez de León*
    Signature

*Ivette Gonzalez de León*
Print Name

_____
Title (if Participant is not an individual)

*10 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 16 PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

In the People of the...
...PO Box 372
...Palmer, P.R.
...00915

SAN JUAN PR   009
13 AUG 2021   PM 2  L

Court Clerk's office
United States District Court
Clerk office, 150 ave carlos
Chardon Ste, 150 San Juan
P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sol Bilma Vargas Zapeta_

Participant's Address: _P.O Box 1015- Lajes, P.R. 00667_

Participant's Email Address: _Vargas_solb@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _126383_

Nature of Claim: _____

By: _Sol Bilma Vargas_
Signature

_Sol Bilma Vargas_
Print Name

_____
Title (if Participant is not an individual)

_13/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim:

Nature of Claim:

By 1976, I started as an elementary school teacher in the public teaching service. I then held teaching administrative positions until my retirement in September 2006, which held a position of Superintendent of Schools category V. I understand that salary increases were not granted according to the salary scale established in Law # 89 Uniform Remuneration Act of July 12, 1979.

Being a career employee and never occupying a position of trust, I was not given the increases according to the category of the position I held.

Sol Bilma Vargas
PO Box 1015
Lajas, P.R.
00667-1015

United States District Court
Clerk's Office
150 ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR   009
13 AUG 2021  PM 2  L





RECEIVED & FILED
2021 AUG 16  PM 6: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Rosa Lugo_

Participant's Address: _HC 05 Box 51742 San Sebastian PR 00685_

Participant's Email Address: _lebron_isabel @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283_

Nature of Claim: _Pension / Retiree, Tax, Refund, Public Employee Grievance_

By: _[signature]_
    Signature

_Evelyn Rosa Lugo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Roza Luz
HC 05 Box 51742
San Sebastian PR 00685

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16 PM 3:17

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilyn Godén Izquierdo_

Participant's Address: _HC 04, Box 42321, Mayagüez PR 00680-9730_

Participant's Email Address: _m.goden@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

(Withdrawal law changed)
(Labor steps due)
Claim Number: _#161458 and #70731_ (retroactive owed)

Nature of Claim: _Public Employee claims_

By: _Marilyn Godé Izquierdo_
    Signature

_Marilyn Godén Izquierdo_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Belén Figueroa
LC 04 Box 42321,
Mayaguez, PR 00680-9730

United States District Court,
Clerks Office,
150 Ave. Carlos Chardón Ste 150,
San Juan PR 00918-1767

RECEIVED
CLERK
U.S. DISTRICT COURT
SAN JUAN
AUG 16 PM 4:17

SAN JUAN PR
14 AUG 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan C. Pérez Cuevas_

Participant's Address: _Urb. Parque Ecuestre, Calle 35, A-22, Carolina, PR 00987_

Participant's Email Address: _carloscamrurs@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _38416_

Nature of Claim: _Pension / Retiree Claims_

By: _Juan C. Pérez Cuevas_
Signature

_Juan C. Pérez Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_14/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan C. Pérez-Cuevas
Urb. Parque Ecuestre
Calle 35, A-22
Carolina, PR 00987

00918-1706625

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 16 PM 8:17

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's Office,
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Virginia Suárez Montañez_

Participant's Address: _4505 Sec. Capilla, Cidra, Puerto Rico 00739_

Participant's Email Address: _suarez_maria_v @ Hotmail.com_

Name of Counsel: _____

~~ess~~ of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _María Virginia Suáy Montañ_
Signature

_María Virginia Suárez Montañez_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María Virginia Suárez Montañez
450-5 Sec. Capilla
Cidra, Puerto Rico 00739

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 3:17

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-1706.25

Court's Office
United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leslie A. Montañez Nieves_

Participant's Address: _HC-74 Box 5981 Naranjito, P.R. 00719-7424_

Participant's Email Address: _939-241-1236_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Leslie a montañez nieves_
Signature

_Leslie A. Montañez Nieves_
Print Name

_Janitor_
Title (if Participant is not an individual)

_13. agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8: 16

Leslie A. Montañez Nieves
HC-74 Bex 5981
Naranjito, P.R. 00719-7424

00918-1 70625

Commonwealth of Puerto Rico
United States District Court
Clerk's Office 150. Ave
Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Aida I. Vázquez Lebrón*

Participant's Address:   *HC 15 Box 16093 Humacao PR 00791*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283-LTS / PR 1845 SRF5 5176*

Nature of Claim:   *PROMESA Title III / Pac (II) 289594*
   *MMLID) 2199572-*
   *P. SUC: MML PC*

By:   *Aida I. Vázquez Lebrón*
Signature

*Aida I. Vázquez Lebrón*
Print Name

_____
Title (if Participant is not an individual)

*8/8/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida I. Vázquez Lebrón
HC-15 Box 16093
Humacao PR 00791

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8:16

Discovery Notice to the Court's Clerks
Office)
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 AUG 16  PM 8:15

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **ORTIZ CRUZADO BELÉN**

Participant's Address: **P.O. Box 240 VEGA ALTA. P.R. 00692**

Participant's Email Address: **velenortiz 1946 @ gmail. com**

Name of Counsel: **N. A.**

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: **54142   (54142)**

Nature of Claim: **Public Employee Claim**

By: *Belén Ortiz Cruzado*
    Signature

**BELEN ORTIZ CRUZADO**
Print Name

Title (if Participant is not an individual)

**13 / agosto / 2021**
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim

Under the responsability of Governor
of Puerto Rico Carlos Romero Barceló,
during the years 1980-1984 an increase
of salary known as Romerazo (Law 89)
granted the amount of $100.00 monthly
that was never pay. I retired in 1992
Also during the years 1984-1997
the labor scale Law # 164 granted
a 3% every three years to increase
the pension as a retired.

It was never pay either.
Other law that I claim
is labor Law #9.

Belén Ortiz Cruzado
P.O Box 340
Vega Alta, P.R. 00692

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 8: 15

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

14 AUG 2021

1000

00918

U.S. POSTAGE PAID
VEGA LETTER
00692 ALTA, PR
AUG 14, 21
AMOUNT

$0.75
R2300S10345-4-01

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria Asension Herger Montes*

Participant's Address: *54 Calle Coralina, Urb. Roseville, San Juan PR 00926*

Participant's Email Address: *mherger076@gmail*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *176742-1*

Nature of Claim: *Unpaid Salary Increase step not taken.*

By: *Maria A Herger*
  Signature

*Maria A. Herger Montes*
Print Name

_____
Title (if Participant is not an individual)

*8/10/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A Herger Montes
Urb. Roseville 54 Coralina
Son Juan, PR- 00926

CERTIFIED MAIL

7020 1290 0000 3594 9849



$7.65
US POSTAGE
FIRST-CLASS
FROM 00936
AUG 11 2021
stamps
endicia

Court's Clerk's Office
United States District Court
Clerk Office
150 Ave. Corlos Chardon Ste. 150
Son Juon, PR, 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Del C. Cordovez Cabassa._

Participant's Address: _54 Calle Coralina, Urb. Roseville, San Juan, PR 00926_

Participant's Email Address: _maria.cordovez@upr.edu_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176170_

Nature of Claim: _Unpaid Increases Salary Step not taken._

By: _[signature]_
Signature

_María Del C. Cordovez._
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Del C. Cordovez
Vrb: Roseville 54 Coralina
Son Juon, PR, 00926





Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste. 150 Son Juon, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jorge de Jesus Estrada*

Participant's Address: *Hc-9 Box 61898 Caguas, P.R. 00725-9258*

Participant's Email Address: *jorge de Jesús 600 @ Yahoo.com*

Name of Counsel: *n/A*

Address of Counsel: *n/A*

Email Address of Counsel: *n/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Commonwealth Plan of Adjustment*

By: *Jorge de Jesus Estrada*
Signature

*Jorge de Jesús Estrada*
Print Name

_____
Title (if Participant is not an individual)

*8/8/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: He-9 Box 61898
Caguas, P.R. 00725-9258

RECEIVED AND
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.
2021 AUG 16 PH 8:17

Court's office
United State District Court clerks office
150 Avenue, Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramonita Rodriguez Sánchez_

Participant's Address: _HC-4 BOX 61898 Caguas, P.R. 00725-9258_

Participant's Email Address: _Mona rodriguez 60 @ Yahoo.Com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Commonwealth Plan of Adjustment_

By: _Ramonita Rodriguez Sánchez_
Signature

_Ramonita Rodríguez Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_8/8/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

20?? AUG 16  PM 5: 16

HC - 9 BOX 61898
Cafuar, P.R. 00795-9258

00918-170625

Clerk's Office
United State District Court, Clerk's Office
150 Avenue, Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

14 AUG 2021  PM 1  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:     Isaac Oquendo Acevedo

Participant's Address:     HC7 Box 75000 San Sebastian PR 00685

Participant's Email Address:     Contabilidadelasea@yahoo.com

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:     169 640

Nature of Claim:     Debte Claimed Department of Agriculture

By:     _____
        Signature

        Isaac Oquendo
        Print Name

        Self Claimant
        Title (if Participant is not an individual)

        8/14/21
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ISAAC OQUENDO ACEVEDO
HC 7 BOX 75000
SAN SEBASTIAN, PR 00685

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
20 AUG 16 PM 8 15

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migna D. Nieves Rivera_

Participant's Address: _HC-74 Box 5981 Naranjito, P.R. 00719-7424_

Participant's Email Address: _mignadaisy@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Migna D. Nieves Rivera_
Signature

_Migna D. Nieves Rivera_
Print Name

_Secretary_
Title (if Participant is not an individual)

_13-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migna D. Nieves Rivera
HC-74 Box 5981
Naranjito, P.R. 00719-7424

00918-1706525

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 6:15

SAN JUAN PR  009
14 AUG 2021 PM 1 L

Commonwealth Plan of Puerto Rico
United States District Court
Clerk's Office
Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Herminio Santana Pérez_

Participant's Address: _HC-46 Box 5486 Dorado, P.R. 00646_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Herminio Santa_
    Signature

_Herminio Santana Pérez_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Marisely Zambrana Rodríguez

Participant's Address:   Urb Alturas Utuado 854 Utuado P.R. 00641

Participant's Email Address:   zmarisely@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 -LTS

Nature of Claim:   Promesa

By:   _____
   Signature

Marisely Zambrana Rodríguez
Print Name

_____
Title (if Participant is not an individual)

13/08/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hansell Zambrana
Urb. Alturas Uthado 856
Uthado P.R. 00641

RECEIVED & FILED
2021 AUG 16 PM 6:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court, Clerks Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Nelson Nieves Herrera_

Participant's Address: _11 Calle La Reina Isabela, PR 00662_

Participant's Email Address: _hel_nieves @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130 835_

Nature of Claim: _Accumulated retirement contributions from the Department of Correction_

By: _[signature]_
    Signature

_Nelson Nieves Herrera_
Print Name

_____
Title (if Participant is not an individual)

_06- agosto-2021_
Date

RECEIVED & FILED
2021 AUG 16  PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelson Nieves Herrera
11 Calle La Reina
Isabela, PR 0 0662

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2  L

United States District Court, Clerks
Office, 150 Ave. Carlos Charbon, Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Juan Zambrana Rosario_

Participant's Address: _Hc 2 Box 6149 Bajadero P.R. 00616-9886_

Participant's Email Address: _zmariscly@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa title III_

By: _Juan Zambrana Rosario_
     Signature

_Juan Zambrana Rosario_
Print Name

_____
Title (if Participant is not an individual)

_11/08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hc 2 Box 6149 Bajadero P.R.
Juan Zambrana Rosario 00616-9884

RECEIVED & FILED
2021 AUG 16 PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L

USA FOREVER

United States District Court Clerks office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1747

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Honoris Márquez Martínez

Participant's Address: Calle 5 A3 Lagos de Plata, Toa Baja PR 00949

Participant's Email Address: honorismelissa @ Yahoo. Com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179054

Nature of Claim: Romero 20

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 16 PM 6:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Honoris W. Marquez W.
Calle 5 A 3
Lagos Plata, Toa Baja, PR
00949

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United State District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR
00918-1767

RECEIVED & FILED
2021 AUG 16 PM 3 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Torres Santos Carlos A.

Participant's Address: Villa Carolina 25 #12 Calle 6 Carolina PR 00985

Participant's Email Address: Carlosatorressanto9@Gmail.com

Name of Counsel:

Address of Counsel: N/A

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 32044 y 103072 (#25770)

Nature of Claim: Madeline Acevedo Camacho VS Depto Familia

By: _Carlos A. Torres Santos_
Signature

CARLOS A. Torres Santos
Print Name

N/A
Title (if Participant is not an individual)

13 - Agosto - 2021
Date

RECEIVED & FILED
2021 AUG 16  PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES SANTOS, CARLOS A | 25770 | 5/22/2018 | Commonwealth of Puerto Rico | $302,400.00 |
| Reason: | This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the "Acevedo Camacho Plaintiff Group" and assert approximately $50 million in liabilities associated with alleged back pay and allegedly unpaid pension contributions. The plaintiffs in this litigation are former DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES SANTOS, CARLOS A | 25770 | 5/22/2018 | Commonwealth of Puerto Rico | $302,400.00 |
| Base para: | Este reclamo es un duplicado de los reclamos maestros n.º 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.º 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los reclamos maestros de Acevedo Camacho se presentan en nombre del "Grupo de demandantes de Acevedo Camacho" y reclaman cerca de $50 millones en obligaciones relacionadas con un supuesto pago retroactivo y supuestos aportes de jubilación impagos. Los demandantes de este pleito son los ex empleados del DOFA que alegaron que DOFA retuvo de manera ilegal salarios y pagos de jubilación, como resultado del "Memorándum general N.º 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. | | | |

Carlos A. Torres Santos
Villa Carolina
25 #12 Calle 6
Carolina, PR 00985

RECEIVED & FILED
2021 AUG 16 PM 6: 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 AVE. Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza I. Orta Romero_

Participant's Address: _#213 Calle: Tapia, San Juan P.R. 00911_

Participant's Email Address: _ortamaritza@yahoo.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23910_

Nature of Claim: _retiro_

By: _[signature]_
Signature

_Maritza I. Orta Romero_
Print Name

_n/a_
Title (if Participant is not an individual)

_13 - August - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Martha T. Orta Romero
#213 Calle: la pila
San Juan. P.R. 00911



United State District Court, Clerk Office
150 AVE. Chardon Ste. 150
San Juan, PR  00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
AUG 13, 21
AMOUNT
$0.75
R2305K136533-02

1000
00918

RECEIVED & FILED
2021 AUG 16 PM 9:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rebecca Rivera Torres_

Participant's Address: _Mireya Oeste H-22  Levittown PR 00949_

Participant's Email Address: _rebecca rivera-torres @ hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566-LTS  (S.S. 3924)_

Nature of Claim: _Employee Retirement System of Gov of P.R._
_(Active)_

By: _Rebecca Rivera-Torres_
Signature

_Rebecca Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States</u> District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rebecca Rivera Torres
Miraya Cost 4-22
Kuithoon PR 00949

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardón St 150
San Juan PR 00918-1767

SAN JUAN PR   009

14 AUG 2021 PM 1 L



2021 AUG 16 PM 6:03
RECEIVED & FILED
SAN JUAN P.R.
S. DISTRICT COURT
CLERK'S OFFICE



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          _Jeremias Ortiz Villalobos_

Participant's Address:       _PMB 2106  PO Box 6400  Cayey  P.R. 00737_

Participant's Email Address: _jeremias787@gmail.com_

Name of Counsel:             _N/A_

Address of Counsel:          _N/A_

Email Address of Counsel:    _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:                _10233_

Nature of Claim:             _____

By: _____
    Signature

    _Jeremias Ortiz Villalobos_
    Print Name

    _____
    Title (if Participant is not an individual)

    _13 Agosto 2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeremias Ortiz
PMB 2106 PO. Box
6400 Cayey P.R. 00737

SAN JUAN PR   009
13 AUG 2021   PM 2   L

0091 8 1704  C01B

United States District Court,
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150, San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexander Bonilla Colón_

Participant's Address: _Bo Buen Consejo c/ Vallejo 1209 SJ, PR 00926-1535_

Participant's Email Address: _bonilla_alexander@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63914_

Nature of Claim: _Pension/Retiree claims_

By: _[signature]_
Signature

_Alexander Bonilla Colón_
Print Name

_—_
Title (if Participant is not an individual)

_12-Agosto-2021 (August-12-2021)_
Date

RECEIVED & FILED
2021 AUG 16 PM 8: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alexander Bonille elin
Ba. Buen Consejo
1209 calle Vallejo SJ. PP 00926

RECEIVED & FILED
2021 AUG 16  PM 6: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

SAN JUAN PR   009

14 AUG 2021 PM 1  L



Discovery Notice to the Court's Clerk's
office at:
United States District Court, clerks office
150 Ave. Carlos chardon Ste 150
SJ PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jenny Diaz Rivera_

Participant's Address: _Urb. Levittown, Condominio Century Gardens Apto-B16_
_6ta seccion._

Participant's Email Address: _jennydiazrivera@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Jenny Diaz Rivera_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_12 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenny Diaz Rivera
Condominio Century Gardens
Apto - B-16 6ta Seccion Levittown
Toa Baja PR. 00949

RECEIVED & FILED
2021 AUG 16  PM 6: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170449

SAN JUAN PR  009
14 AUG 2021  PM 1  L

United States District Court,
Clerk's Office 150 Ave, Carlos Chardon
Ste.150 San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Angel González

Participant's Address:    C-30 Juan Monge Rio Grande P.R 00745

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    79140

Nature of Claim:    Pension/retiree

By: _____
Signature

ANGEL GONZÁLEZ
Print Name

_____
Title (if Participant is not an individual)

08/11/2021
Date

RECEIVED & FILED
2021 AUG 16 PM 6: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Gonzalez Perez
C-30 Juan Monge
Villas de Rio Grande
Rio Grande P.R. 00745

00918-170449

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste
San Juan P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 16 PM 6:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María L. Mercado Hernández_

Participant's Address: _P.O. Box 2027   Isabela, P.R. 00662_

Participant's Email Address: _m.mercado 30 @Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133801_

Nature of Claim: _Public Employee and Pension Retiree Claims_
_Dept. of Education_

By: _María L. Mercado Heinandz_
    Signature

_María L. Mercado Hernández_
Print Name

_____
Title (if Participant is not an individual)

_15 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Mercado Hernandez
P.O. Box 2627
Isabela, P.R. 00662

RECEIVED & FILED
2021 AUG 16 PM 6: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Discovery Notice to the Court's Clerk office
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

14 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Elizabeth Figueroa Santiago_

Participant's Address: _Curr. 561 Km 6.4  Bo Vacas Sector Mogote_

Participant's Email Address: _P.O. Box 371 Villalba, P.R. 00766_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ley 89 de 12 de julio de 1979   17BK 3283_

Nature of Claim: _Ley de Retribución Uniforme de la oficina_

By: _Elizabeth Figueroa Santiago_
    Signature

_Elizabeth Figueroa Santiago_
Print Name

_Enfermera_
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Figueroa Santiago
P.O. Box 371
Villalba, P.R. 00766

00918-170546

13 AUG 2021 PM 2 L

SAN JUAN PR  009

United States District Court,
Clerks Office
150 Ave. Carlos Chardon Ste
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Amalbert Millan_

Participant's Address: _Cond. Armonia - Los Prados 400 Grand_
_BLVd. Apto. 18-101 Caguas, P.R. 00727-3248_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1 19020_

Nature of Claim: _Public Employee and Pension_
_Retiree Claims_

By: _Rosa M. Amalbert Millan_
Signature

_Rosa M. Amalbert Millan_
Print Name

_Promesa Proof of Claims Ley 180_
Title (if Participant is not an individual)

_11 de Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 16  PM 6: 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170546

Rose M. Amiro Robert
Casal Angelbert Philla'r
400 Kings Blvd Apt 608
Caguas, P.R. 00727-3248
16-1013 AUG 2021

SAN JUAN PR  009

United States District Court,
Clerks Office
150 Ave, Carlos Chardon Ste., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Amalbert Millán_

Participant's Address: _Cond. Armonía-Los Prados 400 Grand_

Participant's Email Address: _BLVd. apto.18-101 Caguas, P.R. 00727-3248_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150798_

Nature of Claim: _Public Employee and Pension Retiree Claim_

By: _Rosa M. Amalbert Millán_
Signature

_Rosa M. Amalbert Millán_
Print Name

_Promesa Proof of Claims Ley 189_
Title (if Participant is not an individual)

_11 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 16  PM 6: 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170546

Rosa M. Amaro de los Prados
400 Grand Blvd Cap 508 16-10
Caguas, P.R. 00727-3248

13 AUG 2021

SAN JUAN PR  009

United States District Court,
Clerks Office
150 Ave, Carlos Chardon Ste., 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Soto Son Inocencio_

Participant's Address: _Villa Andalucia, Alora St. N-56, San Juan_
_PR. 00926_

Participant's Email Address: _alssi53@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 4137_

Nature of Claim: _Sistema Retiro ELA_

By: _[signature]_
Signature

_Angel L. Soto_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel L. Soto
Villa Andalucia
C/Plora N-56
San Juan, P.R 00926

RECEIVED & FILED

2021 AUG 16 PM 6: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009

14 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Angeles Mirabal-Cotarineu_

Participant's Address: _2308 Edgewater Ave. Leesburg, FL 34748_

Participant's Email Address: _Laillessabril@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _9697_

Nature of Claim: _Want to participate about all of Adm. Retir ELA_

By: _Angeles Mirabal Cot_
Signature

_Angeles Mirabal-Cotarineu_
Print Name

_____
Title (if Participant is not an individual)

_8/11/21_
Date

_RECEIVED & FILED_
_2021 AUG 16 PM 6: 04_
_CLERK'S OFFICE_
_U.S. DISTRICT COURT_
_SAN JUAN, P.R._

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Angeles Mirabal-Catarine
2308 Edgewater Ave.
Leesburg, FL 34748

00918-70625

ORLANDO FL 328
11 AUG 2021

Court's Clerk Office at
United State District Court
Clerk's Office
150 Ave. Carlos Chardon, #150
San Juan, Puerto Rico