UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Brendaliz Piñeiro Torres
2. Charlene S. Oliveras de Jesus
3. Ileana Colon del Hoyo
4. Yazmin Colon Solivan
5. Jose A. Carrion Resto
6. Douglas A. Pickarts
7. Veronica Amador Colon (3 notices)
8. Dahlia A. Selles Iglesias
9. John Tempesta
10. Sally B. Weisleder
11. Javier Mercado Rivera
12. Efrain Acevedo Pagan
13. Maria M. Cordero Perez
14. Griselle Rivera Ayala
15. Rafael A. Quiñones Soto
16. Elis Lopez Padilla
17. Luis C. Franceschini
18. Olga Lopez Martinez
19. Marie L. Crespi Seda
20. Elsa Lopez Arce (2 notices)
21. Sylvia Droz Rivera
22. Enrique Torres Roman
23. Pedro Juan Berrios Santiago

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Carmen Julia Negron Rivera (2 notices)

25. Enrique Torres Roman

26. Maria A. Rios Jimenez

27. Juan Carlos Falcon Lopez

28. Edgar Colon Pagan

29. Alfredo Cintron Sanchez

30. Wilfredo Velazquez Calderon

31. Rubelisa Zayas Rosario

32. Griselda Moll Martinez

33. Carmen R. Mercado Nieves

34. Enrique Centeno Alvelo

35. Zugeily Martinez Diai

36. Nitza M. Marquez Cruz (2 notices)

37. Alan Salgado Mercado (2 notices)

38. Iraida Erazo Ortega

39. Dora Luz Montañez Rivera

40. Lorna Echevarria Medina

41. Elizabeth Figueroa Santiago

42. Hector L. Negron Rivera

43. Maricelys Barbosa Rivera

44. Hector Luis Negron Rivera

45. Beatriz Treviño Maldonado

46. Ruth A. Delgado Guzman (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Delbis Lespier Santiago

    48. Zarelda M. Cintron Velez

    49. Manuel Rivera Quiles

    50. Viangeris Figueroa Melendez

Dated: August 17, 2021