Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Brendaliz Piñeiro Torres*

Participant's Address: *Urb. UMedina Calle 14 D-23 Ischela PR 00*

Participant's Email Address: *brenda.agup@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Promesa Title III*

By: *Brendaliz Piñeiro Torres*
Signature

*Brendaliz Piñeiro Torres*
Print Name

*Funcionario Administrativo*
Title (if Participant is not an individual)

*13 agosto 2021*
Date

RECEIVED & FILED
2021 AUG 16 PM 6 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brendaliz Piñeiro Torres
Urb. Medina Calle 14 D-23
Isabela, P.R. 00662

RECEIVED & FILED
2021 AUG 16  PM 6: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN.

00918-170625

SAN JUAN PR  009
14 AUG 2021  PM 1  L

United States District Court, Clerk's Office
150 AVe. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Charlene S Oliveras de Jesús_

Participant's Address: _11127 Cyrilla Woods Dr Orlando FL 32832_

Participant's Email Address: _charleneoliveras33@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1596_

Nature of Claim: _Administración Sistemas Retiro y Judicatura PR_

By: _____          _Debts $ #5,000.00_
Signature

_Charlene S Oliveras_
Print Name

_____
Title (if Participant is not an individual)

_8-10-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Charlene Olivenis
11137 Cyrilla Woods Dr, ORLANDO FL 328
Orlando FL 32832 21 AUG 2021 PM 4 L

United States District Court
Clerk's office
150 Ave. Carlos Chardon
Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ileana Colón Del Hoyo_

Participant's Address: _Villa Andalucia N. 56 Alva San Juan P. Roo926_

Participant's Email Address: _colon.ileana33@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107858_

Nature of Claim: _Sistema Retiro ECA_

By: _Ileana Col_
Signature

_Ileana Colón_
Print Name

_____
Title (if Participant is not an individual)

_14 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ileana Colón
Villa Andalucia
N 56 A1570
San Juan PR 00926

RECEIVED & FILED

2021 AUG 16 PM 6: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009

14 AUG 2021 PM 1 L

BELGIAN MALINOIS

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Yazmin Colón Solivan_

Participant's Address: _Urb. El Plantio calle Ceiba D-1 Toa Baja P.R._
_00949_

Participant's Email Address: _yazmin_taci@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59300_

Nature of Claim: _Pension / Retiree Claims_

By: _Ycz Col Sol._
Signature

_Yazmin Colón Solivan_
Print Name

_____
Title (if Participant is not an individual)

_August 13 2021_
Date

*(stamp: RECEIVED & FILED 2021 AUG 16 PM 6: 04 CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R.)*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yazmin Colon Solivan
Vvb. El Plantio
Calle Ceiba D-1
Toa Baja PR 00949

RECEIVED & FILED

2021 AUG 16  PM 6: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Discovery Notice to the Court's Clerk's
Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR. 00918-M67

SAN JUAN PR 009

14 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JOSÉ A CARRIÓN NESTO_

Participant's Address: _C/101 F-22 Urb. MONTE BRISAS 3, FAJANDO_

Participant's Email Address: _Carrion1955@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_JOSÉ A CARRIÓN RESTO_
Print Name

_____
Title (if Participant is not an individual)

_08/14/21_
Date

RECEIVED & FILED
2021 AUG 16 PM 6: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A Christian Resto
P.O. Box 121
Fajardo, P.R. 00731

RECEIVED & FILED
2021 AUG 16  PM 6: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1 706525

United States District Court
Clerks Office
150 Ave Carlos Chardon St. 150
San Juan, P.R. 00918-1767





SAN JUAN PR  009
14 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: DOUGLAS A PICKARTS

Participant's Address: 894 AINAKO AVE  HILO HI 96720·1616

Participant's Email Address: dpickarts @ mac.com

Name of Counsel: NOT REPRESENTED BY COUNSEL

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 745235J69   74514LTU1   (CUSIP)

Nature of Claim: MUNI BOND DEBT

By: _____
Signature

Print Name: DOUGLAS A PICKARTS

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 16  PM 6: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Douglas A Pickarts
894 Ainako Avenue
Hilo, Hawaii 96720-1616

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan Puerto Rico 00918-1767

00918-170625

HONOLULU HI 967
10 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Verónica Amador Colón_

Participant's Address:   _#13 calle 19 Urb El Cortijo Bayamón P.R. 00956_

Participant's Email Address:   _amadorveronica14@yahoo.com_

Name of Counsel:   _N/A_

Address of Counsel:   _N/A_

Email Address of Counsel:   _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _178960_

Nature of Claim:   _Public Employee and Pension/Retiree Claim_

By:   _Verónica Amador Colón_
Signature

_____
Print Name

_Verónica Amador Colón_
Title (if Participant is not an individual)

_August 13-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Verónica Ayala Colón
P/3 calle 19
Urb. El Cortijo
Bayamón P.R. 00752

RECEIVED & FILED
2021 AUG 16 PM 6:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office 150
Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR 009
14 AUG. 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Verónica Amador Colón_

Participant's Address: _#13 calle 19 Urb El Cortijo Bayamón PR-00956_

Participant's Email Address: _amadorveronica14@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178960_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Verónica Amador Colón_
Signature

_Verónica Amador Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victoria Amador Colón
o/3 calle 19
Urb. El Cortijo
Bayamón P.R. 00956

RECEIVED & FILED
2021 AUG 16 PM 6: 04
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR   009
14 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Verónica Amador Colón_

Participant's Address: _813 calle 19 Urb. El Cortijo Bayamón P.R. 00956_

Participant's Email Address: _amadorveronica14@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178960_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _Verónica Amador Colón_
Signature

_Verónica Amador Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Veronica Amador Colón
8-13 calle 19
Urb. El Cortijo
Bayamón P.R. 00956

RECEIVED & FILED
2021 AUG 16  PM 6: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
14 AUG 2021  PM 1  L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dahlia H. Sellés-Iglesias_

Participant's Address: _19 Calle 2, La Campiña, San Juan P.R. 00926_

Participant's Email Address: _selles45@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Bankrupcy_

By: _Dahlia A. Sellés Ig._
Signature

_Dahlia H. Sellés-Iglesias_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dahlia Selles
1a Calle 2
La Campiña
San Juan, P.R.
00926

RECEIVED & FILED
2021 AUG 16 PM 6: 05
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
14 AUG 2021PM 1 L

To
Court's Clerk Office
United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R.

00918-170625

00918-1762

Freedom
FOREVER
USA

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _John Tempesta_

Participant's Address: _35 Lost Mine PL, Ridgfield CT 06877_

Participant's Email Address: _JohnTempesta al Comcast.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Debtons Plan of Adjustment_

By: _John Tempesta_
    Signature

_John Tempesta_
Print Name

_____
Title (if Participant is not an individual)

_8/11/2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
AUG 16 PM 6:05

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. Tempesta
35 Lost Mine Rd
Ridgefield CT 06877

WESTCHESTER NY 105
12 AUG 2021 PM 2 L

Discovery Notice to the Courts' Clerk's office
United States District, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN, P.R.
DISTRICT COURT
CLERK'S OFFICE
2021 AUG 16 PM 6: 05
RECEIVED & FILED

Case:17-03283-LTS   Doc#:17860-1   Filed:08/17/21   Entered:08/17/21 11:24:43   Desc:
Pro se Notices of Participation   Page 23 of 114

SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SALLY B WEISLEDER_

Participant's Address: _422 SOUTH HARBOR DR. KEY LARGO FL 33037_

Participant's Email Address: _SALLYWEISLEDER@ME.COM_

Name of Counsel: _SANDRA LYNN_

Address of Counsel: _7 BARRACUDA LANE KEY LARGO FL 33037_

Email Address of Counsel: _STURNERLYNN@GMAIL.COM_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _FINANCIAL_

By: _Sally B Weisleder_
Signature

_SALLY B WEISLEDER_
Print Name

_____
Title (if Participant is not an individual)

_AUGUST 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kelly Werleder
423 S. Roesole Dr
Key Largo, Fl 33037

United States District Court, Clerk's Office
150 AVE. Carlos Chardón Suite. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Javier Mercado Rivera*

Participant's Address: *2412 Black Powder Ln Kissimmee FL 34743*

Participant's Email Address: *famercado@hotmail.com*

Name of Counsel: *Lic Ivonne Gonzalez Morales*

Address of Counsel: *P.O. Box 9021828, San Juan, PR 00902-1828*

Email Address of Counsel: *ivonnegm@prw.net*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS  -50221*

Nature of Claim: *Joint Administered-Salary Adjustment*

By: *[signature]*
Signature

*Javier Mercado Rivera*
Print Name

_____
Title (if Participant is not an individual)

*8/10/21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Ref: Jeannette Abrams Diaz etc. vs DTOP*
*Case # KAC 2005-5021 - Tribunal de San Juan*

Javier Mercado Rivera
2412 Black Powder Cn
Kissimmee FL 34743

RECEIVED & FILED
2021 AUG 16 PM 6: 05
CLERK'S OFFICE
DISTRICT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150
San Juan PR 00918-1767


Alabama
1819

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Efrain  Acevedo  Pagán_

Participant's Address: _Urb. Mariolga calle San Joaquin W-25 Caguas, P.R. 00725_

Participant's Email Address: _eacevedop@gurabopr.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90373_

Nature of Claim: _Pension / Retiree  claims_

By: _Efrain Acedo Pagán_
Signature

_Efrain  Acevedo  Pagán_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Efrain Acevedo Pagán
Urb. Marialga calle San Joaquin W-25
Caguas, P.R. 00725

SAN JUAN PR 009
13 AUG 2021 PM 2 L

00918-170625

To: United States District Court, Clerk's Office
150 AVE. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
21 AUG 16 PM 6:05
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Maria Sm Cordero Perez*

Participant's Address: *1810 Bracken Rd, N Chesterfield, VA 23234*

Participant's Email Address: *mercycorderop@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *92473*

Nature of Claim: *Empleados Publicos y Pensión/Jubilación*

By: *Maria M. Cordero Pérez*
Signature

*Maria M. Cordero Perez*
Print Name

_____
Title (if Participant is not an individual)

*8/10/2021*
Date

RECEIVED & FILED
2021 AUG 16  PM 6:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria m Cordero
1810 Bracken Rd
N chesterfield, VA 23236

RECEIVED & FILED
2021 AUG 16 PM 6: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

RICHMOND VA 230
11 AUG 2021 PM 4  L

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Griselle Rivera Ayala_

Participant's Address: _HC 11 Box 11955 Humacao Plee P.R._

Participant's Email Address: _griselle_riveraayala50@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Griselle Rivera Ayala_
Signature

_Griselle Rivera Ayala_
Print Name

_Participant_
Title (if Participant is not an individual)

_9 de agosto 2021_
Date

**Instructions for Filing** Notice of P~~...~~ ~~...~~ If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing ~~...~~ on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Grizelle Rivera Ayala
Hc 11 Box 11155
Humacao, PR 00791-9452

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Discovery Notice to the Courts
Clerks office at
United States District Court
Clerks office
150 Ave Carlos Chardon Ste.150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael A. Quinones-Soto_

Participant's Address: _Paseo Trebol # Fi Urb Jard. de Ponce; Ponce, P.R. 00730_

Participant's Email Address: _rafaelq5048@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Owner $40,000 Employment Retirement System_

By: _Quinones_
Signature

_Rafael A. Quinones Soto_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael A. Quiñones-Soto
Paseo Treboll #I-1
Urb. Jardines de Ponce
Ponce, PR 00730-1843

RECEIVED & FILED

2021 AUG 16 PM 6: 05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico 00918-1767





Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eli Lopez Padilla_

Participant's Address: _HC01 Box 6224 Santa Isabel, PR 00757_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Eli Lopez Padilla_
   Signature

_ELI LOPEZ PADILLA_
   Print Name

_____
   Title (if Participant is not an individual)

_8/4/21_
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eli Lopez Padilla
Hco1 Box 6296
Santa Isabel, PR 00757

RECEIVED & FILED
2021 AUG 16 PM 6:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court Clerk's Office at:
United State District Court
office→150 Ave Carlus Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis C. Franceschini_

Participant's Address: _P.O. Box 10108 San Juan, PR 00922-0108_

Participant's Email Address: _lc_franceschini @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _27408_

Nature of Claim: _Pension / Retiree Claims_

By: _Luis Carlos Franceschini_
Signature

_Luis Carlos Franceschini_
Print Name

_____
Title (if Participant is not an individual)

_8 / 10 / 2021_
mm / dd / yyyy
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Luis Franceschini
PO Box 10108
San Juan, PR 00922

RECEIVED & FILED
2021 AUG 16  PM 6: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR   009

13 AUG 2021  PM 2 ·L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga López Martinez_

Participant's Address: _Urb. Aponte L-8 Calle 10_
_CAYEY, PR 00736_

Participant's Email Address: _____ N/A

Name of Counsel: _____ N/A _____

Address of Counsel: _____ N/A _____

Email Address of Counsel: _____ N/A _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 107482 _____

Nature of Claim: _Bankrupcy Case No. 17-BK-3283-LTS_

By: _Olga López Martinez_
Signature

_Olga López Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga Lopez
Urb. Aponte
L-8 Calle 10
Cayey, PR 00736

RECEIVED & FILED

2021 AUG 16   PM 6: 05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

U.S District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARIE L. CRESPI SEDA_

Participant's Address: _Urb. 8x4, O'Neill C-2 Street J-7 MANATI PR 00674_

Participant's Email Address: _crespimarie@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _34629_

Nature of Claim: _Pension / Retiree claims_

By: _[signature]_
Signature

_MARIE L. CRESPI SEDA_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIE L. COLESPI SEDA
URB. EXT. O'NEILL
CDILE C-2 J-7
MANATI PR 00674

RECEIVED & FILED
2021 AUG 16 PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
13 AUG 2021PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa López Arce_

Participant's Address: _122 San Pablo Urb San Rafael_
_Areibo PR 00612_

Participant's Email Address: _Kike8792@yahoo com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Romeraro Law_

By: _Elsa López Arce_
Signature

_Elsa López Arce_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elisa López Arce
122 San Pablo
Urb. San Rafael
Arecibo P.R. 00612

RECEIVED & FILED
2021 AUG 16  PM 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

SAN JUAN PR   009
13 AUG 2021  PM 2 · L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa López Arce_

Participant's Address: _122 Urb. San Rafael Arecibo P.R. 00612_

Participant's Email Address: _Kike8792@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Romerazo Law_

By: _Elsa López Arce_
Signature

_Elsa López Arce_
Print Name

_____
Title (if Participant is not an individual)

_10 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsa López Arce
122 San Pablo
Urb. San Rafael
Arecibo PR 00612

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2  L

United States District Court
Clerk's office
150 Ave, Carlos Chardón Ste 150
San Juan, PR 00918-1767



USPS FOREVER

RECEIVED & FILED
2021 AUG 16 PM 3:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Droz Rivera_

Participant's Address: _Paseo Jardines del Jobo 2639 el Jobos Apt. 39 Ponce, P.R. 00717_

Participant's Email Address: _syludroz@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sylvia Droz Rivera_
Signature

_Sylvia Droz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_13/agosto/2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Droz Rivera
Paseo Jardines del J
2639 c/Jaloos Apt. 39
Ponce, P.R. 00717

00918-170625

U.S. POSTAGE PAID
FCM LG ENV
PONCE PR
00716
AUG 13, 21
AMOUNT
$0.00
R2304M113036-12

1000

00918

To: United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 PM 5:58

FOREVER
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enrique Torres Roman_

Participant's Address: _122 urb San Rafael Arecibo P.R 00612_

Participant's Email Address: _Kike 8792 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim:

By: _Enrique Torres Roman_
Signature

_Enrique Torres Roman_
Print Name

_____
Title (if Participant is not an individual)

_August 10 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Torres Damián
122 Urb. San Rafael
Calle San Pablo
Arecibo PR. 00612

RECEIVED & FILED
2021 AUG 16 PH 5: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
13 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _PEDRO JUAN BERRIOS SANTIAGO_

Participant's Address: _P.O. BOX 482 VILLALBA, P.R. 00766_

Participant's Email Address: _pedri_98 @ yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166557   ET. AL_

Nature of Claim: _UNPAID WAGE BY THE GOVERNMENT OF PUERTO RICO_

By: _Pedro Juan Berrios_
Signature

_PEDRO JUAN BERRIOS_
Print Name

_NO_
Title (if Participant is not an individual)

_AUGUST 10, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro J. Benito Santiago
P.O. Box 482
Villalba, P.R.
00766

00918-170825

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918

SAN JUAN PR 009
13 AUG 2021 PM 2 L

USA FOREVER

RECEIVED & FILED
2021 AUG 16 PM 5:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Julia Negrón Rivera_

Participant's Address: _Urb. Vista Alegre Calle Orquídeas 318 Villalba, P.R. 00766_

Participant's Email Address: _negroncarmen16 @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 94849_

Nature of Claim: _Unpaid wages by the government of P.R_

By: _Carmen Julia Negrón Rivera_
Signature

_Carmen Julia Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Negrón Rivera
Urb. Vista Alegre
Calle Orquídeas 318
Villalba, P.R. 00766

00918-170625

SAN JUAN, PR   009
13 AUG 2021   PM 2   L

United States District Court
Clerk's office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16   PM 5:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



Participant must provide all, of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Julia Negron Rivera_

Participant's Address: _Urb. Vista Alegre Calle Orquideas 318 Villalba, P.R. 00766_

Participant's Email Address: _negroncarmen16@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#104693_

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Carmen Julia Negron Rivera_
Signature

_Carmen Julia Negron Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Negrón Rivera
Urb. Vista Alegre
Calle Orquideas 318
Villalba, P.R. 00766

00918-170825

SAN JUAN PR 009
13 AUG 2021 PM 2 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste.052
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enrique Torres Roman_

Participant's Address: _122 Calle San Pablo, Urb S Rafall, Aredbo PR 00612_

Participant's Email Address: _Rike 8792 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS_

Nature of Claim: _Romerazo Law_

By: _[signature]_

Signature

_Enrique Torres Roman_

Print Name

_____

Title (if Participant is not an individual)

_August 10, 2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Torres Román
122 Urb. San Rafael
Calle San Pablo
Arecibo, P.R. 00612

RECEIVED & FILED
2021 AUG 16 PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

SAN JUAN PR 009
13 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
150
San Juan, P.R. 00




Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Rios Jimenez_

Participant's Address: _P.O. Box 1747 Canóvanas PR 00729_

Participant's Email Address: _gelica52@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 17 BK-3283-LTS_

Nature of Claim: _Deuda del Dept. Educación. Pago Vacaciones_

By: _Maria Angelica Rios_
Signature

_Maria Angelica Rios_
Print Name

_____
Title (if Participant is not an individual)

_12 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alma A. Rios
P.O. Box 1147
Coto Laurel P.R.
00704-1147

00918-1706.25

RECEIVED & FILED
2021 AUG 16  PM 5: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR. 009

13 AUG 2021  PM 2  L

Discovery Notice to the Courts Clerks office
at United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Juan Carlos Falcón López*

Participant's Address: *Urb. Jacaguax 102 calle 1 Juana Díaz P.R. 00795*

Participant's Email Address: *jcflis@hotmail.com*

Name of Counsel: *I do not have a Counsel.*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17BK 3283-LTS*

Nature of Claim: *I am retired from Correctional Administracion*

By: *Juan Carlos Falcón López*
Signature

*Juan Carlos Falcón López*
Print Name

_____
Title (if Participant is not an individual)

*August, 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Carlos Falcón López
Urb. Jacaguax calle 1 #102
Juana Díaz, P.R. 00795

00918-170625

United States District Court (Clerk's
Office), 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
13 AUG 2021 PM 2   L



RECEIVED & FILED
2021 AUG 16  PM 3: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edgar Colón Pagán*

Participant's Address: *39th, block MM-1 Urb. Villas de Loiza*
*Canovanas, Puerto Rico 00729*

Participant's Email Address: *eggie 777 cp @ yahoo.com*

Name of Counsel: *I don't have counsel or resources to pay it.*

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *# 24123*

Nature of Claim: *Public Employee and Pension / Retire Claim*

By: *Edgar Colón*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgar Colón Pagán
Calle 3A Blg MM-1
Villas de Loiza
Canóvanas P.R. 00729

RECEIVED & FILED
2021 AUG 16 PH 5:59
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To: United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cintron Sanches Alfedo

Participant's Address: Barrio Guaybal Sector Cuevas HC-01 Box 4665 Juana Diaz PR. 00795

Participant's Email Address: elbaperez134@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169056

Nature of Claim: Promesa Title 111-No. 17BK 3283-LTS

By: _____
    Signature

Alfredo Cintron Sahez
Print Name

_____
Title (if Participant is not an individual)

August-13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cintron Sanches Alfredo
Barrio Guayabel/Sector Cuevas
HC-01-Box 4465
Juana Diaz PR-00795

SAN JUAN PR 009

13 AUG 2021 PM 2 L

FOREVER / USA



00918-706 25

Discovery Notice to the Court Clerk
United States District Court Office:
150 Ave. Carlos Chardon Ste. 150

San Juan P R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 3:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Velázquez Calderón_

Participant's Address: _P.O. Box 363 Loíza P.R. 00772_

Participant's Email Address: _Wilfredo-jr@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _66840_

Nature of Claim: _Retiree Claims_

By: _Wilfredo Velázquez Calderón_
Signature

_Wilfredo Velázquez Calderón_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfredo Velázquez Calderón
P.O. Box 363
Loíza, P.R. 00772

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rubelisa Zayas Rosario_

Participant's Address: _P.O. Box 1342 Orocovis, P.R. 00720_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim: _( 17 BK 3283-LTS)_

Claim Number: _170806 - 170828_

Nature of Claim: _PUBLIC EMPLOYEE AND PENSION RETIREE_

By: _____
     Signature

_RUBELISA ZAYAS ROSARIO_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 16   PM 6:00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RUBELISA ZAYAS MUSTAFA
P.O. Box 1342
ORocovis, P.R. 00729

00518-1706625

SAN JUAN PR  009
13 AUG 2021  PM 2  L



United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico
00518-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: GRiselda moll martínez

Participant's Address: URb Valle alTo Calle C dM Cayey
Pueto RiCo 00736

Participant's Email Address: grisele2017@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 46615

Nature of Claim: RETiREMENT SysTems PENSiON CLAiN

By: _Giseda moll martiney_
Signature

GRiselda moll Martínez
Print Name

N/A
Title (if Participant is not an individual)

8-13-21
Date

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Griselda Moll Martinez
Urb. Valle Alto
Calle C D-17
Cayey PR 00736

RECEIVED & FILED
2021 AUG 16  PM 6: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
13 AUG 2021  PM 2  L

Discovery Notice to the Court Clerk's office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Carmen R. Mercado Nieves*

Participant's Address:   *43-17 35 street Villa Carolina, Carolina P.R 00985*

Participant's Email Address:   *crm18649@gmail.com*

Name of Counsel:   *N/A*

Address of Counsel:   *N/A*

Email Address of Counsel:   *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *40812*

Nature of Claim:   *Retirement Systems Pension Claim*

By:   *Carmen R. Mercado Nieves*
Signature

*Carmen R. Mercado Nieves*
Print Name

*N/A*
Title (if Participant is not an individual)

*08/13/2021*
Date

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen R Mercado Nieves
Villa Carolina
43-17 Calle 35
Carolina PR 00985

RECEIVED & FILED
2021 AUG 16 PM 6: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2 L



Discovery Notice to the Court Clerk's office
United States District Court, Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR - 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  Centeno Alveo, Enrique

Participant's Address:  P.O Box 797, Comerio Puerto Rico 00782

Participant's Email Address:  centeno-enrique 5022@gmail.com

Name of Counsel:  N/A

Address of Counsel:  N/A

Email Address of Counsel:  N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  108656

Nature of Claim:  Mitigations claim, Public employee claim

By:  Enrique Cen Abreu
    Signature

Enrique Centeno Alveo
Print Name

N/A
Title (if Participant is not an individual)

08/13/21.
Date

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Centeno Alvelo
P.O Box 747
Comerio Puerto Rico 00782

Discovery Notice to the Court's office at
United States District Court, Clerk's
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 6: 00

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zugeily Martirez Diaz_

Participant's Address: _calle 14 6 I-133 Aturas Rio Grande P.P._ _00745_

Participant's Email Address: _zugeilymartinez@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _38727_

Nature of Claim: _Retirement system pension claim_

By: _(signature)_
Signature

_Zugeily Martirez Diaz_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zugeily Martinez Dia
urb Altures De Ruvandes
146  I-133 calle
Rio Grande, P.R 00745

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2 L



Discovery Notice to the court's clerk's office
at united States District court, clerk's
Office 150 Ave. Carlos Chardon State 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Nitza M. Marquez Cruz

Participant's Address:    Calle Kennedy 718 Urb La Cumbre San Juan PR 00926

Participant's Email Address:    nmarquezcruz@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     17BK 3283-LTS

Nature of Claim:     , Romerazo, Ley 89

By:     _Nitza M Marqz Cz_
        Signature

        Nitza M. Marquez Cruz
        Print Name

        _____
        Title (if Participant is not an individual)

        Agosto 10 - 2021
        Date

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Katia Araujo Cruz
Calle Kennedy 718
Urb. La Cumbre
San Juan, PR 00924

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 8:00
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nitza M. Márguez Cruz_

Participant's Address: _calle Kennedy 718 Urb La Cumbre, SJ, PR 00926_

Participant's Email Address: _nmarguezcruz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283-LTS_

Nature of Claim: _Ley 89 - Romenazo_

By: _[signature]_
Signature

_Nitza M. Márguez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

A. Moure Cruz
kennedy 718
lub La Cumbre
San Juan, PR 00926

00918-170825

SAN JUAN PR  009
13 AUG 2021  PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alan Salgado Mercado*

Participant's Address: *HC-46, Box 6030, Dorado*
*Puerto Rico, 00646*

Participant's Email Address:

Name of Counsel: *Old the Counsel that are working with*
*this case)*

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *96373*

Nature of Claim: *we reclaming a money that not paid for*
*many years to the teachers of Department*
*of Education of Puerto Rico.*

By: *[signature]*
Signature

*Alan Salgado Mercado*
Print Name

*Teacher of the Department of Education of*
Title (if Participant is not an individual) *Goberment of Puerto Rico.*

*August 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alan Salgado
HC. 46, Box 6030
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 16  PM 6: 00
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, P R

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
13 AUG 2021  PM 2  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alan Salgado Mercado_

Participant's Address: _HC-46, Box 6030, Dorado_

Participant's Email Address: _Puerto Rico 00646_

Name of Counsel: _Old the Counsel that are working with this case._

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _93261_

Nature of Claim: _we reclaiming a money that not paid for many years to the teachers of Department of Education of Puerto Rico_

By: _____
Signature

_Alan Salgado Nevado_
Print Name

_Teacher of the Department of Education of Goberment of Puerto Rico._
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alam Salgado
Hc. 46, Box 6030
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 16   PM 6: 00
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR   009
13 AUG 2021   PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Iraida Frazo Ortega

Participant's Address: R. R 12 Box 10040 Buena Vista
Bayamon, Puerto Rico 00956

Participant's Email Address: vistasflores@gmail.com

Name of Counsel: n/A

Address of Counsel: n/A

Email Address of Counsel: n/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 46855

Nature of Claim: Pension

By: [signature]
Signature

Iraida Frazo Ortega
Print Name

Retirement
Title (if Participant is not an individual)

9 agosto 2021
Date

[stamp: RECEIVED & FILED 2021 AUG 16 PM 6:00 CLERK'S OFFICE SAN JUAN P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Freida Erazo Ortega
P.R. 12 Box 10040
Bayamon, P.R. 00956

RECEIVED & FILED

2021 AUG 16  PM 6: 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

SAN JUAN PR  009

13 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dora Luz Montañez Rivera_

Participant's Address: _Urb. Jard De Dorado H2 Calle 5_

Participant's Email Address: _montanezdora6 g gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106325_

Nature of Claim: _Departamento de Educación._

By: _Dora Montañez_
Signature

_Dora Montañez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_2 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dora Montañez Rivera
Calle 5 - Orquideas
Casa #H-2 - Jardines de Dorado
Dorado PR. 00646

RECEIVED & FILED
2021 AUG 16  PM 6: 00
CLERK'S OFFICE
US. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021  PM 2  L

United States District Court
Clerks Office
150 Ave. Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lorna Echevarría Medina

Participant's Address: Urb. Santa Elena N4 calle Ucar Guayanilla P.R 00656

Participant's Email Address: chevadina_girl@hotmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 77277

Nature of Claim: Lawsuit No. 17 BK 3283-LTS regarding my retirement money.

By: _____
Signature

Lorna Echevarría Medina
Print Name

_____
Title (if Participant is not an individual)

Aug - 14 - 2021
Date

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

L. Echevarria Medina
Wb. Santa Elena
N4 Calle Ucar
Guayanilla P.R. 00656

00918-170625

SAN JUAN PR  009

14 AUG 2021 PM 1  L

Discovery Notice to the Court's Clerks office at:
United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918 - 1767

RECEIVED & FILED
21 AUG 17 PM 6:01
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Figueroa Santiago_

Participant's Address: _Carr. 561 Km 6.4 Bo. Vacas Sector Mogote_

Participant's Email Address: _P.O Box 371 Villalba, PR 00766_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Ley 227 de agosto de 2004   17BK3283_

Nature of Claim: _Aumento en escalas salariales_

By: _Elizabeth Figueroa Campos_
Signature

_Elizabeth Figueroa Santiago_
Print Name

_Enfermera_
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Figueroa Santiago
P.O Box 371
(Naranito), P.R. 00766

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Héctor L. Negrón Rivera_

Participant's Address: _Urb. La Vega C#70 Villalba, P.R. 00766_

Participant's Email Address: _hectornegron5012@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 150352 et. al._

Nature of Claim: _Non-payment of the government of P.R._

By: _Héctor Luis Negrón Rivera_
    Signature

_Héctor Luis Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor Luis Negrón Rivera
Urb. La Vega, calle C #70
Villalba, P.R. 00766

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maricelys Barbosa Rivera_

Participant's Address: _PMB 2106 POBOX 6400 Cayey P.R. 00 737_

Participant's Email Address: _aislinnsofia@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75699_

Nature of Claim: _____

By: _____
     Signature

_Maricelys Barbosa Rivera_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maricely Barbosa
Pueblo P.O. Box 6400
Cayey P.R. 00737

RECEIVED & FILED

2021 AUG 16 PM 6:01

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

United States District Court,
Clerks Office 150 Ave. Carlos Chardon
Ste, 150, San Juan P.R. 00918-1767

SAN JUAN PR   009

13 AUG 2021   PM 2   L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Luis Negrón Rivera_

Participant's Address: _Urb. La Vega Calle C #70 Villalba, P.R. 00766_

Participant's Email Address: _hectornegron5012@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#145190 et. al._

Nature of Claim: _Un paid wages by the government of P.R._

By: _Héctor Luis Negrón Rivera_
Signature

_Héctor Luis Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor Luis Negrón Rivera
Urb La Vega Calle C #70
Villalba, P.R. 00766

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED &
2021 AUG 16 PM 6:01
CLERK'S OFFICE OF
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Beatriz Trevino Maldonado_

Participant's Address: _Urb. Melendez Calle B D-26 Fajardo, PR 00738_

Participant's Email Address: _beatriz.tresia@hotmail.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _Grand Central Station P.O Box 4708 New York, NY 10163-4708_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _39596_

Nature of Claim: _Pension/Retiree Claims_

By: _Beatriz Trevino Maldonado_
Signature

_Beatriz Trevino Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_08/12/2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Beatriz Trevino Maldonado
Calle 8 D-26
Fajardo, PR 00738

RECEIVED & FILED

2021 AUG 16 PM 6: 01

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

13 AUG 2021  PM 2   L

United States District Court
Clerks Office 150 Ave Chardon
Ste 150
San Juan, PR 00918-1767

FOREVER

Drug Free USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth A. Delgado Guzmán_

Participant's Address: _Round Hill 1216 Azucena Trujillo Alto PR_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee_

By: _Ruth A. Delgado Guzmán_
Signature

_Ruth A. Delgado Guzmán_
Print Name

_____
Title (if Participant is not an individual)

_14 ago 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

P.A. Delgado
Round Hill
1214 Azucena
Trujillo Alto, PR
00976

00918-170625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR
00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 16 PM 6:01
RECEIVED & FILED

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delgado Guzmán, Ruth Ingrid_

Participant's Address: _Round Hill 1216 Azucena Trujillo Alto, PR_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _111207_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _[signature]_
Signature

_Ruth Delgado_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delgado
????
Azucena
????illo Alto PR
00976

To: Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16 PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delbis Lespier Santiago_

Participant's Address: _2109 Gibraltar St, LA Rambla, Ponce, PR 00731_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Investment of $10,000 in the employee Retirement System_

By: _Delbis Lespier_
    Signature

_Delbis Lespier Santiago_
Print Name

_____
Title (if Participant is not an individual)

_08-11-2021_   _August 11, 2021_
Date

RECEIVED & FILED
2021 AUG 16   PM 6:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delbis Lespier
Urb La Rambla
2109 Calle Gibraltar
Ponce, PR 00730-4082

RECEIVED & FILED
2021 AUG 16 PM 6: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L



United States District court
clerk's office
150 Ave. CARLOS CHARDON STE 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Zarelda M. Cintrón Véler

Participant's Address:   Urb. Las Américas #978 Tegucigalpa St.
SJ, P.R. 00921

Participant's Email Address:   zm.cintron@aol.com

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   161633

Nature of Claim:   Retirement System Pension Claim

By:   _Zarelda M. Cintrón Véler_
Signature

Zarelda M. Cintrón Véler
Print Name

_____
Title (if Participant is not an individual)

8/13/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zarelda M. Cruz non Veléz
Urb. Las Americas
#473 Tegucygalpa St.
S.J. P.R. 00921-2327

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16  5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



USA
First-Class

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Rivera Quiles_

Participant's Address: _Calle 4 D-33 Urb. Hnas Davila Bay. P.R._ _00959_

Participant's Email Address: _Manuel 1963@gmail-com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Claim Number: 114999_

Nature of Claim: _Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS_

By: _Manuel Rivera Quiles_
Signature

_Manuel Rivera Quiles_
Print Name

_Title III PRomesa_
Title (if Participant is not an individual)

_agosto - 9 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To: Courts' Clerks Office at
United States District Court, Clerk
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-170625

U.S. DISTRICT COURT
CLERKS OFFICE
SAN JUAN, P.R.
2021 AUG 16 PM 5: 53
RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Viangeris Figueroa Meléndez*

Participant's Address: *Reparto Valencia, AH-5 Calle 9 Bayamon P.R.00959*

Participant's Email Address: *viafigue23@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *15/533*

Nature of Claim: *Claim for wages and benefits owed to public employees.*

By: *(signature)*

Signature

Print Name: *Viangeris Figueroa Meléndez*

Title (if Participant is not an individual): *N/A*

Date: *13/agosto/2021*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vianeris Figueroa Melendez
Reparto Valencia
AH-5 Calle 9
Bayamon, PR 00959

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-170625

Discovery Notice to the Court's Clerks;
United States District Court Clerks
Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

FOREVER / USA