UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>Case No 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Learning Alliances, LLC, by and through the undersigned legal counsel, and respectfully states:

1. On July 15, 2021, Learning Alliances, LLC was served an Administrative Claims Reconciliation Notice in relation to its Proof of Claim Number 19,397.

2. In accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to these Title III proceedings by Section 310 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] Learning Alliances, LLC

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

hereby withdraws the Proof of Claim Number 19,397 filed against the Commonwealth of Puerto Rico.

**I HEREBY CERTIFY** that I have electronically filed this document with the Clerk of Court using the CM/ECF system which will send notification of filing to all CM/ECF participants.

Dated: August 17, 2021

*/s/ Joserrolando Emmanuelli Colón*
Joserrolando Emmanuelli Colón
USDC. No. 307608
Vidal, Nieves & Bauzá, LLC
P.O. Box 366219
San Juan, PR 00936-6219
Tel. (787) 413.8880
jemmanuelli@vnblegal.com