# United States District Court for the District of Puerto Rico /
# Tribunal de Distrito de Los Estados Unidos para el Distrito de Puerto Rico

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ❑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |
| ❑ Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date: Sept 27, 2019 |

# Claim Withdrawal Form / Formulario de Retiro de Reclamación

| **Part 1 / Parte 1:**<br>**Identify the Claim /**<br>**Identificar la reclamación** | |
|---|---|
| **Creditor Name and Address /**<br>**Nombre y dirección del acreedor:** | _____<br>Name / Nombre<br>_____<br>Address / Dirección<br>_____<br>City / Ciudad     State / Estado     Zip Code / Código Postal |
| **Claim Number (if known) /**<br>**Numero de Reclamación (si usted sabe):** | _____ |
| **Date Claim Filed / Fecha de Reclamación Presentada:** | _____<br>(mm/dd/yyyy) / (dd/mm/aaaa) |
| **Total Amount of Claim Filed /**<br>**Cantidad Total de Reclamación Presentada:** | $_____ |

Page 1

| | |
|---|---|
| **Part 2 / Parte 2:**<br>**Sign Below /**<br>**Firmar a continuación** | |
| **The person completing this form must sign and date it. /**<br>**La persona que completa este formulario debe firmar y fechar.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor. / Yo, el abajo firmante, soy el acreedor mencionado anteriormente, o un signatario autorizado del acreedor mencionado anteriormente. Por la presente retiro el reclamo mencionado anteriormente y autorizo al Secretario de este Tribunal, o su Agente de Reclamaciones debidamente designado, a reflejar este retiro en el registro oficial de reclamaciones del Deudor mencionado anteriormente.<br><br>Executed on date / Ejecutado el   _____<br>                                                                  (mm/dd/yyyy) / (dd/mm/aaaa)<br><br>_____<br>Signature / Firma |

## DEFINITIONS / DEFINICIONES

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).
**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió.
Título 11 § 101 (13) del U.S.C.

**Creditor:**  A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).
**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Proof of Claim:**  A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.
**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

---

**Completed claim withdrawal forms can be sent to the following address /**
**Los formularios de retiro de reclamo completos pueden enviarse a la siguiente dirección:**

**Commonwealth of Puerto Rico Claims Processing Center**
**c/o Prime Clerk LLC**
**Grand Central Station, PO Box 4708**
**New York, NY 10163-4708**


**Or by email to / O por correo electrónico a:**
**puertoricoinfo@primeclerk.com**