## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

## MOTION TO WITHDRAW LIFT OF STAY MOTION

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COMES NOW** the certified Plaintiffs' Class in case Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al, Civil No. 02-1179 (GAG) and respectfully moves the court withdraw its motion for Lift of Stay filed February 7, 2018 (Dkt. No. 2434) on the grounds that Plaintiffs' Class and their counsel have resolved the issues by virtue of a stipulation entered into on October 15, 2020, which this Honorable Court has approved by its Memorandum and Order of June 29, 2021 (Dkt. Nos. 17185 and 17186). The Commonwealth also has deposited in the local courts the agreed funds corresponding to counsel for the Class.

A proposed order is herein submitted.

WHEREFORE, as provided by the Stipulation between the parties, Plaintiff's Class herein withdraw with prejudice its Motion for Lift of Stay subject of the adversary proceedings.

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2021, I electronically filed the foregoing with the Clerk

1

of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, August 17, 2021.

| | |
|---|---|
| *s/Antonio J. Amadeo Murga*<br>USDC-PR No. 110103<br>A.J. AMADEO MURGA LAW OFFICES<br>605 Condado, Ave.<br>Suite 518<br>San Juan, PR 00907<br>Tel. (787)764-0893<br>ajamadeo@gmail.com | Mario M. Oronoz Rodríguez<br>USDC-PR No. 120606<br>ORONOZ & ORONOZ<br>Urb. Torrimar, K-4 Bambú St.<br>Guaynabo, PR 00966-3109<br>Tel. (787)294-5255<br>mmo@oronozlaw.com |

Francisco Colón Ramírez
USDC-PR No. 210510
COLÓN RAMÍREZ, LLC
1225 Ponce de León Ave.
VIG Tower Suite 1503
San Juan, PR 00907
Tel. (939)389-6062
fecolon@colonramirez.com

2