# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW LIFT OF STAY MOTION

The Certified Plaintiffs' Class in case Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al, Civil No. 02-1179 (GAG) motion withdrawing with prejudice a Motion to Withdraw Lift of Stay filed February 7, 2018 (Dkt. No. 2434) on the grounds that Plaintiffs' Class and their counsel have resolved the issues by virtue of a stipulation entered into on October 15, 2020, which this Honorable Court has approved by its Memorandum and Order of June 29, 2021 (Dkt. Nos. 17185 and 17186) is hereby GRANTED and said Lift of Stay Motion is withdrawn with prejudice.

SO ORDERED.

DATED:

LAURA TAYLOR SWAIN<br>
United States District Judge