UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Margarita Velazquez Vega
2. Maria M. Belvis Luchetty
3. Lillyvette Ortiz Busigo
4. Eva Judith Rodriguez Quiñones
5. Eva Judith Arroyo Cora
6. Denisse I. Santos Molina
7. Ivelisse Torregrosa Enchautegui
8. Ana O. Collazo Bermudez (3 notices)
9. Nancy Rivera Montañez
10. Ruth M. Delgado Guzman
11. Margarita Montañez Maldonado
12. Amaury Gomez Ramirez
13. Raymond Mangual Perez
14. Angel L. Valentin Quiles
15. William Wattel
16. Angeles del Carmen Miranda Colon (2 notices)
17. Medeliera Contreras Garcia
18. Rene Torres Ortiz
19. Alicia Guadalupe Martinez
20. Luisa M. Santos Rodriguez
21. Nancy I. Ortiz Matos
22. Zoraida Colon Garcia
23. Sheila I. Martinez Serrano

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Jorge E. Torres Rivera

25. Mayra Rivera Garcia

26. Gilda M. Castillo Santiago

27. Gabriel Martinez Bermudez

28. Jose A. Rosario Diaz

29. Evelyn Feliciano Rivera

30. Marisol Badillo Cruz

31. Jorge H. Valentin Badillo

32. Jorge H. Valentin Soto

33. Carmen E. Perez Cruz

34. Evelyn Lafontaine

35. Maria C. Reyes Cotto

36. Jessica Isaac Elmadah

37. Awilda Lopez Rodriguez

38. Taina M. Basabe Ayuso

39. Irene I. Nazario Segarra

40. Carmen V. Rodriguez Cintron

41. Tomas Rivera Seary

42. Milagros Olivencia Vargas

43. Daisy Rivera Burgos

44. Enrique Torres Roman

45. Carmen Julia Negron Rivera (2 notices)

46. Liz Y. Padilla Oliveras

3

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Ernesto Luis Ortiz Ruiz

    48. Silkia Vazquez Lopez

    49. Sandra G. Torres Serrano

    50. Ruth I. Gonzalez Ortiz

Dated: August 17, 2021

4