Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Velazquez Vega_

Participant's Address: _Loma de Sta. Marta Apto. 417 San German, P.R. 00683-4542_

Participant's Email Address: _bethola_n722@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3283-LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Margarita Velazquez Vega_
Print Name

_Secretary_
Title (if Participant is not an individual)

_13/ago./21_
Date

009 NFE 1   620I0005/20/21
NOTIFY SENDER OF NEW ADDRESS
VELAZQUEZ VEGA MARGARITA
151 AVE CASTO PEREZ APT 417
SAN GERMAN PR 00683-4542

BC: 00683454217   *1183-08713-20-24

_New Address_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Velazquez Vega
151 Ave. Casto Perez Apt. 417
Lomes de Sta. Marta
San German, P.R. 00683-4542

00918-1-70625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5: 53
U.S. DISTRICT
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Relvis Luchetty_

Participant's Address: _HC-1 Box 6680 Hormigueras P.R. 00660_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Employees Retirement System_

By: _Maria M. Relvis Luchetty_
Signature

_Maria M. Belvis Luchetty_
Print Name

_____
Title (if Participant is not an individual)

_8/14/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Belvis Luchetty
HC-1 Box 6670
Hormigueros PR 00660-9714

SAN JUAN PR 009
14 AUG 2021 PM 1 L

Clerks office United States District Court
Clerks office 150 Ave Carlos Chardon Ste
San Juan, PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16   PM 5:53

RECEIVED & FILED

00918-170625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillyvette Ortiz Busigo_

Participant's Address: _1033 calle 18 Villa Nevarez San Juan PR 00927_

Participant's Email Address: _lillybusigo@gmail.com_

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _62934_

Nature of Claim: _Aportaciones Acumuladas Retiro_

By: _[signature]_
Signature

_Lillyvette Ortiz_
Print Name

_8-11-2021  omitt_
Title (if Participant is not an individual)

_8-11-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lilliputt Ortiz
Urb. Villa Nevarez
1033 calle 18
San Juan, PR 00997

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-176825

SAN JUAN PR 009
14 AUG 2021. PM 1. L



FOREVER / USA

2021 AUG 16 PM 5: 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva Judith Rodriguez Quiñones_

Participant's Address: _D-6-1 Urb. Barinas Yauco P.R. 00698_

Participant's Email Address: _ejrq @ Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _17 BK 3566 LTS_

By: _Eva J. Rodriguez Quiñones_
Signature

_Eva Judith Rodriguez Quiñones_
Print Name

_____
Title (if Participant is not an individual)

_3 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva J. Rodríguez Quiñones
D.6-1 Urb. Bairoa
Jauas, P.R. 00698

United States District Court
Clerk's office
150 Ave. Carlos Chardón If 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


Alabama 1819

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eva Judith Arroyo Cora_

Participant's Address: _1323 Troxell st. Allentown PA 18109_

Participant's Email Address: _eva. arroyo 51 @ hotmailb. com_

Name of Counsel: _Departamento De Salud_

Address of Counsel: _Centro Medico Rio Piedra 00936_

Email Address of Counsel: _www. departamento de salud. com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Clase_

By: _Eva Arroyo Cora_
    Signature

_Eva Judith Arroyo Cora_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 9 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1323 Troxell st.
Allentown, PA 18109

00918-170625

U.S. District Court
Clerks Office
150 Ave. Carlos Chardon
San Juan, Puerto Rico 00718- ste 150

LEHIGH VALLEY PA 180
13 AUG 2021 PM 3 L

RECEIVED & FILED
2021 AUG 16 PM 5: 53
CLERK'S OFFIC
U.S. DISTRICT COUR
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DENNISSE I SANTOS Molina_

Participant's Address: _543 SoSSen School Rd London KY 40744_

Participant's Email Address: _ramirez_ACCounTing @ HoTMail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Dennisse Sant_
Signature

_Dennisse Santos_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dennisse Santas
543 Sasser School Rd London, Ky
40744

00918-176625

KNOXVILLE TN 377

13 AUG 2021 PM 1  L

United States District Court
Office, 150 Ave. Carlos Chardon Ste.
150
San Juan PR, 00918-1767

2021 AUG 16  PM 1: 53
SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Torregrosa Enchautegui_

Participant's Address: _1323 Troxell st. Allentown, PA 18109_

Participant's Email Address: _ivelissetorregrosa0114@gmail.com_

Name of Counsel: _Departamento de la familia_

Address of Counsel: _San Juan, Puerto Rio 00936_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Clase_

By: _Ivelisse Torregrosa Enchautegui_
   Signature

_Ivelisse Torregrosa Enchautegui_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

1323 Troxell St.
Allentown, PA 18109

00918-1706.25

U.S. District Court,
Clerk's Office
150 Ave. Carlos Chardon
San Juan, Puerto Rico 00918-1767
Ste 150

RECEIVED & FILED
2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LEHIGH VALLEY PA 180
13 AUG 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana O. Collazo Bermudez_

Participant's Address: _Town House R-4-7, Coamo, P.R. 00769_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _95687_

Nature of Claim: _Ley Promesa Title III_

By: _Ana O. Collazo Bermudez_
Signature

_Ana O. Collazo Bermudez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana O. Collazo Bermúdez
URB. Town House R-47
Coamo, P.R. 00769

SAN JUAN PR   009
14 AUG 2021 · PM 1 L

United States District Court Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-0000

RECEIVED & FILED
2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana D. Collazo Bermudez

Participant's Address: Town House R-4-7 Coamo PR 00769

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 101373

Nature of Claim: Assert liabilities with Commonwealth of PR

By: Ana D. Collazo Bermudez
Signature

Ana O. Collazo Bermudez
Print Name

—
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana O. Collazo Bermudez
URB. Town House R-47
Coamo, P.R. 00769

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
150 Ave. Carlos Chardon ste. 150
Clerks office



2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN P.R.
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Odette Collazo Bermúdez_

Participant's Address: _Town House R-4-7, Coamo, P.R. 00769_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109549_

Nature of Claim: _Liability From Employee Retirement System_

By: _Ana Odette Collazo Bermúdez_
Signature

_Ana Odette Collazo Bermúdez_
Print Name

_____
Title (if Participant is not an individual)

_Agust 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana D. Collazo Bermúdez
2RB. Town House R-47
Coamo, P.R. 00769

SAN JUAN PR 009

14 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150

00769

RECEIVED & FILED
2021 AUG 16 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yogi Berra
BASEBALL ALL-STAR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nancy Rivera Montañez_

Participant's Address: _Urb. Turabo Gordens Calle 27 K30 Caguas P.R. 00727_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rivi_____
Signature

_Nancy Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG 16   PM 5: 54

CLERK'S OFFICE
U.S. DISTRICT COI
SAN JUAN, P

00918-170625

SAN JUAN PR   009

13 AUG 2021 PM 2  L

United States District
Court's Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth M. Delgado Guzmán_

Participant's Address: _Round Hill  1216 Azucena  Trujillo Alto, PR 00976_

Participant's Email Address: _Round Hill  1216 Azucena  Trujillo Alto, P 00976_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Ruth M. Delgado Guzmán_
Signature

_Ruth M. Delgado Guzmán_
Print Name

_____
Title (if Participant is not an individual)

_14 agosto 21_
Date

RECEIVED & FILED
2021 AUG 16  PM 5: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R.M. Delgado
Round Hill
1246 Azucena
Vega Alta, P.R
00976

00918-170625

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

FOREVER

SAN JUAN, P.R
U.S.DISTRICT COURT
CLERK'S OFFICE
2021 AUG 16 PM 5:04
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marganita Montanez Maldonado_

Participant's Address: _7v Calle Vizcarrondo Caguas P.R. 00725_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Marganita Montanez_
Signature

_Marganita Montanez_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

*RECEIVED & FILED 2021 AUG 16 PM 5:54 CLERK'S OFFICE US DISTRICT COURT SAN JUAN P.R.*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *AMAURY GÓMEZ RAMÍREZ*

Participant's Address: *HC II BOX 11955 HUMACAO P.R. 00791*

Participant's Email Address: *amaury_gomezramirez@rocketmail.com*

Name of Counsel: *Hermann D. Bauer*

Address of Counsel: *250 MUÑOZ RIVERA Ave.. Suite 800 San Juan P.R. 00918-181*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *Amaury Gómez Ramírez*
Signature

*AMAURY GÓMEZ RAMÍREZ*
Print Name

_____
Title (if Participant is not an individual)

*9 de Agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AMAURY GOMEZ RAMIREZ
HC 11 BOX 11955
HUMACAO P.R. 00 791-9432

RECEIVED & FILED
2021 AUG 16 PM 5: 54
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
13 AUG 2021 PM 2  L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raymond Mangual Perez_

Participant's Address: _Po Box 1074   Isabela, P.R.   00662_

Participant's Email Address: _raymond.mangual@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _The Financial Oversight and Management board for Puerto Rico_

By: _____
Signature

_Raymond Mangual_
Print Name

_____
Title (if Participant is not an individual)

_8-13-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond Manuel Pérez
PO Box 1074
Isabela, P.R. 00662

RECEIVED & FILED
2021 AUG 16. PM 5: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk's Office
United States District Courts
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Angel L. Valentin Quiles

Participant's Address:  URB E / Culebrinas Calle Pino Casa H-10
San Sebastian, PR 00685

Participant's Email Address:  Contabilidadclasea@yahoo.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  # 169956

Nature of Claim:  Debts Claimed Department of Agriculture

By:  *Angel L. Valentin Quiles*
Signature

Angel L. Valentin
Print Name

Self Applicant
Title (if Participant is not an individual)

8/12/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ANGEL L VALENTIN QUILES
URB EL CULEBRINAS
CALLE PINO CASA H-10
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG 16  PM 5:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009
13 AUG 2021  PM 2  L

FOREVER / USA





00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SRF 55335

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _William Wattel_

Participant's Address: _1 Bartel Place_

Participant's Email Address: _Pinky 47 @ OPTONLINE. NET_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283 - LTS_

Nature of Claim: _OWN 5M-cusip: 74514 5LM2_
_OWN 5M-cusip: 745190 DH8_

By:

Signature _William Wattel_

_William Wattel_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. William S. Wattel
1 Bartel Pl
Huntingtn Sta, NY 11746

MID-ISLAND NY 117
12 AUG 2021 PM 1 L

00918-170625

United States District
Court
Clerk's Office
150 Ave. Carlos Chardon ste150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angeles del Carmen Miranda Colón_

Participant's Address: _San Ignacio #1392 Altamesa, San Juan, P.R. 00921_

Participant's Email Address: _VGQ1973@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105212_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Angeles Miranda Colón_
Signature

_Angeles Miranda Colón_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Angeles Miranda
Scan Ignacio St #1392
Altamesa SJPR.
00921

RECEIVED & FILED
2021 AUG 16  PM 5: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR  009
13 AUG 2021  PM 2  L

To:
United States District Court
Clerks Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00 918-1767

00918-170625

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Angeles del Carmen Miranda Colón_

Participant's Address: _San Ignacio St. #1392 Altamesa, S.J., P.R. 00921_

Participant's Email Address: _vg@1973@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105212_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Angeles Miranda Colón_
    Signature

_Angeles Miranda Colón_
Print Name

_____
Title (if Participant is not an individual)

_agost 12 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Angeles Miranda
San Ignacio St # 1392
Altamesa, SJPR.
00921

RECEIVED & FILED
2021 AUG 16 PM 5:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To:
United States District Court
Clerks Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00 918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Medelivia Contreras Garcia_

Participant's Address: _HC-12 Box 5658 Humacao P.R 00791_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTs_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Medelicia ContrerasGarcia_
Print Name

_____
Title (if Participant is not an individual)

_8/12/2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:55
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Medulania Contreras Garcia
HC-12 Box 5658
Humacao P.R. 00791

RECEIVED & FILED
2021 AUG 16 PM 5:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

FOREVER / USA

United State Distric Court,
Clerk's Office, 150 ave.
Carlos Chardon STe. 150,
Sanjuan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: RENE TORRES Ortiz

Participant's Address: Quintas de Monserrate F-6, Ponce,

Participant's Email Address: vanessa_torres23@hotmail.com PR00080

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

RENE TORRES Ortiz
Print Name

_____
Title (if Participant is not an individual)

August 8, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rene Torres Ortiz
Quintas de Monserrate E-4
Ponce PR 00730

0091881706

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon, Ste 150

San Juan PR 00918-1767

U.S. POSTAGE PAID
MERCH CENTER
00715 EDITA, PR
AUG 13, 21
AMOUNT
$0.55
R2305M146599-02
1000
00918

RECEIVED & FILED
16 PM 5 55

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicia Guadalope Martinez_

Participant's Address: _P.O BOX 1059 cataño, P.R. 00963_

Participant's Email Address: _Alicia.guadalupem31@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64847_

Nature of Claim: _Pension / Retiree Claims_

By: _Alicia Guadalupe mar2_
Signature

_Alicia Guadalupe Martinez_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alicia Guadalupe Martinez
P.O. Box 1059
cataño, P.R 00963

RECEIVED & FILED
2021 AUG 16 PM 5: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009

13 AUG 2021  PM 2  L

Discovery Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luisa M. Santos Rodriguez_

Participant's Address: _Calle 28 A TT5 Uto Villas de Loiza Canovanas 00729_

Participant's Email Address: _Luzmarie78@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73588_

Nature of Claim: _Pension / Retiree Claims_

By: _(signature)_
Signature

_Luisa M. Santos Rdz_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luisa M. Santos Rdz
Villas de Loiza
Calle 28A TT5
Canovanas P.R. 00729

00918-170625

SAN JUAN PR  009

13 AUG 2021 PM 2  L

United States District Court, clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 5: 55

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ortiz Matos Nancy I

Participant's Address: P.O. Box 252 Comerio, P.R. 00782

Participant's Email Address: 1053 nortiz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177175

Nature of Claim: Promesa Titulo III

By: Nancy Ortiz Matos
Signature

Nancy I. Ortiz Matos
Print Name

_____
Title (if Participant is not an individual)

Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nancy I. Ortiz Nas--
P.O. Box 252
Comerio, P.R. 00782

0091881706 0018

United States District Court
Clerk office
150 Ave. Carlos Chardon ste 150
San Juan, P.R. 00918-1767

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 16 PM 5: 55

RECEIVED & FILED

PURPLE HEART
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Colón Garcia_

Participant's Address: _u/o El comandante #549-cl San Damian Puerto Rico 00982_

Participant's Email Address: _zcolon981@gmail.com_

Name of Counsel: _Comment Puerto Rico_

Address of Counsel: _P.R._

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Zoraida Colón Garcia_

Nature of Claim: _# 114949_

By: _[signature]_
   Signature

_Zoraida Colón Garcia_
Print Name

_Individual_
Title (if Participant is not an individual)

_6-agosto-2021._
Date    _Hore: 11:03 am_

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Colón García
549 Calle San Damián
Urb. El Comandante
Carolina, P.R. 00982 - 3428

RECEIVED & FILED

2021 AUG 16 PM 5:55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L



United States District Court, Clerk's
Office, 150 Ave Carlos Chardón
Ste. 150, San Juan P.R. 00918 - 1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sheila I. Martinez Serrano*

Participant's Address: *Las Vegas Street 2 C-22 Cataño P.R. 00962*

Participant's Email Address: *Sheilaive@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *39303*

Nature of Claim: *Retirement Systems pension Claim*

By: *[signature]*

Signature

*Sheila Martinez*

Print Name

*N/A*

Title (if Participant is not an individual)

*8-11-21*

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sheila Martir
Las Vegas
Calle 2 C-22
Cataño PR 00962

RECEIVED & FILED
2021 AUG 16  PM 5: 55
CLERK OFFICE
S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2  L

United States District Court
Clerk's Office
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge E. Torres Rivera_

Participant's Address: _Calle Kennedy 718 Urb La Cumbre, San Juan PR 00926_

Participant's Email Address: _madpantera @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Sistema de Retiro_

By: _Jorge E. Torres Rivera_
Signature

_Jorge E. Torres Rivera_
Print Name

Title (if Participant is not an individual)

_agosto 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge E. Torres Rivera
Calle Kennedy 718
Urb. La Cumbre
San Juan PR 00926

SAN JUAN PR  009

13 AUG 2021  PM 2  L

00910-1706Z5

United States District Court

Clerk's Office
150 Ave. Carlo Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Mayra Rivera Garcia

Participant's Address:  P.O. Box 566 Villalba P.R. 00766

Participant's Email Address:  riveragarcia mayra 3035@ gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  No. 17 BK 3283 - LTS Ley 27 Aumento en escala

Nature of Claim:  Aumento en escala

By:  Mayra Rivera Garcia
Signature

Mayra Rivera Garcia
Print Name

Oficinista Mecanografa 1
Title (if Participant is not an individual)

13 - de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Naya Rivera
P.O. Box 564
Villalba, P.R. 00766

SAN JUAN PR
13 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste 150.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Gilda M. Castillo Santiago_

Participant's Address: _Urb. Sabanera Camino Miramelindos #414_
_cidra P.R. 00739_

Participant's Email Address: _gcastillo 09 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007 - 4359       $ 76,950.00_

Nature of Claim: _Claim of unpaid Salary_

By: _GCastillo_
Signature

_Gilda M. Castillo Santiago_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gilda Castillo
Urb Saboneco
Camino Miramalindo
# 414 Cidra P.R.
00739

RECEIVED & FILED
2021 AUG 16 PM 5:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Discovery Notice to the Courts
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan D.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gabriel Martínez Bermúdez_

Participant's Address: _Apt 682, Bo. Palomas Abajo Sector Higüero, Comerio, Puerto Rico 00782_

Participant's Email Address: _negromartinez1934@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136518_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _____
    Signature

_Gabriel Martinez Bermúdez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gabriel Martinez Berrios
Box 699
Comerio P.R. 00782

00918#1706 C018

To United States
Court Clerk's District
150 Ave. Carlos chardon #4
San Juan, P.R.

RECEIVED FILED
2021 AUG 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PURPLE HEART
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José A. Rosario Díaz

Participant's Address: HC-07 Box 34682 Caguas, P.R. 00727

Participant's Email Address: rosariojose2070@gmail.com

Name of Counsel: NO

Address of Counsel: NO

Email Address of Counsel: NO

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK3283-LTS

Nature of Claim: Civil #KPE 2007-4359 (803)

By: _____
Signature

José A. Rosario Díaz
Print Name

NO
Title (if Participant is not an individual)

08/12/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Civil Núm.: K PE2007-4359 (803)                                    Página 3
**Segunda Querella Enmendada**

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
 EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS 0. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

José A. Rosario Díaz
HC-01 Box 34682
Caguas, P.R. 00727-9420

United States District
Court, Clerk's Office, 150
Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 2450 0001 0969 4894






2021 AUG 16 PM 5:56
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
RECEIVED & FILED

U.S. POSTA[...]
FCM LG ENV
CAGUAS, PR
00725
AUG 13, 21
AMOUNT
$7.4[...]
R2305K1321[...]

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Feliciano Rivera_

Participant's Address: _Sta Juanita calle 47 AN-25 Bay PR 00957_

Participant's Email Address: _evelyn 100 100 @ g mail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174967_

Nature of Claim: _Empleados Publicos Romogo PRTC_

By: _Evelyn Feliciano Rivera_
Signature

_Evelyn Feliciano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/13/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Felicia Add
Sta Juanita
calle 47 AV-25
Bay Pk. 00952

RECEIVED & FILED
2021 AUG 16   PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR  009
13 AUG 2021  PM 2  L

United States District Court, Clerk's
Office 150 Ave Carlos Chardon Ste 150
San Juan  PR. 00918-7167

#0022 174967

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marisol Badillo Cruz

Participant's Address: HC-3 Box 8384

Participant's Email Address: marisolbadillo51@gmail.com

Name of Counsel: Ninguno

Address of Counsel: No aplica

Email Address of Counsel: No

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS (60523, 149959

Nature of Claim:

By: _Marisol Badillo C._
Signature

Marisol Badillo Cruz
Print Name

_____
Title (if Participant is not an individual)

11/agosto/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Marisol Badillo Cruz
HC-3 Box 8384
Moca PR 00676

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: Discovery Notice to the Gov't's Clerk's Office at:
United States District Court, clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR
13 AUG 2021 PM 2

FOREVER/USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge H. Valentin Badillo_

Participant's Address: _HC-3 Box 8384, Moca PR 00676_

Participant's Email Address: _jorgevalentin1983 @ gmail. Com_

Name of Counsel: _Ninguno_

Address of Counsel: _No aplica_

Email Address of Counsel: _No aplica_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS   (160734)_

Nature of Claim: _____

By: _Jorge Valentin Badilla_
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_11 agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jorge H. Valentin Badillo
HC-3 Box 8384
Morovia PR 00676

RECEIVED & FILED
2021 AUG 16  PM 5:36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

To: Discovery Notice of the Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918 - 1767

00918-170625

SAN JUAN PR  00
13 AUG 2021  PM 2

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:       _Jorge H. Valentin Soto_

Participant's Address:    _HC-3 Box 8384, Moca PR 00676_

Participant's Email Address:  _JorgehValentin@gmail.Com_

Name of Counsel:          _Ninguno_

Address of Counsel:       _Ninguno_

Email Address of Counsel:  _No aplica_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _17 BK 1283 -LTS ( 119981)_

Nature of Claim:  _____

By:  _Jorge H. Valentin Soto_
Signature

_Jorge H. Valentin Soto_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Marisol Badillo Cruz
Hc-3 Box X 8384
Moca PR 00676

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2  L

FOREVER/USA

To: Discovery Notice to the Court's clerk's office at:
United States District Court, clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen E. Peñer-Cruz_

Participant's Address: _PO Box 88 Dorado, PR 00646_

Participant's Email Address: _gardeniaa1808@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Titulo III No. 17 BK 3283 LTS_

Nature of Claim: _Employees Retirement System of the Gov. of CBA_

By: _Carmen E. Peñer Cruz_
Signature

_Carmen E. Peñer Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen E. Perez Cruz
PO Box 88
Dorado, PR 00646

0091881703 0018

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
13 AUG 2021 PM 2  L

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant's contact information:

PARTICIPANT'S NAME: EVELYN LAFONTAINE VÉLEZ

PARTICIPANT'S  ADDRESS: URB. TANAMA 167 CALLE CUBA  167 ARECIBO, PR 00612

PARTICIPANT'S EMAIL ADDRESS: lafdanae@gmail.com

Participant's claim number and nature of participant's claim:

CLAIM NUMBER: 17-bk- 03283    / 17-bk-03566   / 60989   /26462

NATURE OF CLAIM:

By: labor claim: job reclassification, salary adjustment and Christmas voucher

_____

Signature

Evelyn Lafontaine

Print name

08/11/2021

Date

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

Queen Jafortune
Urb-Tarama
167 Calle Cuba
Dueñas, P.R. 00612

0091881703

Discovery Notice to the court's
Clerk's office att: United
States District Court, Clerk Kid
Office 150 Ave. Carlos Churdon
Ste. 150 San Juan, P.R. 00918-7167

SAN JUAN PR  009
13 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 16  PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria C Reyes Cotto_

Participant's Address: _HC-03 Box 9672 Gurabo PR 00778_

Participant's Email Address: _mariacristina1950@live.com_

Name of Counsel: _Discovery Notice to the Court Clerk_

Address of Counsel: _U.S.D.C. Clerks office_

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _mani C. Reys Celo_
Signature

_Maria C. Reyes Cotto_
Print Name

_____
Title (if Participant is not an individual)

_8-11-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria C. Reyes Cotto
HC 03 Box 9672
Gurabo PR 00778

RECEIVED & FILED
2021 AUG 16 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Jessica  Isaac  Elmadah_

Participant's Address:   _c/13 J-4 Urb. Metropolis Carolina 00987_

Participant's Email Address:   _elmadah.jessica@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _104271_

Nature of Claim:   _Public Employee and Pension/Retiree Claims_

By:   _Jessica Isaac Elmadah_
       Signature

_Jessica Isaac Elmadah_
Print Name

_____
Title (if Participant is not an individual)

_8-4-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jessica Isaac Elmedad
Cell 13 J-4 Web Metropolis
Coalicion Pro 0987

RECEIVED & FILED
2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-176825



SAN JUAN PR   009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
#150 Ave. Carlos Chardon St 150
San Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Awilda López Rodriguez_

Participant's Address:  _c/ Galaxia 3367 Urb Starlight Ponce 00717_

Participant's Email Address:  _awildalopez74@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _65374_

Nature of Claim:  _____

By:  _[signature]_

Signature

_Awilda López Rodriguez_

Print Name

_____

Title (if Participant is not an individual)

_August 13 2021_

Date

2021 AUG 16 PM 5: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Awilda López Rodriguez
C/ Galaxia 3367
Urb. Starlight
Ponce, Puerto Rico
00717

0091881713

SAN JUAN PR 009

13 AUG 2021 PM 2

United States District Court,
Clerks Office
150 Ave.
Carlos Chardon Ste.
150, San Juan, P.R.
00918-1767

2021 AUG 16 PM 5: 57
SAN JUAN, P.R.
U.S. OFFICE
DISTRICT COUR

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

cipant's Name: _Taina M. Basabe Ayuso_

cipant's Address: _P.O Box 1652 Carolina P.R. 00984._

icipant's Email Address: _tainabasabe81@gmail.com_

he of Counsel: _____

ress of Counsel: _____

ail Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

im Number: _60049_

ature of Claim: _Empleado Publico._

y: _Taina M. Basabe Ayuso._
Signature

_Taina M. Basabe Ayuso._
Print Name

_17 BK 03283-LTS_
Title (if Participant is not an individual)

_12/agosto/21._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Taina N. Baabe
P.O Box 11652
Carolina P.R. 00984

RECEIVED & FILED
2021 AUG 16 PM 5:07
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706₂5

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Court's Clerk's Office
United States District Court
Clerk's
Office 150 Ave. Carlos Chardon
Ste 150 San Juan P.R. 0918-
747

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irene I. Nazario Segarra_

Participant's Address: _P.O. Box 1119 Mayagüez Puerto Rico 00681_

Participant's Email Address: _—_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 – LTS_

Nature of Claim: _No. 17 BK 3283 – LTS_

By: _Irene I Nazario Segarra_
Signature

_Irene I. Nazario Segarra_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 57
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irene Nazario
P.O. Box 1119
Mayagüez, Puerto Rico 00681

Discovery Notice to the Courts Clerk
United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

AUG 13

FOREVER / USA

RECEIVED & FILED
AUG 16 PM 5:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen V. Rodriguez Cintron

Participant's Address: Parque Muñoz Rivera 5EE4 Villa Fontana Park, Carolina P.R 009834510

Participant's Email Address: Vickyrod25@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 160234

Nature of Claim: Public Employee and Retiree Claim

By: Carmen V. Rodriguez Cintron
Signature

Carmen V. Rodriguez
Print Name

_____
Title (if Participant is not an individual)

11 de agosto de 2021
Date

NO 17 BK 3283 - LTS

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R
2021 AUG 16 PM 5: 57

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Carmen V. Rodriguez
Parque Muñoz Rivera 5EE4
Villa Fontana Park
Carolina P.R. 00983

RECEIVED & FILED
2021 AUG 16 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
13 AUG 2021  PM 2  L

USA FIRST-CLASS FOREVER

Court's Clerk's Office
United States District Court Clerk's
Office 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____55388_____

Nature of Claim: _____Salarios Inpagos_____

By: _____Tomás Rivera Seary_____
Signature

_____Tomás Rivera Seary_____
Print Name

_____
Title (if Participant is not an individual)

_____8/13/2021._____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tomas River Seary
PO Box 242
Rio Grande PR 00745

RECEIVED & FILED
2021 AUG 16 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon
San Juan PR 00918-1767

SAN JUAN PR  009
13 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Milagros Olivencia Vargas

Participant's Address: 2412 Black Powder Ln Kissimmee FL 34743

Participant's Email Address: famercadd@hotmail.com

Name of Counsel: Lic. Alberto Aresti Frances Chini

Address of Counsel: Edif. Union Plaza Hato Rey PR 00918
Suite 1109

Email Address of Counsel: 416 Ponce León Ave.

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS - 92171 - 65736

Nature of Claim: Jointly Administered - Salary Adjustment

By: _Milagros Olivencia Vargas_
Signature

Milagros Olivencia Vargas
Print Name

_____
Title (if Participant is not an individual)

8/10/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Olivencia Vargas
2412 BlackPowder Ln
Kissimmee FL 34743

United States District Court
Clerks Office
150 Ave. Chardón Ste. 150
San Juan, PR 00918-1767

ORLANDO FL 328
12 AUG 2021 PM 6 L

00918-170625

RECEIVED & FILED
2021 AUG 16 PM 5: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


Alabama
1819

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daisy Rivera-Burgos_

Participant's Address: _Palacios del Rio II, 796 Calle Tallaboa, Toa Alta PR 00953_

Participant's Email Address: _daisy_4210@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _100743_

Nature of Claim: _Salary raise not obtained_

By: _Daisy Rivera Burgos_
Signature

_Daisy Rivera Burgos_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Rivera
Palacios del Rio II
796 Calle Tallaboa
Toa Alta PR 00953

RECEIVED & FILED
2021 AUG 16 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN,

00918-176625

SAN JUAN, PR   009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _ENRIQUE TORRES ROMAN_

Participant's Address: _122 URB SAN RAFAEL ARECIBO PR. 00612_

Participant's Email Address: _kike8792 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _The law Romcra2o_

By: _Enrique Torres Roman_
     Signature

_ENRIQUE TORRES Roman_
Print Name

_agost 10. 2021_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Enrique Torres Román
122 Urb. San Rafael
Calle San Pablo
Arecibo, PR 00612

RECEIVED & FILED
2021 AUG 16 PM 5:5
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2·L

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste
150,
San Juan, PR 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Julia Negrón Rivera

Participant's Address: Urb.Vista Alegre Calle Orquideas 318 Villalba, P.R. 00766

Participant's Email Address: negroncarmen16@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: #94849

Nature of Claim: Unpaid wages by the government of P.R.

By: Carmen Julia Negrón Rivera
    Signature

Carmen Julia Negrón Rivera
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Negrón Rivera
Urb Vista Alegre
Calle Orquideas 318
Villalba, P.R. 00766

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

2021 AUG 16 PM 5: 57

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen Julia Negron Rivera*

Participant's Address: *Urb Vista Alegre Calle Orquideas 318 Villalba, P.R 00766*

Participant's Email Address: *negroncarmen16 @ gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: *# 104643*

Nature of Claim: *Unpaid wages by the government of PR*

By: *Carmen Julia Negron Rivera*
Signature

*Carmen Julia Negron Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J Negron Rivera
Urb. Vista Alegre
Calle Orquideas 318
Villalba, P. R. 00766

00918-170625

SAN JUAN PR   009

13 AUG 2021   PM 2   L



United States District Court
clerk's office
150 Ave Carlos Chardon Ste 15 #
San Juan P. R. 00918-1767

RECEIVED & FILED
2021 AUG 16  PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Liz Y. Padilla Oliveras_

Participant's Address: _Alturas de Vega Baja 2-11 Calle N Vega Baja PR 00693_

Participant's Email Address: _lyaelpadilla27@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153951_

Nature of Claim: _Pension / Retiree_

By: _Liz Y. Padilla Oli_
    Signature

_Liz Y. Padilla Oliveras_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liz Y. Padilla Oliveras
Alturas de Vega Baja
L-11 Calle Y
Vega Baja PR 00693

00918-170625

United States District Court, USApce
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

2021 AUG 16 PM 5: 45
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ernesto Luis Ortiz Ruiz_

Participant's Address: _4505 Sec. Capilla, Cidra, Puerto Rico 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Ernesto L Ortiz Ruiz_
Signature

_Ernesto Luis Ortiz Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ernesto Luis Ortiz Ruiz
4505 Sec. Capilla
Cidra, Puerto Rico 00739

SAN JUAN PR 009
14.AUG.2021PM 1 L

00918-170625

Court's Clerk's Office,
United States District Court
Clerk's Office,
150 Ave. Carlos Chardon
San Juan, PR. 00 918-1767

RECEIVED & FILED
2021 AUG 16 AM 9:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Silkia Vazquez Loper_

Participant's Address: _P.Gandara   2   Calle Margarita   46A_

Participant's Email Address: _silkiavazquez@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 174951  (17 BK 3283 LTS)_

Nature of Claim: _Public Employee and Pension/Retiree_

By: _Silkia Vazquez Loper_
Signature

_Silkia Vazquez Loper_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Silkia Vázquez López
P. Gandara #2
Call. Margarita 46 A
Ciela, P.R. 00739

00918-1 70625

United States District Court
Clerk's Office
152 Ave Carlos Chardón Ste 150
San Juan P.R. 00918 -1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

SAN JUAN, P.R.
U.S.DISTRICT COURT
CLERK'S OFFICE

2021 AUG 16 PM 5: 45

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra G. Torres Serrano_

Participant's Address: _Urb. Monte Brisas Sect. SH24 C/5 Fajardo PR 00738_

Participant's Email Address: _Sandra67torres@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _38417_

Nature of Claim: _Public Employee Pension/Retiree Claims_

By: _Sandra G. Torres Serrano_
Signature

_Sandra G. Torres Serrano_
Print Name

_____
Title (if Participant is not an individual)

_13/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra G. Torres Serrano
Urb. Monte Brisas II Apt.
5H-24 Calle 5, Fajardo, PR
00738

00918-170625

SAN JUAN PR  009
14 AUG 2021  PM 1

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR
00918-1767

RECEIVED & FILED
2021 AUG 16  AM 9:45
U.S. BANKRUPTCY
DISTRICT OF PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth I. González Ortiz_

Participant's Address: _Bairoa Park 2-K-13 - Calle José M. Solis Caguas P.R. 00727_

Participant's Email Address: _ruth_gonzalez@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112993_

Nature of Claim: _Money owed by the Government of P.R._
_Public Employee and Pension/Retiree claims_

By: _[signature]_
Signature

_Ruth I. Gonzalez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 13, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth I. Gonzalez Ortiz
Bairoa Park 2K13 Calle Jose M. Sal's
Caguas PR 00727-

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER / USA