# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | NO. 17-BK-3283 (LTS)<br><br><br><br>PROMESA TITLE III<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW MOTION FOR CLASS COUNSEL ATTORNEY'S FEES

## TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:

**COME NOW** the certified Plaintiffs' Class in case <u>Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG), and attorney Antonio J. Amadeo Murga as counsel, and respectfully move this Honorable Court to allow class counsel to withdraw its Motion for Class Counsel Attorney's Fees (Dkt No. 17523) and its Complementary Motion (Dkt. No. 17523-1) on the following grounds:

1. After a careful review of the Opposition filed by the Financial Oversight and Management Board for Puerto Rico to Motion for Class Counsel Attorney's Fees (Dkt No. 17771), we have reached the conclusion that the Financial Oversight and Management Board for Puerto Rico's position is probably well-taken and in order to put an end to this long litigation, we have made the decision to withdraw our motion for additional attorney's fees incurred in the local and First Circuit Court of Appeals to enforce the Prepetition Agreements. These services were totally performed by the Class co-counsel Antonio J. Amadeo Murga.

2. On a separate motion, Plaintiffs' Class counsel will be filing a motion seeking

1

withdrawal from these proceedings and from being notified of future motions and orders of this Honorable Court.

A proposed order is herein submitted.

WHEREFORE, Plaintiff's Class counsel withdraws with prejudice its Motion for Class Counsel Attorney's Fees (ECF No. 17523) and its Complementary Motion (Dkt. No. 17523-1).

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, August 17, 2021.

*s/Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
605 Condado, Ave.
Suite 518
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com

Mario M. Oronoz Rodríguez
USDC-PR No. 120606
ORONOZ & ORONOZ
Urb. Torrimar, K-4 Bambú St.
Guaynabo, PR 00966-3109
Tel. (787)294-5255
mmo@oronozlaw.com

Francisco Colón Ramírez
USDC-PR No. 210510
COLÓN RAMÍREZ, LLC
1225 Ponce de León Ave.
VIG Tower Suite 1503
San Juan, PR 00907
Tel. (939)389-6062
fecolon@colonramirez.com