# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO <br><br> As representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br> Debtors. | NO. 17-BK-3283 (LTS) <br><br><br> PROMESA TITLE III <br><br> (Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW
## MOTION FOR CLASS COUNSEL ATTORNEY'S FEES

The Certified Plaintiffs' Class in case <u>Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG) and attorney Antonio J. Amadeo Murga's motion withdrawing with prejudice their Motion for Class Counsel Attorney's Fees (Dkt No. 17523) and Complementary Motion (Dkt. No. 17523-1) is hereby GRANTED with prejudice and said issue involving attorney's fees is herein terminated.

SO ORDERED.

DATED:

LAURA TAYLOR SWAIN
United States District Judge

1