UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Eva T. Rodriguez Viera
2. Carolyn Vizcarrondo Carrillo
3. Edna V. Mas Gonzalez
4. Maria S. Rodriguez Rivas
5. Edwin C. Rivera Repollet
6. Blas Canino Mojica
7. Milka M. Ojeda Rivera (2 notices)
8. Mayra Rivera Garcia
9. Glorisel Negron Martinez
10. Nemesio Figueroa Cruz
11. Ruben Muñiz Ruberte
12. Jorge A. Colon Flores
13. Arlene Reyes Lozada
14. Arnaldo Solivan Rodriguez
15. Beatriz Ruiz Soto
16. Evelyn Morales Figueroa
17. Julia de Leon
18. Maria del Carmen Cruz Matos
19. Noemi Berrios Berrios
20. Maria de los A. Velez Agosto
21. Betty Reyes Ortiz
22. Carlos F. Colon Santini
23. Ruth I. Delgado Guzman (3 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Lilliam Jimenez Mercado

25. Ignacio Alers Ruiz

26. Elizabeth Santiago Gutierrez

27. Araceli Ortiz Martinez

28. Elizabeth Perez Olivo

29. Mayra I. Ortiz Vazquez

30. Jesus Latimer

31. Luz E. Vazquez Vazquez

32. Jose A. Franceschi Seda

33. Henry Edwin Hernandez Guzman

34. Amparo Garcia Salas

35. Francisco Alvarado Zayas, Maria H. Mateo Santiago & Carol L. Alvararado Mateo

36. Petra M. Gonzalez Ruberte

37. Adelinda Rodriguez Diaz

38. Rosael Gonzalez Gonzalez (2 notices)

39. Jeannette Justiniano Sagardia

40. Evelyn Romero Morales

41. Hector Luis Rivera

42. Sylvia Ortiz Olmeda

43. Mirza I. Soto Vazquez

44. Alba I. Brito Borgen

45. Lizbeth Colon Oliveras

46. Elizabeth Rivera Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Ana M. Rivera Rodriguez

    48. Juan Arturo Rivera Morales

    49. Maritza I. Orta Romero

    50. Francisca de Asis Rodriguez Rodriguez

Dated: August 17, 2021