Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Eva T. Rodriguez Viera

Participant's Address:  7358 Carr 485, Quebradillas, P.R. 00678

Participant's Email Address:  none

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  161211

Nature of Claim:  PROMesa Title III

By:  X Eva J. Rodriguez Viera
     Signature

     Eva T. Rodriguez Viera
     Print Name

     _____
     Title (if Participant is not an individual)

     x aug 13, 2021.
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 16 PM 5: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Carolyn Vizcarrondo Carrillo*

Participant's Address:  *P.O. Box 582 Culebra, PR 00775*

Participant's Email Address:  *vizcarrondo5@yahoo.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *NO 17 BK 3283-LTS*

Nature of Claim:  *Promesa Title 111*

By: *Carolyn Vizcarrondo*
Signature

*Carolyn Vizcarrondo*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

*2021 AUG 16 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Direccion*

elvgeesinot
PO Box 582
Culebra PR. 00775

RECEIVED & FILED
2021 AUG 16  PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court
Clerk Office
150 avl. Carlin Chardon A1 - 150
San Juan PR. 00918 - 1767

SAN JUAN PR 009
14 AUG 2021 PM 1  L

AUG 14 2021
USPS

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:           *Edna V. Mas González*

Participant's Address:        *5201 Par Dr. Apt. 1126 Denton TX, 76208*

Participant's Email Address:  *masedna@hotmail.com*

Name of Counsel:              _____

Address of Counsel:           _____

Email Address of Counsel:     _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:                 *174290*

Nature of Claim:              *Claim based on money withheld from my*
                              *pay during service years*
By:   *Edna V. Mas González*   *in 1985 - 1989*
      Signature

      *Edna V. Mas González*
      Print Name

      _____
      Title (if Participant is not an individual)

      *August 5, 2021*
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna V. Has González
5201 Par Dr.
Apt. 1126
Denton TX, 76208

NORTH TEXAS TX 750
7 AUG 2021 PM 7 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918




SAN JUAN, PR
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 16  PM 5: 46
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María S. Rodríguez Rivas_

Participant's Address: _Urb villa de Patillas 125 calle cuarc Patillas PR 00723_

Participant's Email Address: _N/A_

Name of Counsel: _Francisco Beltran Cintrón_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63733_

Nature of Claim: _Notice of intent to participate in Discovery for commonwealth plan confirmation_

By: _[signature]_
Signature

_María S. Rodríguez Riva_
Print Name

_____
Title (if Participant is not an individual)

_13/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Rodriguez Rivas
Urb. villa de Patillas
125 Calle Cuarzo
Patillas, P.R. 00723

RECEIVED & FILED

2021 AUG 16  PM 5: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-999555

San Juan, P.R. 00918-1767

United States District Court
Clerk's Office, 150 Ave
Carlos Chardon ste 150



SAN JUAN PR  009

14 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        Edwin L. Rivera Depullet

Participant's Address:     Calle 10 Blog. 31-7 URB Villa Carolina

Participant's Email Address:  Carolina, P.R. 00985  erivera2ca@polima.pr.gov  re.criverasy@gmail.com

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              59754

Nature of Claim:           Pension Retiree Claims

By:    _____
       Signature

       Edwin C. Rivera Repullet
       Print Name

       _____
       Title (if Participant is not an individual)

       11 de Agosto 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin C Rivera Repollet
C/10 Blog 31-7 Urb. Villa
Carolina, Carolina P.R. 00985

RECEIVED & FILED
2021 AUG 16 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091833231

United States District court
Office 150 Ave. Carlos Chardon
Ste 150 San Juan, P.R. 00918-1767

12 AUG 2021

SAN JUAN PR  009



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blas Canino Mojica_

Participant's Address: _HC46 Box 5851 Dorado P.R. 00646_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public employee and Pension/retiree_

By: _Blas Canino Mojica_
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blas Carino Mejia
HC 46 Box 5851
Dorado P.R. 00646

RECEIVED & FILED
2021 AUG 16 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Courts clerk office
United States district court
Clerks office 150 Ave
Carlos Chardon Ste 150 San Juan, P.R.,
00918-1767



SAN JUAN PR 009
13 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Milka M. Oje da Riuua*

Participant's Address: *Apt 970, Morovis P.R 00687*

Participant's Email Address: *ojedam 2011 @ autolook. Com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Milka M. Ojeda Rivera*
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*11 de Agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirka M. Garcia
Pt. 972 Maravi, P.R.
00687

RECEIVED & FILED
2021 AUG 16  PM 5: 46
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
13 AUG 2021  PM 2  L

United States District Court,
Clerk's Office 150 Ave. Carlos
Chardón Ste, 150 S.J. P.R.
@ 978-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Milka M. Ojeda Rivera*

Participant's Address: *Apt 970, Morovis P.R. 00687*

Participant's Email Address: *Ojedam 2018 @ autobok. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Milka M. Ojeda*
      Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*11 de agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: \United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hilda M. Ojeda Lima
Apt. 979, Morovis P.R.
00687

RECEIVED & FILED
2021 AUG 16  PM 5: 46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court,
Clerk's Office 150 Ave. Carlos
Charain Ste. 150 S.J. P.R.
00918- 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra Rivera Garcia_

Participant's Address: _P.O. Box 566, Villalba P.R. 00766_

Participant's Email Address: _riveragarciamayra3035@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS  Ley 89 12 de julio_

Nature of Claim: _Ley de Retribución uniforme de la_ _de 1979_
_Oficina Central_

By: _Mayra Rivera Garcia_
    Signature

_Mayra Rivera Garcia_
Print Name

_Oficinista Mecanógrafa I_
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maya Rivera
P.O. Box 549
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 16 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021PM 2 L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan P.R. 00918-1767

PURPLE HEART
FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Glorisel Negrón Martínez

Participant's Address:    Urb. Las Flores C-8 Calle 3 J.D, P.R. 00795

Participant's Email Address:    glorisellnegron@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel:   Claim for money owned of passed laws that I'm entitled to due to my years of

2.    Participant's Claim number and the nature of Participant's Claim: service (Nov.13,1992 to June 2 2021)

Claim Number:    97984    as a Secondary English Teacher in the Department of Education in Puerto Rico

Nature of Claim: _____

By: _____
    Signature

Glorisel Negrón Martínez
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Glorser Nixson Martinez
Urb Las Flores C-8 Calle 3
Juana Diaz P.R. 00795

RECEIVED & FILED
2021 AUG 18 A 5:46
CLERK OF COURT
U.S. DISTRICT
SAN ...

INDIANAPOLIS IN 460
11 AUG 2021 PM 4 L

005818-70625

United States District Court's Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nemesio Figueroa Cruz_

Participant's Address: _A-6 Calle P.R. Urb. Las Antillas, Salinas P.R. 00751_

Participant's Email Address: _luzeneida1954@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16 8942_

Nature of Claim: _Public Employee Claims_

By: _Nemesio Figueroa Cruz_
Signature

_Nemesio Figueroa Cruz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nemesio Figueroa Cruz
A-6 Calle Puerto Rico
Urb. Las Antillas
Salinas, P.R. 00751

RECEIVED & FILED
2021 AUG 16 PM 5: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

0091881410

SAN JUAN PR   009
13 AUG 2021 PM 2 L

United States District Court
Clerk Office 150 Ave.
Carlos Chardon Ste, 150
San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruben Muñiz Ruberté_

Participant's Address: _Ponce 1006 Correctional complex 3 L 149_
_3699 Ponce By Pass, Ponce, P.R 00728-1500_

Participant's Email Address: _None_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _3398_

Nature of Claim: _Commonwealth of P.R / Negligent & injury (ACAA)_

By: _Ruben Muñiz Ruberté_
Signature

_Rubén Muñiz Ruberté_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

RECEIVED & FILED
2021 AUG 16   PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rubin Muñiz Ruberti
Institución Ponce 1000 3L 109
3699 Ponce By Pass
Ponce, P.R. 00728-1598

00919-1767767

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00919-1767

SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     *JORGE A. COLON FLORES*

Participant's Address:     *PARCELAS SABANETAS 116 CALLE 1 DE MAYO MERCEDITA, P.R 00716*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *17 BK 3283 LTS*

Nature of Claim: _____

By:     *Jorge A Colon Flores*
Signature

*JORGE A. COLON FLORES*
Print Name

_____
Title (if Participant is not an individual)

*08-11-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge A. Colón Flores
Parc. Sabanetas
116 Calle 1 Mayo
mercados P.R. 00714

RECEIVED & FILED
2021 AUG 16 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR    009
12 AUG 2021  PM 1  L

United State District Court
Clerk's Office
150 Ave. Cnordoh, STE
San Juan, P.R.

00918-170750

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arlene Reyes Lozada_

Participant's Address: _Hc-1 Box 29030 PMB 72 Caguas, PR 00725_

Participant's Email Address: _arlene.reyes0219@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152765_

Nature of Claim: _Administrative Claim of Wage Claim._

By: _Arlene Reyes Lozada_
Signature

_Arlene Reyes Lozada_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arlene Reyes
Hc-1 Box 29030
Pmb 72
Caguas, PR 00725

RECEIVED & FILED
2021 AUG 16 PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.



SAN JUAN PR   009
12 AUG 2021 PM 1 L

United States District Court
Clerk's Office 150
ave Carlos Chardón Suite 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Arnaldo Solivan Rodriguez

Participant's Address: 60 Saratoga ave, #4-19 Binghamton N.Y. 13903

Participant's Email Address: solivanrosalyn2@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170554

Nature of Claim: _____

By: _____
Signature

Arnaldo Solivan Rodriguez
Print Name

_____
Title (if Participant is not an individual)

Agosto 9, de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arnaldo Solivan Rodriguez
60 Saratoga ave # 4-19
Binghamton N.Y. 13903

RECEIVED & FILED
2021 AUG 16 PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's office, 150 ave Carlos
Chardon Ste. 150, San Juan,
Puerto Rico 00918-1767

SYRACUSE NY 130
10 AUG 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Beatriz Ruiz Soto_

Participant's Address: _Urb. Cataluña G-31 Calle-1 Barceloneta P.R._

Participant's Email Address: _betty.ruiz1571@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____     _Case No. 17 BK 3283_
       Signature

_____     _Federal Tax Id No 3481_
       Print Name

_____
       Title (if Participant is not an individual)

_____
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Beatriz Ruiz Soto
Urb. Cetatuña Calle-1
G-31 Barceluneta PR.
00617

RECEIVED & FILED
2021 AUG 16  PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste 150 San Juan P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Morales Figueroa_

Participant's Address: _Bº Palomas Sector Higüero PO Box 181 Comerio, P.R. 00782_

Participant's Email Address: _papo_aa@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176422_

Nature of Claim: _Breach of the law promise Law 89-1979, 89-1995, 96-2000_
_Law 164, 109-2008, 164-2003_

By: _Evelyn Morales Figueroa_
Signature

_Evelyn Morales Figueroa_
Print Name

_Public Employee Claims_
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Morales Figueroa
P.O. Box 181
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918 - 1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Julia De Leon

Participant's Address:    201 East 28 Street 4K NYNY 10016

Participant's Email Address:    Dr.Laviena@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By:    Julia De Leon
Signature

Julia De Leon
Print Name

_____
Title (if Participant is not an individual)

8/8/2021
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia DeLeonCuaduado
201 East 28 Stret 4K
Ny Ny 10016

RECEIVED & FILED
2021 AUG 16   PM 5: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Discovery Notice to the Court Clerk office
United States District Court
Clerksoffice
150 Ave. Carlo Chardón Ste. 150
San Juan Puerto Rico, +address above, 00918-1767


POSTCARD

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Cruz Matos, María del Carmen_

Participant's Address:   _1261 36 S·E Rpto· Metro· S·J, P·R·00921_

Participant's Email Address:   _mitacruz5750@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _80181_

Nature of Claim:   _Promesa Title III_

By:   _____
     Signature

     _____
     Print Name

     _____
     Title (if Participant is not an individual)

     _Aug· 14·2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María del C. Cruz

1261 36 SE. Rpto. Metropolitano

S.J., P.R. 00921



RECEIVED & FILED
2021 AUG 16  PM 5:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States Distric Court
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemi Berrios Berrios_

Participant's Address: _HC2 Box 4560 Villalba. PR 00766 9715_

Participant's Email Address: _Ø_

Name of Counsel: _Ø_

Address of Counsel: _Ø_

Email Address of Counsel: _Ø_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _72947_

Nature of Claim: _AROMESA - Titulo III_

By: _Noemi Berr Berr_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 16 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767. )

Noemi Berrios Berrios
HC 02 Box 4560
Villalba, P.R. 00766-9715

RECEIVED & FILED
2021 AUG 16 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Courts Clerk's Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de la A Velz Agosto_

Participant's Address: _Urb ValleTolima H16 Calle Jose I Quinton Caguas PR 00727 2325_

Participant's Email Address: _machadovelezpr@ yahoo.com_

Name of Counsel: _PROSKAUER Rose LLP_

Address of Counsel: _Eleven Times Square New York, NY 10036_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Demand to the Financial Oversight and management Board for Puerto Rico Vs Commonwealth of Puerto Rico_

By: _Maria de la A Velz Agost_
Signature

_Maria de los A Vélez Agosto_
Print Name

_____
Title (if Participant is not an individual)

_Agost 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María M. García Agosto
Ulb Joell Volcane
416 Calle José I Quintin
Caguas PR 00727-2335

RECEIVED & FILED
2021 AUG 16 PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR  009
13 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Betty Reyes Ortiz_

Participant's Address: _P.O. Box 1306 Cidra, P.R._

Participant's Email Address: _breyesortiz@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS._

Nature of Claim: _Promesa._

By: _[signature]_
Signature

_Betty Reyes Ortiz_
Print Name

_Teacher_
Title (if Participant is not an individual)

_Aug 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Betty Reyes Ortíz
P.O. Box 1306
Cidra, P.R. 00739

RECEIVED & FILED
2021 AUG 16 PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918 - 1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: CARLOS F. COLÓN SANTINI

Participant's Address: P. O. BOX 101, CAGUAS, P.R. 00726

Participant's Email Address: cf colonsantini @ yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: RETIREE

By: _____
Signature

CARLOS F. COLÓN SANTINI
Print Name

RECEIVED & FILED
2021 AUG 16   PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

_____
Title (if Participant is not an individual)

12 august. 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos F. Colón
P.O. Box 161
Caguas, P.R. 00726

RECEIVED & FILED
2021 AUG 16 PM 5: 48
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth J. Delgado Guzmán_

Participant's Address: _Down Hill 1214 Azucena Trujillo Alto PR. 00476_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee_

By: _____
Signature

_Ruth Delgado Guzmán_
Print Name

_____
Title (if Participant is not an individual)

_14 ago 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

R.J. Delgado
Round Hill
121 k Azucena
1. Alto, P.R.
00974

00918-1706125

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 5: 48
RECEIVED & FILED

FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:          _Delgado Guzmán, Ruth Ingrid_

Participant's Address:       _Round Hill 1246 Azucena Trujillo Alto P.R_

Participant's Email Address: _____

Name of Counsel:             _None_

Address of Counsel:          _None_

Email Address of Counsel:    _None_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:          _143882_

Nature of Claim:       _Public Employee + Pension/Retiree_

By:    _Ruth Delgado_
       Signature

       _Ruth Delgado_
       Print Name

       _____
       Title (if Participant is not an individual)

       _August 10, 2021_
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

D. Ingrid Delgado
Rivera #19
1216 Azucena
T. Alto, PR
00974

00918-170625

SAN JUAN PR 009

14 AUG 2021 PM 1 L

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, PR
00918-1767

2021 AUG 16 PM 5: 48
SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ruth I. Delgado Guzman_

Participant's Address: _Round Hill 1216 Azucena Trujillo Alto_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public Employee_

By: _Delgado Guzman_
    Signature

_Ruth Delgado Guzman_
Print Name

_____
Title (if Participant is not an individual)

_14 ago 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delgado
Recard Hill
1216 Azucena
Trujillo Alto, P.R.
00976

SAN JUAN PR 009
14 AUG 2021 PM 1  L

To: United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste.
San Juan, P.R. 00918-1767

00918-176625

RECEIVED & FILED
2021 AUG 16  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Lillian Jiménez Mercado_

Participant's Address:   _Urb. Campo Lago # 44 Cidra P.R. 00739_

Participant's Email Address:   _lillianjimenez @hotmail.com_

Name of Counsel:   _N/A_

Address of Counsel:   _N/A_

Email Address of Counsel:   _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _17 BK 3283 - LTS_

Nature of Claim:   _claim For the settlement of sick days the_
_Payment of $125.00 health plan, steps, etc._

By:   _Lillian Jmz. mercado_
Signature

_Lillian Jiménez Mercado_
Print Name

_Retired teacher D.E_
Title (if Participant is not an individual)

_8/11/2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Jiménez Mercado
Urb. Camp o Lago #44
Cidra P.R. 00139

RECEIVED & FILED
2021 AUG 16  PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
13 AUG 2021 PM 2  L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ignacio Alers Ruiz_

Participant's Address: _HC 1 Box 9123, San Sebastian, PR 00685_

Participant's Email Address: _ignacioalers5@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _169911_

Nature of Claim: _Debts Claimed Department of Agriculture_

By: _Ignacio Alers Ruiz_
Signature

_Ignacio Alers_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/13/21_
Date

*(stamp: RECEIVED & FILED 2021 AUG 16 PM 5:48 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.)*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

IGNACIO ALERS RUIZ
HC 1 BOX 9123
SAN SEBASTIAN, PR 00685

SAN JUAN PR   009

13 AUG 2021 PM 2 L

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Santiago Gutiérrez_

Participant's Address: _La Pondorosa Calle Laredo 606 Ponce PR 0073_

Participant's Email Address: _izaqutievr69 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Jointly Administered Promesa Title III_

By: _Elizabeth Santiago Gutiérrez_
Signature

_Elizabeth Santiago Gutiérrez_
Print Name

_____
Title (if Participant is not an individual)

_10/08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Santiago Ostolaza
2a Ponderosa
Calle Laredo 606
Ponce P.R. 00730

United States District Court
Clerk's Office
150 Ave Chardon Ste 150
San Juan PR 00918-1767

00918-176625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Purple Heart
USA 39

Purple Heart
USA 39

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 5: 48

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:         _Araceli Ortiz Martinez_

Participant's Address:      _650 C/ Cuevas Bustamante Apt 410 San Juan_
                             _P.R. 00718_

Participant's Email Address: _sevenhouses @ yahoo.com_

Name of Counsel:            _____

Address of Counsel:         _____

Email Address of Counsel:   _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:               _51054_

Nature of Claim:            _Pension / Retiree_

By:    _____
       Signature

       _Paul J. Commey Ortiz_
       Print Name

       _____
       Title (if Participant is not an individual)

       _14/Ago/2021_
       Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aracelli
Ortiz
LSD Crisuao Apt 410
San Juan PR. 00918 -3856

00918-170625

Court's Clerk Office
United States District Court
150 Ave Carlos Chardón STE 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
14 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:        *Elizabeth Perez Olivo*

Participant's Address:     *Calle Inmaculada B-15 urb colinas del maguez*  *Vega Baja P.R. 00693*

Participant's Email Address:   *elizabeth581@gmail.com*

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              *175761*

Nature of Claim:           *Romerazo   Ley #89*

By:    *Elizabeth Perez Olivo*
       Signature

       *Elizabeth Perez Olivo*
       Print Name

       _____
       Title (if Participant is not an individual)

       *8/13/21*
       Date

RECEIVED & FILED
2021 AUG 16 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Elizabeth Perez
Calle Inmaculada, B-15
urb. Colinas del parque 2
Vega Baja P.R. 00693

RECEIVED & FILED
2021 AUG 16  PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

00918-170625

At: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00918.1767

SAN JUAN PR   009
13 AUG 2021 PM 2 L

FOREVER / USA



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mayra I. Ortiz Vázquez*

Participant's Address: *José de Diego # 9 Salinas, P.R. 00751*

Participant's Email Address: *ortizmayra 48 @ yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *170356*

Nature of Claim: *Public Employee and Pension Retiree Claims*

By: *M. Ortiz*
Signature

*Mayra I. Ortiz Vázquez*
Print Name

*N/A*
Title (if Participant is not an individual)

*8/13/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mayor L. Ortz
Jose de Diego #8
Salinas, P.R. 00751

RECEIVED & FILED
2021 AUG 16 PM 5:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L
USA FOREVER

Discovery Notice to the Court's Clerk's Office at:
United States District Court's Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus Latimer Constaigns_

Participant's Address: _650 C/ Cuevas Bustamante Apt 410, SJ PR._ _00918_

Participant's Email Address: _sevenhouses @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _21 8647_

Nature of Claim: _Pension / Retiree_

By: _Paul Long_
      Signature

_Paul J. Longo OKDZ_
Print Name

_____
Title (if Participant is not an individual)

_14/ Ago /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus Latimier
Urb C Buenavente Apt A10
San Juan P.R. 00918-3956

Court's Clerk Office
United States District Court
150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

00918-176825



SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 5: 48

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: Vázquez Vázquez, Luz E.

Participant's Address: A-6 Calle P.R. Urb. Las Antillas Salinas P.R. 00751

Participant's Email Address: luzeneida1954@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 140793

Nature of Claim: Public Employee and Pension/Retires

By: _Luz E. Vázquez Vázquez_
    Signature

    Luz E. Vázquez Vázquez
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz E. Vázquez Vázquez
A-6 Calle Puerto Rico
Urb. Las Antillas
Salinas P. R. 00751

RECEIVED & FILED
2021 AUG 16   PH 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

San Juan P. R. 00918-1767

United State District Court
Clerk Office
150 Ave. Carlos Chardon, 150

SAN JUAN PR   009
13 AUG 2021 PM 2  L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josè A. Franceschi Seda_

Participant's Address: _Calle Santa Monica #4203 Ext. Santa Teresita Ponce P.R. 00731-420_

Participant's Email Address: _J franceschiSeda@Gmail.com._

Name of Counsel: _OWN right_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17BK3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Jose A. Franceschi Seda_
Print Name

_Grupo Gobierno (Policia Puerto Rico)_
Title (if Participant is not an individual)

_14 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Franceschi
# 4203 Ext. Santa Teresita
Calle Santa Monica
Ponce P.R. 00730-4623

RECEIVED & FILED

2021 AUG 16  PH 5: 49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009

13 AUG 2021  PM 2   L

United State Distric
Court Clerk office,
150 Ave. Carlos Chardon
Ste. 150 San Juan P.R.
00918-1767



Twenty 41c
American Flag
Self-adhesive
Stamps
$8.20

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Henry Edwin Hernandez Guzman*

Participant's Address: *Hac. La Matilde Calle Bagazo #5319 Ponce P.R.00728-2436*

Participant's Email Address: *edwincamelia_25@gmail.com.*

Name of Counsel: *Hermann D. Bauer USDC No. 215205*
*O'Neill & Borges LLC*

Address of Counsel: *250 Muñoz Rivera Ave., Suite 800 San Juan, P.R.00918-1813*

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO. 17 BK 3283-LTS*

Nature of Claim: *Acces to Documents in the Plan Depository*

By: *Hen E. Hernif Guzman,*
Signature

*Henry Edwin Hernández Guzmán,*
Print Name

_____
Title (if Participant is not an individual)

*08/12/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Henry E. Hernandez Guzman
Hoc. La Matilde
C. Bojazio # 5349
Ponce, P.R. 00728-2436

00918-1706825

SAN JUAN PR 009

13 AUG 2021 PM 2  L

Discovery Notice to the Courts Clerk's Office At:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:  _Amparo García Salar_

Participant's Address:  _2 Calle Prolongacion, Sect La Puntilla Cataño PR 00962_

Participant's Email Address:  _amparo_grc@yahoo.com_

Name of Counsel:  _N/A_

Address of Counsel:  _N/A_

Email Address of Counsel:  _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _62025_

Nature of Claim:  _Pension_

By:  _Amparo García Salar_
     Signature

_Amparo García Salar_
Print Name

_____
Title (if Participant is not an individual)

_14 /August /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amparo Garcia Salas
2 Calle Prolongacion
Sect La Portilla
Cataño, PR 00962

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste.150
San Juan, PR 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Francisco Alvarado Zayas
Maria H. Mateo Santiago y Carol L. alvrado Mateo

Participant's Address:  M-14 Calle T. Bermudez Villa Retiro Sur

Participant's Email Address:  Sata Isabel Purto Rico 00757

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  516 y 533

Nature of Claim:  Obligacion

By:  _Francisco Mclleg_
    Signature

    Francisco Alvarado Zayas
    Print Name

    N/a
    Title (if Participant is not an individual)

    _____

Date  August 13/ 2021

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Alvarado Zapa
M-14 T. Bermudez St
Villa Retiro Sur
Santa Isabel, PR 00757-1807

SAN JUAN PR   009
13 AUG 2021 PM 2   L

00918-170625

Court's clerk's office
United State District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150.
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Petra M. González Ruberté_

Participant's Address: _507 Calle Aceitillo, Bo. Bucaná/Los Caobos, Ponce, PR 00916 - 2651_

Participant's Email Address: _PetraMGonzalez4@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Promesa Title III (Jointly Administered_

By: _Petra M. González Ruberté_
    Signature

_Petra M. González Ruberté_
Print Name

_Título III Claim Propabet or_
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardón Ste. 150, San Juan, P.R. 00918-1767.

Pedro W. Gonzalez Ruberte
509 Calle Acerillo
Bo. Buecano, Los Caobos
Ponce, PR 00916 - 2651

RECEIVED & FILED
2021 AUG 16  PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918 - 1767



SAN JUAN PR   009
13 AUG 2021  PM 2  L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelinda Rodríguez Díaz_

Participant's Address: _Union 83 Galerias Porceñas Ponse, PR 00731_

Participant's Email Address: _lindaarjes & hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Investment $15,000.00_

Nature of Claim: _Employee Retired System_

By: _____
Signature

_Adelinda Rodríguez Díaz_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 10 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arjes Travel
Unión 83
Galerias Ponceñas
Ponce, P.R 00730
Tel. 787-844-0740
lindaarjes@hotmail.com

SAN JUAN PR 009
14 AUG 2021 PM 1 L

Court's Clark's Office
United States District Court
Clerks Office
150 Ave Carlos Chardón Ste.
Juan P Rien Bid 216-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosael González González_

Participant's Address: _P.o. Box 1082 Villalba, P.R. 00766_

Participant's Email Address: _florasdoc33@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#81640 et. al._

Nature of Claim: _Unpaid wages by gobernment of P.R._

By: _Rosael González González_
Signature

_Rosael González González_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rosael González González
P.O. Box 1082
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 16 PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosael González Gonzáles_

Participant's Address: _P.O. BOX 1082 Villalba, P.R. 00766_

Participant's Email Address: _flores doa 33@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#81640 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Rosael González González_
Signature

_Rosael González González_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rosael González González
P.O. Box 1089
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 16  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2  L

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA * FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jeannette Justiniano Sagardia_

Participant's Address: _650 C/ Cuevas Bustamante Apt. 410 San Juan P.R. 00918_

Participant's Email Address: _justiniano_j@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _269118_

Nature of Claim: _Union Grievance_

By: _[signature]_
Signature

_Jeannette Justiniano_
Print Name

_____
Title (if Participant is not an individual)

_14/Ago/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jean Justiniano
USD C/ Acevedo Piedamont te Apt 410
San Juan. P. R. 00918 - 3856

Court's Clerk Office
United States District Court
150 Ave Carlos Chardón Ste 150
San Juan P.R. 00918-1767

00918-1706625

SAN JUAN PR   009

14 AUG 2021  PM 1  L



USA ★ FOREVER ★

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16  PM 5: 49

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Romero Morales_

Participant's Address: _Urb. Santiago Iglesias - 1413 c/ Alonso Torres_
_San Juan PR 00921_

Participant's Email Address: _erm17647@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Evelyn Romero Morales_

By: _Evelyn Romero Morales_
Signature

_Evelyn Romero Morales_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

(stamp) 2021 AUG 16 PM 5:49 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Guelyn Romero Morales
Urb. Santiago Iglesias
1413 Calle Alonso Torres
San Juan PR 00921-4226

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR  009
13 AUG 2021 PM 2  L

RECEIVED & FILED
2021 AUG 16  PM 5: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Luis Negrón Rivera_

Participant's Address: _Urb. La Vega Calle C #70 Villalba, P.R. 00766_

Participant's Email Address: _hectornegron 5012 @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 152605_

Nature of Claim: _Non-payment of the government of P.R._

By: _Héctor Luis Negrón Rivera_
Signature

_Héctor Luis Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector Luis Negrón Rivera
Urb. La Vega
Calle c #70
Villalba, P.R. 00766

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón ST. 150
San Juan P.R. 00984-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16  PM 5: 50



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Ortiz Olmeda_

Participant's Address: _Urb. Caguas Milenio 125 Calle Del Milenio_
_Caguas PR 00725_

Participant's Email Address: _sylviaortiz2015@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _The employees retirement system of the government of the Commonwealth of PR_

By: _[signature]_
Signature

_Sylvia Ortiz Olmeda_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Ortiz
Urb. Caguas Milenio 125
Calle Del Milenio
Caguas PR 00725

RECEIVED & FILED
2021 AUG 16  PM 5:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
13 AUG 2021  PM 2  L



United States District Court
Clerk's Office
150 Ave. Carlos Chardón St. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirza I. Soto Vázquez_

Participant's Address: _Calle 6 JJ-9 Urb. Las Américas, Bayamón P.R. 00959_

Participant's Email Address: _mittysoto62@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Claims of public employees_

By: _Mirza I. M VI_
Signature

_Mirza I. Soto Vázquez_
Print Name

_—_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

esae
nnone

Mirza I. Soto Vázquez
Calle 6 J-J-9
Urb. Las Américas,
Bayamón P.R. 00959

00918-170625

SAN JUAN PR   009
13 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 16 PM 5:50
RECEIVED & FILED



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alba I. Brito Borgen_

Participant's Address: _Urb. Jardines de Toa Alta, 277 Calle 7, Toa Alta PR 00953_

Participant's Email Address: _abritoborgen@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23959_

Nature of Claim: _Pension/Retiree_

By: _Alba Brito Borgen_
    Signature

_Alba Brito Borgen_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lizbeth Colón Oliveras_

Participant's Address: _Urb Est Sabana c/ Paloma 7080 Sabana Hoyos PR 00688_

Participant's Email Address: _lizbethcolona@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63030_

Nature of Claim: _Public Employee and Pension/Retire claim Claims_

By: _[signature]_
Signature

_Lizbeth Colón Oliveras_
Print Name

_____
Title (if Participant is not an individual)

_8/12/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Liberth Colón Olivera
U.b. Est.-Sabana 708 0C/Palma
Sabana Hoyos PR 00688

RECEIVED & FILED
2021 AUG 16  PM 5:50

United States District Court
Clerk's Office
150 Ave. Carlos Chardón, Ste.150
San Juan PR 00918-1767

0091881706 C018

FOREVER / USA
FOREVER / USA

PLACE
STAMP
HERE

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:     _Elizabeth Rivera Rivera_

Participant's Address:     _Urb. El Cortijo, calle 21 AE-8 Bayamón P.R. 00954_

Participant's Email Address:     _eRivera2865@gmail.com_

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _No. 17BK 3283-LTS_

Nature of Claim:     _____

By:    _Elizabeth Rivera Rivera_
       Signature

       _Elizabeth Rivera Rivera_
       Print Name

       _____
       Title (if Participant is not an individual)

       _13 agosto de 2021_
       Date

RECEIVED & FILED
2021 AUG 16  PM 5: 50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Rivera Rivera
Urb. El Cortijo calle 21
AE-8 Bayamon, Puerto Rico 00957

RECEIVED & FILED
2021 AUG 16 PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:   Ana M. Rivera Rodriguez

Participant's Address:   Urb. Levittown AT-21 C/Magali, Toa Baja
P.R. 00949

Participant's Email Address:   email → 7792amrr@gmail.com

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   Id not claim number (N/A)

Nature of Claim:   Ley 96 (1 Julio) 2002 / Ley 109 (1 Julio) 2008

By:   _Ana M. Rivera Rodriguez_
Signature

Ana M. Rivera Rodriguez
Print Name

N/A
Title (if Participant is not an individual)

12/agosto/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Rivera Rodriguez
calle Magaly A-321 4ta secc.
levittown, toa Baja PR. 00949

SAN JUAN PR 009
14 AUG 2021 PM 1 L

0091881706

United States District Court,
Clerk's Office, 150 Ave, Carlos Chadon
Ste. 150, San Juan, PR. 00918-1767.

RECEIVED & FILED
2021 AUG 16 PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Arturo Rivera Morales

Participant's Address: Bo. Palma altas HC-02 Box 41107 Guayama P.R. 00784

Participant's Email Address: _____

Name of Counsel: The financial oversight and management Board of P.R.

Address of Counsel: The commonwealth of P.R

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: Jointly administed
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

13 /agost. 2021
Date

*(stamp: RECEIVED & FILED 2021 AUG 16 PM 5:51 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.)*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Arturo Rivera Morales
Bo. Palmas Altas HC-02 Box 4607
Guayama P.Roo 784

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Discovery Notice to the Court's
office at United States District
Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Maritza I. Orta Romero_

Participant's Address: _#213 calle Tapia, San Juan, P.R. 00711_

Participant's Email Address: _ortamaritza@yahoo.com_

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _25785_

Nature of Claim: _Retiro_

By: _[signature]_
   Signature

_Maritza I. Orta Romero_
Print Name

_N/a_
Title (if Participant is not an individual)

_13-August-2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisca De Asis Rodriguez Rodriguez_

Participant's Address: _P.O. Box 335 Hormigueros, PR 00660_

Participant's Email Address: _luisantoniosilva2002@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _A Jointly Administered_

By: _Francisca M.A. Rodriguez Rodriguez_
Signature

_Francisca De Asis Rodriguez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_08/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisca De Aris Rodriguez
P.O. Box 335
Hormigueros, P.R. 00660 -

SAN JUAN PR 0
14 AUG 2021 PM 1 1

00918-170625
San Juan, P.R.

United States District Court
Clerk's Office
150 Ave. Chardón Ste. 150
San Juan, P.R. 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE   SAN JUAN, P.R.
2021 AUG 16 PM 5: 51
RECEIVED & FILED

