UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Sonia M. Rosado Valle
2. Iris Belia Santiago Arroyo
3. Vanessa Perfetto Perales
4. Diana Sanchez Castro
5. Milton Sanchez Morales
6. Luz E. Molina Betancourt
7. Angel Luis Rodriguez Morales
8. Jose Luis Ramos Delgado
9. Carmen L. Perez Ortiz
10. Miguel A. Rodriguez Espada
11. Brunilda Hernandez Rivera
12. Maria de los A. Concepcion Velez
13. Wilfred Benitez Concepcion
14. Zobeida Aponte Colon
15. Omar A. Ortiz Morales
16. Maria J. Izquierdo Brandi
17. Teresa de la Haba
18. Madeline Melendez Gonzalez
19. Jesus N. Rivera Cruz
20. Aida J. Gaston Garcia
21. Carlos Agosto
22. Adela Walker del Valle
23. Omar B. Valentin Arbelo

Case:17-03283-LTS Doc#:17868 Filed:08/17/21 Entered:08/17/21 14:35:34 Desc: Main
Document Page 3 of 4

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Yatzel M. Acevedo

25. Ana Luisa Santini Rodriguez

26. Maritza Rosas Rojas

27. Angel L. Jimenez Rosas

28. Angel L. Santiago Gonzalez

29. Iris E. Santana Feliciano

30. Nelida Cruz Rivera

31. Domingo Sued Caussade

32. Edith Torres Rodriguez

33. Marie Alvarez Beamud

34. Awilda Ortiz Colon

35. Damaris Pagan Alvira

36. Luis G. Sepulveda Martinez

37. Alexis Anibal Torres Rivera

38. Julissa Piñero Negron

39. Luz V. Irizarry Pierentoni

40. Victor M. Reyes Rivera

41. Ada I. Santiago Martinez

42. Gloria E. Coffie

43. Maria del Carmen Cruz Matos

44. Oscar Rivera Rosado

45. Evelyn Barreto Perez

46. Carmen M. Rivera Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Blanca R. Quiles Nieves

    48. Karla D. Ramos Nieves

    49. Nahir Damaris Rivera Vives

    50. Miguel A. Garcia Echevarria

Dated: August 17, 2021