Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SONIA M. ROSADO VALLE_

Participant's Address: _491 CALLE SEGOVIA URB. VISTAMAR, CAROLINA_
_P.R. 00983_

Participant's Email Address: _soniarsado2015@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109170_

Nature of Claim: _RETIREMENT SYSTEM PENTION CLAIM_

By: _Sonia Rosado Valle_
Signature

_SONIA M. ROSADO VALLE_
Print Name

_____
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Rosado Valle
491 Calle Segovia
Urb. Vistamar, Carolina 00983

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

FOREVER

Court's CLERK's OFFICE
UNITED STATES DISTRICT COURT,
CLERK's OFFICE
150 AVE. CARLOS CHARDON
SUITE. 150
SAN JUAN, P.R. 00918767

RECEIVED & FILED
2021 AUG 16 PM 3:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Santiago Arroyo Iris Belia_

Participant's Address: _HC-2 5462 Comerio P.R.00782_

Participant's Email Address: _N.A._

Name of Counsel: _N.A._

Address of Counsel: _N.A_

Email Address of Counsel: _N.A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59132_

Nature of Claim: _unpaid wages retirement_

By: _Iris Belia Santiago Arroyo_
Signature

_Iris Belia Santiago Arroyo_
Print Name

_N.A._
Title (if Participant is not an individual)

_Agosto 12 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris Belia Santiago Arroyo
HC2 5462
Comerio P.R. 00782

RECEIVED & FILED
2021 AUG 16  PM 5: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  009
13 AUG 2021 PM 2  L

FOREVER USA

United States District Court, Clerk's
office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Vanessa Perfetto Perales*

Participant's Address: *R-11 Calle 29   Jard. de Caparra   Bay. P.R 00959*

Participant's Email Address: *vapepe@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *122810*

Nature of Claim: _____

By: *[signature]*
Signature

*Vanessa Perfetto Perales*
Print Name

_____
Title (if Participant is not an individual)

*08/13/2021*
Date

*[stamp: RECEIVED & FILED 2021 AUG 16 PM 5:36 CLERK'S OFFICE US DISTRICT COURT SAN JUAN PR]*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| PERFETTO PERALES, VANESSA | 122810 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $51,292.17 |
| Reason: | | | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| PERFETTO PERALES, VANESSA | 122810 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $51,292.17 |
| Base para: | | | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | |

Vanessa Reffetto Perales
R-11 Calle 29
Jardines de Caparra
Bay. P.R. 00959

RECEIVED & FILED
2021 AUG 16  PM 5: 36
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

U.S. District Court, Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
S.J. P.R. 00 918-1767

00918-176825

SAN JUAN PR  009
13 AUG 2021  PM 2  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana Sánchez Castro_

Participant's Address: _Ext. Villa Buena Ventura Calle Diamante # 508_
_Yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK  3283 - LTS_

Nature of Claim: _I am a retire employee  and I intent to participate  in_
_discovery for Commonwealth  Plan Confirmation in_
By: _Diana Sánchez Castro_   _In re Commonwealth of  Puerto Rico_
Signature

_Diana Sánchez  Castro_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Diana Sanchez Castro
Ext. Villa Buena Ventura, Calle Diamante #508
Yabucoa P.R. 00767

9500 1111 1648 1225 3340 94

USPS TRACKING #

RECEIVED & FILED
AUG 16 PM 5: 36
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R

Court's Clerk's Office
United States District Court
Clerk's Office 150 Av. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

UNITED STATES POSTAL SERVICE

1005

00918

U.S. POSTAGE PAID
FC-PKG RTL
YABUCOA, PR
00767
AUG 13, 21
AMOUNT
$3.45
R2303S101744-18

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milton Sánchez Morales_

Participant's Address: _HC#1 Box 4204 Yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III   In re   Commonwealth of Puerto Rico_
_Discovery for Commonwealth Plan Confirmation_

By: _Milton Sánchez Morales_
Signature

_Milton Sánchez Morales_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Milton Sánchez Morales
HC#1-Box 4204
yabucoa P.R. 00767

RECEIVED & FILED
AUG 16 PM 5:36
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

9500 1111 1648 1225 3340 70

USPS TRACKING® #

U.S. POSTAGE PAID
FCM PKG
YABUCOA, PR
00767
AUG 13, 21
AMOUNT
$4.00
R2303S1017744-18

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz E. Malina Betancourt_

Participant's Address: _HC 645 Bay 6421 Trujillo Alto_

Participant's Email Address: _Molinaluz2019@gmail.com_

Name of Counsel: _____

Address of Counsel: ____ n/a ____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154202 (last claim)_

Nature of Claim: _Employees Retirement System Of the Government of the Commonwealth of Puerto Rico_

By: _Luz Malina Betancourt_
    Signature

_Luz E. Molina Betancourt_
    Print Name

_Coordinator_
    Title (if Participant is not an individual)

_8/12/2021_
    Date

*(new confirmation date 10-2021)*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Joy E. Charline Betancourt
HC 645 Box 6424
Guayito AID PR 00476

RECEIVED & FILED
2021 AUG 16 PH 5: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-241 250

To: United States District Court
Clerks office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR 00918-1767



SAN JUAN PR 009
12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Luis Rodriguez Morales_

Participant's Address: _P.O. Box 1455, Trujillo Alto, P.R. 00977_

Participant's Email Address: _angelito357@live.com_

Name of Counsel: _____

Address of Counsel: _____ N/A _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174008 (Last claim)_

Nature of Claim: _The employees retirement system of the Government of the Commonwealth of Puerto Rico_

By: _Angel L. Rodz Morales_       (new confirmation)
    Signature                              (date 8-12-21)

    _Angel Luis Rodriguez Morales_
    Print Name

    _Inspector II_
    Title (if Participant is not an individual)

    _12/A.30080/2021_
    Date

RECEIVED & FILED
2021 AUG 16 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Luis Rodriguez morales
P.O. Box 1455, Trujillo # 140°
P.R. 00977

RECEIVED & FILED
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office, 150 Ave. Carlo chardon ste. 150,
San Juan, P.R. 00918-1767

00919-176767

SAN JUAN PR  009
12 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Jose Luis Ramos Delgado_

Participant's Address:  _P.O. Box 35 Trujillo Alto, PR 00977_

Participant's Email Address:  _joseramos.dc+a@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____ N/A _____

Email Address of Counsel:  _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _159490 (Last Claim)_

Nature of Claim:  _The employees retirement system of the Government of the commonwealth of Puerto Rico_

By:  _[signature]_                                       (new confirmation)
       Signature                                          (date 8-10-21)

       _Jose L. Ramos Delgado_
       Print Name

       _Acreedor_
       Title (if Participant is not an individual)

       _12/Agosto/2021_
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Luis Ramos Delgado
P.O. Box 35
Trujillo Alto, P.R. 00977

RECEIVED & FILED
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

00919-176767

SAN JUAN PR 009
12 AUG 2021 PM 1 L

Maine

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Pérez Ortiz_

Participant's Address: _Box 2097 Guayama, P.R. 00785_

Participant's Email Address: _CLPO 2910 @ Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____ ?

By: _Carmen L. Pérez Ortiz_
Signature

_Carmen L. Pérez Ortiz_
Print Name

_maestra ( Title III )_
Title (if Participant is not an individual)

_agosto 10, 2001_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L Perez
Box 2097 Guayama PR 00785

RECEIVED & FILED
2021 AUG 16 PM 5:37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-173725

SAN JUAN PR   009
11 AUG 2021 PM 2   L

United States District Courts
Clerk's Office,150 Ave Carlos Chardón
Ste.150 San Juan PR 00918-1767


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Miguel A Rodriguez Espada_

Participant's Address: _Calle Ruiz Belvis #85 Coamo PR 00769_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3293_

Nature of Claim: _____

By: _Miguel A Rodriguez Espada_
Signature

_Miguel A Rodriguez Espada_
Print Name

_____
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Rodriguez
Calle Ruiz Belvis #85
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1721699

SAN JUAN PR   009
11 AUG 2021  PM 2  L



United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Brunilda Hernández Rivera

Participant's Address:    261 Nova Drive Davenport, FL 33837-2639

Participant's Email Address:    bhernandezrivera77@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    166523

Nature of Claim:    Promesa Title III. 17BK3283-LTS
                17BK(4780)-LTS

By: _Brunilda Hernández Rivera_
Signature

Brunilda Hernánde Rivera
Print Name

Promesa III 17BK328LTS
Title (if Participant is not an individual)

August 1st 2021
Date

**RECEIVED & FILED**
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Hernández
261 Nova Drive
Davenport FL. 33837.2639

RECEIVED & FILED
2021 AUG 16  PM 5: 37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

Court's Clerk's Office
US Dcourt Clerk's Office
150 Ave. Carlos Chardón
Ste 150, San Juan, PR
00918-1767

SAINT PETERSBURG FL
9 AUG 2021

TAMPA FL 335
9 AUG 2021  PM 4  L

FOREVER



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *María de los A. Concepción Véler*

Participant's Address: *HC-83 Box 6852 Vega Alk PR 00692*

Participant's Email Address: *mconcepcion59@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Public Employee and Pension "Retired Claims"*

By: *María de los A. Concepción Véls*
   Signature

*María de los A. Concepción Véler*
Print Name

_____
Title (if Participant is not an individual)

*August 13, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María de los A. Concepción Valer
Hc - 83 Box 6852
Vega Alta P.R. 00692

RECEIVED & FILED
2021 AUG 16 PH 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfred Benitez Concepción_

Participant's Address: _HC 83 Box 6852 Vega Alta PR 00692_

Participant's Email Address: _leoann_9@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Wilfred Benitez Concepción_
Signature

_Wilfred Benitez Concepción_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfred Benitez Concepcion
HC 83 Box 6852
Vega Alta PR 00692

RECEIVED & FILED

2021 AUG 16   PM 5: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170399

SAN JUAN PR   009

13 AUG 2021  PM 2   L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zobeida Aponte Colón_

Participant's Address: _11120, Hacienda El Semil, Villalba P.R. 00766_

Participant's Email Address: _zobeidaaponte@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _81072_

Nature of Claim: _Unpaid Wages by the government of P.R._

By: _[signature]_
Signature

_Zobeida Aponte Colón_
Print Name

_____
Title (if Participant is not an individual)

_11/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Zobeida Aponte Colón
1120 Hacienda El Señor
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170399

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To: United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

USPS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Omar A. Ortiz Morales_

Participant's Address: _Calle Avila #1058, Vistamar, Carolina PR.00983_

Participant's Email Address: _OmarOrtizMorales21@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa, Titulo III_

By: _Omar A. Ortiz Morales._
Signature

_Omar A. Ortiz Morales._
Print Name

_____
Title (if Participant is not an individual)

_12-Agosto 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 16  PM 5: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Omar A. Ortiz Morales
Calle Avila #1058,
Villamar, Carolina, 00983.

United States District Court Clerk OFFice
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767.

SAN JUAN PR  009
13 AUG 2021  PM 2  L

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Maria J. Izquierdo Brandi_

Participant's Address: _Urb. Hnos. Santiago 1 D-50 Juana Diez, P.R._
_00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56989_

Nature of Claim: _Based in law #12 27 de agosto de 1982._
_Signed by Gov. Carlos Romero Barceló (RIP)_
By: _Maria J. Izquierdo Brandi_   _It was called "Romerazo"._
Signature

_Maria J. Izquierdo Brandi_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



$R =$

Maria J. Figueroa
lub Hnn Santiago
Calle 1 - D-5
Juana Diaz, PR00795-4UY

RECEIVED & FILED
2021 AUG 16  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United State Dishict Court,
Clerki Ifice, 150 Ave Carlos Chardon St 150
San Juan, PR 00918-1767

SAN JUAN PR 009
13 AUG 2021  PM 2   L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresa de la Jerba_

Participant's Address: _Gold Plaza Chanel - 1 Calle Taft -16E_
                                                                      _P.R 00084_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#17- BK 3283 - LTS_

Nature of Claim: _____

By: _Teresa De La Cocba_
Signature

_Teresa De la Haba_
Print Name

_Investor_
Title (if Participant is not an individual)

_8 - 11 - 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Tomás R. De Jesús
16E Calle Tahí # 11
San Juan, PR 00911

RECEIVED & FILED
2021 AUG 16  PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170399

SAN JUAN PR  009

13 AUG 2021 PM 2 L

U.S. District Court Clerks Office
Ave. Carlos Chardón 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Madeline Meléndez González

Participant's Address:    Urb. Vista Alegre 214 Calle Orquídea Villalba PR 00766

Participant's Email Address:    melendezmadeline316@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:    Ley 89 de 12 de julio de 1979 -17 Bk 3283 LTS

Nature of Claim:    Ley de Retribución uniforme de la oficina Central.

By:    _madeline mulén Gp'l_
Signature

_Madeline Meléndez González_
Print Name

_Aux de Salud_
Title (if Participant is not an individual)

_12-agosto-2021_
Date

[Stamp: RECEIVED & FILED 2021 AUG 16 PM 5 37 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madeline Meléndez González
Urb. Vista Alegre
214 Calle Orquídea
Villalba, P.R. 00766

RECEIVED & FILED
2021 AUG 16 PM 5: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091 8-170399

SAN JUAN PR 009
13 AUG 2021 PM

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jesus N. Rivera Cruz*

Participant's Address: *Abra San Francisco 28 Calle Cardona Arecibo P.R. 00612*

Participant's Email Address: *norkellysrivera @ gmail. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesús Rivera Cruz
Abra San Francisco 28 calle
Caldera Arecibo P.R. 00612

RECEIVED & FILED

2021 AUG 16 PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-17C359

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

SAN JUAN PR 009

13 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:  *Aida J. Gastón García*

Participant's Address:  *HC 63 Box 3308 Patillas, PR 00723*

Participant's Email Address:  *aidagaston1265@gmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  _____

By:  *Aida J. Gastón García*
Signature

*Aida J. Gastón García*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Gastón García
HC 63 Bz. 3308
Patillas, PR 00723

RECEIVED & FILED
2021 AUG 16 PM 5: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
13 AUG 2021 PM 2 L

SAN JUAN PR
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office, 150
Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Agosto_

Participant's Address: _8007 Macinner Rn E. Jax FL 32244_

Participant's Email Address: _C-agosto-sr @ msn.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Carlos Agosto_
Signature

_Carlos Agosto_
Print Name

_____
Title (if Participant is not an individual)

_August 9 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Agosto
8007 macimn Rd. E
Jacksonville FL. 32244

RECEIVED & FILED
2021 AUG 16 PM 5: 3?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1767

JACKSONVILLE FL  320
9 AUG 2021 · PM 4



Born Swallow

United States District Court Clerks
Office 150 aue. Carlos Chardon
St 150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adela Walker Del Valle_

Participant's Address: _.17 cooperativa Jardines de Trujillo_
_Edificio F- 401, Trujillo Alto, PA 00976_

Participant's Email Address: _adela.walker59@gmail.com_

Name of Counsel: _____

Address of Counsel: _____ N/A _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179502_

Nature of Claim: _The employees retirement System of the Goverment_
_of the Commonwealth of Puerto Rico_

By: _Adela Walker Del Valle_        (new confirmation)
    Signature                      (date 8-11-2017)

    _Adela Walker Del Valle_
    Print Name

    _Auxiliar de contabilidad (Acreedor)_
    Title (if Participant is not an individual)

    _12/Agosto/2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adela Walker del Walk
17 cooperativa Jardnes de Trujillo
Edificio F. 401, Trujillo Alto, P.R. 00976

RECEIVED & FILED
2021 AUG 16 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 159
San Juan, P.R. 00918-1767

0091803703 0018

SAN JUAN PR 009

12 AUG 2021 PM 1 L

1820
Maine

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Omar B. Valentín Arbelo_

Participant's Address: _Urb. Lomas Verdes, Calle Clavel 3F-24 Bayamón 00956_

Participant's Email Address: _Urb. Lomas Verdes, Calle Clavel 3F-24 Bayamón 00956_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _28632_

Nature of Claim: _Retirement Benefits_

By: _____
    Signature

_Omar B. Valentín Arbelo_
Print Name

_____
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Omar B Valentin Rubio
Urb Lomos Verdes
Calle Uba 3E-24
Bayamon PR 00956

RECEIVED & FILED
2021 AUG 16 PM 6:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1703 C018

13 AUG 2021 PM 2 L

SAN JUAN PR 009

United States District Court
Office, 150
Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yatzel  Acevedo  Aguilar_

Participant's Address: _Urb Sierra Linda calle 1 A-9 Cabo Rojo, P.R. 00623_

Participant's Email Address: _yatzela83@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Miriam Aguilar Martinez_
Signature

_Yatzel Acevedo Aguilar_
Print Name

_Yatzel M. Acevedo_
Title (if Participant is not an individual)

_8-12-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yatzel M. Acevedo Aguilar
Urb. Sierra Linda Calle, A-9
Cabo Rojo. P.R. 00623

RECEIVED & FILED
2021 AUG 16 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170399

SAN JUAN PR 009
13 AUG 2021 PM 2  L

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Ana Luisa Santini Rodriguez_

Participant's Address: _2J-60 José M. Solis  Urb Bairoa Park, Caguas PR 00727_

Participant's Email Address: _analsantini 1951 @ gmail .com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120999_

Nature of Claim: _Money owed by the Goverment of P.R. to Public Employee and Pension Retiree_

By: _Ana Luisa Santini Rodriguez_
Signature

_Ana Luisa Santini Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_august 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Luisa Santini
José M. Salió 23-60, Baviva Park
Laguas, P.R. 00727

RECEIVED & FILED
2021 AUG 16 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave Carlos Chardón Ste. 150, San Juan, P.R.

00918-17067

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Rosas Rojas_

Participant's Address: _Res-carin Edif 14 Apt 143_

Participant's Email Address: _maritza 312 @_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Salario_

By: _Maritza Rosas Roj_
Signature

_Maritza Rosas Rojas_
Print Name

_N/A_
Title (if Participant is not an individual)

_10-9-21_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maritza Rosas Rojas
Res. Corron Eutity HA-143
Morovoei P.R. 00 667

RECEIVED & FILED
2021 AUG 16 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-171105

United States District Courts Clerk's
Office 105 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
14 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Jimenez Rosas_

Participant's Address: _Res. Carmen Edif. 14 Apt. 143 Mayaguez P.R_

Participant's Email Address: _angeljimenez350@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO.17 BK 3283 -LTS_

Nature of Claim: _Salario_

By: _Angel L. Jimenez Rosas_
Signature

_Angel L. Jimenez Rosas_
Print Name

_N/A_
Title (if Participant is not an individual)

_10-9-2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel L. Pimentel Rosas
Re S: Cormin Edity Apt 143
Maragez P.R. 00682

RECEIVED & FILED

2021 AUG 16  PM 5: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-171105

United States District Courts Clerk's
Office 105 Ave. Carlos CHardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR   OO9

14 AUG 2021 . PM 1  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:            _Angel L. Santiago González_

Participant's Address:         _PO Box 78 Garrochales P.R. 00652_

Participant's Email Address:   _ryjmel@yahoo.com_

Name of Counsel:               _____

Address of Counsel:            _____

Email Address of Counsel:      _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:           _No. 17 BK 3283-LTS / Promesa Title III_

Nature of Claim:        _Notice of entry of order establishing preliminary_
                        _confirmation submission and discovery procedures, and_
By:    _Angel L. Santiago M2d_   _directing notice to creditors of the same._
Signature

_Angel L. Santiago González_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ense Intoso Gros
P.O. Box 78 Gannochales
P.R. 00652
ryinelG ya hoo.Com

RECEIVED & FILED
2021 AUG 16  PM 5: 39
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,P.R.

00918-170399

SAN JUAN PR  009
14 AUG 2021 PM 1 L

FOREVER/USA

United State District Court Clerks
office, 150. Carlos Chardon Ste.
150, San Juan,P.R. 00 918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Iris E. Santana Feliciano*

Participant's Address: *Alturas Rio Grande, J438, Calle 9 Rio Grande, P. Rico 00745*

Participant's Email Address: *irisesantana@gmail.com*

Name of Counsel: *Lcda Ivone Gonzalez Morales*

Address of Counsel: *Edif. Gallardo, San Juan, PR 00921*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Discovery for confirmation of common wealth Plan of Adjustment*

By: *Iris E. Santana Feliciano*
Signature

*Iris E. Santana Feliciano*
Print Name

_____
Title (if Participant is not an individual)

*12/08/2021*
Date

RECEIVED & FILED
2021 AUG 16 PH 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis B. Santae
alt. 12 vi Marcela
J-438 calle 9
Rio Alm aly, PR 00745

RECEIVED & FILED
2021 AUG 16  PM 5:3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Tribunal Distrito E. U.
#0 Ave. Carlos Chardon Sta, 150
San Juan, P. R. 00918-1767

00918-170399


SAN JUAN PR  009
14 AUG 2021  PM 1  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nélida Cruz Rivera_

Participant's Address: _Ept Mahie Calle 6 D-4 Hcao PR 00791_

Participant's Email Address: _nelly Cruz 1951@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _____

By: _Nélida Cruz Rivera_
Signature

_Nélida Cruz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ofilila Cruz Rivere
But malil, Calle 16
D - 4 Hoo, P R 00 791

RECEIVED & FILED
2021 AUG 16 PM 5:39
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P R

00918-170399

SAN JUAN PR  009
14 AUG 2021 PM 1  L

Notice To the Court's clerks office at
United States District Court Clerks
office, 150 Ave. Carlos Chardon Ste 150
San Juan P.R 00 918-17 67



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DOMINGO Sued Caussade_

Participant's Address: _P.O. Box 141 Guayama P.R 00785-0141_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No he recibido el libro_

Nature of Claim: _Promesa Title III NO. 17BK3283-JJ_

By: _[signature]_
Signature

_Domingo Sued Caussade_
Print Name

_____
Title (if Participant is not an individual)

_08-14-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Domingo Sued Caussade
P. O. Box 141
Guayama P.R. 00785-0141

RECEIVED & FILED
2021 AUG 16 PM 5:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court, Clerks
OFFice 150
ave Carlos Chardov STe. 150
Say Juan P.R 00918-1767



SAN JUAN PR 009
14 AUG 2021 PM 1 L
FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edith Torres Rodriguez_

Participant's Address: _60 Carlton Ave apt 3H Bklyn 11205_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-2TS_

Nature of Claim: _Pension and I don't know if they_

By: _Edith Torres Rodriguez_ _deben me Money_
    Signature                    _en otra area_

_Edith Torres Rodriguez_
Print Name

_Cocinera_
Title (if Participant is not an individual)

_8-13-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Edith Torres Rodriguez
61 Castleton Ave apt 3
Brooklyn N.Y. 11205

United States District Court
Clerk's Office charles st.
150 Ave Carlos Charlon ste.
150, San Juan 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marie Alvarez Beamud_

Participant's Address: _1714 Calle Hamira - Ponce, PR_ _00 73_

Participant's Email Address: _Marie Alvarez 687 at g mail_ _00730_ _.com_

Name of Counsel: _Doris Suarez_

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283_ LTS

Nature of Claim: _____

By: _Marie Alvarez Beamud_
Signature

_Marie Alvarez Beamud_
Print Name

_____
Title (if Participant is not an individual)

_8 - 14 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra Marie I Alvarez
URB Valle Alto
1714 Calle Llanura
Ponce PR  00730

Court's Clerk Office
United States District Court
150 Ave Carlos Chardon Ste 150
Son Juan, PR 00918-1767

00918-170399

SAN JUAN PR  009
14 AUG 2021  PM 1

2021 AUG 16 PM 5: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Awilda Ortiz Colón_

Participant's Address: _P.O. Box 67- Barranquitas, P.R 00794_

Participant's Email Address: _awildaortiz 55@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104251_

Nature of Claim: _____

By: _Awilda Ortiz Colón_ (signature)
Signature

_Awilda Ortiz Colón_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

RECEIVED & FILED
2021 AUG 16  PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Awilda Ortiz
P.O. Box 67
Barranquitas, P.R.
00794

RECEIVED & FILED
2021 AUG 16 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Damaris Pagán Alvira_

Participant's Address: _Urb. Las Américas DD7 calle 8 Bayamón 00959_

Participant's Email Address: _xadami34@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162340_

Nature of Claim: _Accumulated retirement contributions. Pension/Retiree_

By: _Damps Pagán Alvi_
Signature

_Damaris Pagán Alvira_
Print Name

_____
Title (if Participant is not an individual)

_August 6, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Demaris Pagai Alvira
Urb. Las Americas C/8
DB-7 Bayamon P.R. 00959.

RECEIVED & FILED
2021 AUG 16 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767.

AUG 13 2021
SAN JUAN

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis G Sepúlveda Martínez_

Participant's Address: _PO Box 560021 Guayanilla P.R 00618_

Participant's Email Address: _luissepol44@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _10 8094     1 950 30_

Nature of Claim: _Cost of living / law 92_

By: _Luis G Sepúlveda Martínez_
Signature

_Luis G Sepúlveda Martínez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis G. Sepulveda Martinez
PO Box 560021
Guaynabo, P.R. 00652-0021

RECEIVED & FILED
2021 AUG 16 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150
Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexis Anibal Torres Rivera_

Participant's Address: _CAlle AzuKena #139 Bo. DuQue NAGUABO_

Participant's Email Address: _Dubon 1918 C/ Azucena Bo. DuQue NAGUABO_
_PR 00718-3441_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Alexis A. Torres Rivera_
Print Name

_Alex A. Torres Rivera_
Title (if Participant is not an individual)

_12- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Alexis Torres Rivera
Calle Azucena #139 Negrón
Bo. Dague Naguabo PR. 00718-3944

RECEIVED & FILED
2021 AUG 16 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Julissa Pinero Negron.*

Participant's Address: *Calle Azucena #139 Bo. Duque Naguabo*

Participant's Email Address: *Buzon 1918 c/Azucena Bo. Duque Naguabo PR 00718*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
      Signature

*Julissa Pinero Negron*
Print Name

_____
Title (if Participant is not an individual)

*15-agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Alexis Torres Rivera
Julissa Pinero Negrón
Calle Azucena # 139 Buzón 1918
Bo. Duque Naguabo P.R. 00718-3944

RECEIVED & FILED
2021 AUG 16 PH 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz V Irizarry Pierantoni_

Participant's Address: _Po Box 560021 Guayanilla. PR 00652_

Participant's Email Address: _luz v. Irizarry @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _95847_

Nature of Claim: _Salary Scale and Law 92_

By: _Luz V. Irizarry Pierantoni_
Signature

_Luz V Irizarry Pierantoni_
Print Name

_____
Title (if Participant is not an individual)

_August 10 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz V. Irizarry Toventon
PO Box 5600 24
Guayanilla, PR 00656 - 0024

RECEIVED & FILED

2021 AUG 16  PM 5: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170399

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918 - 1767

SAN JUAN PR  009
13 AUG 2021  PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor M. Reyes Rivera_

Participant's Address: _HC 74 Box 5981 Naranjito, P.R 00719-7424_

Participant's Email Address: _787-467-3653_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Victor M Reyes Rivera_
Signature

_Rivera_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor M. Reyes Rivera
He-74 Box 5781
Naranjito, P.R. 00719-7424

RECEIVED & FILED
2021 AUG 16 PM 5: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
14 AUG 2021 PM 1 L



Commonwealth of Puerto Rico
United States District Court
Clerk's office
Carlos Chardon Ste. 150
150 Ave.
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada I. Santiago Martinez_

Participant's Address: _HC 6 Box 4005 Ponce, P.R. 00731-9600_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53843_

Nature of Claim: _See attachment_

By: _Ada I. Santiago Martinez_
Signature

_Ada I Santiago Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

Nature of Claims

I'm claiming hours worked and acervued during my 34 years worked in the Deparment of Education in Puerto Rico. These hours worked and accumulated were not paid to this servant after I retired, which affects my pension.

I'm claiming that I didn't recive the salary increase during my time working for the Deparment of Education in Puerto Rico and my pension was affected too.

Sra. Ada I. Santiago Martinez
HC 6 Box 4005
Ponce, P.R. 00731-9600

00919-176767

To: United States, District Court
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150 San Juan,
P.R. 00918-1767

SAN JUAN PR 009
11 AUG 2021 PM 2 L

RECEIVED & FILED
2021 AUG 16 PM 5:
CLERK'S OFFIC
U.S. DISTRICT CO
SAN JUAN, P.I.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria E. Coffie_

Participant's Address: _7902 W. Hiawatha St Tampa Fl. 33615_

Participant's Email Address: _gloriacoffie0416 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178602_

Nature of Claim: _Claim of Promesa III (Romerazo) $25,200.00_

By: _Gloffie_
Signature

_Gloria E. Coffie_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 13 PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Gloria E Coffie
2902 W. Hawthorne st
Tampa Florida
33615

United States District Court, clerks
office
150 Ave
Carlos Chardon Ste 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Matos, Maria del Carmen_

Participant's Address: _1261 36 S.E Rpto. Metro. S.J. P.R. 00921_

Participant's Email Address: _mitacruz5750@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80181_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Maria del C. Cruz_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

María del C. Cruz
1261 36 S·E Rpto. Metropolitano
S·J·, P·R· 00921


U.S. POSTAGE ›› PITNEY BOWES

ZIP 00927   $ 001.00⁰
02 4W
0000362890 AUG 14 2021

RECEIVED & FILED
2021 AUG 16  PM 5:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States Distric Court
Clerk's Office,
150 Ave. Carlos Chardon Ste 150
San Juan, P·R· 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Oscar Rivera Rosado

Participant's Address:    PO Box 800375 Cotu Laurel PR 00780

Participant's Email Address:   Oscarriverarosado@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    76129

Nature of Claim:    According to the PROMESA LAW Title III and demand
No. 17 BK 3283-LTS, claims they payment of salary increases
established by LAW 89 of 1979 and that were
never granted.

By: _____
   Signature

Oscar Rivera Rosado
Print Name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oscar Rivera Rosado
PO Box 800375
Coto Laurel, P.R. 00780-0375

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

RECEIVED & FILED
2021 AUG 16 PM 5:31
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Barreto Perez_

Participant's Address: _6017 Calle Guama Urb. Esteves Aguadilla PR 00603_

Participant's Email Address: _evelynbarreto1994@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ramda   Title III_

By: _Evelyn Barreto Perez_
Signature

_Evelyn Barreto Perez_
Print Name

_Trnc- Administration_
Title (if Participant is not an individual)

_13- agosto -2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Barreto Perez
6017 Calle Guiana
Urb. Esperanza
Aguadilla, P.R. 00603

00918-170625

SAN JUAN PR 009

14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Carmen M. Rivera Rivera

Participant's Address: P.O. Box 814 Orocovis PR. 00720

Participant's Email Address: milira1012@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Public Employee and Pension Retiree

By: _____
    Signature

Carmen M. Rivera Rivera
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Rivera Rivera
P.O. Box 814
Orocovis, P.R. 00720

RECEIVED & FILED
2021 AUG 16   PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-1706ES

SAN JUAN PR   009
13 AUG 2021   PM 2 L

United States District
Court, Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Blanca R. Quiles Nieves

Participant's Address: D-33 4 Urb. Hnas Dávila Bayamon 00619

Participant's Email Address: manuel1963@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149472

Nature of Claim: Commonwealth of Puerto Rico, Case No. 17BK3283-LTS

By: Blanca R. Quiles Nieves
    Signature

Blanca R. Quiles Nieves
Print Name

III PRomesa
Title (if Participant is not an individual)

9- Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To: Court's Clerk's Office,
United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan P.R. 00918-1767

009181722 0018

SAN JUAN, P.R
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 16 PM 5: 31

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Karla D. Ramos Nieves_

Participant's Address: _Urb. Costa Azul 57 Calle 22 Guayama P.R 00784-6713_

Participant's Email Address: _k.ramos000@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112689_

Nature of Claim: _Public employee_

By: _✓_
     Signature

_Karla D. Ramos Nieves_
Print Name

_____
Title (if Participant is not an individual)

_august 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Karla D. Ramos
57 Calle 22
Urb. Costa Azul
Guayama, PR. 00784-6713

Courts' Clerk's Office at: United States
District Court. Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 31 PH 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:    Nahir Damaris Rivera Vives

Participant's Address:    PO Box 800375 Coto Laurel PR 00780

Participant's Email Address:    nahir.rivera.vives@hotmail.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    126143

Nature of Claim:    According to the PROMESA LAW Title II and demand
    No. 17 BK 3283-LTS, claims the payment of salary increases
    established by LAW 89 of 1979 and amended by law 43
By:   _____    of 1998; and that were never granted.

Signature

Nahir Damaris Rivera Vives
Print Name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nahir D. Rivera Vives
PO Box 800375
Coto Laurel, P.R. 00780-0375

00918-170625

SAN JUAN PR 009

14 AUG 2021 PM 1 L

United States District Courts
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. García Echevarría_

Participant's Address: _Calle Francisco Mender 2F12 Ulb. Bairoa Park_
_Caguas P.R. 00727_

Participant's Email Address: _Mickey_prtc @ hotmail, com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Miguel A. García_
Signature

_Miguel A. García_
Print Name

_____
Title (if Participant is not an individual)

_9 / Ago / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A. Garcia
calle Timaco Huertas
2F12 Urb Brisas Ricc
Caguas PR 00727

00918-170625

United States District Court
Clerk's Office
150 Ave. Chardon Ste. 150
San Juan PR. 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L