UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

        The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Hector Luis Negron Rivera
2. Oscar Alvarez Hernandez (2 notices)
3. Rafael Diaz Lopez (2 notices)
4. Rafael Diaz Collazo
5. Luis G. Sepulveda Martinez (2 notices)
6. Antonia Vives Negron
7. Amarilys Flores Flores (2 notices)
8. Dennisse Aviles Baez
9. Ana Maria Rodriguez Pons
10. Oscar I. Gonzalez Aguayo
11. Carmen Julia Negron Rivera
12. Lisandra Acevedo Cancela
13. Arnaldo Melendez Rosa
14. Sylvia Martinez Calimano
15. Jorge Cortez Santana
16. Nitza M. Marquez Cruz
17. Jose L. Guzman Vega
18. Maria M. Izquierdo Bayona
19. Felix Luis Torres Hernandez
20. Jose G. Pedraza Camacho
21. Brunilda Mendez Perez
22. Maria M. Guzman Rodriguez
23. Luis E. Baco Rodriguez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Jorge Berrios Rivera

25. Ann M. Ruiz

26. Obed Rivera Colon

27. Ariel Oyola Pizarro

28. Josue X. Guzman

29. Nereida E. Diaz Segura

30. Nilda I. Garcia Cintron

31. Olga Alvarado Figueroa

32. Vanessa Cruz Gonzalez

33. Carlos A. Torres Santos

34. Milagros Figueroa Figueroa

35. Aida J. Gaston Garcia (2 notices)

36. Dayna Diaz Rivera

37. Jaime A. Haddock Jimenez

38. Evelyn Magobet Seda

39. Sonia M. Haddock Jimenez

40. Rafael A. Haddock Jimenez

41. Sonia M. Jimenez de la Cruz

42. Kenneth A. Springate

43. Jose Medina

44. Jesus A. Ortiz Rosa

45. Johny Sanchez Ortiz

46. Miguel Angel Delgado Davila

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Catalina Figueroa

    48. Nereida E. Diaz Segura

    49. Laura Santos Rivera

    50. Paulino Velazquez Bermudez

Dated:  August 17, 2021

4