Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Luis Negrón Rivera_

Participant's Address: _Wb. La Vega Calle C #70 Villalba, P.R. 00766_

Participant's Email Address: _hectornegrin 5012 @ gmail . com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 151519 et. al._

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Héctor Luis Negrón Rivera_
Signature

_Héctor Luis Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor Luis Negrón Rivera
Urb. La Vega Calle C #70
Villalba, P. R. 00766

00918-170825

SAN JUAN PR 009

14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P. R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 3:31
U.S. DISTRICT COURT
SAN JUAN



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Oscar Alvarez Hernández_

Participant's Address:  _1377 Calle Jagüey Urb. Los eaobos_
_Ponce P.R. 00716-2627_

Participant's Email Address:  _oscarabian a hotmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _No 17 BK 3283 - LTS_

Nature of Claim:  _Promesa III_

By:  _____
Signature

_Oscar Alvarez Hernández_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost®

Document Mailer

00916-170625

From: Oscar Alvarez Hernandez
1377 Calle Jagüey
Urb. Los Caobos
Ponce PR. 00716 - 2627

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To: Unite State District Court
Clerk office
150 Ave. Carlos Chardon
Ste. 150 San Juan P.R.
00918 - 1767



RECEIVED & FILED
2021 AUG 16 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Alvarez Hernandez_

Participant's Address: _1377 Calle Jaguey Urb Los Caobos_
_Ponce P.R. 00716-2627_

Participant's Email Address: _oscarabiam@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _[signature]_
Signature

_Oscar Alvarez Hernández_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**ReadyPost**

Document Mailer

00918-170525

From: Alvarez Hernández Oscar
1377 Calle Teguas
Urb Los Caobos
Ponce PR 00716 ~2627

SAN JUAN PR 009
13 AUG 2021 PM 2 L

To: United State District Court
Clerks office
150 Ave Carlos
Chardon Ste
150 San Juan PR
00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Diaz Lopez_

Participant's Address: _PO Box 604, Coamo PR 00769-0604_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103246_

Nature of Claim: _Against Commonwealth of PR_     Title III

By: _____
Signature

_Rafael Diaz Lopez_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 31
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Diaz López
P.O. Box 604
Coamo, P.R. 00769

SAN JUAN PR   009
14 AUG 2021 PM1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

00918-176625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Rafael Diaz López

Participant's Address: PO Box 604 Coamo PR 00769-0604

Participant's Email Address: N/A

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 103714

Nature of Claim: Liability from Employee Retirement

By: _____
    Signature

Rafael Díaz López
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Díaz López
P.O. Box 604
Coamo, P.R. 00769

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-170625

United States District Court,
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

2021 AUG 16 PM 5: 31
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Diaz Collazo_

Participant's Address: _URB. Town House R-47, Coamo, PR. 00769_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III_

Nature of Claim: _____

By: _Rafael Diaz Collazo_
Signature

_Rafael Diaz Collazo_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Díaz Collazo
URB. Town House R-47
Coamo, P.R. 00769

United States District Court, Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.

SAN JUAN PR  009
14 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis G. Sepúlveda Martínez_

Participant's Address: _PO Box 560021 Guaynabo P.R. 00656_

Participant's Email Address: _luissepul44@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _95847_

Nature of Claim: _Salary Scale_

By: _[signature]_

Signature

_Luis G Sepúlveda Martínez_

Print Name

_____

Title (if Participant is not an individual)

_10/august/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis G Sepulveda Martinez
PO Box 560021
Guaynabo, P.R. 00656

00918-170625

United States District Court
Clerk's Office
150 Que. Carlos Chardon Ste.150
San Juan P.R 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 16 PM 5: 31
RECEIVED & FILED

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luis G Sepulveda Martinez*

Participant's Address: *PO Box 560021 Guaynabo P.R. 00675*

Participant's Email Address: *loissepul44 e gmail. Com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *50786*

Nature of Claim: *Law 89*

By: *[signature]*

Signature

*Luis G Sepulveda Martinez*

Print Name

_____

Title (if Participant is not an individual)

*August 10 2021*

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis G Sepúlveda Martínez
PO Box 560021
Guayanilla, P.R. 00652

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
13 AUG 2021 PM 2 L

FOREVER / USA

RECEIVED & FILED
2021 AUG 16 PM 3:31
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Antonia Vives Negrón_

Participant's Address: _PO Box 800375 Coto Laurel PR 00780_

Participant's Email Address: _antoniavives@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75924_

Nature of Claim: _According to the PROMESA LAW Title III and demand No. 17 BK 3283-LTS, claims the payment of salary increases established by Law 89 of 1979 and that were never granted._

By: _Antonia Vives Negrón_
Signature

_Antonia Vives Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonia Vives Negron
PO Box 800375
coto laurel, PR. 00780-0375

SAN JUAN PR  009
14 AUG 2021 PM 1  L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 16 PM 5: 32

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Amarilys Flores Flores*

Participant's Address: *P.O. Box 177 Comerio, P.R. 00782*

Participant's Email Address: *am.flores71@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *30024*

Nature of Claim: *Salario*

By: *Amarilys Flores Flores*
Signature

*Amarilys Flores Flores*
Print Name

_____
Title (if Participant is not an individual)

*13 - agosto - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amanlys Flores Flores
P.O. Box 177
Comerio, P.R. 00782

RECEIVED & FILED
2021 AUG 16  PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR   009
14 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Amarilys Flores Flores_

Participant's Address: _P.O. Box 177 Comerio, P.R 00782_

Participant's Email Address: _am.flores.fl @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _27946_

Nature of Claim: _Retiro_

By: _Amarily Flores Flores_
Signature

_Amarilys Flores Flores_
Print Name

_____
Title (if Participant is not an individual)

_13 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Amarilys Flores Flores
P.O. Box 177
Comerio, P.R. 00782

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dennisse Avilés Baéu_

Participant's Address: _736 Paseo del Parque Juana Díaz, P.R. 00795_

Participant's Email Address: _dennisseaviles62@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
Signature

_Dennisse Avilés Baéu_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dennisse Aviles Báez
136 Paseos del Parque
Juana Díaz, P.R. 00795

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana María Rodríguez Pons_

Participant's Address: _P.O. Box 482 Villalba, P.R. 00766_

Participant's Email Address: _pedri_98 @ yahoo.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165245 ET. AL._

Nature of Claim: _Unpaid wage by The Government of Puerto Rico_

By: _Ana M. Rodríguez Pons_
Signature

_Ana M. Rodríguez Pons_
Print Name

_No_
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. Rodríguez Torres
P.O. Box 482
Villalba, P.R.
00766

00918-1706290

United States District Court
Clerk's Office
150 Ave. Chardon Chardon STE. 150
San Juan, P.R.

SAN JUAN PR 009
13 AUG 2021 PM 2 L

U.S.A. FOREVER

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 16 PM 5: 32
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar I. González Aguayo_

Participant's Address: _10 Urb. Montecasino HTS calle Rio Hondo B-10 Toa Alta, PR 00953_

Participant's Email Address: _dachalios @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83835_

Nature of Claim: _Pension/Retiree_

By: _[signature]_
Signature

_Oscar I. González Aguayo_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oscar I. González Aguayo
10 Urb Montecasino #15
Calle Rio Hondo B-10
Too Alto P.R 00953

Notice Court's Clerk's Office
United States District Court's Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Julia Negrón Rivera_

Participant's Address: _Urb. Vista Alegre Calle Orquideas 318 Villalba, P.R. 00766_

Participant's Email Address: _negroncarmen16@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 104693_

Nature of Claim: _Unpaid wages by the government of P.R._

By: _Carmen Julia Negrón Rivera_
Signature

_Carmen Julia Negrón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Negrón Rivera
Urb. Vista Alegre
Calle Orquídeas 318
Villalba, P.R. 00766

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lisandra Acevedo Cancela*

Participant's Address: *calle Formosa N-45 Santa Juanita Bayamón, P.R.*

Participant's Email Address: *lisandraacv2@hotmail.com*

Name of Counsel: *N-A*

Address of Counsel: *N-A*

Email Address of Counsel: *N-A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *96159*

Nature of Claim: *Public Employee Claims - Department of Education*

By: *Lisandra Acevedo Cancela*
Signature

*Lisandra Acevedo Cancela*
Print Name

_____
Title (if Participant is not an individual)

*August 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lisandra Acevedo Cancela
c/ Formosa N-45
Santa Juanita Bayamon P.R. 00956

Notice to the Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16 PM 5:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Arnaldo Meléndez Rara

Participant's Address:   R. R. 12 Box 10040 Buena Vista
Bayamón, Puerto Rico 00956

Participant's Email Address:   el regional Meléndez @ gmail. com

Name of Counsel:   n/A

Address of Counsel:   n/A

Email Address of Counsel:   n/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   47085

Nature of Claim:   Pension

By:   _am?_
Signature

Arnaldo Meléndez Rara
Print Name

Retirement
Title (if Participant is not an individual)

agosto 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arnaldo Melendez Rosa
R. R. 12 Box 10040
Bayamon, P. R. 00956

RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR  009
13 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia Martinez Calimono_

Participant's Address: _445 Lirio St    San Juan PR 00926_

Participant's Email Address: _Smartine 423 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Commonwealth Bond   Acct No. 7BR- 96C90 for $5,000.00_

By: _Sylvia Martinez Calimono_
Signature

_Sylvia I. Martinez Calimono_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Martínez Colimano
445 Lido St
San Juan, PR 00926-7204

RECEIVED & FILED
2021 AUG 16 PM 5: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR  009

13 AUG 2021  PM 2 L

United States District Court
Clerk's Office
150 Ave.C.Chardon  Suite 150
San Juan, P.R. 00918-1767


HEALING
PTSD
+ FIRST-CLASS USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge Cortez Santana_

Participant's Address: _PO Box 1446 Las Piedras PR 00771_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR/1845 SRF55776 Pack I 167906_

Nature of Claim: _____

By: _Jorge Cortez Santana_
Signature

_Jorge Cortez Santana_
Print Name

_____
Title (if Participant is not an individual)

_8/8/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021          9

Jorge Cortes Santana
PO Box 1446
Las Piedras PR 00771

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Courts
Clerks office at:
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

00918-1767

SAN JUAN PR
14 AUG 2021 PM 1

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _NiTzA M. Márquez Cruz_

Participant's Address: _Calle Kennedy 718 Urb La Cumbre San Juan, PR00926_

Participant's Email Address: _nmarquezcruz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Ley 89 - Romerazo_

By: _Nitza M. Marquez Cruz_
Signature

_NiTza M. Márquez Cruz_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rija Ri. Reorp Cz
Kennedy 718 Urb. la Cumbre
San Juan, PR 0092L

RECEIVED & FILED

2021 AUG 16 PM 5: 3

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose L. Guzman Vega_

Participant's Address: _708 Calle 65 Infanteria, Trujillo Alto, P.R. 00976_

Participant's Email Address: _cheotrujillo1164@gmail.com_

Name of Counsel: _____

Address of Counsel: _____ n/a _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141404  (Last claim)_

Nature of Claim: _The employees retirement system of the goverment of the commonwealth of Puerto Rico_

By: _Jose L. Guzman Vega_
Signature

_Jose L. Guzman Vega_
Print Name

_Acreedor_
Title (if Participant is not an individual)

_12 / Agosto / 2021_
Date

_(New confirmation date 8-10-21)_

RECEIVED & FILED
2021 AUG 16 PM 5:3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose L. Guzman Vega
708 Calle 65 Infanteria
Trujillo Alto, P.R. 00976

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

0091831706 C018

SAN JUAN PR 009

12 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria M. Izquierdo Bayona_

Participant's Address: _HC-03 BOX 7855 Las Piedras PR_

Participant's Email Address: _Izquierdom_12 @ outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _retirement_

By: _Maria M. Izquierdo_
Signature

_Maria M. Izquierdo_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Izquierdo
HC-03 Box 7855
Las Piedras, PR 00771

00918-170625

SAN JUAN PR   009
14 AUG 2021 PM 1 L

United States District Courthouse Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

RECEIVED & FILED
2021 AUG 16 AM 11:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: Felix Luis Torres Hernández

Participant's Address: HC 05 Box 13712, Juana Díaz, PR 00795

Participant's Email Address: felixynery@gmail.com

Name of Counsel: Lic Alberto Aresti Franceschini

Address of Counsel: Suite 1109, Edif Union Plaza
416 Ave Ponce de León, Hato Rey, PR 00918
Tel. (787) 751-5740

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 34762 y 22712

Nature of Claim: Salary Adjustment

By: _____
Signature

Felix Luis Torres Hernández
Print Name

_____
Title (if Participant is not an individual)

11 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Felix L. Torres Hernández
HC 05 Box 13 712
Juana Díaz, PR 00795

SAN JUAN PR   009
12 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-7667


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  *José G. Pedraza Camacho*

Participant's Address:  *HC-03 Box 7855 Bo. Tejas, Las Piedras PR 00771*

Participant's Email Address:  *josepedraza0911@Icloud.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *No. 17 BK 3283-LTS*

Nature of Claim:  *Retirement*

By:  *[signature]*
Signature

*José G. Pedraza Camacho*
Print Name

_____
Title (if Participant is not an individual)

*August 12, 2021*
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José G. Pedraza Camacho
HC-03 BOX 7855
Las Piedras, P.R. 00771

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706251

SAN JUAN PR   009
14 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Brunilda Méndez Pérez_

Participant's Address: _6 Las Margaritas Isabela, PR 00662_

Participant's Email Address: _mendezbruni29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Brunilda Méndez Pérez_
Signature

_Brunilda Méndez Perez_
Print Name

_____
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Brunilda Mendez Perez
6 Las Margaritas
Isabela, PR 00662

0091B-1706Z5

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Guzmán Rodríguez

Participant's Address: HC 03 Box 15239, Juana Díaz, PR 00795

Participant's Email Address: mgrodar@gmail.com

Name of Counsel: Lic. Alberto Aresti Franceschini

Address of Counsel: Suite 1109, Edif. Unión Plaza 416 Ave. Ponce Hato Rey, PR 00918  Tel. (787) 751-5740 de Leon

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 32944

Nature of Claim: Salary Adjustment

By: _____
Signature

Maria M. Guzmán Rodríguez
Print Name

_____
Title (if Participant is not an individual)

8 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United</u> States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Maria M. Gonzalez Rodz
HC-03 Box 15235
Juana Diaz, PR 00795

RECEIVED & FILED
2021 AUG 16 PM 5:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
12 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luis E. Baco Rodriguez

Participant's Address: PO Box 6484 Mayaguez, PR 00681

Participant's Email Address: luubaco@hotmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Investment of $175,000.00 in the employees retirement system bond

By: _____
Signature

Luis E. Baco Rodriguez
Print Name

_____
Title (if Participant is not an individual)

Aug / 11 / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis E. Baco Rodriguez
PO Box 6484
Mayaguez, PR 00681

RECEIVED & FILED
2021 AUG 16  PH 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0081881706 0018

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Jorge Berrios Rivera*

Participant's Address:  *7965 Carriage Pointe Dr.*

Participant's Email Address:  *jorgeberrios81@yahoo.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK 3283-LTS*

Nature of Claim:  *Participate in Discovery for Commonwealth Plan confirmation.*

By:  x *Jorge Berrios Rivera*
Signature

*Jorge A. Berrios Rivera.*
Print Name

Title (if Participant is not an individual)

*8/8/21*
Date

*[stamp: RECEIVED & FILED 2021 AUG 16 PM 5:33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Benites Rivera
7465 Carriage Pointe Dr.
Gibsonton, FL.
33534

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881706 0018

Discovery Notice to the Court's Clerk Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon STE. 150
San Juan, P.R. 00918-1767.

TAMPA FL 335
SAINT PETERSBURG FL
9 AUG 2021 PM 4 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ann M. Ruiz_

Participant's Address: _270 Eleuthera Dr. Lake Alfred Fl 33850_

Participant's Email Address: _annieruiz1@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176202_

Nature of Claim: _El Romerazo_

By: _Ann M. Ruiz_
Signature

_Ann M. Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_8/2/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ann M. Ruiz
270 Eleuthera Dr
Lake Alfred, FL 33850

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAINT PETERSBURG FL
9 AUG 2021 PM 7 L

TAMPA FL 335



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Obed Rivera Colon_

Participant's Address: _721 Toulon Dr._

Participant's Email Address: _noemi.vele252@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Obed Rivera Colon_
Signature

_Obed Rivera Colon_
Print Name

_____
Title (if Participant is not an individual)

_8-10-2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Obed Rivera Colon
721, Toulon Dr.
Kissimmee FL.
34759



RECEIVED & FILED
2021 AUG 16 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

0100 0076 1881 ORLANDO FL 328
10 AUG 2021 PM 6 L

Discovery Notice to the Court's
United State Distwict, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ariel Oyola Pizarro_

Participant's Address: _219 Bedford drive, Kissimmee fl. 34758_

Participant's Email Address: _Oyolaa7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _24131_

Nature of Claim: _Pension/Retiree claim_

By: _Ariel Oyola Pizarro_
Signature

_Ariel Oyola Pizarro_
Print Name

_____
Title (if Participant is not an individual)

_August/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ariel Oyola Pizarro
219 Bedford Drive
Kissimmee, Florida
34758

RECEIVED & FILED
2021 AUG 16  PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court,
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

ORLANDO FL 328

10 AUG 2021 PM 4 L

AUG 10 2021

USPS - ORLANDO FL 32805

ARTHU

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josue x Guzman_

Participant's Address: _44 York Ct. Kissimme Fla. 34758_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Puerto Rico_

By: _Josue x Guzman_
Signature

_Josue x. Guzman_
Print Name

_Pnomesa_
Title (if Participant is not an individual)

_8/8/21_
Date

2021 AUG 16 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose X Guzmin
344 Vick St.
Kissimmee, Fla. 34758

Discovery Notices to the Courts Clerk's office
United States District Court clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176825

RECEIVED & FILED
2021 AUG 16 PM 5: 34
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

ORLANDO FL 328
10 AUG 2021 PM 2 L

PURPLE HEART
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nereida E Diaz-Segura_

Participant's Address: _787 Panical Dr. Apopka, FL 32703_

Participant's Email Address: _ndiaz6666@yahoo.com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175733 / 175408 / 178512_

Nature of Claim: _I did not get my $21,600 that corresponds me based on Pronesa Titlke III "Pernerazo Law"_

By: _[signature]_
Signature

_Nereida E Diaz-Segura_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nereida Diaz Seguro
787 Parcel Dr.
Apopka, FL 32703

RECEIVED & FILED
2021 AUG 16  PM 5: 34
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

ORLANDO FL 328
10 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda I. Garcia Cintrón_

Participant's Address: _2721 BARCLAY LANE Kissimmee, FL 34743-6090_

Participant's Email Address: _garcintron49@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Nilda I Garcia Cintrón_
Signature

_Nilda I. Garcia Cintron_
Print Name

_____
Title (if Participant is not an individual)

_08/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda I. Garcia Cintron
2721 BARCLAY LANE
Kissimmee, FL 34743-6098

RECEIVED & FILED
2021 AUG 16  PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

ORLANDO FL  328
12 AUG 2021  PM 6  L

FOREVER / USA

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Alvarado Figueroa_

Participant's Address: _Calle Pedro Alvarado #4 P.O. Box 725 Peñuelas, P.R. 00624_

Participant's Email Address: _alvaradoolga65@yahoo.com._

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Olga Alvarado Figueroa_
       Signature

_Olga Alvarado Figueroa_
Print Name

_—_
Title (if Participant is not an individual)

_August 14 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Olga Alvarado Figueroa
P.O. Box 725
Peñuelas, P.R. 00624

SAN JUAN PR 009

14 AUG 2021 PM 1 L

00916-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16  PM 3: 34

RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Cruz González_

Participant's Address: _Urb. San Juan Bautista B-6 Maricas, PR 00606_

Participant's Email Address: _3910362@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _140174_

Nature of Claim: _Salary Claim (Court of first instance San Juan Puerto Rico Civil Num. K PE 2007-4359 (803))_

By: _____
Signature

_Vanessa Cruz González_
Print Name

_____
Title (if Participant is not an individual)

_August 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Cruz González
Urb. San Juan Bautista
Calle B-6
Maricao, PR 00606

RECEIVED & FILED
2021 AUG 16 PH 5: 34
CLERK'S OFFICE
U.S. DISTRICT COUR.
SAN JUAN, P R

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Torres Santos Carlos A.*

Participant's Address:  *Villa Carolina 25 #12 Calle 6 Carolina PR 00985*

Participant's Email Address:  *Carlos@torressanto9@Gmail.com*

Name of Counsel: 

Address of Counsel:  *N/A*

Email Address of Counsel: 

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *25805*

Nature of Claim:  *Retiro - Retire*

By:  *[signature]*

Signature

*CARLOS A. Torres Santos*

Print Name

_____

Title (if Participant is not an individual)

*13 - Agosto - 2021*

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos A. Torres Santos
Villa Carolina
25 #12 Calle 6
Carolina, PR 00985

RECEIVED & FILED

2021 AUG 16 PM 5: 34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court, Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, PR 00918-1767



SAN JUAN PR 009

13 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagro Figueroa Figueroa_

Participant's Address: _El Cortijo Calle 19 #07 Bayamón PR 00956_

Participant's Email Address: _millie.ff14@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157906_

Nature of Claim: _____

By: _Milagros Figueroa Figueroa_
Signature

_Milagros Figueroa Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_13/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milagros Figueroa (Figueroa)
Calle 19 #07 ellustop
Bayamoni PR-00956

RECEIVED & FILED
2021 AUG 16 PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-1706.25

United States District Court, Clerk office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009
13 AUG 2021 PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Aida J. Gaston Garcia_

Participant's Address: Urb. _Valles de Patillas   Street #2   B-7_

Participant's Email Address: _aidagaston1265@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aida J. Gaston Garcia_
Signature

_Aida J. Gaston Garcia_
Print Name

_____
Title (if Participant is not an individual)

_11- August -2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada Crostin Garúa
HC 63 Bz 3308
Patillas, PR 00723

RECEIVED & FILED
2021 AUG 16 PM 5:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office 150
Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aida J. Gastón García*

Participant's Address: *HC 63 Box 3308 Patillas, PR 00723*

Participant's Email Address: *aidagaston1265@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Aida J. Gastón García*
Signature

*Aida J. Gastón García*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Gastón García
HC 63 Bz. 3308
Patillas, PR 00723

RECEIVED & FILED

2021 AUG 16 PM 5:34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009

13 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _DAYNA DIAZ-Rivera_

Participant's Address: _Dorado J 328, Ext. Forest Hills, Bayamón_
_00959_

Participant's Email Address: _dayna56pr6yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Dayna Diaz_ (signature)
Signature

_DAYNA DIAZ-Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dayana Diaz Rivera
c/ Dorado St 328
Ext. Forest Hills, Bayamon
P.R. 00959

RECEIVED & FILED
2021 AUG 16  PM 5: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706B5

SAN JUAN PR  009
14 AUG 2021 PM 1  L



US District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Jaime A. Haddock Jiménez_

Participant's Address:  _Jrdns. Country Club, calle 23 Q-3_
_Carolina PR 00983-1638_

Participant's Email Address:  _jahj76@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _117584_

Nature of Claim:  _Public Employee and Pension/Retiree Claims_

By:  _Jaime Haddock_
Signature

_Jaime A. Haddock Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jaime A.. Haddock Jimenez
Jardns. de Country Club calle 23 Q-3
Carolina, PR 00983-1638

RECEIVED & FILED

2021 AUG 16  PM 5: 35

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

SAN JUAN PR OO9

14 AUG 2021PM 1 L

00918-170625

United States District Court's, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Evelyn Magobet - Seda

Participant's Address:   Urb. University Gardens I-23 Calle Ausubo Arcabo, PR 00612

Participant's Email Address:   emagobet@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:   153458

Nature of Claim:   Public Employee and Pension / Retiree

By:   *Evelyn Magobet Seda*
Signature

*Evelyn Magobet Seda*
Print Name

_____
Title (if Participant is not an individual)

8 | 11 | 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Magobet Seda
Urb. University Gardens
I-23 Calle Ausubo
Arecibo, PR 00612

RECEIVED & FILED

2021 AUG 16 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

14 AUG 2021 PM 1 L



United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: ___Sonia M. Haddock Jimenez___

Participant's Address: ___Trans. Country Club, calle 23 Q-3___
___Carolina, PR. 00 983-1638___

Participant's Email Address: ___smhaddock@gmail.com___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___125405___

Nature of Claim: ___Public Employee and Pension/Retiree Claims___

By: ___Sonia Haddock Jiminy___
Signature

___Sonia M. Haddock Jimenez___
Print Name

_____
Title (if Participant is not an individual)

___August 3, 2021___
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Haddock Jimenez
Jardins. de Country Club calle 23 Q-3
Carolina, PR 00983-1638

RECEIVED & FILED

2021 AUG 16 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

00918-1706≡5

SAN JUAN PR OO9
14 AUG 2021 PM 1 L

United States District Court's, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918=1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael A. Haddock Jimenez

Participant's Address: Jardns. Country Club calle 23 Q-3 Carolina, P.R 00983-1638

Participant's Email Address: rafael1510@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _____
Signature

Rafael A. Haddock Jimenez
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael A., Haddock Jimenez
Jardns. de Country Club calle 23 Q-3
Carolina, PR 00983-1638

RECEIVED & FILED

2021 AUG 16 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-1706.25

United States District Court's, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918=1767



SAN JUAN PR   OO9
14 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Sonia M. Jiménez De La Cruz

Participant's Address:  Jrdns. Country Club, calle 23 CN-3
Carolina, P.R. 00983-1628

Participant's Email Address:  smjdlc@gmail.com

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  129347

Nature of Claim:  Public Employee and Pension / Retiree Claims

By:  _Sonia M. Jiménez De La Cruz_
Signature

_Sonia M. Jiménez De La Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia M. Jimenez De La Cruz
Jardins. de Country Club calle 23 Q-3
Carolina, PR 00983-1638

RECEIVED & FILED

2021 AUG 16  PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-170625

United States District Court's, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918=1767



SRF 55335

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _KENNETH A. SPRINGATE_

Participant's Address: _61 W 29th PLACE #4213  EUGENE, OR 97405_

Participant's Email Address: _kgate @ AOL.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _?_

Nature of Claim: _?_

By: _Kenneth A. Springate_
Signature

_KENNETH A. SPRINGATE_
Print Name

_____
Title (if Participant is not an individual)

_8/17/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



KENNETH SPRINGATE
61 W. 29TH PL.
APT. 4213
EUGENE, OR 97405

RECEIVED & FILED

2021 AUG 16 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURTS CLERKS OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

00918-170625

U.S. POSTAGE PAID
ECOMLETTER
EUGENE, OR
97405
AUG 11, 21
AMOUNT
$0.55
R2304M11751-16

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        Jose Medina

Participant's Address:     80 Parrish street Apt 418 Canandaigua NY 14424

Participant's Email Address: _____

Name of Counsel:          _____

Address of Counsel:       _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:             _____

Nature of Claim:          _____

By:    _____
       Signature

       JOSE E Medina
       Print Name

       _____
       Title (if Participant is not an individual)

       8-10-2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**EIGHTY PARRISH STREET APARTMENTS**
80 Parrish Street
Canandaigua, NY 14424

RECEIVED & FILED
2021 AUG 16  PM 5: 35

K'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 156
San Juan, P.R. 00918



ROCHESTER NY 144

10 AUG 2021 PM 2 L

FIRST-CLASS

US POSTAGE

$ 000.510

PITNEY BOWES

02 1P
0001200162
MAILED FROM ZIP CODE 14424

$ 000.510
AUG 10 2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesus A. Ortiz Rosa_

Participant's Address: _2 North Main St. Apt. 1H Wtby, CT 06702_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Lost retirement_

By: _[signature]_
Signature

_Jesus A. Ortiz Rosa_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus A. Ortiz Rosa
2 North Main St. Apt. 14
Waterbury, CT 06702

RECEIVED & FILED

2021 AUG 16 PM 5: 35

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706825

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

HARTFORD CT 061
20 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Johnny Sanchez Ortiz_

Participant's Address: _1502 Mott Ave Apt A I H FAR Rockaway N.Y. 11691_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168645_

Nature of Claim: _____

By: _Johnny Sanchez Ortiz_
Signature

_Johnny Sanchez Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_8/9/21_
Date

RECEIVED & FILED
2021 AUG 16 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Johnny Sanchez Ortiz
1502 Mott Ave. Apt. A1H
Far Rockaway N.Y. 11691

RECEIVED & FILED
2021 AUG 16  PH 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

United States District Court, Clerk's Office
150 Ave. Carlos Chardo Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel Angel Delgado Davila_

Participant's Address: _114 Smith St 2nd Flr, New Britain CT 06053_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171382_

Nature of Claim: _Unpaid Salary_

By: _Miguel A. Delgado Davila_
Signature

_Miguel A. Delgado Davila_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 6 PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Miguel A. Delgado Davila
144 Smith St
2nd Floor
New Britain, CT 06053

RECEIVED & FILED
2021 AUG 16  PM 5: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

U.S. District Court
Clerk's Office
150 Ave.
Carlos Chardon Ste. 150
San Juan,
P.R. 00918-1767

HARTFORD CT 060

11 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Catalina Figueroa_

Participant's Address: _1305 Sylvan Ave Apt 104 New Haven CT, 0651?_

Participant's Email Address: _None_

Name of Counsel: _O'NEILL + BORGES LLC_

Address of Counsel: _250 Muñoz Rivera Av, suite 800 San Juan PR 00918-1813_

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: X _Catalina Figueroa_
Signature

_Catalina Figueroa_
Print Name

_Helper to the dietition_
Title (if Participant is not an individual)

_8-11-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Catalina Figueroa
130 Sylvan Ave. Apt 104
New Haven CT 06519

RECEIVED & FILED
2021 AUG 16 PM 5: 35
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
150 San Juan, PR 00918-1767

HARTFORD CT 060
11 AUG 2021 PM 5  L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nereida E Diaz-Segura_

Participant's Address: _787 Panical Dr Apopka, FL 32703_

Participant's Email Address: _ndiaz 6666 @ yahoo com_

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175733 / 175408 / 178512_

Nature of Claim: _I did not get my $21,600 that corresponds me based on Theresa Title III "America Law"_

By: _[signature]_
Signature

_Nereida E Diaz Segura_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oneida Diaz-Segura
787 Panical Dr
Apopka, FL 32703

RECEIVED & FILED
2021 AUG 16 PM 5:36
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

ORLANDO FL 328
10 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura Santos Rivera_

Participant's Address: _821 Poplarwood Ln Kissimmee Fl 34743_

Participant's Email Address: _laura.santos.rivera@gmail.com_

Name of Counsel: _Departamento de Educación Department of Education of Puerto Rico_

Address of Counsel: _PO Box 190759 San Juan, PR 00919-0759_

Email Address of Counsel: _laura.santos.rivera@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _68186_

Nature of Claim: _The employees retirement system of the government of the commonwealth of Puerto Rico_

By: _[signature]_
Signature

_Laura Santos Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura Santos Rivera
821 Poplarwood Ln
Kissimmee Fl 34743

RECEIVED & FILED

2021 AUG 16  PM 5: 09

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the courts Clerks office at:
United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Paulino Velazquez Bermudez_

Participant's Address: _Ext. Villa Buena Ventura Calle Diamante #508_
_Yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _I am a retire employee and I want or intent to_
_participate in Discovery for Commonwealth plan_
_Confirmation._

By: _[signature]_
Signature

_Paulino Velazquez Bermudez_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 16 PM 5:09 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

