UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION TO WITHDRAW LIFT OF STAY MOTION

    The *Motion to Withdraw Lift of Stay Motion* (Docket Entry No. 17863 in Case No. 17-3283), filed by the certified plaintiffs' class in the case captioned <u>Gladys García Rubiera, et al., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG) and attorney Antonio J. Amadeo Murga, withdrawing with prejudice the *Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 2434 in Case No. 17-3283, the "Stay Relief Motion") on the grounds that the plaintiffs' class and their counsel have resolved the issues by virtue of a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

stipulation entered into on October 15, 2020, which the Court has approved by its Memorandum and Order of June 29, 2021 (Docket Entry Nos. 17185 and 17186 in Case No. 17-3283), is hereby GRANTED, and the Stay Relief Motion is withdrawn with prejudice.

This Order resolves Docket Entry Nos. 2434 and 17863.

SO ORDERED.

Dated: August 17, 2021

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge