UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION TO WITHDRAW
<u>MOTION FOR CLASS COUNSEL ATTORNEY'S FEES</u>

       The *Motion to Withdraw Motion for Class Counsel Attorney's Fees* (Docket Entry No. 17865 in Case No. 17-3283), filed by the certified plaintiffs' class in the case captioned <u>Gladys García Rubiera, et al., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG) and attorney Antonio J. Amadeo Murga, requesting withdrawal with prejudice of the *Motion for Class Counsel Attorney's Fees* (Docket Entry No. 17523, the "Motion for Attorney's Fees") and *Complementary*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Motion as to the Fees and Expenses Incurred in Relation to Lift of Stay Proceedings Resulting in the Stipulation and Order Granting Remedy to Plantiffs' Class* (Docket Entry No. 17523-1 in Case No. 17-3283, the "Complementary Motion"), is hereby GRANTED with prejudice and the Motion for Attorney's Fees and the Complementary Motion are hereby terminated.

This Order resolves Docket Entry Nos. 17523, 17523-1, and 17865.

SO ORDERED.

Dated: August 17, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge