UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Maria Morales Sanchez
2. Lawrence Martinez Nieves
3. Jose A. Cristobal Matos
4. Sofia Hernandez Fonseca
5. Felicia Rivera Ramirez
6. Wanda I. Mendoza Torres
7. Maria D. Diaz Malave
8. Eredeswinda Matos Alvarado
9. Rosaura Laguer Garcia
10. Elba Bosques Aviles
11. Vilma del C. Medina Ocasio
12. Aan Isabel Rivera Santana
13. Mirza I. Leon Candelario
14. Juanita Muller Arroyo (3 notices)
15. Hector I. Maestre Gonzalez
16. Ana Delia Barrientos Santana (2 notices)
17. Maria Lina Montes Cordero
18. Hermegenildo Rodriguez Gonzalez
19. Kenneth Burgos Cora (2 notices)
20. Vivian Arocho Hernandez
21. Ricardo Luis Santiago Miranda
22. Francisco J. Ortiz Roman
23. Carmelo Barrientos Santana

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Jomil A. Agron Morales

25. Milagros Morales Crespo

26. Karla M. Agron Morales

27. Yashira V. Agron Morales

28. Gloria Elsa Rodriguez Galarza

29. Ruben Garcia Caceres

30. Norma M. Cancel Ayala

31. Aladino Gonzalez Martinez

32. Karen Rivera Gonzalez

33. Carmen E. Rivera Santana

34. Maxima Ortega Reyes

35. Sorangel Rodriguez Mercado

36. Josefina Castro Boria

37. Melvyn F. Ortiz Miranda

38. Hector L. Capo Villafañe

39. Jose G. Baez Perez

40. Vanessa Torres Gerena (3 notices)

41. Wanda Mendez Ramos (4 notices)

42. Ramonita Suarez Matos (2 notices)

43. Vanessa M. Vazquez Delgado

44. Maria A. Olivo Claudio

45. Luis A. Rivera Alvarado

46. Edward Vazquez Morales

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

    47. Richard Alers Segarra

    48. Migdalia Mateo Rivera

    49. Wanda L. Ramos Rivera

    50. Ramon E. Peña Deodatti

Dated: August 17, 2021