Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Morales Sánchez_

Participant's Address: _P. O. Box 825 Dorado, PR 00646_

Participant's Email Address: _Wpadilla 2318 a gmail.com (hija)_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _55386_

Nature of Claim: _____

By: _Maria Morales Sánchez_
 Signature

_Maria Morales Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_12, de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of claim

Under the responsability of Governor of Puerto Rico Carlos Romero Barceló, during the years 1980-1984 an increase of salary known as Romerazo C Law 89 granted the amount of $100.00 monthly that was never pay. I retired in 2007.

Also during the years 1984-1997 the Labor Scale Law #164 granted a 3% every three years to increase the pension as retired. It was never pay either.

Other law that I claim is Labor #9

Mario Morales Sanchez
P.O. Box 825
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 16  PM 5: 09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Court's clerk's office
United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



**PRIORITY**
★ **MAIL** ★

**FLAT RATE ENV**
ONE RATE ★ ANY WEIG

APPLY PRIORITY MAIL I

USPS SIGNATURE® TRACKING #

EXPECTED DELIVERY DAY: 08/14/21

9510 8114 5583 1225 4799 98

U.S. POSTAGE PAID
PM 1-Day
TOA BAJA, PR
00949
AUG 13_21
AMOUNT

**$10.60**

R2305M144561-12

1005

00918

EP14H July 2013 Outer

**Intra-District Mail**
Priority & Express Mail
★ Vieques ★
★ Puerto Rico ★
★ Culebra ★
St. Croix ★ ★ St. Thomas ★ ★ St. John

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _*LAWRENCE MARTINEZ NIEVES*_

Participant's Address: _*2095 BO. DUQUE NAGUABO PUERTO RICO 00718*_

Participant's Email Address: _*lawmartinez18414 @Gmial.Com*_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _*Lawrence Martinez*_
Signature

_*LAWRENCE MARTINEZ*_
Print Name

_*Puerto Rico Police Retired*_
Title (if Participant is not an individual)

_*12 AGOSTO 2021*_
Date

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

**PRIORITY MAIL 1-DAY®**

0 Lb 2.10 Oz

**1005**

EXPECTED DELIVERY DAY:  08/14/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5105 5027 1225 2926 70

PRIORITY® MAIL

■ Expected

■ Most d                                    strictions apply).*

■ USPS T                                    nal destinations.

■ Limited

■ When u                                    quired.

*Insurance
Domestic M
** See Inter                               ons see the

                                            itations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

**FROM:** Lawrence Martinez
Bo EL Duque
Buzón 2095
Naguabo P.R. 00718

**TO:**
United States District Court
Clerk's Office 150 Ave
Carlos Chardon Ste 150
San Juan P.R. 00918-1767



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JOSE A. CRISTOBAL MATOS

Participant's Address: PARCELAS VAN SCOY   H33A   CALLE 10

Participant's Email Address: _____

Name of Counsel: PRIME CLERK LLC

Address of Counsel: PO BOX 4708 NEW YORK 10163-4708

Email Address of Counsel: PRACR process@ primeclerk. com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 57710

Nature of Claim: PENSION / RETIREE CLAIMS

By: _Jose A. Cristobal mot._
Signature

JOSE A. CRISTOBAL MATOS
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

 

**UNIT**
**POST**

US POSTAGE PAID
**$11.15**

Origin: 00957
08/13/21
4284810013-02

### PRIORITY MAIL 1-DAY®

0 Lb 1.70 Oz

**1005**

EXPECTED DELIVERY DAY: 08/14/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS SIGNATURE® TRACKING #**



9510 8106 9011 1225 9851 99

■ Expected delivery da

■ Most domestic shipn

■ USPS Tracking® inclu

■ Limited international

■ When used internatio

*Insurance does not cover c
Domestic Mail Manual at htt
** See International Mail Mar

**FLAT RATE**
ONE RATE ■ ANY W

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**FROM:**

SOFIA HERNANDEZ
H 33 A VAN SCOY CALLE 10
BAYAMON PR 00957



RECEIVED & FILED
2021 AUG 16 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

**TO:**

UNITED STATES DISTRICK COURT
CLERKS OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN PR 00918- 1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SOFIA  HERNANDEZ  FONSECA_

Participant's Address: _VAN SCOY  H33A  CALLE  10  BAYAMON  PR 00957_

Participant's Email Address: _sofia.hernandez12@yahoo.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _PO BOX 4708  New York  10163-4708_

Email Address of Counsel: _https://cases.primeclerk.com/puertorico/
PRACR process@primeclerk.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _66458_

Nature of Claim: _PENSION / RETIREE CLAIMS_

By: _____
Signature

_SOFIA HERNANDEZ FONSECA_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

*2021 AUG 16  PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



UNIT
POST

**P**

US POSTAGE PAID
$11.15
Origin: 00957
08/13/21
4284810013-02

**Y**®

**PRIORITY MAIL 1-DAY®**

0 Lb 1.70 Oz

1005

EXPECTED DELIVERY DAY:  08/14/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR  00918-1706

**USPS SIGNATURE® TRACKING #**



9510 8106 9011 1225 9851 99

- **Expected delivery da**
- **Most domestic shipm**
- **USPS Tracking® inclu**
- **Limited international**
- **When used internatio**

*Insurance does not cover c
Domestic Mail Manual at *htt*

** See International Mail Mar

ge.

ly).*

s.

**FLAT RATE**
ONE RATE ■ ANY W

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FROM:**
SOFIA HERNANDEZ
H 33 A VAN SCOY CALLE 10
BAYAMON PR 00957



RECEIVED & FILED
2021 AUG 16 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**TO:**

UNITED STATES DISTRICK COURT
CLERKS OFFICE
150 AVE CARLOS CHARDON STE 150
SAU JUAN PR 00918-1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Felicia Rivera Ramírez

Participant's Address: 3894 Southgate Dr. Kissimmee, Fl 34746
(New Address)

Participant's Email Address: frprincess7@yahoo.com

Name of Counsel: Martin J. Bienenstock / Brian S. Rosen

Address of Counsel: Proskauer Rose LLP Eleven Times Square N.Y. NY 10036

Email Address of Counsel: not available (212)969-3000

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 126811

Nature of Claim: Pension / Retiree Public Employee Claim and Grievance Claims

By: _Rivera_
Signature

Felicia Rivera Ramírez
Print Name

N/A
Title (if Participant is not an individual)

N/A
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY®
## MAIL

**FROM:**

PRIORITY®
MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to
- USPS Tracking® included for domestic
- Limited international insurance.**
- When used internationally, a customs

*Insurance does not cover certain items. For detail
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps*

Felicia Rivera Ramirez
3894 Southgate Dr.
Kissimmee, Fl.
                    34746

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN    2021 AUG 16 PM 4:10

# FLAT RATE ENVEL

ONE RATE ■ ANY WEIGHT

**TO:**

United States District Court,
Clerk's Office, 150 Ave
Carlos Chardon Ste 150
San Juan, PR 00918-1767

# TRACKED ■ INSURE



PS00001000014

EP14
OD:

---



UNITED STATES
POSTAL SERVICE.                    *Retail*

**P**    | US POSTAGE PAID
         | **$11.15**    Origin: 34758
         |               08/12/21
         |               1146660541-11

**PRIORITY MAIL 3-DAY®**

                              0 Lb 1.80 Oz

                              **1006**

EXPECTED DELIVERY DAY:  08/16/21

                              **C018**

SHIP
TO:
    150 AVE CARLOS CHARDON
    STE 150
    San Juan PR  00918-1706

**USPS SIGNATURE® TRACKING #**



228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Mendoza Torres_

Participant's Address: _3114 N. Mango Ave. Chicago IL 60634_

Participant's Email Address: _wamendotorres@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Wanda Mendoza Torres_
Signature

_Wanda I. Mendoza Torres_
Print Name

_____
Title (if Participant is not an individual)

_8/10/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



This envelope is made from post-consumer waste. Please recycle - again.

**PRIORITY MAIL**

EXPECTED DELIVERY DAY: 08/16/21

USPS TRACKING® #

9505 5265 1311 1223 6958 30

RECEIVED & FILED
2021 AUG 16 PM 5:10

★ DATE OF DELIVERY SPECIFIED *
★ USPS TRACKING™ INCLUDED *
★ INSURANCE INCLUDED *
★ PICKUP AVAILABLE
Domestic only

FROM: Wanda I. Mendoza Torres
3114 N. Mango Ave
Chicago IL 60634

TO: United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste
San Juan, P.R. 00918-1767

FOR DOMESTIC AND INTERNATIONAL USE
★ ORDER FREE SUPPLIES ONLINE
S AT USPS.COM

CPU

U.S. POSTAGE
$7.95
PRSE 0006
Orig: 60647
0.00919
Dest: 00919
08/12/21
2000051992
02  6W

R230EK135004

This packaging is the property of the U.S. Postal Service® and is pro
solely for use in sending Priority Mail® shipments. Misuse may be a vi
of federal law. This packaging is not for resale. EP14B © U.S. Postal S
July 2013; All rights reserved.

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:　_Maria D. Díaz Malave_

Participant's Address:　_Apartado 556 Cidra, P.R. 00739_

Participant's Email Address:　_mdarisdiazmalave @ gmail.com_

Name of Counsel:　_____

Address of Counsel:　_____

Email Address of Counsel:　_____

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number:　_67883_

Nature of Claim:　_Salarios impagos_

By:　_M_ _D. v_ _____
　　Signature

　_Maria D. Díez Malave_
　Print Name

　_____
　Title (if Participant is not an individual)

　_13 agosto - 2021_
　Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRESS FIRMLY TO SEAL



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

**US POSTAGE PAID**

**$7.95**

Origin: 0
08/14/2
4226100   5

**PRIORITY MAIL 1-DAY®**

0 Lb 1      z

EXPECTED DELIVERY DAY: 08/16/21

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
San Juan PR 00918-1706

**USPS TRACKING® #**



9505 5138 3561 1226 6837 39

OD: 12 1/2 x 9 1/2

...se.
...50 of insurance (restrictions apply).*
...y international destinations.

...n form is required.

...claims exclusions see the

...ability and limitations of coverage.

**FROM:** Maria D. Diaz Malave
Apartado 556 Cidra, P.R.
00739

RECEIVED & FILED
2021 AUG 16  PM 5: ...
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

**TO:** United State
District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _FREDESWINDA MATOS ALVARADO_

Participant's Address: _Urb. Los Caobos 2689_
_calle COROZO Ponce, P.R. 00731_

Participant's Email Address: _____

Name of Counsel: _Lic. Alberto Aresti Franceschini_

Address of Counsel: _Suite 1109, Edif. Unión Plaza 416_
_Ave. Ponce de León, Hato Rey, P.R. 00918_

Email Address of Counsel: _____
_Tel. (787) 751-5740_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33647_

Nature of Claim: _Salary Adjustment_

By: _Fredeswinda Matos Alvarado_
Signature

_FREDESWINDA MATOS ALVARADO_
Print Name

_____
Title (if Participant is not an individual)

_8 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FREDESWINDA MaTos ALVARADO
Urb. Los Caobos
Calle COROZO 2689
Ponce, P.R. 00

7020 1810 0001 6731 7354

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

RECEIVED & INSPECTED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
from, Puerto Rico 00918-1767
San

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
AUG 12, 21
AMOUNT
$6.45
R2305M1146599-02

1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Rosaura Laguer Garcia_

Participant's Address: _P. O Box 5343 San Sebastian, P. R 00685_

Participant's Email Address: _rosaura.laguer@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _89430_

Nature of Claim: _Union Grievance, Public Employee and Pension/Retiree_
_Claims_

By: _Rosaura Laguer Garcia_
Signature

_Rosaura Laguer Garcia_
Print Name

_Special Education Student Assistant (Employee Retired)_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Roxana Jaquer Garcia
P.O. Box 5343
San Sebastian, P.R. 00685

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 41

7020 1290 0000 0881 1470

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:  *Elba Bosques Avilés*

Participant's Address:  *HC-02 Box 12033 Moca PR 00676*

Participant's Email Address:  *ebosques @ yahoo.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *141268*

Nature of Claim:  *salary claim*

By:  *Elba Bosques Avilés*
Signature

*Elba Bosques Avilés*
Print Name

Title (if Participant is not an individual)

*August 13, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elba Bosques Aviles
HC-02 Box 12033
Moca PR 00676



CERTIFIED MAIL

7021 0950 0001 7748 8708

United States District Court
Clerk office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767



U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 13, 21
AMOUNT
$6.45
R2304M110395-03

00918-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vilma del C. Medina Ocasio_

Participant's Address: _PO Box 366, Luquillo, PR 00773_

Participant's Email Address: _Consejera1080@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57716_

Nature of Claim: _Public Employee Claims_

By: _Vilma del C. Medina Ocasio_
   Signature

_Vilma del C. Medina Ocasio_
Print Name

_Case: 17-03283-LTS - Commonwealth of Puerto Rico_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wilma del C. Medina Ocasio
PO Box 366
Fajardo, PR 00773

7021 0350 0000 2990 3535

CERTIFIED MAIL

Court's Clerk's Office
United States District Court
Clerk Office, 150 Ave.
Carlos Chardon Ste.
150 Federal Bldg.
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
COMERIO, PR
00773
AUG 13, '21
AMOUNT
$3.60
R2305K143160-11

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aan Isabel Rivera Santana_

Participant's Address: _Box 892, Vega Alta, PR, 00692_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57030_

Nature of Claim: _See back paper_

By: _Aan Isabel Rivera Santana_
Signature

_Aan Isabel Rivera Santana_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Please correct my first name
instead of Aan is Ana

# Nature of Claim

Under the responsability of Governor of the Commonwealth of Puerto Rico, Carlos Romero Barcelo', during the years 1980 - 1984 an increase of salary know as "El Romerazo" (Law 89) granted the amount of $100.00 monthly that was never pay. I retired in 1981.

Also during the years 1984 - 1997 under the Labor Scale Law # 164 was granted a 3% of my salary every three years to increas the pension of retirement. It was never pay either.

The other one is Labor Law # 9

Dated August 11, 2021

Respectfully submitted,

A an Isabel Rivera Santana

Aan Rivera Santana
Box 892
Vega Alta, PR 00692

U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 16  PM 2:40

United States District
Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

7019 0700 0001 6816 5528

CERTIFIED MAIL

1000

00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirza I. León Candelario_

Participant's Address: _2131 Colina St. Valle Alto, Ponce 00730_

Participant's Email Address: _mirzaleon360@gmail.com_

Name of Counsel: _I do not have Counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174768_

Nature of Claim: _Global Objection regarding the request for money not_

By: _Mirza I. León_   _paid by the Common-_

Signature   _wealth of Puerto Rico._

_Mirza I. León_

Print Name

_____

Title (if Participant is not an individual)

_August 2nd, 2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0001 6731 4490

From: Mirza I. Leon
Coline 2131 Valle Alto
Ponce, P.R. 00730

RETURN RECEIPT REQUESTED

To: Court's Office
United States District Court
Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
AUG 12, 21
AMOUNT
$7.00
R2305M146599-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Muller Arroyo_

Participant's Address: _Box 6168 Mayaguez, P.R. 00681_

Participant's Email Address: _juanitamuller2016@gmail.com_

Name of Counsel: _Juanita Muller Arroyo_

Address of Counsel: _Box 6168, Mayaguez, P.R. 00681_

Email Address of Counsel: _juanitaMuller2016@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160219_

Nature of Claim: _Public employee Claims_

By: _[signature]_
Signature

_Juanita Muller Arroyo_
Print Name

_Public Employee, Department of Education_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

JUANITA MULLER ARROYO
Box 6168
Mayagüez, P.R. 00681

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0000 9728 4825

COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.
150 SAN JUAN, P.R. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
AUG 12, 21
AMOUNT
$7.40
R2304Y122255-42

1000

00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 16 PM 2:39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Muller Arroyo_

Participant's Address: _Box 6168, Mayaguez, P.R. 00681_

Participant's Email Address: _JuanitaMuller2016@gmail.com_

Name of Counsel: _Juanita Muller Arroyo_

Address of Counsel: _Juanita Muller 2016@gmail.com_

Email Address of Counsel: _Juanita Muller 2016@g.mail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157799_

Nature of Claim: _Public employee claims_

By: _[signature]_
Signature

_Juanita Muller Arroyo_
Print Name

_Public Employee, Department of Education_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021

JUANITA MULLER ARROYO
BOX 6168
Mayagüez, P.R. 00681

7020 1810 0000 9728 4825

CERTIFIED MAIL

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.
150 SAN JUAN, P.R. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
AUG 12, 21
AMOUNT
$7.40
R2304Y122255-42

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 16 PM 2:39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Juanita Muller Arroyo*

Participant's Address: *Box 6168 Mayaguez, P.R. 00681*

Participant's Email Address: *JuanitaMuller2016@gmail.com*

Name of Counsel: *Juanita Muller Arroyo*

Address of Counsel: *Box 6168, Mayaguez, P.R. 00681*

Email Address of Counsel: *JuanitaMuller2016@gmail.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *160401*

Nature of Claim: *Public employee claims*

By: *[signature]*
Signature

*Juanita Muller Arroyo*
Print Name

*Public Employee, DEPARTMENT of Education*
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

7020 1810 0000 9728 4825

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

JUANITA MULLER ARROYO
BOX 6168
Mayaguez, P.R. 00681

COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE.
150 SAN JUAN, P.R. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
AUG 12, 21
AMOUNT
$7.40
R2304Y12225542

1000

00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 16  PM 2:39

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor I. Maestre González_

Participant's Address: _610 concepción Vera Ayala_
_Moca, PR 00676_

Participant's Email Address: _hMaestre610@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173898_

Nature of Claim: _Salary claim (court of first instance San Juan_
_Puerto Rico Civil Num. KPE 2007-4359 (803))_

By: _Héctor J. Maestre G.Je._
Signature

_Héctor I. Maestre González_
Print Name

_Participant_
Title (if Participant is not an individual)

_August, 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor I. Maestre González
670 Concepción Vera Ayala
Moca, PR 00676

United States District Court, Clerks office
150 Ave. Carlos Chardón Steo 150
San Juan, PR 00918-1767

7021 0350 0002 1290 1236

CERTIFIED

AUG 12 '21
AMOUNT
$7.00
R2303S101723-05

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Delia Barrientos Santano_

Participant's Address: _Hc 80 Box 8420 Dorado P.R 00646_

Participant's Email Address: _—_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _38296_

Nature of Claim: _____

By: _Ana D Barrientos Santano_
Signature

_Ana Delia Barrientos Santano_
Print Name

_____
Title (if Participant is not an individual)

_August 12 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claims

Under the responsability of Governor of
Puerto Rico Carlos Romero Barceló, during
the years 1980-1984 an increase of
Salary Known as Romerazo (law 89)
granted the amount of $100.00 monthly
that was never pay. I retired in 2001.

Also during the years 1984-1997
the labor Scale law #164 granted
a 3% every three years to
Incrase the pension as a retired.
It was never pay either.

Other law that I claim
is labor law #9.



Ana D. Barrientos Santana
Hc 80 Box 8420
Dorado PR. 00646

RECEIVED AND FILED
CLERK'S
U.S. DISTRICT COURT
SAN JUAN, PR

AUG 10 '88

United States District Court
Clerks Office, 150 Ave, Carlos Chardon
Ste. 150, San Juan P.R 00918 - 1767

00918-170399

CERTIFIED MAIL

7020 1290 0002 1267 8074

1000

00918

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Delia Barrientos Santano_

Participant's Address: _Hc 80. Box 8420 Dorado P.R 00646_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _40873_

Nature of Claim: _____

By: _Ana D Barrientos Santano_
    Signature

_Ana Delia Barrientos Santano_
Print Name

_____
Title (if Participant is not an individual)

_August 12 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# Nature of Claim

Under the responsability of Governor of Puerto Rico Carlos Romero Barceló, during the years 1980 - 1984 an increase of Salary Known as Romerazo (law 89) granted the amount of $100.00 monthly that was never pay. I retired in 2001.

Also during the years 1984 - 1997 the labor Scale law #164 granted a 3% every three years to incrase the pension as a retired. It was never pay either.

Other law that I claim is labor law #9.

Ana D. Barrientos Santana
HC 80 Box 8420
Porado P.R 00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16   PM 2:38

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste. 150, San Juan, P.R. 00918 - 1767

00918-176825

CERTIFIED MAIL

7020 1290 0002 1267 8098



UNITED STATES
POSTAL SERVICE®

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María Lina Montes Cordero

Participant's Address: 1507- Calle Monte Grande Manati, P.R. 00674 Urb. Monte Verde

Participant's Email Address:

Name of Counsel: No tengo ningun abogado

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 133587

Nature of Claim: Compensación por las leyes 89-96-164 que no me fueron pagadas mientras estaba prestando los servicios.

By: María Lina Montes Cordero
Signature

María Lina Montes Cordero
Print Name

Maestra Retirada (Junta Retiro Para Maestro)
Title (if Participant is not an individual)

11 de agosto- 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maricelina Montes Cordero
1507 Calle Monte Grande
Urbanización Monte Verde
Mamart, Puerto Rico 00674

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

7021 1970 0000 7934 0297

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hermenegildo Rodriguez Gonzaltz_

Participant's Address: _HC-02 Box 11460 Las Marías P.R. 00670_

Participant's Email Address: _Minerva Torres Santos @ gmail coop._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Junio 2653_

Nature of Claim: _Beneficios del Romerazo_

By: _Hermenegildo Rodriguez_
Signature

_Hermenegildo Rodriguez Gonciler_
Print Name

_____
Title (if Participant is not an individual)

_10 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Hermegildo Rodriguez Gonzalez
HC- 02 Box 11460
Las Marias, P.R. 00670

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AUG 16 PM 2:37

1000

00918

U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
00670
AUG 11, 21
AMOUNT
$7.00
R2305K132906-8

7013 2630 0000 3810 9302

CERTIFIED MAIL™

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kenneth Burgos Cova_

Participant's Address: _16 Calle Vista Hermosa, Guayama Pr. 00784-31 28_

Participant's Email Address: _KBC_88@Hotmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _36740_

Nature of Claim: _Commonwealth of Puerto Rico Employees Retirement System Benefits_

By: _[signature]_

Signature

_Kenneth Burgos Cova_
Print Name

_NO_

Title (if Participant is not an individual)

_Agosto 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Kenneth Burgos Cruz
16 Calle Vista Hermosa
Guayama, P.R. 00784-8728

RECEIVED RECORDED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16  PM 2:37

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL
SAN JUAN P.R.

7021 1970 0000 8182 8028

00918-1706825

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Kenneth Burgos Cora_

Participant's Address: _16 CALLE VISTA HERMOSA, GUAYAMA P.R. 00784-8728_

Participant's Email Address: _KBC_88 @ HOTMAIL.COM_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim: _CIVIL NUM KDE2007-4359 (803)_

Claim Number: _173915_

Nature of Claim: _PBA CASO APRON / Public Buildings Authority_

By: _[signature]_
Signature

_Kenneth Burgos Cora_
Print Name

_NO_
Title (if Participant is not an individual)

_Agosto 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS 0. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

Kenneth Burgos Cora
16 Calle Vista Hermosa
Guayama, PR. 00784-8728

RECEIVED RE...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P...

2021 AUG 16  PM 2:37

00918-170625

7021 1970 0000 8182 8028

CERTIFIED MAIL
SAN JUAN PR 009

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

UNITED STATES
POSTAL SERVICE

1000

00918

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vivian Arocho Hernández

Participant's Address: Urb. Promise land, 65 Monte Los Olivos, Nagua bo PR

Participant's Email Address: kajuanma a yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 92630

Nature of Claim: Pension-Retiro

By: V Arocho
Signature

Vivian Arocho Hernández
Print Name

_____
Title (if Participant is not an individual)

12-agosto-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Vivian Arocho Hernandez
Urb. Promised Land, 65 Montes Los
Olivos Naguabo P.R. 00718 - 2857

CERTIFIED MAIL

7020 2450 0001 8012 4242

00916-1706.25

United States, District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
AUG 13, 21
AMOUNT
$7.00
R2303S101410-02

SAN JUAN PR 009
13 AUG 20

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ricardo Luis Santiago Miranda

Participant's Address: HC04 Box 6095 Coamo, P.R 00769

Participant's Email Address: 156184840@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 33228

Nature of Claim: Salary Claim

By: *Ricardo L. Santiago Miranda*
Signature

Ricardo L. Santiago Miranda
Print Name

Title (if Participant is not an individual)

August 12, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ricardo Luis Santiago Miranda
HC 04 Box 6075 Coamo, P.R.
00769

United States District Court, Clerk's
office, 150 Ave. Chardon Ste. 150
San Juan P.R. 00918-1767

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7019 2280 0001 1749 2519

U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
AUG 13, 21
AMOUNT
$6.45
R2305K141763-03

UNITED STATES
POSTAL SERVICE

1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco J. Ortiz Román_

Participant's Address: _PO Box 1483 Dorado, Puerto Rico 00646_

Participant's Email Address: _ortizfrancisco100@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845 SRF55176 PR ID: 27037 MM LID: 383651 PSYC: MM1-PE_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
   Signature

_Francisco J Ortiz Román_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 13, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Francisco I. Ortiz Román
PO Box 1483
Dorado, P.R. 00646

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16  PM 2: 35

CERTIFIED MAIL

7020 3160 0001 3860 1440

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 008
13 AUG 2021

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 13, 21
AMOUNT
$7.00
R2305K136984-13

1000

00918

Participant must provide all of the information below **in English**:

RECEIVED & FILED
2021 PH 2: 30

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmelo Barrientos Santana*

Participant's Address: *P.O. Box 155 Sabana Seca PR 00952*

Participant's Email Address: *barrientos 873@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *70390*

Nature of Claim:

By: _____
Signature

*Carmelo Barrientos Santana*
Print Name

_____
Title (if Participant is not an individual)

*August 12 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Prosecution

Under the responsability of Governor
of Puerto Rico Carlos Romero Barcelo
during the years 1980-1984 an increase
of salary known as Romerazo (law 89)
granted the amount of $100.00 monthly
that was never pay. I retired in 2001.

Also during the years 1984-1997 the labor
Scale law #164 granted a 3% every
three years to increase the pension
as a retired. It was never pay either
other law that I claim is labor law
#9.

Carmelo Barrientos Santana
Bot 155
Sahom Seca P.R. 00 952

RECEIVED & FILED
2021 AUG 16 PH 2:30
CLERK'S OFFICE
SAN JUAN

00918-170625

United States District Court
Clerk's office, 150 Ave.
Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



7020 1290 0002 1267 8081





Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jomil A. Agron Morales_

Participant's Address: _RR 02 Box 4242 Añasco, PR 00610_

Participant's Email Address: _jomil.agron@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007 - 4359_

Nature of Claim: _Salary Claim (Court of First Instance San Juan, PR_

By: _J.e A.A.i M.e_
Signature

_Jomil A. Agron Morales_
Print Name

_Son - Agron Valentín Succession_
Title (if Participant is not an individual)

_08/09/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jomil A. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

Yashira V. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

RECEIVED & FILED
2021 AUG 16 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7014 2870 0000 2940 1991

CERTIFIED MAIL

United States District Court
Clerk's Office,
150 Carlos Chardon Ste. 150 Ave.
San Juan, Puerto Rico 00918-1767



$6.85
R2303S101313-01
00918

U.S. POSTAGE PAID
FCM LETTER
AÑASCO, PR
00610
AUG 13, 21
AMOUNT

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Morales Crespo_

Participant's Address: _RR 02 Box 4242 Añasco, PR 00610_

Participant's Email Address: _amaiahisabella@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007-4359_

Nature of Claim: _Salary Claim (Court of first instance San Juan, PR_

By: _Milagros Mncle Crespo_
Signature

_Milagros Morales Crespo_
Print Name

_Widow - Agron Valentin Succession_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yashira V. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

RECEIVED & FILED
2021 AUG 16  PH 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7014 2870 0000 2940 1991

CERTIFIED MAIL

United States District Court
Clerk's Office, Ave.
150 Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

$6.85
U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
AUG 13. 21
AMOUNT
R2303510131301
00918
00600
0001



Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Karla M. Agrón Morales_

Participant's Address: _RR 02 Box 4242 Añasco, PR 00610_

Participant's Email Address: _Kamag05@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007-4359_

Nature of Claim: _Salary Claim (Court of First Instance San Juan, PR_

By: _____
Signature

_Karla M. Agrón Morales_
Print Name

_Daufher - Agrón Morales Succession_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yashira V. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

RECEIVED & FILED
2021 AUG 16 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7014 2870 0000 2940 1991

CERTIFIED MAIL

United States District Court
Clerk's Office, Ave.
150 Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



R2303510131313-01
$6.85
AUG 13. 21
AMOUNT
00610
FOM LETTER
AÑASCO, PR
U.S. POSTAGE PAID

United States District Court
Clerk's Office, Ave.
Carlos Chardon Ste.
San Juan, Puerto Rico 00918-1767

Karla M. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yashira V. Agrón Morales_

Participant's Address: _RR 02 Box 4242   Añasco, PR 00610_

Participant's Email Address: _agronyashira @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KPE 2007- 4359_

Nature of Claim: _Salary Claim (Court of first instance  San Juan, PR_

By: _____
Signature

_Yashira V. Agrón Morales_
Print Name

_Daughter - Agrón Valentin Succession_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yashira V. Agrón Morales
RR 02 Box 4242
Añasco, Puerto Rico 00610

RECEIVED & FILED
2021 AUG 16 PM 2: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7014 2870 0000 2940 1991

CERTIFIED MAIL

United States District Court
Clerk's Office, Ave.
150 Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767



U.S. POSTAGE PAID
FCM LETTER
ANASCO, PR
00610
AUG 13, 21
AMOUNT
$6.85
R2303510131313-01
00916

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Elsa Rodriguez Galarza_

Participant's Address: _Pueblo Nuevo C - 17 Yauco P.R -00698_

Participant's Email Address: _00698 - 48 @ gmail .com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 109541_

Nature of Claim: _____

By: _Gloria E. Rodriguez Galarza_
   Signature

_____
Print Name

_trabajador 1_
Title (if Participant is not an individual)

_3 de Julio 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

3 de julio 2021

A Quien Pueda interesar
Yo Gloria Elsa Rodriguez Isalarsa
con numero seguro social
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 mi Direcion
Pueblo Nuevo C-17 Yauco PR.
(00698)
certifico Que trabaje en la
administracion de carlos Romero
Barcelo. mi lagar de trabajo
oficina de la superentendente de
escuelas. desde el año 1982—
asta 2010.

**Prime Clerk** NEW YORK
830 Third Ave. 9th Floor
New York, NY 10022 100
29 AUG '18
PM 16 L



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 11232   $ 000.35⁰
0000349604 AUG 28 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 6/27/2018
Proof of Claim No.: 109541

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Gloria Elsa Rodriguez Galaya
Pueblo Nuevo C-17
Yauco, PR 00698

7021 0950 0001 7811 8772

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Elvira E. Rodriguez Galarza
C-17 - Pueblo Nuevo
Yauco, Puerto Rico, 00698

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



02 1P
0001717377
AUG 13 2021
MAILED FROM ZIP CODE 00698

$ 006450

UNITED STATES POSTAGE

FOREVER / USA

2021 AUG 16 PM 2 29
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Rubén Garcia Cáceres_

Participant's Address: _HC1 Box 49707, Naguabo, P.R 00718-9429_

Participant's Email Address: _junior.tayson61@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33750_

Nature of Claim: _Pension/Retiree_

By: _Rubén Garcia Cáceres_
Signature

_Rubén Garcia Cáceres_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruben Garcia Caceres
HC1 Box 4707
Naguabo, P.R. 00718-9429

CERTIFIED MAIL™

7009 3410 0000 9413 8492

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



U.S. POSTAGE PAID
FCM LETTER
PORTO REAL, PR
AUG 13, 21
AMOUNT

$6.45
R2304P119091-04

1000
00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

2021 AUG 16 PM 2:29

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: Norma

Participant's Address: Urb. Paseo la Ceiba c/ Flor de Maga 38 Horm.

Participant's Email Address: ncancel69@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17BK 3283-LTS — Claim 158659 817385

Nature of Claim: Promesa Title III

By: N Cancel
    Signature

Norma M. Cancel Ayala
Print Name

Participant
Title (if Participant is not an individual)

10/agosto/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Norma Cancel
Urb. Paseo la Ceiba
C/ Huerta Maga 38
Hormigueros PR 00640

RECEIVED & FILED
2021 AUG 16 PM 2:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7021 0350 0002 1290 1243

CERTIFIED MAIL

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

UNITED STATES
POSTAL SERVICE

1000

00918

AGUADILLA, PR
00603
AUG 12, 21
AMOUNT
$7.00
R2303S101723-05

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Gonzalez  Martinez  Aladino

Participant's Address:  HC 12  Box 37  Humacao PR 00791

Participant's Email Address:  aladinodanko @ gmail.com

Name of Counsel:  NO

Address of Counsel:  NO

Email Address of Counsel:  NO

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  25259

Nature of Claim:  Commonwealth

By:  _____
       Signature

Aladino Gonzalez Martinez
Print Name

NO
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aladino Gonzalez Martinez
Hc.12 Box 137
Humacao P.R. 00791

RECEIVED

2021 AUG 16 PM 2:28

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7021 1970 0000 8182 8004

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan P.R. 00918-1767



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE





U.S. POSTAGE PAID
FCM LETTER
NAGUABO, PR
00718
AUG 13, 21
AMOUNT
$7.00
R2304M113919-09

0918   0001   1000

UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

RECEIVED & FILED
2021 AUG 16 PM 2:28
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Karen Rivera Gonzalez

Participant's Address: Bo Espinosa calle Almendro #42 Dorado

Participant's Email Address: Hc 80 Box 7358 Dorado P.R. 00646

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 139 688      # 123519

Nature of Claim:

By: _Karen Rivera Gonzalez_
Signature

Karen Rivera Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 13 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Karen Rivera Gonzalez
Calle Almendro #42
Dorado Puerto Rico
P.R. 00646

RECEIVED & FILED
2021 AUG 16 PM 2:28

United States
District Court, Clerk
office 150 Ave. Carlos Chardon
Ste 150 San Juan P.R.
San Juan P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen E. Rivera Santana_

Participant's Address: _HC3 Box 6552 - Dorado P.R._

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86705_

Nature of Claim: _see attachment page_

By: _Carmen E. Rivera Santana_
Signature

_Carmen E. Rivera Santana_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Rivera
HC 3 Box 6552
Dorado P.R. 00646-9509

RECEIVED & FILED
2021 AUG 16  PM 2: 74
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918- 1767

00918-170399

7021 0350 0001 3412 3143





U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA PR
00692
AUG 13, 21
AMOUNT

1000

00918

$7.00
R2305M148474-77

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Máxima Ortega Reyes*

Participant's Address:  *Calle 5-C # 28 Urb. Magnolia Garden*

Participant's Email Address:  *Bayamón P.R. 00956*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *17 BK 3283-LTS*

Nature of Claim:

By:  *Máxima G. Ortega Reyes*
    Signature

    *Maxima Ortega Reyes*
    Print Name

    Title (if Participant is not an individual)

    *8/12/2021*
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Máxima Ortega Reyes
Calle S-C-#28
Urba-Magnolia Garden
Bayamón P.R. 00956-2670

CERTIFIED MAIL®

7020 2450 0000 9945 0226

SAN JUAN PR 009
13 AUG 2021 PM

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0001924212   $ 006.450
AUG 13 2021
MAILED FROM ZIP CODE 00961

Discovery notice to the court.
Clerk's office at the court's
United States District Court.
Clerk's Office
150 Ave Carlos Chardon Stc
150 San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sorangel Rodriguez Mercado_

Participant's Address: _PO Box 101 San German PR 00683_

Participant's Email Address: _sorangel1956@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82723_

Nature of Claim: _PROMESA   Title III_

By: _Sorangel Rodriguez Mercado_
Signature

_Sorangel Rodriguez Mercado_
Print Name

_Participant's_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sonia L. Rodriguez Mercado
P.O. Box 2101
San Juan, P.R. 00663

RECEIVED & FILED
2021 AUG 16 PM 2:28
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918

7021 0350 0002 1734 7626

Participant must provide all of the information below **in English**: RECEIVED & FILED 2021 AUG 16 · 2:28 · CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josefina Castro Boria_

Participant's Address: _PO Box 3118, Vega Alta, PR 00692_

Participant's Email Address: _tortizcastro@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73819_

Nature of Claim: _See back paper_

By: _Josefina Castro Boria_
Signature

_Josefina Castro Boria_
Print Name

_Josefina Castro Boria_
Title (if Participant is not an individual)

_August 11, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR
PRESIDENT/GENERAL COUNSEL.

0586   ***STAT PR 1845 SRF 55002 PackID: 586 MMLID: 1750945-P SVC: ACR Public Employee
Castro Boria, Josefina
PO Box 3118
Vega Alta PR 00692

I worked for the Puerto Rico Department of Education from 1969 to 2000. Under the responsability of Governor of Puerto Rico Carlos Romero Barceló, during the years 1980-1984 an increase of salary known as Romerazo (law 89) granted the amount of $100 monthly that was never paid. I retired in 2000. Also during the years 1984-1997 the labor scale, law #164 granted a 3% every three years to increase the pension as a retired. It was never paid either. Other law that I claim is labor labor law #9.



Josefina Castro Borria
PO Box 3118
Vega Alta, PR. 00692

00918

U.S. POSTAGE PAID
VEGA ALTA, PR
00692
AUG 13, 21
AMOUNT
$6.45
R2303I103454-03

RECEIVED &
2021 AUG 16 PM 2:18
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN.

CERTIFIED MAIL

7021 0350 0001 3412 3136

SAN JUAN PR 009
16 AUG 2021 PM 2 L

00918—170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste.150
San Juan, PR 00918—1767
(Prime Clerk LLC)

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Melvyn F. Ortiz Miranda_

Participant's Address: _PO Box 1483 Dorado, Puerto Rico 00646_

Participant's Email Address: _melvynortiz1953@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _123442_

Nature of Claim: _Public Employee Claims_

By: _Mfm F. Ortiz_
Signature

_Melvyn F Ortiz Miranda_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelvyn T. Watts Miranda
PO Box 1983
Dorado, P.R. 00646

RECEIVED & FILED
2021 AUG 16 PM 2: 28
CLERK'S OFFICE
SAN JUAN, P.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 3160 0001 3860 1464

SAN JUAN PR 009

00918-1706125

1000

00918

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 13, 21
AMOUNT
$7.00
R2305K136984-13

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector L. Capo Villafane_

Participant's Address: _P.O. Box 73   Arroyo, P.R. 00714_

Participant's Email Address: _N/A   No. Email_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17308_

Nature of Claim: _17BK 3283-LTS- ( Pension )_

By: _Hector L. Capo Villafane_
Signature

_Hector L. Capo Villafane_
Print Name

_____
Title (if Participant is not an individual)

_5/8/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Hector L. Cap̃oVillafane
P.O. Box 73
Arroyo, P.R. 00714

8/12

#Case 17BK 32-83- LTS

00918-1

Misvent

To: United States District Court Office
150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918-1767

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

RECEIVED & FILED
2021 AUG 16 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 05, 21
AMOUNT
$7.00
R2305K131158-20
1000
00918

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _José G. Báez Pérez_

Participant's Address: _Urb Bayamón Gardens Z-12 Collezo Bayamón P.R. 00257_

Participant's Email Address: _joseg baez 49 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103964_

Nature of Claim: _____

By: _____
    Signature

_José G. Báez Pérez_
Print Name

_____
Title (if Participant is not an individual)

_12-agosto-2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Vanessa Torres Gerena_

Participant's Address: _HC 1 Box 4624 Lares PR 00669_

Participant's Email Address: _vtorresgerena@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _158418_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Vanessa for_
   Signature

_Vanessa Torres Gerena_
Print Name

_____
Title (if Participant is not an individual)

_08/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Torres Gerena
HC I Box 4624
Lares PR 00669

RECEIVED & FILED
2021 AUG 16 PM 2:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



7020 1290 0000 6193 4734

CERTIFIED MAIL

United States District Court
Clerk's Office , 150 Ave Carlos Chardon
Ste 150
SanJuan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LARES, PR
00669
AUG 14 '21
AMOUNT
$4.35
R2305K134828-4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vanessa Torres Gerena_

Participant's Address: _HC 1 Box 4624 Lares PR 00669_

Participant's Email Address: _vtorresgerena@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162741_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Vanessa Torres_
Signature

_Vanessa Torres Gerena_
Print Name

_____
Title (if Participant is not an individual)

_14/agosto/2021    08/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Torres Guerra
Hc 1 Box 4424
Lares PR 00669

RECEIVED & FILED
2021 AUG 16 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7020 1290 0000 6193 4734



CERTIFIED MAIL

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LARES, PR
00669
AUG 14, 21
AMOUNT
$4.35
R2305K134828-4

Participant must provide all of the information below **in English**

RECEIVED & FILED
AUG ... PM 2:27
...'S OFFICE
...DISTRICT COUR...
SAN JUAN...

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Vanessa Torres Gerena

Participant's Address: _____ HC 1 Box 4624 Lares PR 00449

Participant's Email Address: _____ vtorresgerena @ gmail.com

Name of Counsel: _____ Lcda. Ivonne Gonzalez Morales

Address of Counsel: _____ PO Box 902-1828 San Juan PR 00902-1828

Email Address of Counsel: _____ ivonnegm @ prw.net

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 179140

Nature of Claim: _____ Minimun Salary Case Francisca Beltran Cintron et als. v. Dpto. Familia, Admy Ado. Caso: Casp 2021-01-0345 (antes TPI caso K PAC 2009-0800)

By: _____ Vanessa ....
Signature

_____ Vanessa Torres Gerena
Print Name

_____
Title (if Participant is not an individual)

_____ 08/14/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa Torres Gerena
HCI Box 4624
Lares PR 00669

RECEIVED & FILED
2021 AUG 16 PM 2: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767

7020 1290 0000 6193 4734

CERTIFIED MAIL

$4.35
R2305K134828-4

U.S. POSTAGE PAID
FCM LETTER
LARES, PR
00669
AUG 14, '21
AMOUNT

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Mendez Ramos_

Participant's Address: _Urb. Villas de las Praderas, Calle del Colibri #39, Rincon, PR 00677_

Participant's Email Address: _wanda.mendez54@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public employer (teacher)_

By: _Wanda Mendez_
    Signature

_Wanda Mendez_
Print Name

_143917_
Title (if Participant is not an individual)

_Agust 11 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Mendez Ramos
Urb. Villas de las Praderas
Calle del Golfo #20
Rincon, P.R 00677

United States District Court
Clerks Office 150
Ave. Carlos Chardon
Ste. 150, San Juan P.R 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 12, '21
AMOUNT
$6.45
R2305K136452-83

7020 1290 0002 0931 9836

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Méndez Ramos Colibri Street_

Participant's Address: _Urb, Villas de las Brisas #24, Rincon P.R 00677_

Participant's Email Address: _Wanda mendez 54 @Gmailo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Public emplber (teacher)_

Nature of Claim: _143190_

By: _Wanda Mendez_
Signature

_Wanda Méndez_
Print Name

_____
Title (if Participant is not an individual)

_Agust 11 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Merced Ramos
urb. Villas de
Calle del Coliseo las Praderas
Rincon, P.R. 00677

United States District Court
Clerks Office
Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
RINCON, PR
00677
AUG 12, 21
AMOUNT
$6.45
R2305K136452-83

1000
00918

7020 1290 0002 0931 9836

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Mendez Ramos_

Participant's Address: _Urb. Villas de las Praderas, calle del colibri #29, Rincon P.R 00677_

Participant's Email Address: _wanda mendez 54 8 @ mail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Public emplorer (Teacher)_

By: _Wanda Mendez_
Signature

_Wanda Mendez_
Print Name

_____
Title (if Participant is not an individual)

_Agust 4 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Mendez Ramos
Urb. Villas de las Praderas
Calle del Guitar # 24
Rincon, P.R. 00677

U.S. POSTAGE PAID
FCM LETTER
RINCON, PR
00677
AUG 12, '21
AMOUNT
$6.45
R2305K136452-83

1000
00918

USPS

RECEIVED & FILED
SAN JUAN, PR

7020 1290 0002 0931 9836

United States District Court
Clerks Office 150
Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Wanda Mendez Ramos_

Participant's Address:   _Urb. Villas de las Praderas, calle de Poblani #291 Kinton, PR 00647_

Participant's Email Address:   _wandamendez.54@gmail.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _Public employer (teacher)_

Nature of Claim:   _____

By:   _Wanda Mendez_
     Signature

     _Wanda Mendez_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 11, 2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wanda Mendez Ramos
urb. Villas de las Praderas
Calle del Coqui #29
Rincon, P.R. 00677

U.S. POSTAGE PAID
RINCON, PR
00677
AUG 12, '21
AMOUNT
$6.45
R2305K136452-83

1000
00918

RECEIVED & FILED
SAN JUAN, PR

7020 1290 0002 0931 9836

United States District Court
Clerks Office 150
Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00919-1767

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ramonita Suarez Matos_

Participant's Address: _4680 Broken Wheelbarrow HainesCity FL 33844_

Participant's Email Address: _ramonita suarez 1990 @ hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86343_

Nature of Claim: _Public Employee Claims_

By: _Ramonita Suarez Matos_
Signature

_Ramonita Suárez Matos_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

ELIZABETH RAMOS
MY COMMISSION # GG 294908
EXPIRES: January 29, 2023
Bonded Thru Notary Public Underwriter

8/09/2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE          VERSION JULY 20, 2021          9

Ramonita Diaz Matos
Claim # 86343

To: Honorable United States District
Judge Laura Taylor Swain

RECEIVED & FILED
2021 AUG 16 PM 2: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

Sirva la presente que no tengo claro
las fechas en que comenzó y finaliza
lo del Romensso. Trabaje para el Gob.
de P. R desde 1971 hasta 2001.
Creo trabajé durante todos los años del
Romensso.     Gracias,
                    Ramonita Diaz Matos

Ramonita Bueno Matos
4680 Rocker Wheel Bonner LN
Haines City, FL. 33844

RECEIVED & FILED

2021 AUG 16  PM 12 2

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Avil Carlos Chardin Ste, 150
San Juan, P.R- 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Ramonita Suárez Matos_

Participant's Address: _4680 Broken Wheelborrow LN  Haines City FL._
_33844_

Participant's Email Address: _ramonita Suárez 1990 @ Hotmail . com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86343_

Nature of Claim: _Public Employee Claims_

By: _Ramonita Suárez Matos_
Signature

_Ramonita Suárez Matos_
Print Name

ELIZABETH RAMOS
MY COMMISSION # GG 294908
EXPIRES: January 29, 2023
Bonded Thru Notary Public Underwriters

_____
Title (if Participant is not an individual)

_8/09/2021_

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramonita Suárez Matos
Claim # 86343

To: Honorable United States District
Judge Laura Taylor Swain

RECEIVED & FILED
2021 AUG 16 PM 2:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Sirva la presente que no tengo claro
las fechas en que comenzó y finalizó
lo del Romeraso. Trabajé para el Gob.
de P. R desde 1971 hasta 2001.
Creo trabajé durante todos los años del
Romeraso.   Gracias,
                    Ramonita Suárez Matos



Ramonita Diaz Mato
4680 Barber Wheelhouse LN
Hernando FL. 33844

RECEIVED & FILED
2021 AUG 16 PM 12:2_
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

$3.80

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Vanessa M Vazquez Delgado*

Participant's Address: *PO BOX 486 Barranquitas, P.R 00794*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-BK-3283-LTS*

Nature of Claim: _____

By: *Vanessa M Vazquez Delgado*
Signature

*Vanessa M. Vazquez Delgado*
Print Name

_____
Title (if Participant is not an individual)

*11/Aug/2021*
Date

*[Stamp: RECEIVED & FILED 2021 AUG 16 PM 2:26 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.]*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vanessa M. Vázquez Delgado
P.O. Box 486
Barranquitas, P.R 00794

RECEIVED & FILED
2021 AUG 16 PH 2:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

7018 0360 0002 1749 2114

00918-176625

U.S. POSTAGE
FCM LETTER
BARRANQ
00794
AUG 13 2
AMOUNT
$7.
R2305K14
1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Olivo Claudio_

Participant's Address: _Urb. Santa Ana Calle 1 EE-8 Vega Alta, P.R. 00692_

Participant's Email Address: _mariaolivo871@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _65947 (además aparece 67988)_

Nature of Claim: _Public Employee and Pension - Retiree Claim_

By: _Maria A. Olivo Claudio_
Signature

_Maria A. Olivo Claudio_
Print Name

_____
Title (if Participant is not an individual)

_14 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Olivo Claudio
U16 Santa Ana Calle 1 EE-8
Vega Alta, P.R. 00692

RECEIVED & FILED

2021 AUG 16 PM 2:23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

7021 0350 0001 3416 1589

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767







Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Rivera Alvarado_

Participant's Address: _P.O. Box 699 - Coamo, Puerto Rico 00769_

Participant's Email Address: _luzeneida 1225 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____ N/A

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170331_

Nature of Claim: _Ley Promesa (Romerazo)_ (Depto. Educación)

By: _Luis A. Rivera / Luz Eneida De Jesús Santiago_
Signature

_Luis A. Rivera Alvarado / Luz Eneida De Jesús Santiago_
Print Name

_Cónyuge - Luz Eneida De Jesús Santiago (Luis falleció 25-06-2010_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis A. Rivera / Luz Eneida de Jesús
PO. Box 699
Coamo, Puerto Rico
00769

RECEIVED & FILED
2021 AUG 16 PM 2: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
AUG 14, 21
AMOUNT
$6.45
R2303S102189-03

CERTIFIED MAIL

7019 2280 0001 1749 2526

United States District Court,
Clerks Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edward Vazquez Morales_

Participant's Address: _91 Hacienda Parque San Lorenzo PR 00754_

Participant's Email Address: _eduardvazquez 77 @ gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26690_

Nature of Claim: _Retirement   Commonwealth_

By: _Edward V_____
Signature

_Edward Vazquez Morales_
Print Name

_NO_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edward Vazquez Morales
91 Hacienda Parque San Lorenzo
PR
00754

United States District Court
Clerk's Office
150 Ave Carlos Chardon St 150
San Juan  PR 00918-1767

00918-170625

7021 1970 0000 8182 8011



CERTIFIED MAIL





RECEIVED
2021 AUG 16 PM 2: 26
CLERK'S OFFICE
U.S. DISTRICT COURT



$7

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Richard Alers Segarra

Participant's Address: 21 Pawnee Dr. Windsor P.A. 17366

Participant's Email Address: richardalers868@G.mail.Com

Name of Counsel: LCda. Cynthia Grace Espendez Santisteban

Address of Counsel: Baldorioty #63 oeste oficina 102 P.O. Box 1113 Guayama P.R. 00785

Email Address of Counsel: efraindavid2000@Yahoo.Com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 2014-0237

Nature of Claim: NON-Occupational disability

By: _____
Signature

Richard Alers Segarra
Print Name

_____
Title (if Participant is not an individual)

8/11/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Richard Alers Sebarro
31 Pawnee Dr Windsor
P.A. 17366

RECEIVED & FILED
2021 AUG 16 PM 2: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7021 0350 0001 2984 1809

United States District Court, Clerk's Office
150 AVE. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-1706525

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
YORK, PA
17404
AUG 12, '21
AMOUNT
$4.15
R2305K140931-09

1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Mateo Rivera_

Participant's Address: _Urb. Jardines de Santa Ana Calle 5 I - 4_
_Cocos, P.R. 00769_

Participant's Email Address: _migdaliamateo0@gmail.com_

Name of Counsel: _N/a_

Address of Counsel: _N/a_

Email Address of Counsel: _N/a_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170296_

Nature of Claim: _Aumento de sueldo no pagado_
_(Romero)4 por ciento de aumento de pensión_

By: _Migdalia Mateo, Rivera_
Signature

_Migdalia Mateo Rivera_
Print Name

_N/a_
Title (if Participant is not an individual)

_14/agosto/ 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Migdelia Mateo Rivera
Urb. Jardines de Sta Ana
Calle 5 H-40
Coamo, P.R. 00769

RETURN RECEIPT
REQUESTED

RECEIVED
2021 AUG
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7019 2280 0001 1749 3455

00918-170625

United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

$7.0

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda L. Ramos Rivera_

Participant's Address: _Van Scoy AA-7 Calle Principal Bayamon PR 00957_

Participant's Email Address: _lizramos01 @ hotmail.com_

Name of Counsel: _Employees Retirement System of the goverment of the Commonwealth Of Puerto Rico_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _29677_

Nature of Claim: _Employees Retirement System of the goverment of the Commonwealth of Puerto Rico_

By: _Wanda L. Ramos Rivera_
Signature

_Wanda L. Ramos Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August, 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Ramos Rivera
Urb Seg AA-7 Calle Principal
Bayamón PR 00957

0091B-170625

7020 1290 0002 0121 3552

CERTIFIED MAIL

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

RECEIVED
2021 AUG 16 PM
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
AUG 14, 21
AMOUNT
$7.00
R2304E106873-75

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón E. Peña Deodatti

Participant's Address: Urb. Las Delicias 551 Ponce, P.R 00728

Participant's Email Address: cholo.pena@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Salary Claim / Public Employee Pension / Retiree Claims

By: _____
    Signature

Ramón E. Peña Deodatti
Print Name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ramón E. Peña
Urb. Las Delicias
551 Alejandro Ordoñez
Ponce, P.R. 00728

RECEIVED
2021 AUG 16  PM 12
CLERK'S OFFICE
U.S. DISTRICT COURT

7020 1810 0001 9707 6351

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

U.S. POSTAGE PAID
PM LETTER
PONCE, PR
00730
AUG 14, 21
AMOUNT
$7.00
R2305K133237-06

00918

1000