UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### Pro Se Notices of Participation Received by the Court
### (Discovery for Confirmation of Commonwealth Plan of Adjustment)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 16, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

1. Mariceli Rodriguez Marin
2. Maria D. Lopez Cintron
3. Zaida Ivelisse Colon Maldonado
4. Yadira Melendez Reyes
5. Reaul E. Sanchez Santiago
6. Jose A. Gomez Rivera
7. Claribel Ramos Rivera
8. Maria del Carmen Bonilla Ocasio
9. Coralis Delgado Ramirez
10. Ibrahim J. Ramos Pomales
11. Aida L. Ramirez Salgado
12. Sixto Delgado Ramirez
13. Jose Figueroa Medina
14. Luz Eneida De Jesus Santiago
15. Gretchen M. Camacho Cabezudo
16. Juanita Ortiz Garcia
17. Luz M. Perez Concepcion
18. Doris Rivera Barbosa
19. Gloria Andino Ayala
20. Kelly Fernandez Andino
21. Lillian Hernandez Rey (3 notices)
22. Nerysa Alexandrino Rosario
23. Virginia Hernandez Ortiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

24. Luis E. Cardona Jimenez

25. Ivette M. Rossy Ruaño

26. Miolanys Rodriguez Howell (2 notices)

27. Enid J. Montalban Torres

28. Angel R. Santana Concepcion

29. Ana D. Mojica Cruz

30. Miriam de Jesus Matta

31. Mayra C. Gonzalez Vargas

32. Juan R. Cruz Berrios

33. Ruben Gomez Santana

34. Margarita Morales Morales

35. Sonia M. Delgado Delgado

36. Juan M. Valentin Perez

37. Lawrence Martinez Nieves

38. Minerva Roman Roman

39. Karla M. Casillas Ramos

40. Byviannette Camacho Arocho

41. Juan E. Velez Arroyo

42. Bethzaida Rojas Gonzalez

43. Raquel Cortes Morales

44. Nereida Bisbal Vazquez

45. Juan Camacho Pacheco

46. Maritza Velez Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 17, 2021

47. Mario Gierbolini Rodriguez

48. Arnaldo Vazquez Rivera

49. Jose M. Padilla Beltran

50. Aida I. Reyes Santiago

51. Manuel Rivera Beltran

52. Nixa E. Hidalgo Figueroa

53. Miriam Lopez Ortega

54. Ivelisse Colon de Jesus

55. Rafael Quintana Figueroa

Dated: August 17, 2021