Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mariceli Rodríguez Marín_

Participant's Address: _Urb. Las Delicias 551 Alejandro Ordonez Ponce 00728_

Participant's Email Address: _cherly.ann@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58454_

Nature of Claim: _Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de P.R._

By: _____
    Signature

_Mariceli Rodríguez Marín_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marieli Rodriguez Marin
Urb. Las Delicias
551 Alejandro Ordoñez
Ponce, P.R. 00728

7020 1810 0001 9707 6443

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-176025

U.S. POSTAGE PAID
FCM LG ENV
PONCE PR
AUG 14, 21
AMOUNT
$7.00
R2305K133237-06
00918
1000

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria D. Lopez Cintron_

Participant's Address: _Jardin del este 140 Calle Tabonuco, NaGuabo P.R. 00718_

Participant's Email Address: _dolylopez68@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _retivement_

By: _Maria D. Lopez Cintron_
Signature

_Maria D. López Cintrón_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria de lopez
Jardin del Este
calle Tabonuco 140
Naguabo, P. R.
00718

(Discovery) United States District Court, clerk office
150 Ave. Carlos chardon STE. 150
San Juan, P. R. 00918 - 1767

CERTIFIED MAIL

00918-170399

U.S. POSTAGE PAID
PUNTA SANTIAGO, PR
AUG 14, 21
AMOUNT
$6.45
R2307N153350-02

1000

00918

2021 AUG 16 PM 2:25

RECEIVED & FILED
CLERK'S OFFICE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zaida Ivelisse Colón Maldonado_

Participant's Address: _P.O. Box 7252 Caguas PR 00726_

Participant's Email Address: _zcolon @ caguas.gov.pr or_
_Zaida colon @ hotmail.com_

Name of Counsel: (NA) _____

Address of Counsel: (N/A) _____

Email Address of Counsel: (N/A) _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III, Employee Retirement System._

By: _Zaida Ivelisse Colón Maldonado_
Signature

Print Name _Zaida I. Colón Maldonado_

_Self_
Title (if Participant is not an individual)

_August 14, 2021_
Date

_To be eligible to access the Plan Depository and serve discovery requests._

---

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida Ivelisse Colón Maldonado
P.O. Box 7252
Caguas, PR 00726

7020 0090 0000 9012 9007

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

U.S. POSTAGE PAID
FCM LETTER
00741 SANTIAGO, PR
AUG 14, 21
AMOUNT
$6.45
R2307N153350-02

1000
00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 17 PH 2: 25
RECEIVED

SANTIAGO PR 00741

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yadira Meléndez Reyes_

Participant's Address: _RR-06 Box 7281 Toa Alta .P.R. 00953_

Participant's Email Address: _yaramel23@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Yadira O. Reyes_
     Signature

_Yadira Meléndez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_13-agosto-2021_
Date

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yadira Melendez Reyes
RR-06 Box 7281
Toa Alta, P.R. 00953

United States District Court
Clercks Offices, 150
Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

7021 0950 0001 9444 8488

00918-1706825

RECEIVED & FILED
2021 AUG 16 PM 2: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raul E. Sánchez Santiago_

Participant's Address: _Apartado 281 Punta Santiago P.R. 00741_

Participant's Email Address: _luarmacter.pr@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _retirement_

By: _Raul E. Sánch_
   Signature

_Raul E. Sanchez Santiago_
Print Name

_PBA_
Title (if Participant is not an individual)

_August 13, 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raúl E. Sánchez Santiago
PO Box 281
Punta Santiago, P.R. 00741-0281

RECEIVED & FILED
2021 AUG 16  PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
PUNTA SANTIAGO, PR
00741
AUG 14, 21
AMOUNT
$6.45
R2307N165350-02



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A. Gómez Rivera_

Participant's Address: _Calle: Luis Llorens Torres #21 Las Piedras P.R. 00771._

Participant's Email Address: _el jibarito40@hot mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _retivement_

By: _Jose A. Gómez Rivera_
Signature

_Jose A. Gómez Rivera_
Print Name

_PBA_
Title (if Participant is not an individual)

_August 14, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court. Clerk's Office. 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Gómez Rivera
Calle: Luis Llorens Torres #21
has Piedras P.R. 00771.

CERTIFIED MAIL

7020 3160 0000 9008 9607

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-1 70625

United state District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
00771 PIEDRAS, PR
AUG 14, 21
AMOUNT
$3.60
R2304E106891-09





2021 AUG 16 PM 2:46
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:     *Claribel Ramos Rivera*

Participant's Address:     *Van Scoy AA-7 Calle Principal Bayamon PR 00957*

Participant's Email Address:     *nueria1824@gmail.com*

Name of Counsel:     *Employee Retirement System of the Government
of the Commonwealth of Puerto Rico*

Address of Counsel:     _____

Email Address of Counsel:     _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     *28879*

Nature of Claim:     *Employee Retirement System of the Government
of the Commonwealth of Puerto Rico*

By:     *Claribel Ramos Rivera*
       Signature

*Claribel Ramos Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August, 14, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Claribel Ramos Rivera
Urb Sect. H-17, 18th Borough
Bayamón, PR 00957

RECEIVED &
2021 AUG 16  PH 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR 00

7020 1290 0002 0121 3569

CERTIFIED MAIL

United States District Courts Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
AUG 14, 21
AMOUNT
$7.00
R2304E106873-75

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Bonilla Ocasio_

Participant's Address: _Urb. Cibuco Calle 6 C-30 Corozal, PR 00783_

Participant's Email Address: _mbocacio39@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78329_

Nature of Claim: _____

By: _____
       Signature

_Maria del Carmen Bonilla Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria del C Bonilla Ocasio
Urb. Cibuco Calle C-32
Corozal, PR. 00783

RECEIVED &
2021 AUG 16 PM 2:23
CLERK'S OFFICE
U.S. DISTRICT COURT

00918-170399

7020 2450 0000 2800 8482

CERTIFIED MAIL
SAN JUAN PR 009

United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150, San Juan, PR. 00918-1767

1000

00918

U.S. POSTAGE PAID
FCM LETTER
COROZAL, PR
AUG 14, 21
00783
AMOUNT
$6.45
R2303S101221-30

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Coralis Delgado Ramirez_

Participant's Address: _940 McInnis Ct_

Participant's Email Address: _cdelgado24773 @gmail.com_

Name of Counsel: _Herman D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave. Suit 800 San Juan P.R. 00918-1813_

Email Address of Counsel: _puertoricoinfo@primederk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(17 BK 03566-LTS) 65254_

Nature of Claim: _Puerto Rico Employee Retirement System of the Government of the Commonwealth of P.R._

By:

Signature _Coralis Delgado Ramirez_

Print Name

_Coralis Delgado Ramirez_

Title (if Participant is not an individual)

_8-11-2021_

Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED



$26.3

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020

## UNITED STATES POSTAL SERVICE®   PRIORITY MAIL EXPRESS®



EJ 939 370 695 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE (    )
Sixto Delgado Rodriguez
940 Mc Innis Court
Kissimmee, Florida, 34744

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

**TO:** (PLEASE PRINT)   PHONE (    )
United States District Court
Clerk's Office
150 Ave Carlos Chardón, ste 150
San Juan, P.Rico, 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
34769          8/14/21                                $

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
8/13/21                    ☑ 10:30 PM                 $              $

Time Accepted   ☑ AM   Return Receipt Fee   Live Animal Transportation Fee
850            ☐ PM    $                    $

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$                          $                            $ 26.35

Weight   ☑ Flat Rate   Acceptance Employee Initials
___ lbs. ___ ozs.        J1

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996





UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ibrahim J. Ramos Pomales_

Participant's Address: _3234 Lorimar st Cland Fl 34772_

Participant's Email Address: _ramospai65@gmail.com_

Name of Counsel: _Herman D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave Suit 800 San Juan PR 00918-1813_

Email Address of Counsel: _puertorico info@prime clerk.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Employee Retirement System of the Government of the Common wealth of PR_

By: _[signature]_

Signature

_Ibrahim J. Ramos Pml_

Print Name

_____

Title (if Participant is not an individual)

_08/11/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PRIORITY
MAIL
EXPRESS®

**FLAT RATE
ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

PRIORITY MAIL EXPRESS™
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE®**   PRIORITY MAIL EXPRESS®

EJ 939 370 695 US

CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)   PHONE ( )

Sixto Delgado Rodriguez
940 Mc Innis Court
Kissimmee, Florida, 34744

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED

**TO:** (PLEASE PRINT)

United States District Court
Clerk's Office
150 Ave Carlos Chardón, ste 150
San Juan, P.RICO, 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit usps.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**



ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)
34769   8/14/21

Date Accepted (MM/DD/YY)   Scheduled Delivery Time
8/13/21

Time Accepted   ☐ AM ☐ PM
850

Weight   ☑ Flat Rate   Acceptance Employee Initials
J1

Total Postage & Fees
$ 26.35





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Ramirez Salgado_

Participant's Address: _940 Mc Iddis Court, Kissimmee, Florida, 34744_

Participant's Email Address: _ramospoiro@gmail.com_

Name of Counsel: _Herman D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave. suit 800, San Juan, P Rico 00918-1813_

Email Address of Counsel: _puertorico info @ prime dark.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70903_

Nature of Claim: _Employee Retirement System of the Government of the Commonwealth of PR_

By: _Aida L. Ramos Salgado_
   Signature

   _Aida Ramos Ramirez Salgado_
   Print Name

   _____
   Title (if Participant is not an individual)

   Date _8/12/2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®



U.S. POSTAGE PAID
SANTA CLAUD, FL
34739
AMOUNT $26.3

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---



# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

EJ 939 370 695 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)
Sixto Delgado Rodriguez
940 Mc Innis Court
Kissimmee, Florida, 34744

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)
United States District Court
Clerk's Office
150 Ave Carlos Chardon, ste 150
San Juan, P.Rico, 00918-1767

☞ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 34769
Scheduled Delivery Date: 8/14/21
Date Accepted: 8/13/21
Scheduled Delivery Time: PM
Time Accepted: 850 AM
Weight: Flat Rate
Acceptance Employee Initials: JI
Total Postage & Fees: $26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

  

# UNITED STATES POSTAL SERVICE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sixto Delgado Ramirez*

Participant's Address: *940 Mc INNIS Court, Kissimmee, FL 34744*

Participant's Email Address: *ramosparos@gmail.com*

Name of Counsel: *Herman D. Bauer*

Address of Counsel: *250 muñoz Rivera Ave, Suit 800, San Juan, PRico 00918-1813*

Email Address of Counsel: *puertorico info a Prime clerk. com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *72062*

Nature of Claim: *Employee Retirement System of the Government of the Commonwealth of P.R*

By: *Sixto Delgado Rodriguez*
Signature

*Sixto Delgado Rodriguez*
Print Name

*Sixto Delgado Rodriguez*
Title (if Participant is not an individual)

*8/12/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**PRIORITY MAIL EXPRESS®**

FLAT RATE
ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EJ 939 370 695 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE (    )

Sixto Delgado Rodriguez
940 Mc Innis Court
Kissimmee, Floride, 34744

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)

United States District Court
Clerk's Office
150 Ave Carlos Chardón, Ste 150
San Juan, P.RICO, 00918-1767

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 34769
Scheduled Delivery Date (MM/DD/YY): 8/14/21
Postage: $

Date Accepted (MM/DD/YY): 8/13/21
Scheduled Delivery Time: ☐ 10:30 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 850  ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $

Weight: ☐ Flat Rate     lbs.    ozs.
Acceptance Employee Initials: J1
$ 26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.





**UNITED STATES POSTAL SERVICE®**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Figueroa Medina_

Participant's Address: _352 CALLE DEL PARQUE_

Participant's Email Address: _APT 401, SAN JUAN, PR 00912_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - BK - 3283 - LTS_

Nature of Claim: _Intention to Participate in Discovery_

By: _Jose A. Figueroa_
Signature

_José A. Figueroa Medina_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose' A. Figueroa
352 Calle Del Parque
Apt. 401, San Juan, PR   00912

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 10 PM 2:31

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR   00918-1767

00918-170625

7020 3160 0001 6274 7916

CERTIFIED MAIL

$7.00

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Eneida De Jesús Santiago_

Participant's Address: _P.O. Box 699 - Coamo, Puerto Rico 00769_

Participant's Email Address: _luzencida 1225 @ gmail.com_

Name of Counsel: _____ N/A

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170283_

Nature of Claim: _Ley Promesa (Romerazo y % aumento -Pension_
_(Depto de la Familia)_

By: _Luz Eneida De Jesús Santiago_
Signature

_Luz Eneida De Jesús Santiago_
Print Name

_Participant_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



By Zuila De Jesus Santiago
P.O. Box 699
Coamo, Puerto Rico
00769

RETURN RECEIPT
REQUESTED

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
COAMO, PR
00769
AUG 14, 21
AMOUNT
$6.45
R2303S102189-03

CERTIFIED MAIL

7019 2280 0001 1749 3462

SAN JUAN PR 009
14 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150,
San Juan, Puerto Rico
00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gretchen M Camacho Caberudo_

Participant's Address: _Urb Villa del Carmen E4 calle 4 Gurabo PROO778_

Participant's Email Address: _Jesusgmcc@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _46016_

Nature of Claim: _Retirement system Pension claim_

By: _(signature)_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_13. agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gretchen Camacho
Urb Villa del Carmen
E4 calle 4
Guraba PR00778

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 31

Discovery Notice to the COURT
Clerk's Office at:
United States District Court
Clerk's Office 150 Ave. Carlos
Chardon Ste. 150
San Juan PR 00912 - 1767

7021 0350 0002 1736 5033

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778
AUG 14, 21
AMOUNT
$4.15
R2305K139815-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _JUANITA ORTIZ GARCIA_

Participant's Address: _URB. JARDIN DORADO 21127 Calle Victoriano Dorado, PR 00646_

Participant's Email Address: _englishvhernandez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154298_

Nature of Claim: _PUBLIC EMPLOYEE CLAIM_

By: _Juanita Ortiz Garcia_
    Signature

_JUANITA ORTIZ GARCIA_
Print Name

_____
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Diaz Garcia
Urb Jardin Dorado
21127 Calle Victoriano
Dorado, PR 00646

RECEIVED AND FILED
U.S. _____
SAN JUAN, PR

2021 AUG 16  PM 2: 30

00918-1706125

**CERTIFIED MAIL**

7020 3160 0001 3860 1518

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

U.S. POSTAGE
DORADO, PR
AUG 14, 21
AMOUNT
$6.45
R2305K136984-13

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:          Luz M. Pérez Concepción

Participant's Address:       Box 902-0130, San Juan, Puerto Rico, 00902-0130

Participant's Email Address:   margie1300@yahoo.com

Name of Counsel:          N/A

Address of Counsel:       N/A

Email Address of Counsel:   N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:          17-bK-03283

Nature of Claim:       Unpaid salary increase and steps no taken
                       Law 88-1893, Ley 96-2001, Ley 164-2003, Ley 164-2004, Ley 109-2008

By:   _Luz M. Pérez Concepcion_
      Signature

      Luz M. Pérez Concepción
      Print Name

      _____
      Title (if Participant is not an individual)

      August 11, 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luz M. Pérez Concepción
Box 903-0190, San Juan,
Puerto Rico, 00903-0190

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 16  PM 2:30

RETURN RECEIPT REQUESTED

00918-170399

To: United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan, Puerto Rico, 00918-1767

7020 1290 0002 0817 4269



CERTI
UNITED STATES POSTAL SERVICE
AUG 2021
1000
00918

Aug 14, 21
AMOUNT
$6.45
R2304M112437-15

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doris Rivera Barbosa_

Participant's Address: _PSA #22 Carr 69Le Higuillar Dorado PR 00646_

Participant's Email Address: _dorisriver 2222 @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _135060_

Nature of Claim: _Public Employee / Department of Education_

By: _Doris Rivera Barbosa_
Signature

_Doris Rivera Barbosa_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Doris Rivera
P.O. Box 376
Dorado PR
00646

RECEIVED AND FILED
CLERK'S
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2:30

SAN JUAN PR 009

CERTIFIED MAIL

7020 3160 0001 3860 1525

14 AUG 2021 PM 1 L

United States
District Court
Clerk's Office 150
Ave. Carlos Chardón
Ste 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 14, 21
AMOUNT

**$4.15**
R2307M152654-23



UNITED STATES
POSTAL SERVICE®

1000          00918

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Andino Ayala_

Participant's Address: _C/39 LL 45 Villas de Loíza Canóvanas PR. 00729._

Participant's Email Address: _Kelly.fernandez.andino@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 — LTS._

Nature of Claim: _PROMESA titula III_

By: _Gloria Andino Ayala_
Signature

_GLORIA ANDINO AYALA_
Print Name

_____
Title (if Participant is not an individual)

_agosto — 13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 30

Maria Antero Ayala-
c/39 LL 45 Villas de Loiza
Canovanas P.R. 00729.

United States District Court
Clerks Office 150 Ave.
Carlos Chardon St.
150, San Juan, P.R. 00918-1767

7020 0640 0000 0202 0263 3834

CERTIFIED MAIL

SAN JUAN PR  009

FOREVER USA

U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
AUG 14, '21
AMOUNT
$3.60
R2305E126101-08

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Kelly Fernandez Andino_

Participant's Address: _C/ Guayacan #465 Vistas de Rio Grande II Rio Grande P.R. 00745._

Participant's Email Address: _Kelly.fernandez.andino@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _Kelly Fernandez Andino_
Signature

_Kelly Fernandez Andino_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 30

Nelly Fernández Aprilio
C/Mayagüez #415
Vistas de Río Grande II
Río Grande PR. 00745.

United States District Court
Clerk's Office, 150 Ave
Carlos Chardón Ste.
150, San Juan PR. 00918-1767

CERTIFIED MAIL

7020 0640 0002 0263 3827

SAN JUAN PR   009
15 AUG 2021   PM 1 L





U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
AUG 14, 21
AMOUNT
$3.60
R2305E126101-00
00918
1000
0000
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Hernandez Rey_

Participant's Address: _#5 Ramón Medina Moca, P.R. 00676_

Participant's Email Address: _hernandez lillian 26@ yahoo. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156383_

Nature of Claim: _Ley 89 - Romerazo / Law 89 Romerazo_

By: _Lillian Hernandez Rey_
Signature

_Lillian Hernandez Rey_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Hernández
#5 Ramón Medina
Moca, P.R. 00676

RECEIVED PRO SE
CLERKS OFFICE

SAN JUAN, PR

2021 AUG 16  PM 2:29

00918-1706.25

7020 3160 0001 3191 7401

CERTIFIED MAIL

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767





U.S. POST
FCM LETT
MOCA, PR
00676
AUG 14 21
AMOUNT
$7.0

R2305M148

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Hernández Rey_

Participant's Address: _#5 Ramón Medina  Moca, P.R. 00676_

Participant's Email Address: _hernandez.lillian.26@ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155699_

Nature of Claim: _Ley 410 - 2000 / Law 410 - 2000_

By: _Lillian Hernández Rey_
Signature

_Lillian Hernández Rey_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Hernández
#5 Ramón Medina
Moca, P.R. 00676

RECEIVED AND FILED
SAN JUAN, PR
2021 AUG 16 - PM 2:29

00918-170625



7020 3160 0001 3191 7401

CERTIFIED MAIL

United States District Court
Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767







U.S. POSTAGE
MOCA, PR
00676
AUG 14, 21
AMOUNT
$7.0
R2305M148

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Hernández Rey_

Participant's Address: _#5 Ramón Medina Moca, P.R. 00676_

Participant's Email Address: _hernandez lillian 26 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157502_

Nature of Claim: _Ley 96 2002 / Law 96 2002_

By: _Lillian Hernández Rey_
Signature

_Lillian Hernández Rey_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Hernandez
#5 Ramón Medina
Moca, P.R. 00676

RECEIVED AND FILED
CLERK'S OFFICE
SAN JUAN, PR
2021 AUG 16  PM 2:29

00918-170625



United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7020 3160 0001 3191 7401






U.S. POST
FCM LETT
MOCA, PR
00676
AUG 14, 21
AMOUNT
$7.
R2305M148

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nerysa Alexandrino Rosario

Participant's Address: P. O. Box 43002 PMB 492, Rio Grande, PR 00745-6601

Participant's Email Address: Nerytonya@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 19105

Nature of Claim: Pension / Retiree

By: _Nerysa Alexandrino Rosario_
Signature

_Nerysa Alexandrino Rosario_
Print Name

_____
Title (if Participant is not an individual)

13/agosto/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nerysa Alexandrino Rossario
P.O. Box 43002, PMB 492
Rio Grande, PR 00745-6601

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
20 AUG 15 PM 5:29

U.S. POSTAGE PAID
FCM LG ENV
CANOVANAS, PR
00729
AUG 14, 21
AMOUNT
$6.45
R2305P150006-06

1000
00918

7021 0350 0001 0728 5229

CERTIFIED MAIL

U.S. District Court Clerks office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _VIRGINIA HERNÁNDEZ ORTIZ_

Participant's Address: _Urb Jardin Dorado 21247 Calle El Paraiso Dorado PR 00646_

Participant's Email Address: _englishvhernandez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153470_

Nature of Claim: _PUBLIC EMPLOYEE CLAIM_

By: _____
   Signature

_VIRGINIA HERNÁNDEZ ORTIZ_
Print Name

_____
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Virginia Hernández Ortíz
Urb. Jardín Dorado
21247 Calle   IL Paraiso
Dorado, PR 00646

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

CERTIFIED MAIL

7020 3160 0001 3860 1503

U.S. POSTAGE
$6.45

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis E. Cardona Jiménez_

Participant's Address: _HC-08 Box. 84150  San Sebastián, PR 00685_

Participant's Email Address: _eNrrique 2173 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Caso Núm.   2011 - 12 - 1192_

Nature of Claim: _Retention_

By: _____
   Signature

_Luis E. Cardona Jiménez_
Print Name

_Individual_
Title (if Participant is not an individual)

_08 / 13 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis E. Cardona Jimenez
HC-08 Box 84150
San Sebastian, PR 00685

Courts Clerk's Office
United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



CERTIFIED MAIL

7020 1810 0001 4315 4829







Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivette M. Rossy Ruano_

Participant's Address: _P.O. Box 641 Dorado, P.R. 00646_

Participant's Email Address: _ivette rossy @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _126937_

Nature of Claim: _____

By: _Ivette M. Rossy Ruano_
Signature

_Ivette M. Rossy Ruano_
Print Name

_____
Title (if Participant is not an individual)

_12/ago/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

*Nature of Claim*

Under the responsability of Gobernor of Puerto Rico, Carlos Romero Barceló (Law 89) during the years (1980-1984), an increas knows as the Romeraso) was granted for the amount of $100.00 dollar per months, wich I did not received until the year retirement in 2011, And even still I have not received them.

Then the Law 96 of the year 2002 of the former collector Sila M. Calderón was activated, wich granted monthly increases of $100.00 dollars to public employees.

I also never received until the moment of my retirement and to this day.

Then under to the Magisterial Law that was activated 1999, wich was a warded $30.00 dollars per month for Merit, and which I have not received until the moment (2011) to this day.

Under the Law #9 salary scale (teaching career) violated the salary scale (164)

Claim 12 6 937

Ivette M. Rosa Ruano
P.O. Box 641 Dorado, P.R.
00646

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7020 3160 0001 3859 6906

14 AUG 2021 PM 1 L

SAN JUAN PR 009

00918-1703990




U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 14, 21
AMOUNT
**$7.00**
R2307M152654-23

UNITED STATES
POSTAL SERVICE®

1000          00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miolanys Rodriguez Howell_

Participant's Address: _101 Urb. Alturas Sabaneras Sabana Grande PR00637_

Participant's Email Address: _teatrorodriguez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128257_

Nature of Claim: _Right to claim an increase by law 96 of July 1, 2002._

By: _Miolanys Rodriguez Howell_
Signature

_Miolanys Rodriguez Howell_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miolanys Rodríguez Howell
101 Urb. Alturas Sabaneras
Sabana Grande PR 00637

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

7020 1290 0001 8452 2863

CERTIFIED MAIL

SAN JUAN PR 009
AUG 13 2021 PM 1 L

U.S. POSTAGE PAID
FCM LETTER
SABANA GRANDE, PR
00637
AUG 14, 21
AMOUNT
$6.45
R2305K133304-04





Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miolanys Deli Rodriguez Howell_

Participant's Address: _101 Urb. Alturas Sabaneras Sabana Grande PR 00637_

Participant's Email Address: _teatrorodriguez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150 459_

Nature of Claim: _Right to claim a salary increase by law 96 of July 1, 2000 and those that apply after 2000_

By: _Miolanys P. Rodriguez Howell_
Signature

_Miolanys Deli Rodriguez Howell_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miolanys Deli Rodriguez Howell
101 Urb Alturas Sabaneras
Sabana Grande PR 00637

RECEIVED AND FILED
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 2: 28

00918-170625

CERTIFIED MAIL

7020 1290 0001 8452 2870

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

$6.45
AUG 14, 21
AMOUNT
R2305K135304-04

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Enid J. Montalbán Torres_

Participant's Address: _P.O. Box 2541 Bayamón, PR 00960_

Participant's Email Address: _montalban.enid73@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Enid J. Montalbán Torres_
Signature

_Enid J. Montalbán Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Enid J. Montalbán Torres
P.O. Box 3541
Bayamón, PR 00960

RECEIVED AND
U.S. DISTRICT
SAN JUAN, P.R.
2021 AUG

UNITED STATES
POSTAL SERVICE

00918

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
AUG 14, '21
AMOUNT
$6.45
R2304E107370-1

7020 0090 0000 4100 7194

CERTIFIED MAIL

00918-170825

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR  009
14 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angel R. Santana Concepcion*

Participant's Address: *Urb. Santa Ana Calle 1 EE-8 Vega Alta, P.R. 00692*

Participant's Email Address: *mariaolivo871@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *69844 (además aparece 67495)*

Nature of Claim: *Public Employee and Pension - Retiree Claim*

By: *(signature)*
Signature

*Angel R. Santana Concepción*
Print Name

*N/A*
Title (if Participant is not an individual)

*14 de agosto de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel R Santana Concepción
Urb. Santa Ana Calle 1 EE-8
Vega Alta, P.R. 00692

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 27

00918-1706.25

7021 0350 0001 3416 1572

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767







1000

00918

U.S. POST
FCM LET
VEGA ALT
00692 AUG
AMOUNT
$3.
R2305H12

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana D. Mojica Cruz_

Participant's Address: _P.O. Box 112 Gurabo P.R. 00778_

Participant's Email Address: _leyramsy7@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118678_

Nature of Claim: _Unpaid Claims at Public Employee Claim of the Government of the commonwealth of P.R_

By: _Debbysmarie Rosa Mojica_
Signature

_[signature]_
Print Name

_____
Title (if Participant is not an individual)

_12/Agosto/21 . (12/August/21)_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

DebbysMariel Rosa Mojica
PO Box 112
Gurabo, PR.   00778

7020 3160 0000 9008 9614

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

U.S. POSTAGE PAID
FCM LETTER
LAS PIEDRAS, PR
00771
AUG 13, '21
AMOUNT
**$6.45**
R2304E106891-16

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR   00 918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: MIRIAM DE JESUS MATTA

Participant's Address: URB. MONTE BRISAS, 4H-11 CALLE 9, FAJARDO, P.R. 00738

Participant's Email Address: miridjesuspr@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 30637

Nature of Claim: Pension/Retiree

By: *Miriam De Jesus Matta*
Signature

MIRIAM DE JESUS MATTA
Print Name

Title (if Participant is not an individual)

AUGUST 5, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam De Jesus Matta
Urb. Monte Brisas
Calle 4 4H-11
Fajardo, P.R. 00738

7009 3410 0000 9413 8508

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court
Clerk's Office Chardon Ste. 150
150 Ave. Carlos Chardon
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
AUG 13, 21
AMOUNT
$6.45
R2303S1014I0-08

1000

00918

USA FOREVER

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 16 PM 3: 27

00918=1706 C019

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mayra C Gonzalez Vargas_

Participant's Address: _PO Box 875, Yabucoa, PR 00767-0875_

Participant's Email Address: _mayrag349@gmail.com_

Name of Counsel: _no aplica_

Address of Counsel: _no aplica_

Email Address of Counsel: _no aplica_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _S.S. 7613_

Nature of Claim: _Pension/retire_

By: _Mayra C Glz Vargas_
Signature

_Mayra C. Gonzalez Vargas_
Print Name

_____
Title (if Participant is not an individual)

_13 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mayra C. González Vargas
PO Box 875
Yabucoa, PR 00767-0875

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

CERTIFIED MAIL

7021 0350 0001 0728 6011




U.S. POSTAGE PAID
FCM LETTER
YABUCOA, PR
00738
AUG 13, 21
AMOUNT
$7.00
R2303S101410-08



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan R. Cruz Berrios

Participant's Address: P.O. Box 1803 Las Piedras, P.R. 00771

Participant's Email Address: juan.berrios45@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 26318

Nature of Claim: Salary Claim (Court of first instance San Juan, P.R. Civil Num. K PE 2007-4359(803))

By: _Juan R. Cruz_
   Signature

Juan R. Cruz Berrios
Print Name

_____
Title (if Participant is not an individual)

August 12, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan R. Cruz Berrios
P.O. Box 1803
Las Piedras, P.R. 00771



U.S. POSTAGE PAID
FCM LG ENV
LAS PIEDRAS, PR
00771
AUG 13,'21
AMOUNT
$6.45
R2304H10766406

1000
00918

7019 2280 0000 5997 7594

CERTIFIED MAIL

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

2021 AUG 16  PM 2:26

00918Ei706 C018

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rubén Gómez Santana_

Participant's Address: _HC-1 Box 4200 Naguabo, PR 00718_

Participant's Email Address: _ruben11123@hotmail.com_

Name of Counsel: _M_

Address of Counsel: _M_

Email Address of Counsel: _M_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(1480)(últimos cuatro dígitos del seguro socal)_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
Signature

_Rubén Gómez Santana_
Print Name

_____
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RUBÉN GÓMEZ-SANTANA
HC-1 BOX 4200
NAGUABO, PR 00718

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2:26

0091E81706

7020 2450 0001 8012 4280

CERTIFIED MAIL

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150 AVE. CARLOS CHARDÓN STE. 150
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

U.S. POSTAGE PAID
FCM LETTER
FAJARDO PR
00738
AMOUNT
AUG 13, 21
$7.00
R2304M113155-07

1000

Participant must provide all of the information below in English:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Margarita Morales Morales

Participant's Address:    HC 1 Box 5308 Arroyo, P.R. 00714

Participant's Email Address:   moralesm_m @ yahoo.com

Name of Counsel:    Lcda. Alma Y. Duran Nieves

Address of Counsel:    Cond. Altagracia 5C 262 Calle Uruguay

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    17-BK 3283-LTS

Nature of Claim:    Promesa Title III

By:    NMM
Signature

Margarita Morales Morales
Print Name

_____
Title (if Participant is not an individual)

8/13/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

Maggie Morales
He-1 Box 5308
Arroyo, PR 00714-9719

7021 0350 0001 0814 1586

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
AUG 13, '21
AMOUNT
$3.60
R2305K131158-20

SAN JUAN PR 009
13 AUG 2021 PM 2 L

1000

00918


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia M. Delgado Delgado_

Participant's Address: _PoBox 2082 Arecibo, P.R. 00613-2082_

Participant's Email Address: _rosaJosea 44 @gmail.com_

Name of Counsel: _no represented by counsel_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS Pack ID: 199893MMLID: 132745-PSVC: MML-PC_

Nature of Claim: _Intention to participate in discovery in connection with confirmation of the Plan_

By: _____
Signature

_Sonia M.Delgado Delgado_
Print Name

_Sonia M. Delgado Delgado_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delgado Delgado Sonia M.
PO. Box 2082
Arecibo PR. 00613-2082

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 2: 25

RETURN RECEIPT
REQUESTED

7019 1120 0000 7609 6546

SAN JUAN PR OO

13 AUG 2021 PM 2 L

00918-170625

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 16 PM 2: 25

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

$7.00

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan M Valentin Perez_

Participant's Address: _PO Box 12033 Moca PR 00676_

Participant's Email Address: _ebosques @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _111933_

Nature of Claim: _salary claim_

By: _____
Signature

_Juan M. Valentin Perez_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan Valentin Perez
HC-02 Box 12033
Moca PR 00676

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 13, 21
AMOUNT
$6.45
R2304M110395-03

7021 0950 0001 7748 8692

CERTIFIED MAIL

SAN JUAN PR   009
13 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918 - 1767

2021 AUG 16  PM 2:25

U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED AND FILED
CLERK'S OFFICE

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _LAWRENCE MARTINEZ NIEVES_

Participant's Address: _Bo. Duque Bzn 2095 Naguabo, PR 00718_

Participant's Email Address: _lawmartinez18414@gmail.com_

Name of Counsel: _na_

Address of Counsel: _na_

Email Address of Counsel: _na_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(9245) últimos 4 dígitos del seguro social_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
      Signature

_LAWRENCE MARTINEZ NIEVES_
      Print Name

_____
      Title (if Participant is not an individual)

_13 de AGOSTO DE 2021_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



LAWRENCE MARTINEZ NIEVES
URB. DOS BOSQUES
W ACUABO, PR 00718

RECEIVED AND FILED
CLERK'S OFFICE
U.S.
SAN JUAN PR

2021 AUG 16 PM 2: 25

CERTIFIED MAIL

7020 2450 0001 8012 4297

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-170399

U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
AUG 13, 21
AMOUNT
$7.00
R2304M113155-07

1000
00918

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Minerva Roman Roman_

Participant's Address: _PO Box 1483 Dorado, Punto Rico 00646_

Participant's Email Address: _minervaroman 1948@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118346_

Nature of Claim: _Public Employee Claims_

By: _Minerva Roman Roman_
Signature

_Minerva Roman Roman_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marina Roman Ramos
PO Box 1483
Dorado, P.R. 00646

RE
U.S.
SAN JUAN, PR

2021 AUG 16 PM 2:24

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

7020 3160 0001 3860 1457

SAN JUAN PR 006
16 AUG 2021

00918-1706625

CERTIFIED MAIL




1000

00918




U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 13, 21
AMOUNT
$7.00
R2305K136984-13

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Karla, M. Casillas Ramos_

Participant's Address: _Urb. Ramón Rivero (Dipl.) c/19 Q-4 Hoguabo, PR 00718_

Participant's Email Address: _Karb2004_m@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179201_

Nature of Claim: _Pension / Retiree_

By: _Karla M. Casillas Ramos_
Signature

_Karla M. Casillas Ramos_
Print Name

_____
Title (if Participant is not an individual)

_11 agosto 2021_
Date

Maria H. Carlos Ramos
urb. Ramos Rivera (BPE)
9/19 Q-4
Naguabo, PR 00718





U.S. POSTAGE PAID
FCM LETTER
NAGUABO, PR
00718
AUG 13, 21
AMOUNT
$6.45
R2305K138907-08

CERTIFIED MAIL

7020 3160 0000 5117 0542

SAN JUAN PR   009
13 AUG 2021 PM 2 L

United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, PR 00918-1767





2021 AUG 16  PM 2:24

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Byviannette Camacho Arocho

Participant's Address: Urb. Promise Land, 65 Calen Monte Jos Olivos, Naguabo PR 00718-2851

Participant's Email Address: byviannette @ hotmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 94630

Nature of Claim: Pension - Retiro

By: _____
Signature

Byviannette Camacho Arocho
Print Name

_____
Title (if Participant is not an individual)

12 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Byrianette Camacho Abadio
URB. Promised Land
65 Calle Monte De los Olivos
Naguabo P.R 00718-2851

CERTIFIED MAIL

7020 2450 0001 8012 4259

United States District Court, Clerk's
Office, 150 Ave, Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
AUG 13, 21
AMOUNT
$7.00
R2303S101410-02

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Eldez Amoyo_

Participant's Address: _Urb El Conquistador Calle n SE-1 Trujillo Alto PR 00926_

Participant's Email Address: _juelez atroyo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _27114_

Nature of Claim: _Pensoro / Retiree Claims_

By: _____
Signature

_Juan E. Velez Amoyo_
Print Name

_____
Title (if Participant is not an individual)

_august 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 2:23

Nazario Ortiz
20 Registro 11 SC-1
Trujillo Alto PR
00976-4438

**CERTIFIED MAIL**

7021 0950 0002 1796 9297

US District Court, Clerk's
150 Ave. Carlos Chardón Ste. 150
San Juan PR
00918-1767

$6.45
R2305K136406-08

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Bethzaida Rojas Gonzalez_

Participant's Address: _Villas El Diamantino C-32 Cardina_ _P.R.00987_

Participant's Email Address: _rojas.bethzy@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. BK 3283 - LTS_

Nature of Claim: _Salario_

By: _Bethzaida Rojas Gonzalez_
    Signature

_Bethzaida Rojas Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_9 agocto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BETHZAIDA ROJAS GONZALEZ
C-32 VILLAS EL DIAMANTINO
CAROLINA, PR 00987-6945

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2:23

00918-1706  0018

7018 0360 0000 9081 7820


PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

United States District Court, Clerk's
Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00940
AUG 12, 21
AMOUNT
$7.00
R2304P119094-03


UNITED STATES
POSTAL SERVICE®

1000          00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Raquel Cortés Morales_

Participant's Address: _RR-1 Box 41470 San Sebastián, P.R. 00685_

Participant's Email Address: _rc7867423@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167266_

Nature of Claim: _Union Grievance, Public Employee and Pension Retiree Claims_

By: _Raquel Cortés Morales_
Signature

_Raquel Cortés Morales_
Print Name

_Special Education Student Assistan (Employee Retired)_
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sta. Rafael Cortés Morales
RR 1 Box 41470
San Sebastián, P.R.
00685

U.S. POSTAGE PAID
FCM
SAN SEBASTIAN, PR
00685
AUG 12, 21
AMOUNT
$6.45
R2304E105809-17

CERTIFIED MAIL

7020 1810 0001 4314 4820

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste.
150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Nereida Bisbal Vázquez

Participant's Address:   F-32 ZARAGOZA ST.
urb. Villa España Bayamón, P.R.00961

Participant's Email Address:   NERY961@gMail.com

Name of Counsel:   I don't have Counsel

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   174739

Nature of Claim:   Global Objetion regarding the
request for Money Not paid by
Commonwealth of Puerto Rico

By:   _Nereida Bisbal Vázquez_
     Signature

     NEREIDA Bisbal Vázquez
     Print Name

     _____
     Title (if Participant is not an individual)

     August 13, 2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



7020 3160 0001 9238 2439

CERTIFIED MAIL

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20   AUG 16   PM 2:22

00918-170625

Discovery Notice to the courts Clerk's office at
United State District Court, Clerk office
150 Av. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
BAYAMON, PR
00959
AUG 13, 21
AMOUNT
$7.00
R2305K142216-13

SAN
1000
00918



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Juan Camacho Pacheco

Participant's Address:  Urb. Promise Land, 65 Calle Monte Los Olivos
Naguabo PR 00718-2851

Participant's Email Address:  kajuanmaq@yahoo.com

Name of Counsel:  NIA

Address of Counsel:  NIA

Email Address of Counsel:  NIA

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  104859

Nature of Claim:  Pensión - Retiro

By: _____
   Signature

Juan Camacho Pacheco
Print Name

_____
Title (if Participant is not an individual)

12-agosto-21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



JUAN CAMACHO PACHECO
URB. PROMISED Land
65 CAlle MONTE DE los olivos
NAguabo P.R. 0018 -2851

7020 2450 0001 8012 4235

CERTIFIED MAIL

UNITED States District Court, CleRKS
OFFIce, 150 AVE. CARLOS CHARdoN Ste. 150
San Juan, P.R 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
AUG 13, '21
AMOUNT
$7.00
R2303S101410-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Velez Rivera_

Participant's Address: _P.O. Box 1114, Luquillo, P.R. 00773-1114_

Participant's Email Address: _mmvelez0904@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-03283- LTS_

Nature of Claim: _Unpaid salary according to Law 96-2004_
_Department of Education_

By: _Maritza Velez Rivera_
Signature

_Maritza Velez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maritza Velez Rivera
P.O. Box 1114
Luquillo, P.R. 00773-1114

CERTIFIED MAIL

7021 0350 0000 0992 8460

Discovery Notice to the Court's Clerk
United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:  _MARIO Gienbolini Rodriguez_

Participant's Address:  _Villa Madrid - calle-2-5 - coamo, P.R. 00769_

Participant's Email Address:  _MARIOgienbolini@gmail.com_

Name of Counsel:  _NO_

Address of Counsel:  _NO_

Email Address of Counsel:  _NO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _174038_

Nature of Claim:  _Retirement system benefits_

By:  _[signature]_
     Signature

     _MARIO Gienbolini Rodriguez_
     Print Name

     _NO_
     Title (if Participant is not an individual)

     _08/13/2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALBERTO AGRON VALENTIN
ASTRID N. AGOSTO FERNANDEZ
LILLIAM ALMEYDA IBAEZ
LYDIA E. ALBERTORIO
RICARDO ALONSO FORTIER
JOSE H. ANTUNEZ QUILES
IRIS N. ARROYO MONJICA
PEDRO ALVES PIEIRO
NILDA I. BARRETO HERNANDEZ
MELVIN E. BERRIOS DAVID
EDWIN BORRERO ALAMO
JULIA I. BUENO
RAFAEL E. BOU PADILLA
KENNETH BURGOS CORA
NORMA M. CANCEL AYALA
DHALIA N. CANCEL NIEVES
ELVIN CASIANO BELLO
JESUS R. COLLAZO CLAS
MILAGROS COLON PEREZ
JOSE A. CARABALLO PADILLA
SONIA CARABALLO DELGADO
NEVADA E. CARRION DIAZ
ISMAEL CASTRO NEGRON
JULIO CINTRON ESPINELL
JAVIER CLAUDIO VELEZ
LESLIE CORTES SANCHEZ
JORGE IVAN CORA RIVERA
CELEDONIO CRESPO SEPULVEDA
JUAN R. CRUZ BERRIOS
NYDIA CRUZ MONTES
HECTOR CRUZ VELAZQUEZ
FELIX A. DIAZ BURGOS
EDNA L. DIAZ DIAZ
AUREA ENCARNACION RIVERA
FELIX A. FALCON RIVERA
RAYMOND FERGELEC CINTRON
ELIA J. FIGUEROA CARRILLO
MAXIMINO FIGUEROA RIVERA
MARIA DE LOS ANGELES FONTANEZ
COSME
JOSE I. FONTANEZ ORTIZ
SONIA FUSTER GONZALEZ
RUBEN GARCIA ACEVEDO
JORGE L. GARCIA RIVERA
GERARDO GARCIA VARELA
RAFAEL GAZTAMBIDE VAZQUEZ
MARIO GIERBOLINI RODRIGUEZ
JOSE A. GOMEZ RIVERA
MARIO GONZALEZ GONZALEZ
ANDERSON GONZALEZ CONTRERAS
BRENDA L. GONZALEZ DIAZ
ROBERTO GONZALEZ
JOSE D. GONZALEZ RAMOS
DAMARIS GONZALEZ SANTIAGO
LUIS O. GONZALEZ SANTIAGO
MIRIAM GONZALEZ SANTIAGO
SANDRA GREGORY RIVERA

CIVIL NÚM.: K PE2007-4359 (803)

SOBRE:

RECLAMACIÓN DE SALARIOS,
AUMENTO POR MÉRITO APROBADO
POR LA JUNTA DE DIRECTORES
PARA LOS AÑOS 2005, 2006, 2007,
2008, 2009 Y 2010; DÍA POR
PROCLAMA A TIPO DOBLE Y SIN
CARGO LICENCIA ALGUNA, Y
RECLAMACIÓN DE HORAS EXTRAS.

MARIO Giecko luis Rodriguez
villa MAdrid calle-2-A5:
Coamu, P.R. 00769

U.S. DISTRICT COURT
SAN JUAN, PR

'16 PM 2:21

CERTIFIED MAIL

7017 3040 0000 5721 2133

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2011 AUG 16 PM 12:27



U.S. POSTAGE PAID
AIBONITO PR
00705
AUG 13, 21
AMOUNT
$6.45
R2307N15294-01

united states District Court ehe's
Office,150 AVe.CarlosChardonste150
SAN Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arnaldo Vazquez Rivera_

Participant's Address: _HC 73 Box 4737 Naranjito, P.R. 00719-9607_

Participant's Email Address: _avazquez9266@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175078_

Nature of Claim: _Empleado Puerto Rico Telephone Company_

By: _signature_
Signature

_Arnaldo Vazquez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_august - 12 - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Arnaldo Vázquez Rivera
HC 73 Box 4737
Naranjito, P.R. 00719-9607

A: United States District Court
Clerk office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

CERTIFIED MAIL

7021 0950 0001 9444 9436

00918-170625

RECEIVED OFFICE SAN JUAN
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

'21 AUG 16 PM 2:21

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
AUG 13, '21
AMOUNT
$6.45
00918
R2305E125737-9

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Padilla Beltrán_

Participant's Address: _HC 73 Box 4414 Naranjito. P.R. 00719_

Participant's Email Address: _jpadilla167@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _____
    Signature

_José M. Padilla Beltrán_
Print Name

_____
Title (if Participant is not an individual)

_13/agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 21

José M. Padilla Beltrán
HC-73 Box 4414
Naranjito, P.R. 00719

United States District Court
Clerk's Office, 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

7021 0950 0001 9444 8495

1000

00918

R2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida J. Reyes Santiago_

Participant's Address: _RR-06 Box 7281 Toa Alta. P.R. 00953_

Participant's Email Address: _aidareyes.stgo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Aida Si Rya_
Signature

_Aida J Reyes Santiago_
Print Name

_____
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Reyes Santiago
RR-06 Box 7281
Toa Alta, P.R. 00953

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7021 0950 0001 9444 8617

00918-170625

U.S. POSTAGE PAID
FCM LG ENV
00719
NARANJITO, PR
AUG 13, '21
AMOUNT
$6.45
R2304M111638-06

UNITED STATES
POSTAL SERVICE ®

1000

00918

2021 AUG 16  PM 2:20

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Rivera Beltran

Participant's Address: PO BOX 486 Barranquitas, P.R 00794

Participant's Email Address: mriverabeltran1@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-BK-3283-LTS

Nature of Claim: _____

By: _____
Signature

Manuel Rivera Beltran
Print Name

_____
Title (if Participant is not an individual)

11/Aug./2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Rivera Beltran
P.O Box 486
Barranquitas, PR 00794

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2: 20

00918-1706 25

United State District Court, Clerk Off.
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

CERTIFIED MAIL

7018 0360 0002 1749 2307

UNITED STATES
POSTAL SERVICE®

1000

00918

R2300

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nixa E. Hidalgo Figueroa_

Participant's Address: _Terrazas De Cupey St. 6 B-39 Trujillo Alto, P.R 00976_

Participant's Email Address: _nixa hidalgo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The employees Retirement System of The government of Commowealth of Puerto Rico_

By: _Nixa E. Hidalgo Figueroa_
Signature

_Nixa E. Hidalgo Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nixa E. Hidalgo Figueroa
Terrazas de Cupey
Calle 6 B-39
Trujillo Alto, P.R 00976

CERTIFIED MAIL
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2:20

7021 0950 0002 1797 1160

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767







U.S. POSTAGE PAID
TRUJILLO, LE
00976
AUG 13, 21
AMOUNT
$7.00
R2305K136496-08

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    MIRIAM LOPEZ ORTEGA

Participant's Address:    URB BRISAS DEL MAR
39 CALLE DRA. IRMA I. RUIZ PAGAN
LUQUILLO PR 00773

Participant's Email Address:    ziggy01369 @ yahoo.com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

17BK3283-LTS
(17BK03566-LTS)

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    19966

Nature of Claim:    PENSION / RETIREE

By:    _Miriam Lopez I. Ortega_
    Signature

_Miriay Lopez - Ortega_
Print Name

_____
Title (if Participant is not an individual)

_August 9th 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MIRIAM LOPEZ (case# 19966)
URB. BRISAS DEL MAR
B9 Calle Dea. IRM+ I. RUIZ Pagan
LUQUILLO PR 00773

CERTIFIED MAIL

7009 3410 0000 9433 9067

UNITED STATES DISTRICT COURT
Clerks Office
150 AVE. CARLOS CHARDON
SUITE 150
SAN JUAN, PR 00918-1767

FOREVER

$6.45

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: IVELISSE COLON DE JESUS

Participant's Address: #270 CAMPO ALEGRE, AGUADILLA, P.R. 00603

Participant's Email Address: icolon1984@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: PROMESA Title III

By: _Ivelisse Colón de Jesús_
Signature

Ivelisse Colón de Jesús
Print Name

Payroll Officer (employee)
Title (if Participant is not an individual)

13 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ivelisse Colón de Jesús
270 Campo Alegre
Aguadilla P.R. 00603

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 2:

7018 3090 0001 8457 6027

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

SAN JUAN PR 009
13 AUG

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
AUG 13, 21
AMOUNT

$7.00

1000
00918
R2304E105991-01

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Quintana Figueroa_

Participant's Address: _Calle. Ramon R. velez 44-Playa- Ponce_

Participant's Email Address: _quintytaxy@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS._

Nature of Claim: _tittle III - Gob de P.R._

By: _Rafael Quintana Figueroa_
Signature

_Rafael Quintana Figueroa: tel. 787-673-3236._
Print Name

_____
Title (if Participant is not an individual)

_12-Agosto. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



CERTIFIED MAIL

7018 2290 0001 3189 3918

Rafael Quintana Figueroa
c/a Ramon Rivera 44 —
Baka- Ponce 00731

150 ave Carlos Chardon Ste 150,
San Juan, P.R. 00918-1769;

united State Court, Clerk office.

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 16 PM 2:18

00918-171365

SAN JUAN PR 009
13 AUG 2021

U.S. POSTAGE
PONE LETTERS
PONCE PR
AUG 13 21
AMOUNT
$6.45
R2306K134027