# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I hereby certify that Foreman Electric Services Inc., in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 17127-1 of Case No. 17-03283 (the "CMP Order"),* sent a true and exact copy of the following documents*:*

*Notice of Appearance and request for notice, filed by Roberto Quinones-Rivera, on behalf of American Bankers Life Assurance Company of Florida*, filed on August 13, 2021 (Docket No. 17813 of Case No. 17-03283(LTS)). *Notice of Intent to Participate in Discovery- American Bankers Life Assurance Company of Florida,* filed on August 13, 2021 (Docket No. 17815 of Case No. 17-03283 (LTS)). *Notice of Intent to Participate in Discovery- Caribbean American Life Assurance Company*, filed on August 13, 2021 (Docket No. 17816 of Case No. 17-03283 (LTS)). Notice of Intent to Participate in Discovery- Federal Warranty Service Corporation, filed on August 13, 2021 (Docket No. 17817 of Case No. 17-03283 (LTS); by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of August 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**MCCONNELL VALDÉS LLC**
*Attorneys for American Bankers Assurance Company of Florida, Federal Warranty Service Corporation, and Caribbean American Life Assurance Company,*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225


By: s*/Roberto Quiñones Rivera*
Roberto C. Quiñones-Rivera, Esq
USDC No 211512
rcq@mcvpr.com

- 2 -