## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | Re: ECF No. 17047 |
| Debtors.[1] | |

**MOTION TO PRESENT THE DISCOVERY NOTICE**
**BASED ON DEBTS, IS NOT JUST THE SHAREHOLDERS FUNDS DISAPEARANCE, BUT**
**WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY - MARINE**
**ON THE USAGE OF THE VIEQUES NAVAL TRAINING RANGE?**





**THE NATIVE VIEQUENSES LIVE AND THEIR CHILDREN GREW UP AMONG BOMBS**
**NEVER SAW ONE DIME BUT CERTAINLY DOD – U.S. NAVY – MARINE CORP PAID**

**FOR THEIR WELFARE AND THE NATIVE VIEQUENSE WHOM NEVER SAW ONE DIME**

**WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**

**IS IT TIME TO CLEAN THE NAME OF THE UNITED STATES TROOPS?**

**THE NATIVE VIEQUENSES COMPENSATION WAS USED AS THE REPAYMENT PLAN**

**IN TERMS OF A REPAYMENT PLAN = SOLUTION**

**HOW THE DEPTORS WILL PAY $100 BILLION DOLLARS ON THE FISCAL DEBT?**

Respectfully comes now, Myriam Yashei Rosario, legally known as Yashei Rosario, in which is authorized by Resolution, to represent the Community of Vieques, organized as Development Socioeconomic and Conservation Fideicomiso of Vieques DESCO, Inc., DESCO Community Board as Pro Se. Also, creator of **HACIENDA LA PERLA HISTORY THEME PARK,** a theme park representing Vieques, Puerto Rico and the Caribbean History entertaining saga, among rollercoasters, folkloric dances, all the glamour of the African Caribbean Americans.

Respectfully, Rosario owns the 30% of 100 Shares, in which offered on July 13, 2021 - ECF No. 17047, a DONATION of 10% Shares as a Repayment Plan of the $100 billion dollars Fiscal Debt + 10.5 IVU-TAX = 20.5% = $1 billion minimum annually = Puerto Rico Debt Free. As a matter of fact, presented the allegation on the disappearance of the "Native Viequenses Compensation" and DESCO began to seek for a way of survival, to finance Hacienda La Perla Theme Park, without getting into a loan, as Oriental Bank is in stand by.

January 2013: DESCO visited the **Governor's Office,** and they felt impower to force the Native Viequenses out of their Fortress Palace for asking for what righteously belong to the Native Community who paid the highest price for the United States National Security for 63 years, facing over 900,000 live ammunitions bombing of all calibers, and now is history BUT NOT



**THE NATIVE VIEQUENSES COMPENSATION**

WHERE IS THE 1940-2003 COMPENSATION

PAID BY DOD - U.S. NAVY – MARINE CORP?





**WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**



On May 1, 2003, Vieques a community as Private Vieques, women, elderlies, handicapped, youngsters and children all ages faced over 900,000 live ammunitions bombing and DoD – U.S. NAVY – MARINE CORP PAID



FOR THE ECONOMIC DEVELOPMENT AND INSTRASTRUCTURE OF THE VIEQUES and they got nothing in return. The U.S. Navy mistake was trusting the Government/Commonwealth of Puerto Rico to take care of their own and they never did, and after 81 years, the Native Viequenses still got nothing in return, why? The U.S. Navy – Marine Corp were supposed to protect the weak, and never protected Private Vieques. In which the U.S. Congress has sent so much more for Vieques and never reaches their righteous destinatory. HOW THIS HAPPENED IN WHICH DOD – U.S. NAVY – MARINE CORP PAID?

Respectfully, what was there for the Native Viequenses, on the 1940 Agreement, between the Government of Puerto Rico and the U.S. Navy? The Chief of Staff of Senator James M. Inhofe told Rosario in a meeting in June 2016, that they have a copy on file, and hopefully the Honorable Court may consider sending the U.S. Marshalls to get a copy, to answer the question. Cause it is time to clean the name of DOD - U.S. Navy – Marine Corps. **WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**

Respectfully, asking the honorable court, how the Government/Commonwealth pay the Fiscal Debt? How their financial troubles began on May 1, 2003, when the Native Viequenses began to protest like the Cubans just did because they couldn't take **No More Abuse** and stood up in civil disobedience like Vieques did before? What was there for the Native Viequenses on the 1940 Agreement, JUST THE BOMBING?

**Certainly, this is not the United States that we the people have known.**

Are the Native Viequenses entitle to get their compensation back, like the Shareholders Rights? Are the Native Viequenses entitle to some happiness, some joy, and freedom? Are we part of the FREE?

Respectfully, asking the honorable court, if HACIENDA LA PERLA HISTORY THEME PARK owns the 70% Shares that belongs to the Native Viequenses Community. Hacienda must get a private loan or the honorable court after confirming what was for the Native Viequenses in the 1940 Agreement, could grant a refund or a loan of **$200 million in 4 payments of $50 million** = $150 million for the construction, Engineering Staff, rollercoasters, garments, uniforms, etc. The Theme Park and $50 million for the Operational Expense, Promotion, and the success of the investment = after all an alliance creating the 20.5% Repayment Plan = $1 Billion yearly = Puerto Rico Debt Free, according to the filing on July 13, 2021 - ECF No. 17047.

**HOW THE DEPTORS WILL PAY $100 BILLION DOLLARS ON THE FISCAL DEBT?**
How will the debtors pay because since the PROMESA TITLE III FILING, they didn't present any solution?

DESCO'S PROPOSAL IS A BETTER OPTION THAT THE RESTRUCTURATION OF THE FISCAL DEBT

BECAUSE CREATES AND PAYS SATISFACTORALY THE FISCAL DEBT

Respectfully, asking the honorable court, what was there for the Native Viequenses JUST THE BOMBING? At least today, the honorable court will have the opportunity to acknowledge nothing but the truth, and to put an end to the 81 years of suffering, living under a precarious economy. NO MORE!

On May 1, 2003, willingly of unwillingly, Vieques as Private Vieques can righteously say, that was honorable discharge from their duty, completed it a 63 Years Military Mission, and $200 million will grant them a new life. Are we the Native Viequenses, entitle to a way of survival, in which Guam has the proper Economic Development before Pearl Harbor, and relocated it on 1940? Earned for 63 Years of Military Service was not Cuba but Vieques.

Respectfully submitted on the 13 day of august, 2021

_____
Yashei Rosario, President DESCO, Inc.
Development Socioeconomic and Conservation
Fideicomiso of Vieques, DESCO, Inc.
HC 2 Box 12914 Vieques, PR 00765
Vieques.codesu@gmail.com
(787) 903-3233