# UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YASHEI ROSARIO, PRESIDENT CODESU & DEVELOPMENT SOCIOECONOMIC SUSTAINABLE FIDEICOMISO OF VIEQUES, CODESU, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtors | Case No.: 17 BK 3283 LTS<br><br>1. APPROVAL OF VIEQUES TERRITORIAL PLEBISICITE PROCEEDINGS ON SEPTEMBER 18, 2021<br><br>2. RESPECTFULLY REQUESTING $150 MILLION OF THEIR COMPENSATION PAID BY DOD/U.S. NAVY/MARINE CORP FOR 63 YEARS, TO FINANCE THE ECONOMIC DEVELOPMENT OF VIEQUES AND BECOME U.S. VIEQUES 52 STATE OF THE NATION, ACCORDING TO THE ORDER OF CHIEF UNITED STATES DISTRICT JUDGE GUSTAVO GELPI – 20 CV 1307 CCC |

**MOTION TO FILE EXHIBIT #1: LETTER OF THE OVERSIGHT FISCAL BOARD LEAD TO THE HONORABLE DISTRICT JUDGE LAURA TAYLOR SWAIN**

Respectfully comes now, to the honorable court, the Movants as Private Vieques community who faced since 1940 – May 1, 2003, 63 years, the impact of over 900,000 live ammunitions bombing of all calibers from Pearl Harbor until Iraq and got nothing in return. The Compensation for the Military Training were transferred to the Government/Commonwealth of Puerto Rico and DoD/U.S. Navy/Marine Corp took all the blame as Officers and Gentlemen; and it is time to tell the truth and clean the name of the Troop.

1. **FILING EXHIBIT #2:** MOTION FILED ON JULY 26TH, 2021 AT RE: ECF NO. 17210: WHERE IS THE COMPENSATION PAID BY **DOD/U.S.NAVY/MARINE CORP**, FOR 63 YEARS IMPACTING SEVERELY THE LIFESTYLES OF THE **NATIVE VIEQUENSES COMMUNITY**, WHO FACED OVER 900,000 LIVE AMMUNITIONS BOMBS OF ALL CALIBERS AND THE FEDERAL FUNDS DISAPEARED **"PAID"** AND FUNDS BADLY NEED IT FOR THE ECONOMIC DEVELOPMENT OF THE VIEQUES'S COMMUNITY, NEVER ARRIVED TO THEIR DESTINATORY. IF THE FUNDS WERE USED BY THE GOVERNMENT/COMMONWEALTH OF PUERTO RICO INCREASED THE FISCAL DEBT TO $70 BILLION SECURED THEIR REPAYMENT PLAN, ABUSING THE DIGNITY OF THE NATIVE VIEQUENSES COMMUNITY. **WHERE IS THE COMPENSATION PAID BY DOD/U.S.NAVY/MARINE CORP?**

    a) 1940-2021: 81 YEARS OF NON-DEVELOPMENT DAMAGES IN WHICH GUAM HAD THE U.S. NAVY/MARINE BEFORE PEARL HARBOR AND HAD THE PROPER DEVELOPMENT. RESPECTFULLY, COULD THE HONORBLE COURT CONSIDER GRANTING AN ORDER FOR THE ELECTORAL COMMISSION **WHO**

        **SUPPRESED** THEIR VOTING RIGHT, AN ORDER THAT WILL VALIDATE THE FIFHTEEN AMENDMENT AND THE VOTING RIGHT ACT OF 1965 FOR ALL AMERICANS, REGARDLESS OF COLOR AND RACES?

    b) RESPECTFULLY, COULD THE VIEQUES'S COMMUNITY DECIDE ON THEIR FUTURE THEMSELVES THROUGH THE **VIEQUES TERRITORIAL PLEBISCITE**?

    c) RESPECTFULLY, COULD THE HONORABLE COURT MAY VALIDATE THE ORDER OF THE DISTRICT JUDGE ON THE APPROVAL ON THE MUNICIPALITY ENDORSEMENT, FOR THE PROCEEDINGS ON SEPTEMBER 18, 2021, FOR AS LONG VIEQUES PAY FOR ITS OWN FISCAL DEBT?

Respectfully, in terms of Vieques as an Assets and Real Estate Property for the Shareholders, the honorable court may consider ECF NO. 17047, accepting Yashei Rosario's 30% Shares of 100 Shares of Hacienda La Perla History Theme Park, to pay for what Vieques owe AND AS A BETTER OFFER THATN THE FISCAL PLAN because it is a cash deal. Respectfully, could the honorable court determine, how much Vieques owe? After serving the UNITED STATES NATIONAL SECURITY, UNPAID? HOW MUCH VIEQUES OWE? AFTER THE DISAPEARANCE OF THEIR 63 YEARS COMPENSATION, PAID BY DOD/U.S. NAVY/MARINES CORP?

1. Does Vieques owe or does not owe because already paid, facing 63 years LIVE ammunitions bombing and helped the United States to achieve their greatest military accomplishments?

    d) FILING EXHIBIT #3: AUGUST 15TH, 2021 MOTION FOR THE RE: ECF NO. 17210: MILITARY TRAINING EVODENCE ON HW THE NATIVE VIEQUENSES COMMUNITY WAS IMPACTED SEVERELY FOR 63 YEARS. WILINGLY OR UNWILLINGLY, VIEQUES A COMMUNITY AS PRIVATE VIEQUES, WOMEN, ELDERLIES, HANDICAPPED, YOUNGSTERS AND CHILDREN ALL AGES, ON MAY 1, 2003, WE CAN RIGHTEOULSLY SAY, THAT PRIVATE VIEQUES "UNPAID" AND HONORABLY COMPLETED THEIR 63 YEARS DUTY, AND MISSION, FOR THE UNITED STATES NATIONAL SECURITY.

    e) FILING EXHIBIT #4 SEPTEMBER 18, 2021, VOTING BALLOT SAMPLE OF "LIFE" FOR THOSE WHO SERVED HONORABLY THE UNITED STATES OF AMERICA, IN THE EYES OF THE GOD IN WHOM WE TRUST.

Respectfully submitted, on the 16 day of August of 2021

_____

Yashei Rosario, President & Chairman

Development Socioeconomic and Conservation

Fideicomiso of Vieques, DESCO Inc. & Creator of

**Hacienda La Perla History Theme Park**

HC 2 Box 12914 Vieques, PR 00765

vieques.codesu@gmail.com

(787) 903-3233