Exhibit #1

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

1 1845-02 SRF:55001
YASHEI ROSARIO
HC 2 BOX 12914
VIEQUES PR 00765

SECRETARY / LEE
21 AUG -5 PM 1:30

0075589470 H002

Case:17-03283-LTS   Doc#:17882-1   Filed:08/18/21   Entered:08/18/21 09:47:27   Desc:
Case:17-03283-LTS   Doc#:17243   Filed:07/07/21   Entered:07/07/21 19:06:29   Desc: Main
Document      Page 1 of 3

*Exhibit #1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | Re: ECF No. 17210 |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT DISCLOSURE STATEMENT HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1.      The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on July 2, 2021 [ECF No. 17210].

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2.    John Rapisardi and Peter Friedman of O'Melveny & Myers LLP will appear

telephonically at the July 13-July 14, 2021 disclosure statement hearing (the "Disclosure Statement

Hearing") and seek to be heard in connection with the *Amended Joint Motion of the*

*Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the*

*Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for an Order (I)*

*Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation*

*Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and*

*Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures,*

*(VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation*

*Deadlines, and (VIII) Approving Vote Tabulation Procedures (Docket Entry No. 16756) and the*

*Motion of Debtors for an Order Establishing, Among Other Things, Procedures and Deadlines*

*Concerning Objections to Confirmation and Discovery in Connection Therewith* (the "Disclosure

Statement Motion") [ECF No. 16757].

3.    John Rapisardi and Peter Friedman of O'Melveny & Myers LLP reserve the right

to be heard on any matter presented to the Court and to respond to any statements made by any

party in connection with the above-captioned Title III case to the extent it impacts the interests of

AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4.    Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz

LLC will appear telephonically at the Hearing and reserve the right to be heard on the Disclosure

Statement Motion or any matter presented to the Court and to respond to any statements made by

any party in connection with the above-captioned Title III case to the extent it impacts the interests

of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

**WHEREFORE,** AAFAF respectfully requests that the Court take notice of the foregoing.

2

Exhibit #1

Dated: July 7, 2021
     San Juan, Puerto Rico


Respectfully submitted,


*/s/ John J. Rapisardi*
John J. Rapisardi
Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

3

Exhibit # 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 17210 |

## MOTION ACCEPTING RECOMMENDATIONS OF THE OVERSIGHT
## AND MANAGEMENT BOARD OF PUERTO RICO

### MOTION TO TELL THAT THE U.S. DEPARTMENT OF DEFENSE, U.S. NAVY AND MARINES
### ARE INNOCENTS IN TERMS OF THE NON-DEVELOPMENT DAMAGES TO VIEQUES ISLAND
### RESPECTFULLY, $150 MILLION ARE REQUIRED FOR THE FULL CONSTRUCTION OF
### HACIENDA LA PERLA HISTORY THEME PARK AND GUARANTEED THE FISCAL DEBT REPAYMENT PLAN

To the Honorable United States District Judge Laura Taylor Swain

Dear Respectfully, to the honorable court, responding to the informative motion regarding attendance at disclosure statement hearing, on July 13, 2021, 2:00PM. The honorable Oversight Fiscal Board sent a copy of their letter to Yashei Rosario in Approving Terms of her offer, presented to the Oversight Fiscal Board, and to the honorable court as a PLAN B, to replace the Restructuration Plan. But also, Yashei Rosario, prays that is time, for the Government Commonwealth of Puerto Rico to tell the Truth about the disappearance of the DoD, Navy-Marines Payments on the usage of the Vieques Naval Training Range with Live Ammunition Bombing.

Respectfully, eight minutes were not enough but a lot was accomplished, but it is imperative to tell the honorable court nothing but the truth, to clean the name of DoD, Navy-Marines as they paid since 1940-2003, for the Economic Development of Vieques, and in terms of the Fiscal Debt the Commonwealth of Puerto Rico's Politicians used their payments for their own affairs **FREE MONEY** and to keep increasing the Fiscal Debt using DoD, Navy-Marines Payments as the Repayment Plan. The Government/Commonwealth abused their empowerment over Vieques as their 076 Municipality based on the Vieques Naval Training Range, a community faced over 900,000 live ammunitions bombing and got nothing in return.

DoD, Navy-Marines as officers and gentlemen took all the blamed in which the Government/Commonwealth reaped every dime as the Native Viequenses got nothing in return. Willingly of unwillingly, UNPAID and on May 1, 2003, Private Vieques can righteously say, that was honorable discharged from their duty.

1935-1940, Puerto Rico was submerged in extremely low poverty levels and suddenly the Bombing began in Vieques, and millions of dollars began to fall, and the progress was booming in San Juan and the Mayor Cities,

Exhibit # 2

and after 63 years, the community got enough and stood up to fight like the Cubans just did, to stop the bombing to prevent the Commonwealth's unmerciful politicians, to receive another $million, on the dignity of the Private Vieques. Not even one dime arrived to Vieques.

The only mistake that DoD-Navy-Marines committed was that they knew, witnessed and they were supposed to protect the weak, and did not protect Private Vieques, trusting the Commonwealth's politicians to do what was proper for their own. Then, DoD-Navy-Marines tried to negotiate and was late, the community got enough, as they were not blind, as President Clinton humbly said: **"We were bad neighbors"** and the Commonwealth's politicians remained in silent, acknowledging the truth. After May 1, 2003, the Commonwealth of Puerto Rico began their severe financial problems because they could not pay NO MORE, the Fiscal Debt, until today.

Honorable Judge, on July 13, 2021, Rosario presented the PLAN B, for the Oversight Board to have an asset to resolve the Shareholders, Retirement Pensions and the other Government Agencies and presented a proposal with solutions, and requested financial assistance to create the Repayment Plan, helping each other and resolve Vieques Non-Development and Non-Infrastructure, No Hospital, No Jobs but Drugs Dealing as a Social Solutions for the youngsters. If the Honorable Court noticed, that $15 million are the fees to build the Disney Criollo about the Caribbean History, to prepare the land and for the purchase of rollercoasters based on water rides and installations. $50 million to build at the Navy Pier as the Vieques Pier Mall = $65 Million.

Maybe the honorable court and the Oversight Fiscal Board may consider a **$150 million loan or refund on the DoD-Navy-Marines Payments** to build the Fiscal Debt Repayment Plan and guaranteed the success of the operations. It is time for the Government/Commonwealth of Puerto Rico to recognize their mistake and humble themselves as a President of the United States did and apologize to the Native Viequenses. DESCO began to seek for the 1940 Agreement between the Government of Puerto Rico and **DoD-Navy-Marines,** as they Native Viequenses deserved to know, what was in the Agreement for them, does not matter, at least 81 years later a public apology is require from the Government/Commonwealth of Puerto Rico.

Appreciate, if the honorable court may consider **Mr. Juan Bauza, (215) 435-2212, EDA Director as Syndic** for the Caribbean Economic Development Affairs, to manage the financial assistance step by step, the construction of **HACIENDA LA PERLA HISTORY THEME PARK, 66-094-1948,** but without the 80/20 Match. Also, inviting the Mayor of Vieques **José "Junito" Corcino (787) 408-8955**, as President of the Economic Development Council of Vieques, and the Municipality Attorney Edson González, to attend the negotiations with the Oversight Fiscal Board. Attorney Luis Vazquez, DESCO's Shares Affairs.

**Also, the Oceanic Engineer lives in California** and will travel with his staff and equipment, through of Panama and requested $35,000 to relocate to Vieques and began the proper studies, and construction immediately. Respectfully, would like to keep his information privately.

*Exhibit #2*

Respectfully, the honorable court and the Oversight Fiscal Board must acknowledge that Mayor Corcino is the President of the Economic Development Council and the one who should lead negotiations with the Governor Pedro Pierluisi, House of Representative and Senate of Puerto Rico, in terms of **Hacienda La Perla Theme Park,** as the Fiscal Debt Repayment Plan Package. Gracias very much to the Oversight Board for their consideration and caring, nobody ever had a little mercy for the Viequenses.

**Respectfully, notice Exhibit #1:** Form of Electoral Ballot, for the celebration of the Vieques Territorial Plebiscite, as the honorable court may consider, **on September 11, 2021.** Yashei Rosario will attend the Vieques Territorial Plebiscite affairs until the completion and filing the results to the attention of Raul Grijalva, Department of the Interior, United States Congress:

1. Hotel Studio for six (6) officials of the Electoral Commission to attend the proceedings.
2. Diets for 3 days and 2 nights at the Sea Gate Guesthouse.
3. The Voting Ballots will be printed by DESCO and will not be electronic but for manual proceedings.
4. The Voting Ballots will be transported to the Electoral Commission (CEE) and CEE may deliver to Vieques and distribute through the five (5) Electoral Colleges.
5. Requesting the Electoral Lists for Five Electoral Colleges in Vieques.

Respectfully, asking the honorably court to be more specific in terms of the Approvals on the Oversight Fiscal Board on the letter lead to the Honorable District Judge Laura Taylor Swain, acknowledging that the movants/debtors are Pro Se. The Electoral Commission Officials are intrepid to find a way to obstruct the proceedings, and the movants/debtors have a little time left to reach the U.S. Congress with the results.

Respectfully, to the honorable court, We the people of Vieques, stand under the shadow of your mercy.

**In the eyes of the God in whom we trust.**

Respectfully submitted, on the 26 day of July of 2021

Yashei Rosario, President & Chairman

Development Socioeconomic and Conservation

Fideicomiso of Vieques, DESCO Inc. & Creator of

**Hacienda La Perla History Theme Park**

HC 2 Box 12914 Vieques, PR 00765

vieques.codesu@gmail.com

(787) 903-3233

Exhibit # 3

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO,** *et al.,*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No.   **17047** |

### MOTION TO PRESENT THE DISCOVERY NOTICE
### BASED ON DEBTS, IS NOT JUST THE SHAREHOLDERS FUNDS DISAPEARANCE, BUT
### WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY - MARINE
### ON THE USAGE OF THE VIEQUES NAVAL TRAINING RANGE?





**THE NATIVE VIEQUENSES LIVE AND THEIR CHILDREN GREW UP AMONG BOMBS**

**NEVER SAW ONE DIME BUT CERTAINLY DOD – U.S. NAVY – MARINE CORP PAID**

**FOR THEIR WELFARE AND THE NATIVE VIEQUENSE WHOM NEVER SAW ONE DIME**
**WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**

**IS IT TIME TO CLEAN THE NAME OF THE UNITED STATES TROOPS?**
**THE NATIVE VIEQUENSES COMPENSATION WAS USED AS THE REPAYMENT PLAN**

**IN TERMS OF A REPAYMENT PLAN = SOLUTION**
**HOW THE DEPTORS WILL PAY $100 BILLION DOLLARS ON THE FISCAL DEBT?**

Respectfully comes now, Myriam Yashei Rosario, legally known as Yashei Rosario, in which is authorized by Resolution, to represent the Community of Vieques, organized as Development Socioeconomic and Conservation Fideicomiso of Vieques DESCO, Inc., DESCO Community Board as Pro Se. Also, creator of **HACIENDA LA PERLA HISTORY THEME PARK,** a theme park representing Vieques, Puerto Rico and the Caribbean History entertaining saga, among rollercoasters, folkloric dances, all the glamour of the African Caribbean Americans.

Respectfully, Rosario owns the 30% of 100 Shares, in which offered on July 13, 2021 - ECF No. 17047, a DONATION of 10% Shares as a Repayment Plan of the $100 billion dollars Fiscal Debt + 10.5 IVU-TAX = 20.5% = $1 billion minimum annually = Puerto Rico Debt Free.  As a matter of fact, presented the allegation on the disappearance of the "Native Viequenses Compensation" and DESCO began to seek for a way of survival, to finance Hacienda La Perla Theme Park**,** without getting into a loan, as Oriental Bank is in stand by.

January 2013: DESCO visited the **Governor's Office,** and they felt impower to force the Native Viequenses out of their Fortress Palace for asking for what righteously belong to the Native Community who paid the highest price for the United States National Security for 63 years, facing over 900,000 live ammunitions bombing of all calibers, and now is history BUT NOT



**THE NATIVE VIEQUENSES COMPENSATION**

WHERE IS THE 1940-2003 COMPENSATION
PAID BY DOD - U.S. NAVY – MARINE CORP?

Exhibit #3





**WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**



On May 1, 2003, Vieques a community as Private Vieques, women, elderlies, handicapped, youngsters and children all ages faced over 900,000 live ammunitions bombing and DoD – U.S. NAVY – MARINE CORP PAID



FOR THE ECONOMIC DEVELOPMENT AND INSTRASTRUCTURE OF THE VIEQUES and they got nothing in return. The U.S. Navy mistake was trusting the Government/Commonwealth of Puerto Rico to take care of their own and they never did, and after 81 years, the Native Viequenses still got nothing in return, why? The U.S. Navy – Marine Corp were supposed to protect the weak, and never protected Private Vieques. In which the U.S. Congress has sent so much more for Vieques and never reaches their righteous destinatory. HOW THIS HAPPENED IN WHICH DOD – U.S. NAVY – MARINE CORP PAID?

Respectfully, what was there for the Native Viequenses, on the 1940 Agreement, between the Government of Puerto Rico and the U.S. Navy? The Chief of Staff of Senator James M. Inhofe told Rosario in a meeting in June 2016, that they have a copy on file, and hopefully the Honorable Court may consider sending the U.S. Marshalls to get a copy, to answer the question. Cause it is time to clean the name of DOD - U.S. Navy – Marine Corps. **WHERE IS THE 1940-2003 COMPENSATION PAID BY DOD - U.S. NAVY – MARINE CORP?**

Respectfully, asking the honorable court, how the Government/Commonwealth pay the Fiscal Debt? How their financial troubles began on May 1, 2003, when the Native Viequenses began to protest like the Cubans just did because they couldn't take **No More Abuse** and stood up in civil disobedience like Vieques did before? What was there for the Native Viequenses on the 1940 Agreement, JUST THE BOMBING?

**Certainly, this is not the United States that we the people have known.**

Are the Native Viequenses entitle to get their compensation back, like the Shareholders Rights? Are the Native Viequenses entitle to some happiness, some joy, and freedom? Are we part of the FREE?

Respectfully, asking the honorable court, if HACIENDA LA PERLA HISTORY THEME PARK owns the 70% Shares that belongs to the Native Viequenses Community. Hacienda must get a private loan or the honorable court after confirming what was for the Native Viequenses in the 1940 Agreement, could grant a refund or a loan of **$200 million in 4 payments of $50 million** = $150 million for the construction, Engineering Staff, rollercoasters, garments, uniforms, etc. The Theme Park and $50 million for the Operational Expense, Promotion, and the success of the investment = after all an alliance creating the 20.5% Repayment Plan = $1 Billion yearly = Puerto Rico Debt Free, according to the filing on July 13, 2021 - ECF No. 17047.

**HOW THE DEPTORS WILL PAY $100 BILLION DOLLARS ON THE FISCAL DEBT?**

How will the debtors pay because since the PROMESA TITLE III FILING, they didn't present any solution?

DESCO'S PROPOSAL IS A BETTER OPTION THAT THE RESTRUCTURATION OF THE FISCAL DEBT

BECAUSE CREATES AND PAYS SATISFACTORALY THE FISCAL DEBT

Respectfully, asking the honorable court, what was there for the Native Viequenses JUST THE BOMBING? At least today, the honorable court will have the opportunity to acknowledge nothing but the truth, and to put an end to the 81 years of suffering, living under a precarious economy. NO MORE!

On May 1, 2003, willingly of unwillingly, Vieques as Private Vieques can righteously say, that was honorable discharge from their duty, completed it a 63 Years Military Mission, and $200 million will grant them a new life. Are we the Native Viequenses, entitle to a way of survival, in which Guam has the proper Economic Development before Pearl Harbor, and relocated it in 1940? Earned for 63 Years of Military Service was not Cuba but Vieques.

Respectfully submitted on the 15 days of august, 2021

Yashei Rosario, President DESCO, Inc.

Development Socioeconomic and Conservation

Fideicomiso of Vieques, DESCO, Inc.

HC 2 Box 12914 Vieques, PR 00765

Vieques.codesu@gmail.com

(787) 903-3233

Exhibit # 4

# PLEBISCITO TERRITORIAL DE VIEQUES

APROBADO POR LA JUNTA DE CONTROL FISCAL Y LA JUEZA LAURA TAYLOR SWAIN

A CELEBRARSE EL 18 DE SEPTIEMBRE DE 2021 * **Vote Si o No, en (3) Preguntas con una X**

1. **ESTADIDAD CON VIEQUES: Que Vieques continúe integrado como el Municipio 076 del Estado Libre Asociado/Territorio de Puerto Rico.**
*English: Statehood with Vieques: Let Vieques continue integrated as Municipality 076 of the Commonwealth/Territory of Puerto Rico.

Si/Yes:_____     No:_____

2. **VIEQUES ESTADO 52. Que Vieques sea Separado del Territorio de Puerto Rico y sea tratada por el Congreso como el Estado 52 de los Estados Unidos de América. Que U.S. Vieques podrá votar por el Presidente de Estados Unidos, con Gobernador, Cámara de Representantes y Senado, y representación en el Congreso de los Estados Unidos. Que los Fondos Federales de Salud, Educación, Transporte Marítimo, Desarrollo, y toda la ayuda de FEMA, lleguen a Vieques directo.**
*English: Vieques State 52: That Vieques will be Separated from the Territory of Puerto Rico and be treated by congress as State 52 of the United States of America, with Governor, House of Representatives and Senate, with its own Constitution. Let the Federal Funds of Health, Education, Marine Transportation, Development, and all FEMA Aid reach Vieques directly.

Si/Yes:_____     No:_____

3. **DESCO JUNTA DE GOBERNANZA COMUNITARIA: El Pueblo Gobierna como el TERCER PODER, sobre los Fondos Federales y las Tierras. El Gobernador, ni la Legislatura tendrán el poder absoluto para decidir sobre las Vidas, Fondos Federales o las Tierras que son Propiedad del Pueblo. Obligatoriamente Deben Consultar al Pueblo en Asamblea.**  *English: DESCO Governance Community Board: The People Govern as the Third Party in Power, on the Federal Funds and the Lands. The Governor, nor the Legislatures will have the absolute power to decide on the Lives, Federal Funds or Lands, that are Owned by the People. Its mandatory to consulted with the People in Assembly.

Si/Yes:_____     No:_____