UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 17, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

1. Evelyn Seda Ortiz (received on 8/16/21)
2. Teresa S. Pabon Nuñez (received on 8/16/21)
3. Marta Martinez Toro (received on 8/16/21)
4. Yanira Robert Reyes (received on 8/16/21)
5. Lizzette Martinez Rodriguez (received on 8/16/21)
6. Norma I. Vializ Hernandez (received on 8/16/21)
7. Mariluz Martinez Rodriguez (received on 8/16/21)
8. Ines Monserrate Miranda Betances (received on 8/16/21)
9. Brenda E. Rivera Rochet (received on 8/16/21)
10. Hector Luis Rodriguez Valentin (received on 8/16/21)
11. Felicita Lopez Arizmendi (received on 8/16/21)
12. Carlos Sanchez O'Farill
13. Heidi Soto Pagan
14. Felix A. Falcon Rivera
15. Andres Rivera Martinez
16. Mariely Rivera Figueroa
17. Irma R. Chaves Rodriguez (2 notices)
18. Pedro E. Santiago Acosta
19. Lourdes I. Cruz Rivera
20. Carlos Manuel Ayala Ruiz
21. Pablo Ayala Rivera
22. Nirvia M. Rosario Torres
23. Sylvia L. Vazquez Garay

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

24. Celedonio Crespo Sepulveda

25. Alicia Muñoz Roman

26. Andres Cruz Cruz (2 notices)

27. Tanya la Placa Astor

28. Eglantina Astor Acosta

29. Miriam Millan Clemente

30. Victor L. Cintron Hernandez

31. Sandra Diaz Berrios

32. Mirta Caraballo Rodriguez de Antonsanti (3 notices)

33. Yaritza Firpo Perez

34. Monica Fonseca Encarnacion

35. Alba N. Zamot Misla

36. Rene Velez Concepcion

37. Iris J. Rivera

38. Nevada E. Carrion Diaz

39. Lucila Caraballo Rivera

40. Ivelisse Cuevas Rodriguez

41. Maribel Luciano Vega

42. Joseline Cartagena Figueroa

43. Emilia Morales Arroyo (4 notices)

44. Ricardo Feliciano Serrano (2 notices)

45. Pedro Rivera Moret

46. Maritza Isales Carmona

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

    47. Edwin Maldonado Santiago

    48. Felix A. Estada Garcia

    49. Leonel Sanchez Torres

    50. Hector L. Cintron Cruz

Dated: August 18, 2021