Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____EVELYN SEDA ORTIZ_____

Participant's Address: _____PITILLO 571 BO. MIRADERO____MAYAGUEZ, PR 00682_____

Participant's Email Address: __barbiese2020@gmail.com___

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____32564_____

Nature of Claim: _____PENSION/RETIREE____
_____RETIREMENT SYSTEM OF THE GOVERMENT OF THE COMMONWEALTH OF P.R_____

By: _____[signature]_____
    Signature

_____EVELYN SEDA ORTIZ_____
Print Name

_____
Title (if Participant is not an individual)

_____AUGUST 11, 2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
| --- | --- | --- |
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



U.S. POSTAGE >> PITNEY BOWES

ZIP 00680   $ 008.05⁰
02 4W
0000332353 AUG 12 2021

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

21 AUG 16 PM 3:00

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   TERESA S PABON NUÑEZ

Participant's Address:   Urb. Rio Cristal Calle Balbino  Trinta #9288
Mayagüez,Puerto Rico 00680

Participant's Email Address:   tpabon@mayaguezpr.gov

Name of Counsel:   =====================

Address of Counsel:   =====================

Email Address of Counsel:   =====================

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:   28810

Nature of Claim:   Retirement System of the Goverment of the
Commonwealth of Puerto Rico

By:   _Teresa S. Pabón Núñez_
Signature

Teresa S. Pabón Núñez
Print Name

_____
Title (if Participant is not an individual)

11 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)494-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8: 21

00801:80447 BCCR

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 55176 PackID: 390886 MMLID: 1096135-P SVC: ADSHN-Q
PABON NUNEZ, TERESA S
BOX 447
MAYAGUEZ PR 00681

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL



Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Martinez Toro_

Participant's Address: _Carr. 102 Casa # 1739 Monte Grande, Cabo Rojo 00623._

Participant's Email Address: _marmartinez@mayaguez.pr.gov_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _28558_

Nature of Claim: _Pension/Retire Retirement System of the Goberment of Puerto Rico. Pension/Retire_

By: _Marta Martinez Toro._
Signature

_Marta Martinez Toro._
Print Name

_____
Title (if Participant is not an individual)

_11/agost/2021 / agst/11/2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yanira Robert Reyes*

Participant's Address: *Turabó # 718 Quintas de Monterio Mayaguiz, PR. 00680.*

Participant's Email Address: *yanirarobert708@gmail.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *25937*

Nature of Claim: *Pension / Retire Retirement System of the Goberment of Puerto Rico.*

By: *Yanira Robert Reyes*
      Signature

*Pension / Retiree*

*Yanira Robert Reyes*
Print Name

Title (if Participant is not an individual)

*11 de agosto de 2021 - Ogust/11/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT
PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System
of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of
Participation, in order to be eligible to have access to documents in the Plan Depository, where
information and documents concerning to the Plan are kept, and also be able to serve their own
discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and
sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



U.S. POSTAGE >> PITNEY BOWES

ZIP 00680   $ 008.05⁰
02 4W
0000332353 AUG 12 2021

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 8: 21

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:        LIZZETTE MARTINEZ RODRIGUEZ

Participant's Address:     P.O BOX 1324, MAYAGUEZ, PR. 00681-1324

Participant's Email Address:   martinezlissy812@gmail.com

Name of Counsel:           ---------------------

Address of Counsel:        ---------------------

Email Address of Counsel:  ---------------------

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:              20223

Nature of Claim:   PENSION/RETIRE   RETIREMENT SYSTEM OF THE GOVERMENT OF P.R.

By: _____
        Signature

        LIZZETTE MARTINEZ RODRIGUEZ
        Print Name

        _____  _____
        Title (if Participant is not an individual)

        AUGUST 11, 2021
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*

*Municipality of Mayagüez*

*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT
PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 00680
02 4W    $ 008.05⁰
0000332353 AUG 12 2021

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

Participant must provide all of the information below in English:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____Norma I. Vializ Hernández_____

Participant's Address: _____P.O. Box 7043 Mayaguez, PR  00681-7043_____

Participant's Email Address: __normavializ@yahoo.com_____

Name of Counsel: _____------------------_____

Address of Counsel: _____------------------_____

Email Address of Counsel: ___------------------_____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____20221_____

Nature of Claim: _____PENSION/RETIRE RETIREMENT SYSTEM OF THE GOVERMENT
                               OF P.R._____

By: _Norma I. Vializ_____
    Signature

    _Norma I. Vializ_____
    Print Name

    _____
    Title (if Participant is not an individual)

    __11-agosto-2021_____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator



Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8: 21

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:          MARILUZ MARTINEZ RODRIGUEZ

Participant's Address:       PO BOX 773
                             MAYAGUEZ, PUERTO RICO 00681-0773

Participant's Email Address:  mariluzmartinez97@gmail.com

Name of Counsel:             =======================

Address of Counsel:          =======================

Email Address of Counsel:    =======================

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:                26209

Nature of Claim:             Retirement System of the Goverment of the Commonwealth
                             of Puerto Rico

By: _____
    Signature

    Mariluz Martínez Rodríguez
    Print Name

    _____
    Title (if Participant is not an individual)

    11 de agosto de 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

ime Clerk LLC
rand Central Station
) Box 4708
w York, NY 10163-4708

RECEIVED-RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16 PM 8: 21

DOCUMENTS ENCLOSED.
CT TO THE ATTENTION OF THE ADDRESSEE OR
DENT / GENERAL COUNSEL

0068100773 B006

PR 1845 SRF 55176 PackID: 338960 MMLID: 1056311-P SVC: ADSHN-Q
MARTINEZ RODRIGUEZ, MARILU
PO BOX 773
MAYAGUEZ PR 00681-0773

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 00680
02 4W
0000332353 AUG 12 2021

$ 008.05⁰

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Inés Monserrate Miranda Betances_

Participant's Address: _Rio Cristal 321 Calle Domingo Acosta Mayagüez PR 00680_

Participant's Email Address: _monserrate.mb22@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _20982_

Nature of Claim: _Pension/Retiree - Retirement System of the_
_Government of PR_

By: _Inés Miranda Betances_
Signature

_Inés M. Miranda Betances_
Print Name

_—_
Title (if Participant is not an individual)

_8/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System
of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of
Participation, in order to be eligible to have access to documents in the Plan Depository, where
information and documents concerning to the Plan are kept, and also be able to serve their own
discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and
sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680



UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ BRENDA E. RIVERA ROCHET _____

Participant's Address: _____ URB. VALLE HERMOSO SUR, VIOLETA SK-2, HORMIGUEROS, P.R. 00660 _____

Participant's Email Address: _____ rochetber@hotmail.com _____

Name of Counsel: _____ N/A _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 20228 _____

Nature of Claim: _____ PENSION/RETIREE
RETIREMENT SYSTEM OF THE GOVERMENT OF THE COMMONWEALTH OF P.R. _____

By: _____
    Signature

_____ BRENDA E. RIVERA ROCHET _____
Print Name

_____
Title (if Participant is not an individual)

_____ AUGUST 11, 2021 _____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

RECEIVED BY MAILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 16  PM 8:22

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 55176 PACKID: 59892 MMLID: 1174942-P SVC: ADSHN-Q
BRENDA S RIVERA ROCHET
VALLE HERMOSO SUR
SK2 CALLE VIOLETA
HORMIGUEROS PR  00660

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR  00680



UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: HECTOR LUIS RODRIGUEZ VALENTIN

Participant's Address: URB. SANTA MARIA CALLE 7 G-27 SAN GERMAN PR
00683-4689

Participant's Email Address: hrv29pr@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 28477

Nature of Claim: PENSION/RETIREE - RETIREMENT SYSTEM OF THE
GOVERNMENT OF P.R.

By: _____
Signature

HECTOR L. RODRIGUEZ VALENTIN
Print Name

Title (if Participant is not an individual)

8/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF**
**COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680





UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felicita López Arizmendi_

Participant's Address: _HC 01 Box 4748 Rincón PR 00677_

Participant's Email Address: _Delussa667@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43082_

Nature of Claim: _Sistema de Retiro del Gobierno de P.R._

By: _Felicita López Arizmendi_
    Signature

_Felicita López Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_08/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Commonwealth of Puerto Rico*
*Municipality of Mayagüez*
*Humans Resources Administration*



August 11, 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF
COMMONWEALTH PLAN OF ADJUSTMENT**
**PROMESA TITLE III No. 17-BK-3283-LTS**

To whom it may concern:

Receive a cordial greeting.

The following employees of the Municipality of Mayaguez, participants of the Retirement System of the Government of the Commonwealth of Puerto Rico, filled out the form Notice of Participation, in order to be eligible to have access to documents in the Plan Depository, where information and documents concerning to the Plan are kept, and also be able to serve their own discovery request.

Attached *Notice of Intent to Participate in Discovery,* of the following employees, completed and sent before the deadline date august 15, 2021:

| Participant name | Claim number | Phone number |
|---|---|---|
| Evelyn Seda Ortiz | 32564 | (939)349-9310 |
| Teresa S. Pabón Núñez | 28810 | (787)464-0628 |
| Marta Martínez Toro | 28558 | (939)732-0392 |
| Yanira Robert Reyes | 25937 | (787)372-7237 |
| Lizzette Martínez Rodríguez | 20223 | (787)519-1405 |
| Norma I. Vialíz Hernandez | 20221 | (939)439-3500 |
| Marilúz Martínez Rodríguez | 26209 | (787)533-0746 |
| Inés Miranda Betances | 20982 | (787)934-2544 |
| Brenda E. Rivera Rochet | 20228 | (787)312-4360 |
| Héctor Rodríguez Valentín | 28477 | (787)501-7631 |
| Felícita López Arizmendi | 43082 | (939)302-4852 |

Cordially,

Ms. Evelyn Seda Ortiz
Retirement Matters Coordinator

Estado Libre Asociado de Puerto Rico
Gobierno Municipal de Mayagüez
Oficina de Administración de Recursos Humanos
P.O. Box 447
Mayagüez, PR 00680





UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Sanchez O'Farrill_

Participant's Address: _URB. Villa Carolina 111-26 Calle 79, Carolina PR 00985_

Participant's Email Address: _Carlos.Sanchez19543@gmail.com_

Name of Counsel: _Policia de Puerto Rico_

Address of Counsel: _San Juan, PR_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Carlos Sanchez O'Farill_
Print Name

_____
Title (if Participant is not an individual)

_14 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Sanchez O'Farrill.
Urb. Villa Carolina
111-26 Calle 79
Carolina P.R. 00985

RECEIVED and FILED
CLERK'S OFFICE
CLERK'S DISTRICT COURT
U.S. DISTRICT COURT
U.S. SAN JUAN, PR

2021 AUG 17 PM 7:03

0091B-1706625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

Court's Clerk's Office
United State District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 152
San Juan, PR 00918-1767

Illinois 1818

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Heidi Soto Pagán*

Participant's Address: *E-26 Calle 11 Urb. Fair View, San Juan, PR. 00926*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *95964*

Nature of Claim: *Empleados Públicos*

By: *Heidi Soto Pagán*
Signature

*Heidi Soto Pagán*
Print Name

_____
Title (if Participant is not an individual)

*08 / 15 / 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heidi Soto Pagan
E-16 Calle 11. Urb. Fair View
San Juan, P.R.
00926

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 17 PM 1:03

00918-1706.25

SAN JUAN PR 009
16 AUG 2021PM 1 L

Court's Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Félix A Falcón Rivera_

Participant's Address: _Urb Ciudad Primavera 1001 Calle Bogotá, Cidra P.R 00739_

Participant's Email Address: _ffrivera 12 @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 – LTS_

Nature of Claim: _Promesa Title III_

By: _____
Signature

_Félix A Falcón Rivera_
Print Name

_____
Title (if Participant is not an individual)

_15 August , 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 7:03

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A. Falcón Rivera
Urb Ciudad Primavera
1001 Calle Bogota
Cidra, P.R. 00739

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 17 PM 1:03

00918-1706625

United States District Court
Clerk's office
150 Ave Carlos Chardón St. - 150
San Juan, P.R 00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

USA I forever
USA I forever



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Andrés Rivera Martinez

Participant's Address: Urb Estancias del Golf Club Calle Luis Morales #530 Ponce, P.R. 00730

Participant's Email Address: rivera martinez-a @ hotmail · com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: Promesa Title III

By: _____
Signature

Andrés Rivera Martinez
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Andrés Rivera Martínez
Urb Estancias del Golf Club
Calle Luis Morales # 536
Ponce, P. R. 00730

FILED
17884-1 00906225
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 17 PM 1:03

United States District Court,
Clerks Office
150. Ave Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

SAN JUAN PR   009

16 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mariely Rivera Figueroa

Participant's Address: RR8 Box 1979 Buena Vista, Bayamón, PR 00956

Participant's Email Address: yeyiyeyi3k@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: _Mariely Rivera Figueroa_
Signature

Mariely Rivera Figueroa
Print Name

Maestra
Title (if Participant is not an individual)

08/15/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilyn Rivera Figueroa
RR 8 Box 1979
Bairoa Viejo, Bayamon PR 00959

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

16 AUG 2021

SAN JUAN PR 009

16 AUG 2021 PM 1 L

FOREVER / USA

United States District Court Clerk office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Irma R. Chaves-Rodriguez

Participant's Address: W 32 Yorkshire St. Park Gardens

Participant's Email Address: SJ PR 00926-2214; irchavesrodriguez@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 22170 and 17710

Nature of Claim: Retirement/pension and Salaries, 2000 Retirement sick leave, vacations and interest.

By: _Irma Chaves Rodriguez_
Signature

Print Name: Irma R Chaves Rodriguez

Note: I need that these proceeding assures the above mentioned benefit.

Title (if Participant is not an individual)

Date: August 15, 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
AUG 17 PM 7:02

SRF 55593

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Administración de los Sistemas...

*Chaves Rodriguez, Irma R. /22170*



# Administración de los Sistemas
## de los Empleados del Gobierno y

Estado Libre Asociado

- Portada
- Quienes Somos
- Leyes
  - Ley 447 y Ley 12
- Servicios
  - Pensionados y Beneficiarios
  - Participantes
- Oficinas
  - Organigrama
    - Área de Apoyo
    - Área de Servicio



**Acceso Rápido a:**

+ Servicios en Línea
+ Manual de Beneficios y Servicios
+ Empleado Público Orientate - Ley 7
 • Línea de Orientación - Ley 7 (787) 999-7575

La l
martes, 0
Son




Inicio | Estatus Sol. Préstamos | Balance Préstamos | Balance Aportación | Estatus

## Información General

| | |
|---|---|
| Seguro Social: | XXX-XX-1902 |
| Nombre: | IRMA R. CHAVES RODRIGUEZ |
| Sistema de Retiro: | ELA - Programa de Cuenta de Ahorro para el Retiro (R 2000) |
| Agencia: | 406 - DEPARTAMENTO DE LA FAMILIA |
| Periodo del Estado de Cuenta (dia-mes-año): | 31-12-2008 |
| Balance de Aportaciones: | $22,140.38 |
| Años de Servicio: | 9 Años y 2 Meses |

Administración de los Sistemas de Retiro

Case:17-03283-LTS   Doc#:17884-1   Filed:08/18/21   Entered:08/18/21 10:47:26   Desc:
Pro se Notices of Participation   Page 50 of 139

## Balance de Aportaciones

El Balance de las Aportaciones Individuales son basadas en el último Estado de Cuenta procesada
Los balances aquí reflejados por concepto de aportaciones individuales y los años de servicio e
revisión.

**Esta información no es una certificación oficial de la Administración de los Sistemas de**

Portada | Formularios | Servicios | Servicios en Línea | Oficinas | Contáctenos
• Derechos Reservados ASR de Puerto Rico ® 2008 • Webmaster
^SUBIR^

Jones, Irma R

17710

**GOBIERNO DE PUERTO RICO**

Departamento de la Familia

# C E R T I F I C A C I Ó N

Certifico que la Sra. **Irma R. Chaves Rodriguez**, Seguro Social **xxx-xx-1902**, presta servicios para la Administración de Desarrollo Socio Económico de la Familia (ADSEF), adscrita al Departamento de la Familia desde el 15 de enero de 2013 hasta el presente.

La señora Chaves Rodriguez, ocupa un puesto Regular de Carrera en el Servicio Público como Administradora de Sistema de Oficina III, devengando un salario mensual de $2,468.00.

Certifico Correcto, hoy 1 de Mayo de 2017 en San Juan, Puerto Rico.

Jérime Sánchez Figueroa
Administradora Auxiliar
Oficina de Recursos Humanos

jco

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Irma R. Chaves Rodriguez
W32 Yorkshire St
Park Gardens
San Juan PR 00926-2214

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AUG 17 PM 2:03

SAN JUAN PR

16 AUG 2021, PM 1

Notice to the
Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00909

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma R. Chaves-Rodríguez_

Participant's Address: _W 32 Yorkshire St._
_Park Gardens_

Participant's Email Address: _J.PR00926-2214/irchavesrodriguez@_
_smail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17710_

Nature of Claim: _Salaries, sick leave, vacations and interest._

By: _[signature]_
Signature

_Irma R. Chaves Rodríguez_
Print Name

_Note: I need that these proceeding assures my salaries, sick leave, vacations and interest._

Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRF 55176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ENTRY OF ORDER ESTABLISHING PRELIMINARY
CONFIRMATION SUBMISSION AND DISCOVERY PROCEDURES,
AND DIRECTING NOTICE TO CREDITORS OF THE SAME**

**GOBIERNO DE PUERTO RICO**

Departamento de la Familia

17710

# C E R T I F I C A C I Ó N

Certifico que la Sra. **Irma R. Chaves Rodriguez**, Seguro Social xxx-xx-1902, presta servicios para la Administración de Desarrollo Socio Económico de la Familia (ADSEF), adscrita al Departamento de la Familia desde el 15 de enero de 2013 hasta el presente.

La señora Chaves Rodriguez, ocupa un puesto Regular de Carrera en el Servicio Público como Administradora de Sistema de Oficina III, devengando un salario mensual de $2,468.00.

Certifico Correcto, hoy 1 de Mayo de 2017 en San Juan, Puerto Rico.

Jerime Sánchez Figueroa
Administradora Auxiliar
Oficina de Recursos Humanos

jco

Nota: Esta certificación no será valida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

800 Ave. Ponce de León Capitol Office Building, Miramar, PR 00907   PO Box 8000, San Juan, PR 00910-0800
787-289-7600 ext.2285 Fax: 787 289 7602
**Oficina de Recursos Humanos**
Servicios Al Empleado

Administración de los Sistemas de Retiro

*Chaves Rodriguez, Irma R. /22170*

# Administración de los Sistemas
## de los Empleados del Gobierno y

Estado Libre Asociado



- Portada
- Quienes Somos
- Leyes
  - Ley 447 y Ley 12
- Servicios
  - Pensionados y Beneficiarios
  - Participantes
- Oficinas
  - Organigrama
    - Área de Apoyo
    - Área de Servicio



**Acceso Rápido a:**

+ Servicios en Línea
+ Manual de Beneficios y Servicios
+ Empleado Público Orientate - Ley 7
  • Línea de Orientación - Ley 7  (787) 999-7575

La i
martes, 0
Son





| Inicio | Estatus Sol. Préstamos | Balance Préstamos | Balance Aportación | Estatus |

## Información General

| | |
|---|---|
| Seguro Social: | XXX-XX-1902 |
| Nombre: | IRMA R. CHAVES RODRIGUEZ |
| Sistema de Retiro: | ELA - Programa de Cuenta de Ahorro para el Retiro (R 2000) |
| Agencia: | 406 - DEPARTAMENTO DE LA FAMILIA |
| Periodo del Estado de Cuenta (dia-mes-año): | 31-12-2008 |
| Balance de Aportaciones: | $22,140.38 |
| Años de Servicio: | 9 Años y 2 Meses |

Administración de los Sistemas de Retiro

## Balance de Aportaciones

El Balance de las Aportaciones Individuales son basadas en el último Estado de Cuenta procesada Los balances aquí reflejados por concepto de aportaciones individuales y los años de servicio e revisión.

**Esta información no es una certificación oficial de la Administración de los Sistemas de**

Portada | Formularios | Servicios | Servicios en Línea | Oficinas | Contáctenos

• Derechos Reservados ASR de Puerto Rico © 2008 • Webmaster

^SUBIR^



Irma R. Chaves-Rodriguez
W32 Portshire St.
Park Gardens
San Juan PR 00926-2214

Discovery Notice to the Court's Clerk's
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170625

SAN JUAN PR
16 AUG 2021 PM 1

21 AUG 17 PM 7:00
SAN JUAN PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro E. Santiago Acosta_

Participant's Address: _Cond. Villas del Sol calle principal Aptds 104_
_Trujillo Alto P.R. 00976_

Participant's Email Address: _pedritosanti30@gmial.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _58830_

Nature of Claim: _Pension / Retiree Claims_

By: _(signature)_
Signature

_Pedro E. Santiago Acosta_
Print Name

_____
Title (if Participant is not an individual)

_14 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Pedro E. Santiago Aparicio
Cond. Villas Del Sol
calle principal Apto. 164
Trujillo Alto P.R. 00976

SAN JUAN PR 009
16 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 7:02

00918-170625

United State System Court, Clerks
156 Ave Carlos Chardón Ste 156
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes I. Cruz Rivera_

Participant's Address: _Calle Rio Sirach #150 Urb. Monte (_
_Heghts rva alta 00953_

Participant's Email Address: _lourdes cr 1@ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283 - LTS_

Nature of Claim: _State Goverment Retiremt_
_Dept of Health_

By: _____
Signature

_Lourdes I. Cruz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_09-14-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes I. Cruz Rivera
c/Río Sonadin #150 Urb.
Monte Casino Heights Toa Alta
Toa Alta P.R. 00953

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 11 PM 2:10

00918-1706625

SAN JUAN
16 AUG 2021

FOREVER / USA

bi siguiera Notre To Cont
United States District Court's
Clerk office
150 Alle Carlos Chardon Ste 150
San Juan, P.R. 00918-767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Manuel Ayala Ruiz_

Participant's Address: _Hc 02 Box 5795 Rincon, P.R.00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _(signature)_
Signature

_Carlos M. Ayala Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_11 de Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos M. Ayala Ruiz
HC 03 Box 5795
Rincón, P.R. 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
'21 AUG 17 PM 7:01

00918-170625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District court clerks
Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo Ayala Rivera_

Participant's Address: _HC 02 5795 Rincon, P.R. 00677_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa III_

By: _____
Signature

_Pablo Ayala Rivera_
Print Name

_____
Title (if Participant is not an individual)

_9 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos M. Ayala Ruiz
Hc 03 Box 5795
Rincon, P.R. 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 PM 2:01

00918-1706625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court Clerks
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767





FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nirvia M. Rosario Torres_

Participant's Address: _Urb Las Delicias 3463 Josefina Moll_
_Ponce Puerto Rico 00728_

Participant's Email Address: _nirviarosario920@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 49244_

Nature of Claim: _17-BK 3283 LTS_
By: _Nirvia M. Rosario Torres_    _Dept Education Puerto Rico_
Signature

_Nirvia M. Rosario Torres_
Print Name

_____
Title (if Participant is not an individual)

_Aug 5/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

To Whom it may concern,
This is to state that many
are with $0.00, and It is
ask to show more evidence,
I believe none of us have
that evidence, because the
Department of Education
is the one Entitled to
Offer that Evidence,
those payments that we
were to received, We never
received it! How teacher's
Should Know? Because, It was

Wages Never received, the
department has never given
proof they paid Teacher's
What they are claiming!!}
In the different. Laws just to
                              mentioned
   The Romeraz0              a few
   The % high cost
   Unpaid salaries
   Law 2003  and others.

                    . 8/00/2021

Nirvia M. Rosario Torres
Urb. Las Delicias
3463 Josefina Moll Ponce Pr. 00728

SAN JUAN PR  009
16 AUG 2021  PM 1  L

United States District Court
Clerk's Office. 150 Ave. Carlos Chardón
Ste 150, San Juan, P.R. 00918-1767

00918-1 70625

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia L. Vázquez Garay_

Participant's Address: _Idamaris Gardens Calle Juan M. morales 6.31 Caguas P.R. 00725_

Participant's Email Address: _silvia Vázquez 1952_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sylvia L. Vázquez Garay_
Signature

_Sylvia L. Vázquez Garay_
Print Name

_____
Title (if Participant is not an individual)

_agosto 16 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Gloria Nazr Luy
Idamaris Gordens
Cale Juan M. Morales
L 31 Caguas, PR 00725

RECEIVED. MAILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

10:7 AM 17 AUG 2021

00918-170625

SAN JUAN PR
16 AUG 2021 PM 1
FOREVER / USA



Office at: United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, PR. 00918-1767

ˡⁱˡⁱˡⁱⁱˡⁱˡⁱˡⁱⁱˡⁱˡⁱⁱˡⁱˡⁱⁱˡⁱˡⁱⁱˡⁱⁱˡⁱˡⁱⁱˡⁱⁱˡⁱⁱˡⁱⁱ

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Celedonio Crespo Sepulveda*

Participant's Address: *90 Calle Pedro Paban Morovis 00687*

Participant's Email Address: *Cele.t.crespo@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PR 1845  55176*

Nature of Claim: *Salary*

By: *Celedonio Crespo*
Signature

*Celedonio Crespo Sepulveda*
Print Name

*Creditor*
Title (if Participant is not an individual)

*9/Ago/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR   009
16 AUG 2021. PM 1   L

00918-170625

United States District
Clerks office
150 Ave Carlos Chardon Ste 150
San Juan P.R
00918- 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alicia Muñoz Román_

Participant's Address: _7348 Ave. Agustín Ramos Isabela, P.R. 00662_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115712_

Nature of Claim: _Public Employee and Pension/Retiree Claims (Department of Education)_

By: _Alicia Muñoz Román_
Signature

_Alicia Muñoz Román_
Print Name

_____
Title (if Participant is not an individual)

_August 13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Luis Yariz Rivera
2348 Ave. Gautier Benitez
Dehesa, Puerto Rico 00662

SAN JUAN PR 009
14 AUG 2021 PM 1 L

00918-241199

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Andrés Cruz Cruz

Participant's Address: HC 6 Box 17427 San Sebastian, P.R. 00685

Participant's Email Address: andrescruzmotora @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: andrescruzmotora @ gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53989

Nature of Claim: Debtos. Clamen Department of Education

By: _Andrés_ _____
Signature

Andrés Cruz Cruz
Print Name

Self Participant
Title (if Participant is not an individual)

8/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Andrés Cruz Cruz
H.C.6 Box 17427
San Sebastián, P.R.
00685-9870

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 7:00

00918-170825

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R.
00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Andres Cruz Cruz

Participant's Address: H.C. 6 Box 17427 San Sebastián, P.R. 00685-9870

Participant's Email Address: andrescruzmotora @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: andrescruz motora @ gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Debtos Claman Depo.tamento of Education

By: _____
    Signature

Andrés Cruz Cruz
Print Name

Self Participant
Title (if Participant is not an individual)

8/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Andres Cruz Cruz
H.C.6 Box 17427
San Sebastian, P.R.
00685-9870

00918-170625

REGISTERED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

21 AUG 17 PM 3:00

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R.
00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Tanya La Placa Astor

Participant's Address: urb/county Club, Juan B. Roman 871
San Juan, P.R 00924

Participant's Email Address: tanyalaplaca12d.yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 13221

Nature of Claim: Promesa Tittle III - Money Owned
for sick and vacation leave

By: Tanya La Placa Astor
Signature

Tanya La Placa Astor
Print Name

_____
Title (if Participant is not an individual)

8-13-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tanya La Placa Astor
Urb. Country Club, Juan B Roman 871
Sangu., PR 00924

SAN JUAN PR 009

16 AUG 2021 PM 1 L



Discovery Notice to the Court Clerk's
office at
United States District Court Ste. 150
San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eglantina AstorAcosta

Participant's Address: Urb. Country Club, Juan B. Roman 871 San Juan, P.R 00924

Participant's Email Address: tanyalaplaca@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: 116850

Nature of Claim: Promesa Title III - Money owned for sick and vacation leave.

By: x Eglantina Astor Acosta
Signature

Eglantina AstorAcosta
Print Name

_____
Title (if Participant is not an individual)

8-13-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eglantina Astor Acosta
Urb. County Club
Juan B. Roman 871
San Juan, P.R. 00924

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 17 PM 1:00

00918-133599

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA



Discovery Notice to the Court Clerk's
office at.
United States District Court Ste. 150
San Juan P.R 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Millán Clemente, Miriam

Participant's Address:   Cond. Torres de Cervantes, 240 calle 49
Apto. 807A, San Juan, PR 00924

Participant's Email Address:   miriammillan 52@ gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   No. 17 BK 3283 - LTS

Nature of Claim:   PROMESA   TITLE III

By:   _Myriam Millán Clemente_
Signature

Myriam Millán Clemente
Print Name

_____
Title (if Participant is not an individual)

8/14/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Millán Clemente
Cond. Turrico d. Convento
246 calle 49 Apto 807
San Juan, PR 00924

Court's Clerk's Office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Cintrón Hernandez_

Participant's Address: _Urb. Villa Rica, Gladys AE-7 Baymon PR 00959_

Participant's Email Address: _VICTORCINTRON @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103298, 104095, 174560_

Nature of Claim: _Employe System Commonwelth of P.P.R (Law 96, 89)_

By: _____
Signature

_VICTORL. CINTRON Hernández_
Print Name

_____
Title (if Participant is not an individual)

_08/12/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

V. Cintron
Urb. Villa Rica
Calle Gladys AE-7
Bayamon PR. 00959

SAN JUAN PR 009

16 AUG 2021 PM 1 L

FOREVER / USA

00918-170625

United States District Court
Clerk's Office 150 Ave. Carlos Chardo STE. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sandra Diaz Berrios

Participant's Address: Calle 8 E11 Estancias Cerro Gordo Bayamón. P.R 00957.

Participant's Email Address: Sdiaz.4@Prtc.Net

Name of Counsel: ―

Address of Counsel: ―

Email Address of Counsel: ―

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Ley 89 Retribución Uniforme (Romerazo)

By: _Sandra Diaz_
Signature

_Sandra Diaz_
Print Name

_____
Title (if Participant is not an individual)

August 13, 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Diaz
Calle 8 # 11 Est de,
Cerro Gordo Bayamon,
P.R. 00957.

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court
Cleery's Office,
150 Ave Carlos Chardon Ste 150
San Juan 00918-1762

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirta Caraballo Rodríguez de Antonsanti_

Participant's Address: _4511 La Golondrina Punto Oro, Ponce, P.R. 00728-2058_

Participant's Email Address: _mirta.caraballorodriguez@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _108612_

Nature of Claim: _Unpaid wages from Commonwealth of Puerto Rico_

By: _Mirta Caraballo Rodríguez de Antonsanti_
Signature

_Mirta Caraballo Rodríguez de Antonsanti_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Mirta CarabelloRodriguez de Ambasanti
4511 kca Golondrina
Punto Oro
Ponce, P.R. 00728-2050

U.S. DISTRICT COURT
SAN JUAN, PR

17 AUG 21 PM 3:49

To:
United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009

16 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mirta Caraballo Rodríguez de Antonsanti

Participant's Address: 451 La Golondrina, Punto Oro, Ponce, P.R. 00728-2050

Participant's Email Address: mirta.caraballorodriguez@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 108512

Nature of Claim: Unpaid wages by the Commonwealth of P.R.

By: _Mirta Caraballo Rodríguez de Antonsanti_
Signature

Mirta Caraballo Rodríguez de Antonsanti
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Mirta Caraballo Rodríguez de Ambrosanti
4501 La Golondrina
Punto Oro
Ponce, P.R. 00728-2650

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 3:59

00918-170625

To:
United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste. 150
San Juan, P.R. 00918-17 c t

SAN JUAN PR  009
16 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Mirta Caraballo Rodríguez de Antonsanti

Participant's Address:   4511 La Golondrina - Punto Oro, Ponce, PR. 00728-2050

Participant's Email Address:   mirta.caraballo.rodriguez @ g.mail.com

Name of Counsel:   N/A

Address of Counsel:   N/A

Email Address of Counsel:   N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   108612

Nature of Claim:   Unpaid wages from Commonwealth of Puerto Rico

By:   _Mirta Caraballo Rodríguez de Antonsanti_
     Signature

     _Mirta Caraballo Rodríguez de Antonsanti_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 15, 2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Mirta Ceballo Rodríguez de Anthosanti
4511 La Golondrina
Punto Oro
Ponce, P.R. 00728-2058

To:
United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00 918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Yaritza Firpo Pérez*

Participant's Address:   *Hc 4 Box 48588 Aguadilla P.R. 00603*

Participant's Email Address:   *Yarifirpo @ gmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283 - LTS*

Nature of Claim:   *Promesa Tittle III*

By:   *Yaritza Firpo Pérez*
     Signature

*Yaritza Firpo Pérez*
Print Name

*Auxiliar Centro Apoyo Modalidades Empleo*
Title (if Participant is not an individual)

*13 - agosto - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yanira Pipa Pérez
Hc. 4 Box 46588
Aguadilla, P.R. 00603

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-170625

United States District Court Clerk's Office
150 Ave. Carlos Charón Ste. 150
San Juan, P.R. 00918-1767



GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mónica Fonseca Encarnación_

Participant's Address: _Villas Universitarias 134 c/Universidad Católica Aguadilla, P.R. 00603_

Participant's Email Address: _fonseca.1975 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _77771_

Nature of Claim: _Pension / Retire Claims_

By: _Mónica ___ Encarnación_
Signature

_Mónica Fonseca Encarnación_
Print Name

_____
Title (if Participant is not an individual)

_8-14-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mónica Fonseca
134 Universidad Católica
Villas Universitarias
Aguadilla, PR 00603

SAN JUAN PR 009

16 AUG 2021 PM 1 L

00918-170625

United States District court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alba N. Zamot Misla

Participant's Address: 928 Calle Odisea Urb. Villa Lydia   Isabela, PR 00662

Participant's Email Address: chiquigemela1@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: Accumulated retirement contributions from the Department of Education

By: _Alba N. Zamot Misla_
Signature

_Alba N. Zamot Misla_
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba N. Zamot Misla
928 Calle Odisea
urb. Villa Lydia
Isabela, PR 00662

SAN JUAN PR 009

16 AUG 2021PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR. 00918-1767



S81445.077

US POSTAGE
FIRST-CLASS
062S0010389463
FROM 00662
$0.510

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RENE VELEZ CONCEPCION_

Participant's Address: _F19 VILLA TULIPAN URB EL PLANTIO TOA BAJA, PR 00949_

Participant's Email Address: _RENE.VELEZ.AECPSI @ GMAIL.COM_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _2015-12-0408_

Nature of Claim: _VIOLATION OF BENEFITS. UNDER SECTION 10 GENERAL DISPOSITIONS OF THE CONSTITUTION OF PUERTO RICO - ONCE A PUBLIC FUNCTIONARY IS NAME, NO LAW WILL CHANGE THE BENEFITS AGREED UPON._

By: _[signature]_
Signature

_Rene Velez Concepcion_
Print Name

_____
Title (if Participant is not an individual)

_AUGUST 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rene Velez Concepcion
F-19 Villa Tulipan
Urb El Plantio
oa Baja, PR 00949

00918-170625

SAN JUAN PR 009

16 AUG 2021 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 Ave. CARLOS CHARDON
SUITE 150
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: IRIS J. RIVERA

Participant's Address: 24 OAK ST. MANCHESTER, CT 06040

Participant's Email Address: RUBYJUDY0722@GMAIL.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: DOCKET NO. 17431 CASE NO. 17-3283

Nature of Claim: DISCOVERY NOTICE

By: _Iris J. Rivera (signature)_
Signature

IRIS J. RIVERA
Print Name

DAUGHTER OF JULIO RIVERA
Title (if Participant is not an individual)

8/16/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Iris J. Rivera
24 Oak St.
Manchester, Ct. 06040

HARTFORD CT 060
14 AUG 2021 PM 6 L

00918-170625

To: United States District Court,
Clerk's Office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nevada E. Carrion Diaz*

Participant's Address: *Cond. Tropicana 601A- Carolina, P.R., 00979*

Participant's Email Address: *edda_carr@yahoo.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: 

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: 

By: *(signature)*

Signature

_____

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nevada Carrion
5890 Calle Tarak Apt. A601
Carolina, PR 00979-5903

Court's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan P.R.
00918-1706 CO18

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _L u c i l a   Caraballo   Rivera_

Participant's Address: _B-18 Calle   Camelia, Alturas Cafetal Yauco PR 00698_

Participant's Email Address: _lucyanlucy401@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK  3283 — LTS_

Nature of Claim: _Promesa   Title III_

By: _Lucila Caraballo Rivera_
Signature

_Lucila Caraballo Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August,  15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lucila Caraballo-Rivera
Alts Del Cafetal
B18 Calle Camelia
Yauco, PR 00698-3458

SAN JUAN PR 009

16 AUG 2021 PM 1 L

FOREVER USA

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Cuevas Rodríguez_

Participant's Address: _B23 Calle 3A Rexville Bayamón PR 00957_

Participant's Email Address: _ivelissecuevas@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130305_

Nature of Claim: _Public Employee DE_

By: _____
    Signature

_Ivelisse Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_08-13-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivelisse Cuevas Rodríguez
B23 Calle 3A Rexville
Bayamón P.R. 00957

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 17 PM 1:58

00918-170625

SAN JUAN PR 009

16 AUG 2021 PM 1 L

USA FOREVER

United States District Court
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Maribel Luciano Vega_

Participant's Address: _Hacienda La Matilde 5494 Calle Surco_
_Ponce P.R. 00728_

Participant's Email Address: _maluve45@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98874_

Nature of Claim: _17 BK 3283-LTS_

By: _Maribel Luciano Vega_
Signature

_Maribel Luciano Vega_
Print Name

_____
Title (if Participant is not an individual)

_14 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Luchena Vega
Hacienda La Matilde
5494 Calle Surco
Ponce, P.R. 00728

00918-170625

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United State District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joseline Cartagena Figueroa_

Participant's Address: _PO Box 1296 Santa Isabel PR 00757_

Participant's Email Address: _celijos1422 @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159792_

Nature of Claim: _Claim of retroactive salary according to Law #28 of July 20, 2005_

By: _Joseline Cartagena Figueroa_
Signature

_Joseline Cartagena Figueroa_
Print Name

Title (if Participant is not an individual)

_8-15-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joseline Cartagena Figuera
P.O. Box 196
Santa Isabel P.R. 00757

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-176625

Discovery Notice to the Court's Clerk's
Office at;
United States District Court Clerk's Office
150 Ave. Carlos Chardo. Ste. 150
San Juan, P.R. 00918-1767

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MORALES ARROYO, EMILIA

Participant's Address: Urb. Villas Del Cafetal I., Calle 8  I-35 Yauco, P.R. 006C

Participant's Email Address: emorales arroyo 13 @ Yahoo. com

Name of Counsel: United States District Court

Address of Counsel: Clerk's Office; 150 Ave. Carlos Chardon Ste. 15  San Juan PR. 00918-176

Email Address of Counsel: ___

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 35334

Nature of Claim: steps not granded by the government from 1985 to the presen

By: _Emilia Morales Arroyo_
Signature

Emilia Morales Arroyo
Print Name

Teacher (Special Education)
Title (if Participant is not an individual)

12 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal 1
Calle 8 I-35
Yauco, P.R.
00698

00918-170625

SAN JUAN PR  009

16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MORALES ARROYO, EMILIA

Participant's Address: Urb. Villas Del Cafetal I., Calle 8 I-35 Yauco, P.R. 006c

Participant's Email Address: emorales arroyo 13 @ Yahoo. com

Name of Counsel: United States District Court

Address of Counsel: Clerk's Office; 150 Ave. Carlos Chardon Ste. 18 San Juan PR. 00918 176

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 33128

Nature of Claim: Steps not granded by the goverment from 1985 to the presen

By: _[signature]_
Signature

Emilia Morales Arroyo
Print Name

Teacher (Special Education)
Title (if Participant is not an individual)

12 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal 1
Calle 8 I-35
Yauco, P.R.
00698

00918-1706.25

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767



1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MORALES ARROYO, EMILIA

Participant's Address: Urb. Villas Del Cafetal I., Calle 8 I-35 Yauco, P.R. 00698

Participant's Email Address: emorales arroyo 13 @ Yahoo. com

Name of Counsel: United States District Court

Address of Counsel: Clerk's Office; 150 Ave. Carlos Chardon Ste. 18 San Juan PR. 00918 176

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 90144

Nature of Claim: Steps not granded by the government from 1985 to the presen

By: _Emilia Morales Arroyo_
Signature

Emilia Morales Arroyo
Print Name

Teacher (Special Education)
Title (if Participant is not an individual)

12 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal,
Calle 8 I-35
Yauco, P.R.
00698

00918-170825

SAN JUAN PR  009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MORALES ARROYO, EMILIA

Participant's Address: Urb. Villas Del Cafetal I., Calle 8 I-35 Yauco, P.R. 006

Participant's Email Address: emorales arroyo 13 @ Yahoo. com

Name of Counsel: United States District Court

Address of Counsel: Clerk's Office; 150 Ave. Carlos Chardon Ste. 15 San Juan P.R. 00918 176

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 90228

Nature of Claim: Steps not granded by the goverment from 1985 to the presen

By: _Emilia Morales Arroyo_
Signature

Emilia Morales Arroyo
Print Name

Teacher (Special Education)
Title (if Participant is not an individual)

12 - agosto - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal,
Calle 8 I-35
Yauco, P.R.
00698

00918-170625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Feliciano Serrano_

Participant's Address: _P. O. Box 121 Bajadero, P.R. 00616-0121_

Participant's Email Address: _botiti2007@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Ricardo Feliciano Serrano_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_7-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilia Morales Arroyo
Urb. Villas del Cafetal 1
Calle 8 I-35
Yauco, P.R.
00698

00918-170625

SAN JUAN PR   009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardón
Ste. 150, San Juan P.R.
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Feliciano Serrano_

Participant's Address: _P.O. Box 121 Bajadero, P.R. 00616-0121_

Participant's Email Address: _botiti2007@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Ricardo Feliciano Serrano_
Signature

_Ricardo Feliciano Serrano_
Print Name

_____
Title (if Participant is not an individual)

_13 - agosto de 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ricardo Feliciano Serrano
P.O. Box 121
Bajadero, P.R. 00616-0121

To: United States States District
Court, Clerk's Office,
150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

SAN JUAN PR. 009
16 AUG 2021 PM 1 . L

00918-170625



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Pedro Rivera Moret_

Participant's Address: _Bo. Mosquito 1510, Aguirre, P.R. 00704-2745_

Participant's Email Address: _n/a_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170429_

Nature of Claim: _P.R._

By: 
    Signature  _Fingerprints because Mr. Pedro Rivera Moret does'nt know how to sign._

_Pedro Rivera Moret_
Print Name

_n/a_
Title (if Participant is not an individual)

_August 16th, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Rivera Mord
BO. Mosquito 1510
Aguirre, P.R. 00704-2745

SAN JUAN PR   009

16 AUG 2021   PM 1   L

0091B-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Isales Carmora_

Participant's Address: _2A-10 Yunguesito St. Lomas de_
_Carolina, Carolina, PR 00987_

Participant's Email Address: _marye8315@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Fund retirement._

By: _Maritza Isales Carmora_
Signature

_Maritza Isales Carmora_
Print Name

_____
Title (if Participant is not an individual)

_13-08-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I need my money.

Maritza Isabel
2A-10 Yunques 78
Lomas de Carolina
Carolina PR 00987

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-170625

Discovery Notice to the
Court's Clerk office at:
United States District Court,
Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Maldonado Santiago_

Participant's Address: _Urb. Jardines de Ponce Paseo Azucena K-1 Ponce PR.00730_

Participant's Email Address: _melsame 1945 @ g. mail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retired Bond $100,100.00 Popular Securities_

By: _Edwin Maldonado Santiago_
Signature

_Edwin Maldonado Santiago_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Edwin Maldonado
Jard De Ponce
K1 Paseo Azucena
Ponce, PR 00730

SAN JUAN PR  009
16 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste 150,
San Juan, PR 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felix A. Estrada Garcia*

Participant's Address: *urb. Santa Teresita C122 calle San Claudio
Ponce PR 00730-4451*

Participant's Email Address: *Estrada Mgrangeli(a) GMail com.*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Bonificacion Especial    Ley Num. 89 12 Julio 1979
Ley Num. 12 - 1982*

By: *[signature]*
Signature

*Felix A. Estrada Garcia*
Print Name

*Promesa Titulo III*
Title (if Participant is not an individual)

*agosto 15 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A. Estrada Garcia
Urb. Santa Teresita G122
Calle San Claudio
Ponce P.R. 00730-4451

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-1706.25

United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leonel Sanchez Torres_

Participant's Address: _Buzon 9961 Carr. 560 Bo. Camarones Villalba P.Roona_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _____
Signature

_Leonel Sanchez Torres_
Print Name

_Leonel Sanchez Torres_
Title (if Participant is not an individual)

_16 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Leonel Sanchez Torres
Bzzin 99 61
Court: 5 E 83
Villalba, P.R. 00766

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 17 PM 12:54

00918-170625

SAN JUAN PR   009

16 AUG 2021 PM 1 L

To: Discovery Notice to the Courts Clerks office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor L. Cintrón Cruz_

Participant's Address: _Urb Las Delicias 3261 Calle Ursula Cardona Ponce PR 00728_

Participant's Email Address: _hlcjnt @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _79481_

Nature of Claim: _17 BK 3283- LTS_

By: _[signature]_
   Signature

_____
   Print Name

_____
   Title (if Participant is not an individual)

_16/Agost/2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector L Cintron Cruz 79481
Urb. Las Delicia 326)
Calle Ursula Cardona
Ponce P.R. 00728

United States District Court.
Clerk's office 150 AV. Carlos Chardon
Ste.150 San Juan P.R. 00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

00918-170625