**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative<br>of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered)[1] |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney, and very respectfully states and prays as follows:

**PLEASE TAKE NOTICE** that Lina M. Soler-Rosario, hereby respectfully withdraws her appearance as counsel for the PPG Industries, Inc., party-in interest in the above-captioned Title III, and requests removal from service of any further pleadings in connection with these matters.

**WHEREFORE**, the undersigned attorney very respectfully requests that the court GRANT this motion, allow the undersigned to withdraw as counsel, and cease its notifications to the undersigned's e-mail addresses of all documents filed in the instant case.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of Debtor's federal tax identification number are: 1) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686 and v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780) number 3747.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of August 2021.

> **MCCONNELL VALDÉS LLC**
> *Attorneys for* PPG Industries, Inc.
> 270 Muñoz Rivera Avenue, Suite 7
> San Juan, Puerto Rico 00918
> PO Box 364225
> San Juan, Puerto Rico 00936-4225
> Telephone: 787-250-5812
>
> By: *s/ Lina M. Soler-Rosario*
> Lina M. Soler-Rosario
> USDC No. 227304
> lms@mcvpr.com