UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 17, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

1. Edwin Maldonado Santiago
2. Lilibet Santiago de Armas
3. Diana I. Molina Eliecer
4. Luz M. Rivera Figueroa
5. Hedga J. Garcia Cruz
6. Mirta Caraballo Rodriguez de Antonsanti
7. Ivelisse Velazquez Rodriguez
8. Maria A. Santiago Anza
9. Aida Concepcion de Jesus
10. Nelly Alvarez Castro
11. Angel Aponte Maldonado
12. Victor L. Pirela Figueroa
13. Sonia Borrero Negron
14. Ricardo Vargas Valentin
15. Judith Ayala Ruiz
16. Keishla M. Vargas Vega
17. Victor L. Pirela Figueroa (2 notices)
18. Ruth E. Rodriguez Figueroa
19. Gladys Negron Madera
20. Yoel Benitez Castro
21. Maria A. Bon Rivera
22. Miguel A. Nieves Serrano
23. Santa Orozco Monge

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

24. Iris L. Vega Robles

25. Aileen Quiñones Domenech

26. Jose A. Rivera Collazo

27. Manuel Gonzalez Gonzalez

28. Santos Arocho Rivera

29. Manuel Monroig Roman

30. Angel Nieves Quiñones

31. Zaida M. Nieves Roman

32. Madeline E. Barreto Roman

33. Celedonio Crespo Sepulveda (2 notices)

34. Judith Hernandez Serrano

35. Noemi Acevedo Acevedo (3 notices)

36. Iniabellis Muñiz Gonzalez

37. Diana M. Reveron Lebron

38. Joel Muñiz Gonzalez

39. Anibal Hernandez Tirado

40. Ricardo Cardona Quiles

41. Minerva Nieves Martinez

42. Angel Luis Seda Martinez

43. Jose Cardona Huertas

44. Ruperto Martinez Sotomayor

45. Evelyn Muñoz Contreras

46. Carlos A. Santaliz Porrata (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

    47. Edwin Santos Ortiz

    48. Lesvia Couvertier Betancourt

    49. Francisco E. Conesa Osuna

    50. Anita Doucette Bennett

Dated: August 18, 2021