Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Edwin Maldonado Santiago*

Participant's Address: *Urb. Gardines de Ponce Paseo Gruceral K-1 Ponce PR. 00730*

Participant's Email Address: *mclrone 1945 @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Retired Bond #100,000.00 VBS Financial Service Inc*

By: *[signature]*
    Signature

*Edwin Maldonado Santiago*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Edwin Maldonado
Jard De Ponce
K1 Paseo Azucena
Ponce, PR 00730

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United State District Court Clerk's Office
150 Cve. Chardon Ste. 150
San Juan, PR. 00918 - 1767

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lilibet Santiago de Armas_

Participant's Address: _E 22 Calle Tabonuco, Urb. Arbolada, Caguas, PR 00727_

Participant's Email Address: _lilistago@yahoo.com_

Name of Counsel: _does not apply_

Address of Counsel: _"_

Email Address of Counsel: _"_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82689_

Nature of Claim: _Christmas bonus, special retirement fund and interest._

By: _Lilibet Santiago de Armas_
Signature

_Lilibet Santiago de Armas_
Print Name

_Retired employee_
Title (if Participant is not an individual)

_14 / August / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lilibet Santiago de Armas
E22 Calle Tabonuco
Urb Arbolada
Caguas, PR 00727

00918-170625

SAN JUAN PR, 00~

16 AUG 2021

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana I. Molina Elicier_

Participant's Address: _Cond. La Loma 180 carr 194 Apdo295_ _Fajardo PR 00738-3508_

Participant's Email Address: _dmolinaed76@hotmail.com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(0913) últimos cuatro digitos del seguro social_

Nature of Claim: _Pensión / Retiree_ _(# 47202, Reclamación)_

By: _Diana I. Molina Elicier_
Signature

_Diana I. Molina Elicier_
Print Name

_____
Title (if Participant is not an individual)

_13. agosto. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Diana L. Molina Chicia
Cond. Alakoma 180 Carr 194
Apartado 295
Fajardo PR 00738-3508

SAN JUAN PR 009

16 AUG 2021 PM 1 L

0091 8-1706.25

To: United States District Court
Clerk's Office 150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Rivera Figueroa_

Participant's Address: _Urb. A Humas de Monte Brisas Calle 9 Blg. 4 G-8 Fajardo, PR 00738_
* _PO Box 356 Fajardo. PR 00738_

Participant's Email Address: _karomi22222@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 92308   /   SS. xxx-xx-2275_

Nature of Claim: _Pension / Retiree_

By: _[signature]_
    Signature

_Luz M. Rivera Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_18. august-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Luz M Rivera Figueroa
P.O. Box 356
Fajardo, P.R. 00738

00918-170625

SAN JUAN PR 009

16 AUG 2021 PM 1 L



POST OFFICE MURALS / FOREVER / USA

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hedga J. Garcia Cruz_

Participant's Address: _Urb. Villa Carolina 111-26 Calle 79_
_Carolina, PR 00985_

Participant's Email Address: _hedgaj@hotmail.com_

Name of Counsel: _The Commonwealth of Puerto Rico_

Address of Counsel: _San Juan PR._

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Hedga J. Garcia Cruz_
Signature

_Hedga J. Garcia Cruz_
Print Name

_Retired_
Title (if Participant is not an individual)

_14/8/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hedya J. Garcia Cruz
Heb-Villa Carolina
111-26 Calle 79
Carolina PR 00985

SAN JUAN PR 009

16 AUG 2021 PM 1 L

Court's Clerk's Office
United State District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, PR 00918-1767

00918-170625

Gwen Ifill
usa forever
BLACK HERITAGE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Mirta Caraballo Rodríguez de Antonsanti

Participant's Address:  4511 La Golondrina, Punto Oro; Ponce, P.R. 00728-2050

Participant's Email Address:  mirta.caraballorodriguez@gmail.com

Name of Counsel:  N/A

Address of Counsel:  N/A

Email Address of Counsel:  N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  108612

Nature of Claim:  Unpaid wages by the Goverment of Puerto Rico
(Goverment of Commonwealth of P.R.)

By:  _Mirta Caraballo Rodríguez_
Signature

Mirta Caraballo Rodríguez
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Minta Caraballo Rodriguez
4511 La Colondrina
Punto Oro
Ponce, P.R. 00728-2050

To:
United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

16 AUG 2021 PM 1 L

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
AUG 17 21
AMOUNT
$0.00
00918-170625

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Velázquez Rodríguez (Ivelisse Rivera)_

Participant's Address: _3196 Austin Brian Court Clarksville, T.N. 37043_

Participant's Email Address: _essilevis @ aol.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case number: 17-03283-LTS_

Nature of Claim: _Promesa Title III_

By: _____
      Signature

_Ivelisse Velázquez Rodríguez (Ivelisse Rivera)_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ivelisse Rivera
3196 Austin Brian Ct.
Clarksville, TN 37043

NASHVILLE TN 370

14 AUG 2021. PM 6  L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R.
00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Santiago Anza - Maria A. Reilly_

Participant's Address: _1929 Fowler Avenue, Bronx, N.Y._

Participant's Email Address: _reillymoreilly@aol.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms. Maria M. Reilly
1929 Fowler Ave
Bronx, NY 10462-3406

00918-170825

NEW YORK NY 100

14 AUG 2021 PM 11 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida Concepción De Jesús_

Participant's Address: _5300 Washington St. Apt. L-337_
_Hollywood, FL 33021-4474_

Participant's Email Address: _Conchin 560 @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _73166_

Nature of Claim: _17BK03283-LTS Commonwealth of Puerto Rico_

By: _Aida Concepción De Jesús_
Signature

_Aida Concepción De Jesús_
Print Name

_Promesa (Title III)_
Title (if Participant is not an individual)

_Aug. 06/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aide Conacepción De Jesús
5300 Washington St. Apt. L-337
Hollywood, FL 33021-7794

United States District Court
- Clerk's Office
150 Ave. Carlos Chardon
San Juan, Puerto Rico, 00918-1767

00918-170625

2021 AUG 17 PM 6:53

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

12 AUG 2021 PM 5 L

MIAMI FL 330

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelly Alvarez Castro_

Participant's Address: _Apartado 1098 Juncos, P.R. 00777_

Participant's Email Address: _n/a_

Name of Counsel: _* Lic. León Rodriguez Eddie_

Address of Counsel: _ednel@prtc.net  T.S. Núm 11,643_

Email Address of Counsel: _" "   " "   " " "_

_Note * In the case of Agriculture, He representative me._

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _KLAN 202100037_

Nature of Claim: _Departmento of Agricultura—Injustife—Lay Off_

By: _Nelly Alvarez Castro_
     Signature

_Nelly Alvarez Castro_
Print Name

_____
Title (if Participant is not an individual)

_8/15/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nelly Alvarez Castro
Apartado 1098
Juncos, P.R. 00777

SAN JUAN PR 009
16 AUG 2021 PM 2 L

United States Distric Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

00918-176625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Angel Aponte Meldonado_

Participant's Address: _Bo. Rio Honda-I HC4 Box 6589 comerio P.R. 00782_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Angel Aponte Meldonado_
Print Name

_____
Title (if Participant is not an individual)

_Agosto / 16 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are **not** represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Aponte Maldonado
P.O. Rio Hondo-I comerio P.R. 00782
HC 4 box 6589

00918-170399

RECEIVED
16 AUG 2021
U.S. DISTRICT
SAN JUAN PR

SAN JUAN PR 009
16 AUG 2021 PM 1 L

Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Pirela Figueroa_

Participant's Address: _Jardines de Lafayette Calle J G-6 Arroyo P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74900_

Nature of Claim: _Public Employee Claims_

By: _____
    Signature

_Victor L. Pirela Figueroa_
Print Name

_Victor L. Pirela Figueroa_
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victo L. Pirela Figueroa
Jardines de Lafayette
Calle JG-6
Arroyo, P.R. 00714

United States District Court
Clerks Office
105 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918 - 17161

SAN JUAN PR 009

16 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Borrero Negrón_

Participant's Address: _Box 1750 HC09 Ponce PR00731_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _SoniA Borrero Negrón   156881_

Nature of Claim: _Ley de Romeroso_

By: _Sonia Borrero Negrón_
Signature

_SoniA Borrero Negrón_
Print Name

_____
Title (if Participant is not an individual)

_8 / 16 / 021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sonia Borrero Negrón
HC09 Box 1750
Ponce PR 00731

SAN JUAN PR 009
16 AUG 2021 PM 1 L

2021 AUG 17 PM 9:52

00351-081-66599

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To. United States District Court Clerk
Offic. 150 Ave. carlos chardon ste 150
San Juan. PR 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ricardo Vargas Valentin

Participant's Address: HC 02 Box 5603 Rincon PR 00677

Participant's Email Address: r.vargas010@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: _____
Signature

Ricardo Vargas Valentin
Print Name

_____
Title (if Participant is not an individual)

9 august 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juahill Carpalethis
Uriom Vargas Valdes
Hc 02 Box 6203
Lavio, P. Rorb27

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17  PM 6:52

00918-170399

SAN JUAN PR 009
16 AUG 2021PM 1 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Judith Ayala Ruiz_

Participant's Address: _HC 02 Box 5603 Rincón P.R. 00677_

Participant's Email Address: _judithayala.10@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _Judith Ayala Ruiz_
   Signature

_Judith Ayla Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_11 August 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madeline Corvalechis
Vicion & Lope Valpts
de el 884 603
Univ / A Lewis

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17  PM 6:52

00918-170399

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Keishla M. Vargas Vega_

Participant's Address: _HC 2 Box 6077 Rincón P.R 00677_

Participant's Email Address: _Keshy29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Keishla M. Vargas Vega_
Signature

_Keishla M. Vargas Vega_
Print Name

_Directora de Recursos Humanos_
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heishla M. Vargas Vega
HC 2 Box 6077
Rincón, P.R 00677

00918-170399

United State District Court
Clerks Office, 150 Ave. Carlos Chardón St.
150, San Juan, P.R 00918-1767

SAN JUAN PR   009
16 AUG 2021 PM 1 L

FOREVER / USA



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Pirela Figueroa_

Participant's Address: _Jardines La fayette Calle J G-6 Arroyo P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74900_

Nature of Claim: _Public Employee Claims_

By: _____
Signature

_Victor L. Pirela Figueroa_
Print Name

_Victor L. Pirela Figueroa_
Title (if Participant is not an individual)

_August 4, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor L. Pirela Figueroa
Jardines de Lafayette
Calle JG-6
Arroyo, P.R. 00714

SAN JUAN PR 009
16 AUG 2021 PM 1 L

00918-171105

United States District Court
Clerks Office
105 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Victor L. Pirela Figueroa_

Participant's Address: _Jardines Lafayette Calle JG-6 Arroyo P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _74900_

Nature of Claim: _Public Employee Claims_

By: _____
    Signature

_Victor L. Pirela Figueroa_
Print Name

_Victor L. Pirela Figueroa_
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Victor L. Pirela Figueroa
Jardines de Lafayette
Calle J8-6
Arroyo, P.R. 00714

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 PM 6: 52

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court
Clerks Office
155 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-171105

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth E. Rodriguez Figueroa_

Participant's Address: _P.O.Box 444 Arroyo, P.R. 00714_

Participant's Email Address: _rerodz16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _103876_

Nature of Claim: _Public Employee Claims_

By: _Ruth E. Rodriguez Figueroa_
   Signature

_Ruth E. Rodriguez Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_August 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ruth E Rodriguez
PO Box 444
Arroyo, PR 00714

SAN JUAN PR   009

16 AUG 2021  PM 1  L



United States District Court
Clerks Office
105 Ave. Carlos Chardon Ste. 150
San Juan, P.R.

00918-171105

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Negrón Madera, Gladys_

Participant's Address: _HC-73 Box 4704 Naranjito P.R. 00719_

Participant's Email Address: _espada.predicadora6866@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico et al.,_

By: _Gladys Negrón Madera_
Signature

_Gladys Negrón Madera_
Print Name

_____
Title (if Participant is not an individual)

_august 9 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Negron Madera
HC 73 Box 4704
Naranjito, PR 00719

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN

20?? AUG 17  PM 6:32

00918-170399

SAN JUAN PR  009

16 AUG 2021  PM 1  L

United State District Court
Clerk's Office
150 ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yoel Benitez Castro_

Participant's Address: _P.O. Box 478, Gurabo Puerto Rico 00778_

Participant's Email Address: _ybcastro46@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 62687_

Nature of Claim: _steps granted by the goverment of Puerto Rico that were not included in the salary for several years._

By: _Yoel Benitez Castro_
Signature

_Yoel Benitez Castro_
Print Name

_N/A_
Title (if Participant is not an individual)

_15 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Yoel Benitez Castro
P.O. Box 478
Gurabo, P.R. 00778

00918-170399

SAN JUAN PR 009

16 AUG 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

21 AUG 17 PM 2:82

United States District Court, Clerks
Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Bon Rivera_

Participant's Address: _Villa fontana via 6  2 sc 146 Carolina P.R. 00983_

Participant's Email Address: _Jesmel 1219 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _____

By: _Maria A. Bon Rivera_
Signature

_Maria A. Bon Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08-11-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria D. Bon Rivera
Villa fontana via le 146
Carolina PR. 00983

United States District Court clerk's
Office 150 ave, carlos chardon Ste,
150, San Juan PR. 00918-1767

00918-170399

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 17 PM 6:51

SAN JUAN PR 009

16 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Miguel A. Nieves Serrano_

Participant's Address: _HC 02 Box 8711 Yabucoa, P.R 00767_

Participant's Email Address: _miguelnievesserrano@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172565_

Nature of Claim: _PROMESA Title III_

By: _Miguel A Nieves Serrano_
    Signature

_Miguel A. Nieves Serrano_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Nieves Serrano
HC02 Box 8711
Yabucoa PR 00767

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-1706.25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santa Orozco Monge_

Participant's Address: _HC 02 Box 8711 Yabucoa PR 00767_

Participant's Email Address: _santamonge@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172569_

Nature of Claim: _PROMESA Title III_

By: _Santa Orozco Monge_
Signature

_Santa Orozco Monge_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miguel A Nieves Serrano
HC 02 Box 8711
Yabucoa PR 00767

00918-170625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris L. Vega Robles_

Participant's Address: _962 E Grandview St Mesa, Az 85203_

Participant's Email Address: _iriskasis2 yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3566-LTS_

Nature of Claim: _9686_

By: _Iris L Vega Robles_
Signature

_Iris L. Vega Robles_
Print Name

_____
Title (if Participant is not an individual)

_Aug 10/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

2021 AUG 17  PM 6: 51

00918-170825

Ms. Iris L. Metzger
962 E Grandview St
Mesa, AZ 85203-4308

14 AUG 2021 PM 9 L

PHOENIX AZ 852

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Aileen Quiñones Domenech_

Participant's Address: _Urb. Caguas Norte C/Atenas AL-12 Caguas, P.R. 00725_

Participant's Email Address: _leenquinones@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Aileen Quiñones Domenech_
    Signature

_Aileen Quiñones Domenech_
Print Name

_____
Title (if Participant is not an individual)

_14 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aileen Quiñones
Urbanización Caguas Norte
Calle Abres A2-12
Caguas, P.R. 00725-2201

SAN JUAN, PR
2021 AUG 17 PM 6:51
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:51

00918-1706625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Rivera Collazo_

Participant's Address: _HC 45 Box 14185 Cayey PR 00736_

Participant's Email Address: _riverajose7245@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 -LTS_

Nature of Claim: _Retirement pension_

By: _[signature]_
Signature

_José A Rivera Collazo_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



José A. Rivera Collazo
HC 45 Box 14185
Cayey, PR 00736

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Gonzalez Gonzalez_

Participant's Address: _RR 1 Box 1268 Añasco P.R 00610_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa III_

By: _Manuel Gonzalez_
Signature

_Manuel Gonzalez Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_16/agosto/2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Gonzalez Gonzalez
RR 1 Box 1268
Añasco, P.R. 00610

00918-1706.25

SAN JUAN PR 009

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT 16 AUG 2021 PM 1 L
SAN JUAN, PR

United States District court,
clerk's office, 150 Ave.
Carlos chardon ste. 150,

San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Santos Arocho Rivera

Participant's Address:    HC 02 Box 22705, San Sebastian PR00685

Participant's Email Address:   Contabilidadclasea@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    # 169984

Nature of Claim:    Debts Claimed Department of Agriculture

By:   _Santos Arocho Rivera_
Signature

Santos Arocho
Print Name

Self Applicants
Title (if Participant is not an individual)

8/13/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SANTOS AROCHO RIVERA
HC 02 BOX 22765
SAN SEBASTIAN, PR 00685

00918-176625

CLERK'S OFFICE 16 AUG 2021 PM 1 L
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009

28 AUG 17 PM 8:51

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Monroig Román_

Participant's Address: _HC8 Box 87871, San Sebastian, PR 00685_

Participant's Email Address: _Contabilidadclarea @ yahoo . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170135_

Nature of Claim: _Debt claimed Department of Agriculture_

By: _Manuel a Monroig Roman_
Signature

_Manuel Monroig_
Print Name

_Self Applicant_
Title (if Participant is not an individual)

_8/14/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MANUEL MONROIG ROMAN
HC 8 BOX 87871
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 4:51

00918-170625

SAN JUAN PR 009
16 AUG 2021 PM 1 L

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Angel Nieves Quiñones

Participant's Address:    RR 1 Box 45199 San Sebastian PR 00685

Participant's Email Address:    N/A

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Angel Nieves Quiñones_
Signature

Angel Nieves Quiñones
Print Name

_____
Title (if Participant is not an individual)

8/3/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Nieves Quiñones
R.R. 1 Box 4519A
San Sebastian PR 00685

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767



forever USA

00918-176725

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _ZAIDA M. Nieves Roman_

Participant's Address: _P.O. Box 1208, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadelasea @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Debts Claimed Department of Education_

By: _Zaida M Nieves Roman_
    Signature

_ZAIDA M. Nieves_
Print Name

_Self_
Title (if Participant is not an individual)

_7/30/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zaida M. Nieves
P.O. Box 1208
SAN SEBASTIAN, PR 00685

00918-170625

SAN JUAN PR 009

CLERK'S 16 AUG 2021 PM 1
U.S. DISTRICT COURT
SAN JUAN, PR

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madeline E. Barreto Roman_

Participant's Address: _PO Box 1178 Quebradillas PR 00678_

Participant's Email Address: _eniledam.111@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82857_

Nature of Claim: _$52,960.92_

By: _M. Barreto Roman_
Signature

_Madeline Barreto Roman_
Print Name

_____
Title (if Participant is not an individual)

_14-08-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madeline Barreto Roman
PO Box 1178
Quebradillas PR 00678

SAN JUAN PR   009

16 AUG 2021 PM 1 L



USPS FIRST-CLASS FOREVER

00918-170625

2021 AUG 17 PM 3:50

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celedonio Crespo Sepulveda_

Participant's Address: _90 Calle Pedro Pabon Maricao 00687_

Participant's Email Address: _Celet.crespo@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845  55176_

Nature of Claim: _Salary_

By: _Celed Crspn_
Signature

_Celedonio Crespo Sepulveda_
Print Name

_Credibi_
Title (if Participant is not an individual)

_9/Ago/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009

16 AUG 2021 PM 1 L

00918-170625

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

2021 AUG 17 PM 3:50

US District Court
c/o Clerks office
150 Ave Carlos chardon ste.150
San Jua P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Celedonio Crespo Sepulveda_

Participant's Address: _90 Calle Pedro Pabon Maricao, 00687_

Participant's Email Address: _Celest.crespo@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _PR 1845  55176_

Nature of Claim: _Salary_

By: _Celel Cysm_
Signature

_Celedonio Crespo Sepulveda_
Print Name

_Credibor_
Title (if Participant is not an individual)

_9/Ago/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG 17 PM 6:30

Court Clerks office
United States District court
c/o Clerks office
150 Ave Carlos Chardon Ste 150
San Juan
P.R. 00918 - 1767

00918-176625

SAN JUAN PR  009
16 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Judith Hernandez Serrano

Participant's Address: Hacienda Florida 104 Calle Gaoba San Lorenzo, PR 00754-9679

Participant's Email Address: _____

Name of Counsel: PROSKAUER ROSE LLP

Address of Counsel: Eleven Times Square New York, NY 10036

Email Address of Counsel: N/a

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Demand to the Financial Oversight and management Board For Puerto Rico VS. Commonwealth of Puerto Rico.

By: _Judith Hernandez Serrano_
Signature

Judith Hernández Serrano
Print Name

_____
Title (if Participant is not an individual)

13 de Agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith Hernandez

Hacienda Florida

104 Calle Caoba
San Lorenzo, P.R. 00754-9679



U.S. POSTAGE PAID
FCM LG ENV
SAN LORENZO, PR
00754
AUG 14, 21
AMOUNT
$1.00
R2304M113445-01

1000       00918

Discovery Notice to the Court's Clerk's office at:

United States District Court, Clerk's Office

150 Ave. Carlos Chardon Ste. 150

San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemi Acevedo Acevedo_

Participant's Address: _PO Box 6726 Mayaguez, P.R. 00681_

Participant's Email Address: _acevedo.noemi23@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#149162, #150454 and #[130391]_

Nature of Claim: _Money owed by department of education under the law._

By: _Noemi Acevedo Acevedo_
Signature

_Noemi Acevedo Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_3/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Noomi Reeves Reeves
P. O Box 6726 Mayaguez
P. R. 00681

CERTIFIED MAIL

7020 1810 0000 4680 4463

00918-170399

United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
MAYAGUEZ, PR
00682
AUG 16, 21
AMOUNT
$6.45
R2305M148046-13





Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Noemi Acevedo Acevedo*

Participant's Address: *PO BOX 6726 Mayagües, P.R. 00681*

Participant's Email Address: *acevedo noemi 23 @ gmail · com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *#149162, [#150454] and # 130391*

Nature of Claim: *Money owed by the department of education under the law.*

By: *Noemi Acevedo Acevedo*
Signature

*Noemi Acevedo Acevedo*
Print Name

_____
Title (if Participant is not an individual)

*8/14/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Noemi Acevedo Alvrado
P.O. Box. 6726 Mayaguez
P.R. 00681

7020 1810 0000 4680 4456

CERTIFIED MAIL

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
AUG 16, 21
AMOUNT
$6.45
R2305M148046-13

00918-1706225

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Noemi Acevedo Acevedo_

Participant's Address: _PO Box 6726 Mayaguez, P.R. 00681_

Participant's Email Address: _acevedo noemi23 @gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#149163, #150454 and #130391_

Nature of Claim: _Money owed by departamento of education under the law._

By: _Noemi Acevedo Acevedo_
Signature

_Noemi Acevedo Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Noemi Acevedo Acevedo
P.O. Box 6726 Mayaguez
P.R. 00681

7020 1810 0000 4680 4470

CERTIFIED MAIL

00918-1706825

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
AUG 16, 21
AMOUNT
$6.45
R2305M148046-13

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iniabellis Muniz Gonzalez_

Participant's Address: _Comunidad Stella Calle 14 Buzon 2518 Rincon P.R. 00677_

Participant's Email Address: _muniz11023@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Iniabellis Muniz Gonzalez_
Signature

_Iniabellis Muniz Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irialalis Muñiz González
Comunidad Stella
Calle 14 Buzón 258
Rincón, P.R. 00677

CERTIFIED MAIL

7020 0640 0001 7539 1991

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-1706.25

U.S. POSTAGE
FCM LETTER
RINCON, PR
00677
AUG 16, 21
AMOUNT

$7.0

R2305K1364

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: *Diana M. Reverón Lebrón*

Participant's Address: *Urb. La Riviera C-23 Arroyo, P.R.00714*

Participant's Email Address: *diana r lebron@gmail.com*

Name of Counsel: *Departamento de Educación de P.R.*

Address of Counsel: *No. 17 BK 3283-LTS*

Email Address of Counsel: *12V/91 DE*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Diana M. Reverón Lebrón*
Signature

*Diana M. Reverón Lebrón*
Print Name

*Maestra E.E.*
Title (if Participant is not an individual)

*08/16/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana M. Reverón Lobóin
Urb. La Riviera C-23
Arroyo, PR 00714

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 16, 21
AMOUNT
$3.60
R2305K131158-28

00918

7021 0350 0001 0814 2507

United States District Courts
Clerk's Office
150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

00918-1706125

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Joel Muniz Gonzalez

Participant's Address: Cominidad Stella Calle 14 Buzon 2518 Rincon P.R. 00677

Participant's Email Address: muniz.joel25@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: Promesa Title III

By: _____
Signature

Joel Muniz Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Joel Muñiz Gonzalez
Comunidad Stella
Calle 14 Buzon 2518
Rincon, PR 00677



7020 0640 0001 7539 1984

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste, 150
San Juan, PR. 00918-1767





U.S. POSTAGE PAID
FCM LETTER
RINCON, PR
00677
AUG 16, 21
AMOUNT

$7.00
R2305K136452-5

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anibal Hernández Tirado_

Participant's Address: _Urb. Rio Cristal_
_Calle Balbino Trinta # 9288, Mayaguez, P.R. 00680_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement System of the Goverment of the_
_Commonwealth of PR._

By: _Anibal Hernández Tirado_
Signature

_Anibal Hernández Tirado_
Print Name

_____
Title (if Participant is not an individual)

_12 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Aníbal hernández Tirado
Urb. Río Cristal
Calle Balbino Trinta #9288
Mayagüez, Puerto Rico 00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 9:48

00918-1706425

United States District Court (Clerk5 Office)
150 Ave. Carlos Chardon, Ste. 150
San Juan, Puerto Rico 00918-1767



U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
$7.00
R2304H108607-07

1000    00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7012 3460 0002 8478 9915

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Cardona Quiles_

Participant's Address: _Carmen Elisa Vilella #272, Mayaguez PR 00680_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _20217_

Nature of Claim: _Retirement System of the goverment_

By: _Ricardo Cardona Quiles_
Signature

_Ricardo Cardona Quiles_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Minerva Nieves Martínez
Sr. Ricardo Cardona Quiles
Calle Carmen Elisa Viella #272
Mayagüez, Puerto Rico 00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17   PM 6:48

00918-170625

United States District Court (Clerk's Office)
150 Ave. Carlos Chardon, Ste. 150
San Juan, Puerto Rico 00918-1767

UNITED STATES
POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
$7.00
R2304H108607-07

7012 3460 0002 8478 9922

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Minerva Nieves Martinez_

Participant's Address: _Carmen Elisa Vilella #272, Mayaguez PR 00680_

Participant's Email Address: _mnminie.mn@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _29713_

Nature of Claim: _Retirement System of the goverment_

By: _Minerva Nieves Martinez_
Signature

_Minerva Nieves Martinez_
Print Name

_____
Title (if Participant is not an individual)

_August, 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Minerva Nieves Martínez
Sr. Ricardo Cardona Quiles
Calle Carmen Elisa Vilella #272
Mayagüez, Puerto Rico 00680

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17  PM 6: 48

00918-170625

United States District Court (Clerk's Office)
150 Ave. Carlos Chardon, Ste. 150
San Juan, Puerto Rico  00918-1767

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
$7.00
R2304H10607-07

1000

00918

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 3460 0002 8478 9922

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel Luis Seda Martínez_

Participant's Address: _Urb) Rio Cristal_
_Calle Roberto Cole #504, Mayagüez, P.R. 00680_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement System of the Government_
_of the Commonwealth of P.R._

By: _Angel L. Seda Martínez_
Signature

_Angel L. Seda Martínez_
Print Name

_____
Title (if Participant is not an individual)

_12- agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Angel Luis Seda Martínez
Urb. Río Cristal
Calle Roberto Cole #504
Mayagüez, Puerto Rico 00680

AUG 17 PM 9:47

U.S. DISTRICT COURT
CLERK'S OFFICE
REC-MAYAGUEZ-PR
SAN JUAN

00918-170625

United States District Court (Clerks Office)
150 Ave. Carlos Chardon, Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN
UNITED STATES
POSTAL SERVICE

1000    00918

U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT

$7.00

R2304H108607-07

7012 3460 0002 8478 9908

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cardona Huertas, Jose_

Participant's Address: _PO Box 27 San Lorenzo PR 00754_

Participant's Email Address: _Cardona.pibi @gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement System_

By: _[signature]_
Signature

_Jose Cardona Huertas_
Print Name

_NO_
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jose M. Cardona
PO Box 27
San Lorenzo PR 00754

7021 0950 0001 5357 6665

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
00739, PR
AUG 16, 21
AMOUNT
$4.15
R2304M113360-15

00918-1706625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruperto Martinez Sotomayor_

Participant's Address: _Urb. Santa Clara #94 Calle Luz Radiante Ponce PR. 00716-2529_

Participant's Email Address: _vms martinez17 @ gmail.com_

Name of Counsel: _No_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32649_

Nature of Claim: _Salary Claim PROMESA Title III_

By: _Ruperto Martinez Sotomayor_
Signature

_Ruperto Martinez Sotomayor_
Print Name

_____
Title (if Participant is not an individual)

_August / 6 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ruperto Martinez Sotomayor
Urb. Santa Clara #94
Calle Luz Radiante
Ponce P.R 00716-2529

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RETURN RECEIPT
REQUESTED

00918-133999

7020 1810 0001 6731 4667

CERTIFIED MAIL

US District Court, Clerks
Office, 150 Ave. Carlos Chardon
San Juan P.R.
Ste. 150,
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
AMG 16, 21
AMOUNT
$7.00
R2305M146599-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Munoz Contreras, Evelyn*

Participant's Address: *HC 30 Box 32204 San Lorenzo PR 00754*

Participant's Email Address: *evelynmunoz8043@gmail.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Retirement System*

By: *[signature]*
Signature

*Evelyn Munoz Contreras*
Print Name

*NO*
Title (if Participant is not an individual)

*August 9, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Muñoz Contreras
Hc 30 Box 32204
San Lorenzo PR 00754

**CERTIFIED MAIL**

7021 0950 0001 5357 9696

00918-170625

U.S. POSTAGE PAID
FCM LG ENV
CIDRA PR
00739
AUG 16, 21
AMOUNT
$4.15
R2304M113360-15
1000
00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: _Carlos A Santaliz Porrata_

Participant's Address: _Urb. Rio Canas calle Bravo 2755 Ponce PR._
_00728_

Participant's Email Address: _Csantaliz_01 e yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173904_

Nature of Claim: _PROMESA TITLE III_

By: _[signature]_
     Signature

_Carlos A Santaliz Porrata_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notic of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carlos A. Santaliz Fernata
Urb. Rio Canas, Calle Bravo 2755
Ponce, P.R. 00728

7020 1810 0001 6731 4674

SAN JUAN PR 009
18 AUG 2021 PM 1 L

CERTIFIED MAIL

TO: US District Court, Clerks
Office 150 Ave. Carlos Chardo Ste. 150
San Juan P.R. 00918-1767

00918-170399

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
AUG 16, 21
AMOUNT
$6.45
R2305M146599-02
1000
00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel if any:

Participant's Name: *Carlos A Santaliz Porrata*

Participant's Address: *Urb. Rio Canas Bravo 2255 Ponce PR*

Participant's Email Address: *csantaliz_01 @ yahoo.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *41285*

Nature of Claim: *PROMESA TITLE III*

By: *[signature]*
Signature

*Carlos A Santaliz Porrata*
Print Name

_____
Title (if Participant is not an individual)

*August, 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notic of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos R. Santini Pennata
Urb. Rio Canas, Calle Bravo 2755
Ponce, P.R. 00728

CERTIFIED MAIL®

7020 1810 0001 6731 4674

SAN JUAN PR 009
17 AUG 2021 PM 1 L

**TO:** US District Court, Clerks
Office 150 Ave. Carlos Chardon Ste.150
San Juan P.R. 00918-1767

00918-170399

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
AUG 16, 21
AMOUNT

$6.45
R2305M146599-02

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel if any:

Participant's Name:   _Edwin Santos Ortiz_

Participant's Address:   _Bo. Coco nuevo Roosevelt # 151 Salinas, P.R. 00751_

Participant's Email Address:   _edwin santos 2011 @ gmail. com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _33108_

Nature of Claim:   _____

By: _____
Signature

_Edwin Santos Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notic of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Santos Ortiz
Bo. Coco nuevo calle
Roosevelt #151 Salinas,
P.R. 00761

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 1810 0001 6731 4650

RETURN RECEIPT REQUESTED

00918-170625

U.S. POSTAGE PAID
FCM LETTER
MCGEDTIA, PR
AUG 16, 21
AMOUNT
$7.00
R2305M146599-02

1000
00918

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lesvia Couvertier Betancourt*

Participant's Address: *4723 Stable Hollow, San Antonio, TX. 78244*

Participant's Email Address: *amled24@yahoo.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *176068*

Nature of Claim: *Law 88-1993, Law 96-2002, Law 164-2003, Law 164-2004, Law 109-2008 Unpaid salary increase and steps no taken.*

By: *Lesvia Couvertier Betancourt*
Signature

*Lesvia Couvertier Betancourt*
Print Name

_____
Title (if Participant is not an individual)

*August 13, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lesvia Covumention Buduy
4723 Stable Hollow,
San Antonio, TX. 78244

U.S. POSTAGE PAID
FCM CONVERSE,TX
78109
AUG 14, 21
AMOUNT
$3.60
R2305K139746-01

00918

1000

7020 0090 0001 7782 4832

CERTIFIED MAIL

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767


USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco E. Conesa Osuna_

Participant's Address: _Villas del Sagrado Corazón, EX-8 Palma Real Street, Ponce, PR 00716-2588_

Participant's Email Address: _f. conesa @ yahoo. com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _18513_

Nature of Claim: _Its my retirement (retained and accumulated thru my working Years) Public Employee Claims_

By: _____
Signature

_Francisco E. Conesa Osuna_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco E. Conesa Burra
Villas del Sagrado Corazón
calle Palma Real, Ex-8
Ponce, P.R. 00716-2588

RETURN RECEIPT
REQUESTED

United States District Court; Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RETURN RECEIPT
REQUESTED

7020 1810 0001 6731 5299

CERTI

16 AUG 2021 PM I L

1000

00918

MERCEDITA, PR
00715
16 21
AMOUNT
$6.45
R2305M146559-02

USA FOREVER

00918-1706625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Anita Doucette Bennett_

Participant's Address: _Urb: El Convento A22 S.German P.Rico 00683_

Participant's Email Address: _douc benoit70@gmail.com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA_

By: _Anita Danette Bennett_
Signature

_Anita Doucette Bennett_
Print Name

_N/A_
Title (if Participant is not an individual)

_14 / 8 / 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



ReadyPost

Document Mailer

00918-170399

From: María Daniela Barett
Calle # 22
El Comento San Herman
P.R.co 00683

To: Courts Clerk's Office
United States District Court
Clerk's Office
150 Ave, Carlos Chardon St.
150, San Juan : Ohio
00 916 - 1767

$4.15