UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|                Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 17, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

1. Maria de Lourdes Alvelo Pantojas
2. Maria M. Falu Villegas
3. Minerva Torres Quirindongo
4. Carlos Lugo Napoleoni
5. Maria I. Morales Vazquez
6. Celedonio Crespo Sepulveda
7. Eneida Rosario Reyes
8. Aurora Rivera Selles
9. Ariel A. Cruz Beltran
10. Angel Cuebas Irizarry
11. Wanda Jimenez Asencio
12. Abigail Rodriguez Vazquez
13. Samuel Velazquez Rosario
14. Alba N. Zamot Misla
15. Carmen Ortiz Torres
16. Milagros Flecha Rossy
17. Eleanor Baez Martinez
18. Lydia Figueroa Ramos
19. Rafael Gomez Cruz
20. Ruth E. Rodriguez Figueroa
21. Wanda Mildred Vazquez Colon
22. Heriberto Arocho Rivera
23. Doris N. Ruiz Muñiz

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 18, 2021

24. Rafael Angel Fontanez Vazquez

25. Carmen N. Romero Ramos

26. Angel E. Vidro Santana

27. Lucia Davila Torres

28. Pedro Juan Bracero Velez

29. Olga Margarita Cotto Pizarro

30. Sonia N. Cruz Yorro

31. Reyes Torres Gonzalez

32. Rosa Rodriguez Giraud

33. Maria de Lourdes Marrero Concepcion

34. Angela Teresa Hernandez Michels

35. Prosol-UTIER, Capitulo ODSEC c/o Maria E. Suarez Santos

36. Prosol-UTIER, Capitulo OFV c/o Maria E. Suarez Santos

37. Prosol-UTIER, Capitulo ICP c/o Maria E. Suarez Santos

38. Prosol-UTIER, Departamento de la Familia c/o Maria E. Suarez Santos

39. Providencia Cruz Martinez

40. Angie M. Feliciano Mendez (3 notices)

41. Blanca I. Cruz Valle

42. Aida T. Fuentes Rivera

43. Laura E. Alejandro Roldan

Dated: August 18, 2021