Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria de lourdeS Alvelo Pantojas

Participant's Address: 5 Res Villa España Apto 51 San Juan PR 00921

Participant's Email Address: lourdita.alvelo@gmail.com

Name of Counsel: ____________

Address of Counsel: ____________

Email Address of Counsel: ____________

2021 AUG 17 AM 10:54
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
RECEIVED & FILED

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 94272

Nature of Claim: The commonweal of Puerto Rico, The Employees of commonweal of Puerto Rico

By: Maria Alvelo Pantojas
Signature

Maria de Lourdes Alvelo Pantojas
Print Name

____________
Title (if Participant is not an individual)

17 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ____________________

Participant's Address: ____________________

Participant's Email Address: ____________________

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 AM 10:55

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____________________

Nature of Claim: the Commonwealth of Puerto Rico, the Employees Retirement system of the Government of the Commonwealth of Puerto Rico

By: [signature]
Signature

Maria M. Lalú Villegas
Print Name

____________________
Title (if Participant is not an individual)

17 de agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Minerva Torres Buirindongo

Participant's Address: 425 Juan. Dávila Urb. Las Delicias Ponce Puerto Rico 0728.

Participant's Email Address: Minerva Torres 425+ gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 53425

Nature of Claim: 17BK 3283-LTS

By: ______________________
Signature

Minerva Torres Buirindongo
Print Name
Minerva Torres Quirindongo
Title (if Participant is not an individual)

11 de agosto 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:15

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dra. Minerva Torres Quirindongo
425 Juan Dávila
Urb. Las Delicias
Ponce Puerto Rico
00728

SAN JUAN PR 009
16 AUG 2021 PM 1 L

Court's Clerk Office
United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
ste. 150, San Juan, P.R. 00918-1767.

2021 AUG 17 PM 6:46
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carlos Lugo Napoleoni

Participant's Address: Urb. Buena Vista Calle 2 B12 Lares P.R 00669

Participant's Email Address: Carlos58lugo@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 3481

Nature of Claim: Estado libre Asociado P.R 17BK 3283

By: Carlos Lugo Napoleoni
Signature

______
Print Name

______
Title (if Participant is not an individual)

15/agosto/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Lugo Napoleoni
Urb. Buena Vista Calle 2 B12
Lares, P.R. 00669

SAN JUAN PR 009
16 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 3:46

United States District Court.
Clerk's office, 150 Ave. Carlos
Chardon ste. 150, San Juan, P.R.

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria I. Morales Vazquez

Participant's Address: Calle BR15-49 Turabo Gardens, Caguas, P.R. 00727

Participant's Email Address: mariairismoralesvazquez@gmail.com

Name of Counsel: Employees Retirement System of P.R.

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Commonwealth of Puerto Rico Case No. 17 BK-3283 LTS

Nature of Claim: Employees Retirement System of goverment of the commonwealth of Puerto Rico (ERS) case no. 17 BK-3566 LTS)

By: [signature]
Signature

Maria I. Morales Vazquez
Print Name

____
Title (if Participant is not an individual)

13 de agosto de 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 AUG 17 PM 6:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria I Morales Vazq 3
calle B R15-49
Turabo Gardens.
Caguas P.R. 00727

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court.
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

2021 AUG 17 PM 6:46
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Celedonio Crespo Sepulveda

Participant's Address: 90 Calle Pedro Pabon Morovis 00687

Participant's Email Address: Cele.t.crespo@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 55176

Nature of Claim: Salary

By: [signature]
Signature

Celedonio Crespo Sepulveda
Print Name

Credito
Title (if Participant is not an individual)

9/Ago/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR 009
16 AUG 2021 PM 1 L

U.S. District Court
C/o Clerks office
150. Ave Cárlos Chardon Ste 150
San Juan P.R. 00918 - 1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eneida Rosario Reyes

Participant's Address: HC-04 Box 5284 Guaynabo, P.R 00971

Participant's Email Address: eneida.rosario@hotmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: ______

By: [signature]
Signature

Eneido Rosario Reyes
Print Name

______
Title (if Participant is not an individual)

August 10, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:46

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eneida Rosario
HC-04 Box 5284
Guaynabo, P.R. 00971

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste, 150
San Juan, P.R. 00918-1767

2021 AUG 17 PM 6:46

U.S. DISTRICT [illegible]

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aurora Rivera Sellés

Participant's Address: Urb. Las Campiñas #1, Calle Hamboyan C-10, Las Piedras PR 00771

Participant's Email Address: Urb. Las Campiñas, 78 Calle Hamboyan, Las Piedras PR 00771 (aurearivera1945@gmail.com)

Name of Counsel:

Address of Counsel: NO

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17 BK 3283-LTS

Nature of Claim: Commonwealth of P.R (Retired)

By: [signature]
Signature

Aurora Rivera Selles
Print Name

Title III Cases
Title (if Participant is not an individual)

8/13/21
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Aurora Rivera
28 Calle Flamboyan
Las Piedras, PR 00771

SAN JUAN PR
16 AUG 2021 PM

HENRY DAVID THOREAU FOREVER USA

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R 00918-1767

2021 AUG 17 PM 6:46

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ariel A Cruz Beltrán

Participant's Address: Urb. Palacios Reales 179 c/Zarzuela 6-2 Toa Alta, P.R. 00953-4916

Participant's Email Address: beltran.ariel@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Money Owed

By: [signature]
Signature

Ariel A Cruz Beltrán
Print Name

______
Title (if Participant is not an individual)

8/16/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:46

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ariel A Cruz Beltrán
Urb. Palacios Reales 179
Toa Alta, P.R. 00953

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court clerk's office
150 Ave, Carlos Chardon ste. 150
San Juan P.R. 00918-1767

2021 AUG 17 PM 6:46
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angel Cuebas Irizarry

Participant's Address: Villa Nevárez 1090 calle 17 San Juan P.R. 00927

Participant's Email Address: angeloneT12@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177144

Nature of Claim: Public Employee claims

By: [signature]
Signature

Angel Cuebas Irizarry
Print Name

______
Title (if Participant is not an individual)

Agosto 15, 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 AUG 17 PM 6:46

__Instructions for Filing Notice of Participation__: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ángel Cuebas Irizarry
Villa Nevárez 1090 Calle 17
San Juan, PR 00927

SAN JUAN PR 009
16 AUG 2021 PM 1 L

To: Notice to the court's clerk's office att:
United States District court's clerk's office
150 ave. Carlos Chardon ste. 150,
San Juan P.R. 00918-1767

2021 AUG 17 PM 6:46
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda Jimenez Asencio

Participant's Address: Villa Nevárez 1090 Calle 17 San Juan PR 00927

Participant's Email Address: W165Jga66@gmail.cm

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177853

Nature of Claim: Public Employee claims

By: Wanda Jiménez Asencio
Signature

Wanda Jimenez Asencio
Print Name

agosto 15, 2021
Title (if Participant is not an individual)

______
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:45

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Wanda Jiménez Asencio
Villa Nevárez 1090 Calle 17
San Juan, PR. 00927

SAN JUAN PR 009
16 AUG 2021 PM 1 L

USA ★ FOREVER

To: United States District Court's clerk's office:
150 ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918 - 1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Abigail Rodriguez Vazquez

Participant's Address: Cupey Gardens calle 7 E-9 San Juan P.R. 00926

Participant's Email Address: abilindarodriguez@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 86553

Nature of Claim: Pension / Retiree claims

By: [signature]
Signature

Abigail Rodriguez Vazquez
Print Name

______________________
Title (if Participant is not an individual)

16/agosto/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abigail Rodriguez
Capey bandanis
Calle 7 E-9
San Juan P.R.
00926

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

Discovery Notice to the Court's Clerk's office
United states District Cort, Clerk's office
150 ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 6:45

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Samuel Velázquez Rosario

Participant's Address: Urb. Colinas de Fairview C/223 4-W 38 Trujillo Alto P.R. 00976

Participant's Email Address: SVR2196@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: KPE 2007-4359 (901)

Nature of Claim: Reclamo de Salarios Adeudados

By: [signature]
Signature

Samuel Velázquez Rosario
Print Name

______
Title (if Participant is not an individual)

13. Agosto. 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:45

<u>**Instructions for Filing Notice of Participation**</u>: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

J. Samuel Velazquez Rosario
Urb. Colinas de Fair View
4W-38 Calle 203
Trujillo Alto PR. 00976

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's office
150 Ave Carlos Chardon Ste
San Juan PR. 00918-1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Alba N. Zamot Misla

Participant's Address: 928 Calle Odisea Urb. Villa Lydia Isabela, P.R. 00662

Participant's Email Address: Chiquigemela1@hotmail.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: Accumulated retirement contributions from the Department of Education

By: Alba N. Zamot Misla
Signature

Alba N. Zamot Misla
Print Name

____________________
Title (if Participant is not an individual)

August 16, 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:15

<u>**Instructions for Filing Notice of Participation**</u>: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba N. Zamot Misla
928 Calle Odisea
Urb. Villa Lydia
Isabela, PR 00662

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:45

SAN JUAN PR 009
16 AUG 2021PM 1 L

stamps
$0.510
US POSTAGE
FIRST-CLASS
062S0010389463
FROM 00662
S81445.076
stamps

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Ortiz Torres

Participant's Address: Box 324 Bo. Palomas Comerio, P.R 00787

Participant's Email Address: DON'T HAVE ONE

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179012

Nature of Claim: Public Employee and Pension Retiree Claim

By: ______________________
Signature

Carmen Ortiz Torres
Print Name

Carmen Ortiz Torres
Title (if Participant is not an individual)

August 2, 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CARMEN ORTIZ TORRES
BOX 324
BO. PALOMAS
COMERIO, P.R. 00787

SAN JUAN PR 009
16 AUG 2021 PM 2 L

UNITED STATES DISTRICT COURT, CLER'S OFFICE,
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, P.R. 00918-1767

2021 AUG 17 PM 6:45

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Milagros Flecha Rossy

Participant's Address: P.O. Box 1871 San Germán P.R. 00683

Participant's Email Address: millieflecha7@yahoo.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 79748

Nature of Claim: Public Employee and Pension | Retiree Claims

By: [signature]
Signature

Milagros Flecha Rossy
Print Name

______
Title (if Participant is not an individual)

August 14, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Milagros Flecha - Rossy
PO Box 1871
San German, PR 00683-1871

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eleanor Báez Martínez

Participant's Address: Street 7 G-13 Vega Baja Lakes. V.B. PR 00693

Participant's Email Address: eleanorbaez3@gmail.com

Name of Counsel: Lic. Alejandro Torres Rivera

Address of Counsel: Condominium Midtown 420 Ave. Ponce de Leon Suite B4, San Juan PR 00918.

Email Address of Counsel: ____________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Title III No. 17 BK 3283-LTS (3481)

Nature of Claim: The Financial Oversight + Management Board PR v. the Commonweath of PR - of PR Case num T.A KLAN2016-01358 sentence PR-TPI - SJ 2015 CV00345 Sentence

By: [signature]
Signature

Eleanor Báez Martínez
Print Name

Legal Secretary.
Title (if Participant is not an individual)

August 14, 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:4

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| Carlos M. Román, Noel Hernández, Andrés Feliciano, Santos Colón, Beatrice Ríos, Jessica Rosa, Hilca Cotto Luis Tapia, Angela González, Maritza Questel, Carmen Roque, y Eleanor Báez.<br>**Demandante**<br>**v.**<br>Hon. LAUDELINO MULERO CLAS Presidente de la Comisión Apelativa del Servicio Público,<br>Apartado 13924<br>San Juan, Puerto Rico 00908-3934<br>**Demandados** | **CIVIL NUM.SJ 2015CV00345**<br>**SOBRE:**<br>**SOLICITUD DE MANDAMUS** |
| Binda Y. Santiago Cortes<br>**Demandante**<br>**v.**<br>Comisión Apelativa del Servicio Público P/C Laudelino F. Mulero Clas Presidente<br>**Demandados** | **CIVIL NUM.SJ 2016CV00032**<br>**SOBRE:**<br>**SOLICITUD DE MANDAMUS** |

A.R.P.a

# SENTENCIA

## I.

La presente acción tiene su génesis en dos solicitudes de *mandamus* que fueran presentadas ante este Tribunal y consolidadas: la Civil Núm. 2015CV0032 por la Sra. Binda Y. Santiago Cortés y la Civil Núm. 2015CV00345 por Carlos M. Román, Noel Hernández, Andrés Feliciano, Santos Colón, Beatrice Ríos, Jessica Rosa, Hilca Cotto, Luis Tapia, Ángela González, Maritza Questell, Carmen Roque, y Eleanor Báez, (en lo sucesivo "los demandantes) en contra de la Comisión Apelativa del Servicio Público P/C Hon. Laudelino Mulero Class, (en lo sucesivo "CASP") Luego de varios trámites procesales, este Tribunal ordenó se enmendara la demanda para incluir al Estado Libre Asociado de Puerto Rico, (en lo sucesivo "el ELA"), y a la Oficina de Gerencia y Presupuesto, (en lo sucesivo "la OGP").

En apretada síntesis, los demandantes reclaman a la CASP el pago del aumento salarial por el transcurso de tres (3) años de servicio ininterrumpido, o

Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
REGIÓN JUDICIAL SAN JUAN-FAJARDO
PANEL ESPECIAL

RECEIVED MAR 09 2017

| | | |
|---|---|---|
| CARLOS M. ROMÁN, NOEL HERNÁNDEZ, ANDRÉS FELICIANO, SANTOS COLÓN, BEATRICE RÍOS, JESSICA ROSA, HILCA COTTO, LUIS TAPIA, ÁNGELA GONZÁLEZ, MARITZA QUESTELL, CARMEN ROQUE Y ELEANOR BÁEZ<br><br>Apelados<br><br>v.<br><br>HON. LAUDELINO MULERO CLASS, Presidente de la Comisión Apelativa del Servicio Público<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO<br><br>Apelante | KLAN201601358 | ***Apelación*** procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Sobre: *Mandamus*<br><br>Casos Núm.: SJ2015CV00345 SJ2016CV00032 |

Panel integrado por su presidente, el Juez Ramírez Nazario, el Juez Rodríguez Casillas y el Juez Candelaria Rosa.

Rodríguez Casillas, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico a 28 de febrero de 2017.

La Oficina de la Procuradora General nos presenta en representación del Estado Libre Asociado de Puerto Rico *(ELA)* un recurso de Apelación en el que solicita que revoquemos una Sentencia emitida el 20 de julio de 2016 por el Tribunal de Primera Instancia, Sala Superior de San Juan *(TPI)*.[1] Allí, expidió un auto extraordinario de *mandamus* a los fines de ordenarle a la Oficina de Gerencia y Presupuesto *(OGP)*, a la Comisión Apelativa del Servicio Público *(CASP)* y a su Presidente, el señor Laudelino

[1] Notificada el 26 de julio de 2016.



Eleanor Baez Martinez
7 street G-13
Vega Baja Lakes
Vega Baja PR 00693

SAN JUAN PR 009
16 AUG 2021PM 1 L

United States Court
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR. 00918-1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

(787) 646-2741

Participant's Name: Lydia Figueroa Ramos

Participant's Address: urb. Country club HV 7 C-232 carolina P.R. 00982

Participant's Email Address: yiya@email.com

Name of Counsel: ____________

Address of Counsel: ____________

Email Address of Counsel: ____________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____________

Nature of Claim: ____________

By: ____________

Signature

____________

Print Name

____________

Title (if Participant is not an individual)

____________

Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia Figueroa Ramos
Urb Country Club
Calle 232 J
HV 7
Carolina P.R.
00982

SAN JUAN PR 009
16 AUG 2021 PM 1 L

GO FOR BROKE
JAPANESE AMERICAN SOLDIERS OF WWII
FOREVER USA

Court's office
United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste.
150 San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:15

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Gómez Cruz

Participant's Address: 16 calle Betances Caguas, P.R. 00725

Participant's Email Address: rgomez0216@gmail.com

Name of Counsel: I don't have one.

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 87813

Nature of Claim: Pension / Retiree

By: [signature]
Signature

Rafael Gómez Cruz
Print Name

______
Title (if Participant is not an individual)

August 15, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Gómez Cruz
16 calle Betances
Caguas, P.R. 00725

SAN JUAN PR 009
16 AUG 2021 PM 1 L

2021 AUG 17 PM 6:45
U.S. DISTRICT COURT
CLERK'S OFFICE

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ruth E. Rodriguez Figueroa

Participant's Address: P.O. Box 444 Arroyo, P.R. 00714

Participant's Email Address: rerodz16@gmail.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 103876

Nature of Claim: Public Employee Claims

By: [signature]
Signature

Ruth E. Rodriguez Figueroa
Print Name

______________________
Title (if Participant is not an individual)

August 6, 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ruth E Rodriguez
PO Box 444
Arroyo, PR 00714

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R.
00918-1767

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Wanda Mildred Vázquez Colón

Participant's Address: Sf 254 HH-21 Country Club, Carolina PR. 00982-2605

Participant's Email Address: wandavazquez73@yahoo.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 139222

Nature of Claim: Pension/Retiree Claim

By: Wanda M. Vázquez Colón
Signature

Wanda Mildred Vázquez Colón
Print Name

____________________
Title (if Participant is not an individual)

08-15-2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda U. Vázquez Colón
st 254 HM 21
Urb. Country Club, Carolina
P.R. 00982-2665

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:45

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Heriberto Arocho Rivera

Participant's Address: Hc 2 Box 22781, San Sebastian, PR 00685

Participant's Email Address: Canojael2006@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169996

Nature of Claim: Debt claimed Department of Agriculture

By: [signature]
Signature

Heriberto Arocho
Print Name

Self Applicant
Title (if Participant is not an individual)

8/13/21
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:45

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HERIBERTO AROCHO RIVERA
HC 02 BOX 22781
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER
USA

2021 AUG 17 PM 6:45
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Doris N. Ruiz Muñiz

Participant's Address: 1051 Calle 3 SE Cond Medical Plaza Apt 613 San Juan PR 00921-3011

Participant's Email Address: doruiz11@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 106241

Nature of Claim: Department of Education Public Employee

By: [signature]
Signature

Doris N. Ruiz Muñiz
Print Name

Title (if Participant is not an individual)

13-agosto-2021 — Aug-13/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Doris N. Ruiz Muñiz
1051 Calle 3 SE
Cond. Medical Plaza
Apt 613 San Juan P.R
00921-3011

SAN JUAN PR 009
16 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Chardon, P.R 00918-1767

2021 AUG 17 PM 6:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-999955



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rafael Angel Fontanez Vazquez

Participant's Address: Hc-11 Box 12430, Humacao PR. 00791

Participant's Email Address: fontnezk455@gmail.com.

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK. 3283-LTS

Nature of Claim: ______

By: [signature]
Signature

Rafael Fontnez Vazquez
Print Name

______
Title (if Participant is not an individual)

10 agosto 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

[illegible]
HC-11 Box 12430
Humacao P.R. 00791

SAN JUAN PR 009
16 AUG 2021 PM 2 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 6:44

Discovery Notice to the Court's Clerk's
Office of:
United States District Court, Clerk's office
150 Ave. Carlos Chardon, Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen N. Romero Ramos

Participant's Address: Urb. Metropolis Ave. C 2E-1 Carolina P.R. 00987

Participant's Email Address: Carmenemrac9 @gmail.Com

Name of Counsel: Lcda. Ivone Gonzalez Morales

Address of Counsel: Edif. Gallardo, San Juan, Puerto Rico 00921

Email Address of Counsel: ——

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283 -LTS

Nature of Claim: Discovery for Confirmation of Commonwealth plan plan of adjustment

By: Carmen N. Romero Ramos
Signature

Carmen N. Romero Ramos
Print Name

_______________________
Title (if Participant is not an individual)

12 Agosto 2021
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 AUG 17 PM 6:44

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen T. Borres Rosa
Urb. Metropolis Ave C 2 E-1
Carolina P.R. 00984

FOREVER / USA

United State District Court
Clerk's office
150 Ave. Carlos Chardon Ste
150, San Juan P.R. 00918-1767

2021 AUG 17 PM 6:44
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1703 C018

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANGEL E VIDRO SANTANA

Participant's Address: Bo Barrio Papayo Carr 362 INT 369 Sabana Grande P.R. 00637

Participant's Email Address: angelvidro66@gmail.com.

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: 37070

By: Angel E Vidro Santana
Signature

ANGEL E VIDRO SANTANA
Print Name

______________________
Title (if Participant is not an individual)

8-17-2021.
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

A. Vidro Santana
HC-09- Box 4476
Sabana Grande P.R. 00637

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

United States Distric Court, Clerk
Office, 150 Ave. Carlos Chardon. STE.
150, San Juan P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lucía Dávila Torres

Participant's Address: HC-01 Box 6002 Las Piedras, PR 00771

Participant's Email Address: lula7682@yahoo.com

Name of Counsel: N/A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: [signature]
Signature

Lucia Dávila Torres
Print Name

N/A
Title (if Participant is not an individual)

8/14/21
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lucia Davila Torres
HC-01 Box 6002
Las Piedras, PR 00771

SAN JUAN PR 009
16 AUG 2021 PM 2 L

FOREVER / USA

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

2021 AUG 17 PM 6:44
U.S. DISTRICT COURT
SAN JUAN

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: PEDRO JUAN BRACERO VELEZ

Participant's Address: JARDINES DEL CARIBE 2453 ST 54 PONCE PR 00728

Participant's Email Address: pjbracero@hotmail.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177815

Nature of Claim: LAW #89 / LAW #96 & LAW #164

By: Pedro J Bracero Velez
Signature

PEDRO J BRACERO VELEZ
Print Name

____________________
Title (if Participant is not an individual)

Aug 6 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:44

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PEDRO J BRACERO
P.O. BOX 8943
PONCE PR 00732

SAN JUAN PR 009
16 AUG 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S Office ~~150~~ STE. 150
105 AVE CARLOS CHARDON STE. 150
SAN JUAN PR 00918-1767

2021 AUG 17 PM 6:14
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-171105



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Olga Margarita Cotto Pizarro

Participant's Address: Villa Humacao D-3 16 St Humacao PR 00791-4639

Participant's Email Address: ____________________

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____________________

Nature of Claim: 108414

By: Olga M Cotto
Signature

Olga Margarita Cotto Pizarro
Print Name

____________________
Title (if Participant is not an individual)

15/Agosto/2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:44

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
16 AUG 2021 PM 1 L
U.S District Court
Clerk's Office 150
Ave Carlos Chardón Ste 150
San Juan PR 00918-1767
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17
00918-170399
Special Olympics
WORLD GAMES
LOS ANGELES 2015
FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia N. Cruz Yorro

Participant's Address: Calle 7-A R-7 Van Scoy Bayamón, P.R 00957

Participant's Email Address: soniacruzyorro3@gmail.com

Name of Counsel: ____________________

Address of Counsel: ____________________

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ____________________

Nature of Claim: ____________________

By: [signature]
Signature

Sonia N. Cruz Yorro.
Print Name

____________________
Title (if Participant is not an individual)

Agosto 12, 2021.
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:43

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 17 PM 6:44

PR 1845 SRF 55176 PACKID: 458272 MMLID: 937607-P SVC: ADSHN-Q
SONIA N CRUZ YORRO
R7 CALLE 7A
BAYAMON PR 00957

0095785860 C028

**PRIORITY**
**MAIL**
**PRESS FIRMLY TO SEAL**

**PRIORITY**

**PRIORITY**
**MAIL**

US AT USPS.COM®
106A, Nov 2018

**United States**
**Postal Service®**

VISIT US AT USPS
Label 106A, Nov 20

US AT USPS
106A, Nov 20

This product is for use with Priority Mail. Misuse may be a violation of federal law. This label is not for resale.



CERTIFIED MAIL

7021 0350 0000 7257 6377

U.S. POSTAGE PAID
PM 1-Day
BAYAMON, PR
00957
AUG 13, 21
AMOUNT
**$14.40**
R2305P149970-07

1005          00918

UNITED STATES
POSTAL SERVICE®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FROM:** Reyes Torres Gonzalez
Sonia N. Cruz Yorro
Calle 7A-R7 Van Scoy
Bayamón P.R. 00957.

**TO:**

United States
District Court Clerk's
Office 150, AVE
Carlos Chardón Ste 150
San Juan P.R. ▓▓▓
00918 - 1767

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Reyes Torres González

Participant's Address: Calle 7-A R-7 Van Scoy Bayamón, PR 00957

Participant's Email Address: Soniacruzyorro3@gmail.com

Name of Counsel: ______

Address of Counsel: ______

Email Address of Counsel: ______

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ______

Nature of Claim: ______

By: [signature]
Signature

Reyes Torres Gonzalez
Print Name

Agosto 12-2021
Title (if Participant is not an individual)

______
Date

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 AUG 17 PM 6:44

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 55176 PACKID: 419543 MMLID: 1368129-P SVC: ADSHN-Q
REYES TORRES GONZALEZ
URB VAN SCOY
R7 CALLE 7A
BAYAMON PR 00957

0095735860 C028

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 0350 0000 7257 6377

U.S. POSTAGE PAID
PM 1-Day
BAYAMON, PR
00957
AUG 13, 21
AMOUNT
$14.40
R2305P149970-07
1005
00918

FROM: Reyes Torres Gonzalez
Sonia N. Cruz Yorro
Calle 7A-R7 Van Scoy
Bayamón PR. 00957.

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:46

TO:

United States
District Court Clerk's
Office 150, AVE
Carlos Chardón Ste 150
San Juan P.R.
00918 - 1767

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa Rodriguez-Giraud

Participant's Address: 2461 SE Wishbone Rd., Port Saint Lucie, FL 34952-5342

Participant's Email Address: rosa.rgiraud@gmail.com

Name of Counsel: __________

Address of Counsel: __________

Email Address of Counsel: __________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177818

Nature of Claim: #49762 Law#89-Romerazo. Efective July 1, 1995

By: [signature]
Signature

Rosa Rodriguez-Giraud
Print Name

__________
Title (if Participant is not an individual)

August 5, 2021
Date

REC'D & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:43

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pro se Notices of Participation Page 66 of 107

FROM:

Rosa Rodriguez-Giraud
2461 SE Wishbone Rd.
Port St. Lucie, FL 34952-5342

UNITED STATES POSTAL SERVICE
1023
00918
U.S. POSTAGE PAID
FC PKG RTL
PORT SAINT LUCIE, FL
34952
AUG 05, 21
AMOUNT
$7.85
R2304H108953-20

7020 3160 0001 7435 1811
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7020 3160 0001 7435 1811

TO:

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
AUG 17 2021
US DISTRICT COURT
SAN JUAN, PR

Bubble Mailer
8 1/2" x 12"

ReadyPost®

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: María de Lourdes Marrero Concepción

Participant's Address: Calle 4 SW #1594 Caparra Terrace SJ PR 00921

Participant's Email Address: mmarrero0820@gmail.com

Name of Counsel: María E. Suárez Santos

Address of Counsel: 421 Ave Muñoz Rivera Cond. Midtown Ofic. B-1 SJ PR 00918

Email Address of Counsel: mess@torresysuarez.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 2006-06-01

Nature of Claim: Unjustified Dismissal

By: [signature]
Signature

María E. Suárez Santos
Print Name

Attorney
Title (if Participant is not an individual)

August 14, 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.
2021 AUG 17 PM 6:43

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Certified Mail #: 7016 0700 0001 1956 8307

Lic. Mario E. Suárez Santos
421 Ave. Muñoz Rivera
Cond. Midtown Ofic. B-1
San Juan, PR 00918

CERTIFIED MAIL®

7019 0700 0001 1958 8307

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 14, 21
AMOUNT
1000
00918
$7.45
R2305H130913-37

USDC, Clerk's Office
150 Ave. Carlos Chardón, Ste. 150
San Juan, PR 00918-1767

2021 AUG 17 PM 6:43
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angela Teresa Hernández Michels

Participant's Address: P.O. Box 194199 San Juan, PR 00919-4199

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Department of Public Health of P.R.

Nature of Claim: Public Employee Claims

By: [signature]
Signature

Angela Teresa Hernández Michels
Print Name

________________
Title (if Participant is not an individual)

August 9, 2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angela Teresa Hernandez Michels
P.O. Box 194199
San Juan, Puerto Rico 00919-4199

CERTIFIED MAIL

7019 1120 0001 2940 0030

765

U.S. POSTAGE PITNEY BOWES
ZIP 00927 $ 007.65
02 4W
0000362890 AUG 13 2021

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 17 PM 6:13

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Prosol-UTIER, Capitulo ODSEC

Participant's Address: PO Box 9063, San Juan, PR 00908

Participant's Email Address: prosolutier @ utier.org

Name of Counsel: Lic. Maria E. Suárez-Santos

Address of Counsel: 421 Ave. Muñoz Rivera, Cond. Midtown Ofic. B-1 SJ PR 00918

Email Address of Counsel: mess @ torresysuarez.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: KAL 2017-0382

Nature of Claim: Challenge of arbitration award

By: [signature]
Signature

Maria E Suárez Santos
Print Name

Attorney
Title (if Participant is not an individual)

August 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Certified Mail #: 7014 0700 0001 1456 8321

2021 AUG 17 PM 6:42



Lic. María E. Suárez Santos
421 Ave. Muñoz Rivera
Cond. Midtown, Ofic. B-1
San Juan, PR 00918

CERTIFIED MAIL
7019 0700 0001 1958 8321

UNITED STATES POSTAL SERVICE
1000

00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 14, 21
AMOUNT
$7.85
R2305H130913-37

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 PM 2:43

USDC, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Prosol-UTIER, Capitulo OPV

Participant's Address: PO Box 9063, San Juan, PR 00908

Participant's Email Address: prosolutier@utier.org

Name of Counsel: Lic. Maria E. Suárez Santos

Address of Counsel: 421 Ave. Muñoz Rivera Cond. Midtown Ofic. B-1 SJ PR 00918

Email Address of Counsel: mess@torresysuarez.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: AQ-17-0220

Nature of Claim: Appointment challenge

By: [signature]
Signature

Maria E. Suárez Santos
Print Name

Attorney
Title (if Participant is not an individual)

August 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Certified Mail #: 7019 0700 0001 1458 8321

RECEIVED & FILED CLERK'S OFFICE ... SAN JUAN, PR ... 7 PM 6:44



Lic. María E. Suárez Santos
421 Ave. Muñoz Rivera
Cond. Midtown, Ofic. B-1
San Juan, PR 00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 PM 1:13

USDC, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Prosol-UTIER, Capitulo ICP

Participant's Address: PO Box 9063, San Juan, PR 00908

Participant's Email Address: prosolutier@utier.org

Name of Counsel: Lic. Maria E. Suárez Santos

Address of Counsel: 421 Ave. Muñoz Rivera Cond. Midtown Ofic B-1 SJ PR 00918

Email Address of Counsel: mess@torresysuarez.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: AR-11-0186

Nature of Claim: Salary Differential

By: [signature]
Signature

Maria E. Suárez Santos
Print Name

Attorney
Title (if Participant is not an individual)

August 14, 2021
Date

CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 2:42

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Certified Mail #: 7019 0700 0001 1458 0321



Lic. María E. Suárez Santos
421 Ave. Muñoz Rivera
Cond. Midtown, Ofic. B-1
San Juan, PR 00918

CERTIFIED MAIL
7019 0700 0001 1958 8321

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 14, 21
AMOUNT
$7.85
R2305H130913-37

USDC, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Prosol-UTIER, Departamento de la Familia

Participant's Address: PO Box 9063, San Juan, PR 00908

Participant's Email Address: prosolutier@utier.org

Name of Counsel: Mario E. Suárez Santos

Address of Counsel: 421 Ave. Muñoz Rivera, Cond. Midtown Ofic. B1 SJ PR 00918

Email Address of Counsel: mess@torresysuarez.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 2017-03-1034

Nature of Claim: Remuneration and Trienium

By: [signature]
Signature

Mario E. Suárez Santos
Print Name

Attorney
Title (if Participant is not an individual)

August 14, 2021
Date

U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 5:42

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Certified Mail #: 7014 0700 0001 1458 8321

CERTIFIED MAIL®

7019 0700 0001 1958 8321

Lic. Maria E. Suárez Santos
421 Ave. Muñoz Rivera
Cond. Midtown, Ofic. B-1
San Juan, PR 00918

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
AUG 14, 21
AMOUNT
$7.85
R2305H130913-37
1000
00918

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 17 PM 6:43

USDC, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, PR 00918-1767

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:42

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Providencia Cruz Martínez

Participant's Address: HC03-9500 Lares P.R. 00669

Participant's Email Address: provicruz76.pc@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 137078

Nature of Claim: Pension / Retiree

By: Providencia Cruz Martinez
Signature

Providencia Cruz Martínez
Print Name

______________________
Title (if Participant is not an individual)

13/August/2021
Date

U.S. DISTRICT COURT SAN JUAN, PR. 2021 AUG 17 PM 6:42

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Providencia Cruz Martínez
HC03- 9500 Lares P.R.
00669

U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
AUG 13, 21
AMOUNT
$7.45
R2305K134974-02
00918
1000

Court's Clerk's
United States District Court, Clek's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

2021 AUG 17 PM 5:42
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angie M. Feliciano Méndez

Participant's Address: 815 c/Los Ingenieros, Mayagüez, PR 00682

Participant's Email Address: amfmendez018@gmail.com

Name of Counsel: Departamento de Educación de PR

Address of Counsel: San Juan P.R - Ave Tnte César Gonzalez \Calle Juan Calaf, San Juan PR 00918

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158949 - This is a case of the

Nature of Claim: Magisterial class of Depto of Education of PR about the Non-payment of salary increases that the governors on duty signed and that were not paid to us. I worked from School Year 1989-90 until december 31, 2019.

By: Angie M. Feliciano Méndez
Signature

Angie M. Feliciano Méndez
Print Name

Title (if Participant is not an individual)

Agosto 14/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN 2021 AUG 17

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251121 MMLID: 163287-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M
ALGARROBO
LOS INGENIEROS 815
MAYAGUEZ PR 00680-7710

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251122 MMLID: 2049978-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 C/ Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251123 MMLID: 1941981-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
815 c/LOS INGENIEROS
BO. ALGARROBO
MAYAQUEZ PR 00682

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251124 MMLID: 1901133-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 Calle Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

0068287710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251125 MMLID: 791266-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
CALLE LOS INGENIEROS
815
MAYAGUEZ PR 00682

0068287710 C028

Angie M. Feliciano Méndez
815 C/Los Ingenieros
Bo. Algarrobo
Mayagüez P.R. 00682

CERTIFIED MAIL

7021 0350 0000 0600 7892

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
$8.05
R2305K140633-32

To: Discovery Notice to the Court's Clerk's office:
* United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angie M. Feliciano Méndez

Participant's Address: 815 C/Los Ingenieros, Mayagüez PR 00682

Participant's Email Address: amfmendez018@gmail.com

Name of Counsel: Department of Education of PR

Address of Counsel: San Juan PR - Ave. Tnte César González - Calle Juan Calaf, S.J. P.R.

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158927 - This is a case of The Magisterial

Nature of Claim: class of the Depto of Education of PR about the Non-Payment of Salary increases that the governors on duty signed and that we were not paid to us. I worked from School Years 1989-90 to Dec. 31/2019

By: Angie M. Feliciano Méndez
Signature

Angie M. Feliciano Méndez
Print Name

Title (if Participant is not an individual)

Agosto 14/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2021 AUG 17 PM 6:42

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251121 MMLID: 163287-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M
ALGARROBO
LOS INGENIEROS 815
MAYAGUEZ PR 00680-7710

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251122 MMLID: 2049978-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 C/ Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

0068287710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251123 MMLID: 1941981-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
815 c/LOS INGENIEROS
BO. ALGARROBO
MAYAQUEZ PR 00682

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251124 MMLID: 1901133-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 Calle Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

00682$7710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251125 MMLID: 791266-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
CALLE LOS INGENIEROS
815
MAYAGUEZ PR 00682

00682$7710 C028

Angie M. Feliciano Méndez
815 C/Los Ingenieros
Bo. Algarrobo
Mayagüez P.R. 00682

CERTIFIED MAIL

7021 0350 0000 0600 7892

UNITED STATES POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
**$8.05**
R2305K140633-32

To: Discovery Notice to the
Courts Clerks office:
* United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 3:12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Angie M. Feliciano Méndez

Participant's Address: 815 c/ Los Ingenieros, Mayaguez PR 00682

Participant's Email Address: amfmendez018@gmail.com

Name of Counsel: Departamento de Educación de P.R.

Address of Counsel: (San Juan P.R) - Ave Tnte César González - Calle Juan Calaf S.J. PR)

Email Address of Counsel: ____________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 154474 - This is a case of the Magisterial

Nature of Claim: class of Dept of Education of PR - About the Non-payment of Salary increases that the governors on duty signed and we were not paid to us. I worked from school year 1989-90 to dec 31/2019.

By: Angie M. Feliciano Méndez
Signature

Angie M. Feliciano Méndez
Print Name

____________________
Title (if Participant is not an individual)

Agosto 14/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

2021 AUG 17 PM 6:14

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251121 MMLID: 163287-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M
ALGARROBO
LOS INGENIEROS 815
MAYAGUEZ PR 00680-7710

0068237710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251122 MMLID: 2049978-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 C/ Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

00682$7710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251123 MMLID: 1941981-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
815 c/LOS INGENIEROS
BO. ALGARROBO
MAYAQUEZ PR 00682

00682$7710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251124 MMLID: 1901133-P SVC: MML-PC
Feliciano Mendez, Angie M.
815 Calle Los Ingenieros
Bo. Algarrobo
Mayaguez PR 00682

00682$7710 C028

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 251125 MMLID: 791266-P SVC: MML-PC
FELICIANO MENDEZ, ANGIE M.
CALLE LOS INGENIEROS
815
MAYAGUEZ PR 00682

00682$7710 C028

Angie M. Feliciano Méndez
815 C/Los Ingenieros
Bo. Algarrobo
Mayagüez P.R. 00682

CERTIFIED MAIL®

7021 0350 0000 0600 7892

UNITED STATES POSTAL SERVICE®
1000
00918
U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
AUG 14, 21
AMOUNT
$8.05
R2305K140633-32

To: Discovery Notice to the
Courts Clerk's office :

* United States District Court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca I. Cruz Valle

Participant's Address: Calle Fray A. Vazquez # 769 urb. Country Club San Juan P.R. 00924

Participant's Email Address: ivy271@yahoo.com

Name of Counsel: ______________________

Address of Counsel: ______________________

Email Address of Counsel: ______________________

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 39010

Nature of Claim: Retirement system pension Claim

By: Blanca I. C. Valle
Signature

Blanca I. Cruz Valle
Print Name

______________________
Title (if Participant is not an individual)

8/13/2021
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 6:36

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

7020 3160 0001 4858 8205
UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00924
AUG 14, 21
AMOUNT
$7.00
DISCOVERY NOTICE TO THE COURT'S
CLERK'S OFFICE AT:
UNITED STATES DISTRICT COURT,
CLERK'S OFFICE 150 AVE. CARLOS
CHARDON STE. 150
SAN JUAN P.R. 00918-1767
AUG 17 PM 6:36
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aida T. Fuentes Rivera

Participant's Address: Urb. Rio Hondo 1, E-17 Rio Caonillas, Bayamón, P.R. 00961

Participant's Email Address: Aida.Fuentes.Rivera@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: #13883

Nature of Claim: Pension / Retiree

By: [signature]
Signature

Aida Fuentes
Print Name

Title (if Participant is not an individual)

August 15, 2021 @ 7:57pm
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2021 AUG 17 PM 6:36

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Aida T. Fuentes Rivera
Bayamón P.R. 00961
CERTIFIED MAIL
7021 1970 0000 5350 7197
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 17 PM 3:36
UNITED STATES POSTAL SERVICE
1000
00918
U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
AUG 16, 21
AMOUNT
$6.45
R2305H129279-16

Case # 17BK 3283-LTS

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Laura E. Alejandro Roldán

Participant's Address: P.O. Box 478 Gurabo, P.R. 00778

Participant's Email Address: Laura27031950@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 39387

Nature of Claim: steps and salaries granted by the goverment of Puerto Rico that were not included in the salary for several years.

By: [signature]
Signature

Laura E. Alejandro Roldán
Print Name

N/A
Title (if Participant is not an individual)

15 agosto 2021
Date

RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
2021 AUG 17 PM 6:36

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura E. Alejandro Roldán
P.O. Box 478
Gurabo, P.R. 00778

SAN JUAN PR 009
16 AUG 2021 PM 2 L

2021 AUG 17 PM 6:36
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerk's Office
Carlos Chardon Ste. 150 150 Ave.
San Juan, P.R. 00918-1767

00918-170625