Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nora Cruz Molina_

Participant's Address: _P.O. Box 2795 Arecibo P.R 00613-2795_

Participant's Email Address: _nora.cruz.molina@gmail.com_

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo P.R 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 177839 MMLID: 117156-P SVC: MML-PC
CRUZ MOLINA, NORA
PO BOX 2795
ARECIBO PR  00613

006l3$2795 B0i4

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Francisco Jimenez (Alvarez)_

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 (Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora-cruz-molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _signature_
   Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 68618 MMLID: 178135-NP SVC: MML-PC
JIMENEZ ALVAREZ, FRANCISCO J
NORA CRUZ MOLINA
DESPACHO LEGAL LCDA. NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO PR 00613-2795

00613$2795 B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Otman R. martinex martinex

Participant's Address: P.o. Box 1275 Trujillo Alto P.R. 00013-2795

Participant's Email Address: _____

Name of Counsel: Nora Cruz molina

Address of Counsel: P.o. Box 2795 Arecibo, P.R. 00013-2795

Email Address of Counsel: nora. cruz. molina @ gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 24833

Nature of Claim: _____

By: _____
Signature

Nora Cruz molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Otman R. Martinez Martinez

Participant's Address: P.O. Box 1275, Trujillo Alto P.R. 00977

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo, P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 191123 MMLID: 1500725-NP SVC: MML-PC
MARTINEZ MARTINEZ, OTTMAN R.
NORA CRUZ MOLINA
ATTORNEY
DESPACHO LEGAL LCDA.
P.O. BOX 2795
ARECIBO PR 00613-2795

00613-2795   B014

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

PR 1845 SRF 55176 PACKID: 191127 MMLID: 1420481-P SVC: MML-PC
MARTÍNEZ MARTÍNEZ, OTTMAN R.
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR 00613-2795

00613‑2795  B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Otman Martinez Martinez

Participant's Address:

Participant's Email Address: Po Box 1275, Trujillo Alto, PR 00977

Name of Counsel: Nora Cruz Molina

Address of Counsel: Po Box 2795 Arecibo P.R 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 191125 MMLID: 310253-P SVC: MML-PC
MARTINEZ MARTINEZ, OTTMAN R.
LCDA. NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR 00613-2795

0061382795  B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivelisse Román Guzman_

Participant's Address: _HC 6 Box 61608  Camuy, P.R. 00627_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _PO Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153720_

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ive Hesse Roman Roman_

Participant's Address: _HC Le Box 41008, Camuy P.R. 00627_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo PR 00613-2795_

Email Address of Counsel: _noracruz-molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Yadira Ramos Cruz

Participant's Address: HC 02 Buzon 5727 Lares, PR. 00669

Participant's Email Address:

Name of Counsel: Nora Cruz molina

Address of Counsel: P.O. Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 94107

Nature of Claim: Discrimen por razon de sexo, Represalias

By: _____
    Signature

Nora Cruz
Print Name

Counsel
Title (if Participant is not an individual)

2-Agosto-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yadira Ramos Cruz_

Participant's Address: _HC02 Buzon 5727 Lares PR. 00669_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Discrimen por Razón de Sexo, Represalias_

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 325825 MMLID: 594808-P SVC: MML-PC
YADIRA RAMOS CRUZ
LCDA. NORA CRUZ MOLINA
545 AVE JOSI DE CEDEQO
ARECIBO PR  00612

0061283924 C009

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yadira Ramos Cruz

Participant's Address: urb. Palmas del sol calle 7 casa I-5 arespie coula

Participant's Email Address: _____

Name of Counsel: Nora Cruz molina

Address of Counsel: Po Box 2795 Arecibo PR. 00613 -2795

Email Address of Counsel: nora-cruz-molina @gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Discrimen por razon de sexo, Represalias

By: _~~~~~_____
Signature

Nora Cruz molina
Print Name

Counsel
Title (if Participant is not an individual)

2-Agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 88490 MMLID: 594807-NP SVC: MML-PC
Ramos Cruz, Yadira
Attn: Lcda. Nora Cruz Molina
P.O. Box 2795
Arecibo PR  00613-2795

00613$2795  B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Neyda Rivera Fernando_

Participant's Address: _HC3 Box 3754 Florida, P.R. 00650_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora-cruz-molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2 Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 117033 MMLID: 1421381-P SVC: MML-PC
RIVERA FELICIANO, NEYDA
NORA CRUZ MOLINA
545 AVE JOSI DE CEDEQO
ARECIBO PR  00612

0061283924  C009

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Neyda Rivera Feliciano

Participant's Address: HC03 Box 3756 Florida, P.R. 00650

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.o Box 2795 Arecibo, PR 00613-2795

Email Address of Counsel: noracruk-molina@gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

2-agosto-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/ GENERAL COUNSEL.**

PR 1845 SRF 55176 PACKID: 264896 MMLID: 361121-P SVC: MML-PC
NEYDA RIVERA FELICIANO
LCDA. NORA CRUZ MOLINA
545 AVE JOSÉ DE CEDEÑO
ARECIBO PR 00612

00612C3924  C009

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Neyda Rivera Feliciano

Participant's Address:   HC03  Box 3756  Florida , P.R. 00650

Participant's Email Address: _____

Name of Counsel:   Nora Cruz Molina

Address of Counsel:   P.O. Box 2795, Arecibo, P.R. 00613-2795

Email Address of Counsel:   nora.cruz.molina

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By:   _____
     Signature

     Nora
     Print Name

     Counsel
     Title (if Participant is not an individual)

     5-Agosto-2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 117034 MMLID: 1508371-P SVC: MML-PC
RIVERA FELICIANO, NEYDA
PO BOX 2795
ARECIBO PR  00613-2795

006138279S B014

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:          José Julián Orama Ramos

Participant's Address:       P.o Box 2282 Arecibo  p.R·00613

Participant's Email Address: josejulian1143@gmail.com

Name of Counsel:             Nora Cruz Molina

Address of Counsel:          P.o Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel:    nora-cruz-molina@gmail.com

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                242166

Nature of Claim:

By:    _____
       Signature

       Nora Cruz Molina
       Print Name

       Counsel
       Title (if Participant is not an individual)

       2 | Agosto | 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   José J. Orana Ramos

Participant's Address:   P.o. Box 2282 Arecibo P.R. 00613

Participant's Email Address:   josejuan11163 @Gmail.com

Name of Counsel:   Nora Cruz Molina

Address of Counsel:   P.O. Box 2795 Arecibo, P.R. 00613-2795

Email Address of Counsel:   nora.cruz.molina@gmail.com

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _____

By:   _____
     Signature

     Nora Cruz Molina
     Print Name

     Counsel
     Title (if Participant is not an individual)

     30/7/2021
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 14677 MMLID: 845703-NP SVC: MML-PC
ORAMA RAMOS, JOSE J
NORA CRUZ MOLINA
ATTORNEY
DESPACHO LEGAL LCDA. NORA CRUZ MOLINA
P.O. BOX 2795
ARECIBO PR  00613-2795

00613☒2795  B014

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _José J. Drama Ramos_

Participant's Address:   _P.o Box 2282, Arecibo D.R. 00613_

Participant's Email Address:   _____

Name of Counsel:   _Nora Cruz Molina_

Address of Counsel:   _P.o Box 2745 Arecibo, PR. 00613-2745_

Email Address of Counsel:   _nora.cruz.molina@gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _24302_

Nature of Claim:   _____

By:   _____
     Signature

     _Nora Cruz Molina_
     Print Name

     _Counsel_
     Title (if Participant is not an individual)

     _5|Agosto|2021_
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José M. Rivera Nieves_

Participant's Address: _Urbanin Marin Ola, Edificio 1 Apto 584_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, PR. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159168_

Nature of Claim: _____

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Jose M. Rivera Nieves_

Participant's Address: _Ramon Marin Sola, Edificio 1 Apto 554_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz molina_

Address of Counsel: _P.o. Box 2795 Arecibo, P.R 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159168_

Nature of Claim: _____

By: _(signature)_
    Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5. Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: Rafael Rosario Jones

Participant's Address: Barriada Polvorin Cotto Sur #151 Manati, PR. 00674

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O Box 2795 Arecibo PR. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 160179

Nature of Claim: Employees Retirement System of the Government

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vidal Santiago Rosario_

Participant's Address: _HC3 Box 3735 Florida, P·R ·00650_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo P·R· 00613-2795_

Email Address of Counsel: _nora-cruz-molina @gmail·com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107279_

Nature of Claim: _____

By: _____
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vidal Santiago Rosario_

Participant's Address: _HC 3 Box 3735 Florida, PR. 00650_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122033_

Nature of Claim: _____

By: _(signature)_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2- Agosto -2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vidal Santiago Rosario_

Participant's Address: _HC3 Box 3735 Florida, P.R. 00650_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _PO. Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159716_

Nature of Claim: _____

By: _____
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vidal Santiago Rosario

Participant's Address: HC-3 Box 3735 Florida, P.R. 00650

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 159156

Nature of Claim: _____

By: _~~signature~~_
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

2 Ago 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Quiles López_

Participant's Address: _Institución Guerrero 500 P.O. Box 3999 Aguadilla P.R. 00604 Modulo 4B2_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159104_

Nature of Claim: _____

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Pedro Quiles Lopez

Participant's Address: Institucion Guerrero 304 Po Box 3999 AGuadilla PR. 00605 Modulo UB2

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O. Box 2795 Arecibo P.R. 00613 - 2795

Email Address of Counsel: nora-cruz.molina

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 158262

Nature of Claim: _____

By: _____
    Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

2-Agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Quiles Lopez_

Participant's Address: _Institución Guerrero 304 P.o Box 3999 Aguadilla P.R. 00605 Modulo 6-B2_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.o Box 2795 Arecibo_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 73140 MMLID: 416186-P SVC: MML-PC
Quiles Lopez, Pedro A.
LCDA. Nora Cruz
PO Box 2795
Arecibo PR  00613-2795

00613$2795  B014

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Quiles Lopez_

Participant's Address: _Institucion Guerero 504 P.O Box 3999 Aguadilla P.R 00605 Modulo 6-82_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz molina_

Address of Counsel: _P.O Box 2795 Arecibo P.R 00613-2795_

Email Address of Counsel: _nora-cruz-molina@gmail.com_

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _(signature)_
     Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 73139 MMLID: 1930968-NP SVC: MML-PC
Quiles Lopez, Pedro A.
Attn: Nora Cruz Molina, ESQ
PO Box 2795
Arecibo PR  00613-2795

00613$2795 B014

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro Quiles Lopez_

Participant's Address: _Institución Guerrero 304 / P.o box 3999 Aguadilla P.R 00005_
_Módulo ce-82_

Participant's Email Address: _____

Name of Counsel: _Nora cruz molina_

Address of Counsel: _P.o. box 2795 Arecibo, P.R 00613-2795_

Email Address of Counsel: _nora-cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159110d_

Nature of Claim: _____

By: _(signature)_
Signature

_Nora Cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_2-Agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jorge L Vargas Rodriguez

Participant's Address: Urb. Medina E-4 calle 4 Isabela PR 00662

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: Po Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: nora. cruz. molina@gmail. com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 159139

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name:    _Jorge L. Vargas Rodriguez_

Participant's Address:    _Urb. Medina E4 Calle 4 Isabela, P.R. 00662_

Participant's Email Address:    _____

Name of Counsel:    _Nira Cruz Molina_

Address of Counsel:    _Po Box 2795 Arecibo, PR. 00613-2795_

Email Address of Counsel:    _nira.cruz.molina@gmail.com_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _159733_

Nature of Claim:    _____

By:    _____
Signature

_Nira Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge L. Vargas Rodríguez_

Participant's Address: _Urb. Medina F4 Calle 4 Isabela PR. 00662_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 (Arecibo, P.R. 00613-2795_

Email Address of Counsel: _Nora-cruz-molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yolanda Taffareli Rodriquek

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: Nora Cruz molina

Address of Counsel: P.o. box 2795 Arcibo P.R. 00613-2795

Email Address of Counsel: nora-cruz-molina @gmail-com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 73155

Nature of Claim: _____

By: _____
Signature

Nora Cruz molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edwin Obsi Maldonado

Participant's Address: Hc1 Box 2414 Bajadero p.R.00416

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: Po Box 2795 Arecibo, P.R.00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-5-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 151823 MMLID: 1419040-P SVC: MML-PC
COLON MALDONADO, EDWIN
NORA CRUZ MOLINA
PO BOX 2795
ARECIBO PR  00613-2795

00613$2795  B014

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin Colon Maldonado_

Participant's Address: _HC1 Box 2414 Bajadero P.R. 00616_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo, P.R. 00613-2795_

Email Address of Counsel: _nora.cruz-molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _84444_

Nature of Claim: _____

By: _(signature)_
    Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-5-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edwin Olm Maldonado

Participant's Address: HC-1 Box 24M4 Bayadero P.R. 00611

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.O Box 2795 Arecibo, P.R. 00613-2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 83043

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

5/Agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _César Jimenez Maldonado_

Participant's Address: _P.o. Box 4144 Sabana Hoyos, P.R. 00688_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.o. Box 2795 Arecibo, PR 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159107_

Nature of Claim: _____

By: _____
   Signature

   _Nora Cruz Molina_
   Print Name

   _Counsel_
   Title (if Participant is not an individual)

   _8-9-2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ario D. Vázquez Cruz_

Participant's Address: _HC-03 Box 12155 Bo-yeguada Camuy, PR 00627_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz molina_

Address of Counsel: _P.o box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora-cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151374_

Nature of Claim: _____

By: _(signature)_
Signature

_Nora cruz molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Rodriguez Pérez_

Participant's Address: _Po. Box 793 Sabana Hoyos P.R. 00688_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _Po Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86835_

Nature of Claim: _____

By: _____
   Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-19-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Esteban Candelaria Ponce

Participant's Address: Po Box 717 Hatillo, PiR. 00659 - 0717

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: Po Box 2795 Arecibo PR 00613 - 2795

Email Address of Counsel: nora.cruz.molina@gmail.com

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 117146

Nature of Claim: _____

By: _____
Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vickie (Aquila Geiring)_

Participant's Address: _P.D Box 2 (Garrochales), PR 00652_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.o Box 2795 (Arecibo, PR. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83123_

Nature of Claim: _____

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vickie Aguila Gerring_

Participant's Address: _P.O Box 2 Camochales, P.R. 00652_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora.cruz.molina@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70430_

Nature of Claim: _____

By: _____
Signature

_Nora Cruz. Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_5/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: C'Angel Burgos Torres

Participant's Address: Hco2 Box 7130 Orocovis P.R. 00720

Participant's Email Address: _____

Name of Counsel: Nora Cruz Molina

Address of Counsel: P.0 Box 2795 Arecibo P.R. 00613-2795

Email Address of Counsel: Nora-cruz-molina@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 152802

Nature of Claim: _____

By: _____
   Signature

Nora Cruz Molina
Print Name

Counsel
Title (if Participant is not an individual)

8-9-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Marrero Ramirez_

Participant's Address: _HC 02 Box 6087, Florida P.R. 00650_

Participant's Email Address: _____

Name of Counsel: _Nora Cruz Molina_

Address of Counsel: _P.O. Box 2795 Arecibo P.R. 00613-2795_

Email Address of Counsel: _nora-cruz.molina@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137 247_

Nature of Claim: _____

By: _[signature]_
Signature

_Nora Cruz Molina_
Print Name

_Counsel_
Title (if Participant is not an individual)

_8-9-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lcda. NORA CRUZ MOLINA
P.O. Box 2795
Arecibo, P.R. 00613-2795



CERTIFIED MAIL®

7019 1120 0000 0570 3279



U.S. POSTAGE PAID
FCM LG ENV
MANATI, PR
00674
AUG 13, 21
AMOUNT
$8.85
R2305K134648-09

1000     00918

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, P.R. 00918-1767