August 9, 2021

To whom it may concern.

I certify the following personal information:

Name: Carlos E. Galán Kercadó

Residential Address: Zirconia 110. Urb. Los Prados Sur, Dorado, Puerto Rico.

Postal Address: Zirconia 110, Urb. Los Prados Sur, Dorado, Puerto Rico. 00646-9650

Residencial Phone: 939-337-8460

Cel: 787-222-3470

Email: tobaci_21@hotmail.com

Cordially,

*[signature]*

Carlos E. Galán Kercadó

August 9, 2021

To whom it may concern

I hereby inform that I worked as an elementary and secondary school teacher, school director and school Superintendent in the Puerto Rico Department of Education from August 1978 to December 2010, a total of 3 years. During this time and under the Carlos Romero Barceló Governor administration, there was an approbation salary increase of $100.00 per month. I was active when Law 89 of July 12 of 1979 was passed, that is LEPRA 760 of Uniform Compensation and Law 96 of public employees for $100.00 per month. This increase was not made.

Sincerely

Carlos E. Galán Kercadó



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de Carlos E Galán Kercado, con número de seguro social que termina en 0872

| | |
|---|---:|
| **Fecha de Efectividad de la Pensión** | 1 de enero de 2011 |
| **Tiempo Cotizado para la Pensión** | 32 años |
| **Pensión Mensual Inicial** | $2,916.10 |
| **Pensión Mensual Actual** | $2,916.10 |

Esta certificación se expide hoy, 3 de agosto de 2021 en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

29 de julio de 2021

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARLOS GALAN KERCADO |
| Seguro Social | : | Redacted |
| Categoría | : | SUPERINTENDENTE AUX. DE ESCUELAS I |
| Distrito Escolar | : | TOA BAJA |
| Sueldo Mensual | : | $3,520.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de diciembre de 2010 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de (27) años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Carlos E. Galán Mercado
Urb. Los Prados Sur 110
Calle Zirconia
Dorado, P.R. 00646-9650





7020 3160 0001 3859 6876

Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767