August 9, 2021

To whom it may concern.

I certify the following personal information:

Name:  Janet Colón Cosme

Residential Address: Zirconia 110. Urb. Los Prados Sur, Dorado, Puerto Rico.

Postal Address: Zirconia 110, Urb. Los Prados Sur, Dorado, Puerto Rico. 00646-9650

Residencial Phone: 939-337-8460

Cel: 787-222-3470

Email: unicornio-14@hotmail.com

Cordially,

Janet Colón Cosme

August 9, 2021

To whom it may concern

I hereby inform that I worked as an elementary school teacher in the Puerto Rico Department of Education from August 1984 to July 2015, a total of 31 years. During this time and under the Carlos Romero Barceló Governor administration, there was an approbation salary increase of $100.00 per month. I was active when Law 89 of July 12 of 1979 was passed, that is LEPRA 760 of Uniform Compensation and Law 96 of public employees for $100.00 per month. This increase was not made.

Sincerely

Janet Colón Cosme



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de Janet Colon Cosme, con número de seguro social que termina en 8624

| | |
|---|---|
| **Fecha de Efectividad de la Pensión** | **29 de julio de 2015** |
| **Tiempo Cotizado para la Pensión** | **31 años** |
| **Pensión Mensual Inicial** | **$2,465.63** |
| **Pensión Mensual Actual** | **$2,465.63** |

Esta certificación se expide hoy, 3 de agosto de 2021 en San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
**Supervisora**
**Centro de Contacto**

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879





# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

29 de julio de 2021

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | JANET COLON COSME |
| Seguro Social | : | Redacted |
| Categoría | : | MA. EDUC. NIVEL ELEMENTAL (4-6) |
| Distrito Escolar | : | VEGA ALTA |
| Sueldo Mensual | : | $3,287.50 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2015 |
| Otros | : | Ha prestado servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de  (27) años y (2) días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Janet Colón Cosme
Urb. Los Prados Sur 110
Calle Zirconia
Dorado, Puerto Rico 00646-9650

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7020 3160 0001 3859 6883

UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
AUG 13, 21
AMOUNT
**$7.65**
R2305K136984-13

Secretaria (clerk office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767