UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

    The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 18, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 19, 2021

1. David Rivera Martinez
2. Priscilla Calvente Narvaez
3. Carlos Velazquez Rodriguez
4. Ramon O. Gonzalez Santana
5. Efrain Ramirez Reyes
6. Idalia Quiñones Iglesias
7. Norberto Morales
8. Mildred Casiano Rivera
9. Sonia Raices Gonzalez
10. Wilfredo Rodriguez Torres
11. Ricardo Cruz Torres (2 notices)
12. Mildred Casiano Rivera (3 notices)
13. Lymarie Rolon Ramos
14. Elda L. Ortiz Nuñez
15. Elizabeth de Jesus Cruz
16. Rosa Valentin Matias
17. Jesus Manuel Vazquez Ferrer
18. Damaris Esquea
19. Milka M. Ojeda Rivera
20. Carmen Vargas Morales
21. Jose E. Cruz Rivera
22. Zoraida Vicenty Fernandez
23. Arelys Acevedo Acevedo

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 19, 2021

24. Ana Elisa Camacho Lozada

25. Jenny I. Del Valle Pagan

26. Silvette Saliceti Sepulveda

27. Cruz A. Santiago Mori

28. Sandra Galarza Claudio

29. Myriam Sosa Leon

30. Virginia Hernandez Perez

31. Margarita Roman Rodriguez

32. Daisy Vazquez Ayala

33. Ileana Muñoz Landron

34. Nancy Melendez Winandy

35. Zulma Fuentes Rivera

36. Andres Mendiguren Alvarez

37. Carmen M. Conde Ares (4 notices)

38. Luz Z. Collazo Santos

39. Carmen Ortega Lopez

40. Carmen D. Ortiz Colon

41. Norma Pabon Gonzalez

42. Fernando Rivera Marrero

43. Ovidio Pesante Otero

44. Carmen J. Alicea Burgos

45. Maria de L. Maldonado Pagan

46. Jose A. Vargas Caro

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 19, 2021

    47. Mildred Colon

    48. Ana Rosa Cruz Cruz

    49. James Swinderman

    50. Luz L.Santiago Torres

Dated: August 19, 2021