Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David Rivera Martinez_

Participant's Address: _HM-21 254 urb. Country Club, Carolina, P.R. 00982_

Participant's Email Address: _armdPercusion@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134599_

Nature of Claim: _Pensions/Retire Claims_

By: _David Rivera_
    Signature

_David Rivera Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8/14/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 AUG 18 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

David Rivera
Calle 254 HM-21
Urb. Country Club, Carolina P.R. 00982

United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste. 150, San Juan P.R.
00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Priscilla Calvente Narvaez_

Participant's Address: _Urb. Villa Barcelona D7 calle 3 Barcelona PR. 00617_

Participant's Email Address: _prof. priscilla @yahoo.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78132_

Nature of Claim: _Pass time of Working in the Dept. of Education_

By: _____
   Signature

_Priscilla Calvente Narvaez_
Print Name

_N/A_
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Priscilla Calvente Narvaez
Urb. Villa Barcelona D7 Calle 3
Barceloneta P.R. 00617

RECEIVED & FILED
2021 AUG 18 PM 4: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

To United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste
150, San Juan, PR 00918-7767

SAN JUAN PR 009
17 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos Velazquez Rodriguez_

Participant's Address: _HC03. BOX 12598 Penuelas PR 00624_

Participant's Email Address: _No_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _104-713_

Nature of Claim: _Promess Titulo III  no. 17 BK 3283 - LTS_

By: _Carlos Velazquez Rodriguez_
Signature

_Carlos Velazquez Rodrig_
Print Name

_Titulo III_
Title (if Participant is not an individual)

_16 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 AUG 18  PM 4: 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Carlos Melendez Pardo
Heas Box 12598
Penuelas Pr 00624

SAN JUAN PR  009
17 AUG 2021 PM 1  L

FOREVER USA

United States District court
Clerk's Office
150 Ave
Carlo S Chardon St 158
San Juan PR 00918 767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón O. González Santana

Participant's Address: HC 46 Box ~~00646~~ 5436 Dorado P.R. 00646

Participant's Email Address: ramn2112@gmail.com

Name of Counsel: 12 BK 3283 - LTS

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Retirement (Retiro)

By: _____
      Signature

Ramón O. González Santana
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

During the years as governor of the Puerto Rico Commonwealth of Puerto Rico, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 known as Law 89.

He never honored the salary increase. (Law Labor 89 of salary scale 164)

The amount owed is $24,000.

Ramón O. González Santana
H.C. 46 Box 5436
Dorado P.R. 00646-9612

RECEIVED & FILED
2021 AUG 18 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court's
Clerk's Office, 150 Ave. Carlos
Chardón Ste. 150, San Juan, P.R.
00918-1767

00918-170399

17 AUG 2021 PM 1

SAN JUAN PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Efrain Ramirez Reyes_

Participant's Address: _PMB 63 P.O. Box 2000 Mercedita PR 00715_

Participant's Email Address: _nrivera585@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Efrain Ramirez Reyes_
Signature

_Efrain Ramirez Reyes_
Print Name

_____
Title (if Participant is not an individual)

_16 Aug 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Efrain Ramirez Reyes
PNB 63 P.O. Box 2000
Meredita PR00715

RECEIVED & FILED
2021 AUG 18 PM 4: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170399

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Str.
150, San Juan, PR 00918-1767

SAN JUAN PR 009

17 AUG 2021 PM 1



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Idalia Quinones Iglesias*

Participant's Address: *PO Box 96, Luquillo PR 00773*

Participant's Email Address: *idaliaqoi@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: _____

By: *Idalia Quinones Iglesias*
Signature

*Idalia Quinones Iglesias*
Print Name

_____
Title (if Participant is not an individual)

*08-12-2021*
Date

RECEIVED & FILED
2021 AUG 18 PM 4:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Idalia Juarez Ojeda
PO Box 96
Aguirre P.R. 00773

RECEIVED & FILED
2021 AUG 18 PH 4: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-170399

United States District
Court
Clerk's Office
150 ave
Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norberto Morales

Participant's Address: Urb. Parque de Candelero 1724Lubina Humacao, P.R. 00791

Participant's Email Address: papo4902@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: *Norberto Morales*
Signature

Norberto Morales
Print Name

_____
Title (if Participant is not an individual)

08-11-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norberto Morales Quiles
Parque de Candelero
172 Calle Luz. Int
Humacao, P.R. 00791

RECEIVED & FILED
2021 AUG 18 PM 4:
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Gr. 150
San Juan, P.R. 00918-1767

00918-170399

SAN JUAN PR
17 AUG 2021

FOREVER / USA
FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mildred Casiano Rivera_

Participant's Address: _HC01 Box 31098 Juana Díaz P.R. 00795_

Participant's Email Address: _Mildred2casis@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _82178_

Nature of Claim: _Law approved claim during course of said years that they have not paid me._

By: _Mildred Casiano Rivera_
Signature

_Mildred Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_14 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Casiano Rivera
Hco1 Box 31098
Juana Díaz P.R. 00795

RECEIVED & FILED
2021 AUG 18 PM 3:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
17 AUG 2021 PM 1 L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Sonia Raices Gonzalez*

Participant's Address: *HC-1 Box 31338 Juana Diaz, P.R. 00795-9757*

Participant's Email Address: *Soniay Elving a hotmail.com*

Name of Counsel: *I don't have a Councel*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *I am retired Fr. Departament of Education*

By: *Sonia Raices Gonzalez*
   Signature

*Sonia Raices Gonzalez*
Print Name

_____
Title (if Participant is not an individual)

*August 17, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: ʻUnited States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia Rales Morales
Ra. 1 Box 3, 338 S
Juana Niz, P.R.
00 795-9751

00918-170625

To: United States Court clerks Office
150 Ave. Carlo Chardon Ste 150
San Juan, P.R.
00918-1707

SAN JUAN PR 009

17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Wilfredo Rodriguez Torres*

Participant's Address: *Urb. Asta Vista N31- Calle 16 Ponce P.R 00716 or*
*P.O. Box 246 Mercadita, P.R 00715*

Participant's Email Address: *warrtemisa @ gmail. com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *106463*

Nature of Claim: *Public Employee And Pension/Retiree*
*claims.*

By: *[signature]*
Signature

*Wilfredo Rodriguez Torres*
Print Name

*Participant*
Title (if Participant is not an individual)

*14- Agosto - 2021*
Date

*[stamp: RECEIVED & FILED 2021 AUG 18 PM 3:56 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Wilifredo Rodriguez Torres
PO Box 246
Meredita, PR 00715

RECEIVED & FILED

2021 AUG 18   PM 3: 56

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

00918-170625

United State District Court
Clark's Office
150 Ave. Carles Chardon sta 150
San Juan, P.R. 00918-1767



SAN JUAN PR   009

17 AUG 2021 PM 1  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Ricardo Cruz Torres_

Participant's Address:   _P.O. Box 354, Tallaboa Alta Sector La Moca Carretera 520_
                         _KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address:   _rcruz_14@yahoo.com_

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _79581_

Nature of Claim:   _Romeraso_

By:   _Ricardo Cg Torres_
      Signature

      _Ricardo Cruz Torres_
      Print Name

      _____
      Title (if Participant is not an individual)

      _August 17, 2021_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Cruz Torres
P.O. Box 354
Peñuelas, P.R. 00624

RECEIVED & FILED
2021 AUG 18 PM 3: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR   009
17 AUG 2021 PM 1 L

FOREVER / USA

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        _Ricardo Cruz Torres_

Participant's Address:     _P.O. Box 354 Tallaboa Alta Sector La Moca_
                           _Carretera 520 KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address: _rCruz-14@Yahoo.Com_

Name of Counsel:          _____

Address of Counsel:       _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:             _79581_

Nature of Claim:          _Romeraso_

By:   _Ricardo Cy Torres_
      Signature

      _Ricardo Cruz Torres_
      Print Name

      _____
      Title (if Participant is not an individual)

      _August 17, 2021_
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Cruz Torres
P.O. Box 354
Peñuelas, P.R. 00624

RECEIVED & FILED
2021 AUG 18 PM 3:9
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
17 AUG 2021 PM 1 L

FOREVER / USA

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon st-150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Casiano Rivera_

Participant's Address: _Hc01 Box 31098, Juana Dias PR00795_

Participant's Email Address: _Mildrede casis @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97410_

Nature of Claim: _Law approved claim during the course of said years that they have not paid me._

By: _Mildred Casiano Rivera_
Signature

_Mildred Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_14 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Casiano Rivera
HCOI Box 31098
Juana Diaz P.R. 00795

RECEIVED & FILED
2021 AUG 18 PM 3: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United State District Court
Clerks Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
17 AUG 2021 PM 1 L

SAN JUAN PR   009
17 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Casiano Rivera_

Participant's Address: _HC01 Box 31098 Juana Diaz P.R. 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Law approved claim during the course of said years that they have not paid me._

Nature of Claim: _156/157_

By: _Mildred Casiano Rivera_
Signature

_Mildred Casiano Rivera_
Print Name

_____
Title (if Participant is not an individual)

_14 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Casiano Rivera
Hco1 Box 31098
Juana Díaz P.R. 00795

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR   009
17 AUG 2021 PM 1 L



United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        Mildred Casiano Rivera

Participant's Address:     Hc01 Box 31098 Juana Diaz, P.R. 00795

Participant's Email Address:    Mildred2casis@gmail.com

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              123025

Nature of Claim:    Law approved claim during the course of said years
                    that they have not paid me.

By:    Mildred Casiano Rivera
       Signature

       Mildred Casiano Rivera
       Print Name

       _____
       Title (if Participant is not an individual)

       14 agosto 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Casiano Rivera
Hoo 1 Box 31098
Juana Diaz, P.R. 00795

RECEIVED & FILED
2021 AUG 18 PH 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lymarie Rolon Ramos*

Participant's Address: *RR05 Box 7678 Toa Alta PR 00953*

Participant's Email Address: *lymarierramos@yahoo.com*

Name of Counsel: *Departamento de Educacion*

Address of Counsel: *#150 Federico Costa San Juan 00918*

Email Address of Counsel: *de71365@de.gov*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Financial Oversight PROMESA Title III*

By: *Lymarie Rolon Ramos*
   Signature

*Lymarie Rolon Ramos*
Print Name

_____
Title (if Participant is not an individual)

*August 11, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 18 PM 3:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Lymarie Rolón
RR 05 Box 7678
4rd Atr.
4rd Atr., PR. 00953

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United State District Court
Clerk office, 150 Que. Carlos
Chardon STE .150 San Juan, PR.
80418-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elda L. Ortiz Nuñez_

Participant's Address: _Urb. Los Flamboyanes 445 calle Almendro Gurabo, PR 00778_

Participant's Email Address: _eortiz436@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Dinero del Retiro (Empleado público gobierno del P.R.)_

By: _Oct_

Signature

_Elda L. Ortiz Nuñez_

Print Name

_____

Title (if Participant is not an individual)

_14 agosto 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elda L. Ortiz Núñez
Urb. Los Flamboyanes
495 calle Almendro
Gurabo, P. R. 00778

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918-1767

RECEIVED & FILED
2021 AUG 18 PM 8
U.S.DISTRICT SAN JUAN



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Elizabeth De Jesús Cruz_

Participant's Address: _30 Veredas del Rio, C-221, Carolina PR 00987-8750_

Participant's Email Address: _elliedejesus@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Salary Adjustment_

By: _Elizabeth & Jesús Cruz_
    Signature

_Elizabeth De Jesús Cruz_
Print Name

_____
Title (if Participant is not an individual)

_08-13-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

E. DE JESUS
30 Veredas del Rio C.221
Carolina, PR 00987-8150

RECEIVED & FILED

2021 AUG 18 PM 3: 57

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L



FOREVER / USA

UNITED STATES DISTRICT COURT
CLERK's OFFICE
150 AVE CARLOS CHARDON STE 150
SAN JUAN, PN 00918-1787

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa Valentín Matías_

Participant's Address: _Urb. Villa Toledo 126 calle Umbral Arecibo P.R. 00612_

Participant's Email Address: _rosavalentin2009@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Título III_

By: _Rosa Valentín_
Signature

_Rosa Valentin_
Print Name

_____
Title (if Participant is not an individual)

_agosto | 09 | 2021_
Date

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa Valentin Matias
Urb. Ville Toledo 126
Calle Umbral
Arecibo PR. 00612

00918-170625

SAN JUAN PR 009
17 AUG 2021 PM 1 L

United State District
Court, Clerk's Office,
150 Ave. Carlos Chardon Ste
San Juan, P.R.
00918-1767

RECEIVED & FILED
21 AUG 26 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER USA
Arnold
Palmer

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesús Manuel Vázquez Ferrer

Participant's Address: Box Puente Jobos, Com. Miramar calle Margarita 683 buzón 49, Guayama, P.R. 00784

Participant's Email Address: n/a

Name of Counsel: n/a

Address of Counsel: n/a

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 169649

Nature of Claim:

By: *Jesús M. Vázquez Ferrer*
Signature

Jesús M. Vázquez Ferrer
Print Name

Title (if Participant is not an individual)

August 16th, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus M. Vazquez Ferrer
Box Puente JBos Com. Uiramar
Calle Magarita 683 Buzon #9
Guayama, P.R. 00784

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

United States District Court
Clerk's Office 150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-1767

SAN JUAN PR 009
16 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Damaris Esquea_

Participant's Address: _4439 3rd Av-96 Bronx, NY 10457_

Participant's Email Address: _Esquea 0823@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Damaris Esquea_
Signature

_DAMARIS ESQUEA_
Print Name

_____
Title (if Participant is not an individual)

_8/13/21_
Date

[stamp: RECEIVED & FILED 2021 AUG 18 PM 3:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rilka M. Oje de him_

Participant's Address: _____

Participant's Email Address: _Ojedom 2018 @ autolook. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Rilks M. Oje lim_
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_11 de agato 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milka N. Oje de Lima
Apd. 920, Maunui P.R
00637

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918817b7

SAN JUAN PR 009
13 AUG 2021 PM 2 L

United States District Court,
Clerks Office 150 Ave. Carlos
Char don Ste, 150 S.J. P.R

00 919- 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Vargas Morales_

Participant's Address: _Urb Nuevo Mameyes calle la Joya A-6_
_Ponce, Puerto Rico 00730_

Participant's Email Address: _cambu079@gmail.com_
_Cambu079 (zero) @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50434 Proof of Claim_

Nature of Claim: _Ley Promesa_

By: _Carmen Vargas Morales_
Signature

_Carmen Vargas Morales_
Print Name

_____
Title (if Participant is not an individual)

_8/5/2021_
Date

RECEIVED & FILED
2021 AUG 18 PM 3: 57
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Vargas
Urb. Nuevo Manreyes
Calle La Joya 1-A6
Ponce P.R.-00 730

RECEIVED & FILED
2021 AUG 18  PM 3:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerks
Office, 150 Ave Carlos Chardón
Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose E Cruz Rivera*

Participant's Address: *Urb Fajardo GDNS 426 Calle Nogal Fajardo PR. 00738*

Participant's Email Address: *edwardcruz07220gmail.com*

Name of Counsel: *Prime Clerk LLC*

Address of Counsel: *PO Box 4708 New York, NY 10163-4708*

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *57037 / 55901*

Nature of Claim: *Employees Retirement System of the Government of Commonwealth of PR*

By: *[signature]*
     Signature

*Jose Edward Cruz Rivera*
Print Name

_____
Title (if Participant is not an individual)

*08/12/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose E Cruz Rivera
No. Reynold Colón
426 Calle Morel
Coamo PR 00738

RECEIVED & FILED

2021 AUG 18 PM 3: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009

13 AUG 2021 PM 2 L

United States District Court
Clerks Office 150 Ave Chardon
STE 150
San Juan, PR 00918-1767



FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Zoraida Vincenty Fernández*

Participant's Address: *Urb. Cuidad Universitaria Calle 9 Este e5T.A. P.R. 00976*

Participant's Email Address: *luisrene1989@hotmail.com*

Name of Counsel: *n/a*

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3566 L+S - 9486*

Nature of Claim: _____

By: *Zoraida Vincenty Fernández*
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 18 PM 3: 58

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

SAN JUAN PR 009

16 AUG 2021 PM 1 L

FOREVER USA

Gonzalo Vicenty Baninks
US District Court-Sea B
Case # Ltd C-B) T.0009%

Court's Clerks Office
United States District Court Clerks Off
150 Ave. Carlos Chardon Ste. 150, D.J. PR.
LRE - Case No.17BR 3566 Lt S.00.985-1763
PR 1843 5RT 55 176 Pueblo 319608 MMLID 583989
SVC MMC-PC

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arelys Acevedo Acevedo_

Participant's Address: _Villa Soigal street 5 S Mendez Cardona #815.5., P.B.00685_

Participant's Email Address: _acevedoarelys2@gmail.com_

Name of Counsel: _Velez Bosa Lydia and others RPE 1980-1238 (805)_

Address of Counsel: _IPI San Juan George #i 78 San Juan, P.R. 009215_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30624_

Nature of Claim: _Damages_

By: _Arelys Acevedo Acevedo_
Signature

_Arelys Acevedo Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_August 11, 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arelys Acevedo Acevedo
Villa Seigal 5 calle 3 Mendez
Cardona #815-S, P.R. 00685

RECEIVED & FILED
2021 AUG 18 PM 3:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00910-176767

SAN JUAN PR  009
12 AUG 2021 PM 1 L

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Elisa Camacho Lozada_

Participant's Address: _HC 80 Box 8276 Dorado PR 00646_

Participant's Email Address: _—_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _191703_

Nature of Claim:

By: _Ana E. Camacho Lozada_
Signature

_Ana E Camacho Lozada_
Print Name

_____
Title (if Participant is not an individual)

_August 15 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim

Under the responsability of Governor of Puerto Rico. Carlos Romero Barceló (law 89) during the years 1980-1984, an increase Know as (Romero 50) was granted for the amount of $100.00 dollars per month, which I did not received until the year retirement in 2001, and even still I have not received them.

Also during the years 1984-1997, was granted 3% every three years to increase the salary, which I never received until this moments.

Labor Law #9

From
Ana E. Camacho lozada
HC 90 BOX 6726
Dorado, PR. 00646

D & FILED
2021 AUG 18 PM 3:58
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

To
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste
150, San Juan, PR. 00918-1767

00918-170399

SAN JUAN PR 009
16 AUG 2021

7021 0350 0001 3412 2276



1000



00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny I. Del Valle Pagán_

Participant's Address: _Estancias de San Pedro C/san Lucas I-56 Fajardo_

Participant's Email Address: _spy27745@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _125245_

Nature of Claim: _Pension/Retiree_

By: _Jenny l Del Valle Pagán_
Signature

_Jenny I. Del Valle Pagán_
Print Name

_____
Title (if Participant is not an individual)

_15/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jenny del Valle Pagan
Est. de San Pablo
C/San Lucas I-56
Fajardo P.R.
00738

7021 0350 0001 0728 4936

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
FAJARDO REAL, PR
AUG 16, 21
AMOUNT
$6.45
R2304P11909I-10

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Silvette Saliceti Sepulveda_

Participant's Address: _PO Box 10046 Ponce P.R. 00732_

Participant's Email Address: _p18sepulveda @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23111_

Nature of Claim: _Sistema de Retiro de los Empleados_

By: _Silvette Saliceti_
    Signature

_Silvette Saliceti_
Print Name

_____
Title (if Participant is not an individual)

_17/agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Silvette Saliceti
PO Box 10046
Ponce P.R. 00732

00918-170625

Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

17 AUG 2021 PM 1 L



USA ★ FOREVER ★

2021 AUG 18 PM 5:54

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz A. Santiago Mori_

Participant's Address: _33 GG 13 Jardines del Caribe, Ponce, P.R_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Cruz A. Santiago Mori_
Signature

_Cruz A. Santiago Mori_
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_Agosto 10, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Cruz Santiago-Mori
PO Box 754
Mercedita, PR 00715

SAN JUAN PR  009

17 AUG 2021  PM 1  L

Court's Clerk's Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 -1767

00918-170625



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18  PM 5:54

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra Cedarze Chaudio_

Participant's Address: _HC 60 Box 42705  San Lorenzo PR 00754-9173_

Participant's Email Address: _Sandy-0267@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _24972_

Nature of Claim: _Retirement Claim  (Promesa Title III)_

By: _Sandra Cedarze Chaudio_
Signature

_Sandra Cedarze Chaudio_
Print Name

_____
Title (if Participant is not an individual)

_August 15   2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Carlora Claudio
HC 60 Box 42705
San Lorenzo PR 00754-9893

00918-170625

United States District Court
Clerks Office,
150 Ave. Carlos Chardo
Ste. 150,
San Juan, PR 00918-176?



SAN JUAN PR 009
17 AUG 2021 PM 1 L

2021 AUG 18 PM 5:30
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Myriam Sosa León_

Participant's Address: _Hc 03 Buzón 11167 Juana Diaz P.R. 00795_

Participant's Email Address: _sosamyriam54@gmail.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78868_

Nature of Claim: _Is in other paper_

By: _Myriam Sosa León_
Signature

_Myriam Sosa León_
Print Name


Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim

I am claiming the amount of $7,200 that correspond to my pension from the time I worked as a teacher.

Myriam Sua León
Hc-03 Buzón 11169,
Juana Díaz, P.R. 00795

SAN JUAN PR  009
17 AUG 2021  PM 1  L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18  PM 5:54

00918-170625

Discovery Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Hernández Pérez_

Participant's Address: _P. O. Box  9021765 San Juan, PR  00902-1765_

Participant's Email Address: _vickyhp@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 · LTS_

Nature of Claim: _The Employees Retirement System of the Government of the Commonwealth of Puerto Rico_

By: _Virginia Hernández Pérez_
Signature

_Virginia Hernández Pérez_
Print Name

_____
Title (if Participant is not an individual)

_15 / august / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Hernandez
P.O. Box 9127465
San Juan, PR 00902-1765

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918



FOREVER / USA

2021 AUG 18 PM 5: 53
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Román Rodríguez_

Participant's Address: _P.O. Box 912 Trujillo Alto, PR 00977_

Participant's Email Address: _magalyroman48@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _Employees Retirement System_

By: _Margarita Román Rodríguez_
Signature

_Margarita Román Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_15 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Roman
P.O. Box 912
Trujillo Alto, PR 00977

SAN JUAN PR   009

17 AUG 2021 PM 1  L

00918-170625

United States District Court
Clerk Office
150 Av. Carlos Chardon St 150
San Juan, PR 00918



2021 AUG 18   PM 5: 53

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:            Daisy Vázquez Ayala

Participant's Address:         5306 Town Paric Calle Cerrillo AA7 Canovanas P.R 00729

Participant's Email Address:   daisy vazquez 67 @ yahoo.com

Name of Counsel:              _____

Address of Counsel:           _____

Email Address of Counsel:     _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                 No. 17 BK 3283 - LTS

Nature of Claim:              The Commonwealth of Puerto Rico, The employees
                              retirement system of the government
By:   _____       of the commonwealth of Puerto
      Signature                Rico.

      Daisy Vázquez Ayala
      Print Name

      _____
      Title (if Participant is not an individual)

      08/15/2021
      Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Vazquez Ayala
5306 Town Park
Calle Cerrillo AA-11
Canóvanes, P.R. 00729

00918-170625

RECEIVED AND FILED
CLERK'S OFFICE 17 AUG 2021 PM 1  L
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18  PM 5: 53

SAN JUAN PR   009

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ileana Muñoz Landrón_

Participant's Address: _Calle del Muelle #100   Apt. 3706   San Juan PR 00901_

Participant's Email Address: _ile universidad @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
  Signature

_Ileana Muñoz Landrón_
Print Name

_____
Title (if Participant is not an individual)

_15-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=0721/N61578/29216M/c          8/2/21, 8:20 AM
Page 17 of 18



Ileana Muoz Landrn
100 Calle De Muelle Apt 3706
San Juan PR 00901

RECEIVED AND FILED
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 5: 53

1/ AUG 2021 PM 1 L

SAN JUAN PR 009

00918-170625

United State District Court
Clerk's Office
ISD Ave. Carlos Chardon Ste. 150
San Juan PR. 00918 - 1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nancy Melendez Winandy*

Participant's Address: *Country Club, 227, JA 31, Carolina, PR 00982*

Participant's Email Address: *nanleo2005@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO. 17 BK 3283-LTS*

Nature of Claim: *(Jointly Administered)-Commonwealth of PR - The employees Retirement System of Goverment of the Commonwealth of PR*

By: *(signature)*
    Signature

*Nancy Melendez Winandy*
Print Name

_____
Title (if Participant is not an individual)

*08 | 15 | 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nancy Melendez Winandy
Country Club 327, JA-31
Carolina, PR 00982

00518$706 CC18

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
AUG 2021 PM 1

2021 AUG 18 PM 5:53

SAN JUAN PR 009

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150)
San Juan, PR 00918- 1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:          Zulma Fuentes Rivera

Participant's Address:          PO BOX 372193 CAYEY 00737-2193

Participant's Email Address:          luis.luna@gmail.com

Name of Counsel:          N/A

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:          102974

Nature of Claim:          Pay raises and retirement amounts not honored. Will settle for $25,000.

By:    _____
       Signature
       Zulma Fuentes Rivera
       Print Name

       _____
       Title (if Participant is not an individual)

       August 1, 2021
       Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ZULMA FUENTES
PO BOX 372193
CAYEY PR 00737-2193

SAN JUAN PR 009

17 AUG 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 5: 52

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDÓN STE 150
SAN JUAN PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Andrés Mendiguren Alvarez_

Participant's Address: _Calle del muelle 100 apto 3301 San Juan PR 00901_

Participant's Email Address: _andresmendiguren@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283-LTS   (17-3283)_

Nature of Claim: _Intent to Participate in Discovery for Commonwealth Plan Confirmation in re Commonwealth of Puerto Rico_

By: _[signature]_
Signature

_Andrés Mendiguren Alvarez_
Print Name

_n/a_
Title (if Participant is not an individual)

_August 12, 2021_
Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18 PM 5:55

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Andrés Hendjaver Alvarez
Calle del muelle 100 apto 3301
San Juan, Puerto Rico 00901

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
Suite 150 San Juan, PR
San Juan, PR 00918-1706 7

00918-170625

2021 AUG 18 PM 5:52

RECEIVED AND SAN JUAN PR 009
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
18 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M Conde Ares_

Participant's Address: _HC 20 Box 26282 San Lorenzo, PR. 00754_

Participant's Email Address: _condeac@de.pr.gov_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167931_

Nature of Claim: _Salary and pension_

By: _Carmen M Conde Ares_
Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR 009

17. AUG 2021. PM 1 L

00918-176625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 5:52

United States District
Court Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

Alzheimer's
FIRST-CLASS/USA

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Conde Ares

Participant's Address: HC 30 Box 36282 San Lorenzo, P.R. 00754

Participant's Email Address: condeace@de.pr.gov

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: 123925

Nature of Claim: Salary and pension

By: Carmen M. Conde Ares
     Signature

Carmen M. Conde Ares
     Print Name

_____
     Title (if Participant is not an individual)

August 16, 2021
     Date

(stamp, right margin:) RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR  2021 AUG 18 PM 5: 52

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18  PM 5: 52

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR  009
17 AUG 2021 PM1 L

United States District
Court Clerk's Office
150 Ave. Carlos Chardón Ste.150
Son Juan, P.R. 00918-1767

Alzheimer's
FIRST CLASS USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Conde Aros*

Participant's Address: *HC-50 Box 36282 San Lorenzo, P.R. 00754*

Participant's Email Address: *condeac@de.pr.gov*

Name of Counsel: *None*

Address of Counsel: *None*

Email Address of Counsel: *None*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *167937*

Nature of Claim: *Salary and Pensions*

By: *Carmen M Conde Aros*
Signature

*Carmen M. Conde Aros*
Print Name

_____
Title (if Participant is not an individual)

*August 16, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo, P.R. 00754

SAN JUAN PR. 009

7 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG 18 PM 3: 46

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District
Court Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Alzheimer's
FIRST-CLASS USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Conde Ares_

Participant's Address: _HC 20 Box 26282 San Lorenzo, P.R. 00754_

Participant's Email Address: _condeacede-pr.gov_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167924_

Nature of Claim: _Salary and Pension_

By: _Carmen M. Conde Ares_
      Signature

_Carmen M. Conde Ares_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Z. Collazo Santos_

Participant's Address: _Urb. Quinta del Rio Plaza 18 J-5 Bayamón, P.R._

Participant's Email Address: _luzcolsan @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _70426_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Luz Z. Collazo Santos_
Signature

_Luz Z. Collazo Santos_
Print Name

_____
Title (if Participant is not an individual)

_August 10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

L.Z. Collazo Santos
Quinta del Rio J-5 Plaza Dieciocho
Bayamón, PR 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 5:52

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR 009

17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ortega López_

Participant's Address: _RR12 Box 10053 Bayamón P.R. 00956_

Participant's Email Address: _C.ortegalopez47@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117228_

Nature of Claim: _Pension / Retiree_

By: _Carmen Ortega López_
Signature

_Carmen Ortega López_
Print Name

_____
Title (if Participant is not an individual)

_august 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Ortega López
RR 12 Box 10053
Bayamon P.R 00956

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

SAN JUAN PR. 009

AUG 2021 PM 1 L

U.S. DIST'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18  PM 5:52

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen D. Ortiz Colón

Participant's Address: 220 Sec. Monte Verde Cidra, P.R. 00739

Participant's Email Address: delia_ortiz3@hotmail.com.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 176 212

Nature of Claim: Inactive payment salary increase under the laws. Romenazo law 89, law 96-2002, law 164 3023, law 109-2008

By: _____
Signature

Carmen D Ortiz Colón
Print Name

_____
Title (if Participant is not an individual)

6-agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen D. Ortiz colón
220 Sec. Monte Verde
Cidra P.R. 00739

00918-170625

United States Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN P.R. 009

RECEIVED AND FILED
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

2021 AUG 18 PM 5: 51

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma  Pabón  Gonzalez_

Participant's Address: _Bo Ocamo Arriba Carr 155 R555  ocamo P.R.  KM 4.5 HS  00769_

Participant's Email Address: _Norma.Pabón11@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Norma Pola Gonzalez_
Signature

_Norma Pabón Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_08/03/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR    009

17 AUG 2021   PM 1   L

Discovery Notice to the Court's Dir.
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1765

00918-176825

Norma Paban Gonzalez
Hc02 Box 4152-3
Coamo P.R. 00769

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 5:51

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Fernando Rivera Morrero_

Participant's Address: _PO Box 1392 Vega Alta, P.R. 00692_

Participant's Email Address: _riverafernando511@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Retirement System_

By: _Fernando Rivera_
    Signature

_Fernando Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8-17-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fernando Rivera
P.O. Box 1394
Vega Alta, P.R. 00692

RECEIVED & FILED
2021 AUG 18 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
17 AUG 2021 PM 1 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ovidio Pesante Otero_

Participant's Address: _127 Sendero Alto Las Haciendas Canovanas PR 00725_

Participant's Email Address: _Opesante@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _31431_

Nature of Claim: _Retire_

By: _____
Signature

_Ovidio Pesante Otero_
Print Name

_____
Title (if Participant is not an individual)

_8/15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olivia Resante Olivas
127 Sergio Amb
Los Arecindes
Canovans PR 00725

00918-170625

United States District Court Clerk Office
150 Ave Carlos Chardon
Ste 150
San Juan PR 00918-1767

SAN JUAN PR  009

17 AUG 2021 PM 1  L

RECEIVED & FILED
2021 AUG 18  PM 3 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen T. Alicea Burgos*

Participant's Address: *P. O. Box 1364 Aibonito, P.R. 00705*

Participant's Email Address: *Carmenalicea546@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *63340*

Nature of Claim: *Public Employee Claim*

By: *Carmen T. Alicea Burgos*
Signature

*Carmen T. Alicea Burgos*
Print Name

*Teacher*
Title (if Participant is not an individual)

*15 - 8 - 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen T. Alicea Burgos
P.O. Box 13694
Arbonito PR. 00705

United States District Court Clerk's
Office 150 Ave. Carla Sheridan
Ste. 150, San Juan PR. 00948 Mey

SAN JUAN PR   009
16 AUG 2021   PM 1

2021 AUG 18 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *María de L. Maldonado Pagán*

Participant's Address: *Urb. Villa Carolina 38-4 Calle 36 Carolina, PR 00985*

Participant's Email Address: *lour1274@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *3283 or *37344*

Nature of Claim: *Retired Employee System Funds ($13,846.87)*

By: *Ma Maldonado Pag*
Signature

*María de L. Maldonado Pagán*
Print Name

*Secretaria Aux del Tribunal*
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA DE LOURDES MALDONADO PAGAN
URB VILLA CAROLINA
38-4 CALLE 36
CAROLINA PR  00985

RECEIVED & FILED
2021 AUG 18  PM 3: 46
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
17 AUG 2021  PM 1  L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
#150 AVE. CARLOS CHARDON STE 150
SAN JUAN PR  00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Vargas Cavo_

Participant's Address: _HC 2 Box 6077 Rincón PR 00677_

Participant's Email Address: _Keshy29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168025, 168026, 168027_

Nature of Claim: _____

By: _José A. Vargas C___
Signature

_José A. Vargas Cavo_
Print Name

_Conserje_
Title (if Participant is not an individual)

_13 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Vargas Cano
HC 2 Box 6077
Rincón, P.R. 00677

United State District Court
Clerk's Office, 150 Ave. Carlos Chardón Ste 150,
San Juan, P.R. 00918-1767

SAN JUAN PR
15 AUG 2021 PM 1

RECEIVED FILED
2021 AUG 18 PM 3: 46

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Colón_

Participant's Address: _M12 Guilarte St., Guaynabo, PR 00969_

Participant's Email Address: _a-faulkner1359@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64454_

Nature of Claim: _Pension / Retiree_

By: _Mildred Colón_
Signature

_Mildred Colón_
Print Name

_____
Title (if Participant is not an individual)

_08/15/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abdul Colón
Miz Dolli Shabert
Guynabo PR 00969

0091 661706 0018



SAN JUAN PR 009
16 AUG 2021 PM 1 L

celebrate

Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste...
San Juan PR 00918

RECEIVED & FILED
2021 AUG 18 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Rosa Cruz Cruz_

Participant's Address: _Calle Cojoba 2833 Los Caobos, Ponce, P.R. 00716_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _106617   et. al._

Nature of Claim: _Unpaid wages by the government of Puerto Rico_

By: _Ana Rosa Cruz Cruz_
   Signature

_Ana Rosa Cruz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Ana Rosa Cruz Cruz
Calle Cojoba 2633
Los Caobos
Ponce, Puerto Rico 00 716

RECEIVED & FILED

2021 AUG 18 PM 3: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 009 18-1767

00918-1706.25

SAN JUAN PR 009
17 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _James Swinderman_

Participant's Address: _HC6 Box 2076 Ponce PR 00731_

Participant's Email Address: _MSwinderman@ARCSUNEnergy.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283 LTS_

Nature of Claim: _____

By: _James Swinderman_
   Signature

_James Swinderman_
Print Name

_____
Title (if Participant is not an individual)

_8 15 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JRS
HC6 Box 2024
PorceJ PR

RECEIVED & FILED

2021 AUG 18 PM 3:46

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

SAN JUAN PR 009

17 AUG 2021 PM 1 L

Court Clerk
United States District Court
Clerk's office
150 Ave Charlow Ste 150
San Juan PR 00918



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Santiago Torres Luz*

Participant's Address: *HC-01 Box 3705*

Participant's Email Address: *luzleida59@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: *ccordova@proskauer.com*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO. 17 BK 3283-LTS*

Nature of Claim: _____

By: *Luz L. Santiago Torres*
Signature

*Luz L. Santiago Torres*
Print Name

_____
Title (if Participant is not an individual)

*Agosto 02/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz L. Santiago Torres
HC01-Box 3705 Guilartes
adjuntas P.R. 00601

SAN JUAN PR. 009
16 AUG 2021 PM 1 L

United States District courts
OFFice 150 Ave. Carlos Chardon Ste
San Juan P.R. 00918-1767
150

0091881706 C01A