UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.¹ | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 18, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 19, 2021

1. Raquel Irizarry Segarra
2. Larissa Triana Lopez
3. Lourdes Aquino Freytes
4. Carmen Alicia Cabrera Rodriguez (3 notices)
5. Ruth D. Berrios Rodriguez (3 notices)
6. Antonio Rolon Marrero
7. Marlyn Alicia Munera Rosa (2 notices)
8. Marisol Rivera Cruz
9. Larissa Triana Lopez
10. Francisco Enrique Herrera
11. Gynna M. Blas Rivera
12. Gladys Rivera Mendez
13. Anibal Blas Lopez
14. Luis A. Marin Rios
15. Justo Prieto Garcia
16. Ruben Cruzado Rodriguez
17. Ana Gloria Ortega Bernard (3 notices)
18. Ricardo Cruz Torres (2 notices)
19. Raymond E. Salva Rosa
20. Santiago Diaz Nectar Aurelia
21. Miriam Morales
22. Carmen M. Rosado Marchese (2 notices)
23. Carlos M. Colon Feliciano

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 19, 2021

24. Daniel Gonzalez Ocasio

25. Eladio Roman Estrada

26. Edgar J. Roman Estrada

27. Maria J. Estrada Ocasio

28. Eddie N. Figueroa Rivera

29. Oscar Soto Marquez

30. Iris N. Figueroa Diaz

31. Merzaida Rios Guzman

32. Blanca N. Gonzalez Moreno

33. Jesus E. Rodriguez Torres

34. Ida Y. Piñero Ruiz

35. Joanaly Aviles Allende

36. Jose E. Lopez Lopez

37. Ana Lydia Rosario Maysonet

38. Magaly Muñiz Tirado

39. Isabel Tirado Ruiz

40. Alejandro G. Ocasio Estrada

41. Miguel A. Gonzalez Vargas

42. Vivian Duran Jimenez (3 notices)

43. Edwin A. Portalatin Gonzalez c/o Betzaida Rodriguez Vazquez

Dated: August 19, 2021

3