Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Raquel Irizarry Segarra

Participant's Address: Urb. Belmonte #60 calle Cordova Mayaguez PR 00680

Participant's Email Address: raquel.irizarry5553@gmail.com

Name of Counsel: The commonwealth of Puerto Rico

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: Raquel Irizarry Segarra
Signature

Raquel Irizarry Segarra
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raquel Irizarry Saguna
Urb. Belmonte #4c
Calle Cordova
Mayagues P.R. 00680

8018   3021581504 MILWAUKEE WI 530

14 AUG 2021 PM 5 L

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918

U.S. DISTRICT COURT
DISTRICT OF PR
2021 AUG 18 PM 3 46
RECEIVED & FILED
IN SAN JUAN

FOREVER USA   PURPLE HEART

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Larissa Triana López_

Participant's Address: _Cond. Camelot, Carr. 842, Box 4201, San Juan P.R. 00926-9760_

Participant's Email Address: _LarissaTriana@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _95165_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Larissa Triana López_
Signature

_Larissa Triana López_
Print Name

_____
Title (if Participant is not an individual)

_08/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LaRissa Triana
Cond. Camelot, Carr. 842
Apt. 4201, San Juan
Puerto Rico 00926-9760

RECEIVED & FILED

2021 AUG 18  PM 3: 46

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

Court is Clerk's Office
United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009

17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Aquino Freytes_

Participant's Address: _Calle-Laurel E6 Colinas deGuaynabo_
_Guaynabo, P.R. 00969_

Name of Counsel: _Aquino lourdes 47@gmail.com_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _14217_

Nature of Claim: _____

By: _Lourdes aquino Freytes_
Signature

_Lourdes Aquino_
Print Name

_____
Title (if Participant is not an individual)

_16 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Lourdes M Aquino**
Colinas De Guaynabo
E6 Calle Laurel
Guaynabo, PR 00969-6209

00918-170625

Court's Office at:
United States District Court
Clerk's Office, 150 Ave. Carlos Chardon ste.
150, San Juan, P.R. 00 918-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L



RECEIVED & FILED
2021 AUG 18 PM 3 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Alicia Cabrera Rodriguez

Participant's Address: 8 Rio Cañas Abajo Juana Diaz P.R. 00795

Participant's Email Address: carmenaliciacabrera@ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

RECEIVED & FILED

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 106145

Nature of Claim: Claim for money owed for years of service as a teacher of Visual Arts in the Education Deparment of Puerto Rico and the teaching career.

By: _____
Signature

Carmen A. Cabrera Rodriguez
Print Name

Ley 88 julio 1995 Bomerazo,
Ley 134 julio 1996 Aportacion acumulado Retiro
Ley 96 julio 2002 Almento de sueldo
Ley 164 julio 2003 Aumento de sueldo
Ley 164 enero 2004 Gobernadora Sila M. Calderon
Ley 109 junio 2008 Escala salarial pasos

_____
Title (if Participant is not an individual)

17-990-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Cabrera Rodriguez
8 Rio Cañas Abajo
Juana Diaz P.R.
00795

Discovery Notice to the Court's
Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R.
00918-0000

SAN JUAN PR  009
17 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Alicia Cabrera Rodríguez

Participant's Address: 8 Río Cañas Abajo Juana Díaz P.R. 00795

Participant's Email Address: carmenaliciacabrera@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 106145

Nature of Claim: Claim for money owed for years of service as a teacher of Visual Arts in the Education Department of Puerto Rico and the teaching career.

By: _____
Signature

Carmen A Cabrera Rodríguez
Print Name

_____
Title (if Participant is not an individual)

17-990-2021
Date

Ley 88 Julio 1995 Romerazo
Ley 134 julio 1996 Aportación acumulado Retiro
Ley 96 julio 2002 Aumento de sueldo
Ley 164 julio 2003 Aumento de sueldo
Ley 164 enero 2004 Gobernadora Sila M. Calderón
Ley 109 junio 2008 Escala salarial "pasos".

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Cabrera Rodriguez
8 Rio Canas Abajo
Juana Diaz P.R.
00795

SAN JUAN PR 009
17 AUG 2021 PM 1 L

Discovery Notice to the Court's
Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767
00918176725

RECEIVED & FILED
21 AUG 18 PM 3:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Alicia Cabrera Rodriguez

Participant's Address: 8 Rio Cañas Abajo Juana Diaz P.R.00795

Participant's Email Address: carmenalicia cabrera@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 106145

Nature of Claim: Claim for money owed for years of service as a teacher of Visual Arts in the Education Department of Puerto Rico and the teaching career.

By: _____
Signature

Carmen A Cabrera Rodriguez
Print Name          Ley 88 julio 1995 Romerazo
                    Ley 134 julio 1996 Aportación acumulado Romerazo
                    Ley 96 julio 2002 Aumento de sueldo
_____ Ley 164 julio 2003 Aumento de sueldo
                    Ley 164 enero 2004 Gobernadora Sila M. Calderon
Title (if Participant is not an individual) Ley 109 junio 2008 Escala salarial pasos.

17-ago-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Cabrera Rodriguez
8 Rio Canas Abajo
Juana Diaz P.R.
00795

SAN JUAN PR  009

17 AUG 2021 PM 1 1

Discovery Notice to the Court
Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-170625

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 18 PM 8
RECEIVED & FILED

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth D. Berrios Rodriguez_

Participant's Address: _HC-8 Box 38709 Caguas, P.R. 00725_

Participant's Email Address: _ruthdberrios @ hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _146482_

Nature of Claim: _Public Employee - Pension_

By: _Ruth D. Berrios Rodriguez_
Signature

_Ruth D. Berrios Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 12, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth D. Berrios
Hc-08 Box 38709
Caguas, P.R. 00725

SAN JUAN PR 009

16 AUG 2021 PM 1 L



United States District Court, Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth D. Berrios Rodriguez*

Participant's Address: *HC-08 Box 38709 Caguas, PR 00725*

Participant's Email Address: *ruthdberrios@hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *106843*

Nature of Claim: *Public Employee*

By: *Ruth D. Berrios Rodriguez*
Signature

*Ruth D. Berrios Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*12/agosto/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth D. Berrios
HC-08 Box 38709
Caguas, P.R. 00725

0091881706 C01B

SAN JUAN PR 009

16 AUG 2021 PM 1 L

United States District Court, clerks
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 18 PM 3 47

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth D. Berrios Rodriguez*

Participant's Address: *HC-8 BOX 38709 Caguas, P.R 00725*

Participant's Email Address: *ruthdberrios @ hotmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *132446*

Nature of Claim: *Public Employee*

By: *Ruth D. Berrios Rodriguez*
Signature

*Ruth D. Berrios Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*August 12, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth D. Berrios
HC-08 Box 38709
Caguas, P.R. 00725

0091881706 C01B

United States District Court Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
16 AUG 2021. PM 1. L.



RECEIVED & FILED
2021 AUG 18 PM 3 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _A n t o n i o   R o l ó n   M a r r e r o_

Participant's Address: _RR 05 Box 7678, Toa Alta, P.R._

Participant's Email Address: _____

Name of Counsel: _Police Headquarters_

Address of Counsel: _Hato Rey, P.R._

Email Address of Counsel: _Policia puerto Rico . Gov_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _Financial Oversight_

By: _[signature]_

Signature

_A n t o n i o   R o l o n_

Print Name

_Policia_

Title (if Participant is not an individual)

_August 15, 2021_

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Antonio Ralón
RR 05 Box 7678
San Juan, PR 00953

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L

United State District Court
Clerk office , 150 Que. Carlos
Charlotte Ste. 150 San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marlyn Alicia Munera Rosa_

Participant's Address: _HC 6 Box 2049 Ponce P.R. 00731-9602_

Participant's Email Address: _munera_marlyn @ Yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75995_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Marlyn A Munera Rosa_
Signature

_Marlyn A. Munera Rosa_
Print Name

_____
Title (if Participant is not an individual)

_8/17/2021_
Date

RECEIVED & FILED
2021 AUG 18 PM 3 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Marlyn A Miranda Rosa
HC-6 Box 2049
Ponce, P.R. 00731-9602

To: United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009

17 AUG 2021 PM 1 L

00918-1 70625

CARTE LA POSTAL

CARTE
LA POSTAL

U.S. DISTRICT COURT
OFFICE
2021 AUG 18 PM 3:47
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marlyn Alicia Munera Rosa_

Participant's Address: _HC-6 Box 2049 Ponce P.R. 00731-9602_

Participant's Email Address: _munera_marlyn @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102092_

Nature of Claim: _Public Employee and pension / Retiree Claims_

By: _Marlyn A. Munera Rosa_
    Signature

_Marlyn A. Munera Rosa_
Print Name

_____
Title (if Participant is not an individual)

_8/17/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Marlyn A Munnoz Roso
HC - 6 box 2049
Ponce, PR 00731-9602

To: United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1

CAPPUCCINO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

21 AUG 18 PM 3 47

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Rivera Cruz_

Participant's Address: _Urb. Oneill 2 Calle B, Manati, P.R. 00674-6143_

Participant's Email Address: _mriveracruz.mrc@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139739_

Nature of Claim: _DE, Carrera Magisterial, Pasos por años de servicios_

By: _Marisol Rivera Cruz_
Signature

_Marisol Rivera Cruz_
Print Name

_____
Title (if Participant is not an individual)

_15 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 18 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



Marial Rivera Cruz
Calle B Num. 2
Urb. Quell
Notal #PR 00674

RECEIVED & FILED
2021 AUG 18 PM 3:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
17 AUG 2021 PM 1 L

00918-1706.25

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _La Rissa TRiana López_

Participant's Address: _Cond. Camelot, Carr, 842, Box 4201, SanJuan, PueRTo Rico 00926-9760_

Participant's Email Address: _LaRissaTRiana@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98028_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of PueRTo Rico_

By: _Larissa Triana López_
Signature

_Larissa TRiana López_
Print Name

_____
Title (if Participant is not an individual)

_08/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Larissa Triana
Cond. Camelot, Carr. 842
Apt. 4201, San Juan
Puerto Rico, 00926-9160

RECEIVED & FILED

2021 AUG 18 PM 3: 47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon, Ste. 150
San Juan, P. R 00918-1767

SAN JUAN PR 009

17 AUG 2021 PM 1 L

Barbados Blackbelly Sheep
USA / FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Francisco Enrique Herrera_

Participant's Address: _Calle Flamboyan #2006 Apt. 1, Villa Palmera, San Juan, 00915_

Participant's Email Address: _santabenitezvd@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Francisco Herrera_
    Signature

_Francisco E. Herrera_
Print Name

_____
Title (if Participant is not an individual)

_8/12/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fco. E. Herrera
Cell Filamberger 2006
Apt. 1
Villa Prades
San Juan P.R. 00915

RECEIVED & FILED
2021 AUG 18 PH 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-170625

Discovery Notice to The Court
United States District Court Clerk's office
150 Ave. Carlos Chardón, Suite 150
San Juan P.R. 00918-1767

SAN JUAN PR   009
17 AUG 2021 PM 1   L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gynna M. Blas Rivera_

Participant's Address: _Calle Trinitaria #203 Quintas de Campeche_

Participant's Email Address: _gynnablas@hotmail.com_

Name of Counsel: _N/A   None_

Address of Counsel: _N/A   None_

Email Address of Counsel: _N/A   None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _The employees retirement System of commonwealth of Puerto Rico_

By: _Gynna M. Blas Rivera_
Signature

_Gynna M. Blas Rivera_
Print Name

_____
Title (if Participant is not an individual)

_16 Agosto/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gynna H. Blas Rivera
Calle Trinitaria #203 Quintas de Canovale
Carolina P.R. 00987

RECEIVED & FILED
2021 AUG 18  PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
17 AUG 2021  PM 1  L

00918-170625

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gladys Rivera Mendez

Participant's Address: Calle Trinitaria # 203 Quintas de Campeche P.R. 00987

Participant's Email Address: gladysblas1942@gmail.com

Name of Counsel: NONE

Address of Counsel: NONE

Email Address of Counsel: NONE

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: The Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

By: _Gladys Rivera Mendez_
Signature

Gladys Rivera Mendez
Print Name

Retirement
Title (if Participant is not an individual)

16/Agosto/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Rivea Méndez
Calle Trinitaria #263
Quintas de Campeche
Carolina P.R. 00687

RECEIVED & FILED
2021 AUG 18  PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00916-706525

Discovery Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
17 AUG 2021 PM 1  L

FOREVER USA



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ___Anibal Blas Lopez___

Participant's Address: ___Calle Trinitaria #203 Quintas de Campeche Carolina PR 00987___

Participant's Email Address: ___Anibalbbs 1942@gmail.com___

Name of Counsel: ___NONE___

Address of Counsel: ___NONE___

Email Address of Counsel: ___NONE___

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: ___17 BK 3283 - LTS___

Nature of Claim: ___The employees Retirement System of the goverment of the___
By: ___Anibal Blas Lopez___   ___Commonwealth of Puerto Rico___
Signature

___Anibal Blas Lopez___
Print Name

___Retirement___
Title (if Participant is not an individual)

___16 Agosto 21___
Date

RECEIVED & FILED
2021 AUG 18  PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aníbal Blas López
Calle Trinitaria # 203
Quintas de Campeche
Carolina PR. 00987

RECEIVED & FILED

2021 AUG 18  PM 00 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706825

SAN JUAN PR   009

17 AUG 2021  PM 1  L

Discovery Notice to the Court's Clerks office at:
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Marin Rios_

Participant's Address: _Brisas del Caribe Buzon 55 Ponce P.R 00728_

Participant's Email Address: _lamr2754 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _87743_

Nature of Claim: _____

By: _____
Signature

_Luis A. Marin Rios_
Print Name

_____
Title (if Participant is not an individual)

_8-17-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis H. Maria Rios
Brisas del Caribe
Burón 75
Ponce, PR 00728

00918-170625

SAN JUAN PR 009
17 AUG 2021 PM 1 L

United State District Court
clerk's Office
150 Ave. Carlos Chardon
San Juan, PR 00918-

2021 AUG 18 PM 3 48
RECEIVED & FILED
CLERK'S OFFICE
SAN JUAN P.R.
U.S. DISTRICT COURT

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Justo Prieto Garcia*

Participant's Address: *Paseo Tribol H-7 Urb. Jardines de Ponce*
*Ponce, P.R 00730*

Participant's Email Address: *Gprieto200 @ yahoo. com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *$100,000⁰⁰ inverted in the commonwealth of P.R.*

By: _____
Signature

*Justo Prieto Garcia*
Print Name

_____
Title (if Participant is not an individual)

*August 17, 2021*
Date

RECEIVED & FILED
2021 AUG 18 PM 3: 48
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Justo Avilés García
PASEO TREBOL H-7
URB. JARDINES DE PONCE
PONCE, PUERTO RICO 00730

RECEIVED & FILED

2021 AUG 18  PM 3:

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1 70625

UNITED STATES DISTRICT COURT,
CLERK'S OFFICE, 150 AVE. CARLOS CHARDON STE
150
SAN JUAN, PUERTO RICO 00918-1767

SAN JUAN PR  009

17 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   _Ruben Cruzado Rodriguez_

Participant's Address:   _P.O. Box 8765 Carolina, P.R. 00988_

Participant's Email Address:   _i. pagan.hernandez@gmail.com_

Name of Counsel:   _Ivan Pagan Hernandez_

Address of Counsel:   _P.O. Box 8765 Carolina PR. 00988_

Email Address of Counsel:   _i. pagan.hernandez@gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _____

Nature of Claim:   _____

By:   _____
     Signature

     _Ivan Pagan Hernandez_
     Print Name

     _____
     Title (if Participant is not an individual)

     _August 16, 2021_
     Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Note. August 15, 2021 is sunday

From:
José Reyes Hernández
Box 8769
Carolina, P.R. 00988

RECEIVED & FILED
2021 AUG 18 PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1706.25

Clerk Office
United States, District Court
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Gloria Ortega Bernard_

Participant's Address: _Urb. Parque del Monte, Cibuco AA-23, Caguas, P.R. 00727_

Participant's Email Address: _agob1004@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Ana Gloria Ortega Bernard_
Signature

_Ana Gloria Ortega Bernard_
Print Name

_____
Title (if Participant is not an individual)

_August 2nd / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana Rivera Ortega
Urb. Parque del Monte
Calle Citania AA-23
Caguas P.R. 00727

RECEIVED & FILED
2021 AUG 18  PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Clerki Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
17 AUG 2021 PM 1  L


BASEBALL
STAR
Yogi Berra  FOREVER

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Ana Gloria, Ortega Bernard

Participant's Address:    Urb. Parque del Monte, Cibuco AA-23, Caguas, P.R. 00727

Participant's Email Address:    agob1004@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    No. 17 BK 3283 -LTS

Nature of Claim:    PROMESA   Title III

By:    Ana Gloria Ortega Bernard
Signature

Ana Gloria Ortega Bernard
Print Name

_____
Title (if Participant is not an individual)

August 2nd/2021
Date

RECEIVED & FILED
2021 AUG 18 PM 3 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ana Alicia Ortega
Urb. Parque del Monte
calle Liana AA-23
Caguas, P.R. 00727

RECEIVED & FILED
2021 AUG 18 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Clerk's Office
150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Gloria Ortega Bernard_

Participant's Address: _Urb. Parque del Monte, Cibuco AA-23, Caguas, P.R. 00727_

Participant's Email Address: _agob1004 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Ana Gloria Ortega Bernard_
Signature

_Ana Gloria Ortega Bernard_
Print Name

_____
Title (if Participant is not an individual)

_August 2nd, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Elias Ortega
Urb. Parque del Monte
Calle Cibuco AA-23
Caguas, P.R. 00727

RECEIVED & FILED
2021 AUG 18 PM 3: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
17 AUG 2021 PM 1 L

YogiBerra
FOREVER
BASEBALL
ALL-STAR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Cruz Torres_

Participant's Address: _P.O. Box 354 Tallaboa Alta Sector La Moca Carretera 520_
_KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address: _✓ cruz—14@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _79581_

Nature of Claim: _Romeraso_

By: _Ricardo Cz Torres_
Signature

_Ricardo Cruz Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ricardo Cruz Torres
P.O. Box 354
Peñuelas, P.R. 00624

0091B-170625

SAN JUAN PR   0009

17 AUG 2021   PM 1

To: United States District Court
Clerks Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



RECEIVED & FILED
2021 AUG 18 PM 3:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER/USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Cruz Torres_

Participant's Address: _P.O. Box 354 Tallaboa Alta Sector La Moca Carretera 520 KM 1.5 Peñuelas, P.R. 00624_

Participant's Email Address: _r cruz_14@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _79581_

Nature of Claim: _Romeraso_

By: _Ricardo Cg Torres_
Signature

_Ricardo Cruz Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 18 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Ricardo Cruz Torres
P.O. Box 354
Peñuelas, P.R. 00624

RECEIVED & FILED
2021 AUG 18  PM 3: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

To: United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

17 AUG 2021  PM 1  L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Salva Rosa, Raymond E._

Participant's Address: _Urb. Santa Maria L-29 calle Santa Ana Toa Baja PR 00949_

Participant's Email Address: _dalizmar895@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88778_

Nature of Claim: _Pension / Retiree Claims_

By: _[signature]_
Signature

_Raymond E. Salva Rosa_
Print Name

_Municipal Police_
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Raymond E. Salva Rosa
Urb Santa María
L-29 Calle Santa Ana
Toa Baja, PR 00949

RECEIVED & FILED

2021 AUG 18  PM 3:49

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Santiago Díaz Néctar Aurelia_

Participant's Address: _P.O Box 9555, Caguas P.R 00726_

Participant's Email Address: _nectarsantiago@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80154_

Nature of Claim: _Money owed by the government of P.R. to public employee and pension retiree._

By: _Néctar Aurelia Santiago Díaz_
Signature

_Néctar Aurelia Santiago Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 18 PM 3: 49

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

From;
Néctor Aurelia Santiago Diaz
P.O Box 9555, Caguas P.R.
00726

00918-170625

To;
United States District Court Clerks
Office, 150 Ave. Carlos Chardón Ste 150
San Juan. P.R. 00918-1767.

SAN JUAN PR 009

17 AUG 2021 PM 1 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:         *Miriam Morales*

Participant's Address:      *Urb. Parque de Candelero 172 c/ubina*
                            *Humacao, P.R. 00791*

Participant's Email Address:  *moralesmiriam45@gmail.com*

Name of Counsel:            _____

Address of Counsel:         _____

Email Address of Counsel:   _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:               *17 BK 3283-LTS*

Nature of Claim:            _____

By:     *Miriam Morales*
        Signature

        *Miriam Morales*
        Print Name

        _____
        Title (if Participant is not an individual)

        *08-11-2021*
        Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Morales
Parque De Candelero
172 Calle Luria #4
Humacao, P.R. 00791

00918-170625

United States District Court
Clerks office
150 Ave. Carlos Chardon STE. 150
San Juan, P.R. 00918-1767

SAN JUAN PR
17 AUG 2021 PM

FOREVER / USA
FOREVER / USA

2021 AUG 18 PM 3: 49
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Rosado Marchese_

Participant's Address: _169 Urb. Altamira, Lares, P.R 00669_

Participant's Email Address: _c.rosadomarchese@gmail.com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139.365_

Nature of Claim: _I believe that when I retired if I would have gotten what I deserved as a fair person I would have a better quality of life. I believe I deserve this claim._

By: _Carmen Rosado Marchese_
Signature

_Carmen Rosado Marchese_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

clain 139365

Carmen Renado Morchae
169 leb. atteminia
Favor, P.R. 00669

RECEIVED & FILED
2021 AUG 18 PM 3: 49
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

00918-170625

Discovery Notice to the Court's Clerk office
United States District Court, Clerk's office
150 Ave. Carlos Chardon St. 150
Sean Juan, P.R.
00918-1767

SAN JUAN PR  009

17 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Rosado Marchese

Participant's Address: 169 Urb. Altamira, Lares, P.R 00669

Participant's Email Address: c.rosadomarchese@gmail.com

Name of Counsel: none

Address of Counsel: none

Email Address of Counsel: none

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 77495

Nature of Claim: I beleive that when I retired if I would have gotten a fair pension with these claims I would have a better quality of life in theses times. I deserve this claim.

By: _Carmen Rosado Marchese_
Signature

Carmen Rosado Marchese
Print Name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Baradi Marchese
109 Urb. Altamira
Ponce P.R. 00649

Claim 77495

00918-170625

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
17 AUG 2021  PM 1  L

2021 AUG 18 PM 3: 50
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Carlos M. Colón Feliciano_

Participant's Address: _Valles #10 Santa Isabel, PR 00757_

Participant's Email Address: _yancarlospelotero661@gmail.com_

Name of Counsel: _____

Address of Counsel: _United States district Court, Clerk's office, 150 Ave. Carlos Chardon Ste. 150, San Juan PR 00918-1767_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Carlos M. Colón Feliciano_
Signature

_Carlos M. Colón Feliciano_
Print Name

_____
Title (if Participant is not an individual)

_08-16-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos M. Colón Feliciano
Valles #10 Santa Isabel
Santa Isabel PR. 00757

RECEIVED & FILED

2021 AUG 18  PM 3: 50

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

United States District Courts Clerks
Office
150 Ave. Carlos Chardon St. 150
San Juan Por. 00918-1767

SAN JUAN PR  009

17 AUG 2021  PM 1  L





Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daniel Gonzalez Ocasio_

Participant's Address: _Urb. Ocean View 751 Calle Pas, Arecibo, P.R. 00614_

Participant's Email Address: _dannygonzalez.dgo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Daniel Gonzalez Ocasio_
Print Name

_____
Title (if Participant is not an individual)

_Agost 4 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Gonzalez Ocasio
Urb. Ocean View 751
Calle Pas
Arecibo PR 00614

RECEIVED & FILED

21 AUG 18 PM 3: 50

US DISTRICT COURT
CLERKS OFFICE S.J. P.R.

United States District Court
Clerk's Office
150 Ave Carlos Chardon
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR 009

17 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Eladio Román Estrada*

Participant's Address: *HC 03 Box 9187 Gurabo PR 00778*

Participant's Email Address: *eladioaep@gmail.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *227851*

Nature of Claim: *Commonwealth of PR*

By: *Eladio Roman Estrada*
Signature

*Eladio Román Estrada*
Print Name

*No*
Title (if Participant is not an individual)

*August 16, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgar J. Roman Estrada
Eladio Roman Estrada
Maria J. Estrada Ocasio
HC03 Box 9187
Gurabo PR 00778

7021 1970 0000 8182 8042

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave Carlos Chardon Suite 150
San Juan PR 00918-1767

00918-1 70625



U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778
AUG 17 '21
AMOUNT
1000
00918
$7.00
R2305K139815-02

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edgar J. Roman Estrada_

Participant's Address: _HC-3 Box 9187 Gurabo P.R. 00778_

Participant's Email Address: _m estrada orasio 2210 g mail . com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Depto Educación - AEP_

Nature of Claim: _Commonwealth of P.R._

By: _Edgar J. Roman Estrada_
Signature

_Edgar J. Roman Estrada_
Print Name

_NO_
Title (if Participant is not an individual)

_August 16 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgar J. Román Estrada
Eladio Román Estrada
Maria J. Estrada Ocasio
HC03 Box 9187
Gurabo PR 00778

CERTIFIED MAIL

7021 1970 0000 8182 8042

00918-176625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Suite 150
San Juan PR 00918-1767




U.S. POSTAGE PAID
FCM LETTER
GURABO, PR
00778
AUG 17, 21
AMOUNT
$7.00
R2305K13981S-02

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria J. Estrada Ocasio_

Participant's Address: _HC 3 Box 9187 Gurabo PR 00778_

Participant's Email Address: _mestradaocasio221@gmail.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _321311_

Nature of Claim: _Commonwealth_

By: _Maria J. Estrada Ocasio_
Signature

_Maria J. Estrada Ocasio_
Print Name

_No_
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgar J. Roman Estrada
Eladio Roman Estrada
Maria J. Estrada Ocasio
HC03 Box 9187
Guayabo PR 00778

00918-170625

CERTIFIED MAIL

7021 1970 0000 8182 8042

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Suite 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM, LG ENV
GUAYABO, PR
00778
AUG 17, '21
AMOUNT
$7.00
R2305K139815-02

1000

00918

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eddie N. Figueroa Rivera_

Participant's Address: _Calle O #901   Bda. Morales Caguas PR 00725_

Participant's Email Address: _eddie.figue66@icloud.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _26711_

Nature of Claim: _Commonwealth_

By: _[signature]_

Signature

_Eddie N. Figueroa Rivera_

Print Name

_No_

Title (if Participant is not an individual)

_August 18, 2021_

Date

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18  PM 5:50

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eddie N. Figueroa Rivera
Calle O # 801
Bda Morales
Caguas PR 00725

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

7021 1970 0000 8182 8059

00918-170625

U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
AUG 17, 21
AMOUNT
$7.00
R2304M116337-66




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Oscar Soto Márquez_

Participant's Address: _HC 2 Box 13320_

Participant's Email Address: _oscarsoto1968@gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _30764_

Nature of Claim: _Commonwealth_

By: _[signature]_
Signature

_Oscar Soto Márquez_
Print Name

_NO_
Title (if Participant is not an individual)

_August 16, 2021_
Date

2021 AUG 18  PM 5:50
RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oscar Soto Marquez
HC 2 Box 13320
Aguas Buenas PR 00703-9636

FILED
OFFICE
CT COURT
SA... N, PR
2021 AUG 18 PM 5:50

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00 918-1767

7021 1970 0000 8182 8035

00918-170625




$7.00
AMOUNT
AUG 17, 21
00725
CAGUAS, PR
FCM LETTER
U.S. POSTAGE PAID

R2304M116337-66

00918

1.000
UNITED STATES
POSTAL SERVICE®

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _IRIS N. Figueroa Diaz_

Participant's Address: _HC 2 BOX 7651-Ciales, PR 00638_

Participant's Email Address: _shakoski.7@gmail.com_

Name of Counsel: _Lcda. Maria del C. Pagan Pagan_

Address of Counsel: _CC-20 AVE Santa Juanita_
_Bayamon P.R 00961_

Email Address of Counsel: _787-787-3978_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _IRIS N. Figueroa Diaz_

By: _Iris N. Figueroa Diaz_
   Signature

_IRIS N. Figueroa Diaz_
   Print Name

_(Abogada) -Lcda- Pagan_
   Title (if Participant is not an individual)

_16/Agosto/2021_
   Date

_Licenciada_
_No se encuentra_
_en oficina_
_lo llene yo como_
_individuo y_
_pension._

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18 PM 5:49



Luis M. Figueroa)
HC-2-Box 7651
Ciales P.R. 00638

Discovery Notice of the Court's clerk's office
Unite State District Court, clerk's office
150 Ave Carlos Chardon ste. 150
San Juan, PR 00918-1767

CERTIFIED MAIL

7019 0700 0001 0950 1989

00918-1706.25

U.S. POSTAGE PAID
FCM LG ENV
CIALES PR
00638
AUG 16 21
AMOUNT
$3.60
R2305K136214-02

U.S.A FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MERZAIDA RIOS GUZMAN

Participant's Address: #77 Res. Alturas de Cibuco, Corozal, P.R. 00783

Participant's Email Address: merzaida1125@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesas III

By: _Merzaida Rios Guzmán_
Signature

Merzaida Rios Guzmán
Print Name

_____
Title (if Participant is not an individual)

Agosto 16, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mergaida Ríos Guzmán
77 Res. Alturas de Cibuco
Corozal, P.R. 00783

CERTIFIED MAIL

RETURN RECEIPT
REQUESTED

7020 3160 0001 5039 4405

00918-170825

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Blanca M. González Moreno

Participant's Address:   Comunidad Stella Calle 14 Buzón 2518 Rincon P.R. 00677

Participant's Email Address:   bgonzalez2916@gmail.com

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   No. 17 BK 3283 - LTS

Nature of Claim:   Promesa Title III

By:   Blanca M. González Moreno
Signature

Blanca M. González Moreno
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blanca M. González Moreno
Comunidad Stella
Calle 14 Buzón 2518
Rincón, P.R. 00677

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 18   PM 5:49

0091 8-170625

7020 0640 0001 7539 2011

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

CERTIFIED MAIL



1000

00918



U.S. POSTAGE
FCM LETTER
RINCON, PR
00677
AUG 16, 21
AMOUNT
$7.0
R2305K136452

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jesús E. Rodríguez Torres_

Participant's Address: _HC 46 Box 6050 Dorado P.R. 00646_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Claim Numb 155721_

Nature of Claim: _____

By: _Rodríguez Torres_
Signature

_Jesús E. Rodríguez Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nature of Claim

Under the responsability of Governor
of P.R. Carlos Romero Barceló' (low 89)
during the years 1980-1984 an increase
known as (Romeroso) was granted for the
amount of $100.00 dollors per month, which
I did not received the year retirement
in 1998 and even still I not received
them.

Also during the years 1984-1997 was
granted 3% every three years to
increase the salary with I never
received until this moments
    Labor Law #9



Jesus F Rodriguez
Hc 46 Box 6030
Dorado P.R. 00646

U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18 PH 5:49

CERTIFIED MAIL®

7021 0350 0001 3416 1596

To United States District Court
Clerk office 150 Ave Carlos
Chardon Ste 150 San Juan P.R. 00918-1767

U.S. POSTAGE PA
FCM LETTER
VEGA ALTA, PR
00692
AUG 16, 21
AMOUNT
$4.15
R2303S1103454403

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ida Y. Piñero Ruiz

Participant's Address: PO Box 1253 Jayardo PR 00738

Participant's Email Address: idapinero6597@gmail.com

Name of Counsel: United State District Court Clerk's office

Address of Counsel: 150 Ave Carlos Chardon Ste 150 SanJuan PR

Email Address of Counsel: 00918-1767

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Case No 17 BK 3283-LTS

Nature of Claim:

By: _Ida Y. Piñero Ruiz_
Signature

_Ida Y. Piñero Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_Agoto 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Lyda Y Piñero Ruiz
PO Box 1253
Jayuya PR 00738

CERTIFIED MAIL

7020 2450 0001 8011 9156

United States District Court Clerk's office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
AUG 16 '21
AMOUNT
$7.00
R2300S101410-08

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joanaly Avilés Allende_

Participant's Address: _Bda Obrera #354 C/Jorge Bird Fajardo PR 00738_

Participant's Email Address: _ylanaaj@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Ref No. 17 BK 3283 -LTS

Claim Number: _Don't have one (I've never received any documents except these one)_

Nature of Claim: _Public Employee and Pension Retiree Claims_

By: _Joanaly Avilés Allende_
Signature   SS# 7071

_Joanaly Aviles Allende_
Print Name

_____
Title (if Participant is not an individual)

_August 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Jovaday Avilés Allende
Bda. Dorea 354
Calle Jorge Bird
Trujardo PR 00738

7020 2450 0001 8012 1234

CERTIFIED MAIL

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18 PM 5:49

0091 B B L7 O6   OO1B

United States District Court
Clerk's Office
150 Ave Carlos Chardón Ste 150
San Juan, PR 00918-1167

U.S. POSTAGE PAID
FCM LG ENV
00738
AUG 16, 21
AMOUNT
$6.45
R2303S101410-07

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose E Lopez Lopez_

Participant's Address: _Calle 29-2 urbanizacion Jardines de Santo Domingo Juana Diaz P.R. 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17- 03283_

Nature of Claim: _Law 96 1 July 2002- Law gov. Carlos Romero Barcel._
_Law 34 - service years_

By: _____
Signature

_Jose E Lopez Lopez_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 AUG 18  PM 5: 48



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana Lydia Rosario Maysonet_

Participant's Address: _P.O. Box 1132 Vega Baja P.R. 00694_

Participant's Email Address: _N/A_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90255_

Nature of Claim: _Promesa Title III_

By: _Ana L. Rosario_
Signature

_Ana L. Rosario_
Print Name

_____
Title (if Participant is not an individual)

_agosto 11- 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Ana Lydia Rosario Maysonet
P.O. Box 1132
Vega Baja, P.R. 00694

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18 PM 3:48

00918-170625

To: United State District Court
Clerk's Office 150 Ave
Carlos Shordon Ste. 150
San Juan PR 00918-1767



7020 0640 0001 2584 5741

CERTIFIED MAIL





00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magaly Muñiz Tirado_

Participant's Address: _Box 1117, Rincón, P.R_

Participant's Email Address: _jerito41@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _Magaly Muñiz Tirado_
    Signature

_Magaly Muñiz Tirado_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maga Milian, Trash
Parabell 2
Rincon, P.R. 00677

United State District Court
Clerks Office
150 ave Carlo Chardi Ste. 150
17 47

CERTIFIED MAIL

7020 0640 0001 7539 2028

USA FO

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel Tirado Ruiz_

Participant's Address: _Box 1117 - Comunidad Stella_

Participant's Email Address: _jerito41@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa - Titulo III_

By: _Isabel Tirado Ruiz_
Signature

_Isabel Tirado Ruiz_
Print Name

_Maguely Mercado - hija_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alejandro G. Ocasio Estrada_

Participant's Address: _B° Jaguas Sector Los Ocasio HC03 Box 9187_
_Gurabo PR 00778_

Participant's Email Address: _Alejandro ocasio1 @ gmail.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _43126_

Nature of Claim: _Retirement Commonwealth_

By: _Alejandro R. Ocasio_
Signature

_Alejandro G. Ocasio Estrada_
Print Name

_NO_
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Alejandro G. Ocasio Estrada
B° Jaguas Sector Los Ocasio
HC03 Box 9157
Gurabo PR 00718

United Stated District Court
Clerk's Office
150 Ave Carlos Chardon Suite 150
San Juan PR 00918-1767

CERTIFIED MAIL

7021 0350 0001 3908 2261

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miguel A. Gonzalez Vargas*

Participant's Address: *Urb. Paseos Los Corales 2- Calle Mar de Bengal-731*

Participant's Email Address: *gonzalezicM78@gmail.com Dorado P.R. 00646*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *173854*

Nature of Claim: *Salary Claim (Court of first intence, San Juan Puerto Rico, civil NUM. RPE 0007- 4559 (803)*

By: *[signature]*
Signature

*Miguel A. Gonzalez Vargas*
Print Name

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miguel A. González Vargas
Urb. Pasdeos Los Corales-2
Calle Mar de Bengal-731
Dorado, P.R. 00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18  PM 5: 50

9400 9203 2322 4020

United state District Court
Clerk's office
150 ave. Carlos Chardon ste.150
San Juan P.R. 00918-1767

**CERTIFIED MAIL**

7020 1290 0002 1267 9613

U.S. POSTAGE PAID
FCM LETTER
DORADO, PR
00646
AUG 09, 21
AMOUNT
**$7.00**
R2305K136984-10

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivian Durán Jimenez_

Participant's Address: _Urb. Costa Sabana paseo Vila 4933 Ponce P.R 00716_

Participant's Email Address: _musicalvillan @hotmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Ley carrera magisterial_

By: _X Durán_

Signature

_Vivian Durán Jimenez_

Print Name

_____

Title (if Participant is not an individual)

_8/16/2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Claim 106543_
_104926_
_100396_ } _I dont have the nature of that claims. No identiFi the claims_

Vivian Duran
Urb. Costa Sabana
paseo Vila 4933, Ponce P.R.
00716



United States   District   Court
Clerk's office , 150 Que. Chardon Ste 150
San Juan   P.R. 00918-1767

2021 AUG 18   PM 5:51
SAN JUAN, PR
U.S DISTRICT COURT
CLERK'S OFFICE
RECEIVED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivian Durán Jiménez_

Participant's Address: _Urb Costa Sabana paseo Vila 4933 Pona_ _00_

Participant's Email Address: _musicaluillen@hotmail.com_

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _35951_

Nature of Claim: _retiro_

By: _V. Q_

Signature

_Vivian Durán Jiménez_
Print Name

_____
Title (if Participant is not an individual)

_8/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vivian Duran
Urb. Costa Sabana
paseo Vila 4933, Ponce P.R.
00716



United States District Court
Clerk's office , 150 Que. Chardon Ste 150
San Juan P.R. 00918-1767

2021 AUG 18 PM 5:51

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivian Durán Jimenez_   Ponce P.R.

Participant's Address: _Urb. Costa Sabana paseo Vela 4933_   0074

Participant's Email Address: _musicalvillan @hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49977_

Nature of Claim: _Ley 89   12 Julio 1979 (Romero co)_

By: _V. Clms_
Signature

_Vivian Durán Jimenez_
Print Name

_____
Title (if Participant is not an individual)

_16- agosto -2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 18   PM 5:50

Vivian García
Urb Costa Sabana
paseo Vila 4933, Ponce P.R.
00716



United States District Court
Clerk's office, 150 Que. Chardon Ste 150
San Juan P.R. 00918-1767

2021 AUG 18 PM 5:51
SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
RECEIVED AND FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edwin A. Portalatin González_

Participant's Address: _HC-03 Box 32205 - Hatillo PR. 00659_

Participant's Email Address: _bethzy 082 @gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _Retirement benefits_

By: _Edwin A. Portalatin González by BRR_ .
Signature

_Edwin A. Portalatin González_          _Note: Employee deceased_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Portalatin Gonzalez
HC-03 Box 33205
Hatillo, P.R. 00059

00918-171105

SAN JUAN PR 009
17 AUG 2021 PM 1 L

FOREVER / USA



To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste.
150, San Juan, P.R.
00918-1767