UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
THE EMPLOYEES' RETIREMENT SYSTEM
OF THE GOVERNMENT OF
THE COMMONWEALTH OF PUERTO RICO,
AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY

Debtors [1]

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

## DISCOVERY NOTICE

**Super Asphalt Paving, Inc.,** intends to participate in the discovery in connection with the confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. dated July 30, 2021, filed at ECF 17627 and any amendments thereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK3283-LTS) (last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK3284-LTS) (last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (last Four Digits of Federal Tax ID: 3808); *(iv)* Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK3566-L1S) (last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") {Bankruptcy Case No. 17 BK4780-L1S) (last Four Digits of Federal Tax ID: 3747) (Title III case nunbers are listed as Bankruptcy Case numbers due to software limitations).

1

1. Super Asphalt Pavement, Inc. is the participant.

2. The participants counsel and address is:

   Pavía & Lazaro PSC

   Gerardo Pavía Cabanillas

   PO Box 9746

   San Juan, PR 00908

   e-mail: gpavia@pavialazaro.com

3. The nature of participant's claim number and amount: Participant filed, among others, proof of claim 70392 in the amount of $1,339, 823.93 for supply of goods and services.

4. Debtors are hereby notified that Super Asphalt Pavement, Inc. will participate in discovery in connection with the confirmation of the proposed Seventh Amendment Tite III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, let al. dated July 30, 2021, and any amendments thereto.

Dated July 16, 2021.

|  | PAVIA & LAZARO, PSC<br>PO Box 9746<br>San Juan, P.R. 00908<br>Tel. 939-337-0731<br>Fax 787-721-4192<br>E-mail: gpavia@pavialazaro.com<br><br>*s/Gerardo Pavía Cabanillas*<br>USDC-PR No. 201712 |
| --- | --- |