UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 19, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 20, 2021

1. Aglaer Rodriguez Irizarry (3 notices)
2. Felix A. Estrada Garcia
3. Hector Luis Garcia
4. Dioney Y. Colon Molina
5. Edna Josefina Freire Nieves
6. Gisel M. Cuevas Mendez
7. Barbara I. Colon Sanchez
8. Luis A. Jimenez Cuevas
9. Daisy Guzman Vazquez
10. Luis A. Martinez Crespo
11. Jose A. Morales Rivera
12. Delma E. Rivera Torres
13. Ernesto Rodriguez Ortiz
14. Rosa I. Ortiz Ramirez
15. Olga I. Nieves Perez
16. Jose A. Cabrera Sotomayor
17. German Acevedo
18. Rafael Ortiz Martinez
19. Priscilla Casillas Medina
20. Maria del C. Vinales Rodriguez
21. Iris V. Santiago de Leon
22. Agustina Matos Maymi
23. Jose A. Marti Castillo

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 20, 2021

24. Maria L. Alameda Robles

25. Pablo Cruz Galarza

26. Felicita Robles Rosado

27. Maria del Rosario Marcano Nieves

28. Marta Elena Gonzalez Vazquez

29. Efrain Rodriguez Menendez

30. Ramon A. Alvarado Leon

31. Oscar Alvarez Hernandez

32. Carlos R. Cancel Ruberte

33. Milagros Acevedo Gutierrez

34. Maure Acevedo Acevedo

35. Gloria S. Moll (2 notices)

36. Margarita Ayala Espinosa (3 notices)

37. Luis A. Mangual Figueroa

38. Irving Feliciano Rodriguez

39. Raquel Amill Cruz

40. Jose A. Cabrera Sotomayor

41. Luz Haydee Roman Muñoz

42. Frances M. Rivera Lopez

43. Carmen Alicia Cabrera Rodriguez

44. Eduvino Matos Rios

45. Judith Martinez Vega

46. Maria de los A. Guzman Olivo

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 20, 2021

    47. Mariano Castro de Leon

    48. Carmen M. Conde Ares

    49. Nora Idia Torres de Jesus

    50. Ramon A. Gonzalez Rodriguez (2 notices)

    51. Gilberto Castro de Leon

    52. Carmen S. Cruz Brito

Dated: August 20, 2021