Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aglaer Rodriguez Irizarry_

Participant's Address: _Urb. Stella Calle Pascuas B #39 Guayanilla, P.R 00656-1912_

Participant's Email Address: _aglarodriguez@hotmail.com_

Name of Counsel: _-_

Address of Counsel: _-_

Email Address of Counsel: _-_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90965_

Nature of Claim: _Public Employee Claims - Education Department_

By: _[signature]_
    Signature

_Aglaer Rodriguez Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_16/august/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aglaer Rodriguez Irizarry
Urb. Stella Calle Pascuas B #39
Guayanilla, Puerto Rico
00656-1912

RECEIVED & FILED
2021 AUG 19 PM 3:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
18 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aglaer Rodriguez Irizarry_

Participant's Address: _Urb Stella Calle Pascuas B#39 Guayanilla PR 00656-1912_

Participant's Email Address: _aglarodriguez@hotmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51628, 89126_

Nature of Claim: _Public Employee Claims ~ Department of Education_

By: _Aglaer Rodriguez Irizarry_
Signature

_Aglaer Rodriguez Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aglaer Rodriguez Irizarry
Urb Stella Calle Ascuas B#39
Guayanilla, Puerto Rico
00656-1912

RECEIVED & FILED
2021 AUG 19 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Ste 150
San Juan, P.R. 00918-1767



SAN JUAN PR  009
18 AUG 2021 PM 2  L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aglaer Rodríguez Irizarry_

Participant's Address: _Urb. Stella Calle Pascuas B#39 Guayanilla, PR 00656-1912_

Participant's Email Address: _aglarodriguez@hotmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90399 , 94052_

Nature of Claim: _Public Employee Claims - Department of Education_

By: _Aglaer Rodríguez Irizarry_
Signature

_Aglaer Rodríguez Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aglaer Rodriguez Irizarry
Urb Stella Calle Ascuas B#39
Guayanilla, Puerto Rico
00656-1912

RECEIVED & FILED
2021 AUG 19 PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
18 AUG 2021 PM 2  L


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Félix A. Estrada Garcia_

Participant's Address: _Urb. Santa Teresita 6122 Calle San Claudio Ponce PR. 00730- 4457_

Participant's Email Address: _Estrada Marangel (a) G.Mail Co m._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283- LTS_

Nature of Claim: _Bonificacion Especial (Redorion) Ley Num 99 12 Julio 1979_
_Ley Num. 12 - 1982_

By: _[signature]_
Signature

_Félix A. Estrada Garcia_
Print Name

_Promesa TT1_
Title (if Participant is not an individual)

_agosto 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A Estrada Garcia
urb. Santa Teresita 6122
calle San Claudio
Ponce PR. 00730- 4451

RECEIVED & FILED
2021 AUG 19 PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's
office, 150 Ave Carlos Chardon Ste 150
San Juan PR. 00918-1767

SAN JUAN PR   009
18 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Héctor Luis García*

Participant's Address:  *P.O Box 674, Maunabo, P.R. 00707*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *172621*

Nature of Claim:  *Rom. caso Ley 89*

By:  *Héctor Luis García*
Signature

*Hector Luis Garcia*
Print Name

_____
Title (if Participant is not an individual)

*agosto 18 - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Héctor Luis García
Carretera 3 R 7762 K.2.8
P.O. Box 674
Bat Palo Seco
Maunabo, P.R. 00707

RECEIVED & FILED
2021 AUG 19 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: United State Court & Office
150 ave. Carlos Chardón ste 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
18 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dioney Y. Colón Molina_

Participant's Address: _HC 2 Box 4831 Sabana Hoyos PR 00688_

Participant's Email Address: _dioley_777@hotmail.com_ _HC 2 Box 4831 Sabana Hoyos PR 00688_

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150249_

Nature of Claim: _Pension / Retiree Claims_

By: _Dioney Y. Colón Molina_
Signature

_Dioney Y. Colón Molina_
Print Name

___
Title (if Participant is not an individual)

_6 / Agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dismey J. Colón Molina)
HC 2 Box 4831
Sabana Hoyos, P.R. 00688

RECEIVED & FILED
2021 AUG 19 PM 3: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-1706.25

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-17107

18 AUG 2021

SAN JUAN PR   009

18 AUG 2021   PM 2   L

MISSOURI

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Edna Josefina Freire Nieves*

Participant's Address: *Calle Gaytier Benitez #9*
*Cidra, Puerto Rico 00739*

Participant's Email Address: *I don't have one*

Name of Counsel: *I don't have one.*

Address of Counsel: _____

Email Address of Counsel: *# 179047-1*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *# 179047 -1*

Nature of Claim: *Ley Promesa Titulo III*

By: *Edna J. Freire Nieves*
Signature

*Edna Josefina Freire Nieves*
Print Name

_____
Title (if Participant is not an individual)

*August 17, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

August 17, 2021.

I started working for the Department
of Education in Cidra, Puerto Rico, during
the year 1964. Ley Promesa Title III,
started in the year 1973, and for that
reason I have the right to that pay
rise during the years 1973, to the year
1995, when I retired.

Edna J. Irene Mess

5556 .

Edna Josefina Freire Nieves
Calle Gautier Benitez #9
Cidra, Puerto Rico 00739

RECEIVED & FILED
2021 AUG 19  PM 3: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court
Clerk's Office, 150 Avenue
Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

SAN JUAN PR   009
18 AUG 2021 PM 2  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Gisel M. Cuevas Mendez_

Participant's Address: _Bda Chinito Rodon Calle 1 D#1_

Participant's Email Address: _San Sebastian, PR 00685_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _Gisel M. Cuevas Mendez_
Signature

_Gisel M. Cuevas Mendez_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gisel M. Cuevas Hendez.
Bda. Chimb Pedro
Calle 1 D#1
San Sebastian, PR 00685

RECEIVED & FILED
2021 AUG 19 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 Av. Carlos Chardon St 150
San Juan, PR 00918-1767

SAN JUAN PR 009
18 AUG 2021 PM 2 L

FOREVER/USA



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Barbara I Colón Sánchez_

Participant's Address:  _Urb Los Flamboyanes 196 Calle Palma Real
Guynabo, PR 00778-2772_

Participant's Email Address:  _barbarics21@gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _No. 17 BK 3283 LTS_

Nature of Claim:  _Employees Retirement System_

By:  _Barbara r Col5_
   Signature

   _Barbara I. Colón Sánchez_
   Print Name

   _____
   Title (if Participant is not an individual)

   _15 Agosto 2021_
   Date

RECEIVED & FILED
2021 AUG 19  PM 3 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Barbara I. Colón Sánchez
Urb. Los Flamboyanes 196
Calle Palma Real Gurabo, PR 00778-2772

RECEIVED & FILED

2021 AUG 19 PM 3: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170825

United States District Court
Clerk Office
150 Ave. Carlos Chardón St 150
San Juan, PR 00918

SAN JUAN PR 009

18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Luis A Jimenez Cuevas_

Participant's Address:  _HC 7 Box 74995, San Sebastian PR 00685_

Participant's Email Address:  _Contabilidadclasica@yahoo.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _169670_

Nature of Claim:  _Debts Claimed Department of Agricultura_

By:  _____
Signature

_Luis A. Jimenez_
Print Name

_Participant_
Title (if Participant is not an individual)

_8/14/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LUIS A JIMENEZ CUEVAS
HC 7 BOX 74995
SAN SEBASTIAN, PR 00685

RECEIVED & FILED

2021 AUG 19 PM 3: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE . CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767

SAN JUAN PR 009

18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Daisy Guzman Vazquez_

Participant's Address: _PO Box 2625 San Germán, PR 00683-2625_

Participant's Email Address: _daisyguzman64@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Fifth Amended Title III Plan of Adjustment of the Commonwealth of P.R._

By: _Daisy Guzma Vazquez_
Signature

_Daisy Guzmán Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_17 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daisy Guzmán Vázquez
Box 2625
San Germán P.R. 00683

RECEIVED & FILED
2021 AUG 19 PH 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

Courtis Clerk's Office at :
United States District Court, Clerks Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R. 00918-1767

SAN JUAN PR 009

18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Martinez Crespo_

Participant's Address: _HC 4 Box 9574 Aguas Buenas PR 00703_

Participant's Email Address: _Lmartinezpr@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _L. Matt_____

Signature

_Luis A. Martinez Crespo_

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis Martinez Crespo
HC 4 Box 8574
Aguas Buenas PR 00703

RECEIVED & FILED
2021 AUG 19  PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-1706.25

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan PR 00918-1767

SAN JUAN PR  009
18 AUG 2021 · PM 2  L




Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A. Morales Rivera_

Participant's Address: _Box 2625 San German, P.R. 00683_

Participant's Email Address: _aesoja@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Fifth Amended Title III Plan of Adjustment of the commonwealth of P.R._

By: _[signature]_

Signature

_Jose A Morales Rivera_
Print Name

_____
Title (if Participant is not an individual)

_17 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Morales Rivera
Box 2625
San German, P.R. 00683

RECEIVED & FILED
2021 AUG 19  PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176825

SAN JUAN PR  009

18 AUG 2021  PM 2  L

Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R 00918 - 1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delma E. Rivera Torres_

Participant's Address: _416-El Conquistador D-13 Ave. Diego Velázquez, Trujillo Alto P.R. 00976_

Participant's Email Address: _delmaerivera@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _1599 15_

Nature of Claim: _My retirement pension as an employee of the Government of the Commonwealth of P.R. (when I retire)_

By: _Delma E. Rivera Torres_
Signature

_Delma E. Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)
_August 14, 2021_
_14-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delma E. Rivera Torres
H.b. El Languistador
2-13 Ave. Diego Velázquez
Trijillo Alto, P.R.
00976

RECEIVED & FILED

2021 AUG 19  PM 3: 42

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.
00918-1767

SAN JUAN PR 009

18 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ernesto Rodriguez Ortiz_

Participant's Address: _Hc 22 Box 9347 Juncos P.R. 00777_

Participant's Email Address: _Annetterodriguez62@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _fifth Amended Title III Joint plan of Adjusment of_
_commonescal of P.R._

By: _Ernesto Rodriguez_
Signature

_Ernesto Rodriguez, Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ernesto Rodriguez Ortiz
HC 22 Box 9247
Juncos P.R. 00711

00916-1706.25

United States District court clerk's
Office 150 ave
Carlos chardon ste. 150
San Juan P.R. 00916-1767

SAN JUAN PR 009
18 AUG 2021 PM 2 L

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 19 PM 3: 42
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa I. Ortiz Ramirez_

Participant's Address: _P.O. Box 1245   Hormigueros, P.R 00660_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Employees Retirement System_

By: _____
Signature

_Rosa I. Ortiz Ramirez_
Print Name

_____
Title (if Participant is not an individual)

_18_ / _8_ / _21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Rosa L. Ortiz Ramírez
PO Box 1845
Hormigueros, P.R. 00660-3845

RECEIVED & FILED
2021 AUG 19 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Clerk's Office
United States District Court
Clerk's Office
150 Ave Carlos Chardón ste 150
San Juan, P.R. 00918-1767

00918-176825

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga I. Nieves Pérez_

Participant's Address: _P.O. Box 1334, Aguas Buenas, P.R. 00_

Participant's Email Address: _Ablemliz@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _148458_

Nature of Claim: _I claim $50,000 for "El Romerazo", "Ley 89", Ley 96 and acumulative contribution not recived._

By _Olga I. Nieves Pérez_
   Signature

_Olga I. Nieves Pérez_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga L. Chévere Pérez
Apto. 1334
Juana Díaz, PR 00795

RECEIVED & FILED
2021 AUG 19 PM 3: 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _José A. Cabrera Sotomayor_

Participant's Address: _P. O. Box 2161, Coamo, P.R. 00769_

Participant's Email Address: _— NONE —_

Name of Counsel: _— NONE —_

Address of Counsel: _— NONE —_

Email Address of Counsel: _— NONE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _the government has to pay me by the "error" comited by your's Agencies._

By: _José A. Cabrera Sotomayor_
Signature

_José A. Cabrera Sotomayor_
Print Name

_I am the same person that fill it._
Title (if Participant is not an individual)

_18 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Colivera Schmayer
P.O. Box 2161
Coamo, P.R. 00769

RECEIVED & FILED
2021 AUG 19 PM 3: 42
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
18 AUG 2021 PM 2 L

USA FOREVER

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _GERMAN Acevedo_

Participant's Address: _GG-33 — 35 st — Jardines d Caribe_
_Ponce, P.R. 00728_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _None   939-425-3120 Phone_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS._

Nature of Claim: _COFINA_

By: _German Acevedo_
Signature

_GERMAN Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_8 - 18 - 2021_
Date

RECEIVED & FILED
2021 AUG 19 PH 3 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De:
Ger man Acevedo
G G 33  35-st
Jardines del Caribe
PONCE, P.R. 00728

00918-170625

SAN JUAN PR. 009

18 AUG 2021 PM 2 L

FOREVER/USA

TO: U.S. District Court
clerk's office. Carlos Chardón
150 Ave.
ste 150
San Juan P.R.

RECEIVED & FILED
2021 AUG 19 PM 3:4?
CLERK'S U.S.
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Ortiz Martinez_

Participant's Address: _RR 2 Box 2289 Cidra, PR 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Rafael Ortiz Martinez_
Print Name

_____
Title (if Participant is not an individual)

_8/16 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Ortiz Martinez
PMB Box 2289
Cidra PR. 00739

RECEIVED & FILED
2021 AUG 19 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks Office, 150 Ave Carlos Chardon
STE 150
San Juan P.R. 00918-1767

SAN JUAN PR 009
18 AUG 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____*89507*_____

Nature of Claim: _____*Pension Reclamada (Pension Claimed)*_____

By: _____*Priscilla Casillas Medina*_____
Signature

_____*Priscilla Casillas Medina*_____
Print Name

_____
Title (if Participant is not an individual)

_____*8/14/2021*_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Priscilla Casillas Medina
urb. Rio Grande Estate
calle 12 T-5
Rio Grande P.R. 00745

RECEIVED & FILED
2021 AUG 19  PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
18 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del C. Vinales Rodriguez_

Participant's Address: _Jardines de Vega Baja calle Paraiso 206 Vega Baja PR 00693_

Participant's Email Address: _Vinales 1951@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152673_

Nature of Claim: _Promesa Title III  17 BK 3283 - LTS_

By: _M. Viñales_
Signature

_____
Print Name

_Maria del C. Viñales Rodriguez_
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

During the years as governor of the
Puerto Rico Commonwealth of Puerto
Rico, Mr. Carlos Romero Barceló, gave
a salary increase of $100.00 known
as Law 89. He never honored the
salary increase. (Labor Law 89 of
salary scale 164) The amount owed
is $24,000.00

María del C. Viñales Rodríguez
Jardines de Vega Baja
Calle Paraiso 206
Vega Baja P.R. 00693

RECEIVED & FILED
2021 AUG 19 PM 3:
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 00
18 AUG 2021 PM 2
FOREVER USA

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Iris V. Santiago De León_

Participant's Address: _Hc-02 Box13139 Aguas Buenas, Puerto Rico 00703_

Participant's Email Address: _nanny de leon. 1954 @ yahoo~com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _71790_

Nature of Claim: _The nature of my claim for $75,000.00 is as follows_

By: _Iris V. Santiago De León_
Signature

_Iris V Santiago De León_
Print Name

_Teacher_
Title (if Participant is not an individual)

_August 16, 2021_
Date

① _Ley 89-El Romerazo_
② _A cumulative contribution
not received from Sistema
de Retiro de Maestras de P.R._
③ _Ley 96_
④ _Steps for 34 years of
service as a teacher in the
Department of Education in
Puerto Rico_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Iris V. Santiago De León # 71790

Ha. 02 Box 13139

Aguas Buenas, Puerto Rico

00103

RECEIVED & FILED
2021 AUG 19 PM 3: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

To: Discovery Notice to the Court Clerk
United States District Court
150 Ave. Carlos Chardon Ste 150
San Juan, Puerto Rico
00918-1767

18 AUG 2021 PM 2 L

SAN JUAN PR 009



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Agustina Matos Maymi_

Participant's Address: _HC-83 Box 6239 Vega Alta_

Participant's Email Address: _agumatuskib@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149204_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Agustina Matos Maymi_
Signature

_Agustina Matos Maymi_
Print Name

Title (if Participant is not an individual)

_August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agustina Matos
HC-83
Box 6239
Vega Alta P.R.
00692

RECEIVED & FILED

2021 AUG 19 PM 2:09

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

18 AUG 2021 PM 2 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste.
150, San Juan, 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A. MARti CAsT-llo_

Participant's Address: _1284 Comunidad Punta Diamante Ponce. 00728_

Participant's Email Address: _Vickeydys @ gmail.com_

Name of Counsel: _Abigail Mendez Barreto_

Address of Counsel: _1284 Comunidad punta Diamente ponce. p.r. 00728_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No-17 BK. 3283-LTS_

Nature of Claim: _#151425_

By: _[signature]_
   Signature

_Jose A MARti CAsT-llo_
Print Name

_none_
Title (if Participant is not an individual)

_18-ago-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mi nueva Direccion: GRACias.

Jose A MARTi CASTiLLo
1284 Comanidad PunTA
DiAMANTe
Ponce P.R. 00728

Luis E. Martínez Ortiz
284 Comunidad Rita
Distamente Ponce P.R.
00728

00916-170625

SAN JUAN PR 009
18 AUG 2021 PM 2 L

USA FOREVER

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria L. Alameda Robles_

Participant's Address: _Urb. Rpto. Anaida C11 Calle Eclipse, Ponce, P.R. 00716 -2534_

Participant's Email Address: _mariaalameda3@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283- LTS_

Nature of Claim: _Ley 12 Romerazo - Promesa III_

By: _Maria L. Alameda Robles_
Signature

_Maria L. Alameda Robles_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Alameda Robles
Urb. Rpto. Anaida
C 11 Calle Eclipse
Ponce, P.R. 00716-3534

RECEIVED & FILED
2021 AUG 19 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

00918-176625

SAN JUAN PR   OO9
18 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pablo  Cruz  Galarza_

Participant's Address: _PO Box  610  San Lorenz. PR 00754_

Participant's Email Address: _pablo75102 @gmail.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175781_

Nature of Claim: _Prepa_

By: _____
Signature

_Pablo Cruz Galarza_
Print Name

_No_
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Pablo Cruz Galarza
PO Box 610
San Lorenzo PR 00754

7021 1970 0000 8182 8066

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
AIBONITO PR
00705
AUG 18, 21
AMOUNT
$7.00
R2307N153284-01

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felicita Robles, Rosado_

Participant's Address: _Urb. San Tomas d'Andrés Poages Belmont G 36_
_Ponce, P.R. 00716_

Participant's Email Address: _ita robles 1525@gmaile Com_
_(1525)_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_      _85866_

Nature of Claim: _Ley #12 (Romerro) Promesa LTS_

By: _Felicita Robles Rosado_
Signature

_Felicita Robles Rosado_
Print Name

_____
Title (if Participant is not an individual)

_8/17/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE PITNEY BOWES

ZIP 11232 $ 000.35°
02 4W
0000546204 AUG 20 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR
### PROOF OF CLAIM.

Date Filed: 6/22/2018
Proof of Claim No.: 85866

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

FELICITA ROBLES ROSADO
G-36 ANDRES PAGES BELMONT
URB SAN TOMAS
PONCE, PR 00739

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación   *Junio/2018*   04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | *Felicita Robles Rosado*<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☐ No / No
☒ Yes. From whom? *Prime clerk*
   Sí. ¿De quién?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre *Felicita Robles Rosado*

Number / Número   Street / Calle *G-36 Andres Pages Belmont*
*Urb. San Thomas*

City / Ciudad   State / Estado   ZIP Code / Código postal
*Ponce   P.R.   00716*

Contact phone / Teléfono de contacto *(787) 460-3851*

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número   Street / Calle

City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☒ Yes.   Claim number on court claims registry (if known)
   Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☒ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? *Lcdo. William J. Riefkohl*
   *Lcdo. Vila Carrion*
   *Lcda. Ivonne Gonzalez*

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

*Depto. Salud, División Hospital Salud mental (Psiquiatría)*

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 5,320.00

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Reclamación Bonificación entrada en vigor 1 oct/1982, confirmada Ley el 27 agosto/1982 conocido como el "Ramerazo"

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $ _____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| 12. Is this claim subject to a right of setoff? | ☐ No / No |
| --- | --- |
| ¿La reclamación está sujeta a un derecho de compensación? | ☒ Yes. Identify the property / SI. Identifique el bien: _Aumento Salarial No recibido_ |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No / No |
| --- | --- |
| ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _6/22/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Felicita Robles Rosado_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Felicita_ _____ _Robles Rosado_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _G-36 Andres Pages Belmont_
Number / Número    Street / Calle
_Urb. San Thomas_
_Ponce,_ _____ _P. R._ _00716_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _(787) 460-3851_ Email / Correo electrónico _____

Felicita Robles Rosado
W.b. San Thomas
c/ Andres Papes Belmont G-36
Juncos, P.R. 00716-8825

United States District Court
Clerk's Office 150
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7021 1970 0000 1035 0421

00918-170399

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
AUG 17, '21
AMOUNT

$6.45

R2305K136463-04

00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: MARIA DEL ROSARIO MARCANO NIEVES

Participant's Address: Urb. Villa Carolina, 56-12 CALLE50, CAROLINA P.R. 00985

Participant's Email Address: downearth240@yahoo.com

Name of Counsel: Attorney Leslie Ivelisse Rodriguez Marcano

Address of Counsel: same as above

Email Address of Counsel: same as above

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LESLIE I. RODRIGUEZ HUACANO
URB. VILLA CAROLINA
56-12 CALLE 50
CAROLINA P.R. 00985

UNITED STATES POSTAL SERVICE
1000
00918

2021 AUG 19 PM 3:46
CLERK'S OFFICE
DISTRICT COURT

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00924
AUG 18, 21
AMOUNT
$6.45
R2304N117487-13

00918-170625

CERTIFIED MAIL

7020 3160 0001 4859 2950

SAN JUAN PR  009
08 AUG 2021  PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Elena González Vázquez_

Participant's Address: _366 Sumner Avenue. 2nd Floor Springfield, MA 01108_

Participant's Email Address: _ortizy413@gmail.com_

Name of Counsel: _~~Roseanna D. Bono~~ Participant representing herself_

Address of Counsel: _~~Santiella & Berberto LLC~~ ~~1060 Muñoz Rivera Ave. Suite 900 San Juan PR 00918 1800~~_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III case_

By: _Marta Elena González Vázquez_
  Signature

_Marta E. González Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_8-3-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta E. González Vázquez
366 Summer Avenue Floor - 2nd.
Springfield MA. 01108

Court's Clerk's Office at: United States District Cou
Clerk's Office, 150 Ave. Carlos Chardon Ste.
150. San, Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 19  PM 5 45
CLERK'S OFFICE
U.S. DISTRICT COU
SAN JUAN, P.R.




Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EFRAIN RODRIGUEZ MENENDEZ_

Participant's Address: _C/Ebano #76 Monte Casino Toa Alta P.R-00953_

Participant's Email Address: _Jennifer-0830@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178543_

Nature of Claim: _Romerazo Ley #89_

By: _Efrain Rodriguez_
Signature

_EFRAIN RODRIGUEZ_
Print Name

_____
Title (if Participant is not an individual)

Date _8/17/2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Efraín Rodríguez
C/Ebano #76 Monte Casino
Toa Alta 00953



United States District Court, Clerk's

Office, 150 Ave. Carlos Chardon Ste. 150 San Juan

P.R. 00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramón A. Alvarado León_

Participant's Address: _HC-02 Box 4985, Villalba, P.R. 00766-9718_

Participant's Email Address: _alvarado.ramon30@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152836   E.T AL._

Nature of Claim: _Unpaid wages by the goverment of P.R_

By: _[signature]_
Signature

_Ramón A Alvarado León_
Print Name

_____
Title (if Participant is not an individual)

_August 13th, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Ramon A. Alvara de leon
HC 62 Box 4985
Villalba, P.R 00766-9718

To: United States District Court
Clerks Office, 150 AVe Carlos Chardon
Ste, 150, San Juan P.R 00918-1767

00918-170399

SAN JUAN PR  009
18 AUG 2021 PM 2  L

RECEIVED & FILED
2021 AUG 19 PM 3:36
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Alvarez Hernández_

Participant's Address: _1377 Calle Jaguey Urb Los Caobos_
_Ponce P.R. 00716-2627_

Participant's Email Address: _oscarabiam 2 hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa III_

By: _(signature)_
Signature

_Oscar Alvarez Hernández_
Print Name

_____
Title (if Participant is not an individual)

_13 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Oscar Alvarez Hernandez
1377 Calle Tejiruy
Urb. Los Caobos
Ponce P.R. 00716-2627

ReadyPost
Document Mailer

To: Unit State District Court
Clerk Office
150 Ave Carlos charadon
Ste. 150 San Juan P.R.
00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AUG 13 2021

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Carlos R. Cancel Roberto_

Participant's Address: _P.O Box 720   San German P.R. 00683_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS - wages demand case Madeline Acevedo_

Nature of Claim: _Salary, Christmas Bonus, Loss Accumulated vacation days._

By: _Carlos Cancel Roberto_
Signature

_Carlos R. Cancel Roberto_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Po Box 552
San German /PR 00683

United States District Corti,
Clerks office 150 Ave.
Carlos Chardon ste 150
San Juan P.R 00918-1767

00918-999955

SAN JUAN PR  009
18 AUG 2021  PM 2  L

2021 AUG 19 PM 3:36
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BASEBALL STAR
ALL

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Acevedo Gutierrez_

Participant's Address: _P.O. Box 552 SanGerman, PR 00683_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283_LTS_

Nature of Claim: _Summer Bonus, Christmas Bonus_

By: _Milagros Acevedo Gutierrez_
Signature

_Milagros Acevedo Gutierrez_
Print Name

_____
Title (if Participant is not an individual)

_8-12-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Po Box 552
San German PR 00683

United States District Court,
Clerks office 150 AVe.
Carlos Chardon ste 150
San Juan P.R 00918-1767

SAN JUAN PR  009

18 AUG 2021  PM 2  L

0091a-999955

RECEIVED & FILED
2021 AUG 19  PM 3: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria Acuedo Acevedo_

Participant's Address: _PO Box 552   San German PR 00683_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim: _Wages Demand - Case Madeline Acevedo_

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Salary, Christmas Bonus, Less Accumulated vacation days_

By: _[signature]_
Signature

_Maria Acevedo Acevedo_
Print Name

_Ms._
Title (if Participant is not an individual)

_8-12-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Po Box 552
San German PR. 00683

00918-999955

SAN JUAN PR   009

18 AUG 2021   PM 2   L

United States District Court,
Clerks office  150  AVe.
Carlos Chardon  ste 150
San Juan P.R 00918-1767

SAN JUAN, P.R
U.S. DISTRICT COURT
CLERK'S OFFICE

2021 AUG 19  PM 3 36

RECEIVED & FILED



BASEBALL ALL STAR
Joe Berra

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria S. Moll_

Participant's Address: _Cond. El Taino Apt 1403 Calle Ana Otero #1011 San Juan PR00924_

Participant's Email Address: _goyiomoll33 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283 - LTS_

Nature of Claim: _Promesa title III_

By: _Gloria A. Moll_
   Signature

_Gloria S. Moll_
Print Name

_____
Title (if Participant is not an individual)

_august 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria S. Moll_

Participant's Address: _Cond. El Taino Apt 1403_
_Calle Ana Otero #1011 San Juan PR 00924_

Participant's Email Address: — _goyin moll 33 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Gloria S. Moll_
Signature

_Gloria S. Moll_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



GLORIA MOLL
PO BOX 11323
SAN JUAN, PR 00910-2423

SAN JUAN PR 009
18 AUG 2021 PM 2 L

00918-170625

Court's clerk office
United States District Court
Clerk office, 150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _83140_

Nature of Claim: _Commonwealth of Puerto Rico Case No 17 BK 3283-LTS_

By: _Margarita Ayala Espinosa_
Signature

_Margarita Ayala Espinosa_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Ayala Espina
US Villa Buenaventura
#138 Calle Mayagez
Yabucoa, P.R. (PR) 767-9542

00918-170399

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR   009
18 AUG 2021 PM 2 L



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 AUG 19  PM 3: 37
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____83140_____

Nature of Claim: _____Commonwealth of Puerto Rico Case # 17 BK 3283-LTS__

By: _____Margarita Ayala Esp_____
    Signature

_____Margarita Ayala Espinosa_____
Print Name

_____
Title (if Participant is not an individual)

_____13/agosto/2021_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Ayala Espine
Utilities Representative
#138 Calle Margaret
Cabima PR-00767-9542

00918-170625

United States District Court
Clerks Office 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

SAN JUAN PR   009
18 AUG 2021  PM 2· L



SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 AUG 19  PM 3: 31
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____83140_____

Nature of Claim: _Commonwealth of Puerto Rico No: 17BK 3283-LTS_

By: _Margarita Ayala Espinosa_
Signature

_Margarito Ayala Espinosa_
Print Name

_____
Title (if Participant is not an individual)

_August 13/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Ayala Espina
Urb. Villa de Buenaventura
#138 Calle Margad
Yabucoa, P.R. 00767-9542

00918-170625

SAN JUAN PR   009
18 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 19  PM 3:31
U.S. DISTRICT
CLERK'S OFFICE SAN JUAN



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Mangual Figueroa_

Participant's Address: _Carr. 149 Km. 0 Hm. 7 Frente a Fort Allen, Juana Diaz, P.R._

Participant's Email Address: _P.O. Box 709, Juana Diaz, P.R. 00795_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Luis A Mangual Figueroa_
Signature

_Luis A. Mangual Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_08/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FROM: Luis A. Mangual Figueroa
P.O. Box 709,
Juana Diaz, P.R.
00795

0091881713

SAN JUAN PR   009
17 AUG 2021 PM 1 L

To: United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste.
150 San Juan, P.R.
00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:37
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

USPS FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irving Feliciano Rodriguez_

Participant's Address: _HC-01 Box 8380   Hormigueros PR. 00660_

Participant's Email Address: _ift10Pr@imail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _A 9963   # 17 BK 3283-LTS_

Nature of Claim: _Promesa Title-III_

By: _Irving Feliciano Rodriguez_
Signature

_Irving Feliciano Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_17-Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irving FELiciano Rodriguez
HC-01 Box 8380
Hormigueros P.R 00662

00918$1703 C018

SAN JUAN PR 009
17 AUG 2021 PM 1 L

United States District Court-Clerk's
Office 150 Ave Carlos Chardon 5te
150 - San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Raquel Amill Cruz

Participant's Address:    Urb Ferry Barranca Calle Cipress 425 Ponce, PR 00730

Participant's Email Address:    raquelamillcruz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    167832

Nature of Claim:    Promesa Title III

By:    *Raquel Amill Cruz*
     Signature

   Raquel Amill Cruz
     Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Roger Avill Cruz
US. Ferry Romance
Cabo Cypress 425 Tone Plz
00730

SAN JUAN PR 009
17 AUG 2021 PM 1 L

United States District Court,
Clerks Office
150 Ave. Carlos Chardon St. 150, San Juan PR
00918.1767.

RECEIVED & FILED
2021 AUG 19 PM 3: 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FOREVER USA
ME TO YOU FROM

FOREVER USA
ME TO YOU FROM

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Cabrera Sotomayor_

Participant's Address: _P. O. Box 2161 Coamo, P.R. 00769_

Participant's Email Address: _-NONE-_

Name of Counsel: _-NONE-_

Address of Counsel: _-NONE-_

Email Address of Counsel: _NONE-_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _I claim that the court resolve to me in favor for the error comited by the institution._

By: _José A. Cabrera Sotomayor_
Signature

_José A. Cabrera Sotomayor_
Print Name

_the same person fill this_
Title (if Participant is not an individual)

_18 August /2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Cabrera Sotomayor
P.O. Box 2161
Goame, P.R. 00769

United States District Court.
Clerk's Office, 150 Ave Carlos Chardon St
San Juan, P.R. 00918 - 1767

00918-1706.25

SAN JUAN PR 009
18 AUG 2021 PM 2 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Haydeé Román Muñoz_

Participant's Address: _Box 560338 – Guayanilla, P.R. 00656_

Participant's Email Address: _luz.haydee.roman @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Luz H. Román Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_17/Aug./2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Haydee Roman Muñoz
Box 560 338
Guayanilla, P.R. 00652-0338

Court's Clerk's Office
United States District Court
Clerks office, 150 Ave. Carlos Chardon ste. 150
San Juan P.R. 00918-1767

00918-170625

SAN JUAN PR   009
18 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Frances M. Rivera López_

Participant's Address: _H.C 2 Box 6637, Salinas, PR00751_

Participant's Email Address: _francesriveralopez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63266_

Nature of Claim: _I did not receive the payment of Law 89. In addition_
_I did not receive the payment of Law 96 (2002)_

By: _____
Signature

_Frances M. Rivera López_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Frances M. Rivera lopez
H-C 2 Box. 6637,
Salinas, P.R. 00751

00918-1706ZS

United States District Court
150 Ave. Carlos Chardon, STE.150,
San Juan, P.R. 00918-1767

SAN JUAN PR   009
18 AUG 2021   PM 2   L

FOREVER USA

2021 AUG 19 AM 11:34
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.
RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Alicia Cabrera Rodriguez

Participant's Address: 8 Rio Cañas Abajo Juana Diaz P.R 00795

Participant's Email Address: Carmenaliciacabrera @ gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 106145

Nature of Claim: Claim for money owed for years of services as a teacher of Visual Arts in the Education Department of Puerto Rico and the teaching career.

By: _____
Signature

Print Name: Carmen A. Cabrera Rodriguez

Ley 88 Romerazo julio 1995
Ley 13 4 julio 1996 Aportación acumulado Retiro
Ley 96 julio 2002 Aumento de sueldo
Ley 164 julio 2003 Aumento de sueldo
Ley 164 enero 2004 Gobernadora Sila M. Calderón
Ley 109 junio 2008 Escala salarial pasos

Title (if Participant is not an individual) _____

Date: 18-ago-2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Cabrera Rodriguez
8 Dio Canas Abajo
Juana Diaz P.R.
00795

00918-170625

Discovery Notice to the Court's Clerk's
Office at:
United States District Court, Clerk's Office
150 Ave, Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

SAN JUAN PR   009

18 AUG 2021 PM 2  L



USA ★ FOREVER

RECEIVED & FILED
2021 AUG 19 PM 3:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Eduvino Matos Rios_

Participant's Address: _HC01 Box 10349 Penuelas PR 00624_

Participant's Email Address: _Kelvincivic59@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _LLY 89 Bomerazo_

Nature of Claim:

By: _[signature]_
Signature

_Eduvino Matos Rios_
Print Name

_____
Title (if Participant is not an individual)

_18 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwino Matos Res
Hc-01 Box 03349
Peralceloc PR 00624

00918-170625

Courts Office at
United States District Court
Office, Avelcolos Chardon
150 Ave, Carlos Chardon
San Juan PR. 00918-1767

SAN JUAN PR 009
18 AUG 2021 PM 2 L

FOREVER / USA



RECEIVED & FILED
2021 AUG 19 PM 2:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Judith Martinez Vega_

Participant's Address: _HC 2 Box 3636 Santa Isabel PR 00757_

Participant's Email Address: _judy 334 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _~~2021XXXXXXXXXXX~~ 168776_

Nature of Claim: _____

By: _Judith Martinez_
Signature

_Judith Martinez Vega_
Print Name

_____
Title (if Participant is not an individual)

_8/17/21_
Date

**RECEIVED & FILED 2021 AUG 19 PM 3: 35 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.**

**<u>Instructions for Filing Notice of Participation</u>**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Judith Martinez USA
HC 2 Box 3636
Santa Isabel P.R. 00757

00918-170625

SAN JUAN PR 009

18 AUG 2021 PM 2 L

USA ★ FOREVER ★

Director of the Clerks office
United States District Court office
150 ave Carlos Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María de los A. Guzmán Olivo_

Participant's Address: _Urb. Brisas del Mar 152 Mar Egeo Isabela PR 00662_

Participant's Email Address: _maguzman7833@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _87980_

Nature of Claim: _Salary Adjustment_

By: _[signature]_
Signature

_María de los A. Guzmán Olivo_
Print Name

_____
Title (if Participant is not an individual)

_8/6/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria de los A. Guzmán Olivo
Urb. Brisas del Mar
152 Calle Mar Egeo
Isabela, PR 00662

00918-170625

18 AUG 2021. PM 2 L

SAN JUAN PR 009

Discovery Notice to the Court's Clerk's
Office at:

United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mariano Castro De Leon_

Participant's Address: _H.C. 2 Box 8596 Yabucoa P.R. 00767-9300_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _X Mariano Castro de Leon_
Signature

_Mariano Castro De Leon_
Print Name

_____
Title (if Participant is not an individual)

_8-17-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mariano Castro DeLeon
HC 2 Box 8596
Yabucoa, P.R. 00767-9300

00918-170625

SAN JUAN PR   009

18 AUG 2021   PM 2   L

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.
San Juan, P.R. 00918-170 7



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Conde Ares_

Participant's Address: _HC30 Box 06382 San Lorenzo, P.R. 00754_

Participant's Email Address: _condeacede.pr.gov_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167942_

Nature of Claim: _Salary and pension_

By: _Carmen M. Conde Ares_
    Signature

_Carmen M. Conde Ares_
    Print Name

_____
    Title (if Participant is not an individual)

_August 16, 2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Conde Ares
HC20 Box 26282
San Lorenzo, P. R. 00754

SAN JUAN PR 009
17 AUG 2021 PM 1 L

United States District
Court Clerk's Office,
150 Ave Carlos Chardon, Ste 150
San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nora Idia Torres de Jesus_

Participant's Address: _HC2 Box 3696_

Participant's Email Address: _Santa Isabel P.R 00757_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168775_

Nature of Claim: _168775_

By: _Nora Idia Torres de Jesus_
Signature

_Nora Idia Torres de Jesus_
Print Name

_____
Title (if Participant is not an individual)

_8/17/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Nora J. Torres
#C2: Box 3696
Santa Isabel P.R 00075

To:

Discovery Notice to The Court Clerk Office
United States District Court Clerk Office
150 ove Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR   009
18 AUG 2021 PM 2 L

U.S. DISTRICT COURT
SAN JUAN

RECEIVED & FILED
2021 AUG 19 ...
CLERK'S OFFICE

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón A. González Rodriguez

Participant's Address: P.O. Box 117 Villalba PR. 00766

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 90831 et. al.

Nature of Claim: Unpaid wages by the government of P.R.

By: _____
Signature

Ramón A. González Rodriguez
Print Name

_____
Title (if Participant is not an individual)

August 16, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ramón A. González Rodríguez
P.O. Box 117
Villalba PR. 00766

United States District Court
Clerk's office
150 Ave Carlos Chardon Ste 150
San Juan PR. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Ramon A Gonzalez Rodriguez_

Participant's Address:   _P.O. Box 117 Villalba PR 00766_

Participant's Email Address:   _N/A_

Name of Counsel:   _N/A_

Address of Counsel:   _N/A_

Email Address of Counsel:   _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _# 90831 et. al._

Nature of Claim:   _Unpaid wages by the government of PR._

By:   _Ramon A. Gonzalez_
Signature

_Ramon A. Gonzalez Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 16 2021_
Date

RECEIVED & FILED
2021 AUG 19 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. González Rodríguez
P.O. Box 117
Villalba PR. 00766

00918-170625

SAN JUAN PR  009
18 AUG 2021 PM 2 L

United States District
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gilberto Castro Deleon

Participant's Address: H.C. 2 Box 8594 Yabucoa P.R.00767-9300

Participant's Email Address: Castro-Gilbert

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: Castro.Gilberto 600. @ ymail. com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Promesa III

By: X Gilberto Castro de León
Signature

Gilberto Castro DeLeon
Print Name

_____
Title (if Participant is not an individual)

8-17-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gilberto Castro DeLeon
HC 2 Box 8596
Yabucoa, P.R. 00767-9300

00910-170625

SAN JUAN PR   009
18 AUG 2021 PM 2 L

U.S. District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen S. Cruz Brito_

Participant's Address: _Urb. Santa Elena A-1 Calle 10 Yabucoa P.R 00767_

Participant's Email Address: _carmcruz13@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113237_

Nature of Claim: _I am claiming sick days, vacations, retroactive raises._

By: _[signature]_
Signature

_Carmen S. Cruz Brito_
Print Name

_Teacher_
Title (if Participant is not an individual)

_13 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen S. Cruz Brito
Urb. Santa Elena
A-1 Calle 10
Yabucoa P.R. 00767



U.S. POSTAGE PAID
FCM LG ENV
LAS PIEDRAS, PR
00771
AUG 17, 21
AMOUNT
**$1.20**
R2304E106891-09
1000          00918

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R.
00918-1767

RECEIVED & FILED
2021 AUG 19 PM 3:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.