# EXHIBIT 1

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada B. Ayala Brenes_

Participant's Address: _P.O. Box 1255 Ceiba, P.R. 00735_

Participant's Email Address: _adaayalabrenes@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Fighting for the Minimum paid from the federal government._

By: _Ada B. Ayala Brenes_
    Signature

_Ada B. Ayala Brenes_
Print Name

RECEIVED

AUG 12 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_8-8-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada Ayala Brenes
P.O. Box 1255
Ceiba, P.R. 00735

SAN JUAN PR   009
9 AUG 2021   PM 2  L



**RECEIVED**

**AUG 12 2021**

**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y.
10163 - 4850

10163-485050