# EXHIBIT 2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aida Acevedo Quinones

Participant's Address: P.O. Box 1453 - Cabo Rojo PR. 00623

Participant's Email Address: Aida.Acevedo.DS-00@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 171976

Nature of Claim: Según Ley 89, Aprobada El 7-1-80 Ronerazo De $100.00 Aumento Mesuales

By: Aida Acevedo Quinones
Signature

Aida Acevedo Quinones
Print Name

_____
Title (if Participant is not an individual)

8-4-21
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Acevedo Quiñones Aida
P.O. Box 1453
Cabo Rojo P.R. 00623

SAN JUAN PR 009
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York NY 10163-4850

10163-485050