# EXHIBIT 3

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana I. García Reyes

Participant's Address: HC-01 Box 7132 Aguas Buenas PR 00703

Participant's Email Address: aigreyes@hotmail.com

Name of Counsel: United States District Court, Clerk's Office

Address of Counsel: 150 Ave. Carlos Chardón Ste. 150 San Juan PR 00918-1

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: _____

By: _A. García Reyes_
Signature

Ana I. García Reyes
Print Name

Teacher
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE     VERSION JULY 20, 2021     9