# **EXHIBIT 5**

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Vizcarrondo Thomas_

Participant's Address: _Urb. Sta. Elvira F-10 Calle Santa ANa_

_Caguas P.R. 00725_

Participant's Email Address: ____

Name of Counsel: _Angel M. Vizcarrondo Thomas_

Address of Counsel: _Gloria Diaz Lopez_

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Angel M. Vizcarrondo Thomas_

Nature of Claim: _Gloria Diaz Lopez_

By: _Angel M. Vizcarrondo Thomas_
Signature

_Gloria Diaz Lopez_
Print Name

RECEIVED
AUG 12 2021
PRIME CLERK LLC

____
Title (if Participant is not an individual)

_agosto 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Vizcarrondo Thomas_

Participant's Address: _Urb. Sta. Elvira F-10 Calle Santa Ana_

Participant's Email Address: _Caguas P.R. 00725_

Name of Counsel: _Angel M. Vizcarrondo Thomas_

Address of Counsel: _Gloria Diaz Lopez_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Angel M. Vizcarrondo Thomas_

Nature of Claim: _Gloria Diaz Lopez_

By: _Angel M. Vizcarrondo Thomas_
Signature

_Gloria Diaz Lopez_
Print Name

_agosto 8/2021_
Title (if Participant is not an individual)

_agosto 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANgel M. Vizcarrondo Thomas

Participant's Address: Urb. santa Elvira F-10 calle santa ANa

Participant's Email Address: Caguas P.R. 00725

Name of Counsel: Gloria Diaz Lopez

Address of Counsel: Angel M. Vizcarrondo Thomas

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Agel M. Vizcarrondo Thomas

Nature of Claim: Gloria Diaz Lopez

By: _Angel M. Vizcarrondo Thomas_
Signature

_Gloria Diaz Lopez_
Print Name

_____
Title (if Participant is not an individual)

_agosto 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agel M. Vizcarrondo Thomas
Urb. Sta Elvira
F-10 Calle Sta. Ana
Caguas P.R. 00725

SAN JUAN PR 00?
9 AUG 2021 PM 2 L

RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime clerk LLC
Grand Central station
P.O. Box 4850
New York, NY
10163-4850

10163-485050