# EXHIBIT 7

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Belén Lind Dávila

Participant's Address: 401 Ave. A. Miranda apt. 303-B San Juan PR 00927

Participant's Email Address: www.belen1948@gmail.com

Name of Counsel: Lcda. Ivonne González Morales

Address of Counsel: P.O. Box 9021828 San Juan P.R. 00902-1828

Email Address of Counsel: ivonnegm@prw.net

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 - LTS

Nature of Claim: The Financial Oversight and Management for P. Rico Commonwealth Title III

By: *Belén Lind Dávila*
Signature

Belén Lind Dávila
Print Name

Title III, No. 17 BK 3283 LTS
Title (if Participant is not an individual)

August 7, 2021
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Belén Lind Dávila
401 Ave. A. Miranda
apt. 303-B
San Juan P.R. 00927

SAN JUAN PR 009
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808