# EXHIBIT 9

RECEIVED

Participant must provide all of the information below **in English**:

AUG 1 3 2021

PRIME CLERK

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Bolivar Roque Rivas*

Participant's Address: *Villa Andalucia D14 Calle Tudela San Juan PR 00926*

Participant's Email Address: *N/A*

Name of Counsel: *Lcda. Ivonne González*

Address of Counsel: *San Juan PR*

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No tengo el número de reclamación*

Nature of Claim: *Salario Mínimo Federal no pagado 1994-2004*

By: *BRR*

Signature

*Bolivar Roque Rivas*
Print Name

_____
Title (if Participant is not an individual)

*3/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bolivar Roque Rivas
Villa Andalucia O14
Calle Tudela
Sanjuan PR 00926-2337



SAN JUAN PR   009

RECEIVED AUG 2021  PM 1  L

**AUG 1 3 2021**

PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-070808