# EXHIBIT 10

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: RIVERA VELASQUEZ, CANDIDA LUZ

Participant's Address: Urb. Jard. San Rafael Calle San Isidro #63 Arecibo, P.R. 00612

Participant's Email Address: candyluzRivera@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 31592

Nature of Claim:

By: _____
Signature

CANDIDA LUZ Rivera Velasquez
Print Name

e.Z.L
Title (if Participant is not an individual)

August 8, 2021
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Candida Luz Rivera-Velasquez
Urb. Jard. San Rafael
Calle San Isidro #63
Arecibo, P.R. 00612

SAN JUAN PR 009
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
Box 4850
New York, NY 10163-4850

10163-485050