# EXHIBIT 11

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen G. Avilés Gonzalez_

Participant's Address: _HC 01 Box 4463 Hatillo, P.R. 00659_

Participant's Email Address: _cavilesgonzalez70@gmail.com_

Name of Counsel: _Departamento de Hacienda_

Address of Counsel: _San Juan, Puerto Rico_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Empleados Públicos_

By: _Carmen G. Avilés Gonzalez_
Signature

_Carmen G. Avilés Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_10/agosto/2021_
Date

RECEIVED
AUG 1 3 2021
PRINT

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen C. Aviles
Hc 1 Box 4463
Hatillo, PR 00659

SAN JUAN PR 009

10 AUG 2021 PM 1 L



RECEIVED

AUG 13 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, N.Y. 10163-4850

10163-485050