# EXHIBIT 12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen H. Rivas Morales

Participant's Address: 305 Estancias Nito Marty, Cabo Rojo, P.R. 00623

Participant's Email Address: carmenhrivas@gmail.com

Name of Counsel: Martin J. Bienenstock

Address of Counsel: Eleven Time Square, New York, NY 10036

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Carrera Magisterial

By: _[signature]_
Signature

Carmen H. Rivas Morales
Print Name

_____
Title (if Participant is not an individual)

08/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.