# EXHIBIT 14

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen L. Torres Diaz

Participant's Address: Calle 6 F-25, Villa Matilde-

Participant's Email Address: Toa Alta, Puerto Rico 00953-2319

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: Carmen L. Torres Diaz
Signature

Carmen L. Torres Diaz
Print Name

Directora Escolar - (Retirada)
Title (if Participant is not an individual)

8 de agosto /21
Date

RECEIVED

AUG 1 3 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Torres Diaz
Calle 6 F-25
Villa Matilde
Toa Alta, P.R.
00953-2319

SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED
AUG 1 3 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050