# EXHIBIT 16

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Casilda Mora Delgado

Participant's Address: HC-01 Box 4442 Hatillo, P.R. 00659

Participant's Email Address: pedrovelez3416@gmail.com

Name of Counsel: Departamento de Educación

Address of Counsel: C. Federico Acosta, San Juan, 00918

Email Address of Counsel: de.pr.gov

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 156896

Nature of Claim: Department of education

By: _Casilda Mora Delgado_
Signature

_Casilda Mora Delgado_
Print Name

_Department of Education_
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Casilda Mora Delgado
HC-01 Box 4462
Hatillo, P.R. 00659

SAN JUAN PR 009
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, N.Y. 10163-4850

10163-485050