# EXHIBIT 19

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delma I Monell Mrs_

Participant's Address: _Villa Andalucia D/4 Calle Tudela Sanjuan PR 00926_

Participant's Email Address: _delmamonelltorres@gmail.com_

Name of Counsel: _Lcda. Ivonne Gonzalez_

Address of Counsel: _Sanjuan PR_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#29354_

Nature of Claim: _Salario Minimo Federal no pagado 1986-2004_

By: _Delma Monell Mrs_
Signature

_Delma I. Monell Torres_
Print Name

_N/A_
Title (if Participant is not an individual)

RECEIVED
AUG 1 3 2021
PRIM[...]

_29/Julio/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delma I. Monell Torres
Villa Andalucia O14
Calle Tudela, San Juan PR 00926-3337

SAN JUAN PR 009

10 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED

AUG 13 2021

PRIME CLERK

10163-485050