# EXHIBIT 21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Edna Esther Rodriguez Rodriguez
Participant's Address: Street Olot #449 urb. Open Land San Juan P.R. 00923
Participant's Email Address: rodriguezedna79@gmail.com
Name of Counsel: ___
Address of Counsel: ___
Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 123695

Nature of Claim: ___

By: *Edna E. Rodriguez Rodriguez*
Signature

Edna E. Rodriguez Rodriguez
Print Name

___
Title (if Participant is not an individual)

08/12/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.