# EXHIBIT 22

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santana Ortiz, Edwin_

Participant's Address: _Urb. Méndez Calle L C19 Yabucoa PR 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _[signature]_
Signature

_Edwin Santana Ortiz_
Print Name

_[signature]_
Title (if Participant is not an individual)

_9 de agosto de 2021_
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edwin Santana Ortiz
Urb Mendez
Calle L C-19
Yabucoa, PR 00767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

**RECEIVED**

**AUG 12 2021**

PRIME CLERK LLC

10163-485050