# EXHIBIT 23

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Avilés Casiano, Efrain*

Participant's Address: *Urb. Estancias del Río #850, Hormigueros PR 00660*

Participant's Email Address: *evelyn.estevez92@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: 

By: *[signature]*
Signature

*Efrain Avilés Casiano*
Print Name

RECEIVED
AUG 12 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

***STAT PR 1845 SRF 55169 PackID: 115 MMLID: 2023280-P SVC: ACR 16
Aviles Casiano, Efrain
Urb Estancias Del Rio #850
Homigueros PR 00660

SAN JUAN PR 009
9 AUG 2021 PM 2 L

**RECEIVED**
AUG 12 2021
PRIME CLERK LLC

10163-485050

TO: Prime Clerk LLC
Grand Central Station
PO BOX 4850
New York, NY 10163
4850