# EXHIBIT 24

RECEIVED AUG 13 2021 PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elsie Robles Rivera

Participant's Address: Barrio Palo Alto #66 Morovis P.R. 00674

Participant's Email Address: _____

Name of Counsel: In the US District Court for P.R.

Address of Counsel: United States District Court

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 62501

Nature of Claim: Public Employee Pension/Retiree Claims Autoridad Tierra P.R.

By: Elsie Robles R___
Signature

Elsie Robles Rivera
Print Name

_____
Title (if Participant is not an individual)

8/7/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Elsie Robles Rivera
Barrio Palo Alto #66
Manati P.R. 00674

SAN JUAN PR 009
10 AUG 2021 PM 1 L



To Prime Clerk LLC
Grand Central station
P.O. Box 4850
New York 10163-4850

RECEIVED
AUG 1 3 2021
PRIME CLERK

10163-485050