# EXHIBIT 25

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emilio Quiles Casiano_

Participant's Address: _HC 38 BOX 6690, Guanica, PR 00653_

Participant's Email Address: _eaviles56@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _worked for Department of Police in P.R._

By: _Emilio Quiles Casiano_
Signature

_Emilio Aviles Casiano_
Print Name

RECEIVED
AUG 12 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilio Avilés Casiano
HC 38 BOX 6690
Guánica, P.R. 00653

SAN JUAN PR 009
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

10163-485050

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163
4850