# EXHIBIT 26

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eva Lydia Del Toro Ruiz

Participant's Address: Reparto Esperanza - P-14 Monserrate Pacheco Yauco, P.R. 00698-3137

Participant's Email Address: EvaLydiadelToro@hotmail.com

Name of Counsel: Court's office

Address of Counsel: United States District Court, Clerk's office 150 Ave. Carlos Chardon Ste, San Juan, P.R. 00918-1767

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283

Nature of Claim: Promesa III LTS

By: *Eva Lydia Del Toro Ruiz*
Signature

Print Name: Eva Lydia Del Toro Ruiz

Title (if Participant is not an individual): N/A

Date: August 8, 2021

RECEIVED
AUG 13 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva L. Del Toro
Reparto Esperanza
P-14 Monserrate Pacheco
Yauco, P.R. 00698-3137

SAN JUAN PR 009
10 AUG 2021 PM 1 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY
10163-4850

RECEIVED
AUG 13 2021
PRIME CLERK