# EXHIBIT 27

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Estevez Gutierrez, Evelyn*

Participant's Address: *Urb. Estancias del Río #850, Hormigueros PR 00660*

Participant's Email Address: *evelyn.estevez92@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: _____

By: *Evelyn Estevez*
Signature

*Evelyn Estevez*
Print Name

RECEIVED

AUG 12 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*August 5, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Estevez
Urb. Estancias del Río
Calle Cerrillos #850
Hormigueros PR 00660

SAN JUAN PR  009
9 AUG 2021  PM 2  L



**RECEIVED**

**AUG 12 2021**

**PRIME CLERK LLC**

Prime Clerk LLC
Grand Central Station
P. O Box 4850
New York NY 10163

10163-485050

7850