# EXHIBIT 28

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn González Rivera_

Participant's Address: _PO Box 140934 Arecibo P.R 00614-0934_

Participant's Email Address: _yasirad @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _165331_

By: _[signature]_
Signature

Print Name: _Evelyn González Rivera_

Title (if Participant is not an individual): _____

Date: _10/8/2023_

RECEIVED
AUG 1 3 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Gonzalez Rivera
PO Box 140-934
Arecibo P.R 00614-0934

SAN JUAN PR 009
10 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, N.Y. 10163-4708

RECEIVED
AUG 13 2021
PRIME CLERK LLC

10163-470808