# EXHIBIT 30

RECEIVED
AUG 1 3 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys M. Avilés González_

Participant's Address: _HC 01 Box 4463 Hatillo 00659_

Participant's Email Address: _nataliadonate@outlook.com_

Name of Counsel: _Departamento de Educacion_

Address of Counsel: _C. Federico Cordero 00918_

Email Address of Counsel: _---_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _127689_

Nature of Claim: _Public Employee_

By: _Gladys M. Avilés González_
Signature

_Gladys M. Avilés González_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Aviles Gonzalez
HC 01 Box 4463
Hatillo, P.R. 00659

SAN JUAN PR 009

10 AUG 2021 PM 1 L

RECEIVED

AUG 13 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, N.Y. 10163-4850

10163-485050