# EXHIBIT 31

RECEIVED
AUG 13 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Gladys Pagán Morales*

Participant's Address: *Urbanización Jardines del Manex Calle 3 C12 Patillas, PR 00723*

Participant's Email Address: *fafipa4@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *154191*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *Gladys Pagán Morales*
Signature

*Gladys Pagán Morales*
Print Name

*Promesa III*
Title (if Participant is not an individual)

*August 10 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladys Pagán Morales
Urbanización Jardines del Mamey
Calle 3C 12
Patillas, P.R. 00723

SAN JUAN PR 009
10 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY. 10163-4708

RECEIVED
AUG 1 3 2021
PRIME CLERK LLC