# EXHIBIT 32

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Diaz López_

Participant's Address: _Ave Bolivia 299 ciudad Cristiana_

_Humacao P.R. 00791_

Participant's Email Address: 

Name of Counsel: _Gloria Diaz López_

Address of Counsel: _Angel M. Vizcarrondo Thomas_

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Gloria Diaz López_

Nature of Claim: _Angel M. Vizcarrondo Thomas_

By: _Gloria Diaz López_
Signature

_Angel M. Vizcarrondo Thomas_
Print Name

Title (if Participant is not an individual)

RECEIVED
AUG 12 2021
PRIME CLERK LLC

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Diaz Lopez_

Participant's Address: _Ave Bolivia 299 Ciudad Cristiana_

Participant's Email Address: _Humacao P.R. 00791_

Name of Counsel: _Gloria Diaz Lopez_

Address of Counsel: _Angel M. Vizcarrondo Thomas_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Gloria Diaz Lopez_

Nature of Claim: _Angel M. Vizcarrondo Thomas_

By: _Gloria Diaz Lopez_
Signature

_Angel M. Vizcarrondo Thomas_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any: PR1845 S RF 44 227 Pack ID mmlID 216464 42 SUC DN 13702

Participant's Name: Gloria Diaz Lopez

Participant's Address: Ave Bolivia 299 ciudad Cristiana Humacao P.R. 00791

Participant's Email Address:

Name of Counsel: Angel M. Vizcarrondo Thomas

Address of Counsel: Urb. Santa Evira - F-10 Calle Santa ANa Caguas P.R. 00725

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Gloria Diaz Lopez

Nature of Claim: Angel M. Vizarrondo Thomas

By: _Gloria Diaz Lopez_
Signature

_Angel M. Vizcarrondo Thomas_
Print Name

_____
Title (if Participant is not an individual)

_agosto 8/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria Diaz Lopez
Ave. Bolivia 299 ciudad Cristiana
Humacao P.R. 00791

SAN JUAN PR 00S
9 AUG 2021 PM 2 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime clerk LLC
Grand Central station
P.O BOX 4850
new york NY 10163-4850

10163-485050