# EXHIBIT 33

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Héctor Rafael Martínez Solis_

Participant's Address: _Urb. San José calle #2 B-5 Patillas, P.R. 00723_

Participant's Email Address: _hectorrmartinezsolis@gmail.com_

Name of Counsel: _O'neill & Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave., Suite 800 San Juan, P.R. 00918-1813_

Email Address of Counsel: _https://oneillborges.com_
_www.oneillborges.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Employees Retirement System_

By: _[signature]_
Signature

Print Name: _Héctor Rafael Martínez Solis_

Title (if Participant is not an individual): _(PBA) Public Building Authority Retirement_

Date: _August 09, 2021_

RECEIVED
AUG 1 3 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Héctor R. Martinez Solis
Urb. San José calle 2 B-5
Patillas, P.R. 00723






U.S. POSTAGE PAID
FCM LETTER
HUMACAO, PR
00791
AUG 09, 21
AMOUNT
$6.45
R2305H130419-14

1000    10163



CERTIFIED MAIL



7020 3160 0001 2187 2802

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

RECEIVED
AUG 13 2021
PRIME CLERK LLC