# EXHIBIT 35

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris B. López Mercado_

Participant's Address: _G 24 Colinas de Villa Rosa_

Participant's Email Address: _Sabana Grande PR 00637_

Name of Counsel: _O'Neill & Borges LLC_

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800_

Email Address of Counsel: _San Juan PR 00918-1813_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159449 - Unpaid Wages_

Nature of Claim:

By: _Iris B. López Mercado_
Signature

_Iris B. López Mercado_
Print Name

E.Mail
Irislopezmercado@gmail.com

RECEIVED
AUG 12 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_9 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

López Mercado Iris B. - PR. 1845 SRF 53
Urb. Col. De Villa Rosa
G 24
Sabana Grande PR
00637-0000

SAN JUAN PR 009
9 AUG 2021 PM 2 L

To. Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
AUG 12 2021
PRIME CLERK LLC

10163-485050