# EXHIBIT 38

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma S. Muñoz Lozada_

Participant's Address: _HC #6 Box 10727 Yabucoa_

Participant's Email Address: _irmamunoz146@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS = 172811O_

Nature of Claim: _Employees Retirement_

By: _Irma S. Muñoz Lozada_
Signature

_Irma S. Muñoz Lozada_
Print Name

_____
Title (if Participant is not an individual)

_Aug/5/2021_
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma S. Muñoz Lozada
HC #6 Box 10727
Yabucoa P.R. 00767

SAN JUAN PR 009
9 AUG 2021 PM 2 L



**RECEIVED**
**AUG 12 2021**
**PRIME CLERK LLC**

10163-485050

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850