# EXHIBIT 41

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ivette Ramos Martinez

Participant's Address: Urb Jardines Arroyo, Calle Y A 1-8, Arroyo PR. 00714

Participant's Email Address: zydluia910@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167253

Nature of Claim: Titulo III Promesa 17 BK 3283 LTS Reclamo por Impagos por aun los aumentos

By: [signature]
Signature

Ivette Ramos Martinez
Print Name

_____
Title (if Participant is not an individual)

5/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Escaneado con CamScanner