# EXHIBIT 43

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose M. Montero Martinez*

Participant's Address: *Bda. Nueva #C-69 Utuado, P.R. 00641*

Participant's Email Address: *jose montero 72@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Promesa Title III    17 BK 3283-LTS*

Nature of Claim: *Retirement*

By: _____
    Signature
    *Jose M. Montero Martinez*
    Print Name

RECEIVED

AUG 12 2021

PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*August 2, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose M. Montero
Bda. Nueva #E-64
Utuado, P. R. 00641



SAN JUAN PR  009

9 AUG 2021  PM 2  L

USA ★ FOREVER

RECEIVED

AUG 12 2021

PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York  N.Y. 10163-4850

10163-485050