# EXHIBIT 44

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jose Rafael Aponte Colón

Participant's Address: Urb. Lomas Verdes P13 calle Campanilla

Participant's Email Address: Bayamón P.R. 00956

Name of Counsel: O'NEILL & BORGES LLC

Address of Counsel: 250 Muñoz Rivera Ave, Suite 800, San Juan P.R. 00918-1813

Email Address of Counsel: https://www.O'neillBurges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retirement

By: _Jose R. Aponte Colón_
Signature

Print Name: Jose R. Aponte Colón

RECEIVED
AUG 12 2021
PRIME CLERK LLC

Title (if Participant is not an individual)

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Aponte Colón
Urb. Lomas Verdes
P-13 Calle Campanilla
Bayamón P.R. 00956

SAN JUAN PR 009
9 AUG 2021 PM 2 L
RECEIVED
AUG 12 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

10163-470808