# EXHIBIT 45

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josefina Concepcion Quinones_

Participant's Address: _HC91-Buzon 9488, Bo.Pampanos, Vega Alta P.R. 00692_

Participant's Email Address: _JosefinaConcepcion51589@Gmail.com_

Name of Counsel: _Ivonne Gonzalez Morales_

Address of Counsel: _P.O. Box 9021828, San Juan, P.R 00902-1828_

Email Address of Counsel: _ivonnegm@PrW.Net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _47278_

Nature of Claim: _Salario minimo (minimum Wage)_

By: _Josefina Concepcion Quinones_
Signature

_Josefina Concepcion Quinones_
Print Name

RECEIVED

AUG 13 2021

_____
Title (if Participant is not an individual)

PRIME CLERK

_9 - Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josefina Concepcion
HC 91 Buzon 9488
Bo. Pampanos , V.A. P.R.
00692

7021 0350 0001 3411 9795

1000

10163

RECEIVED

AUG 1 3 2021

PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York