# EXHIBIT 47

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Miranda Collazo

Participant's Address: PO Box 153 Dorado PR 00646

Participant's Email Address: Jrmpl@gmail.com, rosa_melcaody@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: Juan Miranda Collazo
Signature

Juan Miranda
Print Name

RECEIVED
AUG 12 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

Agosto 6, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan Miranda Collazo
P.O BOX 153
Dorado PR 00646

**RECEIVED**
AUG 12 2021
PRIME CLERK LLC

SAN JUAN PR 009
9 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
P.O Box 4830
New York, NY 10163-

10163-485050