# EXHIBIT 51

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Luz D. Rivera Gomez

Participant's Address: HC01 BOX 4938, Arroyo PR 00714

Participant's Email Address: espaguijote8@gmail.com

Name of Counsel: Primu Clurk

Address of Counsel: Grand Cundral Station P.O. BOX 4850

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 165775 $35,000

Nature of Claim: Public Employee and Pension/Bu tire

By: Luz D. Rivera Gomy
Signature

Luz D. Rivera Gomez
Print Name

Prof. Spanish Teacher
Title (if Participant is not an individual)

10 Ago 2021
Date

RECEIVED

AUG 13 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO
Lumul Ostalza Cruz
HCO1 BOX 4938
Arecibo, P.R. 00714

SAN JUAN PR 009
10 AUG 2021 PM 1 L
MISSOURI

RECEIVED
AUG 1 3 2021
PRIME CLERK

TO: Commonwealth of P.R. ACR PC
C/o Prime clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

11232-152312