# EXHIBIT 52

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mantza Rivera Perez

Participant's Address: P.O. Box 1875 Juana Diaz PR 00795

Participant's Email Address: mariperz@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Jointly Administered

By: _[signature]_
Signature

Mantza Rivera Perez
Print Name

_____
Title (if Participant is not an individual)

6-agosto-2021
Date

RECEIVED
AUG 12 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mantza Rivera Pérez
P.O. Box 1875
Juana Diaz PR 00795

SAN JUAN PR 009
9 AUG 2021 PM 2 L



**RECEIVED**
**AUG 12 2021**
**PRIME CLERK LLC**

Prime Clerk LLC
Gran Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050