# EXHIBIT 56

if any:

Participant's Name: Maria I Viera Viera

Participant's Address: Jardines De Caparra Calle Marginal Sur TI-16 Altos Bayamon PR 00959

Participant's Email Address: mviera204@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 153115

Nature of Claim: $23,857.91

By: *[signature]*
Signature

Maria I Viera Viera
Print Name

_____
Title (if Participant is not an individual)

08/12/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.