# EXHIBIT 60

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marilyn Nieves Rivera

Participant's Address: Urb Paseo Reales c/ castillo 203 Arecibo PR 00612

Participant's Email Address: marilyn_34m@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Pago de Carrera Magisterial

By: [signature]
Signature

Marilyn Nieves
Print Name

_____
Title (if Participant is not an individual)

11 de agosto de 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Escaneado con CamScanner