# EXHIBIT 62

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mary Jane Garcia Gonzalez

Participant's Address: Jardines de Gurabo, c/8 #177, Gurabo Puerto Rico 00778

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 112142

Nature of Claim: Public Employee Claims

By: Mary Jane Garcia Gonzalez
Signature

Mary Jane Garcia Gonzalez
Print Name

_____
Title (if Participant is not an individual)

August 3, 2021
Date

RECEIVED
AUG 1 3 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mary Jane Garcia Glez
c/8 #177
Jardines de Gurabo
Gurabo, Puerto Rico 00778

SAN JUAN PR 009
10 AUG 2021 PM 1 L

RECEIVED
AUG 13 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808