# EXHIBIT 63

Participant's Name: Marybel Soto Ocasio

Participant's Address: HR-05 Box 6900 Añasco, P.R. 00610

Participant's Email Address: DE68286@miescuela.pr

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: _____

By: *Marybel Soto Ocasio* (signature)
Signature

Marybel Soto Ocasio
Print Name

Maestra de Salud
Title (if Participant is not an individual)

11 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.