# EXHIBIT 64

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Naida Robles Rivera

Participant's Address: Barrio Palo Alto #66 Manati PR

Participant's Email Address: _____

Name of Counsel: United State District Court

Address of Counsel: Prime Clerk New York NY 10036

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 170761

Nature of Claim: Promesa Title III No. 17 BK 3283-LTS

By: Naida Robles Rivera
Signature

Naida Robles Rivera
Print Name

RECEIVED
AUG 13 2021
PRIME CLERK

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID 428826 m MLID
1809713-P SVC ADSHN-Q
Robles Naida Manati PR 00674

210720V2 Confirmation Discovery Procedures Notice    Version July 20, 2021    9

From: Naida Robles Rivera
Barrio Palo Alto #166
Manati PR 00674



SAN JUAN PR 009
10 AUG 2021 PM 1 L

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York NY 10163-4708

RECEIVED
AUG 13 2021
PRIME CLERK LLC

10163-470808