# EXHIBIT 66

RECEIVED

**AUG 1 3 2021**

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nannette, Ortiz Amaro*

Participant's Address: *Cond. Vista Verde 1200 Carr. 849 Apt 235 5J. P.R. 00924*

Participant's Email Address: *portizamaro@gmail.com*

Name of Counsel: *Employees Retirement System of Government*

Address of Counsel: *of the Commonwealth of Puerto Rico*

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *(787) 604-0830    17BK03566-LTS*

Nature of Claim: _____

By: *[signature]*
   Signature

*Nannette Ortiz Amaro*
Print Name

_____
Title (if Participant is not an individual)

*6 August /2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nannette Ortiz Amaro
Cond. Vista Verde 1200
Carr. 849 Apt. 235
San Juan, P.R. 00924

SAN JUAN PR   009
10 AUG 2021  PM 1  L



FOREVER USA

RECEIVED

AUG 1 3 2021

PRIME CLERK LLC

Puerto Rico Retirement Benefit Information Processing
Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808