# EXHIBIT 68

RECEIVED

AUG 1 3 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Octavio A. Perez_

Participant's Address: _HC - 1 - Ben 5484, Lares, P.R. 00669_

Participant's Email Address: _oacp60@gmail.com_

Name of Counsel: _Commonwealth of Puerto Rico_

Address of Counsel: _____, Puerto Rico_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Octavio A. Perez_
Signature

_Octavio A. Perez_
Print Name

_Jointly Administered_
Title (if Participant is not an individual)

_Prime Clerk LLC_
_Grand Central Station_
_PO Box 4708_
_New York, NY_
_10163-4708_

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Octavio A. Perez Colon
HC 2 · Bzn 5484
Lares, PR 00669

SAN JUAN PR   009

10 AUG 2021 · PM 1 · L

**RECEIVED**

**AUG 13 2021**

PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, N Y 10163-4708

10163-470808