# EXHIBIT 70

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramonita Milián de Jesús

Participant's Address: P.O. Box 192 Patillas, P.R. 00723

Participant's Email Address: ramonitamilian@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim: El Romerazo

By: _[signature]_
Signature

Ramonita Milián de Jesús
Print Name

RECEIVED

AUG 12 2021

PRIME CLERK LLC

Title (if Participant is not an individual)

6 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramonita Milián de Jesús
P.O. Box 192
Patillas, P.R. 00723

SAN JUAN PR 009
7 AUG 2021 PM 1 L



RECEIVED
AUG 12 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

10163-470808