# EXHIBIT 73

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: *Rosalia Torres Torres*

Participant's Address: *Villa Andalucia O14 Calle Tudela San Juan PR 00926-2337*

Participant's Email Address: *Rosalia 12.torres @ gmail.com*

Name of Counsel: *Lcch Ivonne Gonzalez*

Address of Counsel: *San Juan PR*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No tengo Numero de reclamo*

Nature of Claim: *i' nimo Federal no pr.... 1986-2004*

By *Rosalia Torres*

Signature

*Rosalia Torre Torres*

Print Name

*N/A*

Title (if Participant is not an individual)

*2/agosto/2021*

Date

RECEIVED

AUG 1 3 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosalia Torres Torres
Villa Andalucia D14
Calle Tudela
San Juan PR 00926-2337

SAN JUAN PR 009
10 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

RECEIVED

AUG 13 2021

PRIME CLERK LLC

10163-470808