# EXHIBIT 74

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Saúl R. Alvarado Maldonado
Participant's Address: Urb Las Alondras calle 7 B-58 Villalba
Participant's Email Address: eng.s.alvarado@gmail.com
Name of Counsel: No / N/A
Address of Counsel: N/A
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 PackID: 27586 MMLID: 17706-P SVC: MML-PC
ALVARADO MALDONADO, SAUL
URB LAS ALONDRAS
B-58 CALLE 7
VILLALBA PR 00766

Nature of Claim:

By:
Signature: Saul R. Alvarado Maldonado
Print Name: Saul R Alvarado Maldonado
Title (if Participant is not an individual): Engineer
Date: 2 ago 21

RECEIVED
AUG 1 3 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 52652 PackID: 27663 MMLID: 17706-P SVC: DSHN - PC
ALVARADO MALDONADO SAUL
URB LAS ALONDRAS
B-58 CALLE 7
VILLALBA PR 00766

Saul R Alvarado Maldonado
Urb. Las Alondras calle 7 B-52
Villalba, P.R. 00766

RECEIVED
AUG 13 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850