# EXHIBIT 78

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**.

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ada C. Caro Lugo*

Participant's Address: *P.O. Box 131331 Spring, Texas 77393*

Participant's Email Address: *adanyrmin46@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-bk-03284*

Nature of Claim: *Law 89 July 12, 1979 (Retribución Uniforme)*

By: *Ada C. Caro Lugo*
Signature

*Ada C. Caro Lugo*
Print Name

*Funcionaria Ejecutiva / Telephone Operator*
Title (if Participant is not an individual)

*10 August 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada C. Caro Lugo
P.O. Box 13133
Spring, TX 77393

NORTH HOUSTON TX 773
11 AUG 2021 PM 9 L
FOREVER / USA

RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050