# EXHIBIT 79

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ada O. Osorio Correa

Participant's Address: N-79 19 st Rio Grande Estate, Rio Grande, P.R 00745

Participant's Email Address: ada_2002pr@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: ①178907, ②178908, ③178909

Nature of Claim: Public Employee Claims

By: *Ada O. Osorio Correa*    Promesa Title III
Signature                     NO. 17 BK 3283-LTS

Ada O. Osorio Correa
Print Name

_____
Title (if Participant is not an individual)

Agosto-8-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada O. Osorio
Calle A No 79
Rio Grade Estate
Rio Grade P.R.
00745

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808