# EXHIBIT 80

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adlin L. Correa Narváez

Participant's Address: HC 04 Box 4327-B Las Piedras PR 00771

Participant's Email Address: adlin.correa@yahoo.com

Name of Counsel: Proskauer Rose LLP

Address of Counsel: Eleven Times Square New York, NY 10036

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Title III No. 17 BK 3283-LTS

Nature of Claim: 146991 salarios impagos

By: _Adlin L Correa Narváez_
Signature

Adlin L. Correa Narváez
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Adlin L. Correa Narváez
Participant's Address: HC 04 Box 4327-B Las Piedras PR 00771
Participant's Email Address: adlin.correa@yahoo.com
Name of Counsel: Proskauer Rose LLP
Address of Counsel: Eleven Times Square New York, NY 10036
Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Title III No. 17BK 3283-LTS
Nature of Claim: 161750 salarios impagos

By: *Adlin L. Correa Narváez*
Signature

Adlin L. Correa Narváez
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE         VERSION JULY 20, 2021         9