# EXHIBIT 82

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ALBA SOTO Rodriguez

Participant's Address: Hc2 Box 6301, Guayanilla, P.R. 00656

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No 17 BK 3283-LTS

Nature of Claim: _____

By: Alba Soto Rodrigu
Signature

ALBA SOTO Rodriguez
Print Name

_____
Title (if Participant is not an individual)

August 9, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba Soto Rodriguez
HC2 Box 6301
Guayanilla, P.R. 00656

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850