# EXHIBIT 84

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ana Lydia Santiago Ramos
Participant's Address: P.O. Box 10,007 Suite 133 Guayama, P.R. 00785
Participant's Email Address: ffjsantiago@yahoo.com
Name of Counsel:
Address of Counsel:
Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 110343
Nature of Claim: Reclamo de aumentos inpagos - Título III Promesa 17 BK 3283 LTS

By: *[signature]*
Signature

Ana L. Santiago Ramos
Print Name

_____
Title (if Participant is not an individual)

15 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE     VERSION JULY 20, 2021     9