# EXHIBIT 85

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ana M. Lopez Marcucci*

Participant's Address: *HC02 Box 5888 Peñuelas P.R. 00624*

Participant's Email Address: *Melba17732@gmail.com*

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: *Ana M. Lopez Marcucci*
Signature

*Ana M. López Marcucci*
Print Name

Title (if Participant is not an individual)

*11-Agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana M. López Marcucci
HC 02 Box 5888
Peñuelas, P.R. 00624

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK