# EXHIBIT 87

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: VARGAS MATTEY ANGELICA

Participant's Address: HC-01 BOX 10335 Lajas PR 00667-974

Participant's Email Address: NA

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17BK 03566-LTS

Nature of Claim: # 69284

By: _(signature)_
Signature

_(signature)_
Print Name

Title (if Participant is not an individual) ____

Date: 12-08-2021

RECEIVED
AUG 17 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Angelica Vargas Mattey
HC 01 BOX 10335
Lajas P.R. 00667-9711

SAN JUAN PR 009
13 AUG 2021 PM 2 L



RECEIVED
AUG 17 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050