# EXHIBIT 88

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ANTONIO MORALES LEBRÓN

Participant's Address: HC03 BOX0 12 4/2

Participant's Email Address: YABUCOA P.R. 00767-7975

Name of Counsel: ORIENTAL

Address of Counsel: YABUCOA SUCURSAL

Email Address of Counsel: 0221068868

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Pique (ANNa) ORIENTAL BANK

Nature of Claim: MATOJO ) YABUCOA SUCUISAL 0221068868

By: YabuCoA P.R. 00767
Signature

ANTONIO MORALES Lebrón
Print Name

ANTONIO MORALES LEBRÓN
Title (if Participant is not an individual)

8-13-21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
14 AUG 2021 PM 1 L

Herman D Bauer
USDC N 125205
O'NEILL & BORGES LLC
250 Muñoz Rivera Suite 800
San Juan P.R. 00918-1813

RECEIVED
AUG 16 2021
O'NEILL & BORGES

Antonio Morales Lebron
HC3 Box 12412
Yabucoa P.R. 00767