# EXHIBIT 91

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca C. Cardona Pérez

Participant's Address: Villa Carolina 238-6 Calle 616 Carolina PR 00985

Participant's Email Address: blancaceleste_2@hotmail.com

Name of Counsel: Prime Clerk LLC

Address of Counsel:

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 145302    Case Number: 17-03283

Nature of Claim: Sistemas de Retiro del Estado Libre Asociado (Retirement Systems of the Commonwealth of PR)

By: _Blanca C. Cardona Pérez_
Signature

Print Name: Blanca C Cardona Pérez

Title (if Participant is not an individual): 

Date: 14 August 2021.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.