# EXHIBIT 95

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Acevedo, Reyes Carmen C.

Participant's Address: E124 San Rafael Urb. Los Dominicos Bayamón P.R. 00957

Participant's Email Address: Carmenacevedo2121@g-mail-com.

Name of Counsel: NA

Address of Counsel: NA

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 178951

Nature of Claim: Public Employee and Pension Retiree

By: _Carmen C. Acevedo Reyes_
Signature

Carmen C. Acevedo Reyes
Print Name

_____
Title (if Participant is not an individual)

4 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen C. Acevedo Reyes

Participant's Address: E-124 San Rafael Street, Urb Los Dominicos Bayamón P.R. 00957

Participant's Email Address: Carmenacevedo2121@gmail.com

Name of Counsel: N A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 178951

Nature of Claim: Public Employee and Pension Retiree

By: *Carmen C. Acevedo Reyes*
Signature

Carmen C. Acevedo Reyes
Print Name

Title (if Participant is not an individual)

4 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen C. Acevedo Reyes
E124 San Rafael
Urb. Los Dominicos
Bayamón P.R. 00957



SAN JUAN PR 009
12 AUG 2021 PM 1 L

RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050