# EXHIBIT 96

RECEIVED

Participant must provide all of the information below **in English**:

AUG 16 2021

PRIME CLERK

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen I. Rodriguez Díaz_

Participant's Address: _Hc 4 5938 Barranquitas, P.R. 00794-9415_

Participant's Email Address: _____

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _P.O. Box 902-1828, San Juan, 00902-1828_

Email Address of Counsel: _ivonnegm@prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Carmen I. Rodz Díaz_
Signature

_Carmen I. Rodz Díaz_
Print Name

_____
Title (if Participant is not an individual)

_August 09, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED
AUG 16 2021
PRIME CLERK

PRime Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708