# EXHIBIT 98

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *CArmen L. Rios Jimenez*

Participant's Address: *206 E Calle 3, UbA, Alts Rio Sandy*

Participant's Email Address: *ross201517@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *158225*

Nature of Claim: _____

By: *Car L. Jimen* 
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

*5/agosto/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
16 AUG 2021 PM 1 L

USDC No. 21/5205
O'Neill & Borges LLP
250 Muñoz Rivera Ave,
Suite 800, San Juan, PR 00918-1813

RECEIVED
AUG 17 2021
O'NEILL & BORGES