# EXHIBIT 99

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Torres Diaz_

Participant's Address: _Calle 6 F-25, Villa Matilde - Toa Alta, P.R. 00953-2319_

Participant's Email Address: _____

Name of Counsel: _Departamento de Educación_

Address of Counsel: _Sistema de Retiro para Maestro - P.O. Box 191879, San Juan, P.R. 00919-1879_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Dinero que corresponde por Ley._

Nature of Claim: _____

By: _Carmen L. Torres Diaz_
Signature

_Carmen L. Torres Diaz_
Print Name

_maestra y directora escolar_
Title (if Participant is not an individual)

_11 de agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Torres Diaz
Calle 6 F-25
Villa Matilde
Toa Alta, P.R. 00953-2319

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808

RECEIVED
AUG 1 6 2021
PRIME CLERK