# EXHIBIT 102

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Vega Pérez

Participant's Address: Box 760 Hormigueros P.R. 00660

Participant's Email Address: Luisacosta2123@gmail.com

Name of Counsel: Departamento de Educación # empleada 27984

Address of Counsel: Puerto Rico

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167904

Nature of Claim: Demanda ganada por empleados gobierno de Puerto Rico

By: Carmen M. Vega Pérez
Signature

Carmen M. Vega Pérez
Print Name

_____
Title (if Participant is not an individual)

3 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Vega Pérez_

Participant's Address: _Box 760 Hormigueros P.R. 00660_

Participant's Email Address: _luisacosta2123@gmail.com_

Name of Counsel: _Departamento de Educación #empleada 27984_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167903_

Nature of Claim: _Demanda ganada por empleados del gobierno de Puerto Rico_

By: _Carmen M. Vega Pérez_
Signature

_Carmen M. Vega Pérez_
Print Name

_____
Title (if Participant is not an individual)

_3 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Vega Perez
Box 760
Hormigueros P.R. 00660

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York, NY 10163- 4850



RECEIVED
AUG 16 2021
PRIME CLERK

1016334850 B097