# EXHIBIT 105

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen S. Soto Santiago

Participant's Address: PO Box 623 Yabucoa, P.R. 00767

Participant's Email Address: santiagocarmen817@gmail.com

Name of Counsel: Prime Clerk LLC

Address of Counsel: Grand Central Station PO BOX 4850 New York, NY 10163-4850

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation

By: _Carmen S. Soto_
Signature

Carmen S. Soto Santiago
Print Name

_____
Title (if Participant is not an individual)

11 AUG 2021
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen S. Soto Santiago
Apartado 623
Yabucoa P.R. 00767



SAN JUA
14 AUG 20

RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050