# EXHIBIT 106

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen V. Hernández Sosa_

Participant's Address: _D-14 Luis M. Rivera Urb. Martorell, Dorado, P.R. 00646_

Participant's Email Address: _carmencitahernandez1943@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167604 Na. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Carmen V. Hernández Sosa_
Signature

_Carmen Hernández Sosa_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 1921._
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen H Hernández Sosa
D-14 Luis M. Rivera
Urb. Martorell,
Dorado, P.R. 00646

RECEIVED
AUG 17 2021
PRIME CLERK

SAN JUAN PR 009
13 AUG 2021 PM 2 L

Byrne Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050