# EXHIBIT 108

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Z. Soto Rojas_

Participant's Address: _Calle 1 G-10, Villa Matilde - Toa Alta, P.R._

Participant's Email Address: _____

Name of Counsel: _Departamento de Educación_

Address of Counsel: _Sistema de Retiro Para Maestros_

Email Address of Counsel: _P.O. Box 191879, San Juan, P.R. 00919-1879_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Dinero que me corresponde por Ley_

Nature of Claim: _____

By: _Carmen Zoraida Soto Rojas_
Signature

_Carmen Zoraida Soto Rojas_
Print Name

_maestra_
Title (if Participant is not an individual)

_12 de agosto 2021_
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Z. Soto Rojas
P.O. Box 490
Toa Alta, P.R. 00954

SAN JUAN PR 009
RECEIVED AUG 2021 PM 2 L

AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

