# EXHIBIT 109

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celia E. Ocasio Rodriguez_

Participant's Address: _P.O. Box 560025 - Guayanilla, P.R. 00656_

Participant's Email Address: _celia53ocasio@icloud.com_

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK-3283-LTS (lack ID: 7631 MMLID)_

Nature of Claim: _Promesa Title III_

By: _Celia E. Ocasio Rodriguez_
Signature

_Celia E. Ocasio Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celia E. Ocasio Rodriguez
P.O. Box 560025
Guayanilla, P.R. 00656

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050