# EXHIBIT 110

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Cristobal SANTIAGO MOLINA

Participant's Address: HC #2 Box 7911 Yabucoa P.R. 00767

Participant's Email Address: molina cristobal 738@gmail.com

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. S.J. P.R. 00918 suite 800

Email Address of Counsel: Info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: _____

By: *Cristobal Santiago Molina*
Signature

Cristobal SANTIAGO MOLINA
Print Name

_____
Title (if Participant is not an individual)

08/11/2021
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cristobal Santiago Molina
HC#2 Box 7911
Yabucoa. P.R. 00767

SAN JUAN PR 009
13 AUG 2021 PM 2 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grawd Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050