# EXHIBIT 114

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dayra M. Olivieri Cabán_

Participant's Address: _Urb. Jardines de Sta. Dom., Calle 5, A-23 Juana Díaz, PR 00795_

Participant's Email Address: _aryad.olivieris@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Pensión de Retiro_

By: _Dayra M. Olivieri C._
Signature

_Dayra M. Olivieri Cabán_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

RECEIVED

AUG 17 2021

PRIME CLERK LLC

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Milsa M. Cabán Torres
Urb. Jardines Santo Domingo
Calle 5; A-23
Juana Diaz, PR 00795

SAN JUAN PR   009

13 AUG 2021  PM 2  L



RECEIVED

AUG 17 2021

PRIME CLERK

Prime Cerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050