# EXHIBIT 116

*ley Promesa*

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: EDNA E. Torres MUÑOZ

Participant's Address: Urb. Santa Elena Calle Flamboyan H 15 Guayanilla, P.R. 00656

Participant's Email Address: 00656

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO 17 BK 3283-LTS

Nature of Claim: Puerto Rico Departmento Salud

By: Edna E Torres Muñoz
Signature

Print Name

EDNA E. Torres MUÑOZ

Title (if Participant is not an individual)

11 de Agosto de 2021
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edna E. Torres Muñoz
Urb. Santa Elena
Calle Flamboyan H15
Guayanilla, P.R. 00656

Prime Clerk LLC
Grand Central Station
P.O. Box 4852
New York, NY 10163-4850

SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED
AUG 17 2021
PRIME CLERK

10163-485050