# EXHIBIT 117

RECEIVED

AUG 12 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eli Lopez Padrilla_

Participant's Address: _HC01 Box 6224 Santa Isabal, PR 00757_

Participant's Email Address: _N/A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Eli Lopez Padilla_

Signature

_ELI LOPEZ PADILLA_

Print Name

RECEIVED

AUG 16 2021

PRIME CLERK

_____

Title (if Participant is not an individual)

_8/4/21_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Contestacion en español no hablo ingles_

PR. 1845-SRF. 55176 Pack 1D 38013 MMLID 214453P SVC MML-P.C

From. Padilla, Eli Lopez

HC01 Box 6224
santa Isabel, P.R. 00757-9715

RECEIVED

AUG 16 2021

PRIME CLERK

To. Prime Clerk. LLC
Grand Central Station
P O Box 4850
New York. N.Y. 10163-4850

1016334860 B087