# EXHIBIT 118

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Emma V. Meléndez Nogueras

Participant's Address: Covadonga URB

Participant's Email Address: Calle Álamo 3H2 Toa Baja P.R.
emmanogueras a yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149000

Nature of Claim: Promesa Title III No. 17 BK 3283 LTS. Notice of Intent to Participate in Discovery for Confirmation of Commonwealth Plan for Adjustment

By: Emma V. Meléndez Nogueras
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**RECEIVED**

**AUG 17 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emma V. Meléndez Nogueras
Covadonga Urb.
Calle Alamo 3H2
Toa Baja PR 00949



SAN JUAN PR 009
14 AUG 2021 PM 1 L

RECEIVED
AUG 17 2021
PRIME CLERK

PRIME CLERK LLC
Grand Central Station
P.O Box 4850
New York, NY 10163-4850

10163-485050