# EXHIBIT 119

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eugenio Ortiz Pagan_

Participant's Address: _HC-02 BOX 7482 Hormigueros, P.R. 00660_

Participant's Email Address: _Geno4762@gmail.com_

Name of Counsel: _Policia de Puerto Rico_

Address of Counsel: _Ave. Corazones Suite 1059 Mayaguez, P.R. 00680_

Email Address of Counsel: _policia@pr.gov_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Non-Compliant Economic Agreements_

By: _[signature]_
Signature

_Eugenio Ortiz Pagan_
Print Name

_____
Title (if Participant is not an individual)

_08/13/2021_
Date

RECEIVED
AUG 18 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eugenio Ortiz Pagan

Participant's Address: HC-02 BOX 7482 Hormigueros, P.R. 00660

Participant's Email Address: Geno4762@gmail.com

Name of Counsel: Policía de Puerto Rico

Address of Counsel: Ave. Corazones Suite 1059 Mayagüez, P.R. 00680

Email Address of Counsel: policia@pr.gov

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Non-Compliant Economic Agreements

By: _____
Signature

Eugenio Ortiz Pagan
Print Name

_____
Title (if Participant is not an individual)

08/13/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Eugenio Ortiz Pagá
HC 02 Box 7482
Hormigueros PR 00661






U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
AUG 13, 21
AMOUNT
$6.45
R2304M116291-13

RECEIVED
AUG 18 2021
PRIME CLERK LLC



CERTIFIED MAIL

7020 1810 0001 3354 8447

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050