# EXHIBIT 120

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Eva M. Ramírez Irizarry

Participant's Address: 16 Clinton Estancias Balseiro Arecibo, P.R. 00612

Participant's Email Address: magalyramirez2020@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Money owed to me by the Puerto Rico Department of Education

By: _[signature]_
Signature

Eva M. Ramírez Irizarry
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK

_____
Title (if Participant is not an individual)

08/14/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eva M. Ramirez Irizarry
Estancias Balseiro, Calle Clinton
#16, Arecibo, Puerto Rico, 00612

SAN JUAN PR 009
14 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
AUG 17 2021
PRIME CLERK

10163-485050