# EXHIBIT 122

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Evelyn Galarza Gonzalez

Participant's Address: Calle 23 Aq-14 Urb. Villas de Rio Grande

Participant's Email Address: evelyngalarza715@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Evelyn Galarza_
Signature

Evelyn Galarza Gonzalez
Print Name

_____
Title (if Participant is not an individual)

11-august-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Galarza
urb. Villas de Rio
Grande.
calle 23 ag 14
Rio Grande, PR 00745.

RECEIVED
AUG 16 2021
PRIME CLERK

SAN JUAN PR 009
11 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
Po Box 4850
New York, NY 10163-4850

10163-485050