# EXHIBIT 123

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Moya Rojas_

Participant's Address: _HC-4 Box 43310 Hatillo P.R. 00659_

Participant's Email Address: _emoyarojas12@gmail.com_

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 66954_

Nature of Claim: ___

By: _Evelyn Moya Rojas_
Signature

_Evelyn Moya Rojas_
Print Name

___
Title (if Participant is not an individual)

_13/08/2021_
Date

RECEIVED
AUG 1 8 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Sra: Evelyn Moya Rojas
HC·4 Box 43310
Hatillo P.R. 00659.



RECEIVED
AUG 18 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850