# EXHIBIT 126

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Francisco Santiago López

Participant's Address: Sta. Teresita #6515 C/San Edmundo Ponce, P.R. 00730

Participant's Email Address: ps69287@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _Francisco Santiago López_
Signature

Francisco Santiago López
Print Name

_____
Title (if Participant is not an individual)

10 Julio 2021 Agosto
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco Santiago Lopez
Sta. Terito #6515 C/San Edmundo
Ponce, P.R. 00730-4408

SAN JUAN PR 009
11 AUG 2021 PM 2 L
RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050