# EXHIBIT 127

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gamaliel Rios Burgos_

Participant's Address: _HC. 01 Box 3650 Villalba P.R. 00766_

Participant's Email Address: _gamalielriosburgos@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS Ley 89 12 julio -1979_

Nature of Claim: _Ley de Retribucion conforme de la oficina Central_

By: _Gamaliel Rios Burgos_
Signature

_Gamaliel Rios Burgos_
Print Name

_Celador de Lineas II_
Title (if Participant is not an individual)

_13 - agosto -2021._
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gamaliel Rios Burgos
HC01 Box3650
Villalba P.R. 00766

SAN JUAN PR 009
14 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

RECEIVED
AUG 17 2021
PRIME CLERK

10163-470809