# EXHIBIT 129

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: HERMEGilda VELAZQUEZ Colón

Participant's Address: Urb. VILLA SERENA H-9 Calle Amapola ARECIBO, P.R. 00612-3345

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: _H. Velazquez Colón_
Signature

HERMENE Gilda Velazquez Colón
Print Name

Depto de Salud - ARECIBO, P.R. Microscopista
Title (if Participant is not an individual)

August 12, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HERMEGIlDA VELAZQUEZ COLÓN
Urb. VILLA SERENA
H-9 Calle AMApola
ARECIBO, P.R. 00612-3345

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

PRIME Clerk LLC
Grand Central Station
P.O Box 4708
New York, NY 10163-4708

10163-470808