# EXHIBIT 131

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Irenes Jimenez Rivera

Participant's Address: Bo. Espinal Bzn 152A, Agaada P.R. 00602

Participant's Email Address: Irehes Jimenez@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: case No. 17 BK 3283-LTS

Nature of Claim:

By: Irenes Jimenez Rivera
Signature

Irehes Jiménez Rivera
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK

Title (if Participant is not an individual)

13 de Agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irenes Jimenez Rivera
Bo Espinal Bzn 152 A
Aguada P.R. 00602

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4708
New York, N.Y. 10163-4708

10163-470808