# EXHIBIT 132

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel M Jiménez Medina_

Participant's Address: _P.O. Box 637 Aguada, Puerto Rico 00602_

Participant's Email Address: ____

Name of Counsel: _View attachment 1_

Address of Counsel: _View attachment 1_

Email Address of Counsel: _View attachment 1_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _147081 (Paso)_

Nature of Claim: _View attachment 1_

By: _Isabel M Jiménez Medina_
Signature

_Isabel M Jiménez Medina_
Print Name

_(to see the progress of claim)_
Title (if Participant is not an individual)

_August 13, 2021_
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

1. Discovery notice to the court's Clerk's office at:
   United states District court clerk's office
   150 Ave. Carlos Chardon ste. 150
   San Juan, Puerto Rico 00918-1767

2. The claim is due to the fact the laws were established that indicate a salary increase and were not awarded. I understand that the law. (147081 "El paso" an additional $25.00 per month.

Isabel M Jimenez Medina
P.O. Box 637
Aguadilla, Puerto Rico
00602

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel M Jiménez Medina_

Participant's Address: _P.O. Box 637 Aguada, Puerto Rico 00602_

Participant's Email Address: _____

Name of Counsel: _View attachment 1_

Address of Counsel: _View attachment_

Email Address of Counsel: _View attachment_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143349 (Sila M Calderón)_

Nature of Claim: _View attachment_

By: _Isabel M Jiménez Medina_
Signature

_Isabel M Jiménez Medina_
Print Name

_(to see the progress of claim)_
Title (if Participant is not an individual)

_august 13-2021_
Date

RECEIVED
AUG 1 7 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

1. Discovery notice to the court's Clerk's office at:
United States Districk court clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, Puerto Rico 00918-1767

2. The Clain is due to the fact the laws were established that indicated a salary increase and were not awarded. I understand that the law 143349- Law 96 of 2002 (Incentive act of Sila M. Calderón) Which grants $50.00 per month.

Isabel M Jiménez Medina
P.O. Box 637
Aguada, Puerto Rico
00602

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050