# EXHIBIT 133

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ismael Hernández Sánchez
Participant's Address: Res: Bairoa Calle 12-A, CW-5 Caguas 00725
Participant's Email Address: ismaelhndz893@gmail.com

Name of Counsel: _____
Address of Counsel: _____
Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: A00-000-1840-1430
Nature of Claim: 20014155884

By: [signature]
Signature

Print Name: Ismael Hernández Sánchez

Title (if Participant is not an individual): Promesa Title III

Date: 29 Jul 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ismael Hernández Sánchez
Res: Bairoa calle 12-A, Cw#5
Caguas Puerto Rico 00725

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050