# EXHIBIT 135

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jeannette Rosas Sánchez

Participant's Address: Bo. Rio Hondo Valle Seco Bzn. 2310 Mayagüez, P.R. 00680

Participant's Email Address: jeannettersa@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 81069

Nature of Claim: Against the Department of Education

By: *Jeannette Rosas Sánchez*
Signature

Jeannette Rosas Sánchez
Print Name

———
Title (if Participant is not an individual)

7-21-2021
Date

**RECEIVED**
**AUG 18 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

