# EXHIBIT 136

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Jesús M. Maldonado Velez

Participant's Address: Urb. Los Farolos 500 Carr 861 Apt 35 Bay. P.R. 00956

Participant's Email Address: jmaldo50@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 175043

Nature of Claim: Ley 89 El Romero 20 Aumento de Sueldo

By: _[signature]_
Signature

Print Name: Jesús M Maldonado Velez

Title (if Participant is not an individual): Tec. Elec. III y Servicios Especiales

Date: 8/9/2021

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesus M. Maldonado Velez
Urb Los Faroles 500 Carretera 861
Apt 35 Bayamon P.R. 00956

SAN JUAN PR 009
RECEIVED
13 AUG 2021 PM 2 L
AUG 17 2021
PRIME CLERK



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850