# EXHIBIT 137

RECEIVED AUG 16 2021 PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its Counsel, if any:

Participant's Name: Joana Rodriguez

Participant's Address: Urb. Jardines Avila #25 Calle 1 Ceiba, P.R. 00735

Participant's Email Address: rjoana@rocketmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 5430

Nature of Claim: Empleado Activo, Gobierno de Puerto Rico

By: Joana Rodriguez
Signature

Joana Rodriguez
Print Name

_____
Title (if Participant is not an individual)

12 de agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FIRST-CLASS MAIL
US POSTAGE
PAID
PERMIT NO.1450
TOPPAN MERRILL

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

LEGAL DOCUMENTS ENCLOSED.
DIRECT TO THE ATTENTION OF THE ADDRESSEE OR
PRESIDENT / GENERAL COUNSEL

PR 1845 SRF 55176 PackID: 220955 MMLID: 1227596-P SVC: ADSHN-Q
JOANA JO RODRIGUEZ
URB JARDS AVILA
25 CALLE 1
CEIBA PR 00735

00735$2827 C002

Joana Rodriguez
Urb. Jardines Avila #25
Calle 1, Ceiba, P.R. 00735

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10163-470808