# EXHIBIT 141

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Amilcar Vargas Morales_

Participant's Address: _HC-01 Box 10335 Lajas PR 00667-9711_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 03566-LTS_

Nature of Claim: _# 73282 Employees Retirement System of the Government of the Commonwealth of P.R._

By: _[signature] Jose A. Vargas Morales_
Signature

_Jose A. Vargas Morales_
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Jose Amilcar Vargas Morales
HC-01 Box 10335 Lajas P.R.
00667-9711

SAN JUAN PR 009
13 AUG 2021 PM 2 L



RECEIVED
AUG 17 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050