# EXHIBIT 142

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José H. Dávila Medina_

Participant's Address: _Calle 17 M-29 Rio Grande Estate R.G., P.R. 00745_

Participant's Email Address: _davinciboricua.davila7@gmail.com_

Name of Counsel: _No. 17 BK 3283 - LTS_

Address of Counsel: _United States District Court Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767._

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150840_

Nature of Claim: _Public Employee Claims_

By: _[signature]_
Signature

_José H Dávila Medina_
Print Name

_____
Title (if Participant is not an individual)

_10 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José H Davila Medina
Calle 17 M-29 Rio Grande Estate R.G.
Puerto Rico 00745

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

RECEIVED
AUG 16 2021
PRIME CLERK

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José H. Davila Medina

Participant's Address: Calle 17M-29 Rio Grande Estate R.6, Puerto Rico 00745

Participant's Email Address: davinciboricua.davila7@gmail.com

Name of Counsel: No. 17BK3283-LTS

Address of Counsel: United States District Court Clerk's Office, 150 Ave Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 151766

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _[signature]_
Signature

José H Dávila Medina
Print Name

_____
Title (if Participant is not an individual)

10 de Agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José H. Davila Medina
Calle 17 M-29. Rio Grande Estate R.G.
Puerto Rico 00745

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

RECEIVED
AUG 16 2021
PRIME CLERK

10163-470808