# EXHIBIT 143

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José I. Colón García

Participant's Address: Bo. Palo Seco, Buzón 240 Maunabo PR 00707

Participant's Email Address: josecolon@salud.gov.pr

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave., Suite 800

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 41152

Nature of Claim: Demand to the Financial Oversight and Management Board of PR vs. The Commonwealth of PR Case No. 17 BK-03566-LTS

By: _[signature]_
Signature

José I. Colón García
Print Name

_____
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



SAN JUAN PR 009
12 AUG 2021 PM 1 L

Hernan D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera
Ave., Suite 800
San Juan PR 00918-1813

RECEIVED
AUG 16 2021
O'NEILL & BORGES

00918-181975

Jose Colon
Bo. Pilo Seo Buzan 240
Maunabo PR 00707