# EXHIBIT 144

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José L. Santiago Molina

Participant's Address: HC 03 Box 7911 Yabucoa, P.R. 00767

Participant's Email Address: ivette.torres01@hotmail.com

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave., Suite 800 San Juan, P.R. 00918-1813

Email Address of Counsel: info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: José L. Santiago Molina
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

August 12, 2021
Date

RECEIVED
AUG 18 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José L. Santiago Molina
HC 02 Box 7911
Yabucoa, P.R. 00767



**RECEIVED**
**AUG 18 2021**
**PRIME CLERK**

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850