# EXHIBIT 145

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: José M. Rosario Piñero

Participant's Address: Calle Baldorioty #46 Laguras P.R.

Participant's Email Address: jose.rosariopinero@Gmail.com

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800   S.J.-P.R. 00918-1813

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Retirement

By: _José M. Rosario Piñero_
Signature

José M. Rosario Piñero
Print Name

PBA
Title (if Participant is not an individual)

August 9, 2021
Date

**RECEIVED**
**AUG 17 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José M. Rosario
P.O. Box 629
Juncos, P.R. 00777

SAN JUAN PR 009
RECEIVED AUG 2021 PM 2 L
AUG 17 2021
PRIME CLERK



Prime clerk LLC
Grand Central Station
P.O. Box 9850
New York, N.Y. 10163-4850