# EXHIBIT 146

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose R Agosto Rivera*

Participant's Address: *Paseo de laalhambra cordova #19 Carolina P.R 00987*

Participant's Email Address: *Jose R Agosto yahoo.com*

Name of Counsel: *Management Board OF PR*

Address of Counsel: *250 muñoz Rivera st 800 San Juan P.R 00918*

Email Address of Counsel: *Act@aaFaE.PR.gov.*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: *Public Employee claim - Ley 89,1979 Romerazo*

By: *Jose R Agosto Rivera*
Signature

*Jose R Agosto Rivera*
Print Name

*Policia de PR*
Title (if Participant is not an individual)

*8/10/21*
Date

**RECEIVED**

**AUG 16 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose R. Agosto Rivera
Paseo de la alhambra
19 calle cordova
carolina P.R 00987

SS- 1653

Policia de P.R - Patrono
1996-2014
Public Employee claim
Ley 89 1979 - Bomerazo
Salarios no recibidos

Jose R. Agosto Rivera
Urb Paseo de la alhambra
19 Cordova
Carolina P.R 00987-



SAN JUAN PR  009

12 AUG 2021  PM 1  L

RECEIVED

**AUG 16 2021**

PRIME CLERK LLC

Commonwealth of P.R
ACR Processing Center
850 3rd Avenue, Ste 412
Brooklyn, NY 11232

11232-152312