# EXHIBIT 147

AUG 17 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose Santiago Rivera_

Participant's Address: _HC-03 Box 8568 DORADO PR 00646_

Participant's Email Address: _jsantiago730@gmail.com_

Name of Counsel: _pro se_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _any and all claims for which I am entitled to claim including but not limited to Retirement Plan._

By: _[signature]_
Signature

_Jose Santiago Rivera_
Print Name

_____
Title (if Participant is not an individual)

_8/4/2021_
Date

_Additionally please note that notice was NOT timely received. Notice arrived on 8-2-2021 only 1 day prior to the 8-3-2021 deadlines. I respectfully request extensions._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose' Santiago Rivera
HC 03 Box 8568
Dorado P.R. 00646

SAN JUAN PR 009
10 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY 10163-4708

10116-999955