# EXHIBIT 149

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan R. Vidal Carreras

Participant's Address: Calle Peru, N. 15 Ciudad Cristiana Humaco

Participant's Email Address: JuanrVidal63@Gmail.com

Name of Counsel: O'Neill + Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave Suite 800 SJ P.R. 00918-1813

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Employees Retirement System

By: _Juan R Vidal Carreras_
Signature

Juan R. Vidal Carreras
Print Name

PBA. Public Building Authority Retirement
Title (if Participant is not an individual)

9-8-2021
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan R. Vidal
Box 63
Juncos P.R. 00777

SAN JUAN PR 009
13 AUG 2021 PM 2 L

RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
New York, NY 10163-4850

10017-568406