# EXHIBIT 150

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Rodriguez Pérez_

Participant's Address: _P.O. Box 1524, Aguadilla, Puerto Rico 00605_

Participant's Email Address: ____

Name of Counsel: _View atachment_

Address of Counsel: _View atachment_

Email Address of Counsel: _View atachment_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _13 3379 (Paso)_

Nature of Claim: _View attachment_

By: _Juan Rodriguez Pérez_
Signature

_Juan Rodriguez Pérez_
Print Name

_(to see the progress of claim)_
Title (if Participant is not an individual)

_august 13-2021_
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

1. Discovery notice to the court's clerk's office at:

   United states District court, clerk's office
   150 Ave. Carlos Chardon Ste. 150
   San Juan, Puerto Rico. 00918-1767

2. The claim is due to the fact the laws were established that indicate a salary increase and were not awarded. I understand that the law. 133379 "El paso" an additional $25.00 per month.

Juan Rodríguez Pérez
P.O. Box 1524
Aguadilla, Puerto Rico 00605

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-485

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Rodriguez Perez_

Participant's Address: _P.O. Box 1524, Aguadilla, Puerto Rico 00605_

Participant's Email Address: _____

Name of Counsel: _View attachment_

Address of Counsel: _View attachment_

Email Address of Counsel: _View attachment_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _121521 (Incentivo Sila M. Calderón)_

Nature of Claim: _View attachment_

By: _Juan Rodriguez Perez_
Signature

Print Name: _Juan Rodriguez Perez_

Title (if Participant is not an individual): _(to see the progress of claim_

Date: _august 13, 2021_

RECEIVED
AUG 17 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# ATTACHMENT 1

1. Discovery notice to the court's Clerk's office at:
United States District court clerk's office
150 Ave. Carlos Chardón ste. 150
San Juan, Puerto Rico. 00918-1767

2. The claim is due to the fact the laws were established that indicate a salary increase and were not awarded.
I understand that the laws.
Law 96 of 2002 (Incentive act of Sila M. Calderón) Which grants $50.00 per month.
12/15/21 - Claim No

Juan Rodriguez Perez
P.O. Box 1524
Aguadilla, Puerto Rico 00605

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan Rodriguez Pérez

Participant's Address: P.O. Box 1524, Aguadilla, Puerto Rico 00605

Participant's Email Address: _____

Name of Counsel: View attachment

Address of Counsel: View attachment

Email Address of Counsel: View attachment

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 109304 (El Romerazo)

Nature of Claim: View attachment

By: Juan Rodriguez Pérez
Signature

Juan Rodriguez Pérez
Print Name

(to see the progress of claim)
Title (if Participant is not an individual)

august 13-2021
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

1. Discovery notice to the court's clerk's office at:

   United States District court clerk's office
   150 Ave. Carlos Chardon ste. 150
   San Juan, Puerto Rico 00918-1767

2. The claim is due to the fact the laws were established that indicate a salary increase and were not awarded. I understand that the law.

   Law 89 of 1979 (el Romerazo) which grants $50:00 per month.

Juan Rodriguez Perez
P.O. Box 1534
Aguadilla, Puerto Rico
00605

SAN JUAN PR 009
14 AUG 2021 PM 1



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
AUG 17 2021
PRIME CLERK

10163-485050