# **EXHIBIT 154**

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of counsel, if any:

Participant's Name: _Justiniano Rodriguez Aloyo_

Participant's Address: _HC 01 Box 4419 Arroyo, P.R. 00714_

Participant's Email Address: _Ravinda Marin_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Justiniano Rodriguez Aloyo_
Print Name

_Corporación Azucarera, Aguirre, P.R._
Title (if Participant is not an individual)

_08/12/2021_  _Justiniano Rodriguez Aloyo_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Agosto 12, 2021

Estimados Servidores.

Reciban un Cordial Saludo. Quiero que se me Revise mi Caso Velacionado con la Falta de mi Pago de la Corporacion Azucarera de Aguirre.

Gracias.

Justiniano Rodriguez Aloyo
S.S - 583 - 58 - 3088
Celular - 787 - 485 - 1840

Justiniano Rodriguez Aloyo
HC01 Buzón Rural 4419
Bda- Marin
Arroyo, P.R. 00714

SAN JUAN PR
12 AUG 2021 PM 1

RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P O Box 4708
New York, NY 10163-4708

10163-470808