# EXHIBIT 155

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Leany E. Lugo Cardona

Participant's Address: Urb. Colinas Verde Calle 9 H-10 San Sebastian Puerto Rico 00685

Participant's Email Address: leni896@yahoo.com

Name of Counsel: Departamento De Educación Puerto Rico

Address of Counsel: #150 Federico Costa San Juan P.R. 00918

Email Address of Counsel: de2govierno.pr

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Leany E. Lugo Cardona_
Signature

Leany E. Lugo Cardona
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK

_____
Title (if Participant is not an individual)

August 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Leany Lugo
Urb. Colinas Verde
Calle 9 H-10
San Sebastian P.R.
00685

SAN JUAN PR 009

13 AUG 2021 PM 2 L
RECEIVED
AUG 17 2021
PRIME CLERK



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050