# EXHIBIT 158

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lillian Avilés Cabán

Participant's Address: Cond. Paseo Degetau apto. 705 edif. 7 Avenida Degetau Caguas P.R. 00727

Participant's Email Address: lillianaviles55@gmail.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 65081

Nature of Claim: Reclamar aumento que no dieron para la gobernación de gobernador Romero y Sila Calderón

By: Lillian Avilés Cabán
Signature

Lillian Avilés Cabán
Print Name

maestra retirada Sistema Educación P.R. Promesa III
Title (if Participant is not an individual)

13 agosto 2021
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Avilés Cabán
Cond. Paseo Degetau
apt. 705 Edif. 7 Caguas P.R. 00727

SAN JUAN PR 009
13 RECEIVED PM 2 L
AUG 17 2021



PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050