# EXHIBIT 160

RECEIVED

AUG 16 2021

Participant must provide all of the information below **in English**:

PRIME CLERK

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian Landrón Rivera_

Participant's Address: _Urb. María Del Carmen Calle 7 L-2 Corozal, P.R. 00783_

Participant's Email Address: _—_

Name of Counsel: _All the counsel that are working with this case_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56039_

Nature of Claim: _I am claiming the money that was not paid to us for many years to the teachers of Department of Education of P.R._

By: _Lillian Landrón Rivera_
    Signature

_Lillian Landrón Rivera_
Print Name

_Teacher of the Department of Education of Goverment P.R._
Title (if Participant is not an individual)

_August 05 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED

Participant must provide all of the information below **in English**:

AUG 16 2021

1. Participant's contact information, including email address, and that of its counsel, CLERK
   if any:

Participant's Name: _Lillian Landrón Rivera_

Participant's Address: _Urb. María Del Carmen Calle 7 L-2_
_Corozal P.R. 00783_

Participant's Email Address: _—_

Name of Counsel: _All the counsel that are working with this case_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54024_

Nature of Claim: _I am claiming the money that was not paid_
_to us for many years to the teachers of_

By: _Lillian Landrón Rivera_        _Department of Education of_
Signature                          _Puerto Rico_

_Lillian Landrón Rivera_
Print Name

_Teacher of the Department of Education of_
Title (if Participant is not an individual)  _Goverment P.R._

_August 05 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SAN JUAN PR  009

11 AUG 2021  PM 2  L

RECEIVED

AUG 1 6 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050