# EXHIBIT 164

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Acosta Méndez, Magda I._

Participant's Address: _PO Box 39 Angeles, P.R. 00611-0039_

Participant's Email Address: _motaacosta@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _166668_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of P.R._

By: _Magda I. Acosta Méndez_
Signature

_Magda I. Acosta Méndez_
Print Name

_____
Title (if Participant is not an individual)

_08/13/2021_
Date

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magda I. Acosta Mendez
P.O Box 39
Angeles, P.R. 00611-0039

SAN JUAN PR 009
14.AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York 10163-4850

10163-485050