# EXHIBIT 166

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Ortiz Arroyo

Participant's Address: URb. LA RAMbIA 1348 Calle Castellana, Ponce P.R. 00730-4054

Participant's Email Address: None

Name of Counsel: Lcdo. Gilberto Limardo Rodriguez

Address of Counsel: PO Box 34226, Ponce P.R. 00734-4226

Email Address of Counsel: Bufetelimardo@yahoo.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: /s/ Manuel Ortiz Arroyo
Signature

Manuel Ortiz Arroyo
Print Name

_____
Title (if Participant is not an individual)

11 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Ortiz Arroyo

Participant's Address: Urb. La Rambla 1348 Calle Castellana, Ponce P.R. 00730-4054

Participant's Email Address: ―――

Name of Counsel: Lcdo. Gilberto Limardo Rodriguez

Address of Counsel: P.O Box 34226, Ponce P.R 00734-4226

Email Address of Counsel: Bufetelimardo @ yahoo.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim:

By: *Manuel Ortiz Arroyo*
Signature

Manuel Ortiz Arroyo
Print Name

―――――――――
Title (if Participant is not an individual)

11 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Ortiz Arroyo_

Participant's Address: _Urb. La Rambla 1348 Calle Castellana, Ponce, P.R. 00730-4054_

Participant's Email Address: _None_

Name of Counsel: _Licdo. Wilberto Limardo Rodriguez_

Address of Counsel: _PO Box 34226, Ponce P.R. 00734-4226_

Email Address of Counsel: _Bufetelimardo@yahoo.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _[signature: Manuel Ortiz Aryo]_
Signature

_Manuel Ortiz Arroyo_
Print Name

_____
Title (if Participant is not an individual)

_11 de Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are *not* represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Ortiz Arroyo

Participant's Address: URB. LA RAMBLA 1348 CALLE CASTELLANA, Ponce P.R. 00730-4054

Participant's Email Address: _____

Name of Counsel: Lcdo. Milberto Limardo Rodriguez

Address of Counsel: PO Box 34226, Ponce P.R. 00734-4226

Email Address of Counsel: Bufetelimardo@yahoo.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: _____

By: *(signature)*
Signature

Manuel Ortiz Arroyo
Print Name

_____
Title (if Participant is not an individual)

11 de agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Ortiz Arroyo
Urb. La Rambla, 1348
Calle Castellana, Ponce P.R.
00730-4054

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
PO Box 4708
New Yor, NY 10163-4708

RECEIVED
AUG 16 2021
PRIME CLERK

10163-470808