# EXHIBIT 168

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marcos A. Rivera Rosario

Participant's Address: HC 15 Box 16415

Participant's Email Address: marcosriverarosario2015@gmail.com

Name of Counsel: O'neill+Borges LLC

Address of Counsel: 250 muñoz Rivera Ave. Suite 800 S.J. PR 00918-1813

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retirement

By: _Marcos A. Rivera Rosario_
Signature

Marcos A. Rivera Rosario
Print Name

P.B.A
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marcos A. Rivera Rosario
BO Tejas #2 HC 15
Box 16415
Humacao P.R. 00791

RECEIVED
AUG 16 2021
PRIME CLERK

SAN JUAN PR 009
11 AUG 2021 PM 2 L



Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050