# EXHIBIT 169

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita González Ance

Participant's Address: Urb. Vista Azul Calle 3 A12 Arecibo PR 00612

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Margarita González Ance_
Signature

_Margarita González Ance_
Print Name

_____
Title (if Participant is not an individual)

9 / Agosto / 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

AFTER 10 DAYS RETURN TO
Margarita Gonzále[z]
[illegible] Vista Azul
Calle 3 A1[?]
Arecibo, PR 00612

RECEIVED
AUG 16 2021
PRIME CLERK

SAN JUAN PR 009
11 AUG 2021 PM 2 L

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y 10163-4850

10163-485050