# EXHIBIT 170

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Trujillo Panisse_

Participant's Address: _P.O Box 560025_

Participant's Email Address: _margarita45trujillo@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _276645 — 1858154-P_

Nature of Claim: _Ley Promesa_

By: _Margarita Trujillo Panisse_
Signature

_Margarita Trujillo Panisse_
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_14 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita Trujillo Panisse

Participant's Address: P.O. Box 560025 Guayanilla, P.R. 00656

Participant's Email Address: margarita45trujillo@icloud.com

Name of Counsel: -

Address of Counsel: -

Email Address of Counsel: -

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK-3283-LTS-276648

Nature of Claim: 276648 Promesa

By: *Margarita Trujillo Panisse*
Signature

Margarita Trujillo Panisse
Print Name

_____
Title (if Participant is not an individual)

August 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita Trujillo Panisse

Participant's Address: P.O. Box 560025 - Guayanilla, P.R. 00656

Participant's Email Address: margarita45trujillo@icloud.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 276640

Nature of Claim: Promesa

By: *[signature]*
Signature

Margarita Trujillo Panisse
Print Name

_____
Title (if Participant is not an individual)

August 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Margarita Trujillo Panisse*

Participant's Address: *P.O Box. 560025 Guayanilla PR 00656*

Participant's Email Address: *margarita45trujillo@icloud.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *276639*

Nature of Claim: *Promesa*

By: *Margarita Trujillo Panisse*
Signature

*Margarita Trujillo Panisse*
Print Name

_____
Title (if Participant is not an individual)

*14 agisto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Margarita Trujillo Panisse*

Participant's Address: *P.O Box 560025*

Participant's Email Address: *margarita45trujillo@icloud.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17BK 3283-LTS-1637829*

Nature of Claim: *Promesa II    276649   Promesa*

By: *Margarita Trujillo Panisse*
Signature

*Margarita Trujillo Panisse*
Print Name

Title (if Participant is not an individual) _____

*14 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Trujillo Panisse
P.O. Box 560025
Guayanilla, P.R. 00656

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050