# EXHIBIT 172

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria A. Soto Ortiz
Participant's Address: P.O. Box 1181, Gurabo, Puerto Rico 00778
Participant's Email Address: febresilinda.123@gmail.com
Name of Counsel: Proskauer Rose LLP
Address of Counsel: Eleven Times Square New York, NY 10036
Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Title III No. 17 BK 3283-LTS
Nature of Claim: Employee Retirement System of Government of the commonwealth of Puerto Rico ("ERS")

By: _[signature]_
Signature

Maria A. Soto Ortiz
Print Name

Teacher
Title (if Participant is not an individual)

14 de agosto 2021
Date  14 - August 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.