# EXHIBIT 173

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria delosAngeles Rivera Suazo

Participant's Address: Urb. Naranjo Valley #77 Calle Orquidea, Fajardo, PR. 00738-8695

Participant's Email Address: mariasuazo47@gmail.com

Name of Counsel: No. 17 BK 3283-LTS

Address of Counsel: United States District Court Clerk's office, Avenida Carlos Chardon Ste. 150, San Juan, Puerto Rico 00918-1767

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 171745

Nature of Claim: Deuda Salarial por Concepto de Carrera Magisterial

By: _[signature]_
Signature

Maria delosAngeles Rivera Suazo
Print Name

Jointly Administered
Title (if Participant is not an individual)

12-agosto-2021
Date

RECEIVED
AUG 18 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rivera Suazo, María de los Angeles
#77 Calle Orquidea
Urb. Naranjo Valley, Fajardo, P.R. 00738-8695

SAN JUAN PR 009

13 AUG 2021 PM 2 L



RECEIVED
AUG 18 2021
PRIME CLERK

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

11232-152312

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria de los Angeles Rivera Suazo_

Participant's Address: _Urb Nanip Valley #77 Calle Orquidea, Fajardo, PR. 00738-8695_

Participant's Email Address: _mariasu42047@gmail.com_

Name of Counsel: _No. 17 BK 3283-LTS_

Address of Counsel: _United States District (Court Clerk's Office) Avenida de Carlos Chardon Ste. 150, San Juan (Puerto Rico) 00918-1767_

Email Address of Counsel: _puertoricoinfo@primeclerk.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151225_

Nature of Claim: _Deuda a pagar por Prestacion de Servicios Ya Trabajados_

By: _[signature]_
Signature

_Maria de los Angeles Rivera Suazo_
Print Name

_Jointly Administered_
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**RECEIVED**
**AUG 18 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rivera Suazo, Maria de los Angeles
#77 Calle Orquidea
Urb. Naranjo Valley, Fajardo, P.R. 00738-8695

SAN JUAN PR 009
13 AUG 2021 PM 2 L



Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

RECEIVED
AUG 18 2021
PRIME CLERK

11232-152312