# EXHIBIT 176

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria E. Lopez Montalvo

Participant's Address: Colinas de San Juan Edif. H Apt. 291 SJ. PR 00924

Participant's Email Address: marialopez122070 @ yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: [signature]
Signature

Maria E. Lopez Montalvo
Print Name

_____
Title (if Participant is not an individual)

9/ agosto /21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria E. Lopez Montalvo
Colinas de San Juan
Edif. H Apt. 291
San Juan PR 00924

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4708
New York NY 10163-4708

10163-470808