# EXHIBIT 177

RECEIVED
AUG 17 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Villalongo Santana

Participant's Address: P.O. Box 3441 Rio Grande, P.R. 00745

Participant's Email Address: mariavillalongo23@gmail.com

Name of Counsel: No apply

Address of Counsel: No apply

Email Address of Counsel: No apply

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 159646

Nature of Claim: Salary increase not received due to Teaching Career acepted by Department of Education on May 19th, 2000

By: [signature]
Signature

Maria M. Villalongo Santana
Print Name

No apply
Title (if Participant is not an individual)

August 13th, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Promesa Tittle III    No. 17 BK 3283-LTS

RECEIVED

AUG 17 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Villalongo Santana

Participant's Address: P.O. Box 3441 Rio Grande, P.R. 00745

Participant's Email Address: mariavillalongo23@gmail.com

Name of Counsel: No apply

Address of Counsel: No apply

Email Address of Counsel: No apply

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 157900

Nature of Claim: Salary increase not received under Law of Sila Maria Calderon (Ex Governor of P.R.)

By: _[signature]_
Signature

Print Name: Maria M. Villalongo Santana

Title (if Participant is not an individual): No apply

Date: August 13th, 2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Promesa Tittle III    No. 17 BK 3283-LTS

RECEIVED
AUG 17 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Villalongo Santana

Participant's Address: P.O. Box 344 Rio Grande, P.R. 00745

Participant's Email Address: mariavillalongo23@gmail.com

Name of Counsel: No apply

Address of Counsel: No apply

Email Address of Counsel: No apply

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 157810

Nature of Claim: Salary increase not received under Labor Law from Carlos Romero Barcelo (Ex Governor of Puerto Rico)

By: _[signature]_
Signature

Maria M. Villalongo Santana
Print Name

No apply
Title (if Participant is not an individual)

August 13th, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Promesa Tittle III
No. 17 BK 3283-LTS

RECEIVED
AUG 17 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of Counsel, if any:

Participant's Name: *Maria M. Villalongo Santana*

Participant's Address: *P.O. Box 3441 Rio Grande, P.R. 00745*

Participant's Email Address: *mariavillongo23@gmail.com*

Name of Counsel: *No apply*

Address of Counsel: *No apply*

Email Address of Counsel: *No apply*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *140623*

Nature of Claim: *Salary increase not received for years of service*

By: *[signature]*
Signature

*Maria M. Villalongo Santana*
Print Name

*No apply*
Title (if Participant is not an individual)

*August 13th, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Promesa Tittle III   No. 17 BK 3283-LTS*

Maria M. Villalongo Santana
P.O. Box 3441
Rio Grande, P.R. 00745

RECEIVED
AUG 17 2021





U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
AUG 14, 21
AMOUNT
$6.45
R2305K135411-23

CERTIFIED MAIL
7020 0640 0000 0943 5006

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850