# EXHIBIT 179

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mario Borrero Centeno

Participant's Address: HC-01 Box 6657 Guayanilla P.R. 00656

Participant's Email Address: epackot49@gmail.com

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800 San Juan, P.R.

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 89047

Nature of Claim: _____

By: _Mario R Borrero Centeno_
Signature

Mario Borrero Centeno
Print Name

_____
Title (if Participant is not an individual)

08-12-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mario R. Borrero Centeno
HC-01 Box 6657
Guayanilla P.R. 00656

SAN JUAN PR 009
14 AUG 2021 PM 1

To. O'neill & Borges
250 Muñoz Ave, Suite 800
San Juan P.R. 00918-1813



RECEIVED
AUG 16 2021
O'NEILL & BORGES

00918—181300

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mario Borrero Centeno

Participant's Address: HC-01 Box 6657 Guayanilla, P.R. 00656

Participant's Email Address: Cpachot49@gmail.com

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave. Sur #800 San Juan P.R.

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 88647     88649

Nature of Claim: _____

By: _[signature]_
Signature

Mario R. Borrero Centeno
Print Name

_____
Title (if Participant is not an individual)

08-12-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mario R. Borrero
HC-01 Box 6605
Hormigueros P.R. 00656

SAN JUAN PR
14 AUG 2021 PM
FOREVER / USA

To: O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813

RECEIVED
AUG 16 2021
O'NEILL & BORGES

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mario R. Borrero Centeno

Participant's Address: HC-01 Box 6657 Guayanilla P.R. 00656

Participant's Email Address: epachot49@gmail.com

Name of Counsel: O'Neill & Borges LLC

Address of Counsel: 250 Muñoz Rivera Ave. Suite 800 San Juan P.R.

Email Address of Counsel: https://www.oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 86560

Nature of Claim: 

By: _Mario R. Borrero Centeno_
Signature

Mario R. Borrero Centeno
Print Name

_____
Title (if Participant is not an individual)

8/12/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mario R. Borrero Centeno
HC-01 Box 6657
Guayanilla PR 00656

SAN JUAN PR
14 AUG 2021 PM

To: O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813

00918-181375

RECEIVED
AUG 16 2021
O'NEILL & BORGES