# EXHIBIT 180

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of Counsel, if any:

Participant's Name: Mario Fuentes Rivera

Participant's Address: mariofuentes821@gmail.com

Participant's Email Address: HC 2 Box 8510 Yabucoa P.R. 00767

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave. S.J. P.R. 00918 Suite 800

Email Address of Counsel: info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: _____

By: _Mario Fuentes R._
Signature

Mario Fuentes Rivera
Print Name

_____
Title (if Participant is not an individual)

08/11/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIO FUENTES RIVERA
HC #9 BOX 8510
Yabucoa P.R. 00767

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 1 6 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York NY 10163-4850

10163-485050