# EXHIBIT 181

Case:17-03283-LTS Doc#:17905-31 Filed:08/20/21 Entered:08/20/21 17:32:19 Desc:
Exhibit 181 - Marisol Perez Hernandez Page 2 of 2

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marisol Pérez Hernández

Participant's Address: P.O. Box 1690 Lares P.R. 00669

Participant's Email Address: dancemaruca29@yahoo.com

Name of Counsel: PROSKAUER ROSE LLP

Address of Counsel: Eleven Times Square New York, NY 10036

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Title III NO. 17 BK 3283-LTS

Nature of Claim: Carrera Magisterial

By: _[signature]_
Signature

Marisol Pérez Hernández
Print Name

_____
Title (if Participant is not an individual)

August 15, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE     VERSION JULY 20, 2021     9