# EXHIBIT 183

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marybel Soto Ocasio

Participant's Address: RR-05 Box 6406 Añasco, P.R. 00610

Participant's Email Address: DE68286@miescuela.pr

Name of Counsel: Proskauer Rose LLP

Address of Counsel: Eleven Times Square New York, N.Y. 10036

Email Address of Counsel: puertoricoinfo@primeclerk.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS Promesa Title III

Nature of Claim: Carrera Magisterial

By: _[signature]_
Signature

Marybel Soto Ocasio
Print Name

Health Teacher
Title (if Participant is not an individual)

August 11, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.