# EXHIBIT 184

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of his counsel, if any:

Participant's Name: Merisbel Roman González

Participant's Address: HC-05 Box 52822, San Sebastián, P.R. 00685-5743

Participant's Email Address: merisbelromn@hotmail.com

Name of Counsel: The Employees Retirement System

Address of Counsel: 17-BK-3566-LTS. No 17 BK 3283 LTS

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: PR 1845 SRF 55176 Pack ID 1712194MKID 1971175-P SVC: MM-PC

Nature of Claim: _____

By: _Merisbel R._
Signature

_Merisbel Román González_
Print Name

_____
Title (if Participant is not an individual)

11/08/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Merisbel Román González
HC-05 Box 52822
San Sebastián, P.R. 00685-5743

SAN JUAN PR 009
12 AUG 2021 PM 1 L



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050