# EXHIBIT 186

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Migdalia Rivera Pedraza

Participant's Address: Bo Arenas Monticello – P.O Box 1091 Cidra, P.R 00739

Participant's Email Address: migriverapedraza@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Migdalia Rivera*
Signature

Migdalia Rivera
Print Name

_____
Title (if Participant is not an individual)

8/13/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.