# EXHIBIT 189

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miriam E Osorio Flores

Participant's Address: Cond. Jardines de Guaynabo, edificio F A 604 Hato Rey 00917

Participant's Email Address: m.osorio5073@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number:

Nature of Claim:

By: Miriam E Osorio Flores
    Signature

Miriam E. Osofrio Flores
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK

Title (if Participant is not an individual)

13 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

PR 1845 SRF 55176 PackID: 30409 MMLID: 386073-P SVC: MML-PC
OSORIO FLORES, MIRIAM
COND JARDINES DE GUAYAMA
EDIF F APT 604
SAN JUAN PR 00917

Miriam Osorio
Cond. jardines d. Guaynabo
F/# 604 Hato Rey CO717

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
New York, NY 10163-4850

10163-485050