# EXHIBIT 190

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mediavilla Guzman Myriam

Participant's Address: C/4 B-28 Flamboyán Garden's Bayamón P.R 00959

Participant's Email Address: m.mediavilla.26@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 126 618

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Myriam Mediavilla Guzman
Signature

Myriam Mediavilla Guzmán
Print Name

_____
Title (if Participant is not an individual)

11 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myriam Mediavilla Guzman
Calle 4 8-28 Flamboyan Gardens
Bayamon, P.R. 00959

SAN JUAN PR 009
12 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
AUG 16 2021
PRIME CLERK

10163-485050