# EXHIBIT 191

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Nélida Sánchez Rodríguez*

Participant's Address: *P.O. Box 1128, Fajardo, Puerto Rico 00738*

Participant's Email Address: *Nellie change ouer. Com*

Name of Counsel: *NO 17 BK 3283 - LTS*

Address of Counsel: *United States District Court. Clerks office, 150 ave Chardón Ste 150 ave. Conles Chardón Ste 150, San Juan P.R 00 918 -1767*

Email Address of Counsel: *Puertori info @ primec clerk. Com*
*Nellie, @ change oua.*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *1196 88*

Nature of Claim: *Me deben = Aumento de Sueldo y Exceso por Dias de Enfermad*

By: *Nélida Sánchez Rodríguez*
Signature

*Nélida Sánchez Rodríguez*
Print Name

_____
Title (if Participant is not an individual)

*10 de junio de 2021*
Date

**RECEIVED**

**AUG 16 2021**

**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms. Sánchez Rodriguez, Nelida
PO Box 1128
Fajardo, P.R. 00738

SAN JUAN PR   009

12 AUG 2021  PM 1  L



Commonwealth of Puerto Rico ACR Processing Center
C/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

RECEIVED

AUG 16 2021

PRIME CLERK LLC

11232-152312