# EXHIBIT 193

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Santiago Molina_

Participant's Address: _merceliz.noviembre22@gmail.com_

Participant's Email Address: _HC #2 B ox 7911 Yabucoa, P.R. 00767-9505_

Name of Counsel: _Hermann D. Bauer_

Address of Counsel: _250 Muñoz Rivera Ave. Suite 800 San Juan, P.R. 00918-1813_

Email Address of Counsel: _info@oneillbonges.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _____

By: _Nilda Santiago Molina_
Signature

_Nilda Santiago Molina_
Print Name

_8/11/21_
Title (if Participant is not an individual)

_8/11/21_
Date

**RECEIVED**
**AUG 17 2021**
**PRIME CLERK LLC**

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda Santiago Molina
HC #2 B* 7911
Yabucoa, P.R 00767-9508

SAN JUAN PR 009
13 AUG 2021 PM 2 L



RECEIVED
AUG 17 2021
PRIME CLERK

10163-485050

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850