# EXHIBIT 195

RECEIVED
AUG 16 2021
PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Norma I. Rivera Rodriguez

Participant's Address: Urb. Valle Alto calle 6-B 28 Patillas, P.R. 00923

Participant's Email Address: Normains99@hotmail.com

Name of Counsel: Prime Clerk LLC Grand Central Station

Address of Counsel: P.O Box 4708 New York, NY 10163-4708

Email Address of Counsel: Em

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 108306

Nature of Claim: Employed Public and Retired / pension

By: Norma I. Rivera Rodriguez
Signature

Norma I. Rivera Rodriguez
Print Name

_____
Title (if Participant is not an individual)

11/agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PACKID 424959 MMLID:1834263-SVC:ADS#N-Q

Rivera Rodriguez, Norma I.
Urb. Valle Alto calle 6 B-28
Patillas P.R. 00723

RECEIVED
AUG 16 2021
PRIME CLERK




U.S. POSTAGE PAID
FCM LETTER
PATILLAS, PR
00723
AUG 12, 21
AMOUNT
$4.15
R2307N153103-10

CERTIFIED MAIL

7018 2290 0001 7067 4059

Prime Clerk LLC
Grand Central STATION
P.O Box 4708
New York, NY 10163-4708

10163-470808