# EXHIBIT 196

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Ivette Calo Calo_

Participant's Address: _Parc. San Isidro 267 d/22 Canovanas_
_P.R. 00729-2747_

Participant's Email Address: _normacalo 1962@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO - 17BK - 3293 - LTS_

Nature of Claim: _PROMESA Title III_

By: _Norma D. Calo Calo_
Signature

_Norma I. Calo Calo_
Print Name

**RECEIVED**

**AUG 16 2021**

**PRIME CLERK LLC**

_____
Title (if Participant is not an individual)

_August 09, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Calo Calo
Parc\san Isidro 267 APT D
C\22 san Isidro P.R.00729-2




U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00924
AUG 10, 21
AMOUNT
**$4.15**
R2305K136542-13

1000    10163



CERTIFIED MAIL®

7020 3160 0001 4859 2615

Prime clerk LLC
Grand Central station
P.O Box 4708
New York 10163- 4708

RECEIVED

AUG 16 2021

PRIME CLERK

10163470808