# EXHIBIT 198

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nydia I MARRERO MARRERO

Participant's Address: URB COVADONGA. marquez de Santacruz

Participant's Email Address: emma.nogueras@gm[ail]

Name of Counsel: emmanogueras@yahoo

Address of Counsel: Promesa title III N8 17 BK 3283 LTS

Email Address of Counsel: intent to participate in discovery of confirmation of common wealth plan for adjustment.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 9/1/17

Nature of Claim:

By: _Nydia I Marrero_
Signature

Print Name: Nydia I. MARRRO MARRERO

Title (if Participant is not an individual): Title III Promesa

Date: 14/8/2021

RECEIVED
AUG 17 2021
PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nydia I Marrero
URB. Covadonga
Calle Marquez de Snta Cruz
Toa Baja P.R 00949

SAN JUAN PR 009
14 AUG 2021 PM 1 L



RECEIVED

AUG 17 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

10163-470808