# EXHIBIT 199

RECEIVED

Participant must provide all of the information below **in English**:

AUG 16 2021

1. Participant's contact information, including email address, and that of its counsel,
   if any:

PRIME CLERK

Participant's Name: _Paula Ortiz_

Participant's Address: _HC5 Box 4913   Yabucoa P.R. 00767_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172239_

Nature of Claim: _____

By: _Paula Ortiz_
    Signature

_Paula Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Paula Ortiz
HC5 BOX 4913
Yabucoa P.R. 00767

SAN JUAN PR 009

12 AUG 2021 PM 1 L



FOREVER

RECEIVED

Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, NY 10163-4850

AUG 16 2021

PRIME CLERK

10163-485050