# EXHIBIT 201



Saludos: 17 BK 3283 LTS

He Recibido varias cartas de una Demanda PROMESA, cómo puedo saber si soy elegible o es que todos los empleados de Gobierno reciben lo mismo. Es Inglés y no entiendo nada.
lobogonzalez6710@g.mail.com
Petronila González (787) 342-4597

Gracias
Excelente Semana



SAN JUAN PR 009
16 AUG 2021 PM 1 L

O'Neill & Borges LLC
250 Muñoz Rivera Ave. Suite 800
San Juan PR 00918-1813



RECEIVED
AUG 17 2021
O'NEILL & BORGES

00918-181300

Petronila Gonzalez
Estancias de Valle Verde
11 Calle Riachuelo
Manati PR 00674