# EXHIBIT 203

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramon Luis Santiago Cora

Participant's Address: H-C-1 Box 4407 Arroyo P.R. 00714

Participant's Email Address: Karidad5@HotMail.Com

Name of Counsel: N/A

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Ramon L. Santiago
Print Name

Policeman - Policia de P.R.
Title (if Participant is not an individual)

Ramon Luis Santiago  08/09/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
AUG 16 2021
PRIME CLERK

Agosto 11, 2021

Estimados Servidores:

Reciban un cordial saludo quiero que evaluen mi caso relacionado con la falta de pago en la ley 89 emitida y firmada por el ex gobernador Carlos Romero Barceló al cual lo tengo derecho.

Gracias,

Ramón Luis Santiago

S.S: 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

Celular: 1-978-387-6848

Ramon Luis Santiago Cora
H-C-1 Box 4407
Arroyo, P.R. 00714

SAN JUAN PR 009
12 AUG 2021 PM 1 L
FOREVER USA
Barn Swallow


RECEIVED
AUG 16 2021
PRIME CLERK

Primer Clerk LLC
Grand Central Station
P.O Box 4708