# EXHIBIT 205

RECEIVED

AUG 12 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rebeca Rivera Negron

Participant's Address: P.O. Box 132, Villalba, P.R. 00764

Participant's Email Address: beca0401@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. P[articipant's claim number] and the nature of Participant's Claim:

PR 1845 SRF 55176 PackID: 124536 MMLID: 2087560-P SVC: MML-PC
Rivera Negron, Rebeca
P.O. Box 132
Villalba PR 00766

Claim Number: _____

Nature of Claim: _____

By: _Rebeca Rivera Negron_
Signature

_Rebeca Rivera Negron_
Print Name

_Teacher_
Title (if Participant is not an individual)

_2 - ago 21_
Date

RECEIVED

AUG 16 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PR 1845 SRF 55176 PackID: 124535 MMLID: 815444-P SVC: MML-PC
RIVERA NEGRON, REBECA
CALE BARCELO 9 BOX 132
VILLALBA PR 00766

Rebeca Rivera Negrón
P.O. Box 132
Villalba, P.R. 00766



RECEIVED
AUG 16 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

1016384850 B097