# EXHIBIT 210

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sheily Lopez Bocadica

Participant's Address: HC-01 Box 3650 Villalba, PR 00766

Participant's Email Address: sheily-lopez@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283 LTS Ley 227 Aumento en escala

Nature of Claim: Aumento en Escala

By: _Sheily y Bocadica_
Signature

Sheily Lopez Bocadica
Print Name

Oficinista Mecanografo II
Title (if Participant is not an individual)

13-agosto-2021
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sheily Lopez Bocadica
He.o Box.3650
Villalba P.R. 00766

SAN JUAN PR 009
14 AUG 2021 PM 1 L



Prime Clerk LLC
Grand Central Station
P.O. Box. 4708
New York, NY 10163 - 4708

RECEIVED
AUG 17 2021
PRIME CLERK

10163-470808