# EXHIBIT 211

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia I CRUZ Santiago

Participant's Address: Urb. San Antonio Calle H D-64 Arroyo PR 00714

Participant's Email Address: SC666 5393@gmail.com

Name of Counsel: Martin J. Bienstock (pro hac vice) Margaret A Daly Julie A Ronco

Address of Counsel: Brian S Rose (pro hace vice) / Eleven Times Square New Time NY 10036

Email Address of Counsel: /s/ Martin J. Bienstock.

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: no. 17 BK 3283-LTS

Nature of Claim: Jointly administered.

By: [signature]
Signature

Sonia Ivette CRUZ Santiago
Print Name

_____
Title (if Participant is not an individual)

Agosto 11 - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dated: July 20, 2021.  Respectfully submitted,
San Juan, Puerto Rico

/s/ Martin J. Bienenstock
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
Julia D. Alonzo (*pro hac vice*)
Laura Stafford (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

| | Deadline to file Witness Declarations to be used at the Confirmation Hearing |
|---|---|
| | Deadline for Debtors to file Initial Proposed Findings of Fact and Conclusions of Law in Support of Confirmation of the Plan |
| **October 27, 2021** | Deadline for Debtors to file Replies in Support of Proposed Confirmation Order |
| **November 8, 2021** | Start of Confirmation Hearing |

7. The dates and deadlines set forth herein may be adjusted if the Disclosure Statement is approved after July 30, 2021, and under such other circumstances as may be determined by the Court. You will receive notices with additional information regarding further proceedings in connection with confirmation of the Plan after the Court makes its determination regarding the Disclosure Statement.

8. ***Plan Confirmation Depository***. Information and documents relating to confirmation of the Plan are available online in the Plan Confirmation Depository at titleiiiplandataroom.com.

9. ***Additional Information***. Any party in interest wishing to obtain copies of the Plan, including Spanish translations thereof, should contact Prime Clerk LLC, by telephone at (844)

From Sonia I Cruz Santiago
Urb San Antonio calle H D-64
Arroyo PR 00714

SAN JUAN PR 009
11 AUG 2021 PM 2 L



RECEIVED
AUG 16 2021
PRIME CLERK

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163
       4850

10163-485050