# EXHIBIT 212

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia I. Santiago Morales

Participant's Address: HC #2 Box 8672 Yabucoa, P.R. 00767

Participant's Email Address: ivette.torres01.55@gmail.com

Name of Counsel: Hermann D. Bauer

Address of Counsel: 250 Muñoz Rivera Ave., Suite 800 San Juan, P.R. 00918-1813

Email Address of Counsel: info@oneillborges.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: Sonia I. Santiago Morales
Signature

Print Name

Title (if Participant is not an individual)

Date: August 12, 2021

RECEIVED
AUG 18 2021
PRIME CLERK LLC

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I. Santiago Morales
HC 02 Box 8672
Yabucoa, P.R. 00767



RECEIVED
AUG 18 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850