# EXHIBIT 214

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Sr. Buenaventura Velázquez Muñoz*

Participant's Address: *Urb Lomela Calle Turquesa AL-Isabela PR PO Box 108, Isabela PR (00662)*

Participant's Email Address: *tatin.20118@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *98254*

Nature of Claim: _____

By: *Sr. Buenaventura Velázquez Muñoz*
Signature

*Sr. Buenaventura Velázquez Muñoz*
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

*8/13/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr. Buenaventura Velázquez Manoz
PO. B-104
Isabela PR 00662



SAN JUAN PR 009
14 AUG 2021 PM 1 L

Prime Clerk. LLC
Grand Central Station
P.O. B 4850
New York, N.Y. 10163-4850

RECEIVED
AUG 17 2021
PRIME CLERK

10163-485050