# EXHIBIT 217

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Verónica A. Rivera Báez

Participant's Address: Urb. Freire Calle Topacio #85, Cidra PR 00739

Participant's Email Address: veronicariverabaez@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 50725

Nature of Claim: Salario impagos

By: _[signature]_
Signature

Verónica A. Rivera Báez
Print Name

_____
Title (if Participant is not an individual)

13 de agosto de 2021.
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

*Número de Evidencia de Reclamación:* 50725
*Reclamante:* Verónica A. Rivera Báez

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ✓ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ✓ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    Carrera Magisterial y pasos por años de servicio. (referirse a páginas adicionales)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    Aproximadamente más de $80,000

*Número de Evidencia de Reclamación:* 50725
*Reclamante:* Verónica A. Rivera Báez

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ✓ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Marzo de 2013

3(c). Últimos cuatro dígitos de su número de seguro social: 0046

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ✓ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ✓ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   Asociación de Maestros de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   Tribunal de Primera Instancia Centro Judicial de San Juan

4(c). Número de caso: SJ2019CV07914

4(d). Título, epígrafe, o nombre del caso:
   SENTENCIA DECLARATORIA; MENOSCABO DE OBLIGACIONES CONTRACTUALES; DERECHOS ADQUIRIDOS; DEBIDO PROCESO DE LEY

2

*Número de Evidencia de Reclamación:* 50725
*Reclamante:* Verónica A. Rivera Báez

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

___Pendiente de resolución___

4(f). ¿Tiene usted una sentencia impaga? Si ___ No ✓ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

3

Número de Evidencia de Reclamación: 50725
Reclamante: Verónica A. Rivera Báez

Fecha: 3 de agosto de 2020.

Los fundamentos de mi reclamación están basados en hechos incurridos por incumplimiento del Departamento de Educación de Puerto Rico y en conformidad con lo establecido en el Reglamento de la Carrera Magisterial la cual dispone sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua.

Para la fecha de 19 de abril de 2011 con un periodo de vigencia al 19 de abril de 2016, radiqué una solicitud de activación a la Carrera Magisterial la misma fue aprobada el 26 de mayo de 2011. Durante esos años de vigencia me mantuve activa trabajando el Plan de Mejoramiento correspondientes a las Etapas: 1, 2, 3, 4 y 5 con Nivel Magisterial: I, II, III, IV. Sometí toda documentación requerida para las revisiones de salario y reclamaciones de nivel en la fechas determinas en memorados oficiales de la carrera magisterial sin respuestas.

Para el 14 de febrero de 2013 someto una solicitud de revisión de salario y reclamación de etapa 5 adjuntado todas las de evidencias del cumplimiento del plan de mejoramiento. No es hasta mayo de 2014 que otorgan el aumento de salario correspondiente a la cantidad $122.50 por la etapa 1 del nivel III de mi plan de mejoramiento, a pesar de haber entregado una solicitud de revisión de la etapa 5. Aún continúo en la espera de los pagos de las subsiguientes etapas. (Se adjuntan las evidencias).

Considero justo que se pague la Carrera Magisterial que ha estado paralizada desde que entró en vigor la Ley 66- 2014, ley que no permitió los aumentos salariales aunque no se emitió un memorando de forma oficial. Luego por la Ley 3 a consecuencia de la situación fiscal del país se mantuvo la paralización.

Entiendo que el país está en una quiebra, pero yo cumplí con el plan establecido, rigiéndome por lo establecido en Reglamento de Carrera Magisterial. El Departamento de Educación se niega hacer revisión de nivel y otorgar el aumento salarial correspondiente a la culminación del plan de mejoramiento y sus niveles de estudios alcanzados antes de la llegada de la ley 66-2014 y la Ley 3-2017.

Número de Evidencia de Reclamación: 50725
Reclamante: Verónica A. Rivera Báez

He visitado las oficinas de Carrera Magisterial y me han certificado el cumplimiento del plan y la deuda que fluctúa en $507.50 mensuales a partir de la fecha en la que culminé mi plan de mejoramiento en el año 2013, aproximadamente el Departamento de Educación tendría un monto retroactivo adeudado de más de $80,000 hasta la fecha de hoy. He realizado llamadas telefónicas, he sometido querellas a la oficina de Carrera magisterial y aún no he recibido alguna respuesta alentadora.

Nunca se emitió ningún tipo de memo al respecto, simplemente de forma arbitraria cesaron los tramites de Carrera Magisterial. Esta acción me despojó del reconocimiento de nivel y del aumento salarial correspondiente a los años de estudios y trabajo privándome de derechos adquiridos.

INFORMACION SOLICITADA PARA PROCESAR RECLAMACION

OFRECIDA POR:

*[signature]*

Verónica A. Rivera Báez

Urb. Freire
Calle Topacio #85
Cidra, Puerto Rico 00739

Cel. 787-669-7175
Casa: 787-739-2471
veronicariverabaez@gmail.com