# EXHIBIT 218

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vivien V. Figueroa Torres_

Participant's Address: _39 Calle Arizona 8 Arroyo, P.R. 00714_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171922_

Nature of Claim: _Ley 89 y Ley 34 Sistema de Retiro de Maestros de P.R. Estado Libre Asociado de P.R._

By: _Vivien V. Figueroa Torres_
Signature

_Vivien V. Figueroa Torres_
Print Name

RECEIVED
AUG 17 2021
PRIME CLERK LLC

_____
Title (if Participant is not an individual)

_11 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.




Vivien V. Figueroa Torres
39 Calle Arizona B
Arroyo, Puerto Rico 00714

**RECEIVED**
AUG 1 7 2021
**PRIME CLERK**

Commonwealth of Puerto Rico
ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue Suite 412
Brooklyn, N.Y. 11232