# EXHIBIT 219

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yadira Colón Colón

Participant's Address: HC 3 BOX 17718 Coamo P.R. 00769

Participant's Email Address: ycolon1971@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 149417

Nature of Claim: Retiro del Dept. Educación y aumento de sueldo no adjudicado.

By: _Yadira Colón Colón_
Signature

Yadira Colón Colón
Print Name

Trabajadora Social Escolar
Title (if Participant is not an individual)

13-agosto-2021
Date

RECEIVED

AUG 17 2021

PRIME CLERK

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yadira Colón Colón
HC 3 Box 17718
Coamo P.R. 00769



SAN JUAN PR
14 AUG 2021

RECEIVED
AUG 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050