# EXHIBIT 220

RECEIVED

AUG 16 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zoraida Olan Iglesias_

Participant's Address: _Sta. Teresita #6515 c/San Edmundo Ponce, P.R 00730_

Participant's Email Address: _olan zoraida @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _[signature]_
Signature

_Zoraida Olan Iglesias_
Print Name

_____
Title (if Participant is not an individual)

_10/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zoraida Olan Iglesias
Sto. Teresita # 6515 C/Sor Edmundo
Ponce, P.R 00730 - 4408

SAN JUAN PR   009

11 AUG 2021  PM 2  L
RECEIVED

AUG 1 6 2021

PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050