# EXHIBIT A

**Exhibit A**

| Claim Number | Claimant | Debtor | Date Transferred into ADR | Total Filed |
|---|---|---|---|---|
| 170329 | SANCHEZ GLZ, FELIX M. | Commonwealth of Puerto Rico | 4/22/2021 | $ - |
| 29794 | MALDONADO NEGRON, MARIANO | Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 170128 | RENTAS, RAFAEL | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4/22/2021 | $ 1,000.00 |
| 170129 | RENTAS, RAFAEL | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4/22/2021 | $ 1,000.00 |
| 170238 | RENTAS, RAFEAL | Puerto Rico Sales Tax Financing Corporation (COFINA) | 4/22/2021 | $ 1,000.00 |
| 42309 | CHACON RODRIGUEZ, MAYRA I. | Commonwealth of Puerto Rico | 1/4/2021 | $ - |
| 154224 | BALBIN PADILLA, CYNTHIA | Commonwealth of Puerto Rico | 11/13/2020 | $ - |
| 157395 | BOCANEGRA GONZALEZ, MARISEL | Commonwealth of Puerto Rico | 11/13/2020 | $ - |
| 42309 | CHACON RODRIGUEZ, MAYRA I. | Commonwealth of Puerto Rico | 1/4/2021 | $ - |
| 154224 | BALBIN PADILLA, CYNTHIA | Commonwealth of Puerto Rico | 11/13/2020 | $ - |

Case:17-03283-LTS   Doc#:17906-1   Filed:08/20/21   Entered:08/20/21 17:46:41   Desc:
Exhibit A   Page 2 of 2