# EXHIBIT B

**Exhibit B**

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 11179 | MORALES VAZQUEZ, MARINA ESTHER | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 45160 | MEDINA VELEZ, IRIS D. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 118671 | GARCIA COLON, NERYBEL | Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 146334 | MARRERO FRANCO, DINORA WILDA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 146923 | GARCIA COLON, NERYBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 152861 | DIAZ MIRANDA, ZORAIDA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 179038 | SANTIAGO MARCANO, VICTOR | Commonwealth of Puerto Rico | 5/4/2021 | $ - |

Case:17-03283-LTS   Doc#:17906-2   Filed:08/20/21   Entered:08/20/21 17:46:41   Desc:
Exhibit B   Page 2 of 2