# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1]<br>_____ | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor.<br>_____ | PROMESA<br>Title III<br><br>Case No. 17-BK- 3567 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor.<br>_____ | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS)<br><br><br><br><br><br><br><br>PROMESA |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Objection Deadline: August 17, 2021*
*Reply Deadline: August 20, 2021*

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor.<br>_____ | Title III<br><br>Case No. 17 BK 4780-LTS |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>as co-trustees of respectively, of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff, 2<br><br>v.<br><br>POSTAGE BY PHONE RESERVE ACCOUNT,<br><br>Defendant. | Adv. Proc. No. 19-00181 |

**REPLY BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH THE MEMBERS OF THE SPECIAL CLAIMS COMMITTEE, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE <u>PARTIAL OPPOSITION TO STAY LITIGATION IN THE VENDOR ACTIONS</u>**

---

2   The members of the Special Claims Committee, on the one hand, and the Official Committee of Unsecured Creditors, on the other hand, serve as co-trustees and co-plaintiffs in the prosecution of this adversary proceeding as described in that certain Stipulation And Agreed Order By And Among Financial Oversight And Management Board, Its Special Claims Committee, And Official Committee Of Unsecured Creditors Related To Joint Prosecution Of Debtor Causes Of Action, Case No. 17- BK-3283 (LTS), ECF No. 6505-1, which is referenced herein to the extent necessary and appropriate.

To the Honorable United States Magistrate Judge Judith G. Dein:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), acting by and through the members of the Special Claims Committee (the "SCC"), and the Official Committee of Unsecured Creditors of all Title III Debtors (except COFINA and PBA) (the "Committee," and together with the SCC, "Movants"), hereby file this motion (the "Motion"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code")[1] and Rules 7016, 2002, 9006, and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), all made applicable to these Title III cases by sections 301 and 310 of the Puerto Rico Oversight and Management, and Economic Stability Act ("PROMESA"), hereby submit this reply ("Reply") to the *Partial Opposition To Omnibus Motion By The Financial Oversight And Management Board For Puerto Rico, Acting By And Through The Members Of The Special Claims Committee, And The Official Committee Of Unsecured Creditors To (I) Stay Litigation In The Vendor Avoidance Actions Or, Alternatively (II) Extend Litigation Deadlines In The Vendor Avoidance Actions* (the "Partial Objection") [ECF No. 17874] filed by Postage by Phone Reserve Account ("Postage by Phone" or "Defendant") to Movants *Omnibus Motion By The Financial Oversight And Management Board For Puerto Rico, Acting By And Through The Members Of The Special Claims Committee, And The Official Committee Of Unsecured Creditors To (I) Stay Litigation In The Vendor Avoidance Actions Or, Alternatively (II) Extend Litigation Deadlines In The Vendor Avoidance Actions* (the "Stay Motion") [EFC No. 17717]. In support of this Reply, Movants respectfully state as follows:

**ARGUMENT**[2]

1. The Limited Objection filed by Postage by Phone opposes Movants request to stay this action so that Postage by Phone may file a motion to dismiss the adversary proceeding on the grounds that this Court lacks personal jurisdiction over Postage by Pone and that service was improper. Notwithstanding Movants belief that this Court has personal jurisdiction over Postage by Phone, and that service in this case

---

[1] 11 U.S.C. §§ 101 *et seq*., as incorporated into these proceedings by PROMESA, defined above.
[2] Capitalized terms used herein shall have the meaning ascribed to them in the Stay Motion.

1

was proper, and that any motion to dismiss would lack merit, Movants will consent to removal of Postage by Phone from the relief requested in the Stay Motion.

2. Movants believe that removal of Postage by Phone from the relief requested in the Stay Motion obviates the need for a reply on the substance of the Limited Objection.

3. Additionally, as no other objection to the Stay Motion has been filed, Movants respectfully request that this Court enter an order approving the Stay Motion as to all other defendants notwithstanding the Limited Objection.

**WHEREFORE**, Movants respectfully request that this Court (i) enter an order substantially in the form of the proposed order attached to the Stay Motion as Exhibit A with respect to those defendants identified in the Supplemental Appendix attached hereto as Exhibit A, which Supplemental Appendix removes Postage by Phone, and (ii) set the following litigation briefing schedule for Postage by Phone: (a) Response Due Date – September 10, 2021, (b) Motion to Dismiss Response Date – October 29, 2021, and (c) Reply Deadline – December 3, 2021.[1]

---

[1] A blackline of the Supplemental Appendix attached hereto as Exhibit A against the Supplemental Appendix included in the Stay Motion is attached hereto as Exhibit B.

Dated: August 20, 2021.

Respectfully submitted,

*/s/ Sunni P. Beville*
**BROWN RUDNICK LLP**
Sunni P. Beville, Esq. (*Pro Hac Vice*)
Tristan G. Axelrod, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com
taxelrod@brownrudnick.com

*Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

*/s/ Luc A. Despins*
**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) in Certain of the Avoidance Actions*

*/s/ Carlos Infante*
**ESTRELLA, LLC**
Carlos Infante, Esq. (USDC-PR 301801)
Kenneth C. Suria, Esq. (USDC-PR 213302)
Alberto Estrella, Esq. (USDC-PR 209804)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*

*/s/ Juan J. Casillas Ayala*
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Luis F. Llach Zúñiga, Esq., USDC – PR 2231112
Israel Fernández Rodríguez, Esq., USDC - PR 225004
Juan C. Nieves-González, Esq., USDC - PR 231707
Cristina B. Fernández Niggemann, Esq., USDC - PR 306008
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Counsel to the Official Committee of Unsecured Creditors (other than COFINA and PBA)*

**EXHIBIT A**

**SUPPLEMENTAL APPENDIX**

**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| AMBASSADOR VETERANS SERVICES OF PR LLC | 19-00048 |
| APEX GENERAL CONTRACTORS | 19-00062 |
| BRISTOL /MYERS SQUIBB P R INC | 19-00042 |
| CARIBE GROLIER INC | 19-00051 |
| CCHPR HOSPITALITY, INC | 19-00116 |
| CENTRO DE DESARROLLO ACADEMICO INC. | 19-00053 |
| CITIBANK N A | 19-00265 |
| CLINICA DE TERAPIAS PEDIATRICA | 19-00054 |
| COMMUNITY CORNESTONE OF P R | 19-00043 |
| COMPUTER LEARNING CENTERS, INC. | 19-00055 |
| COMPUTER NETWORK SYSTEMS CORP | 19-00150 |
| Core Laboratories N.V. d/b/a Saybolt | 19-00381 |
| CREATIVE EDUCATIONAL & PSYCHOLOGICAL SER | 19-00152 |
| DIDACTICOS, INC. | 19-00161 |
| EDWIN CARDONA & ASOC | 19-00056 |
| ENTERPRISE SERVICES CARIBE LLC | 19-00060 |
| EVERTEC INC | 19-00044 |
| EXPLORA CENTRO ACADEMICO Y TERAPEUTICO | 19-00143 |
| FACSIMILE PAPER CONNECTION CORP | 19-00092 |
| FAST ENTERPRISES LLC | 19-00266 |
| FIRST HOSPITAL PANAMERICANO | 19-00093 |
| FP+1,LLC | 19-00148 |
| GF SOLUTIONS, INC. | 19-00063 |
| GILA LLC | 19-00354 |
| GIRARD MANUFACTURING INC DBA/BANCO DE | 19-00103 |
| GM SECURITY TECHNOLOGIES | 19-00273 |
| HEWLETT PACKARD PR BV | 19-00183 |
| HOSPIRA | 19-00186 |
| INTERNATIONAL SURVEILLANCE SERV CORP | 19-00202 |
| INTERVOICE COMMUNICATIONS OF PR INC | 19-00068 |
| JOSE SANTIAGO INC | 19-00075 |
| JUNIOR BUS LINE, INC. | 19-00229 |
| LAW OFFICES WOLF POPPER, INC | 19-00236 |
| MACAM S.E. | 19-00255 |
| MANAGEMENT, CONSULTANT & COMPUTER SERV | 19-00081 |
| MANPOWER | 19-00088 |
| MERCK SHARP & DOHME | 19-00276 |
| MICROSOFT CORPORATION | 19-00290 |
| N. HARRIS COMPUTER CORPORATION | 19-00102 |
| NATIONAL COPIER | 19-00251 |

| Defendant | Adversary Proceeding No. |
|---|---|
| NETWAVE EQUIPMENT CORP | 19-00253 |
| Professional Consulting Psychoeducational Services, LLC | 19-00188 |
| PROSPERO TIRE EXPORT INC | 19-00196 |
| PUERTO RICO SUPPLIES GROUP INC | 19-00199 |
| PUERTO RICO TELEPHONE COMPANY | 19-00127 |
| QUEST DIAGNOSTICS | 19-00440 |
| Ready & Responsible Security, Inc | 19-00387 |
| REYES CONTRACTOR GROUP | 19-00220 |
| ROCKET LEARNING INC | 19-00232 |
| ROCKET TEACHER TRAINING | 19-00235 |
| RODRIGUEZ PARISSI VAZQUEZ & CO PCS | 19-00155 |
| ROSSO GROUP INC | 19-00239 |
| S H V P MOTOR CORP | 19-00134 |
| SEGUROS COLON INC | 19-00130 |
| SESCO TECHNOLOGY SOLUTIONS LLC | 19-00162 |
| ST. JAMES SECURITY SERVICES, INC. | 19-00145 |
| TALLER DESARROLLO INFANTIL CHIQUIRIMUNDI | 19-00049 |
| Total Petroleum Puerto Rico Corp. | 19-00114 |
| TRUENORTH CORP | 19-00160 |
| XEROX CORPORATION | 19-00218 |

# **EXHIBIT B**

## **SUPPLEMENTAL APPENDIX (BLACKLINE)**

Case:17-03283-LTS Doc#:17907 Filed:08/20/21 Entered:08/20/21 17:48:24 Desc: Main Document Page 9 of 11

7

**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| AMBASSADOR VETERANS SERVICES OF PR LLC | 19-00048 |
| APEX GENERAL CONTRACTORS | 19-00062 |
| BRISTOL /MYERS SQUIBB P R INC | 19-00042 |
| CARIBE GROLIER INC | 19-00051 |
| CCHPR HOSPITALITY, INC | 19-00116 |
| CENTRO DE DESARROLLO ACADEMICO INC. | 19-00053 |
| CITIBANK N A | 19-00265 |
| CLINICA DE TERAPIAS PEDIATRICA | 19-00054 |
| COMMUNITY CORNESTONE OF P R | 19-00043 |
| COMPUTER LEARNING CENTERS, INC. | 19-00055 |
| COMPUTER NETWORK SYSTEMS CORP | 19-00150 |
| Core Laboratories N.V. d/b/a Saybolt | 19-00381 |
| CREATIVE EDUCATIONAL & PSYCHOLOGICAL SER | 19-00152 |
| DIDACTICOS, INC. | 19-00161 |
| EDWIN CARDONA & ASOC | 19-00056 |
| ENTERPRISE SERVICES CARIBE LLC | 19-00060 |
| EVERTEC INC | 19-00044 |
| EXPLORA CENTRO ACADEMICO Y TERAPEUTICO | 19-00143 |
| FACSIMILE PAPER CONNECTION CORP | 19-00092 |
| FAST ENTERPRISES LLC | 19-00266 |
| FIRST HOSPITAL PANAMERICANO | 19-00093 |
| FP+1,LLC | 19-00148 |
| GF SOLUTIONS, INC. | 19-00063 |
| GILA LLC | 19-00354 |
| GIRARD MANUFACTURING INC DBA/BANCO DE | 19-00103 |
| GM SECURITY TECHNOLOGIES | 19-00273 |
| HEWLETT PACKARD PR BV | 19-00183 |
| HOSPIRA | 19-00186 |
| INTERNATIONAL SURVEILLANCE SERV CORP | 19-00202 |
| INTERVOICE COMMUNICATIONS OF PR INC | 19-00068 |
| JOSE SANTIAGO INC | 19-00075 |
| JUNIOR BUS LINE, INC. | 19-00229 |
| LAW OFFICES WOLF POPPER, INC | 19-00236 |
| MACAM S.E. | 19-00255 |
| MANAGEMENT, CONSULTANT & COMPUTER SERV | 19-00081 |
| MANPOWER | 19-00088 |
| MERCK SHARP & DOHME | 19-00276 |
| MICROSOFT CORPORATION | 19-00290 |
| ~~Defendant~~ | ~~Adversary Proceeding No.~~ |
| N. HARRIS COMPUTER CORPORATION | 19-00102 |

8

| | |
|---|---|
| NATIONAL COPIER | 19-00251 |
| **Defendant** | **Adversary Proceeding No.** |
| NETWAVE EQUIPMENT CORP | 19-00253 |
| Professional Consulting Psychoeducational Services, LLC | 19-00188 |
| ~~POSTAGE BY PHONE RESERVE ACCOUNT~~ | ~~19-00181~~ |
| PROSPERO TIRE EXPORT INC | 19-00196 |
| PUERTO RICO SUPPLIES GROUP INC | 19-00199 |
| PUERTO RICO TELEPHONE COMPANY | 19-00127 |
| QUEST DIAGNOSTICS | 19-00440 |
| Ready & Responsible Security, Inc | 19-00387 |
| REYES CONTRACTOR GROUP | 19-00220 |
| ROCKET LEARNING INC | 19-00232 |
| ROCKET TEACHER TRAINING | 19-00235 |
| RODRIGUEZ PARISSI VAZQUEZ & CO PCS | 19-00155 |
| ROSSO GROUP INC | 19-00239 |
| S H V P MOTOR CORP | 19-00134 |
| SEGUROS COLON INC | 19-00130 |
| SESCO TECHNOLOGY SOLUTIONS LLC | 19-00162 |
| ST. JAMES SECURITY SERVICES, INC. | 19-00145 |
| TALLER DESARROLLO INFANTIL CHIQUIRIMUNDI | 19-00049 |
| Total Petroleum Puerto Rico Corp. | 19-00114 |
| TRUENORTH CORP | 19-00160 |
| XEROX CORPORATION | 19-00218 |

9