# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Seventy-Fifth Omnibus Objection**

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ABREU GOMEZ, TOMASA PMB 76 PO BOX 1283 SAN LORENZO, PR 00754 | 05/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14636^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this claim as its basis.

^ Claim #14636 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #14636 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 2  ACOSTA RODRIGUEZ, BENITA<br>HC 5 BOX 7901<br>YAUCO, PR 00698 | 07/09/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123915^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #123915 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #123915 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #123915 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | ADDARICH RIVERA, MYRNA R 53 CALLE DONCELLA PARQUE DE CANDELERO HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15069^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #15069 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #15069 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4  ADDARICH RIVERA, MYRNA R<br>PO BOX 702<br>MAUNABO, PR 00707 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18852^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #18852 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #18852 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5  ADDARICH RIVERA, MYRNA R<br>PO BOX 702<br>MAUNABO, PR 00707 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19084^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19084 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6  ADSEF / LUIS A COSME RIVERA 968 CALLE LABRADOR SAN JUAN, PR 00924 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19011^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19011 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7  AGOSTO SANTIAGO, GIL C/O JRAF LAW FIRM PO BOX- 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 141592 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ALDIVA LOPEZ, LUIS R. JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 127465 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ALGARIN RODRIGUEZ, JOSE P.O. BOX 193366 SAN JUAN, PR 00919 | 06/02/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179319^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179319 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10   ALICEA COLON, GRACIELA URB. VILLAS DE PATILLAS CALLE ZAFIRO G-17, BUZON 92 PATILLAS, PR 00723 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179303^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

   ^ Claim #179303 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 11   ALLENDE DE JESUS, JUSTINO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124238 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | ALQARIN RIVERA, ABRAHAM<br>JRAF LAW FIRM<br>PO BOX 7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116445 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ALVAREZ CASTRO, NELLY<br>JRAF LAW FIRM<br>PO BOX 7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123267 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | ALVAREZ CINTRON, HIGINIO 2DA EXT EL VALLE 530 CALLE GIRASOL LAJAS, PR 00667 | 05/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 10651^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #10651 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10651 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | ANGELY MARTINEZ, VIONETTE DEL CARMEN HC05 BOX 6122 JUANA DIAZ, PR 00795-9723 | 06/11/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179387^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179387 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | ARCE NEGRON, IVONNE BDA OBRERA 16 CALLE GONZALEZ HUMACAO, PR 00791 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 55317^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #55317 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #55317 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | ARROYO RIVERA, EVA CALLE GARDENIA A-4 URB. LAS VEGAS CATANO, PR 00962 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 140032 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | ARROYO RIVERA, EVA L. CALLE GARDENIA A-4 URB. LAS VEGAS CATANO, PR 00962 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130454 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | AVILA PALLENS, RAFAEL I JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124006 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | AVILES JIMENEZ, NOEL R<br>PO BOX 7613<br>SAN JUAN, PR 00916-7613 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 24203 | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | AYALA MARTINEZ, LORNA EDNE URB. RIVERVIEW 2ZD CALLE 34 BAYAMON, PR 00961 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 33436 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22  AYALA ORTIZ, MARILYN PO BOX 289 HORMIGUEROS, PR 00660-0289 | 05/03/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 10202^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #10202 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10202 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified
Claim #10202 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23  BAEZ GARCIA, PEDRO R. C/O JRAF LAW FIRM P. O. BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128653 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | BAEZ LOPEZ, JANET 201 URB LAS CAROLINAS CAJUAS, PR 00727 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34130^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #34130 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #34130 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | BALBIN PADILLA, CYNTHIA EB-5 CALLE TILO URB. LOS ALMENDROS BAYAMON, PR 00961 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154224^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #154224 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | BARBOSA RIOS, IRMA E. URB PRECIOSA 2 CALLE VERDE LUZ GURABO, PR 00778-5163 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 98711^ | $ 360,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #98711 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #98711 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #98711 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | BARRIENTOS MIRANDA, JUAN HERIBERTO<br>RR-5 BOX 7848<br>TOA ALTA, PR 00953 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 37910 | $ 150,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | BENN SOTO, ALMA E. BOX 76 ARROYO, PR 00714 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179301^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179301 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 29 | BERRIOS SANTIAGO, ISANDRA URB. VISTAS DEL RIO CALLE RIO HUMACAO #11 LAS PIEDRAS, PR 00771 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19236^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19236 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19236 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30 | BITTMAN DIEZ, CARL X HC 5 BOX 54591 AGUADILLA, PR 00603 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27217^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27217 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #27217 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #27217 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | BLANCO VARGAS, JOSE A<br>HC 02 BOX 11949<br>LAJAS, PR 00667 | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 13390^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #13390 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #13390 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 32 | BLANCO VARGAS, JOSE A.<br>HC-02 BOX 11949<br>LAJAS, PR 00667 | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14217^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #14217 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #14217 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | BORRERO MALDONADO, IDALIZ URBANIZACION LA MARINA 2 CALLE ERIDANO CAROLINA, PR 00979-4009 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 28522^ | $ 417,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #28522 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #28522 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #28522 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | BRENES GONZALEZ, JOSE M 110 MARGINAL NORTE BZN 24 BAYAMON, PR 00959 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20329^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #20329 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

CLAIMS TO BE DISALLOWED                                                                      REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | BURGOS MORALES, MADELINE VILLAS DEL CANDELERO 61 CALLE GOLONDRINA HUMACAO, PR 00791-9628 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31214^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #31214 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 36 | BURGOS RIVERA, MAGALY URB. VISTAMAR Q-906 AVE GALICIA CAROLINA, PR 00983 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19165^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19165 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 37 | BURGOS RIVERA, MAGALY URB EL CORTIJO 0028 CALLE 3 BAYAMON, PR 00956 | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19159^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19159 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #19159 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | CABAN ROMAN, MARIA E<br>URB METROPOLIS III<br>55 BLQ 2 I67<br>CAROLINA, PR 00987 | 05/09/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12580 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | CAMACHO MILLAN, SUHAIL URB. GLENVIEW GARDENS CALLE ESCOCIA CASA A 16 PONCE, PR 00730 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179323^ | $ 100,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179323 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40 | CAMACHO TORRES, VANESSA CALLE COPIHUE W. 900 URB. LOIZA VALLEY CANOVANAS, PR 00729 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179289^ | $ 34,251.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179289 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 41 | CANALES ROSARIO, MARILUZ HC-01 BOX 9179 LOIZA, PR 00772 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 43284^ | $ 150,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #43284 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 42 | CANCEL GAUD, ANNETTE HC03 BOX 30759 MAYAGUEZ, PR 00680 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27873^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27873 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #27873 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 43 | CARABALLORIVERA, ARMINDA URBSTAELENAIIA-12 CALLE1 GUAYANILLA, PR 00656 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 35710^ | $ 37,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #35710 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #35710 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 44 | CARRASQUILLA GONZALEZ, JOSE  M ATTN: JRAF KAW FIRM P.O BOX -7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131016 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 45 | CARRASQUILLO LABOY, MARIA I. URB. VILLA HUMACAO CALLE 5 H-13 HUMACAO, PR 00791 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 162755^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #162755 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #162755 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 46 | CARRERO ROMAN , FRANCES  L. P.O. BOX 458 AGUADA, PR 00602 | 06/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 75040^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #75040 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | CASTRO FIGUEROA, DAVID HC 1 BOX 3422 REPARTO LA MERCED LAJAS, PR 00667 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32675^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #32675 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #32675 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

CLAIMS TO BE DISALLOWED

REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | CEDENO HERNANDEZ, JAZMAYRA A URB MONTE GRANDE 136 CALLE DIAMANTE CABO ROJO, PR 00623 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 21419^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #21419 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 49 | CHACON RODRIGUEZ, MAYRA I. URB. MONTE VERDE M-1303 CALLE MONTE GRANDE MANATI, PR 00674 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 42309^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #42309 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 50 | CINTRON SANTIAGO, ELIS M URB LOS CAOBOS 1219 CALLE BAMBU PONCE, PR 00716 | 06/16/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179389^ | $ 50,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179389 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 51 | CINTRON SANTOS, EDWIN A. HC-2 BOX 8597 YABUCOA, PR 00767 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 167842^ | $ 259,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #167842 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #167842 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #167842 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | COLON BONILLA, ROSA M.<br>PO BOX 325<br>JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130666^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #130666 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #130666 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | CONCHITA E COX SCHUCK URB UNIVERSITY GARDENS 322A CALLE CLEMSON SAN JUAN, PR 00927 | 03/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 1845^ | $ 91,000,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #1845 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #1845 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #1845 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | CONTRERAS ARROYO, ETANISLAO JRAF LAW FIRM JUAN P. RIVERA-ROMAN P O BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 138571 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 55 | CORALES RAMOS, EVELYN A PO BOX 798 CABO ROJO, PR 00623 | 06/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104473^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.   Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

^ Claim #104473 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 56 | CORDERO VELEZ, CLARA M PO BOX 9281 HUMACAO, PR 00791 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 41573^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #41573 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #41573 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 57 | CORDERO VELEZ, CLARA M. PO BOX 9281 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29148^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #29148 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #29148 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 58 | CORDOVA ESCALERA, CARMEN A. URB. HDA LA MATILDE 5687 MORELL CAMPOS PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 144605^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #144605 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #144605 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 59 | CRUZ BARRIENTOS, LINNETTE MORAIMA PO BOX 2022 TOA BAJA, PR 00951 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32356 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

# Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | CRUZ FERNANDEZ, IBSEN S. REPARTO MONTELLANO J36 CALLE B CAYEY, PR 00736 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35473 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | CRUZ ORTIZ, NANCY I HC 1 4023 BO RIO NAGUABO, PR 00718 | 03/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 2123 | Undetermined* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 62 | CRUZ REYES, IVELISSE HC 12 BOX 7302 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19432^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19432 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19432 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 63 | CRUZ RIVERA, HECTOR LUIS JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116996 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 64  CUADRADO ROSARIO, GISELLE PO BOX 8802 BO.TEJAS HUMACAO, PR 00792 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16603^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #16603 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #16603 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 65 CUADRADO ROSARIO, GISELLE E PO BOX 8802 BO TEJAS HUMACAO, PR 00792 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19253^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19253 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19253 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 66 CURBELO NIEVES, RAUL JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 127014 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 67 | DAVILA BAEZ, SYLVIA Y. <br> PO BOX 1204 <br> NAGUABO, PR 00718 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 38055^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #38055 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #38055 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 68 | DE JESUS GONZALEZ, BETSY<br>HC 06 BOX 70057<br>CAGUAS, PR 00727 | 06/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 82743^ | $ 324,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #82743 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #82743 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #82743 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 69 | DE JESUS RIVERA, ANGEL V. BDA MARIN CALLE 10-113-A GUAYAMA, PR 00784 | 06/10/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179379^ | Undetermined* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30851 | $ 2,435,987.21 |

Reason: This claim is duplicative of Master Claim nos. 30851 and 104175, which were filed on behalf of all plaintiffs in the litigation captioned Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC1990-0487 (the "Perez Colon Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179379 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104175 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 70 | DE JESUS RIVERA, IRIS PO BOX 1542 CAROLINA, PR 00984-1542 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38229^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #38229 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #38229 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #38229 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 71 | DE JESUS ROJAS, MARIA LOURDES<br>HC-9 BOX 62097<br>CAGUAS, PR 00725 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 72774^ | $ 18,371.34* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP");<br>CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP");<br>CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #72774 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | DE JESUS SALAZAR, WILLIAM HC 04 BOX 40552 MAYAGUEZ, PR 00680 | 04/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 6846^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #6846 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #6846 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 73 | DEL CARMEN RUIZ CASTRO, MARIA CALLE 2 NUMERO 140 SAIN JUST TRUJILLO ALTO, PR 00976 | 06/24/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40480^ | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #40480 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #40480 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 74 | DEL VALLE PEREZ, JOANNA G. CALLE FRANCISCO OLLER #2 URB. RAMIREZ DE ARELLANO MAYAGUEZ, PR 00682 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179313^ | $ 16,952.02* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179313 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 75 | DELGADO DELGADO, CARMEN MAVITZA PO BOX 356 CAMUY, PR 00627 | 05/25/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179275^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179275 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 76  DELGADO SANCHEZ, LETICIA PO BOX 10,000 PMB141 CANOVANAS, PR 00729 | 06/07/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179337^ | $ 100,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179337 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 77  DIAZ ALICEA, FERNANDO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116923 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 78 | DIAZ ALICEA, NILSA E. RR 1 BOX 6448 GUAYAMA, PR 00784 | 06/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 63971 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 79 | DIAZ CRUZ, LILLIAN L. JARDINES DE BALENCIA APTO 1412 C/ PERERA LEAL 621 RIO PIEDRAS, PR 00923 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 46597^ | $ 150,900.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #46597 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #46597 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 80  DIAZ CRUZ, LILLIAN L. JARDINES DE VALENCIA 1413 C/PEREIRA LEAL 631 RIO PIEDRAS, PR 00923 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 33790^ | $ 69,611.74* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #33790 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #33790 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #33790 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 81 | DIAZ DE JESUS, HECTOR CALLE AGUEYBANA CC-16 PARQUE DEL MONTE CAGUAS, PR 00725 | 05/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 11050^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #11050 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 82 | DIAZ DIAZ, IRVIN HC-01 BOX 4668 NAGUABO, PR 00718 | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14262^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #14262 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #14262 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 83 | DIAZ MORALES, AZLIN QUINTAS BALDWIN 50 AVE A APT 1206 BAYAMON, PR 00959 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 64729^ | $ 367,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #64729 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #64729 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #64729 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 84 | DIAZ ROBLES, ENRIQUE JRAF LAW FIRM PO BOX- 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128412 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | DIAZ RODRIGUEZ, ANA M.<br>BERWIND ESTATES<br>J 15 CALLE 1<br>SAN JUAN, PR 00929 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34967 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 86 | DONES RODRIGUEZ, MARIA PO BOX 7963 CAGUAS, PR 00726 | 06/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 84179^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #84179 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #84179 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 87 | ECHEVARRIA FIGUERA, ELIEZER PARCELAS #1 QUEBRADAS HC-01 BOX 7581 GUAYANILLA, PR 00656-9753 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179317^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179317 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 88 | ECHEVARRIA MARTINEZ, RAMON RR03 BOX 10150 ANASCO, PR 00610-9160 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7850^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7850 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7850 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 89 | EFRANQUI PORTELA, TERESA 1511 PONCE DE LEON APTO 10135 SAN JUAN, PR 00909 | 05/30/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 44439 | Undetermined* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 90 ENCARNACION VASQUEZ, BELKIS COND. LOS ALEMANDIOS PLAZA I APT 703 SAN JUAN, PR 00924 | 06/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 72473^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #72473 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #72473 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 91 | ESPINOZA MARTINEZ, JAVIER PO BOX 8981 HUMACAO, PR 00792 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32405^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #32405 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #32405 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 92 | ESQUILIN CINTRON, ROSA BC5 CALLE YAGRUMO VALLE ARRIBA HEIGHTS CAROLINA, PR 00983 | 04/20/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7830^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7830 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #7830 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 93 | ESTRADA CARRASQUILLO, LUZ D 58 LOMAS DEL SOL GURABO, PR 00778 | 03/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 570 | $ 24,824.25* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 94 | ESTRADA VEGA, CARMEN B. CALLE 81 BLQ 95 CASA 3 SIERRA BAYAMON BAYAMON, PR 00961 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 42194^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #42194 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 95 | ESTRADA VEGA, CARMEN B. CALLE 81 BLQ 95 CASA 3 SIERRA BAYAMON BAYAMON, PR 00961 | 06/20/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37785^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #37785 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #37785 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 96 | FALCHE FELICIANO , LUZ I. URB LOS ANGELES 475 CALLE AREYTO YAUCO, PR 00698 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 51344 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 97 | FALTO LARACUENTE, LINNETTE PO BOX 1462 HORMIGUEROS, PR 00660 | 07/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130146^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #130146 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #130146 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130146 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 98 | FELICIANO MARTINEZ, MYLDA A. 613 CALLE TABONUCO FAJARDO, PR 00738-3076 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 91282^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #91282 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 99 | FERNANDEZ RAMIREZ, ONIS V. PO BOX 451 HORMIGUEROS, PR 00660 | 06/02/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179296^ | $ 60,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179296 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 100 | FIGUEROA ALAMO, ANGEL M. P.O. BOX 6333 SAN JUAN, PR 00914-6333 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30135^ | $ 302,400.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #30135 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #30135 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 101 | FIGUEROA PENA, EDNA CALLE DEL MONTE 144 BO. CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 139353^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #139353 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #139353 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 102 | FLORES RODRIGUEZ, ELIGIO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 143500 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 103 | FRANCIS ALVARADO, JOSEPHINE URB. COUNTRY CLUB 2DA. EXT. CARLOS BESTERO #1140 SAN JUAN, PR 00924 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 40959^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #40959 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 104 FRANQUI PORTELA, TERESA E HC 3 BOX 5085 GURABO, PR 00778 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 45783^ | Undetermined* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #45783 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 105 FUENTES ECHEVARRIA , REY FRANCISCO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145536 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 106 | FUSTE TORRES, ELIAS R. F7 VILLA RETIRO SANTA ISABEL, PR 00757 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60570 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 107 | GARCIA COLON, NERYBEL HC 3 BOX 16861 COROZAL, PR 00783 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 118671 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 108 | GARCIA COLON, NERYBEL HC 03 BOX 16861 COROZAL, PR 00783 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146923 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 109 | GARCIA HERNANDEZ, NEFTALI URB. MONTE VERDE CALLE MONTE SANTO #3317 MANATI, PR 00674 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 24367^ | $ 712,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #24367 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #24367 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #24367 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 110 | GARCIA RIVAS, WILMA J<br>PO BOX 1800<br>COAMO, PR 00769 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20865 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 111 | GARCIA RODRIGUEZ, MARIA S<br>HC 65 BOX 6455<br>PATILLAS, PR 00723 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76687 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 112 | GARCIA VAZQUEZ, SONIA I 225 CALLE REINA PONCE, PR 00730-3525 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 90794^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #90794 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #90794 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 113 | GERENA MARCANO, RICARDO 22 CALLE 15 HILL BROTHERS SAN JUAN, PR 00924 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 96234^ | $ 604,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #96234 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #96234 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 114 | GOMEZ PERALES, MARGARET PO BOX 962 FLORIDA, PR 00650 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60460 | $ 120,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 115 | GONZALEZ BENITEZ, JOCELYN JARDINES DE PALMAEJO CALLE 7 J2 CANOVANAS, PR 00729 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 143716^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #143716 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 116 | GONZALEZ BENITEZ, JOCELYN JARDINES DE PALMAREJO J2 CALLE 7 CANOVANAS, PR 00729 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 153968^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #153968 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 117 | GONZALEZ NIEVES, EFRAIN PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124421 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 118 | GONZALEZ RAMOS, JOSE A JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131051 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 119 | GONZALEZ RUIZ, JOE HC-3 BOX 54518 HATILLO, PR 00659 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179309^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179309 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 120 | GORDIAN, YOLANDA GUZMAN 71 EXT MARIO BRASCHI JUANA DIAZ, PR 00795 | 06/22/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 87996^ | $ 30,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #87996 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #87996 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified
Claim #87996 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 121 | GUILLAMA ORAMA, CARMEN I PO BOX 543 HATILLO, PR 00659 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 46964^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #46964 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #46964 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 122 | GUTIÉRREZ MATOS, YASMIN CALLE MORALES #85 - A   PDA. 20 SANTURCE, PR 00909 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18098^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #18098 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 123 | GUZMAN RODRIGUEZ, ELENA URB ALTS DEL ALBA 10308 CALLE AMANECER VILLALBA, PR 00766-2336 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 43616 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 124 | INOSTROZA ARROYO, MARIA P URB VISTA HERMOSA J 17 CALLE 8 HUMACAO, PR 00791 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32244^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #32244 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #32244 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 125 | IRIZARRY CACERES, SONIA M CALLE YAUREL 3025 EXT MONTE SOL CABO ROJO, PR 00623 | 04/17/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7660^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7660 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #7660 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 126 | IRIZARRY PEREZ, GERARDO HC 7 BOX 21346 MAYAGUEZ, PR 00680 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 109995^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #109995 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #109995 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #109995 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 127 | IRIZARRY ROMAN, ROBERTO JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164267 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 128 | JIMENEZ DE MUÑIZ, CARMEN D. 4414 AVE. ARCADIO ESTRADA SAN SEBASTIAN, PR 00685 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179299^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179299 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 129 | JIMENEZ GUZMAN, SANTOS JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123270 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 130 | JIMENEZ QUINONES, ISABEL C<br>CALLE PEREIRA LEAL 631<br>APARTADO 804<br>SAN JUAN, PR 00923 | 07/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155581^ | $ 39,948.59* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #155581 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 131 | JUSINO MORALES, NOREEN 2DA EXT EL VALLE 530 CALLE GIRASOL LAJAS, PR 00662 | 05/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 10512^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 131 | | 05/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 10512^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #10512 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10512 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 132 | JUSINO VAZQUEZ, HAYDEE URB VALLE HERMOSO SU 21 CALLE BUCARE HORMIGUEROS, PR 00660 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 38596^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 132 | | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 38596^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #38596 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #38596 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 133 | KARMAN, AIDA E COND. GARDEN HILLS TOWER 15 CALLE MIRAMONTE APTO. 402 GUAYNABO, PR 00966-2030 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19386^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19386 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 134 | KARMAN, AIDA E COND. GARDEN HILLS TOWER 15 CALLE MIRAMONTE APTO. 402 GUAYNABO, PR 00966-2030 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19818^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19818 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 135 | LANTIGUA GARCIA, VIVIANA DR. QUEVEDO BAEZ BT 21 5TA SECCION LEVITTOWN TOA BAJA, PR 00949 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 85611^ | $ 336,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #85611 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #85611 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #85611 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 136 | LARACUENTE CAMACHO, ELIZABETH P.O. BOX 262 MANATI, PR 00674 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179300^ | $ 28,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179300 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 137 | LEON, EDDIE ATTN: JUAN P RIVERA ROMAN, ESQ P.O BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131115 | $ 2,391,098.78* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 138 | LIMERY DONES, MARITZA HB-13 CALLE ELIZA TABAREZ 7MA SECCION, LEVITTOWN TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15110^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #15110 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 139 | LOPERENA ORTIZ, NANNETTE PO BOX 318 LAJAS, PR 00667 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 37960^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #37960 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #37960 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 140 | LOPEZ MORALES, EDNA C.<br>PO BOX 346<br>YABUCOA, PR 00767 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19015^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19015 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19015 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 141 | LOPEZ MORALES, EDNA C<br>PO BOX 346<br>YABUCOA, PR 00767 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18130^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #18130 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #18130 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 142 | LOPEZ QUINONEZ, JOSE A.<br>JRAF LAW FIRM<br>PO BOX - 7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 138105 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 143 | LOPEZ RONDON, MARTA I. MARTA I. LOPEZ RONDO C/DELBREY #264, PDA. 25, SANTURCE SAN JUAN, PR 00912 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 147324^ | $ 691,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #147324 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #147324 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 144 | LOPEZ VALENTIN, JOSE R<br>URB MONTE OLIVO<br>347 CALLE POSEIDON<br>GUAYAMA, PR 00784 | 06/08/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178186^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #178186 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #178186 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 145  LOZADA FERNANDEZ, EVELYN BO. SANTA ROSA I HC 06 BOX 6894 GUAYNABO, PR 00971-9571 | 06/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 87873^ | $ 432,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #87873 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #87873 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #87873 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 146 | LOZANO ADORNO, MARIA C. URB VILLA CANEY K10A CALLE OROCOBIX TRUJILLO ALTO, PR 00976 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 165039^ | $ 70,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #165039 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 147 | Luis Ramos Pagan<br>PO Box 40177<br>SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66017^ | Undetermined* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #66017 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 148 | LUNA RIOS, ANA L<br>PO BOX 1983<br>CIDRA, PR 00739 | 06/05/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174092^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #174092 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #174092 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #174092 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 149 | MALDONADO SOLER, IGNACIO<br>JRAF LAW FIRM<br>PO BOX 7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116428 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 150 | MARIN MARQUEZ, CYNTHIA BUENA VENTURA BZN 179 CALLE DALIA CAROLINA, PR 00987 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 87386^ | $ 100,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #87386 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #87386 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 151 | MARTINEZ FELICIANO, MARISEL BDA. NICOLIN PEREZ #5 CALLE BERNARDINO FELICIANO LAJAS, PR 00667 | 05/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 10131^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #10131 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10131 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 152 | MARTINEZ GARCIA, MARCIAL JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164274 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 153 | MARTINEZ GONZALEZ, ANA D. VIA LETICIA 4 K9-37 VILLA FONTANA CAROLINA, PR 00983 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 44823^ | $ 35,279.50* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #44823 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 154 | MARTINEZ MEDINA, MARIA A. URB. SANTA TERESITA 3429 CALLE SANTA ANASTACIA PONCE, PR 00730-4606 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159702^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #159702 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #159702 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 155 | MARTINEZ RAMOS, WILLIAM JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164211 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 156 | MARTY TROCHE, JAIME E<br>48 CALLE SALVADOR BRAU<br>CABO ROJO, PR 00623-3458 | 04/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 5248^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #5248 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #5248 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 157 | MATIAS ACEVEDO, NIVEA R. P.O. BOX 874 AGUADA, PR 00602 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179304^ | $ 85,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179304 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 158 | MATOS RIVERA, ANGEL LUIS<br>HC-4 BOX 5879<br>BARRONQUITEL, PR 00794 | 06/04/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179443^ | $ 150,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179443 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 159 | MEDINA MEDINA, MARY L HC 5 BOX 5242 YABUCOA, PR 00767 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 21253^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #21253 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #21253 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 160 | MEDINA NAVEDO, EDWIN URB.FRONTERA C/JULIO ALVARADO #139 BAYAMON, PR 00619 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17682^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #17682 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #17682 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #17682 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 161 | MEDINA ORTIZ, WANDA C<br>297 CALLE BALDRICH<br>SAN JUAN, PR 00912 | 06/19/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29046^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #29046 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 162 | MEDINA ORTIZ, WANDA C.<br>297 CALLE BALDRICH<br>SAN JUAN, PR 00912 | 06/19/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42269^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #42269 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #42269 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 163 MELENDEZ ALVARADO, BETTY BUZON 206 URB. SIERRA REAL CAYEY, PR 00736-9004 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124594^ | $ 383,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #124594 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #124594 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #124594 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 164 | MENDEZ MENDEZ, RUTH E<br>HC 1 BOX 5382<br>MOCA, PR 00676 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 44098 | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 165 | MERCADO ANTONGEORGE, RAFAEL<br>JRAF LAW FIRM<br>PO BOX - 7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 126159 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 166 | MERCADO TORO, JOSE L. CARR. 316 KM. 1.2 BARRIO CANDELARIA P.O. BOX 1047 LAJAS, PR 00667 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179282^ | $ 60,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179282 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 167 | MIRANDA GONZALEZ, WALESKA 20 CALLE NENADICH ESTE MAYAGUEZ, PR 00680 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15421^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

^ Claim #15421 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 168 | MOJICA BULTRON, SONIA M. PO BOX 3026 BAYAMON, PR 00960 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27930^ | $ 496,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27930 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #27930 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #27930 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 169 | MOLINA FERRER, MARIA C CALLE 115 BP-10 JARD DE COUNTRY CLUB CAROLINA, PR 00983 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 43315^ | $ 367,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #43315 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #43315 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #43315 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 170 | MONELL TORRES , DELMA I 0-14 TUDELA URB. VILLA ANDALUCIA SAN JUAN, PR 00926 | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29354^ | $ 30,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | |
| 170 | | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29354^ | $ 30,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 170 | | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29354^ | $ 30,000.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044, 103072, 179170 & 93199 which were filed on behalf of all plaintiffs in the litigation captioned  Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims") and the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in both litigations. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." The Beltrán Cintrón Master Claims are filed on behalf of former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in both litigations, and his/her claim asserts the above-referenced litigations and/or liabilities associated with both litigations as its basis.

^ Claim #29354 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #29354 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 171 | MONELL TORRES, DELMA I VILLA ANDALUCIA O 14 TUDELA SAN JUAN, PR 00926 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7915^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7915 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7915 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 172 | MONTALVO BONILLA, ANGEL LUIS HACIEUDA TOLEDO 274 BOULEVARD DE TOLEDO ARECIBO, PR 00612 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 119456 | $ 17,870.44* | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP); IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106588^ | $ 4,315,200.00* |
| | | | | | | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP) P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/15/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15708 | $ 24,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 15708 and 106588, which were filed on behalf of all plaintiffs in the litigation captioned Delfina Lopez Rosario et al. v. Puerto Rico Police Department, No. T-01-10-372 (the "Lopez Rosario Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Police Department ("PD") employees who asserted that they were entitled to back pay and pension payments illegally withheld by PD pursuant to the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #106588 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 173 | MORALES COLON, IVAN PO BOX 406 HORMIGUEROS, PR 00660 | 05/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9362^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #9362 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #9362 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 174 | MORALES CORDOVA, KARIME PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60068^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #60068 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 175 | MORALES ENCARNACION, HOMERO 313 MIRADORES DEL YUNGUE RIO GRANDE, PR 00745 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67537^ | $ 244,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #67537 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #67537 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 176 | MORALES PEREZ, MARIA DEL CARMEN PO BOX 2859 MOCA, PR 00676 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 148331^ | $ 150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #148331 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 177 | MORALES VALENTIN, MADELINE CALLE CAPIFALY #112 BO. BUENAVISTA MAYAGUEZ, PR 00680 | 04/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7447^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7447 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7447 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 178 | MORALES VAZQUEZ, JESSICA MELIS 812 CALLE JOSE QUINTON URB. VILLA PRADES SAN JUAN, PR 00924 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80896 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 179 | MORENO VALETIN, GILBERTO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 111324 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 180 | MOYA MOYANO, LUZ J 315 CALLE SIMON MADERA VILLA ANGELICA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60981^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #60981 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #60981 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 181 | MOYA MOYANO, LUZ J. VILLA ANGELICA 315 SIMON MADERA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 61012^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #61012 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #61012 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 182 | MOYA MOYANO, LUZ J. VILLA ANGELICA 315 SIMON MADERA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101946^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #101946 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #101946 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 183 | MUNOZ CARABALLO, YOLANDA HC 01 BOX 10306 GUAYANILLA, PR 00656 | 04/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9840^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #9840 also contained on Exhibit A to the 351st Omnibus Objection for Partially Duplicative Claims
Claim #9840 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 184 | NANGO LASSALLE, EPIFANIO 3000 MARGINAL BALDORIOTY APT 11-K COND INTERSUITES CAROLINA, PR 00979 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120735^ | $ 367,200.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #120735 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #120735 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 185 | NATAL TRINIDAD, MARITZA<br>VILLA PALMERAS<br>254 CALLE BARTOLOME LAS CASAS<br>SAN JUAN, PR 00915 | 06/13/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 40774^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #40774 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 186 | NAZARIO RODRIGUEZ, JACQUELINE R. 447 ALMIRANTE ALTURAS DE MAYAGUEZ MAYAGUEZ, PR 00682 | 05/27/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179287^ | $ 78,987.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179287 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 187 | NAZARIO VEGA, MARISOL 5048 CA. LORENCITA FERRE PONCE, PR 00728 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 103840^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103840 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103840 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 188 | NEGRON MERCADO, NIVIA IRIS PO BOX 323 FLORIDA, PR 00650 | 05/27/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179286^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179286 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 189 | NEGRON MILLAN, YVONNE SANTA MARIA MAYOR A 10 CALLE 19 HUMACAO, PR 00791 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27083^ | $ 388,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27083 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #27083 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #27083 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 190 | NIEVES GARCIA, HECTOR L HC 04 BOX 44594 MAYAGUEZ, PR 00680 | 04/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 6598^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #6598 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #6598 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 191 | NIEVES RIVERA, AITZA CHALETS DE LA PLAYA APT 202 VEGA BAJO, PR 00693 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 140875^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #140875 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #140875 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 192 | NIEVES RODRIGUEZ, WILLIAM JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 126300 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 193 NIEVES VANGAS, NOEL JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 140381 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 194 NOEL RODRIGUEZ , MONTALVO URB. ALTURAS SABANERAS E-92 SABANA GRANDE, PR 00637 | 04/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 8777^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #8777 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #8777 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 195 | NUNEZ NIEVES, JOSE R. JRAF LAW FIRM PO BOX -7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130746 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 196 | NUNEZ NIEVES, VICTOR L. C/O JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 153635 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 197 | OCASIO FIGUEROA, LESLIE JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 117437 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 198 | OJEDA DAVILA, MARIA DEL CARMEN UNIVERSITY GARDENS GEORGETOWN 1015 SAN JUAN, PR 00927 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20487 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 199 | OJEDA ZARAGOZA, ALMA HEBE PO BOX 1015 SAN GERMAN, PR 00683-1015 | 11/18/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177726^ | $ 100.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #177726 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 200 | OLIVERO RODRIGUEZ, GLADYS M<br>CALLE 2 D21<br>URB VILLA DE LOIZA<br>CANOVANAS, PR 00729 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18446^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #18446 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 201 | ORLANDI GOMEZ, ANGEL M. HC-01 BOX 4301 ARROYO, PR 00714 | 07/16/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 169756^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #169756 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified
Claim #169756 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 202 | ORTIZ COTTO, ORLANDO CALLE 21 NN3 VILLE DE CRISTO CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149755^ | Undetermined* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #149755 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 203 | ORTIZ MONTES, LUIS RUBEN JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 127016 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 204 | OSORIO SANTANA , SUCESION JAVIER JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 138125 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 205 | OSORIO VARGAS, NELIDA PO BOX 562 CAROLINA, PR 00986 | 04/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 6886 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 206 | OTERO MIRANDA, GUILLERMO JRAF LAW FIRM P.O. BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 125968 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 207 | PABLOS VAZQUEZ, LEILA URB VILLA UNIVERSITARIA BH6 CALLE 35 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 25086^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #25086 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #25086 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 208 | PARRA MARQUEZ, EMMA JARDINEZ DE CAPARRA W-8 AVE RUIZ SOLER BAYAMON, PR 00959 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19486^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19486 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 209 | PASTRANA PAGAN, AWILDA PO BOX 7888 SAN JUAN, PR 00915 | 05/31/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 51393 | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 210 | PELUYERA ROSA, CARMEN L<br>HC 1 BOX 24553<br>CAGUAS, PR 00725 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15086^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #15086 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 211 | PEREZ CABALLERO, ARMANDO A. PO BOX 149 BARCELONETA, PR 00617 | 05/26/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179284^ | $ 90,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179284 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 212 | PEREZ DE JIMENEZ, CARMEN I CALLE JUAN LINES RAMOS # 110 URB. FRONTERAS BAYAMON, PR 00961 | 06/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179377^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179377 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 213 | PEREZ DIAZ, REINALDO C/O JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 134356 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 214 | PEREZ LARRIUZ, GUSTAVO ALEXIS 3415 AVE ALEJANDRINO APT 405 COND PARQUE SAN RAMON GUAYNABO, PR 00969 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71961 | Undetermined* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 215 | PEREZ MARTINEZ, EDGARDO LUIS CALLE 34 AN-28 VILLA DE RIO GRANDE RIO GRANDE, PR 00745 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 22121 | $ 15,000.00* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152372 | $ 17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 216 | PEREZ MIRANDA, RUTH J. PO BOX 3034 ARECIBO, PR 00613 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179314^ | $ 46,943.09* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179314 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 217 | PEREZ SAMOT, WANDA I<br>P.O. BOX 1980<br>CIALES, PR 00638 | 05/26/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179285^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179285 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 218 | PIZARRO CASTRO, MARIBEL URB ROSA MARIA E 23 CALLE 4 CAROLINA, PR 00985 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29982^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #29982 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #29982 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #29982 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

CLAIMS TO BE DISALLOWED

REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 219 | PONCE DE LEON, IRIS M URB SANTA MARIA 45 CALLE B SABANA GRANDE, PR 00637 | 04/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9737^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #9737 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 220 | QUILES RODRIGUEZ, IRMA I<br>PO BOX 112<br>LAS MARIAS, PR 00670 | 09/20/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 170919^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #170919 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 221 | QUINONES UFRET, KAREN M URB ALTURAS DE SAN JOSE MM4 CALLE 20 SABANA GRANDE, PR 00637 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 160380^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #160380 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #160380 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #160380 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | QUINONES UFRET, KAREN M. URB ALTURAS DE SAN JOSE C/20 MM 4 SABANA GRANDE, PR 00667 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 148387^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #148387 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #148387 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #148387 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 223 | RAICES GONZALEZ, LUIS R. JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 143553 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 224 | RAMIREZ DIAZ, GLORIA BARRIO OBRERO CALLE11 NUM770 SAN JUAN, PR 00915 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 48636 | $ 100,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 225 | RAMOS ACEVEDO, SANDRA CALLE 76 BLOQ. 93 #38 URB. SIERRA BAYAMON BAYAMON, PR 00961 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 25908 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 226 | RAMOS COLON, JOSSETTE JARD. DE PONCE CALLE A F12 PONCE, PR 00730 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116095^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #116095 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #116095 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 227 | RAMOS FLORES, JOSE A. F-18 CALLE 1 URB. VILLAS DE GURABO GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154340 | $ 58,408.42* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 228 | RAMOS, EVELYN CORALES URB SAN MIGUEL A 11 CALLE 2 CABO ROJO, PR 00623 | 06/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 56434^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

^ Claim #56434 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 229 | REYES AGOSTO, CARMEN GLADYS CALLE 20 2-1-6 URB. TURABO GARDENS CAGUAS, PR 00727 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 81309^ | $ 18,949.79* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #81309 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 230 | REYES CAPPOBIANCO, ANA ESTHER URB. PARQUE ECUESTRIE CALLE EL TITAN H-7 CAROLINA, PR 00987 | 06/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81666^ | $ 107,682.12* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #81666 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #81666 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 231 | REYES RAMOS, FRANCISCO JOSE JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 129623 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 232 | RIOS FELICIANO, MIGUEL PO BOX 22 MARICAO, PR 00606 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7863^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7863 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7863 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 233 | RIOS OYOLA, MYRIAM ESTHER 19125 STALEYBRIDGE RD GERMANTOWN, MD 20876 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149126^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #149126 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 234 | RIVERA ALICEA, HECTOR J. URBANIZACION SABANA DEL PALOMAR 103 CALLE FLAMBOYAN COMERIO, PR 00782 | 06/02/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179321^ | $ 15,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179321 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts                                                                Page 199 of 293

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | RIVERA CASANOVA, EILEEN M BARRIO SUSUA CALLE LA ROSA 4 SABANA GRANDE, PR 00637 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 157293^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #157293 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #157293 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #157293 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 236 | RIVERA CASANOVA, EILEEN M. P.O. BOX 314 ENSENADA, PR 00647 | 05/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 8421^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #8421 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #8421 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 237 | RIVERA CENTENO , IVETTE URB ROLLING HILLS C91 C BRASIL CAROLINA, PR 00987 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 24752^ | $ 318,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #24752 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #24752 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #24752 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 238 | RIVERA CINTRON, MARIA V HC01 BOX 3361 HORMIGUEROS, PR 00660 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 42905^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #42905 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #42905 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 239 | RIVERA CRUZ, BARBARA<br>BO PALMAS<br>CALLE CUCHARILLAS 256<br>CATANO, PR 00962 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29511^ | $ 475,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #29511 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #29511 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 240 | RIVERA ENCARNACION, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20306^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #20306 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 241 | RIVERA ESCALERA, JEANETTE #69 AVE A RIVERA MORALES SAN SEBASTIAN, PR 00685 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 21551^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #21551 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 242 | RIVERA GARCIA, FELIX JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 141307 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 243 | RIVERA GARCIA, RUBEN PO BOX 1237 PENUELAS, PR 00624 | 05/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 36598^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #36598 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #36598 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 244 | RIVERA GONZALEZ, JUAN ANTONIO PO BOX 3035 GUAYAMA, PR 00785 | 05/28/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179290^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179290 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts                                              Page 208 of 293

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 245 | RIVERA HERNANDEZ, ZAIDA LOMAS VERDES 4417 YAGRUMO BAYAMON, PR 00956 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31837^ | $ 280,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #31837 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #31837 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #31837 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 246 | RIVERA PEREZ, JORGE CALLE SAN IGNACIO 253 BO. SALUD MAYAGUEZ, PR 00680 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16587^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 246 | | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16587^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #16587 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #16587 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 247 | RIVERA PLAZA, CARMEN C. 966 CALLE BRILLANTE URB BRIGAS DEL LAUREL PONCE, PR 00780 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123118^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #123118 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #123118 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 248 | RIVERA QUILES, IDALIA P.O. BOX 564 SAN SEBASTIAN, PR 00685 | 06/02/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179320^ | $ 75,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179320 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 249 | RIVERA ROSA AIDA, CLAUDIO CAMPO REAL 780 CARR 8860 APT 2888 TRUJILLO ALTO, PR 00976 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 33111 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 250 | RIVERA SANTOS, NILSA M.<br>313 PLEIADOS DEL YUNQUE<br>RIO GRANDE, PR 00745 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29513^ | $ 432,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #29513 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #29513 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #29513 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 251 | RIVERA TROCHE, TRICIA<br>305 ELMWOOD DR. APT. 203<br>RADCLIFF, KY 40160 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145545^ | $ 150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #145545 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 252 | RIVERA VEGA, JOSÉ A. BUZON RR2 BOX 2974 AÑASCO, PR 00610 | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 39483^ | Undetermined* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 252 | | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 39483^ | Undetermined* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30851 | $ 2,435,987.21 |

Reason: This claim is duplicative of Master Claim nos. 30851, 104175, 179141 & 130077 which were filed on behalf of all plaintiffs in the litigation captioned  Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC1990-0487 (the "Perez Colon Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Perez Colon and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in both litigations, and his/her claim asserts the above-referenced litigations and/or liabilities associated with both litigations as its basis.

^ Claim #39483 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #39483 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104175 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 253 | RODRGIGUEZ SANCHEZ, JORGE L. HC 02 BOX 23410 CABO ROJO, PR 00623 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34154^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #34154 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #34154 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 254 | RODRIGUEZ BRACERO, JUAN R PARCELAS SAN ROMUALDO CALLE P BUZON 146 HORMIGUEROS, PR 00660 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32364^ | Undetermined* | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #32364 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #32364 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 255 | RODRIGUEZ BRACERO, JUAN R PARC SAN ROMUALDO 145 CALLE P HORMIGUEROS, PR 00660 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 38113^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #38113 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #38113 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 256 | RODRIGUEZ BURGOS, LUZ I. URB. SANTA ROSA CALLE 11 #29-7 BAYAMON, PR 00959 | 06/19/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39496^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #39496 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #39496 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 257 | RODRIGUEZ CARDONA, HAYDEE C/DULCE SUENO G-59 PARQUE ECUESTRE CAROLINA, PR 00987 | 06/16/16 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179394^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179394 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 258 | RODRIGUEZ COLON, JOSE ALBERTO URB. VILLAS DE CANEY I16 C/ GUARIONEX TRUJILLO ALTO, PR 00976 | 05/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14950^ | $ 216,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #14950 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 259 | RODRIGUEZ FELICIANO, EPIFANIO CARR 348 KM 5.8 BOX 22532 MAYAGUEZ, PR 00680 | 04/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7589^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7589 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7589 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 260 | RODRIGUEZ LOPEZ, MARICARMEN JARDINES DE SAN LORENZO CALLE 4 EDF. E-13-A SAN LORENZO, PR 00754 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 118631^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #118631 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 261 | RODRIGUEZ LOPEZ, MARILITZA PO BOX 781 CIALES, PR 00638 | 07/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146187^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #146187 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #146187 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #146187 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #146187 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 262 | RODRIGUEZ MAIZAN, MARGARITA URB. LEVITTOWN CALLE MARIANO ABRIL EU-17 TOA BAJA, PR 00949 | 06/23/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179434^ | $ 70,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179434 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 263 | RODRIGUEZ MALDONADO, IVETTE M. CIUDAD JARDIN BOX 290 CANÓVANAS, PR 00729 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 93430^ | $ 72,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93430 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 264 | RODRIGUEZ MARTINEZ, JUAN HC 1 BOX 16669 HUMACAO, PR 00791-9003 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121434^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 264 | | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121434^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #121434 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #121434 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #121434 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 265 | RODRIGUEZ MONTALVO, NOEL URB. ALTURAS SABANERAS CALLE E92 SABANA GRANDE, PR 00637 | 04/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 8803^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #8803 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #8803 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 266 | RODRIGUEZ NEGRON, CARMEN P O BOX 8700 PMB119 CAROLINA, PR 00988 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124189^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #124189 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 267 | RODRIGUEZ NIEVES, JOSE R 591 RIO HELLERA URB ALTURAS DE HATO NUEVO GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 134890 | $ 60,950.97* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 268 | RODRIGUEZ OLIVERAS, MIRIAM CALLE 129 BX-27 JARDINES DE COUNTRY CLUB CAROLINA, PR 00985 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20526^ | $ 493,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #20526 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #20526 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #20526 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 269 | RODRIGUEZ ORTIZ, MARELYN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71642^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #71642 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 270  RODRIGUEZ RUIZ, GEMINELLY 71 CALLE LOS ANGELES ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7866^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7866 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7866 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 271  RODRIGUEZ TORRES, LUIS A JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732-7498 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 126350 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935. The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 272 | ROLDAN MALAVE, LUZ N<br>PO BOX 757<br>NAGUABO, PR 00718 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 33459^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #33459 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 273 | ROMAN DE JESUS, ALEXANDER<br>HC 50 BOX 40362<br>SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 137756 | $ 53,016.27* | CONCILIO NACIONAL DE POLICIAS INC<br>PO BOX 8700<br>PMB120<br>CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 274 | ROMAN JACA, PABLO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 119778 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 275 | ROMAN RIVERA, GLORIA N VILLA MATILDE G8 CALLE 1 TOA ALTA, PR 00953 | 04/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9326 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 276 | ROMAN TORRES, MARLEEN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71468^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #71468 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 277 | ROQUE RIVAS, BOLIVAR URB. VILLA ANDALUCIA TUDELA #0 -14 SAN JUAN, PR 00926 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7824^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7824 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7824 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 278 | ROSADO CRUZ, MARIA C/ YUQUIBO M-5 VILLASBA CAREY TRUJILLO ALTO, PR 00976 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28898^ | $ 45,268.58* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #28898 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #28898 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 279 | ROSARIO RAMIREZ, JOHN F. P.O. BOX 9022183 SAN JUAN, PR 00902-2183 | 01/24/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173179^ | $ 417,600.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #173179 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #173179 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #173179 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 280 | ROSARIO SANCHEZ, VANESSA RR #10 BOX 10032 SAN JUAN, PR 00926 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 21424^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #21424 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #21424 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 281 | ROSARIO, MILAGROS SANTIAGO CALLE GUAYANES G 12 177 URB. ESTANCIAS DEL RIO HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 49234^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELLY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 281 | | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 49234^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #49234 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #49234 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 282 | RUIZ LOPEZ, ROSA APARTADO 1607 SAN GERMAN, PR 00683 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34112^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #34112 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 283 | RUIZ PAGAN, KHAIRY J URB JARD DE VALENCIANO B 6 CALLE ORQUIDEA JUNCOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19237^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19237 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19237 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 284 | RUIZ PAGÁN, KHAIRY J URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19125^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19125 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #19125 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 285 | RUIZ PAGAN, LIZZIE J. PO BOX 1813 JUNCOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19394^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19394 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 286 | RUIZ PAGAN, LIZZIE J. JARD. VALENCIANO ORQUIDEA B6 JUNCOS, PR 00777 | 02/18/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173254^ | $ 115,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #173254 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #173254 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #173254 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #173254 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 287 | RUIZ, GEMINELLY RODRIGUEZ 71 CALLE LOS ANGELES ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7918^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 287 | | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7918^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7918 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7918 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 288 | SAAVEDRA BADILLO, JOSE E. PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161974 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 289 | SAINZ SERRANO, CARLOS J. CIUDAD JARDIN II 228 CALLE ALCANFOR CANOVANAS, PR 00729 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128292^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #128292 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #128292 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #128292 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 290 | SALGADO DE JESUS, DENNIS ANTHONY JARDINES DE SALINAS #62 SALINAS, PR 00751 | 06/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179343^ | $ 30,500.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179343 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 291 | SANCHEZ MORALES, WANDA URB VISTAS DEL MAR 9 CALLE ARENA RIO GRANDE, PR 00745 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 72162^ | $ 129,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #72162 also contained on Exhibit A to the 345th Omnibus Claims Objection for Misclassified Claims
Claim #72162 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #72162 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 292 | SANCHEZ PRINCIPE, IDALIZ RR 2 BOX 454 SAN JUAN, PR 00926 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32249^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #32249 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 293 | SANCHEZ TORRES, LUZ M HC-02 BOX 16235 RIO GRANDE, PR 00745 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30777^ | Undetermined* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #30777 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 294 | SANCHEZ TORRES, LUZ M.<br>HC-02 BOX 16235<br>RIO GRANDE, PR 00745 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 41087 | Undetermined* | CONCILIO NACIONAL DE POLICIAS INC<br>PO BOX 8700<br>PMB120<br>CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161091 | $ 280,000,000.00* |

Reason: This claim is duplicative of Master Claim no. 161091, which was filed on behalf of all plaintiffs in the litigation Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, No. KAC2007-4170 (the "FUPO Master Claim"). The plaintiffs in the litigation are members of FUPO and the Concilio Nacional de Policías ("CONAPOL"), who alleged the Superintendent of the Puerto Rico Police Department failed to implement Act No. 227 of 2004, which provided for salary increases for Police Department employees. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 295 | SANCHEZ VELEZ, IRIS AMALIA<br>PO BOX 1900<br>BOQUERON, PR 00622 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 37619^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #37619 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 296 SANTANA DE LEON, AITZA HC 02 BOX 11115 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 19327^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #19327 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 297 | SANTANA, MIGDALIA MOULIER<br>PO BOX 473<br>NAGUABO, PR 00718 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 33882^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #33882 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #33882 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 298 | SANTIAGO BARRETO, DEMETRIO<br>JRAF LAW FIRM<br>P O BOX-7498<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164237 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE<br>8 CALLE ANTONIO R BARCELO<br>MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 299 | SANTIAGO MERCADO, RENE HC 9 BOX 4354 SABANA GRANDE, PR 00637-9441 | 04/17/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7565^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7565 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7565 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 300 | SANTIAGO RIVERA, MARILYN  DEL CARMEN JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 139090 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 301 | SANTIAGO ROSARIO, MILAGROS 177 URB ESTANCIAS DEL RIO HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 53919^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 301 | | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 53919^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #53919 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #53919 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 302 | SANTIAGO ROSARIO, MILAGROS DE LOS A URB EST DEL RIO 177 GUAYANES HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 48693^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELLY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 302 | | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 48693^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #48693 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #48693 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 303 | SEMIDEY ALICEA, YAIRA LIZ URB JARDINES DEL MAMEY CALLE 6 K3 PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67097^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #67097 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #67097 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 304 | SOTO DE LEON, LUIS E. PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161911 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| 305 | SOTO RODRIGUEZ, GILBERTO<br>35 JOSE CAMPECHE<br>MAYAGUEZ, PR 00680 | 04/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 8543^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #8543 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #8543 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 306 | TORO CRUZ, LISSETTE URB ESTANCAS DEL RIO II 762 CALLE YAGUEZ HORMIGUEROS, PR 00660 | 05/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14961^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #14961 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #14961 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 307 | TORO CUADRADO, MIRIAM HC 1 BOX 16669 HUMACAO, PR 00791-9003 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104885^ | Undetermined* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 307 | | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104885^ | Undetermined* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50221 | $ 43,400,081.58* |

Reason: This claim is duplicative of Master Claim nos. 50221, 104127, 179141 and 130077 which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims") and the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in both litigations. The plaintiffs in the Abrams Diaz and Abraham Gimenez cases are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #104885 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #104885 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #104885 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims
Claim #104127 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 308 | TORO MARTINEZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67146^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 57411 | $ 236,600.00* |

Reason: This claim is duplicative of Master Claim no. 57411, which was filed on behalf of all plaintiffs in the litigation captioned José E. García Morales et al. v. Puerto Rico Department of Transportation & Public Works, No. 2016-04-1117 by the attorney representing plaintiffs in that litigation.  The plaintiffs in the litigation are former or current Department of Transportation and Public Works employees who alleged that they did not receive their full Christmas bonus pursuant to Law 173-2003.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #67146 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 309 | TORRES APONTE, IRIS N PO BOX 9989 SAN JUAN, PR 00908 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20144^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #20144 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 310 | TORRES PELUYERA, MARANGELY HC 4 BOX 58377 GUAYNABO, PR 00971 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 13849^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #13849 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 311 | TORRES RIVERA, ANA D COND PLAZA ANTILLANA #151 CALLE CESAR GONZALEZ APT. 3102 SAN JUAN, PR 00918 | 05/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 24236 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 312 | TORRES ROSARIO, NANCY HC 02 BOX 9996 JUNCOS, PR 00977-9604 | 05/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 14481^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #14481 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #14481 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

| 313 | TORRES SANTIAGO, MARIANO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124234 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15780 | $ 23,910,997.80* |

Reason: This claim is duplicative of Master Claim no. 15780, which was filed on behalf of all plaintiffs in the litigation captioned José Núñez v. Puerto Rico Department of Agriculture, No. NSCI-2002-0935.  The plaintiffs in the litigation are former or current Puerto Rico Department of Agriculture employees who allege they were terminated without cause and are entitled to compensation for wages lost during the period of unemployment.  Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 314 | TORRES TORRES, MARIA VILLA PRADES 846 CALLE JOSE QUINTON SAN JUAN, PR 00924-2133 | 05/31/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 45257^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #45257 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #45257 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

---

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | CLAIMS TO BE DISALLOWED | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 315 | TURELL ROSARIO, MANBEL URB. LA LULA CALLE 5 F 13 PONCE, PR 00730 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 144932^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #144932 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #144932 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 316 | VALENTIN CENTENO, ALEIXA 1GA CALLE DOMINGO SILVA MAYAGUEZ, PR 00680 | 05/09/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12442^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #12442 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #12442 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 317 | VALENTIN LOPEZ, HECTOR I. SAN ANTONIO B-26 ANASCO, PR 00610 | 05/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 11468^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #11468 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #11468 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 318 | VARGAS VARGAS, LUIS A<br>RR2 BOX 4160<br>ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7420^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7420 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7420 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 319 | VARGAS VARGAS, LUIS A. BOX 2232 ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7187^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7187 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7187 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 320 | VARGAS VARGAS, LUIS A. PO BOX 2232 ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7242^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7242 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7242 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 321 | VEGA ORTIZ, JULIO A HC 3 BOX 14837 YAUCO, PR 00698 | 04/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7392^ | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5 -86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #7392 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #7392 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #130077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 322 | VELEZ ANDUJAR, NILMA<br>HC-5 BOX 26270<br>UTUADO, PR 00641 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179315^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179315 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 323 | VELEZ BERRIOS, JOSEFINA ATTN: LCDA. IVONNE GONZALEZ MORALES PO BOX 902-1828 SAN JUAN, PR 00902-1828 | 06/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179292^ | $ 150,000,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179292 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 324 | VELEZ CRESPO, EDUARDO URB. CAPANA HEIGTH 1471 CALLE EDEN SAN JUAN, PR 00920 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27235^ | $ 360,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27235 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #27235 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #27235 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 325 | VELEZ GONZALEZ, JAVIER PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16605^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #16605 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 326 | VELEZ LLITERAS, BRENDA IVETTE PO BOX 857 BOQUERON, PR 00622 | 05/27/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179276^ | $ 68,532.80* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179276 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 327 | VELEZ LLITERAS, BRENDA IVETTE PO BOX 857 BOQUERON, PR 00622 | 05/27/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179277^ | $ 78,987.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179277 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 328 | VELEZ MELON, IVELISSE COND VISTA VERDE APT 606 AVE. SAN IGNACIO SAN JUAN, PR 00921 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28069^ | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #28069 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #28069 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 329 | VELEZ TORO, VICTOR HC 1 BOX 7766 SAN GERMAN, PR 00683 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 27222^ | $ 561,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #27222 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #27222 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #27222 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Seventy-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 330 | VICENTE MARQUEZ, JESUS C/3 D-10 CASTELLANA GARDENS CAROLINA, PR 00983 | 05/14/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 15027^ | $ 187,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #15027 also contained on Exhibit A to the 347th Omnibus Claims Objection for Misclassified Claims
Claim #15027 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #15027 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | |
| 331 | VILLANUEVA CORTES, AMARIUN CALLE SAN JOSE #223 AGUADA, PR 00602 | 06/22/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179425^ | $ 80,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* | |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* | |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #179425 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Three Hundred and Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 332 | VILLANUEVA SANTIAGO, MILDRED COND EL ATLANTICO APT 702 LEVITOWN TOA BAJA, PR 00949 | 01/04/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 168061^ | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32044 | $ 50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #168061 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #168061 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #168061 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed
Claim #103072 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

* Indicates claim contains unliquidated and/or undetermined amounts