## ANEXO A

**Relación de reclamaciones objeto de la Tricentésima septuagésima quinta objeción global**

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ABREU GOMEZ, TOMASA PMB 76 PO BOX 1283 SAN LORENZO, PR 00754 | 05/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14636^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14636 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 14636 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2  ACOSTA RODRIGUEZ, BENITA HC 5 BOX 7901 YAUCO, PR 00698 | 07/09/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123915^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 123915 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 123915 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 123915 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 | ADDARICH RIVERA, MYRNA R 53 CALLE DONCELLA PARQUE DE CANDELERO HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15069^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 15069 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 15069 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | ADDARICH RIVERA, MYRNA R PO BOX 702 MAUNABO, PR 00707 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 18852^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 18852 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 18852 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 5 | ADDARICH RIVERA, MYRNA R PO BOX 702 MAUNABO, PR 00707 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19084^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19084 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 ADSEF / LUIS A COSME RIVERA 968 CALLE LABRADOR SAN JUAN, PR 00924 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19011^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19011 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 7 AGOSTO SANTIAGO, GIL C/O JRAF LAW FIRM PO BOX- 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 141592 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8  ALDIVA LOPEZ, LUIS R. JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 127465 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9  ALGARIN RODRIGUEZ, JOSE P.O. BOX 193366 SAN JUAN, PR 00919 | 06/02/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179319^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179319 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 10 | ALICEA COLON, GRACIELA URB. VILLAS DE PATILLAS CALLE ZAFIRO G-17, BUZON 92 PATILLAS, PR 00723 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179303^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179303 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 11 | ALLENDE DE JESUS, JUSTINO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124238 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 12 | ALQARIN RIVERA, ABRAHAM JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 116445 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ALVAREZ CASTRO, NELLY JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123267 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 14 | ALVAREZ CINTRON, HIGINIO 2DA EXT EL VALLE 530 CALLE GIRASOL LAJAS, PR 00667 | 05/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 10651^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 10651 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 10651 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 15 | ANGELY MARTINEZ, VIONETTE DEL CARMEN HC05 BOX 6122 JUANA DIAZ, PR 00795-9723 | 06/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179387^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179387 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16  ARCE NEGRON, IVONNE BDA OBRERA 16 CALLE GONZALEZ HUMACAO, PR 00791 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 55317^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 55317 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 55317 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17 | ARROYO RIVERA, EVA CALLE GARDENIA A-4 URB. LAS VEGAS CATANO, PR 00962 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 140032 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ARROYO RIVERA, EVA L. CALLE GARDENIA A-4 URB. LAS VEGAS CATANO, PR 00962 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 130454 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 19 | AVILA PALLENS, RAFAEL I JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124006 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | AVILES JIMENEZ, NOEL R PO BOX 7613 SAN JUAN, PR 00916-7613 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 24203 | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21  AYALA MARTINEZ, LORNA EDNE URB. RIVERVIEW 2ZD CALLE 34 BAYAMON, PR 00961 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 33436 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
| 22 | AYALA ORTIZ, MARILYN PO BOX 289 HORMIGUEROS, PR 00660-0289 | 05/03/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 10202^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 10202 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 10202 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados
Reclamo n°. 10202 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 23 | BAEZ GARCIA, PEDRO R. C/O JRAF LAW FIRM P. O. BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 128653 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 24 | BAEZ LOPEZ, JANET 201 URB LAS CAROLINAS CAJUAS, PR 00727 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34130^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 34130 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 34130 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 25 | BALBIN PADILLA, CYNTHIA EB-5 CALLE TILO URB. LOS ALMENDROS BAYAMON, PR 00961 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 154224^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 154224 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | BARBOSA RIOS, IRMA E. URB PRECIOSA 2 CALLE VERDE LUZ GURABO, PR 00778-5163 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 98711^ | $ 360,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 98711 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 98711 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 98711 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 27 | BARRIENTOS MIRANDA, JUAN HERIBERTO RR-5 BOX 7848 TOA ALTA, PR 00953 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 37910 | $ 150,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | BENN SOTO, ALMA E. BOX 76 ARROYO, PR 00714 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179301^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179301 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 29 | BERRIOS SANTIAGO, ISANDRA URB. VISTAS DEL RIO CALLE RIO HUMACAO #11 LAS PIEDRAS, PR 00771 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19236^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19236 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19236 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 30 | BITTMAN DIEZ, CARL X HC 5 BOX 54591 AGUADILLA, PR 00603 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27217^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27217 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 27217 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 27217 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 31 | BLANCO VARGAS, JOSE A<br>HC 02 BOX 11949<br>LAJAS, PR 00667 | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 13390^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 13390 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 13390 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 32 | BLANCO VARGAS, JOSE A. HC-02 BOX 11949 LAJAS, PR 00667 | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14217^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14217 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 14217 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 33  BORRERO MALDONADO, IDALIZ URBANIZACION LA MARINA 2 CALLE ERIDANO CAROLINA, PR 00979-4009 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 28522^ | $ 417,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 28522 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 28522 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 28522 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 34 | BRENES GONZALEZ, JOSE M 110 MARGINAL NORTE BZN 24 BAYAMON, PR 00959 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20329^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 20329 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 35 | BURGOS MORALES, MADELINE VILLAS DEL CANDELERO 61 CALLE GOLONDRINA HUMACAO, PR 00791-9628 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31214^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 31214 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 36 | BURGOS RIVERA, MAGALY URB. VISTAMAR Q-906 AVE GALICIA CAROLINA, PR 00983 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19165^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19165 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 37 | BURGOS RIVERA, MAGALY URB EL CORTIJO 0028 CALLE 3 BAYAMON, PR 00956 | 05/23/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 19159^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19159 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 19159 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 38 | CABAN ROMAN, MARIA E URB METROPOLIS III 55 BLQ 2 I67 CAROLINA, PR 00987 | 05/09/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12580 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 39 | CAMACHO MILLAN, SUHAIL URB. GLENVIEW GARDENS CALLE ESCOCIA CASA A 16 PONCE, PR 00730 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179323^ | $ 100,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179323 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 40  CAMACHO TORRES, VANESSA CALLE COPIHUE W. 900 URB. LOIZA VALLEY CANOVANAS, PR 00729 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179289^ | $ 34,251.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179289 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | CANALES ROSARIO, MARILUZ HC-01 BOX 9179 LOIZA, PR 00772 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43284^ | $ 150,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 43284 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 42 | CANCEL GAUD, ANNETTE HC03 BOX 30759 MAYAGUEZ, PR 00680 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27873^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27873 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 27873 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 43 | CARABALLORIVERA, ARMINDA URBSTAELENAIIA-12 CALLE1 GUAYANILLA, PR 00656 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 35710^ | $ 37,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 35710 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente
Reclamo n°. 35710 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 44 | CARRASQUILLA GONZALEZ, JOSE M ATTN: JRAF KAW FIRM P.O BOX -7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 131016 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 45 | CARRASQUILLO LABOY, MARIA I. URB. VILLA HUMACAO CALLE 5 H-13 HUMACAO, PR 00791 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 162755^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 162755 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 162755 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | | | **RECLAMACIÓN REMANENTE** | | |
| 46 | CARRERO ROMAN , FRANCES L. P.O. BOX 458 AGUADA, PR 00602 | 06/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 75040^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 75040 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 47 | CASTRO FIGUEROA, DAVID HC 1 BOX 3422 REPARTO LA MERCED LAJAS, PR 00667 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32675^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 32675 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 32675 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 48 CEDENO HERNANDEZ, JAZMAYRA A URB MONTE GRANDE 136 CALLE DIAMANTE CABO ROJO, PR 00623 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21419^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 21419 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 49 | CHACON RODRIGUEZ, MAYRA I. URB. MONTE VERDE M-1303 CALLE MONTE GRANDE MANATI, PR 00674 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 42309^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 42309 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 50 CINTRON SANTIAGO, ELIS M URB LOS CAOBOS 1219 CALLE BAMBU PONCE, PR 00716 | 06/16/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179389^ | $ 50,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179389 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 51 | CINTRON SANTOS, EDWIN A. HC-2 BOX 8597 YABUCOA, PR 00767 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 167842^ | $ 259,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 167842 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 167842 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 167842 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 52  COLON BONILLA, ROSA M. PO BOX 325 JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 130666^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 130666 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 130666 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 53 | CONCHITA E COX SCHUCK URB UNIVERSITY GARDENS 322A CALLE CLEMSON SAN JUAN, PR 00927 | 03/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 1845^ | $ 91,000,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 1845 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 1845 también incluido en el Anexo A a la Objeción Global n° 345 por  reclamos clasificados erróneamente
Reclamo n°. 1845 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 54 | CONTRERAS ARROYO, ETANISLAO JRAF LAW FIRM JUAN P. RIVERA-ROMAN P O BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 138571 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 55 | CORALES RAMOS, EVELYN A PO BOX 798 CABO ROJO, PR 00623 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 104473^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

^ Reclamo n°. 104473 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 56 | CORDERO VELEZ, CLARA M PO BOX 9281 HUMACAO, PR 00791 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 41573^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 41573 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 41573 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 57 | CORDERO VELEZ, CLARA M. PO BOX 9281 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29148^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 29148 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 29148 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 58 | CORDOVA ESCALERA, CARMEN A. URB. HDA LA MATILDE 5687 MORELL CAMPOS PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 144605^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 144605 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 144605 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 59 | CRUZ BARRIENTOS, LINNETTE MORAIMA PO BOX 2022 TOA BAJA, PR 00951 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32356 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 60 | CRUZ FERNANDEZ, IBSEN S. REPARTO MONTELLANO J36 CALLE B CAYEY, PR 00736 | 05/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35473 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 61 | CRUZ ORTIZ, NANCY  I HC 1 4023 BO RIO NAGUABO, PR 00718 | 03/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 2123 | Indeterminado* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 62 | CRUZ REYES, IVELISSE HC 12 BOX 7302 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19432^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19432 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19432 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 63 | CRUZ RIVERA, HECTOR LUIS JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 116996 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 64 | CUADRADO ROSARIO, GISELLE PO BOX 8802 BO.TEJAS HUMACAO, PR 00792 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16603^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 16603 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 16603 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 65 | CUADRADO ROSARIO, GISELLE E PO BOX 8802 BO TEJAS HUMACAO, PR 00792 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19253^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19253 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19253 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 66 | CURBELO NIEVES, RAUL JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 127014 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 67 | DAVILA BAEZ, SYLVIA Y. PO BOX 1204 NAGUABO, PR 00718 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38055^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 38055 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 38055 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 68 | DE JESUS GONZALEZ, BETSY HC 06 BOX 70057 CAGUAS, PR 00727 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 82743^ | $ 324,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 82743 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 82743 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 82743 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 69 DE JESUS RIVERA, ANGEL V. BDA MARIN CALLE 10-113-A GUAYAMA, PR 00784 | 06/10/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179379^ | Indeterminado* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30851 | $ 2,435,987.21 |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  30851 y 104175, que fueran presentados en nombre de todos los demandantes en el litigio titulado Juan Perez Colon y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC1990-0487 (los "Reclamos maestros Perez Colon"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179379 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 104175 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 70 | DE JESUS RIVERA, IRIS PO BOX 1542 CAROLINA, PR 00984-1542 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38229^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 38229 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 38229 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 38229 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 71 | DE JESUS ROJAS, MARIA LOURDES HC-9 BOX 62097 CAGUAS, PR 00725 | 06/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72774^ | $ 18,371.34* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 72774 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 72 | DE JESUS SALAZAR, WILLIAM HC 04 BOX 40552 MAYAGUEZ, PR 00680 | 04/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 6846^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 6846 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 6846 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 73 | DEL CARMEN RUIZ CASTRO, MARIA CALLE 2 NUMERO 140 SAIN JUST TRUJILLO ALTO, PR 00976 | 06/24/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40480^ | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 40480 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 40480 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 74 | DEL VALLE PEREZ, JOANNA G. CALLE FRANCISCO OLLER #2 URB. RAMIREZ DE ARELLANO MAYAGUEZ, PR 00682 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179313^ | $ 16,952.02* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179313 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 75  DELGADO DELGADO, CARMEN MAVITZA PO BOX 356 CAMUY, PR 00627 | 05/25/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179275^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179275 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 76 | DELGADO SANCHEZ, LETICIA PO BOX 10,000 PMB141 CANOVANAS, PR 00729 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179337^ | $ 100,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179337 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77 | DIAZ ALICEA, FERNANDO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 116923 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 78 | DIAZ ALICEA, NILSA E. RR 1 BOX 6448 GUAYAMA, PR 00784 | 06/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 63971 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 79 | DIAZ CRUZ, LILLIAN L. JARDINES DE BALENCIA APTO 1412 C/ PERERA LEAL 621 RIO PIEDRAS, PR 00923 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 46597^ | $ 150,900.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 46597 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 46597 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 80 DIAZ CRUZ, LILLIAN L. JARDINES DE VALENCIA 1413 C/PEREIRA LEAL 631 RIO PIEDRAS, PR 00923 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 33790^ | $ 69,611.74* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 33790 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 33790 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 33790 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 81 | DIAZ DE JESUS, HECTOR CALLE AGUEYBANA CC-16 PARQUE DEL MONTE CAGUAS, PR 00725 | 05/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 11050^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 11050 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 82 | DIAZ DIAZ, IRVIN HC-01 BOX 4668 NAGUABO, PR 00718 | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14262^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14262 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 14262 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 83 | DIAZ MORALES, AZLIN QUINTAS BALDWIN 50 AVE A APT 1206 BAYAMON, PR 00959 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 64729^ | $ 367,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 64729 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 64729 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 64729 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 84 | DIAZ ROBLES, ENRIQUE JRAF LAW FIRM PO BOX- 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 128412 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos dunate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| 85 | DIAZ RODRIGUEZ, ANA M. BERWIND ESTATES J 15 CALLE 1 SAN JUAN, PR 00929 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34967 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 86 | DONES RODRIGUEZ, MARIA PO BOX 7963 CAGUAS, PR 00726 | 06/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 84179^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 84179 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 84179 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 87 | ECHEVARRIA FIGUERA, ELIEZER PARCELAS #1 QUEBRADAS HC-01 BOX 7581 GUAYANILLA, PR 00656-9753 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179317^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179317 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 88  ECHEVARRIA MARTINEZ, RAMON RR03 BOX 10150 ANASCO, PR 00610-9160 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7850^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7850 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7850 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
| 89 | EFRANQUI PORTELA, TERESA 1511 PONCE DE LEON APTO 10135 SAN JUAN, PR 00909 | 05/30/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 44439 | Indeterminado* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 90 | ENCARNACION VASQUEZ, BELKIS COND. LOS ALEMANDIOS PLAZA I APT 703 SAN JUAN, PR 00924 | 06/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72473^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 72473 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 72473 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 91 | ESPINOZA MARTINEZ, JAVIER PO BOX 8981 HUMACAO, PR 00792 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32405^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 32405 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 32405 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 92 | ESQUILIN CINTRON, ROSA BC5 CALLE YAGRUMO VALLE ARRIBA HEIGHTS CAROLINA, PR 00983 | 04/20/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7830^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7830 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 7830 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 93 | ESTRADA CARRASQUILLO, LUZ D 58 LOMAS DEL SOL GURABO, PR 00778 | 03/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 570 | $ 24,824.25* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | ESTRADA VEGA, CARMEN B. CALLE 81 BLQ 95 CASA 3 SIERRA BAYAMON BAYAMON, PR 00961 | 06/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 42194^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 42194 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 95 | ESTRADA VEGA, CARMEN B. CALLE 81 BLQ 95 CASA 3 SIERRA BAYAMON BAYAMON, PR 00961 | 06/20/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37785^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 37785 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 37785 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 96 | FALCHE FELICIANO , LUZ I. URB LOS ANGELES 475 CALLE AREYTO YAUCO, PR 00698 | 06/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51344 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 97 | FALTO LARACUENTE, LINNETTE PO BOX 1462 HORMIGUEROS, PR 00660 | 07/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 130146^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 130146 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 130146 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 130146 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 98 | FELICIANO MARTINEZ, MYLDA A. 613 CALLE TABONUCO FAJARDO, PR 00738-3076 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 91282^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 91282 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 99 | FERNANDEZ RAMIREZ, ONIS V. PO BOX 451 HORMIGUEROS, PR 00660 | 06/02/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179296^ | $ 60,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179296 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 100 | FIGUEROA ALAMO, ANGEL M. P.O. BOX 6333 SAN JUAN, PR 00914-6333 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30135^ | $ 302,400.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 30135 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 30135 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 101 | FIGUEROA PENA, EDNA CALLE DEL MONTE 144 BO. CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 139353^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 139353 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 139353 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | RECLAMACIONES A SER DESESTIMADAS FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | RECLAMACIÓN REMANENTE NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | FLORES RODRIGUEZ, ELIGIO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 143500 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 103 | FRANCIS ALVARADO, JOSEPHINE URB. COUNTRY CLUB 2DA. EXT. CARLOS BESTERO #1140 SAN JUAN, PR 00924 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 40959^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 40959 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 104 | FRANQUI PORTELA, TERESA E HC 3 BOX 5085 GURABO, PR 00778 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 45783^ | Indeterminado* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a todos los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 45783 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | FUENTES ECHEVARRIA , REY FRANCISCO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 145536 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 106 | FUSTE TORRES, ELIAS R. F7 VILLA RETIRO SANTA ISABEL, PR 00757 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 60570 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 107 | GARCIA COLON, NERYBEL HC 3 BOX 16861 COROZAL, PR 00783 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 118671 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 108 | GARCIA COLON, NERYBEL HC 03 BOX 16861 COROZAL, PR 00783 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146923 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 109 | GARCIA HERNANDEZ, NEFTALI URB. MONTE VERDE CALLE MONTE SANTO #3317 MANATI, PR 00674 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 24367^ | $ 712,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 24367 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 24367 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 24367 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 110 GARCIA RIVAS, WILMA J<br>PO BOX 1800<br>COAMO, PR 00769 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20865 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 111 | GARCIA RODRIGUEZ, MARIA S HC 65 BOX 6455 PATILLAS, PR 00723 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 76687 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 112 | GARCIA VAZQUEZ, SONIA I 225 CALLE REINA PONCE, PR 00730-3525 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 90794^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 90794 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 90794 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 113 | GERENA MARCANO, RICARDO 22 CALLE 15 HILL BROTHERS SAN JUAN, PR 00924 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 96234^ | $ 604,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 96234 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 96234 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 114 | GOMEZ PERALES, MARGARET PO BOX 962 FLORIDA, PR 00650 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 60460 | $ 120,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 115 | GONZALEZ BENITEZ, JOCELYN JARDINES DE PALMAEJO CALLE 7 J2 CANOVANAS, PR 00729 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 143716^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 143716 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 116 | GONZALEZ BENITEZ, JOCELYN JARDINES DE PALMAREJO J2 CALLE 7 CANOVANAS, PR 00729 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 153968^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 153968 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 117 | GONZALEZ NIEVES, EFRAIN PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124421 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 118 | GONZALEZ RAMOS, JOSE A JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 131051 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 119 | GONZALEZ RUIZ, JOE HC-3 BOX 54518 HATILLO, PR 00659 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179309^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179309 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 120 | GORDIAN, YOLANDA GUZMAN 71 EXT MARIO BRASCHI JUANA DIAZ, PR 00795 | 06/22/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 87996^ | $ 30,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 87996 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 87996 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados
Reclamo n°. 87996 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 121 | GUILLAMA ORAMA, CARMEN I PO BOX 543 HATILLO, PR 00659 | 06/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 46964^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 46964 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 46964 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 122 | GUTIÉRREZ MATOS, YASMIN CALLE MORALES #85 - A   PDA. 20 SANTURCE, PR 00909 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 18098^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 18098 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 123 | GUZMAN RODRIGUEZ, ELENA URB ALTS DEL ALBA 10308 CALLE AMANECER VILLALBA, PR 00766-2336 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43616 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 124 | INOSTROZA ARROYO, MARIA P URB VISTA HERMOSA J 17 CALLE 8 HUMACAO, PR 00791 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32244^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 32244 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 32244 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 125 | IRIZARRY CACERES, SONIA M CALLE YAUREL 3025 EXT MONTE SOL CABO ROJO, PR 00623 | 04/17/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7660^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7660 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 7660 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 126 | IRIZARRY PEREZ, GERARDO HC 7 BOX 21346 MAYAGUEZ, PR 00680 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 109995^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 109995 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 109995 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 109995 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 127 | IRIZARRY ROMAN, ROBERTO JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164267 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 128 | JIMENEZ DE MUÑIZ, CARMEN D. 4414 AVE. ARCADIO ESTRADA SAN SEBASTIAN, PR 00685 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179299^ | $ 25,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179299 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 129 | JIMENEZ GUZMAN, SANTOS JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123270 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 130 | JIMENEZ QUINONES, ISABEL C CALLE PEREIRA LEAL 631 APARTADO 804 SAN JUAN, PR 00923 | 07/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 155581^ | $ 39,948.59* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 155581 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 131 JUSINO MORALES, NOREEN 2DA EXT EL VALLE 530 CALLE GIRASOL LAJAS, PR 00662 | 05/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 10512^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 131 | | 05/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 10512^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 10512 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 10512 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 132  JUSINO VAZQUEZ, HAYDEE URB VALLE HERMOSO SU 21 CALLE BUCARE HORMIGUEROS, PR 00660 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38596^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 132 | | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38596^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 38596 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 38596 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 133 | KARMAN, AIDA E COND. GARDEN HILLS TOWER 15 CALLE MIRAMONTE APTO. 402 GUAYNABO, PR 00966-2030 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19386^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19386 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 134 | KARMAN, AIDA E COND. GARDEN HILLS TOWER 15 CALLE MIRAMONTE APTO. 402 GUAYNABO, PR 00966-2030 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19818^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19818 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 135 | LANTIGUA GARCIA, VIVIANA DR. QUEVEDO BAEZ BT 21 5TA SECCION LEVITTOWN TOA BAJA, PR 00949 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 85611^ | $ 336,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 85611 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 85611 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 85611 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | LARACUENTE CAMACHO, ELIZABETH P.O. BOX 262 MANATI, PR 00674 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179300^ | $ 28,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179300 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 137 | LEON, EDDIE ATTN: JUAN P RIVERA ROMAN, ESQ P.O BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 131115 | $ 2,391,098.78* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 138 | LIMERY DONES, MARITZA HB-13 CALLE ELIZA TABAREZ 7MA SECCION, LEVITTOWN TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15110^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 15110 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 139  LOPERENA ORTIZ, NANNETTE PO BOX 318 LAJAS, PR 00667 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 37960^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 37960 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 37960 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 140 | LOPEZ MORALES, EDNA C. PO BOX 346 YABUCOA, PR 00767 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19015^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19015 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19015 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
| 141 | LOPEZ MORALES, EDNA C<br>PO BOX 346<br>YABUCOA, PR 00767 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 18130^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 18130 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 18130 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 142 | LOPEZ QUINONEZ, JOSE A. JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 138105 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 143 | LOPEZ RONDON, MARTA I. MARTA I. LOPEZ RONDO C/DELBREY #264, PDA. 25, SANTURCE SAN JUAN, PR 00912 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 147324^ | $ 691,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 147324 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 147324 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 144 LOPEZ VALENTIN, JOSE R URB MONTE OLIVO 347 CALLE POSEIDON GUAYAMA, PR 00784 | 06/08/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178186^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 178186 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

Reclamo n°. 178186 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 145 | LOZADA FERNANDEZ, EVELYN BO. SANTA ROSA I HC 06 BOX 6894 GUAYNABO, PR 00971-9571 | 06/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 87873^ | $ 432,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 87873 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 87873 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 87873 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 146 | LOZANO ADORNO, MARIA C. URB VILLA CANEY K10A CALLE OROCOBIX TRUJILLO ALTO, PR 00976 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 165039^ | $ 70,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 165039 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

### Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 147 | Luis Ramos Pagan PO Box 40177 SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 66017^ | Indeterminado* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 66017 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 148 | LUNA RIOS, ANA L PO BOX 1983 CIDRA, PR 00739 | 06/05/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174092^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 174092 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 174092 incluido también en el Anexo A a la Objeción Global n° 374 por reclamos a ser desestimados
Reclamo n°. 174092 incluido también en el Anexo A a la Objeción Global n° 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 149 | MALDONADO SOLER, IGNACIO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 116428 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 150 | MARIN MARQUEZ, CYNTHIA BUENA VENTURA BZN 179 CALLE DALIA CAROLINA, PR 00987 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 87386^ | $ 100,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 87386 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 87386 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 151 | MARTINEZ FELICIANO, MARISEL BDA. NICOLIN PEREZ #5 CALLE BERNARDINO FELICIANO LAJAS, PR 00667 | 05/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 10131^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 10131 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 10131 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 152 | MARTINEZ GARCIA, MARCIAL JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164274 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 153 | MARTINEZ GONZALEZ, ANA D. VIA LETICIA 4 K9-37 VILLA FONTANA CAROLINA, PR 00983 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 44823^ | $ 35,279.50* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 44823 también incluido en el Anexo A a la Objeción Global n° 345 por  reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 154 | MARTINEZ MEDINA, MARIA A. URB. SANTA TERESITA 3429 CALLE SANTA ANASTACIA PONCE, PR 00730-4606 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 159702^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 159702 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 159702 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 155 | MARTINEZ RAMOS, WILLIAM JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164211 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 156 MARTY TROCHE, JAIME E 48 CALLE SALVADOR BRAU CABO ROJO, PR 00623-3458 | 04/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 5248^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 5248 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 5248 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 157 | MATIAS ACEVEDO, NIVEA R. P.O. BOX 874 AGUADA, PR 00602 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179304^ | $ 85,000.00* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179304 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 158 | MATOS RIVERA, ANGEL LUIS HC-4 BOX 5879 BARRONQUITEL, PR 00794 | 06/04/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179443^ | $ 150,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179443 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 159 | MEDINA MEDINA, MARY L HC 5 BOX 5242 YABUCOA, PR 00767 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21253^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 21253 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 21253 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 160 | MEDINA NAVEDO, EDWIN URB.FRONTERA C/JULIO ALVARADO #139 BAYAMON, PR 00619 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 17682^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 17682 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 17682 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 17682 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 161 | MEDINA ORTIZ, WANDA C 297 CALLE BALDRICH SAN JUAN, PR 00912 | 06/19/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29046^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 29046 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 162 | MEDINA ORTIZ, WANDA C. 297 CALLE BALDRICH SAN JUAN, PR 00912 | 06/19/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42269^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 42269 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 42269 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |

| # | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | MELENDEZ ALVARADO, BETTY BUZON 206 URB. SIERRA REAL CAYEY, PR 00736-9004 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124594^ | $ 383,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 124594 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 124594 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 124594 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
| 164 | MENDEZ MENDEZ, RUTH E HC 1 BOX 5382 MOCA, PR 00676 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 44098 | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 165 | MERCADO ANTONGEORGE, RAFAEL JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 126159 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 166 | MERCADO TORO, JOSE L. CARR. 316 KM. 1.2 BARRIO CANDELARIA P.O. BOX 1047 LAJAS, PR 00667 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179282^ | $ 60,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179282 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 167 | MIRANDA GONZALEZ, WALESKA 20 CALLE NENADICH ESTE MAYAGUEZ, PR 00680 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15421^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

^ Reclamo n°. 15421 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 168 | MOJICA BULTRON, SONIA M. PO BOX 3026 BAYAMON, PR 00960 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27930^ | $ 496,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27930 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 27930 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 27930 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 169 | MOLINA FERRER, MARIA C CALLE 115 BP-10 JARD DE COUNTRY CLUB CAROLINA, PR 00983 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43315^ | $ 367,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 43315 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 43315 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 43315 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 170 | MONELL TORRES , DELMA I 0-14 TUDELA URB. VILLA ANDALUCIA SAN JUAN, PR 00926 | 05/23/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29354^ | $ 30,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 170 | | 05/23/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29354^ | $ 30,000.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044, 103072, 179170 & 93199, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°.  2016-05-1340 (los "Reclamos maestros Acevedo Camacho") y el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (los "Reclamos maestros Beltrán Cintrón") por el abogado que representa a los demandantes en ambos litigios.Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. Los Reclamos maestros Beltrán Cintrón son presentados en nombre de ex empleados del Departamento de la Familia ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" n°. 5-86 de la Oficina de Personal del Servicio Público.El Demandante es parte demandante en ese litigio y su reclamo invoca ambos litigios arriba indicados y/o las obligaciones asociadas con ambos litigios como fundamento.

^ Reclamo n°. 29354 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n° 29354 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 171 | MONELL TORRES, DELMA I VILLA ANDALUCIA O 14 TUDELA SAN JUAN, PR 00926 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7915^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7915 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7915 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 172 | MONTALVO BONILLA, ANGEL LUIS HACIEUDA TOLEDO 274 BOULEVARD DE TOLEDO ARECIBO, PR 00612 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 119456 | $ 17,870.44* | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP); IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106588^ | $ 4,315,200.00* |
| | | | | | | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP) P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/15/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15708 | $ 24,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  15708 y 106588, que fueran presentados en nombre de todos los demandantes en el litigio titulado Delfina Lopez Rosario y otros contra el Departamento de Policía de Puerto Rico, caso n°. T-01-10-372 (los "Reclamos maestros Lopez Rosario"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Policía ("PD"), quienes argumentaron que tenían derecho a recibir pagos de pensión y pagos retroactivos que fueron retenidos ilegalmente por PD en virtud del Memorando General n°. 5-86 de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 106588 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 173 MORALES COLON, IVAN PO BOX 406 HORMIGUEROS, PR 00660 | 05/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 9362^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 9362 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 9362 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 174 | MORALES CORDOVA, KARIME PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 60068^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 60068 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 175 | MORALES ENCARNACION, HOMERO 313 MIRADORES DEL YUNGUE RIO GRANDE, PR 00745 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 67537^ | $ 244,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 67537 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 67537 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 176 | MORALES PEREZ, MARIA DEL CARMEN PO BOX 2859 MOCA, PR 00676 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 148331^ | $ 150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 29477, que se presentó en nombre de todos los demandantes en el litigio titulado Rosa Lydia Velez contra Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo maestro Velez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación ("DE"), quienes pretenden obligar al DE a cumplir con determinadas obligaciones federales y estatales relacionadas con programas especiales de educación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 148331 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 177 | MORALES VALENTIN, MADELINE CALLE CAPIFALY #112 BO. BUENAVISTA MAYAGUEZ, PR 00680 | 04/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7447^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7447 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7447 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 178 | MORALES VAZQUEZ, JESSICA MELIS 812 CALLE JOSE QUINTON URB. VILLA PRADES SAN JUAN, PR 00924 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 80896 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 179 | MORENO VALETIN, GILBERTO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 111324 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 180 | MOYA MOYANO, LUZ J 315 CALLE SIMON MADERA VILLA ANGELICA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 60981^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 60981 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 60981 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 181 | MOYA MOYANO, LUZ J. VILLA ANGELICA 315 SIMON MADERA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 61012^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 61012 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 61012 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 182 | MOYA MOYANO, LUZ J. VILLA ANGELICA 315 SIMON MADERA MAYAGUEZ, PR 00680 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 101946^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 101946 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 101946 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

RECLAMACIONES A SER DESESTIMADAS                                          RECLAMACIÓN REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 183 | MUNOZ CARABALLO, YOLANDA HC 01 BOX 10306 GUAYANILLA, PR 00656 | 04/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 9840^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 9840 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 9840 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 184 | NANGO LASSALLE, EPIFANIO 3000 MARGINAL BALDORIOTY APT 11-K COND INTERSUITES CAROLINA, PR 00979 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 120735^ | $ 367,200.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 120735 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 120735 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 185 | NATAL TRINIDAD, MARITZA VILLA PALMERAS 254 CALLE BARTOLOME LAS CASAS SAN JUAN, PR 00915 | 06/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 40774^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 40774 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 186  NAZARIO RODRIGUEZ, JACQUELINE R. 447 ALMIRANTE ALTURAS DE MAYAGUEZ MAYAGUEZ, PR 00682 | 05/27/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179287^ | $ 78,987.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179287 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 187 | NAZARIO VEGA, MARISOL 5048 CA. LORENCITA FERRE PONCE, PR 00728 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 103840^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103840 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103840 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 188 | NEGRON MERCADO, NIVIA IRIS PO BOX 323 FLORIDA, PR 00650 | 05/27/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179286^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179286 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 189 | NEGRON MILLAN, YVONNE SANTA MARIA MAYOR A 10 CALLE 19 HUMACAO, PR 00791 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27083^ | $ 388,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27083 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 27083 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 27083 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 190  NIEVES GARCIA, HECTOR L HC 04 BOX 44594 MAYAGUEZ, PR 00680 | 04/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 6598^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 6598 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 6598 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 191 | NIEVES RIVERA, AITZA CHALETS DE LA PLAYA APT 202 VEGA BAJO, PR 00693 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 140875^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 140875 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 140875 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 192 | NIEVES RODRIGUEZ, WILLIAM JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 126300 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 193 | NIEVES VANGAS, NOEL JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 140381 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 194 | NOEL RODRIGUEZ , MONTALVO URB. ALTURAS SABANERAS E-92 SABANA GRANDE, PR 00637 | 04/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 8777^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 8777 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 8777 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 195 | NUNEZ  NIEVES, JOSE R. JRAF LAW FIRM PO BOX -7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 130746 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 196 | NUNEZ NIEVES, VICTOR L. C/O JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 153635 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| | NOMBRE | FECHA | CASO/DEUDOR | N.º | MONTO | NOMBRE | FECHA | CASO/DEUDOR | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 197 | OCASIO FIGUEROA, LESLIE JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 117437 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 198 | OJEDA DAVILA, MARIA DEL CARMEN UNIVERSITY GARDENS GEORGETOWN 1015 SAN JUAN, PR 00927 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20487 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n.°  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n.°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n.° 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 199 | OJEDA ZARAGOZA, ALMA HEBE PO BOX 1015 SAN GERMAN, PR 00683-1015 | 11/18/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177726^ | $ 100.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 177726 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 200 | OLIVERO RODRIGUEZ, GLADYS M CALLE 2 D21 URB VILLA DE LOIZA CANOVANAS, PR 00729 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 18446^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 18446 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

### Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 201 | ORLANDI GOMEZ, ANGEL M. HC-01 BOX 4301 ARROYO, PR 00714 | 07/16/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 169756^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 169756 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados
Reclamo n°. 169756 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 202 | ORTIZ COTTO, ORLANDO CALLE 21 NN3 VILLE DE CRISTO CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 149755^ | Indeterminado* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 149755 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| 203 | ORTIZ MONTES, LUIS RUBEN JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 127016 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| 204 | OSORIO SANTANA , SUCESION JAVIER JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 138125 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 205 OSORIO VARGAS, NELIDA PO BOX 562 CAROLINA, PR 00986 | 04/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 6886 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 206 OTERO MIRANDA, GUILLERMO JRAF LAW FIRM P.O. BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 125968 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 207 | PABLOS VAZQUEZ, LEILA URB VILLA UNIVERSITARIA BH6 CALLE 35 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 25086^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 25086 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 25086 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 208 | PARRA MARQUEZ, EMMA JARDINEZ DE CAPARRA W-8 AVE RUIZ SOLER BAYAMON, PR 00959 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19486^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19486 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 209 | PASTRANA PAGAN, AWILDA PO BOX 7888 SAN JUAN, PR 00915 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51393 | $ 50,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 210 | PELUYERA ROSA, CARMEN L HC 1 BOX 24553 CAGUAS, PR 00725 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15086^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 15086 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |


| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 211 | PEREZ CABALLERO, ARMANDO A. PO BOX 149 BARCELONETA, PR 00617 | 05/26/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179284^ | $ 90,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179284 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 212 | PEREZ DE JIMENEZ, CARMEN I CALLE JUAN LINES RAMOS # 110 URB. FRONTERAS BAYAMON, PR 00961 | 06/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179377^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179377 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 213 | PEREZ DIAZ, REINALDO C/O JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 134356 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 214 | PEREZ LARRIUZ, GUSTAVO ALEXIS 3415 AVE ALEJANDRINO APT 405 COND PARQUE SAN RAMON GUAYNABO, PR 00969 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 71961 | Indeterminado* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| 215 | PEREZ MARTINEZ, EDGARDO LUIS CALLE 34 AN-28 VILLA DE RIO GRANDE RIO GRANDE, PR 00745 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 22121 | $ 15,000.00* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152372 | $ 17,590,927.76 |

Base para: Este reclamo es duplicado del Reclamo maestro n° 152372, que fue presentado en nombre de todos los demandantes en el litigio Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, caso n°. KAC96-1381 (el "Reclamo maestro Maldonado Rodriguez"). Los demandantes en el litigio argumentan que se les adeudan aumentos salariales impagos que fueron dispuestos, entre otras cosas, en varias resoluciones administrativas del Departamento de Corrección y Rehabilitación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 216 | PEREZ MIRANDA, RUTH J. PO BOX 3034 ARECIBO, PR 00613 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179314^ | $ 46,943.09* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros
contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el
litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86'
de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como
fundamento.

^ Reclamo n°. 179314 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 217 | PEREZ SAMOT, WANDA I P.O. BOX 1980 CIALES, PR 00638 | 05/26/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179285^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179285 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 218 | PIZARRO CASTRO, MARIBEL URB ROSA MARIA E 23 CALLE 4 CAROLINA, PR 00985 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29982^ | $ 302,400.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 29982 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 29982 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 29982 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 219 | PONCE DE LEON, IRIS M URB SANTA MARIA 45 CALLE B SABANA GRANDE, PR 00637 | 04/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 9737^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 9737 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 220 | QUILES RODRIGUEZ, IRMA I PO BOX 112 LAS MARIAS, PR 00670 | 09/20/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 170919^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 170919 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 221 | QUINONES UFRET, KAREN M URB ALTURAS DE SAN JOSE MM4 CALLE 20 SABANA GRANDE, PR 00637 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 160380^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 160380 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 160380 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 160380 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 222 | QUINONES UFRET, KAREN M. URB ALTURAS DE SAN JOSE C/20 MM 4 SABANA GRANDE, PR 00667 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 148387^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 148387 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 148387 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 148387 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 223 | RAICES GONZALEZ, LUIS R. JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 143553 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| 224 | RAMIREZ DIAZ, GLORIA BARRIO OBRERO CALLE11 NUM770 SAN JUAN, PR 00915 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 48636 | $ 100,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 225 | RAMOS ACEVEDO, SANDRA CALLE 76 BLOQ. 93 #38 URB. SIERRA BAYAMON BAYAMON, PR 00961 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 25908 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 226  RAMOS COLON, JOSSETTE JARD. DE PONCE CALLE A F12 PONCE, PR 00730 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 116095^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 116095 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 116095 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 227 | RAMOS FLORES, JOSE A. F-18 CALLE 1 URB. VILLAS DE GURABO GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 154340 | $ 58,408.42* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 228 RAMOS, EVELYN CORALES URB SAN MIGUEL A 11 CALLE 2 CABO ROJO, PR 00623 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 56434^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

^ Reclamo n°. 56434 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 229 | REYES AGOSTO, CARMEN GLADYS CALLE 20 2-1-6 URB. TURABO GARDENS CAGUAS, PR 00727 | 06/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 81309^ | $ 18,949.79* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 81309 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |

| 230 | REYES CAPPOBIANCO, ANA ESTHER URB. PARQUE ECUESTRIE CALLE EL TITAN H-7 CAROLINA, PR 00987 | 06/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 81666^ | $ 107,682.12* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 81666 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 81666 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 231 | REYES RAMOS, FRANCISCO JOSE JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 129623 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935. Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 232  RIOS FELICIANO, MIGUEL PO BOX 22 MARICAO, PR 00606 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7863^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7863 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7863 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 233 | RIOS OYOLA, MYRIAM ESTHER 19125 STALEYBRIDGE RD GERMANTOWN, MD 20876 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 149126^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 149126 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 234 | RIVERA ALICEA, HECTOR J. URBANIZACION SABANA DEL PALOMAR 103 CALLE FLAMBOYAN COMERIO, PR 00782 | 06/02/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179321^ | $ 15,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179321 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | |
| 235 | RIVERA CASANOVA, EILEEN M BARRIO SUSUA CALLE LA ROSA 4 SABANA GRANDE, PR 00637 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 157293^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 157293 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 157293 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 157293 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 236 | RIVERA CASANOVA, EILEEN M. P.O. BOX 314 ENSENADA, PR 00647 | 05/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 8421^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 8421 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 8421 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 237 | RIVERA CENTENO , IVETTE URB ROLLING HILLS C91 C BRASIL CAROLINA, PR 00987 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 24752^ | $ 318,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 24752 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 24752 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 24752 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 238 | RIVERA CINTRON, MARIA V HC01 BOX 3361 HORMIGUEROS, PR 00660 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 42905^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 42905 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 42905 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 239 | RIVERA CRUZ, BARBARA BO PALMAS CALLE CUCHARILLAS 256 CATANO, PR 00962 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29511^ | $ 475,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 29511 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 29511 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 240 | RIVERA ENCARNACION, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20306^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 20306 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 241 | RIVERA ESCALERA, JEANETTE #69 AVE A RIVERA MORALES SAN SEBASTIAN, PR 00685 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21551^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 21551 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 242 | RIVERA GARCIA, FELIX JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 141307 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se les despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 243 | RIVERA GARCIA, RUBEN PO BOX 1237 PENUELAS, PR 00624 | 05/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 36598^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 36598 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 36598 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 244 | RIVERA GONZALEZ, JUAN ANTONIO PO BOX 3035 GUAYAMA, PR 00785 | 05/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179290^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179290 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 245 | RIVERA HERNANDEZ, ZAIDA LOMAS VERDES 4417 YAGRUMO BAYAMON, PR 00956 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31837^ | $ 280,800.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 31837 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 31837 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 31837 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 246 | RIVERA PEREZ, JORGE CALLE SAN IGNACIO 253 BO. SALUD MAYAGUEZ, PR 00680 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16587^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 246 | | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16587^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 16587 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 16587 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 247 | RIVERA PLAZA, CARMEN C. 966 CALLE BRILLANTE URB BRIGAS DEL LAUREL PONCE, PR 00780 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123118^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 123118 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 123118 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 248 | RIVERA QUILES, IDALIA P.O. BOX 564 SAN SEBASTIAN, PR 00685 | 06/02/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179320^ | $ 75,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179320 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 249 | RIVERA ROSA AIDA, CLAUDIO CAMPO REAL 780 CARR 8860 APT 2888 TRUJILLO ALTO, PR 00976 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 33111 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 250 | RIVERA SANTOS, NILSA M. 313 PLEIADOS DEL YUNQUE RIO GRANDE, PR 00745 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29513^ | $ 432,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 29513 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 29513 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 29513 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 251 | RIVERA TROCHE, TRICIA 305 ELMWOOD DR. APT. 203 RADCLIFF, KY 40160 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 145545^ | $ 150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 29477, que se presentó en nombre de todos los demandantes en el litigio titulado Rosa Lydia Velez contra Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo maestro Velez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación ("DE"), quienes pretenden obligar al DE a cumplir con determinadas obligaciones federales y estatales relacionadas con programas especiales de educación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 145545 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 252 | RIVERA VEGA, JOSÉ A. BUZON RR2 BOX 2974 AÑASCO, PR 00610 | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 39483^ | Indeterminado* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 252 | | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 39483^ | Indeterminado* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30851 | $ 2,435,987.21 |

Base para: Este reclamo es duplicado de los Reclamos maestros n° 30851, 104175, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio captioned  Juan Perez Colon y otros contra Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC1990-0487 (el "Reclamos maestros Perez Colon") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Perez Colon y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Púlblicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca los litigios arriba indicados y/o las obligaciones asociadas con ambos litigios como fundamento.

^ Reclamo n°. 39483 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 39483 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104175 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 253 | RODRIGUEZ SANCHEZ, JORGE L. HC 02 BOX 23410 CABO ROJO, PR 00623 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34154^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 34154 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 34154 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 254 | RODRIGUEZ BRACERO, JUAN R PARCELAS SAN ROMUALDO CALLE P BUZON 146 HORMIGUEROS, PR 00660 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32364^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 32364 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 32364 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 255  RODRIGUEZ BRACERO, JUAN R PARC SAN ROMUALDO 145 CALLE P HORMIGUEROS, PR 00660 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38113^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 38113 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 38113 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 256 | RODRIGUEZ BURGOS, LUZ I. URB. SANTA ROSA CALLE 11 #29-7 BAYAMON, PR 00959 | 06/19/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 39496^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 39496 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 39496 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 257 | RODRIGUEZ CARDONA, HAYDEE C/DULCE SUENO G-59 PARQUE ECUESTRE CAROLINA, PR 00987 | 06/16/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179394^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179394 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 258 | RODRIGUEZ COLON, JOSE ALBERTO URB. VILLAS DE CANEY I16 C/ GUARIONEX TRUJILLO ALTO, PR 00976 | 05/10/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14950^ | $ 216,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14950 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 259 | RODRIGUEZ FELICIANO, EPIFANIO CARR 348 KM 5.8 BOX 22532 MAYAGUEZ, PR 00680 | 04/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7589^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7589 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7589 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 260 | RODRIGUEZ LOPEZ, MARICARMEN JARDINES DE SAN LORENZO CALLE 4 EDF. E-13-A SAN LORENZO, PR 00754 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 118631^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 118631 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 261 | RODRIGUEZ LOPEZ, MARILITZA PO BOX 781 CIALES, PR 00638 | 07/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146187^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 146187 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 146187 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 146187 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 146187 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | |
| 262 | RODRIGUEZ MAIZAN, MARGARITA URB. LEVITTOWN CALLE MARIANO ABRIL EU-17 TOA BAJA, PR 00949 | 06/23/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179434^ | $ 70,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179434 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 263 | RODRIGUEZ MALDONADO, IVETTE M. CIUDAD JARDIN BOX 290 CANÓVANAS, PR 00729 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 93430^ | $ 72,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93430 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 264 RODRIGUEZ MARTINEZ, JUAN HC 1 BOX 16669 HUMACAO, PR 00791-9003 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 121434^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 264 | | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 121434^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 121434 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 121434 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 121434 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 265 RODRIGUEZ MONTALVO, NOEL URB. ALTURAS SABANERAS CALLE E92 SABANA GRANDE, PR 00637 | 04/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 8803^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 8803 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 8803 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 266 | RODRIGUEZ NEGRON, CARMEN P O BOX 8700 PMB119 CAROLINA, PR 00988 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124189^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 124189 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 267 | RODRIGUEZ NIEVES, JOSE R 591 RIO HELLERA URB ALTURAS DE HATO NUEVO GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 134890 | $ 60,950.97* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 268 | RODRIGUEZ OLIVERAS, MIRIAM CALLE 129 BX-27 JARDINES DE COUNTRY CLUB CAROLINA, PR 00985 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20526^ | $ 493,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 20526 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 20526 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 20526 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 269 | RODRIGUEZ ORTIZ, MARELYN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 71642^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 71642 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

| 270 | RODRIGUEZ RUIZ, GEMINELLY 71 CALLE LOS ANGELES ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7866^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7866 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7866 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 271 | RODRIGUEZ TORRES, LUIS A JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732-7498 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 126350 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 272 | ROLDAN MALAVE, LUZ N<br>PO BOX 757<br>NAGUABO, PR 00718 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 33459^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 33459 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 273 | ROMAN DE JESUS, ALEXANDER<br>HC 50 BOX 40362<br>SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 137756 | $ 53,016.27* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 274 | ROMAN JACA, PABLO JRAF LAW FIRM PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 119778 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 275 | ROMAN RIVERA, GLORIA N VILLA MATILDE G8 CALLE 1 TOA ALTA, PR 00953 | 04/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 9326 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 276 | ROMAN TORRES, MARLEEN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 71468^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 71468 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 277 | ROQUE RIVAS, BOLIVAR URB. VILLA ANDALUCIA TUDELA #0-14 SAN JUAN, PR 00926 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7824^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7824 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7824 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 278 | ROSADO CRUZ, MARIA C/ YUQUIBO M-5 VILLASBA CAREY TRUJILLO ALTO, PR 00976 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28898^ | $ 45,268.58* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 28898 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 28898 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 279 | ROSARIO RAMIREZ, JOHN F. P.O. BOX 9022183 SAN JUAN, PR 00902-2183 | 01/24/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 173179^ | $ 417,600.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n.° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n.° 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n.° 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n.° 173179 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n.° 173179 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n.° 173179 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n.° 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 280 | ROSARIO SANCHEZ, VANESSA RR #10 BOX 10032 SAN JUAN, PR 00926 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21424^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 21424 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 21424 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 281 | ROSARIO, MILAGROS SANTIAGO CALLE GUAYANES G 12 177 URB. ESTANCIAS DEL RIO HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 49234^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 281 | | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 49234^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 49234 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 49234 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 282 | RUIZ LOPEZ, ROSA APARTADO 1607 SAN GERMAN, PR 00683 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34112^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 34112 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 283 | RUIZ PAGAN, KHAIRY J URB JARD DE VALENCIANO B 6 CALLE ORQUIDEA JUNCOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19237^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19237 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19237 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 284 | RUIZ PAGÁN, KHAIRY J URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19125^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19125 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 19125 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 285 | RUIZ PAGAN, LIZZIE J. PO BOX 1813 JUNCOS, PR 00777 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19394^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19394 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 286 | RUIZ PAGAN, LIZZIE J. JARD. VALENCIANO ORQUIDEA B6 JUNCOS, PR 00777 | 02/18/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 173254^ | $ 115,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 173254 también incluido en el Anexo A a la Objeción Global n° 345 por  reclamos clasificados erróneamente
Reclamo n°. 173254 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 173254 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 173254 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 287 RUIZ, GEMINELLY RODRIGUEZ 71 CALLE LOS ANGELES ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7918^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 287 | | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7918^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7918 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7918 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 288 | SAAVEDRA BADILLO, JOSE E. PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161974 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 289 | SAINZ SERRANO, CARLOS J. CIUDAD JARDIN II 228 CALLE ALCANFOR CANOVANAS, PR 00729 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 128292^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 128292 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 128292 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 128292 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 290 | SALGADO DE JESUS, DENNIS ANTHONY JARDINES DE SALINAS #62 SALINAS, PR 00751 | 06/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179343^ | $ 30,500.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179343 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 291 | SANCHEZ MORALES, WANDA URB VISTAS DEL MAR 9 CALLE ARENA RIO GRANDE, PR 00745 | 06/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72162^ | $ 129,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 72162 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente
Reclamo n°. 72162 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 72162 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 292 | SANCHEZ PRINCIPE, IDALIZ RR 2 BOX 454 SAN JUAN, PR 00926 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32249^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 32249 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 293 | SANCHEZ TORRES, LUZ M HC-02 BOX 16235 RIO GRANDE, PR 00745 | 05/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30777^ | Indeterminado* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 30777 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 294 | SANCHEZ TORRES, LUZ M.<br>HC-02 BOX 16235<br>RIO GRANDE, PR 00745 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 41087 | Indeterminado* | CONCILIO NACIONAL DE POLICIAS INC<br>PO BOX 8700<br>PMB120<br>CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 161091, que fue presentado en nombre de todos los demandantes en el litigio Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, caso n°. KAC2007-4170 (el "Reclamo maestro FUPO"). Los demandantes en el litigio son miembros de FUPO y el Concilio Nacional de Policías ("CONAPOL"), quienes alegaron que el Superintendente del Departamento de Policía de Puerto Rico omitió implementar la Ley n°. 227 de 2004, la cual disponía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 295 | SANCHEZ VELEZ, IRIS AMALIA PO BOX 1900 BOQUERON, PR 00622 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 37619^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFFS GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 37619 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 296 | SANTANA DE LEON, AITZA HC 02 BOX 11115 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19327^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 19327 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 297 | SANTANA, MIGDALIA MOULIER PO BOX 473 NAGUABO, PR 00718 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 33882^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 33882 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 33882 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 298 | SANTIAGO BARRETO, DEMETRIO JRAF LAW FIRM P O BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164237 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
| 299 | SANTIAGO MERCADO, RENE HC 9 BOX 4354 SABANA GRANDE, PR 00637-9441 | 04/17/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7565^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  50221 y 104127, que fueran presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestro Abrams Diaz"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7565 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7565 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 300 | SANTIAGO RIVERA, MARILYN  DEL CARMEN JRAF LAW FIRM PO BOX-7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 139090 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 301 | SANTIAGO ROSARIO, MILAGROS 177 URB ESTANCIAS DEL RIO HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 53919^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 301 | | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 53919^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 53919 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 53919 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 302 | SANTIAGO ROSARIO, MILAGROS DE LOS A URB EST DEL RIO 177 GUAYANES HORMIGUEROS, PR 00660 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 48693^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 302 | | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 48693^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 48693 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 48693 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 303 SEMIDEY ALICEA, YAIRA LIZ URB JARDINES DEL MAMEY CALLE 6 K3 PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 67097^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 67097 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 67097 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 304 SOTO DE LEON, LUIS E. PO BOX 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161911 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 305 | SOTO RODRIGUEZ, GILBERTO 35 JOSE CAMPECHE MAYAGUEZ, PR 00680 | 04/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 8543^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 8543 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 8543 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 306 | TORO CRUZ, LISSETTE URB ESTANCAS DEL RIO II 762 CALLE YAGUEZ HORMIGUEROS, PR 00660 | 05/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14961^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14961 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 14961 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 307 | TORO CUADRADO, MIRIAM HC 1 BOX 16669 HUMACAO, PR 00791-9003 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 104885^ | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | |
| 307 | | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 104885^ | Indeterminado* | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 50221, 104127, 179141 y 130077 que fueron presentados en nombre de todos los demandantes en el litigio titulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, caso n°. KAC2005-5021 (los "Reclamos maestros Abrams Diaz") y el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC2013-1019 (los "Reclamos maestros Abraham Gimenez") por el abogado que representa a los demandantes en ambos litigios. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 104885 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 104885 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 104885 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 308 | TORO MARTINEZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 67146^ | $ 400.00* | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION PO 40177 SAN JUAN, PR 00940-0177 | 06/27/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 57411 | $ 236,600.00* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 57411, que fuera presentado en nombre de todos los demandantes en el litigio titulado José E. García Morales y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. 2016-04-1117, por el abogado que representa a los demandantes en ese litigio.  Los demandantes en el litigio son o fueron empleados del Departamento de Transportación y Obras Públicas, quienes alegaron que no recibieron su bono navideño completo conforme a la Ley 173-2003.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 67146 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 309 | TORRES APONTE, IRIS N PO BOX 9989 SAN JUAN, PR 00908 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 20144^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 20144 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 310 | TORRES PELUYERA, MARANGELY HC 4 BOX 58377 GUAYNABO, PR 00971 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 13849^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 13849 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 311  TORRES RIVERA, ANA D COND PLAZA ANTILLANA #151 CALLE CESAR GONZALEZ APT. 3102 SAN JUAN, PR 00918 | 05/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 24236 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 312 TORRES ROSARIO, NANCY HC 02 BOX 9996 JUNCOS, PR 00977-9604 | 05/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 14481^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 14481 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 14481 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 313 TORRES SANTIAGO, MARIANO JRAF LAW FIRM PO BOX - 7498 PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124234 | $ 382,575.96* | LEON RODRIGUEZ, EDDIE 8 CALLE ANTONIO R BARCELO MAUNABO, PR 00707 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15780 | $ 23,910,997.80* |

Base para: Este reclamo es duplicado del Reclamo maestro n° 15780, que fue presentado en nombre de todos los demandantes del litigio titulado José Núñez contra el Departamento de Agricultura de Puerto Rico, caso n°. NSCI-2002-0935.  Los demandantes en el litigio son o fueron empleados del Departamento de Agricultura de Puerto Rico, quienes alegaron que se los despidió sin causa y que tienen derecho a una indemnización por los salarios perdidos durnate el período de desempleo.  El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 314 TORRES TORRES, MARIA VILLA PRADES 846 CALLE JOSE QUINTON SAN JUAN, PR 00924-2133 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 45257^ | $ 50,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 45257 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 45257 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 315 | TURELL ROSARIO, MANBEL URB. LA LULA CALLE 5 F 13 PONCE, PR 00730 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 144932^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 144932 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

Reclamo n°. 144932 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados

Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 316 | VALENTIN CENTENO, ALEIXA 1GA CALLE DOMINGO SILVA MAYAGUEZ, PR 00680 | 05/09/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12442^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 12442 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 12442 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 317 | VALENTIN LOPEZ, HECTOR I. SAN ANTONIO B-26 ANASCO, PR 00610 | 05/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 11468^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 11468 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 11468 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 318 | VARGAS VARGAS, LUIS A<br>RR2 BOX 4160<br>ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7420^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7420 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7420 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

# Tricentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 319 VARGAS VARGAS, LUIS A. BOX 2232 ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7187^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7187 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7187 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 320  VARGAS VARGAS, LUIS A. PO BOX 2232 ANASCO, PR 00610 | 04/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7242^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7242 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7242 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 321 | VEGA ORTIZ, JULIO A HC 3 BOX 14837 YAUCO, PR 00698 | 04/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7392^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 7392 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 7392 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 322  VELEZ ANDUJAR, NILMA HC-5 BOX 26270 UTUADO, PR 00641 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179315^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179315 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 323 | VELEZ BERRIOS, JOSEFINA ATTN: LCDA. IVONNE GONZALEZ MORALES PO BOX 902-1828 SAN JUAN, PR 00902-1828 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179292^ | $ 150,000,000.00* | FRANCISCO BELTRAN ET ALL (4,593 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179292 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 324 | VELEZ CRESPO, EDUARDO URB. CAPANA HEIGTH 1471 CALLE EDEN SAN JUAN, PR 00920 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27235^ | $ 360,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27235 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 27235 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 27235 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

---

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 325 | VELEZ GONZALEZ, JAVIER PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16605^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 16605 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 326 | VELEZ LLITERAS, BRENDA IVETTE PO BOX 857 BOQUERON, PR 00622 | 05/27/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179276^ | $ 68,532.80* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179276 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 327 | VELEZ LLITERAS, BRENDA IVETTE PO BOX 857 BOQUERON, PR 00622 | 05/27/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179277^ | $ 78,987.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179277 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 328 | VELEZ MELON, IVELISSE COND VISTA VERDE APT 606 AVE. SAN IGNACIO SAN JUAN, PR 00921 | 05/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28069^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 28069 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 28069 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 329 | VELEZ TORO, VICTOR HC 1 BOX 7766 SAN GERMAN, PR 00683 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27222^ | $ 561,600.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 27222 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 27222 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 27222 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 330 | VICENTE MARQUEZ, JESUS C/3 D-10 CASTELLANA GARDENS CAROLINA, PR 00983 | 05/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 15027^ | $ 187,200.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 15027 también incluido en el Anexo A a la Objeción Global n° 347 por  reclamos clasificados erróneamente
Reclamo n°. 15027 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 15027 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 331 | VILLANUEVA CORTES, AMARIUN CALLE SAN JOSE #223 AGUADA, PR 00602 | 06/22/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179425^ | $ 80,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General" n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 179425 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 332 | VILLANUEVA SANTIAGO, MILDRED COND EL ATLANTICO APT 702 LEVITOWN TOA BAJA, PR 00949 | 01/04/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 168061^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°.  32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 168061 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 168061 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 168061 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente