## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Tricentésima septuagésima sexta objeción global**

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGUAYO PACHECO, ROSA MARIA 1232 CALLE CALMA URB. BUEN VISTA PONCE, PR 00717-2512 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 100972 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Sexta Objeción Global

Anexo A - Reclamos a ser parcialmente desestimados

| RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | | RECLAMACIÓN REMANENTE | | | | |
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|
| 2 BAUZA, JUAN M. #624 CARLOS D. RIVERA SAN JUAN, PR 00924 | 07/05/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 144271^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados

Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Sexta Objeción Global
Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3  BELLO ORTIZ, ILEANA R. 2 DA. EXT. PUNTO ORO 6357 CALLE PACIFICO PONCE, PR 00728-2409 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 111368 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 4  BURGOS GUZMAN, JUSTO LUIS BOX 16 JUANA DIAZ, PR 00795 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 37870 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152372 | $ 17,590,927.76 |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 152372, que fue presentado en nombre de todos los demandantes en el litigio Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, caso n°. KAC96-1381 (el "Reclamo maestro Maldonado Rodriguez"). Los demandantes en el litigio argumentan que se le adeudan aumentos salariales impagos que fueron dispuestos, entre otras cosas, en varias resoluciones administrativas del Departamento de Corrección y Rehabilitación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro del Reclamo maestro Maldonado Rodriguez.

## Tricentésima Septuagésima Sexta Objeción Global
## Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | COSME-SANCHEZ, LAURA MARISSA URB VALLE ARRIBA HEIGHTS Y7 CALLE FLAMBOYAN CAROLINA, PR 00983 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 76700 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  FARIS ELBA, LUIS ALBERTO 1430 AVE SAN ALFONSO, APT. 2903 SAN JUAN, PR 00921-4673 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31883^ | $ 374,400.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen del litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 31883 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMOS A SER PARCIALMENTE DESESTIMADOS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 7 | FIGUEROA CASTRERO, ANGEL LUIS 2235 CALLE MARLIN URB. BRISAS DEL MAR PONCE, PR 00716 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 166821^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Beltrán Citrón.

^ Reclamo n°. 166821 incluido también en el Anexo A a la Objeción Global 379 por reclamos a ser parcialmente desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | FIGUEROA CASTRERO, ESTHER E URB VISTAS DEL MAR 2235 CALLE MARLIN PONCE, PR 00716 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 166769^ | $ 55,434.97* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Beltrán Citrón.

^ Reclamo n°. 166769 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente
Reclamo n°. 166769 incluido también en el Anexo A a la Objeción Global 379 por reclamos a ser parcialmente desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Sexta Objeción Global
Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | FIGUEROA CAY, OMAR IVAN GERARDO URB. VILLA UNIVERSITARIA CALLE 24 R-24 HUMACAO, PR 00791 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 18038^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Beltrán Citrón.

^ Reclamo n°. 18038 incluido también en el Anexo A a la Objeción Global 379 por reclamos a ser parcialmente desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | FLORES FLORES, AMARILYS PO BOX 177 COMERIO, PR 00782 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30024 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11  GARCIA TORRES, CARMEN M HC 9 BOX 1737 PONCE, PR 00731 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123230^ | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077^ | $ 6,293,000.00 |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado, en parte, de los Reclamos maestros n° 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente pagos correspondientes a salarios y pensiones [sic] como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el ligitio arriba referenciado ni se subsumen dentro de los Reclamos maestros Abraham Gimenez.

^ Reclamo n°. 123230 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos duplicados
Reclamo n°. 123230 incluido también en el Anexo A a la Objeción Global 379 por reclamos a ser parcialmente desestimados
Reclamo n°. 130077 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | LUCIANO CORREA, GILBERTO PO BOX 561747 GUAYANILLA, PR 00656 | 03/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 2282 | $ 14,133.60* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152372 | $ 17,590,927.76 |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 152372, que fue presentado en nombre de todos los demandantes en el litigio Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, caso n°. KAC96-1381 (el "Reclamo maestro Maldonado Rodriguez"). Los demandantes en el litigio argumentan que se les adeudan aumentos salariales impagos que fueron dispuestos, entre otras cosas, en varias resoluciones administrativas del Departamento de Corrección y Rehabilitación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro del Reclamo maestro Maldonado Rodriguez.

Tricentésima Septuagésima Sexta Objeción Global
Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | MARCANO GARCIA, LUIS PLAZA UNIVERSIDAD 2000 839 CALLE ANASCO APT 811 SAN JUAN, PR 00925 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27812 | $ 20,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 14 | MILAGROS RODRIGUEZ RAMOS (VIUDA), CARMEN PARCELAS VIEJAS 136 A BARRIO COQUI AGUIRRE, PR 00704 | 12/05/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 172746^ | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152372 | $ 17,590,927.76 |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 152372, que fue presentado en nombre de todos los demandantes en el litigio Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, caso n°. KAC96-1381 (el "Reclamo maestro Maldonado Rodriguez"). Los demandantes en el litigio argumentan que se le adeudan aumentos salariales impagos que fueron dispuestos, entre otras cosas, en varias resoluciones administrativas del Departamento de Corrección y Rehabilitación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro del Reclamo maestro Maldonado Rodriguez.

^ Reclamo n°. 172746 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMOS A SER PARCIALMENTE DESESTIMADOS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 15 | PARRILLA, ALICIA QUINOUES MOUTE BRISAS 5, 5 M19 CALLE 5-12 FAJARDO, PR 00738-3978 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 107910^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 107910 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
## Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | RIVERA CLEMENTE, FELIX HC 1 BOX 9045 LOIZA, PR 00772 | 04/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7490 | $ 18,000.00* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104175^ | $ 1,469,956.00* |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30851 | $ 2,435,987.21 |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 30851 y 104175, que fueran presentados en nombre de todos los demandantes en el litigio titulado Juan Perez Colon y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, caso n°. KAC1990-0487 (los "Reclamos maestros Perez Colon"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen del litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 104175 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17 | RIVERA COLON, ENRIQUE 131 CALLE ZORZAL URB BRISAS DE CANOVANAS CANOVANAS, PR 00729 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21592 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

### Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | RIVERA LOPEZ, MARIA URB MARIOLGA X-47 CALLE SAN ALFONSO CAGUAS, PR 00725 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 17265 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMOS A SER PARCIALMENTE DESESTIMADOS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 19 | RIVERA TORRES, CARMEN ADA URB. GLENVIEW GARDENS X6 FLORIMAR PONCE, PR 00730-1668 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 66663 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Beltrán Citrón.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

---

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMOS A SER PARCIALMENTE DESESTIMADOS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 20 | RODRIGUEZ, HILDELISA HC 1 BZN 8645 LUQUILLO, PR 00773 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 121907^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 121907 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMOS A SER PARCIALMENTE DESESTIMADOS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 21 | ROSARIO GOMEZ, ENID HC 01 BOX 4446 NAGUABO, PR 00718-9716 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34348^ | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 179140 y 93199, que fueran presentados en nombre de todos los demandantes en el litigio titulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, caso n°. KAC2009-0809 (el "Reclamo maestro Beltrán Cintrón"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86' de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Beltrán Citrón.

^ Reclamo n°. 34348 incluido también en el Anexo A a la Objeción Global 379 por reclamos a ser parcialmente desestimados
Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

Tricentésima Septuagésima Sexta Objeción Global
Anexo A - Reclamos a ser parcialmente desestimados

| | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | SUAREZ PASTRANA, CRISTINA RR 17 BOX 11268 SAN JUAN, PR 00926-9497 | 01/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179015^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 179015 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por  reclamos clasificados erróneamente

| 23 | TORRES NAVARRO , DANIEL PO BOX 988 JAYUYA, PR 00664 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 76185 | $ 20,000.00* | CONCILIO NACIONAL DE POLICIAS INC PO BOX 8700 PMB120 CAROLINA, PR 00988 | 06/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161091 | $ 280,000,000.00* |

Base para: Este reclamo es un duplicado parcial del Reclamo maestro n.° Reclamo 161091, que fue presentado en nombre de todos los demandantes del litigio caratulado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, N.° KAC2007-4170 (el "Reclamo maestro del FUPO"). Los demandantes de este litigio son miembros del FUPO y del Concilio Nacional de Policías ("CONAPOL"), quienes alegan que el superintendente del Departamento de Policía de Puerto Rico no implementó la Ley n.° 227 de 2004, que establecía aumentos salariales para los empleados del Departamento de Policía. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El Demandante retendrá un reclamo remanente contra los Deudores en el que se reclaman obligaciones adicionales que no surgen del pleito referido más arriba ni están subsumidas en el Reclamo maestro de FUPO.

* Indica que la reclamación contiene montos por liquidar o indeterminados                                    Página 20 de 22

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 24 | VELEZ IRIZARRY, MARIA INES HC 07 BOX 2437 PONCE, PR 00731 | 06/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 42491 | $ 14,400.00* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152372 | $ 17,590,927.76 |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 152372, que fue presentado en nombre de todos los demandantes en el litigio Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, caso n°. KAC96-1381 (el "Reclamo maestro Maldonado Rodriguez"). Los demandantes en el litigio argumentan que se les adeudan aumentos salariales impagos que fueron dispuestos, entre otras cosas, en varias resoluciones administrativas del Departamento de Corrección y Rehabilitación. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro del Reclamo maestro Maldonado Rodriguez.

## Tricentésima Septuagésima Sexta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | | RECLAMOS A SER PARCIALMENTE DESESTIMADOS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 25 | VELEZ MATIENZO, MARY CELIA P.O. BOX 153 LUQUILLO, PR 00773 | 07/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 120405^ | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado, en parte, del Reclamo maestro n° 32044 y 103072, que se presentaron en nombre de todos los demandantes en el litigio titulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, caso n°. 2016-05-1340 (los "Reclamos maestros Acevedo Camacho"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de la Familia de Puerto Rico (DOFA), quienes sostuvieron que DOFA retuvo pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento. El demandante retendrá un reclamo remanente contra los Deudores por obligaciones adicionales que no surgen el litigio arriba referenciado ni se subsumen dentro de los Reclamos maestros Perez Colon.

^ Reclamo n°. 120405 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 120405 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados
Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente