# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima sexagésima cuarta objeción global**

Case:17-03283-LTS Doc#:17910-2 Filed:08/20/21 Entered:08/20/21 18:02:57 Desc:
Exhibit Anexo A Schedule of Claim-Spanish Page 1 of 5

## Tricentésima Sexagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ & RODRIGUEZ<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82426 | $ 132,612.70 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 2 | BIOIMAGENES MEDICAS<br>351 AVE HOSTOS<br>EDIF MEDICAL EMPORIUM STE 110<br>MAYAGUEZ, PR 00682 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24204 | $ 191.80 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 3 | BIOIMAGENES MEDICAS<br>351 AVE HOSTOS<br>EDIF MEDICAL EMPORIUM STE 110<br>MAYAGUEZ, PR 00682 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24218 | $ 34,882.30 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 4 | CARIBBEAN MEDICAL CENTER<br>DEPARTAMENTO DE FINANZAS<br>PO BOX 70006<br>FAJARDO, PR 00738 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16893 | $ 2,188,743.24* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Seguro de Salud de Puerto Rico, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 5 | CARIS NURSERY INC<br>183 CALLE DELBREY<br>SAN JUAN, PR 00911-2007 | 3/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2361 | $ 622.97 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 6 | CARLOS M FLORES CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12462 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Cuarta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | DELGADO CRUZ, EDWIN<br>HC 50 BOX 40558<br>SAN LORENZO, PR 00754-9818 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28514 | $ 6,791.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Comisión de Seguros, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | G WORKS, INC.<br>GRETCHEN B. GUZMAN<br>URB. TORREMOLINOS<br>CALLE MARGINAL 177, A-13<br>GUAYNABO, PR 00969-3747 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30173 | $ 140,701.62 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Juncos, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC<br>PARK ROYAL CLUB CALA<br>50 CLUB CALA DRIVE<br>HUMACAO, PR 00791 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16878-1 | $ 147,096.49 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo indican que la obligación por valor de $147.096,49 contra el Centro de Recaudación de Ingresos Municipales (CRIM), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | LABORATORIO CLINICO JUNCOS INC<br>PO BOX 1920<br>JUNCOS, PR 00777 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82133 | $ 6,513.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Seguros de Salud de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MIR, ROSA JULIA<br>5553 TAFOYA CIRCLE<br>WEST JORDAN, UT 84081 | 8/7/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9 | $ 46,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Centro de Recaudación de Ingresos Municipales, que no es parte de los procedimientos al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Cuarta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | MMM HEALTHCARE, LLC<br>CARLOS VIVALDI<br>PO BOX 71114<br>SAN JUAN, PR 00936-8014 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162265 | $ 3,396,098.31 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Seguro de Salud de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | MMM MULTIHEALTH, LLC<br>CARLOS VIVALDI<br>PO BOX 71114<br>SAN JUAN, PR 00936-8014 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153940 | $ 8,882,817.61 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Seguro de Salud de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MOLINA HEALTHCARE OF PUERTO RICO, INC.<br>654 MUÑOZ RIVERA AVE., SUITE 1600<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81820 | $ 22,403,539.89 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III.
Una porción de este reclamo invoca obligaciones relacionadas con Créditos Fiscales.  Como esta objeción no constituye una objeción a la porción del reclamo que invoca Créditos Fiscales, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | NAZARIO PADRO, DARIO<br>HC 1 BOX 8045<br>SAN GERMAN, PR 00683 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86303 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SANTOS NIEVES, AHILIS<br>HC 73 BOX 4371<br>NARANJITO, PR 00719 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71878 | $ 4,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III.

Tricentésima Sexagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | VITALIFE INC<br>1590 CALLE CAVALIERI<br>SAN JUAN, PR 00927-6129 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36522 | $ 1,209,774.14 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Administración de Centro Medico, Hospital Universitario Dr. Ramón Ruiz Arnau, Hospital Universitario De Adulto, Hospital Pediátrico Universitario, o Administración de Seguros De Salud de Puerto Rico, que no son parte de los procedimientos al amparo del Título III.

| | | | | | TOTAL | $ 38,600,385.07* |