# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima sexagésima sexta objeción global**

Tricentésima Sexagésima Sexta Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | AYALA ORTIZ, MARILYN<br>PO BOX 289<br>HORMIGUEROS, PR 00660-0289 | 10202^ | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 10202 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 10202 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados
Reclamo n°. 10202 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | BAUZA, JUAN M.<br>#624 CARLOS D. RIVERA<br>SAN JUAN, PR 00924 | 144271^ | Autoridad de Carreteras y Transportación de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados
Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 144271 incluido también en el Anexo A a la Objeción Global 376 por reclamos a ser parcialmente desestimados

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | BOURET ECHEVARRIA, POULLETTE<br>PO BOX 159<br>TOA BAJA, PR 00951 | 173994 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $2,333.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,333.00* |

Base para: El Demandante identifica al deudor como Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 29341 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $300.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $300.00 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 32636 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,520.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $1,520.00 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 36194 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,363.71 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $9,363.71 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Sexta Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 39392 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,167.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $1,167.00 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 41401 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,006.45 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,006.45 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 42267 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,382.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,382.00 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| 10 | DOUBLE STATIONERY INC D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 151597 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| 11 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 63950^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,190,864.12 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $967,946.57 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $222,917.55 |
| | | | | | | | Subtotal | $1,190,864.12 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que las facturas por valor de $967,946.57 recaerían, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

^ Reclamo n°. 63950 incluido también en el Anexo A a la Objeción Global 372 por reclamos modificados

| 12 | FRANQUI PORTELA, TERESA E<br>HC 3 BOX 5085<br>GURABO, PR 00778 | 45783^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 45783 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Sexta Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | GORDIAN, YOLANDA GUZMAN<br>71 EXT MARIO BRASCHI<br>JUANA DIAZ, PR 00795 | 87996^ | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $30,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00* |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 87996 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados
Reclamo n°. 87996 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados
Reclamo n°. 87996 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | LOPEZ MALDONADO, EVELYN<br>12 CALLE 5E URB. RIO PLANTATION<br>BAYAMON, PR 00961 | 141887 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $275,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $275,000.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | Luis Ramos Pagan<br>PO Box 40177<br>SAN JUAN, PR 00940-0177 | 66017^ | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | Subtotal | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 66017 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | MORALES CORDOVA, KARIME<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 60068^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $400.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $400.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 60068 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | ORLANDI GOMEZ, ANGEL M.<br>HC-01 BOX 4301<br>ARROYO, PR 00714 | 169756^ | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

^ Reclamo n°. 169756 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados
Reclamo n°. 169756 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Sexta Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 18 | PAGAN VEGA, JONATHAN<br>HC 03 BOX 37686<br>MAYAGUEZ, PR 00680 | 36298 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $200,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $200,000.00* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | $200,000.00* | | Subtotal | $200,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 19 | POLANCO ESTRELLA, RAFAEL E.<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 1306 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 20 | POLANCO JORDÁN, YANITSZA MARIE<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 40022 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 21 | POLANCO RIVERA, JESUHAN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 40237 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 22 | POLANCO RIVERA, NEILIANY<br>RENE ARRILLAGA<br>URB EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 37391 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Sexta Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 23 | RIVERA RIVERA, MOIRA GRUSHESKA<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 38180 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ FIGUEROA, JOHNNY<br>3535 N 8 ST.<br>PHILADELPHIA, PA 19140 | 171052 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 503(b)(9) | $25,000.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $25,000.00 |

Base para: El Demandante identifica al deudor como Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ ORTIZ, MARELYN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71642^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $400.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $400.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 71642 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 26 | RODRÍGUEZ RIVERA, JUSTIN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 27399 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,400,000.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico pero el Estado Libre Asociado fue desestimado del litigio interpuesto. Toda obligación remanente recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 27 | ROMAN TORRES, MARLEEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71468^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $400.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $400.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 71468 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Sexta Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 28 | ROSA LABOY, LUZ MERCEDES<br>HC #3 BOX 12905<br>YABUCOA, PR 00767-9782 | 179190 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 29 | TORO MARTINEZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 67146^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $400.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $400.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| | ^ Reclamo n°. 67146 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados | | | | | | | |
| 30 | TORRES GONZALEZ, EVELYN<br>2821 HAYES AVE<br>CAMDEN, NJ 08105 | 173684 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $90,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 |
| | Base para: El Demandante identifica al deudor como Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 31 | VALENTIN RUIZ, ALEX M<br>HC-61 BOX 4769<br>TRUJILLO ALTO, PR 00976 | 5359^ | Autoridad de Carreteras y Transportación de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* |
| | Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| | ^ Reclamo n°. 5359 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados | | | | | | | |
| | | | TOTAL | | $ 28,251,536.28* | TOTAL | | $ 28,251,536.28* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados