# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima sexagésima novena objeción global**

## Tricentésima Sexagésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 BAEZ CRUZ, NILDA<br>CALLE LIMA 353<br>ROLLING HILLS<br>CAROLINA, PR 00987 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 82145 | $ 7,000.00* | BAEZ CRUZ, NILDA<br>CALLE LIMA 353<br>ROLLING HILLS<br>CAROLINA, PR 00987 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 73223 | $ 7,000.00* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 2 CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>P O BOX 429<br>CABO ROJO, PR 00623 | 04/12/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 6418^ | $ 343,704.56* | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179441 | $ 26,943.40* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 6418 también incluido en el Anexo A a la Objeción Global n° 345 por reclamos clasificados erróneamente

| 3 COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26707 | $ 16,716.50 | COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/16/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 97078^ | $ 25,000.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 97078 incluido también en el Anexo A a la Objeción Global 389 por reclamos a ser desestimados

| 4 COOPERATIVA A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/02/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79353 | $ 8,091.42 | COOPERATIVA A/C VEGABAJENA<br>SORY ADROVET, COLLECTION DEPARTMENT MANAGER<br>PO BOX 4622<br>VEGA BAJA, PR 00694 | 07/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154658^ | $ 8,091.42* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 154658 incluido también en el Anexo A a la Objeción Global 389 por reclamos a ser desestimados

Tricentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA I/C/O ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 53780 | $ 31,173,444.00 | COOPERATIVE DE AHORRO Y CREDITO ABRAHAM ROSA ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 191757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169510 | $ 17,827,609.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 6 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29527 | $ 23,803,677.95 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES ENRIQUE M. ALMEIDA BERNAL, ESQ. PO BOX 19757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169491 | $ 22,944,604.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 7 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ PO BOX 19757 SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31421 | $ 9,631,043.61 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ PO BOX 19757 SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169507 | $ 3,269,189.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 8 | COOPERATIVA DE AHORRO Y CREDITO DE LARES PO BOX 191757 SAN JUAN, PR 00919 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 52616 | $ 10,465,107.00 | COOPERATIVA DE AHORRO Y CREDITO DE LARES PO BOX 191757 SAN JUAN, PR 00919 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169511 | $ 7,289,615.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

Tricentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 36224 | $ 127,212,213.00 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169512 | $ 32,956,914.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 10 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29458 | $ 40,565,289.00 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169493 | $ 16,549,461.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 11 | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 25601 | $ 46,654,701.70* | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169494 | $ 19,753,068.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 12 | DIAZ MIRANDA, ZORAIDA<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152861 | Indeterminado* | DIAZ MIRANDA, ZORAIDA<br>HC-1 BOX 5352<br>COROZAL, PR 00783 | 06/03/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179298 | $ 34,800.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

Tricentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | FINANCIAL GUARANTY INSURANCE COMPANY DEREK M. DONNELLY 463 SEVENTH AVENUE NEW YORK, NY 10018 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174409 | $ 2,303,553.55* | FINANCIAL GUARANTY INSURANCE COMPANY DEREK M. DONNELLY 463 SEVENTH AVENUE NEW YORK, NY 10018 | 07/30/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174671 | $ 2,303,553.55* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 14 | GUBECOOP PO BOX 41235 SAN JUAN, PR 00940-1235 | 06/11/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45648 | $ 7,424.19 | GUBECOOP PO BOX 41235 SAN JUAN, PR 00940-1235 | 07/17/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 115206^ | $ 7,424.19 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 115206 incluido también en el Anexo A a la Objeción Global 389 por reclamos a ser desestimados

| 15 | MALDONADO NEGRON, MARIANO HC 2 BOX 7940 GUAYANILLA, PR 00656-9764 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29794 | Indeterminado* | MALDONADO NEGRON, MARIANO 4958 SW 166TH COURT RD OCALA, FL 34481 | 01/10/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 173013^ | $ 15,000.00* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 173013 incluido también en el Anexo A a la Objeción Global 377 por reclamos a ser desestimados

| 16 | MARRERO FRANCO, DINORA WILDA PO BOX 48 JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 146334 | Indeterminado* | MARRERO FRANCO, DINORA WILDA PO BOX 48 JUANA DÍAZ, PR 00795 | 07/06/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179435 | $ 40,800.00 |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

| 17 | MEDINA VELEZ, IRIS D. URB. CRISTAL #2285 AGUADILLA, PR 00603 | 05/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 45160 | Indeterminado* | MEDINA VELEZ, IRIS D. URB.CRISTAL #228 AGUADILLA, PR 00603 | 06/22/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179415^ | $ 60,000.00* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.

^ Reclamo n°. 179415 incluido también en el Anexo A a la Objeción Global 378 por reclamos a ser desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | MORALES VAZQUEZ, MARINA ESTHER<br>CALLE CANARIO BUZON<br>135 REPARTO SAN JOSE<br>CAGUAS, PR 00727 | 05/01/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 11179 | Indeterminado* | MORALES VAZQUEZ, MARINA E.<br>CONDOMINIO LOS PINOS APARTAMENTO 1001<br>BUZON 323<br>CAGUAS, PR 00725 | 06/28/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179436 | $ 70,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 19 | PEREZ, WILLIAM<br>JUAN P RIVERA, ESQ.<br>PO BOX 7498<br>PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 164461 | $ 500,000.00* | PEREZ, WILLIAM<br>NOREEN WISCOVITCH, CHAPTER 7 TRUSTEE, BANKR. ESTATE OF WILLIAM PEREZ SALAS, CASE NO. 20-04508, PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 05/14/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179235 | $ 500,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 20 | RAMIREZ SOTO, RAFAEL<br>HC03 BOX 34848<br>SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 67460 | Indeterminado* | RAMIREZ SOTO, RAFAEL<br>HC03 BOX. 34848<br>SAN SEBASTIÁN, PR 00685 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43270 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 21 | SANTIAGO MARCANO, VICTOR<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 01/15/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179038 | Indeterminado* | SANTIAGO MARCANO, VICTOR<br>HC-03 BOX 6825<br>JUNCOS, PR 00777 | 05/18/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179242^ | $ 60,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |

^ Reclamo n°. 179242 incluido también en el Anexo A a la Objeción Global 383 por reclamos a ser desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | SCOTIABANK DE PUERTO RICO<br>MURPHY & MCGONIGLE, PC<br>ATTN: CAMERON S. MATHESON<br>4870 SADLER ROAD, SUITE 301<br>GLEN ALLEN, VA 23060 | 07/27/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174304 | Indeterminado* | SCOTIABANK DE PUERTO RICO<br>MURPHY & MCGONIGLE<br>ATTN: CAMERON S. MATHESON<br>4870 SADLER ROAD, SUITE 301<br>GLEN ALLEN, VA 23060 | 08/04/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174514 | Indeterminado* |

Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad.