# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Seventy-Second Omnibus Objection**

### Three Hundred and Seventy-Second Omnibus Objection
### Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BRAXTON SCHOOL OF PUERTO RICO INC<br>PO BOX 195606<br>SAN JUAN, PR 00919-5606 | 17249 | Commonwealth of Puerto Rico | Unsecured | $18,247.00 | Commonwealth of Puerto Rico | Unsecured | $17,097.00 |
| | Reason: Invoices totaling $1,150.00 were paid on 09/12/2018 on Check No. 00202790. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 2 | CARIBBEAN ASSET MANAGEMENT & FUNDING INTIMA, INC.<br>ANGEL L. ACEVEDO ESQ.<br>URB PASEO ALTO<br>68 CALLE 2<br>SAN JUAN, PR 00926-5918 | 27906 | Commonwealth of Puerto Rico | Unsecured | $45,395.30 | Commonwealth of Puerto Rico | Unsecured | $20,310.12 |
| | Reason: Invoices totaling $25,085.18 were paid on 09/20/2010 on Check Nos. 00174556, 00174557, 00174558 and 00174559. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 3 | CARIBBEAN DATA SYSTEM<br>URB SAN PATRICIO<br>636 AVE SAN PATRICIO<br>SAN JUAN, PR 00920-4507 | 36199 | Commonwealth of Puerto Rico | 503(b)(9) | $15,566.00 | Commonwealth of Puerto Rico | 503(b)(9) | $14,676.00 |
| | Reason: Invoices totaling $890.00 were paid on 05/31/2018 on Check No. 175463. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 4 | CASA JUPITER INC<br>21 CALLE BARBOSA<br>BAYAMON, PR 00961 | 28837 | Commonwealth of Puerto Rico | Unsecured | $96,100.90 | Commonwealth of Puerto Rico | Unsecured | $95,547.76 |
| | Reason: Invoices totaling $553.14 were paid on 06/20/2002 and 09/26/2016 on Check Nos. 008177021 and 00072327, respectively. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 5 | CITY STATIONERY INC<br>PO BOX 9239<br>CAGUAS, PR 00726 | 19590 | Commonwealth of Puerto Rico | Unsecured | $86,755.78 | Commonwealth of Puerto Rico | Unsecured | $85,939.38 |
| | Reason: Invoices totaling $816.40 were paid via multiple Checks during the period 09/29/2008 and 11/24/2009. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 6 | COMMUNICATION LEASING LEASING CORPORATION<br>ATTN: ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 30353 | Commonwealth of Puerto Rico | Unsecured | $28,214.00 | Commonwealth of Puerto Rico | Unsecured | $27,089.00 |
| | Reason: Invoices totaling $1,125.00 were paid on 08/31/2018 on EFT No. 98084. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | COMPUTER ACCESSORIES DISCOUNT INC. URB. MARIANI 2326 CALLE DR. SANTAELLA PONCE, PR 00717-0210 | 146748 | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | Commonwealth of Puerto Rico | Secured | $13,000.00* | Commonwealth of Puerto Rico | Secured | $3,581.40* |
| | | | | Subtotal | $13,000.00* | | Subtotal | $3,581.40* |

Reason: Invoices totaling $9,418.60 were paid on 11/30/2009, 10/16/2012, and 09/12/2018 on Check Nos. 125987, 947218, and 202863, respectively. The Claimant shall retain the non-modified portion of the claim.

| 8 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 45302 | Commonwealth of Puerto Rico | Unsecured | $13,877.00 | Commonwealth of Puerto Rico | Unsecured | $605.00 |

Reason: Invoices totaling $13,272.00 were paid on 06/05/2017, on Check No. 02163974. The Claimant shall retain the non-modified portion of the claim.

| 9 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 23611 | Commonwealth of Puerto Rico | Unsecured | $38,076.07 | Commonwealth of Puerto Rico | Unsecured | $22,027.87 |

Reason: Invoices totaling $16,048.20 were paid on 06/21/2018 on Check No. 181639. The Claimant shall retain the non-modified portion of the claim.

| 10 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 24321 | Commonwealth of Puerto Rico | Unsecured | $23,411.40 | Commonwealth of Puerto Rico | Unsecured | $13,335.00 |

Reason: Invoices totaling $10,076.40 were paid on 06/29/2018 and 07/05/2018 on Check Nos. 197619 and 198092, respectively. The Claimant shall retain the non-modified portion of the claim.

| 11 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 25450 | Commonwealth of Puerto Rico | Unsecured | $22,570.00 | Commonwealth of Puerto Rico | Unsecured | $8,062.00 |

Reason: Invoices totaling $14,508.00 were paid on 07/05/2018 and 07/12/2018 on Check Nos. 198092 and 198560, respectively. The Claimant shall retain the non-modified portion of the claim.

| 12 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 28099 | Commonwealth of Puerto Rico | Unsecured | $1,079.46 | Commonwealth of Puerto Rico | Unsecured | $20.44 |

Reason: Invoices totaling $1,059.02 were paid on 04/11/2018 and 05/21/2018 on EFT Nos. 00072380 and 00079400, respectively. The Claimant shall retain the non-modified portion of the claim.

| 13 | CORPORACION RODUM PO BOX 9023422 SAN JUAN, PR 00902 | 38421 | Commonwealth of Puerto Rico | Unsecured | $98,710.00 | Commonwealth of Puerto Rico | Unsecured | $75,100.75 |

Reason: Invoices totaling $14,725.25 assert liabilities between Claimant and the 911 Service Governing Board, Administration of Youth Institutions, Metropolitan Bus Authority, Office for the Improvement of Public Schools of PR (OMEP), Puerto Rico Medical Services Administration, University of Puerto Rico, or Water and Sewage Authority none of which are part of the Title IIII proceedings. Invoices totaling $8,884.00 were paid on 04/04/2018 and 09/05/2018 on Check Nos. 200859 and 233255, respectively. The Claimant shall retain the non-modified portion of the claim.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | CRESPO & RODRIGUEZ INC.<br>P.O. BOX 29002<br>SAN JUAN, PR 00929-0002 | 21515 | Commonwealth of Puerto Rico | Unsecured | $14,297.56 | Commonwealth of Puerto Rico | Unsecured | $13,830.81 |

Reason: Invoices totaling $466.75 were paid on 07/02/2018 and 09/05/2018 on EFT Nos. 315186 and 335226, respectively. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | CRESPO, RAFAEL A<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA STE 205<br>PONCE, PR 00717-1564 | 13718 | Commonwealth of Puerto Rico | Unsecured | $11,393.00 | Commonwealth of Puerto Rico | Unsecured | $6,885.00 |

Reason: Invoices totaling $4,508.00 were paid on 05/10/2011 and 06/30/2017 on Check Nos. 223240 and 202828, respectively. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 10766 | Commonwealth of Puerto Rico | Administrative | $148,233.00 | Commonwealth of Puerto Rico | Administrative | $134,343.00 |

Reason: Invoices totaling $13,890.00 were paid on 06/01/2018 on Check No. 00004957. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 9453 | Commonwealth of Puerto Rico | Administrative | $91,845.85 | Commonwealth of Puerto Rico | Administrative | $1,565.00 |

Reason: Invoices totaling $90,280.85 were paid on 06/29/20188 on EFT No. 87661. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | DESARROLLOS INMOBILIARIOS DE HATO TEJAS, LLC<br>8 CALLE 1 STE 308<br>GUAYNABO, PR 00968-1719 | 36049 | Commonwealth of Puerto Rico | Unsecured | $12,688.95 | Commonwealth of Puerto Rico | Unsecured | $6,947.60 |

Reason: Invoices totaling $79,807.52 were paid on 05/11/2015 on Check Nos. 579505, 579506, 579507, 579508, 579509, 579510, and 579512, respectively. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 17434 | Commonwealth of Puerto Rico | Unsecured | $48,433.39 | Commonwealth of Puerto Rico | Unsecured | $43,303.39 |

Reason: Invoices totaling $5,130.00 were paid via multiple Checks during the period 03/23/2017 and 11/29/2017. The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | EMPRESSAS OMAJEDE INC.<br>1608 CALLE BORI, SUITE 218<br>SAN JUAN, PR 00927 | 70324 | Commonwealth of Puerto Rico | Unsecured | $338,503.37 | Commonwealth of Puerto Rico | Unsecured | $182,692.41 |

Reason: Invoices totaling $155,810.96 were paid via multiple EFT's during the period 02/08/2017 and 05/11/2017. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 63950^ | Commonwealth of Puerto Rico | Unsecured | $222,917.55 | Commonwealth of Puerto Rico | Unsecured | $5,827.28 |
| | | | Puerto Rico Electric Power Authority | Unsecured | $967,946.57 | Puerto Rico Electric Power Authority | Unsecured | $967,946.57 |
| | | | | Subtotal | $1,190,864.12 | | Subtotal | $973,773.85 |

Reason: Invoices totaling $217,090.27 assert liabilities between Claimant and the PR Ports Authority or the Water and Sewage Authority, neither of which are part of the Title IIII proceedings. The Claimant shall retain the non-modified portion of the claim.

^ Claim #63950 also contained on Exhibit A to the 366th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | HERNANDEZ DIAZ, PEDRO J<br>PO BOX 1259<br>AIBONITO, PR 00705 | 6383 | Commonwealth of Puerto Rico | Unsecured | $3,710.00 | Commonwealth of Puerto Rico | Unsecured | $154.70 |

Reason: Invoices totaling $3,555.30 were paid on 09/12/2018 on Check No. 210411. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | JACQUELINE MOORE AND ASSOCIATES<br>5861 S. ALBION COURT<br>GREENWOOD VILLAGE, CO 80121 | 5578 | Commonwealth of Puerto Rico | Unsecured | $32,453.56 | Commonwealth of Puerto Rico | Unsecured | $20,453.56 |

Reason: Invoices totaling $12,000.00 were paid on 04/02/2012 on Check No. 02775012. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | KIRKLAND & ELLIS LLP<br>655 15TH STREET NW<br>WASHINGTON, DC 20005 | 5817 | Commonwealth of Puerto Rico | Unsecured | $11,053,001.85 | Commonwealth of Puerto Rico | Unsecured | $7,567,188.55 |

Reason: Invoices totaling $3,485,813.30 were paid on 08/10/2018 on Check Nos. 228534, 228819, 228820, 228821, 228822, and 228823. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | LIGHT GAS FORKLIFT & CYLINDER EXCHANGE, INC.<br>P.O. BOX 1155<br>SALINAS, PR 00751 | 23843 | Commonwealth of Puerto Rico | Unsecured | $26,072.41 | Commonwealth of Puerto Rico | Unsecured | $25,057.41 |

Reason: Invoices totaling $1,015.00 were paid on 11/10/2017, 08/17/2018, and 09/19/2018 on Check Nos. 54959, 95237, and 100073, respectively. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | MADERAS 3C INC.<br>PO BOX 11279<br>SAN JUAN, PR 00922-1279 | 161682^ | Commonwealth of Puerto Rico | Unsecured | $88,930.70 | Commonwealth of Puerto Rico | Unsecured | $86,864.37 |

Reason: Invoices totaling $2,066.33 were paid on 06/14/2017, 06/14/2017, and 06/22/2017 on EFT Nos. 00038718, 00038794, and 00040551, respectively. The Claimant shall retain the non-modified portion of the claim.

^ Claim #161682 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 27 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE, SUITE 1600 CLEVELAND, OH 44115 | 28252 | Commonwealth of Puerto Rico | Unsecured | $334,021.00 | Commonwealth of Puerto Rico | Unsecured | $333,809.37 |

Reason: Invoices totaling $211.63 were paid on EFT No. 00047945. The Claimant shall retain the non-modified portion of the claim.

| 28 | OFFICE GALLERY INC. PO BOX 1815 CIDRA, PR 00739-1815 | 19489 | Commonwealth of Puerto Rico | Unsecured | $508,988.06 | Commonwealth of Puerto Rico | Unsecured | $443,562.50 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $65,425.56 were paid via multiple Checks/EFT's during the period 10/31/2012 and 06/15/2018. The Claimant shall retain the non-modified portion of the claim.

| 29 | PERFECT EQUIPMENT & PRODUCT SUPPLY, INC. 100 GRAND BOULEVARD LOS PASEOS 112/MCS 115 SAN JUAN, PR 00926-5955 | 47451 | Commonwealth of Puerto Rico | Unsecured | $5,038.21 | Commonwealth of Puerto Rico | Unsecured | $4,795.21 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $243.00 were paid on 7/15/2008 on Check No. 02163974. The Claimant shall retain the non-modified portion of the claim.

| 30 | PORRATA, MARIO J. URB. COLINAS VERDES CALLE 3 F33 SAN JUAN, PR 00924 | 23836 | Commonwealth of Puerto Rico | Unsecured | $37,007.48 | Commonwealth of Puerto Rico | Unsecured | $6,462.52 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $30,544.96 were paid via multiple Checks during the period 03/14/2016 and 09/12/2018. The Claimant shall retain the non-modified portion of the claim.

| 31 | RAMS DISTRIBUTOR DBA RAMON R MORALES HC 01 BOX 5750 BARRANQUITAS, PR 00794 | 18420 | Commonwealth of Puerto Rico | Unsecured | $175.10 | Commonwealth of Puerto Rico | Unsecured | $21.25 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $153.85 were paid on 06/05/2018 on Check No. 176056. The Claimant shall retain the non-modified portion of the claim.

| 32 | RICOH PUERTO RICO, INC. REICHARD & ESCALERA LLP PO BOX 364148 SAN JUAN, PR 00936-4148 | 12875 | Commonwealth of Puerto Rico | Unsecured | $153,956.85 | Commonwealth of Puerto Rico | Unsecured | $110,687.35 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $43,269.50 were paid via multiple Checks/EFT's during the period of 04/23/2018 and 09/17/2018. The Claimant shall retain the non-modified portion of the claim.

| 33 | SHERIFF SECURITY SERVICES 100 GRAND BOULEVARD LOS PASEOS 112 MCS /115 SAN JUAN, PR 00926 | 31909 | Commonwealth of Puerto Rico | Unsecured | $112,319.86 | Commonwealth of Puerto Rico | Unsecured | $32,512.34 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Reason: Invoices totaling $79,807.52 were paid on 07/03/2018 and 10/01/2018 on Check Nos. 00000380 and 00000401, respectively. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 34 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 50387 | Commonwealth of Puerto Rico | Unsecured | $356,883.94 | Commonwealth of Puerto Rico | Unsecured | $250,772.72 |

Reason: Invoices totaling $106,111.22 were paid via multiple Checks / EFT's during the period 06/29/2015 and 07/30/2018. The Claimant shall retain the non-modified portion of the claim.

| 35 | THE PALMAS ACADEMY<br>ESTUDIO LABORAL, LLC<br>PO BOX 1211<br>LAS PIEDRAS, PR 00771-1211 | 156461^ | Commonwealth of Puerto Rico | Unsecured | $52,317.87 | Commonwealth of Puerto Rico | Unsecured | $32,317.00 |

Reason: Invoices totaling $20,000.87 were paid via multiple Checks during the period 09/11/2009 and 08/18/2018. The Claimant shall retain the non-modified portion of the claim.

^ Claim #156461 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 36 | TORCOS INC<br>P O BOX 29708<br>SAN JUAN, PR 00929 | 14559 | Commonwealth of Puerto Rico | Unsecured | $66,130.42 | Commonwealth of Puerto Rico | Unsecured | $49,688.95 |

Reason: Invoices totaling $16,441.47 were paid via multiple Checks during the period 07/13/2015 and 04/25/2016. The Claimant shall retain the non-modified portion of the claim.

| 37 | TRULY NOLEN PEST CONTROL & PREV<br>URB STA JUANITA<br>PMB 229 UUI CALLE 39<br>BAYAMON, PR 00956 | 46233 | Commonwealth of Puerto Rico | Unsecured | $9,156.25 | Commonwealth of Puerto Rico | Unsecured | $4,515.00 |

Reason: Invoices totaling $4,641.25 assert liabilities between Claimant and the University of Puerto Rico or the Car Accident Compensation Administration, neither of which are part of the Title IIII proceedings. The Claimant shall retain the non-modified portion of the claim.

| 38 | VIDAL RODRIGUEZ INC<br>I CAPITAL CENTER BLDG<br>SUITE 501 239 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1478 | 4590 | Commonwealth of Puerto Rico | Unsecured | $49,181.88 | Commonwealth of Puerto Rico | Unsecured | $47,733.87 |

Reason: Invoices totaling $1,448.01 were paid on 08/17/2016, 08/17,2016, and 01/30/2017, on Check Nos. 1499, 1501, and 1578, respectively. The Claimant shall retain the non-modified portion of the claim.

| 39 | WATER FACTORY, INC.<br>URB. VILLA MARIA A-Z<br>CALLE MARGINAL<br>MANATI, PR 00674-0000 | 805 | Commonwealth of Puerto Rico | Unsecured | $63,079.00 | Commonwealth of Puerto Rico | Unsecured | $800.00 |

Reason: Invoices totaling $62,279.002 were paid via multiple Checks during the period 03/07/2018 and 07/25/2018. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Second Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | YAUCO OPTICAL INC<br>2 TENIENTE ALVARADO<br>YAUCO, PR 00698-3538 | 20159 | Commonwealth of Puerto Rico | Unsecured | $7,344.99 | Commonwealth of Puerto Rico | Unsecured | $6,343.99 |

Reason: Invoices totaling $1,001.00 were paid via multiple Checks during the period 07/21/2010 and 03/07/2011. The Claimant shall retain the non-modified portion of the claim.

| | | TOTAL | | | $ 15,317,031.58* | TOTAL | | $ 10,770,473.44* |
|---|---|---|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts