# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima septuagésima segunda objeción global**

Tricentésima Septuagésima Segunda Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BRAXTON SCHOOL OF PUERTO RICO INC<br>PO BOX 195606<br>SAN JUAN, PR 00919-5606 | 17249 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,247.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,097.00 |
| | Base para: El 12 de septiembre de 2018 se pagaron facturas por un total de $1,150.00 con el cheque número 00202790. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 2 | CARIBBEAN ASSET MANAGEMENT & FUNDING INTIMA, INC.<br>ANGEL L. ACEVEDO ESQ.<br>URB PASEO ALTO<br>68 CALLE 2<br>SAN JUAN, PR 00926-5918 | 27906 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,395.30 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,310.12 |
| | Base para: El 20 de septiembre de 2010 se pagaron facturas por un total de $25,085.18 con cheques número 00174556, 00174557, 00174558 y 00174559. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 3 | CARIBBEAN DATA SYSTEM<br>URB SAN PATRICIO<br>636 AVE SAN PATRICIO<br>SAN JUAN, PR 00920-4507 | 36199 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $15,566.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $14,676.00 |
| | Base para: El 31 de mayo de 2018 se pagaron facturas por un total de $890.00 con el cheque número 175463. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 4 | CASA JUPITER INC<br>21 CALLE BARBOSA<br>BAYAMON, PR 00961 | 28837 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $96,100.90 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,547.76 |
| | Base para: El 20 de junio de 2002 y el 26 de septiembre de 2016 se pagaron facturas por un total de $553.14 con cheques número 008177021 y 00072327, respectivamente. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 5 | CITY STATIONERY INC<br>PO BOX 9239<br>CAGUAS, PR 00726 | 19590 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $86,755.78 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,939.38 |
| | Base para: El 29 de septiembre de 2008 y el 24 de noviembre de 2009 se pagaron facturas por un total de $816.40 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 6 | COMMUNICATION LEASING LEASING CORPORATION<br>ATTN: ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 30353 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $28,214.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $27,089.00 |
| | Base para: El 31 de agosto de 2018 se pagaron facturas por un total de $1,125.00 con una transferencia electrónica de fondos número 98084. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global

Anexo A - Reclamos modificados

|  | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | RECLAMOS MODIFICADOS DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | RECLAMOS MODIFICADOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | COMPUTER ACCESSORIES DISCOUNT INC. URB. MARIANI 2326 CALLE DR. SANTAELLA PONCE, PR 00717-0210 | 146748 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
|  |  |  | El Estado Libre Asociado de Puerto Rico | Garantizada | $13,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $3,581.40* |
|  |  |  |  | Subtotal | $13,000.00* |  | Subtotal | $3,581.40* |

Base para: El 30 de noviembre de 2009, 16 de octubre de 2012 y 12 de septiembre de 2018 se pagaron facturas por un total de $9,418,60 con cheques número 125987, 947218 y 202863, respectivamente. El demandante retendrá la porción no modificada del reclamo.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 45302 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,877.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $605.00 |

Base para: El 5 de junio de 2017 se pagaron facturas por un total de $13,272.00 con el cheque número 02163974. El demandante retendrá la porción no modificada del reclamo.

| 9 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 23611 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $38,076.07 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $22,027.87 |

Base para: El 21 de junio de 2018 se pagaron facturas por un total de $16,048.20 con el cheque número 181639. El demandante retendrá la porción no modificada del reclamo.

| 10 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 24321 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $23,411.40 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,335.00 |

Base para: El 29 de junio de 2018 y el 5 de julio de 2018 se pagaron facturas por un total de $10,076.40 con cheques número 197619 y 198092, respectivamente. El demandante retendrá la porción no modificada del reclamo.

| 11 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 25450 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $22,570.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,062.00 |

Base para: El 5 de julio de 2018 y el 12 de julio de 2018 se pagaron facturas por un total de $14,508.00 con cheques número 198092 y 198560, respectivamente. El demandante retendrá la porción no modificada del reclamo.

| 12 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 28099 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,079.46 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20.44 |

Base para: El 11 de abril de 2018 y el 21 de mayo de 2018 se pagaron facturas por un total de $1,059.02 con transferencias electrónicas de fondos número 00072380 y 00079400, respectivamente. El demandante retendrá la porción no modificada del reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global

Anexo A - Reclamos modificados

|   | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | RECLAMOS MODIFICADOS DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | RECLAMOS MODIFICADOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | CORPORACION RODUM<br>PO BOX 9023422<br>SAN JUAN, PR 00902 | 38421 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $98,710.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,100.75 |

Base para: Facturas por un total de $14,725.25 invocan obligaciones entre el Demandante y la Junta de Gobierno del Servicio 9-1-1, la Administración de Instituciones Juveniles, la Autoridad Metropolitana de Autobuses, la Oficina para el Mejoramiento de las Escuelas Públicas de Puerto Rico (OMEP), la Administración de Servicios Médicos de Puerto Rico, la Universidad de Puerto Rico, o la Autoridad de Acueductos y Alcantarillados, ninguna de las cuales es parte de los procedimientos al amparo del Título III. El 4 de abril de 2018 y el 5 de septiembre de 2018 se pagaron facturas por un total de $8,884.00 con cheques número 200859 y 233255, respectivamente. El demandante retendrá la porción no modificada del reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | CRESPO & RODRIGUEZ INC.<br>P.O. BOX 29002<br>SAN JUAN, PR 00929-0002 | 21515 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,297.56 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,830.81 |

Base para: El 2 de julio de 2018 y el 5 de septiembre de 2018 se pagaron facturas por un total de $466.75 con transferencias electrónicas de fondos número 315186 and 335226, respectivamente. El demandante retendrá la porción no modificada del reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | CRESPO, RAFAEL A<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA STE 205<br>PONCE, PR 00717-1564 | 13718 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,393.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,885.00 |

Base para: El 10 de mayo de 2011 y el 30 de junio de 2017 se pagaron facturas por un total de $4,508,00 con cheques número 223240 y 202828, respectivamente. El demandante retendrá la porción no modificada del reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 10766 | El Estado Libre Asociado de Puerto Rico | Administrativa | $148,233.00 | El Estado Libre Asociado de Puerto Rico | Administrativa | $134,343.00 |

Base para: El 1 de junio de 2018 se pagaron facturas por un total de $13,890.00 con el cheque número 00004957. El demandante retendrá la porción no modificada del reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 9453 | El Estado Libre Asociado de Puerto Rico | Administrativa | $91,845.85 | El Estado Libre Asociado de Puerto Rico | Administrativa | $1,565.00 |

Base para: El 29 de junio de 2018 se pagaron facturas por un total de $90,280.85 con una transferencia electrónica de fondos número 87661. El demandante retendrá la porción no modificada del reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | DESARROLLOS INMOBILIARIOS DE HATO TEJAS, LLC<br>8 CALLE 1 STE 308<br>GUAYNABO, PR 00968-1719 | 36049 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,688.95 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,947.60 |

Base para: El 11 de mayo de 2015 se pagaron facturas por un total de $79,807.52 con cheques número 579505, 579506, 579507, 579508, 579509, 579510 y 579512 El demandante retendrá la porción no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global
Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | RECLAMOS MODIFICADOS DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | RECLAMOS MODIFICADOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 17434 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $48,433.39 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $43,303.39 |

Base para: El 23 de marzo de 2017 y el 29 de noviembre de 2017 se pagaron facturas por un total de $5,130.00 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | EMPRESSAS OMAJEDE INC.<br>1608 CALLE BORI, SUITE 218<br>SAN JUAN, PR 00927 | 70324 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $338,503.37 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $182,692.41 |

Base para: El 8 de febrero de 2017 y el 11 de mayo de 2017 se pagaron facturas por un total de $155,810.96 con múltiples transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 63950^ | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $967,946.57 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $967,946.57 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $222,917.55 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,827.28 |
| | | | | Subtotal | $1,190,864.12 | | Subtotal | $973,773.85 |

Base para: Facturas por un total de $217,090.27 invocan obligaciones entre el Demandante y la Autoridad de Puertos de Puerto Rico o la Autoridad de Acueductos y Alcantarillados, ninguna de las cuales es parte en los procedimientos al amparo del Título III. El demandante retendrá la porción no modificada del reclamo.

^ Reclamo n°. 63950 incluido también en el Anexo A a la Objeción Global 366 por reclamos a ser reclasificados

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | HERNANDEZ DIAZ, PEDRO J<br>PO BOX 1259<br>AIBONITO, PR 00705 | 6383 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,710.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $154.70 |

Base para: El 12 de septiembre de 2018 se pagaron facturas por un total de $3,555.30 con el cheque número 210411. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | JACQUELINE MOORE AND ASSOCIATES<br>5861 S. ALBION COURT<br>GREENWOOD VILLAGE, CO 80121 | 5578 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $32,453.56 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,453.56 |

Base para: El 2 de abril de 2012 se pagaron facturas por un total de $12,000.00 con el cheque número 02775012. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | KIRKLAND & ELLIS LLP<br>655 15TH STREET NW<br>WASHINGTON, DC 20005 | 5817 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,053,001.85 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,567,188.55 |

Base para: El 10 de agosto de 2018 se pagaron facturas por un total de $3,485,813.30 con cheques número 228534, 228819, 228820, 228821, 228822 y 228823. El demandante retendrá la porción no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 25 | LIGHT GAS FORKLIFT & CYLINDER EXCHANGE, INC.<br>P.O. BOX 1155<br>SALINAS, PR 00751 | 23843 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $26,072.41 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,057.41 |

Base para: El 10 de noviembre de 2017, el 17 de agosto de 2018 y el 19 de septiembre de 2018 se pagaron facturas por un total de $1,015.00 con cheques número 54959, 95237 y 100073, respectivamente. El demandante retendrá la porción no modificada del reclamo.

| 26 | MADERAS 3C INC.<br>PO BOX 11279<br>SAN JUAN, PR 00922-1279 | 161682^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $88,930.70 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $86,864.37 |

Base para: El 14 de junio de 2017, el 14 de junio de 2017 y el 22 de junio de 2017 se pagaron facturas por un total de $2,066.33 con transferencias electrónicas número 00038718, 00038794 y 00040551, respectivamente. El demandante retendrá la porción no modificada del reclamo.

^ Reclamo n°. 161682 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 27 | NATIONAL BUILDING MAINTENANCE CORP.<br>1350 EUCLID AVENUE,SUITE 1600<br>CLEVELAND, OH 44115 | 28252 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $334,021.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $333,809.37 |

Base para: Se pagaron facturas por un total de $211.63 con una transferencia electrónica de fondos número 00047945. El demandante retendrá la porción no modificada del reclamo.

| 28 | OFFICE GALLERY INC.<br>PO BOX 1815<br>CIDRA, PR 00739-1815 | 19489 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $508,988.06 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $443,562.50 |

Base para: El 31 de octubre de 2012 y el 15 de junio de 2018 se pagaron facturas por un total de $65,425.56 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| 29 | PERFECT EQUIPMENT & PRODUCT SUPPLY, INC.<br>100 GRAND BOULEVARD<br>LOS PASEOS 112/MCS 115<br>SAN JUAN, PR 00926-5955 | 47451 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,038.21 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,795.21 |

Base para: El 15 de julio de 2008 se pagaron facturas por un total de $243.00 con el cheque número 02163974. El demandante retendrá la porción no modificada del reclamo.

| 30 | PORRATA, MARIO J.<br>URB. COLINAS VERDES<br>CALLE 3 F33<br>SAN JUAN, PR 00924 | 23836 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,007.48 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,462.52 |

Base para: El 14 de marzo de 2016 y el 12 de septiembre de 2018 se pagaron facturas por un total de $30,544.96 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global
Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 31 | RAMS DISTRIBUTOR DBA RAMON R MORALES<br>HC 01 BOX 5750<br>BARRANQUITAS, PR 00794 | 18420 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $175.10 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $21.25 |

Base para: El 5 de junio de 2018 se pagaron facturas por un total de $153.85 con el cheque número 176056. El demandante retendrá la porción no modificada del reclamo.

| 32 | RICOH PUERTO RICO, INC.<br>REICHARD & ESCALERA LLP<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 12875 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $153,956.85 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $110,687.35 |

Base para: El 23 de abril de 2018 y el 17 de septiembre de 2018 se pagaron facturas por un total de $43,269.50 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| 33 | SHERIFF SECURITY SERVICES<br>100 GRAND BOULEVARD<br>LOS PASEOS 112 MCS /115<br>SAN JUAN, PR 00926 | 31909 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $112,319.86 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $32,512.34 |

Base para: El 3 de julio de 2018 y el 1 de octubre de 2018 se pagaron facturas por un total de $79,807.52 con cheques número 00000380 y 00000401, respectivamente. El demandante retendrá la porción no modificada del reclamo.

| 34 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 50387 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $356,883.94 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $250,772.72 |

Base para: El 29 de junio de 2015 y el 30 de septiembre de 2018 se pagaron facturas por un total de $106,111.22 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| 35 | THE PALMAS ACADEMY<br>ESTUDIO LABORAL, LLC<br>PO BOX 1211<br>LAS PIEDRAS, PR 00771-1211 | 156461^ | El Estado Libre Asociado de Puerto Rico | No Garantizada | $52,317.87 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $32,317.00 |

Base para: El 11 de septiembre de 2009 y el 18 de agosto de 2018 se pagaron facturas por un total de $20,000.87 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo.

^ Reclamo n°. 156461 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 36 | TORCOS INC<br>P O BOX 29708<br>SAN JUAN, PR 00929 | 14559 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $66,130.42 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $49,688.95 |

Base para: El 13 de julio de 2015 y el 25 de abril de 2016 se pagaron facturas por un total de $16,441.47 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Segunda Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 37 | TRULY NOLEN PEST CONTROL & PREV<br>URB STA JUANITA<br>PMB 229 UUI CALLE 39<br>BAYAMON, PR 00956 | 46233 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,156.25 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,515.00 |
| | Base para: Facturas por un total de $4,641.25 invocan obligaciones entre el Demandante y la Universidad de Puerto Rico o Administración de Compensaciones por Accidentes de Automóviles, ninguna de las cuales es parte en los procedimientos al amparo del Título III. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 38 | VIDAL RODRIGUEZ INC<br>I CAPITAL CENTER BLDG<br>SUITE 501 239 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1478 | 4590 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $49,181.88 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $47,733.87 |
| | Base para: El 17 de agosto de 2016, el 17 de agosto de 2016 y el 30 de enero de 2017 se pagaron facturas por un total de $1,448.01 con cheques número 1499, 1501 y 1578, respectivamente. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 39 | WATER FACTORY, INC.<br>URB. VILLA MARIA A-Z<br>CALLE MARGINAL<br>MANATI, PR 00674-0000 | 805 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $63,079.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $800.00 |
| | Base para: El 7 de marzo de 2018 y el 25 de julio de 2018 se pagaron facturas por un total de $62,279.002 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 40 | YAUCO OPTICAL INC<br>2 TENIENTE ALVARADO<br>YAUCO, PR 00698-3538 | 20159 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,344.99 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,343.99 |
| | Base para: El 21 de julio de 2010 y el 7 de marzo de 2011 se pagaron facturas por un total de $1,001.00 con múltiples cheques. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| | | | TOTAL | | $ 15,317,031.58* | TOTAL | | $ 10,770,473.44* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados