# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Sixtieth Omnibus Objection**

## Three Hundred and Sixtieth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDINO SUAREZ, HECTOR R<br>CALLE 14 N-22 URB. JOSE DELGADO<br>CAGUAS, PR 00725 | 6/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179413^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179413 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | APONTE NEGRON, IRIS M<br>HC 71 BOX 3000<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179216^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179216 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | APONTE TORRES, DAMARIS I<br>CALLE 14 #N-22 URB. JOSE DELGADO<br>CAGUAS, PR 00725 | 6/22/2021 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 179414^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors.

^Claim #179414 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | AYALA MORALES, DAISY<br>HC 72 BOX 4150<br>BO CEDRO ABAJO<br>NARANJITO, PR 00719-9723 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179261^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179261 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BABE, FELIX<br>2 CALLE #4<br>CABO ROJO, PR 00623 | 6/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179385^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179385 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | CABRERA DIAZ, ELBA LYDIA<br>HC-75 BOX 1725<br>NARANJITO, PR 00719 | 5/11/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179212^ | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179212 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CINTRON RIVERA, SANDRA<br>HC-74 BOX 59201<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179234^ | $ 17,300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179234 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CRUZ OLIVERAS, SANDRA I.<br>URB. AVENTARA 147<br>CALLE TRAVESIA<br>BAYAMON, PR 00956-8430 | 6/21/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179406^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179406 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC<br>PMB 443, SUITE 112<br>100 GRAND PASEOS BLVD.<br>SAN JUAN, PR 00926-5902 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75743 | $ 1,660,860.01 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | DIAZ ORTIZ, MARIA SOCORRO<br>HC-73 3019 CEDRO ABAJO<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179222^ | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179222 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | DIAZ RODRIGUEZ, MELISSA<br>HC-75 BOX 1891<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179266^ | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179266 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | GONZALEZ CASTRO, LEONIDES<br>JARDS DE CANOVANAS<br>G10 CALLE 4<br>CANOVANAS, PR 00729 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179357^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179357 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | GONZALEZ CASTRO, LEONIDES<br>URB. JARDINES DE CANOVANAS<br>G10 CALLE 4<br>CANOVANAS, PR 00729 | 6/16/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179359^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179359 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | GRUPO PERIODISTICO NDC CORP<br>ATTN: NELSON DEL CASTILLO<br>PO BOX 9023025<br>SAN JUAN, PR 00902-3025 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95379 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | HERNANDEZ ROSADO, ZORAIDA<br>HC-73 BOX 4893<br>BO NUEVO<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179366^ | $ 34,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179366 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | IRIZARRY FRASQUERI, YVETTE<br>URB VILLA CAROLINA 127-14 CALLE 71<br>CAROLINA, PR 00985-5313 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179358^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179358 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | IRIZARRY FRASQUERI, YVETTE<br>URB VILLA CAROLINA<br>127-14 CALLE 71<br>CAROLINA, PR 00985-5313 | 6/21/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179396^ | $ 41,609.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179396 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | JIMENEZ ARROYO, JOSE L<br>CALLE 6 I-24 LOMAS DE TRUJILLO<br>TRUJILLO ALTO, PR 00976 | 6/4/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179322^ | $ 40,060.72 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179322 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | LANDRON FUENTES, LYDIA E.<br>HC 1 BOX 5398<br>BARRONQUITES, PR 00794 | 6/22/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179422^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179422 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LIZARDI ORTEGA, GUARIONEX EDUARDO<br>MARITZA ORTEGA RAMOS (MADRE)<br>URB. SANTA ELENA N-7 CALLE<br>BAYAMON, PR 00959 | 6/1/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179316^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179316 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

\* Indicates claim contains unliquidated and/or undetermined amounts                                  Page 4 of 13

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | LOPEZ MATOS, OLGA I.<br>HC-71 BOX 1813<br>NARANJITO, PR 00719 | 6/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179397^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179397 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | LOPEZ REVEROL, CARMEN B<br>P.O. BOX 43<br>CAMUY, PR 00627 | 6/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179346^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179346 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | LOPEZ RODRIGUEZ, CARLOS A.<br>RAMIREZ DE ARELLANO 31 J. CAMPECHE<br>MAYAGUEZ, PR 00682-2413 | 5/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179288^ | $ 80,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179288 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOZADA SANTIAGO, MARIANA<br>HC 74 BOX 6030 BO NUEVO<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179363^ | $ 34,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179363 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MARIN, NORMA<br>URB MONTECASINO 76, CALLE EBANO<br>TOA ALTA, PR 00953 | 5/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179256^ | $ 65,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179256 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MARTINEZ RIVERA, ANGEL LUIS<br>HC-71 BOX 2465<br>NARANJITO, PR 00719 | 6/8/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179340^ | $ 69,000.00* |

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179340 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 27 | MEDIAVILLA NEGRON, IDA LIZ<br>HC-04 BOX 5671<br>COROZAL, PR 00783 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179356^ | $ 34,500.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179356 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 28 | MELENDEZ PEREZ, JUAN A.<br>LCDA. JOSEY A. RODRIGUEZ TORRES<br>P.O. BOX 310121<br>MIAMI, FL 33231 | 4/12/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 168442 | $ 1,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 29 | MINGUELA VAZQUEZ, GLADYS<br>PO BOX 710<br>CALLE FRANCISCO NEGRON<br>HORMIGUEROS, PR 00660 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179367^ | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179367 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 30 | MINGUELA VAZQUEZ, GLADYS<br>BARRIO PLAN BONITO CARR.346 INT<br>BOX 710<br>HORMIGUEROS, PR 00660 | 6/16/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179355^ | $ 0.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179355 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 31 | MIRANDA SOTO, ADIANEZ<br>URB. SOMBRAS DEL REAL CALLE AUSUBO #208<br>COTO LAUREL, PR 00780 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81725 | $ 2,497.50* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |

Case:17-03283-LTS Doc#:17919-1 Filed:08/20/21 Entered:08/20/21 18:19:48 Desc:
Exhibit A Page 8 of 14

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | MORALES DE JESUS, ALEJANDRO<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179196^ | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179196 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | MORALES MORALES, BRENDA LIZ<br>APARTADO 209<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179354^ | $ 34,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179354 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | MORALES MORALES, ZENAIDA<br>P.O. BOX 125<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179364^ | $ 34,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179364 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | MORALES OCASIO, MARTIN E.<br>10937 N ASTER AVE<br>TAMPA, FL 33612 | 6/21/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179398^ | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179398 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MORALES RAMOS, MELISSA<br>URB. EL RETIRO<br>CALLE 2 C-5<br>QUEBRADILLAS, PR 00678 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167116 | $ 11,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | MORALES RIOS, BEATRIZ<br>HC 72 BOX 3938<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179248^ | $ 13,000.00 |

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179248 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 38 | MORALEZ RIOS, BEATRIZ<br>HC 72 BOX 3938<br>BO CEDRO ARRIBA<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179233^ | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179233 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 39 | NERIS MULERO, MARIA EUGENIA<br>HC 05 BOX 53058<br>CAGUAS, PR 00725 | 6/9/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179342^ | $ 80,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179342 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 40 | NIEVES LOPEZ, LUIS E<br>RESIDENCIAL CANDELARIA TORRES<br>EDIFICIO H-69<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179263^ | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179263 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 41 | NIEVES PASTRANA, MELANIA<br>COND. SIERRA ALTA<br>200 CARR. 842 APT. 24<br>SAN JUAN, PR 00926 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86224 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| 42 | ORTEGA NIEVES, ADA L<br>HC 73 BOX 4325<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179260^ | $ 30,000.00 |

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179260 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 43 | ORTEGA NIEVES, JUANA D.<br>HC-73 BOX 4326<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179360^ | $ 34,500.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179360 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 44 | ORTIZ BENITEZ, SUHEIL<br>PMB 238 PO BOX 94000<br>COROZAL, PR 00783 | 5/11/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179209^ | $ 15,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179209 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 45 | ORTIZ RIVAS, ANA M<br>HC 06 BOX 10754<br>YABUCOA, PR 00767 | 5/19/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179245^ | $ 15,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179245 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 46 | PADILLA RIVERA, JOANN<br>HC 73 BOX 4390<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179228^ | $ 35,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | ^Claim #179228 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| 47 | PENA LUGO, MIGUEL A.<br>SAVANNAH REAL #35 PASSEO SEVILLA<br>SAN LORENZO, PR 00754 | 5/27/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179278^ | $ 26,970.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

^Claim #179278 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 48 | PEREZ APONTE, YADIRA<br>URB.COUNTRY CLUB<br>CALLE 219 HA-111<br>CAROLINA, PR 00982 | 6/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179347^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179347 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 49 | RIVERA NEGRON, NIVIA L<br>HC-74, PO BOX 6036<br>NARANJITO, PR 00719 | 6/21/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179405^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179405 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 50 | RIVERA RODRIGUEZ, NYDIA I.<br>HC-72 BOX 4168<br>NARANJITO, PR 00719 | 6/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179380^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179380 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| 51 | RIVERA RODRIGUEZ, YOLANDA<br>APARTADO 16 BO. LOMAS VALLES<br>NARANJITO, PR 00716 | 6/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179416^ | $ 34,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179416 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | RIVERA VAZQUEZ, CARMEN M.<br>HC 71 BOX 2765<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179362^ | $ 34,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179362 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | RODRIGUEZ ORTIZ, JESSICA<br>RES CANDELARIO TORRES<br>H-69<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179265^ | $ 25,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179265 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | RODRIGUEZ RIVERA, MARGARITA<br>BO CEDRO ABAJO<br>APARTADO 193<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179247^ | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179247 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | RODRIGUEZ RIVERA, MARITZA<br>HC -73 BOX 4722<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179262^ | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179262 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | SANCHEZ ROSA, ANGELITA<br>EVELYN SANCHEZ ROSA<br>HC 73 BOX 5046<br>NARANJITO, PR 00719-9610 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179229^ | $ 17,300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179229 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | SANCHEZ ROSA, ANGELITA<br>EVELYN SANCHEZ ROSA<br>HC 73 BOX 5046<br>NARANJITO, PR 00719-9610 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179227^ | $ 17,300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179227 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | SANCHEZ ROSA, EVELYN<br>HC-73 BOX 5046<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179230^ | $ 17,300.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179230 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | TORRES NIEVES, NATIVIDAD<br>HC 73 BOX 4973<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179219^ | $ 24,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179219 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

## Three Hundred and Sixtieth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | VAZQUEZ DANOIS, ELIZABETH<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179194^ | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179194 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | VAZQUEZ NARVAEZ, MARGARITA<br>PR 3 BOX 9518<br>TOA ALTA, PR 00953 | 6/1/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179302^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179302 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | VAZQUEZ RODRIGUEZ, FRANCISCA<br>HC 73 BOX 4699<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179250^ | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179250 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | TOTAL | $ 3,285,197.23* |