# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima sexagésima objeción global**

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDINO SUAREZ, HECTOR R<br>CALLE 14 N-22 URB. JOSE DELGADO<br>CAGUAS, PR 00725 | 6/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179413^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179413 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 2 | APONTE NEGRON, IRIS M<br>HC 71 BOX 3000<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179216^ | $ 25,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179216 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 3 | APONTE TORRES, DAMARIS I<br>CALLE 14 #N-22 URB. JOSE DELGADO<br>CAGUAS, PR 00725 | 6/22/2021 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 179414^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra COFINA, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra COFINA o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179414 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 4 | AYALA MORALES, DAISY<br>HC 72 BOX 4150<br>BO CEDRO ABAJO<br>NARANJITO, PR 00719-9723 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179261^ | $ 25,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179261 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | BABE, FELIX<br>2 CALLE #4<br>CABO ROJO, PR 00623 | 6/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179385^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179385 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CABRERA DIAZ, ELBA LYDIA<br>HC-75 BOX 1725<br>NARANJITO, PR 00719 | 5/11/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179212^ | $ 20,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179212 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CINTRON RIVERA, SANDRA<br>HC-74 BOX 59201<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179234^ | $ 17,300.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179234 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CRUZ OLIVERAS, SANDRA I.<br>URB. AVENTARA 147<br>CALLE TRAVESIA<br>BAYAMON, PR 00956-8430 | 6/21/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179406^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179406 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC<br>PMB 443, SUITE 112<br>100 GRAND PASEOS BLVD.<br>SAN JUAN, PR 00926-5902 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75743 | $ 1,660,860.01 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DIAZ ORTIZ, MARIA SOCORRO<br>HC-73 3019 CEDRO ABAJO<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179222^ | $ 30,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179222 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DIAZ RODRIGUEZ, MELISSA<br>HC-75 BOX 1891<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179266^ | $ 30,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179266 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GONZALEZ CASTRO, LEONIDES<br>JARDS DE CANOVANAS<br>G10 CALLE 4<br>CANOVANAS, PR 00729 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179357^ | $ 25,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179357 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | GONZALEZ CASTRO, LEONIDES<br>URB. JARDINES DE CANOVANAS<br>G10 CALLE 4<br>CANOVANAS, PR 00729 | 6/16/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179359^ | $ 25,000.00 |

## Tricentésima Sexagésima Objeción Global
## Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179359 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 14 | GRUPO PERIODISTICO NDC CORP<br>ATTN: NELSON DEL CASTILLO<br>PO BOX 9023025<br>SAN JUAN, PR 00902-3025 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 95379 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 15 | HERNANDEZ ROSADO, ZORAIDA<br>HC-73 BOX 4893<br>BO NUEVO<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179366^ | $ 34,500.00* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179366 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 16 | IRIZARRY FRASQUERI, YVETTE<br>URB VILLA CAROLINA 127-14 CALLE 71<br>CAROLINA, PR 00985-5313 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179358^ | $ 25,000.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179358 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 17 | IRIZARRY FRASQUERI, YVETTE<br>URB VILLA CAROLINA<br>127-14 CALLE 71<br>CAROLINA, PR 00985-5313 | 6/21/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179396^ | $ 41,609.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179396 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |

## Tricentésima Sexagésima Objeción Global
## Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | JIMENEZ ARROYO, JOSE L<br>CALLE 6 I-24 LOMAS DE TRUJILLO<br>TRUJILLO ALTO, PR 00976 | 6/4/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179322^ | $ 40,060.72 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179322 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | LANDRON FUENTES, LYDIA E.<br>HC 1 BOX 5398<br>BARRONQUITES, PR 00794 | 6/22/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179422^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179422 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LIZARDI ORTEGA, GUARIONEX EDUARDO<br>MARITZA ORTEGA RAMOS (MADRE)<br>URB. SANTA ELENA N-7 CALLE<br>BAYAMON, PR 00959 | 6/1/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179316^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179316 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | LOPEZ MATOS, OLGA I.<br>HC-71 BOX 1813<br>NARANJITO, PR 00719 | 6/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179397^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179397 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | LOPEZ REVEROL, CARMEN B<br>P.O. BOX 43<br>CAMUY, PR 00627 | 6/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179346^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179346 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | LOPEZ RODRIGUEZ, CARLOS A.<br>RAMIREZ DE ARELLANO 31 J. CAMPECHE<br>MAYAGUEZ, PR 00682-2413 | 5/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179288^ | $ 80,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179288 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | LOZADA SANTIAGO, MARIANA<br>HC 74 BOX 6030 BO NUEVO<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179363^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179363 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | MARIN, NORMA<br>URB MONTECASINO 76, CALLE EBANO<br>TOA ALTA, PR 00953 | 5/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179256^ | $ 65,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179256 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | MARTINEZ RIVERA, ANGEL LUIS<br>HC-71 BOX 2465<br>NARANJITO, PR 00719 | 6/8/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179340^ | $ 69,000.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179340 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MEDIAVILLA NEGRON, IDA LIZ<br>HC-04 BOX 5671<br>COROZAL, PR 00783 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179356^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179356 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MELENDEZ PEREZ, JUAN A.<br>LCDA. JOSEY A. RODRIGUEZ TORRES<br>P.O. BOX 310121<br>MIAMI, FL 33231 | 4/12/2019 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 168442 | $ 1,000.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MINGUELA VAZQUEZ, GLADYS<br>PO BOX 710<br>CALLE FRANCISCO NEGRON<br>HORMIGUEROS, PR 00660 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179367^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179367 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | MINGUELA VAZQUEZ, GLADYS<br>BARRIO PLAN BONITO CARR.346 INT BOX 710<br>HORMIGUEROS, PR 00660 | 6/16/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179355^ | $ 0.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179355 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MIRANDA SOTO, ADIANEZ<br>URB. SOMBRAS DEL REAL CALLE AUSUBO #208<br>COTO LAUREL, PR 00780 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81725 | $ 2,497.50* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MORALES DE JESUS, ALEJANDRO<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179196^ | $ 50,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179196 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MORALES MORALES, BRENDA LIZ<br>APARTADO 209<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179354^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179354 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | MORALES MORALES, ZENAIDA<br>P.O. BOX 125<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179364^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179364 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MORALES OCASIO, MARTIN E.<br>10937 N ASTER AVE<br>TAMPA, FL 33612 | 6/21/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179398^ | $ 30,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179398 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MORALES RAMOS, MELISSA<br>URB. EL RETIRO<br>CALLE 2 C-5<br>QUEBRADILLAS, PR 00678 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167116 | $ 11,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | MORALES RIOS, BEATRIZ<br>HC 72 BOX 3938<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179248^ | $ 13,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179248 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | MORALEZ RIOS, BEATRIZ<br>HC 72 BOX 3938<br>BO CEDRO ARRIBA<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179233^ | $ 12,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179233 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | NERIS MULERO, MARIA EUGENIA<br>HC 05 BOX 53058<br>CAGUAS, PR 00725 | 6/9/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179342^ | $ 80,000.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179342 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | NIEVES LOPEZ, LUIS E<br>RESIDENCIAL CANDELARIA TORRES<br>EDIFICIO H-69<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179263^ | $ 30,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179263 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | NIEVES PASTRANA, MELANIA<br>COND. SIERRA ALTA<br>200 CARR. 842 APT. 24<br>SAN JUAN, PR 00926 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86224 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | ORTEGA NIEVES, ADA L<br>HC 73 BOX 4325<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179260^ | $ 30,000.00 |

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179260 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | ORTEGA NIEVES, JUANA D.<br>HC-73 BOX 4326<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179360^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179360 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | ORTIZ BENITEZ, SUHEIL<br>PMB 238 PO BOX 94000<br>COROZAL, PR 00783 | 5/11/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179209^ | $ 15,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179209 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | ORTIZ RIVAS, ANA M<br>HC 06 BOX 10754<br>YABUCOA, PR 00767 | 5/19/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179245^ | $ 15,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179245 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | PADILLA RIVERA, JOANN<br>HC 73 BOX 4390<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179228^ | $ 35,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179228 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | PENA LUGO, MIGUEL A.<br>SAVANNAH REAL #35 PASSEO SEVILLA<br>SAN LORENZO, PR 00754 | 5/27/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179278^ | $ 26,970.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con la Autoridad de Edificios Públicos de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra la Autoridad de Edificios Públicos de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra la Autoridad de Edificios Públicos de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179278 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | PEREZ APONTE, YADIRA<br>URB.COUNTRY CLUB<br>CALLE 219 HA-111<br>CAROLINA, PR 00982 | 6/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179347^ | $ 25,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179347 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RIVERA NEGRON, NIVIA L<br>HC-74, PO BOX 6036<br>NARANJITO, PR 00719 | 6/21/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179405^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179405 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

Tricentésima Sexagésima Objeción Global
Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | RIVERA RODRIGUEZ, NYDIA I.<br>HC-72 BOX 4168<br>NARANJITO, PR 00719 | 6/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179380^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179380 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RIVERA RODRIGUEZ, YOLANDA<br>APARTADO 16 BO. LOMAS VALLES<br>NARANJITO, PR 00716 | 6/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179416^ | $ 34,500.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179416 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | RIVERA VAZQUEZ, CARMEN M.<br>HC 71 BOX 2765<br>NARANJITO, PR 00719 | 6/16/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179362^ | $ 34,500.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179362 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | RODRIGUEZ ORTIZ, JESSICA<br>RES CANDELARIO TORRES<br>H-69<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179265^ | $ 25,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179265 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | RODRIGUEZ RIVERA, MARGARITA<br>BO CEDRO ABAJO<br>APARTADO 193<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179247^ | $ 50,000.00 |

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179247 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 55 | RODRIGUEZ RIVERA, MARITZA<br>HC -73 BOX 4722<br>NARANJITO, PR 00719 | 5/26/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179262^ | $ 30,000.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179262 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 56 | SANCHEZ ROSA, ANGELITA<br>EVELYN SANCHEZ ROSA<br>HC 73 BOX 5046<br>NARANJITO, PR 00719-9610 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179229^ | $ 17,300.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179229 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 57 | SANCHEZ ROSA, ANGELITA<br>EVELYN SANCHEZ ROSA<br>HC 73 BOX 5046<br>NARANJITO, PR 00719-9610 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179227^ | $ 17,300.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | ^Reclamo n°. 179227 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |

## Tricentésima Sexagésima Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | SANCHEZ ROSA, EVELYN<br>HC-73 BOX 5046<br>NARANJITO, PR 00719 | 5/14/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179230^ | $ 17,300.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179230 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | TORRES NIEVES, NATIVIDAD<br>HC 73 BOX 4973<br>NARANJITO, PR 00719 | 5/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179219^ | $ 24,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179219 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | VAZQUEZ DANOIS, ELIZABETH<br>HC-01 BOX 2286<br>BO EMAJAGUAS<br>MAUNABO, PR 00707 | 4/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179194^ | $ 50,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179194 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | VAZQUEZ NARVAEZ, MARGARITA<br>PR 3 BOX 9518<br>TOA ALTA, PR 00953 | 6/1/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179302^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179302 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

## Tricentésima Sexagésima Objeción Global
## Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 62 | VAZQUEZ RODRIGUEZ, FRANCISCA<br>HC 73 BOX 4699<br>NARANJITO, PR 00719 | 5/20/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179250^ | $ 50,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179250 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | TOTAL | $ 3,285,197.23* |