# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima sexagésima primera objeción global**

## Tricentésima Sexagésima Primera Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO DE NUNEZ, MARITZA<br>APARTADO 861<br>SAN SEBASTIAN, PR 00685 | 6/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179423^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179423 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO GONZALEZ, NILDA L.<br>HC-91  BOX 9336<br>VEGA ALTA, PR 00692 | 5/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179205^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 179205 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | MOCTEZUMA ALVAREZ, LUZ M<br>BO. JUAN MARTIN<br>PO BOX 1680<br>YABUCON, PR 00767 | 9/23/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170858^ | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

^Reclamo n°. 170858 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | TORRES FLORES, GLENDA LEE<br>1433 N PEMBROKE DR.<br>SOUTH ELGIN, IL 60177 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68748 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Tricentésima Sexagésima Primera Objeción Global
### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | VILLALONGO ORTIZ, HECTOR M<br>314 W CAMBRIA ST<br>PHILADELPHIA, PA 19133 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2221 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | TOTAL | Indeterminado* |
|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados