## EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Eighty-Fourth Omnibus Objection**

Three Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEX, WILLIAM F & ELSIE<br>46-15 54TH ROAD<br>MASPETH, NY 11378 | 4/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5683 | $ 53,341.84 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | AMERICAN MODERN HOME INSURANCE COMPANY<br>STEVE MACKIE<br>CHIEF COMPLIANCE & ETHICS OFFICER<br>7000 MIDLAND BLVD.<br>AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6790 | $ 1,039,275.20 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | BONILLA CUEBAS, MIRTA<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 8/25/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174850^ | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

^Claim #174850 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | BOZZO NIEVES, VICTOR L.<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 8/25/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174822^ | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

^Claim #174822 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BUSO TORRES, MARIA<br>URB. OLYMPIC PARK 105 CALLE ATENAS<br>LAS PIEDRAS, PR 00771 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30620 | $ 549,088.21 |

Reason: Claimant purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
Proof of claim also purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

Three Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 5/22/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179267^ | $ 128,750.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

^Claim #179267 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 5/21/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179251^ | $ 946,653.20 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

^Claim #179251 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GROVE, THOMAS<br>119 CEDAR STREET<br>FRAMINGHAM, MA 01702 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69314 | $ 5,125.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | KNOX, SAMUEL AND LINDA<br>348 PACHECO<br>SAN FRANCISCO, CA 94116 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3727 | $ 50,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | PARSON, BARBARA L.<br>8 PINE TREE CIRCLE<br>RUSH, NY 14543 | 6/7/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179324^ | $ 40,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

^Claim #179324 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | PHYLLIS & BERNARD DEVORONINE JTW<br>8 TYLER BROOK ROAD<br>KENNENBUNKPORT, ME 04046 | 4/3/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173737 | $ 15,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

Three Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | PRODUCTOS DE CANTERA, INC<br>PO BOX 844<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 119754 | $ 60,412.50 |
| | Reason: Claimant asserts liabilities associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation (COFINA) that claimants held at one time, but subsequently sold. Because claimant sold the bonds they purport to assert, they no longer have any right to payment from COFINA in respect of bonds issued by COFINA and accordingly, have no claim against COFINA for alleged unpaid interest and/or loss on investment. | | | | | |
| 13 | SOLA APONTE, LISETTE<br>TERRALINDA<br>3 CALLE ARAGON<br>CAGUAS, PR 00727 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51006 | $ 299,050.57 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 14 | STILLMAN SHERMAN, BARBARA<br>RAFAEL OJEDA-DIEZ ESQ.<br>PO BOX 9023392<br>SAN JUAN, PR 00902-3392 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23549 | $ 65,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 15 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>TRAVELERS<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28347 | $ 33,000,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. | | | | | |
| 16 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26402 | $ 9,759,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have received their payments in full. | | | | | |

Three Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 5/22/2021 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 179253^ | $ 14,312.00 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Puerto Rico Sales Tax Financing Corporation is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

^Claim #179253 also contained on Exhibit A to the Three Hundred and Sixty-Third Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 5/22/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179252^ | $ 215,038.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

^Claim #179252 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | TORRES, ARACELIA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10814 | $ 60,000.00 |

Reason: Claimant asserts, in part, liability against ERS associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority.  To the extent the claim seeks to assert Puerto Rico Infrastructure Financing Authority bond claims against ERS, it has failed to provide a basis to assert such claims against ERS arising from Puerto Rico Infrastructure Financing Authority Bonds.  To the extent the claim was intended to assert a claim against the Commonwealth, the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case Claimant also asserts, in part, liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | TORRES, ARACELLA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 8/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170421^ | $ 10,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

^Claim #170421 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | ZAPATA DOMINQUEZ, EDUARDO<br>ROSARIO 129 URB. LA CONCEPCION<br>CABO ROJO, PR 00623 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14552 | $ 18,200.00* |

Reason: Claimant asserts, in part, liability against ERS associated with bond(s) issued by the Puerto Rico Public Finance Corporation.  To the extent the claim seeks to assert Puerto Rico Public Finance Corporation bond claims against ERS, it has failed to provide a basis to assert such claims against ERS arising from Puerto Rico Infrastructure Financing Authority Bonds.  To the extent the claim was intended to assert a claim against the Commonwealth, the proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, the Puerto Rico Public Finance Corporation, that is not a Title III Debtor. Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by ERS. The claim thus seeks recovery for an amount for which the ERS is not liable because the claimant is not a "creditor" of the ERS and lacks standing to assert this derivative claim. Claimant also asserts, in part, liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | ZINK, CHRISTOPHER R.<br>15118 ROCK CREEK DRIVE<br>OMAHA, NE 68138 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24817 | $ 20,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | TOTAL | $ 46,348,246.52* |
|---|---|---|---|---|---|