**ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima octogésima cuarta objeción global**

## Tricentésima Octogésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALEX, WILLIAM F & ELSIE<br>46-15 54TH ROAD<br>MASPETH, NY 11378 | 4/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5683 | $ 53,341.84 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | AMERICAN MODERN HOME INSURANCE COMPANY<br>STEVE MACKIE<br>CHIEF COMPLIANCE & ETHICS OFFICER<br>7000 MIDLAND BLVD.<br>AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6790 | $ 1,039,275.20 |
| | Base para: La Evidencia de reclamo pretende recuperar sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III. | | | | | |
| 3 | BONILLA CUEBAS, MIRTA<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 8/25/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174850 | Indeterminado* |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 4 | BOZZO NIEVES, VICTOR L.<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 8/25/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174822 | Indeterminado* |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 5 | BUSO TORRES, MARIA<br>URB. OLYMPIC PARK 105 CALLE ATENAS<br>LAS PIEDRAS, PR 00771 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30620 | $ 549,088.21 |
| | Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.<br>El Demandante invoca, en parte, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.<br>La evidencia de reclamo también pretende invocar, en parte, obligaciones asociadas con uno o más bonos y/o con dinero prestado, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. Asimismo, la evidencia de reclamo pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones cuyos titulares han venido recibiendo el pago completo, no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), la cual no es un Deudor al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Octogésima Cuarta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 5/22/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179267 | $ 128,750.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 7 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 5/21/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179251 | $ 946,653.20 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 8 | GROVE, THOMAS<br>119 CEDAR STREET<br>FRAMINGHAM, MA 01702 | 6/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69314 | $ 5,125.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 9 | KNOX, SAMUEL AND LINDA<br>348 PACHECO<br>SAN FRANCISCO, CA 94116 | 3/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3727 | $ 50,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 10 | PARSON, BARBARA L.<br>8 PINE TREE CIRCLE<br>RUSH, NY 14543 | 6/7/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179324 | $ 40,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 11 | PHYLLIS & BERNARD DEVORONINE JTW<br>8 TYLER BROOK ROAD<br>KENNENBUNKPORT, ME 04046 | 4/3/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173737 | $ 15,000.00 |
| | Base para: El Demandante reclama, en parte, obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, las cuales son un duplicado de una o más evidencias de reclamo maestras que fueron presentadas por el fiduciario de estos bonos en el Caso de la Autoridad de Edificios Públicos de Puerto Rico al amparo del Título III | | | | | |

## Tricentésima Octogésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | PRODUCTOS DE CANTERA, INC<br>PO BOX 844<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 119754 | $ 60,412.50 |
| | Base para: El Demandante invoca obligaciones asociadas con bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) que en su momento estuvieron en poder de los demandantes pero que estos vendieron con posterioridad. Como el demandante vendió los bonos que pretende reclamar, ha dejado de tener derecho al pago de COFINA en relación con los bonos emitidos por COFINA y, por lo tanto, no tiene reclamo alguno contra COFINA por presunto incumplimiento de pago de intereses y/o pérdida de la inversión. | | | | | |
| 13 | SOLA APONTE, LISETTE<br>TERRALINDA<br>3 CALLE ARAGON<br>CAGUAS, PR 00727 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51006 | $ 299,050.57 |
| | Base para: El Demandante invoca inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. | | | | | |
| 14 | STILLMAN SHERMAN, BARBARA<br>RAFAEL OJEDA-DIEZ ESQ.<br>PO BOX 9023392<br>SAN JUAN, PR 00902-3392 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23549 | $ 65,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 15 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>TRAVELERS<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28347 | $ 33,000,000.00* |
| | Base para: La Evidencia de reclamo pretende recuperar sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III. | | | | | |
| 16 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26402 | $ 9,759,000.00* |
| | Base para: La Evidencia de reclamo pretende recuperar sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya han vencido, habiendo los titulares recibido el pago en su totalidad. | | | | | |

Tricentésima Octogésima Cuarta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 5/22/2021 | 17 BK 03284-LTS | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 179253 | $ 14,312.00 |
| | Base para: El Reclamo pretende invocar una obligación fundada en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que la Corporación del Fondo de Interés Apremiante de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 18 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 5/22/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179252 | $ 215,038.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bonos emitidos por el ERS que son duplicados de Evidencia de Reclamo Maestra que fue presentada en el Caso del ERS al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 19 | TORRES, ARACELIA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10814 | $ 60,000.00 |
| | Base para: El Demandante invoca, en parte, una obligación contra el ERS asociada con bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico. En la medida en que el reclamo pretende invocar obligaciones por bonos de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico contra el ERS, no se ha proporcionado ningún fundamento que justifique tales reclamos contra el ERS derivados de los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico. El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Asimismo, el demandante invoca, en parte, una obligación asociada con uno o más bonos emitidos por el ERS que son duplicados de Evidencia de Reclamo Maestra que fue presentada en el Caso del ERS al amparo del Título III por el agente fiscal. | | | | | |
| 20 | TORRES, ARACELLA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 8/27/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170421 | $ 10,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 21 | ZAPATA DOMINQUEZ, EDUARDO<br>ROSARIO 129 URB. LA CONCEPCION<br>CABO ROJO, PR 00623 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14552 | $ 18,200.00* |
| | Base para: El Demandante invoca, en parte, una obligación contra el ERS asociada con bonos emitidos por la Corporación de Finanzas Públicas de Puerto Rico. En la medida en que el reclamo pretende invocar obligaciones por bonos de la Corporación de Finanzas Públicas de Puerto Rico contra el ERS, no se ha proporcionado ningún fundamento que justifique tales reclamos contra el ERS derivados de los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico. En la medida en que el reclamo pretendía invocar una obligación del Estado Libre Asociado, la Evidencia de reclamo pretende recuperar sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III. El Demandante invoca, en parte, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el ERS. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el ERS no es responsable pues el demandante no es "acreedor" del ERS y carece de capacidad para invocar este reclamo derivativo. Asimismo, el demandante invoca, en parte, una obligación asociada con uno o más bonos emitidos por el ERS que son duplicados de Evidencia de Reclamo Maestra que fue presentada en el Caso del ERS al amparo del Título III por el agente fiscal. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados    Página 4 de 5

## Tricentésima Octogésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | ZINK, CHRISTOPHER R. 15118 ROCK CREEK DRIVE OMAHA, NE 68138 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24817 | $ 20,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico.

| | | | | | TOTAL | $ 46,348,246.52* |