# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Eighty-Fifth Omnibus Objection**

Three Hundred and Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | DAVID, JOSEPH W<br>33 CIRCLE DR<br>FORT PAYNE, AL 35967 | 20268 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion will remain at the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | ELAINE LYNN IRREVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 179215^ | Commonwealth of Puerto Rico | Unsecured | $175,000.00 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $80,000.00 |
| | | | | | | | Subtotal | $170,000.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also identifies obligor, in part, as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. Another portion will remain at the Commonwealth.

^ Claim #179215 also contained on Exhibit A to the Three Hundred and Sixty-Second Omnibus Objection for Claims to Be Disallowed

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | JOEL W. REED AND MARY LOU MCCLOSKEY<br>1958 STARFIRE DRIVE NE<br>ATLANTA, GA 30345 | 6010 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that is a non-recourse note that (i) does not constitute a debt of the Commonwealth and is not backed by the Commonwealth's credit, (ii) is associated with an entity, The Puerto Rico Municipal Finance Agency, that is not a Title III Debtor, and (iii) does not create a binding liability on the Commonwealth because they are only payable from legislative appropriations. Another portion will remain at the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | MELVIN D MACY REV TRUST DTD 2/13/87 & PAGE MACY REV TRUST DTD 12/29/86 T-I-C<br>65-1142 HOKUULA ROAD<br>KAMUELA, HI 96743-8487 | 39497 | Commonwealth of Puerto Rico | Unsecured | $1,190,665.62 | Commonwealth of Puerto Rico | Unsecured | $660,375.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that is a non-recourse note that (i) does not constitute a debt of the Commonwealth and is not backed by the Commonwealth's credit, (ii) is associated with an entity, The Puerto Rico Municipal Finance Agency, that is not a Title III Debtor, and (iii) does not create a binding liability on the Commonwealth because they are only payable from legislative appropriations. Another portion will remain at the Commonwealth.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | MERRILL G SCHOUTEN & DELORES E SCHOUTEN TTEES SCHOUTEN TRUST U/A DTD 6/22/01 354 SETTLEMENT ROAD HARTFORD, WI 53027 | 3783 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).
Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).
Claimant also identifies, in part, obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | STILLMAN, IRWIN RAFAEL OJEDA-DIEZ ESQ. PO BOX 9023392 SAN JUAN, PR 00902-3392 | 22290 | Commonwealth of Puerto Rico | Unsecured | $625,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion will remain at the Commonwealth.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7 | WIDDER MD, DONALD 12 MARIN BAY PARK CT SAN RAFAEL, CA 94901 | 9628 | Commonwealth of Puerto Rico | Secured | $1,088,052.48 | Commonwealth of Puerto Rico | Secured | $580,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Municipal Finance Agency which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have received their payments in full. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that is a non-recourse note that (i) does not constitute a debt of the Commonwealth and is not backed by the Commonwealth's credit, (ii) is associated with an entity, The Puerto Rico Municipal Finance Agency, that is not a Title III Debtor, and (iii) does not create a binding liability on the Commonwealth because they are only payable from legislative appropriations. Another portion will remain at the Commonwealth.

| | | | TOTAL | | $ 3,188,718.10* | TOTAL | | $ 1,475,375.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts