# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima octogésima quinta objeción global**

## Tricentésima Octogésima Quinta Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | DAVID, JOSEPH W<br>33 CIRCLE DR<br>FORT PAYNE, AL 35967 | 20268 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | ELAINE LYNN IRREVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 179215 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $175,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $80,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 |
| | | | | | | | Subtotal | $170,000.00 |

Base para: La evidencia de reclamo pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en obligación(es) cuyos titulares han venido recibiendo el pago completo, no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), la cual no es un Deudor al amparo del Título III. El Demandante también identifica al deudor, en parte, como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el(los) nombre(s) de(de los) bono(s) en cuestión y/o la información CUSIP indican que toda responsabilidad, en todo caso recaería en la Autoridad de Energía Eléctrica de Puerto Rico. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | JOEL W. REED AND MARY LOU MCCLOSKEY<br>1958 STARFIRE DRIVE NE<br>ATLANTA, GA 30345 | 6010 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Universidad de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no admiten la posibilidad de interponer recursos y que (i) no constituye una deuda del Estado Libre Asociado y no se encuentra respaldada por el crédito del Estado Libre Asociado; (ii) está asociada a una entidad, la Agencia de Financiamiento Municipal de Puerto Rico, que no es un Deudor al amparo del Título III, y (iii) no origina una obligación vinculante para el Estado Libre Asociado pues solo puede pagarse a partir de las partidas presupuestarias establecidas por ley. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Octogésima Quinta Objeción Global
Anexo A - Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | MELVIN D MACY REV TRUST DTD 2/13/87 & PAGE MACY REV TRUST DTD 12/29/86 T-I-C<br>65-1142 HOKUULA ROAD<br>KAMUELA, HI 96743-8487 | 39497 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,190,665.62 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $660,375.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. El Demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico.
El Demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. El Demandante también pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Universidad de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no admiten la posibilidad de interponer recursos y que (i) no constituye una deuda del Estado Libre Asociado y no se encuentra respaldada por el crédito del Estado Libre Asociado; (ii) está asociada a una entidad, la Agencia de Financiamiento Municipal de Puerto Rico, que no es un Deudor al amparo del Título III, y (iii) no origina una obligación vinculante para el Estado Libre Asociado pues solo puede pagarse a partir de las partidas presupuestarias establecidas por ley. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | MERRILL G SCHOUTEN & DELORES E SCHOUTEN TTEES SCHOUTEN TRUST U/A DTD 6/22/01<br>354 SETTLEMENT ROAD<br>HARTFORD, WI 53027 | 3783 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El demandante invoca, en parte, una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la ATC al amparo del Título III por el agente fiscal o fiduciario de estos bonos.
El demandante invoca obligaciones aseguradas secundariamente, cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ATC), la cual es un duplicado de una o más evidencias de reclamo maestras que fueron presentadas por el agente fiscal o el fiduciario de estos bonos en el Caso de la ATC al amparo del Título III
Asimismo, el Demandante identifica en parte al deudor como la Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el(los) nombre(s) de(de los) bono(s) en cuestión y/o la información CUSIP indican que toda responsabilidad, en todo caso, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | STILLMAN, IRWIN<br>RAFAEL OJEDA-DIEZ ESQ.<br>PO BOX 9023392<br>SAN JUAN, PR 00902-3392 | 22290 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $625,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Octogésima Quinta Objeción Global

Anexo A - Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | WIDDER MD, DONALD<br>12 MARIN BAY PARK CT<br>SAN RAFAEL, CA 94901 | 9628 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,088,052.48 | El Estado Libre Asociado de Puerto Rico | Garantizada | $580,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Agencia de Financiamiento Municipal de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Asimismo, la Evidencia de reclamo pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya han vencido, habiendo los titulares recibido el pago en su totalidad. La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no admiten la posibilidad de interponer recursos y que (i) no constituye una deuda del Estado Libre Asociado y no se encuentra respaldada por el crédito del Estado Libre Asociado; (ii) está asociada a una entidad, la Agencia de Financiamiento Municipal de Puerto Rico, que no es un Deudor al amparo del Título III, y (iii) no origina una obligación vinculante para el Estado Libre Asociado pues solo puede pagarse a partir de las partidas presupuestarias establecidas por ley. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | | | TOTAL | | $ 3,188,718.10* | TOTAL | | $ 1,475,375.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados