## **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima octogésima sexta objeción global**

## TRICENTÉSIMA OCTOGÉSIMA SEXTA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO PEREZ, JANNETTE<br>URB MIRADOR DE CUPEY<br>E 4 CALLE 4<br>SAN JUAN, PR 00926 | 63171 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $7,260.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $7,260.00 |
| | Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, y/o documentación secundaria proporcionada para la evidencia demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico | | | | | |
| 2 | CANALS VIDAL, MARCOS F<br>PO BOX 360097<br>SAN JUAN, PR 00936-0097 | 16883 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $9,079.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $9,079.00 |
| | Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, y/o documentación secundaria proporcionada para la evidencia demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico | | | | | |
| 3 | ETHICON LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 5797 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $439,478.83 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $439,478.83 |
| | Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, y/o documentación secundaria proporcionada para la evidencia demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico | | | | | |
| 4 | FRAU ESCUDERO, JUAN ANTONIO<br>MONIQUE J.M. DIAZ-MAYORAL<br>P.O. BOX 364174<br>SAN JUAN, PR 00936-4174 | 75580 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $24,547.48 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $24,547.48 |
| | Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, y/o documentación secundaria proporcionada para la evidencia demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

**Página 1 de 1**