# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Sixty-Third Omnibus Objection**

## Three Hundred and Sixty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALLIED MANAGEMENT GROUP INC<br>128 AVE F D ROOSEVELT<br>SAN JUAN, PR 00919 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3941 | $ 41,606.00 |

Reason: Tax credit of $22,316 and tax credit of $19,290 were both applied to 2018 amended tax return. No amount of the credit claimed in the POC is outstanding.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ALMODOVAR ACOSTA, LUIS A.<br>PALMAREJO I<br>CALLE MANUE NECO MARTINEZ<br>LAJAS, PR 00667 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144109 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against ERS or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | CINTRON MOLINA, WANDA IRIS<br>RR-4 BOX 26140<br>TOA ALTA, PR 00953 | 4/20/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177655^ | $ 41,980.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Nutribaby Food Market, Inc. which is not part of the Title III proceedings.

^Claim #177655 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | COLON BETANCOURT, RAMONA<br>HC 02 BOX 15310<br>RIO GRANDE, PR 00745 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8335 | $ 7,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico for property damage, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico in respect of that damage.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COLON MORALES, JOSE A<br>SIERRA BAYAMON<br>68 1 CALLE 60<br>BAYAMON, PR 00961 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9765 | $ 4,802.07* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against ERS or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COSTAS-ELENA, LUIS P.<br>34 ORGUIDEA<br>URB SANTA MARIA<br>SAN JUAN, PR 00927 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10502 | $ 2,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico for property damage, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico in respect of that damage.

## Three Hundred and Sixty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | COURAGE CREDIT OPPORTUNITIES OFFSHORE FUND III, L.P.<br>SEWARD & KISSEL LLP<br>ATTN: ROBERT J.GAYDA<br>1 BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 47588 | $ 2,542,953.00 |

Reason: Proof of Claim asserts liability on the basis of an alleged breach of a partnership agreement between the claimants and ERS, but the parties have since settled the underlying dispute and the parties mutually released all claims against each other.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GARCIA SANTIAGO, IRIS<br>LCDA. NORMA I. CONCEPCION PENA<br>URB. BARALT, G-19 AVE. PRINCIPAL<br>FAJARDO, PR 00738 | 12/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168000^ | $ 75,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and KMART which is not part of the Title III proceedings.

^Claim #168000 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | LIONEL COLON-VAZQUEZ, ANGEL<br>1027 C/FLAMBOYANES<br>COTO LAUREL, PR 00780 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19140 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Dept. of Veteran Affairs which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MOJICA LOPEZ, AIXA<br>URB RIO GRANDE ESTATES<br>CC 10 CALLE 29<br>RIO GRANDE, PR 00745 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49783 | $ 500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico for property damage, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico in respect of that damage.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | RIACHUELO HOMEOWNERS ASSOCIATION INC<br>PO BOX 1718<br>TRUJILLO ALTO, PR 00977 | 11/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172732^ | $ 2,562.00* |

Reason: Proof of Claim fails to attach documentation supporting liability against the Commonwealth of Puerto Rico. Claim asserts liability related to Case 18-00266 which is not a Debtor within the Title III proceedings.

^Claim #172732 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | RIOS MIRANDA, CARMEN<br>HC 5 BOX 7491<br>YAUCO, PR 00698-9727 | 5/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36017 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against ERS or any other Title III Debtor.

### Three Hundred and Sixty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | RIVERA SANTIAGO, JOSE<br>PO BOX 7126<br>PONCE, PR 00732 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3519 | $ 500,000,000.00* |

Reason: Proof of Claim asserts liability on the basis of a class action suit in which the Commonwealth agreed to provide services and other non-monetary benefits to the plaintiff class but no monetary damages were awarded.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | RIVERA SUAREZ, NEYDA<br>PO BOX 33 6335<br>PONCE, PR 00733 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11561 | $ 2,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against ERS or any other Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | RIVERA VELEZ, ERIC<br>PROPIO DERECHO<br>INST CORRECCIONAL FASE III ANEXO A-9 3793<br>PONCE BY PASS<br>PONCE, PR 00728-1504 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5684 | $ 500,000,000.00* |

Reason: Proof of Claim asserts liability on the basis of a class action suit in which the Commonwealth agreed to provide services and other non-monetary benefits to the plaintiff class but no monetary damages were awarded.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ REYES, DENISE<br>274 CALLE URUGUAY APT 901<br>CONDOMINIO TORRE ALTA<br>SAN JUAN, PR 00917 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1267 | $ 1,569.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 06/01/2017. Additionally, Proof of Claim and supporting documentation also show liability between Claimant and FEMA which is not part of the Title III proceedings. Accordingly, claim should be disallowed in its entirety.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RUIZ RODRIGUEZ, ARQUELIO<br>PO BOX 7126<br>PONCE, PR 00732 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3683 | $ 500,000,000.00* |

Reason: Proof of Claim asserts liability on the basis of a class action suit in which the Commonwealth agreed to provide services and other non-monetary benefits to the plaintiff class but no monetary damages were awarded.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SANTANA ESQUILIN, REINALDO<br>BARRIO MAMEYAL<br>92 E CALLE EXT. KENNEDY<br>DORADO, PR 00646 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3795 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico for property damage, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico in respect of that damage.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Sixty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | SCOTIABANK DE PUERTO RICO<br>C/O SAM<br>P.O. BOX 362394<br>SAN JUAN, PR 00936-2394 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20886 | $ 1,855,380.59 |

Reason: Proof of claim purports to assert liabilities associated with a loan guaranty, but the claim and/or supporting documentation indicate the loan was possibly guaranteed by the Puerto Rico Development Fund and the Government Development Bank of Puerto Rico, which are not Title III Debtors, and so fail to provide any basis for asserting liabilities against the Commonwealth.

| | | | | | TOTAL | $ 1,504,598,252.66* |