<u>**ANEXO A**</u>

**Relación de reclamaciones objeto de la Tricentésima sexagésima tercera objeción global**

Tricentésima Sexagésima Tercera Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALLIED MANAGEMENT GROUP INC<br>128 AVE F D ROOSEVELT<br>SAN JUAN, PR 00919 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3941 | $ 41,606.00 |
| | Base para: El crédito fiscal de $22,316 y el crédito fiscal de $19,290 se aplicaron en ambos casos a la declaración de impuestos modificada de 2018. Ninguna parte del crédito reclamado en la Evidencia de reclamo está pendiente de pago. | | | | | |
| 2 | ALMODOVAR ACOSTA, LUIS A.<br>PALMAREJO I<br>CALLE MANUE NECO MARTINEZ<br>LAJAS, PR 00667 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 144109 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el ERS o algún otro Deudor al amparo del Título III. | | | | | |
| 3 | CINTRON MOLINA, WANDA IRIS<br>RR-4 BOX 26140<br>TOA ALTA, PR 00953 | 4/20/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177655^ | $ 41,980.00* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Nutribaby Food Market, Inc., que no es parte de los procedimientos al amparo del Título III.<br><br>^Reclamo n°. 177655 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 4 | COLON BETANCOURT, RAMONA<br>HC 02 BOX 15310<br>RIO GRANDE, PR 00745 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8335 | $ 7,400.00* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico por daños patrimoniales, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico en relación con dichos daños. | | | | | |
| 5 | COLON MORALES, JOSE A<br>SIERRA BAYAMON<br>68 1 CALLE 60<br>BAYAMON, PR 00961 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9765 | $ 4,802.07* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el ERS o algún otro Deudor al amparo del Título III. | | | | | |
| 6 | COSTAS-ELENA, LUIS P.<br>34 ORGUIDEA<br>URB SANTA MARIA<br>SAN JUAN, PR 00927 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10502 | $ 2,000.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico por daños patrimoniales, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico en relación con dichos daños. | | | | | |

## Tricentésima Sexagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COURAGE CREDIT OPPORTUNITIES OFFSHORE FUND III, L.P.<br>SEWARD & KISSEL LLP<br>ATTN: ROBERT J.GAYDA<br>1 BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 47588 | $ 2,542,953.00 |
| | Base para: La Evidencia de reclamo invoca una obligación fundada en un presunto incumplimiento de un acuerdo societario entre los demandantes y el ERS, pero desde entonces las partes han llegado a un acuerdo sobre la disputa subyacente y las partes se han eximido de responsabilidad mutua. | | | | | |
| 8 | GARCIA SANTIAGO, IRIS<br>LCDA. NORMA I. CONCEPCION PENA<br>URB. BARALT, G-19 AVE. PRINCIPAL<br>FAJARDO, PR 00738 | 12/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168000^ | $ 75,000.00* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y KMART, que no es parte de los procedimientos al amparo del Título III.<br><br>^Reclamo n°. 168000 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 9 | LIONEL COLON-VAZQUEZ, ANGEL<br>1027 C/FLAMBOYANES<br>COTO LAUREL, PR 00780 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19140 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. Asimismo, la Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Departamento de Asuntos de Veteranos, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 10 | MOJICA LOPEZ, AIXA<br>URB RIO GRANDE ESTATES<br>CC 10 CALLE 29<br>RIO GRANDE, PR 00745 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49783 | $ 500.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico por daños patrimoniales, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico en relación con dichos daños. | | | | | |
| 11 | RIACHUELO HOMEOWNERS ASSOCIATION INC<br>PO BOX 1718<br>TRUJILLO ALTO, PR 00977 | 11/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172732^ | $ 2,562.00* |
| | Base para: La Evidencia de reclamo no adjunta documentación que respalde la obligación invocada contra el Estado Libre Asociado de Puerto Rico. El reclamo invoca una obligación relacionada con el Caso 18-00266, que no es Deudor en los procedimientos al amparo del Título III.<br><br>^Reclamo n°. 172732 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | |
| 12 | RIOS MIRANDA, CARMEN<br>HC 5 BOX 7491<br>YAUCO, PR 00698-9727 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36017 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el ERS o algún otro Deudor al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Sexagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | RIVERA SANTIAGO, JOSE<br>PO BOX 7126<br>PONCE, PR 00732 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3519 | $ 500,000,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación fundada en una acción de clase en la cual el Estado Libre Asociado aceptó prestar servicios y otros beneficios no monetarios al demandante pero no se concedieron indemnizaciones por daños y perjuicios monetarios. | | | | | |
| 14 | RIVERA SUAREZ, NEYDA<br>PO BOX 33 6335<br>PONCE, PR 00733 | 4/30/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11561 | $ 2,500.00* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el ERS o algún otro Deudor al amparo del Título III. | | | | | |
| 15 | RIVERA VELEZ, ERIC<br>PROPIO DERECHO<br>INST CORRECCIONAL FASE III ANEXO A-9 3793<br>PONCE BY PASS<br>PONCE, PR 00728-1504 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5684 | $ 500,000,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación fundada en una acción de clase en la cual el Estado Libre Asociado aceptó prestar servicios y otros beneficios no monetarios al demandante pero no se concedieron indemnizaciones por daños y perjuicios monetarios. | | | | | |
| 16 | RODRIGUEZ REYES, DENISE<br>274 CALLE URUGUAY APT 901<br>CONDOMINIO TORRE ALTA<br>SAN JUAN, PR 00917 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1267 | $ 1,569.00 |
| | Base para: La Evidencia del reclamo invoca una obligación fundada en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado mediante un depósito directo de fecha 1° de junio de 2017. Asimismo, la Evidencia de reclamo y la documentación de respaldo también reflejan una obligación entre el Demandante y FEMA, que no es parte de los procedimientos al amparo del Título III. En consecuencia, el reclamo debe desestimarse por completo. | | | | | |
| 17 | RUIZ RODRIGUEZ, ARQUELIO<br>PO BOX 7126<br>PONCE, PR 00732 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3683 | $ 500,000,000.00* |
| | Base para: La Evidencia de reclamo invoca una obligación fundada en una acción de clase en la cual el Estado Libre Asociado aceptó prestar servicios y otros beneficios no monetarios al demandante pero no se concedieron indemnizaciones por daños y perjuicios monetarios. | | | | | |
| 18 | SANTANA ESQUILIN, REINALDO<br>BARRIO MAMEYAL<br>92 E CALLE EXT. KENNEDY<br>DORADO, PR 00646 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3795 | $ 20,000.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico por daños patrimoniales, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico en relación con dichos daños. | | | | | |

## Tricentésima Sexagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SCOTIABANK DE PUERTO RICO C/O SAM P.O. BOX 362394 SAN JUAN, PR 00936-2394 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20886 | $ 1,855,380.59 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con la garantía de un préstamo, pero el reclamo y/o la documentación de respaldo indican que el préstamo posiblemente estuvo garantizado por el Fondo para el Desarrollo de Puerto Rico y el Banco Gubernamental de Fomento de Puerto Rico, que no son Deudores al amparo del Título III y, por tanto, omiten proporcionar fundamentos para invocar las obligaciones contra el Estado Libre Asociado.

| | | | | | TOTAL | $ 1,504,598,252.66* |
|---|---|---|---|---|---|---|