# **EXHIBIT A**

**Schedule of Claims Subject to Three Hundred Eighty-Eighth Omnibus Objection**

## Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ACOCIADO DE P.R. (AEELA) CHARLES A. CUPRILL P.S.C. LAW OFFICES 356 CALLE FORTALEZA 2 FLOOR SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38890 | $ 153,340.85* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R CHARLES A. CUPRILL P.S.C. LAW OFFICES 356 CALLE FORTALEZA 2 FLOOR SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51457 | $ 252,740.49* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. 356 CALLE FORTALEZA 2 FLOOR SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99638 | $ 26,570,499.44 |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. CHARLES A. CUPRILL P.S.C. LAW OFFICES 356 CALLE FORTALEZA 2 FLOOR SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72169 | $ 17,397,441.18* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. (AEELA) CHARLES A. CUPRILL P.S.C. LAW OFFICES 356 CALLE FORTALEZA ST. 2ND FLOOR SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71222 | $ 153,340.85* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

### Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41482 | $ 153,340.85* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 7 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41485 | $ 17,397,441.18* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 8 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38846 | $ 252,740.49* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 9 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38860 | $ 1,701,304.00* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 10 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38870 | $ 2,044,792.64* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51476 | $ 1,800,184.65 |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo.  But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 38851 | $ 1,701,304.00* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo.  But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52157 | $ 2,044,792.64* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo.  But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51426 | $ 1,800,184.65 |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo.  But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72799 | $ 153,340.85* |

Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo.  But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets.

## Three Hundred and Eighty-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASSOCIADO DE PR<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2ND FLOOR<br>SAN JUAN, PR 00901 | 2/22/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 168183 | $ 2,108,592.00 |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| 17 | POC FOR ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52998 | $ 2,044,792.64* |
| | Reason: Proof of Claim seeks recovery for amounts allegedly owed to AEELA by the Commonwealth and/or ERS arising from the enactment of Act 106 and the transition to PayGo. But AEELA has identified no basis in either Act 106 or in other Puerto Rico law for its assertion of a claim against the Debtors in respect of either AEELA's or its employees' prior contributions to ERS, or in AEELA's alleged "share" in the sale of ERS assets. | | | | | |
| | | | | | TOTAL | $ 77,730,173.40* |