**ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima octogésima octava objeción global**

## Tricentésima Octogésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ACOCIADO DE P.R. (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38890 | $ 153,340.85* |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| 2 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 51457 | $ 252,740.49* |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| 3 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99638 | $ 26,570,499.44 |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| 4 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 72169 | $ 17,397,441.18* |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| 5 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA ST. 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 71222 | $ 153,340.85* |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |

## Tricentésima Octogésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41482 | $ 153,340.85* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41485 | $ 17,397,441.18* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38846 | $ 252,740.49* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38860 | $ 1,701,304.00* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38870 | $ 2,044,792.64* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

## Tricentésima Octogésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51476 | $ 1,800,184.65 |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 38851 | $ 1,701,304.00* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 52157 | $ 2,044,792.64* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 CALLE FORTALEZA 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 51426 | $ 1,800,184.65 |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR (AEELA)<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2 FLOOR<br>SAN JUAN, PR 00901 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 72799 | $ 153,340.85* |

Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo. Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empleados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Octogésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASSOCIADO DE PR<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA ST. 2ND FLOOR<br>SAN JUAN, PR 00901 | 2/22/2019 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 168183 | $ 2,108,592.00 |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo.  Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| 17 | POC FOR ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R.<br>CHARLES A. CUPRILL P.S.C. LAW OFFICES<br>356 CALLE FORTALEZA 2 FLOOR<br>SAN JUAN, PR 00901 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 52998 | $ 2,044,792.64* |
| | Base para: La Evidencia de reclamo busca recuperar sumas de dinero supuestamente adeudadas a AEELA por el Estado Libre Asociado y/o ERS como resultado de la sanción de la Ley 106 y la transición a PayGo.  Pero AEELA no ha identificado argumentos ya sea en la Ley 106 o en la legislación de Puerto Rico que fundamenten su reclamo contra los Deudores en relación con contribuciones anteriores de AEELA o sus empelados al ERS, o con la supuesta "proporción" de AEELA en la venta de activos de ERS. | | | | | |
| | | | | | TOTAL | $ 77,730,173.40* |