# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima sexagésima quinta objeción global**

Tricentésima Sexagésima Quinta Objeción Global

Anexo A - Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | RECLAMOS A SER RECLASIFICADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | GERENA LOZADA, AUDRY<br>P O BOX 9728<br>PLAZA CAROLINA ST<br>CAROLINA, PR 00988 | 171319^ | | | | | | |

Base para: El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $70,000.00. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $70,000.00.

^ Reclamo n°. 171319 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

Reclamo n°. 171319 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| 2 | HENSON BUSQUETS, VICTOR O<br>PO BOX 78<br>SAN SEBASTIAN, PR 00685 | 33429 | | | | | | |

Base para: El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $1,500,000. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $1,500,000.

| 3 | RODRIGUEZ VELAZQUEZ, IRIS O.<br>P.O. BOX 173<br>GURABO, PR 00778 | 159079^ | | | | | | |

Base para: Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $300,000.00. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $300,000.00.

^ Reclamo n°. 159079 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| 4 | SOCIEDAD ESPECIAL DE PLAZA HATO ARRIBA<br>PO BOX 3005<br>SAN SEBASTIAN, PR 00685 | 3319 | | | | | | |

Base para: Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $11,820.00. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $11,820.00.

| 5 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 31450 | | | | | | |

Base para: Los bienes enumerados en el reclamo se recibieron fuera del período de recepción de 20 días estipulado por 11 U.S.C. § 503(b)(9) y, por lo tanto, no tiene derecho a una prioridad administrativa. Además, el demandante reclamó un monto total de $404.66. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $404.66.

| | | | | TOTAL | $ 0.00 | TOTAL | | $ 0.00 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados