# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Sixty-Eighth Omnibus Objection**

## Three Hundred and Sixty-Eighth Omnibus Objection
### Exhibit A - Satisfied Claims

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON RIVERA, PAOLA<br>HC 5 BOX 6174<br>AGUAS BUENAS, PR 00703 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10025 | $ 1,309.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 2 | HAUCK, TODD<br>9306 LAKESIDE TRAIL<br>CHAMPLIN, MN 55316 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9269 | $ 5,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of unclaimed property. The records of the Department of Treasury show such claim has been fully satisfied, pursuant to check number 00142381 dated 05/03/2017. | | | | | |
| 3 | SEDA ARROYO, EDGARDO<br>#35299-054, USP.<br>FEDERAL CORRECTIONAL U.S.P.<br>P.O. BOX 33<br>TERRE HAUTE, IN 47808 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14364 | $ 8,629,632.29 |
| | Reason: Proof of Claim asserts liability on the basis of unclaimed property in the amount of $8,629,632.29. Claimant is asserting liability for the entire amount transferred to the OCIF instead of just the amount related to the creditor. Creditors portion of the amount transferred was $8,573.89. The amount due to the creditor was partially applied, in the amount of $6,125.12, to an unpaid tax debt. The balance due on account of the unclaimed property, in the amount of $2,448.77, was satisfied pursuant to check number 03324690, dated 10/20/2015. | | | | | |
| | | | | | TOTAL | $ 8,635,941.29 |