# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima sexagésima octava objeción global**

## Tricentésima Sexagésima Octava Objeción Global
### Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLON RIVERA, PAOLA<br>HC 5 BOX 6174<br>AGUAS BUENAS, PR 00703 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10025 | $ 1,309.00 |
| | Base para: La Evidencia del reclamo invoca una obligación fundada en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado mediante un depósito directo de fecha 1° de junio de 2017. | | | | | |
| 2 | HAUCK, TODD<br>9306 LAKESIDE TRAIL<br>CHAMPLIN, MN 55316 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9269 | $ 5,000.00 |
| | Base para: La Evidencia del reclamo invoca una obligación fundada en bienes no reclamados. Los registros del Departamento del Tesoro indican que dicho reclamo se pagó por completo, con cheque número 00142381 de fecha 3 de mayo de 2017. | | | | | |
| 3 | SEDA ARROYO, EDGARDO<br>#35299-054, USP.<br>FEDERAL CORRECTIONAL U.S.P.<br>P.O. BOX 33<br>TERRE HAUTE, IN 47808 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14364 | $ 8,629,632.29 |
| | Base para: La Evidencia del reclamo invoca una obligación fundada en bienes no reclamados por un monto de $8,629,632.29. El Demandante invoca una obligación por el importe total transferido a la OCIF, en lugar de invocarse el monto relacionado con el acreedor. La porción del monto transferido correspondiente a los acreedores era $8,573.89. El monto adeudado al acreedor se aplicó parcialmente, por valor de $6,125.12, a una deuda tributaria impaga. El saldo adeudado en razón de bienes no reclamados por $ 2,448.77 se pagó con cheque número 03324690, de fecha 20 de octubre de 2015. | | | | | |
| | | | | | TOTAL | $ 8,635,941.29 |