# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

### ORDER GRANTING THREE HUNDRED SIXTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

Upon the *Three Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* (the "Three Hundred Sixty-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated August 20, 2021, for entry of an order reducing the amount of certain claims filed against the Commonwealth, as more fully set forth in the Three Hundred Sixty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Sixty-Eighth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Sixty-Eighth Omnibus Objection.

Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Sixty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Three Hundred Sixty-Eighth Omnibus Objection (collectively, the "<u>Satisfied Claims</u>") have been satisfied; and the Court having determined that the relief sought in the Three Hundred Sixty-Eighth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Sixty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Three Hundred Sixty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Satisfied Claims are disallowed in their entirety; and it is further

      ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Satisfied Claims as expunged on the official claims registry in the Commonwealth Title III Case; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

      SO ORDERED.

Dated: _____

                                                _____
                                                Honorable Judge Laura Taylor Swain
                                                United States District Judge

# ANEXO D

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br> Deudores.[1] | PROMESA <br> Título III <br> Núm. 17 BK 3283-LTS <br> (Administrado Conjuntamente) <br><br> La presente radicación guarda relación con el ELA. |

**ORDEN POR LA QUE SE CONCEDE LA TRICENTÉSIMA SEXAGÉSIMA OCTAVA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SATISFECHAS**

Vista la *Tricentésima sexagésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones Satisfechas* (la "Tricentésima sexagésima octava objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico (el

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima sexagésima octava objeción global.

"ELA"), de fecha 20 de agosto de 2021, en la que se solicita que se dicte una orden que reduzca el monto de determinadas reclamaciones radicadas contra el ELA, según se expone con más detalle en la propia Tricentésima sexagésima octava objeción global y en los anexos justificativos de ella; y al tener el Tribunal jurisdicción para atender la Tricentésima sexagésima octava objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, artículo 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Tricentésima sexagésima octava objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Tricentésima sexagésima octava objeción global (conjuntamente, las "Reclamaciones Satisfechas") han sido satisfechas; y habiendo determinado el Tribunal que el remedio solicitado en la Tricentésima sexagésima octava objeción global redunda en el mejor interés del ELA, de y sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Tricentésima sexagésima octava objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

      SE ORDENA que SE CONCEDA la Tricentésima sexagésima octava objeción global, según se establece en el presente documento; además,

      SE ORDENA que se rechacen en su totalidad las Reclamaciones Satisfechas; asimismo,

2

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para designar las Reclamaciones Satisfechas como eliminadas del registro oficial de reclamaciones en el marco del Caso de Título III del ELA; y, por último,

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de la implementación, interpretación o ejecución de la presente Orden, o en relación con ella.

ASÍ SE ESTABLECE.

Fecha: _____

                                                  Su señoría, la juez Laura Taylor Swain
                                                  Juez de Distrito de los Estados Unidos (*United States District Judge*)