# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima septuagésima objeción global**

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O. BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 65176 | Indeterminado* | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O.BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72230^ | Indeterminado* |
| | | | | | | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O.BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72230-1 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 72230 incluido también en el Anexo A a la Objeción Global 383 por reclamos a ser desestimados | | | | | | | | | |
| 2 | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O. BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 65372 | Indeterminado* | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O.BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72230^ | Indeterminado* |
| | | | | | | BAEZ DIANA, CARMEN<br>P.M.B. 538<br>P.O.BOX 7105<br>PONCE, PR 00732 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72230-1 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 72230 incluido también en el Anexo A a la Objeción Global 383 por reclamos a ser desestimados | | | | | | | | | |
| 3 | BONILLA CANDELARIA, NORMA I<br>333 CALLE LICEO<br>MAYAGUEZ, PR 00680 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179305 | Indeterminado* | BONILLA CANDELARIA, NORMA I.<br>CALLE LICEO 333<br>SALUD<br>MAYAGUEZ, PR 00680 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179306 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 4 | COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | 07/02/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169500 | $ 17,827,609.00 | COOPERATIVE DE AHORRO Y CREDITO ABRAHAM ROSA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | 07/03/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169510 | $ 17,827,609.00 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CORDERO FRONTERA ARQUITECTOS PSC COND OLIMPO PLZ 1002 AVE MUNOZ RIVERA APT 203 SAN JUAN, PR 00927-5006 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 101804 | $ 7,335.19 | CORDERO & FRONTERA ARQUITECTOS PSC MARGARITA MILAGROS FRONTERA MUNOZ OLIMPO PLAZA SUITE 203 1002 AVE MUNOZ RIVERA SAN JUAN, PR 00927 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 106913 | $ 7,335.19* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 6 | CORTES OCASIO, JUAN J. URB LOS JARDINES 115 CALLE FLOR DELUZ GARROCHALES, PR 00652-9418 | 06/08/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179332 | Indeterminado* | CORTES OCASIO, JUAN J. URB. LOS JARDINES 115 CALLE FLOR DE LUZ GARROCHALES, PR 00652-9418 | 06/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 48233 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 7 | DEL VALLE GROUP SP HUMBERTO REYNOLDS DEL VALLE GROUP SP PO BOX 2319 TOA BAJA, PR 00951-2319 | 06/29/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 107011 | $ 20,431,559.71 | DEL VALLE GROUP C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/25/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 23419 | $ 21,303,925.86 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 8 | DIAZ GONZALEZ, ILIA I 159 GAVIOTA BRISAS DE CANOVANAS CANOVANAS, PR 00729 | 06/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179311 | $ 400.00* | DIAZ GONZALEZ, ILIA BRISAS DE CANOVANAS 159 CALLE GAVIOTA CANOVANAS, PR 00729-2975 | 06/30/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 100878 | $ 75,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | EV-LOP CORPORATION<br>EDIFICIO DEL PARQUE<br>218<br>CALLE DEL PARQUE<br>APT 3A<br>SAN JUAN, PR 00912 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179329^ | $ 50,120.96 | EV-LOP CORPORATION<br>EDIFICIO DEL PARQUE<br>218<br>CALLE DEL PARQUE<br>APT 3A<br>SAN JUAN, PR 00912 | 04/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7397 | $ 50,120.96 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br><br>^ Reclamo n°. 179329 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |
| 10 | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174406 | $ 2,303,553.55* | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/30/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174671 | $ 2,303,553.55* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 11 | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/29/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174407 | $ 2,303,553.55* | FINANCIAL GUARANTY INSURANCE COMPANY<br>DEREK M. DONNELLY<br>463 SEVENTH AVENUE<br>NEW YORK, NY 10018 | 07/30/20 | 19-BK-05523-LTS / El Autoridad de Edificios Públicos de Puerto Rico | 174671 | $ 2,303,553.55* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 12 | FONTANEZ RIVERA, JUANITA<br>HC 74 BOX 59651<br>NARANJITO, PR 00719 | 05/18/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179243^ | $ 40,000.00 | FONTANEZ RIVERA, JUANITA<br>HC-74 BOX 59651<br>NARANJITO, PR 00719 | 07/02/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 141626 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br><br>^ Reclamo n°. 179243 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | HERNANDEZ VELEZ, DANNETTE<br>URBANIZACION VILLA RITA CALLE 4 CASA D 17<br>SAN SEBASTIAN, PR 00685 | 06/21/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179407 | $ 140,000.00 | HERNANDEZ VELEZ, DANNETTE<br>URB. VILLA RITA<br>CALLE 4 CASA D-17<br>SAN SEBASTIAN, PR 00685 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 162784 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 14 | INMOBILIARIA Y DESARROLLADORA PUERTO RICO VS INC.<br>PARK ROYAL CLUB CALA 50<br>CLUB CALA DRIVE<br>HUMACAO, PR 00791 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 21382 | $ 644,434.98 | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC<br>PARK ROYAL CLUB CALA<br>50 CLUB CALA DRIVE<br>HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16878 | $ 175,121.00 |
| | | | | | | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC<br>PARK ROYAL CLUB CALA<br>50 CLUB CALA DRIVE<br>HUMACAO, PR 00791 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16878-1^ | $ 147,096.49 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 16878 -1 incluido también en el Anexo A a la Objeción Global 364 por reclamos a ser desestimados | | | | | | | | | |
| 15 | MEDINA SERRANO, ZOBEIDA<br>SUMIDERO<br>HC 01 BOX 8000<br>AGUAS BUENAS, PR 00703-9304 | 06/25/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179433^ | $ 40,000.00* | MEDINA SERRANO, ZOBEIDA<br>HC 1 BOX 8000<br>AGUAS BUENAS, PR 00703 | 06/25/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179428^ | $ 40,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 179433 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados<br>Reclamo n°. 179428 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | MORALES RAMOS, OMALIS<br>23401 CALLE LOPEZ<br>VEGAS I<br>CAYEY, PR 00736 | 06/03/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179325 | Indeterminado* | MORALES RAMOS, OMALIS<br>23401 CALLE LOPEZ<br>VEGAS I<br>CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 112507 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 17 | PEREZ DE JIMENEZ, CARMEN I<br>CALLE JUAN LINES<br>RAMOS # 110<br>URB. FRONTERAS<br>BAYAMON, PR 00961 | 06/10/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179378^ | Indeterminado* | PEREZ DE JIMENEZ, CARMEN I<br>CALLE JUAN LINES<br>RAMOS # 110<br>URB. FRONTERAS<br>BAYAMON, PR 00961 | 06/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179377^ | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br><br>^ Reclamo n°. 179378 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados<br>Reclamo n°. 179377 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados<br>Reclamo n°. 179377 incluido también en el Anexo A a la Objeción Global 375 por reclamos a ser desestimados | | | | | | | | | |
| 18 | RENTAS, RAFAEL<br>JOSEY RODRÍGUEZ TORRES<br>PMB 504 609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716 | 04/11/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 168440^ | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br><br>^ Reclamo n°. 168440 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |
| 19 | RIVERA CARDENALES, LILLIAM<br>HC -1 BOX 5614<br>OROCOVIS, PR 00720 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179328 | $ 125,000.00 | RIVERA CARDENALES, LILLIAM<br>HC 1 BOX 5614<br>OROCOVIS, PR 00720 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32283 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | RIVERA DOMINGUEZ, ELIZABETH<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 10698 | $ 86,910.03 | RIVERA DOMINGUEZ, ELIZABETH<br>BRISAS DE LOIZA<br>225 CALLE LIBRA<br>CANOVANAS, PR 00729-2987 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31275 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 21 | RODRIGUEZ RODRIGUEZ, FELIX<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161551^ | $ 876,575.76 | RODRIGUEZ RODRIGUEZ, FELIX<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151052 | $ 876,576.76 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 161551 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |
| 22 | RODRIGUEZ RODRIGUEZ, FELIX<br>P.O. BOX 1669<br>BAYAMON, PR 00960 | 07/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 163982 | $ 876,575.76 | RODRIGUEZ RODRIGUEZ, FELIX<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/13/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151052 | $ 876,576.76 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 23 | RODRIGUEZ SEVILLA, CARMELO<br>CALLE ISLA NENA AR-8<br>VILLA RICA<br>BAYAMON, PR 00959 | 06/15/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179350 | $ 38,829.07 | RODRIGUEZ SEVILLA, CARMELO<br>CALLE ISLA NENA AR-8<br>VILLA RICA<br>BAYAMON, PR 00959 | 05/25/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179348^ | $ 0.00 |
| | | | | | | RODRIGUEZ SEVILLA, CARMELO<br>CALLE ISLA NENA AR-8<br>VILLA RICA<br>BAYAMON, PR 00959 | 05/25/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179348-1 | $ 38,829.07 |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 179348 incluido también en el Anexo A a la Objeción Global 380 por reclamos a ser desestimados | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 24 | ROMAN MORALES, WILLIAM<br>INS. SABANA HOYOS 216<br>EDFI-2-SECSION-E CAMA-4<br>ARECIBO, PR 00688-1671 | 06/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179391^ | Indeterminado* | ROMAN MORALES, WILLIAM<br>INS SABANA HOYOS # 216<br>EDFI-2 SECSION-E CAMA-4<br>ARECIBO, PR 00688-1671 | 06/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179392^ | $ 800,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 179391 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados<br>Reclamo n°. 179392 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados | | | | | | | | | |
| 25 | ROSARIO TORRES, TERESA<br>H-C 05 BOX 5614<br>JUANA DIAZ, PR 00795 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179333 | $ 70,000.00 | ROSARIO TORRES, TERESA<br>HC-05 BOX 5614<br>JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 122786 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 26 | SANTANA BAEZ, ELIEZER<br>ROBERTO QUIÑONES LÓPEZ<br>INDUSTRIAL LUCHETTI<br>50 CARR 5 UNIT A-501<br>EDIF 3J<br>BAYAMON, PR 00960 | 03/15/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 2898 | $ 2,575,000.00* | SANTANA BAEZ, ELIEZER<br>50 CARRETERA 5 UNIT ANEXO 501<br>EDIFICIO 3-J<br>INDUSTRIAL LUCHETI<br>BAYAMON, PR 00961-7403 | 05/23/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 27884 | $ 2,575,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 27 | SERRANO QUINONES, MIGDONIA<br>URB. ESTANCIAS DEL GOLF<br>309 JUAN H. CINTRON<br>PONCE, PR 00730 | 06/19/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 86712^ | $ 7,280.00* | SERRANO QUINONES, MIGDONIA<br>309 CALLE JUAN H CINTRON<br>URB ESTANCIAS DEL GOLF CLUB<br>PONCE, PR 00730-0515 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 109523 | $ 3,640.00* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente.<br>^ Reclamo n°. 86712 también incluido en el Anexo A a la Objeción Global n° 347 por reclamos clasificados erróneamente | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Tricentésima Septuagésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 28 | SIERRA RIVERA, LISVETTE<br>HC -1 BOX 5614<br>OROCOVIS, PR 00720 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179326 | $ 125,000.00 | SIERRA RIVERA, LISVETTE<br>HC 1 BOX 5614<br>OROCOVIS, PR 00720 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 36919 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 29 | SIERRA RIVERA, SAMUEL<br>HC-1 BOX 5614<br>OROCOVIS, PR 00720 | 06/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179327 | $ 125,000.00 | SIERRA RIVERA, SAMUEL<br>HC 1 BOX 5614<br>OROCOVIS, PR 00720 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 37525 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 30 | TORRES TORRES, FELIPE<br>COND. MIRAMAR TOWER<br>APT. 12H<br>SAN JUAN, PR 00907 | 07/01/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179430 | $ 73,258.66 | TORRES TORRES, FELIPE<br>COND. MIRAMAR TOWER<br>CALLE HERNANDEZ # 721, APT. 12-H<br>SAN JUAN, PR 00907 | 05/16/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13922 | $ 146,517.32* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |
| 31 | VELEZ MATIENZO, MARY CELIA<br>PO BOX 153<br>LUQUILLO, PR 00773 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93601^ | Indeterminado* | VELEZ MATIENZO, MARY CELIA<br>P.O. BOX 153<br>LUQUILLO, PR 00773 | 07/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 120405^ | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | | | |

^ Reclamo n°. 93601 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 120405 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente
Reclamo n°. 120405 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados
Reclamo n°. 120405 incluido también en el Anexo A a la Objeción Global 376 por reclamos a ser parcialmente desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados