# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima septuagésima primera objeción global**

## Tricentésima Septuagésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGOSTO RODRIGUEZ, HILDA<br>HC-01 BOX 7017<br>AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179412 | $ 60,000.00* | AGOSTO RODRIGUEZ, HILDA<br>HC-01 BOX 7017<br>AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179399 | $ 60,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 04/11/19 | 17 BK 03284-LTS / Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 168446 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |

Base para: Obligación duplicada presentada contra la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ<br>609 AVE CASTRO, STE 102<br>PONCE, PR 00716 | 08/11/19 | 17 BK 03284-LTS / Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 170128 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |

Base para: Obligación duplicada presentada contra la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ TORRES,ESQ.<br>609 AVE TITO CASTRO SUITE 102, PMB504<br>PONCE, PR 00716 | 08/12/19 | 17 BK 03284-LTS / Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 170129 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |

Base para: Obligación duplicada presentada contra la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Septuagésima Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | RENTAS, RAFAEL JOSEY A. RODRIGUEZ, ESQ. PO BOX 310121 MIAMI, FL 33231 | 08/18/19 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 170241^ | $ 1,000.00 | RENTAS, RAFAEL 4844 CALLE LANCEODA PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

^ Reclamo n°. 170241 incluido también en el Anexo A a la Objeción Global 374 por reclamos a ser desestimados

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | RENTAS, RAFEAL JOSEY A. RODRIGUEZ, ESQ P.O. BOX 310121 MIAMI, FL 33231 | 08/18/19 | 17 BK 03284-LTS / Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | 170238 | $ 1,000.00* | RENTAS, RAFAEL 4844 CALLE LANCEODA PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |

Base para: Obligación duplicada presentada contra la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA) como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ RODRIGUEZ, LAURA P.O. BOX 303 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179408 | $ 50,000.00* | RODRIGUEZ RODRIGUEZ, LAURA P.O. BOX 303 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179409 | $ 50,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | SERRANO COLON, LUZ DIVINA P.O. BOX 439 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179411 | $ 60,000.00* | SERRANO COLON, LUZ DIVINA PO BOX 439 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179410 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.