## ANEXO A

**Relación de reclamaciones objeto de la Tricentésima septuagésima tercera objeción global**

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDINO AYALA, CARLOS A.<br>K-7 #10<br>GUAYNABO, PR 00969 | 6/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50095 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | APONTE REYES, CARMEN DEL R<br>URB VISTA DEL SOL #A-5<br>COAMO, PR 00769 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 102765 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ASTACIO SEPULVEDA, GLORIMAR<br>URB SANTA TERESITA<br>5021 CALLE SAN PEDRO<br>PONCE, PR 00730 | 7/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 165231 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BAEZ FONTANEZ, CARMEN IRIS<br>20 LAKEVIEW ESTATES<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151465 | $ 22,474.51 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BÁEZ FONTÁNEZ, CARMEN IRIS<br>20 LAKEVIEW<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90175 | $ 22,484.53 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

## Tricentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | BERMUDEZ BURGOS, ROBERTO MANUEL<br>URB. JARD. DE MONTE OLIVO<br>CALLE HERA #8<br>GUAYAMA, PR 00784 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77101 | $ 24,212.94 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 7 | BRITO LEBRON, MILDRED<br>#22<br>YABUCOA, PR 00767 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157248 | $ 26,282.09 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 8 | CARDENALES MATOS, JORGE<br>COM ROBLES PARC RABANAL #129<br>PARC RABANAL 129 BO ROBLES<br>AIBONITO, PR 00705 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6606 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 9 | COLLADO VELEZ, ALICE N.<br>PO BOX 856<br>LAJAS, PR 00667 | 6/12/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 162404 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 10 | CRESPO MAISONET, JOSE D<br>ALTURAS DE MAYAGUEZ<br>1112 CALLE UROYAN<br>MAYAGUEZ, PR 00682 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61755 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | CRESPO MAISONET, JOSE D.<br>CALLE UROYAN 1112<br>ALTURAS DE MAYAGUEZ<br>MAYAGUEZ, PR 00682 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58930 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 12 | CRESPO MAYSONET, JOSE D.<br>ALTURAS DE MAYAGUEZ<br>1112 CALLE UROYAN<br>MAYAGUEZ, PR 00682 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 49727 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 13 | CRUZ TORO, AURORA<br>HH-8 35<br>PONCE, PR 00728 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84623 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 14 | CUBANO GONZALEZ, LUISA<br>P.O. BOX 878<br>SABANA HOYO, PR 00688-0878 | 6/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34243 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | DE JESUS TORRES, MARCELINO<br>EXT JARDINES DE COAMO<br>Q9 CALLE 10<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161703 | $ 2,573.51 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 16 | FERRER TORRES, LUIS ALFREDO<br>P.O. BOX 335014<br>PONCE, PR 00733-5014 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60796 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 17 | GALARZA DIAZ, NESTOR L<br>EDIF. 257 # C1<br>DOS HERMANOS<br>SANTURCE, PR 00907 | 6/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 64527 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 18 | GONZALEZ VELAZQUEZ, EVELYN J<br>URB SANTA CLARA<br>H-7 CALLE ANAMU<br>GUAYNABO, PR 00969 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79072 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | GUADALUPE RAMOS, WANDA<br>400 COND. TORRES DE CAROLINA<br>APTO. 508<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 78899 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | HERNANDEZ MOJICA, GLORIBEL<br>LOS PRADOS<br>CALLE TULIPANES G-23-241<br>CAGUAS, PR 00727 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 120981 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | IRIZARRY GONZÁLEZ, MARISOL<br>COND. MAYAGUEZ COURT 137<br>APT. 105 CALLE MAYAGUEZ<br>SAN JUAN, PR 00917-5127 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22402 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | JIMENEZ VALLE, BETZAIDA<br>CONDOMINIO MONTE VERDE II<br>APT 51 CARR 838<br>GUAYNABO, PR 00969 | 6/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63020 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | LOPEZ FERNONDEZ, LUZ AIDA<br>APARTADO 5555<br>SAN JUST., PR 00978 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111694 | $ 9,353.06 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOPEZ LOPEZ, GUADALUPE<br>PO BOX 141<br>BARRANQUITAS, PR 00794 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 85312 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LOPEZ VELEZ, MIGDALIA<br>PO BOX 156<br>HATILLO, PR 00659 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 152648 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MALAVE RIVERA, SHEILA<br>HC 44 BOX 12815<br>CAYEY, PR 00736 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106047 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MALDONADO DIAZ, JAVIER<br>SECTOR PONDEROSA<br>811 CALLE LAREDO<br>PONCE, PR 00730 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4827 | $ 230.97 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

Tricentésima Septuagésima Tercera Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | MARRERO NEVAREZ, MAYRA<br>16 CALLE GERADO MARTINEZ LAS GRANJAS<br>VEGA BAJA, PR 00693 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 57348 | $ 26,679.77 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MELENDEZ VAZQUEZ, WANDA<br>HC 01 BOX 6045<br>OROCOVIS, PR 00720-9265 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 99121 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MOLINA BERRIOS, YANIRA<br>RR-5 BOX 7936<br>BAYAMON, PR 00956 | 7/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146496 | $ 5,069.33 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MORALES OLMEDA, LOURDES<br>URB PASEO COSTA<br>BOX 235 CALLE 6<br>AGUIRRE, PR 00704-2860 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6068 | $ 786.16 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | NEGRON RESTO, EISET<br>3360 FOREST GROVE CT NW<br>ACWORTH, GA 30101 | 8/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 156908 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | OQUENDO VAZQUEZ, GERSON<br>URB SAN MARTIN<br>28 CESAR CONCEPCION<br>CAYEY, PR 00736 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 97517 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | OTERO VAZQUEZ, LUIS O.<br>PO BOX 8910<br>PONCE, PR 00732-8910 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138899 | $ 34,522.40 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | PAGAN PIMENTEL, EVA N.<br>J 474 C/10 URB. ALTURAS DE RIO GRANDE<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 133285 | $ 275.80 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | PEREZ PILLOT, VICTOR R<br>COND PLAZA REAL CAPARR<br>187 CARR. 2<br>APT 511<br>GUAYNABO, PR 00966 | 5/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14228 | $ 27,949.58 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | PEREZ PILLOT, VICTOR R<br>COND PLAZA REAL CAPARR<br>APT 511<br>GUAYNABO, PR 00966 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 18951 | $ 27,949.58 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | QUINONES VELAZQUEZ, FELICITA<br>434 CARACOLES 2<br>PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121621 | $ 22,216.72 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | RESTO CAMACHO, CARMEN ROSA<br>AR-8 CALLE 37 REPARTO TERESITA<br>BAYAMON, PR 00961 | 10/9/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171616 | $ 81.16 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | RIVERA RAMOS, JULIA E<br>URB. BOSQUE VERDE<br>#23 CALLE CISNE<br>CAGUAS, PR 00727 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23080 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMACIÓN | MONTO |
|---|---|---|---|---|---|---|
| 41 | RIVERA RAMOS, JULIA E.<br>URB. BOSQUE VERDE 23<br>CALLE CISNE<br>CAGUAS, PR 00727 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 62754 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMACIÓN | MONTO |
|---|---|---|---|---|---|---|
| 42 | RIVERA RODRIGUEZ, JUAN B.<br>PO BOX 2552<br>COAMO, PR 00769 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 98014 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMACIÓN | MONTO |
|---|---|---|---|---|---|---|
| 43 | RIVERA SANTIAGO, LEGNA E<br>URB SYLVIA<br>CALLE 6 D-41<br>COROZAL, PR 00783 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127137 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMACIÓN | MONTO |
|---|---|---|---|---|---|---|
| 44 | RODRIGUEZ DIAZ, MARIBEL<br>URB. LOS ROBLES<br>CALLE 3, D-31<br>GURABO, PR 00778 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32763 | $ 32,603.03 |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 45 RODRIGUEZ GARCIA, WANDA E<br>URB BAIROA PARK<br>2J13 CALLE CELESTINO SOLA<br>CAGUAS, PR 00725-1105 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 96890 | $ 0.00 |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 46 RODRIGUEZ GUZMAN, MILAGROS<br>2574 CALLE COLOSO<br>PONCE, PR 00717 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 142514 | $ 0.00 |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 47 RODRIGUEZ NIEVES, DAISY<br>#1172 VERONA<br>URB VILLA CAPRI<br>SAN JUAN, PR 00924 | 5/16/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11550 | $ 32,375.35 |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 48 RODRIGUEZ ROSINO, HILDA<br>PO BOX 1958<br>AIBONITO, PR 00705 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 131219 | $ 0.00 |
| Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | RODRIGUEZ SUAREZ, ENRIQUE<br>URB VILLA CAROLINA<br>CALLE 48 BLOQUE 59#8<br>CAROLINA, PR 00985 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11814 | $ 83,494.96 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA) y el Sistema de Retiro de la Universidad de Puerto Rico, que no son parte de los procedimientos al amparo del Título III. | | | | | |
| 50 | ROQUE MEDINA, MARIA V.<br>#6 K. BROOKLYN<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 118303 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 51 | ROSADO PACHECO, ANA M<br>2551 TENERIFE - VILLA DEL CARMEN<br>PONCE, PR 00716 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110250 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 52 | ROSADO PACHECO, ANA M<br>2551-TENERIFE-VILLADEL CARMEN<br>PONCE, PR 00716 | 6/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86282 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |
| 53 | RUIZ RODRIGUEZ, VALENTIN<br>HC 09 BOX 1708<br>PONCE, PR 00731 | 7/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 160322 | $ 0.00 |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.<br>Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren. | | | | | |

## Tricentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 54 | SANTIAGO RIVERA, LISANDRA<br>P.O. BOX 244<br>PENUELAS, PR 00624 | 6/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50237 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | SANTIAGO RIVERA, LISANDRA<br>PO BOX 244<br>PENUELAS, PR 00624 | 6/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55766 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | SANTIAGO RIVERA, LUIS A.<br>PO BOX 957<br>AIBONITO, PR 00705 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 156204 | $ 0.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | SANTIAGO SANTANA, JANICE<br>URB. LEVI HOWN CALLE MAGDA F-14<br>4 SECCION<br>TOA BAJA, PR 00949 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149129 | $ 15,547.33 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | SANTIAGO, AMARRELLI ALVARADO<br>CALLE AMBAR VALLE CERRO GORDO<br>BAYAMON, PR 00957 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157527 | $ 16,775.95 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA.   Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

Tricentésima Septuagésima Tercera Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | TORRES DIAZ, GRISEL MARIE<br>P.O BOX 1234<br>MAUNABO, PR 00707 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63113 | $ 1,907.71 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | TORRES TORRES, FELIPE<br>COND. MIRAMAR TOWER<br>CALLE HERNANDEZ #721 APT. 12-H<br>SAN JUAN, PR 00907 | 6/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31368 | $ 67,572.20 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados del ELA (AEELA), que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | |
|---|---|---|
| | TOTAL | $ 503,418.64 |