# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES LLC, as Servicer for the GDB Debt Recovery Authority and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, NATIONAL PUBLIC FINANCE GUARANTEE | Adv. Pro. No. 21-00068-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CORPORATION, PEAJE INVESTMENTS LLC, and THE
BANK OF NEW YORK MELLON as Fiscal Agent,

Defendants.

## URGENT UNOPPOSED MOTION OF THE MOVING DEFENDANTS FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT

To the Honorable United States District Judge Laura Taylor Swain:

The Moving Defendants[2] hereby file this urgent motion (the "**Urgent Motion**") requesting entry of an order, substantially in the form attached hereto as **Exhibit A**, allowing the Bondholder Defendants to file a single joint and consolidated motion to dismiss brief **of no more than fifty (50) pages**, in excess of the thirty five (35) page limit set forth in the *Fifteenth Amended Notice, Case Management and Administrative Procedures* (ECF No. 17127-1 in Case No. 17-3283, the "**Case Management Procedures**"). In support of this Urgent Motion, the Moving Defendants respectfully state as follows:

### JURISDICTION AND VENUE

1. The United States District Court for the District of Puerto Rico has subject-matter jurisdiction over this matter pursuant to Section 306(a) of PROMESA.

2. Venue is proper pursuant to Section 307(a) of PROMESA.

---

[2] "**Moving Defendants**" means Assured Guaranty Corp. ("**AGC**"), Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together with AGC, "**Assured**"), National Public Finance Guarantee Corp. ("**National**"), Ambac Assurance Corporation ("**Ambac**"), Financial Guaranty Insurance Company ("**FGIC**"), The Bank of New York Mellon ("**BNYM**"), as Fiscal Agent, and Peaje Investments LLC ("**Peaje**"). "**Plaintiffs**" or "**DRA Parties**" refers to AmeriNational Community Services LLC and Cantor-Katz Collateral Monitor. "**HTA**" means the Puerto Rico Highway and Transportation Authority and the "**Commonwealth**" means the Commonwealth of Puerto Rico. Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Complaint.

## BACKGROUND

3. On June 26, 2021, the DRA Parties filed their complaint (the "**Complaint**") in this adversary proceeding. (ECF No. 1).

4. On July 27, 2021, this Court issued the *Order on Joint Status Report* (the "**Scheduling Order**") directing the Moving Defendants "to answer or move with respect to the Complaint" by August 26, 2021. (ECF No. 25).

5. In accordance with the Scheduling Order, on or before August 26, 2021, the Moving Defendants intend to file a motion to dismiss the Complaint.

## BASIS FOR RELIEF REQUESTED

6. The Moving Defendants respectfully request that they be allowed to exceed the thirty-five (35) page limit set forth in Section I.E of the Case Management Procedures for motions and instead be allowed to file one joint motion to dismiss of no more than fifty (50) pages, exclusive of the cover page, tables of contents and authorities, signature pages, exhibits, certificate of service, and other required certifications.

7. The Moving Defendants are working cooperatively and efficiently to submit a joint memorandum supporting the anticipated motion to dismiss. The Moving Defendants respectfully submit that, to adequately address all claims made in the Complaint in one joint memorandum they will require more than the thirty-five (35) pages permitted in the Case Management Procedures. The joint memorandum of law will include arguments from up to seven Defendants. The Moving Defendants need additional pages to ensure they can include in one memorandum of law all of the arguments that each Moving Defendant intends to raise.

8. Had the Moving Defendants filed individual motions to dismiss, they would each be entitled to thirty-five (35) pages as permitted under the Case Management Procedures for a total

of as many as two-hundred and forty-five (245) pages. By endeavoring to synthesize their briefing into one consolidated motion to dismiss, the Moving Defendants will be able to substantially reduce the total amount of briefing before this Court and promote judicial economy and efficiency.

9. The Moving Defendants further submit that, given the overall importance of this proceeding, it is critical and necessary that the Court be fully briefed on all issues to be included in the Motion to Dismiss. Thus, the requested extension—which amounts to substantially fewer pages than the Moving Defendants would be entitled to if they each filed separate motions to dismiss—is crucial to ensure that the Court is fully briefed on all issues.

10. Accordingly, the Moving Defendants respectfully request authorization to file a joint motion to dismiss of no more than fifty (50) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, certificate of service, and other required certifications. The Moving Defendants submit that this request is reasonable and appropriate in light of the circumstances described above.

## NOTICE

11. Notice of this Urgent Motion has been provided to the following entities, or their counsel, if known: (i) the U.S. Trustee; (ii) the Office of the U.S. Attorney for the District of Puerto Rico; (iii) AAFAF; (iv) FOMB; (v) the Committee; (vi) the Official Committee of Retired Employees of the Commonwealth of Puerto Rico; (vii) the insurers of the bonds issued or guaranteed by the Debtors; (viii) certain *ad hoc* groups of holders of bonds issued or guaranteed by the Debtors; and (ix) all parties that have filed a notice of appearance in the above-captioned Title III cases.

**CERTIFICATION**

12. In accordance with Section I.H. of the Case Management Procedures, the undersigned counsel certify that they have carefully examined the matter and concluded that there is a true need for the Urgent Motion; have not created the urgency through any lack of due diligence; and have made reasonable, good-faith efforts to resolve the issues that are being brought to the Court with counsel for FOMB, AAFAF, and the DRA Parties. FOMB, AAFAF, and the DRA Parties indicated that they did not object to the relief requested in this Urgent Motion.

**NO PRIOR REQUEST**

13. No prior request for the relief requested herein has been made by the Moving Defendants to this or to any other court.

WHEREFORE, the Moving Defendants respectfully request that this Court enter an order substantially in the form attached hereto as **Exhibit A** granting the relief requested herein and granting such other relief as this Court deems just and proper.

Dated: August 20, 2021
New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail: hburgos@cabprlaw.com
             rcasellas@cabprlaw.com
             dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email: howard.hawkins@cwt.com
            mark.ellenberg@cwt.com
            bill.natbony@cwt.com
            thomas.curtin@cwt.com
            casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

-7-

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ *Eric Perez-Ochoa*<br>ERIC PÉREZ-OCHOA<br>USDC-PR No. 206,314<br>E-mail:  epo@amgprlaw.com<br><br>By: */s/Luis A. Oliver-Fraticelli*<br>LUIS A. OLIVER-FRATICELLI<br>USDC-PR NO. 209,204<br>E-mail:  loliver@amgprlaw.com<br><br>208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Tel.:    (787) 756-9000<br>Fax:    (787) 756-9010<br><br>*Counsel for National Public Finance Guarantee Corp.* | By: /s/ *Robert Berezin*<br>MARCIA GOLDSTEIN*<br>JONATHAN POLKES*<br>GREGORY SILBERT*<br>ROBERT BEREZIN*<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel.:    (212) 310-8000<br>Fax:    (212) 310-8007<br>Email:  marcia.goldstein@weil.com<br>          jonathan.polkes@weil.com<br>          gregory.silbert@weil.com<br>          robert.berezin@weil.com<br><br>*admitted pro hac vice*<br><br>*Counsel for National Public Finance Guarantee Corp.* |

-8-

| FERRAIUOLI LLC | MILBANK LLP |
|---|---|
| By: */s/ Roberto Cámara-Fuertes*<br>ROBERTO CÁMARA-FUERTES<br>USDC-PR NO. 219,002<br>E-mail: rcamara@ferraiuoli.com<br><br>By: */s/ Sonia Colón*<br>SONIA COLÓN<br>USDC-PR NO. 213809<br>E-mail: scolon@ferraiuoli.com<br><br>221 Ponce de Leon Ave., 5th Floor<br>San Juan, PR 00917<br>Tel.: (787) 766-7000<br>Fax: (787) 766-7001<br><br>*Counsel for Ambac Assurance Corporation* | By: */s/ Atara Miller*<br>DENNIS F. DUNNE*<br>ATARA MILLER*<br>GRANT R. MAINLAND*<br>JOHN J. HUGHES*<br>55 Hudson Yards<br>New York, New York 10001<br>Tel.: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br><br>*admitted pro hac vice*<br><br>*Counsel for Ambac Assurance Corporation* |

ARENT FOX LLP

By: /s/ *David L. Dubrow*
    DAVID L. DUBROW*
    MARK A. ANGELOV*
    1301 Avenue of the Americas
    New York, New York 10019
    Tel.:    (212) 484-3900
    Fax:    (212) 484-3990
    Email:    david.dubrow@arentfox.com
                mark.angelov@arentfox.com

By: /s/ *Randall A. Brater*
    RANDALL A. BRATER*
    1717 K Street, NW
    Washington, DC 20006
    Tel.:    (202) 857-6000
    Fax:    (202) 857-6395
    Email:    randall.brater@arentfox.com

*admitted pro hac vice

*Counsel for Ambac Assurance Corporation*

| REXACH & PICÓ, CSP | BUTLER SNOW LLP |
|---|---|
| By: */s/ María E. Picó* | By: */s/ Martin A. Sosland* |
| María E. Picó | Martin A. Sosland* |
| USDC-PR 123214 | 2911 Turtle Creek Blvd., Suite 1400 |
| 802 Ave. Fernández Juncos | Dallas, TX 75219 |
| San Juan PR 00907-4315 | Telephone: (469) 680-5502 |
| Telephone: (787) 723-8520 | Facsimile: (469) 680-5501 |
| Facsimile: (787) 724-7844 | E-mail: martin.sosland@butlersnow.com |
| E-mail: mpico@rexachpico.com | |
| | James E. Bailey III* |
| *Attorney for Financial Guaranty Insurance Company* | Adam M. Langley* |
| | 6075 Poplar Ave., Suite 500 |
| | Memphis, TN 38119 |
| | Telephone: (901) 680-7200 |
| | Facsimile: (901) 680-7201 |
| | Email: jeb.bailey@butlersnow.com |
| | adam.langley@butlersnow.com |
| | |
| | *Admitted pro hac vice* |
| | |
| | *Attorneys for Financial Guaranty Insurance Company* |

-11-

| | |
|---|---|
| SEPULVADO, MALDONADO & COURET | REED SMITH LLP |
| By: */s/ Albéniz Couret Fuentes*<br>Albéniz Couret Fuentes<br>USDC-PR 222207<br>304 Ponce de León Ave. Suite 990<br>San Juan PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073<br>E-mail: acouret@smclawpr.com<br><br>*Attorney for The Bank of New York Mellon, as Fiscal Agent* | By: */s/ Jared S. Roach*<br>Luke A. Sizemore*<br>Jared S. Roach*<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>E-mail: lsizemore@reedsmith.com<br>jroach@reedsmith.com<br><br>**Admitted pro hac vice*<br><br>*Attorneys for The Bank of New York Mellon, as Fiscal Agent* |

| | |
|---|---|
| MONSERRATE SIMONET & GIERBOLINI, LLC | DECHERT LLP |
| /s/ *Dora L. Monserrate Peñagarícano* | /s/ *Allan S. Brilliant* |
| Dora L. Monserrate-Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Yehuda Goor (*pro hac vice*) |
| Fernando J. Gierbolini-González | 1095 Avenue of the Americas |
| USDC-PR No. 211901 | New York, New York 10036 |
| Richard J. Schell | Tel: (212) 698-3500 |
| USDC-PR No. 305811 | Fax: (212) 698-3599 |
| 101 San Patricio Avenue | |
| Maramar Plaza, Suite 1120 | -and- |
| Guaynabo, Puerto Rico 00968 | |
| Phone: (787) 620-5300 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Fax: (787) 620-5305 | 90 State House Square |
| | Hartford, Connecticut 06103 |
| *Attorneys for Peaje Investments LLC* | Tel: (860) 524-3960 |
| | Fax: (860) 524-3930 |
| | -and- |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |
| | Tel: (215) 994-2521 |
| | Fax: (215) 994-2222 |
| | *Attorneys for Peaje Investments LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 20th day of August, 2021.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice