**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Matthew Gonzalez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 338th Omni Service List attached hereto as **Exhibit A**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims (ECF No. 17103) [Docket No. 17674]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the 339th Omni Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Presentment of Proposed Order Granting the Three Hundred Thirty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Subsequently Amended Claims (ECF No. 17086) [Docket No. 17663]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 342nd Omni Service List attached hereto as **Exhibit C**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor (ECF No. 17088) [Docket No. 17664]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the 343rd Omni Service List attached hereto as **Exhibit D**, and (2) via email on the 343rd Omni Email Service List attached hereto as **Exhibit E**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members (ECF No. 17107) [Docket No. 17665]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 344th Omni Service List attached hereto as **Exhibit F**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Fourth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it is Not Liable (ECF No. 17089) [Docket No. 17666]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the 346th Omni Service List attached hereto as **Exhibit G**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims (ECF No. 17090) [Docket No. 17667]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 348th Omni Service List attached hereto as **Exhibit H**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified and Overstated Claims (ECF No. 17091) [Docket No. 17668]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 353rd Omni Service List attached hereto as **Exhibit I**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Fifty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate, Deficient, and No Liability Bond Claims (ECF No. 17100) [Docket No. 17669]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the 354th Omni Service List attached hereto as **Exhibit J**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partial No Liability Bond Claims (ECF No. 17095) [Docket No. 17670]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 356th Omni Service List attached hereto as **Exhibit K**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partial Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims (ECF No. 17097) [Docket No. 17671]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 358th Omni Service List attached hereto as **Exhibit L**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Fifty-Eighth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Deficient Claims (ECF No. 17098) [Docket No. 17672]

On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 359th Omni Service List attached hereto as **Exhibit M**:

- Notice of Presentment of Proposed Order Granting the Three Hundred Fifty-Ninth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicate Liabilities (ECF No. 17099) [Docket No. 17673]

Dated: August 9, 2021

*/s/ Matthew Gonzalez*
Matthew Gonzalez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 9, 2021, by Matthew Gonzalez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 55637

**<u>Exhibit A</u>**

Exhibit A

338th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1426408 | AMERICAN EXPRESS COMPANY | P O BOX 53860 | AZ 24 02 19 | | | PHOENIX | AZ | 85072 | | First Class Mail |
| 1426408 | AMERICAN EXPRESS COMPANY | PAULA MARIE PETERSON | FINANCE MANAGER, US UNCLAIMED PROPERTY | 18850 N. 56TH STREET, MAIL CODE 24-02-19 | | PHOENIX | AZ | 85054 | paula.m.peterson@aexp.com | First Class Mail and Email |
| 1978453 | ROSA FONTANEZ, PABLO | HC 6 BOX 14109 | | | | COROZAL | PR | 00783 | | First Class Mail |
| 1479281 | Tamrio, Inc. | c/o Jose F. Cardona Jimenez, Esq | PO Box 9023593 | | | San Juan | PR | 00902-3593 | jf@cardonalaw.com | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

339th Omni Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 2193019 | Adirondack Holdings I LLC | Brian M. Dick Biascoechea | Authorized Signatory | 403, 12 de Octubre St., Urb. El Vedado | | San Juan | PR | 00918 | bmd@cordovadick.com |
| 2193019 | Adirondack Holdings I LLC | Ropes & Gray LLC | Leigh R. Fraser | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | leigh.fraser@ropesgray.com |
| 1914229 | JLG Consulting Engineering, P.S.C. | Eugene F. Hestres Velez, Esq. | Bird Bird & Hestres, P.S.C. | PO Box 9024040 | | San Juan | PR | 00902-4040 | ehestres@bbh-law.com |
| 2197335 | Leon Candelario, Mirza I | 2131 Colina St. St. Valle Alto | | | | Ponce | PR | 00730-4127 | mirzalevin360@gmail.com |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C

342nd Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 1478120 | Colon, Gloria E | PO Box 370596 | | Cayey | PR | 00737-0596 | | First Class Mail |
| 1580393 | Ibanez Hernandez, Hector M. | P.O. Box 1467 | | Moca | PR | 00670 | molibanez@yahoo.com | First Class Mail and Email |
| 1996032 | Roman Martinez, Nayde I. | 205-11 Santane | | Arecibo | PR | 00612 | nayderoman@hotmail.com | First Class Mail and Email |
| 1730719 | Sostie Leyz, William M. | 611 Calle Robles | Urb Canas Housing | Ponce | PR | 00728 | | First Class Mail |

**<u>Exhibit D</u>**

# Exhibit D

343rd Omni Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1735514 | ACEVEDO ACEVEDO, DEBORAH | PALMAS DE MONTEBELLO | APTO 401 | | TRUJILLO ALTO | PR | 00976 |
| 1957630 | Alvarez Echeandia, Karem M. | 1 Cond. Jard. San Fco Apt. 411 | | | San Juan | PR | 00927 |
| 1860626 | Arroyo Camacho, Evelyn | HC 3 Box 9866 | | | Penuelas | PR | 00624 |
| 1764061 | Castro Romero, Jose V. | Box 1108 Calle Maguie Gonz # 35 | | | Moca | PR | 00676-1108 |
| 1778060 | CINTRON ORTIZ, JUANA  J | URB QUINTAS DE CABO ROJO | 201 CALLE CANARIO | | CABO ROJO | PR | 00623-4232 |
| 2061369 | Colon Cintron, Hector M. | Urb. Brisas del Prado | Buzon 2008 | | Santa Isabel | PR | 00757 |
| 1677489 | CORCHADO, ERIC LOPEZ | URB. LAS TERRENAS | 156 CALLE CORALINA | | VEGA BAJA | PR | 00693-8907 |
| 2106939 | Cruz Morales, Evaristo | Urb. El Cerezal Calle Guadiana 1608 | | | San Juan | PR | 00926 |
| 1715141 | Diaz Garcia, Nayda E. | CALLE 14 B 14 URB SANTA RITA | | | VEGA ALTA | PR | 00692 |
| 1987801 | DOMINGUEZ CALDERON, JACQUELINE | COND TORRES ANDALUCIA | TORRE 1 APT 911 | | SAN JUAN | PR | 00926 |
| 1753648 | DURAN COLLADO, GRACE | CALLE 15 #601 | PARCELAS HILL BROTHERS | | SAN JUAN | PR | 00924 |
| 1761729 | Feliciano Perez, Daniel | HC 59 Box 6805 | | | Aguada | PR | 00602 |
| 2107554 | FEMANDEZ MALDONADO, NEREIDA | PO BOX 2234 | | | VEGA BAJA | PR | 00694-2234 |
| 1635754 | GARABITO DIAZ, KARMY JEANNETTE | CIUDAD UNIVERSITARIA | K-17 CALLE 5 | | TRUJILLO ALTO | PR | 00676 |
| 1767651 | Garabito Diaz, Zahira Maxim | #b28a Calle | 3 Rincon Espanol | | Trujillo Alto | PR | 00976 |
| 1450845 | GONZALEZ DOBLE, MANUEL | 24 MILMOHR COURT | | | NORTHPORT | NY | 11768 |
| 1769006 | González Vargas, Damaris | HC 60 Box 12272 | | | Aguada | PR | 00602 |
| 1489454 | HERNANDEZ ORTIZ, LUIS R | URB. VENUS GARDENS | AW10 PIEDRAS NEGRAS | | SAN JUAN | PR | 00926 |
| 2103232 | Hernandez Rodriguez, Edwardo | P.O. Box 9300806 Rio Piedras Station | | | San Juan | PR | 00928 |
| 490990 | LAZARINI GARCIA, ROSA E | PO BOX 905 | | | GUANICA | PR | 00653 |
| 2069266 | Marquez Curbelo, Marina | PO Box 475 | | | Hatillo | PR | 00659 |
| 1780139 | MARTINEZ RUIZ, SANDRA | URB VISTA AZUL S 27 CALLE 23 | | | ARECIBO | PR | 00612 |
| 1577506 | Martinez, Maria | 2T-22 | Calle Hiedra | Ub. Lomas Verdes | Bayamon | PR | 00956 |
| 2067163 | MELENDEZ RODRIGUEZ, AMARILIS | BOX 162 | | | TOA ALTA | PR | 00954 |
| 626980 | MELON BONILLA, CARMEN L | 159 CALLE DOMENECH | | | ISABELA | PR | 00662 |
| 1035016 | Pagan, Luis Nieves | Urb Country Club | QK2 Calle 531 | | Carolina | PR | 00982-2012 |
| 1751852 | Perez Jimenez, Jose M. | Urb. Villas de Caney F-19 | Calle Agueybana | | Trujillo Alto | PR | 00976 |
| 1543715 | PLANAS CABRERA, ARLLENE | C/O ELIZABETH OCASIO CARABALLO | ATTORNEY AT LAW | PO BOX 330344 | PONCE | PR | 00733-0344 |
| 1543715 | PLANAS CABRERA, ARLLENE | URB VILLAS DEL RIO CANAS | 1326 C/ PADRE SANTIAGO GUERRA | | PONCE | PR | 00728-1946 |
| 2016450 | Quinones Nieves, Luis Heriberto | 2433 Calle Gran Via | | | Ponce | PR | 00717 |
| 2135451 | Quinones Rosado, Edna M | 2591 Calle Biriji | | | Ponce | PR | 00716 |
| 1495860 | Ramirez Melendez, Carmen C | Urb Santa Juana 3 | Calle 9  W-5 | | Caguas | PR | 00725 |
| 1868754 | Reyes Lopategui, Lilliam | Estancias Del Carmen | Calle Tendal 2055 | | Ponce | PR | 00716 |
| 914733 | Reyes Rivera, Lena | 377 Estero Ct | | | Safety Harbor | FL | 34695 |
| 1601139 | RIOS, ANABELLE GRACIANO | 1173 CALLE ESMERALDA | LAS PRADERAS | | BARCELONETA | PR | 00617 |
| 1467631 | RIVERA BAEZ, ARNALDO | COND GOLDEN VIEW PLAZA | APT 608 MODESTA #503 | | SAN JUAN | PR | 00924 |
| 1950241 | Rivera Berrios, Igdania | Diana SE-3 Levittville | | | Toa Baja | PR | 00949 |

Exhibit D

343rd Omni Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1988710 | Rivera Hernandez, Gloria | 377 Juan A Davila St | Urb Roosevelt | | San Juan | PR | 00918 |
| 1902123 | Rodriguez Alejandro, Angela Maria | Urb. Veredas del Rio II | #15 Calle Rio Campo | | Toa Alta | PR | 00953-9003 |
| 1711504 | RODRIGUEZ CLAS, SHEILA | URB LAS TERRENAS | 156 CORALINA | | VEGA BAJA | PR | 00693 |
| 1543769 | Rodriguez Diaz, Marilyn | Urb. Savannah Real | #205 C Paseo Barcelona | | San Lorenzo | PR | 00754 |
| 1609406 | Rodríguez Lugo, Viviana M. | O30 Calle Puerto Rico | Villas del Cafetal II | | Yauco | PR | 00698 |
| 2016099 | RODRIGUEZ ZORAIDA, VIVES | PO BOX 2126 | | | MAYAGUEZ | PR | 00681 |
| 1803232 | ROMAN, TERESA BAEZ | URB MONTECASINO | 101 CALLE LAUREL | | TOA ALTA | PR | 00953 |
| 1657513 | ROSADO HERNANDEZ, AWILDA | URB REXVILLE | D G 9 CALLE 27 | | BAYAMON | PR | 00957 |
| 1870794 | Rosado Martinez, Ruben | HC-2 Box 39553 | | | Cabo Rojo | PR | 00623 |
| 1948454 | Rosado Suarez, Cristina Virgen | 2433 Calle Gran Via | | | Ponce | PR | 00717 |
| 501943 | RUIZ MILLAN, AGAPITO | 198 AVE LOS ATLETICOS | | | SAN GERMAN | PR | 00683 |
| 501943 | RUIZ MILLAN, AGAPITO | 198 PROL CALLE LUNA | | | SAN GERMAN | PR | 00683 |
| 1740791 | Salas Perez, Gloria E. | Box 1108 Calle Maguie Gonz # 35 | | | Moca | PR | 00676-1108 |
| 2050192 | Sanchez Rodriguez, Marisela | HC 01 Box 6022 | | | Santa Isabel | PR | 00757 |
| 2046401 | SANCHEZ, EDWIN TORRES | EDIF LA TRINIDAD | CALLE CASTILLO #11 | APT 1004 | PONCE | PR | 00730 |
| 1931246 | Santiago Cruz, Jose L | 618 Perla Estancia | | | Santa Isabel | PR | 00757 |
| 2116876 | SEDA PAGAN, MATHEAW | PARCELAS ELIZABETH 375 CALLE FLAMBOYAN | | | CABO ROJO | PR | 00623 |
| 1572728 | Serrano Quiles, Lillian | D-3 Calle 1, Toa Alta Heights | | | Toa Alta | PR | 00953 |
| 1463985 | Sotomayor Carrasquillo, Ninotchka | 2013 Gloria Oak Ct | | | Orlando | FL | 32820 |
| 1056684 | Torres Mercado, Marilyn | PO Box 387 | | | Penuelas | PR | 00624 |
| 164548 | TORRES TORRES, FELIPE | COND. MIRAMAR TOWER | CALLE HERNANDEZ # 721, APT. 12-H | | SAN JUAN | PR | 00907 |
| 164548 | TORRES TORRES, FELIPE | DEPARTAMENTO DE JUSTICIA DE PUERTO RICO | PO BOX 9020192 | | SAN JUAN | PR | 00902-0192 |
| 1606387 | Vargas Sanchez, Exor M. | 128 Urb. Portal del Valle | | | Juana Diaz | PR | 00795 |
| 1616937 | VEGA, FRANKIE ORTIZ | HC 10 BOX 7809 | | | SABANA GRANDE | PR | 00637 |
| 1616937 | VEGA, FRANKIE ORTIZ | URB. SABANA | K 10 COSTA RICA | | SABANA GRANDE | PR | 00637 |

**<u>Exhibit E</u>**

## Exhibit E

343rd Omni Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 1735514 | ACEVEDO ACEVEDO, DEBORAH | debbieacv2@hotmail.com |
| 1957630 | Alvarez Echeandia, Karem M. | karemmarie@hotmail.com |
| 2030395 | Arroyo Camacho, Evelyn | maggievelyn27@yahoo.com |
| 1860626 | Arroyo Camacho, Evelyn | maggievelyn27@yahoo.com |
| 1764061 | Castro Romero, Jose V. | chevycastro@yahoo.com |
| 1778060 | CINTRON ORTIZ, JUANA  J | joeanipc@gmail.com |
| 2061369 | Colon Cintron, Hector M. | hectorcolon75.hc@gmail.com |
| 1677489 | CORCHADO, ERIC LOPEZ | ericlop_pr@yahoo.com |
| 1715141 | Diaz Garcia, Nayda E. | nayda1601@hotmail.com |
| 1987801 | DOMINGUEZ CALDERON, JACQUELINE | JACKIEDOMINQUEZ2020@GMAIL.COM |
| 1753648 | DURAN COLLADO, GRACE | gracedurancollado70@gmail.com |
| 1761729 | Feliciano Perez, Daniel | danny_fno@hotmail.com |
| 2107554 | FEMANDEZ MALDONADO, NEREIDA | HELLFER21@GMAIL.COM |
| 1635754 | GARABITO DIAZ, KARMY JEANNETTE | karmygarabito@hotmail.com |
| 1767651 | Garabito Diaz, Zahira Maxim | zagadi@gmail.com |
| 1769006 | González Vargas, Damaris | damaglez1@gmail.com |
| 1489454 | HERNANDEZ ORTIZ, LUIS R | LUISRHERNANDEZ@GMAIL.COM; LUIS.HERNANDEZ@PRIDCO.PR.GOV |
| 490990 | LAZARINI GARCIA, ROSA E | LAZAX874@GMAIL.COM |
| 2069266 | Marquez Curbelo, Marina | marinamarquez777@yahoo.com |
| 1780139 | MARTINEZ RUIZ, SANDRA | sanmartinez3@gmail.com |
| 1577506 | Martinez, Maria | jeannettemorales65@yahoo.com |
| 2067163 | MELENDEZ RODRIGUEZ, AMARILIS | amelendezrodriguez@yahoo.com |
| 1035016 | Pagan, Luis Nieves | carmenieves@hotmail.com |
| 1751852 | Perez Jimenez, Jose M. | bombero29@pite.net |
| 1543715 | PLANAS CABRERA, ARLLENE | EOCASIO.LAW77@GMAIL.COM |
| 2135451 | Quinones Rosado, Edna M | crisaned@gmail.com |
| 1868754 | Reyes Lopategui, Lilliam | lilliamreyeslopategui@gmail.com |
| 1030278 | REYES RIVERA, LENA | lenareyes@msn.com |
| 914733 | Reyes Rivera, Lena | Lenareyes@msn.com |
| 1601139 | RIOS, ANABELLE GRACIANO | graciano_anabelle@hotmail.com |

# Exhibit E

343rd Omni Email Service List

Served via email

| MMLID | NAME | EMAIL |
|--------|------|-------|
| 1467631 | RIVERA BAEZ, ARNALDO | bubu9666@hotmail.com |
| 1950241 | Rivera Berrios, Igdania | igdania@hotmail.com |
| 1988710 | Rivera Hernandez, Gloria | graul1818@gmail.com |
| 1902123 | Rodriguez Alejandro, Angela Maria | amrodzpr@gmail.com |
| 1711504 | RODRIGUEZ CLAS, SHEILA | SHEILA787@YAHOO.COM |
| 1543769 | Rodriguez Diaz, Marilyn | mrodriguezdiaz67@gmail.com |
| 1609406 | Rodríguez Lugo, Viviana M. | anaiviv_86@hotmail.com |
| 2016099 | RODRIGUEZ ZORAIDA, VIVES | vives-sol@hotmail.com |
| 1803232 | ROMAN, TERESA BAEZ | galileasalunes2463@hotmail.com |
| 1657513 | ROSADO HERNANDEZ, AWILDA | apejos07@yahoo.com |
| 1870794 | Rosado Martinez, Ruben | brendapagan67@yahoo.com |
| 501943 | RUIZ MILLAN, AGAPITO | PARM198@GMAIL.COM |
| 1740791 | Salas Perez, Gloria E. | chevycastro@yahoo.com |
| 2050192 | Sanchez Rodriguez, Marisela | GAMEPALACESA@HOTMAIL.COM |
| 1931246 | Santiago Cruz, Jose L | JoseSantiagocruz55@gmail.com |
| 2116876 | SEDA PAGAN, MATHEAW | MSEDA_90@LIVE.COM |
| 1572728 | Serrano Quiles, Lillian | mrs.serrano5616@gmail.com |
| 1463985 | Sotomayor Carrasquillo, Ninotchka | royamotosnin@hotmail.com |
| 1056684 | Torres Mercado, Marilyn | marilynagent72@gmail.com |
| 164548 | TORRES TORRES, FELIPE | ebrizzie@yahoo.com; ftorres60@yahoo.com |
| 1606387 | Vargas Sanchez, Exor M. | exor.vargas@hotmail.com |
| 1616937 | VEGA, FRANKIE ORTIZ | fov1385@gmail.com |

**<u>Exhibit F</u>**

Exhibit F

344th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 644991 | COLGRAM, ELISHA A | PO BOX 107 | | CEIBA | PR | 00735 | | First Class Mail |
| 1336245 | MERCADO PACHECO, HECTOR L | URB STARLIGHT | 3323 CALLE GALAXIA | PONCE | PR | 00717 | | First Class Mail |
| 379371 | ORTIZ GUZMAN, EDDIE | RR 03 BOX 9586 | | TOA ALTA | PR | 00953 | eddieo.1261@gmail.com | First Class Mail and Email |
| 469578 | RODRIGUEZ DIAZ, RAFAEL | MONTECASINO HEIGTHS | 3 CALLE RIO | TOA ALTA | PR | 00953 | rafaelrodriguezdiaz14@gmail.com | First Class Mail and Email |
| 469578 | RODRIGUEZ DIAZ, RAFAEL | PO BOX 9020465 | | SAN JUAN | PR | 00902-0465 | | First Class Mail |
| 469578 | RODRIGUEZ DIAZ, RAFAEL | PO BOX 902465 | | SAN JUAN | PR | 00902-0465 | | First Class Mail |
| 522000 | Santiago Torres, Irma I | 4CN4 Via 31 Villa Fontana | | Carolina | PR | 00983 | mima_santi@hotmail.com | First Class Mail and Email |
| 522000 | Santiago Torres, Irma I | Calle 28 SS 26 | Villas De Loiza | Caolina | PR | 00729 | | First Class Mail |
| 317969 | SOTO LOPEZ, MAYRA | 100 PARK EAST | APT 104 | BAYAMON | PR | 00961 | PEDROMAYRA2050@GMAIL.COM | First Class Mail and Email |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)                                                          Page 1 of 1

**Exhibit G**

## Exhibit G

346th Omni Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|-----------|------|-------|-------------|-------|
| 2208313 | COLON MURPHY, JANNETTE | PO BOX 925 | LUQUILLO | PR | 00773-0925 | cjannette56@yahoo.com |
| 1544982 | Mercado, Carlos M | PO Box 1944 | Rio Grande | PR | 00745 | emercado2050@gmail.com |

**Exhibit H**

## Exhibit H

348th Omni Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|-------|-------------------|
| 2060604 | Fernandez Stiehl, Marta R | Lada Ivette Lopez Santiago | Cond. Darlington. Ofic. 1103 | Ave. Munoz Rivera #1007 | San Juan | PR | 00925 | ilopezsantiago@yahoo.com | First Class Mail and Email |
| 1398611 | PERELES VELEZ, HECTOR | 31 A VILLAS DE LA ESPERANZA | | | JUANA DIAZ | PR | 00795-9627 | hpereles@yahoo.com | First Class Mail and Email |
| 1401038 | ROSARIO FELICIANO, SAMUEL | EL PLANTIO | L1A CALLE 9 | | TOA BAJA | PR | 00949 | | First Class Mail |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit I</u>**

Exhibit I

353rd Omni Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1427441 | AALAEI, SOPHIE | 3741 45TH STREET | | | HIGHLAND | IN | 46322 | SAHRAHANNAH@GMAIL.COM | First Class Mail and Email |
| 45373 | BARRIERA MUNOZ, SIMON | URB CONSTANCIA | 3035 CALLE SOLER | | PONCE | PR | 00717 | | First Class Mail |
| 1655053 | Carlos Valdes de Llauger/Carmen Castro de Valdes | Cond. Kings Court Playa | Kings Court 59 | Apt. 304 | San Juan | PR | 00911-1160 | nroblesdiaz@gmail.com | First Class Mail and Email |
| 1655053 | Carlos Valdes de Llauger/Carmen Castro de Valdes | Nelson Robles Diaz Law Offices PSC | PO Box 192302 | | San Juan | PR | 00919-2302 | cfrvaldes@gmail.com | First Class Mail and Email |
| 1465242 | Douglas A. Aron Family Trust | 855 Worcester Rd. | | | Framingham | MA | 01701 | dall@comcast.net | First Class Mail and Email |
| 1436488 | Francisco Toro De Osuna Viviana Velez Perez Comm Prop | 28 Urb Ext. Quintas Santa Maria | | | Mayaguez | PR | 00682 | ing.franciscotoro@gmail.com | First Class Mail and Email |
| 1455981 | Gonzalez-Diez, Mariano E | P.O. Box 9945 | | | Arecibo | PR | 00613-9945 | m.gonzalez.diez@hotmail.com | First Class Mail and Email |
| 1441960 | Howard, Walter J. | 5 Swayze Dr. | | | Latham | NY | 12110 | | First Class Mail |
| 1513296 | Inmobiliaria San Alberto, Inc | PO Box 30532 | | | Manati | PR | 00674-8513 | btoro@dchpr.com | First Class Mail and Email |
| 1436122 | Judith Marie Tidikis & Frank Tidikis, Tenants by the Entireties | 12 Cranes Nest | | | Stuart | FL | 34996 | tidikis@bellsouth.net | First Class Mail and Email |
| 1502600 | Julia Penny Clark and William Bryson | 7833 Aberdeen Road | | | Bethesda | MD | 20814-1101 | julia.clark@verizon.net; jpclark@bredhoff.com | First Class Mail and Email |
| 1450684 | Nachtman Living Trust Robert and Joan Nachtman TTEES | 16 Robin Drive | | | Hauppauge | NY | 11788 | lisa@gladowskygroup.com | First Class Mail and Email |
| 1100546 | OCASIO JIMENEZ, WALLACE R | GOLDEN COURT II | 155 ARTERIAL HOSTOS APT 271 | | SAN JUAN | PR | 00918-8299 | wrocasio@outlook.com | First Class Mail and Email |
| 1564269 | Rivera, Victor M. | C/2 #14 Paseo Alto | | | San Juan | PR | 00926-5917 | vmrrivera8@gmail.com | First Class Mail and Email |

**<u>Exhibit J</u>**

Exhibit J

354th Omni Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| 1057343 | MARCHAND CASTRO, MARISOL | PASEO LAS BRISAS | CALLE IBIZA 67 | SAN JUAN | PR | 00926 | mmc3355@yahoo.com |
| 619257 | RAMON SILVA & INES M FRADERA | PO BOX 880 | | GUAYNABO | PR | 00970-0880 | BHCARIBE0@GMAIL.COM |
| 1771390 | Tomas Cuerda Inc. | PO Box 363307 | | San Juan | PR | 00936 | luisjose@tomascuerda.com |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)                                    Page 1 of 1

**Exhibit K**

Exhibit K

356th Omni Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 1724120 | DIAZ RODRIGUEZ MD, RUBEN | BAYAMON MEDICAL PLAZA | 1845 CARR 2 STE 611 | BAYAMON | PR | 00959-7206 | RUBENCARDIO@GMAIL.COM | First Class Mail and Email |
| 1724120 | DIAZ RODRIGUEZ MD, RUBEN | CALDAS 2037 JOSE FIDALGO DIAZ A. | | SAN JUAN | PR | 00926 | | First Class Mail |
| 1435651 | Shakin, Eric | 600 Northern Blvd | Suite 216 | Great Neck | NY | 11021 | epshakin@hotmail.com | First Class Mail and Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

**<u>Exhibit L</u>**

Exhibit L

358th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|-------|------|-----------|-----------|------|-------|-------------|-------|-------------------|
| 1442671 | Coffey, Robin | 1811 New Britain Ave | | Farmington | CT | 06032 | coffey@courant.com | First Class Mail and Email |
| 2079132 | De Jesus Jusino, Teresita | PO Box 52194 | | Toa Baja | PR | 00950-2194 | | First Class Mail |
| 1397890 | OLAVARRIA JIMENEZ, JOSE E. | URB. LEVITOWN LAKES | AJ9 CALLE MAGALY | TOA BAJA | PR | 00949 | arcangelus_miguel@hotmail.com | First Class Mail and Email |

In re:  The Commonwealth of Puerto Rico, et al.

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit M</u>**

Exhibit M

359th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 44036 | Banco Popular de Puerto Rico | Corp. Real Estate (716) | PO Box 362708 | | San Juan | PR | 00936 | hector.santiago@popular.com | First Class Mail and Email |
| 44036 | Banco Popular de Puerto Rico | Legal Division (745) | PO BOX 362708 | | San Juan | PR | 00936 | migdalia.guasp@popular.com | First Class Mail and Email |
| 1379166 | DEYA ELEVATOR SERVICE | GPO BOX 362411 | | | SAN JUAN | PR | 00936-2411 | jortiz@deya.com | First Class Mail and Email |
| 1454648 | Freiria Garraton, Maria M | PO Box 36-4165 | | | San Juan | PR | 00936-4165 | marimerfreiria@gmail.com | First Class Mail and Email |
| 1445426 | Gary R Anderson Trust U/A 10/25/10 | Gary R Anderson, Trustee | PO Box 444 | | New London | NH | 03257 | TAMAZON7@GMAIL.COM | First Class Mail and Email |
| 1445783 | GARY R ANDERSON TRUST U/A 10/25/10 | PO BOX 444 | | | NEW LONDON | NH | 03257 | TAMAZON7@GMAIL.COM | First Class Mail and Email |
| 1792077 | IEH Auto Parts LLC dba Auto Plus Auto Parts | Donald L. Novajosky | 108 Townpark Dr. N.W | | Kennesaw | GA | 30144 | dnovajosky@autoplusap.com | First Class Mail and Email |
| 1755170 | IEH Auto Parts LLC dba Auto Plus Auto Parts | Garrett A. Nail | Two Alliance Center | 3560 Lenox Road, Suite 1600 | Atlanta | GA | 30326 | garrett.nail@thompsonhine.com | First Class Mail and Email |
| 1755170 | IEH Auto Parts LLC dba Auto Plus Auto Parts | James Healy, Chief Financial Officer | 3111 West Allegheny Avenue | | Philadelphia | PA | 19132 | healy@icahnautomotive.com | First Class Mail and Email |
| 1757285 | IEH Auto Parts LLC dba Auto Plus Auto Parts | | | | | | | jhealy@icahnautomotive.com | Email |
| 1574273 | Llauger, on behalf of himself and all others similarly situated, Jorge Valdes | Hagens Berman Sobol Shapiro LLP | 455 N Cityfront Plaza Drive, Suite 2410 | | Chicago | IL | 60611 | beth@hbsslaw.com | First Class Mail and Email |
| 1453824 | Ortiz Ramirez De Arellano, Cecile | Washington 65 | Condado | | San Juan | PR | 00907-2106 | corat13@yahoo.com | First Class Mail and Email |
| 1628925 | RIESTRA FERNANDEZ, MIGUEL | 675 CALLE SERGIO CUEVAS BUSTAMANTE | APT 2001 TORRE DEL CARDENAL | | SAN JUAN | PR | 00918 | | First Class Mail |
| 1628925 | RIESTRA FERNANDEZ, MIGUEL | COND TORRE DEL CARDENAL | 675 CALLE BUSTAMANTE APT PH17 | | SAN JUAN | PR | 00918-4090 | | First Class Mail |
| 2208987 | RIOS MORALES, AWILDA | HC-57 BOX 11030 | | | AGUADA | PR | 00602 | armwiwi@hotmail.com | First Class Mail and Email |
| 2208987 | RIOS MORALES, AWILDA | SUPERVISORA DE OFICINA-TECNICA MAYAGUEZ | AUTORIDAD ENERGIA ELECTRICA | 1110 AVE. PONCE DE LEON, PARADA 16 1/2 | SAN JUAN | PR | 00936 | ARMWIWI@HOTMAIL.COM | First Class Mail and Email |