UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 13, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the ADR Service List attached hereto as **Exhibit A**:

- Fifteenth Notice of Transfer of Claims to Alternative Dispute Resolution [Docket No. 17832]

- Alternative Dispute Resolution Procedures

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 18, 2021

/s/ *Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 18, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
ADR Service List
Served as set forth below

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1486996 | Acevedo Caro, Efrain | Address on file | | | | | | | | First class mail |
| 1467301 | ISLA DEL RIO, INC. | ATTN: GENERAL COUNSEL | 9140 CALLE MARINA | SUITE 801 | | PONCE | PR | 00717 | MEVICENS@YAHOO.COM | First class mail and Email |
| 1460169 | Ismael Purcell Soler y Alys Collazo | Address on file | | | | | | | | First class mail |
| 1460169 | Ismael Purcell Soler y Alys Collazo | Address on file | | | | | | | | First class mail and Email |
| 1465316 | MEMBERS OF SUCESION YESMIN GALIB | Address on file | | | | | | | | First class mail and Email |
| 1487038 | Modesto Santiago Figueroa y Zoraida Vazquez Diaz | Address on file | | | | | | | | First class mail and Email |
| 1487038 | Modesto Santiago Figueroa y Zoraida Vazquez Diaz | Address on file | | | | | | | | First class mail |
| 1461439 | Sucesión Sastre Wirshing | Address on file | | | | | | | | First class mail and Email |
| 1496359 | TRAFALGAR ENTERPRISES, INC. | C/O ANTONIO CASOLA | PO BOX 192699 | | | SAN JUAN | PR | 00919-2699 | casolafam@yahoo.com | First class mail and Email |
| 1496359 | TRAFALGAR ENTERPRISES, INC. | NYDIA GONZALEZ ORTIZ, ESQ. | SANTIAGO & GONZALEZ LAW, LLC | 11 CALLE BETANCES | | YAUCO | PR | 00698 | bufetesg@gmail.com | First class mail and Email |
| 1465340 | Valdivieso, Jorge Lucas P | Address on file | | | | | | | | First class mail and Email |