UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 20, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 23, 2021

1. Teresita Martinez Garcia
2. Myriam Torres Moreland
3. Norma I. Matos Galarza
4. Lynnette Maldonado Melendez
5. Maria A. Torres Rodriguez
6. Nereida Rivera Torres
7. Mabel H. Barros Lopez
8. Ramon O. Gonzalez Santana
9. Jose Mendez Mendez
10. Carmen Iris Luna Gonzalez
11. Zulma Landrau Rivera
12. Gloria Maria Rivera Ortiz
13. Helen Burgos Rodriguez (2 notices)
14. Irma Perez Rivera
15. Beatriz Ramos Torres
16. Ricardo Montalvo Nieves
17. Melvin Delgado Jurado
18. Irma R. Chavez Rodriguez
19. Tom Lerd
20. Dadmary Alvarez Rivera
21. Evelyn de Jesus Carrillo (2 notices)
22. Gloria E. Garcia Cruz
23. Wilberto Colon Torres

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 23, 2021

24. Ernesto Colon Rodriguez

25. Maritza Martinez Belen

26. Orlando Hernandez (2 notices)

27. Carlos J. Medrano Garcia

28. Carmen G. Colon Maldonado

29. Maria E. Ortiz

30. Axel Benitez Alejandro

31. Juan A. Soto Sanchez

32. Jose A. Cabrera Sotomayor

33. Josefina Morales Torres

34. Pablo L. Moran Ortiz

35. Margarita Morales Figueroa

36. Angel Daniel Castro Rivera

37. Irma Nydia Santos Agosto

38. Elva Iris Rivera Torres

39. Isabel Vega Negron

40. Felix Guzman Vega

41. Alexa Rios Negron

42. Genara Garcia Cintron c/o Milagros R. Cano

43. Emilio Carrasquillo

44. David Figueroa Vega

45. Norma Rodriguez Cintron (2 notices)

46. Miriam Torres Ramos

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 23, 2021

47. David Maldonado Maldonado

48. Petra Rodriguez Rosales

49. CIPRE c/o Adalberto Lopez

50. Luz D. Suarez Rivera

51. Irenes Jimenez Rivera

52. Evelyn Diaz Suarez

53. Sonia Diaz Suarez

54. Genoveva Suarez Rivera

Dated: August 23, 2021

4