Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Teresita Martinez Garcia_

Participant's Address: _P. O. Box 893, Dorado P.R.   00646_

Participant's Email Address: _teresitamartinez 1218 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _101 300_

Nature of Claim: _Public employee and pension retired_

By: _Teresita Martinez Garcia_
Signature

_Teresita Martinez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Teresita Martinez
P.O. Box 893 Dorado P.R.
00646

RECEIVED & FILED
2021 AUG 20 PM 4: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0018817706 C018

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150, San Juan, P.R.
00918-1767

SAN JUAN PR   009

18 AUG 2021 PM 2   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Myriam Torres-Moreland_

Participant's Address:  _4514 South Hills Drive Cleveland, Ohio 44109_

Participant's Email Address:  _moreland234@msn.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _171047_

Nature of Claim:  _Public Employee and Pension /Retiree Claims_

By:  _Myrian Tors Moreland_
Signature

_Myriam Torres - Moreland_
Print Name

_Classroom Teacher_
Title (if Participant is not an individual)

_8 - 13 - 21_
Date

RECEIVED & FILED
2021 AUG 20 PM 4:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Paul & Myriam Moreland
4514 South Hills Dr.
Cleveland, OH 44109-4424

RECEIVED & FILED
2021 AUG 20 PM 4: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Clerk's Office
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



CLEVELAND OH 440
13 AUG 2021 PM 7 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma I. Matos Galarza_

Participant's Address: _C/12 H-67 Urb. El Cortijo Bayamón P.R. 00956_

Participant's Email Address: _linnette0219@yahoo.com / lynnette2195@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _53814_

Nature of Claim: _Case No. 17-bk-D3566 / Case No. 17-bk-03283_

By: _[signature]_
Signature

_Norma I. Matos Galarza_
Print Name

_Agente (Policía Estatal)_
Title (if Participant is not an individual)

_18- Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma I. Matos Baeza
C/12 H-67
Urb. El Cortijo
Bayamón, PR 00956

RECEIVED & FILED
2021 AUG 20 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7020 0090 0000 4100 6593

CERTIFIED MAIL

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, PR 00918-1767




U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
AUG 18, 21
AMOUNT

$4.15
R2305H129563-12

UNITED STATES
POSTAL SERVICE®

1000          00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lynnette Maldonado Melendez_

Participant's Address: _C/12 H-67 Urb. El Cortijo Bayamón P.R. 00956_

Participant's Email Address: _lynnette2195@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54840_

Nature of Claim: _Caso No. 17-bk-03566 / Caso No. 17-bk-03283_

By: _[signature]_
  Signature

_Lynnette Maldonado Melendez_
Print Name

_Agente (Policía Estatal)_
Title (if Participant is not an individual)

_18. Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lynnette Maldonado Melendez
c/12 H-67
Urb. El Cortijo
Bayamón, P.R. 00956

RECEIVED & FILED
2021 NOV 20 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

7020 0090 0000 4100 9966

**CERTIFIED MAIL**

United States District Court, Clerk's
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767







U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
AUG 18, 21
AMOUNT

**$4.15**

R2305H129563-12

UNITED STATES
POSTAL SERVICE®

1000        00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria A. Torres Rodriguez_

Participant's Address: _HC-05 BOX 13893 Juana Diaz, P.R. 00795_

Participant's Email Address: _mariaatoresrodriguez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _56212_

Nature of Claim: _Wages owed from wage increases due to labor laws of the different years. Law #89_
_Law #96_
_Law #164_

By: _[signature]_
Signature

_Maria A. Torres Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Maria A. Torres Rodrig
HC-05 Box 13893
Juana Diaz, P.R.
00795

RECEIVED & FILED
2021 AUG 20 PM 4: 81
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court Clerk's
Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7019 1120 0001 1727 4445

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nereida Rivera Torres_

Participant's Address: _HC-05 Box 13893 Juana Díaz, P.R. 00795_

Participant's Email Address: _nereidasriverastorres@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _54556_

Nature of Claim: _Wages owed from wage increases due to labor laws of the different years._

Law #89
Law #96
Law #164

By: _[signature]_
Signature

_Nereida Rivera Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2001_
Date

RECEIVED & FILED
2021 AUG 20 PM 4:__
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nereida Rivera Torres
HC-05 Box 13893
Juana Diaz, P.R.
00795

RECEIVED & FILED
2021 AUG 23 PM 4:18
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN. P.R.

00916-170625

CERTIFIED MAIL

7019 1120 0001 1727 4438

United States District Court Clerk's
Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mabel H. Barros López_

Participant's Address: _PO Box 33 1344 Ponce P.R. 00733_

Participant's Email Address: _____

Name of Counsel: _EDUCATION DEPARtMent 1965-2006    1965-2006_

Address of Counsel: _San Juan, P.R._

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _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 (seg. social)_

Nature of Claim: _____

By: _Mabel H. Barros López_        _CARLicense - 510972_
Signature

_MABEl H. BARROS LOPEZ_        _PASSport_
Print Name
                                  _522803187_

_____
Title (if Participant is not an individual)
_counselOR        16 agosto_
_TEACHER secondary    2021_
Date _Teacher adult_
    _1965-2006_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 20 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MABEL H. BARROS LÓPEZ-PR
PO Box 331344
PONCE, P.R. 00733

7020 1810 0001 6731 4735

CERTIFIED MAIL

Court clerk's office
District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00 918-1767

Court clerk's office at United States
District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00 918-1767

$7.00

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _RAMON O. GONZÁLEZ SANTANA_

Participant's Address: _HC 46 BOX 5436_

Participant's Email Address: _DORADO P.R. 00646-9612_

Name of Counsel: _____

Address of Counsel: _ramn 2182 @ gmail com_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_RAMON O. GONZÁLEZ SANTANA_
Print Name

_____
Title (if Participant is not an individual)

_18 AGOSTO 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RAMON D GONZALEZ SANTANA
HC 46 BOX 5436
DORADO PR. 00646-9618

RECEIVED & FILED
2021 AUG 20 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170399

SAN JUAN PR 009
19 AUG 2021 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE CARLOS CHARDON STE
150 SAN JUAN PR. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joel Méndez Méndez_

Participant's Address: _53 E Muño Rivera Canay PR00627_

Participant's Email Address: _lcdo Jose Mendez Mendez @gmail.com_

Name of Counsel: _myself_

Address of Counsel: _mine_

Email Address of Counsel: _mine_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _PROMESA Title III_

By: _____
Signature

_Jose Mendez Mendez_
Print Name

_individual_
Title (if Participant is not an individual)

_Aug 17 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Iris Luna Gonzalez
+

Mr. Jose Mendez Mendez
53 Estate Ste 3 Munoz Rivera
Canuy, PR 00627

RECEIVED & FILED
2021 AUG 20  PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
18 AUG 2021 PM 2 L

Count's office
US District Court, Clerks
office, 150 Ave. Carlos Chardri
Ste 150. SJPR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Iris Luna Gonzalez_

Participant's Address: _53 E Muñoz Rivera Camuy PR 00627_

Participant's Email Address: _carmenirislunagonzalez@yahoo.com_

Name of Counsel: _myself_

Address of Counsel: _mine_

Email Address of Counsel: _mine_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _PROMESA Title III_

By: _Carmen Iris Luna gg_
Signature

_Carmen Iris Luna González_
Print Name

_____
Title (if Participant is not an individual)

_Aug 17 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mr. Jose Mendez Mendez
53 Estate Ste 3 Munoz Rivera
Canuy, PR 00627

Carmen Iris Luna Gonzalez
+

RECEIVED & FILED
2021 AUG 20 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
18 AUG 2021 PM 2 L



Courts Clerks Office
US District Court, Clerks
office, 150 Ave. Carlos Chardn'
ste 150. SJPR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Zulma Landrau Rivera_

Participant's Address: _Ruta Rural #1 Box 35 Carolina PR. 00983_

Participant's Email Address: _N/A_

Name of Counsel: _Lcda. Ivonne González Morales_

Address of Counsel: _Edificio Gallardo, San Juan P.R 00921_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Discovery for confirmation of Commonwealth Plan of advaisment. I already include my salarie readjustment document before._

By: _Zulma Landrau Rivera_
Signature

_Zulma Landrau Rivera_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 16 de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Zulma Landrau Rivera
Ruta Rural 1 Box 35
Carolina P.R. 00 983

RECEIVED & FILED
2021 AUG 20 PM 4:19
SAN JUAN, P.R.
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court,
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767.

SAN JUAN PR 009
19 AUG 2021 PM 1 L



00918-171399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria Maria Rivera Ortiz_

Participant's Address: _Avenida Flor del Valle I I - 4 Urb. Las Vegas_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _dudan5990@gmail.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Retirement System of the goverment_

By: _Gloria Maria Rivera Ortiz_
   Signature

_Gloria Maria Rivera Ortiz_
Print Name

_Encargada Comedn Dept. Educación_
Title (if Participant is not an individual)

_17 Agosto. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Myrna Brwin Ortiz
Avenida Blondeville II-4
Urbanizacion Las Vegas
Cataño, Puerto Rico 00962

RECEIVED & FILED
2021 AUG 20 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court Clerk's
Office, 150 Ave Carlos Chardonsite 150
SanJuan, PR. 00918-1767

SAN JUAN PR   009
18 AUG 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helen Burgos Rodríguez_

Participant's Address: _Urb. Los Angeles calle Areyto # 477 Yauco, P.R. 00698_

Participant's Email Address: _helenbr2 @ live . com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK. 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico et al.,_

By: _Helen Burgos Rodríguez_
Signature

_Helen Burgos Rodríguez_
Print Name

_Promesa title III_
Title (if Participant is not an individual)

_16 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helen Burgos Rodz.
Urb. Los Angeles calle Aneyto # 477
Yauco, P. R. 00698

RECEIVED & FILED
2021 AUG 20 PM 4: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR   009
19 AUG 2021   PM 1  L

00918-170449

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P. R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helen Burgos Rodz._

Participant's Address: _Urb. Los Angeles Calle Areyto #477 Yauco P.R. 00698_

Participant's Email Address: _helenbr2@live.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of Puerto Rico_

By: _Helen Burgos Rodz._ et al
Signature

_Helen Burgos Rodz._
Print Name

_Promesa Title III_
Title (if Participant is not an individual)

_16 de agosto de 2021_
Date

RECEIVED & FILED
2021 AUG 20 PM 4: 20
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Helen Burgos Rodz.
Urb. Los Angeles calle Aneyto #477
Yauco, P.R. 00698

RECEIVED & FILED
2021 AUG 20 PM 4: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170449

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR  OO9
19 AUG 2021  PM 1  L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Perez Rivera_

Participant's Address: _HC07 Box 2365 Ponce P.R00731_

Participant's Email Address: _irmajaniel@gmail.com_

Name of Counsel: _None_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22857_

Nature of Claim: _Teachers retirement pension_

By: _[signature]_
   Signature

_Irma Perez Rivera_
Print Name

_English teacher_
Title (if Participant is not an individual)

_8/11/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Irma Perez
HC 7 Box 2365
Ponce PR 00731

RECEIVED & FILED
2021 NOV 02 PM 4: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR   009
19 AUG 2021  PM 1  L



United States District Court, Clerk's
office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Beatriz Ramos Torres*

Participant's Address: *P.O. Box 706 Arroyo P.R. 00714*

Participant's Email Address: *beatrices19@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *PR 1845 SRT 55593*

Nature of Claim: _____

By: *Beatriz Ramos Torres*
Signature

*Beatriz Ramos Torres*
Print Name

_____
Title (if Participant is not an individual)

*16 Agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Beatriz Ramos
P.O. Box 206
Cayey P.R. 00714

RECEIVED & FILED
2021 AUG 20 PM 4:2?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
19 AUG 2021 PM 1 L

USA ★ FOREVER

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St.
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ricardo Manlluo Nieves_

Participant's Address: _HC 02 Box 6451, ~~Juana PR 0060~~ Guayanilla, PR 00656_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Retirement Claim_

By: _[signature]_
Signature

_Ricardo Manlluo Nieves_
Print Name

_individual_
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead <u>mail this Notice</u> to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Re: Ricardo Flores Talbo
H C - 01
Box 6451
Guayanilla, P.R. 00656-9714

RECEIVED & FILED
2021 AUG 20 PM 4:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Court's Crier Office
United States District Court Clerk/Office
150 Ave Carlos Chardon Ste
San Juan P.R. 00918-1767
00918-170270

SAN JUAN PR   009
19 AUG 2021  PM 1  L



USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Melvin Delgado Jurado_

Participant's Address: _30 Colinas de San Agustin, Las Piedras, P.R. 00771_

Participant's Email Address: _K-mel27@yahoo.com_

Name of Counsel: _n/A_

Address of Counsel: _n/A_

Email Address of Counsel: _n/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _(6918) ultimos 4 digitos del seguro social_

Nature of Claim: _empleado activo, gobierno de PR._

By: ~~signature~~

Signature

_Melvin Delgado Jurado_
Print Name

_____
Title (if Participant is not an individual)

_17 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Melvin Delgado Jurado
30 Calmas del San Agustin
San Piedras, P.R. 00741

CERTIFIED MAIL

7016 1370 0001 9677 2887

00918399999

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LARGE
00771 PIEDRAS, PR
AUG 18, 21
AMOUNT
$7.00
R2304E10689-1-21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma R. Chaves-Rodriguez_

Participant's Address: _W32 Yorkshire St. Park Gardens 2214 S.J. PR 00928-2214_

Participant's Email Address: _irchavesrodriguez@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _22170_

Nature of Claim: _Retirement Pension 2000 Retirement_

By: _[signature]_
Signature

_Irma R Chaves Rodriguez_
Print Name

Note: I need that these proceedings assure's My retirement & pension 2000 Retirement

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRF 55176

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

               Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Administración de los Sistemas de Retiro



# Administración de los Sistemas

## de los Empleados del Gobierno y

Estado Libre Asociado

- Portada
- Quienes Somos
- Leyes
  - Ley 447 y Ley 12
- Servicios
  - Pensionados y Beneficiarios
  - Participantes
- Oficinas
  - Organigrama
    - Área de Apoyo
    - Área de Servicio



Acceso Rápido a:

+ Servicios en Línea
+ Manual de Beneficios y Servicios
+ Empleado Público Orientate - Ley 7
  • Línea de Orientación - Ley 7 (787) 999-7575

Lu
martes, 0
Son

| Inicio | Estatus Sol. Préstamos | Balance Préstamos | Balance Aportación | Estatus |

Información General




| | |
|---|---|
| Seguro Social: | XXX-XX-1902 |
| Nombre: | IRMA R. CHAVES RODRIGUEZ |
| Sistema de Retiro: | ELA - Programa de Cuenta de Ahorro para el Retiro (R 2000) |
| Agencia: | 406 - DEPARTAMENTO DE LA FAMILIA |
| Periodo del Estado de Cuenta (dia-mes-año): | 31-12-2008 |
| Balance de Aportaciones: | $22,140.38 |
| Años de Servicio: | 9 Años y 2 Meses |

Administración de los Sistemas de

### Balance de Aportaciones

El Balance de las Aportaciones Individuales son basadas en el último Estado de Cuenta procesada
Los balances aquí reflejados por concepto de aportaciones individuales y los años de servicio
revisión.

**Esta información no es una certificación oficial de la Administración de los Sistemas de**



**GOBIERNO DE PUERTO RICO**

Departamento de la Familia

# C E R T I F I C A C I Ó N

Certifico que la Sra. **Irma R. Chaves Rodriguez**, Seguro Social **xxx-xx-1902**, presta servicios para la Administración de Desarrollo Socio Económico de la Familia (ADSEF), adscrita al Departamento de la Familia desde el 15 de enero de 2013 hasta el presente.

La señora Chaves Rodriguez, ocupa un puesto Regular de Carrera en el Servicio Público como Administradora de Sistema de Oficina III, devengando un salario mensual de $2,468.00.

Certifico Correcto, hoy 1 de Mayo de 2017 en San Juan, Puerto Rico.

Jerime Sánchez Figueroa
Administradora Auxiliar
Oficina de Recursos Humanos

jco

Nota: Esta certificación no será válida si presenta tachaduras, correcciones o alteraciones, si no presenta el logo o sello oficial de la agencia y firma del Administrador Auxiliar de Recursos Humanos o su representante autorizado.

Irma R Chaves-Rodriguez
W32 Yorkshire St
Park Gardens
San Juan PR 00926-2214

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6:21

Discovery Notice to the
County Clerk's Office
United States District Court
Clerk's Office
150 Carlos Chardon Ave Ste 150
San Juan, PR 00918-1767

SAN JUAN PR

16 AUG 2021  PM 1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _SOM. LERD._

Participant's Address: _2741 Cherrydale Falls Dr, Henderson NV 89052_

Participant's Email Address: _somlerd1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO 17 BK 3283-LTS Tax ID 3481_

Nature of Claim: _To participate in discovery_

By: _Shd_
Signature

_SOM LERD_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



J Reed
8741 Olympiaa Falls Dr.
Henderson, NV 89052

court's Clerk's office
U.S. District Court, Clerk's office
150 Ave. Carlos Chardon Ste 150,
San Juan, PR 00918-1767

LAS VEGAS NV 890

12 AUG 2021 PM 5 L

RECD
CLERK'S
U.S. DISTRICT COURT
SAN JUAN, PR

AUG 20 PM 6:21

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dadmary Alvarez Rivera_

Participant's Address: _Calle 7 G-31 Urb. Las Vegas_

Participant's Email Address: _Dadmaryalvarez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Dadmary Alvarez Rin_
Signature

_Dadmary Alvarez Rivera_
Print Name

_Procesadora de Alimento II (Encargada)_
Title (if Participant is not an individual)

_17- Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dadmary Alvarez Rivera
Calle 7 G-31 Ur B. LAS Vegas
Cataño P.R. 00962

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

20 AUG 20 PM 6:21

SAN JUAN PR 009
20 AUG 2021 PM 1 L

United States District,
Clerk's office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn De Jesus Carrillo_

Participant's Address: _Urb. Santiago Iglesias 1760 c/P. Pilot Garai, SJ 00921_

Participant's Email Address: _evelyn.de Carrillo @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168160_

Nature of Claim: _Salarios Impagos_

By: _Evef Dejesus_
   Signature

_Belyn De Jesus Carrillo_
Print Name

_____
Title (if Participant is not an individual)

_8/18/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

2021 AUG 20  PM 6: 20

00918-170625

SAN JUAN PR   009

19 AUG 2021 PM 1 L



FOREVER / USA

United States District Court

Clerks Office

150 Ave. Carlos Chardon Ste. 150

San Juan PR 00918- 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn De Jesús Carrillo_

Participant's Address: _Urb. Santiago Iglesias 1760 c/P. Pillot Garcia_
_SJ 00921_

Participant's Email Address: _evelyn. d. carrillo @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168160_

Nature of Claim: _Salarios impagos_

By: _Evelyn Afeus_
Signature

_Evelyn De Jesús Carrillo_
Print Name

_____
Title (if Participant is not an individual)

_8/18/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

20 AUG 20 PM 6:18

00918-170625

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150

San Juan PR 00918 - 1767

SAN JUAN PR 009
19 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Gloria E Garcia Cruz

Participant's Address: Urb. Vista Alegre, 920 Calle Lirio Villalba P.R. 00766

Participant's Email Address: ingrid-rosado.38@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 80944   ET. A.L.

Nature of Claim: Unpaid Wages by the goverment of P.R.

By: _Gloria E. Garcia Cruz_
Signature

Gloria E. Garcia Cruz
Print Name

_____
Title (if Participant is not an individual)

August, 13 - TH, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria E. Garcia Cruz
Urb. Vista Alegre
920- Calle L. 1-16
Villalba P.R. 00766

RECEIVED AND FILED
CLERK'S OFFICE
U.S.

SAN JUAN PR 009

19 AUG 2021 PM 1 L

USA FOREVER

United States District Court, Clerk's
Office, 150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918- 1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilberto Colón Torres_

Participant's Address: _P O Box 2008 Coamo PR 00769_

Participant's Email Address: _luzptorres 0308 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Wilberto Colón Torres / Luz P Torres Correa_

Nature of Claim: _Romeroso y 3% de aumento de Pensión_

By: _Wilberto Colón Torres / Luz P Torres Correa_
Signature

_Wilberto Colón Torres / Luz P Torres Correa_
Print Name

_Conyuje_
Title (if Participant is not an individual)

_15- agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Torres Correa
P O Box 2008
Coamo, P.R. 00769

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6:19

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
19 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ernesto Colón Rodríguez_

Participant's Address: _HC 03 Box 9526, Villalba PR 00766_

Participant's Email Address: _N/A_

Name of Counsel: _Jesús Manuel Rosario Felix_

Address of Counsel: _P.O. Box 1564, Juana Díaz, PR 00795_

Email Address of Counsel: _jmrosariofelix@gmail.com_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Pensión del Municipio_

By: _[signature]_
Signature

_Ernesto Colón Rodríguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_18 July 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jesús Manuel Rosario Félix
P.O. Box 1569
Juana Díaz, P.R. 00795

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6: 19

00918-170625

SAN JUAN PR 009
19 AUG 2021 PM 1 L

United States District Court,
clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

celebrate

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mrs. Maritza Martinez Belén_

Participant's Address: _HC 38 Box 8708 Guánica, PR 00653_

Participant's Email Address: _maritza.martinez.belen@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _"Promesa Title III"_

By: _Maritza Martinez Belén_
Signature

_Maritza Martinez Belén_
Print Name

_Correction officer_
Title (if Participant is not an individual)

_August 4, 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Maritza Martinez Belen
HC 38 Box 8708
Guánica, PR 00653

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

20 AUG 20   PM 6: 19

00918-170625

SAN JUAN PR 009
19 AUG 2021 PM 1 L



United States District Court
Clerk's Office
150 Ave. Carlo Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Orlando Hernandez_

Participant's Address: _17 Calle Mirador Aguadapl 00602_

Participant's Email Address: _orlandohdzkiko @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Comes a Title II_

By: _____
  Signature

_Orlando Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_8/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN PR

20AU AUG 20 PM 6: 19

Orlando Hernandez
19 Calle Miradero
Aguada PR 00602

00918-170625

United States District Court Clerks Office
150 Ave Carlos Chardón Ste. 150
San Joan PR 00918-1767



SAN JUAN PR 009
19 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Orlando Hernandez_

Participant's Address: _17 Calle Miradero, Aguada PR 00602_

Participant's Email Address: _orlandohdzkiko @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _(signature)_
Signature

_Orlando Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_8/16/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 20 PM 6:19

Orlando Hernandez
19 Calle Miraclero
Aguada PR 00602

00916-170625

United States District Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan PR 00918-1767

SAN JUAN PR 009
19 AUG 2021 PM 1 L



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos J Medrano Garcia_

Participant's Address: _50 Cam. #5 Unit #501 Edif. 10 Industrial Luchetti, Bayamon / P.R. 00961 -7403_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa title III_

By: _____
Signature

_Carlos J Medrano Garcia_
Print Name

_____
Title (if Participant is not an individual)

_10/Agosto/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Your honor:

    I will apreciated if Next time you can send me the notice in spanish, that will help me to understand all the Future information.

              Thank you,
              Carlos J. Medrano

Carlos J Medrano Garcia
50 can. 25 Unit #301
Edif. #1
Industrial Luche #1
Bayamon, P.R. 00961-7403

RECEIVED and FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20 PM 6: 16

00918-170625

SAN JUAN PR  009
19 AUG 2021 PM 1 L

= United States District Court, =
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen G. Colón Maldonado_

Participant's Address: _10 Flamingo Apartments Apt. 6203 Bayamón, P.R. 00959_

Participant's Email Address: _Carmen.gladys79@Gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283- LTS_

Nature of Claim: _Jointly Administered_

By: _Carmen G. Colón Maldonado_
    Signature

_Carmen G. Colón Maldonado_
Print Name

_The Financial Oversight and Management Board Puerto Rico_
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen G. Colón Maldonado
10 Flamingo Apartments Apt. 6203
Bayamón, P.R. 00959

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20   PM 6: 18

00918-1706.25

SAN JUAN PR 009

19 AUG 2021   PM 1 L

United States District Court,
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria E. Ortiz

Participant's Address: Calle 13 Num. 162 D Bo. Mameya) Dorado, P.R. 00646

Participant's Email Address: I don't have Email Solamente por correo.

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 172861

Nature of Claim: Public Employee Claims

By: Maria E. Ortiz
    Signature

Maria E. Ortiz
Print Name

August 18, 2021
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Maria E. Ortiz
Calle 13 Num. 162D
Bo. Mameyal
Dorado, Puerto Rico
00646

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20   PM 6: 18

To: United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR  009

19 AUG 2021  PM 1  L

(*ase No.* 1 ~~7 bk~~

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Axel Benitez Alejandro_

Participant's Address: _P.O. Box 478 Gurabo, P.R. 00778_

Participant's Email Address: _____

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _claim # 61109_

Nature of Claim: _Steps granted by the government of Puerto Rico to the public employee that were not granted in salary for several years._

By: _Axel Benitez Alejandro_
     Signature

_Axel Benitez Alejandro_
Print Name

_N/A_
Title (if Participant is not an individual)

_18 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Axel Benitez Alejandro
P.O. Box 478
Guayabo, P.R. 00778

SAN JUAN PR  009
19 AUG 2021  PM 1  L

United States District Court, Clerks
Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6: 18

00918-176825

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Soto Sánchez_

Participant's Address: _P.O. BOX 1480 Coamo, P.R. 00769_

Participant's Email Address: _j.soto Sánchez 22 @ gmail. com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-3283_

Nature of Claim: _____

By: _Juan A. Soto Sánchez_
Signature

_Juan A. Soto Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_19 August 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Soto Sánchez
P.O. Box 1480
Coamo, P.R. 00769

RECEIVED AND FILED
& CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 20  PM 6:18

00918-1706825

United State District Court Clerks office
150 Ave. carlos chardon, Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009

19 AUG 2021 PM 1 L



USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _José A. Cabrera Sotomayor_

Participant's Address: _P. O. Box 2161-Coamo, P.R. 00769_

Participant's Email Address: _-NONE-_

Name of Counsel: _-NONE-_

Address of Counsel: _-NONE-_

Email Address of Counsel: _-NONE-_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_

Nature of Claim: _I claim that the goberment paid
me the debbits, he don't pay._

By: _Ani A. _____
Signature

_José A. Cabrera Sotomayor_
Print Name

_I fill this document, no an individual_
Title (if Participant is not an individual)

_18 August / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose A. Cabrera Sotomayor
P.O. Box 2161
Eramo, P.R. 00769

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ALG 20 PM 6: 17

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

SAN JUAN PR 009

18 AUG 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Josefina Morales Torres

Participant's Address:   Parcelas El Cotto, 15 Calle 10, Dorado P.R. 00646

Participant's Email Address:   josefina.morales.torres53@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   155141 and 131635

Nature of Claim:   Public Employer - Teacher's Retirement of P.R.

By:   _Josefina Morales Torres_
Signature

Josefina Morales Torres
Print Name

_____
Title (if Participant is not an individual)

August 19, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josefina Morales Torres
Parcelas El Cotto
15 Calle 10
Dorado, P.R. 00646

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

AUG 20 PM 6 17

00918-170625

SAN JUAN PR   009
18 AUG 2021 PM 2 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Pablo L. Moran Ortiz_

Participant's Address: _P. O. Box 1245 Hormigueros, P.R 00660_

Participant's Email Address: _pablomoranjd@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Special Education/Rehabilation Services_

By: _Pablo Moran Ortiz_
**Signature**

_Pablo Moran Ortiz_
**Print Name**

_____
**Title (if Participant is not an individual)**

_18 | 8 | 2021_
**Date**

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Pablo Millan Ortiz
P.O. Box 1845
Hormigueros, PR 00660-5345

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6: 17

To: Clerk's office
United States District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

00918-170625

SAN JUAN PR  009

18 AUG 2021  PM 2  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Margarita Morales Figueroa._

Participant's Address: _Bo. Naranjo P.O. Box 1138 Comerio, P.R. 00782_

Participant's Email Address: _m_morales53@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177283_

Nature of Claim: _Break of The Land Promises, Laws 89-9179, 89-1995, 96-2,000, 164, 108-2003, 164-2003_

By: _Margarita Morales Figueroa_
Signature

_Margarita Morales Figueroa_
Print Name

_Public Employee_
Title (if Participant is not an individual)

_16 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6: 17

Margarita Morales
PO Box 1138
Comerío, PR 00782



00918-170625

SAN JUAN PR   009
18 AUG 2021  PM 2 · L

United States District Court,
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angel Daniel Castro Rivera*

Participant's Address: *HC-02 Box 7473, Peñuelas, PR. 00624*

Participant's Email Address: *Angeldcastro24@gmail.com*

Name of Counsel: *NO*

Address of Counsel: *NO*

Email Address of Counsel: *NO*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim:

By: *Angel D Castro Rivera*
Signature

*Angel Daniel Castro Rivera*
Print Name

_____
Title (if Participant is not an individual)

*August 14 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel D. Castro-Rivera
HC-02 Box 7473
Peñuelas, P.R. 00624-9866




U.S. POSTAGE PAID
FCM LG ENV
PENUELAS, PR
00624
AUG 18, 21
AMOUNT
$1.20
R2305M143426-07

UNITED STATES
POSTAL SERVICE

1000

00918

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6:17

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma Nydia Santos Agosti_

Participant's Address: _Urb. Treasure Valley Calle Colombia F⁷ Cidra, P.R. 00739_

Participant's Email Address: _nydiasantos7@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa_

By: _Irma Nydia Santos Agosti_
Signature

_Irma Nydia Santos Agosti_
Print Name

_Teacher_
Title (if Participant is not an individual)

_17 de agosto de 2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma Nydia Santos Agosto
Urb. Treasure Valley
Calle Colombia F7
Cidra, Puerto Rico 00739



Discovery Notice to the Court's Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 AUG 20  PM 6:16

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elva Iris Rivera Torres_

Participant's Address: _Box 1881 . Aibonito, PR. 00705_

Participant's Email Address: _riveratorreselva1151@g.mail_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Elva Iris Rivera Torres_
Signature

_Elva Iris Rivera Torres_
Print Name

_Maestra Retirada_
Title (if Participant is not an individual)

_Agosto 13 de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elva Iris Rivera Torres
Box 1881
Arecibo, P.R. 00705

CERTIFIED MAIL

7020 3160 0001 0914 9148

00918-170399

United States District Court
Clerk's office 150 Ave Carlos Chardon
San Juan, P.R. 00918-1767

USPS
U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
AUG 18, 21
AMOUNT
$6.45
R2304N118031-12

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Isabel Vega Negrón_

Participant's Address: _1910 Ray Place Kissimmee, FL 34759_

Participant's Email Address: _yoyoyafg@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _128663_

Nature of Claim: _Salary adjustment_

By: _Isabel Vega Negrón_
Signature

_Isabel Vega Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Isabel Vega Negrón
1910 Ray Place
Kissimmee, FL 34759

RECEIVED & FILED
2021 AUG 20 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091817-7625

17 AUG 2021 PM 6 L
ORLANDO FL 328

FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felix Guzmán Vega*

Participant's Address: *1910 Ray Place Kissimmee FL 34759*

Participant's Email Address: *yoyoyafg@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *127841*

Nature of Claim: *Salary Adjustment*

By: *Felix Guzmán Vega*
Signature

*Felix Guzmán Vega*
Print Name

_____
Title (if Participant is not an individual)

*August 16, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Felix Herman Vega
1910 Ray Place
Kissimmee, FL 34759

RECEIVED & FILED
2021 AUG 20  PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

ORLANDO FL 328
17 AUG 2021 PM 5  L

United States District Court
Clerk's Office
150 Carlos Chardon Ste. 150
San Juan, PR 00 918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexa Ríos-Negrón_

Participant's Address: _River Garden #65, Canóvanas PR 00729_

Participant's Email Address: _alexarios75 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 174019 ($22,140.00)_

Nature of Claim: _Salary Claim (KPE2007-4359(803))_

By: _____
Signature

_Alexa Ríos Negrón_
Print Name

_____
Title (if Participant is not an individual)

_August 9, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Civil Núm.: K PE2007-4359 (803)
**Segunda Querella Enmendada**
Página 5

*Original en*
*file # 1*

Querellantes

Vs.

AUTORIDAD DE EDIFICIOS
PUBLICOS DE PUERTO
RICO y LCDA. LEILA HERNÁNDEZ
UMPIERRE, en su carácter oficial como
Directora Ejecutiva de la Autoridad de
Edificios Públicos

Querellados

*Junio 10, 2014*

## SEGUNDA QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparecen los querellantes, representados por los abogados que suscriben y muy respetuosamente ante este Honorable Tribunal exponen, alegan y solicitan:

1. La agencia querellada es una instrumentalidad corporativa del Estado Libre Asociado de Puerto Rico creada por la Ley Número 56 del 19 de junio de 1958. (3 LPRA 901 y ss). Las oficinas centrales de la parte querellada se encuentran en el Edificio Norte, Centro Gubernamental Roberto Sanchez Virella (antes Centro Gubernamental Minillas) Avenida De Diego, Parada 22 en Santurce, Puerto Rico 00940. La coquerellada Leila Hernández Umpierre es la Directora Ejecutiva de la Autoridad de Edificios Públicos y tiene su oficina principal en el piso 6. La pasada Directora Ejecutiva reconoció por escrito que la Junta de Directores aprobó para los querellantes efectivo el 1ro. de julio de 2004 en adelante, aumentos salariales anual por mérito. Véase comunicación del 13 de junio de 2004, que se acompaña. Anteriormente el Tribunal Supremo de Puerto Rico ha establecido que las normas, reglamentos, circulares de la Directora Ejecutiva o resoluciones de la Junta de Directores de una corporación pública forman parte del contrato de trabajo de los empleados. Santiago v. Kodak, 129 DPR 763, 775 (1992); Ada Iris Albino v. Martinez, 2007 JTS 117, pág. 1619 (2007).

2. La presente querella se tramita bajo el procedimiento sumario establecido en la Ley 2 del 17 de octubre de 1961 según enmendada, debido a que es una reclamación de salarios al amparo de decisiones de la Directora Ejecutiva y de la Junta de Directores de la Autoridad de Edificios Públicos, que forman parte del

Civil Núm.: K PE2007–4359 (803)
**Segunda Querella Enmendada**                                        Página 13

cualquier otro día laborable declarado libre por proclama, sin menoscabo de sus balances acumulados en otras licencias que asciende a una suma no menor de $1,000,000.00 con la doble penalidad que establece la Ley 379, así como que paguen las costas, gastos y honorarios de abogado no menor de un 25% de la reclamación. Finalmente ordene a la querellada a pagarle a los querellantes que realmente son no exentos la cantidad correspondiente a los salarios devengados por horas extras a tiempo doble basado en la Ley 379 antes citada <u>Rolón García v. Charlie Car</u>, 99 JTS 89; <u>Malavé v. Oriental Bank</u>, 2006 JTS 62, con la penalidad que establece la ley que asciende a una suma no menor de $10,000,000.00 y que pague las costas, gastos y honorarios de abogados según antes solicitado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 10 de junio de 2014.

**CERTIFICO:** Haber enviado copia de la presente querella enmendada a la **Lcda. Patricia Silva Musalem**, SIFRE & MUÑOZ NOYA, CSP, P O Box 364428, San Juan, PR 00936-4428; **Lcda. Esthermari Ortiz Rodríguez**, Colinas Metropolitanas V17, Guaynabo, PR 00969 y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

> **HARRY ANDUZE MONTAÑO**
> Col. 4617 / RUA #3303
> **JOSÉ A. MORALES BOSCIO**
> Col. 15296 / RUA #13983
> 1454 Avenida Fernández Juncos
> San Juan PR 00909
> Tel. (787) 723-7171
> Fax. (787) 723-7278

POR: _____
HARRY ANDUZE MONTAÑO.

POR: _____
JOSÉ A. MORALES BOSCIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ<br>COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS 0. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br><br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006, 2007,<br>2008, 2009 Y 2010; DÍA POR<br>PROCLAMA A TIPO DOBLE Y SIN<br>CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

Alexa Rios Negrón
Urb. River Garden #65
Canóvanas PR 00729

RECEIVED & FILED
2021 AUG 20 PM 4:16

00918-1706825

SAN JUAN PR  009
19 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste 150
San Juan PR. 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: GenaRA Garcia Cintron

Participant's Address: 7731 Retama Terrace Ln. Humble, TX 77338

Participant's Email Address: milcano0220@yahoo.com

Name of Counsel: n\A

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim:

By: _____
Signature

Milagros R. CAno (daughter)
Print Name

_____
Title (if Participant is not an individual)

8/8/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

B. Davila Tirado
7731 Potomac Tinaja
Humble, Tx 77338

RECEIVED & FILED

2021 AUG 20  PM 4: 15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerks Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767

00918-170629

00918.1767

NORTH HOUSTON TX 773

12 AUG 2021  PM 4 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Emilio Carrasquillo_

Participant's Address: _123 Chateau Cir. DeBary Fl. 32713_

Participant's Email Address: _emiliocarrasquillo750@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III "ERS"_ ?

By: _[signature]_
Signature

_Emilio Carrasquillo_
Print Name

_____
Title (if Participant is not an individual)

_8-16-2021_
Date

RECEIVED & FILED
2021 AUG 20 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emilio Carrasquillo
123 Chateau Cir.
DeBary FL 32713

RECEIVED & FILED
2021 AUG 20 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORLANDO FL 328
16 AUG 2021 PM 2  L

00918-170625

United States District Court,
Clerk's Office, 150
150 Ave. Carlos Chardon Ste.
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David Figueroa Vega_

Participant's Address: _113 Vista Hermosa  Cidra P.R. 00739_

Participant's Email Address: _SylviaGonzales1944 @ Gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175360_

Nature of Claim: _Retirement Pension Dept. of Education_

By: _David F. V_
Signature

_David Figueroa Vega_
Print Name

_____
Title (if Participant is not an individual)

_August 19, 2021_
Date

RECEIVED & FILED
2021 AUG 20  PM 4: 1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

David Figueroa Vega
113 Vista Hermosa
Cidra P.R 00739

RECEIVED & FILED
2021 AUG 02 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
19 AUG 2021 PM 1 L

FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma Rodríguez Cintrón*

Participant's Address: *Urb. Las Flores I-8 Calle 4 Juana Díaz P.R. 00795*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *122098, 50843*

Nature of Claim: *Claim for money owed for years of service as a teacher of intermediate level Spanish en Eligation Department of Puerto Rico*

By: *Norma Rodríguez Cintrón*
Signature

*Norma Rodríguez Cintrón*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

RECEIVED & FILED
2021 AUG 20 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodriguez Centeno
urb. Pa Flores 3
I-8 Calle 4 Juana Díaz P.R.
I-8 Calle 4 Juana Díaz 00795

RECEIVED & FILED
2021 AUG 20 PM 4: 15
CLERK'S OFFICE
U.S. DISTRICT NY'S
P.O.N.Y.N.Y. 10004

00918-1 705.25

Discovery letter to the Courts Clerk office
United States District Court, Clerk Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
19 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Norma Rodriguez Cintron_

Participant's Address: _Urb. Las Flores I-8 Calle Juana Diaz, PR 00795_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _122098, 50843_

Nature of Claim: _Claim for money owed for years of service as a teacher of intermediate level Spanish in Education Department of Puerto Rico_

By: _Norma Rodriguez Cintron_
Signature

_Norma Rodriguez Cintron_
Print Name

_____
Title (if Participant is not an individual)

_19 ago 2021_
Date

[stamp: RECEIVED & FILED 2021 AUG 20 PM 4:15 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Norma Rodriguez Critán
urb. Los Flores
I-8 Calle 4
Juana Díaz, P.R. 00795

RECEIVED & FILED
2021 AUG 20 PM 4: 15
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00916-170625

Discovery Notice to the Courts Clerks Office
United States District Court, Clerks Office
150 Ave. Carlos Chardón Sto 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
19 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Miriam Torres Ramos*

Participant's Address: *Apartado. 97 Aguirre, PR 00704*

Participant's Email Address: —

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Miriam Torres Ramos*
Signature

*Miriam Torres Ramos*
Print Name

_____
Title (if Participant is not an individual)

*12-agosto de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Miriam Jose Roma
Apartdado 97
Aguria, PR. 00604

RECEIVED & FILED

2021 AUG 20  PM 4: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
19 AUG 2021 PM1 1

United States District Court Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: David Maldonado Maldonado

Participant's Address: Condominio Iberia II 552 Austral St Apto 1002 San Juan PR 00920

Participant's Email Address: daytono72@gmail.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number: 49762

Nature of Claim: see the next page

By: _David Maldonado_
Signature

David Maldonado
Print Name

Individual
Title (if Participant is not an individual)

August 13, 2021
Date

RECEIVED & FILED
2021 AUG 20 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I am claiming the amount of $4,800.00 dollars based on Law 89 of July 12, 1979. Uniform tax "Romerazo" for the years that I worked for Puerto Rico Telephone. These were from August 22, 1995 to August 22, 1999.

Claim Number                        49768

Nature of Claim                  see the last

By      _____

Signature
Dav_____

Print Name
Individual

Title (if Participant is not an individual)

August 13, 20__

David Maldonado Maldonado
Condomina Iberia II
552 Calle Austral Apto 1002
San Juan PR 00920

RECEIVED & FILED
2021 AUG 20 PM 4: 91
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170825

SAN JUAN PR   009
19 AUG 2021 PM 1 L



Court's Clerk's Office
United States District court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Petra Rodriguez Rosales_

Participant's Address: _2 Calle B, Apto. 1403_
_Villas de Montecarlos, San Juan, P.R. 00924_

Participant's Email Address: _Prodriguez1403@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Petra Rodriguez Rosales_
Signature

_Petra Rodriguez Rosales_
Print Name

_____
Title (if Participant is not an individual)

_12 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

PETRA RODRIGUEZ ROSALES
2 CALLE B, APTO. 1403
VILLAS DE MONTECARLOS
SAN JUAN, PUERTO RICO 00924

RECEIVED & FILED
2021 AUG 20 PM 4: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

UNITED STATES DISTRICTO COURT, CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PUERTO RICO 00918-1767

SAN JUAN PR  009
19 AUG 2021  PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _C I P R E_

Participant's Address: _107 Calle Cruz Ortiz Stella Sur_
_Humacao, P.R._
_00791_

Participant's Email Address: _alopez6786@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _PLAN OF ADJUSTMENT._

By: _____
    Signature

_A LOPEZ_
Print Name

_____
Title (if Participant is not an individual)

_18 · VIII · 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

DR. ADALBERTO LÓPEZ
AVE CRUZ ORTIZ STELLA #107
SUR
HUMACAO, PUERTO RICO, 00791

RECEIVED
2021 AUG 20 PM
CLERK'S OF
U.S. DISTRICT
SAN JUAN, P

SAN JUAN PR   009

19 AUG 2021 PM 1 L



FOREVER / USA

00918-170625

United District Court,
clerk's office
150 Ave. Carlos Chardón Ate 150 .
San Juan, P. R. 00918-1767

*Notice of participation [handwritten]*
*Commonwealth Plan Confirmation, in In re Commonwealth of P.R.*
*Case no. 17 BK 3283-LTS [handwritten]*

Participant must provide all the information bellow **in English**

1. Participant's contact information, including email address and that of its counsel, if any:

    Participant's name: LUZ D. SUAREZ RIVERA
    Participant's address: URB. JARDINES DE ARROYO CALLE O, C-54, ARROYO, PR 00714
    Participant's email address: ds_evelyn@yahoo.com
    Name of counsel: N/A
    Address of counsel: N/A
    Email address of counsel: N/A

RECEIVED & FILED
2021 AUG 20 PM 4: 14
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

2. Participant's claim number and the nature of Participant's Claim:
    Claim Number: **104259**
    Nature of claim:

Legal action pending resolution with the Government of Puerto Rico for which the following documents have been submitted:
1. Evidence of claim in June 2018.
2. Information questionnaire requested to process the claim in October 2019.
3. Reply in February 2020
4. Affidavit in February 2020
5. Certification of years of service in the Puerto Rico Department of Education.
For the record, I, Luz D. Suarez Rivera, claim #104259, hereby certify that I was an employee of the Puerto Rico Department of Education from October 9, 1978 to July 28, 2009. That during this period under the protection of applicable laws; Law 34 of June 1969, Law 89 of July 1979, Law 96 of January 2002, and Law 164 of July 2003 I stopped receiving the corresponding payments and increases for which I have submitted a claim for the approximate amount of $26,680.00 corresponding to the periods of the laws during my years of service in the Department of Education of Puerto Rico. Indemnification that corresponds to me as stipulated in the aforementioned Laws, and applicable in each of the periods of time in said laws.

By: _____
Signature

Luz D. Suarez Rivera
Print name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

Luz D. Suárez Rivera
Urb. Paseo de Arroyo
Calle 0, C-54
Arroyo, P.R. 00714

RECEIVED & FILED
2021 AUG 20 PM 4:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

Discovery Notice to the Courts Clerk's Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Irenes Jiminez Rivera*

Participant's Address: *Bo. Espinal Bzn 152A, Aguada P.R. 00602*

Participant's Email Address: *Irehes Jimenez @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *case No. 17 BK 3283-LTS*

Nature of Claim: _____

By: *Irenes Jiminez Rivera*
Signature

*Irehes Jiménez Rivera*
Print Name

_____
Title (if Participant is not an individual)

*13 de Agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irenes Jimenez Rivera
Bo. Espinal Bzn 152 A
Aguada, P.R. 00602

Promesa Title III
Me 17BK 3283 LTS
19 de Agosto 2021
United States District court.
clerk office
150 ave carlos chardón ste 150
San Juan, P R 00918-1767

Estimados Señores:

He recibido varias comunicaciones de
ustedes relacionado a los casos de Pro-
mesa Titulo III.

mi idioma es español y no domino al
el Inglés, por razón enme' un documento
que había que completar y devolverlo, lo
enme' a la direccion del sobre de correo
y no era asi.

Estoy enviando a ustedes copia del do-
cumento como evidencia para la accion
Pertinente.

Espero tomen en consideración mi caso.

Quedo de ustedes;

Irenes Jimenez Rivera
Tel. 787-318-1679

U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 23   P 12: 20

Nieves Jimenez Bruno
Bo. Espinar, Bzn 152 A
Aguada P.R. 00602

00918-170625

United States District Court
Clerk office
150 ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

SAN JUAN PR   009

19 AUG 2021   PM 1   L

*Notes of participation to*
*Commonwealth Plan Confirmation, in In re Commonwealth*
*of P.R. Case no. 17 BK 3283 - LTS*

Participant must provide all the information bellow **in English**

1. Participant's contact information, including email address and that of its counsel, if any:
   Participant's name: EVELYN DIAZ SUAREZ
   Participant's address: PARQUES DE GUASIMAS 112 CALLE CEDRO
   ARROYO, PR 00714
   Participant's email address: ds_evelyn@yahoo.com
   Name of counsel: N/A
   Address of counsel: N/A
   Email address of counsel: N/A

2. Participant's claim number and the nature of Participant's Claim:
   Claim Number: **102986**
   Nature of claim:

Legal action pending resolution with the Government of Puerto Rico for which the following documents have been submitted:
1. Evidence of claim in June 2018.
2. Information questionnaire requested to process the claim in October 2019.
3. Reply in February 2020
4. Affidavit in February 2020
5. Certification of years of service in the Puerto Rico Department of Education.
For the record, I, Evelyn Díaz Suárez, claim #102986, hereby certify that I was an employee of the Puerto Rico Department of Education from August 2, 1982 to December 31, 2012. That during this period under the protection of applicable laws; Law 34 of June 1969, Law 89 of July 1979, Law 96 of January 2002, and Law 164 of July 2003 I stopped receiving the corresponding payments and increases for which I have submitted a claim for the approximate amount of $ 35,680.00 corresponding to the periods of the laws during my years of service in the Department of Education of Puerto Rico. Indemnification that corresponds to me as stipulated in the aforementioned Laws, and applicable in each of the periods of time in said laws.

By: _____
   Signature

   Evelyn Diaz Suarez
   Print name

   _____
   Title (if Participant is not an individual)

   August 13, 2021
   Date

Evelyn Diaz Sanchez
Parque de Guasimas
112 calle cedro
Arroyo, P.R. 00714

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 20   PM 1: 20

00918-1706625

Discovery Notice to the court's clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste. 150

San Juan, P.R.   00918 - 1767





*Notice of Commonwealth Plan Confirmation, en In re Commonwealth of P.R. Case no. 17 BK 3283-LTS*

Participant must provide all the information bellow **in English**

1. Participant's contact information, including email address and that of its counsel, if any:

    Participant's name: SONIA DIAZ SUAREZ
    Participant's address: URB. EL PALMAR 1 B-2 ARROYO, PR 00714
    Participant's email address: ds_evelyn@yahoo.com
    Name of counsel: N/A
    Address of counsel: N/A
    Email address of counsel: N/A

2. Participant's claim number and the nature of Participant's Claim:

    Claim Number: **104346**
    Nature of claim:

Legal action pending resolution with the Government of Puerto Rico for which the following documents have been submitted:
1. Evidence of claim in June 2018.
2. Information questionnaire requested to process the claim in October 2019.
3. Reply in February 2020
4. Affidavit in February 2020
5. Certification of years of service in the Puerto Rico Department of Education.
For the record, I, Sonia Díaz Suárez, claim #104346, hereby certify that I was an employee of the Puerto Rico Department of Education from August 6, 1985 to July 28, 2015. That during this period under the protection of applicable laws; Law 34 of June 1969, Law 89 of July 1979, Law 96 of January 2002, and Law 164 of July 2003 I stopped receiving the corresponding payments and increases for which I have submitted a claim for the approximate amount of $ 30,880.00 corresponding to the periods of the laws during my years of service in the Department of Education of Puerto Rico. Indemnification that corresponds to me as stipulated in the aforementioned Laws, and applicable in each of the periods of time in said laws.

By: _Sonia Díaz Suárez_
Signature

Sonia Diaz Suarez
Print name

_____
Title (if Participant is not an individual)

August 13, 2021
Date

Sonia Diaz Suárez
Urb. El Palmar 1, B-2
Arroyo, P.R. 00714

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 6:20

00916417
0625

Discovery Notice to the Court's Clerks Office at:
United States District Court, Clerks Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

FOREVER
051510815161716
USA

182°
Maine
usa forever

*Notice Plan Confirmation, in In re Commonwealth of P.R.*
*Case no. 17 BK 3283 - LTS*

Participant must provide all the information bellow **in English**

1. Participant's contact information, including email address and that of its counsel, if any:

   Participant's name: GENOVEVA SUAREZ RIVERA
   Participant's address: URB. BROOKLYN #31 ARROYO, PR 00714
   Participant's email address: ds_evelyn@yahoo.com
   Name of counsel: N/A
   Address of counsel: N/A
   Email address of counsel: N/A

2. Participant's claim number and the nature of Participant's Claim:
   Claim Number: **116731**
   Nature of claim:

Legal action pending resolution with the Government of Puerto Rico for which the following documents have been submitted:
1. Evidence of claim in June 2018.
2. Information questionnaire requested to process the claim in October 2019.
3. Reply in February 2020
4. Affidavit in February 2020
5. Certification of years of service in the Puerto Rico Department of Education.
For the record, I, Genoveva Suarez Rivera, claim #116731 hereby certify that I was an employee of the Puerto Rico Department of Education from January 19, 1970 to May 31, 2000. That during this period under the protection of applicable laws; Law 34 of June 1969, Law 89 of July 1979, Law 96 of January 2002, and Law 164 of July 2003 I stopped receiving the corresponding payments and increases for which I have submitted a claim for the approximate amount of $17,560.00 corresponding to the periods of the laws during my years of service in the Department of Education of Puerto Rico. Indemnification that corresponds to me as stipulated in the aforementioned Laws, and applicable in each of the periods of time in said laws.

By: _Genoveva Suarez Rivera_
Signature

_Genoveva Suarez Rivera_
Print name

_____
Title (if Participant is not an individual)

_August 13, 2021_
Date

Elsworia Suárez Ruiia
Urb. Brooklyn #31
Arroyo, P.R. 00714

RECEIVED AND
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

2021 AUG 20  PM 5: 20

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.   00918-1767

00918-170625

FOREVER
051510815161718

Maine
1820