**Ley 96**          **# de caso 2013-04-1542**

**Nombre del solicitante:** Alba E. Ramos Ostolaza

Ley 96 del 1ro de julio de 2002

**En el artículo I dice:**

a) cien dólares de aumento mensuales a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de estatus ni categoría. Cuando en un puesto se presten servicios a jornada parcial, proporcional a la jornada de trabajo. Aquellos empleados vinculados que no estén en servicio activo al 1ro de julio de 2002, tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

**Anejos incluidos**

**Fecha de comienzo en el empleo**- agosto de 1973 (ver anejo)

**Fecha de retiro**- mayo 2001, efectivo al 31 de julio de 2001 (ver anejo)

**Cómputos**

1- **Deuda 2001-2019**

| | | |
|---|---|---|
| $100.00 | ➡ | aumento mensual |
| X 12 | ➡ | meses del año |
| 1, 200.00 | ➡ | deuda anual |
| X 18 | ➡ | años trabajados |
| 21,600.00 | ➡ | Total adeudado |

Alba E- Ramos Ortolaza
Estancias Vista Alegre # 12868
Villalba, P.R. 00766

SAN JUAN PR   009

9 AUG 2021  PM 2  L

FOREVER / USA

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00911 9999
00911 89999