18 Agosto 2021
Sr. Luis A. Díaz Torres
HC- 01 Box 1081
Arecibo, P.R. 00612

A: PROMESA
   Title III
   No. 17 BK 3283-LTS

Notificandole mi error referente a mi número
de Reclamante designado, el correcto 165503.
Espero de ustedes mis disculpas, (o sea, acep-
ten las mismas), ese dia que realicé el
comunicado, me realizaron una COLONOSCOPIA
y estuve adormesido por la anestesia.

Gracias, antisipadas por su atención al respecto.
Ante ustedes muy respetuosamente:

Luis A. Díz Torres
Reclamante empleado
público

RECEIVED & FILED
2021 AUG 20 PM 4: 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.