Sr. Luis A Díaz Torres
HC-01- Box 1081
Arecibo, P.R. 00612

7019 1120 0000 7609 7727

U.S. POSTAGE
FCM LETTER
ARECIBO, PR
00612
AUG 18, 21
AMOUNT
$7.0
R2306Y15202

SAN JUAN, P.R.
U.S. DISTRICT COURT
OFFICE
2021 AUG 20 PM 4:17
RECEIVED & FILED

United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767