IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT, AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

## SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS PROTECTION TO THE DEBTORS AND REORGANIZE DEBTORS FROM ABOUT CREDITORS ARBITRATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) TO THE DEBTORS AND REORGANIZE DEBTORS FROM ABOUT CREDITORS ARBITRATION MOST GO REQUIRING AT THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMOWEALTH PUERTO RICO (ERS) TO DO OR PRESENT TESTIMONY FROM ABOUT ALL KIND OF PUBLIC BUDGETS, RETAILS, STOCKS, BONUS OR AFFILIATION AND ANY DUES AT THE GO/PBA PSA CREDITORS THAT PLACED MYSELF INTO THIS KIND OF PUBLIC CREDITWORTHINESS CLAIM. WELL AS SOON FROM, BEFORE AND AFTER THE PLAN DEPOSITORY THIS ADDITIONAL DISCOVERY, DISCOVERY DISPUTES, EXPERT WITNESSES REPORTS, REBUTTAL LITIGATIONS AND PRE-HEARING BRIEFING IT'S NECCESARY THAT THIS STATEMENT BE COMPLETE BY THIS UPDOWN ERS ADMINISTRATIVE AGENCY THAT NEVER WERE PLACED MYSELF AT THE OVERLOOK & OUTLOOK NOTICE LIKE AS SOMEONE ELSE AS THIS DEBTORS OR REORGANIZED DEBTORS BY THE JOINTLY ADMINISTERED, AS SUCH, AN ACTIVE INCOME EMPLOYEES OR AN UPDATE DISABLE OR RETIREED PEOPLE ON BOARD INTO THIS INJURIOUS ISSUE AT THE "ERS AGENCY FINANCIAL STATEMENTS ON A VERY LONG PAST DUE". SO, THIS INFORMATION RELATING ABOUT THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS PROTECTION TO THE DEBTORS OR

**REORGANIZE DEBTORS FROM ABOUT THOSE CREDITWORTHINESS CLAIM ARBITRATION IS THE MOST IMPORTANT THING AT THIS MOMENT TO ANY NON IN ASSOCIATION LITIGIOUS THAT PURSUIT GET OUTSIDE WITH ANOTHER KIND OF REASON JUST AT THE LOOK FOWARD AS A PRIVATE & PERSONAL CITIZENSHIP AND ALSO FOR THE WELLNESS OF THE PUBLIC ECONOMY DEVELOPMENT STATEMENTS STATUS (PROMESA TITLE III), THE ADJUSTMENT OVERSIGHT PLAN, BUT FIRST, WITH ALL OF THIS OR ANY MATTER OF FACT OF AN ADDITIONAL INFORMATION IT'S GREATFULLY SEARCH OF A DISCHARGE AND RELEASE MYSELF AND SETOUT OF THIS CLAIM ON THOSE CAUSES OF ACTION BY DEBTORS OR REORGANIZE DEBTORS, JUST BY A SIMPLE PROVISION ON AFFIRMATIVE DEFENSE RIGHTS THAT NOT BREACHES OF LAW AND ALSO WOULD BE SUPPORTING WITH AN EXAMINATION ABOUT:**

1. **ANY KIND OF LEGISLATIVE BACKGROUND INTO A NON SUBROGATION (JUST UNCONNECTED) WITH THE CENTRAL GOVERNMENT RETRIBUTION BY CONSTITUTIONAL LAWS, WITHOUT ANY KIND OF CREDITWORTHINESS CLAIMS, FIRST ABOUT CITIZENSHIPS RIGHTS TO BEING INTO A SATISFACTORY CONDITION OR CIRCUMSTANCES TO CHASE.**
2. **ANY KIND OF WILLPOWER FROM ABOUT PRODUCTS AND SERVICES, AS SUCH OFFERS AND DEMAND CREATED TO SATISFY THE AGENCY BY THE WAY AT THE INPUT, GETPUT AND OUTPUT INCOMES WITH THE PRODUCTIVE PAST LABOR YEARS (AGO) FROM DISABLES OR ELDERLYS PROPER BENEFITS WITH ANY ACT OF KINDNESS TO THE ERS AGENCY, AND BY THOSE ACTUALLY ACTIVE PUBLIC EMPLOYEES (JUST THE REAL REASON TO HAVE BEING OF THE ERS AGENCY, BUT NOT BY THE ERS LAW NUM. 447, NEITHER BY THE ERS LAW NUM 3 AND NEVER BY THE PAY AS YOU GO).**
3. **ANY KIND OF PUBLIC AND RETAILS POLITICS PARTY PROGRAM THAT CONDUCING TO ENTER INTO THIS CLASS OF CAUSES OF ACTION BETWEEN GO/PBA PSA CREDITORS AND THE ERS, SINCE THE FAILURE OF THE GENERAL & CENTRAL ADMINISTRATION AT THE COMMONWEALTH OF PUERTO RICO, THAT CONTRIBUTE TO THE GROWTH OF THIS SERIOUS DAMAGES AND DISADVANTAGES TO THEIR OWN THIRDS PRODUCTIVE AND POLITE PEOPLE (JUST BY STANDPOINT**

OF THE COURTEOUS PLAINTIFFS, MORE THAN TO THOSE INFLATED INVESTMENT DEPUTY CORRIDORS).

FOR THESE KIND OF REASONS I PRETEND WITH THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) TO THE DEBTORS AND REORGANIZE DEBTORS FROM ABOUT CREDITORS ARBITRATION BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND AND THAT QUEST THAT MY PERSONAL AND PRIVATE STATUS (MYSELF) BEING CONSIDER LIKE A NON DEBTORS AND A NON REAORGANIZE DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, I JUST WANT TO BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I WANT BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR OR REORGANIZE DEBTOR BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR OR NON REORGANIZE DEBTOR WITH A FORMAL RELEASE FOR THIS CASE TENACITIES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) TO THE DEBTORS AND REORGANIZE DEBTORS FROM ABOUT CREDITORS ARBITRATION TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY,

ANA A. NÚÑEZ VELÁZQUEZ

19 RES. VILLANUEVA APTO 170

AGUADILLA, PUERTO RICO 00603

DATED: AUGUST 19, 2021

ON: AGUADILLA PR