Sra. Ana H Nunes Velazquez
19 Res. Villanueva Apto 170
Aguadilla PR 00603-7044

The United States District Court
Clerk's Office
150 Carlos Chardon Av. Suite 150
San Juan PR 00918-1767