Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maritza Castro Rivera_

Participant's Address: _P.O. Box 1096 Arroyo, P.R. 00714_

Participant's Email Address: _maracastro97@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS_

Nature of Claim: _Intent to participate in Discovery for_
By: _Maritza Castro R___ _Commonwealth Plan Confirmation, in In re Commonwealth_
Signature _of Puerto Rico_

_Maritza Castro Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08-16-2001_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARITZA CASTRO RIVERA
PO BOX 1046
ARROYO P.R. 00714

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 23 PM 4:53

00918-1706 25

7021 0350 0001 0814 4563

CERTIFIED MAIL

THE COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE 150
SAN JUAN P.R. 00918-1767







USA ★ FOREVER

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
AUG 19, 21
AMOUNT
$3.
R2304P119

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edgardo Roche Torres_

Participant's Address: _Bo+ 10418 - Sector El Rocio A6_
_YAuco Puerto Rico_
_00698_

Participant's Email Address: _almaciqoa6 86mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110 348_

Nature of Claim: _Non-paid steps_

By: _Edgardo Roche Torres_
Signature

_Edgardo Roche Torres_
Print Name

_____
Title (if Participant is not an individual)

_8/19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edgardo Roche Torres
Sector El Rocio 4C
Box HC2-10818
Yauco, Puerto Rico
00 698

RETURN RECEIPT
REQUESTED

7020 1290 0001 9185 9662



CERTIFIED MAIL®





U.S. POSTAGE PAID
FCM LT
YAUCO, PR
00698
AMOUNT
JUN 19, '21
$7.00
R2305M148108-03
1000    00918



United States District Court
Clerks office 150
Ave. Carlos Chardon Ste. 150
San Juan P.R.

RETURN RECEIPT
REQUESTED



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn De Jesús Carrillo_

Participant's Address: _Urb. Santiago Iglesias 1760 c/r. Pillot Garcia, SJ 00921_

Participant's Email Address: _evelyn.d.Carrillo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168160_

Nature of Claim: _Salarios impagos_

By: _Evelyn De Jesús_
Signature

_Evelyn De Jesús Carrillo_
Print Name

_____
Title (if Participant is not an individual)

_8/18/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 23  PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR  0109
19 AUG 2021  PM 1  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918- 1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Blanca I. Rodríguez Rodríguez_

Participant's Address: _P.O. Box 289 Naranjito P.R. 00719_

Participant's Email Address: _Nany2723@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Confirmation of Commonwealth Plan of Adjustment_

Nature of Claim: _No. 17 BK 3283-LTS_

By: _[signature]_
Signature

_Blanca I. Rodríguez Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_8-15-2021_
Date

RECEIVED & FILED
2021 AUG 23 PM 5:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Blanca I. Rodríguez
P.O. Box 289
Naranjito, P.R. 00719

RECEIVED

2021 AUG 23  PM 5: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Court's Clerks Office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis A. Carrasquillo Maldonado_

Participant's Address: _P. O Box 181  Comerio P.R. 00782_

Participant's Email Address: _papo-a @ hotmail . com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176425_

Nature of Claim: _Breach of the Law promise (Law 89-1874 uniform pay Law 89-1896 homeraze, Law 96-2000 Pay rise, Law 164 Slam Calkem Law 109-2000 steps of salary scale, Law 164-2003 pay rise_

By: _Luis A. Carrasquillo Maldonado_
Signature

_Luis A. Carrasquillo Maldonado_
Print Name

_Public employer claim_
Title (if Participant is not an individual)

_13 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 23  PM 5: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A. Carrasquillo Maldonado
P.O. Box 181
Comerío, P.R. 00782

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150 San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AUG 23  PM 5: 10
US DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Diana M. Guzmán Arocho

Participant's Address:   25 Calle Malaguata Urb 2 T Isabela, P.R. 00662

Participant's Email Address:   diana21031@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   91786

Nature of Claim:   Public Employee and Pension/Retiree Claims

By:   _____
Signature

Diana M. Guzmán Arocho
Print Name

Individual
Title (if Participant is not an individual)

08/20/2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Diana Guzman**
Urb Las 3t
25 Calle Malagueta
Isabela, PR 00662-3202



CERTIFIED MAIL

7019 2280 0001 4074 7341



U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
AUG 20, 21
AMOUNT
**$7.65**
R2303S104195-05

To. Court's Clerk Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana M. Guzmán Arocho_

Participant's Address: _25 Calle Malagueta Urb. 3T Isabela P.R. 00662_

Participant's Email Address: _diana_21031@hot mail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134043_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _[signature]_
    Signature

_Diana M. Guzmán Arocho_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**G**

**Diana Guzman**
Urb Las 3t
25 Calle Malagueta
Isabela, PR 00662-3202

**CERTIFIED MAIL**

7019 2280 0001 4074 7341



U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
AUG 20, 21
AMOUNT

**$7.65**

1000        00918        R2303S104195-05

To. Court's Clerk Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana M Guzmán Aracho_

Participant's Address: _25 Calle Malaguesta Urb. 3 Isabela P.R. 00662_

Participant's Email Address: _diana.21031@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137345_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _[signature]_
 Signature

_Diana M. Guzmán Aracho_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Diana Guzman**
Urb Las 3t
25 Calle Malagueta
Isabela, PR 00662-3202



CERTIFIED MAIL

7019 2280 0001 4074 7341





U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
AUG 20, 21
AMOUNT
**$7.65**
1000   00918   R2303S104195-05

To. Court's Clerk Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana M. Guzmán Aracho_

Participant's Address: _25 Calle Malagueta Urb. Isabela P.R. 00662_

Participant's Email Address: _diana21031@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _144896 (exac $1,700.00)_

Nature of Claim: _Public Employee and Pencion/Retiree Claims_

By: _Diana M. Guzmán Aracho_
   Signature

_Diana M. Guzmán Aracho_
Print Name

_Individual_
Title (if Participant is not an individual)

_08/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Diana Guzman**
Urb Las 3t
25 Calle Malagueta
Isabela, PR 00662-3202



CERTIFIED MAIL

7019 2280 0001 4074 7341





U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
AUG 20, 21
AMOUNT
**$7.65**
R2303S104195-05

1000    00918

To. Court's Clerk Office
United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Roberto Cruz- Mena_

Participant's Address: _Calle Cadiz NC 3, Ste. Juanita, Bay. P.R 00956_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-bk-~~03586~~ 03566_

Nature of Claim: _Retirement Fund of P.R. Government (E.L.A_

By: _____
Signature

_ROBERTO CRUZ MENA_
Print Name

_____
Title (if Participant is not an individual)

_18 August 2021_
Date

RECEIVED & FILED
2021 AUG 23   PM 5:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Roberto Cruz Matcua
calle Cádiz N C·3
Sta. Juanita, Bayamón
P.R.  00 956-5109

RECEIVED & FILED
2021 AUG 23  PM 5: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



United States District Court, Clerks
Office,  150 Ave. Chardon Suite
150,  San Juan,  P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Francisco Gomez Rivera_

Participant's Address: email: _anthonyrivera2333 @ gmail.com_

Participant's ~~Email~~ Address: _Calle 5 H22 Villas de Loiza Canovanas PR. 00729_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Juan Francisco Gomez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_08-12-2021_
Date

[Stamp: RECEIVED & FILED 2021 AUG 23 PM 5:04 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan Gomez Rivera
C/5 H 22 Villas de Loiza
Canovanas P.R 00729

RECEIVED & FILED
2021 AUG 23 PM 5: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Court's Clerk Office
United States District Court
150 Ave. Carlos Chardon
Ste. 150, San Juan, PR
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madelin Ortiz Ortolaza_

Participant's Address: _Jesús T. Piñero WOE-40 Santa Juanita Bayamón PR 00956_

Participant's Email Address: _madeline62.moo @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _government employee_

By: _Madelie Ortiz Ortolaza_
    Signature

_Madelin Ortiz Ortolaza_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madelin Ortiz Ortolaza
Calle Jesus T. Piñero WE-40
Urb. Santa Juanita
Bayamón PR 00956



RECEIVED & FILED
2021 AUG 23  PM 5: 05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madelin Ortiz Ortolaza_

Participant's Address: _Jesús T. Piñero WE-40 Urb Santa Juanita_
_Bayamón PR 00956_

Participant's Email Address: _madeline62.moo@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _not remember_

Nature of Claim: _government employee_

By: _Madelin Ortiz Ortolaza_
Signature

_Madelin Ortiz Ortolaza_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madelin Ortiz Ortolaza
Calle Jesús T. Piñero WE 40
Urb. Santa Juanita
Bayamón PR 00956



RECEIVED & FILED
2021 AUG 23 PM 5: 05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Madelin Ortiz Ortolaza_

Participant's Address: _Jesús T. Piñero WE-40 Santa Juanita Bayamón PR 00956_

Participant's Email Address: _madeline62.moo @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _not remember_

Nature of Claim: _government employee_

By: _Madelin Ortiz Ortolaza_
Signature

_Madelin Ortiz Ortolaza_
Print Name

_____
Title (if Participant is not an individual)

_August 17, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Madelin Ortiz Ortolaza
Calle Jesus T. Piñero WE-40
Urb. Santa Juanita
Bayamón PR 00956

RECEIVED & FILED
2021 AUG 23 PM 5: 05
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR



United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan PR 00918-1767