# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

PLEASE TAKE NOTICE that Antonio J. Amadeo Murga, counsel for the certified Plaintiffs' Class in case <u>Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG) respectfully withdraws his appearance as counsel thereof on the grounds that Plaintiffs' Class and its counsel have resolved the issues subject of the adversary proceedings by virtue of a stipulation entered into on October 15, 2020, which this Honorable Court has approved by its Memorandum and Order of June 29, 2021 (Dkt. Nos. 17185 and 17186).

Counsel Mario M. Oronoz and Francisco Colón Ramírez will file their notices accordingly.

WHEREFORE, it is respectfully requested that Antonio J. Amadeo Murga be removed from the master service list of attorneys in this case.

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 24, 2021, I electronically filed the foregoing with the Clerk

1

of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, August 24, 2021.

*s/Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
605 Condado, Ave.
Suite 518
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com