**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al*,<br><br>Debtors[1] | PROMESA<br>Title III<br><br><br>Case No. 17-bk-3283 (LTS)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF "NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT" (DOCKET ENTRY NO. 17839)**

PLEASE TAKE NOTICE that Puerto Rico Industrial Development Company (PRIDCO) hereby withdraws its "Notice of Intent to Participate in Discovery for Confirmation of Commonwealth Plan of Adjustment" (Docket Entry No. 17839).

WHEREFORE, Puerto Rico Industrial Development Company (PRIDCO) respectfully requests that the Court takes notice of the foregoing.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 25th day of August, 2021.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I HEREBY CERTIFY that on this same date this document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all interested parties of record.

*Counsel for Puerto Rico Industrial Development Company (PRIDCO)*

***s/Luis R. Ramos Cartagena***
Luis R. Ramos Cartagena
USDC-PR Bar No. 220310
Professional Legal Counsels, LLC
53 Palmeras St., PH1
San Juan, PR 00901-2407
Tel.: (787) 523-3483
lramos@plclawpr.com
lramos@cstlawpr.com