UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 24, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 25, 2021

1. Alberto Cintron Rosario
2. Exel Ivan Perez Vargas
3. Bethzaida Hernandez Mercado
4. Benjamin Figueroa Nieves
5. Maria C. Ortiz Cruz
6. Irma J. Correa Velez
7. Adelaida Figueroa Valentin
8. Juan A. Colon Colon
9. Liz Vazquez Vargas
10. Luz Z. Roman
11. Beatriz Feliciano Galarza
12. Mildred E. Rosario Ortiz
13. Rosa M. Rodriguez Matos
14. Adalberto Flores Zayas
15. Karla Lizbeth Lopez Vega
16. Aidita Velez Ortiz
17. Johanna Rios Torres
18. Maribel Rodriguez Garcia
19. Mariana Santiago Cuevas (2 notices)
20. Marta Franco Molina
21. Gabriel Martinez Bermudez
22. Gerardo L. Cruz Walker
23. Carmen N. Zayas Sotomayor (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 25, 2021

24. Ruysdael Davila Rodriguez

25. Aida I. Castro Candelario

26. Elba N. Mendez Muñoz (7 notices)

27. Maria del Carmen Morales Colon

28. Jose Crespo Maisonet

29. Francisco A. Toro Osuna

30. Juan H. Valentin Quiles

31. Jose Diaz Rivera

32. Edith Morales Rivera

33. Carmen Gonzalez Sanchez (2 notices)

34. Gerson Oquendo Vazquez (3 notices)

35. Carmen M. Matos Febres

36. Cynthia Pabon Torres (3 notices)

37. Julia Perez Martinez

38. Ivette Morales Soto

39. Virginia Rivera Rosado

40. Judith Camacho Perez

41. Wilfredo Aponte Ortiz

42. Carlos Rivera Nelfont

43. Francisco V. Espaillat

44. Juanita Hernandez Zayas

45. Rafael Angel Fontanez Vazquez

46. Sylvia E. Torres Moore

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 25, 2021

    47. Trinidad Laureano Ramos

    48. Luz Enid Morales Delgado (3 notices)

    49. Luis Raul Ortiz Ortiz

    50. Felix Davila Perez

Dated:  August 25, 2021