Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alberto Cintrón Rosario_

Participant's Address: _Condominio Los Almendros Plaza_
_701 Calle Eider apt-801 San Juan, P.R. 00924_

Participant's Email Address: _AlbertoCintron63@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98202_

Nature of Claim: _Public Employee claim_

By: _Alberto Cintrón Rosario_
Signature

_Alberto Cintrón Rosario_
Print Name

_____
Title (if Participant is not an individual)

_August 21, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

August 21, 2021

¡Saludos muy cordiales!

Por este medio le estoy informando que la comunicación de las cartas enviadas, fueron a la torre 2 del otro Condominio, me lograron identificar y me hicieron llegar todas comunicación en carta, lo estoy enviando en este momento ya que al envío de la comunicación hubo inconveniente por lo del correo, la dirección está clara y exacta. Para más información se puede comunicar con

Alberto Cintrón Rosario
(1 787) 436-8817
Querellante

¡Gracias Anticipadas!



Alberto Cintron Rosario
Condominio Las Almendros Plaza
701 Calle Eider Apartamento 801
San Juan, Puerto Rico 00924

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
AUG 23, 21
AMOUNT
$6.45
R2305H130913-06

00918-170625

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

7017 1070 0001 1714 1073

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Exel Ivan Perez Vargas*

Participant's Address:  *Hc 2 Box 4971, Villalba, PR 00766*

Participant's Email Address:  *3x3livan@gmail.com*

Name of Counsel:  *Pablo Colón Santiago*

Address of Counsel:  *PO Box 801175, Cto Laurel, PR 00780-1175*

Email Address of Counsel:  *pablocolonsantiago@gmail.com*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *No. 17 BK 3283-LTS*

Nature of Claim:  *Torts*

By:  *[signature]*
Signature

*Exel Ivan Perez Vargas*
Print Name

_____
Title (if Participant is not an individual)

*August, 19, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



PABLO COLÓN SANTIAGO & ASC
Lcdo. Pablo Colon Santiag
PO Box 801175
Coto Laurel, Puerto Rico 00780-...

CERTIFIED MAIL

7020 1810 0001 6738 3113

UNITED STATES DISTRICT COURT, CLERK'S
OFFICE 150 AVE. CARLOS CHARDON STE 150
SAN JUAN, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Bethzaida Hernández Mercado_

Participant's Address: _PO Box 1931 Isabela PR 00662_

Participant's Email Address: _betsy_hndc@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Título III_

By: _Bethzaida Hern Mercado_
    Signature

_Bethzaida Hernández Mercado_
Print Name

_____
Title (if Participant is **not an individual**)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Belkaida Hernández Mercado
PO Box 1931
Isabela PR 00662

00918-170625

SAN JUAN PR 008
23 AUG 2021PM 1 L

201 AUG 24 PM 5:36

7021 0350 0000 5197 6402

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

S81444.036

$6.96 0
US POSTAGE
FIRST-CLASS
062S0011692423
FROM 00662

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Figueroa Nieves, Benjamin_

Participant's Address: _Calle 8 #80 Saint Just P.R._

Participant's Email Address: _Benlly letty@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III No 17BK3283 LTS._

Nature of Claim: _Ley 89- julio 1995 Rome razo (Compensation Not Paid)_

By: _Benjamin Figueroa Nieves_
Signature

_Benjamin Figueroa Nieves_
Print Name

_____
Title (if Participant is not an individual)

_10 agosto 2031_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Benjamin Figueroa
C-8 # 80 S. Just
Robot-1220 -00976

United States District Courts
Clerk's Office, 150 Ave.
Carlos Chardón Ste. 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria C. Ortiz Cruz_

Participant's Address: _Calle union #30 B Candelaria Toa_

Participant's Email Address: _ormaria793@gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Maria C Ortiz Cruz_
Signature

_Maria C- Ortiz Cruz_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivania C. Oleo Cr
P.M.B. 382
P. o. Box 3500
Toa Baja P.R. 00951

00918-170625

SAN JUAN PR 009
23 AUG 2021 PM 11
2021 AUG 21 PM 2   L

CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 21 PM 2:36

Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irma J. Correa Vélez_

Participant's Address: _Calle Q Casa Q63 Jardines de Arecibo, Arecibo PR 00612_

Participant's Email Address: _judithcorrea1064@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112043_

Nature of Claim: _Public Employee Claims_

By: _Irma J. Correa Véle_
Signature

_Irma J. Correa Velez_
Print Name

_____
Title (if Participant is not an individual)

_16 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Irma J. Correa Vélez
calle Q casa Q-63
Jardines de Arecibo
Arecibo, PR. 00612

00918-176825

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 24 PM 5:35

SAN JUAN PR   009
20 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelaida Figueroa Valentin_

Participant's Address: _P.O. Box 598  Florida P.R 00650_

Participant's Email Address: _adelaidafigueroa1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63887_

Nature of Claim: _Pension / Retiree Claims_

By: _Adelaida Figueroa_
Signature

_Adelaida Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 19, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Patricia Figueroa
P.O. Box 598
Florida, P.R. 00650

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

0091B-1706625

SAN JUAN PR   009

20 AUG 2021   PM 1   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan A. Colón Colón_

Participant's Address: _HC03 Box 32255 Hatillo P.R. 00659_

Participant's Email Address: _jcolon1365@gmail.com_

Name of Counsel: _United States District Court, Clerk's_

Address of Counsel: _Office 150 Ave. Carlos Chardón Ste 150 San Juan P.R. 00918-1767_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _177957_

Nature of Claim: _#49762 ~ Law #89 ~ Romero20 ~ Essective July 01/1995_

By: _____
    Signature

_Juan A. Colón Colón_
Print Name

_____
Title (if Participant is not an individual)

_08-19-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan A. Colón
HC03 Box 3920 S
Hatillo P.R. 00659

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 24 PM 9:35

00916-170399

SAN JUAN PR 009
20 AUG 2021 PM 1 L

FOREVER / USA

United States District Court Clerks
Office 150 Ave Carlos Chardon
Ste 150
San Juan P.R. 00 918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Vázquez Vargas, Liz_

Participant's Address: _Bo. Santana Parcelas Pérez C7 Arecibo, PR006 12_

Participant's Email Address: _Vazquezliz9@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _69234_

Nature of Claim: _Pension/Retiree Claims_

By: _Liz Vázquez Vargas_
Signature

_Liz Vázquez Vargas_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Liz Vázquez Vega
Bo. Santana
Parcelas Pérez C7
Arecibo, PR 00612

00918-170625

SAN JUAN PR   009
20 AUG 2021 PM 1 L



FOREVER / USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Roman, Luz Z.*

Participant's Address: *HC04 Box 43000, Hatillo, PR00659*

Participant's Email Address: *zoraida5306pr@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *161649*

Nature of Claim: *Pension/Retiree Claims*

By: *[signature]*
   Signature

*Luz Z. Roman*
Print Name

_____
Title (if Participant is not an individual)

*August 18, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz C. Roman
#C 94 Box 43000
Aduntas, PR 00657

00918-170625

SAN JUAN PR   009
20 AUG 2021   PM 1   L

United States District Court,
Clerks Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Beatriz Feliciano Galarza*

Participant's Address: *HC-6 Box 13323 Hatillo PR 00659*

Participant's Email Address: *beatriz.feliciano63@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *NO.17 BK 383 LTS*

Nature of Claim: *Pension / Retiree Claims*

By: *Beatriz Luo*
    Signature

*Beatriz Feliciano Galarza*
Print Name

_____
Title (if Participant is not an individual)

*6/agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Beatriz Aliviano Salarga
HC-6 Box 133 2 3
Hatillo P.R. 00659

00918-170449

20 AUG 2021 PM 1 L

SAN JUAN PR   009

United States District Court, Clerics
Office
150 Ave. Carlos Chardon Ste.
150 San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Mildred E. Rosario Ortz

Participant's Address: HC06 Box 19876 Arecibo, 00612

Participant's Email Address: merosario8@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: Pension / Retiro Claims

By: Mildred E. Rosario
    Signature

Mildred E. Rosario Ortz
Print Name

_____
Title (if Participant is not an individual)

6/agosto/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred P. Rosario Ortiz
HC-06 Box 19872
Arecibo, P.R., 00612

00918-170625

SAN JUAN PR · 009

20 AUG 2021 PM 1 · L



United States District Court, Clerk's
office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R., 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa M. Rodriguez Matos_

Participant's Address: _Hc 2 Box 5271 Comerio, P.R. 00782_

Participant's Email Address: _rodriguezmatosrosa @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179017_

Nature of Claim: _Pensionado de gobierno_

By: _Rosa M. Rodriguez Matos_
Signature

_Rosa M. Rodriguez Matos_
Print Name

_____
Title (if Participant is not an individual)

_20 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra Rosa M Rodriguez Matos
HC 2 Box 5271
Comerío, PR 00782

SAN JUAN PR 009

20 AUG 2021 PM 1 L

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adalberto Flores Zayas_

Participant's Address: _Paseo Real 5 Calle Isabel, Coamo, PR 00769-9801_

Participant's Email Address: _lillianmateo @comcast.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _40116_

Nature of Claim: _Public Employee - Department of Agriculture_

By: _____
Signature

_Adalberto Flores Zayas_
Print Name

_____
Title (if Participant is not an individual)

_8/20/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adalberto Flores Zayas
Paseo Real 5 Calle Isabel
Coamo, PR 00769-9801

SAN JUAN PR 009
20 AUG 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

00918-1706625



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Karla Lizbeth López Vega_

Participant's Address: _HC-1 Box 10112 Arecibo, PR 00612-9797_

Participant's Email Address: _Klizbeth007 @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179179_

Nature of Claim: _Commonwealth of Puerto Rico_

By: _Karla López_
    Signature

_Karla Lizbeth López Vega_
Print Name

_____
Title (if Participant is not an individual)

_8/19/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Karla L. López Vega
HC-1 Box 10112
Arecibo, P.R. 00612-9797

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 24   PM 3:34

00918-170625

SAN JUAN PR. 009
20 AUG 2021 PM 1 L

FOREVER / USA



Discovery Notice to Court's Clerk's office at:
United States District Court, Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Aidita Vélez Ortiz_

Participant's Address: _HC 71 Box 7030 Cayey, PR 00736_

Participant's Email Address: _aiditavelez @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16823_

Nature of Claim: _SRF55593_

By: _[signature]_
   Signature

_Aidita Vélez Ortiz_
Print Name

_Retired Teacher DE_
Title (if Participant is not an individual)

_August 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Didra Velez Ortiz
HC 71 Box 7030
Cayey, PR 00736

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
2021 NOV 24 PM 3:40

United States District Court
Clerk's Office
150 Ave. Chardon Ste. 150
San Juan, PR 00918 -1767

00918-176525

SAN JUAN PR 009
20 AUG 2021 PM 1



FOREVER
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Johanna Rios Torres_

Participant's Address: _Jardines del Caribe, Calle 54 #2B2_

Participant's Email Address: _riversjoan20@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _69337_

Nature of Claim: _Money owed Retirement System Administration_

By: _[signature]_
Signature

_Johanna Rios Torres_
Print Name

_____
Title (if Participant is not an individual)

_8-19-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Johanna Rios Torres
Urb. Jardines del Caribe
Calle 54 #2B2
Ponce, PR 00728

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
20 AUG 2021 PM 1 L

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 24 PM 5:04

00918-176625

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Rodriguez Garcia_

Participant's Address: _5311 Sagitada Jardines Caribe_

Participant's Email Address: _maribely8@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _fey 12, Romeraco Promesa_

By: _[signature]_
Signature

_Maribel Rodriguez Garcia_
Print Name

_____
Title (if Participant is not an individual)

_16 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Rodríguez
5311 Sagitado
Jardines Caribe
Ponce, P.R. 00728



SAN JUAN PR 009
23 AUG 2021 PM 1 L

00918-170625

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 24 PM 3:33

United State DCourt, Clerk's
Office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mariana Santiago Cuevas_

Participant's Address: _HC1 Box 4729, Las Marias, P.R. 00670_

Participant's Email Address: _marisantiago1966 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _134326_

Nature of Claim: _Ley Núm. 410. DEI 8 de octubre 2000_

By: _Mariana Santiago Cuevas_
    Signature

_Mariana Santiago Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_19 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Mariana Santiago Cuevas
HC 1 Box 4729
Las Marias, Puerto Rico
Zip Code 00670

00918-176825

SAN JUAN PR 009

20 AUG 2021 PM 1 L

To: United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico
Zip Code  00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Mariana Santiago Cuevas_

Participant's Address: _HC I Box 4729, Las Marias, P.R. 00670_

Participant's Email Address: _marisantiago1966@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160942_

Nature of Claim: _Ley Num. 96 1 de julio de 2002_

By: _Mariana Santiago Cuevas_
Signature

_Mariana Santiago Cuevas_
Print Name

_____
Title (if Participant is not an individual)

_19 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Franco Molina_

Participant's Address: _P.O.Box 544 Cidra, Puerto Rico 00739_

Participant's Email Address: _framart1912 @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90663_

Nature of Claim: _importe del salario sincobraro adeudado de empleados públicos del Departamento de Educación/ jubilación_

By: _[signature]_
Signature

_Marta Franco Molina_
Print Name

_____
Title (if Participant is not an individual)

_23 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Frana Molina
P.O. Box 644
Cidra, P.R. 00739

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 24 PM 3:38

00918-1706825

SAN JUAN PR 009
23 AUG 2021 PM 1 L

United States District Court, Clerk, Office
150 Ave. Carlos Chardon ste.
150, San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Gabriel Martinez Bermudez

Participant's Address: Palma ABajo, Sector Higuero Com 156
Comerio P.R. 00782

Participant's Email Address: negromartinez 1534 ag.mail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 136518

Nature of Claim: Public Employee And Pension - REtiree
Claim

By: _____
Signature

Gabriel Martinez Bermudez
Print Name

_____
Title (if Participant is not an individual)

23 Agost 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gabriel Wortner Bermudez
Box 682
Comerio P.R. 00782

00918-170625

SAN JUAN PR 009
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 24 PM 5: 33

23 AUG 2021 PM 1 L

To. United States District
Court.
Clerks office
150 Ave. Carlos Chardon
S.
00918-1760

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cruz Walker, Gerardo L_

Participant's Address: _Villa Fontana 2JL #441 Via 13 Carolina PR 00983_

Participant's Email Address: _gerardocrz@yahoo.com / gerardocrz37@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 80711_

Nature of Claim: _Employees Retirement System of the Gov of PR_

By: _____
Signature

_Gerardo L Cruz Walker_
Print Name

_____
Title (if Participant is not an individual)

_August 20 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cruz Walker, Gerardo
Villa Fontana
25L 441 Via 13
Carolina PR 00983

00918-170625

20 AUG 2021 PM 1  L

SAN JUAN PR  009

U.S. DISTRICT COURT
SAN JUAN

United States District Court Clerk's office
150 Ave Carlos Chardon STE 150
San Juan PR 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen N. Zayas Sotomayor_

Participant's Address: _Urb. Tierra Santa B8 Villalba, P.R. 00766_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118943_

Nature of Claim: _Public Employee Claims_

By: _Carmen N. Zayas Sotomayor_
Signature

_Carmen N. Zayas Sotomayor_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Vazquez
U.S. Terris Santa B-8
Villalba, P.R. 00766

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 24  PM 5: 33

00918-170625

SAN JUAN PR   009
20 AUG 2021  PM 1  L

United State District Court
Clerk's office
150 Avo Carlos Chardon sto 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen N. Zayas Sotomayor_

Participant's Address: _Urb. Tierra Santa B8 Villalba, P.R. 00766_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _117960_

Nature of Claim: _Public Employees & Pension Retiree Claims_

By: _Carmen N. Zayas Sotomayor_
Signature

_Carmen N. Zayas Sotomayor_
Print Name

_____
Title (if Participant is not an individual)

_5 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen V. Rogues
Urb. Treviz South 6-8
Villalba, P.R. 00766

U.S. District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009

20 AUG 2021 PM 1 L

00918-176625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruysdael Dávila Rodríguez_

Participant's Address: _Urb. Tierra Santa B8 Villalba PR. 00766_

Participant's Email Address: _ruysdaeldavila1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164202_

Nature of Claim: _Public Employee - Pension - Jubilación_

By: _[signature]_
Signature

_Ruysdael Dávila Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_1 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sr Ruysdael Davila
URB Tierra Santa B-8
Villalba PR 00766

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 AUG 24 PM 3:38

00918-170625

US. District Court
Clerk office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

SAN JUAN PR   009
20 AUG 2021 PM 1  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 42218 _____

Nature of Claim: _____ Sistema de Retiro _____

By: *Aida J. Castro Candelario*
Signature

*Aida I. Castro Candelario*
Print Name

_____
Title (if Participant is not an individual)

*18 agosto 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida S. Castro Candelario
Urb. Sunville Altos
R-19 calle 16
Trujillo Alto, P.R. 00976

SAN JUAN PR   009
20 AUG 2021 PM 1 L

00918-170625

United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba N. Méndez Muñoz_

Participant's Address: _# 17 Calle Cambija, Rincón, P.R. 00677_

Participant's Email Address: _elbamendezj2@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _121487_

Nature of Claim: _Empleado Público (Public Employee Claim)_
_Educ. Dept._

By: _E·N·Mém Muñi_
Signature

_Elba N. Méndez Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_august_
_08/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba N. Méndez Muñoz
# 17 Calle Cambija
Rincón, P.R. 00677

CERTIFIED MAIL

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
$7.65
R2305K136452-5

1000          00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba N. Méndez Muñez_

Participant's Address: _#17 Calle Cambija, Rincón Puerto_

Participant's Email Address: _elbamendez2@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115344_

Nature of Claim: _Empleado Público (Public Employee Claim)_

By: _E.M. Méndez Muñez_
Signature

_Elba N. Méndez Muñez_
Print Name

_____
Title (if Participant is not an individual)

august
_08/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**CERTIFIED MAIL**

Elba N. Méndez Muñoz
# 17 Calle Cambija
Rincón, P.R. 00677

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
**$7.65**
R2305K136452-5

1000        00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba N. Méndez Muñoz_

Participant's Address: _#17 Calle Cambija Rincón PR 00677_

Participant's Email Address: _elbamendez;20@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _115095_

Nature of Claim: _Empleado Público (Public Employee Claim)_

By: _E.N.Mdz Muñoz_
Signature

_Elba N. Méndez Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_august 08/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba N. Mendez Muñiz
# 17 Calle Cambija
Rincón, P.R. 00677

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
**$7.65**
R2305K136452-5

UNITED STATES
POSTAL SERVICE®

1000          00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Elba N. Méndez Muñoz_

Participant's Address: _#17 Calle Cambija, Rincón, PR 00677_

Participant's Email Address: _elbamendez32@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137592_

Nature of Claim: _Empleado Público (Public Employee Claim)_

By: _E. N. Méry Muñz_
　　Signature

_Elba N. Méndez Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_08/11/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CERTIFIED MAIL

Elba N. Méndez Muñiz
# 17 Calle Cambija
Rincón, P.R. 00677

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
**$7.65**
R2305K136452-5

1000        00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba N. Méndez Muñoz_

Participant's Address: _#17 Calle Cambija, Rincón, P.R. 00677_

Participant's Email Address: _elbamendez;20 gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130652_

Nature of Claim: _Empleado Público (Public Employee Claim)_

By: _E. N. Méndez Muñoz_
Signature

_Elba N. Méndez Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_agosto 08/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

CERTIFIED MAIL

7020 0640 0001 7539 4879

Elba N. Méndez Muñz
# 17 Calle Cambija
Rincón, P.R. 00677

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
$7.65
1000      00918      R2305K136452-5

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Elba N. Mendez Muniz_

Participant's Address: _#17 Calle Cambija, Rincon, PR. 00677_

Participant's Email Address: _elbamendezj2@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162961_

Nature of Claim: _Empleado Publico (Public Employee Claim)_

By: _Elba N. Mendez Muniz_
    Signature

_Elba N. Aldey Muniz_
Print Name

_____
Title (if Participant is not an individual)

_08/11/202_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba N. Méndez Muñoz
#17 Calle Cambija
Rincón, P.R. 00677

CERTIFIED MAIL

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16_21
AMOUNT
$7.65
R2305K136452-5

1000     00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elba N. Méndez Muñoz_

Participant's Address: _#17 Calle Cambija, Rincón, P.R. 00677_

Participant's Email Address: _elbamendez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _130322_

Nature of Claim: _Empleado Público (Public Employee Claim)_

By: _E. N. Méndez Muñoz_
Signature

_Elba N. Méndez Muñoz_
Print Name

_____
Title (if Participant is not an individual)

_august 08/11/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elba N. Méndez Muñoz
#17 Calle Cambija
Rincón, P.R. 00677

CERTIFIED MAIL

7020 0640 0001 7539 4879

U.S. POSTAGE PAID
FCM LG ENV
RINCON, PR
00677
AUG 16, 21
AMOUNT
**$7.65**
R2305K136452-5

1000    00918

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del Carmen Mordes Colon_

Participant's Address: _Urb. Valles de Gueyane Calle 23 X X Gueyane_
_P.R. 00184_

Participant's Email Address: _calmordes @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK-3566 Bankrupcy Case_

Nature of Claim: _Employees Retirement System of the Government_
_of the Commonwealth of Puerto Rico ("ERS")_

By: _Maria del Carmen Mordes Colon_
Signature

_Maria del Carmen mordes colon_
Print Name

_____
Title (if Participant is not an individual)

_15 de agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**UNITED STATES POSTAL SERVICE.**                    Retail

**PRIORITY**®

**P**   | US POSTAGE PAID
        | **$7.95**   Origin: 00784
        |             08/23/21
        |             4239600784-99

**PRIORITY MAIL 1-DAY**®

0 Lb 2.10 Oz

1005

EXPECTED DELIVERY DAY:  08/24/21

C018

SHIP
TO:

150 AVE CARLOS CHARDON
STE 150
San Juan PR  00918-1706

**USPS TRACKING® #**



9505 5104 1521 1235 6631 36

- Expected deliv
- Most domestic
- USPS Tracking
- Limited interna
- When used int

**PRIORITY MAIL®**

ns apply).*

inations.

*Insurance does not
Domestic Mail Manu
** See International M

coverage.

**FLAT RA**
ONE RATE ■ A

**TRACKED**

Package Pickup,
R code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

**FROM:**

Maria del C. Morales Cebe
Urb. Jan valles de Guayama
C1623 XX-6 Guayama
P.R. 00784

**TO:**

Tribunal de Distrito de
los Estados Unidos,
Oficina del Secretario
150 Ave. Carlos Chardon
Ste. 150,
San Juan P.R. 00918-1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Crespo Maisonet_

Participant's Address: _1112 Calle Moroyón Alturas de Mayagüez_

Participant's Email Address: _Mayagüez PR 00682_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49727-1_

Nature of Claim: _Pensión_

By: _____
      Signature

_José Crespo Maisonet_
Print Name

_____
Title (if Participant is not an individual)

_15/agosto/201_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Cespo Maante
1112 calle wist
attus al hay agny
manyng PR.2bloin

RECEIVED & FILED
2021 AUG 24  PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerk's Office
150 ave. Carlos Chardon
Ste. 150
San Juan, PR 00918-1769

SAN JUAN PR  009
21 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Francisco A. Toro Osuna_

Participant's Address: _Urb. Ext. Quintas de Santa Maria #28_
_Mayaguez P.R. 00682_

Participant's Email Address: _ing.francisco.toro@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164529_

Nature of Claim: _Public Employee And Pension Employees_
_RETIREE CLAIMS_

By: _[signature]_   _Retirement System of the Gov. of the_
_Commonwealth of P.R._
Signature

_Francisco A. Toro Osuna_
Print Name

_Owner_
Title (if Participant is not an individual)

_August 16, 2021_
Date

2021 AUG 24 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Francisco de M. Toro Osora
U.B. Ext. Quintas de Santa Maria #2C
Mayaguez, P.R. 00682

SAN JUAN PR 009
21 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 24  PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

To: Courts Clerk's Office
United States District Court
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Juan H. Valentin Quiles

Participant's Address: P.O. Box 2625  San German P.R. 00683

Participant's Email Address: johnjohn3006@yahoo.com

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17BK 3283-LTS

Nature of Claim: Fifth Amended Title III Joint Plan of Adjustment of the Common Wealth of P.R.

By: _Juan H. Valentin Quiles_
Signature

Juan H. Valentin Quiles
Print Name

_____
Title (if Participant is not an individual)

August 20, 2021
Date

RECEIVED & FILED
2021 AUG 24  PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juan H. Valentín Quiles
P.O. Box 2625
San Germán, Puerto Rico 00683

RECEIVED & FILED

2021 AUG 24 PM 3: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706825

Court's Clerk's Office at: United States District
Court's, Clerk's Office, 150 Ave. Carlos Chardón Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009

23 AUG 2021 PM 2 L

USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose' Diaz Rivera_

Participant's Address: _HC-4 Box: 4143 Humacao, P.R. 00791-8910_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Jose Diaz Rivera_
   Signature

_Jose' Diaz Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 23,2021_
Date

RECEIVED & FILED
2021 AUG 24 PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose Diaz Rivera
He-4 Box. 4143
Humacao, P.R. 00791-8910

RECEIVED & FILED
2021 AUG 24  PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

United States District Court
Clerk's
Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR 009
23 AUG 2021 PM 2 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Edith Morales Rivera_

Participant's Address: _P.O Box 2625 San Germán. P.R. 00683_

Participant's Email Address: _lunita814.or.@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of P.R._

By: _Edith Morales Rivera_
Signature

_Edith Morales Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 18, 2021_
Date

RECEIVED & FILED
2021 AUG 24  PM 3:32
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Edith Morales Rivera
P.O. Box 2625
San German, Puerto Rico 00683

RECEIVED & FILED
2021 AUG 24 PM 3: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Court's Clerk's Office at: United States District
Courts, Clerk's Office, 150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767



SAN JUAN PR 009
23 AUG 2021 PM 12 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen González Sánchez_

Participant's Address: _Coronel Irizarry #12 — Cayey, P.R. 00736_

Participant's Email Address: _Carmendeliagonzalez.sanchez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86294_

Nature of Claim: _General Unsecured/Priority/Secured/503(b)(9)Admin Priority/Admin Priority_

By: _Carmen González Sánchez_
Signature

_Carmen González Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen González Sánchez
Coronel Irizarry #12
Lajas, P.R. 00736

RECEIVED & FILED

2021 AUG 24 PM 3: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

SAN JUAN PR 009

23 AUG 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste., 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Gonzalez Sánchez_

Participant's Address: _Coronel Irizarry #12 - Cayey, P.R. 00736_

Participant's Email Address: _Carmendeliagonzalezsanchez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86363_

Nature of Claim: _General unsecured/Priority/Secured/503(b)(9)Adm Priority/Admin Priority_

By: _Carmen González Sánchez_
Signature

_Carmen Gonzalez Sánchez_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Gonzalez Sanchez
Coronel Irizarry #12
Loyey, P.R. 00736

RECEIVED & FILED

2021 AUG 24  PM 3: 32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

23 AUG 2021 PM 2 L

SAN JUAN PR  009

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerson Oquendo Vázquez_

Participant's Address: _28 Calle Cesar Concepción – Cayey, P. R. 00736_

Participant's Email Address: _gersonoquendovazquez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97517-1_

Nature of Claim: _General unsecured/ Priority /Secured / 503(b)(9) Adm Priority / Admin Priority_

By: _Gerson Oquendo Vázquez_
Signature

_Gerson Oquendo Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerson Oguendo Vázquez
28 Calle Cesar Concepción
(Coquey) P.R. 00736

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00 918-1767

00918-176725

SAN JUAN PR 009

23 AUG 2021 PM 2 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Gerson Oguendo Vázquez_

Participant's Address:  _28 Calle César Concepción - Cayey, P.R. 00736_

Participant's Email Address:  _gersonoguendovazquez @ gmail.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _97517_

Nature of Claim:  _General unsecured / Priority / Secured /503(b)(9) Admin Priority / Admin Priority_

By:  _Gerson Oguendo Vázquez_
Signature

_Gerson Oguendo Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerson Oquendo Vázquez
28 Calle Cesar Concepción
Cayey, P.R. 00736

SAN JUAN PR 009
23 AUG 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerson Oquendo Vázquez_

Participant's Address: _28 Calle César Concepción Cayey P.R. 00736_

Participant's Email Address: _gerson oquendo vazquez@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _98212_

Nature of Claim: _General Unsecured / Priority / Secured / 503(b)(9) Admin Priority / Admin Priority_

By: _Gerson Oquendo Vázquez_
Signature

_Gerson Oquendo Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerson Ogüendo Vázquez
28 Calle Cesar Concepción
Cayey) P.R. 00736

00918-170625

SAN JUAN PR 009

23 AUG 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Matos Febres_

Participant's Address: _Calle 6 G-277 Alturas de Rio Grande PR 00745_

Participant's Email Address: _carmenmatos46@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Sistema de retiro de empleados de P.R._

By: _Carmen M Matos Febres_
Signature

_Carmen M. Matos Febres_
Print Name

_____
Title (if Participant is not an individual)

_12 -agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



00918-170625

Sra Carmen M Matos-Febres
C277 Calle 6
Rio Grande PR 00745

SAN JUAN PR 009
23 AUG 2021 PM 1 L

RECEIVED & FILED

2021 AUG 24 PH 3:31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

Court's Clerks Office
United States District Court.
Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Cynthia Pabon Torres*

Participant's Address: *PO Box 1116 Sabana Grande PR 00637*

Participant's Email Address: *Cindy Pabon 2020 @gmail.com*

Name of Counsel: *Discovery notice to the Court's Clerks.*

Address of Counsel: *United States District Court. Clerk's Office 150 Ave Carlos Chardon Ste 150 San Juan PR 00918-1767*

Email Address of Counsel: *puertoricoinfo@prime clerK. com.*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No 17BR 3283-LTS*

Nature of Claim: *Promesa III The financial Oversight and management Board For PR*

By: *Cynthia Pabon Torres*
Signature

*Cynthia Pabon Torres*
Print Name

*Promesa III Jointly administered.*
Title (if Participant is not an individual)

*The Commowealth of PR the employees Retirement System of The Goverment of the Commowealth of PR, and the PR public Buildings authority.*

*12 agosto 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cynthia Pabon Perez
PO Box 1116
Sabana Seca PR 00683

RECEIVED & FILED
2021 AUG 24 PM 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court Clerks
Office
150 Ave Carlos Chardon
Ste 150
San Juan P.R.

00918-1767

SAN JUAN PR 009
20 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cynthia Pabon Tous_

Participant's Address: _PO Box 1116 Sab file 00637_

Participant's Email Address: _Discovery Notice to the courts cleak_
_office 150 aue Carlos Charder Ste 150 Spen_
Name of Counsel: _00918-1767_

Address of Counsel: _United States District Court cleak's_

Email Address of Counsel: _puertorico info@prunce cleak.com._

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _19-5523 the motion_

Nature of Claim: _Commonwealth of P.R._

By: _Cynthia Pabon Tous_
Signature

_Cynthia Pabon Tous_
Print Name

_Promesa III_
Title (if Participant is not an individual)

_12 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 24 PM 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cynthia Pabon (Pro se)
PO BOX 1116
Sabana Grande PR 00683-

RECEIVED & FILED

2021 AUG 24 PM 3: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court Clerks
Office
150 Ave Carlos Chardon-
Ste 150
San Juan PR.

00918-1767

SAN JUAN PR 009

20 AUG 2021 PM 1 L


USA
FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Cynthia Pabon Torres_

Participant's Address: _PO Box 1116 Sabana Grande PR 00637_

Participant's Email Address: _Cindypabon2020@gmail.com_

Name of Counsel: _Discovery notice to the Courts Clerks_

Address of Counsel: _United States District Court Clerks office 150 Ave Chardon Ste 150 Sanjua PR 00918-1767_

Email Address of Counsel: _puertoricoinfra@pure.cleork.com_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17.3566, Docket. Entry._

Nature of Claim: _Promesa III the financial Ore Sight. and management. Board._

By: _Cynthia Pabon Torres_
   Signature

_Cynthia Pabon Torres_
Print Name

_Promesa III_
Title (if Participant is not an individual)

_16 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cynthia Pabon Perez
PO Box 1116
Sabana Grande PR 00683

RECEIVED & FILED
2021 AUG 24 PM 3:31
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

United States District Court Clerks
Office
Ste 150    150 Ave Carls Chardon
San Juan PR.
00918-1767

00918-1706.25



SAN JUAN PR   009
20 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Pérez Martinez_

Participant's Address: _Urb. El Madrigal Calle 11-L-8 Ponce, PR 00730_

Participant's Email Address: _Julia pérez 795 & gmail. Co_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59526_

Nature of Claim: _Promesa III   17 BK 3283-LTS_

By: _Julia Pérez Martinez_
   Signature

_Julia Pérez Martinez_
Print Name

_____
Title (if Participant is not an individual)

_12 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia Pérez Martínez
Urb. El Madrigal Callell L8
Ponce, Puerto Rico 00730-1433

RECEIVED & FILED
2021 AUG 24 PM 3: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
20 AUG 2021 PM 1 L

United States District Court Clerks
Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivette Morales Soto_

Participant's Address: _Urb. Parque del Sol A-5. Box. 1014. Patillas, P.R. 00723_

Participant's Email Address: _ivette_morales@live.com_

Name of Counsel: _Discovery Notice to the Court's Clerk' office United States District Court, Clerk office_

Address of Counsel: _150 Ave Carlos Chardon Ste. 150, San Juan P.R 00918-1767_

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _61177_

Nature of Claim: _____

By: _Ivette Morales (Soto)_
Signature

_Ivette Morales Soto_
Print Name

_____
Title (if Participant is not an individual)

_16/agosto/2021_
Date

2021 AUG 24   PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 24  PM 3: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Discovery Notice to the Court's Clerk's office
United States District Court, Clerk's office
150 Ave. Carlos Chardon, Ste 150
San Juan P.R. 00918-1767

SAN JUAN PR  009
20 AUG 2021 PM 1 L

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Virginia Rivera Rosado_

Participant's Address: _Bo Carmelita Celle 9 buzón 4 Mayaguez, PR 00693_

Participant's Email Address: _Villyps50@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _11769_

Nature of Claim: _Employees Retirement System of the Gouvment of the Commonwealth of Puerto Rico_

By: _[signature]_
Signature

_Virginia Rivera Rosado_
Print Name

_____
Title (if Participant is not an individual)

_20/Agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Virginia Rivera Rosado
Bo. Carmelita Calle 9, Buzón 6
Vega Baja, Puerto Rico 00693

RECEIVED & FILED

2021 AUG 24  PM 3: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

SAN JUAN PR   009

20 AUG 2021  PM 1  L

United Satates District Court
Clerck's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: JUDITH CAMACHO PEREZ

Participant's Address: URB. PARQUE ECUESTRE M-28 calle 26 CAROLINA PR 00987

Participant's Email Address: _____

Name of Counsel: LcdA. IVONNE Gonzalez Morales

Address of Counsel: EDIF Gallardo SAN JUAN PR P.O BOX 9021828 SAN JUAN PR 00902-1828

Email Address of Counsel: TeL- 410-0119   ivonnegm @prw.neT

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: I want to participate in the discovery procedures, related to money owed to me by the commonwealth of Puerto Rico

By: _Judith Camacho Perez_
Signature

JUDITH CAMACHO PEREZ
Print Name

_____
Title (if Participant is not an individual)

8-11. 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



JUDITH CAMACHO
URB. PARQUE EQUESTRE SAN JUAN PR 009
M-28 Calle 26 20 AUG 2021
CaRoLiNA PR 00987

00918-170625

RECEIVED & FILED
2021 AUG 24 PM 3: 30
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

UNITED States DistrictCourt
CouRts CLERKS OFFICE
150 Ave. CHARDoN STE 150
SAN JUAN PR 00918-1767

FOREVER        USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   Wilfredo Aponte Ortiz

Participant's Address:   15 calle Andrades Esq. Boringuey Cataño
                          PR 00962

Participant's Email Address:   aponteortizwillie@gmail.com.

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 - LTS

Nature of Claim:   _____

By:   Wilfredo Aponte Ortiz
     Signature

     Wilfredo Aponte Ortiz
     Print Name

     111 Promesa
     Title (if Participant is not an individual)

     _____
     Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfredo Aponte Ortiz
15 Calle Andrades
Esq Boringuen Cataño PR
00962

RECEIVED & FILED

2021 AUG 24  PM 3: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009

21 AUG 2021  PM 1  L

United States District Court, Clerk's
office, 150 Ave. Carlos Chardon Ste.
150 San Juan, P.R., 00918-1767


USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carlos Rivera Delgado*

Participant's Address: *He 1 Box 6012 Santa Isabel P.R. 00757*

Participant's Email Address: *riverakrlos@hotmail.com*

Name of Counsel: *n/a*

Address of Counsel: *n/a*

Email Address of Counsel: *n/a*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 LTS*

Nature of Claim: *Aumentos ofrecidos: El Romerazo y Sila Calderon*

By: *[signature]*
Signature

*Carlos Rivera Delgado*
Print Name

*Participante*
Title (if Participant is not an individual)

*8/18/2021*
Date

RECEIVED & FILED
2021 AUG 24 PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Rivera Segui
71C / box 60's
Sta. Isabel, PR
00757

RECEIVED & FILED
2021 AUG 24   PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.

SAN JUAN PR   0009
21 AUG 2021 PM 1   FOREVER

Barn Swallow

United State District Court
Clerk's Office
150 Ave Carlos Chardon
Ste Juan PR 00918-1767

00918-1 76725

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _FRANCISCO U. ESPAILLAT_

Participant's Address: _4 marginal-villa Milagros Yauco P.R. 00698_

Participant's Email Address: _Ulises.espaillat @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Francisco U. Espaillat_
Signature

_Francisco U. Espaillat_
Print Name

_III_
Title (if Participant is not an individual)

_Agosto 14 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Flandisw U. Españllat
P.O. Box 1595
Yauco, P.R. 00 698

RECEIVED & FILED
2021 AUG 24  PM 3: 30
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-176625

United states District coort
clerk's Office
150 Ave Carlos Chardon ste 150
San Juan, P.R. 00918- 1767

SAN JUAN PR  OO9
21 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juanita Hernández Zayas_

Participant's Address: _P. O. Box 97 - Cidra P. R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa - Title III_

By: _Juanita Hernández Zayas_
    Signature

_Juanita Hernández Zayas_
Print Name

_____
Title (if Participant is not an individual)

_8/13/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Juanita Hernández
P.O. Box 97
Cidra, P.R. 00739
Claim No: 175590

RECEIVED & FILED
2021 AUG 24  PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. PR

United States District Courts, Clerk's
Office, 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767
00918-170625

SAN JUAN PR. 009
21 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Angel Fontanez Vazquez_

Participant's Address: _HC-11 Box 12430, Humacao P.R. 00791_

Participant's Email Address: _fontanezr455@g-mail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS._

Nature of Claim: _____

By: _Rafael Angel Fontanez Vazquez_
Signature

_Rafael Angel Fontanez Vazquez_
Print Name

_____
Title (if Participant is not an individual)

_20/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Rafael A. Fortuny
HC 11 Bx 12430
Humacao P.R. 00791

RECEIVED & FILED
2021 AUG 24  PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

Discovery Notice to The Court's Clerk's Office
United States District Court, Clerk's office
150 Ave. Carlos Chardon ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR  009
20 AUG 2021 PM 1  L

FOREVER USA
PURPLE HEART

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sylvia E. TORRES MOORE_

Participant's Address: _P.O. Box 2941 Arecibo, P.R. 00613_

Participant's Email Address: _Chivy 28954 @ Hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sylvia E. Torres Moore_
   Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_24 - Agosto - 2021_
Date

RECEIVED & FILED
2021 AUG 24  PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_Sylvia E. Torres Moore_
_Telf (787) 390-1612_
_Telf. casa (787) 879-0621_

Sylvia E. Torres Moore
P.O. Box 2941
Arecibo, P.R. 00613

RECEIVED & FILED
2021 AUG 24 PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

23 AUG 2021 PM 1 L

SAN JUAN PR 009

00918-170625

United States District Court Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Trinidad Laureano Lamos_

Participant's Address: _P.O. Box 149 Rio Grande, P.R. 00745_

Participant's Email Address: _dlaureano22@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _167654_

Nature of Claim: _Interested in continuing the litigation process._

By: _Laureano Lamos_
    Signature

_Trinidad Laureano Lamos_
Print Name

_____
Title (if Participant is not an individual)

_August 16, 2021_
Date

RECEIVED & FILED
2021 AUG 24  PM 3 29
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Trinidad Laureano Ramos
P.O. Box 149
Río Grande, P.R. 00745

RECEIVED & FILED

2021 AUG 24 PM 3: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR
23 AUG 2021 PM 1

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Enid Morales Delgado_

Participant's Address: _Calle 3-D-137, Altures, Rio Grande, PR 00745_

Participant's Email Address: _eniluzmor@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85688_

Nature of Claim: _Pension / Retire claims_

By: _[signature]_
Signature

_Luz Enid Morales Delgado_
Print Name

_____
Title (if Participant is not an individual)

_11 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Enid Morales Delgado
Calle 3-D-137
Aldras, Rio Grande, P/L
00745

RECEIVED & FILED
2021 AUG 24  PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
23 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P/L 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Enid Morales Delgado_

Participant's Address: _Calle 3-D-137, Alturas, Rio Grande P.R 00745_

Participant's Email Address: _eniluzmor@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85688_

Nature of Claim: _Pension / Retire Claims_

By: _Luz Enid M&DDC_
Signature

_Luz Enid Morales Delgado_
Print Name

_____
Title (if Participant is not an individual)

_11 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Enid Morales Delgado
Calle 3-D-137
Alturas, Rio Grande, P/L
00745

RECEIVED & FILED
2021 AUG 24  PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR  009
23 AUG 2021 PM 1 L



United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Luz Enid Morales Delgado_

Participant's Address: _Calle 3-D-137, Altures, Rio Grande, PR 00745_

Participant's Email Address: _eniluzmora@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85688_

Nature of Claim: _Pension / Retire claims_

By: _Luz Enid Morales_
    Signature

_Luz Enid Morales Delgado_
Print Name

_____
Title (if Participant is not an individual)

_11 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Enid Morales Delgado
Calle 3-D-137
Alturas, Rio Grande, P.R.
00745

RECEIVED & FILED
2021 AUG 24  PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

SAN JUAN PR  009
23 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luis. Raul Ortiz Ortiz_

Participant's Address: _HC01 Box 17084_

Participant's Email Address: _HC01 Box 17084 Bo Mariana2) Humacao_

Name of Counsel: _No tengo_

Address of Counsel: _No tengo No se_

Email Address of Counsel: _No tengo_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51155. – Case No. 17-03283_

Nature of Claim: _Retiro. No Medio el Por ciento Requerido Medio un 49._

By: _Luis Raul Ortiz Ortiz_    _Por ciento cuando el MAXIMO es 75_
    Signature                  _Por ciento. Por 30 años de servicio_

_Luis Raul Ortiz Ortiz_
Print Name

_____
Title (if Participant is not an individual)

_Septiembre 7  2018_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

a quien Pueda interesal - y ene ese Papel como
Puede soy un Viejo adulto de 67 AÑOS y NO
tube casi estudio academico. y Nose Nada
de Ingles es Pero Me entiendan. y Me aspten
asi. soy un Jibaro Canpecino. PuertorRique
ño y No tengo Mucho entendiMiento
como otros Pero si Puede serbir a Mi Paiz
en Mis tienPos. dl Joben y SaLud.
No Me La PONGan tan diFicil
esPero que en Otros coMUNicados
MeLos enbien en esPañoL Para

entender lo que estoy aciendo
sin errores Porque No soy
biLiNgue PerdoNemes siNO
Me entienden

afle DoN Luis RauL Ortiz

Muchas BeadiCioNes Pata ti que
Lees

Luis Raul Ortiz Ortiz
HC 01 Box 17084
Barrio Mariana-2.
Humacao P.R. 00791

00918-176625

RECEIVED CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 24 PM 3:33

SAN JUAN PR 009
23 AUG 2021 PM 1 L

United States District court clerk's
Office
150. Ave. carlos Chardon. Ste. 150
San Juan. P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felix Davila Pérez_

Participant's Address: _Jardines de Vega Baja Calle Paraiso 206_

Participant's Email Address: _(Vinales 1951 @ gmail. com)   Vega Baja P.R. 00693_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118506_

Nature of Claim: _Title III   No. 17 BK 3283 - LTS_

By: _____
    Signature

_Félix Dávila Pérez_
Print Name

_[signature]_
Title (if Participant is not an individual)

_August 19, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

During the years as governor of Puerto Rico

Commonwealth of Puerto Rico, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 known as Law 89.

He never honored the salary increase of $100.00. (Labor Law 89 of salary scale 164). The amount owed is $24,000

24,000 Amount owed

Félix Dávila Pérez
Jardines de Vega Baja
Calle Paraíso 206
Vega Baja P.R. 00693

RECEIVED & FILED
2021 AUG 24 PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
23 AUG 2021 PM 1 L

FOREVER USA