UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 24, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 25, 2021

1. Ruysdael Davila Rodriguez
2. Irving Carrero Torres
3. Esther M. Espinosa Sanchez
4. David F. Morales Palermo
5. Rafael Jose Ortiz Luna
6. Josefina Diaz Pizarro
7. Pedro L. Lopez Pecunia
8. Wilfredo Espinosa Perez
9. Maria V. Toro Sola
10. Virgen M. Montalvo Vega
11. Herminia Devarie Cora
12. Carlos J. Agosto Torres (2 notices)
13. Dharma Colon Cartagena
14. Daisy Pagan Martinez
15. Adelina Cruz Maldonado
16. Marisol Maldonado Serrano
17. Julia Perez Martinez
18. Jose A. Serbia Year
19. Jeicyka Castillo Mendez
20. Iris M. Padilla Alvarez
21. Giovanni Miranda Torres (3 notices)
22. Ramon A. Gonzalez Rodriguez
23. Lismary Cardona Perez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 25, 2021

    24. Sabastian Quiñones Ortiz

    25. Marta Franco Molina

    26. Carmen L. Vazquez Ferrer

    27. Alba Nydia Ilarraza Davila (3 notices)

    28. Mariluz Rosario Marin

    29. Awilda Sanchez Ruiz (2 notices)

    30. Alexander M. Flecha Sanchez

    31. Jose Crespo Maisonet

    32. Rosa I. Morales Rivera

    33. Fredeswinda Salcedo Morales

Dated: August 25, 2021