Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruysdael Davila Rodriguez_

Participant's Address: _Urb. Tierra Santa B-8 Villalba, P.R. 00766_

Participant's Email Address: _ruysdaeldavila1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174101_

Nature of Claim: _Public Employee Claims_

By: _____
   Signature

_Ruysdael Davila Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 24  PM 3: 29

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

D

Sr Ruysdael Davila
URB Tierra Santa B-8
Villalba PR 00766

00918-170625

Certs Clerk's Office
U.S. District Office
150 Ave Carlos Chardon Ste 150
San Juan, PR 00918-1761

SAN JUAN PR 009

20 AUG 2021 PM 1 L



Repeal of the
Stamp Act, 1766

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Irving Carrero Torres_

Participant's Address: _Urb. La Monserate Calle 9 IL 40_
_Hormigueros PR 00660_

Participant's Email Address: _esthaespinosa20108 Hotmail.com_

Name of Counsel: _PRIME CLERK LLC_

Address of Counsel: _GRAND CENTRAL STATION NY. P.O BOX 4850_
_N.Y 10163_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _49742_

Nature of Claim: _17 BK 3283 - LTS   Promesa Title III_

By: _[signature]_
Signature

_Irving Carrero Torres_
Print Name

_____
Title (if Participant is not an individual)

_8-15-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Irving Camera Torres
UR B LA Monserate
Calle 9 K 40
Hormigueros P.R.
00660

To. United States District Court
Clerks Office 150
Ave. Carlos Chardon St.
150 San Juan P.R.
00918 -1767

00918-140900

RECEIVED & FILED
2021 AUG 24 PM 3: 28

SAN JUAN PR 009
20 AUG 2021 PM 1 L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Esther M Espinosa Sanchez

Participant's Address: Urb. La Monserate call 9 IL 40 Hormigueros PR 00660

Participant's Email Address: esther.espinosa2010@hotmail.com

Name of Counsel: PRIME CLERK LLC

Address of Counsel: Grand Central Station N.Y PoBox 4850 N.Y 10163

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 49762

Nature of Claim: 17 BK 3283 LTS

By: Esther Espinosa Sanchez
_____
Signature

Esther Espinosa Sanchez
_____
Print Name

_____
Title (if Participant is not an individual)

8-15-2021
_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From Irving Camen Torres
UnB LA Monserate
Calle 9 K 40
Hormigueros PR.
00660

To. United States District Court
Clerks Office 150
Ave. Carlos Chardon St.
150 San Juan PR
00918 -1767

SAN JUAN PR   009

20 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 24 PM 3: 28

00918-140900

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David F. Morales Palermo_

Participant's Address: _Calle Estancias # 728 - Urb. H. Constancia_ _Horniguerus_

Participant's Email Address: _fbryan.du@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Unknown_

Nature of Claim: _____

By: _____
   Signature

_David F. Morales Palermo_
Print Name

_____
Title (if Participant is not an individual)

_17/Agost/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

David F. Morales
Estancias # 728
Urb. Haciendas Bairoa
Caguas Constancias
Honrramos, PR 00660

SAN JUAN PR 009
20 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 24 PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clark's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767


FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael José Ortiz Luna_

Participant's Address: _Urb. Haciendas del Río, B24, Coamo, PR 00769_

Participant's Email Address: _rafaeljoseortizluna@icloud.com_

Name of Counsel: _Pablo Colón Santiago_

Address of Counsel: _PO Box 801175, Coto Laurel, PR 00780-1175_

Email Address of Counsel: _pablocolonsantiago@gmail.com_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Torts_

By: _[signature]_
Signature

Print Name: _Rafael J. Ortiz Luna_

_____
Title (if Participant is not an individual)

_August, 18 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**PABLO COLÓN SANTIAGO & ASOCIADOS**
Lcdo. Pablo Colon Santiago
PO Box 801175
Coto Laurel, Puerto Rico 00780-1175

00918-170625

UNITED STATES DISTRICT COURT, CLERK'S
OFFICE 150 AVE. CARLOS CHARDON STE 150
SAN JUAN, PR 00918-1767

CERTIFIED MAIL

7020 1810 0001 6738 31

2021 AUG 24 PM 3 28

CLERK'S OFFICE

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Josefina Diaz Pizarro_

Participant's Address: _Puerto Nuevo Norte   286 NO c/13 SJ. PR 00920_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _64307_

Nature of Claim: _Pension / Retiree claims_

By: _____
Signature

_Josefina Diaz Pizarro_
Print Name

_____
Title (if Participant is not an individual)

_August, 13 - 2021_
Date

RECEIVED & FILED
2021 AUG 24 PM 3:28
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Josefina Diaz Pizarro
Puerto Nuevo Norte 286
No C/13 SJ. PR 00920

SAN JUAN PR   009
21 AUG 2021 PM 1 L

FOREVER / USA

00918-170399

RECEIVED & FILED
2021 AUG 24 PM 3: 28
U.S. DISTRICT COURT
SAN JUAN, PR

Discovery Notice To The Court's Clerk's
Office al United States District Court
Clerk's Office 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Pedro L. López Pecunia_

Participant's Address: _Cond. Monterrey Apt#3 TH#8109 SJ PR 00901_

Participant's Email Address: _Pedro.L.9-3-1947 @ g-mail. Com_

Name of Counsel: _None_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _& Retired Amount by $240/Mo._

Nature of Claim: _Have already & Retired Amount for Past-6 Mos._

By: _Pedro López Pecunia_
    Signature

_Pedro López Pecunia_
Print Name

_N/A_
Title (if Participant is not an individual)

_17 Agosto 1921_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From Pedro [illegible] Pedro's
Cond Monterrey Apt 6B
7677 St 169
San Juan, Pr. 00911.

To Court Clerks Office
U.S District Court
Clerks Office 150
Carlos Chardon Str 150
San Juan, PR. 00918-1767

SAN JUAN PR  009
26 AUG 2021 PM 1 L

00600-815555

(RECEIVED & FILED)
2021 AUG 24 PM 3:26
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilfredo Espinosa Pérez_

Participant's Address: _5306 Town Park Canóvanas P.R 00729_

Participant's Email Address: _Wepgmc11@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 – LTS /Promesa III_

Nature of Claim: _The commonwealth of Puerto Rico._

By: _Wilfredo Espinosa Pérez_
Signature

_Wilfudo Espinosa Pérez_
Print Name

_____
Title (if Participant is not an individual)

_15/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilfredo Espinosa Pérez
530 Town Park
Calle Cerrillo AA7
Carolina, P.R 00729

RECEIVED & FILED
2021 AUG 24  PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

SAN JUAN PR   009
23 AUG 2021  PM 1 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria V. Toro Solá_

Participant's Address: _Lirio Del Mar St. C# 18 Dorado, P.R. 00646_

Participant's Email Address: _lalimusic72@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _109340_

Nature of Claim: _Retired teacher from the Dep. of Education_

By: _Maria V. Toro Solá_
Signature

_Maria V. Toro Solá_
Print Name

_____
Title (if Participant is not an individual)

nature of claim:
1. Romero 50 Law: since 1984 till 1995
2. Costo de vida Law 3% each 2 years



Maria Toro
URB Dorado Del Mar
C 18 Calle Brio Del Mar
Dorado, PR 00646-2126

SAN JUAN PR 009
14 AUG 2021 PM 1 L

Court's Clerk's Office
United States District Court
Office 150 Ave, Carlos Chardon St. 150
San Juan, PR. 00918-1767

RECEIVED & FILED
2021 AUG 24 AM 3 26
U.S. DISTRICT OFFICE

00918-170625



RETURN FOR POSTAGE

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:           _Virgen M. Montalvo Vega_

Participant's Address:        _P.O. Box 1511 San Germán, PR 00683_

Participant's Email Address:  _vmmv523 @ yahoo.com_

Name of Counsel:             _____

Address of Counsel:          _____

Email Address of Counsel:    _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:                _93190_

Nature of Claim:             _Ley Promesa Título III_

By:  _Virgen M. Montalvo Vega_
Signature

     _Virgen M. Montalvo Vega_
Print Name

     _Promesa Título III_
Title (if Participant is not an individual)

     _august 15, 2021_
Date

RECEIVED & FILED
2021 AUG 24  PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virgen M. Montalvo
P.O. Box 1511
San Germán PR. 00683

00918-170625

SAN JUAN PR   009
23 AUG 2021   PM 1   L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste
150
San Juan, PR. 00918-1767

FILED & RECEIVED
'21 AUG 24 PM 3:26
U.S. DISTRICT COURT
SAN JUAN P.R.

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _HERMINIA DEVARIECOR_

Participant's Address: _Calle Chardon #69  HC-1 Box 5603 Arroyo PR 00714_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _171826_

Nature of Claim: _____

By: _____
Signature

_Herminia Devarie Cora_
Print Name

_____
Title (if Participant is not an individual)

_9 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Herminia Durais Cox
HC-1 Boy 5603
Arroyo, P.L. - 00714

RECEIVED & FILED
2021 AUG 24   PM 3: 26
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Disputo Viejo 00918-1769

United States District Court, Clerk's office
150 Carlos Chardon Ave. Ste 150 San Juan

00918-170399



SAN JUAN PR   009
20 AUG 2021  PM 1  L


USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:        Carlos J Agosto Torres

Participant's Address:     April Gardens Calle 1 2C-9 Las Piedras PR 00771

Participant's Email Address:   C-ja1976@hotmail.con

Name of Counsel:           _____

Address of Counsel:        _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:              147581

Nature of Claim:           Salaries and increases negotiated in collective
                           agreement that were not granted since 2003 in
                           addition to the money withheld in my retirement
By:      _____     since I stopped contributing
         Signature                    since 2013

         Carlos J Agosto Torres
         Print Name

         _____
         Title (if Participant is not an individual)

         8/18/2021
         Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos J Aposto Torrey SAN JUAN PR 009
April Garden Castle Aug 2021 PM 1 L
2C-9 Las Piedras PR 00 772

00918-170625

RECEIVED & FILED

United State District Court Clerks
Office 150 AveCarlos Chardon
Ste 150
San Juan PK 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carlos J Agosto Torres_

Participant's Address: _April Gardens calle 21 2C-9 Las Piedras PR00771_

Participant's Email Address: _C-ja 1976@ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _150388_

Nature of Claim: _Salaries and Increase negotiated in collective agreement that not granted since 2003, in addition to the money with held in my retirement since I stopped contributing since 2011_

By: _____
Signature

Print Name: _Carlos J Agosto_

Title (if Participant is not an individual): _____

Date: _8-18-2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos J Aposta Torres SAN JUAN PR 009
April Gordon Colle 2021 PM 1 L
2L-9  Las Piedras PR00 771

00918-170625

RECEIVED & FILED

United State District Court Clerks
Office 150 AveCarlos Chardon
Ste 150
San Juan PK 00918-1767

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *Dharma Colón Cartagena*

Participant's Address:    *P.O. Box 1145 Coamo PR 00769-1145*

Participant's Email Address:    *dharmacolon@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *PR 1845  SRF 55543*

Nature of Claim: _____

By:    *Dharma Colón Cartagena*
Signature

*Dharma Colón Cartagena*
Print Name

_____
Title (if Participant is not an individual)

*20/8/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Diana Colón Coalzso
P.O Box 1145
Colma, PR 00769-1145

RECEIVED & FILED
2021 AUG 24  PM 3: 26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

0091B-1706.25

SAN JUAN PR   009
20 AUG 2021 · PM 1  L

United States District Court, Clerk's Office
150 Ave. Carlos Chardón, Ste 150
San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Daisy Pagán Martínez

Participant's Address: #61 Calle Venus Ponce, P.R. 00730-2820

Participant's Email Address: mmserrano64@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: 81605

Nature of Claim: Ley de Romerazo

By: *Daisy Pagán Martínez*
Signature

Daisy Pagán Martínez
Print Name

Title (if Participant is not an individual)

11-agosto-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Daisy Pagan-Martinez
61 Calle Venus
Ponce, PR 00730-2820

0091 8-1 70625



RECEIVED & FILED

2021 AUG 24 PM 3:28
U.S. DISTRICT COURT
SAN JUAN P.R.

United States Distric Court
Clerks Office
150 Ave Carlos Chardon St. 150
San Juan, P.R. 00918-1767



SAN JUAN PR 009
23 AUG 2021 PM 2 L

FOREV

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adelina Cruz Maldonado_

Participant's Address: _4329 Calle Santa Cecilia Urb. Santa Tenosits_

Participant's Email Address: _mmserrano64@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _85251_

Nature of Claim: _Ley Romerazo._

By: _Adelina Cruz Maldonado_
Signature

_Adelina Cruz Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_11-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adelina Cruz Maldonado
4329 Calle Santa Cecilia
Urb. Santa Teresita
Ponce, P.R. 00730

RECEIVED & FILED
2021 AUG 24 PM 3 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176825

SAN JUAN PR 009
23 AUG 2021 PM 2 L

United States Distric Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisol Maldonado Serrano_

Participant's Address: _4329 Calle Santa Cecilia Urb Santa Teresita Ponce, PR 00730_

Participant's Email Address: _mmserrano64@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59009_

Nature of Claim: _Leyes no pagadas (Romerazo, Sila Calderón, etc._

By: _Marisol Maldonado Serrano_
Signature

_Marisol Maldonado Serrano_
Print Name

_____
Title (if Participant is not an individual)

_11-agosto-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marisol Maldonado Serrano
4329 Calle Santa Cecilia
Urb. Santa Teresita
Ponce, PR 00730

00918-170625

RECEIVED & FILED
2021 AUG 24 PM 3:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
23 AUG 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julia Pérez Martínez_

Participant's Address: _Urb. El Madrigal Calle 11 L-8 Ponce, P.R. 00730_

Participant's Email Address: _julia.pérez795@gmail.co._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _59526_

Nature of Claim: _Promesa III  17 BK 3283 - LTS_

By: _Julia Pérez Martínez_
Signature

_Julia Pérez Martínez_
Print Name

_____
Title (if Participant is not an individual)

_16 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julia Perez Martinez
Urb. El Madrigal
Calle 11 2-18
Poncey P. Puerto Rico 00730-143

RECEIVED & FILED

2021 AUG 24 PM 3:25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

San Juan,

00918-1706625

SAN JUAN PR 009

20 AUG 2021 PM 1 L

United States District Court, Clerks Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José A. Serbiá Yera_

Participant's Address: _Urb. Villas de Patillas 5 Calle Coral Patillas PR 00723_

Participant's Email Address: _Telephone Number: 787-208-7331_

Name of Counsel: _Hernann D. Bauer - USDC No. 215205_

Address of Counsel: _O'NEILL & BORGES LLC_

Email Address of Counsel: _250 Muñoz Rivera Ave. Suite 800 San Juan, PR. 00918-1813_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Núm. 146218_

Nature of Claim: _Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") Tax ID-9686 Case No. 17-BK 3566-LTS Case No. 17 BK 3883-LTS_

By: _Jose A. Serbiá_
Signature

_José A. Serbiá Yera_
Print Name

_Employees Government Municipal Patillas, P.R._
Title (if Participant is not an individual)

_August 23, 2021_
Date

2021 AUG 24 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_* United States District Court Clerk's Office 150 Ave. Carlos Chardon Ste. 150, San Juan PR 00918-1767_

José A. Serbiá Vera
Urb. Villas de Patilles
5 Calle Coral
Patillas, P.R. 00723

RECEIVED & FILED
2021 AUG 24 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
23 AUG 2021 PM 2 L
23 AUG 2021 PM 1 L

00918-170525

United States District Court Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jeicyka Castillo Méndez,_

Participant's Address: _Calle San Antonio #27 Añasco, P.R. 00610 Box 566_

Participant's Email Address: _castillojeicyka@gmail.com_

Name of Counsel: _Depto de Salud_

Address of Counsel: _Centro Medico Norte Calle Periferia/Int. Bo. Monacillos Rio Piedras, P.R._

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Titulo_

By: _Jeicyka Castillo Méndez_
Signature

_Jeicyka Castillo Méndez_
Print Name

_____
Title (if Participant is not an individual)

_17 agosto 2021_
Date

RECEIVED & FILED
2021 AUG 24  PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jeicyka Castillo
Box 546
Añasco, P.R. 00610

RECEIVED & FILED
2021 AUG 24 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170399

SAN JUAN PR 009
23 AUG 2021 PM 1 L

Tribunal de Distrito de los E.U.
Oficina del Secretario
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

USA
FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Iris M. Padilla Alvarez*

Participant's Address: *P.O. Box 943 Ciales, P.R. 00638*

Participant's Email Address: *iris padilla aluarez @ gmail . com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *128 - 254*

Nature of Claim: *Departamento de Educación El Romerazo de la Sila Calderon*

By: *Iris M. Padilla Alvarez*
Signature

*Iris M. Padilla Alvarez*
Print Name

_____
Title (if Participant is not an individual)

*8/20/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From. Luis M. Padilla Álvarez
P.O. Box 943 Ciales,
P.R. 00638

RECEIVED & FILED
2021 AUG 24 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To United States District
Court, Clerk's Office,
150 Ave. Carlos Chardon
Ste. 150 San Juan, P.R.
00918=1767

SAN JUAN PR 009
23 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Giovanni Miranda Torres_

Participant's Address: _100 Plaza Pradera SC Suite 20 PMB # 515, Toa Baja, P.R. 00949_

Participant's Email Address: _gmirandatorres@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174042_

Nature of Claim: _Pensión Reclamada_

By: _Signature_
Signature

_Giovanni Miranda Torres_
Print Name

_____
Title (if Participant is not an individual)

_22/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Giovanni Miranda Torres
100 Plaza Pradera SC Suit 20
PMB #515
Toa Baja, P.R. 00949-3840

SAN JUAN PR 009
23 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 24 PM 3:25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00919-170625

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste.,150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Giovanni Miranda Torres_

Participant's Address: _100 Plaza Pradera. SC Suite 20 PMB #515, Toa Baja P.R. 00941_

Participant's Email Address: _gmirandatorres @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _143596_

Nature of Claim: _Pensión Reclamada_

By: _[signature]_

Signature

_Giovanni Miranda Torres_

Print Name

_____

Title (if Participant is not an individual)

_22/agosto/ 2021_

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Giovanni Miranda Torres
100 Plaza Pradera SC Suite 20
PMB # 515
Toa Baja, P.R. 00949-3840

RECEIVED & FILED
2021 AUG 24 PM 3: 25
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
23 AUG 2021 PM 11 L

00918-170625

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Giovanni Miranda Torres_

Participant's Address: _100 Plaza Pradera SC Suite 20 PMB#515, Toa Baja, P.R. 00949_

Participant's Email Address: _gmirandatorres@yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _148627_

Nature of Claim: _Pensión Reclamada_

By: _[signature]_
Signature

_Giovanni Miranda Torres_
Print Name

_____
Title (if Participant is not an individual)

_22/agosto/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Giovanni Miranda Torres
100 Plaza Piedras SC Suit 20
PMB # 515
Toa Baja, P.R. 00949-3840

00918-170625

SAN JUAN PR 009
23 AUG 2021 PM 1 L

RECEIVED & FILED
2021 AUG 24 PM 3: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United State District Court,
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Ramón A. Gomález Rodriguez

Participant's Address: P.O. Box 117 Villalba PR 00766

Participant's Email Address: N/A

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 90831 et. al.

Nature of Claim: Unpaid wages by the government of PR.

By: _____
Signature

Ramón A. Gómález Rodriguez
Print Name

_____
Title (if Participant is not an individual)

August 23 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón A. González Rodríguez
P.O. Box 117
Villalba PR 00766

SAN JUAN PR   009
23 AUG 2021   PM 1

Clerk's office
United State District Court
150 Ave. Carlos Chardon Ste 150
San Juan PR 00666-1767

RECEIVED & FILED
2021 AUG 24 PM 3:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Lismary Cardona Perez

Participant's Address: Hc 08 Box 84150 San Sebastian P.R 00685

Participant's Email Address: lismary12mariposa@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 2010-10-0983

Nature of Claim: Diet and mileage Compensation

By: _____
Signature

Lismary Cardona Perez
Print Name

Individual
Title (if Participant is not an individual)

20/ agost / 2021
Date

RECEIVED & FILED
2021 AUG 24 PM 3: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lismary Candora Pia
HC 08 Box 84180
San Sebastian PR 00685

SAN JUAN PR 009

23 AUG 2021 PM 1 L

FOREVER / USA

0009181170625

RECEIVED & FILED

2021 AUG 24  PM 3: 24

CLERK'S
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sebastian Quiñones Ortiz_

Participant's Address: _HC. 02 Box 8237 Las Marías, P.R. 00670-9007_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Beneficios no pagados del Romanza_

By: _____
Signature

_Sebastián Quiñones Ortiz_
Print Name

_Sebastián Quiñones Ortiz_
Title (if Participant is not an individual)

_23 - agosto - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sebastian Ramos Ortiz
Hc 2 Box 8233
Las Marias, P.R. 00670-9007

00918-170625

RECEIVED & FILED
2021 AUG 24 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
23 AUG 2021 PM 1 LL

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marta Franco Molina_

Participant's Address: _P.O. Box 544 Cidra, Puerto Rico 00739_

Participant's Email Address: _framart1912@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175560_

Nature of Claim: _Importe de salarios sin cobrar o adeudado, de los Empleados públicos del Departamento de Educación/ jubilación_

By: _[signature]_
Signature

_Marta Franco Molina_
Print Name

_____
Title (if Participant is not an individual)

_23 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Franco Molina
P.O. Box 644
Cidra, P.R. 00739

United States District Court, Clerks' Office
150 Ave. Carlos Chardon ste
150 Ave San Juan P.R. 00918-1767

RECEIVED & FILED

00918-1706625

SAN JUAN PR 669
23 AUG 2021 PM 1 L



FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Vázquez Ferrer_

Participant's Address: _Bda Santa Ana; Calle C 127 Buzón 13, Guayama P.R. 00784_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172774_

Nature of Claim: _n/a_

By: _Carmen L. Vazquez Ferrer_
Signature

_Carmen L. Vazquez Ferrer_
Print Name

_____
Title (if Participant is not an individual)

_August 20, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Vázquez Ferrer
Bda. Santa Ana
Calle C 127 Buzón 13
Guayama, P.R. 00784

SAN JUAN PR 009

21 AUG 2021 PM 1 L

00918-170625

RECEIVED & FILED
2021 AUG 24 PM 3:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave. Carlos chardon ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alba Nydia Ilarraza Dávila_

Participant's Address: _PO Box 84, Dorado PR. 00646-0084_

Participant's Email Address: _albanydia i365@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153466 Y 115193_  (and)

Nature of Claim:

By: _Alba Nydia Ilarra Davila_
Signature

_Alba Nydia Ilarraza Dávila_
Print Name

_____
Title (if Participant is not an individual)

_19 de agosto 2021_
Date  _August 19, 2021_

_During the year as governor of the Puerto Rico Commonwealth of Puerto Rico, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 Known as law 89. He never honored the salary increase (Labor Law 89 of salary scale 164. The amount owed is $24,072.00 for each claim number._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 AUG 24 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Alba Nydia Ilarraza Davila
PO Box 84
Dorado, PR 00646-0084

RECEIVED & FILED
2021 AUG 24 PM 3:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
23 AUG 2021 PM 2 L

00918-170625

United State District Court
Clerk's Office 150 Ave. Carlos Chardon
Suite 150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Alba Nydia Ilarraza Dávila*

Participant's Address: *PO Box 84, Dorado PR 00646-0084*

Participant's Email Address: *albanydia1245@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *115193*

Nature of Claim: *During the year as governor of the*

By: *Alba Nydia Ilarraza Dávila*
    Signature

*Alba Nydia Ilarraza Dávila*
Print Name

_____
Title (if Participant is not an individual)

*August 21, 2021*
Date

*Puerto Rico Commonwealth of Puerto Rico, Mr. Carlos Romero Barceló, gave a salary increase of $100.00 know as Law 89. He never honored the salary increase. (Labor Law 89 of salary scale 164). The amount owed is $34,072.00.*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba Nydia Ilarraza Davila
PO Box 84
Dorado, PR 00646-0084

United State District Court
Clerk's Office 150 Ave. Carlos Chardon
Suite 150
San Juan, PR. 00918-1767

RECEIVED & FILED
2021 AUG 24 PM 3: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-1 70625

SAN JUAN PR 009
23 AUG 2021 PM 2 L

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alba Nydia Ilarraza Dávila_

Participant's Address: _PO Box 84, Dorado PR 00646-0084_

Participant's Email Address: _albanydia;365@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _153466_

Nature of Claim: _During the year as governor of the_

By: _Alba Nydia Ilarraza Dávila_
Signature

_Alba Nydia Ilarraza Dávila_
Print Name

_____
Title (if Participant is not an individual)

_August 21, 2021_
Date

_Puerto Rico Commonwealth
of Puerto Rico, Mr. Carlos
Romero Barceló, gave a
salary increase of $100.00
know as Law 89. He never
honored the salary increase.
(Labor Law 89 of Salary scale
164). The amount owed is
$24,072.00._

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alba Nydia Ilarraza Davila
PO Box 84
Dorado, PR 00646-0084

RECEIVED & FILED
2021 AUG 24 PM 3: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-170625

United State District Court
Clerk's Office 150 Ave. Carlos Chardon
Suite 150
San Juan, PR. 00918-1767


SAN JUAN PR 009
23 AUG 2021 PM 2 L
USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mariluz Rosario Marin*

Participant's Address: *Calle Manuel A Padilla #5 San Bayu 00949*

Participant's Email Address: *Mary022.Mr (a) gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *no, 17 BK 3283-LTS*

Nature of Claim: _____

By: *Mariluz Rosario Marin*
Signature

*Mariluz Rosario Marin*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marta Roman
Calle Miramar Aparelle
LS San Blyn 00949

RECEIVED & FILED

2021 AUG 24  PM 3: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN, PR   009
23 AUG 2021  PM 2  L

Clerk's office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: ~~Awilda Sanchz Ruiz~~

Participant's Address: ~~HC-04 Box 47788 Bo Junquito Hrav P.R 00791~~

Participant's Email Address ~~a0dasanchz70@gmail.com~~

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

~~Awilda Sanchez Ruiz~~
Print Name

_____
Title (if Participant is not an individual)

~~10 Agosto 21~~
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

~~787-379-6102~~

RECEIVED & FILED

2021 AUG 24  PM 3: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

Awilda Sanchez Ruiz
He-04-BBY 4722
Bo Indios Itea P.R.
00791

SAN JUAN PR  009

21 AUG 2021 PM1 L

United States District Court,
Clerk's Office 150 Ave.
Carlos Chardon St. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Awilda Sanchez Ruiz

Participant's Address: HC-04 Box 4888 Bo Junquito Hato PR 00791

Participant's Email Address: awilda.sanchez70@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Print Name: Awilda Senchar Ruiz

Title (if Participant is not an individual): _____

Date: 7 agosto 2021

thanks.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 24 PM 3: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Awilda Sandy Ruiz
Hc - 04 Box 4722
Bo Jusbito Hoao P.R.
00791

United States District Court,
Clerk's Office 150 Ave.
Carlos Chardon St. 150
San Juan, P.R 00 9 P.R - 1767

SAN JUAN PR 009

21 AUG 2021 PM 1 L

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Alexander M. Flecha Sánchez_

Participant's Address: _Hc - 04 Box 4888 Bo Jurqui to Hcao P.R00791_

Participant's Email Address: _awildasainz70@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Alexander M. Flecha_
Signature

_Alexander M Flecha sánchez_
Print Name

_____
Title (if Participant is not an individual)

_6agosto 21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 AUG 24  PM 3: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Awilda Seri de Ruiz
Hc - 04 Box 4722
Bo Sunduiito Arecibo P.R.
00791

SAN JUAN PR 009
21 AUG 2021 PM 1 L

United States District Court,
Clerk's Office 150 Ave.
Carlos Chardon St. 150
San Juan, P.R 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José Crespo Maisonet_

Participant's Address: _1112 Calle Wrijon alturas de Mayaguez_

Participant's Email Address: _jcmaysrcd@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _497271_

Nature of Claim: _Pension_

By: _(signature)_
   Signature

_José Crespo Maisonet_
   Print Name

_____
   Title (if Participant is not an individual)

_15 Agosto 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Joe Clegg Martir
1112 Calle Luyn
Altuas de Mayaguez
Mayaguez PR 00682

RECEIVED & FILED
2021 AUG 24  PM 3: 23
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 D ave. Carlos Chardon
Ste 150
San Juan, PR 00918-1749

00918-170625

SAN JUAN PR  009
21 AUG 2021  PM 1  L

★ USA ★ FOREVER ★

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa I. Morales Rivera_

Participant's Address: _P.O. Box 2625 San Germán P.R. 00683_

Participant's Email Address: _rosamr57.rm @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK3283 - LTS_

Nature of Claim: _Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of P.R._

By: _Rosa I. Morales Rivera_
Signature

_Rosa I. Morales Rivera_
Print Name

_—_
Title (if Participant is not an individual)

_August 20, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa I. Morales Rivera
P.O. Box 2625
San Germán, Puerto Rico 00683

RECEIVED & FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 24 PM 3:23

00918-170625

Court's Clerk's Office at: United States District
Court's, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Fredeswinda Salcedo Morales

Participant's Address: Urb. Villas del Cafetal N-9 calle 9 yauco P.R. 00698

Participant's Email Address: Fredeswindasalcedo@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Fredeswinda Salcedo Morales*
   Signature

   Fredeswinda Salcedo Morales
   Print Name

   Recepcionista - comunicaciones
   Title (if Participant is not an individual)

   20 - agosto 2021
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fredeswinda SalcedoMorales
URB Villas Del Cafetal
calle 9 N 9
yauco P.R. 00698

RECEIVED & FILED
21 AUG 24 PM 3: 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

SAN JUAN PR 009
23 AUG 2021 PM 2 L

United States
District Court, Clerk's
Office.150 Ave Carlos Chardon
Ste 150, San Juan, P.R. 00918-1767