**Exhibit A**

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 119485 | DE JESUS RIVAS, IVETTE | Commonwealth of Puerto Rico | 7/2/2021 | $ - |
| 90741 | DE JESUS RIVAS, IVETTE | Employees Retirement System of the Government of the Common | 7/13/2021 | $ - |
| 107553 | DE JESUS RIVAS, IVETTE | Employees Retirement System of the Government of the Common | 7/13/2021 | $ - |
| 162423 | SANTIAGO QUIJANO, YEZENIA E | Commonwealth of Puerto Rico | 7/2/2021 | $ - |