## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 13435 | AUTOGERMANA INC. | Tax Refund | $63,729.08 |
| 137607 | VAZQUEZ VEGA, VICTOR M. | Public Employee, Pension/Retiree & Union Grievance | $0.00 |
| 16728-1 | LOPEZ BONELLI, PEDRO R. | Pension/Retiree | $0.00 |
| 17578 | PACHECO, AXEL RIVERA | Union Grievance | $10,680.00 |
| 20084 | VÉLEZ VÉLEZ, SONIA | Union Grievance | $0.00 |
| 21004 | GARCIA MELENDEZ, IRIS G | Union Grievance | $0.00 |
| 28006-1 | NIEVES MOURNIER, EMIL | Pension/Retiree | $0.00 |
| 28809 | OLIVERO FILOMENO, JOSIAN | Pension/Retiree | $91,293.48 |
| 31767 | TORO FELICIANO, JULIO C. | Union Grievance | $4,984.00 |
| 31907 | GAONA REYES, JAIME | Tax Refund | $106,434.94 |
| 33085 | RUIZ SANTIAGO, ADRIAN A | Union Grievance | $0.00 |
| 33548 | COLLAZO RODRIGUEZ, JAIME R. | Union Grievance | $14,952.00 |
| 33984 | VIERA-PLANAS, GILBERTO | Tax Refund | $2,671.32 |
| 34842 | RIVERA RODRIGUEZ, RICARDO | Union Grievance | $7,000.00 |
| 43262 | RODRIGUEZ DE JESUS, JOANNE CECILIA | Public Employee & Pension/Retiree | $0.00 |
| 47307 | CINTRON VELAZQUEZ, LUIS I. | Union Grievance | $0.00 |
| 49525 | BARRERA RAMOS, LUIS D. | Union Grievance | $0.00 |
| 51746 | RAMOS RIVERA, JAVIER | Union Grievance | $0.00 |
| 54820 | ROMAN LOPEZ, ADA MARITZA | Public Employee | $8,700.00 |
| 69316 | CASIANO JUSINO, MARIA L | Pension/Retiree | $57,556.53 |
| 72230-1 | BAEZ DIANA, CARMEN | Pension/Retiree | $0.00 |
| 82617 | RODRIGUEZ DAVID, JOORGE | Union Grievance | $0.00 |
| 86303-1 | NAZARIO PADRO, DARIO | Public Employee | $0.00 |
| 88303 | TOYOTA AUTO CENTRO | Tax Refund | $11,978.67 |
| 88936 | MEDINA MUÑIZ, LUIS A. | Union Grievance | $0.00 |
| 103698 | PACHECO CAPPAS, HECTOR L | Union Grievance | $0.00 |
| 113853 | LOPEZ CARTAGENA, SARA L. | Public Employee & Pension/Retiree | $0.00 |
| 128630 | AYALA PACHECO, ABEL C | Union Grievance | $0.00 |
| 130863 | COORDINADORA UNITARIA DE TRABAJADORES DEL ESTADO (CUTE), INC. | Union Grievance | $3,209.30 |
| 133425 | LOPEZ CARTAGENA, SARA L. | Public Employee & Pension/Retiree | $0.00 |
| 167066 | TOLLINCHI BEAUCHAMP, ADIEL | Union Grievance | $0.00 |
| 169902-1 | GONZALEZ MARTINEZ, ROBERTO | Pension/Retiree | $0.00 |
| 171832-1 | ROSADO CRUZ, GERARDO | Public Employee | $25,000.00 |
| 172185-1 | TORO RODRIGUEZ, CARMEN ROSA | Pension/Retiree | $0.00 |
| 172358-1 | CARDONA MERCED, VICTOR MANUEL | Public Employee | $30,000.00 |
| 172363-1 | ECHEVARRIA, JOSE O. | Public Employee | $0.00 |
| 172390-1 | CARRASQUILLO QUINONES, ERNESTO | Pension/Retiree | $0.00 |
| 172503 | LOPEZ ORTIZ, MODESTA | Public Employee | $0.00 |
| 174065-1 | DIAZ VAZQUEZ, ANGEL FELIX | Public Employee | $0.00 |
| 174446-1 | SANTANA VELAZQUEZ, AMARILIS | Pension/Retiree | $0.00 |
| 174451 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JOSE CRUZ GONZALEZ | Union Grievance | $530,830.00 |
| 174452-1 | CASTRO, ELIA E | Pension/Retiree | $0.00 |
| 174481-1 | FORNES CAMACHO, FRANCISCO R | Public Employee | $1,200.00 |
| 174509 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF FREDDIE RODRIGUEZ RIVERA | Union Grievance | $6,625.94 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 174511 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF RAUL SOLIS GUZMAN | Union Grievance | $358,827.85 |
| 174515 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF RAUL CASTRO GONZALEZ | Union Grievance | $4,050.00 |
| 174521 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JORGE MOJICA CRUZ | Union Grievance | $218,588.00 |
| 174522 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JAIME SOLDEVILA RODRIGUEZ | Union Grievance | $13,650.00 |
| 174524 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF HOWARD RAMIREZ VILLA HERMOSA | Union Grievance | $267,215.00 |
| 174525 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF EDGAR LOPEZ SANCHEZ | Union Grievance | $519,350.00 |
| 174526 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF WANDA MALDONADO LAUREANO | Union Grievance | $532,163.00 |
| 174527 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JUAN RIVERA LEBRON | Union Grievance | $100,186.00 |
| 174528 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF ARCADIO ARROYO VELAZQUEZ II | Union Grievance | $511,215.00 |
| 174529 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF ARCADIO ARROYO VELAZQUEZ | Union Grievance | $511,265.00 |
| 174530 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF HERIBERTO HERNANDEZ RAMIREZ | Union Grievance | $635,503.11 |
| 174540 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF 39 EMPLOYEES | Union Grievance | $3,458,378.48 |
| 174601 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF BENJAMIN OCASIO - TORRES | Union Grievance | $654,506.43 |
| 174602 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF XAVIER LOPET-BAEZ | Union Grievance | $166,333.96 |
| 174603 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF MARIA ROSADO CRUZ | Union Grievance | $198,124.00 |
| 174604 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF GEORGE PAGAN NEGRON | Union Grievance | $203,608.00 |
| 174605 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JOHN TORRES ROSARIO | Union Grievance | $179,864.00 |
| 174606 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF JOSE RODRIGUEZ FUENTES | Union Grievance | $398,792.69 |
| 174607 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF GILBERTO ROLDAN MOJICA | Union Grievance | $79,146.00 |
| 174608 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF DANIEL HERNANDEZ GONZALEZ | Union Grievance | $197,312.19 |
| 174651 | UNION DE EMPLEADOS DE LA AEP | Union Grievance | $99,000.00 |
| 174652 | UNION DE EMPLEADOS DE OFICINA DE AEP ON BEHALF OF COLLECTIVE BARGANING UNIT EMPLOYEES | Union Grievance | $25,000.00 |
| 174653 | UNION DE EMPLEADOS DE LA AEP | Union Grievance | $350,000.00 |
| 174654 | UNION DE EMPLEADOS DE LA AEP | Union Grievance | $15,000,000.00 |
| 174655 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF BEATRIZ GANDIA | Union Grievance | $25,000.00 |
| 174656 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF BARGAINING UNIT EMPLOYEES | Union Grievance | $20,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 174657 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF IVELISSE VAZQUEZ | Union Grievance | $10,000.00 |
| 174659 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF BARGAINING UNIT EMPLOYEE | Union Grievance | $25,000.00 |
| 174663 | UNION DE EMPLEADOS DE OFICINA DE AEP ON BEHALF OF BARGAINING UNIT EMPLOYEES | Union Grievance | $20,000.00 |
| 174664 | UNION DE EMPLEADOS DE OFICINA DE AEP ON BEHALF OF BARGAINING UNIT EMPLOYEES | Union Grievance | $20,000.00 |
| 174665 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF COLLECTIVE BARGAINING UNIT EMPLOYEES. | Union Grievance | $25,000.00 |
| 174666 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF EDWIN PEREZ MADERA | Union Grievance | $4,000.00 |
| 174667 | UNION DE EMPLEADOS DE LA AEP ON BEHALF OF AIDA PEREZ | Union Grievance | $13,650.00 |
| 174832 | UNION DE EMPEADOS DE LA AEP ON BEHALF OF NOEL TORRES DAVILA | Union Grievance | $202,610.00 |
| 174896-1 | SALDANA, STEVEN | Pension/Retiree | $0.00 |
| 176893-1 | JIMENEZ MARTE, MIGUEL | Pension/Retiree | $0.00 |
| 177533-1 | BLANCO BERNARD, MARIA ISABEL | Pension/Retiree | $0.00 |
| 177863-1 | OQUENDO ROSADO, LYDIA I. | Pension/Retiree | $0.00 |
| 179298 | DIAZ MIRANDA, ZORAIDA | Public Employee | $34,800.00 |
| 179431 | BARRETO DIAZ, JOSE A. | Pension/Retiree | $53,365.94 |
| 179435 | MARRERO FRANCO, DINORA WILDA | Public Employee | $40,800.00 |
| 179436 | MORALES VAZQUEZ, MARINA E. | Public Employee | $70,000.00 |
| 179448 | MALDONADO LAFUENTE, WALESKA M. | Pension/Retiree | $48,898.37 |
| 179489 | DE JESUS RIVAS, IVETTE | Public Employee & Pension/Retiree | $50,000.00 |
| 179490 | DE JESUS RIVAS, IVETTE | Public Employee & Pension/Retiree | $75,000.00 |
| 179491 | DE JESUS RIVAS, IVETTE | Public Employee | $75,000.00 |
| 179501 | TRU OF PUERTO RICO, INC. | Tax Refund | $193,300.71 |
| 179528 | SANTIAGO QUIJANO, YZENIA E | Public Employee | $15,000.00 |