# **EXHIBIT A**

**Schedule of Claims Subject to Three Hundred Ninety-Second Omnibus Objection**

Three Hundred and Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 119485 | Undetermined* | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179491 | $ 75,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90741 | Undetermined* | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179489 | $ 50,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 107553 | Undetermined* | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179490 | $ 75,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 132642 | Undetermined* | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 143566 | $ 28,452,216.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | SANTIAGO QUIJANO, YEZENIA E<br>PO BOX 705<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 162423 | Undetermined* | SANTIAGO QUIJANO, YEZENIA E<br>PO BOX 705<br>CAMUY, PR 00627 | 08/16/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179528 | $ 15,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts