# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima nonagésima segunda objeción global**

Tricentésima Nonagésima Segunda Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 119485 | Indeterminado* | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179491 | $ 75,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90741 | Indeterminado* | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179489 | $ 50,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 3 | DE JESUS RIVAS, IVETTE<br>PO BOX 9785<br>CIDRA, PR 00739 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 107553 | Indeterminado* | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 08/10/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179490 | $ 75,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 4 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 132642 | Indeterminado* | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 143566 | $ 28,452,216.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |
| 5 | SANTIAGO QUIJANO, YEZENIA E<br>PO BOX 705<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 162423 | Indeterminado* | SANTIAGO QUIJANO, YEZENIA E<br>PO BOX 705<br>CAMUY, PR 00627 | 08/16/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179528 | $ 15,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados