# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima nonagésima objeción global**

## Tricentésima Nonagésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22733 | $ 8,840.70 |
| | Base para: Según los libros y registros del Estado Libre Asociado, las facturas certificadas por un total de $8,840.70 no se recibieron y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado invocado. | | | | | |
| 2 | COBAS, MARCO A.<br>184 VIA ENRAMADA<br>URB ENTRERIOS<br>TRUJILLO ALTO, PR 00976 | 2/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 534 | $ 1,012.50 |
| | Base para: Según los libros y registros del Estado Libre Asociado, no se recibió una factura certificada y, por lo tanto, no es adeudada por la agencia del Estado Libre Asociado invocado. | | | | | |
| 3 | COMMUNICATION LEASING LEASING CORPORATION<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28499 | $ 39,034.15 |
| | Base para: Durante el período del 9 de marzo de 2017 al 7 de febrero de 2018, se pagaron facturas por un total de $37,753.44 con múltiples cheques. La obligación invocada remanente corresponde a un monto de $1,280.71 retenido por concepto de impuestos y, por lo tanto, no es un monto adeudado por la agencia del Estado Libre Asociado invocada. | | | | | |
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23860 | $ 4,293.21 |
| | Base para: Entre el 15 de mayo de 2017 y el 15 de junio de 2018, se pagaron facturas por un total de $1,198.22 mediante transferencias electrónicas de fondos; Según los libros y registros del Estado Libre Asociado, facturas por un total de $3,094.99 estaban asociadas con montos fuera del alcance del contrato aprobado, no había un contrato vigente o las facturas nunca fueron reicibidas y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado invocada. | | | | | |
| 5 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JAUN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49729 | $ 3,348.00 |
| | Base para: El 13 de junio de 2018 se pagaron facturas por un total de $1,116.00 mediante transferencia electrónica de fondos n°. 00083613. Según los libros y registros del Estado Libre Asociado, las facturas certificadas por un total de $2,232.00 no se recibieron y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado invocado. | | | | | |
| 6 | JORGENSEN, ROY<br>PO BOX 70<br>BUCHEYSTOWN, MD 21717 | 4/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7648 | $ 22,873.50 |
| | Base para: Montos por un total de $2,983.00 se relacionan con impuestos retenidos por la agencia del Estado Libre Asociado invocado y, por ende, no son montos adeudados. Según los libros y registros del Estado Libre Asociado, los $19,890.00 remanentes se relacionan con facturas certificadas no recibidas y, por lo tanto, no se reconoce como monto adeudado por la agencia del Estado Libre Asociado. | | | | | |

Tricentésima Nonagésima Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MCCANN ERICKSON CORPORATION, SA<br>COLÓN SANTANA & ASOC.<br>315 COLL & TOSTE<br>URB. BALDRICH<br>SAN JUAN, PR 00918 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53762 | $ 96,267.22* |
| | Base para: El 7 de septiembre de 2018, se pagaron facturas por un total de $51,163.25 con múltiples cheques/transferencias electrónicas de fondos. Según los libros y registros del Estado Libre Asociado, facturas por un total de $45,103.97 no se incluyeron como parte del contrato aprobado. | | | | | |
| 8 | MCCANN ERICKSON CORPORATION,SA<br>COLÓN SANTANA & ASOC.<br>315 COLL & TOSTE<br>URB. BALDRICH<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59767 | $ 124,330.02 |
| | Base para: Durante el período del 2 de julio de 2018 al 12 de septiembre de 2018, se pagaron facturas por un total de $39,386.08 con múltiples cheques/transferencias electrónicas de fondos. Montos por un total de $84,943.94 estaban asociados con facturas no vinculadas a un contrato válido y, por lo tanto, no se reconocen como montos adeudados por la agencia del Estado Libre Asociado invocado. | | | | | |
| 9 | NEGRON FERNANDEZ, JOSE R<br>BUCARE<br>2105 TOPACIO<br>GUAYNABO, PR 00969 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4793 | $ 2,178.04 |
| | Base para: Según los libros y registros del Estado Libre Asociado, el contrato asociado con estas facturas fue cancelado y, por lo tanto, no hay montos adeudados en nombre de ellos. | | | | | |
| 10 | WALDEMAR D LOPEZ MATOS DBA LOPEZ TRUCK AND BUS PARTS<br>HC 02 BOX 6745<br>HORMIGUEROS, PR 00660-9715 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27503 | $ 1,124.40 |
| | Base para: El 18 de septiembre de 2018 se pagaron facturas por un total de $1,124.40 con cheque n°. 00096147. | | | | | |
| | | | | | TOTAL | $ 303,301.74* |