# EXHIBIT B

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE THREE HUNDRED NINETIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.  I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtor's (as defined

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

below) case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtor's cases filed pursuant to PROMESA.  The Debtor's ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of Puerto Rico (the "Commonwealth," or the "Debtor").

3.      I submit this declaration in support of the *Three Hundred Ninetieth Omnibus (Non-Substantive) Objection of the Commonwealth of Puerto Rico to No Liability Claims* (the "Three Hundred Ninetieth Omnibus Objection").[3]  I have personally reviewed the Three Hundred Ninetieth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4.      In preparation for filing the Three Hundred Ninetieth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Three Hundred Ninetieth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.  These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Three Hundred Ninetieth Omnibus Objection (collectively the "No Liability Claims").

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]  Capitalized terms used but not defined herein shall have the meanings set forth in the Three Hundred Ninetieth Omnibus Objection.

5.      To the best of my knowledge, information, and belief, each of the claims identified on Exhibit A to the Three Hundred Ninetieth Omnibus Objection purport to assert liability against the Commonwealth based on a contract entered into by the Commonwealth and/or an invoice issued by the claimant.  Additionally, to the best of my knowledge, information, and belief, the Commonwealth's records show that certain of the No Liability Claims has been paid, in part, by the Commonwealth.   Accordingly, to prevent excess recoveries by the claimants, the Commonwealth requests that the No Liability Claims be disallowed, in whole or in part, to the extent they have been satisfied.

6.      Further, certain of the No Liability Claims assert amounts for which the Commonwealth is not liable.  For example, in some instances, the No Liability Claims assert, in whole or in part, amounts purportedly owed based on a contract entered into by the Commonwealth; however, the Commonwealth is not liable for the amounts asserted because, for example, the invoices asserted were not for goods and services covered by the contract, the purchase order asserted had been cancelled, an invoice was issued without a purchase order, or other similar reasons.  In other instances, the No Liability Claims assert amounts purportedly owed based on an invoice issued to the Commonwealth; however, that invoice was not properly certified, as required by Puerto Rico law, or was never delivered to the agency.  Accordingly, certain of the No Liability Claims assert amounts for which the Commonwealth is not liable, in whole or in part.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 25, 2021

By:     /s/ Jay Herriman
         Jay Herriman

# <u>ANEXO B</u>

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                        Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA TRICENTÉSIMA NONAGÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES EN LAS QUE NO EXISTE RESPONSABILIDAD**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

1.      Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso del Deudor (según se define abajo) radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2]  Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.      En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos del Deudor radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones del Deudor implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor").

3.      Realizo esta declaración en apoyo de la *Tricentésima nonagésima objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones en las que no existe*

_____

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

*responsabilidad* (la "<u>Tricentésima nonagésima objeción global</u>"). [3] He revisado personalmente la Tricentésima nonagésima objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.      Durante el proceso de preparación para radicar la Tricentésima nonagésima objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Tricentésima nonagésima objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente.   Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el <u>Anexo A</u> de la Tricentésima nonagésima objeción global (conjuntamente, las "<u>Reclamaciones en las que no existe responsabilidad</u>").

5.      A mi leal saber y entender, cada una de las reclamaciones identificadas en el <u>Anexo A</u> de la Tricentésima nonagésima objeción global pretende alegar responsabilidad contra el ELA sobre la base de un contrato celebrado por el ELA y/o una factura emitida por el reclamante. Además, a mi leal saber y entender, los datos del ELA indican que algunas de las Reclamaciones en las que no existe responsabilidad han sido pagadas en parte por el ELA. En consecuencia, para evitar recuperaciones excesivas por parte de los reclamantes, el ELA solicita que las Reclamaciones en las que no existe responsabilidad sean rechazadas total o parcialmente en la medida en que hayan sido satisfechas.

6.      Además, algunas de las Reclamaciones en las que no existe responsabilidad alegan montos por los que el ELA no es responsable. Por ejemplo, en algunos casos las Reclamaciones en las que no existe responsabilidad alegan, total o parcialmente, montos supuestamente adeudados

---

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima nonagésima objeción global.

sobre la base de un contrato suscrito por el ELA. Sin embargo, el ELA no es responsable por los montos alegados porque, por ejemplo, las facturas alegadas no eran por bienes y servicios cubiertos por el contrato, la orden de compra alegada había sido cancelada, una factura fue emitida sin orden de compra u otros motivos similares. En otros casos, las Reclamaciones en las que no existe responsabilidad alegan montos supuestamente adeudados sobre la base de una factura emitida al ELA. Sin embargo, dicha factura no se ha certificado debidamente, de conformidad con lo exigido por la legislación de Puerto Rico, o en ningún momento se le ha entregado a la agencia. En consecuencia, algunas de las Reclamaciones en las que no existe responsabilidad alegan montos por los que el ELA no es responsable total o parcialmente.

7.    Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 25 de agosto de 2021

Por:    [Firma en la versión en inglés]
Jay Herriman

4