# EXHIBIT D

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the
Commonwealth.

ORDER GRANTING THREE HUNDRED NINETIETH
OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO
RICO TO NO LIABILITY CLAIMS

Upon the *Three Hundred Ninetieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Claims* ("Three Hundred Ninetieth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated August 25, 2021, for entry of an order reducing the amount of certain claims filed against the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Ninetieth Omnibus Objection.

Commonwealth on the basis that these claims (*i*) have been satisfied, in whole or in part, and/or (*ii*) assert, in whole or in part, liabilities for which the Commonwealth is not liable, as more fully set forth in the Three Hundred Ninetieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Ninetieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Ninetieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Ninetieth Omnibus Objection (collectively, the "No Liability Claims") have been satisfied in whole or in part and assert, in whole or in part, liabilities that failed to comply with the applicable rules for filing a proof of claim and/or for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Three Hundred Ninetieth Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Ninetieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Three Hundred Ninetieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the No Liability Claims are hereby disallowed; and it is further

ORDERED that Prime Clerk is authorized and directed to designate the No Liability Claims as expunged from the official claims register in the Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED

Dated: _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

## **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

      como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et
al.*,

               Deudores. [1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

La presente radicación guarda
relación con el ELA.

ORDEN POR LA QUE SE CONCEDE LA TRICENTÉSIMA NONAGÉSIMA
OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO A RECLAMACIONES EN LAS QUE NO EXISTE RESPONSABILIDAD

          Vista la *Tricentésima nonagésima objeción global (sustantiva) del Estado Libre*

*Asociado de Puerto Rico a Reclamaciones en las que no existe responsabilidad* (la "<u>Tricentésima</u>

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de
caso de Título III y los últimos cuatro (4) dígitos del número de identificación
contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de
Puerto Rico (el "<u>ELA</u>") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de
Interés Apremiante de Puerto Rico ("<u>COFINA</u>") (Caso de Quiebra Núm. 17 BK 3284-
LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la
Autoridad de Carreteras y Transportación de Puerto Rico (la "<u>ACT</u>") (Caso de Quiebra
Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal:
3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado
de Puerto Rico (el "<u>SRE</u>") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía
Eléctrica de Puerto Rico (la "<u>AEE</u>") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos
cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de
Edificios Públicos de Puerto Rico (la "<u>AEP</u>", y junto con el ELA, COFINA, la ACT, el
SRE y la AEE, los "<u>Deudores</u>") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos
cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos
de Título III están enumerados como números de casos de quiebra debido a ciertas
limitaciones en el programa informático).

nonagésima objeción global")[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 25 de agosto de 2021, en la que se solicita que se dicte una orden que reduzca el monto de determinadas reclamaciones radicadas contra el ELA sobre la base de que dichas reclamaciones *i*) han sido satisfechas total o parcialmente y/o *ii*) alegan, total o parcialmente, responsabilidades por las que el ELA no es responsable, según se expone con más detalle en la propia Tricentésima nonagésima objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Tricentésima nonagésima objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Tricentésima nonagésima objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Tricentésima nonagésima objeción global (conjuntamente, las "Reclamaciones en las que no existe responsabilidad") han sido satisfechas, total o parcialmente, y alegan, total o parcialmente, responsabilidades que no cumplen con las normas aplicables a la radicación de una evidencia de reclamación y/o por las que el ELA no es responsable; y habiendo determinado el Tribunal que el remedio solicitado en la Tricentésima nonagésima objeción global redunda en el mejor interés del ELA y de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Tricentésima nonagésima objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima nonagésima objeción global.

SE ORDENA que SE CONCEDA la Tricentésima nonagésima objeción global, según se establece en el presente documento; además

SE ORDENA que las Reclamaciones en las que no existe responsabilidad sean rechazadas; asimismo

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para designar las Reclamaciones en las que no existe responsabilidad como eliminadas del registro oficial de reclamaciones en el marco del Caso de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE

Fecha: _____

_____

Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)

3