# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Ninety-First Omnibus Objection**

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 36221 | Commonwealth of Puerto Rico | 503(b)(9) | $9,802.24 | Commonwealth of Puerto Rico | 503(b)(9) | $7,318.99 |
| | Reason: Invoices totaling $2,483.25 were paid via check numbers 114604 and 3383171 on 12/06/2016 and 08/24/2015, respectively. The claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 2 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 49926 | Commonwealth of Puerto Rico | 503(b)(9) | $231,092.97 | Commonwealth of Puerto Rico | 503(b)(9) | $206,017.68 |
| | Reason: Invoices totaling $25,075.29 were paid via multiple Checks/EFT's during the period of 03/24/2017 and 06/12/2017. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 3 | ANTILLES POWER DEPOT, INC.<br>WIGBERTO LUGO MENDER, ESQ.<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968 | 144671 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Unsecured<br>Subtotal | $2,259.60<br>$155,976.53<br>$158,236.13 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Unsecured<br>Subtotal | $2,259.60<br>$120,616.53<br>$122,876.13 |
| | Reason: Invoices totaling $37,619.60 were paid via multiple Checks/EFT's during the period of 07/30/2015 and 09/12/2018. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 4 | APPLIED CONCEPTS INC<br>855 E COLLINS BLVD<br>RICHARDSON, TX 75081 | 4750 | Commonwealth of Puerto Rico | Unsecured | $36,745.00 | Commonwealth of Puerto Rico | Unsecured | $4,290.00 |
| | Reason: Invoices totaling $29,655.00 has been previously paid to claimant. Per the books and records of the Commonwealth, the invoice totaling $2,800.00 was related to a canceled purchase order, therefore no amount is due and owing. The claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 5 | COMPANIA DE FOMENTO INDUSTRIAL DE PUERTO RICO<br>P.O.BOX 362350<br>SAN JUAN, PR 00936-2350 | 20926 | Commonwealth of Puerto Rico | Unsecured | $1,041,494.73 | Commonwealth of Puerto Rico | Unsecured | $2,595.06 |
| | Reason: Invoices totaling $20,183.70 were paid via multiple Checks during the period of 12/29/2016 and 07/12/2018. Invoices totaling $1,036,765.94 relate to certified invoices not received and therefore not recognized as due and owing by the Commonwealth agency asserted. Amount totaling $18,049.97 represents the variance between the written filed amount ($1,041,494.73) on the proof of claim and the support provided ($1,059,544.70) by the claimant. | | | | | | | |
| 6 | CONSOLIDATED TELECOM OF PUERTO RICO,LLC D/B/A CONSO TEL OF PUERTO RICO,LLC<br>RODRIGUEZ-MARXUACH, PSC<br>P.O.BOX 16636<br>SAN JUAN, PR 00908-6636 | 26391 | Commonwealth of Puerto Rico | Unsecured | $155,405.79 | Commonwealth of Puerto Rico | Unsecured | $63,891.78 |
| | Reason: Invoices totaling $91,514.01 were paid via multiple Checks/EFT's during the period of 04/22/2016 and 08/21/2017. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 23621 | Commonwealth of Puerto Rico | Unsecured | $2,322.44 | Commonwealth of Puerto Rico | Unsecured | $2,082.44 |

Reason: Invoices totaling $240.00 paid via EFT between 12/15/2017 and 06/20/2018. The Claimant shall retain the non-modified portion of the claim.

| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28108 | Commonwealth of Puerto Rico | Unsecured | $32,114.32 | Commonwealth of Puerto Rico | Unsecured | $7,718.00 |

Reason: Invoices totaling $23,021.37 were paid via multiple Checks/EFT's during the period of 06/13/2014 and 07/05/2018. Invoices totaling $1,374.95 related to certified invoices not received by the Commonwealth and therefore are not due and owing per the asserted Commonwealth agency. The Claimant shall retain the non-modified portion of the claim.

| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 50208 | Commonwealth of Puerto Rico | Unsecured | $2,876.95 | Commonwealth of Puerto Rico | Unsecured | $1,194.95 |

Reason: Invoices totaling $1,682.00 paid via EFT between 05/02/2018 and 08/27/2018. The Claimant shall retain the non-modified portion of the claim.

| 10 | DANOSA CARIBBEAN INC<br>P.O. BOX 13757<br>COMPLEJO INDUSTRIAL LUCHETTI<br>SAN JUAN, PR 00908-3757 | 56478 | Commonwealth of Puerto Rico | 503(b)(9) | $108,926.02 | Commonwealth of Puerto Rico | 503(b)(9) | $3,000.00 |

Reason: Invoices totaling $105,926.02 were paid via multiple Checks/EFT's during the period of 04/22/2016 and 08/21/2017. The Claimant shall retain the non-modified portion of the claim.

| 11 | DISTRIBUIDORA BLANCO INC<br>P.O. BOX 192672<br>SAN JUAN, PR 00919-2672 | 107701 | Commonwealth of Puerto Rico | Unsecured | $1,739,580.26 | Commonwealth of Puerto Rico | Unsecured | $1,737,112.12 |

Reason: Invoices totaling $2,468.14 assert liabilities between Claimant and Administracion de Compensaciones por Accidentes de Automoviles, Administracion de Servicios Medicos, Autoridad de Tierras, Banco Gubernamental de Fomento, Universidad de Puerto Rico Mayaguez, Universidad de Puerto Rico, or Administracion de Servicios Medicos which are not a part of the Title III proceedings.

| 12 | DUST CONTROL SERVICES OF P.R., INC.<br>PO BOX 362048<br>SAN JUAN, PR 00936-2048 | 128971 | Commonwealth of Puerto Rico | Unsecured | $2,401.25 | Commonwealth of Puerto Rico | Unsecured | $2,219.29 |

Reason: Invoices totaling $181.96 were paid via multiple Checks/EFT's during the period of 04/06/2017 and 06/07/2017. The Claimant shall retain the non-modified portion of the claim.

| 13 | ESTUDIOS TÉCNICOS, INC.<br>PO BOX 12144<br>SAN JUAN, PR 00914-0144 | 27512 | Commonwealth of Puerto Rico | Unsecured | $98,650.00 | Commonwealth of Puerto Rico | Unsecured | $92,650.00 |

Reason: Invoices totaling $6,000.00 assert liabilities between Claimant and the Housing Finance Authority, which is not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | EVERTEC GROUP,LLC<br>MCCONNELL VALDÉS LLC<br>C/O EVERTEC GROUP, LLC<br>P.O. BOX 364225<br>SAN JUAN, PR 00936-4225 | 21060 | Commonwealth of Puerto Rico | Unsecured | $155,700.00 | Commonwealth of Puerto Rico | Unsecured | $109,974.00 |

Reason: Invoice totaling $40,057.94 was paid via EFT No. 5136 on 09/20/2018. Invoice amounts totaling $5,668.06 pertain to invoice amounts which did not have an approved contract/purchase order or where a certified invoice was not received and therefore not recognized as due and owing by the Commonwealth agency asserted. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | HL CENTROVISION GROUP HR INC.<br>AVE MUNOZ RIVERA #652<br>EL MONTE MALL SUITE 2000<br>HATO REY, PR 00918 | 43066 | Commonwealth of Puerto Rico | 503(b)(9) | $517,168.60 | Commonwealth of Puerto Rico | 503(b)(9) | $481,189.10 |

Reason: Invoices totaling $362.00 assert liabilities between Claimant and the Administration of Compensation for Automobile Accidents, which is not part of the Title III proceedings. In addition, invoices totaling $35,617.50 were paid via multiple Checks between the time periods of 2006 to 2018.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | JESUS J JORGE CORIANO DBA<br>MARIOLITA LANDSCAPING<br>PO BOX 145<br>LAS MARIAS, PR 00670 | 6402 | Commonwealth of Puerto Rico | Unsecured | $50,751.63 | Commonwealth of Puerto Rico | Unsecured | $10,229.29 |

Reason: Invoices totaling $40,522.34 assert liabilities between Claimant and Municipality of Ponce or Municipality of Caguas, which are not a part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | JL AUTO PAINTS, PARTS & BODY SERVICES<br>#139 HACIENDA MI QUERIDO VIEJO<br>DORADO, PR 00646 | 5709 | Commonwealth of Puerto Rico | Unsecured | $16,368.75 | Commonwealth of Puerto Rico | Unsecured | $10,514.40 |

Reason: Invoices totaling $5,854.35 were paid via various checks and EFTs from 03/01/2017 to 09/19/2019. The claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | JOHNJAVI CORP.<br>PO BOX 246<br>LAS PIEDRAS, PR 00771 | 403 | Commonwealth of Puerto Rico | Unsecured | $225,284.34 | Commonwealth of Puerto Rico | Unsecured | $218,515.36 |

Reason: Invoices totaling $6,768.98 were paid via multiple Checks/EFT's during the period of 11/12/2014 and 11/22/2017. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | JOM SECURITY SERVICES, INC.<br>PO BOX 2249<br>GUAYAMA, PR 00785 | 81939 | Commonwealth of Puerto Rico | Unsecured | $1,985,271.19 | Commonwealth of Puerto Rico | Unsecured | $1,194,288.64 |

Reason: Invoices totaling $789,196.15 assert liabilities between Claimant and Autoridad de Terrenos de PR, Centro Cardiovascular, Mun. de Mayaquez Complejo Industrial, Municipio Cayey Veredero, Municipio de Juncos, Municipio de Mayaguez, UPR Agaudilla, or UPR Ponce none of which are part of the Title III proceedings. Invoices totaling $1,522.50 were paid via Check Nos. 17000769 and 17000770 on 03/05/2017. Invoices totaling $263.90 relate to an invoice with no purchase order referenced and therefore are identified as not due and owing by the Commonwealth agency asserted. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 20 | KRESTON PR LLC<br>PO BOX 193488<br>SAN JUAN, PR 00919-3488 | 10755 | Commonwealth of Puerto Rico | Unsecured | $10,935.25 | Commonwealth of Puerto Rico | Unsecured | $3,123.75 |

Reason: Invoices totaling $7,811.50 were paid via EFT numbers 00079794, 00079793, and 00079792 on 05/23/2018.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | MALLINCKRODT PHARMACEUTICALS<br>C/O POLSINELLI PC<br>ATTN: CHRISTOPHER A. WARD<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | 21707 | Commonwealth of Puerto Rico | Unsecured | $401,435.33 | Commonwealth of Puerto Rico | Unsecured | $54,065.77 |

Reason: Invoices totaling $347,369.56 assert liabilities between Claimant and Ashford Presbyterian Community, HIMA San Pablo - Bayamon, HIMA San Pablo - Caguas, Hospital Episcopal San Lucas Ponce, Hospital Hermanos Melendez Inc., and San Jorge Children's Hospital, which are not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | MECANICA TITO<br>JOSE R. GONZALEZ<br>PO BOX 310<br>CIALES, PR 00638 | 82686 | Commonwealth of Puerto Rico | 503(b)(9) | $13,572.00* | Commonwealth of Puerto Rico | 503(b)(9) | $4,533.55* |
| | | | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | Subtotal | $13,572.00* | | Subtotal | $4,533.55* |

Reason: Invoices totaling $9,038.45 were paid via multiple EFT Nos. between the period 09/06/2018 and 09/20/2018. The claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | MILLER & CHEVALIER CHARTERED<br>900 16TH ST NW<br>WASHINGTON, DC 20006-2901 | 22059 | Commonwealth of Puerto Rico | Unsecured | $154,508.75 | Commonwealth of Puerto Rico | Unsecured | $84,620.00 |

Reason: Invoices totaling $69,888.75 relate to certified invoices not received and therefore not recognized as due and owing by the Commonwealth agency asserted. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | NETWAVES EQUIPMENT CO.<br>316 AVENIDA DE LA CONSTITUCIÓN<br>SAN JAUN, PR 00901 | 17377 | Commonwealth of Puerto Rico | Unsecured | $33,930.00 | Commonwealth of Puerto Rico | Unsecured | $6,630.00 |

Reason: Invoices totaling $26,890.50 were paid via EFT numbers 43918, 43917, and 46079 on 07/18/2017. Invoice amounts totaling $409.50 pertain to tax withheld and therefore is not due and owing per the asserted Commonwealth agency. The claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | O'NEILL SECURITY & CONSULTANT SERVICES, INC.<br>PO BOX 1057<br>GUAYAMA, PR 00785 | 74306 | Commonwealth of Puerto Rico | Unsecured | $3,297,174.84 | Commonwealth of Puerto Rico | Unsecured | $1,421,175.47 |

Reason: Invoices totaling $1,750,678.46 assert liabilities between Claimant and Puerto Rico Health Insurance Administration, Municipality of Bayamon, Municipality of Caguas, Municipality of Maunabo, or University of Puerto Rico which are not a part of the Title III proceedings. Invoices totaling $125,320.91 relate to certified invoices not received and therefore are not due and owing by the Commonwealth agency asserted. The Claimant shall retain the non-modified portion of the claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 26 | ORGANIZACIONES ONETO, INC<br>425 CARR 693 PMB 500<br>DORADO, PR 00646 | 17777 | Commonwealth of Puerto Rico | 503(b)(9) | $83,303.02 | Commonwealth of Puerto Rico | 503(b)(9) | $83,000.02 |
| | Reason: Invoices totaling $303.00 were paid via multiple Checks/EFT's during the period of 07/04/2016 and 09/07/2018. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 27 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 45503 | Commonwealth of Puerto Rico | Unsecured | $10,954.47* | Commonwealth of Puerto Rico | Unsecured | $4,051.95* |
| | Reason: Invoices totaling $6,902.52 paid via Checks between 05/11/2017 and 09/17/2018. The claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 28 | PRAXAIR PUERTO RICO B V<br>PO BOX 307<br>GURABO, PR 00778-0307 | 47707 | Commonwealth of Puerto Rico | 503(b)(9) | $5,171.29 | Commonwealth of Puerto Rico | 503(b)(9) | $4,345.39 |
| | | | Commonwealth of Puerto Rico | Unsecured | $294,441.29 | Commonwealth of Puerto Rico | Unsecured | $144,781.95 |
| | | | | Subtotal | $299,612.58 | | Subtotal | $149,127.34 |
| | Reason: Invoices totaling $53,648.29 assert liabilities between Claimant and Puerto Rico Medical Services Administration or University of Puerto Rico which are not a part of the Title III proceedings. Invoices totaling $96,836.95 paid via Checks between period 05/23/2017 and 10/25/2018. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 29 | PROMOTIONS & DIRECT, INC.<br>MCCONNELL VALDÉS LLC<br>P.O. BOX 364225<br>SAN JUAN, PR 00936 | 22595 | Commonwealth of Puerto Rico | Unsecured | $1,113,881.59 | Commonwealth of Puerto Rico | Unsecured | $1,045,115.12 |
| | Reason: Invoices totaling $68,766.47 were paid via Check No. 00086862 on 06/21/2018. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 30 | QUEST DIAGNOSTICS OF PR INC<br>CAPARRA GALLERY CALLE<br>ORTEGON #107<br>LOCAL 105<br>GUAYNABO, PR 00966 | 87185 | Commonwealth of Puerto Rico | Unsecured | $7,606.67 | Commonwealth of Puerto Rico | Unsecured | $3,413.87 |
| | Reason: Invoices totaling $4,192.80 paid via Check Nos. 00096395, 00096392, 00096410, 00096392, and 00096405 on 9/18/2018. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 31 | RANGER AMERICAN ARMORED SERVICES INC<br>ATTN: LILLIAM FAJARDO<br>PO BOX 29105<br>SAN JUAN, PR 00929-0105 | 77358 | Commonwealth of Puerto Rico | Unsecured | $103,803.20 | Commonwealth of Puerto Rico | Unsecured | $79,515.20 |
| | Reason: Invoices totaling $24,288.00 were paid via multiple Checks/EFT's during the period of 05/05/2017 and 06/12/2017. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 32 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 19242 | Commonwealth of Puerto Rico | Unsecured | $71,481.34 | Commonwealth of Puerto Rico | Unsecured | $56,972.34 |
| | Reason: Invoices totaling $14,509.00 paid via Checks between 05/24/2018 and 01/10/2019. The Claimant shall retain the non-modified portion of the claim. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-First Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 33 | WALDEMAR D. LOPEZ MATOS DBA LOPEZ TRUCK AND BUS PARTS HC 02 BOX 6745 HORMIGUEROS, PR 00660-9715 | 37575 | Commonwealth of Puerto Rico | Unsecured | $13,321.75 | Commonwealth of Puerto Rico | Unsecured | $10,256.25 |

Reason: Invoices totaling $3,065.50 were paid via multiple EFTs between the period of 09/10/2018 and 09/17/2018. The claimant shall retain the non-modified portion of the claim.

| | | | TOTAL | | $ 12,185,713.40* | TOTAL | | $ 7,283,277.86* |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

\* Indicates claim contains unliquidated and/or undetermined amounts