## ANEXO A

**Relación de reclamaciones objeto de la Tricentésima nonagésima primera objeción global**

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 36221 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $9,802.24 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $7,318.99 |
| | Base para: El 6 de diciembre de 2016 y el 24 de agosto de 2015, se pagaron facturas por un total de $2,483.25 con cheques n°. 114604 y 3383171.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 2 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 49926 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $231,092.97 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $206,017.68 |
| | Base para: Durante el período del 24 de marzo de 2017 al 12 de junio de 2017 se pagaron facturas por un total de $25,075.29 con múltiples cheques/transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 3 | ANTILLES POWER DEPOT, INC. WIGBERTO LUGO MENDER, ESQ. 100 CARR 165 SUITE 501 GUAYNABO, PR 00968 | 144671 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $2,259.60 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $2,259.60 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,976.53 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $120,616.53 |
| | | | | Subtotal | $158,236.13 | | Subtotal | $122,876.13 |
| | Base para: Durante el período del 30 de julio de 2015 al 12 de septiembre de 2018, se pagaron facturas por un total de $37,619.60 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 4 | APPLIED CONCEPTS INC 855 E COLLINS BLVD RICHARDSON, TX 75081 | 4750 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $36,745.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,290.00 |
| | Base para: Anteriormente, se han pagado facturas por un total de $29,655.00 al Demandante.  Según los libros y registros del Estado Libre Asociado, la factura por un total de $2,800.00 estaba relacionada con una orden de compra cancelada; por lo tanto, no se adeuda ninguna suma de dinero.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 5 | COMPANIA DE FOMENTO INDUSTRIAL DE PUERTO RICO P.O.BOX 362350 SAN JUAN, PR 00936-2350 | 20926 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,041,494.73 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,595.06 |
| | Base para: Durante el período del 29 de diciembre de 2016 al 12 de julio de 2018 se pagaron facturas por un total de $20,183.70 con múltiples cheques. Facturas por un total de $1,036,765.94 se relacionan con facturas certificadas no recibidas y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. El monto por un total de $18,049.97 representa la diferencia entre el monto presentado por escrito ($1,041,494.73) en la evidencia de reclamo y el respaldo presentado ($1,059,544.70) por el demandante. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | CONSOLIDATED TELECOM OF PUERTO RICO,LLC D/B/A CONSO TEL OF PUERTO RICO,LLC RODRIGUEZ-MARXUACH, PSC P.O.BOX 16636 SAN JUAN, PR 00908-6636 | 26391 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,405.79 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $63,891.78 |
| | Base para: Durante el período del 22 de abril de 2016 al 21 de agosto de 2017, se pagaron facturas por un total de $91,514.01 con múltiples cheques/transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 7 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 23621 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,322.44 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,082.44 |
| | Base para: Durante el período del 15 de diciembre de 2017 al 20 de junio de 2018, se pagaron facturas por un total de $240.00 con transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 8 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 28108 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $32,114.32 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,718.00 |
| | Base para: Durante el período del 13 de junio de 2014 y 5 de julio de 2018, se pagaron facturas por un total de $23,021.37 con múltiples cheques/transferencias electrónicas de fondos. Facturas por un total de $1,374.95 se relacionan con facturas certificadas no recibidas y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 9 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 50208 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,876.95 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,194.95 |
| | Base para: Durante el período del 2 de mayo de 2018 y el 27 de agosto de 2018, se pagaron facturas por un total de $1,682.00 con transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 10 | DANOSA CARIBBEAN INC P.O. BOX 13757 COMPLEJO INDUSTRIAL LUCHETTI SAN JUAN, PR 00908-3757 | 56478 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $108,926.02 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $3,000.00 |
| | Base para: Durante el período del 22 de abril de 2016 al 21 de agosto de 2017, se pagaron facturas por un total de $105,926.02 con múltiples cheques/transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 11 | DISTRIBUIDORA BLANCO INC P.O. BOX 192672 SAN JUAN, PR 00919-2672 | 107701 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,739,580.26 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,737,112.12 |
| | Base para: Facturas por un total de $2,468.14 invocan obligaciones entre el Demandante y la Administracion de Compensaciones por Accidentes de Automoviles, Administracion de Servicios Medicos, Autoridad de Tierras, Banco Gubernamental de Fomento, Universidad de Puerto Rico Mayaguez, Universidad de Puerto Rico, o la Administracion de Servicios Medicos, los cuales no son parte de los procedimientos al amparo del Título III. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | DUST CONTROL SERVICES OF P.R., INC.<br>PO BOX 362048<br>SAN JUAN, PR 00936-2048 | 128971 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,401.25 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,219.29 |

Base para: Durante el período 6 de abril de 2017 al 7 de junio de 2017, se pagaron facturas por un total de $181.96 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | ESTUDIOS TÉCNICOS, INC.<br>PO BOX 12144<br>SAN JUAN, PR 00914-0144 | 27512 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $98,650.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $92,650.00 |

Base para: Facturas por un total de $6,000.00 invocan obligaciones entre el Demandante y la Autoridad para el Financiamiento de la Vivienda, la cual no es parte de estos procedimientos al amparo del Título III. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | EVERTEC GROUP,LLC<br>MCCONNELL VALDÉS LLC<br>C/O EVERTEC GROUP, LLC<br>P.O. BOX 364225<br>SAN JUAN, PR 00936-4225 | 21060 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,700.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $109,974.00 |

Base para: El 20 de septiembre de 2018 se pagó una factura por un total de $40,057.94 con transferencia electrónica de fondos n°. 5136. Montos de facturas por un total de $5,668.06 corresponden a montos de facturas que no tenían un contrato u orden de compra aprobada o a casos en que no se recibió una factura certificada y, por lo tanto, no se los reconoce como montos adeudados por la agencia del Estado Libre Asociado que se invoca. El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | HL CENTROVISION GROUP HR INC.<br>AVE MUNOZ RIVERA #652<br>EL MONTE MALL SUITE 2000<br>HATO REY, PR 00918 | 43066 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $517,168.60 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $481,189.10 |

Base para: Facturas por un total de $362.00 invocan obligaciones entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, la cual no es parte de estos procedimientos al amparo del Título III. Además, entre 2006 y 2018 se pagaron facturas por un total de $35,617.50 con múltiples cheques.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | JESUS J JORGE CORIANO DBA MARIOLITA LANDSCAPING<br>PO BOX 145<br>LAS MARIAS, PR 00670 | 6402 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,751.63 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,229.29 |

Base para: Facturas por un total de $40,522.34 invocan obligaciones entre el Demandante y el Municipio de Ponce y el Municipio de Caguas, las cuales no son parte de los procedimientos al amparo del Título III.  El demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | JL AUTO PAINTS, PARTS & BODY SERVICES<br>#139 HACIENDA MI QUERIDO VIEJO<br>DORADO, PR 00646 | 5709 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,368.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,514.40 |

Base para: Durante el período del 1 de marzo de 2017 al 19 de septiembre de 2019, se pagaron facturas por un total de $5,854.35 con múltiples cheques y transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAM ACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 18 | JOHNJAVI CORP. PO BOX 246 LAS PIEDRAS, PR 00771 | 403 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $225,284.34 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $218,515.36 |

Base para: Durante el período del 12 de noviembre de 2014 al 22 de noviembre de 2017, se pagaron facturas por un total de $6,768.98 con múltiples cheques/transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo.

| 19 | JOM SECURITY SERVICES, INC. PO BOX 2249 GUAYAMA, PR 00785 | 81939 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,985,271.19 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,194,288.64 |

Base para: Facturas por un total de $789,196.15 invocan obligaciones entre el Demandante y la Autoridad de Terrenos de PR, Centro Cardiovascular, Mun. de Mayaguez Complejo Industrial, Municipio Cayey Veredero, Municipio de Juncos, Municipio de Mayaguez, UPR Aguadilla, o UPR Ponce, ninguno de los cuales son parte de los procedimientos al amparo del Título III.  El cinco de mayo de 2017 se pagaron facturas por un total de $1,522.50 con cheques n°. 17000769 y 17000770.  Facturas por un total de $263.90 se relacionan con órdenes de compra referenciadas y, por lo tanto, se identifican como órdenes exigibles ni adeudadas por la agencia del Estado Libre Asociado que se invoca.  El demandante retendrá la porción no modificada del reclamo.

| 20 | KRESTON PR LLC PO BOX 193488 SAN JUAN, PR 00919-3488 | 10755 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,935.25 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,123.75 |

Base para: El 23 de mayo de 2018, se pagaron $7,811.50 mediante transferencias electrónicas de fondos identificadas con números 00079794, 00079793 y 00079792.

| 21 | MALLINCKRODT PHARMACEUTICALS C/O POLSINELLI PC ATTN: CHRISTOPHER A. WARD 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON, DE 19801 | 21707 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $401,435.33 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $54,065.77 |

Base para: Facturas por un total de $347,369.56 invocan obligaciones entre el Demandante y Ashford Presbyterian Community, HIMA San Pablo - Bayamon, HIMA San Pablo - Caguas, Hospital Episcopal San Lucas Ponce, Hospital Hermanos Melendez Inc., y San Jorge Children's Hospital, los cuales no son parte de los procedimientos al amparo del Título III.  El demandante retendrá la porción no modificada del reclamo.

| 22 | MECANICA TITO JOSE R. GONZALEZ PO BOX 310 CIALES, PR 00638 | 82686 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $13,572.00* | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $4,533.55* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | $13,572.00* | | Subtotal | $4,533.55* |

Base para: Durante el período del 6 de septiembre de 2018 al 20 de septiembre de 2018, se pagaron facturas por un total de $9,038.45 con múltiples transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 23 | MILLER & CHEVALIER CHARTERED 900 16TH ST NW WASHINGTON, DC 20006-2901 | 22059 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $154,508.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $84,620.00 |

Base para: Facturas por un total de $69,888.75 se relacionan con facturas certificadas no recibidas y, por lo tanto, no se las reconoce como adeudadas por la agencia del Estado Libre Asociado que se invoca. El demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º | DEUDOR | ESTADO | IMPORTE | DEUDOR | ESTADO | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 24 | NETWAVES EQUIPMENT CO. 316 AVENIDA DE LA CONSTITUCIÓN SAN JAUN, PR 00901 | 17377 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $33,930.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,630.00 |

Base para: El 18 de julio de 2018 se pagaron $26,890.50 mediante transferencias electrónicas de fondos identificadas con números 43918, 43917 y 46079. Los montos de facturas por $409.50 corresponden a impuestos retenidos y, por lo tanto, no es adeudado por la agencia del Estado Libre Asociado invocada. El demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º | DEUDOR | ESTADO | IMPORTE | DEUDOR | ESTADO | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 25 | O'NEILL SECURITY & CONSULTANT SERVICES, INC. PO BOX 1057 GUAYAMA, PR 00785 | 74306 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,297,174.84 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,421,175.47 |

Base para: Facturas por un total de $1,750,678.46 invocan obligaciones entre el Demandante y la Administración del Seguro de Salud de Puerto Rico, el Municipio de Bayamon, el Municipio de Caguas, e Municipio de Maunabo, o la Universidad de Puerto Rico, que no son parte de los procedimientos al amparo del Título III. Facturas por un total de $125,320.91 se relacionan con facturas certificados no recibidas y, por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. El demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º | DEUDOR | ESTADO | IMPORTE | DEUDOR | ESTADO | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 26 | ORGANIZACIONES ONETO, INC 425 CARR 693 PMB 500 DORADO, PR 00646 | 17777 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $83,303.02 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $83,000.02 |

Base para: Durante el período del 4 de julio de 2016 al 7 de septiembre de 2018, se pagaron facturas por un total de $303.00 con múltiples cheques/transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º | DEUDOR | ESTADO | IMPORTE | DEUDOR | ESTADO | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 27 | PR STORAGE FORKLIFT DIVISION PO BOX 250060 AGUADILLA, PR 00604 | 45503 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,954.47* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,051.95* |

Base para: Durante el período del 11 de mayo de 2017 al 17 de septiembre de 2018, se pagaron facturas por un total de $6,902.52 con varios cheques.  El demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º | DEUDOR | ESTADO | IMPORTE | DEUDOR | ESTADO | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 28 | PRAXAIR PUERTO RICO B V PO BOX 307 GURABO, PR 00778-0307 | 47707 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $5,171.29 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $4,345.39 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $294,441.29 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $144,781.95 |
| | | | | Subtotal | $299,612.58 | | Subtotal | $149,127.34 |

Base para: Facturas por un total de $53,648.29 invocan obligaciones entre el Demandante y la Administración de Servicios Médicos de Puerto Rico o la Universidad de Puerto Rico, las cuales no son parte de los procedimientos al amparo del Título III. Durante el período del 23 de mayo de 2017 al 25 de octubre de 2018, se pagaron facturas por un total de $96,836.95 con varios cheques. El demandante retendrá la porción no modificada del reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Nonagésima Primera Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 29 | PROMOTIONS & DIRECT, INC. MCCONNELL VALDÉS LLC P.O. BOX 364225 SAN JUAN, PR 00936 | 22595 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,113,881.59 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,045,115.12 |
| | Base para: El 21 de junio de 2018 se pagaron facturas por un total de $68,766.47 con cheque n°. 00086862.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 30 | QUEST DIAGNOSTICS OF PR INC CAPARRA GALLERY CALLE ORTEGON #107 LOCAL 105 GUAYNABO, PR 00966 | 87185 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,606.67 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,413.87 |
| | Base para: El 18 de septiembre de 2018, se pagaron facturas por un total de $4,192.80 con cheques n°.00096395, 00096392, 00096410, 00096392 y 00096405. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 31 | RANGER AMERICAN ARMORED SERVICES INC ATTN: LILLIAM FAJARDO PO BOX 29105 SAN JUAN, PR 00929-0105 | 77358 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $103,803.20 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $79,515.20 |
| | Base para: Durante el período del 5 de mayo de 2017 al 12 de junio de 2017, se pagaron facturas por un total de $24,288.00 con múltiples cheques/transferencias electrónicas de fondos.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 32 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00952-1051 | 19242 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $71,481.34 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $56,972.34 |
| | Base para: Durante el período del 24 de mayo de 2018 al 10 de enero de 2019, se pagaron facturas por un total de $14,509.00 con varios cheques.  El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| 33 | WALDEMAR D. LOPEZ MATOS DBA LOPEZ TRUCK AND BUS PARTS HC 02 BOX 6745 HORMIGUEROS, PR 00660-9715 | 37575 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,321.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,256.25 |
| | Base para: Durante el período del 10 de septiembre de 2018 al 17 de septiembre de 2018, se pagaron facturas por un total de $3,065.50 con múltiples transferencias electrónicas de fondos. El demandante retendrá la porción no modificada del reclamo. | | | | | | | |
| | | | TOTAL | | $ 12,185,713.40* | TOTAL | | $ 7,283,277.86* |

* Indica que la reclamación contiene montos por liquidar o indeterminados