# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima nonagésima tercera objeción global**

## Tricentésima Nonagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALEMAN DONES, ERIC<br>HC-61 BOX 4387<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179483 | $ 52,858.26 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 2 | ALGARIN, EMMA FLORES<br>ALTURAS DE RIO GRANDE<br>CALLE 14 MAIN L-235<br>RIO GRANDE, PR 00745 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179487 | $ 54,622.86* |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 3 | BAEZ, MARILUZ<br>HC 69 BOX 15547<br>BAYAMON, PR 00956 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179498 | $ 70,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 4 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179514 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 5 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 (BARRIO RIO ABAJA)<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179517 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 6 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179512 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 7 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179511 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Nonagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179513 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 9 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179510 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 10 | BERRIOS TORRES, MARIA S<br>BZN 2238 BO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179509 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 11 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179471 | $ 15,600.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 12 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179470 | $ 42,500.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 13 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179472 | $ 5,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 14 | CORTES ADORNO, ZORAIDA<br>PO BOX 64<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179475 | $ 44,686.34 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | COSTOSO RODRIGUEZ, ANTHONY<br>P.O. BOX. 1195<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179496 | $ 41,500.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 16 | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179492 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 17 | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179493 | $ 50,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 18 | DE LA ROSA ANDUJAR, DAMARIS<br>URB PUERTO NUEVO<br>CALLE 20 NE 1151<br>SAN JUAN, PR 00920 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179474 | $ 70,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 19 | DEL C PARRILLA CANALES, MARIA<br>COND LOS CANTIZALES II<br>EDIF A APTO A 303<br>SAN JUAN, PR 00926 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179481 | $ 16,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 20 | DEL CARMEN VIDAL, MARIA<br>P.O. BOX 652<br>TRUJILLO ALTO, PR 00977 | 8/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179505 | $ 31,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 21 | ESQUILIN COLON, SANDRA IVELISSE<br>URB. MASIONES DE CAROLINA NN 29 CALLE YAUREL<br>CAROLINA, PR 00987 | 8/9/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179485 | $ 66,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179468 | $ 4,500.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179469 | $ 9,600.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179467 | $ 36,000.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | GUZMAN VEGA, JOSE L<br>C/65 INFANTERIA #708<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179477 | $ 24,389.22 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | IRIZARRY ROSAD, IDALIA<br>503B 25 DE JULIO #20 COND TORRES NAVEL<br>YAUCO, PR 00698 | 8/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179504 | $ 75,000.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | LUGO PADILLA, CARMEN R.<br>COLINAS DEL SOL CALLE 4 APTO. 3532<br>BAYAMÓN, PR 00957 | 8/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179507 | $ 75,000.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MALDONADO MORALES, WILLIAM<br>HC02 BUZON 3957<br>BO JAGUAS<br>PENUELAS, PR 00624 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179488 | $ 5,000.00* |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

Tricentésima Nonagésima Tercera Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | MELENDEZ NEGRON, GLADYS D.<br>1450 MAIN ST #504<br>BRIDGEPORT, CT 06604 | 8/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179508 | Indeterminado* |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MOLINA BETANCOURT, LUZ E<br>HC 645 BOX 6421<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179476 | $ 42,109.57 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MORALES, ORLANDO F<br>URB. BAIROA CALLE 15A DE-10<br>CAGUAS, PR 00725 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179482 | $ 75,000.00* |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MUNIZ ARROYO, CLARIBET<br>CGM 35 ALTURO DE YAUCO<br>YAUCO, PR 00698 | 8/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179503 | $ 75,000.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | PEÑA PEÑA, IRIS M.<br>P.O. BOX 186<br>SAN SEBASTIAN, PR 00685 | 8/5/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179500 | Indeterminado* |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | PEO RICO TELEPHONE 6A PEO RICO ELA<br>MAYRA TIRADO MUNOZ 14 CALLE KIBBAM<br>VEGA BAJA, PR 00693 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179518 | $ 13,200.00 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | PEREZ SANTIAGO, MARIA A.<br>CALLE C #37<br>URB. VILLA DEL ROSARIO<br>VEGA BAJA, PR 00693 | 8/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179516 | $ 75,201.92 |

Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | RAMOS DELGADO, JOSE LUIS<br>P.O. BOX 35<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179479 | $ 35,684.62 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 37 | RE EVOLUCION INC<br>PO BOX 206<br>ARROYO, PR 00714 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157305 | $ 24,100.00* |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 38 | RIOS COLLAZO, JOSE A<br>14 CALLE KIHSAIM<br>VEGA BAJA, PR 00694 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179520 | $ 4,800.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 39 | RIOS COLLAZO, JOSE A<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179525 | $ 4,800.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 40 | RIVERA CHEVERES, CARMEN S<br>BOX 101<br>BARRANQUITAS, PR 00794 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152900 | $ 25,000.00* |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 41 | RODRIGUEZ MORALES, ANGEL LUIS<br>P.O. BOX 1455<br>TRUJILLO ALTO, PR 00977 | 8/12/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179506 | $ 14,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 42 | RODRIGUEZ RODRIGUEZ, SIMON<br>P.O. BOX 318<br>CAMUY, PR 00627-0318 | 8/3/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179465 | Indeterminado* |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | ROSARIO MORALES, MIGUEL<br>HC-02 BOX 3829<br>MAUNABO, PR 00707 | 8/6/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179473 | Indeterminado* |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 44 | RZADKOWSKI, RICHARD<br>URB. QUINTAS DE CUPEY<br>A5 CALLE 14<br>SAN JUAN, PR 00926 | 8/10/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179478 | $ 35,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 45 | SANCHEZ FIGUEROA, IVELISSE<br>URB LOMAS DE TRUJILLO<br>J 6 CALLE 8<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179497 | $ 30,941.78 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 46 | SANCHEZ ORTIZ, YVETTE<br>HC10 BOX 7997<br>SABANA GRANDE, PR 00637 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179515 | $ 75,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 47 | TIRADO MUÑOZ, MAYRA<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179519 | $ 13,200.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 48 | TIRADO MUÑOZ, MAYRA<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/9/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179529 | $ 13,200.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 49 | VICENTE CARATTINI, CARMEN DELIA<br>1184 CARR 173<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179495 | $ 32,400.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Nonagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | VICENTE CARATTINI, WILLIAM<br>URB. SABANERA 139 CAMINO LASTRINITARIOS<br>P.O. BOX 339<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179494 | $ 6,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 51 | WALKER DEL VALLE, ADELA<br>17 COOPERATIVA JARDINES DE TRUJILLO<br>EDIFICIO F-401<br>TRUJILLO ALTO, PR 00976 | 8/11/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179502 | $ 40,000.00 |
| | Base para: La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| | | | | | TOTAL | $ 2,023,894.57* |