UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 25, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 26, 2021

1. Monica Rodriguez Burgos
2. Aurea A. Velez Morales
3. Heriberto Santiago Ramos
4. Marilu Gonzalez Gonzalez
5. Maria Luisa Eguia Vera
6. Carmen L. Diaz Caraballo (2 notices)
7. Aurea A. Morales Rosado
8. Yoelia Rolon Beltran
9. Marco A. Colon Agosto
10. Manuel Colon Pitre
11. Gloria E. Acevedo Soto
12. Carmen Alicia Padilla Hernandez
13. Mirna Rodriguez Ortega
14. Blanca E. Rosario Figueroa
15. Gladilu Rodriguez Gomez
16. Jose A. Rios Villegas
17. Sucesion de Andres Gomez Vazquez c/o Maritza Gomez Alayon
18. Fideicomiso Rebeca J. Negron Damsky c/o Maritza Gomez Alayon
19. Fideicomiso para Beneficio de Norma Iris Alayon c/o Maritza Gomez Alayon
20. Fideicomiso de Alisa Negron c/o Maritza Gomez Alayon
21. Evelyn Oliveras Lebron (2 notices)
22. Rafael Garcia Garcia
23. Carmen L. Diaz Caraballo (2 notices)

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 26, 2021

24. Francisco E. Ramos Seda

25. Rafael Garcia Garcia

26. Luz Y. Hernandez Cruz

27. Sara Rodriguez Perez

28. Carmen D. Martinez Mercado

29. Wanda Lugo Robles

30. Anibal Garcia Reyes

31. Keyla Marie Guelen Leon

32. Arlene Reyes Lozada

33. Hermenegildo Rodriguez Gonzalez

34. Rosa Maria Gonzalez Reyes

35. Vitalina Morales Arroyo

36. Jose A. Herrera Morales

37. Joaquin Santiago Cruz

38. Gloria E. Acevedo Soto

39. Juan Gonzalez Carasquillo

40. Iris Y. Perez Albendoz

41. Marines Hernandez Rosado

42. Marcelina Vargas Lisboa

43. Ana L. Dorta Dorta (2 notices)

44. Lourdes Rodriguez Miranda

Dated: August 26, 2021