Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Monica Rodriguez Burgos_

Participant's Address: _306 Calle Aries, Sandin, Vega Baja P.R. 0069_

Participant's Email Address: _mrb306@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case No. 17 BK 3283-LTS_

Nature of Claim: _Discovery Procedures_

By: _Monica Rodriguez Burgos_
    Signature

_Monica Rodriguez Burgos_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Ready Post.**

Document Mailer

From: Monica Rodriguez Burgos
306 Calle Aries Bda. Sandin
Vega Baja, P.R.
00693

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 AUG 25

U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aurea A. Vélez Morales*

Participant's Address: *BOX 314 Moca, P.R. 00676*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Aurea A. Vélez Morales*
    Signature

    _____
    Print Name

    _____
    Title (if Participant is not an individual)

    _____
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luvea A. Vela Morales
BOX 314
Moca, P.R. 00676

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 25   PM 8:31

00918-170399

United States District Court
Clerks Office
150 Ave Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

SAN JUAN PR
24 AUG 2021 1PM 1

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *HERIBERTO SANTIAGO RAMOS*

Participant's Address: *URB. COVADONGA 1 G 18 TOA BAJA P.R. 00949*

Participant's Email Address: *N/A*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *178930*

Nature of Claim: *LOW 89 dEC 17 JULIO 1979*

By: *(signature)*
Signature

*HERIBERTO SANTIAGO RAMOS*
Print Name

*RECLAIM*
Title (if Participant is not an individual)

*08/19/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HERIBERTO SANTIAGO RAMOS
URB COVADONGA
1G18 CALLE PALACIO VALDEZ
TOA BAJA, PR 00949-5345

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 8:01

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

SAN JUAN PR
24 AUG 2021 PM11 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marilú Gonzáles Gonzalez_

Participant's Address: _Box 314 Moca, P.R. 00676_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Marll Gonzales Gonzales_
Signature

_Marilú Gonzáles Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marilú González
Box 314
Moca, P.R. 00676

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 AUG 25  PH 8: 01

00918-1 706625

SAN JUAN PR 009

24 AUG 2021 PM 1  L

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Maria Luisa Eguia-Vera_

Participant's Address:   _P.O Box 3941 Bayamón, PR 00958-3941_

Participant's Email Address:   _maluchi8@gmail.com_

Name of Counsel:   _n/a   none_

Address of Counsel:   _"_

Email Address of Counsel:   _"_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _Claim number   2358_

Nature of Claim:   _Retiree Benefit of medical plan contribution and steps for years of service and bonus (summer and christmas)_

By:   _(signature)_
Signature

_Maria Luisa Eguia-Vera_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria L. Eguía
P.O. Box 3941
Bayamón, P.R. 00958

RE...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 8:00

00918-170625

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States District Court
Clerk's office
150 Ave. Carlos Chardón Ste 150
San Juan, Puerto Rico
00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Díaz Caraballo_

Participant's Address: _5 H15 Calle 8 Urb. Monte Brisas 5_
_Fajardo P.R. 00738_

Participant's Email Address: _- o -_

Name of Counsel: _- o -_

Address of Counsel: _- o -_

Email Address of Counsel: _- o -_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _124866_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Carmen L. Díaz Caraballo_
Signature

_Carmen L. Díaz Caraballo_
Print Name

_- o -_
Title (if Participant is not an individual)

_8 / 23 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Diaz Caraball
5445 Calle 5 Urb. Monte Brisas 5
Fajardo, P.R. 00738

RE___ ___
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 9:00

00918-1706525

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Court's Clerk's Office att:
United State Resilbect Court
Clerk's Office, 150 ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Díaz Caraballo_

Participant's Address: _5H15 calle 8 Urb. Monte Brisas 5_
_Fajardo, P.R. 00738_

Participant's Email Address: _—o—_

Name of Counsel: _—o—_

Address of Counsel: _—o—_

Email Address of Counsel: _—o—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156054_

Nature of Claim: _Public Employee and Pension/Retiree Claims_

By: _Carmen L. Díaz Caraballo_
Signature

_Carmen L. Díaz Caraballo_
Print Name

_—o—_
Title (if Participant is not an individual)

_8/23/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen J. Alizy Carrillo
5H45 Calle & Urb. Munta Bran 5
Yajardo, P.R. 00738

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 5:00

00918-170625

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Court's Clerk's Office att:
United State District Court
Clerk's Office, 150 Ave. Carlo Chardon St 150
San Juan. P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aurea A. Morales Rosado_

Participant's Address: _Box 314 Moca, P.R. 00676_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Aurea A. Morales Rosado_
  Signature

_____
  Print Name

_____
  Title (if Participant is not an individual)

_____
  Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurea L. Morales) Rosado
Box 314
Moca, P.R. 00676

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 8:00

00918-1706625.

SAN JUAN PR   009
24 AUG 2021 PM 1  L

United States District Court
Clerks office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Yoelia Rolon Beltran*

Participant's Address: *Urb Sylvia calle 9-A2 Corozal P.R 00783*

Participant's Email Address: *yoelhar2@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *148709*

Nature of Claim: *Ponsion / Retiree*

By: *[signature]*
Signature

*Yoelia Rolon Belbar*
Print Name

_____
Title (if Participant is not an individual)

*17-agosto-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 25  PM 9:00

Yolla Rotin Beltrani
Urb-Sylvia calle 9-A2
Caural P.R. 00783

Clerk's Office
150 Ave. Carlos Chardon St 150
San Juan P.R. 0098-1767

00918-170625

SAN JUAN PR  009
24 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marco A. Colon Agosto_

Participant's Address: _Urb. Sylma calle 9-A2 Corozal P.R. 00783_

Participant's Email Address: _Colon marco 69@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _123269_

Nature of Claim: _Pension / Retiree_

By: _Marco A. Colon Agosto_
Signature

_Marco A. Colon Agosto_
Print Name

_____
Title (if Participant is not an individual)

_17 Agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Marca A. Colon Agoto
Urb Sylvia Calle 9-A2
00024, P.R. 00783

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 8:00

Clerks' office
150 Ave Carlos Chardon St #150
San Juan P.R 00918-1767

00918-176625

SAN JUAN PR
SAN JUAN PR

24 AUG 2021 PM1 L
24 AUG 2021 PM1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Colon Pitre_

Participant's Address: _HC2 Box 24923, San Sebastian PR 00685_

Participant's Email Address: _Contabilidadcbsega @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _172134-1_

Nature of Claim: _Debts claimed Department of Agriculture_

By: _Mok Col Rit_
Signature

_Manuel Colon_
Print Name

_Participant_
Title (if Participant is not an individual)

_8/15/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MANUEL COLON PITRE
HC 02 BOX 249223
SAN SEBASTIAN, PR 00685

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 6: 00

SAN JUAN PR 009
24 AUG 2021 PM 1 L

00918-170625

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria E Acevedo Soto_

Participant's Address: _PO Box 54 Hormigueros PR 00660_

Participant's Email Address: _gloriace28@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of PR Promesa Title III_

By: _Gloria E Acevedo Soto_
Signature

_Gloria E Acevedo Soto_
Print Name

_____
Title (if Participant is not an individual)

_August 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria E Acevedo Soto
PO Box 54
Hormigueros PR 00660

RE_____
C_____
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 25  PM 4:59

00918-170625

SAN JUAN PR 009
24 AUG 2021  PM 1  L

Court Clerk Office
United States District Court
150 Ave Carlos Chardón
Suite 150
San Juan PR
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Alicia Padilla Hernandez_

Participant's Address: _HC 2 Box 5948 Comerio, P.R. 00782_

Participant's Email Address: _carmenapadilla@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _75365_

Nature of Claim: _Public Employee and Pension/Retiree Claim_

By: _Carmen Alicia Padilla Hernandez_
Signature

_Carmen Alicia Padilla Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_August 24, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Alicia Padilla Hernández
HC 2 Box 5948
Comerio PR 00780
Claim # 75365

RECEIVED AND FILED
CLERK ... OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

21 AUG 25 PM 4 59

00918-1706.25

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mirna Rodríguez Ortega_

Participant's Address: _HC-3 Box 10164 Comerio P.R. 00782_

Participant's Email Address: _myrna 5889 @ gmail.com ._

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _112 66_

Nature of Claim: _Public Employee and Pension / Retiree claims_

By: _Mirna Rodríguez_
Signature

_Mirna Rodríguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_8 - 24 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From:
Mirna Rodriguez
HC-3 Box 10164
Comerio P.R. 00782

RECEIVED AND FILED
U.S DISTRICT CT.
SAN JUAN, P.R.

2021 AUG 25 PM 4:59

00918-170625

To:
United State District Court,
Clerks office,
150 Ave. Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _BLANCA E. ROSARIO FIGUEROA_

Participant's Address: _P. O. BOX 1342 OROCOVIS, P.R. 00720_

Participant's Email Address: _blancarosario1955@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170959_

Nature of Claim: _Highways Department_

By: _Blanca E. Rosario Figueroa_
    Signature

_BLANCA E. ROSARIO FIGUEROA_
Print Name

_____
Title (if Participant is not an individual)

_August 24 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

BLANCA E. ROSARIO FIGUEROA
P.O. Box 1342
ORUCUIS, P.R.
00720

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25   PM 4:59

0091B-170625

SAN JUAN PR   009
24 AUG 2021  PM 1  L

United States District Court, Clerks Office
150 AVE. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladilú Rodríguez Gómez_

Participant's Address: _calle camus 563 Lithoda Heights - San Juan PR 00926_

Participant's Email Address: _gladilur8@gmail.com_

Name of Counsel: _Metropolitan Bus Authority_

Address of Counsel: _PO Box 195349 San Juan P.R. 00919-5349_

Email Address of Counsel: _grodriguez@ama.pr.gov_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6021_

Nature of Claim: _Recovery of Retirement Contributions_

By: _[signature]_
Signature

_Gladilú Rodríguez Gómez_
Print Name

_The employees Retirement System_
Title (if Participant is not an individual)

_August 18, 2021_
Date

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gladdis Rodriguez Gomez
Camus Sor?
wh Cathedral Heights
San Juan PR 00926

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, P.

2021 AUG 25  PM 6: 59

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918 - 1767

00918-1706.25

SAN JUAN PR 009
24 AUG 2021 PM 1  L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jose' A. Rios Villegas_

Participant's Address: _PO. Box. 71325 Suite 131 San Juan PR. 00936_

Participant's Email Address: _riosjose1957 @ gmail . com_

Name of Counsel: ___—___

Address of Counsel: ___—___

Email Address of Counsel: ___—___

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _133648_

Nature of Claim: _Pension_

By: _(signature)_
Signature

_José A. Rios Villegas_
Print Name

___—___

Title (if Participant is not an individual)

_24-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Rios Villegas
P.O. Box. 71325
Suite 131
San Juan, PR. 00936

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25   PM 4:39

SAN JUAN PR 009
24 AUG 2021 PM 1 L



United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150, San Juan, PR. 00918-1767

00918-170625

San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sven de Andres Gomez Vazquez_

Participant's Address: _Urb. Baldrich 203 Presidente Ramirez SanJuan PR 00918_

Participant's Email Address: _rachico@prte.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _rachico@prte.net_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID 248294 MMLID 542222-P SVC_

Nature of Claim: _Owner of Government of P.R. Debt (Bonds)_

By: _X_ _____
    Signature

_Maritza Gomez Alayón_
Print Name

_Executor_
Title (if Participant is not an individual)

_august 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sucn. De Andres Gomez Vazquez
Urb. Baldrich
203 Presidente Ramirez
San Juan PR 00918

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25   PM 4: 59

00918-170625

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 12

$ 000.51⁰

02  1P
00029773 6   AUG 24 2021
MAILED FROM ZIP CODE 00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Fideicomiso Rebeca J. Negron Damsky*

Participant's Address: *Urb. Baldrich, 203 Presidente Ramirez, San Juan, PR 00918*

Participant's Email Address: *rachico @ prtc.net*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: *rachico @ prtc.net*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Pack ID: 259595 MMLID 163580-P suc*

Nature of Claim: *Owner of Government of P.R. Debt (Bonds)*

By: _____
    Signature

*Maritza Gomz Alagon*
Print Name

*Trustee*
Title (if Participant is not an individual)

*August 16, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fideicomiso De Rebeca J. Negron
Urb. Baldrich
203 Presidente Ramirez
San Juan PR 00918

RECEIVED VIA
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25   PM 4: 59

00918-1706625

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 7 L

02 1P
0000297736 AUG 24 2021
MAILED FROM ZIP CODE 00918
$ 000.510
PITNEY BOWES
UNITED STATES POSTAGE

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any: *Fidicomiso para Beneficio de Norma Iris Alayón*

Participant's Name:

Participant's Address: *Urb. Baldrich, 203 Presidente Ramirez, Sa. Tur. PR 00918*

Participant's Email Address: *rachico@prtc.net*

Name of Counsel:

Address of Counsel:

Email Address of Counsel: *rachico@prtc.net*

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *Pack ID 259584  MMLID 168573-PSVC*

Nature of Claim: *Owner of Govenment of PR Dept (Bonds)*

By: _____ *(signature)*
Signature

*Marítza Gomez Alayón*
Print Name

*Trustee*
Title (if Participant is not an individual)

*August 16, 2021*
Date

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 AUG 25  PM 4: 59

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fideicomiso De Norma Iris Alayon
Urb. Baldrich
203 Presidente Ramirez
San Juan PR 00918

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 4: 59

00918-170625

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 4 L

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.510
0000297736 AUG 24 2021
MAILED FROM ZIP CODE 00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Fidicomiso de Alisa Negron_

Participant's Address: _Urb. Baldrich, 203 Presidente Ramirez_
_San Juan PR 00918_

Participant's Email Address: _rachico@prtc.net_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _rachico@prtc.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID 259483 MM LID 168492 - PSVC_

Nature of Claim: _Owner of Goverment of PR Debt_
_(Bonds)_

By: X _(My)_
Signature

_Maritza Gomez Alagon_
Print Name

_Trustee_
Title (if Participant is not an individual)

_August 16, 2021_
Date

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
AUG 25 PM 4:58

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Fideicomiso De Alisa D Negron
Urb. Baldrich
203 Presidente Ramirez
San Juan PR 00918

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 4:58

00918-170625

US District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 1 L

02 1P
000029773G
MAILED FROM ZIP CODE 00918
$ 000.51
AUG 24 2021
PITNEY BOWES
UNITED STATES POSTAGE

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Oliveras Lebron_

Participant's Address: _Park Gardens N-13 Gettysburg St. San Juan P.R. 00926_

Participant's Email Address: _evel oliveras @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Employee Retirement System_

By: _____
Signature

_Evelyn Oliveras Lebron_
Print Name

_____
Title (if Participant is not an individual)

_Aug. 20, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Oliveras
Park Gardens
N-13 Gettysburg St.
San Juan P.R. 00926

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

2021 AUG 25  PM 4: 58

00918-170546

SAN JUAN, PR  009
24 AUG 2021 PM 1  L

U.S. District Court
Clerk's Office
150 Carlos Chardon Ave. STE. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Evelyn Oliveras Lebron*

Participant's Address: *Park Gardens N-13 Gettysburg St. San Juan, P.R. 00926*

Participant's Email Address: *evel oliveras @ gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 -LTS*

Nature of Claim: *Employee Retirement System*

By: _____
Signature

*Evelyn Oliveras Lebron,*
Print Name

_____
Title (if Participant is not an individual)

*Aug. 20, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn Olivieras
Park Gardens
M-13 Gettysburg St,
San Juan P.R. 00924

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4:58

0091 8-1 70625

SAN JUAN PR 009
24 AUG 2021 PM 1 ↓

U.S. District Court
Clerk's Office
150 Carlos Chardon Ave. Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael Garcia Garcia_

Participant's Address: _5 H 15   Calle 8.  Urb. Monte Brisas 5_
_Fajardo   P.R. 00738_

Participant's Email Address: _—0—_

Name of Counsel: _—0—_

Address of Counsel: _—0—_

Email Address of Counsel: _—0—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _159750_

Nature of Claim: _Public Employee Claim / Pension / Retiree Claims_

By: _Rafael Garcia Garcia_
Signature

_Rafael Garcia Garcia_
Print Name

_____
Title (if Participant is not an individual)

_8 / 23 / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Harris Harris
SHS Calle 8 2do. Monte Brisas 5
Fajardo, P.R. 00738

RE... CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 25  PM 4:58

00918-170625

SAN JUAN PR 009

24 AUG 2021 PM 1 L

Court's Clerk's Office Att:
United State District Court
Clerk's office 150 Ave Carlos Chardon Ste 150
San Juan, P.K. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Díaz Caraballo_

Participant's Address: _5H15 Calle 8  Urb. Monte Brisas 5_
_Fajardo  P.R. 00738_

Participant's Email Address: _—0—_

Name of Counsel: _—0—_

Address of Counsel: _—0—_

Email Address of Counsel: _—0—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _156449_

Nature of Claim: _Public Employee  and Pension/Retiree Claims_

By: _Carmen L. Díaz Caraballo_
Signature

_Carmen L. Díaz Caraballo_
Print Name

_—_
Title (if Participant is not an individual)

_8 / 23 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are _not_ represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Ríos Arzuaga
5H15 Calle 8 Bdlas Monte Brisas 5
Fajardo, P.R. 00738

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4:58

00918-170625

Court's Clerk's office att:
United States District Court
Clerk's office 150 ave. Carlos Chardon ste 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen L. Diaz Caraballo*

Participant's Address: *5H15 Calle 8   Urb. Monte Brisas 5*
*Fajardo, P.R. 00738*

Participant's Email Address: *—o—*

Name of Counsel: *—o—*

Address of Counsel: *—o—*

Email Address of Counsel: *—o—*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *146109*

Nature of Claim: *Public Employee and Pension/Retiree Claims*

By: *Carmen L. Diaz Caraballo*
    Signature

*Carmen L. Diaz Caraballo*
Print Name

_____
Title (if Participant is not an individual)

*Aug/23/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Diaz Gonzalez
5415 Calle 83 Urb. Monte Brisas 5
Fajardo, P.R. 0738

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4: 58

00918-170625

SAN JUAN PR 009

24 AUG 2021 PM 1  1L

Court's Clerk's Office Att:
United States District Court
Clerk's office '50 ave Carlos Chardon, ste 150
San Juan, P.R. 0918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _FRANCISCO E. RAMOS SEDA_

Participant's Address: _PARK GARDENS N-13 GETTYSBURG ST. SAN JUAN P.R. 00926_

Participant's Email Address: _framos653fr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _EMPLOYEE RETIREMENT SYSTEM_

By: _____
Signature

_FRANCISCO E. RAMOS SEDA_
Print Name

_____
Title (if Participant is not an individual)

_AUG. 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Phill Gardens
N-13 Gettysburg St.
San Juan, P.R. 00924

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 4:58

00916-170625

U.S. District Court
Clerk's Office
150 Carlos Charoon Ave Ste. 150
San Juan P.R. 00918-1767

SAN JUAN P.R. 009
24 AUG 2021 1 PM 1 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rafael García García_

Participant's Address: _5H15 Calle 8  Urb. Monte Brisas 5_
_Fajardo, P.R. 00738_

Participant's Email Address: _— o —_

Name of Counsel: _— o —_

Address of Counsel: _— o —_

Email Address of Counsel: _— o —_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _162278_

Nature of Claim: _Public Employee / Pension / Retiree Claims_

By: _Rafael García García_
Signature

_Rafael García García_
Print Name

_____
Title (if Participant is not an individual)

_8 / 23 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rafael Garcia Garcia
5 His Calle 8 Urb. Monte Brisas
Fajardo P.R. 00738

RECEIVED AT
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4:58

Courts Clerk's Office:
United States District Court
Clerk's Office 150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

00918-170625

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz Y. Hernández Cruz_

Participant's Address: _Urb. Las Haciendas 15073 Cuatro Camino Canóvanas P.R. 00729_

Participant's Email Address: _hernandezcruzluz @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137044_

Nature of Claim: _52,183.28_

By: _Luz Y. Hernández Cruz_
Signature

_Luz Y. Hernández Cruz_
Print Name

_José A. Figueroa Roldán_
Title (if Participant is not an individual)

_11 / Agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz E. Hernandez Cruz
urb. Los Haciendas
15073 Cuatro Camino
Comerias P.R. 00729

RECEIVED AND FILED
CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 4: 58

00918-170399

United States District Court Clerks
Office 150 Ave. Carlos Chardon SE.
150, San Juan P.E. 00918-1767



SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____

Participant's Address: _____

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sara Rodriguez Perez_____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_12 /agosto /71_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aleria Rodriguez Perez
Hco/ Box / 3915 - Est # 5 -
Rio Hondo P.R. 00786

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25   PM 4: 57

United state District court, clerk
office, 150 ave. Carlos chardon ste.
150 Box jean P.R. 0098-1767

SAN JUAN PR   009

13 AUG 2021   PM 2   L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen D. Martinez Mercado._

Participant's Address: _Barriada Santa Ana Calle A 353 #5_

Participant's Email Address: _____

_Guayama, P.R 00784_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _170370_

Nature of Claim: _Promesa_

By: _Carmen D Martinez Mercado._
Signature

_Carmen D. Martinez Mercado_
Print Name

_____
Title (if Participant is not an individual)

_Agosto 22/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen D. Martín Morciglio.
Barriada Santa Cruz
Calle A # 353 - 5
Guayama, P.R. 00784.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 12:57

Courts Office at United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Lugo Robles_

Participant's Address: _115 Roberto Clemente, Ensenada, PR 00647-1329_

Participant's Email Address: _waluropr@yahoo.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS; Tax ID 3481_

Nature of Claim: _Promesa Title III_

By: _Wanda Lugo Robles_
Signature

_Wanda Lugo Robles_
Print Name

_____
Title (if Participant is not an individual)

_10 de agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Rijo Robles
115 Roble Clement
Ensenada, P.R. 00647-1329

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4: 57

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, Puerto Rico 00918-1767

SAN JUAN PR   009
SAN JUAN PR   009
24 AUG 2021 PM 1 L
24 AUG 2021 PM 1 L




Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _ANiBA · GARCiA REYES_

Participant's Address: _EXT. LA CARMEN A-31_

Participant's Email Address: _EXT. LA CARMEN A-31_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17-BK 3283 LiTS_

Nature of Claim: _RETiRo._

By: _Anibal Garcia Reyes_
Signature

_ANIBAL GARCIA REYES_
Print Name

_____
Title (if Participant is not an individual)

_8/23 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aníbal García Reyes
Est. La Carmen #31
Salinas P.R. 00751

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25 PM 4:57

Discovery Notice to the Courts Clerk.

Office.

Unite State District
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767



SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Keyla Marie Guelén León

Participant's Address: Urb. Jacaranda  35327 Avenida Federal Ponce, PR 00730-1692

Participant's Email Address: keylaguelen@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179451      42528

Nature of Claim: Salary not received by PR Dept. of Education for Carrera Magisterial      Attorney's fees for Adm. Resolution under Idea Act

By: _Guelén_
Signature

Keyla M. Guelén
Print Name

_____
Title (if Participant is not an individual)

19-agosto-2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Keyla M. Guelén
Urb. Jacaranda
35327 Ave. Federal
Ponce, PR 00730-1692

RE...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AU 25  PM 4: 57

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste 150
San Juan, PR 00918-1767




SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arlene Reyes Lozada_

Participant's Address: _HC-1 Box 29030 PMB 72 Caguas, PR 00725_

Participant's Email Address: _arlene.reyes0219@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152765_

Nature of Claim: _administrative Claim of wage Claim._

By: _Arlene Reyes Lozada_
Signature

_Arlene Reyes Lozada_
Print Name

_____
Title (if Participant is not an individual)

_8-24-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arlene Reyes Lozada
Hc-1 Box 29030 Pmb 72
Casuas, PR00725

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4: 57

00918-170625

United States District Court
Clerk's Office, 150 avenue
Carlos Chardon Suite 150
San Juan, P.R 00918-1767.

SAN JUAN PR 009
24 AUG 2021 PM 1 L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hermenegildo   Rodríguez  González_

Participant's Address: _HC-02  Box  11460  Las Marias, P.R. 00670_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Benefiaio  del  Romerazo  no  me fueron  pagado_

By: _Hermenegildo Rodríguez_
Signature

_Hermenegildo Rodríguez González_
Print Name

_____
Title (if Participant is not an individual)

_23 agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sr: Herminegildo Rodriguez Gonzalez
HC2 Box 11460
Las Marias, P.R. 00670

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2011 AUG 25 PM 4: 57

00918-170399

United States District court Clerk's
Office, 150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LAS MARIAS, PR
AUG 24, 21
AMOUNT
1000
00918
$0.55
R2305K132906-8

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosa Maria González Reyes

Participant's Address: P. O. Box 2353 Guaynabo, P.R. 00970

Participant's Email Address: rmgonzalez0430@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: The Employees Retirement System

By: _Rosa Maria González Reyes_
Signature

Rosa Maria González Reyes
Print Name

_____
Title (if Participant is not an individual)

23 Agosto 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosa María González Rujo
P.O. Box 2353
Guaynabo, P.R. 00970

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4:57

00918-170399

United State District Court
Clerks Office, 150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

SAN JUAN PR 009
24 AUG 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Vitalina Morales Arroyo

Participant's Address: HC01 Box 4523 Yabucoa PR. 00767

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No.17 BK 3283-LTS

Nature of Claim: Promesa Title III

By: _____
Signature

Vitalina Morales Arroyo
Print Name

Vitalina Morales Arroyo
Title (if Participant is not an individual)

23 agosto 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vitalina Morales Arroyo
HC01 Box 4523
Yabucoa, P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST
SAN JUAN

AUG 25 PM 4:57

00918-170625

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

USA
FOREVER

Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel,
        if any:

Participant's Name:      José A. Herrera Morales

Participant's Address:   HC01 Box. 4523 Yabucoa, P.R. 00767

Participant's Email Address:   _____

Name of Counsel:         _____

Address of Counsel:      _____

Email Address of Counsel:   _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number:            No. 17 BK 3283 - LTS

Nature of Claim:         Promesa Title III

By:   _José A. Herrera Morales_
       Signature

      Jose A. Herrera Morales
      Print Name

      _____
      Title (if Participant is not an individual)

      23 agosto 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José A. Herrera Morales
HC-01 Box 4523
Juncos, P.R. 00777

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4: 56

United States District Court,
Clerk's Office
150 Ave Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Joaquín Santiago Cruz_

Participant's Address: _HC01 Box 4523 Yabucoa P.R. 00767_

Participant's Email Address: _herreramoralesn@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Joaquín Santiago Cruz_
    Signature

_Joaquín Santiago Cruz_
Print Name

_____
Title (if Participant is not an individual)

_23 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Joaquin Santiago Cruz
HC-01 Box 4523
Yabucoa, P.R. 00767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4:56

SAN JUAN PR   009
24 AUG 2021 PM 1 L

United States District Court,
Clerk's Office
150 Ave Carlos Chardon
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gloria E Acevedo Soto_

Participant's Address: _PO Box 54  Hormigueros PR 00660_

Participant's Email Address: _gloriace28@live.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _The Commonwealth of PR  Promesa Title III_

By: _Gloria E Acevedo Soto_
Signature

_Gloria E Acevedo Soto_
Print Name

_____
Title (if Participant is not an individual)

_August 23rd, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gloria E Acevedo Soto
Po Box 54
Hormigueros PR
00660

RE... ...
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2021 AUG 25  PM 4:56

SAN JUAN PR 009
24 AUG 2021 PM 1 L

United States District Court
Clerks Office
150 Ave Carlos Chardón
Suite 150
San Juan PR



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan Gonzáles Carrasquillo_

Participant's Address: _urb. Ciudad Central II Carlos Rodríguez 100 i, Carolina PR 00987_

Participant's Email Address: _Juanchys@gmail.com_

Name of Counsel: _No_

Address of Counsel: _No_

Email Address of Counsel: _No_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _16596_

Nature of Claim: _Retirement System Benefits_

By: _[signature]_
    Signature

_Juan Gonzáles Carrasquillo_
Print Name

_No_
Title (if Participant is not an individual)

_agosto 9, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Juan González Carrasquillo
URB. Diviños Central II
c/Carlos Rodríguez # 1001
Carolina P.R. 00987

7020 2450 0001 0968 5304

CERTIFIED MAIL

00918-1706825

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan PR
00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
AUG 24, 21
AMOUNT
$7.00
R2305H129836-4

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris Y. Pérez Albendoz_

Participant's Address: _Cond. Plaza del Este Ave Main 501 Apto_

Participant's Email Address: _yomiris.perez@yahoo.com_

Name of Counsel: _Autoridad Metropolitana de Autobuses_

Address of Counsel: _P.O Box 195349 San Juan P.R. 00919-5349_

Email Address of Counsel: _iperez@ama.pr.gov_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _7814_

Nature of Claim: _Recovery of Retirement Contributions_

By: _[signature]_
Signature

_Iris Y. Pérez Albendoz_
Print Name

_The employees Retirement System_
Title (if Participant is not an individual)

_8/24/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 AUG 25  PM 4: 56

Iris Y. Pérez Alvarado
Cond. Plaza del Este
501 Ave Main APDO 40
Canovanas P.R, 00729

00918-170625

Court's Clerk's Office
United States District court
clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7011 2970 0004 4841 2532





CERTIFIED MAIL™

U.S. POSTAGE >> PITNEY BOWES

ZIP 00927
02 4W
0000362890 AUG. 24. 2021
$ 007.00⁰

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marines Hernández Rosado_

Participant's Address: _P.O Box 3593 Arecibo, P.R 00613_

Participant's Email Address: _maryhern7@gmail.com_

Name of Counsel: _–_

Address of Counsel: _–_

Email Address of Counsel: _–_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _154615_

Nature of Claim: _Public Employee Claim_

By: _Marines Hernández Rosado_
    Signature

_Marines Hernández Rosado_
Print Name

_–_
Title (if Participant is not an individual)

_August, 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN

2021 AUG 25  PM 1:56

Marines Hernandez
P.O. Box 8983
Miramar P.R. 00613

United States District Court
Clerk's Office, 150 Ave Carlos Chardon Ste. 150
San Juan P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Marcelina Vargas Lisboa

Participant's Address: P.O. Box 1515 Quebradillas, P.R. 00678

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 160035

Nature of Claim: Public Employee and Pension/Retiree Claims

By: Marcelina Vargas Lisboa
Signature

Marcelina Vargas Lisboa
Print Name

Individual
Title (if Participant is not an individual)

20/2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Marcelina Vargas Lisboa
P.O. Box 1515
Quebradillas, P.R. 00678

CERTIFIED MAIL

7015 0640 0007 3192 3039

Court's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
QUEBRADILLAS, PR
00678
AUG 20, 21
AMOUNT
$7.00
R2305K136738-03

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Dorta Dorta_

Participant's Address: _HC 5 Box 92578 Arecibo P.R. 00612_

Participant's Email Address: _dortadal@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _120822_

Nature of Claim: _Commonwealth of Puerto Rico Employees Retirement System_

By: _Ana L. Dorta Dorta_
Signature

_Ana L. Dorta_
Print Name

_____
Title (if Participant is not an individual)

_23 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gral. Denton
HC 5 Bnt 92578
Arecibo P.R 00612

7019 1120 0000 7603 5040

U.S POSTAGE
ARM BO PR
ARBC1 BO PR
AUG 23 21
AMOUNT
$7.85
R2306Y152026-12

Discovery Notice to the Court Clerk office at
United States District Court, Clerk' Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

RECEIVED IN THE
CLERK'S OFFICE
U.S. DISTRICT COURT

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Dordt Lloyd_

Participant's Address: _HC 5 Box 92578 Arecibo P.R. 00612_

Participant's Email Address: _dordadal@outlook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _152554_

Nature of Claim: _Commonwealth of Puerto Rico Employees Retirement System._

By: _Ana L. Dordt Lloyd_
Signature

_Ana L. Dordt Dordt_
Print Name

_____
Title (if Participant is not an individual)

_23 de Agosto de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ayah. Orta
HC 5 Box 92578
Arecibo P. R 00612

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
2021 AUG 25  PM 1: 55

Discovery Notice to the Court Clerk office at
United States District Court, Clerk' Office
150 Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

7019 1120 0000 7603 5040

U.S. POSTAGE PAID
ARM BOX FNR
QUBIC BOX FNR
AUG 23 21
AMOUNT
$7.85
R2306Y152026-12

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lourdes Rodriguez Miranda*

Participant's Address: *Box 8711 Ponce PR 00732*

Participant's Email Address: *l.rodriguezmiranda54@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17-03283  Proof of claim No: 62912*

Nature of Claim: *Ley 12 Romerazo ) Promesa III*

By: *Lourdes Rodriguez miranda*
Signature

*Lourdes Rodriguez Miranda*
Print Name

_____
Title (if Participant is not an individual)

*August/20/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes Rodriguez Miranda
Box 8711
Ponce PR 00732





U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
AUG 20, 21
AMOUNT
**$7.65**
R2304M113036-12

1000        00918



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**



7020 1810 0000 5515 6454

United States District Court,
Clerk's Office, 150
Ave. Chardon Ste 150,
San Juan, P.R. 00918-1767