Objection Deadline: September 23, 2021
Hearing Date: To be set by Court, if necessary

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, PEAJE INVESTMENTS | Adv. Proc. No. 21-00068-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

LLC, and THE BANK OF NEW YORK MELLON,
as Fiscal Agent,

               Defendants.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY; THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO as representative of
THE COMMONWEALTH OF PUERTO RICO,

               Movants,

v.

AMERINATIONAL COMMUNITY SERVICES,
LLC, as Servicer for the GDB Debt Recovery
Authority and CANTOR-KATZ COLLATERAL
MONITOR LLC,

               Respondents.

**NOTICE OF MOTION AND MOTION OF INTERVENING DEFENDANT
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD TO DISMISS, OR IN THE
ALTERNATIVE, TO STAY COUNTS I, II, AND IV OF THE COMPLAINT**

**PLEASE TAKE NOTICE THAT**, pursuant to the *Order on Joint Status Report Pursuant to Court Order Dated July 16, 2021, [ECF No. 17387] with Respect to (I) DRA Parties Administrative Expense Claim Motion and (II) DRA Adversary Proceeding* [Case No. 17-3283, ECF No. 17529] (the "Status Report Order"), which directed the filing of a motion to dismiss or other dispositive motion regarding the DRA Parties'[2] *Adversary Complaint* [ECF No. 1] (the "Complaint") by August 26, 2021, and Fed. R. Civ. P. 12(b)(1) and 12(b)(6), made applicable in this adversary proceeding by PROMESA § 310 and Fed. R. Bankr. P. 7012(b), Intervening Defendant the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of Debtors the Commonwealth of Puerto Rico and the Puerto Rico Highways And Transportation Authority pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] upon (i) this Notice of Motion and Motion (this "Motion"), and (ii) the *Intervening Defendant Financial Oversight and Management Board's Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, Stay Counts I, II, and IV of the Complaint* filed concurrently herewith, hereby moves to dismiss, or in the alternative, stay Counts I, II, and IV of the Complaint.[4]   A proposed order granting the Motion is attached and marked as **Exhibit A** hereto.

This Motion will be and is made upon the grounds that Counts I, II, and IV of the Complaint should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Alternatively, Counts I, II, and IV should be stayed or terminated.

---

[2] The "DRA Parties" are AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[4] The Oversight Board has not intervened with respect to Count III of the Complaint.

Counsel for the Oversight Board and the DRA Parties have met and conferred, in writing and, together with counsel for intervening defendant the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"),  telephonically, regarding the anticipated Motion  and agree  the meet-and-confer requirements have been satisfied.  Despite the parties' good faith efforts to resolve informally the issues raised by this Motion, the parties have not resolved the matters in controversy, necessitating the filing of the Motion.

Pursuant to the Status Report Order, (i) any opposition to the Motion must be filed by September 23, 2021, (ii) the Oversight Board shall file its reply by October 8, 2021, and (iii) the Court will thereafter take the Motion under submission (unless the Court determines a hearing is necessary). The relief requested in the Motion may be granted without hearing if no opposition is timely filed and served in accordance with the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures* [Case No. 17-3283, ECF No. 17127-1].

*[Remainder of Page Intentionally Left Blank]*

**Dated: August 26, 2021**                         Respectfully submitted,
San Juan, Puerto Rico


                                                   */s/ Hermann D. Bauer*
                                                   Hermann D. Bauer
                                                   USDC No. 215205
                                                   **O'NEILL & BORGES LLC**
                                                   250 Muñoz Rivera Ave., Suite 800
                                                   San Juan, PR 00918-1813
                                                   Tel:  (787) 764-8181
                                                   Fax:  (787) 753-8944
                                                   Email: hermann.bauer@oneillborges.com


                                                   */s/ Michael A. Firestein*
                                                   Martin J. Bienenstock
                                                   Brian S. Rosen
                                                   Jeffrey Levitan
                                                   Ehud Barak
                                                   (Admitted *Pro Hac Vice*)
                                                   **PROSKAUER ROSE LLP**
                                                   Eleven Times Square
                                                   New York, NY 10036
                                                   Tel:  (212) 969-3000
                                                   Fax:  (212) 969-2900
                                                   Email:  mbienenstock@proskauer.com
                                                           brosen@proskauer.com
                                                           jlevitan@proskauer.com
                                                           ebarak@proskauer.com


                                                   Michael A. Firestein
                                                   Lary Alan Rappaport
                                                   (Admitted *Pro Hac Vice*)
                                                   **PROSKAUER ROSE LLP**
                                                   2029 Century Park East
                                                   Suite 2400
                                                   Los Angeles, CA 90067-3010
                                                   Tel:     (310) 557-2900
                                                   Fax:     (310) 557-2193
                                                   Email: mfirestein@proskauer.com
                                                           lrappaport@proskauer.com


                                                   ***Attorneys for the Financial Oversight and***
                                                   ***Management Board, as representative for the***
                                                   ***Debtors***

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/Hermann D. Bauer*
Hermann D. Bauer

**<u>EXHIBIT A</u>**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[5] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY,<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES,<br>LLC, as Servicer for the GDB Debt Recovery<br>Authority and CANTOR-KATZ COLLATERAL<br>MONITOR LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION,<br>ASSURED GUARANTY CORP., ASSURED<br>GUARANTY MUNICIPAL CORP., NATIONAL<br>PUBLIC FINANCE GUARANTEE<br>CORPORATION, FINANCIAL GUARANTY<br>INSURANCE COMPANY, PEAJE INVESTMENTS | Adv. Proc. No. 21-00068-LTS |

---

[5]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

LLC, and THE BANK OF NEW YORK MELLON,
as Fiscal Agent,

          Defendants.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY; THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO as representative of
THE COMMONWEALTH OF PUERTO RICO,

          Movants,

v.

AMERINATIONAL COMMUNITY SERVICES,
LLC, as Servicer for the GDB Debt Recovery
Authority and CANTOR-KATZ COLLATERAL
MONITOR LLC,

          Respondents.

## [PROPOSED] ORDER GRANTING MOTION OF INTERVENING DEFENDANT FINACIAL OVERSIGHT AND MANAGEMENT BOARD TO DISMISS, OR IN THE ALTERNATIVE, TO STAY COUNTS I, II, AND IV OF THE COMPLAINT

The Court, having considered the *Motion of Intervening Defendant Financial Oversight and Management Board to Dismiss, or in the Alternative, to Stay Counts I, II, and IV of the Complaint* (the "Motion"), filed by Intervening Defendant the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of Debtors the Commonwealth of Puerto Rico and the Puerto Rico Highways And Transportation Authority pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic*

9

*Stability Act*, the Complaint of the DRA Parties[6], joinders in the Motion by other defendants,  the

DRA Parties' opposition to the Motion, the Oversight Board's reply and any other defendants'

joinder thereto, and any argument thereon, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

**1.** This Court has subject matter jurisdiction pursuant to PROMESA §§ 106(a) and

306(a)(2) because this adversary proceeding arises under PROMESA Title III and is related to the

Commonwealth's Title III case.

**2.** Venue is appropriate in this District under PROMESA §§ 106(a) and 307, and 28

U.S.C. § 1391.

**3.** The Motion is granted and Counts I, II and IV of the Complaint are dismissed in

their entirety, with prejudice and without leave to amend.

**SO ORDERED**.

Dated:  August __, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[6] The "<u>DRA Parties</u>" are AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery
Authority (the "<u>DRA</u>"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for
Wilmington Trust, N.A. in connection with the new bonds issued by the DRA.