DPR MODIFIED PROMESA B2500D (Form 2500D) (06/19)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re <u>The Commonwealth of Puerto Rico, et al.</u><br>Debtor | Case No. <u>3:17-BK-3283 (LTS)</u><br>(Jointly Administered) |
| <u>AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority and Cantor-Katz Collateral Monitor LLC</u><br>Plaintiff<br>v.<br><u>Ambac Assurance Corporation, et al.</u><br>Defendant, Third-Party Plaintiff<br>v.<br><u>GDB Debt Recovery Authority</u><br>Third-Party Defendant | Chapter: Title III PROMESA<br><br>Adv. Proc. No. <u>21-00068-LTS</u><br>BK Case No. <u>17-BK-3567</u> |

## THIRD-PARTY SUMMONS IN AN ADVERSARY PROCEEDING

**To:** GDB Debt Recovery Authority
PO Box 366052
San Juan, PR 00936-6052

    YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the third-party complaint within 35 days. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

  Eric Perez-Ochoa
  ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC
  208 Ponce de León Ave., Suite 1600
  San Juan, PR 00936
  epo@amgprlaw.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Arturo J. García-Solá<br>MCCONNELL VALDÉS LLC<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>P.O. Box 364225, San Juan, PR 00936-4225<br>ajg@mcvpr.com | Carmen D. Conde Torres<br>C. CONDE & ASSOC. LAW OFFICES<br>254 San José Street, Suite 5<br>San Juan, PR 00901-1523<br>condecarmen@condelaw.com |

    If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

                                                MARÍA ANTONGIORGI-JORDÁN, ESQ.
                                                CLERK OF COURT

Date: _____

                                        _____
                                        Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and a copy of the third-party complaint was made_____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

❑ Publication: The third-party defendant was served as follows: [Describe briefly]

❑ State Law: The third-part defendant was served pursuant to the laws of the State of_, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date_____   Signature _____

Print Name: _____

Business Address: _____

_____