# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 56581842.12

| | |
|---|---|
| AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority, and CANTOR-KATZ COLLATERAL MONITOR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent, <br><br> Defendants. | Adv. Pro. No. 21-00068-LTS |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying *Defendants' Motion to Dismiss the Complaint* (the "**Motion to Dismiss**"), and the accompanying Declaration of William J. Natbony, dated August 26, 2021, with exhibits, Defendants Assured Guaranty Corp., Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.), Ambac Assurance Corporation, The Bank of New York Mellon, as Fiscal Agent, National Public Finance Guarantee Corp., Financial Guaranty Insurance Company, and Peaje Investments LLC (collectively, "**Defendants**") will move this Court, before the Honorable Laura Taylor Swain, United States District Judge, United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the Adversary Complaint (the "**Complaint**") of Plaintiffs AmeriNational Community Services LLC and Cantor-Katz Collateral Monitor

-2-

("**Plaintiffs**" and, with Defendants, the "**Parties**"), with prejudice, and for such other and further relief as this Court may deem just and proper.[2] A proposed order granting the Motion to Dismiss is attached and marked as **Exhibit A** hereto.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the requirements of the *Second Amended Standing Order*, Case No. 17-03283-LTS, ECF No. 15895-1 (the "**Standing Order**"), Defendants certify that they have conferred with Plaintiffs and made their best efforts to resolve informally the matters raised in the Motion to Dismiss, including with an exchange of letters and a telephonic meet-and-confer. Despite the Parties' best efforts to resolve informally the issues raised by Defendants' Motion to Dismiss, the Parties have not resolved the matters in controversy, necessitating the filing of Defendants' Motion to Dismiss. Plaintiffs have not amended the Complaint.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion to Dismiss ("**Objection**") shall be served on the Defendants through their undersigned counsel by September 23, 2021. The relief requested may be granted without hearing if no Objection is timely filed and served in accordance with the Fifteenth Amended Case Management Procedures [ECF No. 17127-1, Case No. 17-03283-LTS]; and

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion to Dismiss and all documents filed in this Title III case are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[2] Pursuant to the Court's *Order on Joint Status Report Pursuant to Court Order Dated July 16, 2021, [ECF No. 17387] with Respect to (I) DRA Parties Administrative Expense Claim Motion and (II) DRA Adversary Proceeding*, Adv. Proc. No. 21-ap-00068-LTS [ECF No. 25], the Court will consider the Motion to Dismiss on submission unless the Court determines that a hearing is necessary.

Dated: August 26, 2021
New York, New York

Respectfully submitted,

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By:*/s/ Heriberto Burgo Perez* | By: */s/ Howard R. Hawkins, Jr.* |
|    Heriberto Burgos Pérez |    Howard R. Hawkins, Jr.* |
|    USDC-PR 204809 |    Mark C. Ellenberg* |
|    Ricardo F. Casellas-Sánchez |    William J. Natbony* |
|    USDC-PR 203114 |    Thomas J. Curtin* |
|    Diana Pérez-Seda |    Casey J. Servais* |
|    USDC-PR 232014 |    200 Liberty Street |
|    P.O. Box 364924 |    New York, NY 10281 |
|    San Juan, PR 00936-4924 |    Telephone: (212) 504-6000 |
|    Telephone: (787) 756-1400 |    Facsimile: (212) 504-6666 |
|    Facsimile: (787) 756-1401 |    Email: howard.hawkins@cwt.com |
|    Email: hburgos@cabprlaw.com |              mark.ellenberg@cwt.com |
|              rcasellas@cabprlaw.com |              bill.natbony@cwt.com |
|              dperez@cabprlaw.com |              thomas.curtin@cwt.com |
| |              casey.servais@cwt.com |
| ***Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp***. | * Admitted *pro hac vice* |
| | ***Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp***. |

-4-

-5-

**FERRAIUOLI LLC**

By: */s/ Roberto Cámara-Fuertes*
    ROBERTO CÁMARA-FUERTES
    USDC-PR NO. 219,002
    E-mail:    rcamara@ferraiuoli.com

By: */s/ Sonia Colón*
    SONIA COLÓN
    USDC-PR NO. 213809
    E-mail:    scolon@ferraiuoli.com
    221 Ponce de Leon Ave., 5th Floor
    San Juan, PR 00917
    Tel.:    (787) 766-7000
    Fax:    (787) 766-7001

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne
    Atara Miller
    Grant R. Mainland
    John J. Hughes, III
    Jonathan Ohring
    55 Hudson Yards
    New York, NY 10001
    Telephone:    (212) 530-5000
    Facsimile:    (212) 530-5219
    Email:    ddunne@milbank.com
            amiller@milbank.com
            gmainland@milbank.com
            jhughes2@milbank.com
            johring@milbank.com

*Counsel for Ambac Assurance Corporation*

-6-

| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| By: */s/ Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> Luis A. Oliver-Fraticelli <br> 208 Ponce de Leon Ave., Suite 1600 <br> San Juan, PR 00936 <br> Telephone: (787) 756-9000 <br> Fax: (787) 756-9010 <br> Email: epo@amgprlaw.com <br> loliver@amgprlaw.com <br><br> *Counsel for National Public Finance Guarantee Corp.* | By: */s/ Jonathan Polkes* <br> Jonathan Polkes <br> Gregory Silbert <br> Robert Berezin <br> Kelly DiBlasi <br> Gabriel A. Morgan <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Fax: (212) 310-8007 <br> Email: jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> robert.berezin@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com <br><br> *Counsel for National Public Finance Guarantee Corp.* |

| **REXACH & PICÓ, CSP** | **BUTLER SNOW LLP** |
|---|---|
| By: */s/ Maria E. Picó* <br> María E. Picó <br> USDC-PR 123214 <br> 802 Ave. Fernández Juncos <br> San Juan PR 00907-4315 <br> Telephone: (787) 723-8520 <br> Facsimile: (787) 724-7844 <br> E-mail: mpico@rexachpico.com <br><br> ***Attorney for Financial Guaranty Insurance Company*** | By: */s/ Martin A. Sosland* <br> Martin A. Sosland <br> 2911 Turtle Creek Blvd., Suite 1400 <br> Dallas, TX 75219 <br> Telephone: (469) 680-5502 <br> Facsimile: (469) 680-5501 <br> Email: martin.sosland@butlersnow.com <br> James E. Bailey III <br> Adam M. Langley <br> 6075 Poplar Ave., Suite 500 <br> Memphis, TN 38119 <br> Telephone: (901) 680-7200 <br> Facsimile: (901) 680-7201 <br> Email: jeb.bailey@butlersnow.com <br> adam.langley@butlersnow.com <br><br> ***Counsel for Financial Guaranty Insurance Company*** |

-8-

| **SEPULVADO, MALDONADO & COURET** | **REED SMITH LLP** |
|---|---|

By: */s/ Albéniz Couret Fuentes*
   Albéniz Couret Fuentes
   (USDC-PR No. 222207)
   304 Ponce de León Ave. Suite 990
   San Juan, PR 00918
   Telephone: (787) 765-5656
   Facsimile: (787) 294-0073
   Email: acouret@smclawpr.com

***Attorneys for The Bank of New York Mellon, as Fiscal Agent***

By: */s/ Luke A. Sizemore*
   Luke A. Sizemore (admitted *pro hac vice*)
   Jared S. Roach (admitted *pro hac vice*)
   225 Fifth Avenue, Suite 1200
   Pittsburgh, PA 15222
   Telephone: (412) 288-3131
   Facsimile: (412) 288-3063
   Email: lsizemore@reedsmith.com
         jroach@reedsmith.com

   and

   Kurt F. Gwynne (*admitted pro hac vice*)
   1201 Market Street, Suite 1500
   Wilmington, DE 19801
   Email: kgwynne@reedsmith.com
   Telephone: 302-778-7500
   Facsimile: 302-778-7575
   Email: kgwynne@reedsmith.com

***Attorneys for The Bank of New York Mellon, as Fiscal Agent***

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| By:*/s/ Dora L. Monserrate-Peñagarícano*<br>Dora L. Monserrate-Peñagarícano<br>USDC-PR No. 212612<br>Fernando J. Gierbolini-González<br>USDC-PR No. 211901<br>Richard J. Schell<br>USDC-PR No. 305811<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo, Puerto Rico 00968<br>Phone:    (787) 620-5300<br>Fax:        (787) 620-5305<br><br>***Counsel for Peaje Investments LLC*** | By:*/s/ Allan S. Brilliant*<br>Allan S. Brilliant (*pro hac vice*)<br>Yehuda Goor (*pro hac vice*)<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Tel:    (212) 698-3500<br>Fax:    (212) 698-3599<br><br>-and-<br><br>G. Eric Brunstad, Jr. (*pro hac vice*)<br>90 State House Square<br>Hartford, Connecticut 06103<br>Tel:    (860) 524-3960<br>Fax:    (860) 524-3930<br><br>-and-<br><br>Stuart T. Steinberg (*pro hac vice*)<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, Pennsylvania 19104<br>Tel:    (215) 994-2521<br>Fax:    (215) 994-2222<br><br>***Counsel for Peaje Investments LLC*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, on the 26th day of August, 2021.

By: _/s/ Howard R. Hawkins, Jr._
Howard R. Hawkins, Jr.*
* Admitted pro hac vice