# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority, and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,<br>Defendants. | Adv. Pro. No. 21-00068-LTS |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The Court, having considered the *Defendants' Motion to Dismiss the Complaint* (the "**Motion to Dismiss**"), seeking to dismiss Plaintiffs' complaint in the above-captioned adversary proceeding (the "**Complaint**") for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6), filed on behalf of defendants Assured Guaranty Corp., Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.), Ambac Assurance Corporation, The Bank of New York Mellon, as Fiscal Agent, National Public Finance Guarantee Corp., Financial Guaranty Insurance Company, and Peaje Investments LLC (collectively, "**Defendants**"), and Defendants' accompanying papers and pleadings, any opposition thereto and reply papers, and arguments thereon, if any, and it appearing that the Court has jurisdiction over this matter pursuant to 48 U.S.C. § 2166(a); venue of this proceeding and this matter is proper under 48 U.S.C. § 2167(a); and after due deliberation and good cause appearing therefor, is hereby ORDERED that:

1. The Motion to Dismiss is granted; and

2. The Complaint is dismissed in its entirety, with prejudice.

3. The Clerk of Court is directed to enter judgment in favor of the Defendants in accordance with the foregoing.

4. The Clerk of Court is further directed to close Adv. Proc. No. 21-ap-00068-LTS.

5. This Order resolves Docket Entry No. _____ in Case No. 17-3283, Docket Entry No. _____ in Case No. 17-3567, and Docket Entry No. _____ in Adv. Proc. No. 21-ap-00068-LTS.

6. This Court retains jurisdiction to resolve any dispute arising from or related to this Order and to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2021  
San Juan, Puerto Rico

_____  
THE HONORABLE LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE