**NATBONY DECLARATION**
**EXHIBIT 19**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |



170328380007748

RECEIVED

MAY 25 2018

PRIME CLERK LLC

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación
04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor? / ¿Quién es el acreedor actual? | Government Development Bank for Puerto Rico |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) / Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) |
| | Other names the creditor used with the debtor / Otros nombres que el acreedor usó con el deudor  Banco Gubernamental de Fomento para Puerto Rico; GDB; BGF |
| 2. Has this claim been acquired from someone else? / ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No    ☐ Yes. From whom? / Sí. ¿De quién? _____ |

**Claim Number: 29485**

Proof of Claim                                                                 page 1

**Claim Number: 29485**

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>**Moore & Van Allen PLLC, c/o Zachary H. Smith**<br><br>Name / Nombre<br><br>**100 North Tryon St., Suite 4700**<br><br>Number / Número  Street / Calle<br><br>**Charlotte, NC 28202**<br><br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>**(704) 331-1046**<br><br>Contact phone / Teléfono de contacto<br><br>**zacharysmith@mvalaw.com**<br><br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?**<br>(if different)<br>**¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br><br>**Government Development Bank for Puerto Rico, Attn: Jose Santiago, Executive Vice President and Chief Restructuring Officer**<br><br>Name / Nombre<br>**Roberto Sánchez Vilella (Minillas) Government Center De Diego Ave. Stop 22**<br><br>Number / Número  Street / Calle<br><br>**San Juan, Puerto Rico 00907**<br><br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>**(787) 722-2525, Ext. 15367**<br><br>Contact phone / Teléfono de contacto<br><br>**jose.santiago@bgfpr.com**<br><br>Contact email / Correo electrónico de contacto |
| 4. | **Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes.  Who made the earlier filing?<br>Sí.  ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:**  **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>**See Exhibit A.** |
| 7. | **Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | |
|---|---|
| 8. **How much is the claim?**<br><br>**¿Cuál es el importe de la reclamación?** | $Not less than $2,231,033,108_____. **Does this amount include interest or other charges?**<br>**¿Este importe incluye intereses u otros cargos?**<br>☐ No / No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. **What is the basis of the claim?**<br><br>**¿Cuál es el fundamento de la reclamación?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Money loaned. |
| 10. **Is all or part of the claim secured?**<br><br>**¿La reclamación está garantizada de manera total o parcial?** | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>Otro. Describir:   See Exhibit A._____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>  See Exhibit A._____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).<br><br>**Value of property / Valor del bien:**   $ Undetermined.  See Exhibit A._____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $ Undetermined.  See Exhibit A._____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $ Undetermined.  See Exhibit A._____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>See Exhibit A._____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso) See Exhibit A._____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. **Is this claim based on a lease?**<br><br>**¿Esta reclamación está basada en un arrendamiento?** | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $_____ |

| 12. **Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No<br>☐ **Yes. Indicate e. Attach documentation supporting such claim.**<br><br>**Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** | $ _____ |

---

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____05/25/2018_____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

| Name | _____Zachary H. Smith_____ | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

| Title / Cargo | _____Partner_____ |
|---|---|

| Company / Compañía | _____Moore & Van Allen PLLC_____ |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. |

| Address / Dirección | _____100 North Tryon St., Suite 4700_____ | | |
|---|---|---|---|
| | Number / Número | Street / Calle | |
| | _____Charlotte_____ | _NC_ | _28202_ |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto _704-331-1046_    Email / Correo electrónico _zacharysmith@mvalaw.com_

## Exhibit A

**Addendum to Proof of Claim of
the Government Development Bank for Puerto Rico**

The Government Development Bank for Puerto Rico ("GDB") hereby submits this addendum to its proof of claim (the "GDB Proof of Claim") against the Commonwealth of Puerto Rico (the "Commonwealth"), in accordance with Rule 3001 of the Federal Rules of Bankruptcy Procedure and the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof*, entered by the United States District Court for the District of Puerto Rico on February 15, 2018 [Commonwealth Title III Docket No. 2521] (the "Bar Date Order"). On March 29, 2018, the Puerto Rico Fiscal Agency and Financial Advisory Authority filed the *Information Motion Regarding Entities Constituting the Central Government of the Commonwealth* [Commonwealth Title III Docket No. 2828], which identifies the governmental agencies that constitute the central government of the Commonwealth on Exhibit B thereto (the "Central Government Entities List"), in order "to assist parties required to file proofs of claim against the Commonwealth". This GDB Proof of Claim sets forth: (a) the direct claims GDB held against the Commonwealth as of May 3, 2017 (the "Commencement Date"), which claims include those claims GDB held against the governmental agencies identified on the Central Government Entities List (the "Commonwealth Entities"), arising in connection with loans made by GDB to the Commonwealth and the other Commonwealth Entities (collectively, the "Direct Claims"); and (b) indirect claims related to legislative appropriations of the Commonwealth in connection with certain loans made by GDB to agencies, municipalities, and public corporations of the Commonwealth (collectively, the "Indirect Claims"), which are being asserted in this GDB Proof of Claim as a precautionary measure. Where the applicable loan documents identify the Commonwealth Entity by its Spanish name, this GDB Proof of Claim uses the English name of such Commonwealth Entity as set forth on the Central Government Entities List.

### *Direct Claims against the Commonwealth*

As described in more detail below, GDB's claim against the Commonwealth arises in connection with certain loans made by GDB to the Commonwealth and other Commonwealth Entities (collectively, the "Commonwealth Loans"). Documents evidencing the Commonwealth Loans (the "GDB Claim Documents") are summarized on Schedule 1 to this addendum. The GDB Claim documents are voluminous and therefore, pursuant to Section 12 of the Bar Date Order, are not included in this GDB Proof of Claim and may be requested by contacting counsel for GDB at the contact information provided below.

As of the Commencement Date, the Commonwealth was indebted to GDB in respect of the Commonwealth Loans in the aggregate amount of not less than $2,231,033,108, as more fully set forth below:

| Commonwealth Entity | Principal | Interest[1] | Total |
|---|---|---|---|
| Commonwealth of Puerto Rico[2] | $884,580,033 | $139,719,921 | $1,025,256,991 |
| Office of Management and Budget | $265,470,758 | $37,233,286 | $302,958,487 |
| Guaranty in respect of Port of the Americas Authority Bond | $225,533,700 | $37,178,151 | $263,064,796 |

---

[1] All interest rates associated with the Commonwealth Loans are variable interest rates as set forth in the applicable supporting documentation.

[2] Includes Commonwealth Loans to the Commonwealth of Puerto Rico and to the Department of Treasury.

| Commonwealth Entity | Principal | Interest[1] | Total |
|---|---|---|---|
| Department of Education | $106,307,721 | $16,601,427 | $123,028,022 |
| Transportation and Public Works | $82,869,714 | $15,451,683 | $98,414,063 |
| Department of Correction and Rehabilitation | $82,488,844 | $11,752,500 | $94,326,409 |
| Department of Agriculture | $65,224,564 | $12,219,500 | $77,516,999 |
| Department of Justice | $49,846,106 | $9,346,142 | $59,247,986 |
| Department of Health | $40,883,452 | $6,962,311 | $47,891,479 |
| Office of Court Administration | $34,033,031 | $3,575,731 | $37,641,382 |
| Puerto Rico Police Department | $31,678,595 | $5,939,734 | $37,653,753 |
| Superintendent of the Capitol | $27,488,894 | $4,167,471 | $31,685,011 |
| Department of Housing | $16,830,519 | $142,676 | $16,978,720 |
| Department of Sports and Recreation | $9,327,980 | $1,769,120 | $11,107,995 |
| Catastrophic Diseases Fund | $3,274,708 | $362,379 | $3,640,225 |
| Environmental Quality Board | $2,225,051 | $178,549 | $2,405,732 |
| Office of the OMBUDSMAN - Veterans | $292,133 | $76,724 | $369,137 |
| **TOTAL** | **$1,928,355,803** | **$302,677,305** | **$2,231,033,108** |

Not less than $169,438,038 of the principal balance of the Commonwealth Loans are backed by the good faith, credit and taxing power of the Commonwealth.

The Commonwealth Loans to the Office of Court Administration are secured pursuant to: (a) that certain Contrato de Pignoración y Cesión de Fondos, dated as of February 27, 2014, by and between the Office of Court Administration and GDB, as amended, supplemented or otherwise modified from time to time; (b) that certain financing statement filed with the Puerto Rico State Department of February 28, 2014 against the Office of Court Administration in favor of GDB and bearing File No. 2014001226; and (c) Act No. 47-2009 (H. B. 1757) of the 1st Session of the 16th Legislature of Puerto Rico.

The Commonwealth Loans to the Department of Housing are secured pursuant to: (a) that certain Contrato de Cesión de Canones de Arrendamiento, dated as of March 26, 2006, by and between the Department of Housing and GDB, as amended, supplemented or otherwise modified from time to time; (b) that certain Contato de Cesión de Canones de Arrendamiento, dated as of December 3, 2007, by and between the Department of Housing and the GDB, as amended, supplemented or otherwise modified from time to time; (c) that certain financing statement filed with the Puerto Rico State Department on August 27, 2008 against the Department of Housing in favor of GDB; and (d) Act No. 201 (H.B. 2116) of the 3rd Session of the 14th Legislature of Puerto Rico.

The Commonwealth Loans to the Office of the OMBUDSMAN – Veterans are secured pursuant to: (a) that certain Acuerdo de Cesión, dated as of February 14, 2012, by and between GDB and Office of the OMBUDSMAN - Veterans, as amended, supplemented or otherwise modified from time to time; (b) that certain financing statement filed with the Puerto Rico State Department on February 15, 2012 against the Office of the OMBUDSMAN – Veterans in favor of GDB and bearing File No. 2012000747; and (c) Joint Resolution 228 of December 30, 2009.

2

### *Indirect Claims against the Commonwealth*

The loans made by GDB to agencies, municipalities, and public corporations of the Commonwealth identified below, which loans are outstanding as of the Commencement Date in the amounts set forth below, are payable from legislative appropriations to be made by the Commonwealth's Legislative Assembly. GDB asserts the Indirect Claims and reserves all rights with respect thereto, in each case as a precautionary measure and pursuant to the applicable loan documentation and law.

| Borrower | Principal | Interest[3] | Total |
|---|---|---|---|
| Puerto Rico Administration of Medical Services | $282,447,692 | $44,353,161 | $326,800,853 |
| Puerto Rico Health Insurance Administration | $183,251,298 | $28,966,124 | $212,217,422 |
| Puerto Rico Comprehensive Cancer Center | $120,482,398 | $11,650,904 | $132,133,302 |
| Municipal Revenues Collection Center | $29,298,495 | $87,779 | $29,386,274 |
| Puerto Rico Ports Authority | $75,513,015 | $14,172,017 | $89,685,032 |
| Port of the Americas | $1,700,000 | $438,451 | $2,138,451 |
| Puerto Rico Public Buildings Authority | $182,160,107 | $43,789,379 | $225,949,486 |
| Puerto Rico Convention Center District Authority | $140,794,915 | $26,399,038 | $167,193,952 |
| Puerto Rico Industrial Development Company | $41,652,584 | $7,042,957 | $48,695,541 |
| Puerto Rico Solid Waste Management Authority | $43,926,644 | $8,236,243 | $52,162,887 |
| Agricultural Enterprises Development Administration | $92,825,700 | $12,614,978 | $105,440,678 |
| Port Authority of Ponce | $20,862,883 | $3,631,031 | $24,493,914 |
| Special Communities Perpetual Trust | $345,841,407 | $64,845,242 | $410,686,649 |
| Cantera Peninsula Integral Development Company | $37,791,088 | $6,943,170 | $44,734,258 |
| Municipal Revenues Collection Center | $106,465,668 | $17,700,398 | $124,166,066 |
| Puerto Rico Infrastructure Financing Authority | $49,337,776 | $10,639,775 | $59,977,551 |
| National Parks Company of Puerto Rico | $8,840,380 | $1,301,226 | $10,141,606 |
| Institute of Puerto Rican Culture | $3,326,117 | $622,810 | $3,948,927 |
| Puerto Rico Tourism Development Fund | $207,452,160 | $27,468,706 | $234,920,866 |
| Puerto Rico Electric Power Authority | $713,187.39 | $134,520.09 | $847,707.48 |
| Municipio de Arecibo | $2,529,739.18 | $137,850.11 | $2,667,589.29 |
| Municipio de Hatillo | $1,030,557.97 | $162,067.58 | $1,192,625.55 |

[3] All interest rates associated with the Commonwealth Loans are variable interest rates as set forth in the applicable supporting documentation.

CHAR2\2017121v10

| Borrower | Principal | Interest | Total |
|---|---|---|---|
| Municipio de Jayuya | $998,100.15 | $172,659.74 | $1,170,759.89 |
| Municipio de Rincon | $201,428.20 | $10,976.21 | $212,404.41 |
| Municipio de San Sebastian | $2,214,405.56 | $348,241.91 | $2,562,647.47 |
| **TOTAL** | **$1,981,657,745** | **$331,869,705** | **$2,313,527,449** |

### *Reservation of Rights*

GDB reserves the right to (i) amend and supplement this claim and/or to file additional proofs of claim for additional claims if GDB should deem it necessary and appropriate for any reason, including, without limitation, to provide an updated statement of amount due or for any other purpose for which a proof of claim filed in this case may be amended, including, inter alia, claims for administrative expenses or other claims entitled to priority; (ii) seek, receive and retain adequate protection; and (iii) seek allowance of postpetition interest, attorneys' fees, expenses and other charges allowable under the GDB Claim Documents with respect to its claim.

GDB reserves all of its respective rights and claims against the Commonwealth, including, without limitation, the right to assert all defenses and counterclaims available to it under applicable law and to assert rights of reimbursement, indemnification and setoff, as applicable.

Counsel for the GDB specifically requests that a copy of any objection to this claim, any request for further documentation, or any action by the Commonwealth or any other party-in-interest to estimate or disallow this claim for any purpose be sent to the GDB's counsel at the following address: Moore & Van Allen PLLC, Attn: Zachary H. Smith, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202-4003.

The filing of this Proof of Claim shall not constitute: (i) a waiver or release of any rights of GDB against the Commonwealth or any other person or any property in which GDB has an interest; (ii) an admission of any kind by GDB; (iii) an election of remedies; or (iv) a waiver, consent or release by the GDB of any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

*[End of Addendum]*

CHAR2\2017121v10

## SCHEDULE 1

### Summary of Documents Supporting the GDB Proof of Claim

1.   Documents evidencing direct claims against Commonwealth of Puerto Rico:

    a.   Contrato de Préstamo, dated as of November 15, 2002, by and among the Department of Treasury, the Department of Corrections, the Administracion de Instituciones Juveniles and the GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of October 8, 2009, that certain Segunda Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

    b.   Loan Agreement, dated as of November 27, 2002, by and between the Commonwealth of Puerto Rico and the GDB, as amended, supplemented or otherwise modified from time to time.

    c.   Loan Agreement, dated as of November 27, 2002, by and between the Commonwealth of Puerto Rico and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006 and as further amended, supplemented or otherwise modified from time to time.

    d.   Contrato de Préstamo, dated as of December 30, 2002, by and between the Department of Treasury and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of October 2, 2009 and as further amended, supplemented or otherwise modified from time to time.

    e.   Contrato de Préstamo, dated as of June 27, 2003, by and between the Department of Treasury and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of October 8, 2009 and as further amended, supplemented or otherwise modified from time to time.

    f.   Contrato de Préstamo, dated as of November 4, 2003, by and between the Department of Treasury and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of September 27, 2007, that certain Tercera Enmienda a Contrato de Préstamo dated as of October 8, 2009, that certain Cuarta Enmienda a Contrato de Préstamo dated as of June 28, 2012 and as further amended, supplemented or otherwise modified from time to time.

    g.   Contrato de Préstamo, dated as of June 4, 2004, by and between the Department of Treasury and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of November 5, 2004, that certain Segunda Enmienda a Contrato de Préstamo dated as of October 2,

1

2009 and as further amended, supplemented or otherwise modified from time to time.

h.    Loan Agreement, dated as of June 29, 2004, by and between the Commonwealth of Puerto Rico and GDB, as amended by that certain Amendment to Loan Agreement dated as of June 30, 2005, as amended and restated by that certain Amended and Restated Loan Agreement dated as of October 8, 2009, as amended by that certain First Amendment to Amended and Restated Loan Agreement dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

i.    Contrato de Préstamo, dated as of May 22, 2006, by and between the Department of Treasury and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of September 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

j.    Contrato de Préstamo, dated as of June 9, 2011, by and between the Department of Treasury and GDB, as amended, supplemented or otherwise modified from time to time.

k.    Contrato de Préstamo, dated as of August 26, 2011, by and between the Department of Treasury and GDB, as amended, supplemented or otherwise modified from time to time.

l.    Loan Agreement, dated as of April 24, 2012, by and between the Commonwealth of Puerto Rico and the GDB, as amended by that certain First Amendment to Loan Agreement dated as of September 27, 2012, that certain Second Amendment to Loan Agreement dated as of June 27, 2013, that certain Third Amendment to Loan Agreement dated as of August 13, 2013, that certain Fourth Amendment to Loan Agreement dated as of December 2, 2013, that certain Fifth Amendment to Loan Agreement dated as of May 15, 2015 and as further amended, supplemented or otherwise modified from time to time.

m.    Loan Agreement, dated as of July 2, 2012, by and between the Commonwealth of Puerto Rico and GDB, as amended by that certain First Amendment to Loan Agreement dated as of June 30, 2013, that certain Second Amendment to Loan Agreement dated as of December 2, 2013, that certain Third Amendment to Loan Agreement dated as of June 10, 2015 and as further amended, supplemented or otherwise modified from time to time.

n.    Loan Agreement, dated as of July 2, 2013, by and between the Commonwealth of Puerto Rico and GDB, as amended by that certain First Amendment to Loan Agreement dated as of June 10, 2015 and as further amended, supplemented or otherwise modified from time to time.

2

o.   Loan Agreement, dated as of November 13, 2013, by and between the Commonwealth of Puerto Rico and GDB, as amended by that certain First Amendment to Loan Agreement dated as of May 15, 2015 and as further amended, supplemented or otherwise modified from time to time.

p.   Pagaré, dated as of November 15, 2002 in the original principal amount of $15,000,000, executed by the Department of Treasury, in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

q.   United States of America Special Promissory Note, dated as of November 27, 2002, in the original principal amount of $12,000,000, executed by the Commonwealth of Puerto Rico to the Order of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

r.   United States of America Special Promissory Note, dated as of November 27, 2002, in the original principal amount of $44,868,000, executed by the Commonwealth of Puerto Rico to the Order of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

s.   Estado Libre Asociado de Puerto Rico Pagaré Especial, dated as of December 30, 2002 in the original principal amount of $100,000,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

t.   Estado Libre Asociado de Puerto Rico Pagaré Especial, dated as of June 27, 2003 in the original principal amount of $130,000,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

u.   Pagaré, dated as of November 4, 2003 in the original principal amount of $105,000,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

v.   Pagaré, dated as of June 4, 2004 in the original principal amount of $28,037,800, executed by the Department of Treasury in favor of GDB, including that certain Primera Enmienda al Pagaré (Allonge) dated as of November 5, 2004 that increased the principal amount of the Pagaré to $37,387,648 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

w.   Pagaré, dated as of June 4, 2004 in the original principal amount of $31,850,000, executed by the Department of Treasury in favor of GDB,

including that certain Primera Enmienda al Pagaré (Allonge) dated as of November 5, 2004 that increased the principal amount of the Pagaré to $42,542,566 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

x.   United States of America Special Promissory Note, dated as of June 29, 2004 in the original principal amount of $640,000,000, executed by the Commonwealth of Puerto Rico to the order of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

y.   Pagaré, dated as of May 22, 2006 in the original principal amount of $741,000,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

z.   Pagaré, dated as of June 9, 2011 in the original principal amount of $22,100,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

aa.   Pagaré, dated as of August 26, 2011 in the original principal amount of $160,000,000, executed by the Department of Treasury in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

bb.   United States of America Commonwealth of Puerto Rico Bond Anticipation Notes of 2012, Series B-6, dated as of May 15, 2015 in the original principal amount of $61,151,744.11, executed by the Commonwealth of Puerto Rico in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

cc.   United States of America Commonwealth of Puerto Rico Public Improvement Refinancing Notes, Series 2012 B-1, dated as of July 2, 2012 in the original principal amount of $384,495,980, executed by the Commonwealth of Puerto Rico in favor of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

dd.   United States of America Commonwealth of Puerto Rico Public Improvement Refinancing Notes, Series 2012 B-2, dated as of December 2, 2013 in the original principal amount of $516,090,251, executed by the Commonwealth of Puerto Rico in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

ee.   United States of America Commonwealth of Puerto Rico Public Improvement Refinancing Note of 2013, Series B, dated as of July 2, 2013

4

in the original principal amount of up to $319,645,474, executed by the Commonwealth of Puerto Rico to the order of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

ff.   United States of America Commonwealth of Puerto Rico Bond Anticipation Notes, Series 2013B-1, dated as of November 13, 2013 in the original principal amount of $100,000,000, executed by the Commonwealth of Puerto Rico to the order of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

gg.   United States of America Commonwealth of Puerto Rico Bond Anticipation Notes, Series 2013B-2, dated as of May 15, 2015 in the original principal amount of $100,000,000, executed by the Commonwealth of Puerto Rico to the order of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

2.   Documents evidencing direct claims against Office of Management and Budget:

a.   Contrato de Préstamo, dated as June 5, 2006, by and between the Office of Management and Budget and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of September 9, 2008, that certain Segunda Enmienda a Contrato de Préstamo dated as of July 22, 2011 and as further, supplemented or otherwise modified from time to time.

b.   Contrato de Préstamo, dated as of June 28, 2012, by and between Office of Management and Budget and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of September 18, 2014 and as further amended, supplemented or otherwise modified from time to time.

c.   Pagaré, dated as of June 5, 2006 in the original principal amount of $150,000,000, executed by the Office of Management and Budget in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

d.   Pagaré, dated as of June 29, 2012 in the original principal amount of $100,000,000, executed by the Office of Management and Budget in favor of GDB, including that certain Primera Enmienda a Pagaré (Allonge) dated as of September 18, 2014 that increased the principal amount of the Pagaré to $178,000,000 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

3.   Documents evidencing direct claims against Commonwealth arising from Guaranty of Port of the Americas Authority Bond:

a.   Bond Purchase Agreement, dated as of December 31, 2014, by and between Port of the Americas Authority and GDB, as amended, supplemented or otherwise modified from time to time.

5

b.    United States of America Commonwealth of Puerto Rico Port of the Americas Authority 2014 Bond, GUARANTEED BY THE COMMONWEALTH OF PUERTO RICO, dated as of December 31, 2014 in the original principal amount of $233,630,826.29, executed by Port of the Americas Authority, as amended, supplemented or otherwise modified from time to time.

4.    Documents evidencing direct claims against Department of Education:

a.    Contrato de Préstamo, dated as of February 6, 2003, by and between the Department of Education and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of September 3, 2003, that certain Segunda Enmienda a Contrato de Préstamo dated as of October 2, 2009 and as further, supplemented or otherwise modified from time to time.

b.    Contrato de Préstamo, dated as of November 18, 2004, by and between the Department of Education and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 30, 2005, that certain Segunda Enmienda a Contrato de Préstamo dated as of October 2, 2009, that certain Tercera Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

c.    Pagaré, dated as of February 6, 2003 in the original principal amount of $25,000,000, executed by the Department of Education in favor of GDB, including all alonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

d.    Pagaré, dated as of November 18, 2004 in the original principal amount of $140,000,000, executed by Department of Education in favor of GDB, including all alonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

5.    Documents evidencing direct claims against Transportation and Public Works:

a.    Contrato de Préstamo, dated as of February 11, 2004, by and between Transportation and Public Works and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of December 21, 2009 and as further amended, supplemented or otherwise modified from time to time.

b.    Contrato de Préstamo, dated as of November 4, 2004, by and between Transportation and Public Works and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of December 21, 2009, that certain Tercera Enmienda a Contrato de Préstamo dated as of August 29, 2013 and as further amended, supplemented or otherwise modified from time to time.

6

  c. Contrato de Préstamo, dated as of November 30, 2004, by and between Transportation and Public Works and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of December 21, 2009 and as further amended, supplemented or otherwise modified from time to time.

  d. Contrato de Préstamo, dated as of June 23, 2005, by and between Transportation and Public Works and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of December 21, 2009 and as further amended, supplemented or otherwise modified from time to time.

  e. Pagaré, dated as of February 11, 2004 in the original principal amount of $15,000,000, executed by Transportation and Public Works in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

  f. Pagaré, dated as of November 4, 2004 in the original principal amount of $26,000,000, executed by Transportation and Public Works in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

  g. Pagaré, dated as of November 30, 2004 in the original principal amount of $33,000,000, executed by Transportation and Public Works in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

  h. Pagaré, dated as of June 23, 2005 in the original principal amount of $44,000,000, executed by Transportation and Public Works in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

 6. Documents evidencing direct claims against Department of Correction and Rehabilitation:

  a. Loan Agreement, dated as of July 16, 2004, by and between the Corrections Administration[4] and GDB, as amended by that certain First Amendment to Loan Agreement dated as of December 28, 2009 and as further amended, supplemented or otherwise modified from time to time.

  b. Loan Agreement, dated as of November 24, 2010, by and among the Department of Corrections and Rehabilitation, the Puerto Rico Corrections

---

[4] The Corrections Department was dissolved and merged into the Department of Corrections pursuant to Reorganization Plan No. 2-2011, and the Department of Corrections is the successor to the Corrections Department.

7

Administration and GDB, as amended by that certain First Amendment to Loan Agreement dated as of January 31, 2011, that certain Second Amendment to Loan Agreement dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

c.  Note, dated as of July 16, 2004 in the original principal amount of $60,000,000, executed by Corrections Administration in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

d.  Promissory Note, dated as of November 24, 2010 in the original principal amount of $80,000,000, executed by the Department of Corrections and Rehabilitation in favor of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

7.  Documents evidencing direct claims against Department of Agriculture:

a.  Contrato de Préstamo, dated as of August 9, 1999, by and between the Department of Agriculture and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of March 1, 2004, that certain Segunda Enmienda a Contrato de Préstamo dated as of February 1, 2010, that certain Segunda Enmienda a Contrato de Préstamo dated as of May 9, 2012, that certain Cuarta Enmienda a Contrato de Préstamo dated as of August 28, 2013 and as further amended, supplemented or otherwise modified from time to time.

b.  Pagaré, dated as of August 9, 1999 in the original principal amount of $125,000,000, executed by the Department of Agriculture in favor of GDB, including that certain Primera Enmienda al Pagaré (Allonge) dated as of March 1, 2004 that increased the principal amount of the Pagaré to $175,000,000, that certain Segunda Enmienda a Pagaré (Allonge) dated as of May 9, 2012 that reduced the principal amount of the Pagaré to $166,123,558.07 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

8.  Documents evidencing direct claims against Department of Justice:

a.  Contrato de Préstamo, dated as of October 3, 2002, by and among the Department of Justice, the Department of Treasury and the GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of August 8, 2005, that certain Segunda Enmienda a Contrato de Préstamo dated as of August 11, 2006, that certain Tercera Enmienda a Contrato de Préstamo dated as of May 21, 2010, that certain Cuarta Enmienda a Contrato de Préstamo dated as of July 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

b.  Pagaré, dated as of October 3, 2002 in the original principal amount of $90,000,000, executed by the Department of Justice and the Department of

Treasury in favor of GDB, including that certain Primera Enmienda Al Pagaré (Allonge) dated as of August 8, 2005 that increased the principal amount of the Pagaré to $110,000,000 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

9.   Documents evidencing direct claims against Department of Health:

   a.   Contrato de Préstamo, dated as of June 9, 2004, by and between the Department of Health and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of November 6, 2009, that certain Segunda Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

   b.   Contrato de Préstamo, dated as of December 7, 2004, by and among the Department of Health, the Administracion de Servicios Medicos de Puerto Rico and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

   c.   Pagaré, dated as of June 9, 2004 in the original principal amount of $30,000,000, executed by the Department of Health in favor of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

   d.   Pagaré, dated as of December 7, 2004 in the original principal amount of $58,500,000, executed by the Department of Health and the Administracion de Servicios Medicos de Puerto Rico in favor of the GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

10.   Documents evidencing direct claims against Office of Court Administration:

   a.   Contrato de Préstamo, dated as of February 27, 2014, by and between the Office of Court Administration and GDB, as amended, supplemented or otherwise modified from time to time.

   b.   Pagaré, dated as of February 27, 2014 in the original principal amount of $50,000,000, executed by the Office of Court Administration in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

   c.   Contrato de Pignoración y Cesión de Fondos, dated as of February 27, 2014, by and between the Office of Court Administration and GDB, as amended, supplemented or otherwise modified from time to time.

CHAR2\2017121v10

d.      Financing statement filed with the Puerto Rico State Department of February 28, 2014 against the Office of Court Administration in favor of GDB and bearing File No. 2014001226.

11.    Documents evidencing direct claims against Puerto Rico Police Department:

a.      Loan Agreement, dated as of July 29, 2004, by and between the Commonwealth of Puerto Rico, acting through the Puerto Rico Police, and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of November 9, 2007, that certain Third Amendment to Loan Agreement dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

b.      Promissory Note, dated as of July 29, 2004 in the original principal amount of $48,000,000, executed by the Commonwealth of Puerto Rico in favor of GDB, including that certain Segunda Enmienda al Pagaré (Allonge) dated as of November 9, 2007 that reduced the outstanding principal balance of the Promissory Note to $45,000,000 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

12.    Documents evidencing direct claims against Superintendent of the Capitol:

a.      Contrato de Préstamo, dated as of June 21, 2001, by and between the Superintendent of the Capitol and GDB, as amended by that certain Enmienda a Contrato de Préstamo dated as of January 15, 2003, that certain Primera Enmienda A Contrato de Préstamo dated as of December 18, 2003, that certain Acuerdo Sobre Primera Enmienda a Contrato de Préstamo dated as of September 9, 2009, that certain Segunda Enmienda a Contrato de Préstamo dated as of December 2, 2009, that certain Tercera Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

b.      Contrato de Préstamo, dated as of February 9, 2012, by and between the Superintendent of the Capitol and GDB, as amended, supplemented or otherwise modified from time to time.

c.      Contrato de Préstamo, dated as of December 17, 2014, by and between the Superintendent of the Capitol and GDB, as amended, supplemented or otherwise modified from time to time.

d.      Pagaré, dated as of June 21, 2001 in the original principal amount of $10,000,000, executed by the Superintendent of the Capitol in favor of GDB, including that certain allonge dated as of December 18, 2003 that increased the principal amount of the Pagaré to $35,000,000 and all other allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

CHAR2\2017121v10

 e. Pagaré, dated as of February 9, 2012 in the original principal amount of $15,000,000, executed by the Superintendent of the Capitol in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

 f. Pagaré, dated as of December 17, 2014 in the original principal amount of $15,000,000, executed by the Superintendent of the Capitol in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time

13. Documents evidencing direct claims against Department of Housing:

 a. Contrato de Préstamo, dated as of March 8, 2007, by and between the Department of Housing and GDB, as amended by that certain Enmienda a Contrato de Préstamo y Acuerdo Interagencial dated as of June 30, 2008, that certain Primera Enmienda a Contrato de Préstamo, dated as of June 29, 2012, and as further amended, supplemented or otherwise modified from time to time.

 b. Contrato de Préstamo, dated as of December 3, 2007, by and between the Department of Housing and the GDB, as amended, supplemented or otherwise modified from time to time.

 c. Pagaré, dated as of March 8, 2007 in the original principal amount of $19,281,913, executed by the Department of Housing in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

 d. Pagaré Hipotecario, dated as of April 28, 2005 in the original principal amount of $2,800,000, executed by New Century Development, Inc. in favor of the Department of Housing, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

 e. Contrato de Cesión de Canones de Arrendamiento, dated as of March 26, 2006, by and between the Department of Housing and GDB, as amended, supplemented or otherwise modified from time to time.

 f. Contato de Cesión de Canones de Arrendamiento, dated as of December 3, 2007, by and between the Department of Housing and the GDB, as amended, supplemented or otherwise modified from time to time.

 g. Real Property Lease Contract, dated as of February 1, 2008, by and between the Department of Housing and the Puerto Rico Public Housing Administration, as amended, supplemented or otherwise modified from time to time.

 h. Financing statement filed with the Puerto Rico State Department on August 27, 2008 against the Department of Housing in favor of GDB.

11

14.    Documents evidencing direct claims against Department of Sports and Recreation:

   a.    Contrato de Préstamo, dated as of December 26, 2002, by and between the Department of Sports and Recreation and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo Comparacen dated as of June 29, 2006, that certain Segunda Enmienda a Contrato de Préstamo dated as of December 28, 2009, that certain Tercera Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

   b.    Contrato de Préstamo, dated as of February 9, 2004, by and between the Department of Sports and Recreation and GDB, as amended by that certain Contrato de Préstamo, dated as of November 30, 2005, that certain Segunda Enmienda a Contrato de Préstamo dated as of June 29, 2007, that certain Tercera Enmienda a Contrato de Préstamo dated as of June 5, 2009, that certain Cuarta Enmienda a Contrato de Préstamo dated as of November 5, 2009 and as further amended, supplemented or otherwise modified from time to time.

   c.    Contrato de Préstamo, dated as of January 18, 2005, by and between the Department of Sports and Recreation and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of November 5, 2009, that certain Segunda Enmienda a Contrato de Préstamo dated as of June 29, 2012 and as further amended, supplemented or otherwise modified from time to time.

   d.    Pagaré, dated as of December 26, 2002 in the original principal amount of $17,500,000, executed by the Department of Sports and Recreation in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

   e.    Pagaré, dated as of February 9, 2004 in the original principal amount of $16,000,000, executed by the Department of Sports and Recreation in favor of GDB, including all allonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

   f.    Pagaré, dated as of January 18, 2005 in the original principal amount of $17,185,000, executed by the Department of Sports and Recreation in favor of GDB, including all allonges thereto, as amended, supplemented or otherwise modified from time to time.

   g.    Pagaré, dated as of November 30, 2005 in the original principal amount of $16,000,000, executed by the Department of Sports and Recreation in favor of GDB, including all allonges thereto, as amended, supplemented or otherwise modified from time to time.

12

15. Documents evidencing direct claims against Catastrophic Diseases Fund[5]:

    a.    Contrato de Préstamo, dated as of February 14, 2008, by and between Catastrophic Diseases Fund and GDB, as amended by that certain Primera Enmienda a Contrato de Préstamo dated as of July 13, 2012 and as further amended, supplemented or otherwise modified from time to time.

    b.    Pagaré, dated as of February 14, 2008 in the original principal amount of $8,000,000, executed by Catastrophic Diseases Fund in favor of GDB, including all alonges thereto, in each case as amended, supplemented or otherwise modified from time to time.

16. Documents evidencing direct claims against Environmental Quality Board:

    a.    Contrato de Préstamo, dated as of October 2, 2014, by and between GDB and the Environmental Quality Board, as amended, supplemented or otherwise modified from time to time.

    b.    Pagaré, dated as of October 2, 2014 in the original principal amount of $11,021,200, executed by the Environmental Quality Board in favor of GDB, in each case as amended, supplemented or otherwise modified from time to time.

17. Documents evidencing direct claims against Office of the OMBUDSMAN - Veterans:

    a.    Contrato de Préstamo, dated as of February 14, 2012, by and between GDB and the Office of the OMBUDSMAN - Veterans, as amended, supplemented or otherwise modified from time to time.

    b.    Acuerdo de Cesión, dated as of February 14, 2012, by and between GDB and Office of the OMBUDSMAN - Veterans, as amended, supplemented or otherwise modified from time to time.

    c.    Pagaré, dated as of February 14, 2012 in the original principal amount of $7,500,000, executed by the Office of the OMBUDSMAN – Veterans in favor of GDB, in each case as amended, supplemented or otherwise modified from time to time.

    d.    Financing statement filed with the Puerto Rico State Department on February 15, 2012 against the Office of the OMBUDSMAN – Veterans in favor of GDB and bearing File No. 2012000747.

---

[5] Claims against the Catastrophic Diseases Fund are ascribed to the Department of Health.

**VIA OVERNIGHT DELIVERY**

**Moore&VanAllen**

May 25, 2018

**Gabriel L. Mathless**
Attorney at Law

T 704 331 1198
F 704 378 1968
gabrielmathless@mvalaw.com

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Moore & Van Allen PLLC

Suite 4700
100 North Tryon Street
Charlotte, NC  28202-4003

RE:    *In re Commonwealth of Puerto Rico; Case No. 17-bk-03283*
       *In re Puerto Rico Highways and Transportation Authority; Case No. 17-bk-03567*
       *In re Puerto Rico Electric Power Authority; Case No. 17-bk-04780*

Dear Sir or Madam:

Enclosed for filing in the applicable above-referenced proceedings are two originals of each of the
following proofs of claims of the Government Development Bank for Puerto Rico (the "GDB"):

1.     Proof of Claim of GDB against the Commonwealth of Puerto Rico and accompanying
       exhibit;

2.     Proof of Claim of GDB against the Puerto Rico Highways and Transportation
       Authority and accompanying exhibit; and

3.     Proof of Claim of GDB against the Puerto Rico Electric Power Authority and
       accompanying exhibit.

Please return a file-stamped copy of each of the above-referenced GDB proofs of claim in the
enclosed self-addressed envelope.  Please contact me at 704-331-1198 with any questions. Thank
you for your assistance.

Sincerely,

MOORE & VAN ALLEN PLLC

Gabriel L. Mathless

Enclosures

CHAR2\2025555v1

Charlotte, NC
Research Triangle Park, NC
Charleston, SC

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877)
to schedule a pickup or find a drop-off location.

**Domestic Shipments**
· To qualify for the Lett
correspondence, urg
weigh 8 oz. or less. L
those listed or weighi

**International Shipmen**
· The UPS Express Envel
value. Certain countrie
ups.com/importexport

· To qualify for the Letter
UPS Express Envelopes r

**Note:** Express Envelopes
containing sensitive perso
or cash equivalent.

## Reusable
### Letter Size

Reduce paper waste
either to return to se
See reuse instruction

### Decision Green

Decision Green is UPS
our pursuit a sustain
For example this envi
material and is both re


100% Recycled fiber
80% Post

0.0 LBS          LTR          1 OF 1

MATHLESS
704-353-3241
MOORE AND VAN ALLEN
100 N TRYON ST SUITE 4700
CHARLOTTE NC 28202

SHIP TO:
C/O PRIME CLERK LLC
COMMONWEALTH OF PR CLAIMS PROCESSI
850 THIRD AVENUE, SUITE 412
BROOKLYN NY 11232-1523

NY 112 9-01

1 S

UPS NEXT DAY AIR

TRACKING #: 1Z 7X1 075 44 9557 9131

BILLING: P/P

Client Matter Number: 043686.000001

RECEIVED
MAY 2 5 2018
PRIME CLERK LLC

this side.

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindow...   5/25/2018

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

1/10   United Parcel Service, Louisville, KY.