UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on August 26, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures, and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 27, 2021

1. Francis Y. Rojas Baez
2. Ana Luz Febus Robles
3. Evelyn Berrios Rodriguez
4. Evelyn Guzman Green
5. Luz N. Cosme Rivera
6. Juanita Fontanez Rivera
7. Maria S. Diaz Ortiz
8. Jose M. Nieves Baez
9. Gladys M. Rivera Narvaez
10. Rosa M. Muñiz Ortega
11. Gladys Colon Pintado
12. Magda I. Lopez Rosado
13. Lucy I. Colon Rivera
14. Francisca Vazquez Rodriguez
15. Iris M. Aponte Negron
16. Lourdes M. Rodriguez Saez
17. Isabel Berrios Rivera
18. Vanessa Rivera Aponte
19. William Vega Martinez (5 notices)
20. Myrna Arroyo Lopez
21. Milagros Perez Ayala
22. Laudalina Vazquez Matias
23. Francisca Delgado Wells

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
August 27, 2021

24. Raul Collado Martinez

25. Maria de los A. Nazario Miranda

26. Hilda I. Gonzalez Salcedo

27. Peter J. Vazquez Duran

28. Iris B. Rodriguez Camacho

29. Rafaela Jimenez Cordero

30. Antonia Ayala Sanchez

31. Rafael Acosta Morales

32. Leonardo Fernandez Maldonado

33. Eva I. Quiñones Acevedo

34. Juan Colon Feliciano

35. Carmen H. Segarra Cruz

36. Miriam Figueroa Marquez

Dated: August 27, 2021

3